UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2002 JAN 23 P 1: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CITIZENS FOR CONSUMER JUSTICE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ABBOTT LABORATORIES, INC., et al., <br><br> Defendants. | CIVIL ACTION NO. 01-12257 PBS |

## PROPOSED STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the plaintiffs and counsel for SmithKline Beecham Corporation d/b/a GlaxoSmithKline, as follows:

1. Plaintiffs will file an Amended Complaint by January 22, 2002. Defendants therefore need not respond to the currently-filed Complaint. The undersigned counsel for defendants will accept service of the Amended Complaint on behalf of SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK"); and

2. The defendant GSK shall answer, move, or otherwise respond to the

Amended Complaint on or before March 21, 2002.

CITIZENS FOR CONSUMER JUSTICE, ET AL.

By their Attorneys,

_____
Thomas M. Sobol (BBO #471770)
Nicole Y. Brumsted (BBO #3557)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
175 Federal Street, 7th Floor
Boston, MA 02110
(617) 720-5000

SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE

By its Attorneys,

_____
Ralph T. Lepore, III (BBO #294420)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

SO ORDERED:

this 24 day of January, 2002.

_____
United States District Judge

BOS1 #1212191 v1