DOCKETED

FILED
IN CLERKS OFFICE

2002 JAN 24  P 3: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

1-29-02 SARIS, D.J.; STIPULATION APPROVED
EXTENSION GRANTED TO MARCH 21, 2002.
BY THE COURT, [signature] C. Allen, DEPUTY CLERK

CITIZENS FOR CONSUMER JUSTICE,
COLORADO PROGRESSIVE COALITION,
CONGRESS OF CALIFORNIA SENIORS,
FLORIDA ALLIANCE FOR RETIRED
AMERICANS, HEALTH CARE FOR ALL,
INC., MASSACHUSETTS SENIOR ACTION
COUNCIL, MASSPIRG, MINNESOTA
SENIOR FEDERATION, NEW JERSEY
CITIZEN ACTION, NEW YORK STATE
WIDE SENIOR ACTION COUNCIL,
PENNSYLVANIA ALLIANCE FOR
RETIRED AMERICANS, VERMONT
PUBLIC INTEREST RESEARCH GROUP,
WEST VIRGINIA CITIZEN ACTION and
WISCONSIN CITIZEN ACTION,

                    Plaintiffs,

v.

ABBOTT LABORATORIES, INC.,
ALLERGAN WORLDWIDE, ALPHA
THERAPEUTIC CORP., AMERICAN
BIOSCIENCE, INC., AMERICAN HOME
PRODUCTS, AMGEN INC., ASTRAZENECA
US, AVENTIS PHARMA, BAYER AG,
BAXTER INTERNATIONAL, INC.,
BRISTOL-MYERS SQUIBB CO., CHIRON,
FUGISAWA HEALTHCARE, INC.,
GLAXOSMITHKLINE, PLC, GENSIA SICOR
PHARMACEUTICALS, INC., GLAXO
WELLCOME, INC., GLAXO WELLCOME,
PLC, IMMUNEX CORP., ICN
PHARMACEUTICALS, INC., HOESCHT
MARION ROUSSEL, INC., ELI LILLY AND
COMPANY, ONCOLOGY THERAPEUTICS
NETWORK CORP., PHARMACIA CORP.,
SCHERING-PLOUGH, CORP., SICOR, INC.,
SMITHKLINE BEECHAM CORPORATION,
TAKEDA CHEMICAL INDUSTRIES LTD.,
TAP PHARMACEUTICAL PRODUCTS, INC.
and JOHN DOES 1 – 200,

                    Defendants.

C.A. No. 01-12257 PBS

BOS543082.1

DOCKETED

## STIPULATION TO EXTEND THE TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Plaintiffs and Defendant Alpha Therapeutic Corp., by and through their respective counsel, hereby stipulate and agree to extend the time for Defendant Alpha Therapeutic Corp. to answer or otherwise respond to the Complaint up to and until March 21, 2002.

Respectfully submitted,

CITIZENS FOR CONSUMER JUSTICE, ET AL.,

By their attorneys,

Thomas M. Sobol (TMS #471770)
Nicole Y. Brumsted (NYB #3557)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
175 Federal Street, 7th Floor
Boston, MA 02110
(617) 720-5000

DATED: January 23, 2002

ALPHA THERAPEUTIC CORP.

By its attorneys,

Dennis M. Duggan, Jr., P.C. (BBO #137460)
Melissa Bayer Tearney (BBO #558612)
NIXON PEABODY LLP
101 Federal Street
Boston, MA 02110
(617) 345-1000

BOS545082.1