UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CITIZENS FOR CONSUMER JUSTICE, et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| ABBOTT LABORATORIES, INC., et al. | ) ) ) ) |
| Defendants. | ) |

Civil Action No.: 01-12257-PBS

*1-28-02 Saris, D.J.: Motion Allowing Extension Granted to March 21, 2002. /s/ Robt C. Alba, Deputy Clerk.*

[Stamped: DOCKETED]
[Stamped: FILED IN CLERK'S OFFICE 2002 JAN 25 P 4:35 U.S. DISTRICT COURT DISTRICT OF MASS.]

## JOINT MOTION FOR STIPULATED ORDER ENLARGING TIME FOR DEFENDANT BAXTER TO RESPOND TO COMPLAINT

Plaintiffs Citizens for Consumer Justice, Colorado Progressive Coalition, Congress of California Seniors, Florida Alliance for Retired Americans, Health Care for All, Inc., Massachusetts Senior Action Council, MassPIRG, Minnesota Senior Federation, New Jersey Citizen Action, New York State Wide Senior Action Council, Pennsylvania Alliance for Retired Americans, Vermont Public Interest Research Group, West Virginia Citizen Action, and Wisconsin Citizen Action (collectively, "Plaintiffs") and defendant Baxter International, Inc. ("Baxter") hereby jointly move that the time within which Baxter must timely move, answer or otherwise respond to the original Complaint filed by Plaintiffs in the above-entitled action be enlarged to and including March 21, 2002. As grounds therefor, the parties represent that plaintiffs have alleged in their 41-paged original Complaint numerous and complex federal claims against 29 separate defendants. Baxter respectfully requests further time to study and respond appropriately to the original Complaint.

Plaintiffs represent that Baxter's request is not unreasonable and, accordingly, join in this motion.

A Stipulated Order is attached hereto for the Court's convenience.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| CITIZENS FOR CONSUMER JUSTICE, COLORADO PROGRESSIVE COALITION, CONGRESS OF CALIFORNIA SENIORS, FLORIDA ALLIANCE FOR RETIRED AMERICANS, HEALTH CARE FOR ALL, INC., MASSACHUSETTS SENIOR ACTION COUNCIL, MASSPIRG, MINNESOTA SENIOR FEDERATION, NEW JERSEY CITIZEN ACTION, NEW YORK STATE WIDE SENIOR ACTION COUNCIL, PENNSYLVANIA ALLIANCE FOR RETIRED AMERICANS, VERMONT PUBLIC INTEREST RESEARCH GROUP, WEST VIRGINIA CITIZEN ACTION, and WISCONSIN CITIZEN ACTION | BAXTER INTERNATIONAL, INC. By their counsel, /s/ Peter E. Gelhaar, BBO#188310 Robert L. Arendell, BBO#638631 Karen A. Pickett, BBO#633801 Donnelly, Conroy & Gelhaar, LLP 73 Tremont Street Boston, MA 02108 (617) 720-2880 |

By their Counsel,

/s/ Nicole Y. Brumsted (PEG)

Thomas M. Sobol (TMS 471770)
Nicole Y. Brumsted (NYB 3557)
Lieff Cabraser Heimann & Bernstein, LLP
175 Federal Street, 7th Floor
Boston, MA 02110
(617) 720-5000 (Phone)
(617) 720-5015 (Fax)

Michael J. Flannery
Carey & Davis, LLC
676 North Michigan Avenue
Suite 3110
Chicago IL 60611
(312) 649-0100 (Phone)
(312) 649-0603 (Fax)

David J. Bershad
J. Douglas Richards
Michael M. Buchman
Milberg Weiss Bershad Hynes & Lerach, LLP
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300 (Phone)
(212) 868-1229 (Fax)

OF COUNSEL:

Merle DeLancey
J. Andrew Jackson
Dickstein, Shapiro, Morin & Oshinsky, LLP
2101 L Street, N.W.
Washington, D.C. 20037
(202) 785-9700

Robert G. Eisler
Lieff Cabraser Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, NY  10017
(212) 355-9500 (Phone)
(212) 355-9592 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party (by mail)/by hand

Date: _____  1/25/02