IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CITIZENS FOR CONSUMER JUSTICE,
COLORADO PROGRESSIVE COALITION,
CONGRESS OF CALIFORNIA SENIORS,
FLORIDA ALLIANCE FOR RETIRED
AMERICANS, HEALTH CARE FOR ALL, INC.,
MASSACHUSETTS SENIOR ACTION
COUNCIL, MASSPIRG, MINNESOTA SENIOR
FEDERATION, NEW JERSEY CITIZEN
ACTION, NEW YORK STATE WIDE SENIOR
ACTION COUNCIL, PENNSYLVANIA
ALLIANCE FOR RETIRED AMERICANS,
VERMONT PUBLIC INTEREST RESEARCH
GROUP, WEST VIRGINIA CITIZEN ACTION,
and WISCONSIN CITIZEN ACTION,

        Plaintiffs,

        v.

ABBOTT LABORATORIES, INC., ALLERGAN
WORLDWIDE, ALPHA THERAPEUTIC
CORP., AMERICAN BIOSCIENCE, INC.,
AMERICAN HOME PRODUCTS, AMGEN
INC., ASTRAZENECA US, AVENTIS
PHARMA, BAYER AG, BAXTER
INTERNATIONAL, INC., BRISTOL-MYERS
SQUIBB CO., CHIRON, FUGISAWA
HEALTHCARE, INC., GLAXOSMITHKLINE,
PLC, GENSIA SICOR PHARMACEUTICALS,
INC., GLAXO WELLCOME, INC., GLAXO
WELLCOME, PLC, IMMUNEX CORP., ICN
PHARMACEUTICALS, INC., HOESCHT
MARION ROUSSEL, INC., ELI LILLY AND
COMPANY, ONCOLOGY THERAPEUTICS
NETWORK, CORP., PHARMACIA CORP.,
SCHERING-PLOUGH, CORP., SICOR, INC.,
SMITHKLINE BEECHAM CORPORATION,
TAKEDA CHEMICAL INDUSTRIES LTD., TAP
PHARMACEUTICAL PRODUCTS, INC., AND
JOHN DOES 1 – 200,

        Defendants.

Case No. 01-12257-PBS

*1-29-02 Saris, D.J.: Stipulation Approved. Extension granted to March 21, 2002. By the Court, [signature] Deputy Clerk.*

FILED
IN CLERKS OFFICE
2002 JAN 28 P 2: 09
U.S. DISTRICT COURT
DISTRICT OF MASS.

## STIPULATION TO EXTEND TIME



It is hereby agreed and stipulated between Plaintiffs Citizens for Consumer Justice,

Colorado Progressive Coalition, Congress of California Seniors, Florida Alliance For Retired

Americans, Health Care for All, Inc. Massachusetts Senior Action Council, Masspirg, Minnesota

Senior Federation, New Jersey Citizen Action, New York State Wide Senior Action Council,

Pennsylvania Alliance for Retired Americans, Vermont Public Interest Research Group, West

Virginia Citizen Action, and Wisconsin Citizen Action (collectively, "Plaintiffs") and Defendant

Pharmacia Corporation that Defendant Pharmacia Corporation shall have until March 21, 2002,

to file responsive pleadings or motions to Plaintiffs' Class Action Complaint, or any amendment

thereto.

Respectfully submitted,

CITIZENS FOR CONSUMER JUSTICE, COLORADO PROGRESSIVE COALITION,
CONGRESS OF CALIFORNIA SENIORS, FLORIDA ALLIANCE FOR RETIRED
AMERICANS, HEALTH CARE FOR ALL, INC.,MASSACHUSETTS SENIOR ACTION
COUNCIL, MASSPIRG, MINNESOTA SENIOR FEDERATION, NEW JERSEY CITIZEN
ACTION, NEW YORK STATE WIDE SENIOR ACTION COUNCIL, PENNSYLVANIA
ALLIANCE FOR RETIREDAMERICANS, VERMONT PUBLIC INTEREST RESEARCH
GROUP, WEST VIRGINIA CITIZEN ACTION, and WISCONSIN CITIZEN ACTION

By their counsel,

Thomas M. Sobol (TMS 471770)
Nicole Y. Brumsted (NYB 3557)
Lieff Cabraser Heimann &
  Bernstein, LLP
175 Federal Street, 7th Floor
Boston, MA  02110
(617) 720-5000 (Phone)
(617) 720-5015 (Fax)


Michael J. Flannery
Carey & Danis, LLC
676 North Michigan Avenue
Suite 3110

2

Chicago, IL  60611
(312) 649-0100 (Phone)
(312) 649-0603 (Fax)

David J. Bershad
J. Douglas Richards
Michael M. Buchman
Milberg Weiss Bershad Hynes &
Lerach, LLP
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300 (Phone)
(212) 868-1229 (Fax)

Robert G. Eisler
Lieff Cabraser Heimann &
Bernstein, LLP
780 Third Avenue, 48th Floor
New York, NY  10017
(212) 355-9500 (Phone)
(212) 355-9592 (Fax)

PHARMACIA CORPORATION

By their counsel:

Mark D. Smith (BBO #542676)
Faxon & Laredo, LLP
15 Broad Street, Suite 600
Boston, MA   02109-3803
(617) 367-7984 (Telephone)
(617) 367-6475 (Fax)

John C. Dodds
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103-2217
(215) 963-5959 (Telephone)
(215) 963-5299 (Fax)

Dated:  January 28, 2002

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the
above document was served upon the
attorney of record for each other party
by mail hand on   1-28-02