UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITIZENS FOR CONSUMER JUSTICE, COLORADO PROGRESSIVE COALITION, CONGRESS OF CALIFORNIA SENIORS, FLORIDA ALLIANCE FOR RETIRED AMERICANS, HEALTH CARE FOR ALL, INC., MASSACHUSETTS SENIOR ACTION COUNCIL, MASSPIRG, MINNESOTA SENIOR FEDERATION, NEW JERSEY CITIZEN ACTION, NEW YORK STATE WIDE SENIOR ACTION COUNCIL, PENNSYLVANIA ALLIANCE FOR RETIRED AMERICANS, VERMONT PUBLIC INTEREST RESEARCH GROUP, WEST VIRGINIA CITIZEN ACTION, and WISCONSIN CITIZEN ACTION,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, INC., ALLERGAN WORLDWIDE, ALPHA THERAPEUTIC CORP., AMERICAN BIOSCIENCE, INC., AMERICAN HOME PRODUCTS, AMGEN, INC., ASTRAZENECA US, AVENTIS PARMA, BAYER AG, BASTER INTERNATIONAL, INC., BRISTOL-MYERS SQUIBB CO., CHIRON, FUGISAWA HEALTHCARE, INC., GLAXOSMITHKLINE, PLC, GENSIA SICOR PHARMACEUTICALS, INC., GLAXO WELLCOME, INC., GLAXO WELLCOME, PLC, IMMUNEX CORP., ICN PHARMACEUTICALS, INC., HOESCHT MARION ROUSSEL, INC., ELI LILLY AND COMPANY, ONCOLOGY THERAPEUTICS NETWORK CORP., PHARMACIA CORP., SCHERING-PLOUGH, CORP., SICOR, INC., SMITHKLINE BEECHAM CORPORATION, TAKEDA CHEMICAL INDUSTRIES LTD., TAP PHARMACEUTICAL PRODUCTS, INC. And JOHN DOES 1-200,<br><br>Defendants | C.A. No. 01CV-12257PBS |

*Handwritten note in left margin:* 1-29-02 Saris, D.J.: Motion Allowed. Extension granted to March 21, 2002. By the court, [signature] Rita C. Alba, Deputy Clerk.

*Stamp:* FILED IN CLERK'S OFFICE 2002 JAN 28 P 4: 20 U.S. DISTRICT COURT DISTRICT OF MASS.

**ASSENTED-TO MOTION OF DEFENDANTS TAP PHARMACEUTICAL PRODUCTS INC. AND ABBOTT LABORATORIES FOR ENLARGEMENT OF TIME**



Defendants TAP Pharmaceutical Products Inc. ("TAP") and Abbott Laboratories ("Abbott") hereby move for an enlargement of time, to March 21, 2002, to answer, move, or otherwise respond to the Complaint in this putative class action. As grounds for this motion, TAP and Abbott state:

1. This is a complex action in which plaintiffs, purportedly on behalf of themselves and on behalf of all others similarly situated, allege claims under federal antitrust laws and the Racketeer Influenced and Corrupt Organizations Act ("RICO") in connection with the pricing of pharmaceutical products manufactured and sold by various drug companies.

2. The Complaint was served on TAP and Abbott on January 8, 2002.

3. Additional class action complaints raising the same issues have been filed in other courts throughout the country.

4. Because of the complexity of the issues raised by the Complaint in this matter, and because of the procedural complexities arising from the filing of multiple actions in multiple jurisdictions, TAP and Abbott require additional time to prepare their responses.

5. Counsel for TAP and Abbott have conferred with plaintiffs' counsel regarding TAP and Abbott's need for additional time. Plaintiffs' counsel has agreed to an extension until March 21, 2002, of the deadline for TAP and Abbott to answer, move or otherwise respond to the Complaint.

Respectfully submitted,

Dated: January 28, 2002

TAP PHARMACEUTICAL PRODUCTS INC. and
ABBOTT LABORATORIES

By their attorneys,

*/s/ Matthew A. Wolfman*

Joseph F. Savage, Jr. (BBO #443030)
Matthew A. Wolfman (BBO# 639991)
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
Boston, Massachusetts  02110
(617) 248-7000
(617) 248-7100 (fax)

Assented to:

CITIZENS FOR CONSUMER JUSTICE, et al.

by their attorneys,

*/s/ Thomas M. Sobol /MAW*

Thomas M. Sobol  (BBO # 471770)
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
175 Federal St., 7th Floor
Boston, MA 02110
617-720-5000
617-720-5015 (fax)

132/35.2269568

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on January 28, 2002

overnight

*/s/ Matthew A. Wolfman*