FILED
IN CLERKS OFFICE
2002 JAN 28 P 4: 10
U.S. DISTRICT COURT
DISTRICT OF MASS.

DOCKETED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITIZENS FOR CONSUMER JUSTICE, COLORADO PROGRESSIVE COALITION, CONGRESS OF CALIFORNIA SENIORS, FLORIDA ALLIANCE FOR RETIRED AMERICANS, HEALTH CARE FOR ALL, INC., MASSACHUSETTS SENIOR ACTION COUNCIL, MASSPIRG, MINNESOTA SENIOR FEDERATION, NEW JERSEY CITIZEN ACTION, NEW YORK STATE WIDE SENIOR ACTION COUNCIL, PENNSYLVANIA ALLIANCE FOR RETIRED AMERICANS, VERMONT PUBLIC INTEREST RESEARCH GROUP, WEST VIRGINIA CITIZEN ACTION, and WISCONSIN CITIZEN ACTION, <br><br> Plaintiffs <br><br> v. <br><br> ABBOTT LABORATORIES, INC., ALLERGAN WORLDWIDE, ALPHA THERAPEUTIC CORP., AMERICAN BIOSCIENCE, INC., AMERICAN HOME PRODUCTS, AMGEN INC., ASTRAZENECA US, AVENTIS PHARMA, BAYER AG, BAXTER INTERNATIONAL, INC., BRISTOL-MYERS SQUIBB CO., CHIRON, FUGISAWA HEALTHCARE, INC., GLAXOSMITHKLINE, PLC, GENSIA SICOR PHARMACTUTICALS, INC., GLAXO WELLCOME, INC., GLAXO WELLCOME, PLC, IMMUNEX CORP., ICN PHARMACEUTICALS, INC., HOESCHT MARION ROUSSEL, INC., ELI LILLY AND COMPANY, ONCOLOGY THERAPEUTICS NETWORK CORP., PHARMACIA CORP., SCHERING-PLOUGH, CORP., SICOR, INC., SMITHKLINE BEECHAM CORPORATION, TAKEDA CHEMICAL INDUSTRIES LTD., TAP PHARMACEUTICAL PRODUCTS, INC., AND JOHN DOES 1 – 200, <br><br> Defendants. | Case No. 01-12257PBS <br><br> AGREED MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT |

1-29-02 Saris, D.J.: Motion Allowed. Extension Granted to March 21, 2002. (By the Court), [signature], Deputy Clerk.

BOSTON 1343784v1

Pursuant to Fed. R. Civ. P. 6(b), defendant American Home Products Corporation moves to enlarge the time within which it must answer, move, plead, or otherwise respond to the Complaint in this action through and including March 21, 2002.

Plaintiffs agree to this extension.

AMERICAN HOME PRODUCTS CORP.,<br>
By its Attorneys,

_____
William F. Lee (BBO # 291960)
James C. Burling (BBO # 065960)
Hale and Dorr LLP
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

AGREED:

_____
Thomas M. Sobol (TMS 471770)
Nicole Y. Brumsted (NYB 3557)
Lieff Cabraser Heimann &
Bernstein, LLP
175 Federal Street, 7th Floor
Boston, MA  02110
Telephone:  (617) 720-5000
Facsimile: (617) 729-5015

Michael J. Flannery
Carey & Danis, LLC
676 North Michigan Avenue
Suite 3110
Chicago, IL  60611
Telephone: (312) 649-0100
Facsimile: (312) 649-0603

David J. Bershad
J. Douglas Richards
Michael M. Buchman
Milberg Weiss Bershad Hynes &
Lerach, LLP
One Pennsylvania Plaza
New York, NY  10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Robert G. Eisler
Lieff Cabraser Heimann &
Bernstein, LLP
780 Third Avenue
48th Floor
New York, NY  10017-2024
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for the plaintiffs by facsimile on January 28, 2002.

Thomas M. Sobol (TMS 471770)
Nicole Y. Brumsted (NYB 3557)
Lieff Cabraser Heimann &
Bernstein, LLP
175 Federal Street, 7th Floor
Boston, MA  02110
Telephone:  (617) 720-5000
Facsimile: (617) 729-5015

Michael J. Flannery
Carey & Danis, LLC
676 North Michigan Avenue
Suite 3110
Chicago, IL  60611
Telephone: (312) 649-0100
Facsimile: (312) 649-0603

David J. Bershad
J. Douglas Richards
Michael M. Buchman
Milberg Weiss Bershad Hynes &
Lerach, LLP
One Pennsylvania Plaza
New York, NY  10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Robert G. Eisler
Lieff Cabraser Heimann &
Bernstein, LLP
780 Third Avenue
48th Floor
New York, NY  10017-2024
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

_____
James C. Burling

4

BOSTON 1343784v1