FILED
IN CLERKS OFFICE

2002 JAN 28  A 10: 41

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

U.S. DISTRICT COURT
DISTRICT OF MASS.

CITIZENS FOR CONSUMER JUSTICE, )
*et al.*, )
                                    )
        Plaintiffs, )
                                    )
v.                                  )    Case No. 01CV-12257-PBS
                                    )
ABBOTT LABORATORIES, INC., )
*et al.*, )
                                    )
        Defendants. )
                                    )

## <u>STIPULATION FOR EXTENSION OF TIME</u>

It is hereby stipulated by the plaintiffs and by the defendant Fujisawa Healthcare, Inc.

("Fujisawa"), by counsel, that Fujisawa shall have up to and including March 21, 2002 to file its

Answer to the Complaint, or otherwise plead in the above-captioned action.

Thomas M. Sobel (TMS 471770)
Nicole Y. Brumsted (NYB 3557)
LIEFF CABRESER HEIMANN &
BERNSTEIN, LLP
175 Federal Street, 7th Floor
Boston, MA 02110
Telephone: (617) 720-5000
Facsimile: (617) 729-5015

Counsel for Plaintiffs

Jack B. Cobetto (JBC 548226)
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

Kathleen H. McGuan
Jacqueline E. Bennett
REED SMITH LLP
1301 K Street, N.W., 1100 – East Tower
Washington, DC 20005
Telephone: (202) 414-9230
Facsimile: (202) 414-9299

Counsel for Defendant
Fujisawa Healthcare, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 25, 2002, a true copy of Plaintiffs' Stipulation for Extension of Time was mailed, first-class postage prepaid, to:

Merle M. Delancey, Jr.
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
2101 L Street, N.W.
Washington, DC  20037


Jeffrey B. Aaronson, Esq.
BELL, BOYD & LLOYD LLC
70 West Madison Street, Suite 3300
Chicago, IL  60602


Shari L. Fleishman, Esq.
AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
1333 New Hampshire Avenue, N.W.
Suite 400
Washington, DC  20036


R. Christopher Cook
JONES DAY REAVIS & POGUE
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113


Ethan M. Posner
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401


Fred Harrold
DECHERT
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103

Stephen J. Immelt
HOGAN & HARTSON
100 Park Avenue
New York, New York  10017

Jeffrey S. Ross
PILLSBURY WINTHROP
50 Fremont Street, Office 1456
San Francisco, CA  94105-2228

Kathleen M. Sanzo
MORGAN LEWIS & BOKIUS LLP
1800 M. Street, N.W.
Washington, DC  20036-5869

Nathan Sheers
SIDLEY AUSTON BROWN & WOOD
1501 K Street, N.W.
Washington, DC  20005

Matt Strickler
BALLARD SPAHR ANDREWS & INGERSOL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

David J. Burman
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099

Michael G. Sheininger
McKenna & Cuneo, LLP
1900 K Street, N.W.
Washington, DC  20006-1108

S. Craig Holden
OBER, KALER, GRIMES & SHRIVER
120 East Baltimore Street
Baltimore, MD  21202-1643


Brien O'Connor
ROPES & GRAY
One International Place
Boston, MA  02110


Robert Stauffer
JENNER & BLOCK
One IBM Plaza
Chicago, IL  60611


Nancy L. Newman
KNAPP, PERTERSEN & CLARK
500 North Brand Boulevard
20th Floor
Glendale, CA  91203-1904


Gordon Lang
NIXON PEABODY, LLP
401 9th Street, N.W., Suite 900
Washington, DC  20004-2128


Jack C. Silhavy
Vice President & General Counsel
AMERICAN PHARMACEUTICAL PARTNERS, INC.
1101 Perimeter Drive
Schaumburg, IL  60173-5837


Jack B.Cobetto

-4-