Case 1:01-cv-12257-PBS   Document 17   Filed 01/29/02   Page 1 of 2

*[Handwritten margin note: 1-29-02 SARIS, D.J.: Stipulation approved. Extension granted to March 21, 2002. By the Court, [signature] C. Alba, Deputy Clerk.]*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITIZENS FOR CONSUMER JUSTICE, COLORADO PROGRESSIVE COALITION, CONGRESS OF CALIFORNIA SENIORS, FLORIDA ALLIANCE FOR RETIRED AMERICANS, HEALTH CARE FOR ALL, INC., MASSACHUSETTS SENIOR ACTION COUNCIL, MASSPIRG, MINNESOTA SENIOR FEDERATION, NEW JERSEY CITIZEN ACTION, NEW YORK STATE WIDE SENIOR ACTION COUNCIL, PENNSYLVANIA ALLIANCE FOR RETIRED AMERICANS, VERMONT PUBLIC INTEREST RESEARCH GROUP, WEST VIRGINIA CITIZEN ACTION, and WISCONSIN CITIZEN ACTION,<br><br>          Plaintiffs,<br><br>  -v.-<br><br>ABBOTT LABORATORIES, INC., ALLERGAN WORLDWIDE, ALPHA THERAPEUTIC CORP., AMERICAN BIOSCIENCE, INC., AMERICAN HOME PRODUCTS, AMGEN, INC., ASTRAZENECA US, AVENTIS PARMA, BAYER AG, BASTER INTERNATIONAL, INC., BRISTOL-MYERS SQUIBB CO., CHIRON, FUGISAWA HEALTHCARE, INC., GLAXOSMITHKLINE, PLC, GENSIA SICOR PHARMACEUTICALS, INC., GLAXO WELLCOME, INC., GLAXO WELLCOME, PLC, IMMUNEX CORP., ICN PHARMACEUTICALS, INC., HOESCHT MARION ROUSSEL, INC., ELI LILLY AND COMPANY, ONCOLOGY THERAPEUTICS NETWORK CORP., PHARMACIA CORP., SCHERING-PLOUGH, CORP., SICOR, INC., SMITHKLINE BEECHAM CORPORATION, TAKEDA CHEMICAL INDUSTRIES LTD., TAP PHARMACEUTICAL PRODUCTS, INC. And JOHN DOES 1-200,<br><br>          Defendants. | C.A. No. 01-CV 12257 PBS<br><br>**STIPULATION FOR EXTENSION OF TIME**<br><br>*FILED IN CLERK'S OFFICE*<br>*2002 JAN 29 A 10*<br>*U.S. DISTRICT COURT*<br>*DISTRICT OF MASS.* |

IT IS HEREBY STIPULATED, by and between the undersigned counsel,

that the time for defendants Bristol-Myers Squibb Co. and Oncology Therapeutics



Network Corp. to answer or otherwise move with regard to the Complaint filed in the above-captioned action shall be extended until and including March 21, 2002.

_____
Thomas M. Sobol, (BBO No. 471770)
**LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP**
175 Federal Street, 7th Floor
Boston, Massachusetts 02110
(617) 720-5000

*Attorneys for Plaintiffs*

_____
Thomas E. Dwyer, Jr., (BBO No. 139660)
Daniel J. Cloherty (BBO No. 565772)
**DWYER & COLLORA, LLP**
600 Atlantic Avenue
Boston, MA 02210
(617) 371.1000

Alison C. Gilbert, Esq.
**HOGAN & HARTSON, LLP**
875 Third Avenue, 26th Floor
New York, New York 10022
(212) 918-3000

*Attorneys for Defendants Bristol
Myers Squibb Co. and Oncology
Therapeutics Network Corp.*

Dated: January 28, 2002

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney or record for each other party by mail (by hand) on 1/28/02
_____