IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITIZENS FOR CONSUMER JUSTICE, COLORADO PROGRESSIVE COALITION, CONGRESS OF CALIFORNIA SENIORS, FLORIDA ALLIANCE FOR RETIRED AMERICANS, HEALTH CARE FOR ALL, INC. MASSACHUSETTS SENIOR ACTION COUNCIL, MASSPIRG, MINNESOTA SENIOR FEDERATION, NEW JERSEY CITIZEN ACTION, NEW YORK STATE WIDE SENIOR ACTION COUNCIL, PENNSYLVANIA ALLIANCE FOR RETIRED AMERICANS, VERMONT PUBLIC INTEREST RESEARCH GROUP, WEST VIRGINIA CITIZEN ACTION, and WISCONSIN CITIZEN ACTION, <br><br> Plaintiffs, <br><br> V. <br><br> ABBOTT LABORATORIES, INC., ALLERGAN WORLDWIDE, ALPHA THERAPEUTIC CORP., AMERICAN BIOSCIENCE, INC., AMERICAN HOME PRODUCTS, AMGEN INC., ASTRAZENECA US, AVENTIS PHARMA, BAYER AG, BAXTER INTERNATIONAL, INC., BRISTOL-MYERS SQUIBB CO., CHIRON, FUGISAWA HEALTHCARE, INC., GLAXOSMITHKLINE, PLC, GENSIA SICOR PHARMACEUTICALS, INC., GLAXO WELLCOME, INC., GLAXO WELLCOME, PLC, IMMUNEX CORP., ICN PHARMACEUTICALS, INC., HOESCHT MARION ROUSSEL, INC., ELI LILLY AND COMPANY, ONCOLOGY THERAPEUTICS NETWORK, CORP., PHARMACIA CORP., SCHERING-PLOUGH, CORP., SICOR, INC., SMITHKLINE BEECHAM CORPORATION, TAKEDA CHEMICAL INDUSTRIES LTD., TAP PHARMACEUTICAL PRODUCTS, INC., AND JOHN DOES 1 – 200, <br><br> Defendants. | Case No. 01-12257PBS |

**JOINT STIPULATION TO EXTEND TIME**

BOS-507103 v1 5544510-0903

Plaintiffs Citizens for Consumer Justice, Colorado Progressive Coalition, Congress of California Seniors, Florida Alliance For Retired Americans, Health Care for All, Inc. Massachusetts Senior Action Council, Masspirg, Minnesota Senior Federation, New Jersey Citizen Action, New York State Wide Senior Action Council, Pennsylvania Alliance for Retired Americans, Vermont Public Interest Research Group, West Virginia Citizen Action, and Wisconsin Citizen Action (collectively, "Plaintiffs") and Defendant Aventis Pharma[1] ("Aventis") hereby stipulate and agree as follows:

(1)   On December 19, 2001, Plaintiffs filed their Class Action Complaint;

(2)   Plaintiffs have effected service of the Class Action Complaint and Summons upon Aventis pursuant to Fed. R. Civ. P. 4;

(3)   Aventis shall have until March 21, 2002, to file responsive pleadings or motions to Plaintiffs' Class Action Complaint, or any amendment thereto served prior to March 1, 2002;

(4)   This stipulation, submitted through counsel for the parties, shall not serve as a waiver of Aventis' rights to file responsive pleadings or motions <u>after</u> March 21, 2002, in the event that Plaintiffs file and serve an amended Class Action Complaint <u>after</u> March 1, 2002; and

(5)   This stipulation, submitted through counsel for the parties, shall not serve as a waiver of any defense or response to any matter now, or hereafter to be, asserted by Plaintiffs, with the exceptions of insufficiency of process (Fed. R. Civ. P. 12(b)(4)) and insufficiency of service of process (Fed. R. Civ. P. 12(b)(5)).

---

[1]   Hoescht Marion Roussel, Inc., which is named separately as a defendant in the Complaint, is a predecessor to Aventis.

Respectfully submitted,

CITIZENS FOR CONSUMER JUSTICE,
COLORADO PROGRESSIVE COALITION,
CONGRESS OF CALIFORNIA SENIORS,
FLORIDA ALLIANCE FOR RETIRED AMERICANS,
HEALTH CARE FOR ALL, INC.,
MASSACHUSETTS SENIOR ACTION COUNCIL,
MASSPIRG, MINNESOTA SENIOR FEDERATION,
NEW JERSEY CITIZEN ACTION, NEW YORK
STATE WIDE SENIOR ACTION COUNCIL,
PENNSYLVANIA ALLIANCE FOR RETIRED
AMERICANS, VERMONT PUBLIC INTEREST
RESEARCH GROUP, WEST VIRGINIA CITIZEN
ACTION, and WISCONSIN CITIZEN ACTION

By their counsel,

Thomas M. Sobol (TMS 471770)
Nicole Y. Brumsted (NYB 3557)
Lieff Cabraser Heimann &
 Bernstein, LLP
175 Federal Street, 7th Floor
Boston, MA 02110
(617) 720-5000 (Phone)
(617) 729-5015 (Fax)

Michael J. Flannery
Carey & Danis, LLC
676 North Michigan Avenue
Suite 3110
Chicago, IL 60611
(312) 649-0100 (Phone)
(312) 649-0603 (Fax)

David J. Bershad
J. Douglas Richards
Michael M. Buchman
Milberg Weiss Bershad Hynes &
 Lerach, LLP
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300 (Phone)
(212) 868-1229 (Fax)

Robert G. Eisler
Lieff Cabraser Heimann &
 Bernstein, LLP
780 Third Avenue, 48th Floor
New York, NY 10017
(212) 355-9500 (Phone)
(212) 355-9592 (Fax)

**AVENTIS PHARMA,**
By their counsel,

_____
Michael DeMarco (BBO #119960)
Jeanne E. Demers (BBO #561255)
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA 02109
(617) 261-3100

DATED: February 13, 2002

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the aforementioned Stipulation to Extend Time was served on February 13, 2002 via first class mail, postage prepaid on all counsel of record as of the same date.

_____
Jeanne E. Demers

4

LIT 1311233v1