**FILED
IN CLERKS OFFICE
2002 FEB 14 P 4:39
U.S. DISTRICT COURT
DISTRICT OF MASS.**

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

2-15-02 SARIS, D.J.: MOTION APPROVED.
EXTENSION GRANTED TO MARCH 31, 2002.
By the Court, R+C Alba, Deputy Clerk

| | |
|---|---|
| CITIZENS FOR CONSUMER JUSTICE, COLORADO PROGRESSIVE COALITION, CONGRESS OF CALIFORNIA SENIORS, FLORIDA ALLIANCE FOR RETIRED AMERICANS, HEALTH CARE FOR ALL, INC., MASSACHUSETTS SENIOR ACTION COUNCIL, MASSPIRG, MINNESOTA SENIOR FEDERATION, NEW JERSEY CITIZEN ACTION, NEW YORK STATE WIDE SENIOR ACTION COUNCIL, PENNSYLVANIA ALLIANCE FOR RETIRED AMERICANS, VERMONT PUBLIC INTEREST RESEARCH GROUP, WEST VIRGINIA CITIZEN ACTION, and WISCONSIN CITIZEN ACTION,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>ABBOTT LABORATORIES, INC., ALLERGAN WORLDWIDE, ALPHA THERAPEUTIC CORP., AMERICAN BIOSCIENCE, INC., AMERICAN HOME PRODUCTS, AMGEN INC., ASTRAZENECA US, AVENTIS PHARMA, BAYER AG, BAXTER INTERNATIONAL, INC., BRISTOL-MYERS SQUIBB CO., CHIRON, FUGISAWA HEALTHCARE, INC., GLAXOSMITHKLINE, PLC, GENSIA SICOR PHARMACEUTICALS, INC., GLAXO WELLCOME, INC., GLAXO WELLCOME, PLC, IMMUNEX CORP., ICN PHARMACEUTICALS, INC., HOESCHT MARION ROUSSEL, INC., ELI LILLY AND COMPANY, ONCOLOGY THERAPEUTICS NETWORK CORP., PHARMACIA CORP., SCHERING-PLOUGH CORP., SICOR, INC., SMITHKLINE BEECHAM CORPORATION, TAKEDA CHEMICAL INDUSTRIES LTD., TAP PHARMACEUTICAL PRODUCTS, INC., AND JOHN DOES 1 – 200.<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 01-12257PBS |



HWD2 973842v1

## JOINT MOTION TO EXTEND
## TIME FOR DEFENDANT ALLERGAN
## WORLDWIDE TO RESPOND TO THE COMPLAINT

Citizens For Consumer Justice, Colorado Progressive Coalition, Congress Of California Seniors, Florida Alliance For Retired Americans, Health Care For All, Inc., Massachusetts Senior Action Council, Masspirg, Minnesota Senior Federation, New Jersey Citizen Action, New York State Wide Senior Action Council, Pennsylvania Alliance For Retired Americans, Vermont Public Interest Research Group, West Virginia Citizen Action, and Wisconsin Citizen Action (collectively "Plaintiffs") and Defendant Allergan Worldwide ("Allergan") jointly move the Court to extend the time by which Allergan must answer, move, or otherwise respond to the Complaint to and including March 21, 2002.

Pursuant to Local Rule 7.1(A)(2), the parties certify that they have conferred and reached an agreement with respect to this motion.

| | |
|---|---|
| CITIZENS FOR CONSUMER JUSTICE, COLORADO PROGRESSIVE COALITION, CONGRESS OF CALIFORNIA SENIORS, FLORIDA ALLIANCE FOR RETIRED AMERICANS, HEALTH CARE FOR ALL, INC., MASSACHUSETTS SENIOR ACTION COUNCIL, MASSPIRG, MINNESOTA SENIOR FEDERATION, NEW JERSEY CITIZEN ACTION, NEW YORK STATE WIDE SENIOR ACTION COUNCIL, PENNSYLVANIA ALLIANCE FOR RETIRED AMERICANS, VERMONT PUBLIC INTEREST RESEARCH GROUP, WEST VIRIGINIA CITIZEN ACTION, and WISCONSIN CITIZEN ACTION | ALLERGAN WORLDWIDE<br><br>By its attorneys,<br><br>*Anastasia M. Fernands*<br>Robert P. Sherman (BBO# 458540)<br>Anastasia M. Fernands (BBO# 633131)<br>HUTCHINS, WHEELER & DITTMAR<br>A Professional Corporation<br>101 Federal Street<br>Boston, MA 02110<br>Phone: (617) 951-6600<br><br>David F. Graham<br>Richard D. Raskin<br>Bruce M. Zessar<br>SIDLEY AUSTIN BROWN & WOOD<br>Bank One Plaza<br>10 South Dearborn Street<br>Chicago, IL 60603<br>Phone: (312) 853-7000 |

By their attorneys,

HWD2 973842v1

*Thomas M Sobol (w/permission (by AMF))*
Thomas M. Sobol (TMS 47177)
Nicole Y. Brumsted (NYB 3557)
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
175 Federal Street, 7th Floor
Boston, MA 02110
Phone: (617) 720-5000

Michael J. Flannery
CAREY & DANIS, LLC
676 North Michigan Avenue
Suite 3110
Chicago, IL 60611
Phone: (312) 649-0100

David J. Bershad
J. Douglas Richards
Michael M. Buchman
MILBERG WEISS BERSHAD
HYNES & LERACH, LLP
One Pennsylvania Plaza
New York, NY 10119-0165
Phone: (212) 594-5300

Robert G. Eisler
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Phone: (212) 355-9500

## CERTIFICATE OF SERVICE

I, Anastasia M. Fernands, hereby certify that on February 14, 2002, I served a true copy of the above document upon counsel of record by first class mail.

*Anastasia M. Fernands*
Anastasia M. Fernands

HWD2 973842v1