FILED IN CLERKS OFFICE
2002 FEB 22 P 3:37
U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CITIZENS FOR CONSUMER JUSTICE *et al.*

Plaintiffs,

v.

ABBOTT LABORATORIES, INC., *et al.*,

Defendants.

Civil Action No. 01-12257-PBS

2-27-02 SARIS, D.J.: MOTION ALLOWED. EXTENSION GRANTED TO MARCH 21, 2002. BY THE COURT, Robert C. Alba, DEPUTY CLERK.

DOCKETED

**JOINT MOTION FOR STIPULATED ORDER ENLARGING TIME**
**FOR DEFENDANT AMGEN, INC. TO RESPOND TO COMPLAINT**

Plaintiffs Citizens for Consumer Justice, Colorado Progressive Coalition, Congress of California Seniors, Florida Alliance for Retired Americans, Health Care for All, Inc., Massachusetts Senior Action Counsel, MassPIRG, Minnesota Senior Federation, New Jersey Citizen Action, New York StateWide Senior Action Counsel, Pennsylvania Alliance for Retired Americans, Vermont Public Interest Research Group West Virginia Citizen Action, Wisconsin Citizen Action (collectively "plaintiffs") and defendant Amgen, Inc. ("Amgen") hereby jointly move that the time within which Amgen must answer or otherwise respond to the original complaint filed by plaintiffs in the above-entitled action shall be enlarged through and including March 21, 2002. In the event plaintiffs file an amended complaint, Amgen's answer or other response to that pleading shall be due within 45 days of the date on which any such amended pleading is filed. In support of their

DOCKETED

43

joint motion, the parties represent that this multi-defendant putative class action involved complex factual allegations and that the additional time is necessary in order for Amgen to review the allegations and to respond accordingly.

A stipulated Order is attached hereto.

Respectfully submitted,

**Plaintiffs,**

By their attorneys,

Thomas M. Sobol (FAL)

Thomas M. Sobol, Esquire
Nicole Y. Brumsted, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
175 Federal Street
7th Floor
Boston, MA 02110
(617) 720-5000
(617) 729-5015 (fax)

Michael J. Flannery, Esquire
Carey & Danis, LLC
676 N. Michigan Ave., Suite 3110
Chicago, IL 60611
(312) 649-0100
(312) 649-0603 (fax)

David J. Bershad, Esquire
J. Douglas Richards, Esquire
Michael M. Buchman, Esquire
Milberg Weiss Bershad Hynes &
Lerach, LLP
One Pennsylvania Plaza
New York, NY 10119-0165
(212) 594-5300
(212) 868-1229 (fax)

Robert G. Eisler, Esquire
Lieff Cabraser Heimann &
Bernstein, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
(212) 355-9500
(212) 355-9592 (fax)

**Defendant Amgen, Inc.**

By its attorneys,

Frank A. Libby, Jr. (BBO. 299100)
Kelly, Libby & Hoopes
175 Federal Street
Boston, MA 02110
(617) 338-9300
(617) 338-9911 (fax)

Joseph H. Young
Hogan & Hartson, LLP
111 S. Calvert Street, Suite 1600
Baltimore, MD 21202
(410) 659-2700
(410) 539-6981 (fax)

Dated: 2-22-02

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22d day of February, 2002, a copy of the foregoing was mailed, postage prepaid, to the following:

Thomas M. Sobol, Esquire
Nancy Y. Brumsted, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
175 Federal Street
7th Floor
Boston, MA 02110

Michael J. Flannery, Esquire
Carey & Danis, LLC
676 N. Michigan Ave., Suite 3110
Chicago, IL 60611

David J. Bershad, Esquire
J. Douglas Richards, Esquire
Michael M. Buchman, Esquire
Milberg Weiss Bershad Hynes & Lerach, LLP
One Pennsylvania Plaza
New York, NY 10119-0165

Robert G. Eisler, Esquire
Lieff Cabraser Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024

(Attorneys for Consumer Justice; Colorado Progressive Coalition; Congress of California Seniors; Florida Alliance for Retired Americans; Health Care for All, Inc.; Massachusetts Senior Action Counsel; Masspirg; Minnesota Senior Federation; New Jersey Citizen Action; New York Statewide Senior Action Counsel; Pennsylvania Alliance for Retired Americans; Vermont Public Interest Research Group; West Virginia Citizen Action; Wisconsin Citizen Action)

Ronald L. Castle, Esquire
Arent, Fox, Kintner, Pltokin & Kahn, PLLC
1050 Connecticut Ave., N.W.
Washington, DC 20036
(Attorneys for Chiron Corp.)

R. Christopher Cook, Esquire
Jones, Day, Reavis & Pogue
51 Louisiana Ave., N.W.
Washington, DC 20001
(Attorneys for Abbott Laboratories)

William Davis, Esquire
Mintz, Levin, Cohen, Ferris, Glovsky & Popeo
701 Pennsylvania Ave., N.W.
Suite 900
Washington, DC 20004
(Attorneys for Eli Lilly & Co.)

Steven M. Edwards, Esquire
Hogan & Hartson, LLP
875 Third Avenue
Suite 2600
New York, NY 10022
(Attorneys for Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.)

Martin F. Gaynor, III, Esquire
Cooley, Manion & Jones, LLP
21 Custom House St., 6th Floor
Boston, MA 02110
(Attorney for ICN Pharmaceuticals, Inc.)

Kirke M. Hasson, Esquire
Pillsbury Winthrop, LLP
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120
(Attorneys for Gensia Sicor Pharmaceuticals, Inc.; Sicor, Inc.)

S. Craig Holden, Esquire
Ober, Kaler, Grimes & Shriver
120 E. Baltimore Street
Baltimore, MD 21202
(Attorneys for American Home Products)

Michael L. Koon, Esquire
Shook, Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street, 26th Floor
Kansas City, MO 64105
(Attorneys for Aventis Pharma; Hoescht Marion Roussel, Inc.)

Kathleen H. McGuan, Esquire
Reed Smith, LLP
1301 K Street, NW
Suite 1100, East Tower
Washington, DC 20005
(Attorneys for Fugisawa Healthcare, Inc.)

Nancy L. Newman, Esquire
Knapp, Petersen & Clarke
500 North Brand Boulevard
20th Floor
Glendale, CA 91203
(Attorneys for Alpha Therapeutic Corp.)

Brien T. O'Connor, Esquire
Ropes & Gray
One International Place
Boston, MA 02110
(Attorneys for Schering-Plough Corp.)

Ethan M. Posner, Esquire
Covington & Burling
1201 Pennsylvania Ave., N.W.
P. O. Box 7566
Washington, DC 20004
(Attorneys for GlaxoSmithKline, PLC; Glaxo Wellcome, Inc.; Glaxo Wellcome, PLC; SmithKline Beecham Corp.)

Richard D. Raskin, Esquire
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(Attorneys for Allergan Worldwide and Bayer A.G.)

Lori A. Schechter, Esquire
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105
(Attorneys for American BioScience, Inc.)

Michael Sennett, Esquire
Bell, Boyd & Lloyd
70 West Madison Street
Suite 3300
Chicago, IL 60602
(Attorneys for Baxter International, Inc.)

Robert R. Stauffer, Esquire
Jenner & Block
One IBM Plaza
Suite 4400
Chicago, IL 60611
(Attorneys for Takeda Chemical Industries, Ltd.)

Scott A. Stempel, Esquire
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Ave., N.W.
Washington, DC 20004
(Attorneys for Pharmacia Corp.)

Matthew M. Strickler, Esquire
Ballard, Spahr, Andrews & Ingersoll
1735 Market Street
51st Floor
Philadelphia, PA 19103
(Attorney for Immunex Corp.)

Tina Tabbachi, Esquire
Jones, Day, Reavis & Pogue
77 West Wacker Drive
Suite 3500
Chicago, IL 60601
(Attorneys for TAP Pharmaceutical Products, Inc.)

D. Scott Wise, Esquire
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(Attorneys for Astrazeneca, US)

Frank A. Libby, Jr.