UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

F I L E D
Clerk's Office
USDC, Mass.
Date
By
Deputy Clerk

CITIZENS FOR CONSUMER JUSTICE, et al. )
)
)
Plaintiffs, )
)
v. )
)
) Civil Action No.: 01-12257-PBS
ABBOTT LABORATORIES, INC., et al., )
)
)
Defendants. )

## MOTION FOR ADMISSION PRO HAC VICE OF MERLE M. DELANCEY, JR.

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Merle M. DeLancey, Jr., Esq., of Dickstein Shapiro Morin & Oshinsky LLP, 2101 L Street, N.W., Washington, DC 20037-1526, be admitted to appear on behalf of defendant Baxter International Inc., and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1. Mr. DeLancey is and has been a member in good standing of the bars of the following United States District Courts and Circuit Court of Appeals since the following dates:

    District of Columbia        1993

    District of Maryland         1993

    Eastern District of Virginia    1993

    Fourth Circuit                1992



2. Mr. DeLancey is and has been a member in good standing of the bar of the District of Columbia since 1992, and the bar of the Commonwealth of Virginia since 1991;

3. There are no disciplinary proceedings pending against Mr. DeLancey as a member of the bar in any jurisdiction;

4. Mr. DeLancey has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5. In further support of this motion, Mr. DeLancey has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Mr. DeLancey's admission to practice before this Court *pro hac vice*.

Respectfully submitted,

_____
Peter E. Gelhaar, (BBO#: 188310)
DONNELLY, CONROY & GELHAAR, LLP
73 Tremont Street
Boston, MA 02108
(617) 720-2880

Dated: February 19, 2002

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand
Date: 2/22/02   _____

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Merle M. DeLancey, Jr., Esq., hereby certify that: (1) I am admitted to the bars of the Courts described in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

_____
Merle M. DeLancey, Jr., Esq.

Dated: February 8, 2002

**CERTIFICATE OF SERVICE**
(Appearances filed as of February 19, 2002)

**Michael M. Buchman, Esq.**
**David J. Bershad, Esq.**
**J. Douglas Richards, Esq.**
Milberg,Weiss, Bershad, Hynes&Lerach, LLP
One Pennsylvania Plaza, 49th Fl.
New York, NY 10119
(212) 594-5300

**Thomas M. Sobol, Esq.**
**Nicole Y. Brumsted, Esq.**
Lieff, Cabraser, Heimann & Bernstein, LLP
175 Federal Street, 7th Fl.
Boston, MA 02110-2221
(617) 720-5000

**Robert G. Eisler, Esq.**
Lieff, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue, 48th Fl.
New York, NY 10017-2024
(212) 355-9500

**Michael J. Flannery, Esq.**
Carey & Danis, LLC
676 North Michigan Avenue, Suite 3110
Chicago, IL 60611
(312) 649-0100

**Robert P. Sherman, Esq.**
**Anastasia M. Fernands, Esq.**
Hutchins, Wheeler & Dittmar
101 Federal Street
Boston, MA 02110
(617) 951-6600

**Melissa Bayer Tearney, Esq.**
**David M. Ryan, Esq.**
**Dennis M. Duggan, Jr., Esq.**
Nixon Peabody
101 Federal Street
Boston, MA 02110
(617) 345-1000

**James C. Burling, Esq.**
**William F. Lee, Esq.**
Hale & Dorr
60 State Street
Boston, MA 02109
(617) 526-6412

**Scott Garland, Esq.**
**Nicholas C. Theodorou, Esq.**
Foley, Hoag, & Elliot, LLP
One Post Office Square
Boston, MA 02109
(617) 832-1000

**Michael DeMarco, Esq.**
**Jeanne E. Demers, Esq.**
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02109
(617) 261-3100

**Thomas E. Dwyer, Jr., Esq.**
**Daniel J. Cloherty, Esq.**
Dwyer & Collora
600 Atlantic Avenue
Boston, MA 02110-2211
(617) 371-1000

**Robert Wolkon, Esq.**
Wolkon & Pascucci, LLP
One Beacon Street, Suite 1320
Boston, MA 02108
(617) 523-8400

**Ronald L. Castle, Esq.**
Arent, Fox, Kintner, Plotkin, Plotkin & Kahn, LLC
1050 Connecticut Avenue, N.W.
Washington, DC 20036-6188
(202) 857-6188

**Glaxosmithkline, PLC (no firm)**

**Thomas J. Sartory, Esq.**
**Kenneth A. Sansone, Esq.**
Goulston & Storrs
400 Atlantic Avenue
Boston, MA 02210-3333
(617) 482-1776

**Christopher J. Cunio, Esq.**
**Martin F. Gaynor, Esq.**
Cooley, Manion & Jones, LLP
21 Custom House Street
Boston, MA 02110
(617) 727-3100

**Kevin M. McGinty, Esq.**
**William M. Cowan, Esq.**
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000 or (617) 542-2241

**Thomas E. Dwyer, Jr., Esq.**
**Daniel J. Cloherty, Esq.**
Dwyer & Collora
600 Atlantic Avenue
Boston, MA 02210
(617) 371-1000

**Mark D. Smith, Esq.**
Faxon & Laredo
15 Broad Street, Suite 600
Boston, MA 02109
(617) 367-7984