UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITIZENS FOR CONSUMER JUSTICE, COLORADO PROGRESSIVE COALITION, CONGRESS OF CALIFORNIA SENIORS, FLORIDA ALLIANCE FOR RETIRED AMERICANS, HEALTH CARE FOR ALL, INC., MASSACHUSETTS SENIOR ACTION COUNCIL, MASSPIRG, MINNESOTA SENIOR FEDERATION, NEW JERSEY CITIZEN ACTION, NEW YORK STATE WIDE SENIOR ACTION COUNCIL, PENNSYLVANIA ALLIANCE FOR RETIRED AMERICANS, VERMONT PUBLIC INTEREST RESEARCH GROUP, WEST VIRGINIA CITIZEN ACTION, and WISCONSIN CITIZEN ACTION,<br><br>       Plaintiffs,<br><br>    v.<br><br>ABBOTT LABORATORIES, INC., ALLERGAN WORLDWIDE, ALPHA THERAPEUTIC CORP., AMERICAN BIOSCIENCE, INC., AMERICAN HOME PRODUCTS, AMGEN INC., ASTRAZENECA US, AVENTIS PHARMA, BAYER AG, BAXTER INTERNATIONAL, INC., BRISTOL-MYERS SQUIBB CO., CHIRON, FUJISAWA HEALTHCARE, INC., GLAXOSMITHKLINE, PLC, GENSIA SICOR PHARMACEUTICALS, INC. GLAXO WELLCOME, INC., GLAXO WELLCOME, PLC, IMMUNEX CORP., ICN PHARMACEUTICALS, INC., HOESCHT MARION ROUSSEL, INC., ELI LILLY AND COMPANY, ONCOLOGY THERAPEUTICS NETWORK CORP., PHARMACIA CORP., SCHERING-PLOUGH, CORP., SICOR, INC., SMITHKLINE BEECHAM CORPORATION, TAKEDA CHEMICAL INDUSTRIES LTD., TAP PHARMACEUTICAL PRODUCTS, INC., and JOHN DOES 1 – 200,<br>            Defendants. | Case No.:<br>01-12257 PBS<br><br><br><br><br><br><br><br><br><br><br>**NOTICE OF<br>APPEARANCE** |

LITDOCS:445001.1

## NOTICE OF APPEARANCE

Please enter the appearance of S. Elaine McChesney and Terry Klein for defendants Fujisawa Healthcare, Incorporated in the above-captioned civil action.

        Respectfully submitted

        FUJISAWA HEALTHCARE, INC.

        By its attorneys,

        _____
        S. Elaine McChesney, BBO #
        Terry Klein, BBO #652052
        BINGHAM DANA LLP
        150 Federal Street
        Boston, Massachusetts 02110
        (617) 951-8000

Dated:    March 12, 2002

## Certificate of Service

I hereby certify that on March 12, 2002, the above-referenced document was served by first-class mail, postage prepaid, upon Thomas M. Sobol, Esq., Lieff Cabraser Heimann & Bernstein, LLP, 175 Federal Street, 7th Floor, Boston, MA 02110; Michael J. Flannery, Carey & Danis, LLC, 676 Michigan Avenue, Suite 3110, Chicago, IL 60611; David J. Bershad, Milberg Weiss Bershad Hynes & Lerach, LLP, One Pennsylvania Plaza, New York, NY 10119-0165; and Robert G. Eisler, Lieff Cabraser Heimann & Berstein, LLP, 780 Third Avenue, 48th Floor, New York NY 10017-2024.

        _____
        Terry Klein

LITDOCS:445001.1