**ORDER**

01-12257

IT IS HEREBY ORDERED that each Defendant is relieved of the obligation to respond to Plaintiffs' original Complaint and, further, that each Defendant's response to Plaintiffs' Amended Complaint shall be filed by the later of forty-five (45) days following service of Plaintiffs' Amended Complaint or thirty (30) days following the rendering of a decision on the merits by the Judicial Panel on Multidistrict Litigation on the motions to transfer filed in MDL Nos. 1453, 1454, 1455 and 1456.

Dated: __3 / 21__, 2002      By: _____

Hon. Patti B. Saris
Judge, United States District Court
District of Massachusetts

10