UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CITIZENS FOR CONSUMER JUSTICE, ET AL
        Plaintiffs,

v.

ABBOTT LABORATORIES, INC., ET AL
        Defendants.

AND ALL RELATED CASES

CIVIL ACTION
NO. 01-12257-PBS
MDL NO. 1456

### ORDER OF CONSOLIDATION

SARIS, U.S.D.J.                                      May 16, 2002

This Court hereby consolidates the following civil actions: 02-10846, 02-10847, 02-10848, 02-10849, 02-10850, 02-10851, 02-10852, 02-10853, 02-10854, 02-10855, 02-10856, 02-10857, 02-10859, 02-10860, 02-10861 and 02-10862 with civil action 01-12257-PBS. All future pleadings will be docketed in civil action 01-12257-PBS which has been designated the Lead Case.

/s/ Patti B. Saris
Patti B. Saris
United States District Judge

Copies to: All Counsel

