UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION
---------------------------------------------------------------- x
ACTION ALLIANCE OF SENIOR CITIZENS OF  )
GREATER PHILADELPHIA, a non-profit     )   MDL Docket No. 1456
Pennsylvania corporation, individually and on behalf of )
all others similarly situated,         )   Case No. 02C 0396
                                       )   (N.D. Illinois)
           Plaintiff,                  )
                                       )   Hon. Patti B. Saris
        - against -                    )
                                       )
FUJISAWA PHARMACEUTICAL CO., LTD.,     )
FUJISAWA USA, INC., FUJISAWA HEALTHCARE, )
INC.,                                  )
                                       )
           Defendants.                 )
                                       )
---------------------------------------------------------------- x

## MOTION TO DISMISS

Defendant Fujisawa Pharmaceutical Co., Ltd. ("Fujisawa Pharmaceutical") was served by plaintiff Action Alliance of Senior Citizens of Greater Philadelphia ("Alliance") on April 22, 2002, pursuant to the applicable provisions of the Hague Convention. Fujisawa Pharmaceutical hereby moves this Court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Alliance's Class Action Complaint (the "Complaint"). In support of the motion, Fujisawa Pharmaceutical states as follows:

1.  Alliance brings this case as a purported class action alleging an antitrust violation under Section 2 of the Sherman Act.

2.  The Complaint should be dismissed in its entirety pursuant to Rule 12(b)(6) because Alliance has not adequately pleaded (a) the existence of a relevant market, (b) that

NYDOCS2:796674.1

Fujisawa Pharmaceutical has a monopoly power in that relevant market, or (c) an antitrust injury -- all of which are essential elements of a cause of action under Section 2 of the Sherman Act. In addition, the Complaint should be dismissed because Alliance lacks standing.

3.      As grounds for this motion, defendant Fujisawa Pharmaceutical relies upon the attached memoranda of law (Exhibit A) submitted by defendants Fujisawa Healthcare, Inc. and Fujisawa USA, Inc. in support of their earlier-filed motion to dismiss the Complaint as against them. The arguments set forth therein apply equally to defendant Fujisawa Pharmaceutical, and the Complaint should therefore be dismissed as against it as well.

WHEREFORE defendant Fujisawa Pharmaceutical respectfully requests that the Court dismiss the Complaint of plaintiff Alliance with prejudice.

### RULE 7.1(A)(2) CERTIFICATION

In accordance with L.R. 7.1(A)(2), counsel for defendant Fujisawa Pharmaceutical, Sandra E. Grandison, certifies that she conferred with counsel for the plaintiff in good faith to resolve or narrow the issues presented by this motion.

### REQUEST FOR ORAL ARGUMENT

In accordance with L.R. 7.1(D), defendant Fujisawa Pharmaceutical requests oral argument on this motion.

FUJISAWA PHARMACEUTICAL CO., LTD.

By its attorney,

_____
Sandra E. Grandison BB0# 643763
BINGHAM DANA LLP
399 Park Avenue
New York, NY 10022-4689
(212) 318-7700

Dated: May 10, 2002

NYDOCS2:796674.1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each other party as listed below by U.S. Mail postage pre-paid on May 10, 2002.

_____
Sandra E. Grandison

Kathleen H. McGuan
Jacqueline E. Bennett
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC  20005
(202) 414-9200

Mary Ellen Hennessy
Stephen D. Liowsky
**KATTEN MUCHIN ZAVIS**
525 West Monroe Street
Suite 1600
Chicago, IL  60661
(312) 902-5200

Kenneth A. Wexler, Esquire
Elizabeth Fegan Hartweg, Esquire
**KENNETH A WEXLER AND ASSOCIATES**
One North LaSalle
Suite 2000
Chicago, IL  60602

Daniel E. Gustafson, Esquire
**HEINS MILLS & OLSON, P.C.**
700 Northstar East
608 Second Avenue South
Minneapolis, MN  55402

Ira Neil Richard, Esquire
**RODRIGUEZ & RICHARDS, LLC**
The Penthouse
226 West Ritten House Square
Philadelphia, PA  19103

NYDOCS2:796674.1

Jonathan Shub, Esquire
**SHELLER, LUDWIG & BADLEY**
1528 Walnut Street
3rd Floor
Philadelphia, PA  19102

Marc H. Edelson, Esquire
**HOFFMAN & EDELSON**
45 West Court Street
Doylestown, PA  18901

Lee Squitieri, Esquire
**SQUITIERI & FEARON**
521 Fifth Avenue
26th Floor
New York, NY  10175

Anthony Bolognese, Esquire
**BOLOGNESE & ASSOCIATES**
One Penn Center
1617 JFK Boulevard, Suite 650
Philadelphia, PA  19103

NYDOCS2:796674.1