

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 01-12257-PBS

CITIZENS FOR CONSUMER JUSTICE, ET AL,
Plaintiffs,

v.

AMERICAN BIOSCIENCE, INC.,
Defendant.

## ORDER OF DISMISSAL

SARIS, D.J.

In accordance with the Notice of Dismissal of Defendant American Bioscience, Inc. without prejudice filed by the Plaintiffs on July 2, 2002, it is hereby ORDERED that the above-entitled action be and hereby is dismissed as to Defendant American Bioscience, Inc. without prejudice.

By the Court,

_____
Deputy Clerk

July 9, 2002

To: All Counsel

