UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) | MDL No. 1456 <br><br> Civil Action No. 01-CV-12257 PBS |
| THIS DOCUMENT RELATES ) <br> TO ALL ACTIONS ) | Judge Patti B. Saris |

### DEFENDANT-SPECIFIC MEMORANDA
### IN SUPPORT OF THE MOTIONS TO DISMISS

Pursuant to the Joint Stipulation Setting Page Limits for Motions To Dismiss filed with the Court on October 30, 2002, the following defendants submit the attached Defendant-Specific Memoranda in Support of the Motions to Dismiss: Abbott Laboratories, Amgen, Inc., AstraZeneca Pharmaceuticals, L.P., Baxter Healthcare Corporation, Bayer Corporation, The Boehringer Group, Dey, Inc., GlaxoSmithKline, Hoffman-La Roche Inc., Immunex Corporation, Johnson & Johnson, Merck & Co., Inc., Pfizer, Inc., Pharmacia Corporation, Schering-Plough Corp., Sicor Inc., and Warrick Pharmaceuticals Corp.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Undersigned counsel for defendants Schering-Plough Corporation and Warrick Pharmaceuticals Corporation hereby certify that they have conferred with plaintiffs in a good faith attempt to narrow or resolve the issues presented by these memoranda.

Schering-Plough Corporation
Warrick Pharmaceuticals Corporation

By their attorneys

_____
Brien T. O'Connor (BBO# 546767)
John T. Montgomery (BBO# 352220)
Kirsten V. Mayer (BBO# 641567)
David C. Potter (BBO# 644610)
Ropes & Gray
One International Place
Boston, MA  02110
(617) 951-7000

Dated:  November 4, 2002

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2002, I caused a true and correct copy of the Defendant-Specific Memoranda in Support of the Motions To Dismiss to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

_____
Kirsten V. Mayer

# INDEX

| Defendant | Tab |
|---|---|
| Abbott Laboratories | 1 |
| Amgen Inc. | 2 |
| AstraZeneca Pharmaceuticals L.P. | 3 |
| Baxter Healthcare Corporation | 4 |
| Bayer Corporation | 5 |
| The Boehringer Group<br>    Boehringer Ingelheim Corporation<br>    Ben Venue Laboratories<br>    Bedford Laboratories | 6 |
| Dey, Inc. | 7 |
| GlaxoSmithKline | 8 |
| Hoffman-La Roche Inc. | 9 |
| Immunex Corporation | 10 |
| Johnson & Johnson<br>    Centocor, Inc.<br>    Ortho Biotech Products, L.P. | 11 |
| Merck & Co., Inc. | 12 |
| Pfizer, Inc. | 13 |
| Pharmacia Corporation<br>    Pharmacia & Upjohn, Inc. | 14 |
| Schering-Plough Corporation | 15 |
| Sicor Inc.<br>    Gensia Sicor Pharmaceuticals, Inc. | 16 |
| Warrick Pharmaceuticals Corporation | 17 |

8949113_1