UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 01-12257-PBS
MDL No. 1456

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

ORDER OF DISMISSAL

SARIS, D.J.

In accordance with the Stipulation of Voluntary Dismissal filed on October 24, 2002, it is hereby ORDERED that the above-entitled action be and hereby is dismissed as to Defendant Takeda Chemical Industries, Ltd. without prejudice.

By the Court,

_____
Deputy Clerk

November 6, 2002

To: All Counsel