# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: 01-12257-PBS
MDL No. 1456

### IN RE: PHARMACEUTICAL INDUSTRY
### AVERAGE WHOLESALE PRICE LITIGATION

## ORDER OF DISMISSAL

SARIS, D.J.

In accordance with the Stipulation of Voluntary Dismissal filed on October 28, 2002, it is hereby ORDERED that the above-entitled action be and hereby is dismissed as to Defendant ICN Pharmaceuticals, Inc. without prejudice.

By the Court,

Deputy Clerk

November 6, 2002

To: All Counsel

