UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) )  MDL NO. 1456 ) )  CIVIL ACTION: 01-CV-12257-PBS ) |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | )  Judge Patti B. Saris ) ) |

### PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND REQUEST FOR ORAL ARGUMENT

Plaintiffs hereby oppose Defendants' Motions to Dismiss Master Consolidated Class Action Complaint, Defendant B. Braun Medical Inc.'s Motion to Dismiss the Master Consolidated Class Action Complaint, and Defendant Bristol Myers Squibb's Motion to Dismiss. In support of Plaintiffs' Opposition, Plaintiffs refer the Court to (i) Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions to Dismiss, and (ii) the Affidavit of Thomas M. Sobol Regarding Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions to Dismiss, filed simultaneously herewith.

### REQUEST FOR ORAL ARGUMENT

Defendants respectfully request oral argument on Plaintiffs' Opposition to Defendants' Motions to Dismiss. Plaintiffs believe that oral argument will assist the Court in its determination of the important issues raised in Plaintiffs' papers.

Dated: December 5, 2002

Respectfully submitted,

*(signature)*

Thomas M. Sobol
Edward Notargiacomo
**HAGENS BERMAN LLP**
225 Franklin Street, 26th Floor
Boston, MA 02110
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**
Steve W. Berman
Kevin P. Roddy
Sean R. Matt
**HAGENS BERMAN LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Samuel D. Heins
**HEINS, MILLS & OLSON, P.C.**
3550 IDS Center
Minneapolis, MN 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

Eugene A. Spector
Jeffrey L. Kodroff
John A. Macoretta
**SPECTOR, ROSEMAN & KODROFF, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

**CHAIRS OF LEAD COUNSEL COMMITTEE**

Michael M. Buchman
**MILBERG WEISS BERSHAD HYNES & LERACH, LLP**
One Pennsylvania Plaza

New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Marc H. Edelson
**HOFFMAN & EDELSON**
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735


Linda P. Nussbaum
**COHEN, MILSTEIN, HAUSFELD & TOLL. P.L.L.C.**
825 Third Avenue, 30th Floor
New York, NY 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

Kenneth A. Wexler
Elizabeth Fegan Hartweg
**THE WEXLER FIRM**
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Michael McShane
**ALEXANDER, HAWES & AUDET, LLP**
300 Montgomery Street, Suite 400
San Francisco, CA 94104

Robert E. Piper, Jr.
PIPER & ASSOCIATES
624 Pierre Avenue
Shreveport, LA 71103

**MEMBERS OF LEAD COUNSEL COMMITTEE AND EXECUTIVE COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that I, Edward Notargiacomo, an attorney, caused a true and correct copy of the foregoing Plaintiffs' Opposition to Defendants' Motions to Dismiss and Request for Oral Argument to be served on all counsel of record electronically on December 5, 2002, pursuant to Section D of Case Management Order No. 2.

Edward Notargiacomo, Esq.
**HAGENS BERMAN LLP**
225 Franklin Street, 26th Floor
Boston, MA  02110
Telephone: (617) 482-3700