UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-CV-12257 PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Judge Patti B. Saris |

FILED/D
IN CLERK'S OFFICE
'02 DEC 20 P5:20
U.S. D[...]
DIS[...]

## DEFENDANT-SPECIFIC REPLY MEMORANDA IN SUPPORT OF THE MOTIONS TO DISMISS

Pursuant to the Court's Order dated November 6, 2002, the following defendants submit the attached Defendant-Specific Reply Memoranda in Support of the Motions to Dismiss: Abbott Laboratories, Amgen, Inc., Baxter Healthcare Corporation, Bayer Corporation, B. Braun Medical Inc., GlaxoSmithKline, Hoffman-La Roche Inc., Johnson & Johnson, Merck & Co., Inc., Pfizer, Inc., Schering-Plough Corp., Sicor Inc., and Warrick Pharmaceuticals Corp.

Schering-Plough Corporation
Warrick Pharmaceuticals Corporation

By their attorneys

_____
Brien T. O'Connor (BBO# 546767)
John T. Montgomery (BBO# 352220)
Kirsten V. Mayer (BBO# 641567)
David C. Potter (BBO# 644610)
Ropes & Gray
One International Place
Boston, MA 02110
(617) 951-7000

Dated: December 20, 2002

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2002, I caused a true and correct copy of the Defendant-Specific Reply Memoranda in Support of the Motions To Dismiss to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

_____
David C. Potter

# INDEX

| Defendant | Tab |
|---|---|
| Abbott Laboratories | 1 |
| Amgen Inc. | 2 |
| Baxter Healthcare Corporation | 3 |
| Bayer Corporation | 4 |
| B. Braun Medical Inc. | 5 |
| GlaxoSmithKline | 6 |
| Hoffman-La Roche Inc. | 7 |
| Johnson & Johnson<br>    Centocor, Inc.<br>        Ortho Biotech Products, L.P. | 8 |
| Merck & Co., Inc. | 9 |
| Pfizer, Inc. | 10 |
| Schering-Plough Corporation | 11 |
| Sicor Inc.<br>        Gensia Sicor Pharmaceuticals, Inc. | 12 |
| Warrick Pharmaceuticals Corporation | 13 |