UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                    )
CITIZENS FOR CONSUMER JUSTICE,      )
   et al.,                          )
          Plaintiffs,               )
                                    )
          v.                        )  CIVIL ACTION NO. 01-12257
                                    )  M.D.L. 1456)
ABBOTT LABORATORIES, et al.,        )
          Defendants.               )
                                    )
```

### ORDER

January 23, 2003

Saris, U.S.D.J.

At the status conference on July 17, 2002, I informed counsel about my relationship with Ropes & Gray.  No one objected within the fourteen-day time limit set.  However, since that time new counsel have appeared, and additional cases are still being transferred.  Accordingly, it made sense to issue a written order for the record.

Pursuant to 28 U.S.C. § 455(a), I (again) inform the parties that Ropes & Gray provides my husband and me with personal accounting, trust/estate, tax, charitable and financial disclosure services.  It is not representing me in any litigation, and I have been assured that there is an internal policy that no lawyer working on my personal matters will ever be involved in a case pending before me.  The firm has also erected a Chinese wall barring access to my personal data.

I am not required to disqualify myself from litigation in which Ropes & Gray appears pursuant to 28 U.S.C. § 455(b), but my

impartiality might reasonably be questioned pursuant to 28 U.S.C.
§ 455(a).  I am bringing this information to the attention of any
new parties so that counsel may inquire and, after consultation
with the client, determine whether to waive any objections
pursuant to 28 U.S.C. § 455(e).  <u>See</u> Canon 3D of the Code of
Conduct for United States Judges (remittal of disqualification);
II Administrative Office of the U.S. Courts, *Guide to Judicial
Policies and Procedures*, Ch. V, § 3.6-2 (June 15, 1999, revised
through November 7, 2001) (compendium); <u>In re Cargill</u>, 66 F.3d
1256 (1st Cir. 1995).

In addition, my brother-in-law works for one of the
defendant pharmaceutical companies, but to my knowledge is not
involved in the litigation.  The transcript of the status
conference on July 17, 2002 sets forth more details.

PATTI B. SARIS
United States District Judge