UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) ) ) |  |

### NOTICE TO COURT AND ALL COUNSEL OF RECORD OF SUSPENSION AND ENTRY OF APPEARANCE

COMES NOW attorney Michael J. Flannery, and informs the Court of the suspension by the Missouri Supreme Court of Joseph Danis and John Carey, formerly of Carey & Danis, LLC, and hereby re-enters his appearance for Plaintiffs with The David Danis Law Firm, P.C.

Respectfully submitted,

Dated: January 8, 2003

THE DAVID DANIS LAW FIRM, P.C.

*/s/ Michael J. Flannery*
Michael J. Flannery
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Phone: (314) 725-7700
Fax: (314) 721-0905

## *CERTIFICATE OF SERVICE*

I hereby certify that a copy of the foregoing was mailed, First Class Mail, to the attorneys on the attached Service List on this 8th day of January, 2003.

*M.J. Flannery*

## MDL 1456 AWP MASTER SERVICE LIST

**Attorneys for Plaintiffs:**

Michael McShane
ALEXANDER, HAWES & AUDET, LLP
300 Montgomery Street, Suite 400
San Francisco, CA   94104

Anthony Bolognese
BOLOGNESE & ASSOCIATES
One Penn Center
1617 JFK Boulevard, Suite 650
Philadelphia, PA   19103

Michael D. Hausfeld
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C.   20005-3934

Linda P. Nussbaum
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
825 Third Avenue, 30th Floor
New York, NY   10022

Jonathan W. Cuneo
THE CUNEO LAW GROUP
317 Massachusetts Avenue, N.E.
Suite 300
Washington, D.C.   20002

Neal Goldstein (Of Counsel)
FREEDMAN & LORRY, P.C.
400 Market Street, Suite 900
Philadelphia, PA   19106

Dianne M. Nast
RODA & NAST, P.C.
801 Estelle Drive
Lancaster, PA   17601

Thomas M. Sobol
Edward Notargiacomo
HAGENS & BERMAN, L.L.P.
225 Franklin Street, 26th Floor
Boston, MA   02110

Kevin P. Roddy
HAGENS BERMAN, L.L.P.
700 South Flower Street
Suite 2940
Los Angeles, CA   90017

Steve W. Berman
Sean Matt
HAGENS BERMAN, L.L.P.
1301 Fifth Avenue
Suite 2900
Seattle, WA   98101

Michael E. Criden
HANZMAN & CRIDEN, P.A.
Commerce Bank Center
Suite 400
220 Alhambra Cirle
Coral Gables, FL   33134

Sam Heins
Bryan L. Crawford
HEINS, MILLS & OLSON, P.C.
700 Northstar East
608 Second Avenue South
Minneapolis, MN   55402

Marc H. Edelson
HOFFMAN & EDELSON
45 West Court Street
Doylestown, PA   18901

Blake M. Harper
Kirk B. Hulett
HULETT HARPER, L.L.P.
550 West C Street
Suite 1700
San Diego, CA   92101

Jonathan D. Karmel
KARMEL & GILDEN
221 N. LaSalle Street
Suite 1414
Chicago, IL   60601

T. David Copley
Lynn Lincoln Sarko
Mark A. Griffin
KELLER ROHRBACK, L.L.P.
1201 3rd Avenue
Suite 3200
Seattle, WA   98101

Kenneth A. Wexler
KENNETH A. WEXLER &
   ASSOCIATES
One North LaSalle
Suite 2000
Chicago, IL   60602

David J. Bershad
J. Douglas Richards
Michael M. Buchman
MILBERG WEISS BERSHAD HYNES
  & LERACH, L.L.P.
One Pennsylvania Plaza
New York, NY   10119

Robert E. Piper, Jr.
PIPER & ASSOCIATES
624 Pierre Avenue
Shreveport, LA   71103

Kent R. Robinson
ROBINSON BELAUTEGUI SHARP &
   LOW
71 Washington Street
Reno, NV   89503

Henry H. Rossbacher
ROSSBACHER & ASSOCIATES
811 Wilshire Boulevard
Suite 1650
Los Angeles, CA   90017-2666

Jonathan Shub
SHELLER, LUDWIG & BADEY, P.C.
1528 Walnut Street, 3rd Floor
Philadelphia, PA   19102

Scott R. Shepherd
SHEPHERD & FINKELMAN, L.L.C.
117 Gayley Street, Suite 200
Media, PA   19063

Eugene Spector
Jeffrey L. Kodroff
SPECTOR, ROSEMAN & KODROFF,
   P.C.
1818 Market Street, Suite 2500
Philadelphia, PA   19103

Lee Squitieri
SQUITIERI & FEARON
521 Fifth Avenue, 26th Floor
New York, NY   10175

Lisa J. Rodriguez
Ira Neil Richards
TRUJILLO RODRIGUEZ &
    RICHARDS, L.L.C.
The Penthouse
226 West Rittenhouse Square
Philadelphia, PA  19103

Mitchell A. Toups
WELLER, GREEN, TOUPS &
    TERRELL, L.L.P.
2615 Calder Street, Suite 400
P.O. Box 350
Beaumont, TX  77704

Damon Young
Lance Lee
YOUNG, PICKETT & LEE
4122 Texas Blvd.
P.O. Box 1897
Texarkana, AR  75504

## *ATTORNEYS FOR DEFENDANTS*

Daniel E. Reidy
James R. Daly
JONES, DAY, REAVIS & POGUE
77 West Wacker Drive
Chicago, IL   60601

R. Christopher Cook
JONES, DAY, REAVIS & POGUE
51 Louisiana Avenue, N.W.
Washington, D.C.   20001

Joseph F. Savage, Jr.
TESTA, HURWITZ & THIBEAULT, L.L.P.
High Street Tower, 125 High Street
Boston, MA   02110
***Attorneys for Abbott Laboratories and Abbott Laboratories, Inc.***

Richard D. Raskin
Bruce M. Zessar
David C. Giardina
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza
10 South Dearborn Street
Chicago, IL   60603

Robert P. Sherman
Anastasia M. Fernands
HUTCHINS, WHEELER & DITTMAR
101 Federal Street
Boston, MA   02110
***Attorneys for Allergan, Inc. and Bayer Corp.***

Nancy L. Newman
KNAPP, PETERSEN & CLARKE
500 North Brand Boulevard
20th Floor
Glendale, CA   91203

Dennis M. Duggan, Jr.
Melissa Bayer Tearney
David M. Ryan
NIXON PEABODY
101 Federal Street
Boston, MA   02110
***Attorneys for Alpha Therapeutic Corp.***

S. Craig Holden
Connie E. Eiseman
OBER, KALER, GRIMES & SHRIVER, P.C.
120 East Baltimore Street
Baltimore, MD   21202

James C. Burling
William F. Lee
HALE & DORR
60 State Street
Boston, MA   02109
***Attorneys for American Home Products Corp.***

Steven F. Barley
Joseph H. Young
HOGAN & HARTSON, L.L.P.
111 South Calvert Street
Suite 1600
Baltimore, MD   21202

Frank A. Libby, Jr.
KELLY, LIBBY & HOOPES
175 Federal Street
Boston, MA  02110
***Attorneys for Amgen, Inc.***

D. Scott Wise
Kimberley D. Harris
Manisha M. Sheth
DAVID POLK & WARDWELL
450 Lexington Avenue
New York, NY  10017

Nicholas C. Theodorou
Juliet Sorensen
FOLEY HOAG, L.L.P.
155 Seaport Boulevard
Boston, MA  02210
***Attorneys for AstraZeneca***
***Pharmaceuticals, L.P.***

Michael L. Koon
SHOOK, HARDY & BACON, L.L.P.
One Kansas City Place
1200 Main Street, 26th Floor
Kansas City, MO  64105

Paul S. Schleifman
SHOOK, HARDY & BACON, L.L.P.
600 14th Street, N.W.
Suite 800
Washington, D.C.  20005

Michael DeMarco
Jeanne E. Demers
KIRKPATRICK & LOCKHART, L.L.P.
75 State Street
Boston, MA  02109
***Attorneys for Aventis Pharmaceuticals,***
***Inc. and Hoechst Marion Roussel, Inc.***

Edward C. Duckers
HOGAN & HARTSON, L.L.P.
555 13th Street, N.W.
Washington, D.C.  20004
***Attorneys for Aventis Behring***

Merle M. DeLancey, Jr.
J. Andrew Jackson
DICKSTEIN, SHAPIRO, MORIN &
    OSHINSKY, L.L.P.
2101 L Street, N.W.
Washington, D.C.  20037-1526

Peter E. Gelhaar
DONNELLY, CONROY & GELHAAR,
    L.L.P.
One Beacon Street, 33rd Floor
Boston, MA  02108
***Attorneys for Baxter International,***
***Inc.; Baxter Healthcare Corp.; Baxter***
***Pharmaceutical Products, Inc.***

Lyndon M. Tretter
Steven M. Edwards
HOGAN & HARTSON, L.L.P.
875 Third Avenue
26th Floor
New York, NY  10022

Thomas E. Dwyer, Jr.
Daniel J. Cloherty
DWYER & COLLORA
600 Atlantic Avenue
Boston, MA  01220-2211
***Attorneys for Bristol-Myers Squibb Co;***
***Oncology Therapeudics Network Corp.***

Ronald L. Castle
ARENT, FOX, KINTNER, PLOTKIN &
  KAHN, P.L.L.C.
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
***Attorney for Chiron Corp.***

Stephen M. Hudspeth
COUDERT BROTHERS
1114 Avenue of the Americas
New York, NY  10036
***Attorney for Dey, Inc.***

William Davis
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY & POPEO
701 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C.  20004

Kevin M. McGinty
William M. Cowan
MINTZ, LEVIN, COHEN, FERRIS,
  GLOVSKY & POPEO, P.C.
One Financial Center
Boston, MA  02111
***Attorneys for Eli Lilly & Co.***

Kathleen H. McGuan
REED SMITH, L.L.P.
1301 K Street, N.W.
Suite 1100, East Tower
Washington, D.C.  20005

Michael T. Scott
REED SMITH, L.L.P.
2500 One Liberty Place
Philadelphia, PA  19103

S. Elaine McChesney
BINGHAM MCCUTCHEN, L.L.P.
150 Federal Street
Boston, MA  02110
***Attorneys for Fujisawa Healthcare, Inc.
and Fujisawa USA***

Mary Gail Gearns
BINGHAM MCCUTCHEN, L.L.P.
399 Park Avenue
New York, NY  10022
***Attorney for Fujisawa Pharmaceutical
Co., Ltd.***

Ethan M. Posner
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
P.O. Box 7566
Washington, D.C.  20004

Frederick G. Herold
DECHERT
400 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793

Geof Hobart
HOLLAND & KNIGHT, L.L.P.
10 St. James Avenue
Boston, MA  02116
***Attorneys for Glaxo Wellcome PLC;
Flaxo Wellcome, Inc.;
GlaxoSmithKline Corp;
GlaxoSmithKline, PLC; SmithKline
Beecham Corp, d/b/a GlaxoSmithKline;
SmithKline Beecham Corp.; SmithKline
Beecham, PLC***

William F. Cavanaugh, Jr.
PATTERSON, BELKNAP, WEBB &
  TYLER, L.L.P.
1133 Avenue of the Americas
New York, NY   10036-6710
*Attorney for Johnson & Johnson and Centocor*

David J. Burman
Noah A. Levine
PERKINS COIE, L.L.P.
1201 Third Avenue, 40th Floor
Seattle, WA   98103

Matthew M. Strickler
BALLARD, SPAHR, ANDREWS &
  INGERSOLL
1735 Market Street
51st Floor
Philadelphia, PA   19103

Thomas J. Satory
Kenneth A. Sansone
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA   02110-3333
*Attorneys for Immunex Corp.*

Scott A. Stempel
MORGAN, LEWIS & BOCKIUS,
  L.L.P.
1111 Pennsylvania Avenue, N.W.
Washington, D.C.   20004

John D. Dodds
MORGAN, LEWIS & BOCKIUS,
  L.L.P.
1701 Market Street
Philadelphia, PA   19103

Mark D. Smith
FAXON & LAREDO, L.L.P.
15 Broad Street, Suite 600
Boston, MA   02109-3803
*Attorneys for Pharmacia Corp.; Pharmacia & Upjohn, Inc.; Monsanto Co.*

Brien T. O'Connor
Kirsten V. Mayer
ROPES & GRAY
One International Place
Boston, MA   02110
*Attorneys for Schering-Plough Corp. and Warrick Pharmaceuticals*

Kirke M. Hasson
Reed E. Harvey
PILLSBURY WINTHROP, L.L.P.
50 Fremont Street
San Francisco, CA   94105

Bruce E. Falby
HILL & BARLOW, P.C.
One International Place
Boston, MA   02110-2600
*Attorneys for SICOR, Inc. and Gensia SICOR Pharmaceuticals, Inc.*

Robert R. Stauffer
JENNER & BLOCK, L.L.C.
One IBM Plaza
330 N. Wabash, 40th Floor
Chicago, IL   60611

Martin Murphy
BINGHAM MCCUTCHEN
150 Federal Street
Boston, MA   02110
***Attorneys for Takeda Chemical***
***Industries, Ltd.***

Tina M. Tabacchi
JONES, DAY, REAVIS & POGUE
77 West Wacker Drive
Suite 3500
Chicago, IL   60601
***Attorney for TAP Pharmaceutical***
***Products, Inc. (formerly known as TAP***
***Holdings, Inc.)***