UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CITIZENS FOR CONSUMER JUSTICE, ET AL
        Plaintiffs,

v.

ABBOTT LABORATORIES, INC., ET AL
        Defendants.

AND ALL RELATED CASES

CIVIL ACTION
NO. 01-12257-PBS
MDL NO. 1456

## NOTICE OF HEARING

SARIS, U.S.D.J.                              January 29, 2003

        TAKE NOTICE that the above-entitled case has been set for a Hearing on Motions to Remand re: Montana, Nevada and Minnesota on **March 7, 2003** at **2:00 p.m.,** in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                                                           */s/ Robert C. Alba*
                                                                      Robert C. Alba, Deputy Clerk

Copies to: All Counsel