## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENTS RELATES TO RICE v. ABBOTT LABORATORIES, formerly No. 3:02-cv-03925 (N.D.Cal.), THOMPSON v. ABBOTT LABORATORIES, formerly No. 3:02-cv-04450 (N.D.Cal.), and TURNER v. ABBOTT LABORATORIES, formerly No. 3:02-cv-5006 (N.D.Cal.) | |

### DEFENDANT FUJISAWA USA'S MOTION TO DISMISS CERTAIN COMPLAINTS AGAINST IT FOR FAILURE OF SERVICE

Defendant Fujisawa USA, Inc. ("Fujisawa"), through undersigned counsel, respectfully requests that the Court dismiss certain complaints against it pursuant to Fed. R. Civ. P. 4 and Local Rule 4.1. The cases involved are: *Rice v. Abbott Laboratories, et al.*, *Thompson v. Abbott Laboratories, et al.*, and *Turner v. Abbott Laboratories, et al.*

Plaintiffs in those matters have not perfected service on Fujisawa, although the time within which service was to be completed has long since lapsed. Plaintiffs have filed no motion for leave for an extension of time to serve, and can show no good cause for failing to perfect service. The Court should dismiss the complaints identified above based on this failure.

In support of its Motion to Dismiss, Fujisawa relies on the accompanying Memorandum of Law.

LITDOCS:491902.1



BINGHAM MCCUTCHEN LLP

By: _____
S. Elaine McChesney
Terry Klein
150 Federal Street
Boston MA  02110
(617) 951-8501
(617) 951-8736 (fax)


REED SMITH LLP


By: _____
Kathleen H. McGuan
Andrew L. Hurst
1301 K Street NW
Suite 1100 – East Tower
Washington, DC 20005
(202) 414-9200
(202) 414-9299 (fax)



_____
Michael T. Scott
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301
(215) 851-8100
(215) 851-1420 (fax)

Attorneys for Defendants Fujisawa USA, Inc.


Dated:   March 25, 2003