UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: <br><br> *John Rice v. Abbot Laboratories, Inc. et al.*, N.D. California, C.A. No. 3:02-3925 <br><br> *Constance Thompson v. Abbott Laboratories, Inc. et al.*, N.D. California, C.A. No. 3: 02-4450 | Judge Patti B. Saris |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, defendant, Novartis Pharmaceuticals Corporation ("Novartis"), states the following:

1. Novartis is wholly owned by Novartis Finance Corporation.

2. No publicly held company owns more than ten percent (10%) of Novartis' stock.

(However, Novartis Finance Corporation is wholly owned by Novartis Corporation, which is wholly owned by Novartis Holding AG, which is wholly owned by Novartis AG, which is a publicly held company.)

                                  Novartis Pharmaceuticals Corporation

                                  By its attorneys,

                                  Karen F. Green (BBO #209050)
                                  David J. Cerveny (BBO#638307)
                                  Hale and Dorr LLP
                                  60 State Street
                                  Boston, MA 02109
                                  (617) 526-6000

Dated: March 26, 2003

## CERTIFICATE OF SERVICE

    I, David J. Cerveny, certify that, on this 26th day of March 2003, a copy of the foregoing document has been served on counsel of record by electronic means pursuant to the Court's Case Management Order dated July 23, 2002.

                                        _____
                                        David J. Cerveny