UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS | ) MDL 1456 <br> ) <br> ) MASTER FILE NO. 01-CV-12257-PBS <br> ) <br> ) Judge Patti B. Saris <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Crystal D. Talley and John R. Therien, of the law firm of Ropes & Gray, One International Place, Boston, Massachusetts, 02110, (617) 951-7000, on behalf of the defendants, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation, in the matter captioned above.

Respectfully submitted,

_____
Crystal D. Talley (BBO # 633759)
Ropes & Gray
One International Place
Boston, MA 02110
(617) 951-7000

_____
John R. Therien (BBO# 651185)
Ropes & Gray
One International Place
Boston, MA 02110
(617) 951-7000

Dated: April 18, 2003

9143473_1

## CERTIFICATE OF SERVICE

  I, John R. Therien, certify that, on this 18th day of April, 2003, a copy of the foregoing document has been served on counsel of record by electronic means pursuant to the Court's Case Management Order dated July 23, 2002.

                    */s/ John R. Therien*
                    John R. Therien