# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL 1456 |
| | Master File No. 01-CV-12257-PBS |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | |
| *Rice v. Abbott Laboratories, et al.,* N.D. Cal. Case No. C 02-3925 MJJ | |
| *Thompson v. Abbott Laboratories, et al,* N.D. Cal. Case No. C 02-4450 MJJ | |

## DECLARATION OF ROBERT D. SANFORD IN OPPOSITION TO MOTION TO DISMISS BY DEFENDANT FUJISAWA USA, INC.

I, Robert D. Sanford, hereby declare:

1.      I am an attorney licensed to practice in the State of California and of counsel with Moscone, Emblidge & Quadra LLP, counsel of record for Plaintiffs John Rice and Constance Thompson in the actions captioned above. I have personal knowledge of all matters set forth below and am competent to testify thereto.

2.      On September 23, 2002, I wrote to Defense counsel in *Thompson*, including the attorneys representing Defendant Fujisawa USA, Inc., in attempt to resolve the issue of service of process. A copy of my September 23, 2002 letter is attached as Exhibit A and incorporated herein by reference. I requested that Defendants' counsel



advise whether they would accept service on behalf of their client, unless they agreed that the notice of removal was a general appearance that obviated the need for service.

3.     While no defense counsel agreed that the notice of removal was a general appearance, some defense counsel replied to my September 23, 2002 letter with correspondence that stated that service was stayed by the *Thompson* court's order of October 30, 2002 staying all proceedings.  For example, in a letter dated October 4, 2002, counsel for Defendant Bayer Corporation stated that "further action in regard to [my September 23] letter appears unnecessary," given the stay order.  As another example, counsel for Defendant Aventis Pharmaceuticals stated in a letter dated October 10, 2002 that the issue of service was "currently moot in light of the Court's September 30, 2002 Order staying all further proceedings in this case."  Copies of the letters from counsel for Bayer Corporation and Aventis Pharmaceutical are attached as Exhibits B and C, respectively, and incorporated herein by reference.

4.     Counsel for Defenant Fujisawa USA, Inc. ("Fujisawa") also responded to my September 23, 2002 letter with a letter dated October 1, 2002, a copy of which is attached as Exhibit D and incorporated herein by reference.  Fujisawa's attorney did not address the issue of the stay's effect, but advised that they were not authorized to accept service on behalf of their client.

5.     The stays in *Rice* and *Thompson* were lifted on February 20, 2003, when Judicial Panel on Multidistrict Litigation ("JPML") denied Rice and Thompson's motions to vacate the order conditionally transferring the actions to *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL 1456 (the "AWP Litigation").  I understand that complaints in *Rice* and *Thompson* are superceded by the Master Consolidated

Complaint under Case Management Order No. 2, which is subject to a pending motion to dismiss. I also understand that no Defendant is obligated to respond to the *Rice* or *Thompson* complaints. In light of these circumstances, I believe that hat the issue of service could and should be deferred until a ruling on the motion to dismiss, or at least until 120 days after the transfer occurred. I believe that the dispositive motion to dismiss the Master Consolidated Complaint took precedence over subsidiary issues of when and what process was required in tag-along actions. However, any guidance from the Court to effect service in a manner coordinated with the AWP Litigation would be greatly appreciated.

      6.    When Fujisawa served its motion to dismiss without first contacting counsel for Rice and Thompson, I immediately attempted to resolve the issue of service without burdening the Court. After an exchange of voicemail messages, I spoke by telephone with Kathleen H. McGuan, Fujisawa's attorney, on April 7, 2003. Although I advised Ms. McGuan of the stays in *Rice* and *Thompson*, she refused to withdraw the motion to dismiss. She also refused to accept service on behalf of Fujisawa. I confirmed the April 7th phone conversation in a letter to Ms. McGuan dated April 14, 2000, a copy of which is attached as Exhibit E and incorporated herein by reference.

      7.    In response to my April 14 letter, I received a letter from Ms. McGuan, dated April 15, 2003, that is attached as Exhibit F and incorporated herein by reference. Ms. McGuan's letter reiterated Fujisawa's position that it would not withdraw the motion to permit resolution of the issue of service.

      8.    On April 16, 2003, I wrote again to Ms. McGuan in a final effort to obtain agreement on the time and manner of service in a manner coordinated with the other tag-

along actions in the AWP Litigation.  A copy of my letter is attached as Exhibit G and incorporated herein by reference.  I have not received a response from Ms. McGuan.

9.     On April 17, 2003, I caused the original Complaints and Summonses in *Rice* and *Thompson* to be transmitted to a process server in Los Angeles for service on Fujisawa's authorized agent for service of process, CT Corporation Systems, in California.  I anticipate that the proof of service will be filed shortly.  With guidance from the Court, Rice and Thompson will take any other steps necessary to effect proper service on Fujisawa and all other unserved Defendants in a manner coordinated with other tag-along actions in the AWP Litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  April 17, 2003

Robert D. Sanford

LAW OFFICES OF

MOSCONE, EMBLIDGE & QUADRA, LLP

180 Montgomery Street, Suite 1240
San Francisco, California  94104-4238
Tel: (415) 362-3599
Fax: (415) 362-7332

September 23, 2002

Kirke M. Hasson, Esq.
Pillsbury Winthrop LLP
50 Fremont Street
P.O. Box 7880
San Francisco, California 94010

Re:   Thompson v. Abbott Laboratories, Inc., et al.
United States District Court, Northern District of California
Case No. C-02-04450 CW

Dear Mr. Hasson:

We received the Notice of Removal filed by your client, Gensia Sicor
Pharmaceuticals, Inc., and joined by the co-defendants listed in the enclosed attachment,
who are receiving a copy of this letter.  Setting aside the issue whether this action may be
properly removed to federal court, we believe that the removal is a general appearance
and thus obviates the need for service of process.  We would appreciate receiving written
confirmation by Wednesday, October 2, 2002 from each Defendant that it concurs with
this position.  If any Defendant contends that it has not appeared in this action, please
advise us in writing by October 2 whether counsel will accept service on behalf of the
Defendant.

Your attention to this matter is appreciated.

Very truly yours,

MOSCONE, EMBLIDGE & QUADRA, LLP

By_____
Robert D. Sanford

cc:  Attached List

*Constance Thompson v. Abbott Laboratories, Inc., et al.*

## SERVICE LIST

**Attorneys for Abbott Laboratories:**

R. Christopher Cook, Esq.
**Jones, Day, Reavis & Pogue**
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Jeffrey I. Weinberger, Esq.
Kelley M. Klaus, Esq.
**Munger Tolles and Olson, LLP**
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

**Attorneys for Alpha Therapeutic Corporation:**

Dennis M. Duggan, Jr., Esq.
David M. Ryan, Esq.
Melissa Bayer Tearney, Esq.
**Nixon Peabody LLP**
101 Federal Street
Boston, MA 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300

Nancy L. Newman
**Knapp, Petersen and Clarke**
500 N. Brand Blvd., Suite 2000
Glendale, CA 91203
Telephone: (818) 547-5109
Facsimile: (818) 547-5329

**Attorneys for Amgen Inc.:**

Joseph H. Young, Esq.
Steven Barley, Esq.
**Hogan & Hartson LLP**
111 S. Calvert Street, Suite 1600
Baltimore, MD 21202
Telephone: (410) 659-2700
Facsimile: (410) 539-6981

Richard L. Stone, Esq.
**Hogan & Hartson LLP**
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone: (310) 551-6655
Facsimile: (310) 551-0364

**Attorneys for Apothecon and Bristol-Myers Squibb Co.:**

Steven M. Edwards, Esq.
Lyndon M. Tretter, Esq.
**Hogan & Hartson LLP**
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

Kenneth D. Klein, Esq.
**Hogan & Hartson LLP**
500 S. Grand Avenue, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 337-6700
Facsimile: (213) 337-3701

**Attorneys for Armour Pharmaceutical and Aventis Behring LLC:**

Edward C. Duckers, Esq.
**Hogan & Hartson LLP**
555 13th Street, N.W.
Washington, DC 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

Michele C. Coyle, Esq.
**Hogan & Hartson LLP**
500 S. Grand Avenue, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 337-6700
Facsimile: (213) 337-3701

**Attorneys for AstraZeneca Pharmaceuticals LP:**

D. Scott Wise, Esq.
Kimberley D. Harris, Esq.
**Davis Polk & Wardell**
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-3800

Charles B. Cohler, Esq.
Christopher S. Yates, Esq.
**Lasky, Haas & Cohler, PC**
Two Transamerica Center
505 Sansome Street, 12th Floor
San Francisco, CA 94111-3183
Telephone: (415) 788-2700
Facsimile: (415) 981-4025

**Attorneys for Aventis Pharmaceuticals Inc.:**

Paul S. Schleifman, Esq.
**Shook, Hardy & Bacon LLP**
600 14th Street, N.W., Suite 800
Washington, DC 20005-2004
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

Michael L. Koon, Esq.
**Shook, Hardy & Bacon LLP**
One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

Joan M. Haratani, Esq.
**Shook, Hardy & Bacon LLP**
333 Bush Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 544-1900
Facsimile: (415) 391-0281

**Attorneys for Baxter Healthcare Corporation:**

Merle M. DeLancey, Jr., Esq.
Tina Ducharme Reynolds, Esq.
John P. Pierce, Esq.
**Dickstein Shapiro Morin & Oshinsky**
2101 L Street, N.W.
Washington, DC 22037
Telephone: (202) 785-9700
Facsimile: (202) 887-0689

**Attorneys for Bayer Corp.:**

Richard D. Raskin, Esq.
Bruce Zessar, Esq.
**Sidley Austin Brown & Wood**
Bank One Plaza
10 S. Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-2170
Facsimile: (312) 853-7036

Michael Kelley, Esq.
Kimberly A. Dunne, Esq.
**Sidley Austin Brown & Wood**
555 West 5th Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6659
Facsimile: (213) 896-6600

**Attorneys for Ben Venue Laboratories and Roxanne Laboratories, Inc.:**

Paul Coval, Esq.
Nina Webb-Lawton, Esq.
**Vorys, Sater, Seymour & Pease LLP**
P.O. Box 1008
52 East Gay Street
Columbus, OH 43216-1008
Telephone: (614) 464-5635
Facsimile: (614) 719-4674

**Attorneys for Chiron Corporation:**

Ronald L. Castle, Esq.
**Arent Fox Kintner Plotkin & Kahn PLLC**
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 857-6188
Facsimile: (202) 857-6395

Mark D. Petersen, Esq.
**Farella, Braun & Martell LLP**
235 Montgomery St., 30th Floor
San Francisco, CA 94104
Telephone: (415) 954-4406
Facsimile: (415) 954-4480

**Attorneys for Dey, Inc.:**

Stephen M. Hudspeth, Esq.
Lisa M. Lewis, Esq.
**Coudert Brothers LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 626-4400
Facsimile: (212) 626-4120

Erik A. Hanshew, Esq.
Stephen M. Hudspeth
Lisa M. Lewis
**Coudert Brothers LLP**
530 Lytton Avenue, Suite 300
Palo Alto, CA 94301
Telephone: (650) 470-2900
Facsimile: (650) 470-2901

**Attorneys for Faulding Pharmaceutical Co.:**

Denise H. Field, Esq.
**Buchalter Nemer Fields & Younger**
333 Market Street, 29th Floor
San Francisco, CA 94105
Telephone: (415) 227-3547
Facsimile: (415) 227-3529

**Attorneys for Fujisawa USA, Inc.:**

Kathleen H. McGuan, Esq.
**Reed Smith LLP**
1301 K Street, N.W.
Suite 1100, East Tower
Washington, DC 20005
Telephone: (202) 414-9230
Facsimile: (202) 414-9199

Michael T. Scott, Esq.
**Reed Smith LLP**
2500 One Liberty Place
1650 Market Street
Philadelphia, P A 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420

Charlene S. Shimada, Esq.
**Bingham McCutchen LLP**
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 393-2000
Facsimile: ( 415) 393-2286

**Attorneys for Geneva Pharmaceuticals, Inc.:**

Wayne A. Cross, Esq.
Robert A. Milne, Esq.
Eamon O'Kelly
**Dewey Ballantine LLP**
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

Jeffrey R. Witham, Esq.
**Dewey Ballantine LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1530
Telephone: (213) 621-6529
Facsimile: (213) 621-6100

**Attorneys for Gensia Sicor Pharmaceuticals, Inc.:**

Kirke M. Hasson, Esq.
Reed E. Harvey, Esq.
Albert G. Lin, Esq.
**Pillsbury Winthrop LLP**
50 Fremont Street
P .0. Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

**Attorneys for SmithKline
Beecham Corporation, dba
GlaxoSmithKline:**

Matthew L. Larrabee, Esq.
Carol Lynn Thompson, Esq.
**Heller Ehrman White
& McAuliffe LLP**
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile:  (415) 772-6268

Robert B. Hubbell, Esq.
**Heller Ehrman White
& McAuliffe LLP**
601 S. Figueroa Street, 40th Floor
Los Angeles, CA 90017
Telephone: (213) 689-0200
Facsimile: (213) 614-1868

**Attorneys for Immunex Corp.:**

David Burman, Esq.
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Telephone: (206) 583-8888
Facsimile: (206) 583-8500

Steven Bauer, Esq.
Peter Huston, Esq.
**Latham & Watkins**
505 Montgomery St., Suite 1900
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

**Attorneys for Ivax
Pharmaceuticals:**

Bruce A. Wessel, Esq.
**Irell & Manella LLP**
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

**Attorneys for Mylan Laboratories:**

Brian S. Roman, Esq.
**DKW Law Group, PC**
58th Floor, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2703
Telephone: ( 412) 355-3983
Facsimile: (412) 355-2609

Allan B. Cooper, Esq.
**Ervin, Cohen & Jessup LLP**
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212
Telephone: (310) 273-6333
Facsimile: (310) 859-2325

**Attorneys for Novartis
Pharmaceuticals Corporation:**

Aton Arbisser, Esq.
**Kaye Scholer LLP**
1999 Avenue of the Stars
Suite 1600
Los Angeles, CA 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

**Attorneys for Pharmacia:**

Scott A. Stempel, Esq.
**Morgan, Levis & Bockius LLP**
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

John C. Dodds, Esq.
**Morgan, Levis & Bockius LLP**
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 936-5000
Facsimile: (215) 936-5001

Theodore G. Spanos, Esq.
**Morgan, Levis & Bockius LLP**
300 S. Grand Avenue, 22nd Floor
Los Angeles, CA 90071
Telephone: (213) 612-2500
Facsimile: (213) 612-2554

**Attorneys for The Purdue
Frederick Company and Purdue
Pharma L.P.:**

Lori A. Schechter, Esq.
**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: ( 415) 268-7522

**Attorneys for Schering Plough
Corporation and Warrick
Pharmaceuticals:**

Brien O'Connor, Esq.
Kirsten Mayer, Esq.
David Potter, Esq.
**Ropes & Gray**
One International Place
Boston, MA 02110
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

Steven M. Kohn, Esq.
**Crosby, Heafy, Roach & May**
1999 Harrison Street
Oakland, CA 94612
Telephone: (510) 763-2000
Facsimile: (510) 273-8832

**Attorneys for Watson Pharma:**

Douglas B. Farquhar, Esq.
**Hyman, Phelps & McNamara PC**
700 13th Street, N.W., Suite 1200
Washington, DC 20005
Telephone: (202) 737-9624
Facsimile: (202) 737-9329

Kim W. West, Esq.
**Arter & Hadden LLP**
555 California Street, Suite 3130
San Francisco, CA 94104
Telephone: (415) 617-2100
Facsimile: ( 415) 912-3636

**Attorneys for Wyeth:**

S. Craig Holden, Esq.
Connie E. Eiseman, Esq.
**Ober, Kaler, Grimes & Shriver
PC**
120 E. Baltimore Street
Baltimore, MD 21202
Telephone: (410) 685-1120
Facsimile: (410) 547-0699

Stuart M. Gordon, Esq.
Fletcher Alford, Esq.
**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

# SIDLEY AUSTIN BROWN & WOOD LLP

| CHICAGO | 555 WEST FIFTH STREET | BEIJING |
|---|---|---|
| DALLAS | LOS ANGELES, CALIFORNIA 90013 | GENEVA |
| NEW YORK | TELEPHONE 213 896 6000<br>FACSIMILE 213 896 6600 | HONG KONG |
| SAN FRANCISCO | www.sidley.com | LONDON |
| WASHINGTON, D.C. | FOUNDED 1866 | SHANGHAI |
| | | SINGAPORE |
| | | TOKYO |

WRITER'S DIRECT NUMBER
(213) 896-6659

WRITER'S E-MAIL ADDRESS
kdunne@sidley.com

October 4, 2002

**VIA FACSIMILE**

Robert D. Sanford, Esq.
Law Office of Moscone, Emblidge & Quadra, LLP
180 Montgomery Street, Suite 1240
San Francisco, CA  94104

        Re:    Thompson v. Abbott Laboratories Inc., et al.
               United States District Court, Northern District of California
               Case No. C-02-04450 CW

Dear Mr. Sanford:

        On behalf of Bayer Corporation ("Bayer"), we wanted to respond your letter
dated September 23, 2002, to Kirke M. Hasson, Esq.  Please be advised that we do not concur
with your position that a non-served defendant's consent to removal constitutes a general
appearance obviating the need for service of process.

        However, in light of the order from Judge Wilken staying all further proceedings
in this case pending a decision by the Judicial Panel on Multidistrict Litigation  ("JPML")
regarding transfer of this case to the District of Massachusetts for consolidated pretrial
proceedings, further action in regard to your letter appears to be unnecessary at this time.  At
such time as the stay is lifted or the district court or the JPML enters another appropriate order
relative to the matter which requires addressing this issue, be advised that we will consider
accepting service on behalf of Bayer provided Plaintiff agrees that Bayer is not required to
answer or otherwise respond to the Complaint until sixty (60) days after the Court's ruling on a
motion to remand in this action, or if Plaintiff decides not to file a remand motion, until sixty
(60) days after we receive written notification of that decision.

        Please advise in writing if this is acceptable to you.

        Very truly yours,

        Kimberly A. Dunne

cc:  All Counsel on Attached Service List

LA1 458453v2

*Constance Thompson v. Abbott Laboratories, Inc., et al.*

**Attorneys for Plaintiff:**

Christopher Moscone, Esq.
G. Scott Emblidge, Esq.
James A. Quadra, Esq.
**Moscone, Emblidge &**
**Quadra LLP**
180 Montgomery Street, Suite 1240
San Francisco, CA 94104-4238
Telephone: (415) 362-3599
Facsimile: (415) 362-7332

**Attorneys for Abbott**
**Laboratories:**

R. Christopher Cook, Esq.
**Jones, Day, Reavis & Pogue**
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Jeffrey I. Weinberger, Esq.
Kelley M. Klaus, Esq.
**Munger Tolles and Olson, LLP**
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

**Attorneys for Alpha Therapeutic**
**Corporation:**

Dennis M. Duggan, Jr., Esq.
David M. Ryan, Esq.
Melissa Bayer Tearney, Esq.
**Nixon Peabody LLP**
101 Federal Street
Boston, MA 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300

Nancy L. Newman
**Knapp, Petersen and Clarke**
500 N. Brand Blvd., Suite 2000
Glendale, CA 91203
Telephone: (818) 547-5109
Facsimile: (818) 547-5329

**Attorneys for Amgen Inc.:**

Joseph H. Young, Esq.
Steven Barley, Esq.
**Hogan & Hartson LLP**
111 S. Calvert Street, Suite 1600
Baltimore, MD 21202
Telephone: (410) 659-2700
Facsimile: (410) 539-6981

Richard L. Stone, Esq.
**Hogan & Hartson LLP**
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone: (310) 551-6655
Facsimile: (310) 551-0364

**Attorneys for Apothecon and**
**Bristol-Myers Squibb Co.:**

Steven M. Edwards, Esq.
Lyndon M. Tretter, Esq.
**Hogan & Hartson LLP**
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

Kenneth D. Klein, Esq.
**Hogan & Hartson LLP**
500 S. Grand Avenue, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 337-6700
Facsimile: (213) 337-3701

**Attorneys for Armour**
**Pharmaceutical and Aventis**
**Behring LLC:**

Edward C. Duckers, Esq.
**Hogan & Hartson LLP**
555 13th Street, N.W.
Washington, DC 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

Michele C. Coyle, Esq.
**Hogan & Hartson LLP**
500 S. Grand Avenue, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 337-6700
Facsimile: (213) 337-3701

**Attorneys for AstraZeneca**
**Pharmaceuticals LP:**

D. Scott Wise, Esq.
Kimberley D. Harris, Esq.
**Davis Polk & Wardwell**
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-3800

Charles B. Cohler, Esq.
Christopher S. Yates, Esq.
**Lasky, Haas & Cohler, PC**
Two Transamerica Center
505 Sansome Street, 12th Floor
San Francisco, CA 94111-3183
Telephone: (415) 788-2700
Facsimile: (415) 981-4025

**Attorneys for Aventis**
**Pharmaceuticals Inc. :**

Paul S. Schleifman, Esq.
**Shook, Hardy & Bacon LLP**
600 14th Street, N.W., Suite 800
Washington, DC 20005-2004
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

Michael L. Koon, Esq.
**Shook, Hardy & Bacon LLP**
One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

Joan M. Haratani, Esq.
**Shook, Hardy & Bacon LLP**
333 Bush Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 544-1900
Facsimile: (415) 391-0281

1

**Attorneys for Baxter Healthcare Corporation:**

2

Merle M. DeLancey, Jr., Esq.
3  Tina Ducharme Reynolds, Esq.
John P. Pierce, Esq.
4  **Dickstein Shapiro Morin & Oshinsky**
5  2101 L Street, N.W.
Washington, DC  22037
6  Telephone:  (202) 785-9700
Facsimile:  (202) 887-0689
7

**Attorneys Bayer Corp.:**
8

Richard D. Raskin, Esq.
9  Bruce Zessar, Esq.
**Sidley Austin Brown & Wood**
10  Bank One Plaza
10 S. Dearborn Street
11  Chicago, IL  60603
Telephone:  (312) 853-2170
12  Facsimile:  (312) 853-7036

13  Michael Kelley, Esq.
Kimberly A. Dunne, Esq.
14  **Sidley Austin Brown & Wood**
555 West 5th Street, Suite 4000
15  Los Angeles, CA  90013-1010
Telephone:  (213) 896-6659
16  Facsimile:  (213) 896-6600

17  **Attorneys for Ben Venue Laboratories and Roxanne**
18  **Laboratories, Inc.:**

19  Paul Coval, Esq.
Nina Webb-Lawton, Esq.
20  **Vorys, Sater, Seymour & Pease LLP**
21  P.O. Box 1008
52 East Gay Street
22  Columbus, OH  43216-1008
Telephone:  (614) 464-5635
23  Facsimile:  (614) 719-4674

24

25

26

27

28

**Attorneys for Chiron Corporation:**

Ronald L. Castle, Esq.
**Arent Fox Kintner Plotkin & Kahn PLLC**
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone:  (202) 857-6188
Facsimile:  (202) 857-6395

Mark D. Petersen, Esq.
**Farella, Braun & Martell LLP**
235 Montgomery St., 30th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4406
Facsimile:  (415) 954-4480

**Attorneys for Dey, Inc.:**

Stephen M. Hudspeth, Esq.
Lisa M. Lewis, Esq.
**Coudert Brothers LLP**
1114 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 626-4400
Facsimile:  (212) 626-4120

Erik A. Hanshew, Esq.
Stephen M. Hudspeth
Lisa M. Lewis
**Coudert Brothers LLP**
530 Lytton Avenue, Suite 300
Palo Alto, CA 94301
Telephone:  (650) 470-2900
Facsimile: (650) 470-2901

**Attorneys for Faulding Pharmaceutical Co.:**

Denise H. Field, Esq.
**Buchalter Nemer Fields & Younger**
333 Market Street, 29th Floor
San Francisco, CA  94105
Telephone:  (415) 227-3547
Facsimile:  (415) 227-3529

**Attorneys for Fujisawa USA, Inc.:**

Kathleen H. McGuan, Esq.
**Reed Smith LLP**
1301 K Street, N.W.
Suite 1100, East Tower
Washington, DC  20005
Telephone:  (202) 414-9230
Facsimile:  (202) 414-9199

Michael T. Scott, Esq.
**Reed Smith LLP**
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103
Telephone:  (215) 851-8100
Facsimile:  (215) 851-1420

Charlene S. Shimada, Esq.
**Bingham McCutchen LLP**
Three Embarcadero Center
San Francisco, CA  94111
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286

**Attorneys for Geneva Pharmaceuticals, Inc.:**

Wayne A. Cross, Esq.
Robert A. Milne, Esq.
Eamon O'Kelly
**Dewey Ballantine LLP**
1301 Avenue of the Americas
New York, NY  10019
Telephone:  (212) 259-8000
Facsimile:  (212) 259-6333

Jeffrey R. Witham, Esq.
**Dewey Ballantine LLP**
333 S. Grand Avenue
Los Angeles, CA  90071-1530
Telephone:  (213) 621-6529
Facsimile:  (213) 621-6100

10645597v1

**Attorneys for Gensia Sicor Pharmaceuticals, Inc.:**

Kirke M. Hasson, Esq.
Reed E. Harvey, Esq.
Albert G. Lin, Esq.
**Pillsbury Winthrop LLP**
50 Fremont Street
P.O. Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

**Attorneys for SmithKline Beecham Corporation, dba GlaxoSmithKline:**

Matthew L. Larrabee, Esq.
Carol Lynn Thompson, Esq.
**Heller Ehrman White & McAuliffe LLP**
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Robert B. Hubbell, Esq.
**Heller Ehrman White & McAuliffe LLP**
601 S. Figueroa Street, 40th Floor
Los Angeles, CA 90017
Telephone: (213) 689-0200
Facsimile: (213) 614-1868

**Attorneys for Immunex Corp.:**

David Burman, Esq.
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Telephone: (206) 583-8888
Facsimile: (206) 583-8500

Steven Bauer, Esq.
Peter Huston, Esq.
**Latham & Watkins**
505 Montgomery St., Suite 1900
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

**Attorneys for Ivax Pharmaceuticals:**

Bruce A. Wessel, Esq.
**Irell & Manella LLP**
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

**Attorneys for Mylan Laboratories:**

Brian S. Roman, Esq.
**DKW Law Group, PC**
58th Floor, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2703
Telephone: (412) 355-3983
Facsimile: (412) 355-2609

Allan B. Cooper, Esq.
**Ervin, Cohen & Jessup LLP**
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212
Telephone: (310) 273-6333
Facsimile: (310) 859-2325

**Attorneys for Novartis Pharmaceuticals Corporation:**

Aton Arbisser, Esq.
**Kaye Scholer LLP**
1999 Avenue of the Stars
Suite 1600
Los Angeles, CA 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

**Attorneys for Pharmacia:**

Scott A. Stempel, Esq.
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

John C. Dodds, Esq.
**Morgan, Lewis & Bockius LLP**
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 936-5000
Facsimile: (215) 936-5001

Theodore G. Spanos, Esq.
**Morgan, Lewis & Bockius LLP**
300 S. Grand Avenue, 22nd Floor
Los Angeles, CA 90071
Telephone: (213) 612-2500
Facsimile: (213) 612-2554

**Attorneys for The Purdue Frederick Company and Purdue Pharma L.P.:**

Lori A. Schechter, Esq.
**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

**Attorneys for Schering Plough Corporation and Warrick Pharmaceuticals:**

Brien O'Connor, Esq.
Kirsten Mayer, Esq.
David Potter, Esq.
**Ropes & Gray**
One International Place
Boston, MA 02110
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

Steven M. Kohn, Esq.
**Crosby, Heafy, Roach & May**
1999 Harrison Street
Oakland, CA 94612
Telephone: (510) 763-2000
Facsimile: (510) 273-8832

3

10645597v1

1

**Attorneys for Watson Pharma:**

2   Douglas B. Farquhar, Esq.
   **Hyman, Phelps & McNamara PC**
3   700 13th Street, N.W., Suite 1200
   Washington, DC  20005
4   Telephone:  (202) 737-9624
   Facsimile:   (202) 737-9329
5
   Kim W. West, Esq.
6   **Arter & Hadden LLP**
   555 California Street, Suite 3130
7   San Francisco, CA  94104
   Telephone:  (415) 617-2100
8   Facsimile:   (415) 912-3636

9   **Attorneys for Wyeth:**

10   S. Craig Holden, Esq.
   Connie E. Eiseman, Esq.
11   **Ober, Kaler, Grimes & Shriver PC**
   120 E. Baltimore Street
12   Baltimore, MD 21202
   Telephone: (410) 685-1120
13   Facsimile: (410) 547-0699

14   Stuart M. Gordon, Esq.
   Fletcher Alford, Esq.
15   **Gordon & Rees LLP**
   275 Battery Street, Suite 2000
16   San Francisco, CA 94111
   Telephone: (415) 986-5900
17   Facsimile: (415) 986-8054

18

19

20

21

22

23

24

25

26

27

28

4

LAW OFFICES

# SHOOK, HARDY & BACON L.L.P.

BUENOS AIRES
GENEVA
HOUSTON
KANSAS CITY
LONDON

HAMILTON SQUARE
600 14TH STREET, NW, SUITE 800
WASHINGTON, D.C. 20005-2004
TELEPHONE (202) 783-8400 ▪ FACSIMILE (202) 783-4211

MIAMI
OVERLAND PARK
SAN FRANCISCO
TAMPA
ZURICH

Paul S. Schleifman
(202) 639-5611
pschleifman@shb.com

October 10, 2002

Robert D. Sanford, Esq.
Moscone, Emblidge & Quadra, LLP
180 Montgomery Street
Suite 1240
San Francisco, CA  94104-4238

> **RE:**   *Thompson v. Abbott Laboratories, et al.*
> <u>**United District Court Case No. C-02-04450 CW**</u>

Dear Mr. Sanford:

We represent Aventis Pharmaceuticals Inc. ("Aventis") and in that capacity have received your September 23, 2002 letter.  You claim that Aventis has made a general appearance by participating in the removal and has, therefore, waived service of process of the Complaint.  We respectfully disagree.  The issue, however, is currently moot in light of the Court's September 30, 2002 Order staying all further proceedings in this case.

We will be happy to discuss this matter with you in more detail once the stay is lifted.

Very truly yours,

Paul S. Schleifman

PSS:jdt

90021.1

**BINGHAM McCUTCHEN**

October 1, 2002                                           Direct: (415) 393-2369
                                                   charlene.shimada@bingham.com

                                                      Our File No. 24682-0002

**VIA FACSIMILE AND U.S. MAIL**

Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA
94111-4067

415.393.2000
415.393.2286 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
San Francisco
Silicon Valley
Singapore
Walnut Creek
Washington

Robert D. Sanford, Esq.
Moscone, Emblidge & Quadra, LLP
180 Montgomery Street, Suite 1240
San Francisco, CA 94104-4238

**Thompson v. Abbott Laboratories, Inc., et al.**
**Case No. C-02-04450 CW**

Dear Mr. Sanford:

This will respond to your letter to Kirke M. Hasson, Esq., dated September 23,
2002. We do not agree with your position that removal of the above-
referenced action to federal court constitutes a general appearance obviating
the need for service of process on our client Fujisawa USA, Inc. ("Fujisawa").
Rather, the case law makes clear that a non-served defendant's consent to
removal does not waive any jurisdictional defenses or objections to service of
process. *General Inv. Co. v. Lake Shore & Michigan S. Ry. Co.*, 260 U.S. 261,
268-269 (1922) ("[I]t is well settled that a petition for removal, even if not
containing [a reservation of the right to object to the sufficiency of service],
does not amount to a general appearance, but only a special appearance, and
that after the removal the party securing it has the same right to invoke the
decision of the United States court on the validity of the prior service that he
has to ask its judgment on the merits.").[1]

---

[1]    *See also Dielsi v. Falk*, 916 F.Supp. 985, 994 (C.D. Cal. 1996) (noting
that a defendant does not waive jurisdictional challenges by removing case to
federal court.); *DiCesare Engler Prods., Inc. v. Mainman Ltd.*, 421 F.Supp.
116, 121 (W.D. Pa. 1976) (noting that defendants' removal of action to federal
court did not constitute waiver of defects in service of process).

Robert D. Sanford, Esq.
October 1, 2002
Page 2


Furthermore, we are not authorized to accept service on behalf of Fujisawa.

Very truly yours,

*Charlene S. Shimada*

Charlene S. Shimada

Bingham McCutchen LLP
bingham.com

LAW OFFICES OF
## MOSCONE, EMBLIDGE & QUADRA, LLP
180 Montgomery Street, Suite 1240
San Francisco, California 94104-4230
Tel: (415) 362-3599
Fax: (415) 362-7332

April 14, 2003

**Via Facsimile Only**

Kathleen H. McGuan
Reed Smith
1301 K Street, N.W.
Suite 1100 – East Tower
Washington D.C. 20005-3373

RE:   **In re Pharmaceutical Industry Average Wholesale Price Litigation,
MDL No. 1456,** *Rice v. Abbott Laboratories,et al.,* **N.D. Cal. Case No. C 02-
3925 MJJ,** *Thompson v. Abbott Laboratories, et al,* **N.D. Cal. Case No. C 02-
4450 MJJ**

Dear Ms. McGuan:

This firm represents Plaintiffs in the *Rice* and *Thompson* matters referred to
above.  I write to confirm our phone conversation on April 7th in which you refused to
withdraw the motion to dismiss Plaintiffs' complaints filed by Defendant Fujisawa USA,
Inc.  I advised you that the United States District Court for the Northern District of
California had stayed all proceedings pending a ruling on Plaintiffs' motion to vacate the
conditional transfer order transferring the cases to MDL Case No. 1456.  Although you
contend that "it is not the law" that the stay affected service of process, you offer no
authority for your position which is not addressed in the motion.  The law is to the
contrary.  *See, e.g., DeTie v. Orange County,* 152 F.3d 1109, (9th Cir. 1998).

This letter also confirms your refusal to accept service on behalf of Fujisawa, and
that Fujisawa's motion to dismiss was served on by Federal Express on April 4, 2003.
Under Local Rule 7.1(b), Plaintiffs' opposition to the motion is due on April 18, 2003.

Very truly yours,

MOSCONE, EMBLIDGE & QUADRA LLP

By_____
Robert D. Sanford

cc:   Edward Nortargiacomo, Esq.

```
HP LaserJet 3100                                    AD HOC BROADCAST REPORT for
Printer/Fax/Copier/Scanner                          Moscone, Emblidge & Quadra, LLP
                                                    415 984 0414
                                                    Apr-14-03   2:25PM
```

| Job | Phone Number | Start Time | Pages | Mode | Status |
|-----|--------------|------------|-------|------|--------|
| 101 | 12024149299................ | 4/14  2:23PM...... | 2/ 2 | BC ......... | Completed.................................... |
| 101 | 16174823003................ | 4/14  2:24PM...... | 2/ 2 | BC ......... | Completed.................................... |

LAW OFFICES OF
MOSCONE, EMBLIDGE & QUADRA, LLP
180 Montgomery Street, Suite 1260
San Francisco, California 94104-4208
Tel: (415) 362-3599
Fax: (415) 362-3582

FACSIMILE COVER SHEET

Monday, April 14, 2003, 2:20 PM

TO:   Kathleen H. McGuan          FAX:   (202) 414-9299

CC:   Edward Notargiacomo         FAX:   (617) 482-3003

FROM: Robert Samford

RE:   *Rice v. Abbott Labs, et al.; Thompson v. Abbott Labs, et al.*

MESSAGE:   See attached correspondence.

We are transmitting a total of 2 pages, including this cover sheet. If you did not receive all of the pages or there is another problem, please call Norma Butler at (415) 362-3599, ext. 23.

CONFIDENTIALITY NOTE

THIS AND ANY ACCOMPANYING PAGES CONTAIN INFORMATION FROM THE LAW OFFICES OF MOSCONE, EMBLIDGE & QUADRA, LLP WHICH IS CONFIDENTIAL AND PRIVILEGED. THE INFORMATION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, THEN BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE ACCOMPANYING DOCUMENT (OR THE INFORMATION CONTAINED IN IT) IS PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE TRANSMISSION IN ERROR, PLEASE NOTIFY OUR OFFICES IMMEDIATELY SO THAT WE CAN ARRANGE FOR RETRIEVAL AT NO COST TO YOU.

Kathleen H. McGuan ▪ 202.414.9230 ▪ kmcguan@reedsmith.com

# **ReedSmith**

April 15, 2003

<u>VIA FACSIMILE NO. (415) 362-7332</u>
<u>AND FIRST-CLASS MAIL</u>

Robert D. Sanford, Esq.
Moscone, Emblidge & Quadra, LLP
180 Montgomery Street
Suite 1240
San Francisco, CA 94104-4230

Re:     **In re: Pharmaceutical Industry Average Wholesale Price Litigation,
MDL No. 1456**

Dear Robert:

Thank you for your letter of April 14, 2003, regarding the *Rice* and *Thompson* cases, now transferred to the above-referenced multi-district litigation. I assume you will make whatever arguments you believe to be appropriate in an opposition to our motion filed with the Court and I will respond to them by filing a reply brief.

You correctly note that I will not accept service on behalf of Fujisawa USA, Inc. at this late date.

Fujisawa's Motion to Dismiss was served on March 25, 2003, in the manner ordered by the Court in its Case Management Order No. 2. We provided you with a copy of it on April 4, 2003, as a professional courtesy, when we learned that you had not subscribed to the Verilaw service as required by the Court's Order. Nevertheless, we have offered to extend the time for your clients to respond to the Motion to Dismiss until April 18, 2003.

Please contact me should you wish to discuss the matter further.

Sincerely,

REED SMITH LLP

*Kathleen H. McGuan*

Kathleen H. McGuan

KHM:clr

LONDON
NEW YORK
LOS ANGELES
SAN FRANCISCO
WASHINGTON, D.C.
PHILADELPHIA
PITTSBURGH
OAKLAND
PRINCETON
FALLS CHURCH
WILMINGTON
NEWARK
COVENTRY, U.K.
CENTURY CITY
RICHMOND
HARRISBURG
LEESBURG
WESTLAKE VILLAGE

1801 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20006-3373
202.414.9200
Fax 202.414.9299

r e e d s m i t h . c o m

**FAX TRANSMITTAL**

# ReedSmith LLP

**To:** Robert D. Sanford, Esq.       **From:** Kathleen H. McGuan, Esq.

**Firm/Company:** Moscone, Emblidge & Quadra, LLP       (202) 414-9230

**Fax Machine No:** (415) 362-7332       **Date:** April 15, 2003

| Fax Machine (202) 414-9299 | Total Number of Pages, Including Cover Page:  2 |

**Copies To:**

| Name | Firm/Company | Fax No. | Time Sent |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Notes:** **In re: Pharmaceutical Industry Average Wholesale Price Litigation, MDL No. 1456**

**If you do not receive all of the pages, please call Carol Russell at (202) 414-9307**

Client Number 946291     Matter Number 60002     Attorney Number 1162

LONDON / NEW YORK / LOS ANGELES / SAN FRANCISCO / WASHINGTON, D.C. / PHILADELPHIA / PITTSBURGH / OAKLAND / PRINCETON / FALLS CHURCH / WILMINGTON / NEWARK / COVENTRY, U.K. / CENTURY CITY / RICHMOND / HARRISBURG / LEESBURG / WESTLAKE VILLAGE

LAW OFFICES OF

## MOSCONE, EMBLIDGE & QUADRA, LLP
180 Montgomery Street, Suite 1240
San Francisco, California 94104-4230
Tel: (415) 362-3599
Fax: (415) 362-7332

April 16, 2003

**Via Facsimile Only**

Kathleen H. McGuan
Reed Smith
1301 K Street, N.W.
Suite 1100 – East Tower
Washington D.C. 20005-3373

>    **RE:   In re Pharmaceutical Industry Average Wholesale Price Litigation,
>    MDL No. 1456, _Rice v. Abbott Laboratories,et al.,_  N.D. Cal. Case No. C 02-
>    3925 MJJ, _Thompson v. Abbott Laboratories, et al,_ N.D. Cal. Case No. C 02-
>    4450 MJJ**

Dear Ms. McGuan:

>    I received your letter of April 15, 2003.  From our phone conversation, I understood that Fujisawa USA, Inc. will not withdraw its motion to dismiss in order to permit service of process to occur within an agreed timeframe and in a manner that is coordinated with the multitude of other actions in MDL No. 1456.  If this is not the case, please contact me to discuss the matter.

>    Very truly yours,

>    MOSCONE, EMBLIDGE & QUADRA LLP

>    By_____
>        Robert D. Sanford

cc:    Edward Nortargiacomo, Esq.

```
HP LaserJet 3100                          AD HOC BROADCAST REPORT for
Printer/Fax/Copier/Scanner                Moscone, Emblidge & Quadra, LLP
                                          415 984 0414
                                          Apr-16-03   2:30PM
```

| Job | Phone Number | Start Time | Pages | Mode | Status |
|-----|--------------|------------|-------|------|--------|
| 116 | 12024149299................ | 4/16  2:28PM...... | 2/ 2 | BC ......... | Completed........................................ |
| 116 | 16174823003................ | 4/16  2:29PM...... | 2/ 2 | BC ......... | Completed........................................ |

LAW OFFICES OF
MOSCONE, EMBLIDGE & QUADRA, LLP
180 Montgomery Street, Suite 1240
San Francisco, California 94104-4238
Tel: (415) 362-3599
Fax: (415) 362-7702

**FACSIMILE COVER SHEET**

**Wednesday, April 16, 2003, 2:26 PM**

| | | | |
|---|---|---|---|
| **TO:** | Kathleen H. McGuan | **FAX:** | (202) 414-9299 |
| **CC:** | Edward Notargiacomo | **FAX:** | (617) 482-3003 |
| **FROM:** | Robert Sanford | | |

**RE:**   *Rice v. Abbott Labs, et al.*; *Thompson v. Abbott Labs, et al.*

**MESSAGE:**   See attached correspondence.

We are transmitting a total of 2 pages, including this cover sheet. If you did not receive all of the pages or there is another problem, please call Norma Butler at (415) 362-3599, ext. 23.

**CONFIDENTIALITY NOTE**

THIS AND ANY ACCOMPANYING PAGES CONTAIN INFORMATION FROM THE LAW OFFICES OF MOSCONE, EMBLIDGE & QUADRA, LLP WHICH IS CONFIDENTIAL AND PRIVILEGED. THE INFORMATION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, THEN BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE ACCOMPANYING DOCUMENT (OR THE INFORMATION CONTAINED IN IT) IS PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE TRANSMISSION IN ERROR, PLEASE NOTIFY OUR OFFICES IMMEDIATELY SO THAT WE CAN ARRANGE FOR RETRIEVAL AT NO COST TO YOU.