UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 APR 30  A 10: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>CIVIL ACTION NO. 01-CV-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | NOTICE OF CHANGE OF FIRM/ADDRESS |

TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the firm of Sullivan, Sullivan & Nahigian, LLP, 100 Franklin Street, Boston, MA 02110, T: (617) 482-5100, F: (617) 482-2030 has merged with Peabody & Arnold LLP, 30 Rowes Wharf, Boston, MA 02110, T: (617) 951-2100, F: (617) 951-2125. Beginning May 5, 2003, please direct all communications in the above-referenced case to:

Colleen M. Hennessey, Esq.
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110

Respectfully submitted,

Original signature on file with the Court

Colleen M. Hennessey
BBO #559235
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

**ATTORNEY FOR DEFENDANT HOFFMANN-LA ROCHE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2003, I caused a true and accurate copy of the following to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456:

Notice of Change of Firm/Address

Original signature on file with Court

_____
Colleen M. Hennessey