UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENTS RELATES TO RICE v. ABBOTT LABORATORIES, formerly No. 3:02-cv-03925 (N.D.Cal.), THOMPSON v. ABBOTT LABORATORIES, formerly No. 3:02-cv-04450 (N.D.Cal.), and TURNER v. ABBOTT LABORATORIES, formerly No. 3:02-cv-5006 (N.D.Cal.) | |

**DEFENDANT FUJISAWA USA'S RESPONSE TO MOTION TO RECONSIDER ORDER DISMISSING ACTIONS, AND MOTION FOR LEAVE TO FILE A REPLY BRIEF SHOULD RECONSIDERATION BE GRANTED**

Defendant Fujisawa USA, Inc. ("Fujisawa"), through undersigned counsel, has no objection to the Court's consideration of Plaintiffs Rice and Thompsons' Opposition to Fujisawa's Motion to Dismiss Certain Complaints Against It For Failure of Service. Fujisawa's Motion was granted by the Court on April 17, 2003, and opposed on April 18, 2003.

However, the Motion was properly granted by the Court and should not be vacated. Should the Court consider the Opposition, Fujisawa respectfully requests that the Court accept and consider its Reply Memorandum In Support of Its Motion to Dismiss Certain Complaints Against It For Failure of Service (attached at Exhibit "**A**"). Plaintiffs' Opposition to the Motion makes a number of factual and legal arguments which lack legal merit, and which are beyond the scope of those discussed in Fujisawa's initial Memorandum. The Reply Memorandum is necessary to provide the Court with full discussion of the legal and factual issues raised by the Opposition.

Respectfully submitted,

BINGHAM MCCUTCHEN LLP

By: /s/ Elaine McChesney
S. Elaine McChesney
150 Federal Street
Boston MA  02110
(617) 951-8501
(617) 951-8736 (fax)

REED SMITH LLP

By:  /s/ Kathleen H. McGuan

Kathleen H. McGuan
Andrew L. Hurst
1301 K Street NW
Suite 1100 – East Tower
Washington, DC 20005
(202) 414-9200
(202) 414-9299 (fax)

/s/ Michael T. Scott

Michael T. Scott
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301
(215) 851-8100
(215) 851-1420 (fax)

Attorneys for Defendants Fujisawa USA, Inc.

Dated:  May 1, 2003