UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*County of Suffolk v. Abbott Laboratories, Inc. et al.* (E.D.N.Y. No. CV-03-229) | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.2, the undersigned hereby appears as counsel for defendant Purdue Pharma L.P. in the above-captioned action.

Dated: May 14, 2003

Respectfully submitted,

MORRISON & FOERSTER LLP

By: _____
James E. Johnson (*pro hac vice*)
Oliver Metzger (*pro hac vice*)

1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

Lori A. Schechter (*pro hac vice*)

425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Defendant Purdue Pharma L.P.*

FILING FEE PAID:
RECEIPT # 41268
AMOUNT  150.00
CLK
DATE 5/15/03

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2003, a true copy of the above document was served upon all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

_____
Oliver Metzger (*pro hac vice*)

ny-467984  -2-