UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*County of Suffolk v. Abbott Laboratories, Inc. et al.* (E.D.N.Y. No. CV-03-229) | **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, defendant Purdue Pharma L.P. states that it has no parent corporations, that it has one general partner that is a corporation, Purdue Pharma Inc., and that there is no publicly held company that owns ten percent or more of the partnership interests of Purdue Pharma L.P.

Dated: May 14, 2003

Respectfully submitted,

MORRISON & FOERSTER LLP

By: _____
James E. Johnson (*pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Attorneys for Defendant Purdue Pharma L.P.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2003, a true copy of the above document was served upon all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

_____
Oliver Metzger (*pro hac vice*)

ny-468045