UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **CERTIFICATE OF SERVICE** |

I hereby certify that on May 14, 2003, true copies of the following documents were served upon all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456:

- Affidavit of Lori A. Schechter, sworn to April 24, 2003;

- Affidavit of James E. Johnson, sworn to April 11, 2003; and

- Affidavit of Oliver Metzger, sworn to April 15, 2003.

_____
Oliver Ireland (BBO # 247320)

ny-471491