UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **AFFIDAVIT OF JAMES E. JOHNSON** |

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

James E. Johnson, being duly sworn, deposes and says:

1. I am a member of the firm of Morrison & Foerster LLP, attorneys for defendant Purdue Pharma L.P. in the action captioned above. I submit this affidavit pursuant to Case Management Order No. 1, § V (providing for admission of counsel *pro hac vice*), entered in the action captioned above.

2. I am admitted in good standing to the courts of the State of New York, and to the United States District Court for the Southern District of New York.

3. I have never been the subject of a professional disciplinary proceeding.

_____
James E. Johnson

Sworn to before me this
11th day of April, 2003

_____
Notary Public

JAMIE A. LEVITT
Notary Public, State of New York
No. 31-5072294
Qualified in New York County
Commission Expires Jan. 27, 20 0 5

ny-468082