UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **AFFIDAVIT OF OLIVER METZGER** |

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Oliver Metzger, being duly sworn, deposes and says:

1.  I am associated with the firm of Morrison & Foerster LLP, attorneys for defendant Purdue Pharma L.P. in the action captioned above. I submit this affidavit pursuant to Case Management Order No. 1, § V (providing for admission of counsel *pro hac vice*), entered in the action captioned above.

2.  I am admitted in good standing to the courts of the State of New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, and the United States Supreme Court.

3.  I have never been the subject of a professional disciplinary proceeding.

_____
Oliver Metzger

Sworn to before me this
15th day of April, 2003

_____
Notary Public

ny-468727

JEREMY A. FISCHBACH
Notary Public, State of New York
No. 01FI6076634
Qualified in New York County
Commission Expires Jun. 14, 2006