UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **AFFIDAVIT OF LORI A. SCHECHTER** |

STATE OF CALIFORNIA      )
                         ) ss.:
COUNTY OF SAN FRANCISCO  )

Lori A. Schechter, being duly sworn, deposes and says:

1. I am a member of the firm of Morrison & Foerster LLP, attorneys for defendant Purdue Pharma L.P. in the action captioned above. I submit this affidavit pursuant to Case Management Order No. 1, § V (providing for admission of counsel *pro hac vice*), entered in the action captioned above.

2. I am admitted in good standing to the courts of the State of California, and to the United States District Court for the Central, Eastern and Northern Districts for California, the United States Court of Appeals for the Second, Seventh and Ninth Circuits and the United States Supreme Court.

3. I have never been the subject of a professional disciplinary proceeding.

_____
Lori A. Schechter

Sworn to before me this
24th day of April, 2003

_____
Notary Public

P. STICH REGAN
Commission # 1330194
Notary Public - California
San Francisco County
My Comm. Expires Nov 13, 2005

sf-1487902