UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION NO. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

### NOTICE OF APPEARANCE

Kindly enter the appearance of the undersigned to appear as counsel for defendant Mylan Laboratories, Inc. in the above-captioned action.

Dated: 5/20/03

Respectfully submitted,

DKW Law Group, P.C.

Carl J. Rychcik, Esquire *(pro hac vice)*
58th Floor, US Steel Tower
600 Grant Street
Pittsburgh, PA  15219
*Attorneys for Defendant Mylan Laboratories, Inc.*

{P0119364:1}

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2003, a true copy of the above document was served upon all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

DKW Law Group, P.C.

By: _____

{P0119364:1}



**DKW LAW GROUP**
Professional Corporation

www.dkwlaw.com

Writer's Direct Dial
412.355.8171
crychick@dkwlaw.com

May 28, 20003

**VIA FEDERAL EXPRESS**
Robert Alba, Clerk of Court
USDC FOR THE DISTRICT OF MASSACHUSETTS
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re:    **In re Pharmaceutical Industry Average Wholesale Price Litigation, MDL 1456**

Dear Mr. Alba:

I am enclosing an original and one copy of an Entry of Appearance, on behalf of Mylan Laboratories Inc., for filing in the above-captioned matter. Please time and date stamp the copy and return it to me in the enclosed self-addressed, stamped envelope. Also, enclosed is a check in the amount of $50.00 for filing.

Thank you for your assistance in this matter. If you have any questions, please do not hesitate to call me.

Very truly yours,

Carl J. Rychcik

CJR/med
Enclosure
cc:    All Counsel of Record via Verilaw

{P0124409:1}