UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITIZENS FOR CONSUMER JUSTICE, ET AL<br>Plaintiffs, | CIVIL ACTION<br>NO. 01-12257-PBS |
| v. | MDL NO. 1456 |
| ABBOTT LABORATORIES, INC., ET AL<br>Defendants. | |

AND ALL RELATED CASES

## ORDER OF CONSOLIDATION

SARIS, U.S.D.J.                                                                                           June 10, 2003

      This Court hereby consolidates the following civil action: 03-10643-PBS with civil action 01-12257-PBS.  All future pleadings will be docketed in civil action 01-12257-PBS which has been designated the Lead Case.

      By The Court

        s/ Robert C. Alba
      Deputy Clerk

Copies to:  All Counsel