## United States District Court
## District of Massachusetts

John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210
(617) 748-9152

Anthony Anastas, Clerk

June 9, 2003

United States District Court
Lawrence K. Baerman, Clerk
Federal Building
15 Henry Street
Binghamton, NY 13901

In re: MDL - 1456 In Re Pharmaceutical Industry Average Wholesale Price Litigation
   Your Case Number: N.D. New York, C.A. 1:03-305
   D. MA Case Number: 01-12257-PBS

Dear Mr. Baerman,

   An order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. Section 1407 was received and filed in this district on June 9, 2003. Enclosed is a certified copy of that order directing the transfer of your civil case to the District of Massachusetts for coordinated or consolidated pretrial proceedings. Please reference the case number assigned in this court in all correspondence or communications.

   The original record and certified copy of the docket entries in the case(s) listed above, should be forwarded by <u>certified mail-return receipt requested</u> to: Clerk, U.S. District Court, John Joseph Moakley Courthouse, 1 Courthouse Way, Suite 2300, Boston, MA 02210. Communications regarding these actions should be directed to Ms. Maria Simeone (617) 748-9178 or myself at (617) 748-9175.

Very truly yours,

Anthony Anastas, Clerk

By: s/ Robert C. Alba
Deputy Clerk