# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL 1456<br><br>Master File No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*Rice v. Abbott Laboratories, Inc., et al.* United States District Court, Northern District of California Case No. C 02-3925 MJJ<br><br>*Thompson v. Abbott Laboratories, Inc., et al.*, United States District Court, Northern District Case No. 02-4450 MJJ | |

**PLAINTIFFS' JOINDER OF DEFENDANT FUJISAWA HEALTHCARE, INC., AS SUCCESSOR-IN-INTEREST TO NAMED DEFENDANT FUJISAWA USA, INC.**

Pursuant to Federal Rule of Civil Procedure 21, Plaintiffs John Rice and Constance Thompson hereby join the following party as a defendant: Fujisawa Healthcare, Inc., a Delaware corporation and successor-in-interest to Defendant Fujisawa USA, Inc.

DATED: June 4, 2003              MOSCONE, EMBLIDGE & QUADRA, LLP

By _____
Robert D. Sanford

Attorneys for Plaintiffs John Rice and
Constance Thompson

1

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Rice v. Abbott Laboratories, Inc., et al.* United States District Court, Northern District of California Case No. C 02-3925 MJJ<br><br>*Thompson v. Abbott Laboratories, Inc., et al.*, United States District Court, Northern District Case No. 02-4450 MJJ | MDL 1456<br><br>Master File No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

### PLAINTIFFS' JOINDER OF DEFENDANT FUJISAWA HEALTHCARE, INC., AS SUCCESSOR-IN-INTEREST TO NAMED DEFENDANT FUJISAWA USA, INC.

Pursuant to Federal Rule of Civil Procedure 21, Plaintiffs John Rice and Constance Thompson hereby join the following party as a defendant: Fujisawa Healthcare, Inc., a Delaware corporation and successor-in-interest to Defendant Fujisawa USA, Inc.

DATED: June 4, 2003                MOSCONE, EMBLIDGE & QUADRA, LLP

By _____
Robert D. Sanford

Attorneys for Plaintiffs John Rice and
Constance Thompson

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Rice v. Abbott Laboratories, Inc., et al.* United States District Court, Northern District of California Case No. C 02-3925 MJJ<br><br>*Thompson v. Abbott Laboratories, Inc., et al.*, United States District Court, Northern District Case No. 02-4450 MJJ | MDL 1456<br><br>Master File No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**PLAINTIFFS' JOINDER OF DEFENDANT FUJISAWA HEALTHCARE, INC., AS SUCCESSOR-IN-INTEREST TO NAMED DEFENDANT FUJISAWA USA, INC.**

Pursuant to Federal Rule of Civil Procedure 21, Plaintiffs John Rice and Constance Thompson hereby join the following party as a defendant: Fujisawa Healthcare, Inc., a Delaware corporation and successor-in-interest to Defendant Fujisawa USA, Inc.

DATED:  June 4, 2003

MOSCONE, EMBLIDGE & QUADRA, LLP

By _____
   Robert D. Sanford

Attorneys for Plaintiffs John Rice and Constance Thompson

1