A CERTIFIED TRUE COPY

JUN -4 2003

ATTEST
FOR THE JUDICIAL PANEL
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 19 2003

FILED
CLERK'S OFFICE

DOCKET NO. 1456

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-11)

On April 30, 2002, the Panel transferred 16 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 19 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of April 30, 2002, 201 F.Supp.2d 1378 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUN 4 2003

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-11 - TAG ALONG CASES
## DOCKET NO. 1456
## IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

### DISTRICT DIV. CIVIL ACTION#

CONNECTICUT

| | | |
|---|---|---|
| ~~CT~~ | ~~3 03-553~~ | ~~State of Connecticut v. Glaxosmithkline PLC, et al.~~ Opposed 6/3/03 |
| ~~CT~~ | ~~3 03-554~~ | ~~State of Connecticut v. Pharmacia Corp.~~ Opposed 6/3/03 |
| ~~CT~~ | ~~3 03-557~~ | ~~State of Connecticut v. Aventis Pharmaceuticals, Inc.~~ Opposed 6/3/03 |
| ~~CT~~ | ~~3 03-572~~ | ~~State of Connecticut v. Dey Inc., et al.~~ Opposed 6/3/03 |

NEW YORK NORTHERN

| | | |
|---|---|---|
| NYN | 1 03-305 | The People of the State of New York, etc. v. Aventis Pharmaceuticals, Inc. |