UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br><br> C.A. NO. 01-CV-12257-PBS <br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: <br><br> *County of Suffolk v. Abbot Laboratories, Inc., et al.*, E.D. NY No. 03-229 |   |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of William F. Lee, James C. Burling, and Debra Squires-Lee on behalf of Biogen, Inc. ("Biogen") in the above-referenced matter. Biogen is a defendant in the County of Suffolk case listed above in the case caption. The County of Suffolk case was transferred to this Court from the United States District Court for the Eastern District of New York by the Judicial Panel on Multi-District Litigation.

                                    Respectfully submitted,
                                    Biogen, Inc.

                                    By its attorneys,

                                    */s/ Debra Squires-Lee*
                                    William F. Lee (BBO #291960)
                                    James C. Burling (BBO #065960)
                                    Debra Squires-Lee (BBO #633619)
                                    Hale and Dorr LLP
                                    60 State Street
                                    Boston, MA 02109
                                    (617) 526-6000

Dated: June 12, 2003

## CERTIFICATE OF SERVICE

I, Debra Squires-Lee, certify that on this 12th day of June, 2003, a copy of the foregoing document has been served on counsel of record by electronic means pursuant to the Court's Case Management Order dated July 23, 2002.

*[signature]*
Debra Squires-Lee