UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> *County of Suffolk v. Abbot Laboratories, Inc.,* ) <br> *et al.*, E.D. NY No. 03-229 ) <br> _____ ) | MDL NO. 1456 <br><br> C.A. NO. 01-CV-12257-PBS <br> Judge Patti B. Saris |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, defendant Biogen, Inc. ("Biogen"), states the following:

1. Biogen has no parent corporation.

2. As of May 27, 2003, to the knowledge of Biogen, no public company owned ten percent (10%) or more of Biogen's stock.

        Respectfully submitted,
        Biogen, Inc.

        By its attorneys,

        /s/ Debra Squires-Lee
        William F. Lee (BBO #291960)
        James C. Burling (BBO #065960)
        Debra Squires-Lee (BBO #633619)
        Hale and Dorr LLP
        60 State Street
        Boston, MA 02109
        (617) 526-6000

Dated: June 12, 2003

## CERTIFICATE OF SERVICE

I, Debra Squires-Lee, certify that on this 12th day of June, 2003, a copy of the foregoing document has been served on counsel of record by electronic means pursuant to the Court's Case Management Order dated July 23, 2002.

*Debra Squires-Lee*
Debra Squires-Lee