UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: *State of Minnesota v. Pharmacia Corporation,* Civil Action No. 02-10069-PBS *State of Nevada v. Abbott Laboratories, Inc., et al.,* Civil Action No. 02-12085-PBS | CIVIL ACTION: 01-CV-12257-PBS  Judge Patti B. Saris |

## MOTION FOR RECONSIDERATION, OR IN THE ALTERNATIVE, FOR CERTIFICATION OF AN INTERLOCUTORY APPEAL

Defendants Pharmacia Corporation and SmithKline Beecham Corporation d/b/a GlaxoSmithKline respectfully request that this Court reconsider its June 11, 2003 Order remanding these actions to state court, or in the alternative, certify an interlocutory appeal of its order, for the reasons set forth in the accompanying Memorandum in Support of Motion for Reconsideration, of in the Alternative, for Certification of an Interlocutory Appeal.

WHEREFORE, Defendants Pharmacia Corporation and SmithKline Beecham Corporation d/b/a GlaxoSmithKline respectfully request that the Court allow their motion.

Respectfully submitted,

BY: _/s/ Mark D. Smith_

    Mark D. Smith (BBO #542676)
    Faxon & Laredo LLP
    15 Broad Street, Suite 600
    Boston, MA 02109
    (617) 367-7984 (telephone)
    (617) 367-6475 (facsimile)

    John C. Dodds, Esq.
    Jennifer B. Jordan, Esq.
    Morgan Lewis & Bockius LLP
    1701 Market Street
    Philadelphia, PA 19103
    (215) 963-5000 (telephone)
    (215) 963-5001 (facsimile)

    Scott A. Stempel, Esq.
    Morgan Lewis & Bockius LLP
    1111 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004
    (202) 739-3000 (telephone)
    (202) 739-3001 (facsimile)

Dated: June 18, 2003                        *Attorneys for Defendant Pharmacia Corporation*

BY: _____

Geoffrey E. Hobart
Holland & Knight
10 St. James Avenue
Boston, MA 02116
(617) 523-2700 (telephone)
(617) 523-6850 (facsimile)

Mark H. Lynch, Esq.
Ethan M. Posner, Esq.
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 662-6000 (telephone)
(202) 662-6291 (facsimile)

Frederick G. Herold, Esq.
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000 (telephone)
(215) 994-2222 (facsimile)

Dated: June 18, 2003                                            *Attorneys for Defendant GSK*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2003, I caused a true and correct copy of the aforementioned Motion for Reconsideration, or in the Alternative, for Certification of an Interlocutory Appeal Order to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

_____
Mark D. Smith

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Undersigned counsel hereby certifies that on June 18, 2003 he conferred with counsel for the State of Minnesota, and the parties were unable to resolve or narrow the issues raised in the aforementioned Motion for Reconsideration, or in the Alternative, for Certification of an Interlocutory Appeal Order.

_____
Mark D. Smith