*United States District Court*
*District of Massachusetts*
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210
(617) 748-9152

Anthony Anastas, Clerk

June 19, 2003

United States District Court
Richard H. Weare, Clerk
1400 United States Courthouse
230 North First Avenue
Phoenix, AZ 85025-0093


In re: MDL - 1456 In Re Pharmaceutical Industry Average Wholesale Price Litigation
    Your Case Number: 2:03-62
    D. MA Case Number: 01-12257-PBS

Dear Mr. Weare,

    An order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. Section 1407 was received and filed in this district on (date).  Enclosed is a certified copy of that order directing the transfer of your civil case to the District of Massachusetts for coordinated or consolidated pretrial proceedings.  Please reference the case number assigned in this court in all correspondence or communications.

    The original record and certified copy of the docket entries in the case(s) listed above, should be forwarded by <u>certified mail-return receipt requested</u> to: Clerk, U.S. District Court, John Joseph Moakley Courthouse, 1 Courthouse Way, Suite 2300, Boston, MA 02210.  Communications regarding these actions should be directed to Ms. Maria Simeone (617) 748-9178 or myself at (617) 748-9175.

                                      Very truly yours,

                                        Anthony Anastas, Clerk

By: /s/ Robert C. Alba
Deputy Clerk