# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2003 JUN 18  P 12: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL NO. 1456 |
| | ) |
| | ) CIVIL ACTION: 01-CV-12257-PBS |
| | ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) |
| | ) Judge Patti B. Saris |
| | ) |

## NOTICE OF APPEARANCE FOR DEFENDANT WATSON PHARMACEUTICALS, INC.

PLEASE TAKE NOTICE, that Douglas B. Farquhar of Hyman, Phelps, & McNamara, P.C. hereby appears as counsel in this action for defendant, Watson Pharmaceuticals, Inc. ("Watson").

Pursuant to Paragraph 16 of Case Management Order No. 1, Watson will, along with this Notice of Appearance, pay the appropriate filing fee for admission *pro hac vice* of Douglas B. Farquhar to practice before this Court as Watson's attorney in this action.

FILING FEE PAID:
RECEIPT # 78337
AMOUNT $ 50.00
BY DPTY CLK.
DATE 6/8/03

Respectfully submitted

Douglas B. Farquhar
Hyman, Phelps & McNamara, P.C.
700 13th Street, N.W., Suite 1200
Washington, D.C.  20005
(202) 737-9624
(fax) (202) 737-9329
Attorneys for Watson Pharmaceuticals,
Inc.