UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2003 JUN 18 P 12: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL NO. 1456 <br> ) <br> ) CIVIL ACTION: 01-CV-12257-PBS <br> ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) <br> ) Judge Patti B. Saris <br> ) |

## LOCAL RULE 7.3 DISCLOSURE STATEMENT OF DEFENDANT WATSON PHARMACEUTICALS, INC.

Pursuant to Local Rule 7.3, the undersigned attorney of record for defendant Watson Pharmaceuticals, Inc. hereby certifies that Watson Pharmaceuticals, Inc., is a publicly-held corporation. Watson Pharmaceuticals, Inc., has no parent companies and no publicly-held corporation owns 10% or more of the outstanding stock of Watson Pharmaceuticals, Inc.

Respectfully submitted

_____
Douglas B. Farquhar
Hyman, Phelps & McNamara, P.C.
700 13th Street, N.W., Suite 1200
Washington, D.C. 20005
(202) 737-9624
(fax) (202) 737-9329
Attorneys for Watson Pharmaceuticals, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2003, I caused a true and correct copy of the foregoing Notice of Appearance and Corporate Disclosure Statement of Watson Pharmaceuticals, Inc. to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2, by sending a copy of this document to Verilaw Technologies for posting and notification to all parties.

_____
Douglas B. Farquhar