UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
IN RE PHARMACEUTICAL              :   MDL No. 1456
INDUSTRY AVERAGE                  :
WHOLESALE PRICE LITIGATION        :   MASTER FILE NO.: 01-CV-12257-PBS
                                  :
---------------------------------------------------------x
                                  :
THIS DOCUMENT RELATES             :   Judge Patti B. Saris
TO ALL ACTIONS                    :
                                  :
                                  :
---------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.2 of the United States District Court for the District of Massachusetts, notice is hereby given of the appearance of the undersigned counsel on behalf of Defendant Dey, Inc. in the matter captioned above.

PLEASE TAKE FURTHER NOTICE, that the undersigned appears as counsel for defendant Dey, Inc. in all aspects of this litigation including, but not limited to, the receipt of all pleadings, notices and other papers relating to this action.

Respectfully submitted,

KELLEY DRYE & WARREN LLP

By: _____
Neil Merkl

101 Park Avenue
New York, New York  10178
Telephone:   (212) 808-7800
Facsimile:   (212) 808-7897

Attorneys for Dey, Inc.

NY01/ROBBP/832798.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2003, I caused a true and correct copy of the aforementioned Notice of Appearance to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                                    Philip D. Robben

Dated: June 12, 2002