IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br><br> Civil Action No. 01-12257-PBS <br><br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## NOTICE OF WITHDRAWAL OF
## COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

Pursuant to Rule 83.5.2 of the Local Rules of this Court, Cohen, Milstein, Hausfeld & Toll, P.L.L.C., provides Notice of its Withdrawal from these coordinated actions as one of Plaintiffs' counsel and one of the Lead Counsel Committee designated in Case Management Order 1. All other Plaintiffs' Counsel, including the several law firms that are the Chairs of and other members of the Lead Counsel Committee for the Plaintiffs, will continue to represent the plaintiffs in these matters, and another specific successor counsel is not required or designated. There are no substantive motions pending or hearings or conferences scheduled, no reports (oral or written) are due, and no trial date has been set. The CMO 1 will be amended in the next Case Management Order.

Cohen Milstein therefore requests that the Court and all parties remove this firm from their mailing lists, including for electronic mail.

June 17, 2003

Respectfully submitted,

/s/ Lisa M. Mezzetti

COHEN, MILSTEIN, HAUSFELD
    TOLL, P.L.L.C.
Linda P. Nussbaum
825 Third Avenue, 30th Floor
New York, NY 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

COHEN, MILSTEIN, HAUSFELD &
    TOLL, P.L.L.C.
Lisa M. Mezzetti
Donna F. Solen
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Plaintiffs' Counsel and A Member
Of Lead Counsel Committee*

## CERTIFICATE OF SERVICE

I hereby certify that I, Edward Notargiacomo, an attorney, caused true and correct copy of the foregoing Notice of Withdrawal of Cohen, Milstein, Hausfeld & Toll, P.L.L.C., to be served on all counsel of record electronically, pursuant to Section D of Case Management Order No. 2., this 20th day of June, 2003.

By: /s/ Edward Notargiacomo
Edward Notargiacomo, Esq.
HAGENS BERMAN LLP
225 Franklin Street, 26th floor
Boston, MA 02110
(617) 482-3700