**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | Judge Patti B. Saris |

## NOTICE OF FIRM NAME CHANGE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective July 1, 2003, CUNEO, WALDMAN & GILBERT, LLP shall supersede and carry on the law practice of THE CUNEO LAW GROUP, P.C.

The address, telephone and facsimile numbers will remain the same.

Dated: June 20, 2003

Respectfully submitted,

THE CUNEO LAW GROUP, P.C.

By: _____
DAVID W. STANLEY

317 Massachusetts Avenue, NE
Suite 300
Washington, DC 20002
Telephone: 202-789-3960
Facsimile: 202-789-1813

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2003, I, David W. Stanley, caused a true and correct copy of the foregoing Notice of Firm Name Change to be served on all counsel of record electronically pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

_____