## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: *State of Minnesota v. Pharmacia Corporation*, Civil Action No. 02-10069-PBS | CIVIL ACTION: 01-CV-12257-PBS  Judge Patti B. Saris |
| *State of Nevada v. Abbott Laboratories, Inc., et al.*, Civil Action No. 02-12085-PBS | |

### PHARMACIA CORPORATION AND SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE'S MOTION FOR LEAVE TO FILE A REPLY BRIEF TO MINNESOTA AND NEVADA'S OPPOSITIONS

Defendants Pharmacia Corporation and SmithKline Beecham Corporation d/b/a GlaxoSmithKline move for leave to file a reply brief to: (1) the State of Minnesota's Memorandum in Opposition to Defendant's Motion for Reconsideration, or in the Alternative, for Certification of an Interlocutory Appeal and (2) State of Nevada's Opposition to Defendants' Motion for Reconsideration or in the alternative for Certification of an Interlocutory Appeal. In support of this request, Pharmacia Corporation and SmithKline Beecham state that they believe that a reply is necessary to address the arguments advanced by Minnesota and Nevada in their oppositions.

WHEREFORE, Defendants Pharmacia Corporation and SmithKline Beecham Corporation d/b/a GlaxoSmithKline respectfully request that the Court grant leave for it to file a reply brief in response to Minnesota and Nevada's oppositions, which is being filed herewith.

Respectfully submitted,

BY: _____

Mark D. Smith (BBO #542676)
Faxon & Laredo LLP
15 Broad Street, Suite 600
Boston, MA 02109
(617) 367-7984 (telephone)
(617) 367-6475 (facsimile)

John C. Dodds, Esq.
Jennifer B. Jordan, Esq.
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000 (telephone)
(215) 963-5001 (facsimile)

Scott A. Stempel, Esq.
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-3000 (telephone)
(202) 739-3001 (facsimile)

Dated: June 30, 2003

*Attorneys for Defendant Pharmacia Corporation*

BY: _/s/ G E Hobart_

Geoffrey E. Hobart
Holland & Knight
10 St. James Avenue
Boston, MA 02116
(617) 523-2700 (telephone)
(617) 523-6850 (facsimile)

Mark H. Lynch, Esq.
Ethan M. Posner, Esq.
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 662-6000 (telephone)
(202) 662-6291(facsimile)

Frederick G. Herold, Esq.
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000 (telephone)
(215) 994-2222 (facsimile)

Dated: June 30, 2003

*Attorneys for Defendant GSK*

### CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2003, I caused a true and correct copy of the aforementioned Pharmacia Corporation and SmithKline Beecham Corporation d/b/a GlaxoSmithKline's Motion for Leave to File a Reply Brief to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

_/s/ Mark D. Smith_
Mark D. Smith

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Undersigned counsel hereby certifies that on June 30, 2003 counsel for defendants attempted to contact counsel for the States of Minnesota and Nevada, by leaving telephone messages for them, but were unsuccessful in reaching them. As a result the parties to this motion were unable resolve or narrow the issues raised in the aforementioned Motion for Leave to File a Reply Brief.

Mark D. Smith

# FAXON & LAREDO, LLP
ATTORNEYS AT LAW
15 BROAD STREET
SUITE 600
BOSTON, MASSACHUSETTS 02109

TEL 617-367-7984
FAX 617-367-6475



June 30, 2003

**VIA HAND DELIVERY**

Civil Clerk
Suite 2300
United States District Court
1 Courthouse Way
Boston, MA 02210

    Re:    In Re: Pharmaceutical Industry Average Wholesale Price Litigation
           Civil Action Case No. 01-12257 PBS; MDL No. 1456

Dear Sir or Madam:

    Enclosed for filing please find the following documents:

1. Pharmacia Corporation and Smithkline Beecham Corporation d/b/a Glaxosmithkline's Motion for Leave to File a Reply Memorandum;

2. Reply Memorandum in Further Support of Motion for Reconsideration or, in the Alternative, for Certification of an Interlocutory Appeal;

3. Certification of Compliance with Local Rule 7.1.; and

4. Certificate of Service.

    Please date stamp the enclosed copy of this letter and return it to the messenger.

    Please call me if you have any questions.

                              Very truly yours,

                              Mark D. Smith

MDS/nc
Enclosure