UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITIZENS FOR CONSUMER JUSTICE, ET AL<br>Plaintiffs, | CIVIL ACTION<br>NO. 01-12257-PBS |
| v. | MDL NO. 1456 |
| ABBOTT LABORATORIES, INC., ET AL<br>Defendants. | |

AND ALL RELATED CASES

### NOTICE OF HEARING

SARIS, U.S.D.J.                                                                                                  July 1, 2003

      TAKE NOTICE that the above-entitled case has been set for a Hearing on Motions to Remand Re: The People of the State of New York, on **September 10, 2003** at **3:00 p.m.,** in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                     /s/ Robert C. Alba
                                        Deputy Clerk

Copies to:  All Counsel