AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _Massachusetts_

In Re Pharmaceutical Industry
Average Wholesale Price Litigation

**SUMMONS IN A CIVIL CASE**

(This document relates to all actions)
MDL No. 1456

CASE NUMBER: 01 - 12257 PBS

TO: (Name and address of Defendant)

Paulo Costa, President
Novartis Pharmaceuticals Corp
Route 10
Hanover, N.J. 07936

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Sobol
Hagens Berman LLP
225 Franklin St. 26th Fl.
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ____90____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY

DATE  7/2/03

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE: July 2, 2003 |
| NAME OF SERVER (PRINT): Tammy Lee | TITLE: Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __By serving at its resident agent, Corporation Service Company, serving in hand upon Bernardo Montanez, authorized agent to accept, at 84 State Street, Boston MA.__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __July 2, 2003__       _[signature]_ Tammy Lee
         Date                         Signature of Server

__6 Beacon Street, Boston MA__
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.