UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO CONGRESS OF CALIFORNIA SENIORS v. ABBOTT LABORATORIES, et al. No. 03-CV-10216-PBS | CIVIL ACTION: 01-CV-12257-PBS  03-CV-10216-PBS Judge Patti B. Saris |

## STIPULATION AND ORDER OF DISMISSAL
## OF DEFENDANT MERCK & CO., INC.

WHEREAS Merck & Co., Inc. ("Merck") was named as a defendant when the complaint in *Congress of California Seniors v. Abbott Laboratories, et al.* (the "CCS Action") was originally filed in the Superior Court of the State of California on September 24, 2002; and

WHEREAS the CCS Action was subsequently removed and transferred to this Court and consolidated with MDL Docket Number 1456 (Docket entry 336); and

WHEREAS the Amended Master Consolidated Class Action Complaint in MDL 1456, dated June 12, 2003, does not name Merck as a defendant;

NOW, THEREFORE, it is hereby

STIPULATED AND AGREED, by and between the undersigned counsel for plaintiffs in the CCS Action and counsel for Merck, that the Complaint in the CCS Action be and, subject to

DC 525090_1

the order of the Court, hereby is dismissed as to Merck, without prejudice, each party to bear its own costs.

Dated: July 2, 2003

                              HAGENS BERMAN LLP

                              By: _____
                                    Steve W. Berman
                              1301 Fifth Avenue
                              Seattle, WA 98101
                              (206) 623-7292

                              *Attorneys for Plaintiff*


                              HUGHES HUBBARD & REED LLP

                              By: _____
                                    John M. Townsend
                              1775 I Street, N.W.
                              Washington, D.C. 20006
                              (202) 721-4600

                              *Attorneys for Defendant Merck & Co., Inc.*


SO ORDERED this _____ day
of July, 2003:


_____
       U.S.D.J.




DC 525090_1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Stipulation and Order of Dismissal Of Defendant Merck & Co., Inc. was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on July 7, 2003 a copy to Verilaw Technologies, Inc. for posting and notification to all parties.

Robert B. Funkhouser

DC 525188_1