RICHARD BLUMENTHAL
ATTORNEY GENERAL



55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Office of The Attorney General
## State of Connecticut

Tel. (860) 808-5355
Fax. (860) 808-5391

July 8, 2003

Honorable Patti B. Saris
United States District Judge
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way – Suite 2300
Boston, MA 02210-3002

01-CV-12257

**RE:** *MDL-1456 — In Re Pharmaceutical Industry Average Wholesale Priced Litigation Conditional Transfer Order (CTO-11):*

*State of Connecticut v. GlaxoSmithKline PLC, et al.* **(D. Conn. Docket # 3:03CV0553(JCH))**
*State of Connecticut v. Pharmacia Corp.* **(D. Conn. Docket # 3:03CV0554(JCH))**
*State of Connecticut v. Aventis Pharmaceuticals, Inc.* **(D. Conn. Docket # 3:03CV0557(JCH))**
*State of Connecticut v. Dey, Inc., et al.* **(D. Conn. Docket # 3:03CV0572(JCH))**

Dear Judge Saris:

This letter is to advise you that the STATE OF CONNECTICUT, plaintiff in the above entitled matters, has withdrawn its motion to vacate the conditional transfer order (CTO-11) entered by the Judicial Panel on Multidistrict Litigation, and supporting papers. A copy of the notice to the Clerk of the Judicial Panel on Multidistrict Litigation is attached.

By way of background, the STATE OF CONNECTICUT commenced all four of its cases in the STATE OF CONNECTICUT'S own state court — the Superior Court for the Judicial District of Hartford. The causes of action pleaded in the STATE OF CONNECTICUT'S complaints arise exclusive under Connecticut state law.[1] Significantly, no allegations are made concerning the defendants' reporting of a "best price" under Medicaid nor are any claims made with respect to the Medicaid rebate program. 42 U.S.C. § 1396r-8. In this respect the STATE OF CONNECTICUT'S complaints resemble the claims made by the STATE OF MINNESOTA in *State of Minnesota v. Pharmacia Corp.*, Civil Action No. 03-10069 PBS (D. Mass.), in which the court granted a motion for remand to state court, for which a motion to reconsider is pending.

All four cases were removed by the defendants to the United States District Court for the District of Connecticut, and consolidated together by that court. The STATE OF CONNECTICUT

---

[1] The complaints make serious allegations of unlawful and deceptive trade practices under Conn. Gen. Stat. §§ 42-110m and 42-110o. These statutory subsections are part of the Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. §42-110a *et seq.* ("CUTPA").

Honorable Patti B. Saris
United States District Judge
July 8, 2003
Page 2

filed motions for remand to state court in all cases, on the ground that there is no federal jurisdiction. The motions for remand were all fully brief prior to the entry of the conditional transfer order. However, the motions for remand to state court have not yet been acted upon.

The STATE OF CONNECTICUT respectfully requests that the pending motions for remand to state court be ruled upon at the earliest possible opportunity. These motions would be governed by the court's decision in *State of Minnesota v. Pharmacia Corp.*, Civil Action No. 03-10069 PBS (D. Mass.).

This court has already scheduled a status conference for the State cases for September 10, 2003. This court has also scheduled the remand motion by the PEOPLE OF THE STATE OF NEW YORK for this same date. We respectfully request that the STATE OF CONNECTICUT'S pending and fully briefed motions for remand to state court be scheduled at the same time.

Thank you for your consideration.

Respectfully,

Robert B. Teitelman
Assistant Attorney General

c:     MDL Panel involved counsel list (CTO-11) (copy attached)

# PANEL SERVICE LIST (Excerpted From CTO-11)
## DOCKET NO. 1456
## IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

*State of Connecticut v. Glaxosmithkline PLC, et al.*, D. Connecticut, C.A. No. 3:03-553
*State of Connecticut v. Pharmacia Corp.*, D. Connecticut, C.A. No. 3:03-554
*State of Connecticut v. Aventis Pharmaceuticals, Inc.*, D. Connecticut, C.A. No. 3:03-557
*State of Connecticut v. Dey Inc., et al.*, D. Connecticut, C.A. No. 3:03-572

Maxwell Branson
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06901-3499

William H. Bright, Jr.
Cummings & Lockwood
Cityplace I, 36th Floor
185 Asylum Street
Hartford, CT 06103-3495

Katherine A. Burroughs
Dechert, Price & Rhoads
90 State House Square
Hartford, CT 06103

Paul J. Coval
Vorys, Sater, Seymour & Pease, LLP
P.O. Box 1008
Columbus, OH 43216-1008

John C. Dodds
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103

Andrew P. Gaillard
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06901-3499

Jack D. Garamella
Collins, Hannafin, Garamella, et al.
148 Deer Hill Avenue
P.O. Box 440
Danbury, CT 06810

Robert M. Langer
Wiggins & Dana
One Cityplace
185 Asylum Street
Hartford, CT 06103

Frank H. Santoro
Danaher, Tedford, Lagnese & Neal
700 Capitol Place
21 Oak Street
Suite 700
Hartford, CT 06106-8000

Scott A. Stempel
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

Robert B. Teitelman
Attorney General's Office
Environmental Dept.
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Rebecca Bedwell-Coll
Moscone, Emblidge & Quadra, LLP
180 Montgomery Street
Suite 1240
San Francisco, CA 94104

Steve W. Berman
Hagens Berman, LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101

David J. Burman
Perkins Coie, LLP
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099

Ronald L. Castle
Arent, Fox, Kintner, Plotkin & Kahn
1050 Connecticut Avenue, N.W.
Washington, DC 20036

R. Christopher Cook
Jones, Day, Reavis & Pogue
51 Louisiana Avenue, N.W.
Washington, DC 20001

William Davis
Mintz, Levin, Cohen, Ferris, Glovsky & Popeo
701 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC 20004

Marc H. Edelson
Hoffman & Edelson
45 W. Court Street
Doylestown, PA 18901

Steven M. Edwards
Hogan & Hartson, LLP
875 Third Avenue
Suite 2600
New York, NY 10022

Rose E. Firestein
Office Of The Attorney General
Assistant Attorney General
Bureau of Consumer Frauds
and Protection
120 Broadway, 3rd Floor
New York, NY 10271

Martin F. Gaynor, III
Cooley, Manion & Jones, LLP
21 Custom House Street
6th Floor
Boston, MA 02110

Kirke M. Hasson
Pillsbury Winthrop, LLP
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120

PANEL SERVICE LIST (Cont.) MDL-1456

Page 2 of 2

Donald E. Haviland, Jr.
Kline & Specter
1525 Locust Street
19th Floor
Philadelphia, PA 19102

Samuel D. Heins
Heins, Mills & Olson, PLC
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

S. Craig Holden
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD 21202-1643

Steve Hudspeth
Coudert Brothers
1114 Avenue of the Americas
New York, NY 10036

Stephen J. Immelt
Hogan & Hartson, LLP
111 S. Calvert Street
Suite 1600
Baltimore, MD 21202

Michael L. Koon
Shook, Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
26th Floor
Kansas City, MO 64105

Kathleen H. McGuan
Reed Smith, LLP
1301 K Street, N.W.
Suite 1100, East Tower
Washington, DC 20005

Cheryl A. Mitchell
Reed Smith, LLP
599 Lexington Avenue
29th Floor
New York, NY 10022

Gilmur R. Murray
Murray & Howard
436 14th Street, Suite 1413
Oakland, CA 94612

Nancy L. Newman
Knapp, Petersen & Clarke
500 North Brand Boulevard
20th Floor
Glendale, CA 91203

Brien T. O'Connor
Ropes & Gray
One International Place
Boston, MA 02110-2624

Ethan M. Posner
Covington & Burling
1201 Pennsylvania Avenue, N.W.
P.O. Box 7566
Washington, DC 20004

Richard D. Raskin
Sidley, Austin, Brown, & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Robert D. Sanford
Moscone, Emblidge & Quadra, LLP
180 Montgomery Street
Suite 1240
San Francisco, CA 94104-4238

Lori A. Schechter
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105

Paul S. Schleifman
Shook, Hardy & Bacon, LLP
600 14th Street, N.W.
Suite 800
Washington, DC 20005

Michael Sennett
Bell, Boyd & Lloyd
70 West Madison Street
Suite 3300
Chicago, IL 60602

Thomas M. Sobol
Hagens Berman, LLP
225 Franklin Street
26th Floor
Boston, MA 02110

Eugene A. Spector
Spector, Roseman & Kodroff, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA 19103

Robert R. Stauffer
Jenner & Block
One IBM Plaza
Suite 4400
Chicago, IL 60611

Scott A. Stempel
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

Tina M. Tabacchi
Jones, Day, Reavis & Pogue
77 West Wacker Drive
Suite 3500
Chicago, IL 60601

Robert L. Ullmann
Nutter, McClennen & Fish
World Trade Center West
155 Seaport Boulevard
Boston, MA 02110

Michael J. Vanselow
Office of the Minnesota Attorney General
445 Minnesota Street
NCL Tower, Suite 1100
St. Paul, MN 55101-2131

Kenneth A. Wexler
Kenneth A. Wexler & Associates
One North LaSalle Street
Suite 2000
Chicago, IL 60602

D. Scott Wise
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Joseph H. Young
Hogan & Hartson, LLP
111 South Calvert Street
Suite 1600
Baltimore, MD 21202

RICHARD BLUMENTHAL
ATTORNEY GENERAL



55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Office of The Attorney General
## State of Connecticut

Tel. (860) 808-5355
Fax. (860) 808-5391

July 8, 2003

*via mail and facsimile: (202)502-2888*

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8041

*RE: MDL-1456 — In Re Pharmaceutical Industry Average Wholesale Priced Litigation*
*Conditional Transfer Order (CTO-11):*
*State of Connecticut v. GlaxoSmithKline PLC, et al. (D. Conn. Docket # 3:03CV0553(JCH))*
*State of Connecticut v. Pharmacia Corp. (D. Conn. Docket # 3:03CV0554(JCH))*
*State of Connecticut v. Aventis Pharmaceuticals, Inc. (D. Conn. Docket # 3:03CV0557(JCH))*
*State of Connecticut v. Dey, Inc., et al. (D. Conn. Docket # 3:03CV0572(JCH))*

Dear Mr. Beck:

The STATE OF CONNECTICUT, plaintiff in the above entitled actions, hereby withdraws its Motion to Vacate Conditional Transfer Order (CTO-11), along with all supporting papers, dated June 13, 2003 and filed with the Judicial Panel on Multidistrict Litigation. The STATE OF CONNECTICUT is hopeful that the transfer can be processed expeditiously in order for pending motions for remand to state court to be considered promptly by the transferee court.

Very truly yours,

Robert B. Teitelman
Assistant Attorney General

c:  involved counsel list (CTO-11) (copy attached)

# PANEL SERVICE LIST (Excerpted From CTO-11)
## DOCKET NO. 1456
## IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

*State of Connecticut v. Glaxosmithkline PLC, et al.*, D. Connecticut, C.A. No. 3:03-553
*State of Connecticut v. Pharmacia Corp.*, D. Connecticut, C.A. No. 3:03-554
*State of Connecticut v. Aventis Pharmaceuticals, Inc.*, D. Connecticut, C.A. No. 3:03-557
*State of Connecticut v. Dey Inc., et al.*, D. Connecticut, C.A. No. 3:03-572

Maxwell Branson
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06901-3499

William H. Bright, Jr.
Cummings & Lockwood
Cityplace I, 36th Floor
185 Asylum Street
Hartford, CT 06103-3495

Katherine A. Burroughs
Dechert, Price & Rhoads
90 State House Square
Hartford, CT 06103

Paul J. Coval
Vorys, Sater, Seymour & Pease, LLP
P.O. Box 1008
Columbus, OH 43216-1008

John C. Dodds
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103

Andrew P. Gaillard
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06901-3499

Jack D. Garamella
Collins, Hannafin, Garamella, et al.
148 Deer Hill Avenue
P.O. Box 440
Danbury, CT 06810

Robert M. Langer
Wiggins & Dana
One Cityplace
185 Asylum Street
Hartford, CT 06103

Frank H. Santoro
Danaher, Tedford, Lagnese & Neal
700 Capitol Place
21 Oak Street
Suite 700
Hartford, CT 06106-8000

Scott A. Stempel
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

Robert B. Teitelman
Attorney General's Office
Environmental Dept.
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Rebecca Bedwell-Coll
Moscone, Emblidge & Quadra, LLP
180 Montgomery Street
Suite 1240
San Francisco, CA 94104

Steve W. Berman
Hagens Berman, LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101

David J. Burman
Perkins Coie, LLP
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099

Ronald L. Castle
Arent, Fox, Kintner, Plotkin & Kahn
1050 Connecticut Avenue, N.W.
Washington, DC 20036

R. Christopher Cook
Jones, Day, Reavis & Pogue
51 Louisiana Avenue, N.W.
Washington, DC 20001

William Davis
Mintz, Levin, Cohen, Ferris, Glovsky
& Popeo
701 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC 20004

Marc H. Edelson
Hoffman & Edelson
45 W. Court Street
Doylestown, PA 18901

Steven M. Edwards
Hogan & Hartson, LLP
875 Third Avenue
Suite 2600
New York, NY 10022

Rose E. Firestein
Office Of The Attorney General
Assistant Attorney General
Bureau of Consumer Frauds
and Protection
120 Broadway, 3rd Floor
New York, NY 10271

Martin F. Gaynor, III
Cooley, Manion & Jones, LLP
21 Custom House Street
6th Floor
Boston, MA 02110

Kirke M. Hasson
Pillsbury Winthrop, LLP
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120

PANEL SERVICE LIST (Cont.) MDL-1456

Page 2 of 2

Donald E. Haviland, Jr.
Kline & Specter
1525 Locust Street
19th Floor
Philadelphia, PA 19102

Samuel D. Heins
Heins, Mills & Olson, PLC
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

S. Craig Holden
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD 21202-1643

Steve Hudspeth
Coudert Brothers
1114 Avenue of the Americas
New York, NY 10036

Stephen J. Immelt
Hogan & Hartson, LLP
111 S. Calvert Street
Suite 1600
Baltimore, MD 21202

Michael L. Koon
Shook, Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
26th Floor
Kansas City, MO 64105

Kathleen H. McGuan
Reed Smith, LLP
1301 K Street, N.W.
Suite 1100, East Tower
Washington, DC 20005

Cheryl A. Mitchell
Reed Smith, LLP
599 Lexington Avenue
29th Floor
New York, NY 10022

Gilmur R. Murray
Murray & Howard
436 14th Street, Suite 1413
Oakland, CA 94612

Nancy L. Newman
Knapp, Petersen & Clarke
500 North Brand Boulevard
20th Floor
Glendale, CA 91203

Brien T. O'Connor
Ropes & Gray
One International Place
Boston, MA 02110-2624

Ethan M. Posner
Covington & Burling
1201 Pennsylvania Avenue, N.W.
P.O. Box 7566
Washington, DC 20004

Richard D. Raskin
Sidley, Austin, Brown, & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Robert D. Sanford
Moscone, Emblidge & Quadra, LLP
180 Montgomery Street
Suite 1240
San Francisco, CA 94104-4238

Lori A. Schechter
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105

Paul S. Schleifman
Shook, Hardy & Bacon, LLP
600 14th Street, N.W.
Suite 800
Washington, DC 20005

Michael Sennett
Bell, Boyd & Lloyd
70 West Madison Street
Suite 3300
Chicago, IL 60602

Thomas M. Sobol
Hagens Berman, LLP
225 Franklin Street
26th Floor
Boston, MA 02110

Eugene A. Spector
Spector, Roseman & Kodroff, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA 19103

Robert R. Stauffer
Jenner & Block
One IBM Plaza
Suite 4400
Chicago, IL 60611

Scott A. Stempel
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

Tina M. Tabacchi
Jones, Day, Reavis & Pogue
77 West Wacker Drive
Suite 3500
Chicago, IL 60601

Robert L. Ullmann
Nutter, McClennen & Fish
World Trade Center West
155 Seaport Boulevard
Boston, MA 02110

Michael J. Vanselow
Office of the Minnesota Attorney General
445 Minnesota Street
NCL Tower, Suite 1100
St. Paul, MN 55101-2131

Kenneth A. Wexler
Kenneth A. Wexler & Associates
One North LaSalle Street
Suite 2000
Chicago, IL 60602

D. Scott Wise
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Joseph H. Young
Hogan & Hartson, LLP
111 South Calvert Street
Suite 1600
Baltimore, MD 21202