UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> _____ ) <br> THIS DOCUMENT RELATES ) <br> TO ALL ACTIONS ) <br> ) <br> _____ ) | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

### NOTICE OF WITHDRAWAL

To the Clerk of this Court and all parties of record, the undersigned hereby withdraws as counsel of record in this case for Plaintiffs. Plaintiffs are represented by other counsel of record herein.

Dated: July 14, 2003
      New York, New York

 

**MILBERG WEISS BERSHAD
HYNES & LERACH LLP**

By: _/s/ Michael M. Buchman_
Michael M. Buchman
J. Douglas Richards
One Pennsylvania Plaza
New York, New York 10119-0165
Telephone (212) 594-5300
Facsimile (212) 868-1229