UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ORIGINAL**

---

IN RE: PHARMACEUTICAL
INDUSTRY AVERAGE WHOLESALE
PRICE LITIGATION

MDL No. 1456
Civil Action No. 01-12257 (PBS)

---

THIS DOCUMENT RELATES TO THE FOLLOWING ACTIONS:

RICE V. ABBOTT LABORATORIES, INC., ET AL.,
District of California Case No. 3:02-03925

THOMPSON V. ABBOTT LABORATORIES, INC., ET AL.,
Northern District of California Case No. 3:02-4450

TURNER V. ABBOTT LABORATORIES, INC., ET AL.,
Northern District of California Case No. 3:02-5006

**NOTICE OF MOTION**

---

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the Motion to Dismiss the Unnamed Defendants, dated July 17, 2003, and upon all prior proceedings in this action, defendants Alpha Therapeutic Corporation, Chiron Corporation, Cetus Oncology, Faulding Pharmaceuticals Co., Geneva Pharmaceuticals, Inc., Ivax Pharmaceuticals, Mylan Laboratories Inc., Nabi Biopharmaceuticals, Inc., Wyeth, formerly known as American Home Products, including defendants named as Elkins-Sinn, Lederle Oncology, and Wyeth-Ayerst Laboratories, and Zenith Goldline (collectively, the "Unnamed Defendants") will move this Court before the Honorable Patti B. Saris, at Courtroom #13, United States District Court, District of Massachusetts, 1 Courthouse Way, Boston MA 02210, at a date and time to be determined by the Court, for an Order, pursuant to Federal Rule of Civil

Procedure 12(b)(6), dismissing, in their entirety, the Amended Master Consolidated Complaint and the complaints filed in the California Actions against the Unnamed Defendants and for such further relief as the Court deems proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to this Court's Scheduling Order, issued on June 18, 2003, opposing papers, if any, shall be served on or before September 1, 2003.

Dated: July 17, 2003

**REED SMITH LLP**

By: s/ *[signature]*
Robert J. Miller (RJM-8211)
Cheryl A. Mitchell (CAM-3246)
599 Lexington Avenue
New York, New York 10022
(212) 521-5400
*Attorneys for Faulding Pharmaceuticals*


**NUTTER, MCCLENNEN & FISH LLP**

By *[signature]*
Elizabeth M. Harvey
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2354
*Attorneys for Nabi Biopharmaceuticals, Inc.*

**DKW LAW GROUP, PC**

By: *Jay D. Marinstein* (RJM)
    Jay D. Marinstein
    Carl J. Rychcik
    Ryan James
600 Grant Street
58th Floor USX Tower
Pittsburgh, PA 15219
*Attorneys for Mylan Laboratories Inc.*


**WHITE & CASE LLP**

By: *Michael J. Gallagher* (RJM)
    Michael J. Gallagher
    Wayne A. Cross
1155 Avenue of Americas
NY, NY 10036-2787
*Attorneys for Geneva Pharmaceuticals, Inc.*


**NIXON PEABODY LLP**

By: *David Ryan* (RJM)
    David Ryan
101 Federal Street
Boston, MA 02110-1832
*Attorneys for Alpha Therapeutic Corp.*


**OBER KALER GRIMES & SHRIVER PC**

By: *S. Craig Holden* (RJM)
    S. Craig Holden
    Connie E. Eiseman

120 East Baltimore Street
Baltimore, MD 21202
*Attorneys for Wyeth*

**ARENT FOX KINTNER PLOTKIN & KAHN PLLP**

By: /s/ Ronald L. Castle
Ronald L. Castle
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 857-6188
*Attorneys for Chiron Corporation and Cetus Oncology*

**IRELL & MANELLA LLP**

By: /s/ Bruce A. Wessel
Bruce A. Wessel
1800 Avenue of the Stars #900
Los Angeles, California 90067
(310) 277-1010
*Attorneys for Defendants Ivax and Zenith Goldline*

TO:

All Counsel of Record by Electronic Service

Joseph W. Cotchett, Esq.
Cotchett, Pitre, Simon & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010
(650) 697-6000
(Plaintiff's counsel in the *Rice* Action)

Christopher Moscone, Esq.
Moscone Emblidge & Quadra, LLP
180 Montgomery Street, Suite 1240
San Francisco, California 94104-4238
(415) 362-3599
(Plaintiff's counsel in the *Thompson* Action)

Derek G. Howard, LLP
Murray & Howard, LLP
436 14th Street, Suite 1413
Oakland, California 94102-5408
(510) 444-2660
(Plaintiff's counsel in the *Turner* Action)