# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge Julia Smith Gibbons
United States Court of Appeals
Sixth Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

July 16, 2003

Tony Anastas, Clerk
2300 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Re: MDL-1456 -- In re Pharmaceutical Industry Average Wholesale Price Litigation

*The People of the State of New York v. Glaxosmithkline, PLC, et al.*, N.D. New York, C.A. No. 1:03-299

Dear Mr. Anastas:

I am enclosing one certified and additional copies of a conditional transfer order filed by the Panel in the above-captioned action on June 30, 2003. Section 1407 requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ Teresa Bishop
Deputy Clerk

Attachment

cc:  Transferee Judge:   Judge Patti B. Saris
     Transferor Judge:   Judge Norman A Mordue
     Transferor Clerk:   Lawrence K. Baerman

JPML Form 36

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 3 0 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 1456

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

*People of the State of New York v. Glaxosmithkline, PLC, et al.,*
N.D. New York, C.A. No. 1:03-299

~~*State of West Virginia, et al. v. Warrick Pharmaceuticals Corp., et al.,*
S.D. West Virginia, C.A. No. 2:03-494~~  Opposed 7-16-03

## CONDITIONAL TRANSFER ORDER (CTO-13)

On April 30, 2002, the Panel transferred 16 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 22 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of April 30, 2002, 201 F.Supp.2d 1378 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 1 6 2003

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

## INVOLVED COUNSEL LIST (CTO-13)
## DOCKET NO. 1456
## IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

Stephen D. Annand
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005

Matthew J. Barbaro
Office Of The Attorney General
Consumer Frauds and Protection Bureau
State of New York
The Capitol
Albany, NY 12224-0341

Joshua I. Barrett
DiTrapano, Barrett & DiPiero, P.L.L.C.
604 Virginia Street, East
Charleston, WV 25301

William A. Escobar
Kelley, Drye & Warren, L.L.P.
101 Park Avenue
New York, NY 10178

Rose E. Firestein
Office Of The Attorney General
Assistant Attorney General
Bureau of Consumer Frauds and Protection
120 Broadway, 3rd Floor
New York, NY 10271

Stephen P. Goodwin
Goodwin & Goodwin
P.O. Box 2107
Charleston, WV 25328-2107

Frances A. Hughes
Office of the Attorney General
State Capitol Complex
Building 1, Room 26-E
Charleston, WV 25305

Neil L. Levine
Whiteman, Osterman Law Firm
One Commerce Plaza
Suite 1900
Albany, NY 12260

Richard Neely
Neely & Hunter
159 Summers Street
Charleston, WV 25301-2134

Daniel E. Reidy
Jones, Day, Reavis & Pogue
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

John H. Tinney
The Tinney Law Firm, PLLC
P.O. Box 3752
Charleston, WV 25337-3752

Jesse A. Witten
Jones, Day, Reavis & Pogue
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113