UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ALL ACTIONS ) | MDL No. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

### NOTICE OF WITHDRAWAL OF
### THE DAVID DANIS LAW FIRM, P.C.

Pursuant to Rule 83.5.2 of the Local Rules of this Court, The David Danis Law Firm, P.C., provides Notice of its Withdrawal from these coordinated actions as one of Plaintiffs' counsel. All other Plaintiffs' counsel, including the several law firms that are the Chairs of and members of the Lead Counsel Committee for the Plaintiffs, will continue to represent the Plaintiffs in these matters, and another specific successor counsel is not required or designated. There are no substantive motions pending or hearings or conferences scheduled, no reports (oral or written) are due, and no trial date has been set.

The David Danis Law Firm, P.C. therefore requests that this Court and all parties remove this firm from their mailing lists, including for electronic mail.

July __, 2003                                    Respectfully submitted,

                                                 THE DAVID DANIS LAW FIRM, P.C.


                                                 By: *Michael J. Flannery / eg*
                                                 Michael J. Flannery
                                                 James J. Rosemergy
                                                 8235 Forsyth Blvd., Suite 1100
                                                 St. Louis, MO 63105
                                                 Telephone: (314) 725-7700
                                                 Facsimile: (314) 721-0905

                                                 THE DAVID DANIS LAW FIRM, P.C.
                                                 Alexander E. Barnett
                                                 575 Madison Avenue
                                                 10th Floor
                                                 New York, NY 10023
                                                 Telephone: (212) 605-0150
                                                 Facsimile: (212) 605-0151


                                                 *Plaintiffs' Counsel and A Member of Lead Counsel Committee*

## CERTIFICATE OF SERVICE

I hereby certify that I, Edward I. Notargiacomo, an attorney, caused true and correct copy of the foregoing Notice of Withdrawal of The David Danis Law Firm, P.C. to be served on all counsel of record electronically, pursuant to Section D of the Case Management Order No. 2, this ____ day of July, 2003.

_____

## CERTIFICATE OF SERVICE

I hereby certify that I, Edward Notargiacomo, an attorney, caused true and correct copies of the foregoing Notice of Withdrawal of The David Danis Law Firm, P.C., to be served on all counsel of record electronically, pursuant to Section D of Case Management Order No. 2 on this ___ day of July, 2003.

By: _____
Edward Notargiacomo, Esq.
HAGENS BERMAN LLP
225 Franklin Street, 26th floor
Boston, MA 02110
(617) 482-3700