

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL 1456<br><br>Master File No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*Rice v. Abbott Laboratories, et al.*, N.D. Cal. Case No. C 02-3925 MJJ<br><br>*Thompson v. Abbott Laboratories, et al*, N.D. Cal. Case No. C 02-4450 MJJ | |

## PLAINTIFFS' MOTION TO REMAND ACTIONS TO CALIFORNIA SUPERIOR COURT

Plaintiffs John Rice ("Rice") and Constance Thompson ("Thompson") respectfully submit this joint Motion to Remand Actions to California Superior Court, Rice and Thompson each allege a single claim that Defendants violated California Business & Professions Code §17200 ("§17200") because Defendants sell certain drugs by artificially inflating the drugs' average wholesale price ("AWP"), which is an unlawful, unfair and/or business practice under §17200. Remand is proper under the

analysis in the Court's Memoranda and Orders of May 13, 2003 and June 11, 2003, which demonstrates that Rice and Thompson's §17200 claims do not raise any federal question jurisdiction.

This motion is based on the accompanying Memorandum of Law and on such other argument and evidence as may be submitted in reply or at any hearing.

Respectfully submitted,

MOSCONE, EMBLIDGE & QUADRA LLP

DATED: July 18, 2003

By _____
James A. Quadra
Robert D. Sanford
Rebecca Bedwell-Coll

Attorneys for Plaintiffs John Rice and Constance Thompson

2

## CERTIFICATE OF SERVICE

I hereby certify that I, Edward Notargiacomo, an attorney, caused true and correct copies of the foregoing Plaintiff's Motion to Remand Actions to California Superior Court; and Memorandum of Law in Support of Plaintiffs' Motion to Remand Actions to California Superior Court, to be served on all counsel of record electronically, pursuant to Section D of Case Management Order No. 2 on this ____ day of July, 2003.

By: _____
Edward Notargiacomo, Esq.
HAGENS BERMAN LLP
225 Franklin Street, 26th floor
Boston, MA 02110
(617) 482-3700