UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br> CIVIL ACTION: 01-CV-12257-PBS <br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: <br><br> CONGRESS OF CALIFORNIA SENIORS, (individually and on behalf of the general public, ) <br><br> v. <br><br> ABBOTT LABORATORIES, ET AL. | |

## PLAINTIFF CONGRESS OF CALIFORNIA SENIOR'S MOTION TO REMAND AND REQUEST FOR ORAL ARGUMENT

Plaintiff, Congress of California Seniors ("CCS"), respectfully moves this Court for an order remanding this case to Los Angeles Superior Court, where it was originally filed.

This Motion is supported by the accompanying memorandum of law. This Motion is based upon the record, file and pleadings in this matter, as well as the attached Plaintiff's Memorandum of Law in Support of Motion to Remand.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Plaintiff CCS, states that it believes that oral argument may assist the Court in deciding these matters and accordingly wishes to be heard for oral argument.

### CERTIFICATION UNDER RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), counsel states that the parties have conferred and attempted in good faith to resolve or narrow the issues presented in this Motion prior to filing.

DATED: July 22, 2003          By _____
                              Thomas M. Sobol (BBO # 471770)
                              Edward Notargiacomo (BBO # 567636)
                              Hagens Berman LLP
                              225 Franklin Street, 26th Floor
                              Boston, MA 02110
                              Telephone: (617) 482-3700
                              Facsimile: (617) 482-3003

                              *LIAISON COUNSEL*

                              Steve W. Berman
                              Sean R. Matt
                              Hagens Berman LLP
                              1301 Fifth Avenue, Suite 2900
                              Seattle, WA 98101
                              Telephone: (206) 623-7292
                              Facsimile: (206) 623-0594

                              Samuel Heins
                              Heins, Mills & Olson, P.C.
                              700 Northstar East
                              608 Second Avenue South
                              Minneapolis, MN 55402
                              Telephone: (612) 338-4605
                              Facsimile: (612) 338-4692

                              Eugene A. Spector
                              Spector, Roseman & Kodroff, P.C.
                              1818 Market Street, Suite 2500
                              Philadelphia, PA 19103
                              Telephone: (215) 496-0300
                              Facsimile: (215) 496-6611

                              *CHAIRS OF PLAINTIFF LEAD COUNSEL COMMITTEE*

                              Marc H. Edelson
                              Hoffman & Edelson
                              45 West Court Street
                              Doylestown, PA 18901
                              Telephone: (215) 230-8043
                              Facsimile: (215) 230-8735

Kenneth A. Wexler
Elizabeth Fegan Hartweg
Kenneth A. Wexler & Associates
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

**MEMBERS OF PLAINTIFF CO-LEAD COMMITTEE AND EXECUTIVE COMMITTEE**

Michael McShane
Alexander, Hawes & Audet, LLP
300 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 982-1886
Facsimile: (415) 576-1776

Robert E. Piper, Jr.
Piper & Associates
624 Pierre Avenue
Shreveport, LA 71103
Telephone: (318) 226-0826
Facsimile: (318) 424-9900

**MEMBERS OF PLAINTIFF EXECUTIVE COMMITTEE**

Kevin P. Roddy
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152

## CERTIFICATE OF SERVICE

I hereby certify that I, Edward Notargiacomo, an attorney, caused true and correct copies of the foregoing Plaintiffs Congress of California Senior's Motion to Remand and Request for Oral Argument; and Plaintiff Congress of California Seniors' Memorandum of Law in Support of Motion to Remand, to be served on all counsel of record electronically, pursuant to Section D of Case Management Order No. 2 on this 22 day of July, 2003.

By: _____
Edward Notargiacomo, Esq.
HAGENS BERMAN LLP
225 Franklin Street, 26th floor
Boston, MA 02110
(617) 482-3700