UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CITIZENS FOR CONSUMER JUSTICE, ET AL
        Plaintiffs,

v.

ABBOTT LABORATORIES, INC., ET AL
        Defendants.

AND ALL RELATED CASES

CIVIL ACTION
NO. 01-12257-PBS
MDL NO. 1456

## ORDER OF CONSOLIDATION

SARIS, U.S.D.J.                                                                    July 24, 2003

       This Court hereby consolidates the following civil actions: 03-11285-PBS and 003-11286-PBS with civil action 01-12257-PBS. All future pleadings will be docketed in civil action 01-12257-PBS which has been designated the Lead Case.

                                                                     /s/ Patti B. Saris
                                                                  United States District Judge

Copies to:  All Counsel