UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CITIZENS FOR CONSUMER JUSTICE, ET AL
        Plaintiffs,                        CIVIL ACTION
                                                  NO.  01-12257-PBS
        v.                                 MDL NO. 1456

ABBOTT LABORATORIES, INC., ET AL
        Defendants.

AND ALL RELATED CASES

**NOTICE OF RESCHEDULED CONFERENCE AND HEARING**

SARIS, U.S.D.J.                                                          July 25, 2003

        The Scheduling Conference and Hearing on Motions to Remand previously schedule for September 10, 2003, is **rescheduled** to **September 18, 2003** at **3:00 p.m.**

                                                    By the Court,

                                                    /s/ Robert C. Alba
                                                    Deputy Clerk

Copies to:  All Counsel