# UNITED STATES DISTRICT COURT FOR

## THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*State of Montana v. Abbott Labs., Inc., et al.,*<br>D. Mont. Cause No. CV-02-09-H-DWM | |

## PLAINTIFF STATE OF MONTANA'S MOTION TO FILE SECOND AMENDED COMPLAINT UNDER SEAL

Pursuant to Paragraph 15 of the Protective Order entered by this Court on December 13, 2002 (the "Protective Order") as well as this Court's Order of July 28, 2003 concerning Defendant AstraZeneca's Motion for Leave to File a Redacted Version of the Amended Master Consolidated Class Action Complaint, Plaintiff the State of Montana respectfully moves this Court for leave to file Plaintiff Montana's Second Amended Complaint (the "Montana Second Amended Complaint") under seal, pending the Court's decision on a further motion by Defendants to show good cause why such complaint should be redacted or sealed.

The Montana Second Amended Complaint includes information that has been identified by the Defendants to this action as "confidential" and "highly confidential" pursuant to the terms of the Protective Order. Paragraph 15 of the Protective Order

mandates that any document or pleading containing such information be filed under seal. Plaintiff hereby complies with the terms of the Protective Order. At this time, Plaintiff takes no position as to whether the information so designated by Defendants is in fact "confidential" or "highly confidential" and explicitly reserves its right to challenge such designations in accordance with the terms of the Protective Order.

In the interest of preserving the confidentiality of the designated information while Defendants move to show good cause why the information should be redacted or sealed, Plaintiff respectfully requests leave to file the Montana Second Amended Complaint under seal.

In accordance with Paragraph 29 of the Protective Order, Plaintiff has also provided herewith a redacted version of the Montana Second Amended Complaint for use as a public version pending the Court's ruling on these matters. The redacted version of the Montana Second Amended Complaint is attached hereto as <u>Exhibit A</u>.

DATED:     August 1, 2003.                    Respectfully submitted,

By  _____

Steve W. Berman
Sean R. Matt
HAGENS BERMAN LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Joseph P. Mazurek
CROWLEY, HAUGHEY, HANSON,
TOOLE & DIETRICH PLLP
100 North Park Avenue, Suite 300
P.O. Box 797
Helena, Mt 59601-6263
(406) 449-4165

Mike Mcgrath
ATTORNEY GENERAL OF
MONTANA
Kathy Seeley
Assistant Attorney General
Justice Building
215 North Sanders
P.O. Box 201401
Helena, Mt 56920-1402
(406) 444-2026

COUNSEL FOR PLAINTIFF
STATE OF MONTANA

## CERTIFICATE OF SERVICE

I hereby certify that I, Edward Notargiacomo, an attorney, caused true and correct copies of the foregoing State of Montana's Second Amended Complaint and Plaintiff State of Montana's Motion to File Second Amended Complaint Under Seal, to be served on all counsel of record as reflected on the attached Service List, by hand or first class mail, this 1st day of August, 2003.

By:

Edward Notargiacomo, Esq.
HAGENS BERMAN LLP
225 Franklin Street, 26th floor
Boston, MA 02110
(617) 482-3700

## Service List

In Re: Pharmaceutical Industry Average Wholesale Price Litigation, MDL No. 1456 -
*State of Montana v. Abbott Labs, Inc., et al.,* D. Mont. Cause No. CV-02-09-H-DWM

### Defense Counsel

Daniel E. Reidy
James R. Daly
JONES, DAY, REAVIS & POGUE
77 West Wacker Drive
Chicago, IL  60601
Tel: (312) 782-3939
Fax: (312) 782-8585

R. Christopher Cook
JONES, DAY, REAVIS & POGUE
51 Louisiana Ave. NW
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700

Joseph F. Savage, Jr.
Matthew A. Wolfman
TESTA, HURWITZ & THIBEAULT, LLP
High Street Tower
125 High Street
Boston, MA  02110
Tel: (617) 248-7000
Fax: (617) 248-7100
***Attorneys for Abbott Laboratories and Abbott Laboratories, Inc.***

Steven F. Barley
Joseph H. Young
HOGAN & HARTSON, LLP
111 South Calvert Street
Suite 1600
Baltimore, MD  21202
Tel: (410) 659-2700
Fax: (410) 539-6981

Frank A. Libby, Jr.
Douglas S. Brooks
KELLY, LIBBY & HOOPES
175 Federal Street
Boston, MA  02110
Tel: (617) 338-9300
Fax: (617) 338-9911
***Attorneys for Amgen, Inc.***

D. Scott Wise
Kimberley D. Harris
Manisha M. Sheth
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
Fax: (212) 450-3800

Nicholas C. Theodorou
Juliet Sorensen
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Tel: (617) 832-1000
Fax: (617) 832-7000
*Attorneys for AstraZeneca Pharmaceuticals L.P.; AstraZeneca Inc.; and Zeneca, Inc.*


Edward C. Duckers
HOGAN & HARTSON LLP
555 13th St., NW
Washington, D.C. 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
*Attorney for Aventis Behring*


Michael DeMarco
Jeanne E. Demers
Jeffrey S. King
KIRKPATRICK & LOCKHART, LLP
75 State Street
Boston, MA 02109
Tel: (617) 261- 3100
Fax: (617) 261-3175

Michael L. Koon
SHOOK, HARDY & BACON, LLP
One Kansas City Place
1200 Main Street, 26th Floor
Kansas City, MO 64105
Tel: (816) 474-6550
Fax: (816) 421-5547

Paul S. Schleifman
SHOOK, HARDY & BACON, LLP
600 14th Street, N.W.
Suite 800
Washington, D.C. 20005
Tel: (202) 783-8400
Fax: (202) 783-4211
*Attorneys for Aventis Pharmaceuticals, Inc. and Hoechst Marion Roussel, Inc.*

Daniel F. Attridge
Robert S. Ryland
Corlin R. Kass
Korin K. Ewing
KIRKLAND & ELLIS
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C.  20005
Tel: (202) 879-5000
Fax: (202) 879-5200
*Attorneys for B. Braun Medical Inc.*


Richard D. Raskin
David C. Giardina
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza
10 South Dearborn Street
Chicago, IL  60603
Tel: (312) 853-7000
Fax: (312) 853-7036

Robert P. Sherman
NIXON PEABODY, LLP
101 Federal Street
Boston, MA  02110
Tel: (617) 345-1000
Fax: (617) 345-1300
*Attorneys for Bayer Corp.*


Merle M. DeLancey, Jr.
J. Andrew Jackson
DICKSTEIN, SHAPIRO, MORIN & OSHINSKY LLP
2101 L Street, N.W.
Washington, D.C.  20037-1526
Tel: (202) 785-9700
Fax: (202) 887-0689

Peter E. Gelhaar
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, MA  02108
Tel: (617) 720-2880
Fax: (617) 720-3554
*Attorneys for Baxter International, Inc.; Baxter Healthcare Corp.; Baxter Pharmaceutical Products, Inc.*


Paul J. Coval
Douglas L. Rogers
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus OH 43216
Tel: (614) 464-6400
Fax: (614) 464-6350
H:\1000\1534.16 AWP-MDL\SERVICE AND DISTRIBUTION LISTS\MONTANA SERVICE LIST.DOC

Randal C. Teague
VORYS, SATER, SEYMOUR AND PEASE LLP
1828 L Street N.W., 11th Floor
Washington, D.C. 20036-5109
Tel: (202) 467-8800
Fax: (202) 467-8900
*Attorneys for Boehringer Ingelheim Corp.; Ben Venue Laboratories, Inc.*


Lyndon M. Tretter
Steven M. Edwards
HOGAN & HARTSON, LLP
875 Third Avenue
26th Floor
New York, NY  10022
Tel: (212) 409-9800
Fax: (212) 409-9801

Thomas E. Dwyer, Jr.
Daniel J. Cloherty
DWYER & COLLORA
600 Atlantic Avenue
Boston, MA  01220-2211
Tel: (617) 371-1000
Fax: (617) 371-1037
*Attorneys for Bristol-Myers Squibb Co.; Oncology Therapeudics Network Corp.; Apothecon, Inc.*


Stephen M. Hudspeth
COUDERT BROTHERS
1114 Avenue of the Americas
New York, NY  10036
Tel: (212) 626-4400
Fax: (212) 626-4120
*Attorney for Dey, Inc.*


Kathleen H. McGuan
REED SMITH LLP
1301 K Street, N.W.
Suite 1100, East Tower
Washington, DC  20005
Tel: (202) 414-9200
Fax: (202) 414-9299

Michael T. Scott
REED SMITH LLP
2500 One Liberty Place
Philadelphia, PA  19103
Tel: (215) 851-8100
Fax: (215) 85101420

S. Elaine McChesney
Terry Klein
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA  02110
Tel: (617) 951-8000
Fax: (617) 951-8736
*Attorneys for Fujisawa Healthcare Inc. and Fujisawa USA*


Ethan M. Posner
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004
Tel: (202) 662-6000
Fax: (202) 662-6291


Geof Hobart
Ralph T. Lepore, III
HOLLAND & KNIGHT, LLP
10 St. James Avenue
Boston, MA  02116
Tel: (617) 523-2700
Fax: (617) 523-6850


Frederick G. Herold
DECHERT
400 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793
Tel: (215) 994-4000
Fax: (215) 994-2222
*Attorneys for Glaxo Wellcome PLC; Glaxo Wellcome, Inc.; GlaxoSmithKline Corp.; GlaxoSmithKline, PLC; SmithKline Beecham Corp. dba GlaxoSmithKline; SmithKline Beecham Corp.; SmithKline Beecham PLC*


David J. Burman
Kathleen M. O'Sullivan
Zoe Philippides
PERKINS COIE LLP
1201 Third Avenue, 40th Floor
Seattle, WA  98103
Tel: (206) 583-8888
Fax: (206) 583-8500


Thomas J. Sartory
Kenneth A. Sansone
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA  02210-3333
Tel: (617) 482-1776
Fax: (617) 574-4112
*Attorneys for Immunex Corp.*

William F. Cavanaugh, Jr.
Andrew D. Schau
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
Tel: (212) 336-2000
Fax: (212) 336-2222
*Attorney for Johnson & Johnson and Centocor, Inc.; and Ortho Biotech Products, Inc.*


John C. Dodds
Paul T. Chryssikos
Jason E. Baranski
Jennifer B. Jordan
Scott A. Stempel
MORGAN, LEWIS & BOCKIUS LLP PHILADELPHIA
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5322
Fax:(877) 432-9652
*Attorneys for Pfizer*


Scott A. Stempel
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
Tel: (202) 739-3000
Fax: (202) 739-3001

Mark D. Smith
FAXON & LAREDO, LLP
15 Broad Street, Suite 600
Boston, MA  02109-3803
Tel: (617) 367-7984
Fax: (617) 367-6475

John C. Dodds
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadephia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
*Attorneys for Pharmacia Corp.; Pharmacia & Upjohn, Inc.; Pfizer, Inc.*


Brien T. O'Connor
John T. Montgomery
Kirsten V. Mayer
David C. Potter
ROPES & GRAY
One International Place
Boston, MA  02110

Tel: (617) 951-7000
Fax: (617) 951-7050
*Attorneys for Schering-Plough Corp. and Warrick Pharmaceuticals Corp.*


Kirke M. Hasson
Reed E. Harvey
PILLSBURY WINTHROP LLP
50 Fremont Street
San Francisco, CA  94105
Tel: (415) 983-1000
Fax: (415) 983-1200

Bruce E. Falby
HILL & BARLOW, P.C.
One International Place
Boston, MA  02110-2600
Tel: (617) 428-3000
Fax: (617) 428-3500
*Attorneys for SICOR Inc. and Gensia SICOR Pharmaceuticals, Inc.*

Tina M. Tabacchi
Mark P. Rotatori
Daniel E. Reidy,
Jones Day
77 West Wacker Drive; Suite 3500
Chicago, IL  60601
Ph: (312) 782-3939
Fax: (312) 782-8585
*Attorneys for TAP Pharmaceuticals Inc.*


Douglas B. Farquhar
HYMAN, PHELPS & MCNAMARA, P.C.
700 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Tel: (202) 737-5600
Fax: (202) 737-9329

Robert A. Griffith
GRIFFITH & ASSOCIATES
67 Batterymarch Street, Suite 400
Boston, MA  02110
Tel: (617) 338-7277
Fax: (617) 338-1923
*Attorneys for Watson Pharmaceuticals, Inc.*