UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) |
| THIS DOCUMENTS RELATES TO ALL ACTIONS | |

MDL NO. 1456

Master File No. 01-CV-12257-PBS

Judge Patti B. Saris

## CORPORATE DISCLOSURE STATEMENT OF TOGETHER RX LLC

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, defendant Together Rx LLC states that it has no parent corporation and that it is a Delaware limited liability corporation, the stock of which is owned equally by each of the seven member companies (*i.e.*, each owns in excess of 10% of the company's stock), which include Abbott Laboratories Inc., AstraZenca Pharmaceuticals LP, Aventis Pharmaceuticals Inc., Bristol-Myers Squibb Company, SmithKline Beecham Corporation d/b/a GlaxoSmithKline, Johnson & Johnson Health Care Systems Inc., and Novartis Pharmaceuticals Corporation.

Respectfully submitted,

Joseph L. Kociubes, BBO # 276360
Charles L. Solomont, BBO #557190
Mary B. Murrane, BBO # 644448
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: August 1, 2003

LITDOCS:512039.1

## CERTIFICATE OF SERVICE

I certify that on August 1, 2003, a true and correct copy of the above document was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

_____
Mary B. Murrane

-2-

LITDOCS:512039.1