IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>JUDGE PATTI B. SARIS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT FOR B. BRAUN OF AMERICA INC.

B. Braun of America Inc. hereby files this certificate required by Local Rule 7.3 of the United States District Court for the District of Massachusetts.[1]

I, the undersigned, counsel of record for B. Braun of America Inc., certify that to the best of my knowledge and belief, B. Braun of America Inc. is a wholly-owned subsidiary of B. Braun Melsungen AG. There is no publicly held company that owns ten percent or more of B. Braun of America Inc.'s common stock.

---

[1] B. Braun of America Inc. is filing a Motion to Dismiss this action for lack of personal jurisdiction and service on August 1, 2003 in accordance with the Court's scheduling order. This Corporate Disclosure Certificate is neither a waiver of those arguments nor is it intended to operate as an acceptance of the jurisdiction of this Court over B. Braun of America Inc.

Dated: August 1, 2003

Respectfully submitted,

/s/ Daniel F. Attridge

Daniel F. Attridge, P.C.
Colin R. Kass
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W. Suite 1200
Washington, D.C. 20005
Tel: (202) 879-5000
Fax: (202) 879-5200

Attorneys for B. Braun of America Inc.

2

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Corporate Disclosure Statement has been served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties on this 1st day of August, 2003.

Daniel F. Attridge, P.C.
Colin R. Kass
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005
Tel: (202) 879-5000
Fax: (202) 879-5200

3