**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) |

MDL NO. 1456

CIVIL ACTION NO. 01-CV-12257-PBS

Judge Patti B. Saris

**INDIVIDUAL MEMORANDUM OF FUJISAWA HEALTHCARE, INC. AND
FUJISAWA USA, INC. IN SUPPORT OF THE MOTION TO DISMISS
THE AMENDED MASTER CONSOLIDATED CLASS ACTION COMPLAINT**

## INTRODUCTION

Defendants Fujisawa Healthcare, Inc. and Fujisawa USA, Inc. (collectively referred to as "Fujisawa") submit this brief in further support of the Motion to Dismiss the Amended Master Consolidated Class Action Complaint ("AMCC"). The AMCC fails to state a claim against Fujisawa because it does not plead the basic elements of the purported AWP fraud against Fujisawa with particularity. The most jarring example of this is Plaintiffs' allegation that Fujisawa reported AWPs for certain drugs when, in fact, it is evident from the Red Book that Plaintiffs made up those AWPs.

## ARGUMENT

The AMCC begins with broad sweeping allegations that the "Defendant Drug Manufacturers" inflated the AWPs of unspecified drugs. *See, e.g.,* AMCC at ¶ 6 ("Defendant Drug Manufacturers *often* promoted their drugs ... based on a fictitious and inflated AWP"); AMCC at ¶ 5 ("AWP is a benchmark from which *hundreds of drug prices* are derived in transactions throughout the pharmaceutical distribution chain") (emphasis added).

"At a minimum, Rule 9(b) requires that a plaintiff set forth the 'who, what, when, where and how' of the alleged fraud." *Gublo v. NovaCare, Inc.,* 62 F. Supp.2d 347, 354 (D. Mass. 1999). The Rule must be applied to claims brought under RICO and state consumer fraud statutes because they are based on averments of fraud. *See Doyle v. Hasbro, Inc.,* 103 F.3d 186 (1st Cir. 1996) (RICO); *Varney v. R.J. Reynolds Tobacco Co.,* 118 F. Supp.2d 63 (D. Mass. 2000) (consumer fraud acts). Moreover, Fujisawa is entitled to know the specific facts that constitute its purported fraud. *See Vicom, Inc. v. Harbridge Merchant Services, Inc.,* 20 F.3d 771, 778 (7th Cir. 1994) (RICO complaint dismissed where it "lumped together multiple defendants" and did not "inform each defendant of the nature of his alleged participation in the fraud.").

Paragraphs 364 through 374 contain the only allegations of the AMCC that refer specifically to Fujisawa, and they do not satisfy the requirements of Rule 9(b) with respect to any of Fujisawa's products.[1]  These paragraphs allege that Fujisawa stated fraudulent AWPs for five brand name drugs (Aristocort, Aristospan, Cefizox, Cyclocort and Prograf).  *See* ¶ 370 and Appendix A.  The AMCC also purports to state AWPs for eight Fujisawa multi-source generic drugs (acyclovir, dexamethasone, doxorubicin, fluorouracil, gentamicin, pentamidine, vancomycin, and vinblastin).[2]  *Id.*

The Court unambiguously stated in its Memorandum Opinion and Order of May 13, 2003 ("May 13 Order") that the Plaintiffs must plead "the allegedly fraudulent AWP for each drug." May 13 Order at 45.  With respect to the five Fujisawa brand name drugs, the AMCC manages to allege the AWPs as they appear in the Red Book for the years indicated.  While the AMCC conclusorily labels these AWP figures as "fraudulent," it is entirely devoid of any explanation of what constitutes the fraud.  There is no allegation as to what AWP would have been acceptable (*i.e.*, non-fraudulent) to Plaintiffs.  Are Plaintiffs claiming that a published AWP is fraudulent unless it exactly matched the invoice sales price?  Or is it only if the AWP exceeded the actual sales price by some percentage?  If so, by what percentage?  Fujisawa should not have to guess at the answers to these fundamental questions.  Rule 9(b) requires that plaintiffs allege *their* theory of fraud with particularity and they have failed to do so.

---

[1]  The AMCC also makes conclusory allegations against Defendants for which *no* facts relating to Fujisawa are provided.  *See, e.g.*, "Improper Use of Free Samples," AMCC at ¶¶ 164-166.  The AMCC does not allege a single fact regarding Fujisawa's use of free samples.  Therefore, claims as to free samples must be dismissed as they relate to Fujisawa.

[2]  For the reasons stated in the common brief on behalf of all the Defendants at pp. 37-40, all claims of the AMCC concerning multi-source generic drugs should be dismissed as against Fujisawa.

With respect to the AWPs of the eight multi-source drugs, the insufficiency of the AMCC is even more dramatic. For these drugs the plaintiffs have simply fabricated alleged AWPs which they say appear in the Red Book, but which in fact do not. Fujisawa AWPs for acyclovir, dexamethasone, doxorubicin, fluorouracil, gentamicin, pentamidine, vancomycin and vinblastin, which Plaintiffs allege were published in the 1999, 2000, and 2001 Red Books, do not exist. The actual pages of the Red Books showing the complete listing for each of these drugs with every available generic from every manufacturer are attached as Exhibit A to this memorandum.[3] There are no entries for Fujisawa AWPs for any of these drugs. The only fraud here is the Plaintiffs' false assertion of their fabricated AWPs.

In addition to not setting forth the AWPs of the Fujisawa drugs as the Court required, the AMCC fails to allege any specific transaction in which any plaintiff paid a particular price for any Fujisawa drug. The Plaintiffs who seek damages in this case are employee health and welfare benefit plans. These are sophisticated commercial entities that pay pharmacies for the prescriptions filled for their members. AMCC at ¶¶ 6, 26-36. The AMCC generally alleges that the "Defendant Drug Manufacturers" engaged in a pattern of inflating AWPs that caused the plans "to substantially overpay" for drugs. Id. at ¶ 140. Where, as here, the essence of the fraud is that the plaintiff was overcharged, it is hard to imagine a more crucial fact than how much the purportedly overcharged party paid.[4]

---

[3]   The Court may consider the attached actual excerpts from the Red Book in deciding the present motion without converting it to a Rule 56 motion, insofar as Plaintiffs purport to quote from the Red Book in the AMCC. See Watterson v. Page, 987 F.2d 1, 3 (1st Cir. 1993) (Court will consider "documents central to the plaintiffs' claims" as well as documents " sufficiently referred to in the complaint.").

[4]   See, e.g., Farberware, Inc. v. Groben, 764 F. Supp. 296, 303 (S.D.N.Y. 1991) (in RICO case against former employees who received kickbacks from vendors for inflating prices to the corporation, Rule 9 required plaintiff to plead the amount of the overcharge); Oppenheimer v. Prudential Sec. Inc., 94 F.3d 189 (5th Cir. 1996) (under Rule 9, plaintiff

3

Nowhere in the 300 pages of the AMCC does any Plaintiff allege how much it paid for any Fujisawa drug. It is not enough to say that Plaintiffs overpaid because Fujisawa inflated its AWPs, and drug prices were generally based on AWPs.[5] Rule 9(b) mandates that the Plaintiffs allege specific facts to explain the "what" and "when" of the fraud. Whether and when there was, in fact, a fraudulent AWP for a specific drug that produced an improper "spread," depends on the price paid for that drug by a particular plaintiff.[6] These specific facts are at the heart of the alleged fraud and Fujisawa is entitled to know (at least by example, if the number of prescriptions is voluminous), what each plaintiff paid for each drug at issue. As a practical matter, the Plaintiffs cannot carry the burden, imposed by Rule 9(b), of pleading the prices they paid in real transactions for specific Fujisawa drugs because they do not even claim to have purchased most of the Fujisawa drugs identified in the AMCC.

To have standing, a plaintiff must allege a personal injury that flows from the defendant's allegedly unlawful conduct. *Allen v. Wright*, 468 U.S. 737, 751 (1984). Here, if the Plaintiffs did not actually purchase a particular drug, they could not have overpaid (or suffered any injury, for that matter) as a result of that drug's allegedly inflated AWP. It is clear from Appendix B to the AMCC that the Plaintiffs claim to have purchased only four Fujisawa drugs: Aristocort,

---

claiming fraud based on hidden sales charges by broker must plead the actual amount of the alleged overcharge).

[5]   This is in stark contrast to the Original Consolidated Complaint in this case, where the claims against Fujisawa were limited to those of Medicare beneficiaries who paid the deductible for drugs reimbursed by Medicare Part B. When *Medicare* reimburses a provider for a drug covered under Part B, the price paid for the drug is easily calculated from the AWP and the Medicare statute: 80% of 95% of the AWP, and the "co-pay" for the user of the drug (paid either personally or by their insurance plan) is 20% of 95% of the AWP. AMCC at ¶¶ 147, 152 (citing 42 C.F.R. § 405.517).

[6]   The only specific allegations of the AMCC to the effect that Fujisawa inflated an AWP to increase the spread are the quotations from an internal 1995 sales report concerning vancomycin. AMCC at ¶ 68. However, Plaintiffs do not allege that any one of them ever purchased vancomycin.

4

Cyclocort, Prograf and gentimicin.  Thus, the Plaintiffs fail to meet their burden of pleading facts to support standing as to any other Fujisawa products, including, without limitation, Aristospan, Cefizox, acyclovir, dexamethasone, doxorubicin, fluorouracil, pentamidine, vancomycin and vinblastin. *See In re Paracelsus Corp.*, 6 F. Supp.2d 626, 631 (S.D. Tex. 1998) (dismissing class action securities claims where plaintiffs did not allege they had purchased the securities which were the subject of the case, even though nominal class allegedly had); *Thompson v. Board of Education of the Romeo Community Schools*, 709 F.2d 1200, 1205 (6th Cir. 1983) (dismissing class action claims for discrimination where plaintiffs had never been employed by defendants, even though nominal class members had).

Thus, in addition to the fatal failure of the AMCC to plead fraud with specificity as to *all* of Fujisawa drugs identified in the AMCC, the claims against Fujisawa relating to drugs other than Aristocort, Cyclocort, Prograf and gentamicin must be dismissed on the grounds that the Plaintiffs have suffered no injury and therefore lack standing.

## CONCLUSION

The AMCC utterly fails to state any claim for fraud against Fujisawa.  While Plaintiffs complain that Fujisawa's AWPs were inflated, after 2 years and multiple attempts, they cannot articulate what the AWPs should have been nor how much they actually paid for Fujisawa's drugs.  And where they do allege specific facts -- AWPs purportedly set by Fujisawa -- it turns out that the Plaintiffs have made them up out of whole cloth.  Consequently, the AMCC should be dismissed with prejudice in its entirety as against Fujisawa.

BINGHAM MCCUTCHEN LLP


By:    *S. Elaine McChesney /ALH*

S. Elaine McChesney
150 Federal Street
Boston MA  02110
(617) 951-8501
(617) 951-8736 (fax)


REED SMITH LLP


By:    *Kathleen H. McGuan /ALH*

Kathleen H. McGuan
Andrew L. Hurst
1301 K Street NW
Suite 1100 – East Tower
Washington, DC 20005
(202) 414-9200
(202) 414-9299 (fax)



*Michael T. Scott /ALH*

Michael T. Scott
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301
(215) 851-8100
(215) 851-1420 (fax)

Attorneys for Defendants Fujisawa
USA, Inc. and Fujisawa Healthcare,
Inc.


Dated:  August 1, 2003


6

# EXHIBIT A

# 1999

# RED BOOK

ACYCL/158

| PROD. MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

**(PD-RX Pharm)** ...
CAP, PO ...

**(Pharma Pac)** ...
CAP, PO, 200 mg, 25s ea ....

**(Purepac)**
CAP, PO, 200 mg, 100s ea .... 00228-2505-11   106.36
500s ea .... 00228-2505-81   1505.21
TAB, PO, 400 mg, 100s ea .. 00228-2606-11   206.40
800 mg, 100s ea .... 00228-2607-11   401.37
500s ea .... 00228-2607-94   1508.51

**(Quality Care)**
CAP, PO, 200 mg, 25s ea .. 52682-1021-02   25.30

**(Schein)**
CAP, PO, 200 mg, 100s ea . 00364-2692-01   97.70
TAB, PO, 400 mg, 100s ea . 00364-2689-01   189.60
500s ea .... 00364-2689-06   900.00
800 mg, 100s ea .... 00364-2690-01   358.65

**(Teva)**
CAP, PO, 200 mg, 100s ea . 00093-0044-01   97.70

**(UDL)**
CAP, PO (10X10)
200 mg, 100s ea UD .. 51079-0876-20   99.15
TAB, PO, 400 mg ...
100s ea UD .. 51079-0877-20   194.40
800 mg, 100s ea UD .. 51079-0878-20   355.10

**(Zenith Goldline)**
CAP, PO, 200 mg, 100s ea . 00172-4266-60   97.70
500s ea .. 00172-4266-70   464.08
1000s ea .. 00172-4266-80   977.00
TAB, PO, 400 mg, 100s ea . 00172-4267-60   189.60
500s ea .. 00172-4267-70   900.80
800 mg, 100s ea .. 00172-4268-60   368.65
500s ea .. 00172-4268-70   1751.09

**ACYCLOVIR SODIUM (APP)**
INJ, IJ (VIAL)
50 mg/ml, 10 ml .. 63323-0325-10   22.82
20 ml .. 63323-0325-20   42.59
PDI, IJ, 500 mg, ea .. 63323-0105-10   56.51
1000 mg, ea .. 63323-0110-20   113.05

**(Abbott Hosp)**
PDI, IJ (VIAL)
500 mg, 10s ea .. 00074-1990-10   466.00   392.50 AP
(VIAL, FLIPTOP)
500 mg, 10s ea .. 00074-4427-01   997.50   840.00 AP
(VIAL)
1000 mg, 10s ea .. 00074-1995-29   932.07   784.90 AP
(VIAL, FLIPTOP)
1000 mg, 10s ea .. 00074-4452-01   1995.00 1680.00 AP

**(Bedford)**
PDI, IJ (S.D.V.)
500 mg, 10s ea .. 55390-0612-10   528.00   AP
1000 mg, 10s ea .. 55390-0613-29   1056.00   AP

**(ESI Lederle Generics)**
INJ, IJ (S.D.V., REDI-INFUS., P.F.)
5 mg/ml,
100 ml 10s .. 59911-2483-02   587.39
200 ml 10s .. 59911-2484-02   1174.74

**(Faulding Pharm)**
INJ, IJ (VIAL)
25 mg/ml,
20 ml 10s .. 61703-0311-21   490.04
40 ml 10s .. 61703-0311-43   954.00

**(Gensia)**
PDI, IJ (VIAL)
500 mg, 10s ea .. 00703-8104-03   125.00   AP
1000 mg, 10s ea .. 00703-8105-03   232.50   AP

**(Glaxo Wellcome)** See ZOVIRAX

**ADAGEN (Enzon)**
pegademase bovine
INJ, IJ (VIAL)
250 u/ml, 1.500 ml .. 57665-0001-01   2200.00

**ADALAT (Bayer Pharm)**
nifedipine
SEE SECTION 7 FOR COLOR PHOTO
CAP, PO, 10 mg, 100s ea .. 00026-8811-51   53.67   AB
100s ea UD .. 00026-8811-48   59.81   AB
300s ea .. 00026-8811-18   157.74   AB
20 mg, 100s ea .. 00026-8821-51   98.59   AB
100s ea UD .. 00026-8821-48   107.64   AB
300s ea .. 00026-8821-18   283.98   AB

**ADALAT CC (Bayer Pharm)**
nifedipine
SEE SECTION 7 FOR COLOR PHOTO
TER, PO, 30 mg, 100s ea .. 00026-8841-51   104.95   BC
100s ea UD .. 00026-8841-48   110.20   BC
1000s ea .. 00026-8841-54   1033.79   BC
5000s ea .. 00026-8841-72   5168.95   BC
60 mg, 100s ea .. 00026-8851-51   179.84   BC
100s ea UD .. 00026-8851-48   188.83   BC
1000s ea .. 00026-8851-54   1771.44   BC
5000s ea .. 00026-8851-72   8857.19   BC
90 mg, 100s ea .. 00026-8861-51   218.19   BC
100s ea UD .. 00026-8861-48   229.11   BC

**(Allscripts)**
REPACK
TER, PO, 30 mg, 30s ea .. 54569-3891-00   30.90
60 mg, 30s ea .. 54569-3892-00   52.94
90 mg, 30s ea .. 54569-3893-00   64.24

**(Cheshire)**
REPACK
TER, PO, 30 mg, 30s ea .. 55175-5085-03   40.22
60 mg, 30s ea .. 55175-5086-03   54.69
90 mg, 30s ea .. 55175-5087-03   78.20

**(Phys Total Care)**
REPACK
TER, PO, 30 mg, 30s ea .. 54868-2888-00   39.00
30s ea .. 54868-2888-00   76.67
100s ea .. 54868-2888-02   119.24
60 mg, 30s ea .. 54868-2869-03   55.81
100s ea .. 54868-2869-00   167.08
100s ea .. 54868-2869-01   204.52
90 mg, 30s ea .. 54868-2870-00   77.55

**ADAPALENE**
(Galderma) See DIFFERIN

**ADAPIN (Lotus Biochemical)**
doxepin hydrochloride
CAP, PO, 10 mg, 100s ea .. 59417-0301-71   28.31   23.60 AB
50 mg, 100s ea .. 59417-0302-71   36.52   30.44 AB
50 mg, 100s ea .. 59417-0303-71   51.42   42.85 AB

**ADBEON (Forest Pharm)**
betamethasone sodium phosphate
INJ, IJ, 3 mg/ml, 5 ml .. 00785-0050-05   17.50   EE

**ADC INFANT W/FLUORIDE (R.I.D.)**
sod fl/vit a/vit c/vit d
LIQ, PO (DROPS, A.F.)
0.25 mg/ml, 50 ml .. 54807-0851-50   9.50
(DROPS, A.F.)
0.5 mg/ml, 50 ml .. 54807-0850-50   10.00

**ADDERALL (Shire Richwood)**
amphetamine & dextroamphetamine mixture
TAB, PO, 5 mg,
100s ea, C-II .. 52521-0031-01   33.75
10 mg,
100s ea, C-II .. 52521-0032-01   55.08
20 mg,
100s ea, C-II .. 52521-0033-01   94.38
30 mg,
100s ea, C-II .. 52521-0034-01   123.13

**(Phys Total Care)**
REPACK
TAB, PO, 10 mg,
100s ea, C-II .. 54868-3874-00   64.55

**ADEFLOR M (Kenwood)**
sod fl/vit, multi
CTB, PO, 1 mg, 100s ea .. 00482-0115-01   30.26

**ADENO-JEC (Hauser, A.F.)**
adenosine phosphate
INJ, IJ (M.D.V.)
25 mg/ml, 10 ml .. 52537-0690-10   14.98

**ADENOCARD (Fujisawa)**
adenosine
INJ, IJ (S.D.V., P.F.)
3 mg/ml, 2 ml .. 00469-0872-02   31.76
3 mg/ml, 2 ml .. 00469-TIP,P.F.)
3 mg/ml, 2 ml .. 54569-1492-14   33.50
5 ml .. 00469-7234-14   65.76

**(Allscripts)**
REPACK
INJ, IJ (S.D.V.)
3 mg/ml, 2 ml .. 54569-3745-00   30.25

**(Compudm)**
REPACK
INJ, IJ, 3 mg/ml, 2 ml .. 00463-4853-18   27.85

| PROD. MFR | | |
|---|---|---|

**ADENOSCAN (Fujisawa)**
adenosine
INJ, IJ (VIAL) ...

**(Fujisawa)** See ADENOSINE
**(Fujisawa)** See ADENOSINE
**ADENOSINE PHOSPHATE**
INJ, IJ (VIAL)
25 mg/ml, 10 ml ...
**(Hauser, A.F.)** See ADENO-JEC
**(Legere)** See MYOGEN
**(McDurf)**
INJ, IJ (M.D.V.)
25 mg/ml, 10 ml ...
**(Marll)**
INJ, IJ, 25 mg/ml, 10 ml ...

**ADENOSINE-5-MONOPHOSPHATE**
adenosine phosphate
POW, 5 gm ...
25 gm ...
100 gm ...
**(Meridian Chemical)**
POW, 10 gm ...
25 gm ...
100 gm ...

**ADIPEX-P (Gate)**
phentermine hydrochloride
SEE SECTION 7 FOR COLOR PHOTO
CAP, PO, 37.5 mg ...
100s ea, C-IV .. 57844-0019-01
TAB, PO, 37.5 mg,
100s ea, C-IV .. 57844-0200-28
400s ea, C-IV .. 57844-0200-28
286 ea, C-IV .. 57844-0099-10

**(Allscripts)**
REPACK
TAB, PO, 37.5 mg,
14s ea, C-IV .. 54569-1718-00
30s ea, C-IV .. 54569-1718-00

**(Compumed)**
REPACK
TAB, PO, 37.5 mg,
14s ea, C-IV .. 00403-0001-07
14s ea, C-IV .. 00403-0001-14
28s ea, C-IV .. 00403-0001-28

**(Phys Total Care)**
REPACK
TAB, PO, 37.5 mg,
30s ea, C-IV .. 54868-0479-01   41.55

**(Quality Care)**
REPACK
TAB, PO, 37.5 mg,
7s ea, C-IV .. 50346-0344-07   18.19
14s ea, C-IV .. 50346-0344-14   27.80

**ADIPOST (Jones Pharma)**
phendimetrazine tartrate
CER, PO, 105 mg,
100s ea, C-III .. 52604-0470-01   98.54

**ADMINISTRATION SET W/IN-LINE FILTER (Clintec)**
device
SET, (1.2 MICRON FILTER)
ea .. 00338-1505-43   18.66

RED BOOK Database Services...
Put the Power of RED BOOK on Your Computer. For information call toll-free: (800) 722-3062

ReadyPrice

DEXAM/252

| PROD MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

**(Quality Care)**
ELI, PO, 0.5 mg/ml
TAB, PO, 0.75 mg., 12s ea ..... 60346-0659-12 .... 
15s ea ..... 60346-0558-15 ....
..... 60346-0550-30 ....
..... 60346-0473-30 ....
..... 60346-0479-30 ....
..... 60346-0472-10 ....
..... 60346-0476-15 ....
..... 60346-0476-10 ....   EE

**(Roxane)**
ELI, PO (CHERRY)
0.5 mg/5 ml, .....
5 ml 40s UD ..... 00054-8177-18 ....   EE
5 ml 100s ea ..... 00054-8175-18 .... 29.78 ..
500 ml ..... 00054-3157-63 .... 57.55 .. EE
TAB, PO, 0.5 mg, 100s ea ..... 00054-4178-25 .. 12.01 .. AB
(10X10) ..

0.5 mg, 100s ea UD ..... 00054-4179-25 .. 14.96 .. AB
1000s ea ..... 00054-4178-31 .. 117.87 ..
0.75 mg, 100s ea ..... 00054-4188-25 .. 14.61 .. AB
(10X10) ..
0.75 mg, ..
100s ea UD ..... 00054-8180-25 .. 17.22 .. AB
1 mg, 100s ea ..... 00054-4181-25 .. 28.06 .. AB
(10X10) ..
1 mg, 100s ea UD ..... 00054-4182-25 .. 27.14 .. AB
1.5 mg, 100s ea ..... 00054-4182-25 .. .. AB
(10X10) ..
2 mg, 100s ea UD ..... 00054-8181-25 .. 29.08 .. AB
4 mg, 100s ea ..... 00054-4183-25 .. 54.68 .. AB
(10X10) ..
2 mg, 100s ea UD ..... 00054-8175-25 .. 53.84 ..
4 mg, 100s ea ..... 00054-4184-25 .. 58.41 .. AB
(10X10) ..
4 mg, 100s ea UD ..... 00054-8175-25 .. 58.41 .. AB
6 mg, 100s ea ..... 00054-4186-25 .. 88.88 .. BP
(10X10) ..
6 mg, 100s ea UD ..... 00054-8183-25 .. 88.49 .. BP

**(Roxane)** See DEXAMETHASONE INTENSOL

**(Rugby)**
ELI, PO, 0.5 mg/ml,
240 ml ..... 00536-0452-50 .. 23.50 .. AA
TAB, PO, 4 mg, 50s ea ..... 00536-3580-08 .. 19.00 .. BP

**(Schein)**
ELI, PO, 0.5 mg/5 ml,
240 ml ..... 00364-7182-76 .. 15.00 .. VA

**(Southwood)**
ELI, PO, 0.5 mg/5 ml .
100 ml ..... 58016-0350-20 .. 9.63 .. EE
TAB, PO, 0.5 mg, 100s ea . 58016-0349-00 .. 15.31 .. EE
0.75 mg, 12s ea ..... 58016-0293-12 .. 7.78 .. EE
15s ea ..... 58016-0293-15 .. 9.73 .. EE
20s ea ..... 58016-0293-20 .. 12.97 .. EE
30s ea ..... 58016-0293-30 .. 19.45 .. EE
100s ea ..... 58016-0293-00 .. 64.94 .. EE
4 mg, 10s ea ..... 58016-0781-10 .. 18.80 .. EE
12s ea ..... 58016-0781-12 .. 22.56 .. EE
14s ea ..... 58016-0781-14 .. 26.32 .. EE
15s ea ..... 58016-0781-15 .. 28.20 .. EE
20s ea ..... 58016-0781-20 .. 37.60 .. EE
21s ea ..... 58016-0781-21 .. 39.48 .. EE
24s ea ..... 58016-0781-24 .. 45.12 .. EE
28s ea ..... 58016-0781-28 .. 52.64 .. EE
30s ea ..... 58016-0781-30 .. 56.40 .. EE
40s ea ..... 58016-0781-40 .. 75.20 .. EE
50s ea ..... 58016-0781-50 .. 93.84 .. EE

**(URL)**
ELI, PO, 0.5 mg/5 ml,
240 ml ..... 00677-0601-42 .. 15.75 .. AA
TAB, PO, 4 mg, 100s ea ..... 00677-0849-01 .. 24.45 .. BP

**(Vintage)**
TAB, PO (DOSE PACK)
0.75 mg, 12s ea ..... 00254-2867-08 .. 6.40 .. BP

**(Zenith Goldline)**
TAB, PO, 4 mg, 100s ea ..... 00182-1614-01 .. 37.17 .. BP

**(Allscripts)**
INJ, IJ (M.D.V.)
8 mg/ml, 5 ml ..... 54569-1423-00 .. 46.45 .. EE

**(Amend)**
POW, (U.S.P.)
5 gm ..... 17317-1870-08 .. 90.00
25 gm ..... 17317-1870-09 .. 315.00

**(Clint)** See CORTASTAT LA

**(Consolidated Midland)**
INJ, IJ (VIAL)
8 mg/ml, 5 ml ..... 00223-7390-05 .. 11.50 .. EE

**(Forest Pharm)** See DALALONE D.P.

**(Forest Pharm)** See DALALONE L.A.

**(Gallipot)**
POW, (MICRONIZED,U.S.P.)
1 gm ..... 51552-0024-01 .. 27.00
5 gm ..... 51552-0024-05 .. 71.76
10 gm ..... 51552-0024-10 .. 168.00
25 gm ..... 51552-0024-25 .. 378.00

**(Hyrex)** See SOLUREX L.A.

**(Keene)** See DEXONE LA

**(Legere)** See DEXASONE L.A.

**(Major)**
INJ, IJ (VIAL)
8 mg/ml, 5 ml ..... 00904-0956-05 .. 29.03 .. BP

**(McGuff)**
INJ, IJ (M.D.V.)
8 mg/ml, 5 ml ..... 49072-0155-05 .. 18.99

**(Merz)** See DECAJECT LA

**(Moore,H.L.)**
INJ, IJ (VIAL)
8 mg/ml, 5 ml ..... 00839-8109-25 .. 18.62 .. 13.79 .. EE

**(Paddock)**
POW, (MICRONIZED, U.S.P.)
10 gm ..... 00574-0409-10 .. 171.00

**(Radford Therapeutics)**
INJ, IJ (M.D.V.)
8 mg/ml, 5 ml ..... 83292-7844-03 .. 56.95

**(Rugby)**
INJ, IJ (VIAL)
8 mg/ml, 5 ml ..... 00536-4165-85 .. 27.88 .. BP

**(URL)**
INJ, IJ (M.D.V.)
8 mg/ml, 5 ml ..... 00677-0822-29 .. 29.93 .. BP

**DEXAMETHASONE INTENSOL (Roxane)**
dexamethasone
CNT, PO, 1 mg/ml, 30 ml ..... 00054-3176-44 .. 15.73 ..

**(APP)**
INJ, IJ (VIAL)
4 mg/ml, 1 ml ..... 63323-0165-01 .. 1.04 .. AP
(M.D.V.)
4 mg/ml, 5 ml ..... 63323-0165-05 .. 2.66 .. AP
30 ml ..... 63323-0165-30 .. 15.96 .. AP

**(Akorn)** See AK-DEX

**(Allscripts)**
SOL, OP, 0.1%, 5 ml ..... 54569-1224-00 .. 5.00 .. EE
INJ, IJ (M.D.V.)
4 mg/ml, 5 ml ..... 54569-3027-00 .. 4.34 .. EE
10 ml ..... 54569-3019-00 .. 6.47 .. EE
30 ml ..... 54569-3042-00 .. 10.01 .. EE
OIN, OP, 0.05%, 3.500 gm ..... 54569-3119-00 .. 4.11 .. EE

**(Amer Regent)**
INJ, IJ (S.D.V.)
4 mg/ml, 1 ml 25s ..... 00517-4901-25 .. 27.19 .. AP
(M.D.V.)
4 mg/ml, 5 ml 25s ..... 00517-4905-25 .. 54.69 .. AP
30 ml 25s ..... 00517-4930-25 .. 195.94 .. AP

**(Bausch&Lomb Pharm)**
SOL, OP, 0.1%, 5 ml ..... 24208-0720-02 .. 14.69 .. AT

**(Cardinal Pharm)**
SOL, OP, 0.1%, 5 ml ..... 41784-0738-05 .. 7.90 .. AT

**(Casshira)**
OIN, OP, 0.05%, 3.500 gm 55175-4206-00 .. 6.47 .. EE
SOL, OP, 0.1%, 5 ml ..... 55175-4205-00 .. 6.14 .. EE

**(Clint)** See CORTASTAT

**(Clint)** See CORTASTAT 10

**(Compumed)**
INJ, IJ, 4 mg/ml, 5 ml ..... 00403-0740-18 .. 4.80 .. EE
30 ml ..... 00403-1380-18 .. 6.00 .. EE
SOL, OP, 0.1%, 5 ml ..... 00403-0742-18 .. 4.75 .. EE

**(Consolidated Midland)**
INJ, IJ (AMP)
4 mg/ml, 1 ml 25s ..... 00223-7401-25 .. 25.00

**(DOSETTE)**
4 mg/ml, 1 ml 25s ..... 00223-7407-01 .. 31.25 .. EE
1 ml 100s ..... 00223-7408-01 .. 80.00 .. EE
(VIAL)
4 mg/ml, 5 ml ..... 00223-7404-05 .. 2.75 .. EE
10 ml, ..... 00223-7408-10 .. 4.00 .. EE
25 ml ..... 00223-7408-25 .. 7.00 .. EE
SOL, OP, 5 ml ..... 00223-7402-30 .. 5.50 .. EE
5 ml ..... 00223-6465-05 .. 3.75 .. EE
15 ml, ..... 00223-6469-15 .. 3.50 .. EE

**(Elkins-Sinn)**
INJ, IJ (VIAL, DOSETTE)
4 mg/ml, 1 ml 25s ..... 00641-0372-25 .. 11.19 .. 8.95 .. AP
(M.D.V.)
4 mg/ml, 5 ml ..... 00641-2273-41 .. 1.38 .. 1.10 .. AP
(VIAL, DOSETTE)
10 mg/ml, 1 ml 25s ..... 00641-0367-25 .. 58.21 .. 46.57 .. AP
(M.D.V.)
10 mg/ml, 10 ml ..... 00641-2277-41 .. 15.38 .. 12.30 .. AP

**(Forest Pharm)** See DALALONE

**(Gallipot)**
POW, (U.S.P.)
1 gm ..... 51552-0025-01 .. 15.72 .. 
5 gm ..... 51552-0025-05 .. 53.16 ..
10 gm ..... 51552-0025-10 .. 95.76 ..
25 gm ..... 51552-0025-25 .. 210.00 ..

**(Gensia)**
INJ, IJ (S.D.V.)
4 mg/ml, 1 ml 25s ..... 00703-3691-04 .. 27.50 .. AP
(M.D.V.)
4 mg/ml, 5 ml 25s ..... 00703-3619-04 .. 55.50 .. AP
10 mg/ml, 10 ml ..... 00703-3824-01 .. 5.20 .. AP

**(Hyrex)** See SOLUREX

**(Legere)** See DEXASONE

**(Major)**
INJ, IJ (VIAL)
4 mg/ml, 5 ml ..... 00904-3808-05 .. 3.75 .. AT

**(McGuff)**
INJ, IJ (M.D.V.)
4 mg/ml, 5 ml ..... 49072-0157-05 .. 1.59 ..

**(Medisca)**
POW, (U.S.P.)
5 gm ..... 38779-0071-03 .. 59.63 ..
10 gm ..... 38779-0071-01 .. 112.50 ..
25 gm ..... 38779-0071-04 .. 257.63 ..

**(Merck)** See DECADRON

**(Merck)** See DECADRON OCUMETER

**(Meridian Chemical)**
POW, (U.S.P.)
1 gm ..... 82991-1841-01 .. 24.20 ..
5 gm ..... 82991-1841-02 .. 91.30 ..
10 gm ..... 82991-1841-03 .. 174.90 ..
25 gm ..... 82991-1841-04 .. 385.00 ..

**(Merz)** See DECAJECT

**(Moore,H.L.)**
INJ, IJ (M.D.V.)
4 mg/ml, 5 ml ..... 00839-5160-25 .. 1.96 .. 1.45 .. AP
30 ml ..... 00839-5169-38 .. 5.39 .. 3.99 .. AP
SOL, OP, 0.1%, 5 ml ..... 00839-9663-25 .. 3.24 .. 2.40 .. AT

**(Ocumed)** See OCU-DEX

**(Ocusoft)** See DEXASOL

**(Paddock)**
POW, (U.S.P.)
5 gm ..... 00574-0409-05 .. 57.60 ..
10 gm ..... 00574-0409-10 .. 99.90 ..

**(Pharma Pac)**
SOL, OP, 0.1%, 5 ml ..... 52959-1352-03 .. 7.67 .. EE

**(Phys Total Care)**
INJ, IJ (M.D.V.)
4 mg/ml, 5 ml ..... 54868-0871-00 .. 3.15 .. EE
4 mg/ml, 30 ml ..... 54868-0871-00 .. 4.63 .. EE
OIN, OP, 0.05%, 4 gm ..... 54868-2165-01 .. 4.58 .. EE
SOL, OP, 0.1% 5 ml ..... 54868-3129-00 .. 4.87 .. EE

**(Primedics)** See PRIMETHASONE

**(Qualitest)**
SOL, OP, 0.1%, 5 ml ..... 00603-7105-37 .. 14.69 .. AT

**(Raway)**
INJ, IJ (VIAL)
4 mg/ml, 1 ml 25s ..... 00686-4901-25 .. 23.00 .. EE
OIN, OP, 0.05%, 3.750 gm .. 00686-0644-85 .. 3.20 .. EE
SOL, OP, 0.1% 5 ml ..... 00686-0720-02 .. 4.25 .. EE

RED BOOK Database Services...
Put the Power of RED BOOK on Your Computer. For information call toll free (800) 722-3062
ReadyPrice

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Rugby)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 4 mg/ml, 5 ml...... | 00536-4151-65 | 6.00 | | AP |
| 30 ml...... | 00536-4151-75 | 13.82 | | AP |
| SOL, OP, 0.1%, 5 ml...... | 00536-8800-65 | 3.08 | | AT |
| **(Schein)** | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 4 mg/ml, 5 ml 25s..... | 00364-6581-32 | 93.04 | | AP |
| 30 ml...... | 00364-6681-58 | 15.02 | | AP |
| (VIAL) | | | | |
| 4 mg/ml, 30 ml...... | 00462-0897-30 | 15.02 | | AP |
| **(Southwood)** | | | | |
| OIN, OP, 0.05%, 3.500 gm.. | 58016-6022-03 | 6.34 | | EE |
| SOL, OP, 0.1%, 5 ml...... | 58016-6024-05 | 15.56 | | EE |
| **(URL)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 4 mg/ml, 5 ml...... | 00677-0385-20 | 3.50 | | AP |
| SOL, OP, 0.1%, 5 ml...... | 00677-0898-20 | 4.70 | | AT |
| **DEXAPHEN (Quality Care)** | | | | |
| REPACK | | | | |
| dextrobromphen/pseudoeph sulf | | | | |
| LTER, PO, 6 mg-120 mg. | | | | |
| 10s sa...... | 60346-0711-10 | 3.86 | | |
| 20s sa...... | 60346-0711-20 | 8.06 | | |
| **DEXAPHEN SA (Major)** | | | | |
| dextrobromphen/pseudoeph sulf | | | | |
| LTER, PO, 6 mg-120 mg. | | | | |
| 100s sa...... | 00904-0897-60 | 14.99 | | |
| 500s sa...... | 00904-0897-40 | 69.95 | | |
| **DEXASOL (Ocusoft)** | | | | |
| dexamethasone sodium phosphate | | | | |
| SOL, OP, 0.1%, 5 ml...... | 54769-0525-05 | 5.31 | 3.95 | AT |
| **DEXASONE (Legere)** | | | | |
| dexamethasone sodium phosphate | | | | |
| INJ, IJ (VIAL) | | | | |
| 4 mg/ml, 5 ml...... | 25332-0012-05 | 5.95 | | EE |
| 10 mg/ml, 5 ml...... | 25332-0113-02 | 14.95 | | EE |
| **DEXASONE L.A. (Legere)** | | | | |
| dexamethasone acetate | | | | |
| INJ, IJ (VIAL) | | | | |
| 8 mg/ml, 5 ml...... | 25332-0011-05 | 21.95 | | EE |
| **DEXASPORIN (URL)** | | | | |
| dexameth/neo sulf/polymyx | | | | |
| SUS, OP, 1 mg-3.5 mg-10,000 u/ml. | | | | |
| 5 ml...... | 00677-0800-20 | 7.37 | | AT |
| (Phys Total Care) | | | | |
| REPACK | | | | |
| SUS, OP, 1 mg-3.5 mg-10,000 u/ml. | | | | |
| 5 ml...... | 54868-1070-01 | 5.63 | | AT |
| **(Southwood)** | | | | |
| REPACK | | | | |
| SUS, OP, 1 mg-3.5 mg-10,000 u/ml. | | | | |
| 5 ml...... | 58016-6041-05 | 18.95 | | AT |
| **DEXBROMPHEN/PSEUDOEPH SULF** | | | | |
| (Breckenridge) See PHARMADRINE | | | | |
| (Geneva) See DISOBROM | | | | |
| (Inpad Labs) See DRIXOMED | | | | |
| (Major) See DEXAPHEN SA | | | | |
| (Qualitest) See DREXOPHED-SR | | | | |
| **DEXCHLORPHEN/GG/PSEUDOEPH SULF** | | | | |
| (Alberta) See DEXIMED | | | | |
| **DEXCHLORPHENIRAMINE EXPECTORANT** | | | | |
| (Pharmaceutical Assoc) See ZINECARD | | | | |
| **DEXCHLORPHENIRAMINE MALEATE (Amide)** | | | | |
| TER, PO, 4 mg, 100s sa...... | 52182-0014-02 | 42.35 | | |
| 6 mg, 100s sa...... | 52182-0015-02 | 59.95 | | |
| **(Breckenridge)** | | | | |
| TER, PO, 4 mg, 100s sa...... | 51991-0470-01 | 29.50 | | |
| 6 mg, 100s sa...... | 51991-0475-01 | 40.95 | | |
| **(Morton Grove)** | | | | |
| SYR, PO (ORANGE) | | | | |
| 2 mg/5 ml, 120 ml...... | 60432-0539-16 | 16.49 | | AA |
| 3840 ml...... | 60432-0539-29 | 98.70 | | AA |
| **(Qualitest)** | | | | |
| TAB, PO, 4 mg, 100s sa...... | 00603-3198-21 | 34.50 | | |
| 6 mg, 100s sa...... | 00603-3199-21 | 44.25 | | |
| **(Rugby)** | | | | |
| TER, PO, 4 mg, 100s sa...... | 00536-3878-01 | 47.85 | | |
| 6 mg, 100s sa...... | 00536-3590-01 | 63.90 | | |
| **(Schering)** | | | | |
| TER, PO, 4 mg, 100s sa...... | 00364-0585-01 | 37.50 | | |
| 6 mg, 100s sa...... | 00364-0585-81 | 52.25 | | |
| (Schering) See POLARAMINE | | | | |
| (Schering) See POLARAMINE REPETABS | | | | |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(URL)** | | | | |
| TER, PO, 6 mg, 100s sa...... | 00677-0669-01 | 57.10 | | |
| **(Zenith Goldline)** | | | | |
| TER, PO, 6 mg, 100s sa...... | 00182-1015-01 | 63.90 | | |
| **DEXEDRINE (SK Beecham Pharm)** | | | | |
| dextroamphetamine sulfate | | | | |
| TAB, PO, 5 mg, | | | | |
| 100s sa, C-II...... | 00007-3519-20 | 24.55 | | AA |
| **(Phys Total Care)** | | | | |
| REPACK | | | | |
| TAB, PO, 5 mg, | | | | |
| 50s sa, C-II...... | 54868-3403-00 | 15.56 | | AA |
| 100s sa, C-II...... | 54868-3403-01 | 28.78 | | AA |
| **DEXEDRINE SPANSULES (SK Beecham Pharm)** | | | | |
| dextroamphetamine sulfate | | | | |
| CER, PO, 5 mg, | | | | |
| 50s sa, C-II...... | 00007-3512-15 | 26.65 | | |
| 10 mg, | | | | |
| 50s sa, C-II...... | 00007-3513-15 | 33.20 | | |
| 15 mg, | | | | |
| 50s sa, C-II...... | 00007-3514-15 | 42.45 | | |
| **(Phys Total Care)** | | | | |
| REPACK | | | | |
| CER, PO, 5 mg, | | | | |
| 50s sa, C-II...... | 54868-3402-00 | 31.04 | | |
| 100s sa, C-II...... | 54868-3402-01 | 59.74 | | |
| 10 mg, | | | | |
| 50s sa, C-II...... | 54868-3811-40 | 38.10 | | |
| **DEXFERRUM (Amer Regent)** | | | | |
| iron dextran | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 50 mg/ml, 1 ml 10s... | 00517-0134-10 | 188.53 | | BP |
| 2 ml 10s...... | 00517-0234-10 | 377.05 | | BP |
| **DEXONE LA (Keene)** | | | | |
| dexamethasone acetate | | | | |
| INJ, IJ (VIAL) | | | | |
| 8 mg/ml, 5 ml...... | 00588-6344-75 | 12.50 | | BP |
| **DEXPANTHENOL (Amer Regent)** | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 250 mg/ml, | | | | |
| 2 ml 25s...... | 00517-0131-25 | 101.56 | | |
| **(Consolidated Midland)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 250 mg/ml, 10 ml... | 00223-3235-10 | 5.00 | | |
| INJ, IJ (VIAL) | | | | |
| 250 mg/ml, 10 ml... | 00223-7414-10 | 6.00 | | |
| **(McGuff)** | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 250 mg/ml, 30 ml... | 49072-0181-30 | 7.00 | | |
| **(Merit) See D-PAN** | | | | |
| **(Savage) See ILOPAN** | | | | |
| **(Schein)** | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 250 mg/ml, 10 ml... | 00364-2179-54 | 5.50 | | |
| **DL-PANTHENOL (Amend)** | | | | |
| dexpanthenol | | | | |
| POW, (U.S.P.) | | | | |
| 100 gm...... | 17317-0880-03 | 17.50 | | |
| 1000 gm...... | 17317-0880-06 | 60.20 | | |
| 5000 gm...... | 17317-0880-05 | 245.00 | | |
| **DEXRAZOXANE** | | | | |
| (Pharmacia/Upjohn) See ZINECARD | | | | |
| **DEXTRAN (Abbott Hosp)** | | | | |
| INJ, IJ (VIAL, TEARTOP, HM) | | | | |
| 32%, 100 ml 6s...... | 00074-8885-01 | 212.21 | 178.70 | |
| **DEXTRAN 1** | | | | |
| (Medisan Pharm) See PROMIT | | | | |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **DEXTRAN 40/DEXTROSE (Abbott Hosp)** | | | | |
| INJ, IJ, 6%-5%, 500 ml 12s...... | 00074-1507-03 | 1240.61 | 1044.72 | |
| (Medisan Pharm) See HYSKON | | | | |
| **DEXTRAN 70/50D CL (B. Braun/McGaw)** | | | | |
| INJ, IJ (GLASS CONTAINER) | | | | |
| 6%-0.9%, 500 ml...... | 00264-1956-10 | 52.96 | | |
| (Baxter) See GENTRAN 70 W/SODIUM CHLORIDE | | | | |
| (Medisan Pharm) See MACRODEX | | | | |
| **DEXTRAN 75/SOD CL (Abbott Hosp)** | | | | |
| INJ, IJ, 6%-0.9%...... | 00074-1535-03 | 1240.61 | 1044.72 | |

**(Baxter) See GENTRAN 40 W/DEXTROSE**
**(Medisan Pharm) See RHEOMACRODEX**

**DEXTRAN 40/50D CL**
(Abbott Hosp) See LMD W/D.9% SODIUM CHLORIDE
**(B. Braun/McGaw)**
INJ, IJ, 10%-0.9%, 500 ml 00264-1953-10   142.38
(Baxter) See GENTRAN 40 W/SODIUM CHLORIDE
(Medisan Pharm) See RHEOMACRODEX

**DEXTRAN 70/DEXTROSE** (Abbott Hosp)
INJ, IJ, 6%-5%, 500 ml 12s 00074-1507-03  1240.61  1044.72

**DEXTRAMPHETAMINE SULFATE**
(SK Beecham Pharm) See DEXEDRINE
(SK Beecham Pharm) See DEXEDRINE SPANSULES
(Stirs Richwood) See DEXTROSTAT

**DEXTRAN 40/DEXTROSE** (Abbott Hosp) See LMD W/5% DEXTROSE

Recommend
SENOKOT Laxatives When the Rx May Constipate
PURDUE FREDERICK

Electronic Drug Pricing and Clinical Information
RED BOOK
Database Services - (800) 722-3062

DOXIL / 304L

1999 RED BOOK

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

**(Geneva)**
CAP, PO, 10 mg, 100s aa ... 00781-2800-01 ... 13.95

**(Heartland)**
CAP, PO, 10 mg, 100s aa ...

(BLISTER PACK)
| | | |
|---|---|---|
| 10 mg, 30s aa ... | 61392-0726-30 | AB |
| 31s aa UD ... | 61392-0726-31 | AB |
| 32s aa UD ... | 61392-0726-32 | 7.90 | AB |
| 45s aa UD ... | 61392-0726-45 | 11.12 | AB |
| 60s aa UD ... | 61392-0726-60 | 14.82 | AB |
| 90s aa UD ... | 61392-0726-90 | 22.18 | AB |
| 500s aa UD ... | 61392-0725-61 | 123.50 | AB |
| 1000s aa UD ... | 61392-0726-54 | 494.00 | AB |
| 2000s aa UD ... | 61392-0726-61 | 2470.00 | AB |
| 25 mg, 30s aa UD ... | 61392-0727-30 | | AB |

(BLISTER PACK)
| 25 mg, 30s aa ... | 61392-0727-30 | 11.67 | AB |
| 31s aa UD ... | 61392-0727-31 | 12.06 | AB |
| 32s aa UD ... | 61392-0727-32 | 12.46 | AB |
| 45s aa UD ... | 61392-0727-45 | 17.51 | AB |
| 60s aa UD ... | 61392-0727-60 | 23.34 | AB |
| 90s aa UD ... | 61392-0727-90 | 35.02 | AB |
| 500s aa UD ... | 61392-0727-61 | 194.50 | AB |
| 2000s aa UD ... | 61392-0727-54 | 778.16 | AB |
| 10000s aa UD ... | 61392-0727-91 | 3690.80 | AB |
| 50 mg, 30s aa UD ... | 61392-0728-30 | 13.02 | AB |

(BLISTER PACK)
| 50 mg, 30s aa ... | 61392-0728-30 | 13.02 | AB |
| 31s aa UD ... | 61392-0728-31 | 13.45 | AB |
| 32s aa UD ... | 61392-0728-32 | 13.89 | AB |
| 45s aa UD ... | 61392-0728-45 | 19.53 | AB |
| 60s aa UD ... | 61392-0728-60 | 26.04 | AB |
| 90s aa UD ... | 61392-0728-90 | 39.06 | AB |
| 500s aa UD ... | 61392-0728-61 | 217.00 | AB |
| 2000s aa UD ... | 61392-0728-54 | 868.00 | AB |
| 10000s aa UD ... | 61392-0728-91 | 4340.00 | AB |
| 75 mg, 30s aa UD ... | 61392-0729-30 | 20.88 | AB |

(BLISTER PACK)
| 75 mg, 30s aa ... | 61392-0729-30 | 20.88 | AB |
| 31s aa UD ... | 61392-0729-31 | 21.58 | AB |
| 32s aa UD ... | 61392-0729-32 | 22.27 | AB |
| 45s aa UD ... | 61392-0729-45 | 31.32 | AB |
| 60s aa UD ... | 61392-0729-60 | 41.76 | AB |
| 90s aa UD ... | 61392-0729-90 | 62.64 | AB |
| 500s aa UD ... | 61392-0729-61 | 348.00 | AB |
| 2000s aa UD ... | 61392-0729-54 | 1392.00 | AB |
| 10000s aa UD ... | 61392-0729-91 | 6960.00 | AB |
| 100 mg, 30s aa UD ... | 61392-0730-30 | 23.31 | AB |

(BLISTER PACK)
| 100 mg, 30s aa ... | 61392-0730-39 | 23.31 | AB |
| 31s aa UD ... | 61392-0730-31 | 24.09 | AB |
| 32s aa UD ... | 61392-0730-32 | 24.86 | AB |
| 45s aa UD ... | 61392-0730-45 | 34.97 | AB |
| 60s aa UD ... | 61392-0730-60 | 46.62 | AB |
| 90s aa UD ... | 61392-0730-90 | 69.93 | AB |
| 500s aa UD ... | 61392-0730-61 | 388.50 | AB |
| 10000s aa UD ... | 61392-0730-91 | 7770.00 | AB |

**(Lotus Biochemical)** *See ADAPIN*

**(Major)**
| CAP, PO, 10 mg, 100s aa ... | 00904-1260-60 | 10.59 | AB |

(10X10)
| 10 mg, 100s aa UD ... | 00904-1260-01 | 25.86 | AB |
| 25 mg, 100s aa ... | 00904-1261-60 | 12.95 | AB |

(10X10)
| 25 mg, 100s aa UD ... | 00904-1261-61 | 38.26 | AB |
| 1000s aa ... | 00904-1261-80 | 89.55 | AB |
| 50 mg, 100s aa ... | 00904-1262-60 | 18.25 | AB |

(10X10)
| 50 mg, 100s aa UD ... | 00904-1262-61 | 46.76 | AB |
| 1000s aa ... | 00904-1262-80 | 136.50 | AB |
| 75 mg, 100s aa ... | 00904-1263-60 | 29.00 | AB |

(10X10)
| 75 mg, 100s aa UD ... | 00904-1263-61 | 73.31 | AB |
| 100 mg, 100s aa ... | 00904-1264-60 | 39.50 | AB |

(10X10)
| 100 mg, 100s aa UD ... | 00904-1264-61 | 82.37 | AB |

**(Martec)**
| CAP, PO, 10 mg, 100s aa ... | 52555-0294-01 | 13.90 | AB |
| 25 mg, 100s aa ... | 52555-0295-01 | 14.20 | AB |
| 50 mg, 100s aa ... | 52555-0296-01 | 19.90 | AB |
| 75 mg, 100s aa ... | 52555-0297-01 | 41.20 | AB |
| 150 mg, 100s aa ... | 52555-0332-01 | 42.50 | AB |
| 150 mg, 100s aa ... | 52555-0322-01 | 59.85 | AB |

**(Mediols)** *See ZONALON*

**(Medizax)**
POW, (U.S.P.)
| 5 gm ... | 38779-0218-03 | 13.50 |
| 25 gm ... | 38779-0218-04 | 48.38 |
| 100 gm ... | 38778-0218-05 | 137.25 |

---

**(Moore,H.L.)**
CAP, PO, 10 mg, 100s aa ...
| | | |
|---|---|---|
| 25 mg, 100s aa ... | | | AB |
| 1000s aa ... | | | AB |
| 50 mg, 100s aa ... | | | AB |
| 1000s aa ... | | | AB |
| 75 mg, 100s aa ... | | | AB |
| 1000s aa ... | | | AB |
| 100 mg, 100s aa ... | | | AB |
| 1000s aa ... | | | AB |

**(Morton Grove)**
CNT, PO, (PEPPERMINT) ...
... 10 mg/ml, 120 ml ... 60432-0651-04 ... 18.25

**(Mylan)**
CAP, PO, 10 mg, 100s aa ... 00378-1049-01 ... 13.95 ... AB
| 1000s aa ... | 00378-1049-10 | 133.95 | AB |
| 25 mg, 100s aa ... | 00378-3125-01 | 14.25 | AB |
| 1000s aa ... | 00378-3125-10 | 143.95 | AB |
| 50 mg, 100s aa ... | 00378-4250-01 | 19.95 | AB |
| 1000s aa ... | 00378-4250-10 | 203.95 | AB |
| 75 mg, 100s aa ... | 00378-5375-01 | 41.95 | AB |
| 1000s aa ... | 00378-5375-10 | 385.95 | AB |
| 100 mg, 100s aa ... | 00378-5401-01 | 43.95 | AB |
| 1000s aa ... | 00378-6410-10 | 429.95 | AB |

**(PD-RX Pharm)**
CAP, PO, 50 mg, 30s aa ... 55289-0259-30 ... 3.75
| 75 mg, 30s aa ... | 55289-0258-30 | 5.62 |

**(Par)**
CAP, PO, 10 mg, 100s aa ... 49884-0217-01 ... 13.95
| 1000s aa ... | 49884-0217-10 | 133.98 | AB |
| 25 mg, 100s aa ... | 49884-0218-01 | 15.00 | AB |
| 1000s aa ... | 49884-0218-10 | 144.06 | AB |
| 50 mg, 100s aa ... | 49884-0219-01 | 21.50 | AB |
| 1000s aa ... | 49884-0219-10 | 206.49 | AB |
| 75 mg, 100s aa ... | 49884-0220-01 | 43.50 | AB |
| 1000s aa ... | 49884-0220-10 | 387.93 | AB |
| 100 mg, 100s aa ... | 49884-0221-01 | 45.00 | AB |
| 1000s aa ... | 49884-0221-10 | 432.18 | AB |
| 150 mg, 500s aa ... | 49884-0222-03 | 35.00 | AB |
| 100s aa ... | 49884-0222-01 | 66.50 | AB |
| 500s aa ... | 49884-0222-05 | 325.85 | AB |

**(Pfizer U.S.P.G.)** *See SINEQUAN*

**(Phys Total Care)**
CAP, PO, 10 mg, 30s aa ... 54868-2317-03 ... 2.75 ... EE
| 60s aa ... | 54868-2317-02 | 4.16 | EE |
| 100s aa ... | 54868-2317-04 | 6.05 | EE |
| 25 mg, 15s aa ... | 54868-6062-04 | 2.36 | EE |
| 30s aa ... | 54868-6062-02 | 3.37 | EE |
| 50 mg, 30s aa ... | 54868-1964-02 | 3.78 | EE |
| 1000s aa ... | 54868-1964-00 | 56.67 | EE |
| 75 mg, 100s aa ... | 54868-2552-00 | 12.86 | EE |
| 100 mg, 30s aa ... | 54868-2264-08 | 5.41 | EE |
| 100s aa ... | 54868-2264-02 | 14.93 | EE |
| 125s aa ... | 54868-2264-04 | 18.33 | EE |

**(Qualitest)**
CAP, PO, 10 mg, 100s aa ... 00603-3459-21 ... 9.05 ... AB
| 1000s aa ... | 00603-3459-32 | 80.43 | AB |
| 25 mg, 100s aa ... | 00603-3459-21 | 11.80 | AB |
| 1000s aa ... | 00603-3459-32 | 110.91 | AB |
| 50 mg, 100s aa ... | 00603-3457-21 | 16.61 | AB |
| 1000s aa ... | 00603-3457-32 | 100.67 | AB |
| 75 mg, 100s aa ... | 00603-3459-21 | 41.50 | AB |
| 1000s aa ... | 00603-3459-32 | 364.35 | AB |
| 100 mg, 100s aa ... | 00603-3459-21 | 29.96 | AB |
| 150 mg, 100s aa ... | 00603-3459-21 | 48.10 | AB |

**(Quality Care)**
CAP, PO, 10 mg, 30s aa ... 50346-0793-30 ... 9.71 ... EE
| 25 mg, 10s aa ... | 50346-0553-10 | 8.47 | EE |
| 12s aa ... | 50346-0553-12 | 5.26 | EE |
| 30s aa ... | 50346-0553-30 | 13.12 | EE |
| 90s aa ... | 50346-0353-90 | 39.33 | EE |
| 50 mg, 30s aa ... | 50346-0269-30 | 18.45 | EE |

**(Rexway)**
CAP, PO, 10 mg, 100s aa ... 00686-0436-20 ... 10.00 ... AB
| 25 mg, 100s aa ... | 00686-0437-20 | 12.00 | AB |
| 50 mg, 100s aa ... | 00686-0438-20 | 19.50 | AB |
| 100 mg, 100s aa ... | 00686-0951-20 | 21.00 | AB |
| CNT, PO, 10 mg/ml, 120 ml | 00686-0812-14 | 13.00 | EE |

**(Rugby)**
CNT, PO, 10 mg/ml, 120 ml 00536-0685-97 ... 16.35 ... AA

---

**(Schein)**
CAP, PO, 10 mg, 100s aa ...
| 100s aa UD ... | | | AB |
| 25 mg, 100s aa ... | 00364-2114-01 | | AB |
| 100s aa UD ... | 00364-2114-53 | | AB |
| 500s aa ... | 00364-2114-05 | | AB |
| 1000s aa ... | 00364-2114-10 | | AB |
| 50 mg, 100s aa ... | 00364-2116-01 | | AB |
| 100s aa UD ... | 00364-2116-53 | | AB |
| 75 mg, 100s aa ... | 00364-2118-01 | | AB |
| 100s aa UD ... | 00364-2118-53 | | AB |
| 150 mg, 100s aa ... | 00364-2525-01 | | AB |
| CNT, PO, 10 mg/ml, 120 ml | 00364-2525-12 | | AA |

**(Sky Pharm)**
CAP, PO (BLISTER PACK)
| 25 mg, 750s aa UD ... | 63739-0093-21 | | |

(BLISTER PACK,25X1)
| 25 mg, 775s aa ... | 63739-0093-02 | 333.72 |

(BLISTER PACK)
| 50 mg, 750s aa UD ... | 63739-0094-01 | |

(BLISTER PACK,25X1)
| 50 mg,775s aa UD ... | 63739-0094-02 | 333.72 |

**(Southwood)**
CAP, PO, 10 mg, 15s aa ... 58016-0832-15 ... 
| 20s aa ... | 58016-0832-20 | |
| 30s aa ... | 58016-0832-30 | |
| 25 mg, 12s aa ... | 58016-0833-12 | |
| 15s aa ... | 58016-0833-15 | |
| 20s aa ... | 58016-0833-20 | |
| 30s aa ... | 58016-0833-30 | |
| 50 mg, 30s aa ... | 58016-0834-30 | 18.44 |
| 15s aa ... | 58016-0834-00 | 18.88 |

**(UDL)**
CAP, PO (10X10)
| 10 mg, 100s aa UD ... | 51079-0436-20 | 24.40 |
(ROBOT-READY,25X1)
| 25 mg, 25s aa ... | 51079-0437-19 | 3.21 |
(10X10)
| 25 mg, 100s aa UD ... | 51079-0437-20 | 30.68 |
(ROBOT-READY,25X1)
| 50 mg, 25s aa ... | 51079-0438-19 | 3.65 |
(10X10)
| 50 mg, 100s aa UD ... | 51079-0438-20 | 42.74 |
| 75 mg, 100s aa UD ... | 51079-0448-20 | 66.43 |
| 100 mg, 100s aa UD ... | 51079-0541-20 | 76.64 |
| CNT, PO, 10 mg/ml, 120 ml | 51079-0668-37 | 19.70 | 15.36 |

**(URL)**
CAP, PO, 25 mg, 100s aa ... 00677-1102-01 ... 13.22
| 50 mg, 100s aa ... | 00677-1103-01 | 19.22 |
| 100 mg, 100s aa ... | 00677-1105-01 | 41.59 |

**(Warner Chilcott Gen)**
CNT, PO (WDROPPER)
... 10 mg/ml, 120 ml ... 00047-2623-35 ... 16.35

**(Watson)**
CAP, PO, 10 mg, 100s aa ... 52544-0895-01 ... 12.90
| 1000s aa ... | 52544-0895-10 | 115.20 |
| 25 mg, 100s aa ... | 52544-0896-01 | 13.25 |
| 1000s aa ... | 52544-0896-10 | 120.05 |
| 50 mg, 100s aa ... | 52544-0897-01 | 19.02 |
| 1000s aa ... | 52544-0897-10 | 176.00 |

**DOXIL (SEQUUS)**
doxorubicin hydrochloride liposome
INJ, IJ (S.D.V. STEALTH LIPOSOME)
... 2 mg/ml, 10 ml ... 61471-0295-12 ... 656.25

**DOXINE (Merit)**
vitamin b6
INJ, IJ, 100 mg/ml,
... 30 ml ... 30727-0307-60 ... 12.75 ... EE

**DOXORUBICIN HYDROCHLORIDE (APP)**
INJ, IJ (S.D.V.)
| 2 mg/ml, 5 ml ... | 63323-0883-05 | 45.50 | AP |
| 10 ml ... | 63323-0883-10 | 91.00 | AP |
| 25 ml ... | 63323-0883-30 | 231.00 | AP |
(VIAL)
| 2 mg/ml, 100 ml ... | 63323-0101-91 | 998.00 | AP |

**(Astra Pharm L.P.)**
INJ, IJ (VIAL, P.F.)
| 2 mg/ml, 5 ml 10s ... | 00186-1532-31 | 125.00 | AP |
| 50 mg ... | 00186-1532-41 | 125.00 | AP |
(S.D.V., P.F.)
| 2 mg/ml, 25 ml ... | 00186-1532-51 | 256.35 | AP |
(M.D.V., P.F.)
| 2 mg/ml, 100 ml ... | 00186-1532-81 | 1017.96 | AP |
PDI, IJ (VIAL)
| 10 mg, 10s aa ... | 00186-1530-13 | 167.38 | AP |
| 50 mg, aa ... | 00186-1531-01 | 83.69 | AP |

RED BOOK Database Services...
Put the Power of RED BOOK on Your Computer. For information call toll free: (800) 722-3062

ReadyPrice

RX PRODUCT LISTINGS

**305/DOXYC**

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Bedford)** | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 2 mg/ml, 5 ml 10s ea. | 55390-0235-10 | 473.50 | | AP |
| 10 ml 10s. | 55390-0236-10 | 947.00s | | AP |
| 25 ml. | 55390-0237-01 | 236.74 | | AP |
| (M.D.V.) | | | | |
| 2 mg/ml, 100 ml ea. | 55390-0238-01 | 945.98 | | AP |
| POI, IJ (S.D.V.) | | | | |
| 10 mg, 10s ea. | 55390-0231-10 | 450.70 | | AP |
| 20 mg, 10s ea. | 55390-0232-10 | 901.60 | | AP |
| 50 mg, ea. | 55390-0233-01 | 225.40 | | AP |
| **(Bristol-Myer Onc/Imm)** See RUBEX | | | | |
| **(Gensia)** | | | | |
| INJ, IJ (S.D.V. POLYMER) | | | | |
| 2 mg/ml, 5 ml. | 00703-5043-03 | 175.00 | | AP |
| 25 ml. | 00703-5046-01 | 87.50 | | AP |
| (M.D.V. POLYMER) | | | | |
| 2 mg/ml, 100 ml. | 00703-5048-01 | 350.00 | | AP |
| **(Pharmacia/Upjohn)** See ADRIAMYCIN PFS | | | | |
| **(Pharmacia/Upjohn)** See ADRIAMYCIN RDF | | | | |
| **DOXORUBICIN HYDROCHLORIDE LIPOSOME (SEQUUS)** See DOXIL | | | | |
| **DOXY 100 (APP)** | | | | |
| doxycycline hyclate | | | | |
| POI, IJ (VIAL,P.F.) | | | | |
| 100 mg, ea. | 63323-0130-03 | 18.89 | | AP |
| **DOXYCYCLINE CALCIUM** | | | | |
| **(Pfizer U.S.P.G.)** See VIBRAMYCIN CALCIUM | | | | |
| **DOXYCYCLINE HYCLATE** | | | | |
| CAP, PO, 100 mg, 50s ea. | | 4.26 | | |
| TAB, PO, 100 mg, 50s ea. | | 4.46 | | |
| **(APP)** See DOXY 100 | | | | |
| **(Allscripts)** | | | | |
| CAP, PO, 50 mg, 14s ea. | 54569-0147-00 | 4.87 | | EE |
| 20s ea. | 54569-0147-02 | 6.63 | | EE |
| 22s ea. | 54569-0147-03 | 7.18 | | AB |
| 50s ea. | 54569-0147-01 | 16.58 | | EE |
| 100 mg, 4s ea. | 54569-1840-06 | 2.16 | | EE |
| 5s ea. | 54569-1840-05 | | | EE |
| 12s ea. | 54569-1840-07 | 10.50 | | EE |
| 14s ea. | 54569-1840-00 | 6.30 | | EE |
| 20s ea. | 54569-1840-08 | 10.99 | | EE |
| 50s ea. | 54569-1840-00 | 20.99 | | EE |
| (MEVAL) | | | | |
| 100 mg, ea. | 54569-3521-00 | 16.70 | | EE |
| 100 mg, 25 ea. | 54569-3974-00 | 0.93 | | AB |
| 6s ea. | 54569-3074-03 | 5.71 | | AB |
| 8s ea. | 54569-0116-02 | 7.82 | | EE |
| 9s ea. | 54569-3074-01 | 8.94 | | EE |
| 10s ea. | 54569-0116-00 | 11.18 | | EE |
| 14s ea. | 54569-3074-04 | 4.89 | | EE |
| 16s ea. | 54569-0110-00 | 15.65 | | EE |
| 14s ea. | 54569-0110-04 | 16.76 | | AB |
| 20s ea. | 54569-0118-04 | 7.16 | | EE |
| 28s ea. | 54569-0118-01 | 22.35 | | EE |
| 30s ea. | 54569-0118-03 | 31.29 | | EE |
| 50s ea. | 54569-0118-00 | 33.53 | | EE |
| 100s ea. | 54569-0111-00 | 111.75 | | EE |
| 500s ea. | 54569-0111-07 | 25.08 | | EE |
| TAB, PO, 50 mg, 50s ea. | 54569-0111-08 | 67.05 | | EE |
| 100 mg, 50s ea. | 59772-0866-01 | 37.38 | | AP |
| 20s ea. | 59772-0840-01 | 30.38 | | EE |
| 100 mg, 50s ea. | 59772-0840-02 | 282.95 | | AP |
| 500s ea. | 59772-0603-01 | 27.73 | | AB |
| 500s ea. | 59772-0603-02 | 255.08 | | AB |
| 100 mg, 50s ea. | 55175-4072-01 | 3.15 | | EE |
| 500s ea. | 55175-4072-01 | 5.25 | | EE |
| 100 mg, 50s ea. | 55175-4072-08 | 5.61 | | EE |
| 500s ea. | 55175-4072-06 | 5.97 | | EE |
| 1000s ea. | 55175-0272-07 | 10.20 | | EE |
| 100 mg, 2s ea. | 55175-0329-03 | 1.00 | | EE |
| 5s ea. | 55175-0329-03 | 3.00 | | EE |
| 12s ea. | 55175-0329-02 | 4.50 | | EE |
| 14s ea. | 55175-0329-06 | 3.50 | | EE |
| 500s ea. | 55175-0329-06 | 6.13 | | EE |
| 500s ea. | 55175-0329-07 | 10.50 | | EE |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Collagenex)** See PERIOSTAT | | | | |
| **(Compumed)** | | | | |
| CAP, PO, 100 mg, 10s ea. | 00403-2274-10 | 2.20 | | AB |
| 11s ea. | 00403-2274-11 | 2.30 | | AB |
| 12s ea. | 00403-2274-12 | 2.35 | | AB |
| 14s ea. | 00403-2274-14 | 2.75 | | AB |
| 15s ea. | 00403-2274-15 | 3.30 | | AB |
| +20s ea. | 00403-2274-20 | 3.75 | | AB |
| 21s ea. | 00403-2274-21 | 4.50 | | AB |
| 28s ea. | 00403-2274-28 | 5.25 | | AB |
| 30s ea. | 00403-2274-30 | 5.60 | | AB |
| 100s ea. | 00403-2274-01 | 12.75 | | AB |
| TAB, PO, 100 mg, 6s ea. | 00403-2268-06 | 2.40 | | EE |
| 10s ea. | 00403-2268-10 | 2.65 | | EE |
| 14s ea. | 00403-2268-14 | 2.95 | | EE |
| 20s ea. | 00403-2268-20 | 4.20 | | EE |
| 21s ea. | 00403-2268-21 | 4.45 | | EE |
| 28s ea. | 00403-2268-28 | 4.95 | | EE |
| 100s ea. | 00403-2268-01 | 12.25 | | EE |
| **(Consolidated Midland)** | | | | |
| CAP, PO, 50 mg, 50s ea. | 00223-6871-00 | 10.00 | | EE |
| 100s ea. | 00223-6871-01 | 19.50 | | EE |
| TAB, PO, 100 mg, 50s ea. | 00223-0872-05 | 12.50 | | EE |
| 100s ea. | 00223-0872-50 | 107.50 | | EE |
| **(Dixon-Shane)** | | | | |
| CAP, PO, 100 mg, 14s ea. | 17236-0527-14 | 3.98 | | AB |
| 28s ea. | 17236-0527-28 | 3.50 | | AB |
| 50s ea. | 17236-0527-55 | 19.10 | | AB |
| 500s ea. | 17236-0527-05 | 148.95 | | AB |
| **(Edwards)** See ED DOXY CAPS | | | | |
| **(GSMS)** | | | | |
| TAB, PO (UNIT OF USE) | | | | |
| 100 mg, 14s ea. | 60429-0069-14 | 7.76 | | AB |
| 20s ea. | 60429-0069-20 | 11.08 | | AB |
| **(Halsey Drug)** | | | | |
| CAP, PO, 50 mg, 50s ea. | 00879-0525-50 | 12.80 | | AB |
| 100 mg, 50s ea. | 00879-0525-60 | 24.05 | | AB |
| 500s ea. | 00879-0525-05 | 216.50 | | AB |
| TAB, PO, 100 mg, 50s ea. | 00879-0725-60 | 24.05 | | AB |
| 500s ea. | 00879-0725-05 | 216.50 | | AB |
| **(Heartland)** | | | | |
| CAP, PO, 50 mg, 30s ea. UD | 61362-0731-30 | 23.78 | | EE |
| (BLISTER PACK) | | | | |
| 50 mg, 30s ea. | 61392-0731-30 | 23.78 | | EE |
| 31s ea. UD | 61392-0731-31 | 24.57 | | EE |
| 32s ea. UD | 61392-0731-32 | 25.36 | | EE |
| 45s ea. UD | 61392-0731-45 | 35.67 | | EE |
| 60s ea. UD | 61392-0731-60 | 47.56 | | EE |
| 90s ea. UD | 61392-0731-90 | 71.34 | | EE |
| 500s ea. UD | 61392-0731-91 | 396.35 | | EE |
| 2000s ea. UD | 61392-0731-54 | 1585.40 | | EE |
| 10000s ea. UD | 61392-0731-91T | 7927.00 | | EE |
| 100 mg, 30s ea. UD | 61392-0732-30 | 57.00 | | EE |
| (BLISTER PACK) | | | | |
| 100 mg, 30s ea. | 61392-0732-30 | 57.09 | | EE |
| 31s ea. UD | 61392-0732-31 | 59.62 | | EE |
| 32s ea. UD | 61392-0732-32 | 61.54 | | AB |
| 45s ea. UD | 61392-0732-45 | 88.54 | | AB |
| 60s ea. UD | 61392-0732-60 | 115.39 | | AB |
| 90s ea. UD | 61392-0732-90 | 173.00 | | AB |
| 500s ea. UD | 61392-0732-91 | 961.57 | | AB |
| 2000s ea. UD | 61392-0732-54 | 3846.28 | | AB |
| 10000s ea. UD | 61392-0732-91 | 19231.00 | | AB |
| **(Major)** | | | | |
| CAP, PO, 100 mg, 500s ea. | 00904-0436-60 | 94.26 | | EE |
| TAB, PO, 100 mg, 50s ea. | 00904-0438-51 | 17.50 | | EE |
| 500s ea. | 00904-0438-40 | 63.75 | | EE |
| **(Medisca)** | | | | |
| POW, (U.S.P.) | | | | |
| 25 gm. | 38779-0434-04 | 30.38 | | EE |
| 100 gm. | 38779-0434-05 | 113.63 | | EE |
| **(Moore,H.L.)** | | | | |
| CAP, PO, 50 mg, 50s ea. | 00839-1288-64 | 13.23 9.60 | | AB |
| 100 mg, 50s ea. | 00839-1289-64 | 25.25 18.70 | | AB |
| 500s ea. | 00839-1289-12 | 227.33 168.39 | | AB |
| TAB, PO, 100 mg, 50s ea. | 00839-8641-64 | 25.25 18.70 | | AB |
| 500s ea. | 00839-8641-12 | 227.33 168.39 | | AB |
| **(Matusi)** | | | | |
| CAP, PO, 50 mg, 50s ea. | 53489-0118-60 | 37.25 | | AB |
| 500s ea. | 53489-0118-05 | 335.25 | | AB |
| 100 mg, 50s ea. | 53489-0119-60 | 66.96 | | AB |
| 500s ea. | 53489-0119-05 | 579.38 | | AB |
| TAB, PO, 100 mg, 50s ea. | 53489-0120-60 | 26.62 | | AB |
| 500s ea. | 53489-0120-05 | 244.27 | | AB |
| **(Mylan)** | | | | |
| CAP, PO, 50 mg, 50s ea. | 00378-0145-69 | 37.25 | | AB |
| 100 mg, 50s ea. | 00378-0146-69 | 27.54 | | AB |
| 500s ea. | 00378-0148-05 | 234.65 | | AB |
| TAB, PO, 100 mg, 50s ea. | 00378-0167-26 | 206.55 | | AB |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|



**RED BOOK™ for Windows®**

**Special Offer for 1999**

**(800) 722-3062**

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(PD-RX Pharm)** | | | | |
| CAP, PO, 50 mg, 16s ea. | 55289-0502-16 | 4.14 | | AB |
| 60s ea. | 55289-0235-60 | 9.54 | | AB |
| 100 mg, 2s ea. | 55289-0107-02 | 2.63 | | AB |
| 2s ea. | 55289-0866-02 | 2.63 | | AB |
| 6s ea. | 55289-0107-06 | 4.41 | | AB |
| 10s ea. | 55289-0107-10 | 5.18 | | AB |
| 12s ea. | 55289-0107-12 | 5.20 | | AB |
| 14s ea. | 55289-0107-14 | 5.25 | | AB |
| 14s ea. | 55289-0866-14 | 5.79 | | AB |
| 14s ea. | 55864-0150-14 | 2.35 | | AB |
| 20s ea. | 55289-0107-20 | 6.65 | | AB |
| 20s ea. | 55864-0190-20 | 7.17 | | AB |
| 20s ea. | 55864-0190-20 | 2.78 | | AB |
| 28s ea. | 55289-0107-28 | 7.11 | | AB |
| 30s ea. | 55864-0190-30 | 3.43 | | AB |
| 30s ea. | 55289-0197-30 | 9.00 | | AB |
| 40s ea. | 55289-0107-40 | 8.51 | | AB |
| 56s ea. | 55289-0107-56 | 10.20 | | AB |
| 60s ea. | 55289-0107-60 | 10.74 | | AB |
| 100s ea UD | 55289-0107-17 | 19.97 | | AB |
| 100s ea. | 55289-0107-01 | 12.71 | | AB |
| TAB, PO, 100 mg, 14s ea. | 55864-0189-14 | 2.43 | | AB |
| 20s ea. | 55864-0189-20 | 2.85 | | AB |
| 30s ea. | 55864-0189-30 | 3.57 | | AB |
| **(Parmed)** | | | | |
| CAP, PO, 50 mg, 50s ea. | 00349-1007-50 | 28.95 | | AB |
| 100 mg, 50s ea. | 00349-1006-50 | 29.65 | | AB |
| 500s ea. | 00349-1008-05 | 210.50 | | AB |
| **(Pfizer U.S.P.G.)** See VIBRA-TABS | | | | |
| **(Pfizer U.S.P.G.)** See VIBRAMYCIN HYCLATE | | | | |
| **(Pharm Corp/America)** | | | | |
| CAP, PO, 100 mg, 10s ea. | 51655-0186-63 | 3.85 | | EE |
| 14s ea. | 51655-0186-64 | 4.45 | | EE |
| 20s ea. | 51655-0196-52 | 5.40 | | EE |
| **(Pharma Pac)** | | | | |
| CAP, PO, 100 mg, 10s ea. | 52959-0055-10 | 11.49 | | EE |
| 14s ea. | 52959-0055-14 | 15.56 | | EE |
| 15s ea. | 52959-0055-15 | 16.65 | | EE |
| 20s ea. | 52959-0055-20 | 19.40 | | EE |
| 28s ea. | 52959-0055-28 | 26.99 | | EE |
| 100s ea. | 52959-0055-00 | 86.77 | | EE |
| TAB, PO, 100 mg, 20s ea. | 52959-0434-20 | 18.65 | | EE |
| **(Phys Total Care)** | | | | |
| CAP, PO, 50 mg, 20s ea. | 54868-3169-01 | 3.47 | | EE |
| 40s ea. | 54868-3169-02 | 5.45 | | EE |
| 60s ea. | 54868-3169-00 | 7.91 | | EE |
| 100 mg, 10s ea. | 54868-0023-08 | 2.08 | | EE |
| 14s ea. | 54868-0023-11 | 2.37 | | EE |
| 20s ea. | 54868-0023-07 | 2.82 | | EE |
| 26s ea. | 54868-0023-07 | 3.41 | | EE |
| 30s ea. | 54868-0023-05 | 3.56 | | EE |
| 50s ea. | 54868-0023-00 | 4.30 | | EE |
| 60s ea. | 54868-0023-09 | 5.79 | | EE |
| 90s ea. | 54868-0023-09 | 8.76 | | EE |
| 500s ea. | 54868-0023-50 | 37.34 | | EE |
| TAB, PO, 100 mg, 11s ea. | 54868-0191-02 | 2.73 | | EE |
| 14s ea. | 54868-0191-03 | 3.11 | | EE |
| 30s ea. | 54868-0191-01 | 3.87 | | EE |
| 60s ea. | 54868-0191-04 | 8.93 | | EE |
| **(Qualitest)** | | | | |
| CAP, PO, 50 mg, 50s ea. | 00603-3480-10 | 7.45 | | AB |
| 100 mg, 50s ea. | 00603-3481-10 | 8.35 | | AB |
| 500s ea. | 00603-3481-19 | 140.11 | | AB |
| TAB, PO, 100 mg, 50s ea. | 00603-3482-10 | 18.45 | | AB |
| 500s ea. | 00603-3482-28 | 142.40 | | AB |
| **(Quality Care)** | | | | |
| CAP, PO, 100 mg, 10s ea. | 60346-0109-10 | 8.88 | | EE |
| 14s ea. | 60346-0109-12 | 10.65 | | EE |
| 20s ea. | 60346-0109-24 | 12.43 | | EE |
| 25s ea. | 60346-0109-25 | 17.75 | | EE |
| 28s ea. | 60346-0109-25 | 22.19 | | EE |
| TAB, PO, 100 mg, 10s ea. | 60346-0445-10 | 9.88 | | EE |
| 14s ea. | 60346-0445-14 | 12.42 | | EE |
| 20s ea. | 60346-0445-20 | 17.75 | | EE |
| 28s ea. | 60346-0445-28 | 19.23 | | EE |



SENOKOT Laxatives When the Rx May Constipate

PURDUE FREDERICK

# RX PRODUCT LISTINGS

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Pharma Pac)** | | | | |
| SUS, OP, 0.1%, 5 ml .... 52959-1433-05 | | 16.25 | | EE |
| **FLUOROMETHOLONE ACETATE** | | | | |
| **(Alcon Ophthalmic)** *See FLAREX* | | | | |
| **(Ciba Ophth)** *See EFLONE* | | | | |
| **FLUOROPLEX (Allergan Inc)** | | | | |
| fluorouracil | | | | |
| CRE, TP, 1%, 30 gm...... 00023-0812-30 | | 51.16 | | |
| SOL, TP, 1%, 30 ml ...... 00023-0810-30 | | 51.16 | | |
| **(Allscripts)** | | | | |
| **REPACK** | | | | |
| SOL, TP, 1%, 30 ml ...... 54569-1565-00 | | 43.06 | | |
| **FLUOROURACIL (APP)** | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 50 mg/ml, 10 ml ...... 63323-0117-10 | | 2.89 | | AP |
| 20 ml...... 63323-0117-20 | | 5.74 | | AP |
| (PHARMACY BULK PACK) | | | | |
| 50 mg/ml, 50 ml ...... 63323-0117-51 | | 14.35 | | AP |
| 100 ml ...... 63323-0117-81 | | 28.70 | | AP |
| **(Allergan Inc)** *See FLUOROPLEX* | | | | |
| **(ICN)** *See EFUDEX* | | | | |
| **(ICN)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 50 mg/ml, | | | | |
| 10 ml 10s........ 00904-1977-01 | | 15.61 | | AP |
| **(Medisca)** | | | | |
| POW, (U.S.P, 5-FU) | | | | |
| 10 gm ............ 38779-0025-01 | | 31.50 | | |
| **(Pharmacia/Upjohn)** *See ADRUCIL* | | | | |
| **(Solopak Labs)** | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 50 mg/ml, | | | | |
| 10 ml 10s........ 38769-0012-10 | | 37.50 | | AP |
| (BULK VIAL) | | | | |
| 50 mg/ml, | | | | |
| 100 ml 10s ...... 38769-0012-90 | | 250.00 | | AP |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Phys Total Care)** | | | | |
| INJ, IJ, 25 mg/ml, 5 ml ... 54868-2370-01 | | 89.37 | | EE |
| **(Radford Tharapeutics)** | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 25 mg/ml, 5 ml...... 63252-1126-05 | | 80.00 | | AO |
| **(Superior)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 25 mg/ml, 5 ml ...... 00144-9644-56 | | 80.25 | | EE |
| **FLUPHENAZINE ENANTHATE** | | | | |
| **(Apothecon)** *See PROLIXIN ENANTHATE* | | | | |
| **FLUPHENAZINE HYDROCHLORIDE** | | | | |
| **HCFH** | | | | |
| TAB, PO, 1 mg, 100s ea............... | | 18.81 | | |
| 2.5 mg, 100s ea............ | | 26.91 | | |
| 5 mg, 100s ea............ | | 35.21 | | |
| 10 mg, 100s ea............ | | 42.24 | | |
| **(APP)** | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 2.5 mg/ml, 10 ml ...... 63323-0281-10 | | 42.57 | | AP |
| **(Allscripts)** | | | | |
| TAB, PO, 5 mg, 30s ea ... 54569-3191-00 | | 26.03 | | EE |
| **(American Health)** | | | | |
| TAB, PO, 1 mg, 100s ea UD 52584-0866-01 | | 62.94 | | AB |
| 2.5 mg, 100s ea UD ... 52584-0669-01 | | 88.37 | | AB |
| 5 mg, 100s ea UD ... 52584-0793-01 | | 133.05 | | AB |
| 10 mg, 100s ea UD ... 52584-8704-01 | | 169.36 | | AB |
| **(Apothecon)** *See PROLIXIN* | | | | |
| **(Copley)** | | | | |
| CNT, PO, 5 mg/ml, 120 ml 38245-0630-14 | | 112.80 | | AA |
| ELI, PO, 2.5 mg/5 ml, | | | | |
| 60 ml........... 38245-0665-12 | | 15.90 | | AA |
| 473 ml ....... 38245-0686-07 | | 142.75 | | AA |
| **(Dixon-Shane)** | | | | |
| TAB, PO, 1 mg, 100s ea ... 17236-0489-01 | | 45.90 | | AB |
| 100s ea UD ... 17236-0489-11 | | 62.40 | | AB |
| 500s ea........ 17236-0489-05 | | 229.50 | | AB |
| 2.5 mg, 100s ea...... 17236-0490-01 | | 64.98 | | AB |
| 100s ea UD ... 17236-0490-11 | | 89.60 | | AB |
| 500s ea........ 17236-0490-05 | | 324.90 | | AB |
| 5 mg, 100s ea........ 17236-0491-01 | | 83.75 | | AB |
| 100s ea UD ... 17236-0491-11 | | 132.74 | | AB |
| 500s ea........ 17236-0491-05 | | 418.75 | | AB |
| 10 mg, 100s ea ...... 17236-0492-01 | | 109.05 | | AB |
| 100s ea UD ... 17236-0492-11 | | 158.50 | | AB |
| 500s ea........ 17236-0492-05 | | 545.25 | | AB |
| **(GSMS)** | | | | |
| TAB, PO (UNIT OF USE) | | | | |
| 10 mg, 90s ea ...... 00429-8075-90 | | 108.86 | | AB |
| **(Geneva)** | | | | |
| TAB, PO, 1 mg, 50s ea...... 00781-1436-50 | | 26.10 | | AB |
| 100s ea........ 00781-1436-01 | | 49.75 | | AB |
| 100s ea UD ... 00781-1436-13 | | 62.99 | | AB |
| 500s ea........ 00781-1436-05 | | 253.79 | | AB |
| 2.5 mg, 50s ea...... 00781-1437-50 | | 40.57 | | AB |
| 100s ea........ 00781-1437-01 | | 75.75 | | AB |
| 100s ea UD ... 00781-1437-13 | | 90.99 | | AB |
| 500s ea........ 00781-1437-05 | | 330.74 | | AB |
| 5 mg, 50s ea...... 00781-1438-50 | | 47.17 | | AB |
| 100s ea........ 00781-1438-01 | | 89.95 | | AB |
| 100s ea UD ... 00781-1438-13 | | 134.99 | | AB |
| 500s ea........ 00781-1438-05 | | 423.70 | | AB |
| 10 mg, 500s ea...... 00781-1439-50 | | 60.24 | | AB |
| 100s ea........ 00781-1439-01 | | 170.30 | | AB |
| 100s ea UD ... 00781-1439-13 | | 114.79 | | AB |
| 500s ea........ 00781-1439-05 | | 545.25 | | AB |
| **(Heartland)** | | | | |
| TAB, PO, 1 mg, 30s ea UD 61392-0057-30 | | 24.71 | | AB |
| (BLISTER PACK) | | | | |
| 1 mg, 30s ea........ 61392-0057-39 | | 24.71 | | AB |
| 31s ea UD ... 61392-0057-31 | | 25.53 | | AB |
| 32s ea UD ... 61392-0057-32 | | 26.35 | | AB |
| 45s ea UD ... 61392-0057-45 | | 37.06 | | AB |
| 60s ea UD ... 61392-0057-60 | | 49.42 | | AB |
| 90s ea UD ... 61392-0057-90 | | 74.12 | | AB |
| 500s ea UD ... 61392-0057-81 | | 411.75 | | AB |
| 2000s ea UD ... 61392-0057-64 | | 1647.00 | | AB |
| 10000s ea UD ... 61392-0057-91 | | 8235.00 | | AB |
| 100s ea UD ... 61392-0058-30 | | 34.93 | | AB |
| (BLISTER PACK) | | | | |
| 2.5 mg, 30s ea...... 61392-0058-39 | | 34.93 | | AB |
| 31s ea UD ... 61392-0058-31 | | 36.09 | | AB |
| 32s ea UD ... 61392-0058-32 | | 37.28 | | AB |
| 45s ea UD ... 61392-0058-45 | | 52.39 | | AB |
| 60s ea UD ... 61392-0058-60 | | 69.85 | | AB |
| 90s ea UD ... 61392-0058-90 | | 104.79 | | AB |
| 500s ea UD ... 61392-0058-81 | | 582.16 | | AB |
| 2000s ea UD ... 61392-0058-64 | | 2326.64 | | AB |
| 10000s ea UD ... 61392-0058-91 | | 11643.20 | | AB |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| 5 mg, 30s ea UD ...... 61392-0059-30 | | 45.19 | | AB |
| (BLISTER PACK) | | | | |
| 5 mg, 30s ea...... 61392-0059-39 | | 45.19 | | AB |
| 31s ea UD ... 61392-0059-31 | | 46.70 | | AB |
| 32s ea UD ... 61392-0059-32 | | 48.20 | | AB |
| 45s ea UD ... 61392-0059-45 | | 67.79 | | AB |
| 60s ea UD ... 61392-0059-60 | | 90.38 | | AB |
| 90s ea UD ... 61392-0059-90 | | 135.57 | | AB |
| 500s ea UD ... 61392-0059-81 | | 753.19 | | AB |
| 2000s ea UD ... 61392-0059-64 | | 3012.76 | | AB |
| 10000s ea UD ... 61392-0059-91 | | 15063.80 | | AB |
| 100s ea UD ... 61392-0060-30 | | 58.84 | | AB |
| (BLISTER PACK) | | | | |
| 10 mg, 30s ea...... 61392-0060-39 | | 58.84 | | AB |
| 31s ea UD ... 61392-0060-31 | | 60.80 | | AB |
| 32s ea UD ... 61392-0060-32 | | 62.77 | | AB |
| 45s ea UD ... 61392-0060-45 | | 68.26 | | AB |
| 60s ea UD ... 61392-0060-60 | | 117.69 | | AB |
| 90s ea UD ... 61392-0060-90 | | 176.53 | | AB |
| 500s ea UD ... 61392-0060-81 | | 980.72 | | AB |
| 2000s ea UD ... 61392-0060-64 | | 3922.86 | | AB |
| 10000s ea UD ... 61392-0060-91 | | 19614.30 | | AB |
| **(Major)** | | | | |
| TAB, PO, 1 mg, 100s ea ... 00904-3673-60 | | 47.05 | | AB |
| 5 mg, 100s ea...... 00904-3675-60 | | 84.25 | | AB |
| 10 mg, 100s ea ...... 00904-3676-60 | | 111.40 | | AB |
| 500s ea........ 00904-3676-40 | | 339.45 | | AB |
| **(Moore, H.L.)** | | | | |
| TAB, PO, 1 mg, 100s ea...... 00839-6440-06 | | 48.18 | 35.89 | AB |
| 2.5 mg, 100s ea...... 00839-6441-06 | | 68.24 | 50.55 | AB |
| 5 mg, 100s ea...... 00839-6442-06 | | 87.95 | 65.15 | AB |
| 10 mg, 100s ea...... 00839-7452-06 | | 114.48 | 84.80 | AB |
| **(Mylan)** | | | | |
| TAB, PO, 1 mg, 100s ea...... 00378-6004-01 | | 51.95 | | AB |
| 500s ea........ 00378-6004-05 | | 245.45 | | AB |
| 2.5 mg, 100s ea...... 00378-6009-01 | | 78.95 | | AB |
| 500s ea........ 00378-6009-05 | | 357.75 | | AB |
| 5 mg, 100s ea...... 00378-6074-01 | | 91.95 | | AB |
| 500s ea........ 00378-6074-05 | | 422.50 | | AB |
| 10 mg, 100s ea...... 00378-6097-01 | | 117.95 | | AB |
| 500s ea........ 00378-6097-05 | | 548.95 | | AB |
| **(Par)** | | | | |
| TAB, PO, 1 mg, 100s ea ... 49884-0061-01 | | 52.23 | | AB |
| 500s ea........ 49884-0061-05 | | 245.48 | | AB |
| 2.5 mg, 100s ea...... 49884-0062-01 | | 179.55 | | AB |
| 500s ea........ 49884-0062-05 | | 357.75 | | AB |
| 5 mg, 100s ea...... 49884-0076-01 | | 92.50 | | AB |
| 100s ea UD ... 49884-0076-05 | | 425.50 | | AB |
| 10 mg, 100s ea ... 49884-0064-01 | | 119.00 | | AB |
| 500s ea........ 49884-0064-05 | | 547.40 | | AB |
| **(Parmed)** | | | | |
| TAB, PO, 1 mg, 100s ea ... 00349-8983-01 | | 47.95 | | AB |
| 2.5 mg, 100s ea ... 00349-8981-01 | | 69.95 | | AB |
| 5 mg, 100s ea ... 00349-8982-01 | | 87.95 | | AB |
| 10 mg, 100s ea ... 00349-8979-01 | | 110.15 | | AB |
| **(Pharm Assoc)** | | | | |
| CNT, PO (D.F., S.F., W/DROPPER) | | | | |
| 5 mg/ml, 120 ml ... 00121-0653-04 | | 106.94 | | AA |
| ELI, PO (RASPBERRY) | | | | |
| 2.5 mg/5 ml, 60 ml ... 00121-0654-02 | | 18.10 | | AA |
| 473 ml ... 00127-0654-16 | | 128.70 | | AA |
| **(Phys Total Care)** | | | | |
| TAB, PO, 1 mg, 30s ea ... 54868-2156-00 | | 10.19 | | EE |
| 30s ea ... 54868-0976-01 | | 19.04 | | EE |
| 2.5 mg, 30s ea ... 54868-1354-01 | | 14.91 | | EE |
| 5 mg, 30s ea ... 54868-2353-00 | | 16.63 | | EE |
| **(Qualitest)** | | | | |
| TAB, PO, 1 mg, 100s ea ... 00603-3656-21 | | 42.80 | | AB |
| 2.5 mg, 100s ea ... 00603-3667-21 | | 60.60 | | AB |
| 5 mg, 100s ea ... 00603-3658-21 | | 78.74 | | AB |
| 10 mg, 100s ea ... 00603-3668-28 | | 373.95 | | AB |
| 5 mg, 100s ea ... 00603-3669-21 | | 132.36 | | AB |
| 500s ea ... 00603-3659-28 | | 485.90 | | AB |
| **(Quality Care)** | | | | |
| TAB, PO, 5 mg, 30s ea ... 60346-0660-30 | | 20.19 | | EE |



**RED BOOK**
*for Windows®*
**Special Offer**
**for 1999**
**(800) 722-3062**

SENOKOT® Laxatives When the Rx May Constipate FOR DR FREDERICK

| PROD MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

35 mg...
30s ea. C-IV......51641-0243-01 19.25 AB
100s ea. C-IV......51641-0243-01 29.95 AB
100s ea UD, C-IV......51641-0243-11 35.50 AB
100s ea. C-IV......51641-0243-05 145.75 AB
30s ea UD, C-IV......51641-0244-01 19.75 AB
100s ea. C-IV......51641-0244-01 AB
500s ea. C-IV......51641-0244-05 201.75 AB

**GENCYDO #1 (Weleda)**
homeopathic product
INJ, IJ (AMP)
1%, 1 ml 12s......00155-0271-00 9.45

**GENCYDO #3 (Weleda)**
homeopathic product
INJ, IJ (AMP)
3%, 1 ml 12s......00155-0273-00 9.45

**GENCYDO #5 (Weleda)**
homeopathic product
INJ, IJ (AMP)
5%, 1 ml 12s......00155-0275-00 9.45

**GENCYDO #7 (Weleda)**
homeopathic product
INJ, IJ (AMP)
7%, 1 ml 12s......00155-0277-00 9.45

**GENCYDO EYEDROPS (Weleda)**
homeopathic product
SOL, OP, 1.25.0 ml......85046-0272-05 5.70

**GENERLAC (Morton Grove)**
lactulose
SOL, PO, 10 gm/15 ml.
480 ml......60432-0038-16 25.85
1920 ml......60432-0038-64 88.77

**GENESA (Gensia Automedics)**
arbutamine hydrochloride
INJ, IJ (SNR,PREFILLED)......80703-1166-01 192.00 160.00
...0.05 mg/ml, 20 ml......80703-1166-01 192.00

**GENLYTE-20 CONCENTRATE (Gensia)**
elect/min, multi
INJ, IJ (D.D.V.)
25 ml 25s......80703-5430-04 103.13

**GENLYTE-40 CONCENTRATED (Gensia)**
elect/min, multi
INJ, IJ (D.D.V.)
25 ml 25s......80703-5420-04 109.38

**GENOPTIC (Allergan Inc)**
gentamicin sulfate
SOL, OP, 3 mg/ml, 1 ml......11980-0117-01 2.96 AT
5 ml......11980-0117-05 13.43 AT

**GENOPTIC S.O.P. (Allergan Inc)**
gentamicin sulfate
OIN, OP, 3 mg/gm,
3.500 gm......00023-0320-04 13.51 AT

**GENORA 0.5/35 (Rugby)**
ethinyl estradiol/norethin
TAB, PO (3X28)
35 mcg-0.5 mg,
84s ea......00536-4057-48 57.60 AB

**GENORA 1/35 (Rugby)**
ethinyl estradiol/norethin
TAB, PO (3X21)
35 mcg-1 mg,
63s ea......00536-4058-44 52.50
(6X28)
35 mcg-1 mg,
168s ea......00536-4058-48 105.00

**(Compumed)**
REPACK
TAB, PO, 35 mcg-1 mg,
21s ea......00403-4432-18 16.55

**(Phys Total Care)**
REPACK
TAB, PO, 35 mcg-1 mg,
28s ea......54868-0528-01 8.59

**GENORA 1/50 (Rugby)**
mestranol/norethin
TAB, PO (3X21)
0.05 mg-1 mg,
63s ea......00536-4059-44 52.50
(6X28)
0.05 mg-1 mg,
168s ea......00536-4059-48 105.00

**(Phys Total Care)**
REPACK
TAB, PO, 0.05 mg-1 mg,
28s ea......54868-0529-01 9.25 AB

**GENOTROPIN (Pharmacia/Upjohn)**
somatropin
PDI, IJ (INTRA-MIX, P.F.)
1.5 mg, 5s ea......00013-2606-94 315.00 262.50
5.8 mg, 5s......00013-2626-81 810.00 175.00
(INTRA-MIX)
5.8 mg ea......00013-2816-81 210.00 175.00
5s......00013-2626-94 1050.00 875.00
(INTRA-MIX)
5.8 mg, 5s ea......00013-2816-94 1050.00 875.00
13.8 mg, 5s......00013-2848-81 504.00 420.00
5s......00013-2848-94 2520.00 2100.00

**GENT.SULF/PREDNIS ACE**
(Allergan Inc) See PRED-G

**GENT SULF/PREDNIS ACE**
(Allergan Inc) See PRED-G S.O.P.

**GENT SULF/BOD CL (Abbott Hosp)**
INJ, IJ (LIFECARE)
1.2 mg/ml-0.9%,
50 ml 24s......00074-7979-13 273.60 230.40 AP
1.4 mg/ml-0.9%,
50 ml 24s......00074-7981-13 289.56 243.84 AP
2.8 mg/ml-0.9%,
50 ml 24s......00074-7983-13 291.84 245.76 AP
100 mg/100 ml-0.9%,
100 ml 24s......00074-7989-23 317.49 267.36 AP
80 mg/100 ml-0.9%,
100 ml 24s......00074-7984-23 291.84 245.76 AP
90 mg/100 ml-0.9%,
100 ml 24s......00074-7988-23 308.94 260.16 AP

**(B. Braun/McGaw)**
INJ, IJ (100 ML PAB CONTAINER)
1.2 mg/ml-0.9%,
50 ml......00264-5812-38 10.36
1.6 mg/ml-0.9%,
50 ml......00264-5816-38 10.79
(150 ML PAB CONTAINER)
100 mg/100 ml-0.9%,
100 ml......00264-5810-32 9.48
80 mg/100 ml-0.9%,
100 ml 24s......00264-5808-32 10.76
80 mg/100 ml-0.9%,
100 ml......00264-5808-32 10.79

**(Baxter)**
INJ, IJ, 1.2 mg/ml-0.9%,
50 ml 24s......00338-0507-41 222.91
1.6 mg/ml-0.9%,
50 ml 24s......00338-0509-41 237.89
100 mg/100 ml-0.9%,
100 ml 24s......00338-0505-48 258.62
90 mg/100 ml-0.9%,
100 ml 24s......00338-0501-48 222.91
100 ml 24s......00338-0503-48 263.94
0.8 mg/ml-0.9%,
50 ml 24s......00338-0503-41 213.53
(VIAFLEX)
0.8 mg/ml-0.9%,
100 ml 24s......00338-0503-48 237.89
2 mg/ml-0.9%,
50 ml 24s......00338-0511-41 258.62

**GENTACIDIN (Ciba Ophth)**
gentamicin sulfate
SOL, OP, 3 mg/ml, 5 ml......58768-0385-05 9.25 AT

**GENTAFAIR (Qualitest)**
gentamicin sulfate
SOL, OP, 3 mg/ml, 5 ml......00603-7158-37 5.40 AT

**GENTAK (Akorn)**
gentamicin sulfate
OIN, OP, 3 mg/gm,
3.500 gm......17478-0284-35 12.75 AT
SOL, OP, 3 mg/ml, 5 ml......17478-0283-10 9.54 AT
15 ml......17478-0283-12 11.91 AT

**GENTAMICIN SULFATE**
HCFA
CRE, TP, 0.1%, 15 gm......1.80
30 gm......6.13
OIN, OP, 0.3%, 3.500 gm......12.41
TP, 0.1%, 15 gm......1.80
30 gm......4.43
SOL, OP, 3 mg/ml, 5 ml......2.40
15 ml......4.81

**(APP)**
INJ, IJ (M.D.V.)
40 mg/ml, 2 ml......63323-0010-02 2.26
20 ml......63323-0010-20 12.64
(BULK PACKAGE)
40 mg/ml, 5 ml......63323-0010-50 32.59 AP

**(APP) See GENTAMICIN SULFATE PEDIATRIC**

**(Abbott Hosp)**
INJ, IJ (VIAL-ADD-VANTAGE)
10 mg/ml, 6 ml 25s......00074-3480-01 182.00 136.50 AP
8 ml 25s......00074-3401-01 172.78 145.50 AP
10 ml 25s......00074-3402-01 185.84 166.50 AP
(VIAL, FLIPTOP)
3.500 gm......00074/1207-03 61.45 51.75 AP

**(Akorn) See GENTAK**

**(Allergan Inc) See GENOPTIC**

**(Allergan Inc) See GENOPTIC S.O.P.**

**(Allscripts)**
CRE, TP, 0.1%, 15 gm......54569-1117-00 3.23
INJ, IJ (VIAL)
40 mg/ml, 2 ml 25s......54569-3149-00 26.04 EE
OIN, OP, 3 mg/gm, 3.500 gm.54569-1229-00 13.50 EE
TP, 0.1%, 15 gm......54569-1144-00 3.26 EE
SOL, OP, 3 mg/ml, 5 ml......54569-1160-00 8.63 EE
15 ml......54569-1218-00 8.95 EE

**(Bausch&Lomb Pharm)**
SOL, OP, 3 mg/ml, 5 ml......24208-0580-60 7.10 AT
15 ml......24208-0580-84 8.95 AT

**(Cardinal Pharm)**
CRE, TP, 0.1%, 15 gm......41784-0132-15 12.57 EE
30 gm......41784-0132-30 25.10 EE
OIN, OP, 3 mg/gm, 3.500 gm41784-0174-04 14.52 EE
TP, 0.1%, 15 gm......41784-0172-15 15.80 EE
30 gm......41784-0172-30 32.25 EE
SOL, OP, 3 mg/ml, 5 ml......41784-0133-05 11.27 EE

**(Cheshire)**
CRE, TP, 0.1%, 15 gm......55175-0350-05 4.58 EE
OIN, OP, 3 mg/gm, 3.500 gm55175-1297-01 14.34 EE
TP, 0.1%, 15 gm......55175-0361-00 4.56 EE
SOL, OP, 3 mg/ml, 5 ml......55175-1216-00 8.65 EE
15 ml......55175-1218-01 7.98 EE

**(Ciba Ophth) See GENTACIDIN**

**(Ciba Ophth)**
OIN, OP, 3 mg/gm, 3.500 gm58768-0251-36 14.58

**(Clay-Park)**
CRE, TP, 0.1%, 15 gm......45802-0056-35 3.00 AT
30 gm......45802-0056-11 4.90 AT
454 gm......60414-0056-05 86.40 AT
OIN, TP, 0.1%, 15 gm......45802-0046-35 3.00 AT
30 gm......45802-0046-11 4.90 AT
454 gm......60414-0046-05 86.40 AT

**(Compumed)**
INJ, IJ (M.D.V.)
40 mg/ml, 20 ml......00403-0950-18 7.10 EE
SOL, OP, 3 mg/ml, 5 ml......00403-0956-18 8.25 EE
15 ml......00403-0951-18 4.80 EE

**(Consolidated Midland)**
CRE, TP, 0.1%, 15 gm......00223-4304-15 3.25
INJ, IJ (VIAL)
10 mg/ml, 2 ml......00223-7715-02 1.75 EE
2 ml 25s......00223-7714-02 37.50 EE
40 mg/ml, 2 ml......00223-7719-02 2.25 EE
2 ml 25s......00223-7719-25 52.50 EE
2 ml 25s......00223-7721-02 50.00 EE
20 ml......00223-7717-20 8.25 EE
OIN, TP, 0.1%, 15 gm......00223-4309-15 3.25
SOL, OP, 3 mg/ml, 5 ml......00223-6651-05 4.75 EE
15 ml......00223-6651-15 5.50 EE

**(Edwards) See ED-MYCIN**

**(Elkins-Sinn)**
INJ, IJ (VIAL, DOSETTE)
40 mg/ml, 2 ml 25s......00641-0394-25 17.71 14.17 AP
40 mg/ml, 2 ml 25s......00641-0395-25 26.04 20.83 AP
(M.D.V.)
40 mg/ml,
20 ml 10s......00641-2331-43 104.13 83.30 AP

**(Falcon Ophthalmics)**
SOL, OP (DROP-TAINER)
3 mg/ml, 5 ml......61314-0633-05 7.00

**RED BOOK Database Services...**
Put the Power of RED BOOK on Your Computer. For information call toll-free: **(800) 722-3062**

**ReadyPrice**

RX PRODUCT LISTINGS

343/GG/HY



| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

**GENTAMICIN**
Cream USP,
Ointment USP 0.1%
*fougera®*

**(Fougera)**
CRE, TP, 0.1%, 15 gm .... 00168-0071-15 ... 3.50 ... AT
OIN, TP, 0.1%, 15 gm .... 00168-0078-15 ... 3.60 ... AT

**(Geneva)**
CRE, TP, 0.1%, 15 gm .... 00781-7310-27 ... 3.10 ... AT
OIN, TP, 0.1%, 15 gm .... 00781-7320-27 ... 3.10 ... AT

**(Major)**
SOL, OP, 3 mg/ml, 5 ml .... 00904-1987-05 ... 5.60 ... EE
15 ml .... 00904-1987-35 ... 7.35 ... EE

**(Medisca)**
POW, (U.S.P.)
5 gm .... 38779-0632-03 ... 13.50
25 gm .... 38779-0632-04 ... 54.00
100 gm .... 38779-0632-05 ... 176.83
500 gm .... 38779-0632-08 ... 800.30
1000 gm .... 38779-0632-09 ... 1468.80

**(Moore, H.L.)**
CRE, TP, 0.1%, 15 gm .... 00839-6492-47 ... 3.23 ... 2.39 ... AT
INJ, IJ (VIAL, DOSETTE)
40 mg/ml, 2 ml .... 00839-9503-23 ... 2.15 ... 1.59 ... EE
CRE, TP, 0.1%, 15 gm .... 00839-6660-47 ... 3.23 ... 2.39 ... AT
SOL, OP, 3 mg/ml, 5 ml .... 00839-6745-25 ... 5.52 ... 4.09 ... AT

**(Ocumed)** *See OCU-MYCIN*

**(Qusoft)** *See GENTASOL*

**(Pacific Pharma)**
SOL, OP, 3 mg/ml, 5 ml .... 00758-0188-05 ... 8.75 ... AT

**(Rosk)**
........ 00674-0419-01 ... 258.86

**(Sky Pack)**
........ .......... 16.50 ... EE

| (Southwood) | | | |
| OIN, TP, 0.1%, 15 gm .... 58016-3025-15 | 15.95 | EE |
| SOL, OP, 3 mg/ml, 5 ml .... 58016-6027-05 | 14.86 | EE |

**(Thames)**
CRE, TP, 0.1%, 15 gm .... 49158-0162-20 ... 3.56 ... AT
30 gm .... 49158-0182-68 ... 5.72 ... AT
OIN, TP, 0.1%, 15 gm .... 49158-0191-20 ... 4.00 ... AT
30 gm .... 49158-0191-68 ... 5.80 ... AT

**(URL)**
SOL, OP, 3 mg/ml, 5 ml .... 00677-0981-20 ... 6.07 ... AT

**(Zenith Goldline)**
SOL, OP, 3 mg/ml, 5 ml .... 00182-1695-62 ... 6.18 ... AT

**GENTAMICIN SULFATE PEDIATRIC (APP)**
gentamicin sulfate
INJ, IJ (M.D.V.)
10 mg/ml, 2 ml .... 63323-0513-02 ... 1.46 ... AP
(S.D.V.,P.F.)
10 mg/ml, 2 ml .... 63323-0173-02 ... 1.46 ... AP

**GENTASOL (Ocusoft)**
gentamicin sulfate
SOL, OP, 3 mg/ml, 5 ml .... 54799-0510-05 ... 6.38 ... 2.95 ... AT

**(Amend)**
CRY, (U.S.P.)
25 gm .... 17317-0183-02 ... 7.50
100 gm .... 17317-0183-03 ... 14.75
500 gm .... 17317-0183-05 ... 56.00

**(Gallipot)**
CRY, (U.S.P.)
25 gm .... 51552-0297-25 ... 17.70
POW, 125 gm .... 51552-0297-12 ... 35.52

**(Integra)**
POW, (U.S.P.)
25 gm .... 88324-8227-25 ... 19.97
100 gm .... 88324-8227-35 ... 39.45

**(Medisca)**
CRY, (U.S.P.)
25 gm .... 38779-0073-04 ... 13.50
100 gm .... 38779-0073-06 ... 44.38

**GENTRAN 40 W/DEXTROSE** (Baxter)
dextran 40/dextrose
INJ, IJ, 10%-5%, .........
500 ml 24s .... 00338-0272-03 ... 2386.32

**GENTRAN 40 W/SODIUM CHLORIDE** (Baxter)
dextran 40/sod cl
INJ, IJ, 10%-0.9%,
500 ml 24s .... 00338-0270-03 ... 2386.32

**GENTRAN 70 W/SODIUM CHLORIDE** (Baxter)
dextran 70/sod cl
INJ, IJ, 6%-0.9%, .........
500 ml 24s .... 00338-0285-03 ... 1762.92

**GEOCILLIN (Pfizer U.S.P.G.)**
carbenicillin indanyl sodium
TAB, PO, 382 mg, 100s ea .... 00049-1430-66 ... 202.35 ... 170.40

**(Allscripts)**
TAB, PO, 382 mg, 28s ea .... 54569-0080-00 ... 50.44

**GEONE (Alphapharm)**
apap/butal/caff
CAP, PO, 325 mg-50 mg .........
PO, 100s ea .... 57745-0004-01 ... 22.70

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

*Electronic Drug Pricing*
*and Clinical Information*

**RED BOOK**
Database Services - (800) 722-3062

**GEREF (Serono)**
sermorelin acetate
POI, IJ (VIAL)
0.5 mg, ea .... 44087-4005-01 ... 16.61
1 mg, ea .... 44087-4010-01 ... 28.63

**GEREF DIAGNOSTIC (Serono)**
sermorelin acetate
POI, IJ (VIAL)
50 mcg, ea .... 44087-4050-01 ... 22.69

**GERIMAL (Rugby)**
ergoloid mesylates
TAB, PO, 1 mg, 100s ea .... 00536-3858-01 ... 29.46 ... AB

**GG-200 NR (Alphagen)**
guaifenesin
TAB, PO, 200 mg, 100s ea .... 59743-0019-01 ... 24.92

**GG/HYDROCODONE (Alterplals)**
LIQ, PO, 100 mg-5 mg-5 ml, .........
480 ml, C-III .... 54569-4281-00 ... 36.29

**(Alphagen)** *See COTUSS-V*

**(Alpharma USPD)** *See HYCOSIN EXPECTORANT*

**(Amer Generics)** *See CO-TUSSIN*

**(Ascher)** *See KWELCOF*

**(Cypress Pharm)** *See VITUSSIN EXPECTORANT*

**(Duramed)** *See MEDCODIN*

**(ECR)** *See PNEUMOTUSSIN HC*

**(Econolab)** *See CLEARTUSS DH*

**(Econolab)** *See FENTUSS EXPECTORANT*

**(Ende Labs)** *See HYCOTUSS EXPECTORANT*

**(Ethex)**
LIQ, PO, (A.F., D.F., S.F.), .........
100 mg-5 mg-5 ml, .........
960 ml, C-III .... 58177-0881-07 ... 26.48
960 ml, C-III .... 58177-0881-12 ... 56.98

**(Halsey Drug)**
SYR, PO, (A.F.,D.F.,S.F.,CHERRY)
100 mg-5 mg-5 ml, .........
480 ml, C-III .... 00879-0803-18 ... 48.13

**(Hi-Tech)** *See HYDRO-TUSS*

**(Iomed Labs)** *See VICOCLEAR*

**(Knoll Labs)** *See VICODIN TUSS EXPECTORANT*

**(Kramers Urban)**
LIQ, PO, 100 mg-5 mg-5 ml, .........
480 ml, C-III .... 62175-0122-70 ... 32.00

**(Lee Pharm)** *See CO-TUSS*

**(Major)** *See CODOTUSS*

**(McNeil, R.A.)** *See M-CLEAR*

**(Morton Grove)** *See HYDROCODONE GF*

**(Pharm Assoc)**
SYR, PO (BUTTERSCOTCH)
100 mg-5 mg-5 ml, .........
5 ml, C-III .... 00121-0809-05 ... 96.00
10 ml, C-III .... 00121-0809-10 ... 120.00
473 ml, C-III .... 00121-0809-16 ... 49.24

**(Qualitest)** *See VI-Q-TUSS*

**(Quality Care)**
SYR, PO, 100 mg-5 mg-5 ml, .........
240 ml, C-III .... 00546-0881-88 ... 23.63

**(Rugby)**
SYR, PO, 100 mg-5 mg-5 ml, .........
480 ml, C-III .... 00536-2704-85 ... 31.37

**(Rugby)** *See HYDROTUSS*

**(Schein)**
SYR, PO, 100 mg-5 mg-5 ml, .........
473 ml, C-III .... 00364-2517-16 ... 37.00

"XOT" Laxatives When the Rx May Constipate

| PROD MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

**(Geneva)**
TAB, PO, 250 mg, 1000s ea ... 00781-1725-10 ... 59.40 ... AB

**(Major)**
POR, PO, 125 mg/5 ml ...
100 ml ... 00904-4001-04 ... 2.16 ... AA
200 ml ... 00904-4001-09 ... 3.34 ... AA
TAB, PO, 250 mg, 100 ml ... 00904-4004-04 ... 2.95 ... AB
200 ml ... 00904-4004-09 ... 5.50 ... AB
TAB, PO, 250 mg, 100s ea ... 00904-2450-60 ... 5.50 ... AB
500 mg, 100s ea ... 00904-2451-60 ... 9.90 ... AB

**(Med-Pro)**
TAB, PO, 250 mg, 40s ea ... 53978-5042-06 ... 2.50 ... AB
500 mg, 40s ea ... 53978-5055-06 ... 4.25 ... 2.15 AB

**(Moore, H.L.)**
POR, PO, 250 mg/5 ml ...
100 ml ... 00839-9190-73 ... 2.21 ... 1.64 AA
200 ml ... 00839-9190-78 ... 3.42 ... 2.53 AA
TAB, PO, 250 mg, 100s ea ... 00839-9188-06 ... 7.36 ... 5.45 AB
500s ea ... 00839-9188-10 ... 53.45 ... 39.59 AB
500 mg, 100s ea ... 00839-6393-06 ... 11.68 ... 8.65 AB
100s ea ... 00839-1766-06 ... 11.68 ... 8.65 AB
1000s ea ... 00839-1766-16 ... 87.76 ... 50.19 AB

**(PD-RX Pharm)** See PENICILLIN VK

**(Par)**
POR, PO, 125 mg/5 ml ...
100 ml ... 49884-0680-47 ... 2.15 ... AA
200 ml ... 49884-0680-70 ... 3.34 ... AA
250 mg/5 ml, 100 ml ... 49884-0681-47 ... 2.95 ... AA
200 ml ... 49884-0681-70 ... 5.07 ... AA
TAB, PO, 250 mg, 100s ea ... 49884-0578-01 ... 7.20 ... AB
1000s ea ... 49884-0578-10 ... 51.90 ... AB
500 mg, 100s ea ... 49884-0579-01 ... 10.33 ... AB
1000s ea ... 49884-0579-10 ... 97.45 ... AB

**(Pharm Corp/America)**
TAB, PO, 250 mg, 20s ea ... 51655-0009-52 ... 2.45 ... EE
40s ea ... 51655-0009-91 ... 3.45 ... EE
500 mg, 20s ea ... 51655-0018-52 ... 4.10 ... EE
40s ea ... 51655-0018-91 ... 5.40 ... EE

**(Pharma Pac)**
POR, PO, 125 mg/5 ml ...
100 ml ... 52959-1482-00 ... 6.25 ... EE
250 mg/5 ml, 200 ml ... 52959-1172-02 ... 5.75 ... EE
TAB, PO, 250 mg, 20s ea ... 52959-0333-20 ... 4.39 ... EE
28s ea ... 52959-0333-28 ... 5.88 ... EE
30s ea ... 52959-0333-30 ... 6.10 ... EE
40s ea ... 52959-0333-40 ... 7.47 ... EE
500 mg, 20s ea ... 52959-0213-20 ... 5.88 ... EE
28s ea ... 52959-0213-28 ... 7.89 ... EE
30s ea ... 52959-0213-30 ... 8.41 ... EE
40s ea ... 52959-0213-40 ... 9.46 ... EE

**(Phys Total Care)**
POR, PO, 125 mg/5 ml ...
250 mg/5 ml, 100 ml ... 54868-4126-02 ... 3.37 ... EE
54868-1760-01 ... 2.88 ... EE
200 ml ... 54868-1760-02 ... 4.05 ... EE
TAB, PO, 250 mg, 28s ea ... 54868-1171-04 ... 2.70 ... EE
30s ea ... 54868-1171-03 ... 2.80 ... EE
40s ea ... 54868-1171-01 ... 3.29 ... EE
500 mg, 20s ea ... 54868-1173-05 ... 3.01 ... EE
30s ea ... 54868-1173-01 ... 3.72 ... EE
40s ea ... 54868-1173-02 ... 4.69 ... EE
100s ea ... 54868-1173-00 ... 9.05 ... EE
1000s ea ... 54868-1173-04 ... 32.67 ... EE
100s ea ... 54868-1173-04 ... 53.84 ... EE

**(Qualitest)**
TAB, PO, 250 mg, 1000s ea 00603-5067-32 ... 59.10 ... AB
500 mg, 100s ea ... 00603-5068-21 ... 15.33 ... AB

**(Quality Care)**
TAB, PO, 250 mg, 4s ea ... 60346-0414-44 ... 5.10 ... EE
6s ea ... 60346-0414-05 ... 5.18 ... EE
8s ea ... 60346-0414-08 ... 3.88 ... EE
10s ea ... 60346-0414-10 ... 3.98 ... EE
12s ea ... 60346-0414-12 ... 4.16 ... EE
16s ea ... 60346-0414-16 ... 6.75 ... EE
20s ea ... 60346-0414-20 ... 4.43 ... EE
24s ea ... 60346-0414-24 ... 5.21 ... EE
25s ea ... 60346-0414-25 ... 12.12 ... EE
28s ea ... 60346-0414-28 ... 5.55 ... EE
30s ea ... 60346-0414-30 ... 3.32 ... EE
40s ea ... 60346-0414-40 ... 4.91 ... EE
500 mg, 4s ea ... 60346-0205-44 ... 5.48 ... EE
6s ea ... 60346-0205-06 ... 4.16 ... EE
8s ea ... 60346-0205-08 ... 4.20 ... EE
10s ea ... 60346-0205-10 ... 4.61 ... EE
12s ea ... 60346-0205-12 ... 4.97 ... EE
14s ea ... 60346-0205-14 ... 5.21 ... EE
16s ea ... 60346-0205-16 ... 5.60 ... EE
20s ea ... 60346-0205-20 ... 6.20 ... EE
21s ea ... 60346-0205-21 ... 6.35 ... EE
30s ea ... 60346-0205-30 ... 6.80 ... EE

**(Rugby)**
TAB, PO, 250 mg, 100s ea ... 00536-2527-01 ... 7.65 ... AB

**(SK Beecham Pharm)** See BEEPEN-VK

**(Schein)**
POR, PO, 250 mg/5 ml ...
100 ml ... 00364-2024-61 ... 2.89 ... AA
200 ml ... 00364-2024-63 ... 5.10 ... AA

**(Southwood)**
POR, PO, 125 mg/5 ml, 100 ml ... 58016-1228-01 ... 1.72 ... AA
200 ml ... 58016-1227-06 ... 3.14 ... AA
250 mg/5 ml, 100 ml ... 58016-1229-01 ... 2.53 ... AA
200 ml ... 58016-1229-06 ... 4.50 ... AA
TAB, PO, 250 mg, 10s ea ... 58016-0145-10 ... 1.22 ... EE
12s ea ... 58016-0145-12 ... 1.47 ... EE
16s ea ... 58016-0145-16 ... 1.95 ... EE
20s ea ... 58016-0145-20 ... 2.45 ... EE
21s ea ... 58016-0145-21 ... 2.57 ... EE
24s ea ... 58016-0145-24 ... 2.99 ... EE
28s ea ... 58016-0145-28 ... 3.43 ... EE
30s ea ... 58016-0145-30 ... 3.67 ... EE
40s ea ... 58016-0145-40 ... 4.80 ... EE
100s ea ... 58016-0145-00 ... 12.24 ... EE
500 mg, 6s ea ... 58016-0147-06 ... 1.95 ... EE
10s ea ... 58016-0147-10 ... 2.30 ... EE
12s ea ... 58016-0147-12 ... 2.78 ... EE
14s ea ... 58016-0147-14 ... 3.45 ... EE
16s ea ... 58016-0147-16 ... 3.58 ... EE
20s ea ... 58016-0147-20 ... 4.60 ... EE
24s ea ... 58016-0147-24 ... 5.52 ... EE
28s ea ... 58016-0147-28 ... 6.44 ... EE
30s ea ... 58016-0147-30 ... 6.90 ... EE
40s ea ... 58016-0147-40 ... 9.20 ... EE
50s ea ... 58016-0147-50 ... 11.50 ... EE
60s ea ... 58016-0147-60 ... 13.80 ... EE
100s ea ... 58016-0147-00 ... 23.01 ... EE

**(Teva)**
POR, PO, 125 mg/5 ml ...
100 ml ... 00093-4125-73 ... 1.67 ... AA
200 ml ... 00093-4125-74 ... 3.34 ... AA
250 mg/5 ml, 100 ml ... 00093-4127-73 ... 2.95 ... AA
200 ml ... 00093-4127-74 ... 5.07 ... AA
TAB, PO, 250 mg, 100s ea ... 00093-1170-01 ... 5.34 ... AB
100s ea ... 00093-1171-01 ... 5.34 ... AB
1000s ea ... 00093-1170-10 ... 42.79 ... AB
100s ea ... 00093-1171-10 ... 42.79 ... AB
500 mg, 100s ea ... 00093-1174-01 ... 9.24 ... AB
100s ea ... 00093-1173-01 ... 9.24 ... AB
1000s ea ... 00093-1174-10 ... 84.54 ... AB
1000s ea ... 00093-1173-10 ... 84.54 ... AB

**(Truxton)** See TRUXCILLIN VK

**(UDL)**
TAB, PO (10X10)
250 mg, 100s ea UD ... 51079-0815-20 ... 12.60 ... 9.90 AB
500 mg, 100s ea UD ... 51079-0816-20 ... 24.60 ... 17.80 AB

**(Warner Chilcott Gen)**
TAB, PO, 250 mg, 100s ea ... 00047-0648-24 ... 8.12 ... AB
1000s ea ... 00047-0648-32 ... 59.47 ... AB
500 mg, 100s ea ... 00047-0673-24 ... 14.91 ... AB
1000s ea ... 00047-0673-30 ... 59.52 ... AB

**PENICILLIN VK (Compumed)**
POR, PO, 250 mg/5 ml ...
100 ml ... 00403-1824-18 ... 3.35 ... EE
125 mg/5 ml, 20s ea ... 00403-1628-20 ... 3.60 ... EE
250 mg, 20s ea ... 00403-1628-20 ... 1.80 ... EE
28s ea ... 00403-1628-28 ... 1.95 ... EE
40s ea ... 00403-1628-40 ... 2.25 ... EE
500 mg, 6s ea ... 00403-1630-06 ... 2.45 ... EE
20s ea ... 00403-1630-20 ... 2.50 ... EE
24s ea ... 00403-1630-24 ... 3.15 ... EE
30s ea ... 00403-1630-30 ... 3.05 ... EE
40s ea ... 00403-1630-40 ... 3.25 ... EE
100s ea ... 00403-1630-01 ... 10.00 ... EE

**(PD-RX Pharm)**
TAB, PO, 250 mg, 10s ea ... 55289-0208-10 ... 2.88 ... EE
25s ea UD ... 55289-0208-87 ... 3.53 ... EE
25s ea UD ... 55289-0208-97 ... 7.96 ... EE
25s ea ... 55289-0208-28 ... 3.75 ... EE
30s ea ... 55289-0208-30 ... 3.83 ... EE
40s ea ... 55289-0208-40 ... 4413 ... EE
40s ea ... 55289-0208-40 ... 2.44 ... EE
500 mg, 15s ea ... 55289-0207-15 ... 3.83 ... EE
20s ea ... 55289-0207-20 ... 3.62 ... EE
28s ea ... 55289-0207-28 ... 4.24 ... EE
30s ea ... 55289-0207-30 ... 4.07 ... EE
40s ea ... 55289-0207-40 ... 5.25 ... EE

**PENTACARINAT (Gensia)**
pentamidine isethionate
PDI, IJ (S.D.V.) ... 53053-1000-03 ... 487.50

**PENTAM 300 (APP)**
pentamidine isethionate
PDI, IJ (S.D.V.) ...
IJ, IV, IM ... 00053-1000-03 ... 487.50

**PENTAMIDINE ISETHIONATE**
(APP) See NEBUPENT
(APP) See PENTAM 300
(Abbott Hosp)
PDI, IJ, 300 mg ... 00074-4548-01 ... 131.41

**(Gensia)** See PENTACARINAT

**Pentasa (Roberts Pharm)**
mesalamine
SEE SECTION 7 FOR COLOR PHOTO
CER, PO, 250 mg, 80s ea ... 54092-0189-80 ... 32.32
500 mg, 120s ea ... 54092-0189-81 ... 97.36

**PENTASPAN (De Pont Pharm)**
pentastarch
INJ, IJ, 10%, 500 ml 12s ... 00058-0081-95 ... 915.96

**PENTASTARCH**
(De Pont Pharm) See PENTASPAN

**PENTAZINE (Century)**
promethazine hydrochloride
INJ, IJ (VIAL)
50 mg/ml, 10 ml ... 00436-0280-78 ... 2.60
SYR, PO, 6.25 mg/5 ml,
120 ml ... 00436-0580-04 ... 0.50
480 ml ... 00436-0580-16 ... 1.80
3840 ml ... 00436-0580-28 ... 11.90

**PENTAZOCINE LACTATE**
(Abbott Hosp) See TALWIN LACTATE

**PENTAZOCINE/APAP**
SEE APAP/PENTAZOCINE

**PENTAZOCINE/ASA**
SEE ASA/PENTAZOCINE

**PENTAZOCINE/NALOXONE**
SEE NALOXONE/PENTAZOCINE

**PENTHRANE (Abbott Hosp)**
methoxyflurane
SOL, IH, 99.9%,
15 ml 20s ... 00074-8864-08 1795.03

**PENTOBARBITAL**
(Abbott Pharm) See NEMBUTAL

**PENTOBARBITAL SODIUM**
(Abbott Pharm) See NEMBUTAL SODIUM

**(Wyeth-Ayerst)**
INJ, IJ (TUBEX, 22G X 1 1/4")
50 mg/ml,
2 ml 10s, C-II ... 00008-0303-02 ... 28.54

**PENTOSAN POLYSULFATE SODIUM**
(Alza) See ELMIRON

**PENTOSTATIN**
(Supergen) See NIPENT

**PENTOTHAL (Abbott Hosp)**
thiopental sodium
PDI, IJ (SRN, READY-TO-MIX)
250 mg,
25s ea, C-III ... 00074-6418-01 256.50
(SRN, RTM LIFESHIELD)
250 mg,
25s ea, C-III ... 00074-3351-01 282.63
(SRN, READY-TO-MIX)
400 mg,
25s ea, C-III ... 00074-4319-01 318.25
(SRN, RTM LIFESHIELD)
400 mg,
25s ea, C-III ... 00074-3352-01 343.38
500 mg,
25s ea, C-III ... 00074-6420-01 355.66
(SRN, RTM LIFESHIELD)
500 mg,
25s ea, C-III ... 00074-3353-01 385.05
(STERILE WATER COMBO PAK)
500 mg,
25s ea, C-III ... 00074-3359-01 276.89
(BULK PACKAGE)
1 gm,
25s ea, C-III ... 00074-6431-02 154.67

| PROD MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

**(Pharma Pas)**
**REPACK**
SPR, NS, 0.042 mg/inh,
20 gm ..... 52059-1166-00 ... 39.71 ... BN

**(Phys Total Care)**
**REPACK**
SPR, NS, 0.042 mg/inh,
20 gm ..... 54868-1282-01 ... 68.89 ... BN

**(Southwood)**
**REPACK**
SPR, NS, 0.042 mg/inh,
125 gm ..... 58016-6204-25 ... 38.54 ... BN

**VANCENASE AQ DOUBLE STRENGTH (Schering)**
beclomethasone dipropionate monohydrate
SPR, NS, 0.084 mg/inh,
19 gm ..... 00085-1849-01 ... 50.59

**(Allscripts)**
**REPACK**
SPR, NS, 0.084 mg/inh,
19 gm ..... 54569-4485-00 ... 48.23

**(Pharma Pas)**
**REPACK**
SPR, NS, 0.084 mg/inh,
19 gm ..... 52059-1437-19 ... 58.51

**VANCERIL (Key)**
beclomethasone dipropionate
ARD, IH, 0.042 mg/inh,
16,800 gm ..... 00085-0726-84 ... 40.14

**(Allscripts)**
**REPACK**
ARD, IH, 0.042 mg/inh,
16,800 gm ..... 54569-0067-00 ... 36.97

**(Cheshire)**
**REPACK**
ARD, IH, 0.042 mg/inh,
16,800 gm ..... 55175-4435-01 ... 32.28

**(Compound)**
**REPACK**
ARD, IH, 0.042 mg/inh,
16,800 gm ..... 00403-2227-16 ... 30.55

**(Pharma Pas)**
**REPACK**
ARD, IH, 0.042 mg/inh,
16,800 gm ..... 52059-1447-01 ... 41.27

**(Phys Total Care)**
**REPACK**
ARD, IH, 0.042 mg/inh,
16,800 gm ..... 54868-1841-01 ... 45.61

**VANCERIL DOUBLE STRENGTH (Key)**
beclomethasone dipropionate
ARD, IH, 0.084 mg/inh,
12,200 gm ..... 00085-1112-01 ... 51.28

**(Pharma Pas)**
**REPACK**
ARD, IH, 0.084 mg/inh,
12,200 gm ..... 52059-1466-01 ... 52.77

**VANCOCIN HCL (Baxter)**
dextrose/vancomycin
INJ, IJ (GALAXY SYSTEM)
5%-500 mg/100 ml,
100 ml ..... 00338-3551-48 ... 17.53

**(Lilly)**
vancomycin hydrochloride
PDI, IJ (ADD-VANTAGE)
500 mg, ea ..... 00002-7297-01 ... 8.28 ... AP
10s ea ..... 00002-7297-10 ... 82.80 ... AP
(TRAYPAK)
500 mg, 25s ea ..... 00002-1444-25 ... 195.01 ... AP
(ADD-VANTAGE)
1 gm, ea ..... 00002-7298-01 ... 16.08 ... AP
(TRAYPAK)
1 gm, ea ..... 00002-7321-01 ... 15.50 ... AP
(ADD-VANTAGE)
1 gm, 10s ea ..... 00002-7298-10 ... 160.81 ... AP
(TRAYPAK)
1 gm, 25s ea ..... 00002-7321-25 ... 390.01 ... AP
(BULK VIAL)
10 gm, ea ..... 00002-7356-01 ... 156.01 ... AP
PDR, PO, 250 mg/5 ml,
20 ml ..... 00002-5105-01 ... 37.08 ... AA
20 ml 6s ..... 00002-5105-18 ... 222.45 ... AA
500 mg/6 ml,
20 ml ..... 00002-2372-37 ... 314.39

**VANCOCIN HCL PULVULES (Lilly)**
vancomycin hydrochloride
CAP, PO, 125 mg, 20s ea ..... 00002-3125-42 ... 107.56
250 mg, 20s ea ..... 00002-3126-42 ... 215.13

---

**VANCOLED (Lederle Std Prod)**
vancomycin hydrochloride
PDI, IJ, 500 mg, 10s ea ..... 00205-3154-08 ... 54.89 ... 43.75 ... AP
1 gm, ea ..... 00205-3154-15 ... 109.39 ... 87.51 ... AP
1 gm, ea ..... 00205-3154-05 ... 54.89 ... 43.75 ... AP

**VANCOMYCIN HCL (APP)**
vancomycin hydrochloride
PDI, IJ (VIAL)
500 mg, ea ..... 63323-0221-10 ... 10.97 ... AP
5 gm, ea ..... 63323-0284-20 ... 20.35 ... AP
(BULK PACKAGE)
5 gm, ea ..... 63323-0295-61 ... 136.32 ... AP

**VANCOMYCIN HCL (APP) See VANCOMYCIN HCL-**
**(APP)**
PDI, IJ (BULK PACKAGE)
10 gm, ea ..... 63323-0314-61 ... 272.64 ... AP

**(Abbott Hosp)**
PDI, IJ (ADD-VANTAGE)
500 mg, 10s ea ..... 00074-8534-01 ... 131.10 ... 110.40 ... AP
(VIAL, FLIPTOP)
500 mg, 10s ea ..... 00074-4332-01 ... 383.97 ... 306.50 ... AP
(ADD-VANTAGE)
1 gm, 10s ea ..... 00074-8535-01 ... 261.84 ... 220.50 ... AP
(VIAL, FLIPTOP)
1 gm, 10s ea ..... 00074-8533-01 ... 727.82 ... 612.90 ... AP
(BULK VIAL)
5 gm, ea ..... 00074-8509-01 ... 163.72 ... 137.87 ... AP

**(ESI Lederle Generics)**
PDR, PO, 250 mg/5 ml,
20 ml 6s ..... 59911-5475-02 ... 183.94 ... AA

**(Lederle Std Prod) See VANCOLED**

**(Lilly) See VANCOCIN HCL**

**(Lilly) See VANCOCIN HCL PULVULES**

**(Medisca)**
POW, (U.S.P.)
5 gm ..... 38778-0274-11 ... 28.50
5 gm ..... 38778-0274-15 ... 121.80
25 gm ..... 38778-0274-25 ... 485.50
100 gm ..... 38778-0274-10 ... 1501.00

**(Sabalo)**
PDI, IJ (M.D.V.)
1 gm, 10s ea ..... 00384-2473-01 ... 148.20 ... AP

**VANCOMYCIN/DEXTROSE**
**SEE DEXTROSE/VANCOMYCIN**

**VANEX FORTE-R (Jones Pharma)**
abt/ppa
CER, PO, 12 mg-75 mg,
100s ea ..... 52604-0128-01 ... 58.44

**VANEX GRAPE (Jones Pharma)**
epm/dihydrocodeine/phenylephrine/ppa
LIQ, PO (A.F., S.F)
473 ml, C-V ..... 12463-0240-16 ... 86.85

**VANEX-HD (Jones Pharma)**
epm/hydrocodone/phenyleph
SYR, PO (A.F., D.F., CHERRY)
2 mg-1.67 mg-5 mg/5 ml,
473 ml, C-III ..... 12463-0300-16 ... 42.51

**(Amend)**
POW, (N.F.)
125 gm ..... 17317-0596-04 ... 8.40

**(Integra)**
POW, (N.F.)
100 gm ..... 05324-5181-35 ... 15.54
500 gm ..... 05324-5181-45 ... 44.22

**(Loram Oil)**
POW, (U.S.P.)
30 gm ..... 23535-5160-50 ... 2.00
120 gm ..... 23535-5160-80 ... 5.50
480 gm ..... 23536-5160-10 ... 19.00

**VANOXIDE-HC (Dermik)**
benzoyl perox/hc
LOT, TP, 5%-0.5%, 25 ml ..... 00066-0424-25 ... 34.28

**VANTIN (Pharmacia/Upjohn)**
cefpodoxime proxetil
GRR, PO, 50 mg/5 ml,
50 ml ..... 00009-3531-03 ... 18.11 ... 15.09
75 ml ..... 00009-3531-02 ... 27.10 ... 22.58
100 ml ..... 00009-3531-01 ... 34.45 ... 28.71
100 mg/5 ml, 50 ml ..... 00009-3615-03 ... 34.45 ... 28.71
75 ml ..... 00009-3615-02 ... 51.55 ... 42.96
100 ml ..... 00009-3615-01 ... 65.54 ... 54.52

---

TAB, PO (UNIT OF USE)
100 mg, 20s ea ..... 00009-3817-01 ... 60.54 ...
100 mg UD ..... 00009-3817-02 ... 288.10 240.06
100s ea UD ..... 00009-3817-03 ... 297.73 248.17
(UNIT OF USE)
200 mg, 20s ea ..... 00009-3818-01 ... 82.33 ...
100s ea ..... 00009-3818-02 ... 391.48 326.21
100s ea UD ..... 00009-3818-03 ... 401.26 334.34

**(Allscripts)**
**REPACK**
GRR, PO, 50 mg/5 ml ..... 54569-3774-00 ... 29.38
100 ml ..... 54569-3774-00 ... 29.38
TAB, PO, 100 mg, 10s ea ..... 54569-4058-01 ... 28.58
(UNIT OF USE)
100 mg, 20s ea ..... 54569-4058-00 ... 57.11

**(Cheshire)**
**REPACK**
GRR, PO, 50 mg/5 ml,
100 ml ..... 55175-0103-01 ... 39.78
100 mg/5 ml,
100 ml ..... 55175-0102-01 ... 67.49
TAB, PO, 100 mg, 10s ea ..... 55175-0101-01 ... 51.75
20s ea ..... 55175-0101-00 ... 96.80

**(Compound)**
**REPACK**
TAB, PO, 100 mg, 14s ea ..... 03403-0691-14 ... 37.95
100s ea ..... 00403-4537-14 ... 49.70

**(PD-Rx Pharm)**
**REPACK**
TAB, PO, 200 mg, 10s ea ..... 55289-0390-10 ... 57.19
20s ea ..... 55289-0380-20 ... 117.34

**(Quality Care)**
**REPACK**
TAB, PO, 200 mg, 14s ea ..... 60346-0981-14 ... 63.71

**VAQTA (Merck)**
hepatitis a vaccine, inactivated
INJ, IJ (S.D.V.)
1 ml ..... 00006-4841-00 ... 92.94 ... 50.35
(SRN,PREFILLED)
50 u/ml, 1 ml ..... 00006-4844-00 ... 92.94 ... 50.35
(S.D.V.)
50 u/ml, 1 ml 5s ..... 00006-4841-38 ... 296.90 237.52
(SRN,PREFILLED)
50 u/ml, 1 ml 5s ..... 00006-4844-38 ... 296.90 237.52

**(Allscripts)**
**REPACK**
INJ, IJ (SRN, PREFILLED)
50 u/ml, 1 ml ..... 54569-4489-00 ... 56.83
1 ml 5s ..... 54569-4351-00 ... 277.45

**VAQTA PEDIATRIC (Merck)**
hepatitis a vaccine, inactivated
INJ, IJ (S.D.V.)
25 u/0.5 ml,
0.500 ml ..... 00006-4831-00 ... 31.46 ... 25.17
(SRN,PREFILLED)
25 u/0.5 ml,
0.500 ml ..... 00006-4845-00 ... 31.46 ... 25.17
(S.D.V.)
25 u/0.5 ml,
0.500 ml 5s ..... 00006-4831-38 ... 148.44 118.75
(SRN,PREFILLED)
25 u/0.5 ml,
0.500 ml 5s ..... 00006-4845-38 ... 148.44 118.75

**VARICELLA VIRUS VACCINE**
**(Merck) See VARIVAX**

**VARICELLA ZOSTER IMMUNE GLOBULIN (Amer Red**
**Cross-Blood)**
varicella-zoster immune globulin
INJ, IJ (VIAL SIZE APPROXIMATE)
125 u, 1.250 ml ..... 52769-0118-02 ... 125.00
625 u, 6.250 ml ..... 52769-0118-10 ... 562.50

**VARICELLA-ZOSTER IMMUNE GLOBULIN**
**(Amer Red Cross-Blood) See VARICELLA ZOSTER**
**IMMUNE GLOBULIN**

**VARIVAX (Merck)**
varicella virus vaccine
PDI, IJ (SDV W/DILUENT,TAX INCL)
1350 pfu, ea ..... 00006-4826-00 ... 58.04 ... 46.43
10s ea ..... 00006-4827-00 ... 553.30 442.64

**(Allscripts)**
**REPACK**
PDI, IJ (S.D.V. W/DILUENT)
1350 pfu, ea ..... 54569-4055-00 ... 54.71
10s ea ..... 54569-4056-00 ... 512.23

**(Compound)**
**REPACK**
PDI, IJ (S.D.V.)
1350 pfu, 10s ea ..... 00403-4975-18 ... 433.85

---

RED BOOK Database Services...
Put the Power of RED BOOK on Your Computer. For information call toll-free: (800) 722-3062

ReadyPrice

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

**VICODIN (Knoll Labs)**
hydrocodone/acetaminophen
SEE SECTION 7 FOR COLOR PHOTO
TAB, PO, 500 mg-5 mg,
  100s ea, C-III ....... 00044-0727-02 | 46.52 | 38.95 | AA
500 mg-5 mg,
  100s ea UD, C-III ... 00044-0727-41 | 55.46 | 46.22 | AA
  500s ea, C-III ....... 00044-0727-04 | 216.82 | 180.88 | AA

(Allscripts)
REPACK
TAB, PO, 500 mg-5 mg,
  10s ea, C-III ......... 54569-0032-01 | 14.48 | | AA
  12s ea, C-III ......... 54569-0032-05 | 4.73 | | AA
  16s ea, C-III ......... 54569-0032-02 | 8.87 | | AA
  20s ea, C-III ......... 54569-0032-06 | 11.09 | | AA
  25s ea, C-III ......... 54569-0032-03 | 9.83 | | AA
  30s ea, C-III ......... 54569-0032-04 | 12.35 | | AA

(Compumed)
REPACK
TAB, PO, 500 mg-5 mg,
  10s ea, C-III ......... 00403-2277-16 | 5.50 | | AA
  12s ea, C-III ......... 00403-2277-12 | 6.50 | | AA
  15s ea, C-III ......... 00403-2277-15 | 7.50 | | AA
  30s ea, C-III ......... 00403-2277-30 | 14.75 | | AA

(PD-RX Pharm)
REPACK
TAB, PO, 500 mg-5 mg,
  12s ea, C-III ......... 55289-0116-12 | 6.97 | | AA

(Phys Total Care)
REPACK
TAB, PO, 500 mg-5 mg,
  30s ea, C-III ......... 54868-0982-01 | 18.22 | | AA

(Quality Care)
REPACK
TAB, PO, 500 mg-5 mg,
  12s ea, C-III ......... 60346-0857-12 | 11.75 | | AA
  20s ea, C-III ......... 60346-0857-20 | 18.58 | | AA
  40s ea, C-III ......... 60346-0857-40 | 26.30 | | AA

**VICODIN ES (Knoll Labs)**
hydrocodone/acetaminophen
SEE SECTION 7 FOR COLOR PHOTO
TAB, PO, 750 mg-7.5 mg,
  100s ea, C-III ....... 00044-0728-02 | 51.41 | 42.84 | AA
750 mg-7.5 mg,
  100s ea UD, C-III ... 00044-0728-41 | 61.18 | 50.98 | AA
  500s ea, C-III ....... 00044-0728-03 | 240.18 | 200.15 | AA

(Allscripts)
REPACK
TAB, PO, 750 mg-7.5 mg,
  10s ea, C-III ......... 54569-2735-00 | 6.12 | | AA
  12s ea, C-III ......... 54569-2735-03 | 7.34 | | AA
  16s ea, C-III ......... 54569-2735-04 | 9.16 | | AA
  20s ea, C-III ......... 54569-2735-01 | 11.94 | | AA
  24s ea, C-III ......... 54569-2735-02 | 14.35 | | AA

(Phys Total Care)
REPACK
TAB, PO, 750 mg-7.5 mg,
  30s ea, C-III ......... 54868-3031-00 | 19.91 | | AA

(Quality Care)
REPACK
TAB, PO, 750 mg-7.5 mg,
  20s ea, C-III ......... 60346-0943-20 | 18.63 | | AA
  30s ea, C-III ......... 60346-0943-30 | 24.32 | | AA
  100s ea, C-III ....... 60346-0943-00 | 62.56 | | AA

**VICOPROFEN (Knoll Labs)**
hydrocodone/ibuprofen
SEE SECTION 7 FOR COLOR PHOTO
TAB, PO, 7.5 mg-200 mg,
  100s ea, C-III ....... 00044-0725-02 | 177.99 | 48.77 | AA
  500s ea, C-III ....... 00044-0725-03 | 323.95 | 218.04 | AA

(Pharma Pac)
REPACK
TAB, PO, 7.5 mg-200 mg,
  30s ea, C-III ......... 52959-0513-20 | 22.75 | | AA

**VICOTUSS (Allscripts)**

VICASEF-E (CHERRY)
REPACK
SYR, PO ................. 54569-3975-00 | 64.08

**VICKS 44 EXPECTORANT (Knoll Labs)**
SEE SECTION 7 FOR COLOR PHOTO
  100s ea, C-III ....... 00044-0724-18 | 64.08 | 28.00

| | | | | |
|---|---|---|---|---|

(4X25)
7.5 mg-200 mg,
  100s ea UD, C-III ... 00044-0723-41 | 102.70
  500s ea, C-III ....... 00044-0723-03 | 418.50 | 334.80

(PD-RX Pharm)
REPACK
TAB, PO, 7.5 mg-200 mg,
  15s ea, C-III ......... 55289-0346-15 | 19.27

(Pharma Pac)
REPACK
TAB, PO, 7.5 mg-200 mg,
  20s ea, C-III ......... 52959-0522-20 | 29.78
  30s ea, C-III ......... 52959-0522-30 | 39.80

(Pharma Pac)
TAB, PO, 7.5 mg-200 mg,
  40s ea, C-III ......... 52959-0522-40 | 51.55

**VICOTUSS (Southwood)**
hydrocodone
SYR, PO, 100 mg-5 mg/5 ml,
  120 ml, C-III ........ 58016-4164-04 | 11.50
  480 ml, C-III ........ 58016-4164-16 | 41.95

**VIDARABINE (Monarch)** See VIRA-A

**VIDEX (Bristol-Myer Onc/Imm)**
didanosine
SEE SECTION 7 FOR COLOR PHOTO
CTB, PO (MANDARIN ORANGE)
  25 mg, 60s ea ....... 00087-6650-01 | 27.21 | 22.58
  50 mg, 60s ea ....... 00087-6651-01 | 54.41 | 45.15
  100 mg, 60s ea ...... 00087-6652-01 | 108.80 | 90.29
  150 mg, 60s ea ...... 00087-6653-01 | 163.22 | 135.45
PDR, PO, 100 mg, 30s ea . 00087-6614-43 | 54.41 | 45.15
  167 mg, 30s ea ...... 00087-6615-43 | 90.87 | 75.41
  250 mg, 30s ea ...... 00087-6616-43 | 135.01 | 112.87

(Allscripts)
REPACK
CTB, PO, 100 mg, 60s ea . 54569-3857-00 | 92.63
  150 mg, 60s ea ...... 54569-3971-00 | 132.97

(Compumed)
REPACK
CTB, PO, 100 mg, 60s ea . 00403-4501-18 | 82.50

(Phys Total Care)
REPACK
CTB, PO, 100 mg, 60s ea . 54868-2502-01 | 122.56

**VIDEX PEDIATRIC (Bristol-Myer Onc/Imm)**
didanosine
PDR, PO, 10 mg/ml,
  120 ml ............... 00087-6632-41 | 34.70 | 28.90
  240 ml ............... 00087-6633-41 | 72.52 | 60.18

**VIGOREX (Vigorex)**
mix, multi/vit, multi
TAB, PO, 100s ea ....... 61066-0500-10 | 42.00

(APP)
INJ, IJ (VIAL)
  10 mg, 10 ml ........ 63323-0276-10 | 43.23
(Bedford)
PDI, IJ (VIAL)
  10 mg, ea ........... 55390-0091-10 | 212.50 | AP
(Faulding Pharm)
PDI, IJ (VIAL)
  10 mg, ea ........... 61703-0310-18 | 37.50 | AP

(Lilly) See VELBAN

**VINCASAR PFS (Pharmacia/Upjohn)**
vincristine sulfate
INJ, IJ (VIAL)
  1 mg/ml, 1 ml ....... 00013-7456-86 | 43.23 | 34.58 | AP
  2 mg, .... .......... 00013-7456-66 | 88.46 | 69.17 | AP

(Faulding Pharm)
INJ, IJ (S.D.V./P.F.)
  1 mg/ml, 1 ml ....... 61703-0309-06 | 31.75 | AP
  2 ml ................ 61703-0309-16 | 38.25 | AP

(Lilly) See ONCOVIN

(Pharmacia/Upjohn) See VINCASAR PFS

**VINORELBINE TARTRATE (Glaxo Wellcome)** See NAVELBINE

**VIO-MOORE (Moore, H.L.)**
pancrelipase
TAB, PO, 100s ea ...... 00839-7816-06 | 12.81 | 9.49

| | | | | |
|---|---|---|---|---|

**RED BOOK™ for Windows®**
Special Offer for 1999
(800) 722-3062

**VIOKASE (Paddock)**
amylase/lipase/protease
POW, PO, 240 gm ...... 00574-9115-25 | 138.10
TAB, PO
  30,000 u-8000 u-30,000 u,
  100s ea .............. 00574-0111-63 | 33.60
  500s ea .............. 00574-0111-70 | 156.20

(Amend)
POW, 454 gm .......... 17317-0918-01 | 196.00
  (EXTERNAL WATER SOLUBLE)
  454 gm ............... 17317-0917-01 | 210.00
  2270 gm .............. 17317-0918-05 | 945.00
  (EXTERNAL WATER SOLUBLE)
  2270 gm .............. 17317-0917-05 | 1015.00
  11350 gm ............. 17317-0918-08 | 4550.00
  (EXTERNAL WATER SOLUBLE)
  11350 gm ............. 17317-0917-08 | 4900.00

**VIQUIN FORTE (ICN)**
hydroquinone
CRE, TP (W/AHA)
  4%, 30 gm ........... 00187-0388-31 | 41.45

**VIRA-A (Monarch)**
vidarabine
OIN, OP, 3%, 3.500 gm ... 00071-3677-07 | 24.81

**VIRACEPT (Agouron)**
nelfinavir mesylate
PDR, PO, 50 mg/1 gm,
  144 gm ............... 63010-0011-90 | 59.45
TAB, PO, 250 mg, 270s ea . 63010-0010-27 | 583.20

(Cheshire)
REPACK
TAB, PO (CAPLET)
  250 mg, 27s ea ...... 55175-5206-07 | 70.59

(Phys Total Care)
REPACK
TAB, PO (CAPLET)
  250 mg, 270s ea ..... 54868-3947-00 | 619.79

**VIRAMUNE (Roxane)**
nevirapine
SUS, PO, 50 mg/5 ml,
  240 ml ............... 00054-3905-58 | 55.20
TAB, PO, 200 mg, 60s ea .. 00054-4647-21 | 254.68
  100s ea .............. 00054-4647-25 | 424.80
  (10X10, BLISTER PACK)
  200 mg, 100s ea UD ... 00054-8647-25 | 432.00

(PD-RX Pharm)
REPACK
TAB, PO, 200 mg, 30s ea .. 55289-0392-03 | 18.82

(Phys Total Care)
REPACK
TAB, PO, 200 mg, 100s ea . 54868-3644-00 | 472.59

**VIRAZOLE (ICN)**
ribavirin
PDR, IH, 6 gm, 4s ea .... 00187-0007-01 | 5279.40

**VIRILON (Star)**
methyltestosterone
CAP, PO, 10 mg,
  100s ea, C-III ....... 00076-0301-03 | 36.00 | BP
  1000s ea, C-III ..... 00076-0301-04 | 335.20 | BP

**VIRILON IM (Star)**
testosterone cypionate
INJ, IJ (M.D.V.)
  10 ml, C-III ......... 00076-0301-10 | 30.19 | AO

**VIROPTIC (Monarch)**
trifluridine
SOL, OP, 1%, 7.500 ml ... 00173-0968-02 | 74.44 | AT

(Allscripts)
REPACK
SOL, OP, 1%, 7.500 ml ... 54569-2108-00 | 66.66 | AT

(Phys Total Care)
REPACK
SOL, OP, 1%, 6 ml ...... 54868-1176-00 | 79.01 | AT

KOT® Laxatives When the Rx May Constipate

# 2000
# RED BOOK

| PROD MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

**(Cheshire)**
**REPACK**
GEL, VG (W/APPLICATOR)
0.92%-0.025%-0.7%,
  85 gm ............... 55175-1767-01  35.46

**(Phys Total Care)**
**REPACK**
GEL, VG (W/APPLICATOR)
0.92%-0.025%-0.7%,
  90 gm ............... 54868-0337-00  34.90

**ACIDOPHILUS LACTOBACILLUS** (Meridian Chemical)
POW, 500 gm ........... 62991-2001-01  105.00
  1000 gm ........... 62991-2001-02  162.00
  2500 gm ........... 62991-2001-03  364.50

**ACIDULATED PHOSPHATE FLUORIDE** (SDI Labs) See NAIMAX APF

**ACIDULATED PHOSPHATE FLUORIDE** (Morton Grove)
sodium fluoride
SOL, PO (A.F.,S.F.,CHERRY-BANANA)
  1 mg/5 ml, 500 ml ... 60432-0114-17  8.31

**ACIPHEX** (Janssen)
rabeprazole sodium
ECT, PO, 20 mg, 30s ea ... 62856-0243-30  110.88  92.40
  (10X10 BLISTER PACK)
  20 mg, 100s ea UD ... 62856-0243-41  369.60  308.00

**ACITRETIN**
(Roche Labs) See SORIATANE

**ACLOVATE** (Glaxo Derm)
alclometasone dipropionate
SEE SECTION 7 FOR COLOR PHOTO
CRE, TP, 0.05%, 15 gm ... 00173-0401-00  15.10
  45 gm ............... 00173-0401-01  31.48
  60 gm ............... 00173-0401-06  39.85
OIN, TP, 0.05%, 15 gm ... 00173-0402-00  15.10
  45 gm ............... 00173-0402-01  31.48
  60 gm ............... 00173-0402-06  39.85

**(Allscripts)**
**REPACK**
OIN, TP, 0.05%, 15 gm ... 54569-2542-00  15.10

**(Cheshire)**
**REPACK**
CRE, TP, 0.05%, 15 gm ... 55175-1482-00  20.85

**(Phys Total Care)**
**REPACK**
CRE, TP, 0.05%, 15 gm ... 54868-0975-01  17.20
OIN, TP, 0.05%, 15 gm ... 54868-3336-00  15.83

**ACNIGEL** (Ampharco)
benzoyl peroxide
GEL, TP, 10%, 85.050 gm ... 59015-0100-01  11.00

**(Amend)**
POW, (C.P.)
  25 gm ............... 17317-0807-02  19.30

**ACRIFLAVINE NEUTRAL** (Amend)
acriflavine
POW, (C.P.)
  25 gm ............... 17317-0008-02  19.30

**ACRIVASTINE/PSEUDOEPH**
(Medeva) See SEMPREX-D

**ACRYLAMIDE** (Baker, J.T.)
POW, (ULTRAPURE, BIOREAGENT)
  100 gm ............... 10106-4081-00  33.94
  500 gm ............... 10106-4081-01  111.19
  2500 gm ............... 10106-4081-05  442.44
  12000 gm ............... 10106-4081-07  1597.79

**ACTHIB** (Aventis Pasteur)
haemophilus b conjugate vaccine
PDI, IJ (SDV W/DILUENT,TAX INCL)
  10 mcg, 5s ea......... 49281-0545-05  125.46 101.12

**ACTHREL** (Ferring)
corticorelin ovine triflutate
PDI, IJ (S.D.V.)
  0.1 mg, ea ........... 55566-0302-01  372.50

**ACTIBINE** (Consolidated Midland)
yohimbine hydrochloride
TAB, PO, 5 mg, 100s ea ... 00223-2391-01  27.50
  1000s ea ........... 00223-2391-02  250.00

---

**ACTICIN** (Bertek)
permethrin
CRE, TP, 5%, 60 gm....... 25074-0131-06  23.62  AB

**ACTIGALL** (Novartis Pharm.)
ursodiol
CAP, PO, 300 mg, 100s ea .00078-0319-05  273.02

**ACTIMMUNE** (InterMune)
interferon gamma-1b
INJ, IJ (VIAL)
  3 million u/0.5 ml,
  0.500 ml............. 64116-0011-01  210.00
  0.500 ml 12s ........ 64116-0011-12  2289.00

**ACTIQ** (Abbott Hosp)
fentanyl citrate
LOZ, BC, 0.2 mg,
  24s ea, C-II ........ 00074-2469-24  166.73 140.40
  0.4 mg,
  24s ea, C-II ........ 00074-2461-24  214.32 160.48
  0.6 mg,
  24s ea, C-II ........ 00074-2482-24  261.92 220.56
  0.8 mg,
  24s ea, C-II ........ 00074-2483-24  309.51 260.64
  1.2 mg,
  24s ea, C-II ........ 00074-2464-24  404.99 341.04
  1.6 mg,
  24s ea, C-II ........ 00074-2465-24  499.89 420.96

**ACTIS** (Vivus)
device
DEV, ea ............... 62541-0210-01  11.25
  6s ea ............... 62541-0210-06  67.50

**ACTISITE** (P&G Company)
tetracycline hydrochloride
IMP, IF (PERIODONTAL FIBER)
  12.7 mg, 10s ea....... 17314-4800-01  262.80 219.00

**ACTIVASE** (Genentech)
alteplase, recombinant
PDI, IJ (W/DILUENT)
  50 mg, ea............. 50242-0044-13  1375.00
  100 mg, ea........... 50242-0085-27  2750.00

**ACTIVE CATH SELF-ADHERING** (Mentor)
catheter
CAT, (MALE, 23 MM)
  30s ea ............... 81317-0813-00  40.80
  (MALE, 28 MM)
  30s ea ............... 81317-0833-00  40.80
  (MALE, 31 MM)
  30s ea ............... 81317-0833-50  40.80
  (MALE, 35 MM)
  30s ea ............... 81317-0853-00  40.80
  (MALE, 23 MM)
  100s ea............. 81317-0810-00  119.00
  (MALE, 28 MM)
  100s ea............. 81317-0830-00  119.00
  (MALE, 31 MM)
  100s ea............. 81317-0830-50  119.00
  (MALE, 35 MM)
  100s ea............. 81317-0850-00  119.00

**ACTONEL** (P&G Pharm)
risedronate sodium
TAB, PO, 30 mg, 30s ea ... 00149-0470-01  386.40  9X

**ACTOS** (Takeda)
pioglitazone hydrochloride
TAB, PO, 15 mg, 90s ea ... 64764-0151-04  85.50
  90s ea............... 64764-0151-05  256.50
  500s ea............. 64764-0151-06  1425.00
  30 mg, 30s ea........ 64764-0301-14  136.90
  90s ea............... 64764-0301-15  410.69
  500s ea............. 64764-0301-16  2281.60
  45 mg, 30s ea........ 64764-0451-24  148.50
  90s ea............... 64764-0451-25  445.50
  500s ea............. 64764-0451-26  2475.00

**ACULAR** (Allergan Inc)
ketorolac tromethamine
SOL, OP, 0.5%, 3 ml ...... 00023-2181-03  24.35
  5 ml................. 00023-2181-05  40.90
  10 ml............... 00023-2181-10  73.93

**(Allscripts)**
**REPACK**
SOL, OP, 0.5%, 3 ml ...... 54569-4573-00  24.35
  5 ml................. 54569-4083-00  40.90

**(Cheshire)**
**REPACK**
SOL, OP, 0.5%, 5 ml ...... 55175-1208-05  47.00

**(Pharma Pac)**
**REPACK**
SOL, OP, 0.5%, 5 ml ...... 52959-1459-05  48.48

**(Phys Total Care)**
**REPACK**
SOL, OP, 0.5%, 3 ml ...... 54868-3950-00  25.52

---

**(Southwood)**
**REPACK**
SOL, OP, 0.5%, 5 ml ...... 58816-6461-01  40.80
  10 ml............... 58816-6461-02  73.80

**ACULAR PF** (Allergan Inc)
ketorolac tromethamine
SOL, OP, 0.5%,
  0.400 ml 12s........ 00023-9055-04  33.06

**ACUTECT** (Nycomed)
technetium tc-99m apcitide
KIT, IJ (VIAL)
  ea................. 64570-0501-10  500.00

**ACYCLOVIR**
**HCFA**
CAP, PO, 200 mg, 100s ea............. 34.40
TAB, PO, 400 mg, 100s ea............. 62.66
  800 mg, 100s ea............. 126.80

**(Allscripts)**
CAP, PO, 200 mg, 15s ea .. 54569-4482-02  15.02  EE
  25s ea............... 54569-4482-03  25.08  EE
  50s ea............... 54569-4482-01  50.17  EE
TAB, PO, 800 mg, 35s ea .. 54569-4724-00  132.31  EE

**(Alpharma USPD)**
SUS, PO, 200 mg/5 ml,
  480 ml............. 00472-0052-16  99.20  AB

**(Alpharma/Xactdose)**
SUS, PO (10XS)
  200 mg/5 ml,
  5 ml 50s UD ...... 50982-0453-60  241.20  AB

**(Apothecon)**
CAP, PO, 200 mg, 100s ea .59772-4158-02  106.36  89.57  AB
TAB, PO, 400 mg, 100s ea .59772-4186-02  206.40 173.81  AB
  800 mg, 100s ea .... 59772-4186-02  401.38 338.00  AB

**(Boscogen)**
CAP, PO, 200 mg, 100s ea .62033-0204-10  97.70  AB
  400s ea............. 62033-0204-14  550.70  AB

**(Carlsbad Tech)**
TAB, PO, 400 mg, 100s ea .61442-0112-01  189.60  AB
  500s ea............. 61442-0112-05  900.60  AB
  800 mg, 100s ea .... 61442-0113-01  368.65  AB
  500s ea............. 61442-0113-05  1751.00  AB

**(Cheshire)**
CAP, PO, 200 mg, 25s ea .. 55175-5400-02  14.29  EE
TAB, PO, 400 mg, 21s ea .. 55175-5401-01  16.70  EE

**(ESI Lederle Generics)**
CAP, PO, 200 mg, 100s ea .59911-5831-03  97.70  AB
TAB, PO, 400 mg, 100s ea .59911-3163-04  189.61  AB
  800 mg, 100s ea .... 59911-3164-04  368.70  AB

**(Glaxo Wellcome)** See ZOVIRAX

**(Meridian Chemical)**
POW, (U.S.P.)
  25 gm ............... 62991-1004-01  150.00
  100 gm ............. 62991-1004-02  450.00

**(Mova)**
CAP, PO, 200 mg, 100s ea .55370-0567-07  106.36  AB
  1000s ea............. 55370-0567-09  977.00  AB
TAB, PO, 400 mg, 100s ea .55370-0556-07  206.40  AB
  1000s ea............. 55370-0556-09  1895.00  AB
  800 mg, 100s ea .... 55370-0656-07  401.38  AB
  500s ea............. 55370-0656-06  1854.25  AB

**(Mylan)**
CAP, PO, 200 mg, 100s ea .00378-2280-01  111.67  AB
  500s ea............. 00378-2208-05  530.46  AB
TAB, PO, 400 mg, 100s ea .00378-0253-01  216.72  AB
  800 mg, 100s ea .... 00378-0382-01  421.42  AB

**(Novopharm)**
CAP, PO, 200 mg, 100s ea .55953-0940-40  97.20  AB
  500s ea............. 55953-0940-70  451.70  AB
TAB, PO, 400 mg, 100s ea .55953-0943-40  188.60  AB
  500s ea............. 55953-0943-70  895.85  AB
  800 mg, 100s ea .... 55953-0947-40  368.65  AB
  500s ea............. 55953-0947-70  1674.60  AB

novopharm
USA
1-800-426-0769
ACYCLOVIR CAPSULES
& TABLETS
Compare to ZOVIRAX

---

RED BOOK Database Services...   (800) 722-3062   ReadyPrice

# RX PRODUCT LISTINGS

| PROD MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(PD-RX Pharm)** | | | | |
| CAP, PO, 200 mg, 10s ea | 55289-0273-10 | 7.36 | | AB |
| 25s ea | 55289-0273-25 | 13.55 | | AB |
| 35s ea | 55289-0273-35 | 20.79 | | AB |
| 50s ea | 55289-0273-50 | 19.20 | | AB |
| TAB, PO, 400 mg, 10s ea | 55289-0462-10 | 8.70 | | AB |
| 12s ea | 55289-0462-12 | 11.37 | | AB |
| 15s ea | 55289-0462-15 | 12.11 | | AB |
| 25s ea | 55289-0462-25 | 14.63 | | AB |
| 30s ea | 55289-0462-30 | 16.35 | | AB |
| **(Par)** | | | | |
| CAP, PO, 200 mg, 100s ea | 49884-0585-01 | 111.67 | | AB |
| TAB, PO, 400 mg, 100s ea | 49884-0586-01 | 216.72 | | AB |
| 800 mg, 100s ea | 49884-0587-01 | 421.42 | | AB |
| **(Pharma Pac)** | | | | |
| CAP, PO, 200 mg, 25s ea | 52959-0517-25 | 17.48 | | AB |
| 30s ea | 52959-0517-30 | 20.10 | | AB |
| TAB, PO, 400 mg, 10s ea | 52959-0544-10 | 20.99 | | AB |
| 12s ea | 52959-0544-12 | 24.83 | | AB |
| 15s ea | 52959-0544-15 | 30.15 | | AB |
| 21s ea | 52959-0544-21 | 40.90 | | AB |
| 25s ea | 52959-0544-25 | 48.14 | | AB |
| 30s ea | 52959-0544-30 | 58.98 | | AB |
| 50s ea | 52959-0544-50 | 90.46 | | AB |
| **(Phys Total Care)** | | | | |
| CAP, PO, 200 mg, 25s ea | 54868-3996-06 | 6.67 | | EE |
| 30s ea | 54868-3996-07 | 9.71 | | EE |
| 40s ea | 54868-3996-01 | 12.49 | | EE |
| TAB, PO, 400 mg, 30s ea | 54868-3997-00 | 14.97 | | EE |
| 800 mg, 30s ea | 54868-3998-00 | 30.71 | | EE |
| **(Purepac)** | | | | |
| CAP, PO, 200 mg, 100s ea | 00228-2605-11 | 99.25 | | AB |
| 500s ea | 00228-2605-50 | 496.25 | | AB |
| TAB, PO, 400 mg, 100s ea | 00228-2606-11 | 189.86 | | AB |
| 500s ea | 00228-2606-50 | 949.30 | | AB |
| 800 mg, 100s ea | 00228-2607-11 | 370.85 | | AB |
| 500s ea | 00228-2607-50 | 1854.25 | | AB |
| **(Quality Care)** | | | | |
| CAP, PO, 200 mg, 25s ea | 62682-1021-02 | 16.13 | | EE |
| TAB, PO, 400 mg, 100s ea | 62682-1020-01 | 15.99 | | EE |
| 15s ea | 62682-1020-05 | 16.86 | | EE |
| 25s ea | 62682-1020-06 | 12.13 | | EE |
| **(Ranbaxy Pharm)** | | | | |
| CAP, PO, 200 mg, 100s ea | 63304-0652-01 | 106.36 | | AB |
| 500s ea | 63304-0652-05 | 505.26 | | AB |
| TAB, PO, 400 mg, 100s ea | 63304-0504-01 | 206.40 | | AB |
| 100s ea | 63304-0505-01 | 401.37 | | AB |
| 100s ea UD | 63304-0505-08 | 401.37 | | AB |
| **(Schein)** | | | | |
| CAP, PO, 200 mg, 100s ea | 00364-2602-01 | 97.70 | | AB |
| TAB, PO, 400 mg, 100s ea | 00364-2689-01 | 189.60 | | AB |
| 500s ea | 00364-2689-05 | 900.60 | | AB |
| 800 mg, 100s ea | 00364-2690-01 | 368.65 | | AB |
| **(Stason Pharm)** | | | | |
| CAP, PO, 200 mg, 100s ea | 60763-0204-10 | 97.70 | | AB |
| 400s ea | 60763-0204-14 | 550.70 | | AB |
| **(Teva)** | | | | |
| CAP, PO, 200 mg, 100s ea | 00093-0044-01 | 97.70 | | AB |
| **(UDL)** | | | | |
| CAP, PO (10X10) | | | | |
| 200 mg, 100s ea UD | 51079-0876-20 | 99.15 | 79.32 | AB |
| TAB, PO, 400 mg, | | | | |
| 100s ea UD | 51079-0877-20 | 194.40 | 155.52 | AB |
| 800 mg, 100s ea UD | 51079-0878-20 | 355.10 | 284.10 | AB |
| **(Watson)** | | | | |
| TAB, PO, 400 mg, 100s ea | 52544-0335-01 | 216.72 | | EE |
| 800 mg, 100s ea | 52544-0336-01 | 421.42 | | EE |
| **(Zenith Goldline)** | | | | |
| CAP, PO, 200 mg, 100s ea | 00172-4266-60 | 106.36 | | |
| 500s ea | 00172-4266-70 | 505.21 | | |
| TAB, PO, 400 mg, 100s ea | 00172-4267-60 | 206.40 | | |
| 500s ea | 00172-4267-70 | 401.37 | | |
| 800 mg, 100s ea | 00172-4258-60 | 401.38 | | |
| **ACYCLOVIR SODIUM (APP)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 50 mg/ml, 10 ml | 63323-0325-10 | 22.82 | | AP |
| 20 ml | 63323-0325-20 | 42.59 | | AP |
| PDI, IJ, 500 mg, ea | 63323-0105-10 | 56.51 | | AP |
| **(Abbott Hosp)** | | | | |
| PDI, IJ (VIAL) | | | | |
| 500 mg, 10s ea | 00074-1990-18 | 466.09 | 392.50 | AP |
| (VIAL, FLIPTOP) | | | | |
| 500 mg, 10s ea | 00074-4427-01 | 1047.36 | 882.00 | AP |
| 1000 mg, 10s ea | 00074-4452-01 | 2094.75 | 1764.00 | AP |
| **(Bedford)** | | | | |
| PDI, IJ (S.D.V,P.F.) | | | | |
| 500 mg, 10s ea | 55390-0612-10 | 528.00 | | AP |
| 1000 mg, 10s ea | 55390-0613-20 | 1056.00 | | AP |

| PROD MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Bertek)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 50 mg/ml, | | | | |
| 10 ml 10s | 62794-0401-97 | 230.00 | | EE |
| 20 ml 10s | 62794-0403-97 | 430.00 | | EE |
| **(ESI Lederle Generics)** | | | | |
| INJ, IJ (S.D.V,REDI-INFUS.,P.F.) | | | | |
| 5 mg/ml, | | | | |
| 100 ml 10s | 59911-2453-02 | 587.39 | 469.91 | |
| 200 ml 10s | 59911-2464-02 | 1174.74 | 939.79 | |
| **(Faulding Pharm)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 25 mg/ml, | | | | |
| 20 ml 10s | 61703-0311-21 | 490.04 | | |
| 40 ml 10s | 61703-0311-43 | 954.00 | | |
| **(Gensia)** | | | | |
| PDI, IJ (VIAL) | | | | |
| 500 mg, 10s ea | 00703-8104-03 | 125.00 | | AP |
| 1000 mg, 10s ea | 00703-8105-03 | 232.50 | | AP |
| **(Glaxo Wellcome)** *See* ZOVIRAX | | | | |
| **ADAGEN (Enzon)** | | | | |
| pegademase bovine | | | | |
| INJ, IJ, 2 ml, | | | | |
| 250 u/ml, 1.500 ml | 57665-0001-01 | 2200.00 | | |
| **ADALAT (Bayer Pharm)** | | | | |
| nifedipine | | | | |
| SEE SECTION 7 FOR COLOR PHOTO | | | | |
| CAP, PO, 10 mg, 100s ea | 00026-8811-51 | 53.67 | | AB |
| 300s ea UD | 00026-8811-43 | 59.81 | | AB |
| 300s ea | 00026-8811-18 | 157.74 | | AB |
| **ADALAT CC (Bayer Pharm)** | | | | |
| nifedipine | | | | |
| SEE SECTION 7 FOR COLOR PHOTO | | | | |
| TER, PO, 30 mg, 100s ea | 00026-8841-51 | 120.16 | | BC |
| 100s ea UD | 00026-8841-48 | 126.16 | | BC |
| 1000s ea | 00026-8841-54 | 1201.61 | | BC |
| 5000s ea | 00026-8841-72 | 6008.07 | | BC |
| 60 mg, 100s ea | 00026-8851-51 | 205.90 | | BC |
| 100s ea UD | 00026-8851-48 | 216.19 | | BC |
| 1000s ea | 00026-8851-54 | 2059.04 | | BC |
| 5000s ea | 00026-8851-72 | 10294.96 | | BC |
| 90 mg, 100s ea | 00026-8861-51 | 249.80 | | BC |
| 100s ea UD | 00026-8861-48 | 262.31 | | BC |
| **(Allscripts)** | | | | |
| REPACK | | | | |
| TER, PO, 30 mg, 30s ea | 54569-3891-00 | 37.85 | | BC |
| 100s ea | 54569-3891-01 | 117.91 | | BC |
| 60 mg, 30s ea | 54569-3892-00 | 64.86 | | BC |
| 90 mg, 30s ea | 54569-3893-00 | 78.69 | | BC |
| **(Cheshire)** | | | | |
| REPACK | | | | |
| TER, PO, 30 mg, 30s ea | 55175-5085-03 | 40.22 | | BC |
| 60 mg, 30s ea | 55175-5086-03 | 64.69 | | BC |
| 90 mg, 30s ea | 55175-5087-03 | 78.20 | | BC |
| **(Phys Total Care)** | | | | |
| REPACK | | | | |
| TER, PO, 30 mg, 30s ea | 54868-2860-01 | 47.47 | | BC |
| 60s ea | 54868-2860-00 | 93.82 | | BC |
| 100s ea | 54868-2860-02 | 145.93 | | BC |
| 60 mg, 30s ea | 54868-2869-03 | 75.23 | | BC |
| 60s ea | 54868-2869-00 | 149.12 | | BC |
| 100s ea | 54868-2869-01 | 233.96 | | BC |
| 90 mg, 30s ea | 54868-2870-00 | 90.99 | | BC |
| **(Quality Care)** | | | | |
| REPACK | | | | |
| TER, PO, 30 mg, 30s ea | 62682-6029-02 | 51.64 | | BC |
| 60 mg, 30s ea | 62682-6021-02 | 68.52 | | BC |
| **ADAPALENE** | | | | |
| **(Galderma)** *See* DIFFERIN | | | | |
| **ADDERALL (Shire Richwood)** | | | | |
| amphetamine & dextroamphetamine mixture | | | | |
| TAB, PO, 5 mg, | | | | |
| 100s ea, C-II | 54521-0451-01 | 39.40 | | |
| 10 mg, | | | | |
| 100s ea, C-II | 54521-0452-01 | 62.50 | | |
| 20 mg, | | | | |
| 100s ea, C-II | 54521-0453-01 | 107.05 | | |
| 30 mg, | | | | |
| 100s ea, C-II | 54521-0454-01 | 139.65 | | |
| **(Phys Total Care)** | | | | |
| REPACK | | | | |
| TAB, PO, 5 mg, | | | | |
| 100s ea, C-II | 54868-3976-00 | 37.65 | | |
| 10 mg, | | | | |
| 100s ea, C-II | 54868-3674-00 | 64.55 | | |

**Electronic Drug Pricing and Clinical Information**

# RED BOOK

Database Services – (800) 722-3062

| PROD MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **ADEFLOR M (Kenwood)** | | | | |
| sod fl/vit, multi | | | | |
| CTB, PO, 1 mg, 100s ea | 00482-0115-01 | 38.99 | | |
| **ADENINE/DI SOD PHOS/INOSINE/MONO SOD PHOS/PYRUVATE** | | | | |
| **(Cytosol)** *See* REJUVESOL | | | | |
| **ADENO-JEC (Hauser,A.F.)** | | | | |
| adenosine phosphate | | | | |
| INJ, IJ (M.D.V) | | | | |
| 25 mg/ml, 10 ml | 52637-0690-10 | 14.96 | | |
| **ADENOCARD (Fujisawa)** | | | | |
| adenosine | | | | |
| INJ, IJ (S.D.V,P.F.) | | | | |
| 3 mg/ml, 2 ml | 00469-0872-02 | 33.35 | | |
| (SRN, LUER-TIP,P.F.) | | | | |
| 3 mg/ml, 2 ml | 00469-7234-12 | 35.28 | | |
| 5 ml | 00469-7234-14 | 69.05 | | |
| **(Allscripts)** | | | | |
| REPACK | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 3 mg/ml, 2 ml | 54569-3745-00 | 33.35 | | |
| **ADENOSCAN (Fujisawa)** | | | | |
| adenosine | | | | |
| INJ, IJ (S.D.V,P.F.) | | | | |
| 3 mg/ml, 20 ml | 00469-0871-20 | 155.00 | | |
| 30 ml | 00469-0871-30 | 223.75 | | |
| **(Fujisawa)** *See* ADENOCARD | | | | |
| **(Fujisawa)** *See* ADENOSCAN | | | | |
| **ADENOSINE PHOSPHATE (Consolidated Midland)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 25 mg/ml, 10 ml | 00223-7717-10 | 11.95 | | |
| **(Hauser,A.F.)** *See* ADENO-JEC | | | | |
| **(Legere)** *See* MY-O-DEN | | | | |
| **(McGuff)** | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 25 mg/ml, 10 ml | 49072-0811-10 | 7.19 | | |
| **(Merit)** | | | | |
| INJ, IJ, 25 mg/ml, 10 ml | 30727-0382-70 | 17.85 | | |
| **ADENOSINE-5-MONOPHOSPHATE (Medisca)** | | | | |
| adenosine phosphate | | | | |
| POW, 5 gm | 38779-0656-03 | 22.50 | | |
| 25 gm | 38779-0656-04 | 123.00 | | |
| 100 gm | 38779-0656-05 | 222.75 | | |
| **(Meridian Chemical)** | | | | |
| POW, 10 gm | 62991-2162-01 | 90.00 | | |
| 25 gm | 62991-2162-02 | 180.00 | | |
| 100 gm | 62991-2162-03 | 555.00 | | |
| **ADHESIVE** | | | | |
| **(J&J Medical)** *See* DERMIVIEW HYPOALLERGENIC ADHESIVE | | | | |
| **ADIPEX-P (Gate)** | | | | |
| phentermine hydrochloride | | | | |
| SEE SECTION 7 FOR COLOR PHOTO | | | | |
| CAP, PO, 37.5 mg, | | | | |
| 100s ea, C-IV | 57844-0019-01 | 127.45 | | AA |
| TAB, PO, 37.5 mg, | | | | |
| 100s ea, C-IV | 57844-0009-01 | 125.21 | | AA |
| 400s ea, C-IV | 57844-0009-28 | 475.89 | | AA |
| 1000s ea, C-IV | 57844-0009-10 | 1024.59 | | AA |
| **(Allscripts)** | | | | |
| REPACK | | | | |
| TAB, PO, 37.5 mg, | | | | |
| 14s ea, C-IV | 54569-1718-01 | 16.85 | | AA |
| 30s ea, C-IV | 54569-1718-00 | 36.12 | | AA |
| **(Cheshire)** | | | | |
| REPACK | | | | |
| TAB, PO, 37.5 mg, | | | | |
| 30s ea, C-IV | 55175-5080-03 | 30.00 | | AA |
| 90s ea, C-IV | 55175-5080-09 | 90.00 | | AA |

**SENOKOT** Laxatives | **When the Rx May Constipate**

PURDUE FREDERICK

## PRODUCT LISTINGS

| PROD. MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

(Caronimed) See PURELINE BASIC INFUSION W/O BUTTERFLY

(Caronimed) See PURELINE COMFORT DETACHABLE INFUSION

(Caronimed) See PURELINE CONTACT INFUSION

(Cintex) See ADMINISTRATION SET W/IN-LINE FILTER

(Cintex) See EXTENSION SET W/1.2 MICRON FILTER

(Dey) See ASTECH PEAK FLOW METER

(Dey) See EASIVENT MASK

(Dey) See EASIVENT VALVED HOLDING CHAMBER

(Dey) See EASIVENT VALVED HOLDING CHAMBER

(Du Pont Pharm.) See VIASPAN COLD STORAGE/FLUSHING

(Enltak) See MANOMETER

(Fasiding Pharm) See RAPI-JECT INJECTOR

(Fasiding Pharm) See S.P.A.R. PUMP SEGMENT

(Forest Pharm) See AEROCHAMBER

(Gynetics) See GYNOSAMPLER

(Hollister-Siler) See OPTIHALER CLEAR

(Hollister-Siler) See PERSONAL BEST PEAK FLOW METER

(I&J Medical) See PROTECTIVE SAFETY INTRODUCER SYSTEM

(I&J Medical) See S-ENTRY DRY MAT

(Kendall Co) See ARGYLE QUEST DUO-TUBE

(Kendall Co) See DOVER

(Kendall Co) See DOVER CLEAN CATCH KIT

(Kendall Co) See DOVER DRAINAGE BAG

(Kendall Co) See DOVER FOLEY

(Kendall Co) See DOVER FOLEY CATHETER INSERTION TRAY

(Kendall Co) See DOVER FOLEY TRAY

(Kendall Co) See DOVER LEG BAG

(Kendall Co) See DOVER URINE METER

(Kendall Co) See KANGAROO

(Kendall Co) See KANGAROO PET

(Kendall Co) See MONOJECT

(Key) See INSPIREASE

(Mentor) See PISTON PUMP II VACUUM ERECTION

(Mentor) See RESPONSE II VACUUM ERECTION SYSTEM

(Mentor) See TOUCH II VACUUM ERECTION SYSTEM

(Merlin Tech) See MIST ASSIST BREATHING EXERCISER

(Merlin Tech) See MIST ASSIST MDI

(Merlin Tech) See MIST ASSIST MDI ACTUATOR

(Merlin Tech) See MIST ASSIST MDI/NEB

(Merlin Tech) See MIST ASSIST NEB

(MiniMed) See MINIMED SYRINGE RESERVOIR

(MiniMed) See POLYFIN NEEDLE INFUSION

(MiniMed) See POLYFIN QR NEEDLE INFUSION

(MiniMed) See POLYFIN TUBING EXTENSION

(MiniMed) See SILHOUETTE NON-NEEDLE INFUSION

(MiniMed) See SOF-SET NON-NEEDLE INFUSION

(MiniMed) See SOF-SET QR

(MiniMed) See SOF-SET QR NON-NEEDLE INFUSION

(Novartis Pharm.) See BRETHANCER

(Nycomed) See INFUSION SET W/DRIP CHAMBER

(Nycomed) See MYELOGRAM TRAY

(Owen Mumford) See RAPPORT RING LOADING SYSTEM

(Owen Mumford) See RAPPORT VACUUM THERAPY DEVICE

(Ross Nutr) See ROSS FLEXIFLO INVERTA-PEG BASIC

(Ross Nutr) See ROSS FLEXIFLO INVERTA-PEG COMPLETE

(Ross Nutr) See ROSS FLEXIFLO LAP JEJUNOSTOMY TUBE

(Ross Nutr) See ROSS FLEXIFLO LAPAROSCOPIC

(SDI Labs) See POCKET CARE IRRIGATORS

(Scandipharm) See FLUTTER

(Solopak Medical) See GRAVITY IV FILTER-PRIMARY SOLUTION

(Solopak Medical) See HUBER NEEDLE STANDARD SITE W/TUBING

(Solopak Medical) See HUBER NEEDLE W/Y-SITE W/TUBING

(Solopak Medical) See INJECTION PORT TRANSPARENT RECESSED

(Solopak Medical) See INTRODUCER PEELABLE NEEDLE

(Solopak Medical) See IV EXTENSION

(Solopak Medical) See IV EXTENSION W/ANTI-SIPHEN VALVE

(Solopak Medical) See IV FILTER W/Y-SITE

(Solopak Medical) See IV FILTERS W/EXTENSION

(Solopak Medical) See MAXCESS J-LOOP MINIBORE EXTENSION

(Solopak Medical) See MAXCESS NEEDLELESS MALE LUER CAP

(Solopak Medical) See MINIBORE I.V. EXTENSION

(Solopak Medical) See MULTIPLE ADMIXTURE TRANSFER

(Solopak Medical) See PARAGON ADMINISTRATION

(Solopak Medical) See PARAGON CARRYING CASE

(Solopak Medical) See PARAGON ELITE PORTABLE INFUSION

(Solopak Medical) See PARAGON PORTABLE INFUSION

(Solopak Medical) See PARAGON SINGLE-USE PVC BAG

(Solopak Medical) See SIDEKICK CARRYING CASE

(Solopak Medical) See SIDEKICK MULTI-USE

(Solopak Medical) See SIDEKICK MULTI-USE PVC I.V. BAG

(Solopak Medical) See SIDEKICK PORTABLE INFUSION

(Solopak Medical) See SIDEKICK SINGLE-USE PVC BAG

(Solopak Medical) See SIDEKICK Y-ADAPTER

(VIVUS) See ACTIS

(WE Pharm) See E-Z SPACER

(WE Pharm) See E-Z SPACER & MASK COMBO

(WE Pharm) See E-Z SPACER MASK

(Woodside Biomedical) See RELIEFBAND WB-2

(Woodside Biomedical) See RELIEFBAND WB-4

(Woodside Biomedical) See RELIEFBAND WB-R

(Wyeth-Ayerst) See TUBEX

**DEVICE, INJECTION**
(RPR) See LOVENOX EASYINJECTOR SYSTEM

**DEXACIDIN (Ciba Ophth)**
dexameth/neo suif/polymyx
SUS, OP, 1 mg-3.5 mg-10,000 u/ml,
5 ml .............. 58768-0250-06 ... 11.81 ... AT

(Phys Total Care)
**REPACK**
SUS, OP, 1 mg-3.5 mg-10,000 u/ml,
5 ml .............. 54868-1999-00 ... 13.70 ... AT

**DEXACINE (Ciba Ophth)**
dexameth/neo suif/polymyx
OIN, OP, 1 mg-3.5 mg-10,000 u/gm,
3.500 gm .......... 58768-0252-36 ... 10.58 ... AT

**DEXAMETH SOD PHOS/NEO SULF (Allscripts)**
SOL, OP, 1 mg-3.5 mg/ml,
5 ml .............. 54569-1230-00 ... 14.69 ... EE

(Bausch&Lomb Pharm)
SOL, OP, 1 mg-3.5 mg/ml,
5 ml .............. 24208-0955-60 ... 14.69 ... EE

(Consolidated Midland)
SOL, OP, 1 mg-3.5 mg/ml,
5 ml .............. 00223-8753-05 ... 8.50 ... EE

(Major) See NEO-DEXAMETH

(Merck) See NEO-DECADRON OCUMETER

(Pharma Pac)
SOL, OP, 1 mg-3.5 mg/ml,
5 ml .............. 52959-1387-03 ... 9.85 ... AT

Electronic Drug Pricing and Clinical Information
RED BOOK
Database Services – (800) 722-3062

(Phys Total Care)
SOL, OP, 1 mg-3.5 mg/ml,
5 ml .............. 54868-2957-00 ... 14.74 ... EE

(Qualitest) See NEO-DEX

(Raway)
SOL, OP, 1 mg-3.5 mg/ml,
5 ml .............. 00686-0955-60 ... 6.75 ... EE

(Southwood)
SOL, OP, 1 mg-3.5 mg/ml,
5 ml .............. 58016-6049-05 ... 15.56 ... EE

**DEXAMETH/NEO SULF/POLYMYX**
**MCFA**
OIN, OP, 1 mg-3.5 mg-10,000 u/gm,
3.500 gm ...................... 4.20

(Akorn) See AK-TROL

(Alcon Ophthalmic) See MAXITROL

(Bausch&Lomb Pharm)
OIN, OP, 1 mg-3.5 mg-10,000 u/gm,
3.500 gm .......... 24208-0795-35 ... 8.00 ... AT
SUS, OP, 1 mg-3.5 mg-10,000 u/ml,
5 ml .............. 24208-0630-60 ... 8.00 ... AT

(Cheshire) See NEOPOLYDEX

(Ciba Ophth) See DEXACIDIN

(Ciba Ophth) See DEXACINE

(Consolidated Midland)
SUS, OP, 1 mg-3.5 mg-10,000 u/ml,
5 ml .............. 00223-8754-05 ... 6.75 ... EE

(Falcon Ophthalmics)
OIN, OP, 1 mg-3.5 mg-10,000 u/gm,
3.500 gm .......... 61314-9631-35 ... 8.00 ... AT
SUS, OP (DROP-TAINER)
1 mg-3.5 mg-10,000 u/ml,
5 ml .............. 61314-0630-06 ... 8.00 ... AT

(Foogera)
OIN, OP, 1 mg-3.5 mg-10,000 u/gm,
3.500 gm .......... 00168-0221-38 ... 8.15 ... AT

(Major)
OIN, OP, 1 mg-3.5 mg-10,000 u/gm,
3.500 gm .......... 00904-7938-38 ... 7.25 ... AT

(Major) See METHADEX

(Ocumed) See OCU-TROL

(Ocusoft) See POLY-DEX

(Pharma Pac)
OIN, OP, 1 mg-3.5 mg-10,000 u/gm,
3.500 gm .......... 52959-0487-01 ... 17.95 ... EE
SUS, OP, 1 mg-3.5 mg-10,000 u/ml,
5 ml .............. 52959-1320-01 ... 19.06 ... EE

(Qualitest)
SUS, OP, 1 mg-3.5 mg-10,000 u/ml,
5 ml .............. 00603-7120-37 ... 7.72 ... AT

(Raway)
OIN, OP, 1 mg-3.5 mg-10,000 u/gm,
3.500 gm .......... 00686-0795-55 ... 7.50 ... EE

(Southwood)
OIN, OP, 1 mg-3.5 mg-10,000 u/gm,
3.500 gm .......... 58016-6039-03 ... 27.25 ... EE
SUS, OP, 1 mg-3.5 mg-10,000 u/ml,
5 ml .............. 58016-6041-01 ... 26.50 ... EE
5 ml .............. 58016-6041-05 ... 16.95 ... EE

(URL) See DEXASPORIN

(Zenith Goldline)
SUS, OP, 1 mg-3.5 mg-10,000 u/ml,
5 ml .............. 00182-7023-62 ... 7.79 ... AT

**DEXAMETH/TOBRAMYCIN**
(Alcon Ophthalmic) See TOBRADEX

**DEXAMETHASONE**
**MCFA**
ELI, PO, 0.5 mg/ml,
100 ml ...................... 11.18

Recommend
SENOKOT® Laxatives When the Rx May Constipate

PURDUE FREDERICK

DEXAM/276

| PROD MFR NDC | AWP | DP | OBC |
|---|---|---|---|

**(Alcon Ophthalmic)** See MAXIDEX

**(Allscripts)**
ELI, PO, 0.5 mg/5 ml,
| 100 ml ............54569-1034-00 | 11.08 | | EE |
| TAB, PO, 0.75 mg, 12s ea..54569-0322-00 | 1.75 | | EE |
| (DOSE PACK) | | | |
| 0.75 mg, 12s ea UD ..54569-3110-00 | 7.24 | | EE |
| 20s ea............54569-0322-03 | 2.92 | | EE |
| 2 mg, 6s ea........54569-0336-01 | 3.30 | | |
| 4 mg, 5s ea........54569-0324-04 | 3.50 | | EE |
| 8s ea.............54569-0324-07 | 4.67 | | EE |
| 12s ea............54569-0324-06 | 7.01 | | EE |

**(Alphapharm USPD)**
ELI, PO, 0.5 mg/5 ml,
| 100 ml ............00472-0972-33 | 11.08 | | AA |
| 240 ml ............00472-0972-08 | 19.51 | | AA |

**(Cheshire)**
ELI, PO, 0.5 mg/5 ml,
| 60 ml.............55175-1855-02 | 6.46 | | EE |
| 100 ml ............55175-1855-03 | 8.16 | | EE |
| 120 ml ............55175-1855-00 | 8.16 | | EE |
| TAB, PO, 0.75 mg, 7s ea...55175-1542-07 | 2.00 | | EE |
| (DOSE PACK) | | | |
| 0.75 mg, 21s ea.....55175-1304-01 | 4.50 | | EE |
| 24s ea............55175-1342-04 | 5.22 | | EE |
| 4 mg, 6s ea........55175-1341-06 | 3.20 | | EE |
| 12s ea............55175-1341-02 | 6.00 | | EE |
| 21s ea............55175-1341-01 | 10.35 | | EE |
| 30s ea............55175-1341-03 | 14.25 | | EE |

**(Consolidated Midland)**
ELI, PO, 0.5 mg/5 ml,
| 100 ml ............00223-8496-01 | 7.50 | | EE |
| 240 ml ............00223-8496-02 | 17.50 | | EE |
| TAB, PO, 0.5 mg, 100s ea..00223-0790-01 | 6.75 | | EE |
| 0.75 mg, 100s ea....00223-0791-01 | 7.50 | | EE |
| 1000s ea..........00223-0791-02 | 67.50 | | EE |
| 1.5 mg, 100s ea....00223-0792-01 | 15.00 | | EE |

**(Galipot)**
| POW, 1 gm .........51552-0430-01 | 23.40 | | |
| 5 gm .............51552-0430-08 | 95.82 | | |

**(Major)**
ELI, PO, 0.5 mg/5 ml,
| 240 ml ............00904-0972-09 | 15.95 | | AA |
| TAB, PO, 0.75 mg, 100s ea..00904-0243-60 | 10.99 | | BP |
| 0.75 mg, 100s ea....00904-0244-60 | 6.65 | | BP |
| 4 mg, 100s ea......00904-0246-60 | 22.54 | | BP |

**(Medisca)**
POW, (U.S.P., MICRONIZED)
| 1 gm .............38779-0405-06 | 14.63 | | |
| 5 gm .............38779-0405-03 | 55.13 | | |
| 10 gm ............38779-0405-01 | 102.38 | | |
| 25 gm ............38779-0405-04 | 237.38 | | |
| 100 gm ...........38779-0405-05 | 855.00 | | |

**(Merck)** See DECADRON

**(Meridian Chemical)**
POW, (MICRONIZED,U.S.P.)
| 1 gm .............02991-2022-01 | 36.00 | | |
| 5 gm .............02991-2022-02 | 129.00 | | |
| 10 gm ............02991-2022-03 | 246.00 | | |
| 25 gm ............02991-2022-04 | 555.00 | | |

**(Morton Grove)**
ELI, PO (RASPBERRY)
0.5 mg/5 ml,
| 240 ml ............60432-0466-08 | 23.50 | | AA |

**(PD-RX Pharm)**
| TAB, PO, 0.75 mg, 10s ea..55289-0963-10 | 3.38 | | BP |
| 20s ea............55289-0963-20 | 3.71 | | BP |

**(Par)**
| TAB, PO, 0.25 mg, 100s ea 49884-0083-01 | 11.05 | | BP |
| 1000s ea..........49884-0083-10 | 91.20 | | BP |
| 0.5 mg, 100s ea....49884-0084-01 | 21.00 | | BP |
| 1000s ea..........49884-0084-10 | 173.25 | | BP |
| 0.75 mg, 100s ea....49884-0085-01 | 40.00 | | BP |
| 1000s ea..........49884-0085-10 | 330.00 | | BP |
| 1.5 mg, 100s ea....49884-0086-01 | 76.00 | | BP |
| 1000s ea..........49884-0086-10 | 627.00 | | BP |
| 4 mg, 50s ea.......49884-0087-03 | 95.80 | | BP |
| 100s ea...........49884-0087-01 | 182.00 | | BP |
| 1000s ea..........49884-0087-10 | 1501.50 | | BP |
| 6 mg, 100s ea......49884-0129-03 | 102.00 | | BP |
| 1000s ea..........49884-0129-01 | 193.80 | | BP |

**(Pharma Pac)**
| TAB, PO, 0.75 mg, 12s ea..52959-0392-12 | 8.95 | | EE |
| 21s ea............52959-1504-21 | 8.01 | | EE |
| 28s ea............52959-0392-28 | 19.54 | | EE |

**(Phys Total Care)**
| TAB, PO, 0.75 mg, 100s ea..54868-0916-00 | 3.01 | | EE |
| 1.5 mg, 100s ea....54868-1744-00 | 7.74 | | EE |
| 4 mg, 10s ea.......54868-0218-01 | 3.03 | | EE |

**(Qualitest)**
ELI, PO, 0.5 mg/5 ml,
| 240 ml ............00603-1145-56 | 11.70 | | AA |
| TAB, PO (DOSE PACK) | | | |
| 0.75 mg, 12s ea....00603-3191-11 | 7.24 | | BP |
| 1.5 mg, 100s ea....00603-3192-21 | 13.50 | | BP |

**(Quality Care)**
ELI, PO, 0.5 mg/5 ml,
| 60 ml.............00348-0977-31 | 11.09 | | EE |
| TAB, PO, 0.5 mg, 12s ea...00346-0356-12 | 4.46 | | EE |
| 0.75 mg, 12s ea....00346-5550-12 | 7.79 | | EE |
| 15s ea............00346-0550-15 | 9.74 | | EE |
| 30s ea............00346-5550-30 | 19.46 | | EE |
| 2 mg, 6s ea........82682-5600-02 | 9.45 | | |
| 4 mg, 5s ea........00346-0479-06 | 11.28 | | EE |
| 8s ea.............00346-0479-08 | 15.04 | | EE |
| 15s ea............00346-0479-15 | 28.21 | | EE |
| 19s ea............00346-0479-19 | 35.72 | | EE |
| 50s ea............00346-0479-50 | 93.85 | | EE |

**(Roxane)**
SOL, PO (CHERRY)
0.5 mg/5 ml,
| 5 ml 40s UD ......00054-8177-15 | 29.78 | | AB |
| 500 ml ...........00054-3177-63 | 17.56 | | AB |
| TAB, PO, 0.5 mg, 100s ea..00054-4179-25 | 12.01 | | AB |
| (10X10) | | | |
| 0.5 mg, 100s ea UD ..00054-4179-26 | 16.49 | | AB |
| 1000s ea..........00054-4179-31 | 117.67 | | AB |
| 0.75 mg, 100s ea...00054-4180-25 | 14.61 | | AB |
| (10X10) | | | |
| 0.75 mg, | | | |
| 100s ea UD ......00054-4180-26 | 16.94 | | AB |
| 1 mg, 100s ea......00054-4181-25 | 26.90 | | AB |
| (10X10) | | | |
| 1 mg, 100s ea UD ....00054-4174-25 | 31.21 | | AB |
| 1.5 mg, 100s ea....00054-4182-25 | 27.14 | | AB |
| (10X10) | | | |
| 1.5 mg, 100s ea UD ..00054-4181-25 | 31.99 | | AB |
| 2 mg, 100s ea......00054-4183-25 | 56.60 | | AB |
| (10X10) | | | |
| 2 mg, 100s ea UD ....00054-4176-25 | 59.00 | | AB |
| 4 mg, 100s ea......00054-4184-25 | 58.41 | | AB |
| (10X10) | | | |
| 4 mg, 100s ea UD ....00054-4175-25 | 62.05 | | AB |
| 6 mg, 100s ea......00054-4185-25 | 98.88 | | AB |
| (10X10) | | | |
| 6 mg, 100s ea UD ....00054-4183-25 | 97.34 | | BP |

**(Roxane)** See DEXAMETHASONE INTENSOL

**(Southwood)**
ELI, PO, 0.5 mg/5 ml,
| 100 ml ............58016-0350-20 | 9.63 | | EE |
| TAB, PO, 0.5 mg, 100s ea..58016-0280-00 | 15.31 | | EE |
| 0.75 mg, 12s ea....58016-0293-12 | 9.35 | | EE |
| 15s ea............58016-0293-15 | 11.69 | | EE |
| 20s ea............58016-0293-20 | 15.58 | | EE |
| 30s ea............58016-0293-30 | 23.38 | | EE |
| 100s ea...........58016-0293-00 | 77.92 | | EE |
| 4 mg, 100s ea......58016-0781-10 | 21.40 | | EE |
| 12s ea............58016-0781-12 | 25.68 | | EE |
| 14s ea............58016-0781-14 | 29.96 | | EE |
| 15s ea............58016-0781-15 | 32.10 | | EE |
| 20s ea............58016-0781-20 | 42.80 | | EE |
| 21s ea............58016-0781-21 | 44.94 | | EE |
| 24s ea............58016-0781-24 | 51.36 | | EE |
| 28s ea............58016-0781-28 | 59.92 | | EE |
| 30s ea............58016-0781-30 | 64.20 | | EE |
| 40s ea............58016-0781-40 | 85.60 | | EE |
| 50s ea............58016-0781-50 | 107.00 | | EE |

**(URL)**
ELI, PO, 0.5 mg/5 ml,
| 240 ml ............00677-0601-42 | 15.75 | | AA |
| TAB, PO, 4 mg, 100s ea....00677-0849-01 | 37.05 | | BP |

**(Vintage)**
TAB, PO (DOSE PACK)
| 0.75 mg, 1.5 ea....00254-2567-06 | 7.24 | | BP |

**(Zenith Goldline)**
| TAB, PO, 4 mg, 100s ea....00182-1614-01 | 37.17 | | BP |

**DEXAMETHASONE ACETATE**
**(Clint)** See CORTASTAT LA

**(Consolidated Midland)**
INJ, IJ (VIAL)
| 8 mg/ml, 5 ml ......00223-7390-05 | 11.50 | | EE |

**(Galipot)**
POW, (MICRONIZED,U.S.P.)
| 1 gm .............51552-0024-01 | 27.00 | | |
| 5 gm .............51552-0024-05 | 71.76 | | |
| 10 gm ............51552-0024-10 | 168.00 | | |
| 25 gm ............51552-0024-25 | 378.00 | | |

**(Hyrex)** See SOLUREX LA
**(Keene)** See DEXONE LA
**(Legere)** See DEXASONE L.A.

**(Major)**
INJ, IJ (VIAL)
| 8 mg/ml, 5 ml ......00904-9905-05 | 29.03 | | BP |

**(McGuff)**
INJ, IJ (M.D.V.)
| 8 mg/ml, 5 ml ......49072-0155-05 | 16.99 | | EE |

**(Merz)** See DECAJECT LA

**(Phys Total Care)**
INJ, IJ (VIAL)
| 8 mg/ml, 5 ml ......54868-3977-00 | 29.26 | | EE |

**(Paddock)**
POW, (MICRONIZED, U.S.P.)
| 10 gm ............00574-0409-10 | 174.71 | | |

**DEXAMETHASONE INTENSOL (Roxane)**
dexamethasone
| CNT, PO, 1 mg/ml, 30 ml ..00054-3176-44 | 17.30 | | |

**(APP)**
INJ, IJ (VIAL)
| 4 mg/ml, 1 ml ......63323-0165-01 | 1.04 | | AP |
| (M.D.V.) | | | |
| 4 mg/ml, 5 ml ......63323-0165-05 | 2.66 | | AP |
| 30 ml.............63323-0165-30 | 15.96 | | AP |

**(Abbott Hosp)**
INJ, IJ (M.D.V.)
| 10 mg/ml, 10 ml ...00703-3524-01 | 4.94 | 4.15 | AP |

**(Akorn)** See AK-DEX

**(Allscripts)**
| SOL, OP, 0.1%, 5 ml ..54569-1224-00 | 14.80 | | EE |
| INJ, IJ (S.D.V.) | | | |
| 4 mg/ml, 25 ml.....54569-4726-00 | 27.19 | | EE |
| 4 mg/ml, 30 ml.....54569-3040-00 | 15.96 | | EE |

**(Amer Regent)**
INJ, IJ (S.D.V.)
| 4 mg/ml, 1 ml 25s...00517-4901-25 | 27.19 | | AP |
| (M.D.V.) | | | |
| 4 mg/ml, 5 ml 25s...00517-4905-25 | 54.69 | | AP |
| 30 ml 25s..........00517-4930-25 | 195.94 | | AP |

**(Bausch&Lomb Pharm)**
| SOL, OP, 0.1%, 5 ml ..24208-0726-02 | 15.88 | | AT |

**(Cheshire)**
| OIN, OP, 0.05%, 3.500 gm..55175-4208-00 | 8.47 | | EE |
| SOL, OP, 0.1%, 5 ml ..55175-4205-00 | 6.14 | | EE |

**(Clint)** See CORTASTAT
**(Clint)** See CORTASTAT 10

**(Consolidated Midland)**
INJ, IJ (AMP)
| 4 mg/ml, 1 ml 25s...00223-7401-25 | 25.00 | | EE |
| (DOSETTE) | | | |
| 4 mg/ml, 1 ml 25s...00223-7407-01 | 31.25 | | EE |
| 1 ml 100s..........00223-7463-01 | 60.00 | | EE |
| (VIAL) | | | |
| 4 mg/ml, 5 ml ......00223-7404-05 | 2.75 | | EE |
| 10 ml.............00223-7408-10 | 4.00 | | EE |
| 25 ml.............00223-7406-25 | 7.00 | | EE |
| 8 mg/ml, 5 ml ......00223-7402-30 | 5.50 | | EE |
| SOL, OP, 0.1%, 5 ml ..00223-6465-05 | 3.75 | | EE |
| 15 ml.............00223-6465-15 | 3.50 | | EE |