# CERTIFICATE OF SERVICE

I hereby certify that I, R. Christopher Cook, an attorney, caused a true and correct copy of the foregoing DEFENDANT ABBOTT LABORATORIES, INC.'S MEMORANDUM IN RESPONSE TO THE STATE OF CALIFORNIA'S APPLICATION FOR AN ORDER REMANDING THOSE DEFENDANTS WHICH REMAIN UNDER SEAL TO STATE COURT to be served on the counsel of record as reflected on the attached Service List, by first class mail, this 6th day of August, 2003.

By: _____

R. Christopher Cook, Esq.
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20003-2113
(202) 879-3734

WAI-2070335v1

## SERVICE LIST

In Re: Pharmaceutical Industry Average Wholesale Price Litigation,
MDL No. 1456, Civil Action No. 1:01-CV-12257-PBS
*State of California, et al. v. Abbott Laboratories, Inc., et al.*,
Civil Action No. 1:03-CV-11226-PBS

**John P. Fisher, Esq.**
**William S. Schneider, Esq.**
California Attorney General's Office
Bureau of Medi-Cal Fraud & Elder Abuse
1455 Frazee Road, Suite 315
San Diego, CA 92108

**Frank M. Pitre, Esq.**
Cotchett, Pitre & Simon
840 Malcolm Road, Suite 200
Burlingame, CA 94010-1413

**S. Craig Holden, Esq.**
Ober Kaler
120 East Baltimore Street
Baltimore, MD 21202

**Lawrence A. Cox**
Arnold & Porter
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017-2513

**Adam D. Miller, Esq.**
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067-4107