UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL NO. 1456 <br><br> CIVIL ACTION NO. 01-CV-12257-PBS |
| ) ) THIS DOCUMENT RELATES ) TO ALL ACTIONS ) ) | Judge Patti B. Saris |

## NOTICE OF APPEARANCE

Undersigned counsel hereby files her Notice of Appearance for AstraZeneca Pharmaceuticals LP.

*Lucy Fowler*
Lucy Fowler (BBO# 647929)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
617-832-1000

## CERTIFICATE OF SERVICE

I certify that on August 12, 2003, a true and correct copy of the foregoing Notice of Appearance was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

*Lucy Fowler*
Lucy Fowler