## EXHIBIT A

## DRUGS FOR WHICH NO PURCHASER IS ALLEGED

| Company | Brand Name | Generic Name |
|---|---|---|
| ABBOTT | Aminosyn | amino acid |
| | Calcijek | calcitrol |
| | Liposyn II | fat emulsion |
| | | acetylcysteine |
| | | acyclovir sodium |
| | | amikacin sulfate |
| | | cimetidine hydrochloride |
| | | clindamycin phosphate |
| | | destrose sodium chloride |
| | | dextrose |
| | | fentanyl citrate |
| | | furosemide |
| | | leucovorin calcium |
| | | vancomycin hydrochloride |
| ASTRAZENECA | Diprivan | propofol |
| AVENTIS | Gammar-PI.V | immune globulin |
| | Taxotere | docetaxel |
| BAXTER | Aggrastat | |
| | Bebulin VH | factor ix (systemic) |
| | Brevibloc | esmolol hcl |
| | Buminate | albumin (human) |
| | Claforan | cephalosporin (systemic) |
| | Gammagard S/D | immune globulin solution |
| | Gentran | |
| | Holoxan/ifex | |
| | Iveegam EN | immune globulin iv |
| | Osmitrol | |
| | Recombinate | factor viii |
| | Travasol | |
| | | cisplatin |
| | | dextrose |
| | | dextrose sodium chloride |
| | | doxorubicin hcl |
| | | gentamicin |
| | | heparin |
| BAYER | DTIC-Dome | dacarbazine |
| | Gamimune N | immune globulin (human) iv |

| Company | Brand Name | Generic Name |
|---|---|---|
| | Koate-HP | antihemophilic factor (human) |
| | Kogenate | antihemophilic factor (recombinant) |
| | Mithracin | plicamycin |
| BOEHRINGER | | acycolvir sodium |
| | | amikacin sulfate |
| | | cytaribine |
| | | doxorubicin hydrochloride |
| | | etoposide |
| | | leucovorin calcium |
| | | methyltraxate sodium |
| | | mitomycin |
| | | vinblastine |
| | | vinblastine sulfate |
| BRAUN | | dextrose |
| | | dextrose in lactated ringers |
| | | dextrose w/ sodium chloride |
| | | heparin sodium (porcine) in d5w |
| BMS | Etopophos | etopophos phosphate |
| | Rubex | doxorubicin hcl |
| | Taxol | paclitaxel |
| | | amikacin sulfate |
| | | amphotercin b |
| DEY | | metaproterenol sulfate |
| FUJISAWA | Aristospan | triamcinolone hexacetonide |
| | Cefizox | ceftizoxime sodium or ceftizoxime in d5w |
| | Lyphocin | vancomycin hydrochloride |
| | Nebupent | pentamidine isothionate |
| | Pentam 3000 | pentamidine isothionate |
| | | vinblastine sulfate |
| | | acyclovir sodium |
| | | dexamethasone sodium phosphate |
| | | doxorubicin hydrochloride |
| | | fluorouracil |
| GSK | Myleran | busulfan |
| | Navelbine | vinorelbine tartrate |
| HOFFMAN-LA ROCHE | Cellcept IV | mycophenalate mofetil hcl |
| IMMUNEX | Leukine | sagramostin |
| | Novantrone | mitoxane hydrochloride |
| JOHNSON & JOHNSON | Remicade | |
| NOVARTIS | Lamprene | clofazimine |

ii

| Company | Brand Name | Generic Name |
|---|---|---|
| PHARMACIA | Andriamycin | doxorubicin hydrochloride |
| | Adrucil | fluorouracil |
| | Cytosar-U | cytarabine |
| | Neosar | cyclophospamide |
| | Toposar | etoposide |
| | Vincasar | vincristine sulfate |
| | | bleomycin sulfate |
| SCHERING PLOUGH | Integrilin | eptifibatide |
| | | griseofulvin ultramicro crystalline |
| | | oxaprozin |
| | | ismn |
| | | sulcrafate |
| SICOR | | acyclovir sodium |
| | | amikacin sulfate |
| | | amphotericin b |
| | | doxorubicin hydrochloride |
| | | etoposide |
| | | leucovorin calcium |
| | | pentamidine isethionate |
| WATSON | Ferrlecit | sodium ferric gluconate complex |
| | | propanolol hcl |
| | | vancomycin hcl |
| | | imipramine hcl |
| | | perphenazine hcl |