# EXHIBIT B

## MULTIPLE SOURCE DRUGS IDENTIFIED IN APPENDICES A AND B TO THE AMCC[1]

| Company | Drug |
|---|---|
| ABBOTT | A-Methapred (methylprenisolone sodium succinate) |
| | Aminosyn (amino acid)[2] |
| | Ery-tab (erythromycin, enteric coated) |
| | Erythromycin (erythromycin base) |
| | Liposyn II (fat emulsion)[3] |
| | acetylcysteine |
| | acyclovir sodium |
| | amikacin sulfate |
| | cimetidine hydrochloride |
| | clindamycin phosphate |
| | dextrose sodium chloride |
| | dextrose |
| | diazepam |
| | fentanyl citrate |
| | furosemide |
| | gentamicin sulfate |
| | heparin sodium/ heparin lock flush |
| | leucovorin calcium |
| | lorazepam |
| | sodium chloride |
| | tobramycin sulfate |
| | vancomycin hydrochloride |
| ASTRAZENECA | Nolvadex (tamoxifen citrate) |
| | Zestril (lisinopril) |
| AVENTIS | Calimar (calcitonin salmon) |
| | Cardizem (diltiazem) |
| | Gammar (immune globulin) |
| | Intal (cromolyn sodium) |

[1] For certain companies, the products listed here are currently multi-source but may not have been multi-source throughout the entire period covered by the AMCC.  Furthermore, A number of companies do not manufacture but have at least distributed for a period of time the listed drugs.

[2] This nutritional product is included in this chart because it has therapeutic equivalents, however, nutritional products are reimbursed under Medicare Part B under a separate fee schedule not tied to AWP.

[3] This nutritional product is included in this chart because it has therapeutic equivalents, however, nutritional products are reimbursed under Medicare Part B under a separate fee schedule not tied to AWP.

| Company | Drug |
|---|---|
|  | Trental (pentoxifylline) |
| BAXTER | Ativan (lorazepam) |
|  | Bebulin VH (factor ix) |
|  | Buminate (albumin (human)) |
|  | Clarofan (cefotaxime sodium)[4] |
|  | Gammagard S/D (immune globulin) |
|  | Gentran (dextran) |
|  | Holoxan (ifosfamide) |
|  | Iveegam EN (immune globulin) |
|  | Osmitrol (mannitol) |
|  | Recombinate (factor viii) |
|  | Travasol (amino acids)[5] |
|  | Vancocin HCl (vancomycin hydrochloride) |
|  | cisplatin |
|  | dextrose |
|  | dextrose sodium chloride |
|  | doxorubicin HCl |
|  | gentamicin |
|  | heparin |
|  | sodium chloride |
| BOEHRINGER | acyclovir sodium |
|  | amikacin sulfate |
|  | cytaribine |
|  | doxorubicin hydrochloride |
|  | etoposide |
|  | leucovorin calcium |
|  | methyltraxate sodium |
|  | mitomycin |
|  | vinblastine |
|  | vinblastine sulfate |
|  | dextrose |
| B. BRAUN[6] | dextrose in lactated ringers |

---

[4] Plaintiffs' Appendix B incorrectly lists the generic name for Clarofan as "cephalosporin (systemic)." Plaintiffs' Appendix A has the correct generic name (cefotaxime sodium).

[5] Plaintiffs' Appendix B incorrectly lists this drug's name as "Travenol," a product which does not exist. Appendix A correctly describes the drug as "Travasol." This nutritional product is included in this chart because it has therapeutic equivalents, however, nutritional products are reimbursed under Medicare Part B under a separate fee schedule not tied to AWP.

ii

| Company | Drug |
|---|---|
| | dextrose w/ sodium chloride |
| | heparin sodium (porcine) in d5w |
| | sodium chloride |
| | sodium chloride (gu irrigant) |
| | Blenoxane (bleomycin sulfate) |
| BMS | Buspar (buspirone hcl) |
| | Coumadin (warfarin sodium) |
| | Cytoxan (cyclopho-sphamide) |
| | Glucophage (meformin hcl) |
| | Rubex (doxorubicin hcl) |
| | Taxol (paclitaxel) |
| | Vepesid (etoposide) |
| | amikacin sulfate |
| | amphotercin b |
| | acetylcysteine |
| DEY | albuterol/albuterol sulfate |
| | cromolyn sodium |
| | ipratropium bromide |
| | metaproterenol sulfate |
| | vinblastine sulfate |
| FUJISAWA | acyclovir sodium |
| | dexamethasone sodium phosphate |
| | doxorubicin hydrochloride |
| | fluorouracil |
| | gentamicin sulfate |
| | Nebupent, Pentam 3000 (pentamidine isothianate) |
| | Lyphocin (vancomycin hydrochloride) |
| | Lanoxin (digoxin) |
| GSK | Navelbine (vinorelbine tartrate) |
| | Zovirax (acyclovir/acyclovir sodium) |
| | Ceftin tablets (cefuroxime axetil) |
| | Ventolin HFA (albuterol sulfate) |
| | Wellbutrin (bupropion hcl) |
| | Zantac tabs (rantidine hydrochloride) |
| | leucovorin calcium |
| IMMUNEX | methotrexate sodium |
| | Clorazil (clozapine) |

[6] As shown in B. Braun of America Inc.'s Memorandum in support of its Motion to Dismiss the AMCC, and the accompanying Declaration, B. Braun of America Inc. has not manufactured any of the drugs referenced in the AMCC or Appendices A or B.

iii

| Company | Drug |
|---|---|
| NOVARTIS | Combipatch (estradiol & norethindrone acetate) |
| | Estraderm (estradiol) |
| | Parlodel (bromocriptine mesylate) |
| | Ritalin (methylphenidate hcl) |
| | Ritalin LA (methylphenidate hcl)[7] |
| | Tegretol (carbamazepine) |
| | Vivelle (estradiol) |
| | Vivelle – DOT (estradiol) |
| | Accupril (quinapril hydrolchloride) |
| PFIZER | Cardura (doxazosin mesylate) |
| | Estrostep FE (norethindrone-ethinyl estradiol-fe) |
| | Femhrt 1/5 (ethinyl estradiol norethindrone acetate) |
| | Adriamycin (doxorubicin hcl) |
| PHARMACIA | Adrucil (fluorouracil) |
| | Amphocin (amphotericin) |
| | Cleocin-T (clindamycin phosphate (topical)) |
| | Cytosar-U (cytarabine) |
| | Depo-Testosterone (testosterone cypionate) |
| | Neosar (cyclophosphamide) |
| | Solu-Cortef (hydrocortisone sodium succinate) |
| | Solu-Medrol (methylprednisone sodium succinate) |
| | Toposar (etoposide) |
| | Vincasar (vincristine sulfate) |
| | bleomycin sulfate |
| | clotrimazole |
| SCHERING-PLOUGH GROUP[8] | griseofulvin ultramicro crystalline |
| | oxaprozin |
| | perphenazine |
| | theophylline |
| | albuterol |

---

[7] This form of Ritalin is included in Plaintiffs' Appendix A, but not Appendix B.

[8] Warrick is the company within what Plaintiffs describe as the "Schering-Plough Group" that manufactures these multiple source products.

iv

| Company | Drug |
|---------|------|
|         | sodium chloride |
|         | ismn |
|         | potassium chloride |
|         | sulcrafate |
|         | acyclovir sodium |
| SICOR   | amikacin sulfate |
|         | amphotericin b[9] |
|         | doxorubicin hydrochloride |
|         | etoposide |
|         | leucovorin calcium |
|         | pentamidine isethionate |
|         | tobramycin sulfate |
|         |  |
|         | dexamethasone acetate |
| WATSON  | dexamethasone sodium phosphate |
|         | diazepam |
|         | estradiol |
|         | gentamicin sulfate |
|         | lorazepam |
|         | propanolol hcl |
|         | ranitidine hcl |
|         | vancomycin hcl |
|         | fluphenazine hcl |
|         | gemfibrozil |
|         | imipramine hcl |
|         | nadolol |
|         | perphenazine |
|         | verapamil hcl |
|         |  |
|         |  |

---

[9] This drug appears in Plaintiffs' Appendix B, but not Appendix A.

## CERTIFICATE OF SERVICE

I certify that on August 1, 2003, a true and correct copy of the foregoing Consolidated Memorandum in Support of Defendants' Motion to Dismiss the Amended Master Consolidated Complaint was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

Juliet S. Sorensen