UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
----------------------------------- x

| | |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | : : : : : |
| THIS DOCUMENT RELATES TO: | : MDL NO. 1456 |
| *Congress of California Seniors v. Abbott Labs., et al.*, Docket No. 03 CV 10216 | : Master File No. 01-CV-12257-PBS : : Judge Patti B. Saris |
| *Rice v. Abbott Labs., et al.*, Docket No. 03 CV 11285 | : : |
| *Thompson v. Abbott Labs., et al.*, Docket No. 03 CV 11286 | : : |

----------------------------------- x

## SCHEDULING ORDER

IT IS HEREBY ORDERED as follows:

1. Defendants shall file and serve a consolidated opposition to plaintiffs' remand motions by September 5, 2003. Defendants' consolidated opposition shall not exceed 30 pages.

2. Plaintiffs shall file and serve a consolidated reply, if any, by September 15, 2003. Plaintiffs' consolidated reply shall not exceed 20 pages.

3. Defendants shall file and serve a consolidated sur-reply, if any, by September 22, 2003. Defendants consolidated sur-reply shall not exceed 15 pages.

7. The Court shall hold a hearing on these motions on October 9, 2003, or such other date as the Court deems appropriate.

Dated: August 13, 2003

/s/ Patti B. Saris
Patti B. Saris
United States District Judge

## CERTIFICATE OF SERVICE

I certify that on August 12, 2003, a true and correct copy of the foregoing Joint Motion for Entry of Scheduling Order was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

*Lucy Fowler*
Lucy Fowler