UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re: PHARMACY INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of California, et rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, et al.*<br>*Docket No. 03 CV 11226* | ) ) ) MDL NO. 1456 ) ) Master File No. 01-CV-12257-PBS ) ) Judge Patti B. Saris ) ) ) ) ) |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of the plaintiff/relator Ven-A-Care of the Florida Keys, Inc., in the above-captioned action.

Respectfully Submitted,

*/s/ Jonathan Shapiro*
Jonathan Shapiro
BBO No. 454220
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: August 18, 2003

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail (by hand) on this date 8/18/03.

*/s/ Jonathan Shapiro*

G:\SSWG\VEN-A-CARE\Pharm.Ind. Wholesale Litigation\Appearance.NOT.wpd