

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Turner v. Abbott Laboratories, Inc., et al.*<br>N.D. Cal. Case No. C 02-5006 MJJ | MDL Docket No. 1456<br><br>Master File No. 01-CV-12257-PBS<br><br>The Hon. Patti B. Saris |

## JOINDER OF PLAINTIFF RONALD E. TURNER IN PLAINTIFFS JOHN RICE AND CONSTANCE THOMPSON'S MOTIONS TO REMAND ACTIONS TO CALIFORNIA SUPERIOR COURT

Plaintiff Ronald E. Turner ("Turner") hereby joins in and incorporates by reference as if set forth fully herein, the arguments set forth in two closely related California based cases which have been subject to removal and a subsequent transfer to MDL Docket No. 1456: Plaintiff John Rice's Motion and Memoranda of Law in Support of Motion to Remand Actions to California Superior Court, Case No. C-02-3925 MJJ, filed electronically on or about July 23, 2003. Plaintiff Turner further joins in Plaintiff Constance Thompson's Motion and Memoranda of

1

**ORIGINAL**

Points and Authorities in Support of Motion to Remand, Actions to California Superior Court, Case No. C-02-4450 MJJ, also filed on or about that date.

Accordingly, Plaintiff Ronald E. Turner, on behalf of himself and all other similarly situated persons, respectfully moves the court to vacate the orders that removed and transferred this action, as well as *Rice v. Abbott Laboratories, Inc., et. al,.*, Case No. C 02-3925 MJJ and *Thompson v. Abbott Laboratories, Inc., et. al.,* Case No. C 02-4450 MJJ and to remand these actions to Superior Court of the State of California.

Respectfully submitted,

DATED: August 20, 2003

        MURRAY & HOWARD, LLP
        436 14th Street, Suite 1413
        Oakland, CA 94612
        Telephone:  (510) 444-2660
        Facsimile:   (510) 444-2522

By: _____
        Derek G. Howard, Esq.
   *Attorneys for Plaintiff, on behalf of himself,*
    *and all others similarly situated, and the*
             *general public.*