UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | |
| *Robert J. Swanston v. TAP Pharmaceutical Products Inc.; Abbott Laboratories; Takeda Chemical Industries, Ltd.; Zeneca, Inc.; AstraZeneca Pharmaceuticals LP; AstraZeneca LP; AstraZeneca PLC; Pharmacia Corporation; Pharmacia & Upjohn, Inc.; Monsanto Company; G.D. Searle; Johnson & Johnson; Ethicon Endo-Surgery, Inc.; Indigo Laser Corporation; Alza Corporation; Centocor, Inc.; Ortho Biotech; Bayer Corporation; Wyeth; Wyeth Pharmaceuticals; Amgen, Inc.; Immunex Corporation; Aventis Pharmaceuticals, Inc.; Aventis Behring L.L.C.; Hoechst Marion Roussel, Inc.; Baxter International Inc.; Baxter Healthcare Corporation; Boehringer Ingelheim Corporation; Ben Venue Laboratories, Inc.; Bedford Laboratories; Roxane Laboratories, Inc.; Bristol-Myers Squibb Company; Oncology Therapeutics Network Corporation; Apothecon, Inc.; Fujisawa Healthcare, Inc.; Fujisawa USA, Inc.; GlaxoSmithKline, P.L.C.; SmithKline Beecham Corporation; Glaxo Wellcome, Inc.; Schering-Plough Corporation; Warrick Pharmaceuticals Corporation; Sicor, Inc.; Gensia Sicor Pharmaceuticals, Inc.; Dey, Inc.; David Jett and Jane Doe Jett; Christopher Coleman and Jane Doe Coleman; Scott Hidalgo and Amanda Hidalgo; Michael Gendelman and Jane Doe Gendelman; Eddy James Hack and Jane Doe Hack; Kimberlee Chase and John Doe Chase; Janice M. Swirski and John Doe Swirski; Donna Tom and John Doe Tom; David Guido and Jane Doe Guido; Henry Van Mourik and Jane Doe Van Mourik; and Alan MacKenzie and Jane Doe MacKenzie; Does 1-50; ABC Corporations 1-50; and XYZ Partnerships and Associations 1-50* | Master File No.: 01-CV-12257-PBS

Judge Patti B. Saris |

## OPPOSITION TO JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

Counsel for plaintiff in the case of *Robert J. Swanston v. TAP Pharmaceutical Products Inc.,*

*et al.*, ("*Swanston*") hereby oppose the entry of the scheduling order jointly proposed on August 12,

2003 by counsel for defendants and plaintiffs in three cases transferred to this Court.[1]  *See* Joint Motion for Entry of Scheduling Order attached hereto as Exhibit "A."  Although plaintiff's counsel in *Swanston* were not served with the motion, as was required of the joint movants, they nevertheless learned of the same by checking this Court's docket.  Consequently, the undersigned now advise the Court of their opposition to the proposed Scheduling Order to the extent that it seeks to unduly complicate and overburden the hearing which this Court scheduled previously for the pending remand motion in *Swanston*.

At a hearing on July 22nd called by this Court, the undersigned counsel for plaintiff and counsel for the defendant TAP Pharmaceutical Products, Inc. ("TAP") and other defendants appeared[2], at this Court's request, to discuss the appropriate manner in which to proceed with the distinct issues presented by the *Swanston* case.  This Court will recall that it had concerns about *Swanston* because, unlike any other case pending in this MDL proceeding, *Swanston* involves claims against defendants, like TAP, and drugs, like Lupron®, that are a part of the parallel MDL proceeding, *In re: Lupron® Marketing Practices Litigation*, MDL No. 1430 (currently pending before Judge Stearns of this Court).  In view of that fact, and other substantial differences presented by the procedurally-advanced *Swanston* action[3], this Court set for hearing on October 9th the pending

---

[1]     The three cases are *Congress of California Seniors v. Abbott Labs., et al.*, Docket No. 03-CV-10216, *Rice v. Abbott Labs., et al.*, Docket No. 03-CV-11285, and *Thompson v. Abbott Labs., et al.*, Docket No. 03-CV-11286 (the "California cases").

[2]     Although all the counsel in the courtroom did not identify themselves on the record, counsel for defendant GlaxoSmithKline did speak on the record at the end of the hearing.

[3]     *Swanston* has been pending longer than this MDL proceeding as it was filed in March 2002 and was litigated in Arizona state court by defendants for over nine (9) months before they removed the action to federal court.

2

remand motion in *Swanston* to decide the threshold question of whether federal court jurisdiction existed before turning to the more complicated issues presented by *Swanston*. While the undersigned counsel for plaintiff had requested at the July hearing that the Court should schedule the *Swanston* remand for the same date as the remand hearing in the State cases, presently scheduled for September 18th, this Court indicated that, because the States' hearing would involve remand issues specific to the State cases, it did not want to unduly complicate that proceeding by adding the *Swanston* remand issues.

For the same reasons, this Court should not unduly complicate the October 9th hearing on the distinct *Swanston* remand issues by adding to the agenda the separate issues presented in the three California cases. While counsel for the plaintiffs in the California cases and defense counsel claim that adding the California issues to the *Swanston* hearing would be "in the interest of judicial efficiency," the undersigned respectfully disagree. First, the *Swanston* remand briefing was completed back in January of this year, and is ready for hearing and decision, while the briefing in the three California cases has yet to be accomplished. Second, as this Court observed at the July 22nd hearing, the remand issues presented by the *Swanston* case are difficult, as they involve issues of violations of the rule of unanimity (similar to those presented by the State of Minnesota) and the timeliness of defendants' removal, some nine months after the case was filed. Neither of these issues is involved in the California cases. Accordingly, the limited time reserved for the *Swanston* motion – with the hearing scheduled for 2:30 p.m. – should not be compromised, nor should the time necessary to argue the distinct issues in the California cases be compressed by attempting to jam the California issues into the October 9th *Swanston* hearing. Finally, defense counsel were present at the July 22nd hearing, and made the exact same request to have the *Swanston* case and the California

3

cases consolidated for one hearing. But, this Court rejected defendants' proposal and determined to allow the *Swanston* case to go forward separately for the above reasons, which were discussed fully on July 22ⁿᵈ. Consequently, since counsel present no new reason for re-visiting this issue, there is no reason for this Court to change its decision.

For these reasons, counsel for the plaintiff in *Swanston* respectfully request that the Court deny the Joint Motion for Entry of Scheduling Order to the extent it seeks to have the remand issues presented in the California cases resolved at the same time as the *Swanston* remand issues on October 9, 2003. Instead, the Court should allow the October 9th hearing to go forward on the *Swanston* issues alone, and should schedule for a separate hearing the remand motions in the California cases.

Respectfully submitted,

Dated: August 21, 2003

Donald E. Haviland, Jr., Esquire
**KLINE & SPECTER, P.C.**
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 telephone
(215) 735-0957 facsimile

Harry J. Miller, Esquire
**Harry J. Miller, P.L.L.C.**
Arizona Bar No.: 014556
80 E. Columbus Avenue
Phoenix, AZ 85012
(602) 264-4965 telephone

**CO-LEAD COUNSEL FOR
PLAINTIFF, ROBERT J. SWANSTON AND THE CLASS**

4

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In Re: PHARMACEUTICAL INDUSTRY :
AVERAGE WHOLESALE PRICE :
LITIGATION :
:
THIS DOCUMENT RELATES TO: : MDL NO. 1456
:
*Congress of California Seniors v. Abbott Labs.,* : Master File No. 01-CV-12257-PBS
*et al.,* Docket No. 03 CV 10216 :
: Judge Patti B. Saris
*Rice v. Abbott Labs., et al.,* Docket No. 03 CV :
11285 :
:
*Thompson v. Abbott Labs., et al.,* Docket No. 03 :
CV 11286 :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## JOINT MOTION FOR ENTRY OF
## SCHEDULING ORDER

Counsel for plaintiffs and defendants in the above-captioned actions respectfully move this Court for the entry of a proposed Scheduling Order (attached hereto as Exhibit A). Plaintiffs in the above-captioned actions have each moved this Court to remand these actions to the state courts where they were originally filed. Since these motions raise similar complex legal issues relating to federal jurisdiction, defendants propose to file a consolidated opposition to these motions. In addition, in the interest of judicial efficiency, the parties propose that these motions be scheduled for a hearing on October 9, 2003, the same date that the Court has scheduled a hearing on a similar motion to remand filed in *Swanston v. TAP Pharmaceutical Products, Inc.* Accordingly, the parties jointly request that the Court enter the proposed Scheduling Order.

Respectfully Submitted,

ON BEHALF OF PLAINTIFFS

By:                                                    DATED: August 12, 2003

Thomas Sobol, Esq. (BBO # 471770)
Edward Notargiacomo (BBO #567636)
**HAGENS BERMAN LLP**
225 Franklin Street, 26th Floor
Boston, MA 02110

Attorneys for Plaintiff Congress of California Seniors

James A. Quadra, Esq.
Robert D. Sanford, Esq.
Rebecca Bedwell-Coll
**MOSCONE, EMBLIDGE & QUADRA LLP**
180 Montgomery Street, Suite 1240
San Francisco, CA 94104-4238

Attorneys for Plaintiffs Rice and Thompson

ON BEHALF OF DEFENDANTS

By:                                                    DATED: August 12, 2003

Nicholas C. Theodorou, Esq. (BBO# 496730)
**FOLEY HOAG, LLP**
155 Seaport Boulevard
Boston, MA 02210

D. Scott Wise, Esq. (admitted *pro hac vice*)
Kimberley Harris, Esq. (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL**
450 Lexington Avenue
New York, NY 10017

Attorneys for Defendant AstraZeneca Pharmaceuticals LP

2

EXHIBIT "A" to Joint Motion for Entry of Scheduling Order

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In Re:  PHARMACEUTICAL INDUSTRY :
AVERAGE WHOLESALE PRICE :
LITIGATION :
 :
THIS DOCUMENT RELATES TO: : MDL NO. 1456
 :
*Congress of California Seniors v. Abbott Labs.,* : Master File No. 01-CV-12257-PBS
*et al.,* Docket No. 03 CV 10216 :
 : Judge Patti B. Saris
*Rice v. Abbott Labs., et al.,* Docket No. 03 CV :
11285 :
 :
*Thompson v. Abbott Labs., et al.,* Docket No. 03 :
CV 11286 :
 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## SCHEDULING ORDER

IT IS HEREBY ORDERED as follows:

1. Defendants shall file and serve a consolidated opposition to plaintiffs' remand

motions by September 5, 2003.  Defendants' consolidated opposition shall not exceed 30 pages.

2. Plaintiffs shall file and serve a consolidated reply, if any, by September 15, 2003.

Plaintiffs' consolidated reply shall not exceed 20 pages.

3. Defendants shall file and serve a consolidated sur-reply, if any, by September 22,

2003.  Defendants consolidated sur-reply shall not exceed 15 pages.

7. The Court shall hold a hearing on these motions on October 9, 2003, or such other

date as the Court deems appropriate.

Dated: August __, 2003

         ————————————————
         Patti B. Saris
         United States District Judge

## CERTIFICATE OF SERVICE

I certify that on August 12, 2003, a true and correct copy of the foregoing Joint Motion for Entry of Scheduling Order was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

*Lucy Fowler*

Lucy Fowler

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |

THIS DOCUMENT RELATES TO:

*Robert J. Swanston v. TAP Pharmaceutical Products Inc.; Abbott Laboratories; Takeda Chemical Industries, Ltd.; Zeneca, Inc.; AstraZeneca Pharmaceuticals LP; AstraZeneca LP; AstraZeneca PLC; Pharmacia Corporation; Pharmacia & Upjohn, Inc.; Monsanto Company; G.D. Searle; Johnson & Johnson; Ethicon Endo-Surgery, Inc.; Indigo Laser Corporation; Alza Corporation; Centocor, Inc.; Ortho Biotech; Bayer Corporation; Wyeth; Wyeth Pharmaceuticals; Amgen, Inc.; Immunex Corporation; Aventis Pharmaceuticals, Inc.; Aventis Behring L.L.C.; Hoechst Marion Roussel, Inc.; Baxter International Inc.; Baxter Healthcare Corporation; Boehringer Ingelheim Corporation; Ben Venue Laboratories, Inc.; Bedford Laboratories; Roxane Laboratories, Inc.; Bristol-Myers Squibb Company; Oncology Therapeutics Network Corporation; Apothecon, Inc.; Fujisawa Healthcare, Inc.; Fujisawa USA, Inc.; GlaxoSmithKline, P.L.C.; SmithKline Beecham Corporation; Glaxo Wellcome, Inc.; Schering-Plough Corporation; Warrick Pharmaceuticals Corporation; Sicor, Inc.;Gensia Sicor Pharmaceuticals, Inc.; Dey, Inc.; David Jett and Jane Doe Jett; Christopher Coleman and Jane Doe Coleman; Scott Hidalgo and Amanda Hidalgo; Michael Gendelman and Jane Doe Gendelman; Eddy James Hack and Jane Doe Hack; Kimberlee Chase and John Doe Chase; Janice M. Swirski and John Doe Swirski; Donna Tom and John Doe Tom; David Guido and Jane Doe Guido; Henry Van Mourik and Jane Doe Van Mourik; and Alan MacKenzie and Jane Doe MacKenzie; Does 1-50; ABC Corporations 1-50; and XYZ Partnerships and Associations 1-50*

Master File No.: 01-CV-12257-PBS

Judge Patti B. Saris

## CERTIFICATE OF SERVICE

I hereby certify that on this date, August 21, 2003, a true and correct copy of the foregoing Opposition to Joint Motion for Entry of Scheduling Order, was served on all counsel listed on attached service list, via United States first class mail.

DONALD E. HAVILAND, JR., ESQUIRE

## PANEL SERVICE LIST (Excerpted from CTO-7); Docket No. 1456
## In re Pharmaceutical Industry Average Wholesale Price Litigation
*Swanston v. TAP Pharmaceutical Products, Inc., et al.*; C.A. No.: 2:03-62

Robert E. B. Allen, Esquire
ALLEN, PRICE & PADDEN, P.C.
3131 East Camelback Rd., Ste. 110
Phoenix, AZ 85016-4597

Lewis B. April, Esquire
COOPER LEVENSON APRIL
   NIEDELMAN & WAGENHEIM, P.A.
1125 Atlantic Ave. - Third Floor
P.O. Box 1125
Atlantic City, NJ 08404-1125

Martin A. Aronson, Esq.
MORRILL & ARONSON PLC
One East Camelback Rd., Ste. 340
Phoenix, AZ 85012-1648

Donald Wayne Bivens, Esq.
MEYER, HENDRICKS & BIVENS, PA
P.O. Box 2199
Phoenix, AZ 85001

Alan H. Blankenheimer, Esquire
BROWN & BAIN, P.C.
P.O. Box 400
Phoenix, AZ 85001-0400

Marvin K. Blount, Jr., Esquire
THE BLOUNT LAW FIRM, P.L.L.C.
400 West First Street
Greenville, NC 27834

Joshua T. Buchman, Esquire
MCDERMOTT, WILL & EMERY
227 West Monroe Street
Chicago, IL 60606-5096

Timothy J. Burke, Esquire
FENNEMORE CRAIG, P.C.
3003 North Central Ave., Ste. 2600
Phoenix, AZ 85012-2913

David J. Burman, Esquire
PERKINS COIE LLP
1201 Third Ave., Ste. 4800
Seattle, WA 98101-3099

Patrick Gerard Byrne, Esq.
SNELL & WILMER LLP
One AZ Center
400 E. Van Buren
Phoenix, AZ 85004-2202

William F. Cavanaugh, Jr., Esquire
PATTERSON BELKNAP
   WEBB TYLER
1133 Ave. of the Americas
New York, NY 10036-6710

Bryan L. Clobes, Esq.
MILLER FAUCHER & CAFFERTY
One Logan Sq., Ste. 1700
18th & Cherry Sts.
Philadelphia, PA 19103

Curtis C. Coleman, III, Esquire
CURTIS C. COLEMAN, III, P.A.
916 S. Evans St., P.O. Box 588
Greenville, NC 27835-0588

Paul J. Coval, Esq.
VORYS SATER VORYS SATER
   SEYMOUR PEASE
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1003

Merle M. DeLancey, Jr., Esquire
DICKSTEIN SHAPIRO
   MORIN & OMINSKY
2101 L. St. NW
Washington, D.C. 20037

John C. Dodds, Esquire
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
2000 One Logan Sq.
Philadelphia, PA 19103-2921

Edward C. Duckers, Esquire
HOGAN & HARTSON LLP
555 13th Street, N.W., Ste. 13-W
Washington, DC 20004

Kimberly A. Dunne, Esquire
SIDLEY AUSTIN BROWN & WOOD
555 West Fifth street, 40th Fl.
Los Angeles, CA 90013

Andrew S. Gordon, Esquire
COOPERSMITH GORDON
   SCHERMER OWENS & NELSON
2800 N. Central Ave., Ste. 1000
Phoenix, AZ 85004

Barry D. Halpern, Esquire
SNELL & WILMER L.L.P.
One AZ Center
400 East Van Buren
Phoenix, AZ 85004-2202

Donald E. Haviland, Jr.
KLINE & SPECTER
1525 Locust Street
Nineteenth Floor
Philadelphia, PA 19102

S. Craig Holden, Esq.
OBER, KALER GRIMES & SHRIVER
120 E. Baltimore Street
Baltimore, MD 21202

Lydia Alyce Jones, Esq.
JENNINGS, STROUSS & SALMON
The Collier Center, Ste. 1100
201 E. Washington Street
Phoenix, AZ 85004-2385

Michael K. Kennedy, Esquire
GALLAGHER & KENNEDY, P.A.
2575 E. Camelback Rd.
Phoenix, AZ 85016-9225

Albert G. Lin, Esq.
PILLSBURY WINTHROP, LLP
50 Fremont Street
San Francisco, CA 94105

William J. Maledon, Esquire
OSBORN MALEDON, P.A.
2929 North Central Ave., Ste. 2100
Phoenix, AZ 85012

Donald P. Martin, Esquire
**QUARLES & BRADY STREICH LANG**
One Renaissance Square,
Two North Central Ave.
Phoenix, AZ 85004-2391

Kathleen M. McGuan, Esq.
**REED SMITH LLP**
1301 K Street NW
Ste. 1100 - East Tower
Washington, DC 20005

Harry J. Miller, Esquire
**HARRY J. MILLER, P.L.L.C.**
80 E. Columbus Avenue
Phoenix, AZ 85012

Brien T. O'Connor, Esquire
**ROPES & GRAY**
One International Place
Boston, MA 02110

Pamela M. Overton, Esquire
**GREENBERG TRAURIG, LLP**
2375 East Camelback Rd., Ste. 700
Phoenix, AZ 85016

Randy Papetti, Esquire
**LEWIS AND ROCA LLP**
40 North Central Ave.
Phoenix, AZ 85004-4429

Darrell Prescott, Esq.
**COUDERT BROTHERS LLP**
The Grace Bldg.,
1114 Avenue of the Americas
New York, NY 10036-7703

Mary G. Pryor, Esquire
**THE CAVANAGH LAW FIRM**
1850 North Central Ave., Ste. 2400
Phoenix, AZ 85004-4527

Richard D. Raskin, Esquire
**SIDLEY AUSTIN BROWN & WOOD**
Bank One Plaza
10 S. Dearborn Street, 48th Fl.
Chicago, IL 60603

John E. Riley, Esquire
**VAIRA & RILEY, P.C.**
1600 Market Street, Ste. 2650
Philadelphia, PA 19103-7226

Lee Ann Russo, Esquire
**JONES DAY REAVIS & POGUE**
77 West Wacker
Ste. 3500
Chicago, IL 60601-1692

Paul Schleifman, Esquire
**SHOOK, HARDY & BACON, LLP**
One Kansas City Place
1200 Main Street, 26th Fl.
Kansas City, MO 64105-2118

Michael T. Scott, Esq.
**REED SMITH LLP**
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

Robert W. Shely, Esquire
**BRYAN CAVE LLP**
Two North Central Ave., Ste. 2200
Phoenix, AZ 85004-4406

Jonathan Shub, Esquire
**SHELLER LUDWIG & BADEY**
1528 Walnut Street, 3rd Floor
Philadelphia, PA 19102

Scott A. Stempel, Esquire
**MORGAN, LEWIS & BOCKIUS, LLP**
1111 Pennsylvania Ave.
Washington, DC 20004-2921

Thomas P. Sullivan, Esquire
**JENNER & BLOCK**
One IBM Plaza, Suite 4400
Chicago, IL 60611

Kent Williams, Esquire
**GIEBEL GILBERT WILLIAMS KOHL**
2233 North Hamlin Ave., Suite 620
St. Paul, MN 55113

D. Scott Wise, Esquire
**DAVIS POLK & WARDWELL**
450 Lexington Ave.
New York, NY 10017

Joseph H. Young, Esq.
**HOGAN & HARTSON, LLP**
111 S. Calvert St., Ste. 1600
Baltimore, MD 21202

Jeffrey S. Leonard, Esquire
**LEONARD, COLLINS & GILLESPIE**
40 North Central Ave., Ste. 2100
Phoenix, AZ 85004

Thomas M. Sobol, Esquire
**HAGENS BERMAN, LLP**
225 Franklin Street, 26th Floor
Boston, MA 02110

James A. Quadra, Esquire
Robert D. Sanford, Esquire
Rebecca Bedwell-Coll, Esquire
**MOSCONE EMBLIDGE & QUADRA**
180 Montgomery Street, Suite 1240
San Francisco, CA 94104-4238

Nicholas C. Theodorou, Esquire
**FOLEY HOAG LLP**
155 Seaport Boulevard
Boston, MA 02210-2600