# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL Docket No. 1456 <br> Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: <br><br> *Turner v. Abbott Laboratories, Inc., et al.* <br> N.D. Cal. Case No. C 02-5006 MJJ | The Hon. Patti B. Saris |

## CERTIFICATE OF SERVICE

**ORIGINAL**

# CERTIFICATE OF SERVICE

I hereby certify that I, Stephanie E. Pinkham, an employee of Murray & Howard, LLP, caused true and correct copies of the Joinder of Plaintiff Ronald E. Turner in Plaintiffs John Rice and Constance Thompson's Motions to remand Actions to California Superior Court and Plaintiff Ronald E. Turner's Motion and Brief to Join in Plaintiffs John Rice and Constance Thompson's Motions to Remand Actions to California Superior Court to be served on all counsel of record electronically, pursuant to Section D of Case Management Order No. 2 on this 21st day of August, 2003.

By: _____
Stephanie E. Pinkham
**Murray & Howard, LLP**
436 14th Street, Suite 1413
Oakland, CA 94612
Telephone:   (510) 444-2660
Facsimile:    (510) 444-2522

1