UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: PHARMACY INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of California, et rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, et al.*<br>Docket No. 03 CV 11226 | ) MDL NO. 1456<br>)<br>) Master File No. 01-CV-12257-PBS<br>)<br>) Judge Patti B. Saris<br>)<br>) FILING FEE PAID:<br>) RECEIPT #<br>) AMOUNT $<br>) BY DPTY CLK<br>) DATE |

## NOTICE OF APPEARANCE

Please enter the appearances of Sherrie R. Savett, Gary L. Azorsky and Susan Schneider Thomas, of the firm Berger & Montague, P.C., 1622 Locust Street, Philadelphia, PA 19103, Telephone: (215)875-3000, on behalf of the plaintiff/relator Ven-A-Care of the Florida Keys, Inc. in the above-captioned action pursuant to Case Management Order No.1. Certificates of good standing in the United States District Court for the Eastern District of Pennsylvania, and a One Hundred Fifty Dollar ($150.00) filing fee for Ms. Savett, Mr. Azorsky and Ms. Thomas are submitted herewith.

Respectfully Submitted,

Jonathan Shapiro
BBO No. 454220
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: August 22, 2003

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail (~~by hand~~) on this date 8/22/03.

*/s/ Justin Shapiro*

G:\SSWG\VEN-A-CARE\Pharm.Ind. Wholesale Litigation\Notice of Appearance.wpd

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Sherrie R. Savett, Bar # 17646, was duly admitted to practice in said Court on November 15, 1973, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania      MICHAEL E. KUNZ
                                                               Clerk of Court

on August 13, 2003.                          BY _Aida Ayala_
                                                     Aida Ayala,       Deputy Clerk

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Gary L. Azorsky, Bar # 38924, was duly admitted to practice in said Court on April 12, 1985, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania      MICHAEL E. KUNZ
    Clerk of Court

on August 13, 2003.      BY _Aida Ayala_
    Aida Ayala, Deputy Clerk

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Susan S. Thomas, Bar # 32799, was duly admitted to practice in said Court on November 18, 1981, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania

on August 13, 2003.

MICHAEL E. KUNZ
Clerk of Court

BY _____
Aida Ayala,    Deputy Clerk