IN THE UNITED STATES DISTRICT COURT FOR THE STATE OF TENNESSEE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) |
| | MDL NO. 1456 |
| | Civil Action No. 01-12257-PBS |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) ) |

## NOTICE OF WITHDRAWAL OF
## LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

Pursuant to Rule 83.5.2 of the Local Rules of this Court, Lieff, Cabraser, Heimann & Bernstein, LLP ("Lieff, Cabraser"), provides Notice of its Withdrawal from these coordinated actions as one of Plaintiffs' counsel. All other Plaintiffs' Counsel, including the several law firms that are the Chairs of and other members of the Lead Counsel Committee for the plaintiffs, will continue to represent the plaintiffs in these matters, and another specific successor counsel is not required or designated. Although there are motions pending, other Plaintiffs' counsel are responsible for those matters. Lieff, Cabraser therefore requests that the Court and all parties remove this firm from their mailing lists, including for electronic mail.

August 28, 2003                          Respectfully submitted,

                                         LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

                                         By: _____
                                         Eric B. Fastiff
                                         275 Battery Street, 30th Floor
                                         San Francisco, CA 94111
                                         Telephone: (415) 956-1000
                                         Facsimile:  (415) 956-1008

278333.1

Robert G. Eisler
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

## CERTIFICATE OF SERVICE

I hereby certify that I, Edward Notargiacomo, an attorney, caused a true and correct copy of the foregoing Notice of Withdrawal of Lieff, Cabraser, Heimann & Bernstein, LLP, to be served on all counsel of record electronically, pursuant to Section D of Case Management Order No. 2, this 29TH day of August, 2003.

By: /s/ Edward Notargiacomo
Edward Notargiacomo, Esq.
HAGENS BERMAN LLP
225 Franklin Street, 26th Floor
Boston, MA 02110
(617) 482-3700

278333.1