UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------x
:
IN RE PHARMACEUTICAL INDUSTRY :  MDL No. 1456
AVERAGE WHOLESALE PRICE :
LITIGATION : Master File No. 01-CV-12257-PBS
:
---------------------------------------------------x  Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: : Docket No. 03-CV-229 (DRH)
:
COUNTY OF SUFFOLK :
:
---------------------------------------------------x

**NOTICE OF APPEARANCE FOR DEFENDANT
FOREST PHARMACEUTICALS, INC. AND
MOTION FOR ADMISSION *PRO HAC VICE***

PLEASE TAKE NOTICE, that the law firm of Dornbush Mensch Mandelstam & Schaeffer, LLP hereby appears as counsel in this action for defendant Forest Pharmaceuticals, Inc. ("Forest").

Pursuant to Paragraph 16 of Case Management Order No. 1, Forest respectfully moves the Court for the admission *pro hac vice* of the lawyers listed below to practice before this Court as Forest's attorneys in this action. As appears from the accompanying declarations of each lawyer listed, each of them is a member of good standing of the bar of a district court of the United States. The appropriate filing fees are being submitted to the Clerk of the Court with this Notice and Motion.

The lawyers whose admission *pro hac vice* is sought are:

Peter J. Venaglia
Brian T. Rafferty
Dornbush Mensch Mandelstam & Schaeffer, LLP
747 Third Avenue
New York, New York 10017
(212) 759-3300

Forest requests that each of these lawyers be added to the Court's Master Service List.

Dated: August 25, 2003

                              Forest Pharmaceuticals, Inc.

                              By its attorneys:

                              _____
                              Peter J. Venaglia
                              Brian T. Rafferty
                              Dornbush Mensch Mandelstam & Schaeffer, LLP
                              747 Third Avenue
                              New York, New York 10017
                              (212) 759-3300

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------x
                                                   :
IN RE PHARMACEUTICAL INDUSTRY                      :    MDL No. 1456
AVERAGE WHOLESALE PRICE                            :
LITIGATION                                         :    Master File No. 01-CV-12257-PBS
                                                   :
---------------------------------------------------x
                                                   :    Judge Patti B. Saris
                                                   :
THIS DOCUMENT RELATES TO:                          :    Docket No. 03-CV-229 (DRH)
                                                   :
COUNTY OF SUFFOLK                                  :
                                                   :
---------------------------------------------------x

### *PRO HAC VICE* DECLARATION OF PETER J. VENAGLIA

1. I am a member of the firm of Dornbush Mensch Mandelstam & Schaeffer, LLP, counsel in this matter to Forest Pharmaceuticals, Inc.. I submit this Affidavit in support of my admission *pro hac vice* to the bar of this Court, pursuant to paragraph 16 of Case Management Order No. 1.

2. I am an attorney duly licensed to practice law in the State of New York. I have also been admitted to practice before the United States District Court for the Southern and Eastern Districts of New York.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of August, 2003.

_____
Peter J. Venaglia

155520.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
IN RE PHARMACEUTICAL INDUSTRY :    MDL No. 1456
AVERAGE WHOLESALE PRICE :
LITIGATION :    Master File No. 01-CV-12257-PBS
:
------------------------------------------------x    Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: :    Docket No. 03-CV-229 (DRH)
:
COUNTY OF SUFFOLK :
:
------------------------------------------------x

## *PRO HAC VICE* DECLARATION OF BRIAN T. RAFFERTY

1. I am an associate of the firm of Dornbush Mensch Mandelstam & Schaeffer, LLP, counsel in this matter to Forest Pharmaceuticals, Inc.. I submit this Affidavit in support of my admission *pro hac vice* to the bar of this Court, pursuant to paragraph 16 of Case Management Order No. 1.

2. I am an attorney duly licensed to practice law in the State of New York. I have also been admitted to practice before the United States District Court for the Southern District of New York.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of August, 2003.

_____
Brian T. Rafferty

155518.1

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing Notice of Appearance and Motion for Admission Pro Hac Vice was delivered to all counsel of record b electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on August 21, 2003 a copy to Verilaw Technologies by overnight mail for posting and notification to all parties.

_____
Brian T. Rafferty

155564.1