UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------x
:
IN RE PHARMACEUTICAL INDUSTRY :  MDL No. 1456
AVERAGE WHOLESALE PRICE :
LITIGATION :  Master File No. 01-CV-12257-PBS
:
---------------------------------------------------x  Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: :  Docket No. 03-CV-229 (DRH)
:
COUNTY OF SUFFOLK :
:
---------------------------------------------------x

## RULE 7.3 STATEMENT

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Forest Pharmaceuticals, Inc. states that the parent of Forest Pharmaceuticals, Inc. is Forest Laboratories, Inc., in which shares are publicly-held and traded on the New York Stock Exchange.

Dated:  New York, New York
        August 25, 2003

                                DORNBUSH MENSCH MANDELSTAM
                                & SCHAEFFER, LLP

               By: _____
                         Peter J. Venaglia
                         Brian T. Rafferty

               747 Third Avenue
               New York, New York 10017
               (212) 759-3300
               Attorneys for Defendant Forest Pharmaceuticals, Inc.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Rule 7.3 Statement was delivered to all counsel of record b electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on August 21, 2003 a copy to Verilaw Technologies by overnight mail for posting and notification to all parties.

_____
Brian T. Rafferty

155565.1