## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) ) |

MDL NO. 1456

CIVIL ACTION:  01-CV-12257-PBS

Judge Patti B. Saris

### DEFENDANTS' MOTION TO FILE UNDER SEAL EXHIBIT C TO ITS MEMORANDUM IN SUPPORT OF THEIR MOTION FOR A PROTECTIVE ORDER TO MAINTAIN THE CONFIDENTIALITY OF PORTIONS OF THE AMENDED MASTER CONSOLIDATED COMPLAINT, AND THE MONTANA AND NEVADA II AMENDED COMPLAINTS (NOT OPPOSED)

Pursuant to Paragraphs 15 and 29 of the Protective Order entered by this Court on December 13, 2002, Defendant Baxter Healthcare Corporation moves on behalf of all affected Defendants for the issuance of a protective order to file under seal Exhibit C to Defendants' Memorandum In Support Of Their Motion For A Protective Order To Maintain The Confidentiality Of Portions Of The Amended Master Consolidated Complaint, And The Montana and Nevada II Amended Complaints ("Protective Order Memorandum").

Exhibit C to the Protective Order Memorandum consists of affidavits and declarations from representatives of several Defendants that explain in detail why information in the Amended Master Consolidated Complaint ("AMCC") and Montana and Nevada II amended complaints should remain under seal.  For reasons made clear in the affidavits and declarations,

1

disclosure of this information could cause substantial competitive injury to the relevant

Defendants.[1] A [Proposed] Order is attached hereto.

Respectfully submitted,

| | |
|---|---|
| *Merle M. DeLancey Jr. (PCG)* | *PCG* |
| Merle M. DeLancey, Jr. | Peter E. Gelhaar (BBO #188310) |
| DICKSTEIN SHAPIRO MORIN & | DONNELLY, CONROY & GELHAAR, LLP |
| OSHINSKY LLP | One Beacon Street |
| 2101 L St. NW | 33rd Floor |
| Washington, DC 20037 | Boston, MA  02108 |
| Telephone:  (202) 785-9700 | Telephone:  (617) 720-2880 |
| Facsimile:  (202) 887-0689 | Facsimile:  (617) 720-3554 |
| | |
| Counsel for Defendants | |
| BAXTER HEALTHCARE | |
| CORPORATION | |

---

[1] Given that the Motion for Protective Order is being filed pursuant to this Court's order, and is supported by affidavits/declarations (Exhibit C to the Memorandum), we did not deem it necessary to include affidavits in support of this Motion to File Exhibit C under seal.

2