UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL 1456<br><br>Master File No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*Rice v. Abbott Laboratories, et al.*, N.D. Cal. Case No. C 02-3925 MJJ<br><br>*Thompson v. Abbott Laboratories, et al,* N.D. Cal. Case No. C 02-4450 MJJ | |

## SCHEDULING ORDER FOR MOTIONS TO DISMISS FILED ON JULY 18, 2003

Having considered John Rice and Constance Thompson's joint Ex Parte Motion to Coordinate the Briefing Schedule of the Motions to Dismiss filed on July 18, 2003, and for good cause showing:

IT IS HEREBY ORDERED as follows:

In the event the Court denies the motion to remand filed by Plaintiffs John Rice and Constance Thompson, currently set for hearing on October 9, 2003, Rice and Thompson shall serve and file their opposition to the motions to dismiss filed on July 8, 2003 within 4 days after notice of the Court's denial of the remand motion.

DATED: ~~August~~ 9/2, 2003

Patti B. Saris,
United States District Judge

1