*A 1*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| |
|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION |
| THIS DOCUMENT RELATES TO: |
| *Turner v. Abbott Laboratories, Inc., et al.* N.D. Cal. Case No. C 02-5006 MJJ |

MDL Docket No. 1456

Master File No. 01-CV-12257-PBS

The Hon. Patti B. Saris

## SCHEDULING ORDER FOR MOTIONS TO DISMISS FILED ON JULY 18, 2003

Having considered John Rice and Constance Thompson's joint Ex Parte Motion to Coordinate the Briefing Schedule of the Motions to Dismiss filed on July 18, 2003, and Ronald E. Turner's Joinder in that Ex Parte Motion, and for good cause showing:

IT IS HEREBY ORDERED as follows:

In the event the Court denies the motion to remand filed by Plaintiffs John Rice and Constance Thompson, in which Turner has joined, currently set for hearing on October 9, 2003, Turner shall serve and file his opposition to the motions to dismiss filed on July 8, 2003 within 4 days after notice of the Court's denial of the remand motion.

DATED: __9 13__, 2003

Patti B. Saris,
United States District Judge

1

**ORIGINAL**