UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*State of Montana v. Abbott Labs., Inc., et al.,*<br>D. Mont. Cause No. CV-02-09-H-DWM; and<br><br>*State of Nevada v. American Home Products Corp., et al.,*<br>D. Nev. Cause No. CV-N-02-0202-ECR | |

## PLAINTIFFS' JOINT MOTION TO COMPEL DISCOVERY

Plaintiffs, the State of Montana and the State of Nevada, respectfully and jointly move this Court for an order compelling defendants to provide the discovery sought in Plaintiffs' First Requests for the Production of Documents.

This Motion is supported by the accompanying Memorandum in Support of Plaintiffs' Joint Motion to Compel Discovery (the "Memorandum"), the Declaration of Steve W. Berman in Support of Plaintiffs' Joint Motion to Compel Discovery (the "Berman Declaration") and is based upon the record, file and pleadings in this matter, as well as the Memorandum and Berman Declaration.

- 1 -

1534.15 0016 MTN.DOC

<u>Certification of Compliance with Local Rules 7.1(a)(2) and 37.1</u>

Plaintiffs complied with Local Rules 7.1(a)(2) and 37.1 prior to bringing this motion. *See* Berman Declaration at ¶¶ 4-5.

By_____  
Steve W. Berman  
Sean R. Matt  
HAGENS BERMAN LLP  
1301 Fifth Avenue, Suite 2900  
Seattle, WA 98101  
Telephone: (206) 623-7292  
Facsimile: (206) 623-0594  

DATED:   September 3, 2003.

COUNSEL FOR PLAINTIFFS  
STATE OF MONTANA AND  
STATE OF NEVADA  


Brian Sandoval  
Attorney General of the State of Nevada  
L. Timothy Terry  
Assistant Attorney General  
100 N. Carson Street  
Carson City, Nevada 89701-4714  

ADDITIONAL COUNSEL FOR PLAINTIFF  
STATE OF NEVADA  

Mike McGrath  
Attorney General of Montana  
Kathy Seeley  
Assistant Attorney General  
Justice Building  
215 North Sanders  
P.O. Box 201401  
Helena, MT 56920-1402  
(406) 444-2026  

Joseph P. Mazurek  
CROWLEY, HAUGHEY, HANSON,  
 TOOLE & DIETRICH PLLP  
100 North Park Avenue, Suite 300  
P.O. Box 797  
Helena, MT 59601-6263  
(406) 449-4165

ADDITIONAL COUNSEL FOR PLAINTIFF
STATE OF MONTANA

1534.15 0016 MTN.DOC

## CERTIFICATE OF SERVICE

I hereby certify that I, Edward Notargiacomo, an attorney, caused true and correct copies of the foregoing Plaintiffs' Joint Motion to Compel Discovery, Declaration of Steve W. Berman in Support of Plaintiffs' Joint Motion to Compel Discovery, and Plaintiffs' Memorandum in Support of Plaintiffs' Joint Motion to Compel Discovery, to be served on all counsel of record electronically, pursuant to Section D of Case Management Order No. 2., this 3rd day of September, 2003.

By: /s/ Edward Notargiacomo
Edward Notargiacomo, Esq.
HAGENS BERMAN LLP
225 Franklin Street, 26th floor
Boston, MA 02110
(617) 482-3700