UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: *State of Minnesota v. Pharmacia Corporation,* Civil Action No. 02-10069-PBS | CIVIL ACTION: 01-CV-12257-PBS  Judge Patti B. Saris |
| *State of Nevada v. Abbott Laboratories, Inc., et al.,* Civil Action No. 02-12085-PBS | |

## NOTICE OF CHANGE OF LAW FIRM NAME

TO THE CLERK OF THE COURT:

Please be advised that the name of the law firm for the undersigned attorney for Defendants Pfizer, Inc. and Pharmacia Corporation, has been changed to Laredo & Smith, LLP. The address, telephone and fax numbers remain the same.

Mark D. Smith (BBO #542676)
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
(617) 367-7984 (telephone)
(617) 367-6475 (facsimile)

*Attorney for Defendant Pharmacia Corporation*
*Attorney for Defendant Pfizer, Inc.*

Dated: September 5, 2003

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2003, I caused a true and correct copy of the I served the within Notice of Change of Law Firm Name for Defendant Pfizer, Inc. and Pharmacia Corporation to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

Mark D. Smith

Dated: September 5, 2003