UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of California, et rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, et al.*<br>Docket No. 03 CV 11226 | ) ) ) MDL NO. 1456 ) ) Master File No. 01-CV-12257-PBS ) ) Judge Patti B. Saris ) ) ) ) ) |

## NOTICE OF APPEARANCE

Please enter the appearance of James J. Breen of the Breen Law Firm, 3562 Old Milton Parkway, Alpharetta, Georgia 30005, telephone: (770)740-0008, on behalf of the plaintiff/relator Ven-A-Care of the Florida Keys, Inc., in the above-captioned action pursuant to Case Management Order No. 1, ¶16. A Certificate of Good Standing of Mr. Breen in the United States District Court for the Southern District of Florida and a Fifty Dollar ($50.00) filing fee are submitted herewith. Mr. Breen and the undersigned will act as co-lead counsel for plaintiff/realtor Ven-A-Care of the Florida Keys, Inc.

Respectfully Submitted,

*[signature: Jonathan Shapiro]*
Jonathan Shapiro
BBO No. 454220
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: September 2, 2003

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail (~~by hand~~) on this date 9/2/03.

*[signature: Jonathan Shapiro]*

G:\SSWG\VEN-A-CARE\Pharm.Ind. Wholesale Litigation\Breen Appearance.NOT.wpd

AO 136
(Rev. 6/82)

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA
}
Fla. Bar. **# 297178**

I, **CLARENCE MADDOX**, Clerk of the United States District Court for the Southern District of Florida,

DO HEREBY CERTIFY that ***James Joseph Breen*** was duly admitted to practice in said Court on 12/18/86, and is in good standing as a member of the bar of this Court.

Dated at: **Miami, Florida**, this August 21, 2003

**CLARENCE MADDOX**
Clerk of Court

By _____
Deputy Clerk

certstan.wpt/sk/8-99