

**BMFEA**
Bureau of Medi-Cal Fraud & Elder Abuse
State of California Department of Justice



Office of Attorney General
Bill Lockyer

Bureau of
Medi-Cal Fraud
and Elder Abuse

110 West A Street
San Diego, CA
92101-3702

Information: (619) 688-6800
Facsimile: (619) 688-4200
Personal (619) 688-6099

VIA OVERNIGHT - UPS                    September 9, 2003

Robert Alba, Court Clerk
United States District Court, District of Massachusetts
John Moakley United States Courthouse
1 Courthouse Way
Boston, MASS 02210

RE: MDL 1456 - In re Pharmaceutical Industry Average Wholesale Price Litigation, State of California et al. v. Abbott Laboratories, Inc. et al., Dist. Court Mass. No. 1:03-cv-11226-PBS

Dear Mr. Alba:

Please find enclosed the original and one copy of the Certificate of Service certifying that the document entitled "The State of California's and Relator's Reply Brief In Support of Motion To Remand" has been electronically served as stated therein.

Please conform and return and extra copy stamped "copy" and return to us in the self-addressed stamped envelope.

Thank you for your courtesy and attention to this request.

Sincerely,

William S. Schneider
Deputy Attorney General
Bureau of Medi-Cal Fraud and Elder Abuse

For    BILL LOCKYER
       Attorney General

WSS:agl
Enclosures

## CERTIFICATE OF SERVICE

I hereby certify that I, William S. Schneider, Deputy Attorney General, Bureau of Medi-Cal Fraud and Elder Abuse, for the State of California, caused a true and correct copy of the foregoing The State of California's and Relator's Reply Brief In Support of Motion To Remand, to be served electronically on counsel of record on the Master Service List, pursuant to Section E of the Case Management Order No. 2, this 9th day of September, 2003.

WILLIAM S. SCHNEIDER
Deputy Attorney General
Bureau of Medi-Cal Fraud and Elder Abuse
State of California