FILING FEE PAID:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL NO. 1456 ) |
| THIS DOCUMENT RELATES TO: | ) Master File No. 01-CV-12257-PBS ) |
| *State of California, et rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, et al.* Docket No. 03 CV 11226 | ) Judge Patti B. Saris ) ) ) ) ) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Walter J. Lack, Esq. and Adam D. Miller, Esq. of the firm of Engstrom, Lipscomb & Lack, 10100 Santa Monica Boulevard, 16th Floor, Los Angeles, CA 90067-4107; telephone: 310-552-3800, on behalf of the plaintiff/relator Ven-A-Care of the Florida Keys, Inc., in the above-captioned action pursuant to Case Management Order No. 1, ¶16. Certificates of Good Standing of Messrs. Lack and Miller in the United States District Court for the Southern District of Florida and a Fifty Dollar ($50.00) filing fee for each are submitted herewith.

Respectfully Submitted,

Jonathan Shapiro
BBO No. 454220
Stern, Shapiro, Weissberg
  & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: September 8, 2003

# United States District Court

## Central District of California

**CERTIFICATE OF GOOD STANDING**

I, SHERRI R. CARTER, Clerk of this Court, certify that

Walter J. Lack, Bar No. 57550

was duly admitted to practice in this Court on  January 20, 1975
                                                 *DATE*

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on  September 2, 2003
    *DATE*

SHERRI R. CARTER, CLERK

By  /s/ Marlene Ramirez
    Marlene Ramirez, Deputy Clerk

1152

G-52 (2/99)(Rev. AO 136)    CERTIFICATE OF GOOD STANDING - MEMBER OF BAR

# United States District Court

Central District of California

CERTIFICATE OF
GOOD STANDING

I, SHERRI R. CARTER, Clerk of this Court, certify that

Adam D. Miller, Bar No. 141808

was duly admitted to practice in this Court on September 27, 1990
<u>DATE</u>

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on September 2, 2003
<u>DATE</u>

SHERRI R. CARTER, CLERK

By _____
Marlene Ramirez, Deputy Clerk

1152

G-52 (2/99)(Rev. AO 136)   CERTIFICATE OF GOOD STANDING - MEMBER OF BAR



**STERN
SHAPIRO
WEISSBERG
& GARIN** LLP
attorneys at law

Max D. Stern
Jonathan Shapiro
Lynn G. Weissberg
Patricia Garin
Martin E. Levin
Kenneth M. Resnik

September 8, 2003

Mr. Robert Alba
Courtroom Clerk
United States District Court
 For the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:   In Re: Pharmaceutical Industry
      <u>Average Wholesale Price Litigation</u>

Dear Mr. Alba:

I am enclosing herewith a Notice of Appearance of Walter J. Lach, Esq., and Adam D. Miller, Esq., of the firm of Engstrom, Lipscomb & Lack, 10100 Santa Monica Boulevard, 16th Floor, Los Angeles, CA 90067-4107, telephone: 310-552-3800, on behalf of the plaintiff/relator Ven-A-Care of the Florida Keys, Inc. in the above-captioned case pursuant to the Case Management Order No. 1 ¶16. Also enclosed are Certificates of Good Standing of Messrs. Lack and Miller and a filing fee of $50.00 for each.

Thank you for your attention to this matter.

Very truly yours,

Jonathan Shapiro

JS/jah
encl.
cc: William S. Schneider, Esq.
    James J. Breen, Esq.
    Walter J. Lack, Esq.
    Adam D. Miller, Esq.
    Daniel D. McMillan, Esq.
    James R. Daly, Esq.
    Lawrence Cox, Esq.
    S. Craig Holden, Esq.
    Thomas Sobol, Esq.
    Sherrie R. Savett, Esq.