# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) MDL NO. 1456 ) ) |
| THIS DOCUMENT RELATES TO:<br><br>*Rice v. Abbott Laboratories, et al.*, N.D. Cal., Case No. C 02-3925 MJJ<br><br>*Thompson v. Abbott Laboratories, et al.*, N.D. Cal. Case No. C 02-4450 MJJ | ) Civil Action No. 01-12257-PBS ) ) Judge Patti B. Saris ) ) ) ) ) ) ) ) |

## DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO RESPOND TO JURISDICTIONAL DISCOVERY REQUESTS

Pursuant to Fed. R. Civ. P. 37, defendants AstraZeneca Pharmaceuticals LP, Bristol-Myers Squibb Co., SmithKline Beecham Corp. d/b/a GlaxoSmithKline, and Pharmacia Corp. ("Defendants") respectfully move this Court for an order compelling plaintiffs John Rice and Constance Thompson to respond to defendants' First Request for Jurisdictional Discovery.

In support of this Motion, defendants submit the attached Memorandum of Law in Support of Defendants' Motion to Compel Plaintiffs' to Respond to Jurisdictional Discovery Requests, the Declaration of Mark H. Lynch, and the exhibits attached to the Declaration of Mark H. Lynch.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Counsel for the undersigned defendants certify that they have conferred with counsel for plaintiffs in the above-captioned action, who declined to consent to this motion. *See* Lynch Decl. ¶ 4.

DATED:  September 12, 2003

>ON BEHALF OF DEFENDANTS
>ASTRAZENECA PHARMACEUTICALS LP,
>BRISTOL-MYERS SQUIBB CO., SMITHKLINE
>BEECHAM CORP. d/b/a GLAXOSMITHKLINE,
>AND PHARMACIA CORP.:
>
>BY _____
>Mark D. Seltzer
>BBO #556341
>Holland & Knight LLP
>10 St. James Avenue
>Boston, MA  02116
>Tel:  (617) 854-1460
>Fax:  (617) 523-6850
>
>Mark H. Lynch
>Ethan M. Posner
>Covington & Burling
>1201 Pennsylvania Ave., NW
>Washington, DC 20004
>Tel:  (202) 662-6000
>Fax: (202) 662-6291
>
>Frederick G. Herold
>Dechert LLP
>775 Page Mill Road
>Palo Alto, CA 94304-1013
>Tel: (650) 813-4930
>Fax: (650) 813-4848
>
>*Counsel for SmithKline Beecham Corp. d/b/a GlaxoSmithKline*

## Certificate of Service

I hereby certify that on September 12, 2003, I caused a true and correct copy of this Motion, the Memorandum of Law in Support of Defendants' Motion to Compel Plaintiffs to Respond to Jurisdictional Discovery Requests, the Declaration of Mark H. Lynch, and the exhibits attached to the Declaration of Mark H. Lynch, to be served on all counsel by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Mark D. Seltzer
BBO #556341

BOS1 #1370184 v1

3