```
                                               ..  COURT
                                                .. OF MASS.
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

2003 SEP 15  P 5: 34

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 <br> ) <br> ) Civil Action No. <br> )    01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) <br> ) |
| *State of Nevada v. American Home Products Corp., et al.,* <br> D. Nev. Cause No. CV-N-02-0202-ECR | ) Judge Patti B. Saris <br> ) <br> ) <br> ) |
| *State of Montana v. Abbott Labs., Inc., et al.,* <br> D. Mont. Cause No. CV-02-09-H-DWM | ) <br> ) <br> ) |

## DEFENDANT-SPECIFIC MEMORANDA
## IN SUPPORT OF THE MOTIONS TO DISMISS

The following defendants submit the attached Defendant-Specific Memoranda in Support of the Motions to Dismiss: Abbott Laboratories, Inc.; Amgen, Inc.; AstraZeneca Pharmaceuticals LP; Aventis Pharmaceuticals; Baxter Healthcare Corporation and Baxter International Inc.; Bayer Corporation; Bedford Laboratories; Ben Venue Laboratories, Inc.; Boehringer Ingelheim Corporation; B. Braun of America, Inc.; Dey, Inc.; GlaxoSmithKline (SmithKline Beecham Corporation); Immunex Corporation; Novartis Pharmaceuticals Corporation; Pfizer Inc.; Pharmacia Corporation and Pharmacia & Upjohn, Inc.; Schering-Plough Corporation; TAP Pharmaceutical Products, Inc.; and Warrick Pharmaceuticals Corporation.

9255017_1

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Counsel for defendants hereby certify that they have conferred with plaintiffs in a good faith attempt to narrow or resolve the issues presented by these memoranda.

**Schering-Plough Corporation**
**Warrick Pharmaceuticals Corporation**

By their attorneys

Brien T. O'Connor (BBO# 546767)
John T. Montgomery (BBO# 352220)
Crystal D. Talley (BBO#633759)
John R. Therien (BBO#651185)
Ropes & Gray
One International Place
Boston, MA 02110
(617) 951-7000

Dated: September 15, 2003

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2003, I caused a true and correct copy of the Defendant-Specific Memoranda in Support of the Motions to Dismiss to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

John R. Therien

9255017_1                    -2-

## INDEX

| Defendant | Tab |
|---|---|
| Abbott Laboratories, Inc. | 1 |
| Amgen Inc. | 2 |
| AstraZeneca Pharmaceuticals LP | 3 |
| Aventis Pharmaceuticals | 4 |
| Baxter Healthcare Corporation and Baxter International Inc. | 5 |
| Bayer Corporation | 6 |
| Boehringer Ingelheim Corporation; Ben Venue Laboratories, Inc.; and Bedford Laboratories | 7 |
| B. Braun of America Inc. | 8 |
| Dey, Inc. | 9 |
| GlaxoSmithKline | 10 |
| Immunex Corporation | 11 |
| Novartis Pharmaceuticals Corporation | 12 |
| Pfizer Inc. | 13 |
| Pharmacia Corporation and Pharmacia & Upjohn, Inc. | 14 |
| Schering-Plough Corporation | 15 |
| TAP Pharmaceutical Products, Inc. | 16 |
| Warrick Pharmaceuticals Corporation | 17 |

#1