# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION )<br>)<br>*THIS DOCUMENT RELATES TO:* )<br>_____ )<br>)<br>COUNTY OF SUFFOLK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABBOTT LABORATORIES, INC., AGOURON )<br>PHARMACEUTICALS, INC., AMGEN, INC., )<br>ASTRAZENECA PHARMACEUTICALS L.P., )<br>ASTRAZENACA US, AVENTIS BEHRING, )<br>AVENTIS PHARMACEUTICALS INC., BARR )<br>LABORATORIES, INC., BAYER AG, BERLEX )<br>LABORATORIES, INC., BIOGEN, INC., BRISTOL )<br>MYERS SQUIBB COMPANY, ELI LILLY AND )<br>COMPANY, FUJISAWA PHARMACEUTICAL )<br>COMPANY, LTD., GENENTECH, INC., GLAXO )<br>WELLCOME, P.L.C., GLAXOSMITHKLINE PLC, )<br>IMMUNEX CORPORATION, IVAX )<br>CORPORATION, IVAX PHARMACEUTICALS )<br>INC., JANSSEN PHARMACEUTICAL, JOHNSON & )<br>JOHNSON, MEDIMMUNE, INC., MERCK & CO., )<br>INC., NOVARTIS PHARMACEUTICALS )<br>CORPORATION, ORTHO BIOTECH, ORTHO )<br>MCNEIL PHARMACEUTICALS, PFIZER INC., )<br>PHARMACIA CORPORATION, PURDUE )<br>PHARMA, L.P., RELIANT PHARMACEUTICALS, )<br>SANOFI-SYNTHELABO, INC., SCHERING- )<br>PLOUGH CORP., SMITHKLINEBEECHAM P.L.C, )<br>TAP PHARMACEUTICALS, WARRICK )<br>PHARMACEUTICALS, WYETH, AND DOES 1-100, )<br>)<br>Defendants. )<br>_____ ) | MDL NO. 1456<br>C.A. No. 01-CV-12257 (PBS)<br><br>HON. PATTI B. SARIS<br><br><br><br><br><br><br><br>Case No. |

## DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

17/501753.1

Pursuant to Fed. R. Civ. P. 9(b) and 12(b), the Defendants respectfully move this Court jointly for dismissal of all claims against them in the Amended Complaint. The grounds for this motion are stated in: (1) the Consolidated Memorandum in Support of Defendants' Motion to Dismiss, in which all Defendants join; and (2) individual memoranda of law filed by some Defendants, which they have submitted to address issues specific to them or issues which were not included in the Consolidated Memorandum. In accordance with the Court's Scheduling Order entered on July 20, 2003, defendants are filing a 40-page Consolidated Memorandum, and the individual memoranda filed by certain defendants do not exceed five pages. Defendants respectfully request that the Court hear oral argument on this motion.

WHEREFORE, for the reasons set forth in the memoranda described above, the Defendants respectfully request that the Court grant their motion to dismiss the claims against them in the Amended Complaint and enter an Order:

a. dismissing all claims in the Amended Complaint with prejudice; and

b. providing such other and further relief as the Court deems just and proper.

## CONCLUSION

For all the above reasons, Suffolk County's Amended Complaint should be dismissed in its entirety.

Dated: Boston, Massachusetts
September 15, 2003

> Respectfully submitted,
> ON BEHALF OF ALL SERVED DEFENDANTS
>
> By: _/s/ Lucy Fowler_
> Nicholas C. Theodorou (BBO #496730)
> Lucy Fowler (BBO #647929)
> FOLEY HOAG LLP
> 155 Seaport Boulevard
> Boston, MA 02210
> (617) 832-1000
>
> D. Scott Wise (admitted *pro hac vice*)
> Kimberly Harris (admitted *pro hac vice*)
> DAVIS POLK & WARDWELL
> 450 Lexington Avenue
> New York, NY 10017
> (212) 450-4000

## CERTIFICATE OF SERVICE

I certify that on September 15, 2003, a true and correct copy of the foregoing Motion to Dismiss the Amended Complaint was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

_/s/ Lucy Fowler_
Lucy Fowler

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for defendants conferred with counsel for plaintiffs in an effort to resolve the dispute referred to in this motion, and that the parties have not been able to reach agreement with respect thereto.

*Lucy Fowler*
Lucy Fowler