# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>COUNTY OF SUFFOLK | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>JUDGE PATTI B. SARIS |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2 of the United States District Court for the District of Massachusetts, notice is hereby given of the appearance of Mark A. Berman, Esq. and Bruce A. Levy, Esq., of the law firm of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., One Riverfront Plaza, Newark, New Jersey 07102-5496, (973) 596-4500, on behalf of Berlex Laboratories, Inc., in the captioned matter.

Respectfully submitted,

_____
Bruce A. Levy, Esq.
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5496
(973) 596-4500

Dated: September 15, 2003

#708770 v2
103084-48652