UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>COUNTY OF SUFFOLK | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>JUDGE PATTI B. SARIS |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT
## FOR DEFENDANT BERLEX LABORATORIES, INC.

Pursuant to Local Rule 7.3, Defendant Berlex Laboratories, Inc. states that its parent corporation is Schering, Berlin Inc. ("SBI"), a Delaware corporation, which owns 100% of the stock of Berlex Laboratories, Inc. Schering Aktiengesellschaft, a German corporation listed on the NYSE and Frankfurt exchange, owns 100% of SBI.

                                                                        BERLEX LABORATORIES, INC.
                                                                        By its attorneys:

                                                                        _____
                                                                        Bruce A. Levy, Esq.
                                                                         Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.
                                                                         One Riverfront Plaza
                                                                         Newark, New Jersey 07102-5496
                                                                         (973) 596-4500

Dated:  September 15, 2003

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>COUNTY OF SUFFOLK | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>JUDGE PATTI B. SARIS |

**LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT
FOR DEFENDANT RELIANT PHARMACEUTICALS**

Pursuant to Local Rule 7.3, Defendant Reliant Pharmaceuticals, LLC states that it has no parent company and no publicly held company and owns ten percent or more of its stock.

RELIANT PHARMACEUTICALS, LLC
By its attorneys:

_____
Bruce A. Levy, Esq.
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5496
(973) 596-4500

Dated: September 15, 2003