UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>COUNTY OF SUFFOLK | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>JUDGE PATTI B. SARIS |

FILING FEE PAID:
RECEIPT # 50340
AMOUNT $ 100.00
BY DPTY CLK
DATE 9/16/03

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Paragraph 16 of Case Management Order No. 1, the undersigned, respectfully moves for the admission *pro hac vice* of the lawyers listed below to practice before this Honorable Court, on behalf of defendants Berlex Laboratories, Inc. and Reliant Pharmaceuticals, LLC for purposes of the above-noted case. As appears from the accompanying Certificates of Good Standing for each lawyer listed, each of them is a member in good standing of the bar of a district court of the United States. The appropriate filing fees are being submitted to the Clerk of the Court with this Motion.

The lawyers whose admission *pro hac vice* is sought are:

Mark A. Berman                              mberman@gibbonslaw.com
Bruce A. Levy                                blevy@gibbonslaw.com
GIBBONS, DEL DEO, DOLAN,
  GRIFFINGER & VECCHIONE, P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5496
Tel: 973-596-4500
Fax: 973-596-0545

#708770 v2
103084-48652

The undersigned respectfully requests that each of these lawyers be added to the Court's Master Service List.

                Respectfully submitted,

                */s/ Bruce A. Levy*

                Bruce A. Levy, Esq.
                Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.
                One Riverfront Plaza
                Newark, New Jersey 07102-5496
                (973) 596-4500

Dated: September 15, 2003

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>COUNTY OF SUFFOLK | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>JUDGE PATTI B. SARIS |

## CERTIFICATE OF GOOD STANDING

Mark A. Berman, an attorney with the firm of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., One Riverfront Plaza, Newark, New Jersey 07102-5496, (973) 596-4500, hereby certifies:

(1) I am a member of the Bar of the States of New Jersey and New York and the United States District Court for the Districts of New Jersey, Southern District of New York, Eastern District of New York and the Central District of Illinois.

(2) I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice.

(3) There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

(4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of September, 2003.

                                     Respectfully submitted,

                                     _____
                                     Mark A. Berman, Esq.
                                     Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.
                                     One Riverfront Plaza
                                     Newark, New Jersey 07102-5496
                                     (973) 596-4500

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>COUNTY OF SUFFOLK | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>JUDGE PATTI B. SARIS |

## CERTIFICATE OF GOOD STANDING

Bruce A. Levy, an attorney with the firm of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., One Riverfront Plaza, Newark, New Jersey 07102-5496, (973) 596-4500, hereby certifies:

(1) I am a member of the Bar of the States of New Jersey and New York and the United States District Court for the District of New Jersey.

(2) I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice.

(3) There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

(4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

#708770 v2
103084-48652

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of September, 2003.

          Respectfully submitted,

          _____
          Bruce A. Levy, Esq.
          Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.
          One Riverfront Plaza
          Newark, New Jersey 07102-5496
          (973) 596-4500

#708770 v2
103084-48652

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>COUNTY OF SUFFOLK | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>JUDGE PATTI B. SARIS |

## CERTIFICATE OF SERVICE

I certify that true and correct copies of the following documents were served on all counsel of record by electronic service on September 15, 2003:

(1) Notice of Appearance for Berlex Laboratories, Inc.;

(2) Berlex Laboratories, Inc.'s Disclosure Statement Pursuant to Local Rule 7.3;

(3) Notice of Appearance for Reliant Pharmaceuticals, LLC;

(4) Reliant Pharmaceuticals LLC's Disclosure Statement Pursuant to Local Rule 7.3; and

(5) Motion for Admission *Pro Hac Vice* together with Certificates of Good Standing for Mark A. Berman, Esq. and Bruce A. Levy, Esq.

_____
Bruce A. Levy, Esq.
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.

Dated: September 15, 2003

#708770 v2
103084-48652