# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COUNTY OF SUFFOLK,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>ABBOTT LABORATORIES, INC., AGOURON PHARMACEUTICALS, INC., AMGEN, INC., ASTRAZENECA PHARMACEUTICALS L.P., ASTRAZENECA US, AVENTIS BEHRING L.L.C., AVENTIS PHARMACEUTICALS INC., BARR LABORATORIES, INC., BAYER CORPORATION, BERLEX LABORATORIES, INC., BIOGEN, INC., BRISTOL-MYERS SQUIBB COMPANY, CHIRON CORPORATION, ELI LILLY AND COMPANY, FOREST PHARMACEUTICALS, INC., FUJISAWA HEALTHCARE, INC., GENENTECH, INC., GLAXO WELLCOME, P.L.C., GLAXOSMITHKLINE PLC, IMMUNEX CORPORATION, IVAX CORPORATION, IVAX PHARMACEUTICALS INC., JANSSEN PHARMACEUTICA PRODUCTS, JOHNSON & JOHNSON, MEDIMMUNE, INC., MERCK & CO., INC., NOVARTIS PHARMACEUTICALS CORPORATION, ORTHO BIOTECH PRODUCTS LP, ORTHO MCNEIL PHARMACEUTICALS, PFIZER INC., PHARMACIA CORPORATION, PURDUE PHARMA, L.P., RELIANT PHARMECEUTICALS, SANOFI-SYNTHELABO, INC., SCHERING-PLOUGH CORP., SMITHKLINE BEECHAM P.L.C, SMITHKLINE BEECHAM CORPORATION, TAP PHARMACEUTICAL PRODUCTS, INC., WARRICK PHARMACEUTICALS LTD, WYETH, and DOES 1-100<br><br>　　Defendants. | NOTICE OF CORRECTION TO CAPTION AND COVER PAGE OF THE <u>AMENDED COMPLAINT</u><br><br>MDL. NO. 1456<br>JUDGE PATTI SARIS<br><br>**JURY TRIAL DEMANDED** |

PLEASE TAKE NOTICE that the caption and cover page to the amended complaint filed

by the County of Suffolk on August 1, 2003 (the "amended complaint"), has been corrected to remedy clerical errors.

The caption to the original amended complaint inadvertently misidentified defendants Bayer Corporation, Tap Pharmaceutical Products, Inc. and Fujisawa Healthcare, Inc., and omitted Chiron Corporation, Forest Pharmaceuticals, Inc., and SmithKline Beecham Corporation. The defendants were identified properly in the body of the amended complaint. The cover page to the original amended complaint inadvertently omitted the words "JURY TRIAL DEMANDED."

No changes have been made to the body of the amended complaint. A copy of the corrected caption and cover page is attached hereto.

Dated: September 10, 2003.

        Paul Sabatino II, Esq.
        Counsel to the Suffolk County Legislature

By: _____
        KIRBY McINERNEY & SQUIRE, LLP
        Roger W. Kirby
        Joanne M. Cicala
830 Third Avenue
New York, New York 10022
(212) 371-6600

SPECIAL COUNSEL FOR
THE COUNTY OF SUFFOLK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COUNTY OF SUFFOLK,<br><br>    Plaintiff,<br><br>        v.<br><br>ABBOTT LABORATORIES, INC., AGOURON PHARMACEUTICALS, INC., AMGEN, INC., ASTRAZENECA PHARMACEUTICALS L.P., ASTRAZENECA US, AVENTIS BEHRING L.L.C., AVENTIS PHARMACEUTICALS INC., BARR LABORATORIES, INC., BAYER CORPORATION, BERLEX LABORATORIES, INC., BIOGEN, INC., BRISTOL-MYERS SQUIBB COMPANY, CHIRON CORPORATION, ELI LILLY AND COMPANY, FOREST PHARMACEUTICALS, INC., FUJISAWA HEALTHCARE, INC., GENENTECH, INC., GLAXO WELLCOME, P.L.C., GLAXOSMITHKLINE PLC, IMMUNEX CORPORATION, IVAX CORPORATION, IVAX PHARMACEUTICALS INC., JANSSEN PHARMACEUTICA PRODUCTS, JOHNSON & JOHNSON, MEDIMMUNE, INC., MERCK & CO., INC., NOVARTIS PHARMACEUTICALS CORPORATION, ORTHO BIOTECH PRODUCTS LP, ORTHO MCNEIL PHARMACEUTICALS, PFIZER INC., PHARMACIA CORPORATION, PURDUE PHARMA, L.P., RELIANT PHARMECEUTICALS, SANOFI-SYNTHELABO, INC., SCHERING-PLOUGH CORP., SMITHKLINE BEECHAM P.L.C, SMITHKLINE BEECHAM CORPORATION, TAP PHARMACEUTICAL PRODUCTS, INC., WARRICK PHARMACEUTICALS LTD, WYETH, and DOES 1-100<br><br>    Defendants. | MDL. NO. 1456<br><br>JUDGE PATTI SARIS<br><br>JURY TRIAL DEMANDED |

**AMENDED COMPLAINT**