UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COUNTY OF SUFFOLK,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>ABBOTT LABORATORIES, INC., AGOURON PHARMACEUTICALS, INC., AMGEN, INC., ASTRAZENECA PHARMACEUTICALS L.P., ASTRAZENECA US, AVENTIS BEHRING L.L.C., AVENTIS PHARMACEUTICALS INC., BARR LABORATORIES, INC., BAYER CORPORATION, BERLEX LABORATORIES, INC., BIOGEN, INC., BRISTOL-MYERS SQUIBB COMPANY, CHIRON CORPORATION, ELI LILLY AND COMPANY, FOREST PHARMACEUTICALS, INC., FUJISAWA HEALTHCARE, INC., GENENTECH, INC., GLAXO WELLCOME, P.L.C., GLAXOSMITHKLINE PLC, IMMUNEX CORPORATION, IVAX CORPORATION, IVAX PHARMACEUTICALS INC., JANSSEN PHARMACEUTICA PRODUCTS, JOHNSON & JOHNSON, MEDIMMUNE, INC., MERCK & CO., INC., NOVARTIS PHARMACEUTICALS CORPORATION, ORTHO BIOTECH PRODUCTS LP, ORTHO MCNEIL PHARMACEUTICALS, PFIZER INC., PHARMACIA CORPORATION, PURDUE PHARMA, L.P., RELIANT PHARMECEUTICALS, SANOFI-SYNTHELABO, INC., SCHERING-PLOUGH CORP., SMITHKLINE BEECHAM P.L.C, SMITHKLINE BEECHAM CORPORATION, TAP PHARMACEUTICAL PRODUCTS, INC., WARRICK PHARMACEUTICALS LTD, WYETH, and DOES 1-100<br><br>　　Defendants. | MDL. NO. 1456<br><br>JUDGE PATTI SARIS<br><br>JURY TRIAL DEMANDED<br><br>01 12257 PBS |

**AFFIDAVIT OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 17th day of September 2003, he caused a true and correct copy of the NOTICE OF CORRECTION TO CAPTION AND COVER

PAGE OF THE AMENDED COMPLAINT to be delivered to counsel of record for defendants on the attached service list by electronic service pursuant to Case Management Order No. 2 entered by the honorable Patti B. Saris in MDL No. 1456. The Notice was posted to Verilaw's Electronic Service System.

*Lloyd Donders*
Lloyd M. Donders, Esq.
Kirby McInerney & Squire
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 371-6600

Sworn to before me this
17th day of September, 2003

*Ileana Ramirez*
Notary Public

ILEANA RAMIREZ
Notary Public, State of New York
No. 01RA4740575
Appointed in Bronx County
My Commission expires 3/13/2005

| **Firms/Address** | **Represented Parties** |
|---|---|
| Jones Day<br>51 Louisiana Avenue, N.W<br>Washington, DC 20001 | Abbott Laboratories, Inc. |
| Testa, Hurwitz and Thibeault, LLP<br>125 High Street<br>Boston, MA 02110 | Abbott Laboratories, Inc. |
| Kelly, Libby & Hoopes, P.C.<br>175 Federal St.<br>Boston, MA 02110 | Amgen Inc. |
| Hogan & Hartson L.L.P.<br>555 Thirteenth St., NW<br>Washington, DC 20004 | Amgen Inc. |
| Davis Polk and Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 | AstraZeneca Pharmaceuticals, L.P. |
| Foley Hoag LLP<br>155 Seaport Blvd.<br>Boston, MA 02210 | AstraZeneca Pharmaceuticals, L.P. |
| Hogan & Hartson L.L.P.<br>555 Thirteenth St., NW<br>Washington, DC 20004 | Aventis, Behring |
| Kirkpatrick and Lockhart, L.L.P.<br>75 State Street<br>Boston, MA 02109 | Aventis Pharmaceuticals, Inc. |
| Shook, Hardy & Bacon LLP<br>1200 Main Street<br>Kansas City, MO 64105 | Aventis Pharmaceuticals, Inc. |
| Nixon Peabody LLP<br>101 Federal Street<br>Boston, MA 02110 | Bayer Corp. |
| Sidley Austin Brown & Wood<br>10 S. Dearborn St.<br>Chicago, IL 60603 | Bayer Corp. |
| Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102 | Berlex Laboratories, Inc. |
| Dwyer & Collora, LLP<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210 | Bristol-Myers Squibb Co. |

| | |
|---|---|
| Hogan & Hartson L.L.P.<br>555 Thirteenth St., NW<br>Washington, DC 20004 | Bristol-Myers Squibb Co |
| Arent Fox Kintner Plotkin & Kahn PLLC<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036 | Chiron Corporation |
| Chiron Corporation<br>4560 Horton Street<br>MS/R-422<br>Emeryville, CA 94608-291 | Chiron Corporation |
| Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>701 Pennsylvania Avenue, N.W.<br>Suite 900<br>Washington, DC 20004 | Eli Lilly and Company |
| Dornbush Mensch Mandelstam & Schaeffer, LLP<br>747 Third Avenue<br>New York, NY 10017 | Forest Pharmaceuticals, Inc. |
| Bingham McCutcheon, LLP<br>150 Federal St.<br>Boston, MA 02110 | Fujisawa Healthcare, Inc. |
| Reed Smith, LLP<br>1301 K St., N.W.<br>Suite 1100 East Tower<br>Washington, DC 20005 | Fujisawa Healthcare, Inc. |
| Covington and Burling<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004 | GlaxoSmithKline |
| Dechert Price & Rhoads<br>1717 Arch Street<br>Bell Atlantic Tower<br>Philadelphia, PA 19103-279 | GlaxoSmithKline |
| BALLARD SPAHR ANDREWS & INGERSOLL, LLP<br>1735 Market Street<br>51st Floor<br>Philadelphia, PA 19103 | Immunex Corp. |
| GOULSTON & STORRS<br>400 Atlantic Avenue<br>Boston, MA 02110 | Immunex Corp. |
| PERKINS COIE<br>1201 Third Avenue<br>Suite 4800<br>Seattle, WA 98101 | Immunex Corp. |

| | |
|---|---|
| Patterson, Belknap, Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036 | Johnson & Johnson |
| Williams & Connolly LLP<br>725 12th Street, NW<br>Washington, DC 20005 | MedImmune, Inc. |
| Hughes Hubbard & Reed<br>1775 I Street N.W.<br>Washington, DC 20006 | Merck & Co., Inc. |
| Laredo & Smith, LLP<br>15 Broad Street<br>Suite 600<br>Boston, MA 02109 | Pharmacia Corporation |
| Morgan Lewis and Bockius<br>1701 Market Street<br>Philadelphia, PA 19103 | Pharmacia Corporation |
| MORGAN, LEWIS & BOCKIUS LLP<br>300 South Grand Avenue<br>Suite 2200<br>Los Angeles, CA 90071 | Pharmacia Corporation |
| MORRISON & FOERSTER<br>5200 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO 80202 | Purdue Pharma L.P. |
| ROPES and GRAY<br>One International Place<br>Boston, MA 02110 | Schering-Plough Corporation |
| ROPES and GRAY<br>One International Place<br>Boston, MA 02110 | Warrick Pharmaceuticals |
| Hale & Dorr<br>60 State Street<br>Boston, MA 02109 | American Home Products (Wyeth) |
| Ober, Kaler, Grimes & Shriver<br>120 E. Baltimore St.<br>Baltimore, MD 21202 | American Home Products (Wyeth) |