UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>CIVIL ACTION No. 01-CV-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS |  |

## NOTICE OF APPEARANCE FOR DEFENDANT SANOFI-SYNTHELABO INC.

**To the Clerk of the Above-Named Court:**

Please enter the appearance of Colleen M. Hennessey, of the law firm Peabody & Arnold LLP, and Kevin R. Sullivan, Grace Rodriguez, Ann H. Malekzadeh, and John D. Shakow, of the law firm King & Spalding LLP, on behalf of Defendant Sanofi-Synthelabo Inc.

September 18, 2003

Respectfully submitted,

_Colleen M. Hennessey (myy)_
Colleen M. Hennessey
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
617-951-2008

Kevin R. Sullivan
Grace Rodriguez
Ann H. Malekzadeh
John D. Shakow
KING & SPALDING LLP
1730 Pennsylvania Avenue NW
Washington, DC 20006

Telephone: (202) 737-0500
Facsimile: (202) 626-3737

Attorneys for Defendant Sanofi-Synthelabo Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2003, I caused true and accurate copies of the following to be served on all counsel of record by electric service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456:

Notice of Appearance for Defendant Sanofi-Synthelabo Inc.

_____
Colleen M. Hennessey