UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES ) <br> TO ALL ACTIONS ) <br> ) | MDL No. 1456 <br><br> CIVIL ACTION No. 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

### DEFENDANT SANOFI-SYNTHELABO INC.'S
### LOCAL RULE 7.3 DISCLOSURE STATEMENT

In accordance with the requirements of Local Rule 7.3, Defendant Sanofi-Synthelabo Inc. states as follows:

Sanofi-Synthelabo Inc. is wholly owned by Paris-based Sanofi-Synthelabo. Sanofi-Synthelabo is aware of two publicly-traded companies, TotalFinaElf and L'Oreal, that own more than 10% of its stock.

September 18, 2003                                        Respectfully submitted,

_Colleen M. Hennessey (myg)_
Colleen M. Hennessey
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
617-951-2008

Kevin R. Sullivan
Grace Rodriguez
Ann H. Malekzadeh
John D. Shakow

KING & SPALDING LLP
1730 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

Attorneys for Defendant Sanofi-Synthelabo Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2003, I caused true and accurate copies of the following to be served on all counsel of record by electric service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456:

Defendant Sanofi-Synthelabo Inc.'s Rule 7.3 Corporate Disclosure.

_Colleen M. Hennessey_ (nyg)
Colleen M. Hennessey