UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITIZENS FOR CONSUMER JUSTICE, ET AL<br>Plaintiffs, | CIVIL ACTION<br>NO.  01-12257-PBS |
| v. | MDL NO. 1456 |
| ABBOTT LABORATORIES, INC., ET AL<br>Defendants. | |

AND ALL RELATED CASES

**NOTICE OF RESCHEDULED HEARING**

SARIS, U.S.D.J.                                                                                              September 18, 2003

      The hearing on Motions to Dismiss Re: State of Montana and State of Nevada previously scheduled for December 3, 2003 has been **rescheduled** to **December 12, 2003 at 2:00 p.m.**  This hearing will also include the Motion to Dismiss by the County of Suffolk, NY.

                                                       _s/ Robert C. Alba_
                                                       Deputy Clerk

Copies to:  All Counsel