# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## PLAINTIFFS' NOTICE OF CORRECTION TO REPORT ON THE STATUS OF DISCOVERY FILED ON AUGUST 29, 2003

In Plaintiffs' Report on the Status of Discovery, filed with the Court on August 29, 2003, Plaintiffs included a table that, among other things, identified the Defendants that are required by the Court's August 15, 2003 Order to supplement their prior governmental productions. In that table, Plaintiffs mistakenly identified Defendants Amgen and Sicor as having received subpoenas from the House Committee on Energy and Commerce. Although this error does not affect these two Defendants' obligations as set forth in Plaintiffs' Report, counsel for Amgen and Sicor requested that Plaintiffs correct the record. This filing is made for that purpose. Neither Defendant Amgen nor Sicor have received a subpoena as indicated in Plaintiffs' Report.

Dated: September 17, 2003

By _____
Edward Notargiacomo (BBO# 567636)
Thomas M. Sobol (BBO# 471770)
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA 02110
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Kevin P. Roddy
Hagens Berman LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Samuel Heins
Heins, Mills & Olson, P.C.
700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

Eugene A. Spector
Jeffrey L. Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

**CHAIRS OF LEAD COUNSEL COMMITTEE**

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Elizabeth Fegan Hartweg
Kenneth A. Wexler & Associates
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Lisa M. Mezzetti
Donna L. Solen
Cohen, Milstein, Hausfeld & Toll. P.L.L.C.
825 Third Avenue, 30th Floor
New York, NY 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

Michael M. Buchman
Milberg Weiss Bershad Hynes & Lerach, LLP
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

**LEAD COUNSEL COMMITTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that I, Edward Notargiacomo, an attorney, caused true and correct copies of the foregoing Plaintiffs' Notice of Correction to Report on the Status of Discovery Filed on August 29, 2003 to be served on all counsel of record electronically, pursuant to Section D of Case Management Order No. 2 on this 17th day of September, 2003.

By: _____
Edward Notargiacomo, Esq.
HAGENS BERMAN LLP
225 Franklin Street, 26th floor
Boston, MA 02110
(617) 482-3700