UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: *State of Minnesota v. Pharmacia Corporation,* Civil Action No. 02-10069-PBS  *State of Nevada v. Abbott Laboratories, Inc., et al.,* Civil Action No. 02-12085-PBS | CIVIL ACTION: 01-CV-12257-PBS  Judge Patti B. Saris |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Undersigned counsel hereby certifies that Scott Stempel, counsel for Pfizer, Inc. and Pharmacia Corporation and Pharmacia and Upjohn, Inc., conferred with counsel for certain plaintiffs and attempted to confer with counsel for all Plaintiffs in an effort to narrow the issues raised in Defendants' Motion for a Case Management Order Coordinating Discovery. The parties were unable to resolve or narrow the issues raised in the aforementioned Motion for Reconsideration, or in the Alternative, for Certification of an Interlocutory Appeal Order.

_____
Mark D. Smith

Dated: September 17, 2003

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _September 17, 2003_