UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | |
| THIS DOCUMENT RELATES TO<br><br>State of Montana v. Abbot Labs, Inc., et al., 02-CV-12084-PBS<br><br>State of Nevada v. American Home Products Corp., et al., 02-CV-12086-PBS | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>**Judge Patti B. Saris** |

## NOTICE OF CORRECTION

Defendants' Motion to Dismiss the State of Montana's Second Amended Complaint and the State of Nevada's Amended Complaint ("the Motion to Dismiss"), filed with the Court in the above-captioned action on September 15, 2003, inadvertently included the names of two defendants that did not join in the Motion to Dismiss: Gensia, Inc., and Gensia Sicor Pharmaceuticals, Inc. A corrected list of defendants joining in the Motion to Dismiss is attached hereto as Exhibit A.

Respectfully submitted,

Mark D. Seltzer
BBO #556341
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
Tel: (617) 854-1419
Fax: (617) 523-6850

Mark H. Lynch
Ethan M. Posner
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 662-5544
Fax: (202) 778-5544

Frederick G. Herold
Dechert LLP
975 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 813-4930
Fax: (650) 813)-4848
(Member of Pennsylvania Bar; admission to California Bar pending)

*Counsel for SmithKline Beecham Corp. d/b/a GlaxoSmithKline*

**ON BEHALF OF:**

ABBOTT LABORATORIES

AMGEN, INC.

APOTHECON, INC.

ASTRAZENECA PHARMACEUTICALS LP

AVENTIS BEHRING L.L.C.

AVENTIS PHARMACEUTICALS, INC.

B. BRAUN OF AMERICA

BAXTER HEALTHCARE CORPORATION

BAXTER INTERNATIONAL, INC.

BAYER CORPORATION

BEDFORD LABORATORIES

BEN VENUE LABORATORIES, INC.

BOEHRINGER INGLEHEIM CORP.

BRISTOL-MYERS SQUIBB CO.

2

CENTOCOR, INC.

DEY, INC.

GENSIA, INC.

GENSIA SICOR PHARMACEUTICALS, INC.

HOECHST MARION ROUSSEL, INC.

IMMUNEX CORP.

JANSSEN PHARMACEUTICAL PRODUCTS, L.P.

JOHNSON & JOHNSON

MCNEIL-PPC, INC.

NOVARTIS PHARMACEUTICALS CORPORATION

ONCOLOGY THERAPEUTICS NETWORK CORPORATION

ORTHO BIOTECH

PFIZER, INC.

PHARMACIA CORPORATION

PHARMACIA & UPJOHN, INC.

SCHERING-PLOUGH CORPORATION

SMITHKLINE BEECHAM CORPORATION

TAP PHARMACEUTICAL PRODUCTS, INC.

WARRICK PHARMACEUTICALS CORPORATION

## Certificate of Service

I hereby certify that on September 25, 2003, I caused a true and correct copy of this Notice of Correction to be served on all counsel by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Mark D. Seltzer
BBO #556341

3

# **EXHIBIT A**

Defendants joining in the September 15, 2003 <u>Defendants' Motion to Dismiss the State of Montana's Second Amended Complaint and the State of Nevada's Amended Complaint</u>:

ABBOTT LABORATORIES

AMGEN, INC.

APOTHECON, INC.

ASTRAZENECA PHARMACEUTICALS LP

AVENTIS BEHRING L.L.C.

AVENTIS PHARMACEUTICALS, INC.

B. BRAUN OF AMERICA

BAXTER HEALTHCARE CORPORATION

BAXTER INTERNATIONAL, INC.

BAYER CORPORATION

BEDFORD LABORATORIES

BEN VENUE LABORATORIES, INC.

BOEHRINGER INGLEHEIM CORP.

BRISTOL-MYERS SQUIBB CO.

CENTOCOR, INC.

DEY, INC.

HOECHST MARION ROUSSEL, INC.

IMMUNEX CORP.

JANSSEN PHARMACEUTICAL PRODUCTS, L.P.

JOHNSON & JOHNSON

MCNEIL-PPC, INC.

NOVARTIS PHARMACEUTICALS CORPORATION

ONCOLOGY THERAPEUTICS NETWORK CORPORATION

ORTHO BIOTECH

PFIZER, INC.

PHARMACIA CORPORATION

PHARMACIA & UPJOHN, INC.

SCHERING-PLOUGH CORPORATION

SMITHKLINE BEECHAM CORPORATION

TAP PHARMACEUTICAL PRODUCTS, INC.

WARRICK PHARMACEUTICALS CORPORATION

# 1204985_v1

# HOLLAND & KNIGHT LLP

| | |
|---|---|
| Annapolis | Northern Virginia |
| Atlanta | Orlando |
| Bethesda | Portland |
| Bradenton | Providence |
| Chicago | St. Petersburg |
| Fort Lauderdale | San Antonio |
| Jacksonville | San Francisco |
| Lakeland | Seattle |
| Los Angeles | Tallahassee |
| Melbourne | Tampa |
| Miami | Washington, D.C. |
| New York | West Palm Beach |
| International Offices: | São Paulo |
| Caracas* | Tel Aviv* |
| Helsinki | Tokyo |
| Mexico City | |
| Rio de Janeiro | *Representative Office |

10 St. James Avenue
Boston, Massachusetts 02116

617-523-2700
FAX 617-523-6850
www.hklaw.com

September 22, 2003

MARK D. SELTZER
(617) 854-1460

Internet Address:
mseltzert@hklaw.com

<u>VIA HAND DELIVERY</u>

Tony Anastas
Clerk of the United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA  02210

      Re:   In re: Pharmaceutical Industry Average Wholesale Price Litigation, <u>MDL No. 1456, Civil Action: 01-CV-01-12257-PBS</u>

Dear Mr. Anastas:

      Enclosed for filing please find a Notice of Correction to Defendants' Motion To Dismiss the State of Montana's Second Amended Complaint and the State of Nevada's Amended Complaint.

      Thank you for your attention to this matter.

Sincerely yours,

HOLLAND & KNIGHT LLP

Mark D. Seltzer

MDS/cg
Enclosures
cc:   All Counsel of Record (via Verilaw)
      Robert Alba, Courtroom Clerk to The Honorable Patti B. Saris
BOS1 #1370209 v1