IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re:  **PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | ) ) ) ) | 2003 SEP 22  P 5: 34 **MDL DOCKET NO. 1456** |
| **THIS DOCUMENT RELATES TO:** *Swanston v. TAP Pharmaceutical Products Inc., et al.* | ) ) ) ) | **Civil Action No. 01-CV-11157** **Lead Case No. 01-CV-12257**OFFICE **Judge Patti B. Saris** |

## DEFENDANT TAP PHARMACEUTICAL PRODUCTS INC.'S MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Defendant TAP Pharmaceutical Products Inc. ("TAP") hereby moves the Court for a Protective Order barring Plaintiff Robert J. Swanston ("Swanston") from taking the deposition of TAP's lead counsel, Daniel E. Reidy, in connection with this litigation.  In support of its Motion, TAP states as follows:

1.       On June 13, 2003, the Judicial Panel on Multidistrict Litigation ("MDL Panel") issued a Transfer Order transferring the case *Robert J. Swanston v. TAP Pharmaceutical Products Inc., et al.*[1] from the United States District Court for the District of Arizona to this Court for coordination with *In Re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL Docket No. 1456.  (*See* Ex. 1).

2.       On September 17, 2003, absent the compelling circumstances ordinarily required for such action, counsel for Plaintiff Swanston served on TAP a Notice of Deposition for Daniel

---

[1]   Counsel for Plaintiff Swanston, Donald E. Haviland, also represents plaintiffs in two actions pending against TAP for the same conduct alleged here: *Stetser, et al. v. TAP Pharmaceutical Products Inc., et al.*, No. 01-CV-5268 (New Hanover County, North Carolina) and *Walker v. TAP Pharmaceutical Products Inc., et al.*, No CPM-1-682-01 (Cape May County, New Jersey).

E. Reidy, TAP's lead counsel in this case. (*See* Ex. 2). No subpoena pursuant to Fed. R. Civ. P. 45 accompanied the Notice of Deposition for Mr. Reidy. (*See id.*)

3.      Plaintiff Swanston's Notice of Deposition for Mr. Reidy is invalid on its face. Since Mr. Reidy is not a party to the *Swanston* case, he may be compelled to provide deposition testimony only by way of a valid subpoena issued pursuant to Fed. R. Civ. P. 45. *See Pace v. Furdon*, 461 F. Supp. 231, 232 (D. Mass. 1978) ("It is well-settled law that the attendance of a non-party deponent may be compelled only by service upon him of a deposition subpoena."). Plaintiff has not complied with Rule 45.[2]

4.      Regardless, Plaintiff Swanston's attempt to depose TAP's lead counsel is inappropriate and contravenes well-established legal principles barring the deposition of a party's counsel. *See, e.g., Shelton v. American Motors Corp.*, 805 F.2d 1323, 1327 (8th Cir. 1986) (denying deposition of opposing counsel, and noting that "[t]aking the deposition of opposing counsel not only disrupts the adversarial system and lowers the standards of the profession, but it also adds to the already burdensome time and costs of litigation."). Courts have routinely held that the deposition of a party's counsel may only be taken when the party seeking to take the deposition meets its burden of establishing that (1) no other means exist to obtain the information than to depose opposing counsel; (2) the information sought from opposing counsel is relevant and non-privileged; and (3) the information sought from opposing counsel is critical to the preparation of the case. *Id.; see also Pereira v. United Jersey Bank*, Nos. 94 Civ. 1565 and 94 Civ. 1844, 1997 WL 773716, *7-8 (S.D.N.Y. Dec. 11, 1997) (denying deposition of opposing counsel because party seeking deposition failed to demonstrate that no other means existed to obtain the information); *N.F.A. Corp. v. Riverview Narrow Fabrics, Inc.*,

---

[2]  Plaintiffs in the *Stetser* and *Walker* cases have also noticed the deposition of Mr. Reidy for the same dates as Plaintiff Swanston, and similarly failed to issue proper subpoenas for those depositions.

117 F.R.D. 83, 85 (M.D.N.C. 1987) (denying deposition of opposing counsel for failure to meet the *Shelton* factors, and noting that "[i]f there are other persons available who have the information, they should be deposed first" and that "other methods such as written interrogatories, which do not involve the same dangers as an oral deposition, should be employed.").

5.      In fact, "the mere request to depose a party's attorney constitutes good cause for obtaining a [Rule 26(c) Protective Order] unless the party seeking the deposition can show both the propriety and the need for the deposition." *N.F.A. Corp.*, 117 F.R.D. at 85; *see also Dunkin' Donuts, Inc. v. Mandorico, Inc.*, 181 F.R.D. 208, 210 (D.P.R. 1998) (same); *Phoenix Mutual Life Insurance Co. v. College Court*, No. 92-2254, 1993 WL 841191, *1 (D. Kan. May 17, 1993) (same); *Niagra Mohawk Power Corp. v. Stone & Webster Engineering Corp.*, 125 F.R.D. 578 (N.D.N.Y. 1989) ("Because the deposition of a party's attorney is usually both burdensome and disruptive, the mere request to depose a party's attorney constitutes good cause for obtaining a Rule 26(c) . . . protective order.") (internal citations omitted).

6.      Plaintiff Swanston has made no effort to articulate the purported need for his deposition notice to TAP's lead counsel, let alone overcome TAP's presumptive entitlement to a Rule 26(c) Protective Order barring the deposition of Mr. Reidy.  Plaintiff Swanston has failed to meet his burden on even one of these required showings which would allow him to depose Mr. Reidy.[3]  He has not demonstrated that the information he seeks from Mr. Reidy is relevant, crucial to the preparation of his case, and non-privileged.  Neither has Plaintiff Swanston established that there are no other means through which he can obtain the information he seeks.

---

[3]   During the Rule 7.1 Conference on this Motion, counsel for Plaintiff Swanston refused to identify how he intends to satisfy his burden on this issue.  The failure to even attempt to meet the burden cannot help but raise the question of whether Plaintiff Swanston's attempt to depose Mr. Reidy is made in good faith.

Without meeting his burden on these required showings, TAP is entitled to a Protective Order barring Plaintiff Swanston from attempting to depose TAP's lead counsel.

## REQUEST FOR ORAL ARGUMENT

Defendant TAP respectfully requests that the instant Motion for Protective Order be set for oral argument on October 9, 2003, the same date that the parties to this action will be appearing before the Court on Plaintiff Swanston's Remand Motion and before the October 20, 2003 date stated by Plaintiff in his Notice of Deposition.

## CONCLUSION

For the foregoing reasons, TAP respectfully requests that this Court grant its Motion for Protective Order and bar Plaintiff Swanston from deposing TAP's lead counsel, Daniel E. Reidy, in connection with this matter.

Dated: September 22, 2003

Respectfully submitted,

*Joseph F. Savage/* AAMF

Joseph F. Savage, Jr. (BBO# 443030)
TESTA, HURWITZ & THIBEAULT LLP
High Street Tower,
125 High Street
Boston, MA  02110
(617) 248-7000
(617) 248-7100 (facsimile)

Daniel E. Reidy
Lee Ann Russo
Mark P. Rotatori
JONES DAY
77 West Wacker Drive
Chicago, IL  60601-1692
(312) 782-3939
(312) 782-8585 (facsimile)

***Attorneys for TAP Pharmaceutical Products Inc.***

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **In re:  PHARMACEUTICAL INDUSTRY** | ) | |
| **AVERAGE WHOLESALE PRICE** | ) | **MDL DOCKET NO. 1456** |
| **LITIGATION** | ) | |
| | ) | **Civil Action No. 01-CV-11157** |
| **THIS DOCUMENT RELATES TO:** | ) | **Lead Case No. 01-CV-12257** |
| *Swanston v. TAP Pharmaceutical Products* | ) | |
| *Inc., et al.* | ) | **Judge Patti B. Saris** |

### [PROPOSED] ORDER

This matter coming before the Court pursuant to Defendant TAP Pharmaceutical

Products Inc.'s Motion for Protective Order;

IT IS HEREBY ORDERED:

That TAP's Motion for Protective Order is hereby GRANTED.  Plaintiff Robert J.

Swanston is hereby barred from deposing Daniel E. Reidy, lead counsel for Defendant TAP

Pharmaceutical Products Inc., in connection with this matter.


Dated: _____, 2003

                                   _____

                                   The Honorable Patti B. Saris
                                   United States District Judge

**CERTIFICATION OF ATTORNEY CONFERENCE
PURSUANT TO LOCAL RULES 7.1(A)(2) AND 37.1**


     Pursuant to Fed. R. Civ. P. 26(c) and L.R. 7.1(A)(2) and 37.1, counsel for Defendant
TAP Pharmaceutical Products Inc., hereby certifies that she has conferred, on behalf of moving
Defendant, with counsel for Plaintiff by telephone, and has made reasonable and good faith
efforts to resolve or narrow the issues presented by Defendant TAP Pharmaceutical Products
Inc.'s Motion for Protective Order.


Dated:  September 22, 2003

                                           _Lee Ann Russo / MMF_
                                         Lee Ann Russo

## CERTIFICATE OF SERVICE

I, Monica M. Franceschini, hereby certify that on September 22, 2003, a true and correct copy of Defendant TAP Pharmaceutical Products Inc.'s Motion For Protective Order was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties, and was also served the following parties in MDL 1430 as indicated below:

*Via Verilaw*
Thomas M. Sobol
HAGENS BERMAN LLP
225 Franklin St., 26th Fl.
Boston, MA  02110

*Via Overnight Delivery*
Jeffrey L. Kodroff
SPECTOR, ROSEMAN & KODROFF
1818 Market St., Ste. 2500
Philadelphia, PA  19103

*Via Overnight Delivery*
Michael Hefter
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, NY 10019

*Via Overnight Delivery*
Richard W. Cohen
LOWEY, DANNENBERG, BEMPORAD &
SELINGER, P.C.
One North Lexington Avenue
White Plains, NY  10601

*Via Overnight Delivery*
Joseph Saveri
LIEFF, CABRASER, HEIMANN & BERNSTEIN,
LLP
275 Battery Street, 30th Floor
San Francisco, California  94111-3339

*Via Overnight Delivery*
Michael D. Hausfeld
COHEN, MILSTEIN, HAUSFELD & TOLL
1100 New York Avenue, N.W., Ste. 500
Washington, DC  20005

*Via Overnight Delivery*
J. Hoke Peacock, III
SUSMAN GODFREY
1000 Louisiana
Suite 5100
Houston, TX 77002-5096

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**DIRECT REPLY TO:**

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge Julia Smith Gibbons
United States Court of Appeals
Sixth Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone:  [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov


June 13, 2003


TO INVOLVED COUNSEL

Re:  MDL-1456 -- In re Pharmaceutical Industry Average Wholesale Price Litigation

   *Robert J. Swanston v. TAP Pharmaceutical Products, Inc., et al.*, D. Arizona, C.A. No. 2:03-62

Dear Counsel:

   For your information, I am enclosing a copy of an order filed today by the Judicial Panel on Multidistrict Litigation involving this matter.

                          Very truly,

                          Michael J. Beck
                          Clerk of the Panel

                          By *Leesa Bishop*
                                Deputy Clerk


Enclosure


                                                  JPML Form 34B

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 3 2003

FILED
CLERK'S OFFICE

### DOCKET NO. 1456

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

*Robert J. Swanston v. TAP Pharmaceutical Products, Inc., et al.*, D. Arizona, C.A. No. 2:03-62

## BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, BRUCE M. SELYA,* JULIA SMITH GIBBONS, D. LOWELL JENSEN,* J. FREDERICK MOTZ AND ROBERT L. MILLER, JR., JUDGES OF THE PANEL

### TRANSFER ORDER

Presently before the Panel is a motion, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiff in this action (*Swanston*) to vacate the Panel's order conditionally transferring *Swanston* to the District of Massachusetts for inclusion in the Section 1407 proceedings occurring there in this docket. All responding defendants oppose the motion to vacate and favor inclusion of this action in Section 1407 proceedings.

On the basis of the papers filed and hearing session held, the Panel finds that *Swanston* involves common questions of fact with the actions in this litigation previously transferred to the District of Massachusetts, and that transfer of this action to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. The Panel further finds that transfer is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. The Panel held that the District of Massachusetts was a proper Section 1407 forum for actions concerning whether (either singly or as part of a conspiracy) the pharmaceutical defendants engaged in fraudulent marketing, sales and/or billing schemes by unlawfully inflating the average wholesale price of certain prescription drugs in order to increase the sales of these drugs to health care professionals and thereby boost the pharmaceutical companies' profits. *See In re Pharmaceutical Industry Average*

---

\* Judges Selya and Jensen did not participate in the decision of this matter. In light of the fact that other Panel members could be members of the putative class(es) in this litigation, each of those members has filed with the Clerk of the Panel a formal renunciation of any claim that he might have as a putative class member, thereby removing any basis for a disqualification on that ground. Alternatively, should it be determined for any reason that a disqualification survives the renunciation of any claim, the Panel invokes the Rule of Necessity to decide the matters now before it on the authority of, and for reasons explained in, *In re Wireless Telephone Radio Frequency Emissions Products Liability Litigation*, 170 F.Supp.2d 1356, 1357-58 (J.P.M.L. 2001).

- 2 -

*Wholesale Price Litigation,* 201 F.Supp.2d 1378 (J.P.M.L. 2002).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, *Robert J. Swanston v. TAP Pharmaceutical Products, Inc., et al.,* D. Arizona, C.A. No. 2:03-62, is transferred to the District of Massachusetts and, with the consent of that court, assigned to the Honorable Patti B. Saris for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman



1

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

3

4   IN RE: PHARMACEUTICAL INDUSTRY
    AVERAGE WHOLESALE PRICE                    MDL NO. 1456
5   LITIGATION

6   THIS DOCUMENT RELATES TO                   CIVIL ACTION: 01-CV-12257-PBS
    ROBERT J. SWANSTON, individually and on
7   behalf of himself and all others similarly situated   Judge Patti B. Saris

8              v.
                                              NOTICE OF DEPOSITION OF
9   TAP PHARMACEUTICAL PRODUCTS INC.          DANIEL E. REIDY, ESQUIRE
    ET AL.

10

11

12  TO:

13  Daniel E. Reidy, Esquire              Robert R. Stauffer, Esquire
    Lee Ann Russo, Esquire                Thomas P. Sullivan, Esquire
14  Mark P. Rotatori, Esquire             Mark D. Pollack, Esquire
    Beth A. O'Connor, Esquire             Anthony C. Porcelli, Esquire
15  JONES DAY REAVIS & POGUE              JENNER & BLOCK
    77 West Wacker                        One IBM Plaza, 45th Floor
16  Chicago, IL 60601-1692               Chicago, IL 60611
    312-782-8585 facsimile                312-840-7305 facsimile
17  National for Deft., TAP Pharm. Prods., Inc.   National for Deft., Takeda Chem. Indus., Ltd.

18  Timothy J. Burke, Esquire             Donald P. Martin, Esquire
    FENNEMORE CRAIG, P.C.                 John Maston O'Neal, Esquire,
19  3003 North Central Ave., Suite 2600   QUARLES & BRADY STREICH LANG LLP
    Phoenix, AZ 85012-2913               One Renaissance Square,
20  602-916-5999 facsimile                Two North Central Ave.
    Local Counsel for Deft., TAP Pharm. Prods.   Phoenix, AZ 85004-2391
21                                        602-229-5690 facsimile
    Joshua T. Buchman, Esquire            Local Counsel for Deft., Takeda Chem. Indus.
22  MCDERMOTT, WILL & EMERY
    227 West Monroe Street
23  Chicago, IL 60606-5096               Andrew D. Schau, Esquire
    312-984-7700 facsimile                William F. Cavanaugh, Jr., Esquire
24  National Counsel for Deft., Abbott Laboratories   Adeel Abdullah Mangi, Esquire
                                          Kieran M. Corcoran, Esquire
25  Daniel A. Goldfried, Esquire          Erik Haas, Esquire
    Randy Papetti, Esquire                PATTERSON, BELKNAP, WEBB & TYLER, LLP
26  LEWIS AND ROCA LLP                    1133 Ave. of the Americas
    40 North Central Ave.                 New York, NY 10036-6710
27  Phoenix, AZ 85004-4429               National Counsel for Defts., Johnson &
    602-734-3862 facsimile                Johnson, Ethicon Endo-Surgery, Inc., Indigo
28  Local Counsel for Deft., Abbott Laboratories   Laser Corp., Alza Corp., Centocor, Inc. and
                                          Ortho Biotech

© 2003 KLINE & SPECTER, P.C.

1   Mary G. Pryor, Esquire
    **THE CAVANAGH LAW FIRM**
2   1850 North Central Ave., Suite 2400
    Phoenix, AZ 85004-4527
3   *Local Counsel for Johnson & Johnson, Ethicon
    Endo-Surgery, Inc., Indigo Laser Corp., Alza*
4   *Corp., Centecor, Inc. & Ortho Biotech*

5   D. Scott Wise, Esquire
    Kimberley Harris, Esquire
6   Arthur F. Golden, Esquire
    Eric D. Gill, Esquire
7   **DAVIS POLK & WARDWELL**
    450 Lexington Ave.
8   New York, NY 10017
    212-450-3800 facsimile
9   *National Counsel for Deft., AstraZeneca*

10  William J. Maledon, Esquire
    Linda Weaver, Esquire
11  **OSBORN MALEDON, P.A.**
    2929 North Central Ave., 21st Floor
12  Phoenix, AZ 85012
    602-640-9050 facsimile
13  *Local Counsel for Deft., AstraZeneca*

14  Scott A. Stempel, Esquire
    Jason Baranski, Esquire
15  **MORGAN, LEWIS & BOCKIUS, LLP**
    1111 Pennsylvania Avenue
16  Washington, DC 20004-2921
    202-739-3001
17  *National Counsel for Defts. Pharmacia Corp.
    and Pharmacia & Upjohn, Monsanto Company,*
18  *and G.D. Searle*

19  John C. Dodds, Esquire
    Mitchell Edwards, Esquire
20  Jason E. Baranski, Esquire
    **MORGAN, LEWIS & BOCKIUS, LLP**
21  1701 Market Street
    Philadelphia, PA 19103-2921
22  215-963-5299 facsimile
    *National Counsel for Defts. Pharmacia Corp.*
23  *and Pharmacia & Upjohn, Monsanto Company,*
    *and G.D. Searle*

Barry D. Halpern, Esquire
Stephanie V. Hacket, Esquire
**SNELL & WILMER L.L.P.**
One Arizona Center
400 East Van Buren
Phoenix, AZ 85004-2202
602-382-6070 facsimile
*Local Counsel for Defts.,
Pharmacia Corp., Pharmacia & Upjohn
Monsanto Company, and G.D. Searle*

Brien T. O'Connor, Esquire
John T. Montgomery, Esquire
Kirsten V. Mayer, Esquire
David C. Potter, Esquire
**ROPES & GRAY**
One International Place
Boston, MA 02110
617-951-7050 facsimile
*National Counsel for Defts. Schering-Plough
and Warrick Pharmaceuticals*

Patrick G. Byrne, Esquire
Andrew F. Halaby, Esquire
**SNELL & WILMER LLP**
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
602-382-6070

Richard D. Raskin, Esquire
David C. Giardina, Esquire
**SIDLEY AUSTIN BROWN & WOOD LLP**
Bank One Plaza
10 S. Dearborn Street, 48th Floor
Chicago, IL 60603
312-853-7036 facsimile
*National Counsel for Deft., Bayer Corporation*

Alan H. Blankenheimer, Esquire
Timothy J. Franks, Esquire
**BROWN & BAIN, P.C.**
P.O. Box 400
Phoenix, AZ 85001-0400
602-648-7000 facsimile
*Local Counsel for Deft., Bayer Corporation*

Kimberly A. Dunne, Esquire
Frank J. Menetrez, Esquire
**SIDLEY AUSTIN BROWN & WOOD LLP**
555 West Fifth street, 40th Floor
Los Angeles, CA 90013
213-896-6600 facsimile
*Counsel for Bayer Corporation*

24
25
26
27
28

1   Joseph H. Young, Esquire
Steven F. Barley, Esquire
2   **HOGAN & HARTSON, LLP**
111 S. Calvert St., Suite 1600
3   Baltimore, MD 21202
410-539-6981 facsimile
4   *National Counsel for Defts. Amgen, Apothecon,*
*Inc., Bristol-Myers Squibb Co. and Oncology*
5   *Therapeutics Network Corp.*

6   Andrew S. Gordon, Esquire
James D. Jorgensen, Esquire
7   **COOPERSMITH GORDON SCHERMER OWENS &**
**NELSON, PLC**
8   2800 N. Central Avenue, Suite 1000
Phoenix, AZ 85004
9   602-224-6020 facsimile
*Local Counsel for Defts. Amgen, Inc.,*
10   *Apothecon, Inc., Bristol-Myers Squibb Co. and*
*Oncology Therapeutics Network Corp.*
11
Merle M. DeLancey, Jr., Esquire
12   Robert J. Higgins, Esquire
J. Andrew Jackson, Esquire
13   **DICKSTEIN SHAPIRO MORIN**
2101 L. St. NW
14   Washington, DC 20037
202-887-0689 facsimile
15   *Baxter Int'l, Inc. & Baxter Healthcare*

16   Edward C. Duckers, Esquire
**HOGAN & HARTSON LLP**
17   555 13th Street, N.W., Suite 13-W
Washington, DC 20004
18   202-637-5910 facsimile
*National Counsel for Deft. Aventis Behring*
19
Paul Schleifman, Esquire
20   **SHOOK, HARDY & BACON, LLP**
One Kansas City Place
21   1200 Main Street
Kansas City, MO 64105-2118
22   202-783-4211 facsimile
*National Counsel for Defts. Aventis Pharm.,*
23   *Inc., and Hoechst Marion Roussel, Inc.*

24   Lisa M. Walsh, Esquire
**CONNELL FOLEY LLP**
25   85 Livingston Avenue
Roseland, NJ 07068
26   973-535-9217 facsimile
*Counsel for Deft. Hoechst Marion Roussel, Inc.*
27

28

Pamela M. Overton, Esquire
**GREENBERG TRAURIG, LLP**
2375 East Camelback Road, Suite 700
Phoenix, AZ 85016
602-445-8100 facsimile
*Local Counsel for Aventis Behring, Aventis*
*Pharm., Inc. & Hoescht Marion Roussel Inc.*

Frederick G. Herold, Esquire
**DECHERT, PRICE & RHOADS**
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
215-994-2222 facsimile
*National Counsel for SmithKline Beecham Corp.*
*& Glaxo Wellcome d/b/a GlaxoSmithKline*

Robert W. Shely, Esquire
Rodney W. Ott, Esquire
Kira D. Lodge, Esquire
**BRYAN CAVE LLP**
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
602-364-7070 facsimile
*Local Counsel for Defts. Smithkline Beecham*
*Corp. & Glaxo Wellcome d/b/a GlaxoSmithKline*

David J. Burman, Esquire
Kathleen M. O'Sullivan, Esquire
Zoe Philippides, Esquire
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
206-583-8500 facsimile
*National Counsel for Deft. Immunex Corp.*

Michael K. Kennedy, Esquire
**GALLAGHER & KENNEDY, P.A.**
2575 E. Camelback Road
Phoenix, AZ 85016-9225
602-530-8500 facsimile
*Local Counsel for Deft. Immunex Corp.*

Stephen M. Hudspeth, Esquire
Darrell Prescott, Esquire
Lisa Lewis, Esquire
Leila Pittaway, Esquire
**COUDERT BROTHERS LLP**
The Grace Bldg., 1114 Avenue of the Americas
New York, NY 10036-7703
212-626-4120 facsimile
*National Counsel for Deft. Dey, Inc.*

Don Bivens, Esquire
Paul L. Stoller, Esquire
MEYER, HENDRICKS & BIVENS, PA
3003 N. Central Avenue, Suite 1200
Phoenix, AZ 85012
602-263-5333 facsimile
*Local Counsel for Deft. Dey, Inc.*

Paul J. Coval, Esquire
Douglas L. Rogers, Esquire
VORYS SATER VORYS SATER SEYMOUR PEASE
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1003
614-719-4674 facsimile
*National - Counsel for Defts. Boehringer
Ingelheim Corp., Ben Venue Labs, Bedford Labs
and Roxanne Labs*

John E. DeWulf, Esquire
Darlene M. Wauro, Esquire
ROSHKA HEYMAN & DEWULF, PLC
One Arizona Center
400 East Van Buren - Suite 800
Phoenix, AZ 85004
602-256-6800 facsimile
*Local counsel for Boehringer Ingelheim Corp.,
Ben Venue Laboratories, Inc., Bedford
Laboratories and Roxane Laboratories, Inc.*

Kirke M. Hasson, Esquire
Albert G. Lin, Esquire
PILLSBURY WINTHROP, LLP
50 Fremont Street
San Francisco, CA 94105
415-983-1200 facsimile
*National Counsel for Defts. Sicor, Inc. and
Gensia Sicor Pharmaceuticals, Inc.*

Lydia Alyce Jones, Esquire
JENNINGS, STROUSS & SALMON, P.L.C.
The Collier Center, 11ᵗʰ Floor
201 E. Washington Street
Phoenix, AZ 85004-2385
602-253-3255 facsimile
*Local Counsel for Defts. Sicor, Inc. and Gensia
Sicor Pharmaceuticals, Inc.*

Kathleen M. McGuan, Esquire
Andrew L. Hurst, Esquire
REED SMITH LLP
1301 K Street NW
Suite 1100 - East Tower
Washington, DC 20005
202-414-9299 facsimile
*National Counsel for Defts. Fujisawa
Healthcare, Inc. and Fujisawa USA, Inc.*

Michael T. Scott, Esquire
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
215-851-1420 facsimile
*National Counsel for Defts. Fujisawa
Healthcare, Inc. and Fujisawa USA, Inc.*

Martin A. Aronson, Esquire
K. Layne Morrill, Esquire
MORRILL & ARONSON PLC
One East Camelback Road, Suite 340
Phoenix, AZ 85012-1648
602-285-9544 facsimile
*Local Counsel for Defts. Fujisawa Healthcare,
Inc. and Fujisawa USA, Inc.*

S. Craig Holden, Esquire
Connie E. Eiseman, Esquire
OBER, KALER GRIMES & SHRIVER
120 E. Baltimore Street
Baltimore, MD 21202
410-547-0699 facsimile
*Counsel for Defts. Wyeth and Wyeth Pharm.*

Jeffrey S. Leonard, Esquire
LEONARD, COLLINS & GILLESPIE, P.C.
40 North Central Avenue, Suite 2100
Phoenix, AZ 85004
602-254-5200 telephone
602-254-5284 facsimile
*Local Counsel for Wyeth*

Robert M. Casale, Esquire
250 W. Main Street
Branford, CT 06405
203-483-9850 facsimile
*Counsel for Deft., David Jett*

1  Curtis C. Coleman, III, Esquire
   CURTIS C. COLEMAN, III, P.A.
2  916 S. Evans Street
   P.O. Box 588
3  Greenville, NC  27835-0588
   252-757-0911 facsimile
4  Counsel for Deft., Christopher Coleman

5  Chandler R. Muller, P.A.
   LAW OFFICES OF CHANDLER R. MULLER, P.A.
6  1150 Louisiana Ave., Suite 2
   P.O. Box 2128
7  Winter Park, FL  32789
   407-647-8200 telephone
8  407-645-3000 facsimile
   Counsel for Deft., Scott Hidalgo
9
   Charles M. Greene, Esquire
10 111 North Orange Ave.
   Orlando, FL 32801
11 407-872-0704 facsimile
   Counsel for Deft., Eddy James Hack
12
   John E. Riley, Esquire
13 VAIRA & RILEY, P.C.
   1600 Market Street, Suite 2650
14 Philadelphia, PA  19103-7226
   215-751-9420 facsimile
15 Counsel for Deft., Michael T. Gendelman

16 Jonathan Shub, Esquire
   SHELLER LUDWIG & BADEY
17 1528 Walnut Street, 3rd Floor

Philadelphia, PA  19102
215-546-0942 facsimile
Plaintiff's Counsel

Kent Williams, Esquire
GIEBEL GILBERT WILLIAMS & KOHL
2233 North Hamlin Ave., Suite 620
St. Paul, MN  55113
Plaintiff's Counsel

Marvin K. Blount, Jr., Esquire
THE BLOUNT LAW FIRM, P.L.L.C.
400 West First Street
Greenville, NC  27834
(255) 752-2174 facsimile
Plaintiff's Counsel

Lewis B. April, Esquire
COOPER LEVENSON APRIL
        NIEDELMAN & WAGENHEIM, P.A.
1125 Atlantic Ave. - Third Floor
P.O. Box 1125
Atlantic City, NJ  08404-1125
(609) 344-0939 facsimile
Plaintiff's Counsel

Harry J. Miller, Esquire
HARRY J. MILLER, P.L.L.C.
80 E. Columbus Avenue
Phoenix, AZ  85012
602-277-0144 facsimile
Plaintiff's Counsel

18      PLEASE TAKE NOTICE that Plaintiff, Robert J. Swanston, by and through his attorneys,

19 Kline & Specter, P.C., will take the following deposition pursuant to Rules 26 and 30 of the Federal

20 Rules of Civil Procedure at the location, date and time shown below:

21      **Deponent:**        Daniel E. Reidy, Esquire

22      **Location:**        **JONES DAY REAVIS & POGUE**
                          77 West Wacker
23                        Chicago, IL  60601-1692

24      **Date and Time:**   October 20-21, 2003 at 9:30 a.m.

25      The deposition will be upon oral examination and recorded by stenographic and videotape

26 transcription.  The deposition shall take place before a Notary Public or other officer authorized by

27

28

1    law to administer oaths and will continue from day to day until completed.

2                                    KLINE & SPECTER, P.C.
3                                    1525 Locust Street, 19th Floor
                                     Philadelphia, PA  19102
4                                    (215) 772-1000

5
6                                    By:   R. Matthew Plona
    Dated:   September 17, 2003            R. MATTHEW PLONA, ESQUIRE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    © 2003  KLINE & SPECTER, P.C.                    5

## CERTIFICATE OF MAILING

I hereby certify that Notice of Deposition of Daniel E. Reidy, Esquire was duly served this date, September 17, 2003, on the following parties, via facsimile and U.S. First Class Mail, postage prepaid:

Daniel E. Reidy, Esquire
Lee Ann Russo, Esquire
Mark P. Rotatori, Esquire
Beth A. O'Connor, Esquire
**JONES DAY REAVIS & POGUE**
77 West Wacker
Chicago, IL 60601-1692
312-782-8585 facsimile
*National for Deft., TAP Pharm. Prods., Inc.*

Timothy J. Burke, Esquire
**FENNEMORE CRAIG, P.C.**
3003 North Central Ave., Suite 2600
Phoenix, AZ 85012-2913
602-916-5999 facsimile
*Local Counsel for Deft., TAP Pharm. Prods.*

Joshua T. Buchman, Esquire
**MCDERMOTT, WILL & EMERY**
227 West Monroe Street
Chicago, IL 60606-5096
312-984-7700 facsimile
*National Counsel for Deft., Abbott Laboratories*

Daniel A. Goldfried, Esquire
Randy Papetti, Esquire
**LEWIS AND ROCA LLP**
40 North Central Ave.
Phoenix, AZ 85004-4429
602-734-3862 facsimile
*Local Counsel for Deft., Abbott Laboratories*

Robert R. Stauffer, Esquire
Thomas P. Sullivan, Esquire
Mark D. Pollack, Esquire
Anthony C. Porcelli, Esquire
**JENNER & BLOCK**
One IBM Plaza, 45th Floor
Chicago, IL 60611
312-840-7305 facsimile
*National for Deft., Takeda Chem. Indus., Ltd.*

Donald P. Martin, Esquire
John Maston O'Neal, Esquire,

**QUARLES & BRADY STREICH LANG LLP**
One Renaissance Square,
Two North Central Ave.
Phoenix, AZ 85004-2391
602-229-5690 facsimile
*Local Counsel for Deft., Takeda Chem. Indus.*

Andrew D. Schau, Esquire
William F. Cavanaugh, Jr., Esquire
Adeel Abdullah Mangi, Esquire
Kieran M. Corcoran, Esquire
Erik Haas, Esquire
**PATTERSON, BELKNAP, WEBB & TYLER, LLP**
1133 Ave. of the Americas
New York, NY 10036-6710
*National Counsel for Defts., Johnson & Johnson, Ethicon Endo-Surgery, Inc., Indigo Laser Corp., Alza Corp., Centocor, Inc. and Ortho Biotech*

Mary G. Pryor, Esquire
**THE CAVANAGH LAW FIRM**
1850 North Central Ave., Suite 2400
Phoenix, AZ 85004-4527
*Local Counsel for Johnson & Johnson, Ethicon Endo-Surgery, Inc., Indigo Laser Corp., Alza Corp., Centocor, Inc. & Ortho Biotech*

D. Scott Wise, Esquire
Kimberley Harris, Esquire
Arthur F. Golden, Esquire
Eric D. Gill, Esquire
**DAVIS POLK & WARDWELL**
450 Lexington Ave.
New York, NY 10017
212-450-3800 facsimile
*National Counsel for Deft., AstraZeneca*

William J. Maledon, Esquire
Linda Weaver, Esquire
**OSBORN MALEDON, P.A.**
2929 North Central Ave., 21st Floor
Phoenix, AZ 85012
602-640-9050 facsimile

© 2003  KLINE & SPECTER, P.C.

6

1 | *Local Counsel for Deft., AstraZeneca*

2 | Scott A. Stempel, Esquire
Jason Baranski, Esquire
3 | **MORGAN, LEWIS & BOCKIUS, LLP**
1111 Pennsylvania Avenue
4 | Washington, DC 20004-2921
202-739-3001
5 | *National Counsel for Defts. Pharmacia Corp.*
*and Pharmacia & Upjohn, Monsanto Company,*
6 | *and G.D. Searle*

7 | John C. Dodds, Esquire
Mitchell Edwards, Esquire
8 | Jason E. Baranski, Esquire
**MORGAN, LEWIS & BOCKIUS, LLP**
9 | 1701 Market Street
Philadelphia, PA 19103-2921
10 | 215-963-5299 facsimile
*National Counsel for Defts. Pharmacia Corp.*
11 | *and Pharmacia & Upjohn, Monsanto Company,*
*and G.D. Searle*
12 |
Barry D. Halpern, Esquire
13 | Stephanie V. Hacket, Esquire
**SNELL & WILMER L.L.P.**
14 | One Arizona Center
400 East Van Buren
15 | Phoenix, AZ 85004-2202
602-382-6070 facsimile
16 | *Local Counsel for Defts.,*
*Pharmacia Corp., Pharmacia & Upjohn*
17 | *Monsanto Company, and G.D. Searle*

18 | Brien T. O'Connor, Esquire
John T. Montgomery, Esquire
19 | Kirsten V. Mayer, Esquire
David C. Potter, Esquire
20 | **ROPES & GRAY**
One International Place
21 | Boston, MA 02110
617-951-7050 facsimile
22 | *National Counsel for Defts. Schering-Plough*
*and Warrick Pharmaceuticals*

Patrick G. Byrne, Esquire
Andrew F. Halaby, Esquire
**SNELL & WILMER LLP**
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
602-382-6070

Richard D. Raskin, Esquire
David C. Giardina, Esquire
**SIDLEY AUSTIN BROWN & WOOD LLP**
Bank One Plaza
10 S. Dearborn Street, 48th Floor
Chicago, IL 60603
312-853-7036 facsimile
*National Counsel for Deft., Bayer Corporation*

Alan H. Blankenheimer, Esquire
Timothy J. Franks, Esquire
**BROWN & BAIN, P.C.**
P.O. Box 400
Phoenix, AZ 85001-0400
602-648-7000 facsimile
*Local Counsel for Deft., Bayer Corporation*

Kimberly A. Dunne, Esquire
Frank J. Menetrez, Esquire
**SIDLEY AUSTIN BROWN & WOOD LLP**
555 West Fifth street, 40th Floor
Los Angeles, CA 90013
213-896-6600 facsimile
*Counsel for Bayer Corporation*

Joseph H. Young, Esquire
Steven F. Barley, Esquire
**HOGAN & HARTSON, LLP**
111 S. Calvert St., Suite 1600
Baltimore, MD 21202
410-539-6981 facsimile
*National Counsel for Defts. Amgen, Apothecon,*
*Inc., Bristol-Myers Squibb Co. and Oncology*
*Therapeutics Network Corp.*

23

24

25

26

27

28 | © 2003 KLINE & SPECTER, P.C.                    7

Andrew S. Gordon, Esquire
James D. Jorgensen, Esquire
COOPERSMITH GORDON SCHERMER OWENS &
NELSON, PLC
2800 N. Central Avenue, Suite 1000
Phoenix, AZ 85004
602-224-6020 facsimile
*Local Counsel for Defts. Amgen, Inc.,
Apothecon, Inc., Bristol-Myers Squibb Co. and
Oncology Therapeutics Network Corp.*

Merle M. DeLancey, Jr., Esquire
Robert J. Higgins, Esquire
J. Andrew Jackson, Esquire
DICKSTEIN SHAPIRO MORIN
2101 L. St. NW
Washington, DC 20037
202-887-0689 facsimile
*Baxter Int'l, Inc. & Baxter Healthcare*

Edward C. Duckers, Esquire
HOGAN & HARTSON LLP
555 13th Street, N.W., Suite 13-W
Washington, DC 20004
202-637-5910 facsimile
*National Counsel for Deft. Aventis Behring*

Paul Schleifman, Esquire
SHOOK, HARDY & BACON, LLP
One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118
202-783-4211 facsimile
*National Counsel for Defts. Aventis Pharm.,
Inc., and Hoescht Marion Roussel, Inc.*

Lisa M. Walsh, Esquire
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, NJ 07068
973-535-9217 facsimile
*Counsel for Deft. Hoechst Marion Roussel, Inc.*

Pamela M. Overton, Esquire
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, AZ 85016
602-445-8100 facsimile
*Local Counsel for Aventis Behring, Aventis
Pharm., Inc. & Hoescht Marion Roussel Inc.*

Frederick G. Herold, Esquire

DECHERT, PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
215-994-2222 facsimile
*National Counsel for SmithKline Beecham Corp.
& Glaxo Wellcome d/b/a GlaxoSmithKline*

Robert W. Shely, Esquire
Rodney W. Ott, Esquire
Kira D. Lodge, Esquire
BRYAN CAVE LLP
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
602-364-7070 facsimile
*Local Counsel for Defts. Smithkline Beecham
Corp. & Glaxo Wellcome d/b/a GlaxoSmithKline*

David J. Burman, Esquire
Kathleen M. O'Sullivan, Esquire
Zoe Philippides, Esquire
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
206-583-8500 facsimile
*National Counsel for Deft. Immunex Corp.*

Michael K. Kennedy, Esquire
GALLAGHER & KENNEDY, P.A.
2575 E. Camelback Road
Phoenix, AZ 85016-9225
602-530-8500 facsimile
*Local Counsel for Deft. Immunex Corp.*

Stephen M. Hudspeth, Esquire
Darrell Prescott, Esquire
Lisa Lewis, Esquire
Leila Pittaway, Esquire
COUDERT BROTHERS LLP
The Grace Bldg., 1114 Avenue of the Americas
New York, NY 10036-7703
212-626-4120 facsimile
*National Counsel for Deft. Dey, Inc.*

Don Bivens, Esquire
Paul L. Stoller, Esquire
MEYER, HENDRICKS & BIVENS, PA
3003 N. Central Avenue, Suite 1200
Phoenix, AZ 85012
602-263-5333 facsimile
*Local Counsel for Deft. Dey, Inc.*

1  Paul J. Coval, Esquire
   Douglas L. Rogers, Esquire
2  VORYS SATER VORYS SATER SEYMOUR PEASE
   52 East Gay Street
3  P.O. Box 1008
   Columbus, OH  43216-1003
4  614-719-4674 facsimile
   *National - Counsel for Defts. Boehringer*
5  *Ingelheim Corp., Ben Venue Labs, Bedford Labs*
   *and Roxanne Labs*
6

7  John E. DeWulf, Esquire
   Darlene M. Wauro, Esquire
   ROSHKA HEYMAN & DEWULF, PLC
8  One Arizona Center
   400 East Van Buren - Suite 800
9  Phoenix, AZ  85004
   602-256-6800 facsimile
10  *Local counsel for Boehringer Ingelheim Corp.,*
    *Ben Venue Laboratories, Inc., Bedford*
11  *Laboratories and Roxane Laboratories, Inc.*

12  Kirke M. Hasson, Esquire
    Albert G. Lin, Esquire
13  PILLSBURY WINTHROP, LLP
    50 Fremont Street
14  San Francisco, CA  94105
    415-983-1200 facsimile
15  *National Counsel for Defts. Sicor, Inc. and*
    *Gensia Sicor Pharmaceuticals, Inc.*
16

17  Lydia Alyce Jones, Esquire
    JENNINGS, STROUSS & SALMON, P.L.C.
    The Collier Center; 11th Floor
18  201 E. Washington Street
    Phoenix, AZ  85004-2385
19  602-253-3255 facsimile
    *Local Counsel for Defts. Sicor, Inc. and Gensia*
20  *Sicor Pharmaceuticals, Inc.*

21  Kathleen M. McGuan, Esquire
    Andrew L. Hurst, Esquire
22  REED SMITH LLP
    1301 K Street NW
23  Suite 1100 - East Tower
    Washington, DC  20005
24  202-414-9299 facsimile
    *National Counsel for Defts. Fujisawa*
25  *Healthcare, Inc. and Fujisawa USA, Inc.*

26

27

Michael T. Scott, Esquire
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301
215-851-1420 facsimile
*National Counsel for Defts. Fujisawa*
*Healthcare, Inc. and Fujisawa USA, Inc.*

Martin A. Aronson, Esquire
K. Layne Morrill, Esquire
MORRILL & ARONSON PLC
One East Camelback Road, Suite 340
Phoenix, AZ  85012-1648
602-285-9544 facsimile
*Local Counsel for Defts. Fujisawa Healthcare,*
*Inc. and Fujisawa USA, Inc.*

S. Craig Holden, Esquire
Connie E. Eiseman, Esquire
OBER, KALER GRIMES & SHRIVER
120 E. Baltimore Street
Baltimore, MD  21202
410-547-0699 facsimile
*Counsel for Defts. Wyeth and Wyeth Pharm.*

Jeffrey S. Leonard, Esquire
LEONARD, COLLINS & GILLESPIE, P.C.
40 North Central Avenue, Suite 2100
Phoenix, AZ  85004
602-254-5200 telephone
602-254-5284 facsimile
*Local Counsel for Wyeth*

Robert M. Casale, Esquire
250 W. Main Street
Branford, CT  06405
203-483-9850 facsimile
*Counsel for Deft., David Jett*

Curtis C. Coleman, III, Esquire
CURTIS C. COLEMAN, III, P.A.
916 S. Evans Street
P.O. Box 588
Greenville, NC  27835-0588
252-757-0911 facsimile
*Counsel for Deft., Christopher Coleman*

Chandler R. Muller, P.A.
LAW OFFICES OF CHANDLER R. MULLER, P.A.
1150 Louisiana Ave., Suite 2
P.O. Box 2128

28  © 2003  KLINE & SPECTER, P.C.      9

| | | |
|---|---|---|
| 1 | Winter Park, FL 32789 | Kent Williams, Esquire |
| | 407-647-8200 telephone | **GIEBEL GILBERT WILLIAMS & KOHL** |
| 2 | 407-645-3000 facsimile | 2233 North Hamlin Ave., Suite 620 |
| | *Counsel for Deft., Scott Hidalgo* | St. Paul, MN 55113 |
| 3 | | *Plaintiff's Counsel* |
| | Charles M. Greene, Esquire | |
| 4 | 111 North Orange Ave. | Marvin K. Blount, Jr., Esquire |
| | Orlando, FL 32801 | **THE BLOUNT LAW FIRM, P.L.L.C.** |
| 5 | 407-872-0704 facsimile | 400 West First Street |
| | *Counsel for Deft., Eddy James Hack* | Greenville, NC 27834 |
| 6 | | (255) 752-2174 facsimile |
| | John E. Riley, Esquire | *Plaintiff's Counsel* |
| 7 | **VAIRA & RILEY, P.C.** | |
| | 1600 Market Street, Suite 2650 | Lewis B. April, Esquire |
| 8 | Philadelphia, PA 19103-7226 | **COOPER LEVENSON APRIL** |
| | 215-751-9420 facsimile | **NIEDELMAN & WAGENHEIM, P.A.** |
| 9 | *Counsel for Deft., Michael T. Gendelman* | 1125 Atlantic Ave. - Third Floor |
| | | P.O. Box 1125 |
| 10 | Jonathan Shub, Esquire | Atlantic City, NJ 08404-1125 |
| | **SHELLER LUDWIG & BADEY** | (609) 344-0939 facsimile |
| 11 | 1528 Walnut Street, 3rd Floor | *Plaintiff's Counsel* |
| | Philadelphia, PA 19102 | |
| 12 | 215-546-0942 facsimile | Harry J. Miller, Esquire |
| | *Plaintiff's Counsel* | **HARRY J. MILLER, P.L.L.C.** |
| 13 | | 80 E. Columbus Avenue |
| | | Phoenix, AZ 85012 |
| 14 | | 602-277-0144 facsimile |
| | | *Plaintiff's Counsel* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18    Dated: September 17, 2002                    By:   *R. Matthew Plona*
19                                                      R. MATTHEW PLONA, ESQUIRE
20
21
22
23
24
25
26
27
28    © 2003 KLINE & SPECTER, P.C.                    10

# TESTA, HURWITZ & THIBEAULT, LLP

ATTORNEYS AT LAW

125 HIGH STREET
BOSTON, MASSACHUSETTS 02110-2704

OFFICE (617) 248-7000
Direct Dial (617) 310-8443

FAX (617) 248-7100
E-Mail franceschini@tht.com

2003 SEP 22 P 5: 34

September 22, 2003

**By Hand Delivery**

Civil Clerk's Office
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA  02110

RE:   In re: Pharmaceutical Industry Average Wholesale Price Litigation
      MDL Docket No. 1456, Lead Case No. 01-CV-12257 PBS; *Swanston v. TAP*
      *Pharmaceutical Products Inc., et al.*, **Civil Action No. 01-CV-11157 PBS**.

Dear Sir or Madam:

Enclosed for filing in the above-referenced action are:

(1) Defendant TAP Pharmaceutical Products Inc.'s Motion For Protective Order; and

(2) Defendant TAP Pharmaceutical Products Inc.'s Motion To Coordinate Depositions
    And For A Protective Order.

Also enclosed are copies of the same.  Please date-stamp the copies and return them to
the awaiting messenger.  Thank you for your assistance in this matter.

Sincerely,

Monica M. Franceschini

Enclosure

cc:   All Counsel of Record In Re: Pharmaceutical Industry Average Wholesale Price
      Litigation, MDL 1456, Civil Action No. 01-CV-12257-PBS, by Verilaw
      Jeffrey Kodroff, Esq. (*via overnight delivery*)
      Michael Hefter, Esq. (*via overnight delivery*)
      Richard Cohen, Esq. (*via overnight delivery*)
      Joseph Saveri, Esq. (*via overnight delivery*)
      Michael Hausfeld, Esq. (*via overnight delivery*)
      J. Hoke Peacock, Esq. (*via overnight delivery*)

2686421