UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COUNTY OF SUFFOLK,<br><br>    Plaintiff,<br><br>                v.<br><br>ABBOTT LABORATORIES, INC., AGOURON PHARMACEUTICALS, INC., AMGEN, INC., ASTRAZENECA PHARMACEUTICALS L.P., ASTRAZENECA US, AVENTIS BEHRING L.L.C., AVENTIS PHARMACEUTICALS INC., BARR LABORATORIES, INC., BAYER CORPORATION, BERLEX LABORATORIES, INC., BIOGEN, INC., BRISTOL-MYERS SQUIBB COMPANY, CHIRON CORPORATION, ELI LILLY AND COMPANY, FOREST PHARMACEUTICALS, INC., FUJISAWA HEALTHCARE, INC., GENENTECH, INC., GLAXO WELLCOME, P.L.C., GLAXOSMITHKLINE PLC, IMMUNEX CORPORATION, IVAX CORPORATION, IVAX PHARMACEUTICALS INC., JANSSEN PHARMACEUTICA PRODUCTS, JOHNSON & JOHNSON, MEDIMMUNE, INC., MERCK & CO., INC., NOVARTIS PHARMACEUTICALS CORPORATION, ORTHO BIOTECH PRODUCTS LP, ORTHO MCNEIL PHARMACEUTICALS, PFIZER INC., PHARMACIA CORPORATION, PURDUE PHARMA, L.P., RELIANT PHARMECEUTICALS, SANOFI-SYNTHELABO, INC., SCHERING-PLOUGH CORP., SMITHKLINE BEECHAM P.L.C, SMITHKLINE BEECHAM CORPORATION, TAP PHARMACEUTICAL PRODUCTS, INC., WARRICK PHARMACEUTICALS LTD, WYETH, and DOES 1-100<br><br>    Defendants. | MDL. NO. 1456<br><br>JUDGE PATTI SARIS<br><br>JURY TRIAL DEMANDED |

**AFFIDAVIT OF SERVICE**

LLOYD M. DONDERS, hereby certifies under penalty of perjury as follows:

I am over eighteen years of age, reside in Westchester County, State of New York, am not a party to this action, and that on September 19, 2003, I caused true and correct copies of the County of Suffolk's Response to Defendants' Motion for an Order Coordinating Discovery to be served by U.S. Mail upon the following Counsel for Tap Pharmaceutical Products, Inc

Testa, Hurwitz and Thibeault, LLP
125 High Street
Boston, MA 02110

Jones Day
77 West Wacker Drive
Chicago, IL 60601

Lloyd M. Donders
Kirby McInerney & Squire LLP
830 Third Avenue, 10th Floor
New York, NY 10022

Sworn to before me this
19th day of September, 2003

Notary Public

ILEANA RAMIREZ
Notary Public, State of New York
No. 01RA4740575
Appointed in Bronx County
My Commission expires 8/31/2005