UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COUNTY OF SUFFOLK,<br><br>    Plaintiff,<br><br>            v.<br><br>ABBOTT LABORATORIES, INC., AGOURON PHARMACEUTICALS, INC., AMGEN, INC., ASTRAZENECA PHARMACEUTICALS L.P., ASTRAZENECA US, AVENTIS BEHRING L.L.C., AVENTIS PHARMACEUTICALS INC., BARR LABORATORIES, INC., BAYER CORPORATION, BERLEX LABORATORIES, INC., BIOGEN, INC., BRISTOL-MYERS SQUIBB COMPANY, CHIRON CORPORATION, ELI LILLY AND COMPANY, FOREST PHARMACEUTICALS, INC., FUJISAWA HEALTHCARE, INC., GENENTECH, INC., GLAXO WELLCOME, P.L.C., GLAXOSMITHKLINE PLC, IMMUNEX CORPORATION, IVAX CORPORATION, IVAX PHARMACEUTICALS INC., JANSSEN PHARMACEUTICA PRODUCTS, JOHNSON & JOHNSON, MEDIMMUNE, INC., MERCK & CO., INC., NOVARTIS PHARMACEUTICALS CORPORATION, ORTHO BIOTECH PRODUCTS LP, ORTHO MCNEIL PHARMACEUTICALS, PFIZER INC., PHARMACIA CORPORATION, PURDUE PHARMA, L.P., RELIANT PHARMECEUTICALS, SANOFI-SYNTHELABO, INC., SCHERING-PLOUGH CORP., SMITHKLINE BEECHAM P.L.C, SMITHKLINE BEECHAM CORPORATION, TAP PHARMACEUTICAL PRODUCTS, INC., WARRICK PHARMACEUTICALS LTD, WYETH, and DOES 1-100<br><br>    Defendants. | MDL. NO. 1456<br><br>JUDGE PATTI SARIS<br><br>JURY TRIAL DEMANDED |

**AFFIDAVIT OF SERVICE**

LLOYD M. DONDERS, hereby certifies under penalty of perjury as follows:

I am over eighteen years of age, reside in Westchester County, State of New York, am not a party to this action, and that on September 18, 2003, I caused true and correct copies of the NOTICE OF CORRECTION TO CAPTION AND COVER PAGE OF THE AMENDED COMPLAINT to be served by U.S. Mail upon the following as indicated below:

**Attorney for Astrazeneca US:**
Arthur F. Golden, Esq.
D. Scott Wise, Esq.
Kimberley D. Harris, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

**Attorney for Astrazeneca US:**
Nicholas C. Theordorou, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600

**Attorney for Astrazeneca US:**
Scott Garland, Esq.
United States Department of Justice
Suite 600
1301 New York Avenue
Washington, DC 20530

**Barr Laboratories, Inc.**
400 Chestnut Ridge Road
Woodcliff Lake, NJ 07677

**Glaxo Wellcome, P.L.C.**
5 Moore Drive, P.O. Box 13398,
Research Triangle Park, NC 27709-3398

**Ivax Corporation**
4400 Biscayne Blvd.
Miami, Florida 33137

**Ivax Pharmaceuticals Inc.**
4400 Biscayne Blvd.
Miami, Florida 33137

**Attorney for Novartis Pharmaceuticals:**
David J. Cerveny, Esq.
Karen F. Green, Esq.
Hale & Dorr, LLP
60 State Street
Boston, MA 02109

**Attorney for Ortho Biotech Products, L.P.:**
Andrew D. Schau, Esq.
William F. Cavanaugh, Jr., Esq.
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036-6710

**Reliant Pharmaceuticals**
721 Route 202/206
South Bridgewater, NJ 08807

**Sanofi-Synthelabo, Inc.**
90 Park Avenue
New York, NY 10016

_Lloyd M. Donders_
Lloyd M. Donders
Kirby McInerney & Squire LLP
830 Third Avenue, 10th Floor
New York, NY 10022

Sworn to before me this
18th day of September, 2003

_Ileana Ramirez_
Notary Public

ILEANA RAMIREZ
Notary Public, State of New York
No. 01RA4740575
Appointed in Bronx County
My Commission expires 8/31/2005