# DONNELLY, CONROY & GELHAAR, LLP

ONE BEACON STREET
33RD FLOOR
BOSTON, MA 02108

TELEPHONE: (617) 720-2880   FACSIMILE: (617) 720-3554

September 23, 2003

**BY HAND DELIVERY**

Robert Alba, Courtroom Clerk
  to the Hon. Patti B. Saris
United States District Court
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA  02210

01-12257

Re:   *In re Pharmaceutical Industry AWP Litigation*; MDL No. 1456 (PBS)

Dear Mr. Alba:

This letter is intended to respond to the Court's inquiry at the hearing on September 18, 2003, concerning Defendants' Motion For a Protective Order to Maintain the Confidentiality of Portions of the Amended Master Consolidated Complaint, and the Montana and Nevada II Amended Complaints (Not Opposed).  Paragraph 214 of the AMCC's reference to the "2000 Manufacturer Listing of Pharmaceutical Awards – GeriMed" concerns the GeriMed price list for the calendar year 2000.  I would greatly appreciate it if you would bring the foregoing to the Court's attention.  Please do not hesitate to let me know if the Court has further questions.  Thank you.

Yours very truly,

Peter E. Gelhaar

cc:  Hagens Berman (Thomas M. Sobol; Edward Notargiacomo) (By Hand Delivery)
     Tina D. Reynolds, Esq. (Via Facsimile)

1668062 v1; ZR32011.DOC