UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION NO. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Carl J. Rychcik as counsel for defendant Mylan Laboratories Inc. in the above-captioned action.

Dated: September 17, 2003

Respectfully submitted,

DKW Law Group

_____
Michael R. Plummer, Esquire *(Pro Hac Vice)*
Pa. I.D. No. 19898
58th Floor, US Steel Tower
600 Grant Street
Pittsburgh, PA  15219
*Attorneys for Defendant Mylan Laboratories Inc.*

{P0132579:1}

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2003, a true and correct copy of the foregoing document was served upon all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

DKW Law Group

By: _____
Michael R. Plummer

{P0132579:1}