## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br>  ) <br>  ) <br> THIS DOCUMENT RELATES ) <br> TO ALL ACTIONS ) <br>  ) | MDL No. 1456 <br><br> CIVIL ACTION No. 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

## NOTICE OF APPEARANCE FOR DEFENDANT HOFFMANN-LA ROCHE INC.

**To the Clerk of the Above-Named Court:**

Please enter the appearance of Kevin R. Sullivan, Grace Rodriguez, Ann H. Malekzadeh, and John D. Shakow, of the law firm King & Spalding LLP, on behalf of Defendant Hoffmann-La Roche Inc.

September 24, 2003

Respectfully submitted,

Kevin R. Sullivan
Grace Rodriguez
Ann H. Malekzadeh
John D. Shakow
KING & SPALDING LLP
1730 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2003, I caused a true and accurate copy of the following to be served on all counsel of record by electric service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456:

Notice of Appearance for Defendant Hoffmann-La Roche Inc.

_____
Colleen M. Hennessey

573691_1
14690-90035

2