UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> State of Connecticut v. GlaxoSmithKline PLC, et al., Civ. Action No. 1:03-cv-11348-PBS <br><br> State of Connecticut v. Pharmacia Corp. Civ. Action No. 1:03-cv-113490-PBS <br><br> State of Connecticut v. Dey, Inc., Civ. Action No. 1:03-cv-11351-PBS <br><br> State of Connecticut v. Aventis Pharmaceuticals, Inc., Civil Action No. 1:03-cv-11350-PBS <br><br> People of the State of New York v. Pharmacia Corp., Civ. Action No. 1:03-cv-11227-PBS <br><br> People of the State of New York v. Aventis Pharmaceuticals, Inc., Civ. Action No. 1:03-cv-11228-PBS <br><br> People of the State of New York v. GlaxoSmithKline PLC, Civ. Action No. 03-cv-299 | MDL NO. 1456 <br><br> CIVIL ACTION NO. 01-12257-PBS |

**ORDER OF REMAND**

September 30, 2003

Saris, U.S.D.J.

The Court **DENIES** defendants' motion for certification of an interlocutory appeal pursuant to 28 U.S.C. § 1292(b) (Docket No. 497). See State of Montana v. Abbott Labs, 266 F.Supp.2d 250,

256 (D. Mass. June 11, 2003); State of Minnesota v. Pharmacia Corp., Civ. Action No. 03-10069-PBS, slip op. at 4-5 (D. Mass. Aug. 20, 2003).  An interlocutory appeal will delay the litigation and my opinions are consistent with the weight of the caselaw.  The Court **ALLOWS** the states' motions to remand.

/s/ Patti B. Saris
PATTI B. SARIS
United States District Judge