UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) | MDL No. 1456<br><br>Civil Action 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: *Rice v. Abbott Laboratories, Inc.*, No. 3:02-cv-3925, (N.D. Cal.), *Thompson v. Abbott Laboratories, Inc.*, No. 3:02-cv-4450 (N.D. Cal.), and *Turner v. Abbott Laboratories*, No. 3:02-cv-5006 (N.D. Cal.) ) ) ) ) ) ) | |

## ORDER

AND NOW, this 30 day of September 2003, after consideration of Defendant Mylan Laboratories Inc.'s Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), it is hereby ORDERED, ADJUDGED AND DECREED that said Motion is GRANTED, and Mylan Laboratories Inc. is hereby dismissed from the Amended Master Consolidated Complaint and the individual complaints filed in: *Rice v. Abbott Laboratories, Inc., et al.*, No. 3:02-cv-3925 (N.D. Cal.), *Thompson v. Abbott Laboratories, Inc., et al.*, No. 3:02-cv-4450 (N.D. Cal.), and *Turner v. Abbott Laboratories, et al.*, No. 3:02-cv-5006 (N.D. Cal.), with prejudice.

By: /s/ Patti B Saris
Honorable Patti B. Saris, J.

*without opposition*

{P0129293:1}