SQUITIERI & FEARON, LLP
Olimpio Lee Squitieri (OLS-1684)
One Gateway Center
Suite 2500
Newark, New Jersey 07102
Tel: 201-445-8595

Local Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------X
                              :
IN RE PHARMACEUTICAL INDUSTRY : Civil Action No. 01-CV-12257-PBS
AVERAGE WHOLESALE PRICE       :
LITIGATION                    :
                              :
------------------------------X
                              :
THIS DOCUMENT RELATES TO:     :
ALL ACTION                    :
                              :
------------------------------X

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the law firm of Squitieri & Fearon, LLP, hereby withdraws as counsel for plaintiff in this action.

Dated: September 24, 2003

SQUITIERI & FEARON, LLP

By: _____
Olimpio Lee Squitieri (OLS-1684)
One Gateway Center
Suite 2500
Newark, New Jersey 07102
Tel: 201-445-8595

420 Fifth Avenue
18th Floor
New York, New York 10018
Tel: 212-575-2092

## CERTIFICATE OF SERVICE

I, Olimpio Lee Squitieri, hereby certify that on this 24th day of September 2003, I caused true and correct copies of the foregoing NOTICE OF WITHDRAWAL to be served upon all counsel listed on the annexed service list via first class mail, postage prepaid.

_____
Olimpio Lee Squitieri (OLS-1684)

<u>SERVICE LIST</u>

Jeffrey B. Aaronson, Esq.
Paula W. Render, Esq.
Michael Sennett, Esq.
Bell, Boyd & Lloyd
3 First National Plaza
70 West Madison Street, Suite 3200
Chicago, Illinois 60602-4207

Daniel F. Attridge, Esq.
Kirkland & Ellis
655 Fifteenth Street, N.W.
Washington, D.C. 20005

Jason E. Baranski, Esq.
Mitchell Edwards, Esq.
John C. Dodds, Esq.
Joseph B.G. Fay, Esq.
Jennifer B. Jordan, Esq.
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelphia, Pennsylvania 19103-2921

Steven F. Barley, Esq.
Joseph H. Young, Esq.
Hogan & Hartson, LLP
111 South Calvert Street
Baltimore, Maryland 21202

Rebecca Bedwell-Coll, Esq.
James A. Quadra, Esq.
Robert D. Sanford, Esq.
Mascone, Emblige & Quadra
180 Montgomery Street
1240
San Francisco, California 94104

Steven W. Berman, Esq.
Hagens & Berman
1301 5th Avenue
Suite 2900
Seattle, Washington 98101-1090

David J. Bershad, Esq.
Michael M. Buchman, Esq.
J. Douglas Richards, Esq.
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
49th Floor
New York, New York 10119

Jack B. Blumenfeld, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, Delaware 19899-1347

Thomas L. Boeder, Esq.
David J. Burman, Esq.
Kathleen M. O'Sullivan, Esq.
Zoe Philippides, Esq.
Perkins Coie
1201 Third Avenue, 40th Floor
Seattle, Washington 98101-3099

Anthony Bolognese, Esq.
Bolognese & Associates
Suite 650
One Penn Center
1617 JFK Boulevard
Philadelphia, Pennsylvania 19013

Douglas S. Brooks, Esq.
Kelly, Libby & Hoopes, PC
175 Federal Street
Boston, Massachusetts 02110

Nicole Y. Brumsted, Esq.
Lieff Cabraser Heimann & Bernstein, LLP
175 Federal Street, 7th Floor
Boston, Massachusetts 02110

James C. Burling, Esq.
David J. Cerveny, Esq.
Karen F. Green, Esq.
William F. Lee, Esq.
Hale & Door, LLP
60 State Street
Boston, Massachusetts 02109

Evan Dean Buxner, Esq.
676 North Michigan Avenue
Suite 3110
Chicago, Illinois 60611-0003

Tod S. Cashin, Esq.
Buchanan Ingersoll, PC
700 Alexander Road
Suite 300
Princeton, New Jersey 08540

Ronald L. Castle, Esq.
Arent, Fox, Kintner, Plotkin, Plotkin & Kahn, LLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-6188

William F. Cavanaugh, Jr., Esq.
Andrew D. Schau, Esq.
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Daniel J. Cloherty, Esq.
Thomas E. Dwyer, Jr., Esq.
Joseph Ernest Haviland, Esq.
Dwyer & Collora LLP
600 Atlantic Avenue
12th Floor
Boston, Massachusetts 02210

Jeremy P. Cole, Esq.
Daniel E. Reidy, Esq.
Tina M. Tabacchi, Esq.
Jones, Days, Reavis & Pogue
77 West Wacker Drive
Chicago, Illinois 60601-1692

Christopher R. Cook, Esq.
Jesse A. Witten, Esq.
Jones, Day, Reavis & Pogue
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

William M. Cowan, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC
One Financial Center
Boston, Massachusetts 02111

Jonathan W. Cuneo, Esq.
Cuneo Law Group
317 Massachusetts Avenue, N.E.
Washington, D.C. 20002

Christopher J. Cunio, Esq.
Martin F. Gaynor, Esq.
Cooley, Manion & Jones, LLP
21 Custom House Street
Boston, Massachusetts 02110

Joseph Danis, Esq.
Michael J. Flannery, Esq.
The David Danis Law Firm, P.C.
8235 Forsyth Boulevard
Suite 1100
St. Louis, Missouri 63105

William A. Davis, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
701 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20004

Michael DeMarco, Esq.
Jeanne E. Demers, Esq.
Kirkpatrick & Lockhart
75 State Street
Boston, Massachusetts 02109-1808

Merle M. Delancey, Jr., Esq.
Robert J. Higgins, Esq.
Andrew J. Jackson, Esq.
Dickstein Morin & Oshinsky LLP
2101 L Street N.W.
Washington, D.C. 20037-1526

Bruce E. Falby, Esq.
Piper Rudnick LLP
One International Place, 21st Floor
100 Oliver Street
Boston, Massachusetts 02110-2600

Alan J. Droste, Esq.
Todd G. Friedland, Esq.
Reed Elliott Harvey, Esq.
Pillsbury Winthrop
650 Town Center Drive
7th Floor
Costa Mesa, California 92626-7122

Dennis M. Duggan, Jr., Esq.
Marisa L. Jaffe, Esq.
David M. Ryan, Esq.
Robert P. Sherman, Esq.
Melissa B. Tearney, Esq.
Nixon Peabody, LLP
101 Federal Street
Boston, Massachusetts 02110

Kimberly A. Dunne, Esq.
Sidley Austin Brown & Wood
555 West 5th Street
Suite 4000
Los Angeles, California 90013-1010

Marc H. Edelson, Esq.
Hoffman & Edelson
45 West Court Street
Doylestown, Pennsylvania 18901

Steven M. Edwards, Esq.
Alison G. Gilbert, Esq.
Lyndon M. Tretter, Esq.
Hogan & Hartson, LLP
875 Third Avenue
Suite 2600
New York, New York 10012

Robert G. Eisler, Esq.
Lieff Cabraser Heimann & Bernstein, LLP
780 Third Avenue
48th Floor
New York, New York 10017-2024

Douglas Farquhar, Esq.
Hyman, Phelps & McNamara, P.C.
Suite 1200
700 13th Street, N.W.
Washington, D.C. 20005

Eric B. Fastiff, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, California 94111-3339

Anatasia M. Fernands, Esq.
Goodwin Procter LLP
Exchange Place
55 State Place
Boston, Massachusetts 02109

Matthew A. Fischer, Esq.
Paul J. Riehle, Esq.
Michelle L. Younkin, Esq.
Sedgwick, Detert, Moran & Arnold
One Embarcadero Center
16th Floor
San Francisco, California 94111

Jeffrey S. Friedman, Esq.
Silverman & McDonald
1010 North Bancroft Parkway
Suite 22
Wilmington, Delaware 19805

Scott Garland, Esq.
United States Department of Justice
Suite 600
1301 New York Avenue
Washington, D.C. 20530

Peter E. Gelhaar, Esq.
Donnell, Conroy & Gelhaar, LLP
One Beacon Street
33rd Floor
Boston, Massachusetts 02108

David C. Giardina, Esq.
David F. Graham, Esq.
Richard D. Raskin, Esq.
Bruce M. Zessar, Esq.
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603

Arthur F. Golden, Esq.
Kimberley D. Harris, Esq.
Manisha M. Sheth, Esq.
D. Scott, Wise, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017

Daniel E. Gustafson, Esq.
Heins Mills & Olson, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402

Kirk B. Hulett, Esq.
Blake M. Harper, Esq.
Hulett Harper
550 West C Street
Suite 1770
San Diego, California 92101

Kenneth A. Wexler, Esq.
Elizabeth Fegan Hartweg, Esq.
Edward A. Wallace, Esq.
Kenneth A. Wexler & Associates
1 North LaSalle
Suite 2000
Chicago, Illinois 60602

Kirke M. Hasson, Esq.
Albert G. Linn
Pillsbury Winthrop LLP
50 Freemont Street
P.O. Box 7880
San Francisco, California 94120

Colleen M. Hennessey, Esq.
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, Massachusetts 02110

Mary Ellen Hennessy, Esq.
Stephen David Libowsky, Esq.
Katten Muchin & Zavis
525 West Monroe, Suite 1600
Chicago, Illinois 60661-3693

Frederick G. Herold, Esq.
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pennsylvania 19103-2793

Robert B. Hubbell, Esq.
Stephen A. Tuggy, Esq.
Heller Ehrman White & McAuliffe
601 South Figueroa Street
40th Floor
Los Angeles, California 90017-5758

Stephen M. Hudspeth, Esq.
Coudert Brothers
1114 Avenue of the Americas
New York, New York 10036

Ryan James, Esq.
U.S. Steel Tower
600 Tower Street
54th Floor
Pittsburgh, Pennsylvania 15219

James E. Johnson, Esq.
Morrison and Foerster LLP
1290 Avenue of the Americas
New York, New York 10104

Jonathan D. Karmel, Esq.
Karmel & Gilden
221 North La Salle Street
Suite 1414
Chicago, Illinois 60601

Kenneth D. Klein, Esq.
Hogan & Hartson
Biltmore Tower
500 South Grand Avenue
Suite 1900
Los Angeles, California 90071-2611

Terry Klein, Esq.
Elaine S. McChesney, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, Massachusetts 02110

Jeffrey L. Kodroff, Esq.
Spector & Roseman
1818 Market Street
Suite 2500
Philadelphia, Pennsylvania 19103

Matthew Lloyd Larrabee, Esq.
Heller Ehrman White & McAuliffe
333 Bush Street
San Francisco, California 94104-2878

Ralph T. Lepore, III, Esq.
Holland & Knight, LLP
10 St. James Avenue
Boston, Massachusetts 02116

Frank A. Libby, Jr., Esq.
Kelly, Libby & Hoopes, PC
175 Federal Street
Boston, Massachusetts 02110

Mark J. MacDougall, Esq.
Matthew A. Rossi, Esq.
Akin, Gump, Strauss, Bauer & Feld, LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Jay D. Marinstein, Esq.
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222

Kirsten V. Mayer, Esq.
John T. Montgomery, Esq.
Brien T. O'Connor, Esq.
David C. Potter, Esq.
Crystal D. Talley, Esq.
John R. Therien, Esq.
Ropes & Gray
One International Place
Boston, Massachusetts 02110

Neil Merkl, Esq.
101 Park Avenue
New York, New York 10178

Robert Miller, Esq.
599 Lexington Avenue
29th Floor
New York, New York 10022

Cheryl A. Mitchell, Esq.
599 Lexington Avenue
29th Floor
New York, New York 10022

Dianne M. Nast, Esq.
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, Pennsylvania 17601

Nancy L. Newman, Esq.
Kevin J. Stack, Esq.
Knapp, Petersen and Clarke
500 North Brand Boulevard
20th Floor
Glendale, California 91203

Edward Notargiacomo, Esq.
Thomas M. Sobol, Esq.
Hagens Berman
225 Franklin Street
26th Floor
Boston, Massachusetts 02110

Nicholas H. Patton, Esq.
Patton Tidwell Sandefur
4605 Texas Boulevard
P.O. Box 5398
Texarkana, Texas 75505-5398

Lisa Colcock Phelan, Esq.
Akin, Gump, Strauss, Bauer & Feld, LLP
2029 Century Park East
Suite 2600
Los Angeles, California 90067

Ira N. Richards, Esq.
Rodriguez & Richards
226 West Rittenhouse Square
Philadelphia, Pennsylvania 19103

Kevin P. Roddy, Esq.
Hagens Berman
700 South Flower Street
Suite 2940
Los Angeles, California 90017-4101

Henry H. Rossbacher, Esq.
Rossbacher & Associates
811 Wilshire Boulevard
Suite 1650
Los Angeles, California 90017-2666

Carl Rychcik, Esq.
58th Floor
U.S. Steel Tower
600 Grant Street
Pittsburgh, Pennsylvania 15219

Kenneth A. Sansone, Esq.
Thomas J. Sartory, Esq.
Goulston & Storrs, PC
400 Atlantic Avenue
Boston, Massachusetts 02110

Lori A. Schechter, Esq.
Morrison & Foerster
425 Market Street
San Francisco, California 94105-2482

Jonathan Shub, Esq.
Sheller, Ludwig & Badey
1528 Walnut Street
Philadelphia, Pennsylvania 19102

Mark D. Smith, Esq.
Faxon & Laredo
15 Broad Street
Suite 600
Boston, Massachusetts 02109

Scott A. Stempel, Esq.
Morgan Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Nicholas C. Theodorou, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

Sandra G. Tillotson, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, New York 10022-4689

Mitchell A. Toups, Esq.
Weller Green Toups & Terrell
2615 Calder
Suite 400
Beaumont, Texas 77704

John M. Townsend, Esq.
Hughes, Hubbard & Reed
1775 I Street, N.W.
Washington, D.C. 20006-2401

Michael J. Vanselow, Esq.
Minnesota Attorney Generals Office
102 State Capital
75 Constitution Avenue
St. Paul, Minnesota 55155

Liza M. Walsh, Esq.
Connell, Foley & Geiser
85 Livingston Avenue
Roseland, New Jersey 07068

Nina I. Webb-Lawton, Esq.
Vorys, Sater, Seymour and Pease
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008.

Jeffrey I. Weinberger, Esq.
Munger Tolles & Olson
355 South Grand Avenue
Suite 3500
Los Angeles, California 90071-1560

Robert Alan White, Esq.
Morgan, Lewis & Bockius, LLP
502 Carnegie Center
Princeton, New Hampshire 08540

Robert Wolkon, Esq.
Wolkon & Pascucci, LLP
One Beacon Street
Suite 1320
Boston, Massachusetts 02108

Damon Young, Esq.
Young Pickett & Lee
4122 Texas Boulevard
P.O. Box 1897
Texarkana, Texas 75504-1897

# SQUITIERI & FEARON, LLP

420 FIFTH AVENUE
18TH FLOOR
NEW YORK, NEW YORK 10018
TELEPHONE: (212) 575-2092
FACSIMILE: (212) 575-2184
www.sfclasslaw.com

LEE SQUITIERI*
STEPHEN J. FEARON, JR.
DANIEL R. LAPINSKI*
MARIA J. CICCIA**
*ADMITTED TO N.Y. & N.J. BARS
**ADMITTED TO N.Y. & CT BARS

NEW JERSEY OFFICE
ONE GATEWAY CENTER
SUITE 2500
NEWARK, NEW JERSEY 07102
TEL (201) 445-8595

September 24, 2003

Clerk
United States District Court
District of Massachusetts
1 Courthouse Way
Suite 2300
Boston, Massachusetts 02210

Re:   In re Pharmaceutical Industry Average Wholesale Price Litigation

Dear Clerk:

Enclosed for filing are an original and one copy of a Notice of Withdrawal in connection with the above matter.

Please forward a stamped filed copy to my office in the enclosed self-addressed stamped envelope.

Thank you.

Very truly yours,

Lee Squitieri

LS:mm
Encl.