# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENTS RELATES TO ALL CLASS ACTIONS |  |

## DEFENDANT-SPECIFIC REPLY MEMORANDA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED MASTER CONSOLIDATED CLASS ACTION COMPLAINT

The following defendants submit the attached Defendant-Specific Reply Memoranda in Support of the Motion to Dismiss: Abbott Laboratories; Amgen Inc.; AstraZeneca Pharmaceuticals LP; Aventis Pharmaceutical Inc. and Hoechst Marion Roussel, Inc.; Baxter Healthcare Corporation and Baxter International Inc.; Bayer Corporation; Boehringer Ingelheim Corporation, Ben Venue Laboratories, Inc., and Bedford Laboratories; B. Braun of America Inc.; Bristol-Myers Squibb Company; Dey, Inc.; Fujisawa Health Care, Inc. and Fujisawa USA, Inc.; GlaxoSmithKline; Hoffman-La Roche Inc.; Immunex Corporation; Novartis Pharmaceuticals Corporation; Pfizer Inc.; Pharmacia Corporation and Pharmacia & Upjohn, Inc.; Sicor Inc. and Sicor Pharmaceuticals, Inc.; and TAP Pharmaceuticals Product, Inc.

Dated: September 30, 2003

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Counsel for defendants hereby certify that they have conferred with plaintiffs in a good faith attempt to narrow or resolve the issues presented by these memoranda.

ASTRAZENECA PHARMACEUTICALS, LP
ON BEHALF OF ALL DEFENDANTS

By: *Lucy Fowler*
Nicholas C. Theodorou (BBO # 496730)
Lucy Fowler (BBO # 647929)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110
(617) 832-1000

D. Scott Wise (admitted *pro hac vice*)
Kimberley Harris (admitted *pro hac vice*)
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
(212) 450-4000

Dated: September 30, 2003

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on September 30, 2003, a copy to Verilaw Technologies for posting and notification to all parties.

*Lucy Fowler*
Lucy Fowler

Case 1:01-cv-12257-PBS   Document 568   Filed 10/03/03   Page 3 of 3

# INDEX

| Defendant | Tab |
|---|---|
| Abbott Laboratories | 1 |
| Amgen Inc. | 2 |
| AstraZeneca Pharmaceuticals LP | 3 |
| Aventis Pharmaceutical Inc. and Hoechst Marion Roussel, Inc. | 4 |
| Baxter Healthcare Corporation and Baxter International Inc. | 5 |
| Bayer Corporation | 6 |
| The Boehringer Group<br>    Boehringer Ingelheim Corporation<br>    Ben Venue Laboratories, Inc.<br>    Bedford Laboratories | 7 |
| B. Braun of America Inc. | 8 |
| Bristol-Myers Squibb Company | 9 |
| Dey, Inc. | 10 |
| Fujisawa Healthcare, Inc. and Fujisawa USA, Inc. | 11 |
| GlaxoSmithKline | 12 |
| Hoffman-La Roche Inc. | 13 |
| Immunex Corporation | 14 |
| Novartis Pharmaceuticals Corporation | 15 |
| Pfizer Inc. | 16 |
| Pharmacia Corporation and Pharmacia & Upjohn, Inc. | 17 |
| Sicor Inc. and Sicor Pharmaceuticals, Inc. | 18 |
| TAP Pharmaceuticals Product, Inc. | 19 |