# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Turner v. Abbott Laboratories, Inc., et al.*<br>N.D. Cal. Case No. C 02-5006 MJJ<br><br>*Rice v. Abbott Laboratories, et al.*, N.D. Cal. Case No. C 02-3925 MJJ<br><br>*Thompson v. Abbott Laboratories, et al*, N.D. Cal. Case No. C 02-4450 MJJ | MDL 1456<br><br>Master File No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## PLAINTIFF RONALD E. TURNER'S JOINDER IN PLAINTIFFS RICE AND THOMSONS' MEMORANDUM OF LAW IN SUPPORT OF JOINT OPPOSITION TO MOTION TO COMPEL JURISDICTIONAL DISCOVERY

Pursuant to Local Rule 7.1, Plaintiff Ronald E. Turner ("Turner") respectfully joins in the joint Opposition, filed by Plaintiffs John Rice ("Rice") and Constance Thompson ("Thompson") in closely related actions C 02-3925 MJJ and C 02-4450 MJJ in Opposition to the Motion to Compel Jurisdictional Discovery filed by various Defendants which Defendants filed in the Rice and Thompson actions.

1

ORIGINAL

In support of this Joinder, rather than burden the parties and the court with duplicative papers, Turner respectfully incorporates, as if fully set forth herein, the papers, evidence and arguments filed in support of the Opposition to Motion to Compel Discovery of Plaintiffs Rice and Thompson, including their Memorandum of Law, and such other memoranda as may be filed.

Respectfully Submitted,

DATED: October 2, 2003

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Telephone:  (510) 444-2660
Facsimile:   (510) 444-2522

By: _____
Derek G. Howard, Esq.
*Attorneys for Plaintiff, on behalf of himself, and all others similarly situated, and the general public.*