# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL Docket No. 1456<br>Master File No. 01-CV-12257-PBS<br>The Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*Turner v. Abbott Laboratories, Inc., et al.*<br>N.D. Cal. Case No. C 02-5006 MJJ<br><br>*Rice v. Abbott Laboratories, et al.,* N.D. Cal. Case No. C 02-3925 MJJ<br><br>*Thompson v. Abbott Laboratories, et al,* N.D. Cal. Case No. C 02-4450 MJJ | |

**CERTIFICATE OF SERVICE**

ORIGINAL

## CERTIFICATE OF SERVICE

I hereby certify that I, Stephanie E. Pinkham, an employee of Murray & Howard, LLP, caused true and correct copies of Plaintiff Ronald E. Turner's Joinder in Plaintiffs Rice and Thompsons' Memorandum of Law in Support of Joint Opposition to Motion to Compel Jurisdictional Discovery to be served on all counsel of record electronically, pursuant to Section D of Case Management Order No. 2 on this 6th day of October, 2003.

By: _____
Stephanie E. Pinkham
**Murray & Howard, LLP**
436 14th Street, Suite 1413
Oakland, CA 94612
Telephone: (510) 444-2660
Facsimile: (510) 444-2522

1