```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) | MDL NO. 1456 |
| ) | |
| THIS DOCUMENT RELATES TO: ) <br> Rice v. Abbott Laboratories, ) <br> Inc. No. 3:02-cv-3925, ) <br> (N.D. Cal.), Thompson v. ) <br> Abbott Laboratories, Inc., ) <br> No. 3:02-cv-4450 (N.D.Cal.), ) <br> and Turner v. Abbott ) <br> Laboratories, No. 3:02-cv-5006 ) <br> (N.D.Cal.) ) <br> ) | Civil Action No. 01-12257-PBS |

**ORDER**

October 8, 2003

Saris, U.S.D.J.

I vacate the order dismissing Mylan Laboratories, Inc. entered without opposition on September 30, 2003 (Docket No. 559) in light of the scheduling order entered on September 2, 2003 (Docket No. 492).

                                                   **S/PATTI B. SARIS**
                                                   PATTI B. SARIS
                                                   United States District Judge