UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) ) ) |  |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF SCOTT L. GARLAND

Notice is hereby given of the withdrawal of appearance of Scott L. Garland as counsel for Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") in the above-captioned matter. Nicholas C. Theodorou and Lucy Fowler of Foley Hoag LLP and D. Scott Wise and Kimberly D. Harris of Davis Polk & Wardwell will continue to serve as counsel for defendant AstraZeneca in the above-captioned matter.

ASTRAZENECA PHARMACEUTICALS LP

By its attorneys,

_/s/ Lucy Fowler_
Nicholas C. Theodorou (BBO# 496730)
Lucy Fowler (BBO# 647929)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1000

D. Scott Wise
Kimberly D. Harris
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY  10017
(212) 450-4000

Dated: October 7, 2003

## CERTIFICATE OF SERVICE

I certify that on October 7, 2003, a true and correct copy of the foregoing Notice of Withdrawal of Appearance of Scott L. Garland was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

_/s/ Lucy Fowler_
Lucy Fowler