UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION: 01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| ALL ACTIONS | ) | |

**DEFENDANT ABBOTT LABORATORIES' NOTICE OF FILING
SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF DEFENDANTS'
MOTION FOR A PROTECTIVE ORDER**

Defendant Abbott Laboratories ("Abbott") hereby files the accompanying affidavit in

response to the Court's recent Order denying in part defendants' Motion for a Protective Order

To Maintain the Confidentiality of Portions of the Amended Master Consolidated Complaint,

and the Montana and Nevada II Amended Complaints. *See* Docket No. 556. In its Order, the

Court identified certain documents titled "2000 Manufacturer Listings of Pharmaceutical

Awards" that the Court may be willing to treat as confidential if defendants submitted an

affidavit identifying what the listings are, when they were generated, and to whom they were

distributed. *Id.* In response to this Order, Abbott, the defendant whose confidential information

is contained in the above-identified listings, submits the accompanying affidavit.[1]

---

[1] The Court's Order indicates that if defendants seek to maintain the confidentiality of these documents, "they should supplement with an affidavit within one week." Although dated September 19, 2003, the Court's Order was not entered on the Court's docket or received by Abbott before September 30, 2003. Thus, Abbott submits the accompanying affidavit within one week of September 30, 2003.

Dated: October 7, 2003

James R. Daly
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601-1692
(312) 782-3939

R. Christopher Cook
Jesse A. Witten
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Attorneys for Defendant
ABBOTT LABORATORIES

# CERTIFICATE OF SERVICE

I, Jeremy P. Cole, hereby certify that on October 7, 2003 I caused a true and

correct copy of the foregoing Defendant Abbott Laboratories' Notice of Filing Supplemental

Affidavit in support of Defendants' Motion for a Protective Order to be served on all counsel of

record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by

transmitting a copy to Verilaw Technologies for posting and notification to all parties.

By: _____
Jeremy P. Cole
JONES DAY
77 West Wacker
Chicago, IL  60601-1692
(312) 782-3939

Attorney for Defendant
ABBOTT LABORATORIES