UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: ) Rice v. Abbott Laboratories, ) Inc. No. 3:02-cv-3925, ) (N.D. Cal.), Thompson v. ) Abbott Laboratories, Inc., ) No. 3:02-cv-4450 (N.D.Cal.), ) and Turner v. Abbott ) Laboratories, No. 3:02-cv-5006 ) (N.D.Cal.) ) ) | Civil Action No. 01-12257-PBS |

## CASE MANAGEMENT ORDER NO. 8

October 8, 2003

Saris, U.S.D.J.

    Because of the heavy volume of paper filed in this consolidated multi-district litigation and the number of related cases, all parties filing a motion shall inform the Court of the scheduling or case management order applicable to the motion, and shall set forth on the face of the motion the anticipated response date. Similarly, any party intending to oppose the motion shall file at least a one-page opposition within fourteen (14) days setting forth the expected briefing schedule.

    If the Court allows a motion "without opposition" as a result of a clerical error because a scheduling order gives an extended response date, the parties shall promptly inform the

Court in writing.  Issuing a press release proclaiming victory on the merits is not the appropriate response.

                                              **S/PATTI B. SARIS**
                                              United States District Judge