UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>California, State of, et al. v. Abbott Laboratories, Inc., et al.<br>Dist. Court Mass. No. 1:03-11226-PBS | MDL No. 1456<br>Civil Action: 03-CV-2238<br><br>Judge Patti B. Saris |

## NOTICE OF APPEARANCE FOR PLAINTIFF STATE OF CALIFORNIA ADMISSION *PRO HAC VICE*

The following submission for Admission *Pro Hac Vice* is being made pursuant to the Case Management Order No. 1, signed by the Honorable Patti B. Saris, referencing the above case, Page 8, Section V. Admission of Attorneys, paragraph 16:

"Each attorney not a member of the Bar of this Court who is acting as counsel for Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee."

Attached find a Certificate in good standing for the United States District Court for the Central District of California for the following California Senior Assistant Attorney General:

1

Thomas August Temmerman
Senior Assistant Attorney General
California Bureau of Medi-Cal Fraud and Elder Abuse
1425 River Park Drive, Suite 300
Sacramento, CA 95815
Telephone: 916-274-2942
Facsimile: 916-263-0855

Enclosed please find a check in the amount of $50.00 for admission *pro hac vice*.

DATED: October ____, 2003

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

By_____
THOMAS A. TEMMERMAN
Senior Assistant Attorney General
Bureau of Medi-Cal Fraud and Elder Abuse

Attorneys for the Plaintiff, State of California



**United States District Court**
**Central District of California**

I, Sherri R. Carter, Clerk of the United States District Court for the Central District of California, do hereby certify that

**Thomas August Zimmerman**

was duly admitted to practice as an Attorney and Counselor of this Court on the 20th day of December, 1974.

I hereunto set my hand and affix the seal of this Court on the 11th day of April, 2003.

_____
Clerk of the United States District Court