UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL No. 1456 ) ) CIVIL ACTION: 01-CV-12257 PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | ) ) Judge Patti B. Saris ) |

## UNOPPOSED MOTION TO EXTEND BY TWO DAYS THE DATE FOR FILING OF PLAINTIFFS' SUR-REPLY ON THE DEFENDANTS' MOTIONS TO DISMISS THE AMENDED MASTER CONSOLIDATED COMPLAINT

The undersigned counsel for Plaintiffs in the above-captioned matter hereby move to extend by two (2) days (from October 15 to October 17, 2003) the date by which Plaintiffs must file their sur-reply to the Defendants' Motions to Dismiss the Amended Master Consolidated Complaint.

In support therefor, the undersigned counsel state that the briefing in connection with the Motions to Dismiss the Amended Master Consolidated Complaint has been extensive. The Plaintiffs intend to file a sur-reply as is provided in prior case management orders. In order to coordinate among multiple counsel, the undersigned counsel request an additional two days for the filing of their sur-reply. The hearing in connection with the motions is scheduled for November 12, 2003. Accordingly, the two-day extension will not effect the hearing date.

1

Plaintiffs' counsel has conferred with counsel for Defendants concerning this motion. Defendants do not oppose this Motion.

October 14, 2003                            Respectfully submitted,

By _____

Thomas M. Sobol (BBO# 471770)
Edward Notargiacomo (BBO# 567636)
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA  02110
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Kevin P. Roddy
Hagens Berman LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Samuel Heins
Heins, Mills & Olson, P.C.
700 Northstar East
608 Second Avenue South
Minneapolis, MN  55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

Eugene A. Spector
Jeffrey L. Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

**CHAIRS OF LEAD COUNSEL COMMITTEE**

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Elizabeth Fegan Hartweg
Kenneth A. Wexler & Associates
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

**LEAD COUNSEL COMMITTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that I, Thomas M. Sobol, an attorney, caused true and correct copies of the foregoing Unopposed Motion to Extend by Two Days the Date for Filing of Plaintiffs' Sur-Reply on the Defendants' Motions to Dismiss the Amended Master Consolidated Complaint to be served on all counsel of record electronically, pursuant to Section D of Case Management Order No. 2., this 14th day of October, 2003.

By: _____
Thomas M. Sobol, Esq.
HAGENS BERMAN LLP
225 Franklin Street, 26th floor
Boston, MA 02110
(617) 482-3700