**ORIGINAL**

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: *County of Suffolk v. Abbott Laboratories Inc., et al.* 2:03cv229 | CIVIL ACTION NO. 01-12257-PBS |
| | Judge Patti B. Saris |

## NOTION OF APPEARANCE FOR PLAINTIFF COUNTY OF SUFFOLK AND MOTION FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE, that the law firm of Kirby McInerney & Squire LLP hereby appears as counsel in this action for plaintiff County of Suffolk ("Suffolk").

Pursuant to Paragraph 16 of Case Management Order No. 1, Suffolk respectfully moves the Court for the admission *pro hac vice* of the lawyers listed below to practice before this Court as Suffolk's attorneys in this action. As appears from the accompanying declaration of each lawyer listed, each of them is a member of good standing of the bar of a district court of the United States. The appropriate filing fees are being submitted to the Clerk of the Court with this Notice and Motion.

The lawyers whose admission *pro hac vice* is sought are:

Joanne M. Cicala        jcicala@kmslaw.com
Daniel Hume             dhume@kmslaw.com
Aaron Hovan             ahovan@kmslaw.com
Kirby McInerney & Squire
830 3rd Avenue, 10th Floor
New York, NY 10022
Tel: 212-371-6600
Fax: 212-751-2540

Suffolk requests that each of these lawyers be added to the Court's Master Service List.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: *County of Suffolk v. Abbott Laboratories Inc., et al.*, E.D.N.Y. 2:03cv229 | ) ) CIVIL ACTION ) NO. 01-12257-PBS ) ) ) Judge Patti B. Saris |

## PRO HAC VICE DECLARATION OF DANIEL HUME

1. Mr. Hume, is and has been a member in good standing of the bars of the following United States Courts:

   | | |
   |---|---|
   | Supreme Court | 2003 |
   | Court of Appeals for the Second Circuit | 1995 |
   | Southern District of New York | 1993 |
   | Eastern District of New York | 1993 |

   Mr. Hume is and has been a member in good standing of the bar of the State of New York since 1992;

2. There are no disciplinary proceedings pending against Mr. Hume as a member of the bar in any jurisdiction;

3. Mr. Hume is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, the undersigned counsel respectfully moves Mr. Hume's admission to practice before this Court *pro hac vice*.

_____
Daniel Hume

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: *County of Suffolk v. Abbott Laboratories Inc., et al.*, E.D.N.Y. 2:03cv229 | ) CIVIL ACTION ) NO. 01-12257-PBS ) ) ) Judge Patti B. Saris |

### PRO HAC VICE DECLARATION OF AARON HOVAN

1. Mr. Hovan, is and has been a member in good standing of the bar of the United States District Court for the Southern District of New York since 2003;

2. Mr. Hovan is and has been a member in good standing of the bar of the State of New York since 2003;

3. There are no disciplinary proceedings pending against Mr. Hovan as a member of the bar in any jurisdiction;

4. Mr. Hovan is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, the undersigned counsel respectfully moves Mr. Hovan's admission to practice before this Court *pro hac vice*.

_____
Aaron Hovan

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) )   MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: *County of Suffolk v. Abbott Laboratories Inc., et al.*, E.D.N.Y. 2:03cv229 | ) ) ) ) ) )   CIVIL ACTION NO. 01-12257-PBS   Judge Patti B. Saris |

### PRO HAC VICE DECLARATION OF JOANNE CICALA

1. Ms. Cicala, is and has been a member in good standing of the bars of the following United States District Courts of New York

   | | |
   |---|---|
   | Southern District | 1995 |
   | Eastern District | 1995 |

2. Ms. Cicala is and has been a member in good standing of the bar of the State of New York since 1994;

3. There are no disciplinary proceedings pending against Ms. Cicala as a member of the bar in any jurisdiction;

4. Ms. Cicala is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, the undersigned counsel respectfully moves Ms. Cicala's admission to practice before this Court *pro hac vice*.

_____
Joanne M. Cicala

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2003 I caused a true and correct copy of the Appearance and Motion for Admission to be served on all Defendants either by First Class Mail to defendants on the attached list or electronically through Verilaw Technologies pursuant to Paragraph 11 of Case Management Order No. 2.

*[signature]*

Aaron Hovan

Dated: October 16, 2003

# DEFENDANTS TO BE SERVED BY MAIL

Agouron Pharmaceuticals Inc.
10350 North Torrey Pines Road
Suite 100
La Jolla, CA, 92037

**Counsel for Astrazeneca US**

Arthur F. Golden, Esq.
D. Scott Wise, Esq.
Kimberley D. Harris, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Nicholas C. Theordorou, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600

Scott Garland, Esq.
United States Department of Justice
Suite 600
1301 New York Avenue
Washington, DC 20530

Barr Laboratories, Inc.
400 Chestnut Ridge Road
Woodcliff Lake, NJ 07677

**Counsel for Barr Laboratories, Inc.**

Karen Walker
Pamela Auerbach
Kirkland & Ellis
655 Fifteenth Street, N.W.
Suite 1200
Washington, DC 20005

**Counsel for Biogen, Inc.**

Hale & Dorr LLP
60 State Street
Boston, MA 02109

GENENTECH
1 DNA Way
South San Francisco, CA 94080-4990

Glaxo Wellcome, P.L.C.
5 Moore Drive
P.O. Box 13398
Research Triangle Park, NC 27709-3398

Ivax Corporation
4400 Biscayne Blvd.
Miami, Florida 3313

Ivax Pharmaceuticals, Inc.
4400 Biscayne Blvd.
Miami, Florida 3313

Janssen Pharmaceutica Products, LP
1125 Trenton-Harbourton Road
Titusville, New Jersey 08560

**Counsel for Novartis Pharmaceuticals Corporation**

David J. Cerveny, Esq.
Karen F. Green, Esq.
Hale & Dorr, LLP
60 State Street
Boston, MA 02109

**Counsel for Ortho Biotech**

Andrew D. Schau, Esq.
William F. Cavanaugh, Jr., Esq.
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036

Ortho McNeil Pharmaceutical, Inc.
1000 US Hwy 202
Raritan, NJ 08869

**Counsel for Ortho McNeil Pharmaceutical, Inc.**

Bruce A. Levy
Gibbons, Del Deo, Dolan, Girffinger & Vecchione
One Riverfront Plaza
Newark, NJ 07102

**Counsel for Sanofi-Synthelabo, Inc.**

Colleen Hennessey
Peabody & Arnold, LLP
50 Rowes Wharf
Boston, MA 02110

King & Spalding LLP
1730 Pennsylvania Avenue, N.W.
Washington, DC 20006

**Counsel for Tap Pharmaceutical Products**

Joseph F. Savage
Testa, Hurwitz and Thibeault, LLP
125 High Street
Boston, MA 02110

Daniel E. Reidy
Jones Day
77 West Wacker Drive
Chicago, IL 60601