# HOLLAND & KNIGHT LLP

10 St. James Avenue
Boston, Massachusetts 02116

617-523-2700
617-523-6850 Fax
www.hklaw.com

Annapolis
Atlanta
Bethesda
Boston
Bradenton
Chicago*
Fort Lauderdale
Jacksonville
Lakeland
Los Angeles
Miami
New York
Northern Virginia
Orlando
Portland
Providence
St. Petersburg
San Antonio

San Francisco
Seattle
Tallahassee
Tampa
Washington, D.C.
West Palm Beach

International Offices:
Caracas**
Helsinki
Mexico City
Rio de Janeiro
São Paulo
Tel Aviv**
Tokyo

*Holland & Knight LLC
**Representative Office

October 27, 2003

**GEOFFREY E. HOBART**
617-854-1419
geof.hobart@hklaw.com

### VIA HAND DELIVERY

The Honorable Patti B. Saris
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

    Re:    MDL No. 1456, Civil Action No. 01-CV-12257-PBS (*Robert J. Swanston v. TAP Pharmaceutical Prods., Inc., et al.*)

Dear Judge Saris:

    On behalf of the defendants in this action, I am writing to follow up on the request Your Honor made at the October 9, 2003, hearing asking defendants to address whether properly-served defendants consented to removal of this action. We have almost completed our inquiry, but we are still awaiting further information, including the *Swanston* court file. Accordingly, defendants respectfully request until October 31, 2003, in which to address the issue of consent.

    Respectfully submitted,

Geoffrey E. Hobart

cc:    All counsel of record (via Verilaw)