# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In Re:  **PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION**

**THIS DOCUMENT RELATES TO**

*State of Montana v. Abbott Labs., Inc., et al.*, D. Mont. Cause No. CV-02-09-H-DWM

*State of Nevada v. American Home Prods. Corp., et al.*, 02-CV-12086-PBS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MDL NO. 1456**

**Master File No. 01-CV-12257-PBS**

**Judge Patti B. Saris**

## UNOPPOSED MOTION TO EXTEND THE DATES FOR FILING OF DEFENDANTS' REPLY AND PLAINTIFFS' SURREPLY ON THE DEFENDANTS' MOTION TO DISMISS THE STATE OF MONTANA'S SECOND AMENDED COMPLAINT AND THE STATE OF NEVADA'S AMENDED COMPLAINT

On behalf of all Defendants that have moved to dismiss the above-captioned actions, the undersigned counsel hereby moves to extend the dates for filing of Defendants' consolidated reply, the individual reply briefs, and Plaintiffs' surreply on Defendants' motions to dismiss the above-captioned actions.  The current deadlines for the reply and sur-reply briefs are October 30, 2003, and November 14, 2003, respectively.  The new deadlines for the reply and sur-reply briefs would be November 7 and November 25, 2003, respectively.  The hearing date for the motion, currently scheduled for December 12, 2003, would be unaffected.

Defendants' counsel has conferred with counsel for Plaintiffs concerning this Motion, and can report that Plaintiffs do not oppose this Motion.

DATED: October 28, 2003

Respectfully submitted,

**ON BEHALF OF THE DEFENDANTS
THAT HAVE MOVED TO DISMISS**

_____

Mark Seltzer
Holland & Knight
10 St. James Avenue
Boston, MA  02116
(617) 854-1419

Mark H. Lynch
Ethan M. Posner
Covington & Burling
1201 Pennsylvania Ave., NW
Washington, DC 20004
(202) 662-5317

Frederick G. Herold
Dechert LLP
1717 Arch Street
Philadelphia, PA  19103
(215) 994-2413

*Attorneys for Defendant GlaxoSmithKline*

## Certificate of Service

I hereby certify that on October 28, 2003, I caused a true and correct copy of this Unopposed Motion to Extend the Dates for Filing of Defendants' Reply And Plaintiffs' Surreply on the Defendants' Motions to Dismiss the State of Montana's Second Amended Complaint And the State of Nevada's Amended Complaint to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered in MDL No. 1456 by Judge Saris.

_____

Mark Seltzer