UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 <br> ) Civil Action 01-CV-12257-PBS <br> ) <br> ) <br> ) |
| THIS DOCUMENT RELATES TO: *Rice v. Abbott Laboratories, Inc.*, No. 3:02-CV-3925 (N.D. Cal.), *Thompson v. Abbott Laboratories, Inc.*, No. 3:02-CV-4450 (N.D. Cal.), and *Turner v. Abbott Laboratories, Inc.* No. 3:02-CV-5006 (N.D. Cal.) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Kindly enter the appearance of John A. Pappalardo, Esq., Evan Georgopoulos, Esq., Michael R. Costa, Esq., and the law firm of Greenberg Traurig LLP, as counsel for the Defendant, Mylan Laboratories, Inc., in the above-captioned matter.

Respectfully submitted,

MYLAN LABORATORIES, INC.,

By its attorneys,

_____
John A. Pappalardo ( BBO #388760)
Evan Georgopoulos (BBO #628480)
Michael R. Costa (BBO #636803 )
Greenberg Traurig, LLP
One International Place, 3rd Floor
Boston, MA 02110
617-310-6000
617-310-6001 (fax)

Dated: November 3, 2003