RECEIVED
Clerk's Office
USDC, Mass.
Date 11-6-03
By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 )<br>) CIVIL ACTION: 01-CV-12257<br>) PBS<br>) |
| THIS DOCUMENT RELATES TO:<br><br>*State of Nevada v. Abbott Labs., Inc., et al.,*<br>D. Mont. Cause No. 02-12085- PBS | ) Judge Patti B. Saris<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Thomas M. Sobol, attorney for the above-named Plaintiff(s) make oath I served Defendant(s) with a copy of the Complaint for the above-entitled case and a Summons for service on the following date(s):

1. B. Braun of America on August 18, 2003 (Exhibit A)
2. B. Braun McGaw on October 27, 2003 (Exhibit B)
3. Sicor, Inc. on November 3, 2003 (Exhibit C)

Pursuant to Federal Rule of Civil Procedure Rule 4(l) and Rule 4 of the Massachusetts Rules of Civil Procedure, such service was given by Certified Mail, Return Receipt Requested, addressed to an officer or director of Defendant corporations. Attached herewith, as proof of service, are the receipts for said service signed by the addressees.

DATED: November 6, 2003

By _____
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA 02110
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Steve W. Berman

M:\AWP\Pleading\affidavit of service tms.doc   1

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

In Re: Pharmaceutical Industry
Average Wholesale Price Litigation

V.

(This Document relates to)
State of Nevada v. American Home Products
Corp., et al., C.A. No. CV-N-02-0202-ECR

## SUMMONS IN A CIVIL CASE

CASE NUMBER: MDL No. 1456
C.A. No. 01-CV-12257-PB

TO: (Name and address of Defendant)

Carroll H. Neubauer, CEO
B Braun McGaw
824 12th Ave.
Bethlehem, PA 18018

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Sobol Esq.
Hagens Berman LLP
225 Franklin St.
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

(By) DEPUTY CLERK

OCT 1 4 2003

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

In Re Pharmaceutical Industry Average Wholesale Price Litigation

v.

(This document relates to)
State of Nevada v. American Home Products Corp., et al., C.A. No. CV-N-02-0202-ECR

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:
M.D.L. No. 1456
C.A. No. 01-CV-12257-PBS

TO: (Name and address of Defendant)

Marvin Samson, President & CEO
Sicor, Inc.
19 Hughes
Irvine, CA 92618

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Sobol
Hagens Berman LLP
225 Franklin Street
26th Floor
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

October 14, 2003
DATE



BOSTON  LOS ANGELES  PHOENIX  SEATTLE
**hagens-berman.com**
225 FRANKLIN STREET, 26TH FLOOR • BOSTON, MA 02110
(617) 482-3700 • FAX (617) 482-3003

EDWARD NOTARGIACOMO
(617) 531-5505
ed@hagens-berman.com

November 6, 2003

### VIA HAND DELIVERY

Clerk's Office
United States District Court
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA  02210

RECEIVED
Clerk's Office
USDC, Mass.
Date 11-6-03
By ___ Deputy Clerk

Re:   In Re: Pharmaceutical Industry Average Wholesale Price Litigation MDL No. 1456 – *State of Nevada v. American Home Products Corp., et al.,* D. Nev. Cause No. CV-N-02-0202-ECR

Dear Sir/Madam:

Enclosed for filing in the above-captioned matter please find the following document:

1. Affidavit of Service (B. Braun of America, B. Braun McGaw and Sicor, Inc.).

Please acknowledge this filing by date-stamping the enclosed copy of this letter and returning it to the waiting messenger.

Thank you.

Very truly yours,

Edward Notargiacomo

Enclosure
cc:   All counsel of record in *State of Nevada v. American Home Products Corp., et al.,* D. Nev. Cause No. CV-N-02-0202-ECR