UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIVED
Clerk's Office
USDC, Mass.
Date 11-6-03
By /M/
Deputy Clerk

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456<br>)<br>) CIVIL ACTION: 01-CV-12257<br>) PBS<br>) |
| THIS DOCUMENT RELATES TO:<br><br>*State of Montana v. Abbott Labs., Inc., et al.,*<br>D. Mont. Cause No. CV-02-09-H-DWM | ) Judge Patti B. Saris<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF SERVICE

I, Thomas M. Sobol, attorney for the above-named Plaintiff(s) make oath I served Defendant(s) with a copy of the Complaint for the above-entitled case and a Summons for service on the following date(s):

1. B. Braun of America on August 18, 2003 (Exhibit A)
2. B. Braun Medical on October 27, 2003 (Exhibit B)

Pursuant to Federal Rule of Civil Procedure Rule 4(l) and Rule 4 of the Massachusetts Rules of Civil Procedure, such service was given by Certified Mail, Return Receipt Requested, addressed to an officer or director of Defendant corporations. Attached herewith, as proof of service, are the receipts for said service signed by the addressees.

DATED: November 6, 2003

By _____
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA  02110
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Steve W. Berman
Sean R. Matt
HAGENS BERMAN LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Joseph P. Mazurek
CROWLEY, HAUGHEY, HANSON,
TOOLE & DIETRICH PLLP
100 North Park Avenue, Suite 300
P.O. Box 797
Helena, MT 59601-6263
(406) 449-4165

Mike McGrath
ATTORNEY GENERAL OF MONTANA
Kathy Seeley
ASSISTANT ATTORNEY GENERAL
Justice Building
215 North Sanders
P.O. Box 201401
Helena, MT 56920-1402
(406) 444-2026

COUNSEL FOR PLAINTIFF
STATE OF MONTANA

## CERTIFICATE OF SERVICE

I hereby certify that I, Edward Notargiacomo, an attorney, caused a true and correct copy of the foregoing Affidavit of Service to be served on all counsel of record electronically on November 6, 2003 pursuant to Section D of Case Management Order No. 2.

Edward Notargiacomo, Esq.
**HAGENS BERMAN LLP**
225 Franklin Street, 26th Floor
Boston, MA  02110
Telephone: (617) 482-3700