UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In Re: PHARMACEUTICAL INDUSTRY  : MDL NO. 1456
AVERAGE WHOLESALE PRICE
LITIGATION                      : Master File No. 01-CV-12257-PBS

THIS DOCUMENT RELATES TO:       : Judge Patti B. Saris
(All Actions)
                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION FOR ENTRY OF CASE MANAGEMENT ORDER NO. 9

Pursuant to the Court's Order dated September 18, 2003 (attached hereto as Exhibit A), the Defendants in the above-captioned action respectfully move this Court for the entry of proposed Case Management Order No. 9 (attached hereto as Exhibit B). Plaintiffs have assented to this motion.

Respectfully Submitted,

ON BEHALF OF THE DEFENDANTS

By: _____            DATED: November 7, 2003

Nicholas C. Theodorou (BBO# 496730)
Lucy Fowler (BBO# 647929)
FOLEY HOAG, LLP
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1000

D. Scott Wise
Kimberley D. Harris
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

*Attorneys for Defendant AstraZeneca Pharmaceuticals LP*

17/507677.1

John C. Dodds
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

Scott A. Stempel
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-3000

*Attorneys for Defendants Pfizer Inc. and Pharmacia Corporation*

## CERTIFICATE OF SERVICE

I certify that on November 7, 2003, a true and correct copy of the foregoing Motion for Entry of Case Management Order No. 9 was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

_____
Lucy Fowler

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for defendants conferred with counsel for plaintiff on this motion, and that counsel for plaintiff assented to the motion.

_____
Lucy Fowler

17/507677.1

- 2 -