UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | No. MDL Docket No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| This Document Relates to All Actions | Judge Patti B. Saris |

## MOTION FOR LEAVE TO RESUBMIT REPLY BRIEF

On September 30, 2003, SICOR, Inc. inadvertently filed a five-page reply brief in the above-captioned matter, two pages longer than permitted by this Court's order dated August 15, 2002. SICOR hereby moves to leave to file the attached corrected reply brief which has been shortened to comply with this Court's orders. No new issues are raised therein.

Dated: November 10, 2003

Respectfully submitted,

PILLSBURY WINTHROP LLP
KIRKE M. HASSON
THOMAS A. SEGAL
50 Fremont Street
Post Office Box 7880
San Francisco, California 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

PIPER RUDNICK LLP
BRUCE E. FALBY
One International Place, 21st Floor
Boston, Massachusetts 02110-2600
Telephone: (617) 406-6000
Facsimile: (617) 406-6100

By _____
Attorneys for Defendants
SICOR INC. and SICOR
PHARMACEUTICALS, INC.