UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO 1456 |
| | Civil Action No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO : | Judge Patti Saris |
| COUNTYOF SUFFOLK V. ABBOTT LABORATORIES, INC., ET AL., E.D.N.Y Case No. CV-03-229 (D.M  03-10643 PBS) | |

## AFFIDAVITS OF SERVICE OF NOTICE OF CORRECTION TO CAPTION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - -x
COUNTY OF SUFFOLK

                                        Index No. 03 10643 PB

            Plaintiff

VS                            **AFFIDAVIT OF SERVICE**

ABOTT LABARATORIES, INC., AGOURON
PHARMACEUTICALS, INC.,
AMGEN, INC., ASTRAZENECA PHARMACEUTICALS
L.P., ASTRAZENECA US, AVENTIS BEHRING,
AVENTIS PHARMACEUTICALS INC., BARR
LABORATORIES, INC., BAYER CORPORATION
, BERLEX LABORATORIES, INC., BIOGEN, INC.,
BRISTOL-MYERS SQUIBB COMPANY, ELI LILLY AND
COMPANY, FOREST PHARMACEUTICALS, INC.,
FUJISAWA PHARMACEUTICAL COMPANY, LTD.,
GENETECH, INC., GLAXOWELLCOME P.L.C.,
GLAXOSMITHKLINE PLC, IMMUNEX CORPORATION,
IVAX CORPORATION, IVAX PHARMACEUTICALS INC.,
JANSSEN PHARMACEUTICA PRODUCTS, JOHNSON &
JOHNSON, MEDIMMUNE, INC., MERCK & CO.,
INC., NOVARTIS PHARMACEUTICALS
CORPORATION, ORTHO BIOTECH PRODUCTS LP.,
ORTHO MCNEIL PHARMACEUTICALS, PFIZER INC.,
PHARMACIA CORPORATION, PERDUE PHARMA,
L.P., RELIANT PHARMACEUTICALS,
SANOFI-SYNTHELABO, INC.,
SCHERING-PLOUGH CORP.,
SMITHKLINEBEECHAM P.L.C., SMITHKLINEBEECHAM
CORPORATION, TAP PHARMACEUTICALS PRODUCTS,
WARRICK PHARMACEUTICALS, WYETH, and DOES 1-100

                  Defendants
- - - - - - - - - - - - - - - - - - -x
STATE OF ~~NEW YORK~~ _MASSACHUSETTS_ )
                          ) ss.:
COUNTY OF _SUFFOLK_ )

_DAVID E. WALTERS_, being duly sworn deposes and says that: deponent is not a party to this action, and is over 18 years of age and is a resident of the State of _MASSACHUSETTS_.

On _WEDNESDAY_, _SEPT. 17_, 2003 approximately _9:50_ A.m. at (ADDRESS SERVED) 14 Cambridge Center, Cambridge, Mass. 02142, deponent served the within Notice of Correction To Caption and the Cover Page

of The Amended Complaint and Amended Complaint upon (PERSON/COMPANY SERVED) **BIOGEN INC.**, by delivering to and leaving with (PERSON SERVED) _KATHLEEN PHILPOT_, (TITLE) _LEGAL ASSISTANT_, a true and correct copy of said document. At the time of said service, (PERSON SERVED) _KATHLEEN PHILPOT_ stated that _s_he was duly authorized to accept service of legal process for _BIOGEN INC._.

(PERSON SERVED) _KATHLEEN PHILPOT_ is described as a _WHITE_ _F_emale, approximately _50_ years of age, _145_ lbs., _5'3"_ tall, with _GRAYING_ hair and (OTHER FEATURE) _GLASSES_.

_____
(PROCESS SERVER'S SIGNATURE)

_DAVID E. WALTERS_
(PROCESS SERVER'S NAME)

Sworn to before me this
_22nd_ day of _July_ 2003

_____
Notary Public

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - -x
COUNTY OF SUFFOLK

                                   Index No. 03 10643 PB

                 Plaintiff

     VS                       **AFFIDAVIT OF SERVICE**

ABOTT LABARATORIES, INC., AGOURON
PHARMACEUTICALS, INC.,
AMGEN, INC., ASTRAZENECA PHARMACEUTICALS
L.P., ASTRAZENECA US, AVENTIS BEHRING,
AVENTIS PHARMACEUTICALS INC., BARR
LABORATORIES, INC., BAYER CORPORATION
, BERLEX LABORATORIES, INC., BIOGEN, INC.,
BRISTOL-MYERS SQUIBB COMPANY, ELI LILLY AND
COMPANY, FOREST PHARMACEUTICALS, INC.,
FUJISAWA PHARMACEUTICAL COMPANY, LTD.,
GENETECH, INC., GLAXOWELLCOME P.L.C.,
GLAXOSMITHKLINE PLC, IMMUNEX CORPORATION,
IVAX CORPORATION, IVAX PHARMACEUTICALS INC.,
JANSSEN PHARMACEUTICA PRODUCTS, JOHNSON &
JOHNSON, MEDIMMUNE, INC., MERCK & CO.,
INC., NOVARTIS PHARMACEUTICALS
CORPORATION, ORTHO BIOTECH PRODUCTS LP.,
ORTHO MCNEIL PHARMACEUTICALS, PFIZER INC.,
PHARMACIA CORPORATION, PERDUE PHARMA,
L.P., RELIANT PHARMACEUTICALS,
SANOFI-SYNTHELABO, INC.,
SCHERING-PLOUGH CORP.,
SMITHKLINEBEECHAM P.L.C., SMITHKLINEBEECHAM
CORPORATION, TAP PHARMACEUTICALS PRODUCTS,
WARRICK PHARMACEUTICALS, WYETH, and DOES 1-100

                Defendants
- - - - - - - - - - - - - - - - - - - - -x
STATE OF ~~NEW YORK~~ CALIFORNIA )
                     ) ss.:
COUNTY OF SAN DIEGO )

     JAMES BAKER, being duly sworn deposes and says that: deponent is not a party to this action, and is over 18 years of age and is a resident of the State of CALIFORNIA.

     On Sept., 16th, 2003 approximately 347 P.m. at (ADDRESS SERVED) 10777 Science Center Drive, San Diego, CA 92103, deponent served the within Notice of Correction To Caption and the

Cover Page of The Amended Complaint and Amended Complaint upon (PERSON/COMPANY SERVED) **AGOURON PHARMACEUTOCALS, INC..**, by delivering to and leaving with (PERSON SERVED) _Sandra De Guzman_ (TITLE) _Reception_, a true and correct copy of said document. At the time of said service,
(PERSON SERVED) _Sandra DeGuzman_ stated that _S_he was duly authorized to accept service of legal process for _Vice President Finance_

(PERSON SERVED) _Sandra DeGuzman_ is described as a _____ _Fe_male, approximately _30's_ years of age, _150_ lbs., _5'3"_ tall, with _Black_ hair and (OTHER FEATURE) _____

_____
(PROCESS SERVER'S SIGNATURE)

_James Barker_
(PROCESS SERVER'S NAME)

Sworn to before me this
17th day of Sept 2003

_Mayme E. Gomez_
Notary Public

MAYME E. GOMEZ
Commission # 1431772
Notary Public - California
San Diego County
My Comm. Expires Jul 21, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - -x
COUNTY OF SUFFOLK

              Plaintiff

VS

Index No. 03 10643 PB

**AFFIDAVIT OF SERVICE**

ABOTT LABARATORIES, INC., AGOURON
PHARMACEUTICALS, INC.,
AMGEN, INC., ASTRAZENECA PHARMACEUTICALS
L.P., ASTRAZENECA US, AVENTIS BEHRING,
AVENTIS PHARMACEUTICALS INC., BARR
LABORATORIES, INC., BAYER CORPORATION
, BERLEX LABORATORIES, INC., BIOGEN, INC.,
BRISTOL-MYERS SQUIBB COMPANY, ELI LILLY AND
COMPANY, FOREST PHARMACEUTICALS, INC.,
FUJISAWA PHARMACEUTICAL COMPANY, LTD.,
GENETECH, INC., GLAXOWELLCOME P.L.C.,
GLAXOSMITHKLINE PLC, IMMUNEX CORPORATION,
IVAX CORPORATION, IVAX PHARMACEUTICALS INC.,
JANSSEN PHARMACEUTICA PRODUCTS, JOHNSON &
JOHNSON, MEDIMMUNE, INC., MERCK & CO.,
INC., NOVARTIS PHARMACEUTICALS
CORPORATION, ORTHO BIOTECH PRODUCTS LP.,
ORTHO MCNEIL PHARMACEUTICALS, PFIZER INC.,
PHARMACIA CORPORATION, PERDUE PHARMA,
L.P., RELIANT PHARMACEUTICALS,
SANOFI-SYNTHELABO, INC.,
SCHERING-PLOUGH CORP.,
SMITHKLINEBEECHAM P.L.C., SMITHKLINEBEECHAM
CORPORATION, TAP PHARMACEUTICALS PRODUCTS,
WARRICK PHARMACEUTICALS, WYETH, and DOES 1-100

              Defendants
- - - - - - - - - - - - - - - - - - -x
STATE OF ~~NEW YORK~~ _ILLINOIS_ )
                    ) ss.:
COUNTY OF _LAKE_ )

_BARNETT S. KOLTON_ being duly sworn deposes and says that: deponent is not a party to this action, and is over 18 years of age and is a resident of the State of _ILLINOIS_

On _SEPT._, _17_, 2003 approximately _11:10_ A.M. at (ADDRESS SERVED) 675 North Field Drive, Lake Forest, IL. 60045, deponent served the within Notice of Correction To Caption and the

Cover Page of The Amended Complaint and Amended Complaint upon (PERSON/COMPANY SERVED) **TAP PHARMACEUTICALS**, by delivering to and leaving with (PERSON SERVED) _SANDRA MEISTAD_, (TITLE) _EXECUTIVE ASST. PUBLIC AFFAIRS_, a true and correct copy of said document. At the time of said service,

(PERSON SERVED) _SANDRA MEISTAD_ stated that _S_he was duly authorized to accept service of legal process for

_TAP PHARMACEUTICALS_

(PERSON SERVED) _SANDRA MEISTAD_ is described as a _FE_male, approximately _40_ years of age, _125_ lbs., _5' 3"_ tall, with _BLONDE_ hair and (OTHER FEATURE) _____

_____
(PROCESS SERVER'S SIGNATURE)

_BARNETT S. KOLTON_
(PROCESS SERVER'S NAME)

Sworn to before me this
_19_ day of _Sept_ 2003

_Rebecca Campana_
Notary Public

"OFFICIAL SEAL"
REBECCA CAMPANA
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 08/24/2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - - -x
COUNTY OF SUFFOLK

                 Index No. 03 10643 PB

         Plaintiff

VS                 **AFFIDAVIT OF SERVICE**

ABOTT LABARATORIES, INC., AGOURON
PHARMACEUTICALS, INC.,
AMGEN, INC., ASTRAZENECA PHARMACEUTICALS
L.P., ASTRAZENECA US, AVENTIS BEHRING,
AVENTIS PHARMACEUTICALS INC., BARR
LABORATORIES, INC., BAYER CORPORATION
, BERLEX LABORATORIES, INC., BIOGEN, INC.,
BRISTOL-MYERS SQUIBB COMPANY, ELI LILLY AND
COMPANY, FOREST PHARMACEUTICALS, INC.,
FUJISAWA PHARMACEUTICAL COMPANY, LTD.,
GENETECH, INC., GLAXOWELLCOME P.L.C.,
GLAXOSMITHKLINE PLC, IMMUNEX CORPORATION,
IVAX CORPORATION, IVAX PHARMACEUTICALS INC.,
JANSSEN PHARMACEUTICA PRODUCTS, JOHNSON &
JOHNSON, MEDIMMUNE, INC., MERCK & CO.,
INC., NOVARTIS PHARMACEUTICALS
CORPORATION, ORTHO BIOTECH PRODUCTS LP.,
ORTHO MCNEIL PHARMACEUTICALS, PFIZER INC.,
PHARMACIA CORPORATION, PERDUE PHARMA,
L.P., RELIANT PHARMACEUTICALS,
SANOFI-SYNTHELABO, INC.,
SCHERING-PLOUGH CORP.,
SMITHKLINEBEECHAM P.L.C., SMITHKLINEBEECHAM
CORPORATION, TAP PHARMACEUTICALS PRODUCTS,
WARRICK PHARMACEUTICALS, WYETH, and DOES 1-100

         Defendants
- - - - - - - - - - - - - - - - - - - - - - - - -x
STATE OF New Jersey )
                ) ss.:
COUNTY OF Mercer )

      John Gillen, being duly sworn deposes and says that: deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New Jersey.

      On Tuesday, Sept 16, 2003 approximately 2:06 p.m. at (ADDRESS SERVED) 1125 Trenton-Harbourton Road, Titusville, NJ 08560, deponent served the within Notice of Correction To Caption and the

Cover Page of The Amended Complaint and Amended Complaint upon (PERSON/COMPANY SERVED) **JANSSEN PHARMACEUTICA**, by delivering to and leaving with (PERSON SERVED) _Lillian Brownworth_, (TITLE) _Exec Admin._, a true and correct copy of said document. At the time of said service,

(PERSON SERVED) _Lillian Brownworth_ stated that _S_he was duly authorized to accept service of legal process for _Janssen Pharmaceutica_

(PERSON SERVED) _Lillian Brownworth_ is described as a _White_ _fe_male, approximately _40_ years of age, _130_ lbs., _5'6"_ tall, with _Brown_ hair and (OTHER FEATURE) _____

_John Gillen_
(PROCESS SERVER'S SIGNATURE)

_John Gillen_
(PROCESS SERVER'S NAME)

Sworn to before me this
_16_ day of _Sept_ 2003

_[signature]_
Notary Public

DAMIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - -x
COUNTY OF SUFFOLK

                              Index No. 03 10643 PB

            Plaintiff

VS                        **AFFIDAVIT OF SERVICE**

ABOTT LABARATORIES, INC., AGOURON
PHARMACEUTICALS, INC.,
AMGEN, INC., ASTRAZENECA PHARMACEUTICALS
L.P., ASTRAZENECA US, AVENTIS BEHRING,
AVENTIS PHARMACEUTICALS INC., BARR
LABORATORIES, INC., BAYER CORPORATION
, BERLEX LABORATORIES, INC., BIOGEN, INC.,
BRISTOL-MYERS SQUIBB COMPANY, ELI LILLY AND
COMPANY, FOREST PHARMACEUTICALS, INC.,
FUJISAWA PHARMACEUTICAL COMPANY, LTD.,
GENETECH, INC., GLAXOWELLCOME P.L.C.,
GLAXOSMITHKLINE PLC,IMMUNEX CORPORATION,
IVAX CORPORATION, IVAX PHARMACEUTICALS INC.,
JANSSEN PHARMACEUTICA PRODUCTS, JOHNSON &
JOHNSON, MEDIMMUNE, INC., MERCK & CO.,
INC., NOVARTIS PHARMACEUTICALS
CORPORATION, ORTHO BIOTECH PRODUCTS LP.,
ORTHO MCNEIL PHARMACEUTICALS, PFIZER INC.,
PHARMACIA CORPORATION, PERDUE PHARMA,
L.P., RELIANT PHARMACEUTICALS,
SANOFI-SYNTHELABO, INC.,
SCHERING-PLOUGH CORP.,
SMITHKLINEBEECHAM P.L.C., SMITHKLINEBEECHAM
CORPORATION, TAP PHARMACEUTICALS PRODUCTS,
WARRICK PHARMACEUTICALS, WYETH, and DOES 1-100

            Defendants
- - - - - - - - - - - - - - - - - - - - -x
STATE OF New Jersey )
                    ) ss.:
COUNTY OF Hunterdon )

       John Gillen, being duly sworn deposes and says that: deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New Jersey.

       On Tuesday, Sept 16, 2003 approximately 3:40 p.m. at (ADDRESS SERVED)1000 U.S. Route 202 South, Raritan, NJ 08869, deponent served the within Notice of Correction To Caption and the Cover Page

of The Amended Complaint and Amended Complaint upon (PERSON/COMPANY SERVED) **ORTHO MCNEIL PHARMACEUTICALS, INC**, by delivering to and leaving with (PERSON SERVED) Johanna M. Corso, (TITLE) Director, Records Mgt a true and correct copy of said document. At the time of said service,

(PERSON SERVED) Johanna M. Corso stated that she was duly authorized to accept service of legal process for Ortho McNeil Pharmaceuticals.

(PERSON SERVED) Johanna M. Corso is described as a White female, approximately 55 years of age, 150 lbs., 5'2" tall, with Gray hair and (OTHER FEATURE) glasses

_John Gillen_
(PROCESS SERVER'S SIGNATURE)

John Gillen
(PROCESS SERVER'S NAME)

Sworn to before me this 16 day of Sept 2003

_signature_
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - -x
COUNTY OF SUFFOLK

Index No. 03 10643 PB

Plaintiff

VS

**AFFIDAVIT OF SERVICE**

ABOTT LABARATORIES, INC., AGOURON
PHARMACEUTICALS, INC.,
AMGEN, INC., ASTRAZENECA PHARMACEUTICALS
L.P., ASTRAZENECA US, AVENTIS BEHRING,
AVENTIS PHARMACEUTICALS INC., BARR
LABORATORIES, INC., BAYER CORPORATION
, BERLEX LABORATORIES, INC., BIOGEN, INC.,
BRISTOL-MYERS SQUIBB COMPANY, ELI LILLY AND
COMPANY, FOREST PHARMACEUTICALS, INC.,
FUJISAWA PHARMACEUTICAL COMPANY, LTD.,
GENETECH, INC., GLAXOWELLCOME P.L.C.,
GLAXOSMITHKLINE PLC,IMMUNEX CORPORATION,
IVAX CORPORATION, IVAX PHARMACEUTICALS INC.,
JANSSEN PHARMACEUTICA PRODUCTS, JOHNSON &
JOHNSON, MEDIMMUNE, INC., MERCK & CO.,
INC., NOVARTIS PHARMACEUTICALS
CORPORATION, ORTHO BIOTECH PRODUCTS LP.,
ORTHO MCNEIL PHARMACEUTICALS, PFIZER INC.,
PHARMACIA CORPORATION, PERDUE PHARMA,
L.P., RELIANT PHARMACEUTICALS,
SANOFI-SYNTHELABO, INC.,
SCHERING-PLOUGH CORP.,
SMITHKLINEBEECHAM P.L.C., SMITHKLINEBEECHAM
CORPORATION, TAP PHARMACEUTICALS PRODUCTS,
WARRICK PHARMACEUTICALS, WYETH, and DOES 1-100

Defendants
- - - - - - - - - - - - - - - - - - - - - - -x
STATE OF Pennsylvania )
                      ) ss.:
COUNTY OF Philadelphia )

Christopher Mullen, being duly sworn deposes and says that: deponent is not a party to this action, and is over 18 years of age and is a resident of the State of Pennsylvania.

On Tuesday, Sept 16, 2003 approximately 2:50p.m. at (ADDRESS SERVED)1 Franklin Plaza, Philadelphia, PA 19102, deponent served the within Notice of Correction To Caption and the Cover Page

of The Amended Complaint and Amended Complaint upon (PERSON/COMPANY SERVED) **SMITHKLINE BEECHAM CORPORATION**, by delivering to and leaving with (PERSON SERVED) Debra Hinton, (TITLE) Admin. Asst Legal Dept. a true and correct copy of said document. At the time of said service,

(PERSON SERVED) Debra Hinton stated that she was duly authorized to accept service of legal process for SmithKline Beecham Corp.

(PERSON SERVED) Debra Hinton is described as a Black female, approximately 50 years of age, 150 lbs., 5'6" tall, with Blk hair and (OTHER FEATURE) glasses.

_____
(PROCESS SERVER'S SIGNATURE)

Christopher J. Mullen
(PROCESS SERVER'S NAME)

Sworn to before me this 16 day of Sept 2003

_____
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - -x
COUNTY OF SUFFOLK

                Plaintiff

VS

ABOTT LABARATORIES, INC., AGOURON
PHARMACEUTICALS, INC.,
AMGEN, INC., ASTRAZENECA PHARMACEUTICALS
L.P., ASTRAZENECA US, AVENTIS BEHRING,
AVENTIS PHARMACEUTICALS INC., BARR
LABORATORIES, INC., BAYER CORPORATION
, BERLEX LABORATORIES, INC., BIOGEN, INC.,
BRISTOL-MYERS SQUIBB COMPANY, ELI LILLY AND
COMPANY, FOREST PHARMACEUTICALS, INC.,
FUJISAWA PHARMACEUTICAL COMPANY, LTD.,
GENETECH, INC., GLAXOWELLCOME P.L.C.,
GLAXOSMITHKLINE PLC,IMMUNEX CORPORATION,
IVAX CORPORATION, IVAX PHARMACEUTICALS INC.,
JANSSEN PHARMACEUTICA PRODUCTS, JOHNSON &
JOHNSON, MEDIMMUNE, INC., MERCK & CO.,
INC., NOVARTIS PHARMACEUTICALS
CORPORATION, ORTHO BIOTECH PRODUCTS LP.,
ORTHO MCNEIL PHARMACEUTICALS, PFIZER INC.,
PHARMACIA CORPORATION, PERDUE PHARMA,
L.P., RELIANT PHARMACEUTICALS,
SANOFI-SYNTHELABO, INC.,
SCHERING-PLOUGH CORP.,
SMITHKLINEBEECHAM P.L.C., SMITHKLINEBEECHAM
CORPORATION, TAP PHARMACEUTICALS PRODUCTS,
WARRICK PHARMACEUTICALS, WYETH, and DOES 1-100

                Defendants
- - - - - - - - - - - - - - - - - - -x

Index No. 03 10643 PB

**AFFIDAVIT OF SERVICE**

STATE OF ~~NEW YORK~~ **CALIFORNIA**  )
                            ) ss.:
COUNTY OF **SAN FRANCISCO**

    **ROBERT A. BORISSOFF**_____, being duly sworn deposes and says that: deponent is not a party to this action, and is over 18 years of age and is a resident of the State of  **CALIFORNIA** .

    On **17 September**_____, 2003 approximately **2.00 P**.m. at (ADDRESS SERVED)1 DNA Way, South San Francisco, CA 94080, deponent served the within Notice of Correction To Caption and the Cover Page

of The Amended Complaint and Amended Complaint upon (PERSON/COMPANY SERVED) **GENETECH, INC.**, by delivering to and leaving with (PERSON SERVED) Sandra Vickers, (TITLE) Agent for Service, a true and correct copy of said document. At the time of said service, (PERSON SERVED) Sandra Vickers stated that he was duly authorized to accept service of legal process for genentechCorp.

(PERSON SERVED) Sandra Vickers is described as a Caucasian female male, approximately 25 years of age, 100 lbs., 5' 4" tall, with long blonde and (OTHER FEATURE) _____

_____
(PROCESS SERVER'S SIGNATURE)

ROBERT A. BORISSOFF
_____
(PROCESS SERVER'S NAME)

Sworn to before me this
18 day of 09, 2003

_____
Notary Public

LARISA BERSHADER
Commission # 1421154
Notary Public - California
San Francisco County
My Comm. Expires Apr 28, 2007