UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# ORIGINAL

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

MDL. NO 1456

Civil Action No. 01-CV-12257-PBS

THIS DOCUMENT RELATES TO :

Judge Patti Saris

COUNTYOF SUFFOLK V. ABBOTT
LABORATORIES, INC., ET AL.,
E.D.N.Y Case No. CV-03-229
(D.M  03-10643 PBS)

## AFFIDAVITS OF SERVICE OF AMENDED SUMMONS AND COMPLAINT

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ **DISTRICT** _____ **DISTRICT OF** _____ **MASSACHUSETTS** _____

COUNTY OF SUFFOLK

**A M E N D E D**

**SUMMONS IN A CIVIL CASE**

**V.**

CASE NUMBER:   MDL 1456 (PBS)

ASTRAZENECA PHARMACEUTICALS L.P.

TO: (Name and address of defendant)

ASTRAZENECA PHARMACEUTICALS L.P.
1800 CONCORD PIKE
WILMINGTON, DE 19850

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOANNE M. CICALA, ESQ.
KIRBY MCINERNEY & SQUIRE, LLP
830 THIRD AVENUE
NEW YORK, NY 10022
(212) 371-6600

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE   9-4-03

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - -x
COUNTY OF SUFFOLK

Index No. 03 10643 PB

Plaintiff

VS

**AFFIDAVIT OF SERVICE**

ABOTT LABARATORIES, INC., AGOURON
PHARMACEUTICALS, INC.,
AMGEN, INC., ASTRAZENECA PHARMACEUTICALS
L.P., ASTRAZENECA US, AVENTIS BEHRING,
AVENTIS PHARMACEUTICALS INC., BARR
LABORATORIES, INC., BAYER AG, BERLEX
LABORATORIES, INC., BIOGEN, INC., BRISTOL
-MYERS SQUIBB COMPANY, ELI LILLY AND
COMPANY, FUJISAWA PHARMACEUTICAL
COMPANY, LTD., GENETECH, INC., GLAXO
WELLCOME P.L.C., GLAXOSMITHKLINE PLC,
IMMUNEX CORPORATION, IVAX
CORPORATION, IVAX PHARMACEUTICALS INC.,
JANSSEN PHARMACEUTICAL, JOHNSON &
JOHNSON, MEDIMMUNE, INC., MERCK & CO.,
INC., NOVARTIS PHARMACEUTICALS
CORPORATION, ORTHO BIOTECH, ORTHO
MCNEIL PHARMACEUTICALS, PFIZER INC.,
PHARMACIA CORPORATION, PERDUE PHARMA,
L.P., RELIANT PHARMACEUTICALS,
SANOFI-SYNTHELABO, INC.,
SCHERING-PLOUGH CORP.,
SMITHKLINEBEECHAM P.L.C., TAP
PHARMACEUTICALS, WARRICK
PHARMACEUTICALS, WYETH, and DOES 1-100

Defendants
- - - - - - - - - - - - - - - - - - - - - -x
STATE OF XXXXXXXXXXXX    )
        DELAWARE        ) ss.:
COUNTY OF NEW CASTLE    )


____Brian Reeder____, being duly sworn deposes and says

that: deponent is not a party to this action, and is over 18 years of

age and is a resident of the State of _Delaware_ .


On _September_ , _15_ , 2003 approximately _1:14 p_ .m. at

1800 Concord Pike, Wilmington, Delaware, 19850, deponent served the

within Summons and Complaint upon ASTRAZENECA PHARMACEUTICAL L.P., by

delivering to and leaving with (PERSON SERVED) Marianne Casey              ,

(TITLE) Legal Administrator        , a true and correct copy of said document.

At the time of said service,

(PERSON SERVED) Marianne Case                        stated that _S_ he was duly

authorized to accept service of legal process for

ASTRAZENECA PHARMACEUTICAL L.P..

              (PERSON SERVED) Marianne Casey        is described as a White

Female, approximately 44   years of age, 150  lbs., 5 '8 " tall, with

Brown      hair and (OTHER FEATURE) _____

_____

_____
(PROCESS SERVER'S SIGNATURE)
Brian Reeder

Brian Reeder
(PROCESS SERVER'S NAME)

Sworn to before me this
 16 day of      2003
        September

Notary Public

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2004

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY

# United States District Court

| DISTRICT | DISTRICT OF | MASSACHUSETTS |
|---|---|---|

COUNTY OF SUFFOLK

**A M E N D E D**

## SUMMONS IN A CIVIL CASE

**V.**

CASE NUMBER:   MDL 1456 (PBS)

ASTRAZENECA US

TO: (Name and address of defendant)

ASTRAZENECA US
1800 CONCORD PIKE
WILMINGTON, DE 19850

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOANNE M. CICALA, ESQ.
KIRBY MCINERNEY & SQUIRE, LLP
830 THIRD AVENUE
NEW YORK, NY 10022
(212) 371-6600

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE   9-4-03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - -x
COUNTY OF SUFFOLK

Index No. 03 10643 PB

          Plaintiff

     VS

**AFFIDAVIT OF SERVICE**

ABOTT LABARATORIES, INC., AGOURON
PHARMACEUTICALS, INC.,
AMGEN, INC., ASTRAZENECA PHARMACEUTICALS
L.P., ASTRAZENECA US, AVENTIS BEHRING,
AVENTIS PHARMACEUTICALS INC., BARR
LABORATORIES, INC., BAYER AG, BERLEX
LABORATORIES, INC., BIOGEN, INC., BRISTOL
-MYERS SQUIBB COMPANY, ELI LILLY AND
COMPANY, FUJISAWA PHARMACEUTICAL
COMPANY, LTD., GENETECH, INC., GLAXO
WELLCOME P.L.C., GLAXOSMITHKLINE PLC,
IMMUNEX CORPORATION, IVAX
CORPORATION, IVAX PHARMACEUTICALS INC.,
JANSSEN PHARMACEUTICAL, JOHNSON &
JOHNSON, MEDIMMUNE, INC., MERCK & CO.,
INC., NOVARTIS PHARMACEUTICALS
CORPORATION, ORTHO BIOTECH, ORTHO
MCNEIL PHARMACEUTICALS, PFIZER INC.,
PHARMACIA CORPORATION, PERDUE PHARMA,
L.P., RELIANT PHARMACEUTICALS,
SANOFI-SYNTHELABO, INC.,
SCHERING-PLOUGH CORP.,
SMITHKLINEBEECHAM P.L.C., TAP
PHARMACEUTICALS, WARRICK
PHARMACEUTICALS, WYETH, and DOES 1-100

          Defendants
- - - - - - - - - - - - - - - - - - - - -x
STATE OF ~~NEW YORK~~ DELAWARE  )
               ) ss.:
COUNTY OF NEW CASTLE  )

       Brian Reeder     , being duly sworn deposes and says

that: deponent is not a party to this action, and is over 18 years of

age and is a resident of the State of Delaware .

      On September , 15 , 2003 approximately 1:14 P.m. at

1800 Concord Pike, Wilmington, Delaware, 19850, deponent served the

within Summons and Complaint upon ASTRAZENECA US, by delivering to and

leaving with (PERSON SERVED) Marianne Casey                    ,

(TITLE) Legal Administrator          , a true and correct copy of said document.

At the time of said service,

(PERSON SERVED) Marianne Casey                          stated that s he was duly

authorized to accept service of legal process for

ASTRAZENECA US            .

                   (PERSON SERVED)   Marianne Casey       is described as a   white

fe male, approximately  44  years of age,   150  lbs.,  5 '8 " tall, with

Brown    hair and (OTHER FEATURE) _____

_____

_____
                    (PROCESS SERVER'S SIGNATURE)


                    _____Brian Reeder_____
                    (PROCESS SERVER'S NAME)

Sworn to before me this
 16 day of September 2003

_____
Notary Public

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2004

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

| DISTRICT | DISTRICT OF | MASSACHUSETTS |

COUNTY OF SUFFOLK

**A M E N D E D**

## SUMMONS IN A CIVIL CASE

**V.**

BARR LABORATORIES, INC.

CASE NUMBER:   MDL 1456 (PBS)

TO: (Name and address of defendant)

BARR LABORATORIES, INC.
2 QUAKER ROAD
BOX 2900
POMONA, NY 10970-0519

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOANNE M. CICALA, ESQ.
KIRBY MCINERNEY & SQUIRE, LLP
830 THIRD AVENUE
NEW YORK, NY 10022
(212) 371-6600

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE   9-4-03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - - - - -x
COUNTY OF SUFFOLK

Index No. 03 10643 PB

Plaintiff

VS

**AFFIDAVIT OF SERVICE**

ABOTT LABARATORIES, INC., AGOURON
PHARMACEUTICALS, INC.,
AMGEN, INC., ASTRAZENECA PHARMACEUTICALS
L.P., ASTRAZENECA US, AVENTIS BEHRING,
AVENTIS PHARMACEUTICALS INC., BARR
LABORATORIES, INC., BAYER AG, BERLEX
LABORATORIES, INC., BIOGEN, INC., BRISTOL
-MYERS SQUIBB COMPANY, ELI LILLY AND
COMPANY, FUJISAWA PHARMACEUTICAL
COMPANY, LTD., GENETECH, INC., GLAXO
WELLCOME P.L.C., GLAXOSMITHKLINE PLC,
IMMUNEX CORPORATION, IVAX
CORPORATION, IVAX PHARMACEUTICALS INC.,
JANSSEN PHARMACEUTICAL, JOHNSON &
JOHNSON, MEDIMMUNE, INC., MERCK & CO.,
INC., NOVARTIS PHARMACEUTICALS
CORPORATION, ORTHO BIOTECH, ORTHO
MCNEIL PHARMACEUTICALS, PFIZER INC.,
PHARMACIA CORPORATION, PERDUE PHARMA,
L.P., RELIANT PHARMACEUTICALS,
SANOFI-SYNTHELABO, INC.,
SCHERING-PLOUGH CORP.,
SMITHKLINEBEECHAM P.L.C., TAP
PHARMACEUTICALS, WARRICK
PHARMACEUTICALS, WYETH, and DOES 1-100

Defendants
- - - - - - - - - - - - - - - - - - - - - - - -x
STATE OF New Jersey)
                    ) ss.:
COUNTY OF Bergen   )

Matt Janulis, being duly sworn deposes and says
that: deponent is not a party to this action, and is over 18 years of
age and is a resident of the State of New Jersey.

On Tuesday, Sept 16, 2003 approximately 2:00p.m. at
400 Chestnut Ridge Road, Woodcliff lake, New Jersey, deponent served

the within Summons and Complaint upon BARR LABORATORIES INC., by delivering to and leaving with (PERSON SERVED) _Kathy Thomas_, (TITLE) _Admin Asst._, a true and correct copy of said document. At the time of said service,

(PERSON SERVED) _Kathy Thomas_ stated that _S_he was duly authorized to accept service of legal process for

_Barr Laboratories._

(PERSON SERVED) _Kathy Thomas_ is described as a _white_ _fe_male, approximately _45_ years of age, _130_ lbs., _5'5"_ tall, with _Brown_ hair and (OTHER FEATURE) _____


_____
(PROCESS SERVER'S SIGNATURE)

_Matt Janulis_
(PROCESS SERVER'S NAME)

Sworn to before me this
_16_ day of _Sept_ 2003

_____
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT _____ **DISTRICT OF** _____ **MASSACHUSETTS** _____

COUNTY OF SUFFOLK

**A M E N D E D**

**SUMMONS IN A CIVIL CASE**

**V.**

CASE NUMBER:   MDL 1456 (PBS)

BAYER CORPORATION

TO: (Name and address of defendant)

BAYER CORPORATION
100 BAYER ROAD
PITTSBURGH, PA 15205-9741

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOANNE M. CICALA, ESQ.
KIRBY MCINERNEY & SQUIRE, LLP
830 THIRD AVENUE
NEW YORK, NY 10022
(212) 371-6600

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANAST

_____
CLERK

_____
(BY) DEPUTY CLERK

_____ 9-4-03 _____
DATE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - - -x
COUNTY OF SUFFOLK

Index No. 03 10643 PB

Plaintiff

VS

**AFFIDAVIT OF SERVICE**

ABOTT LABARATORIES, INC., AGOURON
PHARMACEUTICALS, INC.,
AMGEN, INC., ASTRAZENECA PHARMACEUTICALS
L.P., ASTRAZENECA US, AVENTIS BEHRING,
AVENTIS PHARMACEUTICALS INC., BARR
LABORATORIES, INC., BAYER AG, BERLEX
LABORATORIES, INC., BIOGEN, INC., BRISTOL
-MYERS SQUIBB COMPANY, ELI LILLY AND
COMPANY, FUJISAWA PHARMACEUTICAL
COMPANY, LTD., GENETECH, INC., GLAXO
WELLCOME P.L.C., GLAXOSMITHKLINE PLC,
IMMUNEX CORPORATION, IVAX
CORPORATION, IVAX PHARMACEUTICALS INC.,
JANSSEN PHARMACEUTICAL, JOHNSON &
JOHNSON, MEDIMMUNE, INC., MERCK & CO.,
INC., NOVARTIS PHARMACEUTICALS
CORPORATION, ORTHO BIOTECH, ORTHO
MCNEIL PHARMACEUTICALS, PFIZER INC.,
PHARMACIA CORPORATION, PERDUE PHARMA,
L.P., RELIANT PHARMACEUTICALS,
SANOFI-SYNTHELABO, INC.,
SCHERING-PLOUGH CORP.,
SMITHKLINEBEECHAM P.L.C., TAP
PHARMACEUTICALS, WARRICK
PHARMACEUTICALS, WYETH, and DOES 1-100

Defendants
- - - - - - - - - - - - - - - - - - - - - -x
STATE OF ~~NEW YORK~~ *PA* )
                              ) ss.:
COUNTY OF  *PA*     )


*FAT LENGLISH* , being duly sworn deposes and says

that: deponent is not a party to this action, and is over 18 years of

age and is a resident of the State of  *PA*          .


On  *Sept*     ,    *16*   , 2003 approximately  *11:25* A.m. at

100 Bayer Road, Pittsburgh, P.A. 15205, deponent served the within

Summons and Complaint upon BAYER CORPORATION, by delivering to and leaving with (PERSON SERVED) Bill Dodero ,

(TITLE) Legal department, a true and correct copy of said document. At the time of said service,

(PERSON SERVED) Bill Dodero stated that __he was duly authorized to accept service of legal process for

Bayer Corporation

(PERSON SERVED) Bill Dodero is described as a White __male, approximately 35 years of age, 160 lbs., 5'8" tall, with Black hair and (OTHER FEATURE) Blue eyes


(PROCESS SERVER'S SIGNATURE)

EARL ENGLISH
(PROCESS SERVER'S NAME)

Sworn to before me this
16 day of Sept 2003


Notary Public

Notarial Seal
Robert M. Kresson, Notary Public
Robinson Twp., Allegheny County
My Commission Expires Feb 7, 2007
Member, Pennsylvania Association Of Notaries

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

| DISTRICT | DISTRICT OF | MASSACHUSETTS |

COUNTY OF SUFFOLK

**AMENDED**

## SUMMONS IN A CIVIL CASE

**V.**

CASE NUMBER:   MDL 1456 (PBS)

IVAX PHARMACEUTICALS, INC.

TO: (Name and address of defendant)

IVAX PHARMACEUTICALS, INC.
4400 Biscayne Blvd.
Miami, FL 33137

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOANNE M. CICALA, ESQ.
KIRBY MCINERNEY & SQUIRE, LLP
830 THIRD AVENUE
NEW YORK, NY 10022
(212) 371-6600

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE   9-4-03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - - -x
COUNTY OF SUFFOLK

Index No. 03 10643 PB

Plaintiff

VS

**AFFIDAVIT OF SERVICE**

ABOTT LABARATORIES, INC., AGOURON
PHARMACEUTICALS, INC.,
AMGEN, INC., ASTRAZENECA PHARMACEUTICALS
L.P., ASTRAZENECA US, AVENTIS BEHRING,
AVENTIS PHARMACEUTICALS INC., BARR
LABORATORIES, INC., BAYER AG, BERLEX
LABORATORIES, INC., BIOGEN, INC., BRISTOL
-MYERS SQUIBB COMPANY, ELI LILLY AND
COMPANY, FUJISAWA PHARMACEUTICAL
COMPANY, LTD., GENETECH, INC., GLAXO
WELLCOME P.L.C., GLAXOSMITHKLINE PLC,
IMMUNEX CORPORATION, IVAX
CORPORATION, IVAX PHARMACEUTICALS INC.,
JANSSEN PHARMACEUTICAL, JOHNSON &
JOHNSON, MEDIMMUNE, INC., MERCK & CO.,
INC., NOVARTIS PHARMACEUTICALS
CORPORATION, ORTHO BIOTECH, ORTHO
MCNEIL PHARMACEUTICALS, PFIZER INC.,
PHARMACIA CORPORATION, PERDUE PHARMA,
L.P., RELIANT PHARMACEUTICALS,
SANOFI-SYNTHELABO, INC.,
SCHERING-PLOUGH CORP.,
SMITHKLINEBEECHAM P.L.C., TAP
PHARMACEUTICALS, WARRICK
PHARMACEUTICALS, WYETH, and DOES 1-100

Defendants
- - - - - *FLORIDA* - - - - - - - - - - - - -x
STATE OF ~~NEW YORK~~     )
                          ) ss.:
COUNTY OF *MIAMI DADE* )

_JAMES R. BERRY_ , being duly sworn deposes and says
that: deponent is not a party to this action, and is over 18 years of
age and is a resident of the State of _FLORIDA_ .

On _MONDAY_ , _9/15_ , 2003 approximately _3:22 P_.m. at
4400 Biscayne Boulevard, Miami, FL., 33137, deponent served the within

Summons and Complaint upon IVAX PHARMACEUTICAL, by delivering to and leaving with (PERSON SERVED) *Amy Duarte* ,

(TITLE) *Paralegal* , a true and correct copy of said document. At the time of said service,

(PERSON SERVED) *Amy Duarte* stated that *S*he was duly authorized to accept service of legal process for

*Ivax Pharmaceutical*

(PERSON SERVED) *Amy Duarte* is described as a *white/latin* *F*emale, approximately *58* years of age, *125* lbs., *5' 0"* tall, with *Red* hair and (OTHER FEATURE) *wears glasses*

_____

*(PROCESS SERVER'S SIGNATURE)*

*James R. Berry Jr*
(PROCESS SERVER'S NAME)

Sworn to before me this
*17* day of *9* 2003

*Notary Public*

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

| DISTRICT | DISTRICT OF | MASSACHUSETTS |
|----------|-------------|----------------|

COUNTY OF SUFFOLK

## A M E N D E D

## SUMMONS IN A CIVIL CASE

### V.

CASE NUMBER:   MDL 1456 (PBS)

IVAX CORPORATION

TO: (Name and address of defendant)

IVAX CORPORATION
4400 BISCAYNE BLVD.
MIAMI, FL 33137

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOANNE M. CICALA, ESQ.
KIRBY MCINERNEY & SQUIRE, LLP
830 THIRD AVENUE
NEW YORK, NY 10022
(212) 371-6600

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE   9-4-03

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - - -x
COUNTY OF SUFFOLK

Index No. 03 10643 PB

Plaintiff

VS

**AFFIDAVIT OF SERVICE**

ABOTT LABARATORIES, INC., AGOURON
PHARMACEUTICALS, INC.,
AMGEN, INC., ASTRAZENECA PHARMACEUTICALS
L.P., ASTRAZENECA US, AVENTIS BEHRING,
AVENTIS PHARMACEUTICALS INC., BARR
LABORATORIES, INC., BAYER AG, BERLEX
LABORATORIES, INC., BIOGEN, INC., BRISTOL
-MYERS SQUIBB COMPANY, ELI LILLY AND
COMPANY, FUJISAWA PHARMACEUTICAL
COMPANY, LTD., GENETECH, INC., GLAXO
WELLCOME P.L.C., GLAXOSMITHKLINE PLC,
IMMUNEX CORPORATION, IVAX
CORPORATION, IVAX PHARMACEUTICALS INC.,
JANSSEN PHARMACEUTICAL, JOHNSON &
JOHNSON, MEDIMMUNE, INC., MERCK & CO.,
INC., NOVARTIS PHARMACEUTICALS
CORPORATION, ORTHO BIOTECH, ORTHO
MCNEIL PHARMACEUTICALS, PFIZER INC.,
PHARMACIA CORPORATION, PERDUE PHARMA,
L.P., RELIANT PHARMACEUTICALS,
SANOFI-SYNTHELABO, INC.,
SCHERING-PLOUGH CORP.,
SMITHKLINEBEECHAM P.L.C., TAP
PHARMACEUTICALS, WARRICK
PHARMACEUTICALS, WYETH, and DOES 1-100

Defendants
- - - - - *Florida* - - - - - - - - - - - - -x
STATE OF ~~NEW YORK~~         )
                             ) ss.:
COUNTY OF *Miami-Dade*)

_James R. Berry_, being duly sworn deposes and says

that: deponent is not a party to this action, and is over 18 years of

age and is a resident of the State of _Florida_.

On _Monday_, _9/15_, 2003 approximately _3:22 P._m. at

4400 Biscayne Boulevard, Miami, FL., 33137, deponent served the within

Summons and Complaint upon IVAX CORPORATION, by delivering to and

leaving with (PERSON SERVED) _Amy Duarte_ ,

(TITLE) _Paralegal_ , a true and correct copy of said document.

At the time of said service,

(PERSON SERVED) _Amy Duarte_ stated that __he was duly

authorized to accept service of legal process for

_IVAX CORPORATION_.

(PERSON SERVED) _Amy Duarte_ is described as a _White/Latin_

_FE_male, approximately _58_ years of age, _125_ lbs., _5'0"_ tall, with

_RED_ hair and (OTHER FEATURE) _Wears Glasses_

_James R. Berry_
(PROCESS SERVER'S SIGNATURE)

_JAMES R. BERRY JR_
(PROCESS SERVER'S NAME)

Sworn to before me this
_17_ day of _9_ 2003

Notary Public

JOHN P. JULIEN
COMMISSION DD032465
EXPIRES MAY 11 2006
BONDED THRU
ATLANTIC BONDING COMPANY

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT _____ **DISTRICT OF** _____ **MASSACHUSETTS** _____

COUNTY OF SUFFOLK

**A M E N D E D**

**SUMMONS IN A CIVIL CASE**

**V.**

CASE NUMBER:   MDL 1456 (PBS)

FUJISAWA HEALTHCARE, INC.

TO: (Name and address of defendant)

FUJISAWA HEALTHCARE, INC.
THREE PARKWAY NORTH
DEERFIELD, IL 60015

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOANNE M. CICALA, ESQ.
KIRBY MCINERNEY & SQUIRE, LLP
830 THIRD AVENUE
NEW YORK, NY 10022
(212) 371-6600

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                                                  TE

9-4-03

(BY) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

---

COUNTY OF SUFFOLK,

      Plaintiff,

              v.                **AFFIDAVIT OF SERVICE**

ABBOTT LABORATORIES, INC., et. al.,

      Defendants.

---

STATE OF NEW YORK   )
                      )  ss.:
COUNTY OF NEW YORK  )

      LLOYD DONDERS, being duly sworn, deposes and says:

      I am not a party to the above-entitled action, am over 18 years of age and reside in the county of Westchester, State of New York.

      That on September 17, 2003, I served a true and correct copy of the AMENDED COMPLAINT in the above-entitled action by First Class U.S. Mail upon Reed Smith, LLP pursuant to a conversation I had with Andrew Hurst, Esq. A copy of the memorialized conversation, in which Mr. Hurst agreed to accept service on behalf of their client, Fujisawa Healthcare, Inc. is attached.

                                      Lloyd M. Donders
                                      Kirby McInerney & Squire LLP
                                      830 Third Avenue, 10th Floor
                                      New York, NY 10022

Sworn to before me this
4th day of November 2003

Notary PUBLIC RAMIREZ
Notary Public, State of New York
No. 01RA4740575
Appointed in Bronx County
My Commission expires 5/31/2005

# KIRBY McINERNEY & SQUIRE, LLP

TELEPHONE (212) 371-6600
(212) 317-2300
FACSIMILE (212) 751-2540

*830 Third Avenue*
*New York City 10022*

IRVING MALCHMAN, OF COUNSEL

**VIA FEDERAL EXPRESS**

September 17, 2003

Andrew Hurst, Esq.
Reed Smith, LLP
1301 K Street, N.W.
Washington, DC  20005

Re:   *County of Suffolk v. Abbott Labs, et al.* (Our file no. 549.01)

Dear Andrew:

I write to memorialize our conversation yesterday. Thank you for agreeing to accept service of the amended complaint in the above matter on behalf of your client Fujisawa Healthcare, Inc. A copy is enclosed. Also enclosed is a copy of our notice of correction, filed September 17, 2003, which correctly identifies Fujisawa Healthcare, Inc. in the caption.

Sincerely,

Lloyd Donders

Lloyd Donders

Enclosures

cc:   Joanne M. Cicala, Esq.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ **DISTRICT** _____   **DISTRICT OF** _____ **MASSACHUSETTS** _____

COUNTY OF SUFFOLK

**A M E N D E D**

## SUMMONS IN A CIVIL CASE

**V.**

CASE NUMBER:   MDL 1456 (PBS)

NOVARTIS PHARMACEUTICALS
CORPORATION

TO: (Name and address of defendant)

NOVARTIS PHARMACEUTICALS CORPORATION
ONE HEALTH PLAZA
EAST HANOVER, NJ 07936-1080

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOANNE M. CICALA, ESQ.
KIRBY MCINERNEY & SQUIRE, LLP
830 THIRD AVENUE
NEW YORK, NY 10022
(212) 371-6600

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTA

_____
CLERK

_____
(BY) DEPUTY CLERK

9-4-03
_____
DATE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - - -x
COUNTY OF SUFFOLK

Index No. 03 10643 PB

Plaintiff

VS

**AFFIDAVIT OF SERVICE**

ABOTT LABARATORIES, INC., AGOURON
PHARMACEUTICALS, INC.,
AMGEN, INC., ASTRAZENECA PHARMACEUTICALS
L.P., ASTRAZENECA US, AVENTIS BEHRING,
AVENTIS PHARMACEUTICALS INC., BARR
LABORATORIES, INC., BAYER AG, BERLEX
LABORATORIES, INC., BIOGEN, INC., BRISTOL
-MYERS SQUIBB COMPANY, ELI LILLY AND
COMPANY, FUJISAWA PHARMACEUTICAL
COMPANY, LTD., GENETECH, INC., GLAXO
WELLCOME P.L.C., GLAXOSMITHKLINE PLC,
IMMUNEX CORPORATION, IVAX
CORPORATION, IVAX PHARMACEUTICALS INC.,
JANSSEN PHARMACEUTICAL, JOHNSON &
JOHNSON, MEDIMMUNE, INC., MERCK & CO.,
INC., NOVARTIS PHARMACEUTICALS
CORPORATION, ORTHO BIOTECH, ORTHO
MCNEIL PHARMACEUTICALS, PFIZER INC.,
PHARMACIA CORPORATION, PERDUE PHARMA,
L.P., RELIANT PHARMACEUTICALS,
SANOFI-SYNTHELABO, INC.,
SCHERING-PLOUGH CORP.,
SMITHKLINEBEECHAM P.L.C., TAP
PHARMACEUTICALS, WARRICK
PHARMACEUTICALS, WYETH, and DOES 1-100

Defendants
- - - - - - - - - - - - - - - - - - - - - -x
STATE OF New Jersey
                          ss.:
COUNTY OF Morris CO.)

Matt Janulis, being duly sworn deposes and says
that: deponent is not a party to this action, and is over 18 years of
age and is a resident of the State of New Jersey.

On Tuesday, Sept 16, 2003 approximately 4:05p.m. at
1 Health Plaza, East Hanover, NJ., 07936, deponent served the within

Summons and Complaint upon NOVARTIS PHARMACEUTICALS INC., by delivering to and leaving with (PERSON SERVED) _Conna Weiner_, (TITLE) _Legal Dept Sec._, a true and correct copy of said document. At the time of said service, (PERSON SERVED) _Conna Weiner_ stated that _She_ was duly authorized to accept service of legal process for _Novartis Pharmaceuticals_

(PERSON SERVED) _Conna Weiner_ is described as a _white_ _fe_male, approximately _51_ years of age, _123_ lbs., _5'6"_ tall, with _Brown_ hair and (OTHER FEATURE) _Brown Eyes_.


_____
(PROCESS SERVER'S SIGNATURE)

_____
(PROCESS SERVER'S NAME)

Sworn to before me this
_16_ day of _Sept_ 2003

_____
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ **DISTRICT** _____   **DISTRICT OF** _____ **MASSACHUSETTS**

COUNTY OF SUFFOLK

**AMENDED**

**SUMMONS IN A CIVIL CASE**

**V.**

CASE NUMBER:   MDL 1456 (PBS)

SANOFI-SYNTHELABO, INC.

TO: (Name and address of defendant)

SANOFI-SYNTHELABO, INC.
ONE WALL STREET
NEW YORK, NY 10286

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOANNE M. CICALA, ESQ.
KIRBY MCINERNEY & SQUIRE, LLP
830 THIRD AVENUE
NEW YORK, NY 10022
(212) 371-6600

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANAST

CLERK

(BY) DEPUTY CLERK

DATE   9-4-03

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COUNTY OF SUFFOLK,

                    Plaintiff,

          v.

IMUNEX, GLAXO WELLCOME, ORTHO
BIOTECH, AVENTIS BEHRING, AVENTIS
P HARMACEUTICALS INC., TAP
PHARMACEUTICALS, WARRICK
PHARMACEUTICALS, RELIANT PHARM,
and JOHNSON & JOHNSON, MASTERS,
INC., BENEFICIAL FRANCHISE
COMPANY, INC., H&R BLOCK, INC.,
H&R BLOCK SERVICES, INC., H&R
BLOCK TAX SERVICES, INC., H&R
BLOCK EASTERN TAX SERVICES, INC.,
BLOCK FINANCIAL CORP. and HRB
ROYALTY, INC.

                    Defendants.

Case No. MDL 1456 (PBS)

03-10643 PB

**AFFIDAVITS OF SERVICE**

## AFFIDAVIT OF SERVICE

Ricardo Wright, being duly sworn, says:

Deponent is not a party to the action, is over the age of 18 years, is a resident of Brooklyn, New York.

On, September 12, 2003, deponent served the within Amended Summons and Amended Complaint upon:

**Sanofi-Synthelabo Inc.**
90 Park Avenue
7th Floor (Reception Area)
New York, NY 10016

By delivering a true copy thereof personally to the above-named firm and leaving same with Mr. G. Ferdinand, the mail-room manager for Sanofi-Synthelabo, Inc., who stated that he was authorized to accept same.

_Ricardo Wright_
RICARDO WRIGHT

Sworn to before me this
1st day of October, 2003

_Ileana Ramirez_
Notary Public
ILEANA RAMIREZ
Notary Public, State of New York
No. 01RA4740575
Appointed in Bronx County
My Commission expires _8/31/2005_