UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ORIGINAL**

| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO 1456 |
|---|---|
| | Civil Action No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO : | Judge Patti Saris |
| COUNTYOF SUFFOLK V. ABBOTT LABORATORIES, INC., ET AL., E.D.N.Y Case No. CV-03-229 (D.M 03-10643 PBS) | |

## AFFIDAVITS OF SERVICE OF AMENDED SUMMONS AND COMPLAINT

# United States District Court

__DISTRICT__         DISTRICT OF ___MASSACHUSETTS___

COUNTY OF SUFFOLK

**AMENDED**
**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:  MDL 1456 (PBS)

AVENTIS PHARMACEUTICALS INC.

03-10643 PB

TO: (Name and address of defendant)

AVENTIS PHARMACEUTICALS INC.
S300-400 SOMERSET CORPORATE BOULEVARD
BRIDGEWATER, NEW JERSEY

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOANNE M. CICALA, ESQ.
KIRBY MCINERNEY & SQUIRE, LLP
830 THIRD AVENUE
NEW YORK, NEW YORK 1022
(212) 371-6600

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

8-4-03
DATE

```
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHESETTS
- - - - - - - - - - - - - - - - - -x
COUNTY OF SUFFOLK
                                            Index No.MDL 1456(PBS)
                    Plaintiff,                       03-10643PB

           VS                               AFFIDAVIT OF SERVICE

AVENTIS PHARMACEUTICALS INC.,

                    Defendants.
- - - - - - - - - - - - - - - - - -x
STATE OF NEW JERSEY   )
                      ) ss.:
COUNTY OF CAMDEN      )
```

_Matt Janulis_, being duly sworn deposes and says that: deponent is not a party to this action, and is over 18 years of age and a resident of the State of New Jersey.

On _Monday_, August, _11_, 2003, at approximately _3:05_ p.m. at S300-400 Somerset Corporate Blvd., Bridgewater, New Jersey, deponent served the within Amended Summons in a Civil Case and Complaint upon Aventis Pharmaceuticals, Inc., by delivering to and leaving with _Manager Legal Dept_, at the offices of Aventis Pharmaceuticals, a true and correct copy of said document. At the time of said service, _Laura Nigro_ stated that (s)he was duly authorized to accept service of process for **Aventis Pharmaceuticals, Inc.**

_Laura Nigro_, is described as a _White_ female, approximately _35_ years of age, _140_ lbs., _5'7"_, with _Black_ hair and _Brown_ eyes.

Sign: _Matt Janulis_

Sworn to before me this
_11_ day of August, 2003

_[signature]_
Notary Public
**DACIEN J. MULLEN**
**MY COMMISSION EXPIRES**
**JUNE 1, 2008**

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT _____   DISTRICT OF _____ MASSACHUSETTS _____

COUNTY OF SUFFOLK

**AMENDED SUMMONS IN A CIVIL CASE**

**V.**

CASE NUMBER: MDL 1456 (PBS)

AVENTIS BEHRING

03 - 10643 PB

TO: (Name and address of defendant)

AVENTIS BEHRING
1020 FIRST AVENUE
KING OF PRUSSIA, PENNSYLVANIA 19406 U.S.A.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOANNE M. CICALA, ESQ.
KIRBY MCINERNEY & SQUIRE, LLP
830 THIRD AVENUE
NEW YORK, NEW YORK 1022
(212) 371-6600

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS,
CLERK

(BY) DEPUTY CLERK

DATE  8-04-03

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHESETTS
-------------------------------x
COUNTY OF SUFFOLK

                Plaintiff,

        VS

AVENTIS BEHRING

                Defendant.
-------------------------------x

Index No. MDL 1456(PBS)
03-10643PB

**AFFIDAVIT OF SERVICE**

STATE OF Pennsylvania )
                     ) ss.:
COUNTY OF Montgomery )

Ryan Lamanna, being duly sworn deposes and says that: deponent is not a party to this action, and is over 18 years of age and a resident of the State of Pennsylvania.

On Tuesday, August, 12, 2003, at approximately 3:35 p.m. at 1020 First Avenue, King of Prussia, Pennsylvania, PA 19406, deponent served the within Amended Summons in a Civil Case and Complaint upon **Aventis Behring**, by delivering to and leaving with Legal Asst. paralegal, at the offices of Aventis Behring, a true and correct copy of said document. At the time of said service, Monica Watkins stated that (S)he was duly authorized to accept service of process for Aventis Behring.

Monica Watkins, is described as a Black female, approximately 37 years of age, 115 lbs., 5'9", with Black hair and Brown hair.

Sign: _____
        Ryan Lamanna

Sworn to before me this
12 day of August, 2003

_____
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2006

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT _____   DISTRICT OF _____ MASSACHUSETTS _____

COUNTY OF SUFFOLK

**AMENDED**
**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:   MDL 1456 (PBS)

GLAXO WELLCOME

03-10643 PB

TO: (Name and address of defendant)

GLAXO WELLCOME
5 MOORE DRIVE, P.O. BOX 13398
RESEARCH TRIANGLE PARK, NORTH CAROLINA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOANNE M. CICALA, ESQ.
KIRBY MCINERNEY & SQUIRE, LLP
830 THIRD AVENUE
NEW YORK, NEW YORK 1022
(212) 371-6600

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE   8-04-03

UNITED STATES DISTRICT COURT **ORIGINAL**
DISTRICT OF MASSACHESETTS
- - - - - - - - - - - - - - - - - - -x
COUNTY OF SUFFOLK
                                            Index No.MDL 1456(PBS)
              Plaintiff,                           03-10643PB

        VS                              **AFFIDAVIT OF SERVICE**

GLAXO WELLCOME

              Defendant.
- - - - - - - - - - - - - - - - - - -x
STATE OF NORTH CAROLINA)
                         ) ss.:
COUNTY OF WAKE      )

      _Pauline Purvis_, being duly sworn deposes and says that: deponent is not a party to this action, and is over 18 years of age and a resident of the State of North carolina.

      On _Thur_, August, _14_, 2003, at approximately _1:45_ p.m. at 5 Moore Drive, Research Triangle Park, North Carolina, deponent served the within Amended Summons in a Civil Case and Complaint upon Glaxo Wellcome, by delivering to and leaving with _Robin Witlock Smith Counsel_ at the offices of **Glaxo Wellcome**, a true and correct copy of said document. At the time of said service, _Robin Witlock Smith_ stated that (S)he was duly authorized to accept service of process for Glaxo Wellcome.

      _Robin Witlock Smith_, is described as a _Wht Female_, approximately _25-35_ years of age, _100-120_ lbs., _5'5"_, with _Lt. Brown_ hair and _No Glasses_.

Sign: _Paulie Purvis_

Sworn to before Me this _15_ day of August 2003

Notary Public

(Seal: ALICE W. PENNY, NOTARY PUBLIC, COMMISSION EXPIRES 01/17/05, WAKE COUNTY)

AO 440 (Rev. 10/93) Summons in a Civil Action -

# United States District Court

_DISTRICT_    DISTRICT OF    __MASSACHUSETTS__

COUNTY OF SUFFOLK

**AMENDED
SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:   MDL 1456 (PBS)

IMMUNEX

03-10643 PB

TO: (Name and address of defendant)

IMMUNEX
BALLARD SPAHR ANDREWS & INGRESOLL, LLP
1735 MARKET STREET
51ST FLOOR
PHILADELPHIA, PA 19103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOANNE M. CICALA, ESQ.
KIRBY MCINERNEY & SQUIRE, LLP
830 THIRD AVENUE
NEW YORK, NEW YORK 1022
(212) 371-6600

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

08-04-03
DATE

(BY) DEPUTY CLERK

```
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHESETTS
- - - - - - - - - - - - - - - - - - -x
COUNTY OF SUFFOLK
                                        Index No.MDL 1456(PBS)
                    Plaintiff,                     03-10643PB

        VS                              AFFIDAVIT OF SERVICE

IMMUNEX
BALLARD SPAHR ANDREWS & INGRESOLL, LLP

            Defendants.
- - - - - - - - - - - - - - - - - - -x
```

STATE OF Pennsylvania )
                      ) ss.:
COUNTY OF Philadelphia )

Matt Kohlman, being duly sworn deposes and says that: deponent is not a party to this action, and is over 18 years of age and a resident of the State of _____.

On Monday, August, 11, 2003, at approximately 2:45 p.m. at 1735 Market Street, 51st Floor, Philadelphia, PA 19103, deponent served the within Amended Summons in a Civil Case and Complaint upon Immunex Ballard Spahr Andrews & Ingresoll, LLP., by delivering to and leaving with Eric Sitarchuck, Esq., at the offices of Immunex Ballard Spahr Andrews & Ingresoll, LLP, a true and correct copy of said document. At the time of said service, Eric Sitarchuck stated that (_)he was duly authorized to accept service of process for **Immunex Ballard Spahr Andrews & Ingresoll, LLP.**

_Legal Rep._, is described as a _White_ male, approximately _50_ years of age, _180_ lbs., _6'0"_, with _Brown_ hair and _Brown Eyes_.

Sign: _Matt Kohlman_

Sworn to before me this _11_ day of August, 2003

_____
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

AO 440 (Rev. 10/93) Summons in a Civil Action -

# United States District Court

_____ DISTRICT _____ DISTRICT OF _____ MASSACHUSETTS _____

COUNTY OF SUFFOLK

**AMENDED SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:   MDL 1456 (PBS)

JOHNSON & JOHNSON

03-10643 PB

TO: (Name and address of defendant)

JOHNSON & JOHNSON
ONE JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK, NJ 08933

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOANNE M. CICALA, ESQ.
KIRBY MCINERNEY & SQUIRE, LLP
830 THIRD AVENUE
NEW YORK, NEW YORK 1022
(212) 371-6600

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_____
(BY) DEPUTY CLERK

DATE   8-04-03

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHESETTS
- - - - - - - - - - - - - - - - - - -x
COUNTY OF SUFFOLK

                Plaintiff,

VS

JOHNSON & JOHNSON

        Defendant.
- - - - - - - - - - - - - - - - - - -x
STATE OF NEW JERSEY  )
                   ) ss.:
COUNTY OF CAMDEN     )

Index No.MDL 1456(PBS)
03-10643PB

**AFFIDAVIT OF SERVICE**

_John Reed_, being duly sworn deposes and says that: deponent is not a party to this action, and is over 18 years of age and a resident of the State of New Jersey.

On _Tuesday_, August, _12_, 2003, at approximately _3:10 p_.m. at One Johnson & Johnson Plaza, New Brunswick, NJ 08933, deponent served the within Amended Summons in a Civil Case and Complaint upon **Johnson & Johnson**, by delivering to and leaving with _Legal Rep._, at the offices of Johnson & Johnson, a true and correct copy of said document. At the time of said service, _Barbara Lancia_ stated that (S)he was duly authorized to accept service of process for Johnson & Johnson.

_Barbara Lancia_, is described as a _White_ female, approximately _40_ years of age, _110_ lbs., _58"_, with _Blonde_ hair and _Brown eyes_.

                                    Sign: _John Reed_
                                            John Reed

Sworn to before me this
_12_ day of August, 2003

_Mullen_
Notary Public
DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

AO 440 (Rev. 10/93) Summons in a Civil Action -

# United States District Court

_____ DISTRICT _____  DISTRICT OF _____ MASSACHUSETTS _____

COUNTY OF SUFFOLK

**AMENDED
SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: MDL 1456 (PBS)

ORTHO BIOTECH

03-10643 PB

TO: (Name and address of defendant)

ORTHO BIOTECH
700 US HIGHWAY 202
RARITAN, NJ 08869-0670

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOANNE M. CICALA, ESQ.
KIRBY MCINERNEY & SQUIRE, LLP
830 THIRD AVENUE
NEW YORK, NEW YORK 1022
(212) 371-6600

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE  08-04-03

(BY) DEPUTY CLERK

```
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHESETTS
- - - - - - - - - - - - - - - - - - - -x
COUNTY OF SUFFOLK
                                              Index No.MDL 1456(PBS)
                  Plaintiff,                          03-10643PB

        VS                                    AFFIDAVIT OF SERVICE

ORTHO BIOTECH
              Defendant.
- - - - - - - - - - - - - - - - - - - -x
STATE OF NEW JERSEY  )
                     ) ss.:
COUNTY OF Somerset   )
```

_Daniel Guida_, being duly sworn deposes and says that: deponent is not a party to this action, and is over 18 years of age and a resident of the State of New Jersey.

On _Friday_, August, _15_, 2003, at approximately _2:00_ p.m. at _430_ US Highway _22_, _Bridgewater,_ NJ _08807_ deponent served the within Amended Summons in a Civil Case and Complaint upon Ortho Biotech, by delivering to and leaving with _the vice-president_, at the offices of **Ortho Biotech**, a true and correct copy of said document. At the time of said service, _Jeffrey Stewart_ stated that (_)he was duly authorized to accept service of process for Ortho Biotech.

_Jeffrey Stewart_, is described as a _White_ male, approximately _50_ years of age, _220_ lbs., _5'9"_, with _Brown_ hair and _Brn eyes_.

Sign: _____

Sworn to before me this
_15_ day of August, 2003

_____
Notary Public
JANET E. MULLEN
MY COMMISSION EXPIRES
MAY 17, 2008

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT _____ DISTRICT OF _____ MASSACHUSETTS

COUNTY OF SUFFOLK

**AMENDED SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: MDL 1456 (PBS)

RELIANT PHARM

03 10643 PB

TO: (Name and address of defendant)

RELIANT PHARM
721 ROUTE 202/206
SOUTH BRIDGEWATER, NJ 08807

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOANNE M. CICALA, ESQ.
KIRBY MCINERNEY & SQUIRE, LLP
830 THIRD AVENUE
NEW YORK, NEW YORK 1022
(212) 371-6600

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE  08-04-03

(BY) DEPUTY CLERK

```
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHESETTS
- - - - - - - - - - - - - - - - - -x
COUNTY OF SUFFOLK
                                      Index No.MDL 1456(PBS)
                Plaintiff,                       03-10643PB

        VS                            AFFIDAVIT OF SERVICE

RELIANT PHARM

                Defendant.
- - - - - - - - - - - - - - - - - -x
STATE OF NEW JERSEY    )
                       ) ss.:
COUNTY OF CAMDEN       )
```

_Daniel Guida_, being duly sworn deposes and says that: deponent is not a party to this action, and is over 18 years of age and a resident of the State of New Jersey.

On _Tuesday_, August, _19_, 2003, at approximately _11:25_ a.m. at _110 Allen Rd, Liberty Corner, Bernards Twp_ New Jersey 08807, deponent served the within Amended Summons in a Civil Case and Complaint upon **reliant Pharm**, by delivering to and leaving with _Executive Director_, at the offices of Reliant Pharm, a true and correct copy of said document. At the time of said service, _Tara D'Orsi_ stated that (S)he was duly authorized to accept service of process for Reliant Pharm.

_Tara D'Orsi_, is described as a _White_ female, approximately _35_ years of age, _130_ lbs., _5'4"_, with _Brown_ hair and _Eyes Brown_.

Sign: _[signature]_

Sworn to before me this
_19_ day of August, 2003

_Janet E. Mullen_
Notary Public

JANET E. MULLEN
MY COMMISSION EXPIRES
MAY 17, 2008

# United States District Court

__DISTRICT__ DISTRICT OF __MASSACHUSETTS__

COUNTY OF SUFFOLK

**AMENDED SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: MDL 1456 (PBS)

TAP PHARMACEUTICALS

03-10643PB

TO: (Name and address of defendant)

TAP PHARMACEUTICALS
675 NORTH FIELD DRIVE
LAKE FOREST, ILLINOIS 60045

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOANNE M. CICALA, ESQ.
KIRBY MCINERNEY & SQUIRE, LLP
830 THIRD AVENUE
NEW YORK, NEW YORK 1022
(212) 371-6600

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE  08-04-03

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHESETTS
- - - - - - - - - - - - - - - - - - -x
COUNTY OF SUFFOLK

                 Plaintiff

Index No.MDL 1456(PBS)
03-10643PB

VS

**AFFIDAVIT OF SERVICE**

TAP PHARMACEUTICALS

              Defendants
- - - - - - - - - - - - - - - - - - -x
STATE OF ILLINOIS    )
                         ) ss.:
COUNTY OF ~~CROOK~~     )
          LAKE

BARNETT S. KOLTON being duly sworn deposes and says that: deponent is not a party to this action, and is over 18 years of age and a resident of the State of Illinois.

On THURSDAY August, 14, 2003, at approximately 11:30 Am. at 675 North Field Drive, Lake Forest, Illinois 60045, deponent served the within Amended Summons in a Civil Case and Complaint upon **TAP Pharmaceuticals**, by delivering to and leaving with KENNETH D. GREISMAN, VICE-PRESIDENT & CHIEF LEGAL COUNSEL, at the offices of TAP Pharmaceuticals, a true and correct copy of said document. At the time of said service, MR. GREISMAN stated that (X)he was duly authorized to accept service of process for TAP Pharmaceuticals.

KENNETH D. GREISMAN is described as a WHITE __male, approximately 45 years of age, 180 lbs., 5'9", with BROWN hair and _____.

                                            Sign: *Barnett S. Kolton*
                                                 PERC 129-170762

Sworn to before me this
15 day of August, 2003

_____
Notary Public

"OFFICIAL SEAL"
ALYCIA HAYDEN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8/16/2005

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT                    DISTRICT OF _____ MASSACHUSETTS _____

COUNTY OF SUFFOLK

**AMENDED SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:   MDL 1456 (PBS)

WARRICK PHARMACEUTICALS

03-10643 PB

TO: (Name and address of defendant)

WARRICK PHARMACEUTICALS
12125 MOYA BOULEVARD
RENO, NEVADA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOANNE M. CICALA, ESQ.
KIRBY MCINERNEY & SQUIRE, LLP
830 THIRD AVENUE
NEW YORK, NEW YORK 1022
(212) 371-6600

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY A_____

CLERK

_____
(BY) DEPUTY CLERK

DATE   08-04-03

```
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHESETTS
- - - - - - - - - - - - - - - - - - - - -x
COUNTY OF SUFFOLK
                                         Index No.MDL 1456(PBS)
              Plaintiff                            03-10643PB

         VS                              AFFIDAVIT OF SERVICE

Warrick PHARMACEUTICALS

              Defendants
- - - - - - - - - - - - - - - - - - - - -x
STATE OF NEVADA )
                ) ss.:
COUNTY OF WASHOE)
```

JULIANNE LEAVITT, being duly sworn deposes and says that: deponent is not a party to this action, and is over 18 years of age and a resident of the State of Nevada.

On JIM DUTHIE, August, 12, 2003, at approximately 1:30P .m. at 12125 Moya Bouvelard, Reno, Nevada, deponent served the within Amended Summons in a Civil Case and Complaint upon Warrick Pharmaceuticals, by delivering to and leaving with JIM DUTHIE, MANAGER, at the offices of **Warrick Pharmaceuticals,** a true and correct copy of said document. At the time of said service, JIM DUTHIE, MANAGER stated that (_)he was duly authorized to accept service of process for Warrick Pharmaceuticals.

JIM DUTHIE, is described as a white male, approximately 50 years of age, 190 lbs., 6'0", with Brown hair and _____.

Sign: _____

Sworn to before me this 13 day of August, 2003

Notary Public

C. LAZETICH
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 99-35662-2 · Expires February 25, 2007