UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-CV-12257 PBS |
| THIS DOCUMENT RELATES TO | Judge Patti B. Saris |
| *County of Suffolk v. Abbott Laboratories, Inc., et al.,* E.D.N.Y. Case No. CV-03-229 | |

## DEFENDANT-SPECIFIC REPLIES
## IN SUPPORT OF THE MOTION TO DISMISS

The following defendants submit the attached Defendant-Specific Replies in Support of the Motion to Dismiss: Abbott Laboratories, Inc.; Amgen Inc.; AstraZeneca Pharmaceuticals LP; Bayer Corporation; Forest Pharmaceuticals, Inc.; MedImmune, Inc.; Novartis Pharmaceuticals Corporation; Pfizer Inc.; Pharmacia Corporation and Pharmacia & Upjohn, Inc.; Purdue Pharma L.P.; Sanofi-Synthelabo Inc.; Schering-Plough Corporation; TAP Pharmaceutical Products, Inc.; and Warrick Pharmaceuticals Corporation.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Counsel for defendants hereby certify that they have conferred with plaintiffs in a good faith attempt to narrow or resolve the issues presented by these memoranda.

**Schering-Plough Corporation**
**Warrick Pharmaceuticals Corporation**

By their attorneys

Brien T. O'Connor (BBO# 546767)
John T. Montgomery (BBO# 352220)
Crystal D. Talley (BBO#633759)
John R. Therien (BBO#651185)
Ropes & Gray
One International Place
Boston, MA 02110
(617) 951-7000

Dated: November 14, 2003

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2003, I caused a true and correct copy of the Defendant-Specific Replies in Support of the Motion to Dismiss to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

John R. Therien