UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 )<br>) CIVIL ACTION: 01-CV-12257<br>) PBS<br>) |
| THIS DOCUMENT RELATES TO:<br><br>*State of Montana v. Abbott Labs., Inc., et al.,*<br>D. Mont. Cause No. CV-02-09-H-DWM | ) Judge Patti B. Saris<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Thomas M. Sobol, attorney for the above-named Plaintiff(s) make oath I served Defendant(s) with a copy of the Complaint for the above-entitled case and a Summons for service on the following date(s):

1. Fujisawa USA, Inc. on November 12, 2003 (Exhibit A)
2. Fujisawa Healthcare, Inc on November 12, 2003 (Exhibit B)

Pursuant to Federal Rule of Civil Procedure Rule 4(1) and Rule 4 of the Massachusetts Rules of Civil Procedure, such service was given by Certified Mail, Return Receipt Requested, addressed to an officer of director of Defendant corporation. Attached herewith, as proof of service, are the receipts for said service signed by the addressees.

DATED: November 18, 2003

By _____
Thomas M. Sobol (BBO#471770)
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA 02110
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Steve W. Berman
Sean R. Matt
Kevin P. Roddy
Hagens Berman LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

## CERTIFICATE OF SERVICE

I hereby certify that I, Thomas M. Sobol, an attorney, caused a true and correct copy of the foregoing Affidavit of Service to be served on all counsel of record electronically on November 18, 2003 pursuant to Section D of Case Management Order No. 2.

Thomas M. Sobol, Esq.
**HAGENS BERMAN LLP**
225 Franklin Street, 26th Floor
Boston, MA 02110
Telephone: (617) 482-3700