UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
---------------------------------- x

In Re: PHARMACEUTICAL INDUSTRY     : MDL NO. 1456
AVERAGE WHOLESALE PRICE            :
LITIGATION                         : Master File No. 01-CV-12257-PBS
                                   :
THIS DOCUMENT RELATES TO:          : Judge Patti B. Saris
(All Actions)                      :
                                   :
---------------------------------- x

## STATUS REPORT

The undersigned counsel for Plaintiffs and Defendants hereby submit the attached status report to the Court.

Respectfully Submitted,


PLAINTIFFS' LEAD COUNSEL

ON BEHALF OF ALL PLAINTIFFS

By: *Thomas Sobol / lf*          DATED: November 18, 2003

Thomas M. Sobol, Esq.
Edward Notargiacomo, Esq.
**HAGENS BERMAN, LLP**
225 Franklin Street, 26th Floor
Boston, MA 02110

Steve W. Berman, Esq.
Clyde A. Platt, Esq.
Sean R. Matt, Esq.
Kevin P. Roddy, Esq.
**HAGENS BERMAN, LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Samuel Heins, Esq.
Bryan L. Crawford, Esq.
Daniel E. Gustafson, Esq.

**HEINS, MILLS & OLSON, P.C.**
700 Northstar East
608 Second Avenue South
Minneapolis, MN  55402

Marc H. Edelson, Esq.
**HOFFMAN & EDELSON**
45 West Court Street
Doylestown, PA  18901

Kenneth A. Wexler, Esq.
Elizabeth Fegan Hartweg, Esq.
**KENNETH A. WEXLER AND ASSOCIATES**
One North LaSalle, Suite 2000
Chicago, IL  60602

Eugene Spector, Esq.
Jeffrey L. Kodroff, Esq.
John A. Macoretta
**SPECTOR, ROSEMAN & KODROFF, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA  19103


ON BEHALF OF DEFENDANTS

By: _/s/ Lucy Fowler_                                          DATED: November 18, 2003

Nicholas C. Theodorou, Esq. (BBO# 496730)
Lucy Fowler, Esq. (BBO# 647929)
**FOLEY HOAG, LLP**
155 Seaport Boulevard
Boston, MA  02210

D. Scott Wise, Esq. (admitted *pro hac vice*)
Kimberley Harris, Esq. (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL**
450 Lexington Avenue
New York, NY  10017

Attorneys for Defendant AstraZeneca Pharmaceuticals LP

## CERTIFICATE OF SERVICE

I certify that on November 18, 2003, a true and correct copy of the foregoing status report was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

_____
Lucy Fowler

## MDL 1456 STATUS CHART – GOVERNMENT ENTITY CASES

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| Nevada v. American Home Products, Inc. et al ("Nevada II") | 02-CV-12086-PBS | Removed to D. Nev. | - **Motions to Dismiss** filed September 15, 2003<br>- **Briefing ongoing as follows:**<br>- Opposition to Motions to Dismiss filed October 10, 2003<br>- Replies to Motions to Dismiss filed November 7, 2003 (pursuant to extension granted by Court)<br>- Sur-reply to Motions to Dismiss due November 25, 2003 (pursuant to extension granted by Court)<br>- Hearing on Motions to Dismiss set for December 12, 2003, 2:00 pm |
| Montana v. Abbott Labs, Inc. et al. | 02-CV-12084-PBS | Removed to D. Mont. | - **Motions to Dismiss** filed September 15, 2003 (consolidated **briefing ongoing** with Motions to Dismiss Nevada v. American Home Products, Inc. et al.)<br>- Hearing on Motions to Dismiss set for December 12, 2003, 2:00 pm |
| California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al. | 03-CV-11226-PBS | Removed to C.D. Cal. | - **Notice of Election to Dismiss Rebate Claims** filed by plaintiff on October 16, 2003 with amended memorandum of law in support of **Renewed Motion to Remand**<br>- **Briefing ongoing as follows:**<br>- Opposition to Motion to Remand filed November 14, 2003<br>- Reply to Motion to Remand due November 24, 2003<br>- Sur-reply to Motion to Remand due December 4, 2003<br>- Hearing on Motion to Remand set for December 12, 2003, 2:00 pm<br>- Briefing on a motion to dismiss will be postponed pending a decision on renewed motion to remand |
| County of Suffolk v. Abbott Labs., Inc. et al. | 03-CV-10643-PBS | S.D.N.Y. | - **Motions to Dismiss** filed September 15, 2003<br>- **Briefing ongoing as follows:**<br>- Oppositions to Motions to Dismiss filed October 30, 2003<br>- Replies to Motions to Dismiss filed November 14, 2003<br>- Sur-reply to Motions to Dismiss due December 1, 2003<br>- Hearing on motions to dismiss set for December 12, 2003, 2 pm |

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *County of Westchester v. Abbott Labs., Inc. et al.*[*] | n/a | S.D.N.Y. | • Notice of Related Action filed with JPML on Sept. 5, 2003<br>• CTO issued by JPML on October 10, 2003<br>• Objection to transfer filed by Gilead Sciences, Inc. with respect to the case against Gilead only; Motion to Vacate CTO with respect to the claims against Gilead filed by Gilead on November 12, 2003<br>• Stipulation in place extending defendants' time to answer until 30 days after decision on motions to dismiss Suffolk County complaint |
| *County of Rockland v. Abbott Labs., Inc. et al.* | n/a | S.D.N.Y. | • Unopposed Notice of Related Action filed with JPML on Sept. 30, 2003<br>• CTO issued by JPML on October 10, 2003; action automatically transferred to this Court since no objection was filed<br>• Stipulation in place extending defendants time to answer until 30 days after decision on motions to dismiss Suffolk County complaint |

---

[*] Transfer to MDL 1456 in progress.

# MDL 1456 STATUS CHART – PRIVATE CLASS CASES

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| In re Pharmaceutical Industry Average Wholesale Price Litigation | Master File 01-CV-12257-PBS | D. Mass. pursuant to JPML Order | • **Motions to Dismiss** the Amended Master Consolidated Class Action Complaint ("AMCC") **pending and fully briefed**<br>• **Plaintiffs' Motion for Leave to Take Additional Limited Discovery pending and fully briefed**<br>• Hearing on motions to dismiss set for November 21, 2003, 2 pm<br>• **Order pending** requiring defendants to file a motion showing good cause why certain portions of certain pleadings filed by plaintiffs should be filed under seal<br>• Deadlines set by CMO 7:<br>   o Class/Fact Discovery -- March 1, 2004<br>   o Plaintiffs' Expert Reports -- April 1, 2004<br>   o Defendants' Expert Reports -- May 1, 2004<br>   o Expert Depositions -- July 1, 2004<br>   o Class/Sum. Judgmt. Motions -- July 15, 2004<br>   o Class/Sum. Judgmt. Opp. -- July 30, 2004<br>   o Class/Sum. Judgmt. Replies -- August 16, 2004<br>   o Class/Sum. Judgmt. Surreply -- August 30, 2004 |
| Rice v. Abbott Labs., Inc. et al. | 03-CV-11285-PBS | Removed to N.D. Cal. | • **Motion to Remand** pending<br>• Hearing on motion to remand held on October 9, 2003<br>• Court granted motion for jurisdictional ERISA discovery; **plaintiff's response to jurisdictional discovery pending**<br>• **Motion to Dismiss** by Unnamed Defendants and Mylan Laboratories pending; **Order postpones date for opposition until four days after decision on motion to remand** |
| Thompson v. Abbott Labs., Inc. et al. | 03-CV-11286-PBS | Removed to N.D. Cal. | • **Motion to Remand** pending<br>• Hearing on motion to remand held on October 9, 2003<br>• Court granted motion for jurisdictional ERISA discovery; **plaintiff's additional responses to jurisdictional discovery pending**<br>• **Motion to Dismiss** by Unnamed Defendants and Mylan Laboratories pending; **Order postpones date for opposition until four days after decision on motion to remand** |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| Turner v. Abbott Labs., Inc. et al. | 03-CV-10696-PBS | Removed to N.D. Cal. | • **Motion to Remand** pending<br>• Hearing on motion to remand held on October 9, 2003<br>• Court granted motion for jurisdictional ERISA discovery; **plaintiff's additional responses to jurisdictional discovery pending**<br>• Motion to Dismiss by Unnamed Defendants and Mylan Laboratories pending; **Order postpones date for opposition until four days after decision on motion to remand** |
| Congress of California Seniors v. Abbott Labs., Inc. et al. | 03-CV-10216-PBS | Removed to C.D. Cal. | • **Motion to Remand** pending<br>• Hearing on motion to remand held on October 9, 2003<br>• **Plaintiff disputes whether it is required to provide jurisdictional discovery** |
| Swanston v. TAP Pharmaceutical Products, Inc. et al. | 03-CV-11157-PB | Removed to D. Ariz. | • **Motion to Remand** pending<br>• Hearing on motion to remand held on October 9, 2003<br>• **Additional post-hearing briefing filed by the parties at the Court's request**<br>• Court granted request for jurisdictional discovery; **plaintiff's additional responses to jurisdictional discovery pending** |
| International Union of Operating Engineers, Local No. 68 Welfare Fund v. AstraZeneca PLC et al.[*] | n/a | Removed to D.N.J. | • Notice of Related Action filed with JPML on July 9, 2003<br>• CTO issued by JPML on September 9, 2003<br>• Fully briefed Motion to Vacate CTO pending before JPML<br>• Motion to Vacate set for hearing without argument by JPML on November 20, 2003 |

[*] Transfer to MDL 1456 in progress.