# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL 1456<br><br>Master File No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*Rice v. Abbott Laboratories, et al.,* N.D. Cal. Case No. C 02-3925 MJJ | |

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff John Rice voluntarily dismisses the above-captioned action without prejudice.

Respectfully submitted,

MOSCONE, EMBLIDGE & QUADRA LLP

DATED: November 24, 2003        By _____
                                    Robert D. Sanford

Attorneys for Plaintiff John Rice

1