# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | CIVIL ACTION: 01-CV-12257-PBS |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ALL ACTIONS ) | JUDGE PATTI B. SARIS |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2 of the United States District Court for the District of Massachusetts, notice is hereby given of the appearance of Darrell A.H. Miller., of the law firm of Vorys, Sater, Seymour and Pease LLP, 52 East Gay Street, P.O. Box 1008, Columbus, Ohio, 43216, (614) 464-6400, on behalf of Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Corporation, Ben Venue Laboratories, Inc., Bedford Laboratories, and Roxane Laboratories, Inc., in the above-captioned matter.

Respectfully submitted,

*/s/ Darrell A.H. Miller*

Darrell A.H. Miller
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216
(614) 464-6328
(614) 719-4695

FILING FEE PAID:
RECEIPT # 52024
AMOUNT $ 50.00
BY DPTY CLK _SK_
DATE 11-24-03

11/18/2003 - 9362269

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served via Verilaw on all enrolled counsel on __19th Nov 2003__.

_____
Darrell A.H. Miller

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ALL ACTIONS ) | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br><br> JUDGE PATTI B. SARIS |

### CERTIFICATE OF GOOD STANDING

Darrell A.H. Miller, an attorney with the firm Vorys, Sater, Seymour and Pease LLP, 52 East Gay Street, P.O. Box 1008, Columbus, Ohio, 43216, hereby certifies:

(1) I am a member of the Bar of the State of Ohio and the United States District Court for Southern District of Ohio.

(2) I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice.

(3) There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

(4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Under penalty of perjury this 18th day of November, 2003.

Respectfully submitted,

*/s/ Darrell A.H. Miller*

Darrell A.H. Miller
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216
(614) 464-6328
(614) 719-4695 fax

# Vorys, Sater, Seymour and Pease LLP

52 East Gay Street • Post Office Box 1008 • Columbus, Ohio 43216-1008 • Telephone (614) 464-6400 • Facsimile (614) 464-6350 • Cable VORYSATER

Darrell A. H. Miller
Direct Dial (614) 464-6328
Facsimile (614) 719-4695
E-Mail - dahmiller@vssp.com

November 18, 2003

Clerk of Courts
United States District Court for the
District of Massachusetts
United States Courthouse
1 Courthouse Way – Suite No. 2300
Boston, MA  02210

         Re:    In re Pharmaceutical Industry Average Wholesale Price Litigation
                   MDL 1456 (this document relates to all actions)

Dear Clerk of Courts:

      Pursuant to Judge Patti B. Saris's Case Management Order No. 1, section V, paragraph 16, enclosed herein for filing are the original and one copy of Certificate of Good Standing and Notice of Appearance, as well as the fifty dollar fee required for admission *pro hac vice*, in the above-referenced matter. Please date-stamp and return the copies in the enclosed, self-addressed postage-paid envelope. Thank you.

                                  Sincerely,

                                  Darrell A. H. Miller

DAHM/mc

Enclosures