CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December 2003, I caused a true and correct copy of Suffolk County's Sur-reply Memorandum In Opposition To The Defendant-Specific Reply Memoranda In Support of Motion To Dismiss to be served on GlaxoSmithKline, PLC by First Class U.S. Mail and upon defendants on the attached list by Federal Express First Overnight delivery.

                                                                      s/ Lloyd M. Donders
Lloyd M. Donders
Kirby McInerney & Squire, LLP
830 Third Avenue, 10 Floor
New York, NY 10022
(212) 371-6600

**Barr Laboratories, Inc.**
400 Chestnut Ridge Road
Woodcliff Lake, NJ 07677

**GENENTECH**
1 DNA Way
South San Francisco, CA
94080-4990

**GlaxoSmithKline PLC**
980 Great West Road
Brentford, Middlesex
United Kingdom TW89GS

**Glaxo Wellcome, P.L.C.**
5 Moore Drive
P.O. Box 13398
Research Triangle Park, NC
27709-3398

**Ivax Corporation/Ivax Pharmaceuticals, Inc.**
4400 Biscayne Blvd.
Miami, Florida 33137

**Janssen Pharmaceutica Products, LP**
1125 Trenton-Harbourton Road
Titusville, New Jersey 08560

**Counsel for Ortho Biotech**

Andrew D. Schau, Esq.
William F. Cavanaugh, Jr., Esq.
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, NY  10036

**Ortho McNeil Pharmaceutical, Inc.**
1000 US Hwy 202
Raritan, NJ 08869