CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December 2003, I caused a true and correct copy of Suffolk County's Sur-reply Memorandum Of Law In Further Opposition To Defendants' Consolidated Motion To Dismiss to be served on all counsel of record for defendants by electronic service via Verilaw's Electronic Service System pursuant to Case Management Order No. 2 entered by the honorable Patti B. Saris in MDL No. 1456.

s/ Lloyd M. Donders
Lloyd M. Donders
Kirby McInerney & Squire, LLP
830 Third Avenue, 10 Floor
New York, NY 10022
(212) 371-6600