UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2003 DEC -3 P 2:39

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

MDL No. 1456

CIVIL ACTION: 01-CV-12257-PBS

Judge Patti B. Saris

THIS DOCUMENT RELATES TO:

ALL ACTIONS

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

In connection with this Court's deliberation concerning the Motions to Dismiss the Amended Master Consolidated Complaint ("AMCC"), Plaintiffs submit for the Court's consideration a copy of the Memorandum and Order on Defendants' Motion to Dismiss Corrected Consolidated Amended Class Action Complaint and Second Amended Consolidated Complaint issued on November 25, 2003 by Judge Richard G. Stearns in *In Re: Lupron Marketing and Sales Practices Litigation*, MDL No. 1430, (C.A. No. 01-CV-10861-RGS) (D. Mass.). A complete and accurate copy of the aforementioned decision is attached hereto as Exhibit A.

The issues decided by Judge Stearns in the Lupron litigation include: resolution of RICO issues involving allegations of alleged wrongful inflation of average wholesale prices (pp. 11-20), arguments regarding lack of particularity in the context of a RICO claim alleging wrongful AWP inflation (pp. 20-24), RICO enterprise issues (pp. 24-29),

issues relating to RICO causation (pp. 30-31), issues involving detrimental reliance (pp. 31-32), issues involving adequacy to state conspiracy claims (pp. 32-33), issues involving adequacy to plead consumer protection claims (pp. 40-41), and issues relating to statutes of limitations (pp. 44-46).

Dated: December 3, 2003

By /s/

Thomas M. Sobol (BBO# 471770)
Edward Notargiacomo (BBO# 567636)
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA 02110
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Kevin P. Roddy
Hagens Berman LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Samuel Heins
Heins, Mills & Olson, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

Eugene A. Spector
Jeffrey L. Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
**CHAIRS OF LEAD COUNSEL COMMITTEE**

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Elizabeth Fegan Hartweg
Kenneth A. Wexler & Associates
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
**LEAD COUNSEL COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that I, Edward Notargiacomo, an attorney, caused true and correct copies of the foregoing Plaintiffs' Notice of Supplemental Authority to be served on all counsel of record electronically, pursuant to Section D of Case Management Order No. 2.

By: _____
Thomas M. Sobol, Esq.
HAGENS BERMAN LLP
225 Franklin Street, 26th floor
Boston, MA 02110
(617) 482-3700