UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2003 DEC -3 P 3: 05
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>CIVIL ACTION NO. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>*State of Montana v. Abbott Laboratories, Inc.*<br>D. Mont. Cause No. 02-09-H-DVM;<br>*State of Nevada v. American Home Products Corp.*, D. Nev. Cause No. 02-0202-ECR | Judge Patti B. Saris |

### JOINDER OF FUJISAWA HEALTHCARE, INC. AND FUJISAWA USA, INC. IN DEFENDANTS' JOINT MOTION TO DISMISS

Defendants Fujisawa Healthcare, Inc. ("FHI") and Fujisawa USA, Inc. ("FUSA") hereby join in the Motion to Dismiss the Amended Complaints in *State of Montana v. Abbott Laboratories, Inc.* and *State of Nevada v. American Home Products Corp.* filed by Defendants on September 15, 2003.

Neither FHI nor FUSA originally joined the Defendants' Motion to Dismiss because, although they were named in the caption, they had not been served with process. Service was perfected on October 14, 2003, and therefore FHI and FUSA respectfully join the Defendants' Motion to Dismiss the Amended Complaints in the above-captioned cases.

LITDOCS:527801.1

Respectfully Submitted,

BINGHAM MCCUTCHEN LLP

By: /s/ S. Elaine McChesney
S. Elaine McChesney
150 Federal Street
Boston MA  02110
(617) 951-8501
(617) 951-8736 (fax)

REED SMITH LLP

By: /s/ Kathleen H. McGuan
Kathleen H. McGuan
Andrew L. Hurst
1301 K Street NW
Suite 1100 – East Tower
Washington, DC 20005
(202) 414-9200
(202) 414-9299 (fax)

/s/ Michael T. Scott
Michael T. Scott
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301
(215) 851-8100
(215) 851-1420 (fax)

Attorneys for Defendants Fujisawa USA, Inc. and Fujisawa Healthcare, Inc.

Dated:  December 3, 2003

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Joinder of Fujisawa Healthcare, Inc. and Fujisawa USA, Inc. in Defendants' Motion to Dismiss was delivered to all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending, on December 3, 2003, a copy to Verilaw Technologies for posting and notification to all parties.

/s/ Andrew L. Hurst

_____
Andrew L. Hurst

LITDOCS:527801.1