# UNITED STATES DISTRICT COURT

District of __Massachusetts__

In Re Pharmaceutical Industry Average Wholesale Price Litigation

V.

(This document relates to)
State of Nevada v. American Home Products Corp., et al.,
C.A. No. CV-N-02-0202-ECR

FILED IN CLERK'S OFFICE

2003 DEC -4 A 11: 6

U.S. DISTRICT COURT
DISTRICT OF MASS.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

M.D.L No. 1456
C.A. No. 01-CV-12257-PBS

TO: (Name and address of Defendant)

Zeneca Inc.
1800 Concord Pike
Wilmington, DE 19850

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Sobol
Hagens Berman LLP
225 Franklin Street
26th Floor
Boston MA 02110

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _____AS_____   DATE __11-25-03__

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | November 26, 2003 |
| NAME OF SERVER (PRINT)<br>Jill Sartori | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left copies with Christina Bonney of CT Coporation System, registered agent of Zeneca, Inc., at 101 Federal Street, Boston, MA.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __November 26, 2003__
            Date                  Signature of Server

6 Beacon Street, Boston MA 02108
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.