DISTRICT OF MASSACHUSETTS

UNITED STATES DISTRICT COURT

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
|  | CIVIL ACTION NO. 01-CV-12257-PBS |
|  | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: |  |
| ALL CLASS ACTIONS |  |

### DECLARATION OF THOMAS M. SOBOL RELATING TO PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER REGARDING SUBPOENAS TO PUTATIVE CLASS MEMBERS

I, Thomas M. Sobol, depose and say as follows:

1. I am member of the bar of the Supreme Judicial Court of the Commonwealth of Massachusetts and a member of the United States District Court for the District of Massachusetts. I am a partner at the law firm of Hagens Berman LLP. I am Liaison Counsel and Co-Lead Counsel for the Plaintiffs in the above-captioned action. I submit this affidavit regarding Plaintiffs' Opposition to Defendants' Motions to Dismiss the Amended Master Consolidated Complaint.

2. Attached hereto as Exhibits A thru E are true copies of the following documents:

| Exhibit No. | Document Description |
|---|---|
| A. | List. Third Parties Subpoenaed by Defendants as of December 3, 2003. |
| B. | Notice of Non-Party Subpoenas for Production of Documents (including attachments). October 31, 2003. |
| C. | Letters. (1) Sean Matt, Hagens Berman to D. Scott Wise, Davis Polk & Wardwell, Re: Subpoena to Ernst & Young, November 7, 2003; (2) Sean |

|     | Matt, Hagens Berman to D. Scott Wise, Davis Polk & Wardwell, Re: Defendants' Subpoena to Various Third Parties, November 12, 2003. |
| --- | --- |
| D.  | Letter. D. Scott Wise, Davis Polk & Wardwell to Sean Matt, Hagens Berman, Re: Third Party Subpoenas, November 14, 2003. |
| E.  | Memorandum and Order. *In Re: Visa Check/MasterMoney Antirust Litigation*, 96-CV-5238 (E.D.N.Y.) |
| F.  | Defendants' First Request for Production of Documents to Plaintiff Funds. |

I say the forgoing under the pains and penalties of perjury on this 3rd day of December, 2003.

_____
Thomas M. Sobol

## CERTIFICATE OF SERVICE

I hereby certify that I, Thomas M. Sobol, an attorney, caused true and correct copies of the foregoing DECLARATION OF THOMAS M. SOBOL RELATING TO PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER REGARDING SUBPOENAS TO PUTATIVE CLASS MEMBERS, to be served on all counsel of record electronically, pursuant to Section D of Case Management Order No. 2., this 3rd day of December, 2003.

By: _____
Thomas M. Sobol, Esq.
HAGENS BERMAN LLP
225 Franklin Street, 26th floor
Boston, MA 02110
(617) 482-3700