UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC -4  P 12: 06

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 |
| ) | Civil No: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) ) ) | Judge Patti B. Saris |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1 of the United States District Court for the District of Massachusetts, I hereby certify that I have conferred with Steve W. Berman, Esq., one of the plaintiffs' counsel of record in this proceeding, to discuss issues raised in Amgen Inc.'s Motion for A Continued Limited Stay of Discovery Pending Ruling on Its Individual Motion to Dismiss the AMCC, but have been unable to resolve or narrow issues raised by that motion, despite good faith efforts.

Respectfully submitted,

_____
Joseph H. Young (admitted *pro hac vice*)
Steven F. Barley (admitted *pro hac vice*)
HOGAN & HARTSON, L.L.P.
111 S. Calvert St., Suite 1600
Baltimore, Maryland  21202
Telephone:  (410) 659-2700
Facsimile:  (410) 539-6981

Dated:  December 3, 2003

## CERTIFICATE OF SERVICE

I, Joseph H. Young, hereby certify that a true and accurate copy of the foregoing document was served upon all counsel of record via Verilaw on December 3, 2003.

_____
Joseph H. Young