UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS |
| ) ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) |  |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1 of the United States District Court for the District of Massachusetts, I, John D. Shakow, hereby certify that I have conferred with plaintiffs' counsel Steve W. Berman, regarding Hoffmann-La Roche's Motion for a Continued Stay of Discovery Pending Ruling on Its Individual Motion to Dismiss the AMCC, but we have been unable to resolve or narrow issues related to that motion, despite good faith efforts.

Respectfully submitted,

Dated: December 5, 2003

Kevin R. Sullivan (*admitted pro hac vice*)
Grace Rodriguez (*admitted pro hac vice*)
John D. Shakow (*admitted pro hac vice*)
KING & SPALDING LLP
1730 Pennsylvania Avenue, N.W.
Washington, D.C. 20016
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

>Colleen Hennessey
>PEABODY & ARNOLD, LLP
>50 Rowes Wharf
>Boston, MA 02110
>Telephone: (617) 951-2100
>Facsimile: (617) 951-2125
>
>Attorneys for Defendant Hoffmann-La Roche Inc.

## CERTIFICATE OF SERVICE

I, John D, Shakow, hereby certify that a true and correct copy of the foregoing Certificate of Compliance with Local Rule 7.1(a)(2) was served upon all counsel of record via Verilaw on December 5, 2003.

*John D. Shakow*