HAGENS BERMAN LLP
*Attorneys at Law*

BOSTON  LOS ANGELES  PHOENIX  SEATTLE
hagens-berman.com
225 FRANKLIN STREET, 26TH FLOOR • BOSTON, MA 02110
(617) 482-3700 • FAX (617) 482-3003

FILED
IN CLERKS OFFICE

2003 DEC -8 P 4: 40

U.S. DISTRICT COURT
DISTRICT OF MASS.

THOMAS M. SOBOL
(617) 482-3700
tom@hagens-berman.com

December 8, 2003

**VIA HAND DELIVERY**

Clerk's Office
United States District Court
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02210

Re: In Re: Pharmaceutical Industry Average Wholesale Price Litigation MDL No. 1456

Dear Sir/Madam:

Enclosed for filing in the above-captioned matter please find the following documents:

1. Notice of Depositions, Subpoenas and Proofs of Service for Covance Health Economics and Outcome Services, Inc., Covance Inc., Boston Consulting Group, and Whistler Associates, Inc.,

Please acknowledge this filing by date-stamping the enclosed copy of this letter and returning it to the waiting messenger.

Thank you.

Very truly yours,

Thomas M. Sobol

Enclosure
hcm