UNITED STATES DISTRICT COURT OFFICE
FOR THE DISTRICT OF MASSACHUSETTS

2003 DEC 10 P 4:42

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 ) ) C.A. No. 01-CV-12257-PBS ) ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) ) |

### ASSENTED-TO MOTION OF DEFENDANT
### AMGEN INC. FOR LEAVE TO FILE REPLY BRIEF

Pursuant to Local Rule 7.1(B)(3), Defendant Amgen Inc. ("Amgen") hereby requests leave to file a reply to Plaintiffs' Opposition to Amgen's pending Motion for a Continued Limited Stay of Discovery. In support of this motion, Amgen states as follows:

1. On December 1, 2003, Amgen filed a Motion for a Continued Limited Stay of Discovery Pending Ruling on its Individual Motion to Dismiss the AMCC. Plaintiffs filed a memorandum in opposition to this motion on December 4, 2003.

2. Amgen now seeks leave to file a Reply Brief in support of its Motion to Continue Discovery. Plaintiffs' opposition sets forth issues and arguments that were not addressed in Amgen's moving papers. Amgen's reply memorandum is intended to help narrow the issues and better inform the Court of the parties' respective positions.

3. Plaintiffs have assented to this motion.

\\\\BA - 58360/0066 - 166211 v1

WHEREFORE, Defendant Amgen Inc. respectfully moves that this Honorable Court grant it leave to file a reply brief to Plaintiffs' Opposition to Amgen's Motion for a Continued Limited Stay of Discovery.

>Respectfully submitted,
>DEFENDANT AMGEN, INC.,
>
>By its attorneys,
>
>_____
>Frank A. Libby, Jr.
>Kelly, Libby & Hoopes, P.C.
>175 Federal Street, 14th Floor
>Boston, Massachusetts 02110
>Telephone: (617) 338-9300
>Facsimile: (617) 338-9911
>
>Joseph H. Young
>Steven F. Barley
>Hogan & Hartson L.L.P.
>111 S. Calvert St., Suite 1600
>Baltimore, Maryland 21202
>Telephone: (410) 659-2700
>Facsimile: (410) 539-6981

December 10, 2003

## CERTIFICATE OF SERVICE

I, Frank A. Libby, Jr., counsel for Defendant Amgen, Inc., in the above-captioned matter, hereby certify that I have this date caused a true and accurate copy of the foregoing document to be served upon all counsel of record.

_____
Frank A. Libby, Jr.



**KELLY LIBBY & HOOPES**

FILED
CLERKS OFFICE

LISA M. ASIAF
Email: lasiaf@klhboston.com

2003 DEC 10 P 4: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

December 10, 2003

**BY HAND**

Maria Simeone
Docket Clerk, Judge Patti B. Saris
Clerk's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:   **Citizens for Consumer Justice, et al v. Abbott Laboratories, et al.,
Civil Action No. 01-cv-12257 PBS (D. Mass.); MDL No. 1456**

Dear Ms. Simeone:

    Enclosed for filing in the above-referenced matter on behalf of Defendant Amgen, Inc., please find:

(1) Assented-To Motion of Defendant Amgen Inc. for Leave to File Reply Brief; and

(2) Defendant Amgen, Inc.'s Reply Memorandum in Further Support of Its Motion for a Continued Limited Stay of Discovery.

    Please call us at (617) 338-9300 if you have any questions or concerns. Thank you very much for your time and assistance.

Sincerely,

Lisa M. Asiaf

LMA/
Enclosure
cc:   Counsel of record

KELLY, LIBBY & HOOPES, P.C.
175 Federal Street · Boston, Massachusetts 02110 · Telephone: 617-338-9300 · Facsimile: 617-338-9911
Web: www.klhboston.com · Email: mail@klhboston.com