UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>CIVIL ACTION: 01-CV-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

In connection with this Court's deliberation concerning the Motions to Dismiss the Amended Master Consolidated Complaint ("AMCC"), particularly as those motions concern Plaintiffs' allegations under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), Plaintiffs submit for the Court's consideration a copy a very recent decision by Judge Federico A. Morino in *In Re: Managed Care Litigation*, 2003 U.S. Dist. Lexis 22066 (S.D. Fla., December 8, 2003). A complete and accurate copy of the *Managed Care* decision is attached hereto as Exhibit A.

The issues decided by Judge Morino in the *Managed Care* litigation include: RICO enterprise issues (pp. 9-15); operation and management of the enterprise (pp. 18-19); specificity required under Fed. R. Civ. P. 9(b) (pp. 24-26); issues relating to RICO causation (pp.28-30); and issues related to RICO conspiracy (pp. 30-34).

Dated: December 12, 2003                    Respectfully submitted,

By /s/ Thomas M. Sobol
Thomas M. Sobol (BBO# 471770)
Edward Notargiacomo (BBO# 567636)
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA 02110
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Kevin P. Roddy
Hagens Berman LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Samuel Heins
Heins, Mills & Olson, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

Eugene A. Spector
Jeffrey L. Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

**CHAIRS OF LEAD COUNSEL COMMITTEE**

Marc H. Edelson
Hoffman & Edelson
45 West Court Street

Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Elizabeth Fegan Hartweg
Kenneth A. Wexler & Associates
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

**LEAD COUNSEL COMMITTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that I, Edward Notargiacomo, an attorney, caused true and correct copies of the foregoing Plaintiffs' Notice of Supplemental Authority to be served on all counsel of record electronically, pursuant to Section D of Case Management Order No. 2 on December 12, 2003.

By: /s/ Edward Notargiacomo
Edward Notargiacomo, Esq.
HAGENS BERMAN LLP
225 Franklin Street, 26th floor
Boston, MA 02110
(617) 482-3700

3