# EXHIBIT "B"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ) | MDL No. 1456 |
| IN RE PHARMACEUTICAL INDUSTRY ) | |
| AVERAGE WHOLESALE PRICE ) | DECLARATION OF THOMAS A. |
| LITIGATION ) | TEMMERMAN, SR. ASSISTANT |
| ) | ATTORNEY GENERAL, IN |
| ) | SUPPORT OF SUPPLEMENTAL |
| ) | BRIEF REGARDING THE ISSUE |
| THIS DOCUMENT RELATES TO: ) | OF FEDERAL PREEMPTION OF |
| State of California, *et al.* v. Abbott Laboratories, ) | REBATE CLAIMS |
| *et al.*) ) | |
| CASE NO. 1:03-cv-11226-PBS ) | |
| ) | (Matter to be taken under |
| ) | submission by the Court) |
| ) | |
| ) | Judge Patti B. Saris |
| ) | |
| ) | |

I, THOMAS A. TEMMERMAN, hereby declare and state as follows:

1.  I am a Senior Assistant Attorney General assigned to the Bureau of Medi-Cal

Fraud and Elder Abuse, Criminal Division, California Department of Justice, and have been with

the Bureau since 1987. Since 1998, I have had overall management and supervision for the

above-captioned *qui tam* matter on behalf of the California Attorney General. For the past 10

years, I have also actively worked with the U.S. Department of Justice (Main Justice) in Washington,

D.C., and numerous U.S. Attorney's offices throughout the nation in the joint federal-state

prosecution of fraud cases on behalf of California's Medicaid program ("Medi-Cal").

/ / /

/ / /

1

2. Over the past 10 years, it has been my general experience with federal prosecutors that they will not and, in their opinion, cannot represent the State Medicaid programs, including Medi-Cal, as litigants in fraud cases to recover financial losses or damages.

I have personal knowledge of the foregoing and am executing this Declaration on December 18, 2003 in San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

THOMAS A. TEMMERMAN
Sr. Assistant Attorney General

2