

ROPES & GRAY LLP

ONE INTERNATIONAL PLACE    BOSTON, MA 02110-2624    617-951 7000    F 617-951-7050
BOSTON     NEW YORK     SAN FRANCISCO     WASHINGTON, DC

December 12, 2003

John T. Montgomery
(617) 951-7565
jmontgomery@ropesgray.com

The Chambers of
The Honorable Patti B. Saris
United States District Court
for the District of Massachusetts
U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

Re:  In re: Pharmaceutical Industry Average Wholesale Price Litigation MDL No. 1456

Dear Judge Saris:

As requested in Case Management Order #9, defendants submit the following list of State Court
Cases, including the name of the judge and the contact information for each Court.


California:

* Jonathan Peralta, A Minor, by and through his guardian ad Litem, Filomena Ibarra v.
  Abbott Laboratories, Inc., Case No. BC 259587, Superior Court of the State of
  California, County of Los Angeles

  The Honorable Victoria Gerrard Chaney
  Superior Court of the State of California County of Los Angeles
  Courtroom 324, Central Civil West Courthouse
  600 South Commonwealth Avenue
  Los Angeles, California 90005
  (213) 351-8508

ROPES & GRAY LLP
The Chambers of
The Honorable Patti B. Saris                    - 2 -                    December 12, 2003

Connecticut:

- <u>State of Connecticut v. Dey, Inc., *et al.*</u>, Docket No. CV-03-0824416-S, Hartford
  Superior Court; <u>State of Connecticut v. Pharmacia Corp.</u>, Docket No. CV-03-0824413-S,
  Hartford Superior Court; <u>State of Connecticut v. GlaxoSmithKline, PLC, *et al.*</u>, Docket
  No. CV-03-0824414-S, Hartford Superior Court; and <u>State of Connecticut v. Aventis
  Pharmaceuticals, Inc.</u>, Docket No. CV-03-0824415-S), Hartford Superior Court

  The Honorable Samuel J. Sferrazza
  Connecticut Superior Court  – G.A. 19
  20 Park Street
  Rockville, Connecticut  06066
  Phone:  (860) 870-3268

Florida:

- <u>Florida *ex rel* Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim *et al.*</u>, Leon
  Circuit Court #98-3032-A, Leon County, Florida

  The Honorable L. Ralph Smith, Jr.
  Leon County Courthouse
  301 S. Monroe Street
  Tallahassee, Florida  32301
  (850) 577-4312

Kentucky:

- <u>Commonwealth ex rel. Chandler v. Abbott Laboratories, Inc.</u>, Action No. 03-CI-01134,
  <u>Commonwealth ex rel. Chandler v. Warrick Pharmaceuticals Corp, *et al.*</u>, Civil Action
  No. 03-CI-01135, Civil Franklin Circuit Court, Division Two

  The Honorable William L. Graham
  Franklin Circuit Court, Division Two
  Franklin County Courthouse
  214 St. Clair Street
  P.O. Box 678
  Frankfort, Kentucky  40602-0678
  Phone: (502) 564-8283

ROPES & GRAY LLP
The Chambers of
The Honorable Patti B. Saris                   - 3 -                    December 12, 2003

Minnesota:

- State of Minnesota v. Pharmacia Corp., Civil File No. MC 02-009660, District Court,
  Fourth Judicial District

  The Honorable Diana S. Eagon
  Hennepin County Government Center
  Chambers C1731
  300 South Sixth Street
  Minneapolis, Minnesota  55487
  Phone:  (612) 348-9151

- State of Minnesota v. Warrick Pharmaceuticals Corp., et al., Civil File No. MC 03-
  14691, District Court, Fourth Judicial District

  The Honorable Francis J. Connolly
  C-1912 Government Center
  300 South Sixth Street
  Minneapolis, Minnesota  55487
  Phone:  (612) 596-6835

Nevada:

- State of Nevada v. Abbott Laboratories, Inc., et al., Case No. CV 02-00260, Second
  Judicial District Court, State of Nevada, Washoe County

  The Honorable Steven R. Kosach
  Second Judicial District Court, Washoe County, Nevada
  75 Court Street, Reno, Nevada  89501
  Phone:  (775) 328-3110

New Jersey:

- Walker v. TAP Pharmaceutical Products Inc., et al., Cape May County, NJ, Case No.
  CPM L-682-01

  The Honorable Judge Joseph Visalli
  Superior Court of New Jersey -- Law Division
  9 North Main Street
  Cape May Court House, NJ 08210
  (609) 465-1000

9326184_2

ROPES & GRAY LLP
The Chambers of
The Honorable Patti B. Saris                        - 4 -                        December 12, 2003

New York:

- New York v. Glaxosmithkline, P.L.C., et al., Index No. 905-03, New York v. Aventis Pharmaceeuticals, Inc., Index No. 1150-03, New York v. Pharmacia Corp., Index No. 905-03, Supreme Court of New York

    The Honorable Louis C. Benza
    Supreme Court Chambers
    Room 201 Mezzanine
    Albany County Courthouse
    16 Eagle Street
    Albany, New York  12207

- National Asbestos Workers Med. Fund v. Bristol Myers Squibb Co., Index No. 101588/02, Supreme Court of New York (stayed in light of this prior pending MDL)

    The Honorable Rosalyn Richter
    Supreme Court of the State of New York
    60 Centre Street (Room #418)
    New York, New York  10007
    (212) 918-3532

North Carolina:

- Stetser, et al. v. TAP Pharmaceutical Products Inc., et al., Case No. 1 CVS 5268, North Carolina Superior Court, Hanover County

    Superior Court, New Hanover County, NC, Case No. 1 CVS 5268
    The Honorable Paul L. Jones
    Superior Court Division
    130 South Queen Street
    Kinston, North Carolina 28501-441
    (252) 527-2629

9326184_2

ROPES & GRAY LLP
The Chambers of
The Honorable Patti B. Saris                    - 5 -                         December 12, 2003

West Virginia:

- The State of West Virginia ex rel. Darrell V. McGraw, Jr., Attorney General v. Warrick
  Pharmaceuticals Corporation et al., Civil Action No . 01 C 3011, Circuit Court of
  Kanawha County, West Virginia

  The Honorable James C . Stucky
  Kanawha County Courthouse
  111 Court Street
  Charleston, West Virginia  25328
  (304) 357-0364

Very truly yours,

John T. Montgomery

cc:    All counsel of record (via Verilaw)

9326184_2