UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
---------------------------------- x

In Re: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

THIS DOCUMENT RELATES TO:

*ALL CLASS ACTIONS*

: MDL NO. 1456

: Master File No. 01-CV-12257-PBS

: Judge Patti B. Saris

---------------------------------- x

## JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

Counsel for plaintiffs and defendants respectfully move this Court for the entry of a proposed Scheduling Order (attached hereto as Exhibit A). Plaintiffs have moved this Court for a protective order regarding defendants' subpoenas to putative class members. Defendants intend to oppose the motion, but require additional time to fully brief the relevant issues. Plaintiffs also request the opportunity to file a reply. Accordingly, the parties jointly request that the Court enter the proposed Scheduling Order.

Respectfully Submitted,

PLAINTIFFS' LEAD COUNSEL

ON BEHALF OF ALL PLAINTIFFS

By: *Steve W. Berman / Lf*                    DATED: December 17, 2003
Thomas Sobol, Esq. (BBO # 471770)
Edward Notargiacomo (BBO #567636)
**HAGENS BERMAN, LLP**
225 Franklin Street, 26th Floor
Boston, MA  02110

Steve W. Berman, Esq.
Clyde A. Platt, Esq.
Sean R. Matt, Esq.
Kevin P. Roddy, Esq.
**HAGENS BERMAN, LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101

Samuel Heins, Esq.
Bryan L. Crawford, Esq.
Daniel E. Gustafson, Esq.
**HEINS, MILLS & OLSON, P.C.**
700 Northstar East
608 Second Avenue South
Minneapolis, MN  55402

Marc H. Edelson, Esq.
**HOFFMAN & EDELSON**
45 West Court Street
Doylestown, PA  18901

Kenneth A. Wexler, Esq.
Elizabeth Fegan Hartweg, Esq.
**KENNETH A. WEXLER AND ASSOCIATES**
One North LaSalle, Suite 2000
Chicago, IL  60602

Eugene Spector, Esq.
Jeffrey L. Kodroff, Esq.
John A. Macoretta
**SPECTOR, ROSEMAN & KODROFF, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA  19103

ON BEHALF OF DEFENDANTS

By: *Lucy Fowler*                       DATED: December 17, 2003

Nicholas C. Theodorou, Esq. (BBO# 496730)
Lucy Fowler, Esq. (BBO# 647929)
**FOLEY HOAG, LLP**
155 Seaport Boulevard
Boston, MA  02210

D. Scott Wise, Esq. (admitted *pro hac vice*)
Kimberley Harris, Esq. (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL**
450 Lexington Avenue
New York, NY  10017

Attorneys for Defendant AstraZeneca Pharmaceuticals LP

## CERTIFICATE OF SERVICE

I certify that on December 17, 2003, a true and correct copy of the foregoing Joint Motion for Entry of Scheduling Order was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

*Lucy Fowler*

Lucy Fowler