UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In Re: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

THIS DOCUMENT RELATES TO:
(All Actions)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MDL NO. 1456

Master File No. 01-CV-12257-PBS

Judge Patti B. Saris

## DEFENDANTS' NOTICE OF OPPOSITION TO PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER

Pursuant to Case Management Order No. 8, defendants hereby notify the Court of their opposition to plaintiffs' Motion for a Protective Order filed on December 3, 2003 (the "Motion"). Defendants further notify the Court of their intention to file a memorandum in opposition to plaintiffs' Motion on or before January 9, 2004, in accordance with the proposed briefing schedule set forth in the joint motion for a scheduling order filed by the parties today.

| Dated: Boston, Massachusetts December 17, 2003 | |
|---|---|
| | Respectfully submitted, <br><br> ON BEHALF OF DEFENDANTS <br><br> By: _Lucy Fowler_ <br> Nicholas C. Theodorou (BBO # 496730) <br> Lucy Fowler (BBO # 647929) <br> FOLEY HOAG LLP <br> 155 Seaport Blvd. <br> Boston, Massachusetts 02210 <br> Tel: (617) 832-1000 |

## CERTIFICATE OF SERVICE

I certify that on December 17, 2003, a true and correct copy of the foregoing Notice of Opposition was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

*Lucy Fowler*

Lucy Fowler