UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2003 DEC 19 P 3: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | CIVIL ACTION: 01-CV-12257-PBS |
| | Judge Patti B. Saris |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Undersigned counsel hereby certifies that he attempted to confer with Plaintiffs' counsel in an effort to narrow the issues raised in Defendants' Motion for Leave to File a Response to Plaintiff's December 5, 2003 Notice of Filing Modified Amended Master Consolidated Class Action Complaint. The parties were unable to resolve or narrow the issues raised in the aforementioned motion.

_/s/ Mark D. Smith_
Mark D. Smith

Dated: December 19, 2003