**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) | MDL NO. 1456 C.A. No. 01-CV-12257 (PBS) |
| *THIS DOCUMENT RELATES TO:* | ) ) | HON. PATTI B. SARIS |
| COUNTY OF SUFFOLK, | ) ) ) | |
| v. | ) ) | C.A. No. 03-CV-10643 (PBS) |
| ABBOTT LABORATORIES, INC., et al., | ) ) ) ) | |
| E.D.N.Y case No. CV-03-229 | | |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

In its sur-reply memorandum plaintiff referred, for the first time, to the legislative history of N.Y. Social Services Law §145-b, and quoted portions of that legislative history. (Suffolk County's Sur-Reply Memorandum of Law in Further Opposition to Defendants' Consolidated Motion to Dismiss at 9.)  For the Court's convenience, a copy of the entire Governor's Bill Jacket (which is somewhat difficult to find) is attached.  The portions that are quoted appear in the Budget Report on Bills.

Dated:  December 19, 2003

Respectfully submitted,

ON BEHALF OF ALL SERVED DEFENDANTS

By:  _Lucy Fowler_

Nicholas C. Theodorou (BBO #496730)
Lucy Fowler (BBO #647929)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1000

- and -

D. Scott Wise (admitted *pro hac vice*)
Kimberly Harris (admitted *pro hac vice*)
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY  10017
(212) 450-4000

## CERTIFICATE OF SERVICE

I certify that on December 19, 2003, a true and correct copy of the foregoing Notice of

Opposition was served on all counsel of record by electronic service pursuant to Paragraph 11 of

Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and

notification to all parties.

_Lucy Fowler_

Lucy Fowler