UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2003 DEC 19 A 8: 47
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 <br> ) Master File No. 01-12257-PBS <br> ) <br> ) (Matter to be submitted on <br> ) the pleadings) |
| THIS DOCUMENT RELATES TO: <br> State of California, et al v. Abbott Laboratories et al <br> CASE #: 1:03-cv-11226-PBS | ) <br> ) <br> ) Judge Patti B. Saris <br> ) |

### THE STATE OF CALIFORNIA'S APPLICATION TO FILE SUPPLEMENTAL BRIEF REGARDING THE ISSUE OF FEDERAL PREEMPTION OF REBATE CLAIMS

California's motion to dismiss its Medicaid rebate claims without prejudice, along with its Motion to Remand, were heard before this court on December 12, 2003. The Court heard California's motion at the same time as it heard the motions to dismiss filed by the defendants in the Montana and Nevada cases. Federal preemption over Medicaid rebate fraud claims was raised in the Montana and Nevada pleadings but not raised in the context of California's arguments. However, during the hearing, the Court inquired about the effect on California's rebate claims and its pending motion to dismiss if the court found that the rebate claims were preempted by federal law whereby only the federal government could prosecute the claims.

/ / /

/ / /

/ / /

/ / /

1

As California has not briefed this issue, it respectfully submits and request that the court accept and review these supplemental points and authorities on the issue of preemption over rebate fraud claims. See attached Exhibits A & B.

Dated: December 18, 2003.

Respectfully submitted,

BILL LOCKYER
Attorney General for the State of California

By: _____
TIMOTHY C. FOOTE
WILLIAM S. SCHNEIDER
Deputies Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
1455 Frazee Rd., Ste. 315
San Diego, CA 92108
Tel. (619) 688-6114/688-6099
Fax: (619) 688-4200

Attorneys for the Plaintiff, State of California

Dated: 12/18/03

LAW OFFICES OF JAMES J. BREEN

By: _____ FOR
JAMES J. BREEN
Attorneys for Relators
90 Canal Street
Boston, MA 02114-2018
Tel. (617) 742-5800 ext. 115
Fax: (617) 742-5858

2

## CERTIFICATE OF SERVICE

I hereby certify that I, William S. Schneider, Deputy Attorney General, Bureau of Medi-Cal Fraud and Elder Abuse, for the State of California, caused a true and correct copy of the foregoing:

1. The State of California's Application to File Supplemental Brief Regarding the Issue of Federal Preemption of Rebate Claims;
2. Exhibit A - The State of California's Supplemental Brief Regarding the Issue of Federal Preemption of Rebate Claims; and,
3. Exhibit B - Declaration of Thomas A. Temmerman, Sr. Assistant Attorney General, In Support of Supplemental Brief Regarding the Issue of Federal Preemption of Rebate Claims.

to be served electronically on counsel of record on the Master Service List, pursuant to Section E of the Case Management Order No. 2, this 18th day of December, 2003.

WILLIAM S. SCHNEIDER
Deputy Attorney General
Bureau of Medi-Cal Fraud and Elder Abuse
State of California