# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2003 DEC 29  P 4: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) ) |  |

## DEFENDANT HOFFMANN-LA ROCHE INC.'S
## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

Pursuant to Local Rule 7.1(B)(3), Defendant Hoffmann-La Roche Inc. ("Roche") hereby requests leave to file a reply to Plaintiffs' Opposition to Roche's pending Motion for a Continuing Limited Stay of Discovery. In support of this motion, Roche states as follows:

1. On December 5, 2003, Roche filed a Motion for a Continued Stay of Discovery Pending Ruling on its Individual Motion to Dismiss the AMCC. Plaintiffs filed a memorandum in opposition to this motion on December 19, 2003.

2. Roche now seeks leave to file a short reply memorandum. Plaintiffs' opposition sets forth issues and arguments that were not addressed in Roche's moving papers -- notably, that Rule 9(b)'s particularity requirement as to Roche is satisfied by "inference" from evidence of other defendants' alleged wrongdoing. Roche's reply memorandum is intended to help narrow the issues and better inform the Court of the parties' respective positions.

3. Plaintiffs have declined to assent to this motion.

WHEREFORE, Defendant Hoffmann-La Roche Inc. respectfully moves that this Court grant it leave to file a reply memorandum in response to Plaintiffs' Opposition to Roche's Motion for a Continued Stay of Discovery.

Dated: December 29, 2003

Respectfully submitted,

_____
Kevin R. Sullivan (*admitted pro hac vice*)
Grace Rodriguez (*admitted pro hac vice*)
John D. Shakow (*admitted pro hac vice*)
KING & SPALDING LLP
1730 Pennsylvania Avenue, N.W.
Washington, D.C. 20016
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

Colleen Hennessey
PEABODY & ARNOLD, LLP
50 Rowes Wharf
Boston, MA 02110
Telephone: (617) 951-2100
Facsimile: (617) 951-2125

Attorneys for Defendant Hoffmann-La Roche Inc.

## CERTIFICATE OF SERVICE

I, John D. Shakow, hereby certify that a true and correct copy of the foregoing Defendant Hoffmann-La Roche Inc.'s Motion for Leave to File a Reply Memorandum was served upon all counsel of record via Verilaw on December 29, 2003.

_____
John D. Shakow