UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC 24 P 12: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Judge Patti B. Saris |

## MOTION FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE, that pursuant to Paragraph 16 of Case Management Order No. 1, Johnson & Johnson, Centocor Inc., Ortho-Biotech Inc., Janssen Pharmaceutical Products, L.P., and McNeil-PPC (collectively, the "J&J defendants") respectfully move the Court for the admission *pro hac vice* of the following attorney to practice before this Court as one of the J&J defendant's attorneys in this action:

>   Erik Haas
>   PATTERSON BELKNAP WEBB & TYLER LLP
>   1133 Avenue of the Americas
>   New York, New York 10036
>   Tel: 212-336-2000
>   Fax: 212-336-2222
>   Email: ehaas@pbwt.com

As appears from the accompanying declaration, Erik Haas is a member in good standing of the bar of a district court of the United States. The appropriate filing fees are being submitted to the Clerk of the Court with this Notice and Motion.

FILING FEE PAID:
RECEIPT #_____
AMOUNT $_____
BY DPTY CLK_____
DATE 12/24/03

935400v1

J&J requests that this attorney be added to the Court's Master Service List.

Dated: December 23, 2003

                                            PATTERSON BELKNAP WEBB & TYLER LLP

By: _____
       Adeel A. Mangi
       1133 Avenue of the Americas
       New York, New York 10036
       Tel: 212-336-2000
       Fax: 212-336-2222

Attorneys for Johnson & Johnson, Centocor Inc.,
Ortho-Biotech Inc., Janssen Pharmaceutical
Products, L.P., and McNeil-PPC

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion for Admission Pro Hac Vice was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on December 23, 2003 a copy to Verilaw Technologies by electronic transmission for posting and notification to all parties.

_____
Adeel A. Mangi

935400v1