UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY  ) <br> AVERAGE WHOLESALE PRICE  ) <br> LITIGATION  ) <br>  ) <br> THIS DOCUMENT RELATES TO  ) <br> ALL ACTIONS  ) | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

PRO HAC VICE DECLARATION OF
ERIK HAAS

1.  I am a member of the firm Patterson Belknap Webb & Tyler LLP, counsel in this matter to defendants Johnson & Johnson, Centocor Inc., Ortho-Biotech Inc., Janssen Pharmaceutical Products, L.P., and McNeil-PPC. I submit this Affidavit in support of my admission *pro hac vice* to the bar of this Court pursuant to paragraph 16 of Case Management Order No. 1.

2.  I am an attorney duly licensed to practice law in the State of New York. I have also been admitted to practice before the United States Court of Appeals for the Eighth and Federal Circuits, and the United States District Courts for the Southern District of New York and the Eastern District of New York.

3.  I am a member of the bar in good standing in every jurisdiction in which I have been admitted.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of December, 2003.

_____
Erik Haas

935400v1