UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS



FILED
2003 DEC 30 P 4: 57
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
|  | CIVIL ACTION: 1:01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *State of California, et al. v. Abbott Laboratories, et al.*, CIVIL ACTION NO. 1:03-CV-11226-PBS |  |

## NOTICE OF INTENT TO FILE RESPONSE TO THE STATE OF CALIFORNIA'S SUPPLEMENTAL BRIEF REGARDING THE ISSUE OF FEDERAL PREEMPTION OF REBATE CLAIMS AND AGREED RESPONSE DATE

In accordance with Case Management Order No. 8, Defendant Abbott Laboratories, Inc. ("Abbott") hereby notifies the Court of its intent to file a response to the State of California's Supplemental Brief Regarding the Issue of Federal Preemption of Rebate Claims (the "Supplemental Preemption Brief"). Abbott has conferred with the State of California and the parties have agreed that Abbott will file a response to the Supplemental Preemption Brief on or before January 9, 2004 not to exceed ten (10) pages.

DATED:   December 30, 2003                    Respectfully Submitted,

                                              [signature]

NYI-2106655v1

James R. Daly
Toni-Ann Citera
JONES, DAY
77 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

R. Christopher Cook
Jesse A. Witten
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

***Counsel for Defendant Abbott Laboratories***

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2003, I, Toni-Ann Citera, an attorney, caused a true and correct copy of the foregoing **Notice Of Intent To File Response To The State Of California's Supplemental Brief Regarding The Issue Of Federal Preemption Of Rebate Claims And Agreed Response Date** to be served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by transmitting a copy to Verilaw Technologies for posting and notification to all parties.

By: _____
Toni-Ann Citera, Esq.
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939