UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
---------------------------------- x
:
In Re: PHARMACEUTICAL INDUSTRY :
AVERAGE WHOLESALE PRICE :
LITIGATION :
:
THIS DOCUMENT RELATES TO: : MDL NO. 1456
:
*ALL CLASS ACTIONS* : Master File No. 01-CV-12257-PBS
:
: Judge Patti B. Saris
:
:
:
:
:
:
:
---------------------------------- x

## SCHEDULING ORDER

IT IS HEREBY ORDERED as follows:

1. Defendants' Opposition to Plaintiffs' Motion for a Protective Order Regarding Subpoenas to Putative Class Members shall be filed and served no later than January 9, 2004

2. Plaintiffs shall be entitled to file a reply brief, which shall be filed and served 4 days after service of defendants' opposition or January 9, 2004, whichever is later.

Dated: December 2̲9̲, 2003

_____
Patti B. Saris
United States District Judge