UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) ) ) ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) ) JUDGE PATTI B. SARIS |
| ALL ACTIONS | ) |

## [PROPOSED] ORDER

Upon consideration of the Motion for Protective Order of Boehringer Ingelheim Corp., Ben Venue Laboratories, Inc., and Bedford Laboratories and Memorandum in Support, and for good cause showing, it is hereby ORDERED that Boehringer Ingelheim Corporation, Ben Venue Laboratories, and Bedford Laboratories is protected from any discovery on Viramune until such time as this Court dissolves said protective order.

Entered this _____ day of January, 2004.

                                                                               Judge Patti B. Saris
                                                                               U. S. DISTRICT COURT FOR THE
                                                                               DISTRICT OF MASSACHUSETTS