UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*County of Rockland v. Abbott Laboratories, et al.,* S.D.N.Y., 03-CV-7055 | MDL 1456<br><br>MASTER FILE NO. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

### NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Brien T. O'Connor and John R. Therien, of the law firm of Ropes & Gray LLP, One International Place, Boston, Massachusetts, 02110, (617) 951-7000, on behalf of the defendant Genzyme Corporation in the matter captioned above.

Respectfully submitted,

_____
Brien T. O'Connor (BBO#546767)
Ropes & Gray LLP
One International Place
Boston, MA 02110
(617) 951-7000

_____
John R. Therien (BBO# 651185)
Ropes & Gray LLP
One International Place
Boston, MA 02110
(617) 951-7000

Dated: January 12, 2004

9299606_2

- 2 -

## CERTIFICATE OF SERVICE

I, John R. Therien, certify that, on this 12th day of January, 2004, a copy of the foregoing document has been served on counsel of record by electronic means pursuant to the Court's Case Management Order dated July 23, 2002.

*/s/ John R. Therien*
John R. Therien

9299606_2

- 2 -