UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) |  MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## NOTICE OF CHANGE OF ADDRESS

TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, the address of Shook, Hardy & Bacon L.L.P. (Kansas City office only) will change as follows:

**Shook, Hardy & Bacon L.L.P.**
**2555 Grand Blvd.**
**Kansas City, MO 64108-2613**

The telephone and facsimile numbers will remain the same. Telephone: (816) 474-6550; Facsimile: (816) 421-5547.

DATED: January __, 2004.

_____
Michael L. Koon, Esq.
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613
(816) 474-6550

*Attorneys for Defendant Aventis Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

I certify that on January 9, 2004, a true and correct copy of the foregoing Notice of Change of Address was served on: (1) all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting a notification to all parties, (2) the Judicial Panel on Multidistrict Litigation via United States Mail; and (3) the United States District Court for the District of Massachusetts via United States Mail.

_____
Michael L. Koon