IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JAN 13  P 2: 53

|   |   |   |
|---|---|---|
| IN RE PHARMACEUTICAL | ) | |
| INDUSTRY AVERAGE | ) | MDL 1456 |
| WHOLESALE PRICE | ) | |
| LITIGATION | ) | MASTER FILE NO. 01-CV-12257-PBS |
|   | ) | |
| THIS DOCUMENT RELATES TO: | ) | Judge Patti B. Saris |
| ALL ACTIONS | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as counsel for the defendant Aventis Pharma.

Respectfully,

Jeanne E. Demers (BBO #561255)
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA 02109
(617) 261-3100

Dated: January 13, 2004

## CERTIFICATE OF SERVICE

I, Jeanne E. Demers, certify that, on this 13th day of January, 2004, a copy of the foregoing document has been served on counsel of record by electronic means pursuant to the Court's Case Management Order dated July 23, 2002.

Jeanne E. Demers

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

FILED
U.S. DISTRICT OFFICE

2004 JAN 13 P 2: 53

U.S. DISTRICT COURT
DISTRICT OF MASS

January 13, 2004

Jeanne E. Demers
617.951.9172
Fax: 617.261.3175
jdemers@kl.com

**Via Hand Delivery**

Clerk's Office, Civil
United States District Court
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Citizens for Consumer Justice, et al
v.   Abbott Laboratories, Inc., et al
     Civil Action No. 01-12257PBS

Dear Sir/Madam:

     Enclosed for filing regarding the above-entitled matter please find the following:

     Notice of Withdrawal of Appearance.

     Thank you for your assistance in this matter.

Very truly yours,

Jeanne Demers

JED/mas
Enclosure
cc:   Counsel of Record

BOS-653584 v1 5544510-0903

BOSTON ▪ DALLAS ▪ HARRISBURG ▪ LOS ANGELES ▪ MIAMI ▪ NEWARK ▪ NEW YORK ▪ PITTSBURGH ▪ SAN FRANCISCO ▪ WASHINGTON