UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) <br> ) MDL No. 1456 <br> ) <br> ) CIVIL ACTION: 01-CV-12257 PBS <br> ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) <br> ) Judge Patti B. Saris <br> ) |

### STATUS REPORT

The undersigned counsel for Plaintiffs and Defendants hereby submit the attached status report to the Court.

Respectfully Submitted,

PLAINTIFFS' LEAD COUNSEL
ON BEHALF OF ALL PLAINTIFFS

By_____
Thomas M. Sobol, Esq. (BBO# 471770)
Edward Notargiacomo, Esq. (BBO# 567636)
**HAGENS BERMAN LLP**
225 Franklin Street, 26th Floor
Boston, MA 02110
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

DATED: January 16, 2004

Steve W. Berman, Esq.
Sean R. Matt, Esq.
Kevin P. Roddy, Esq.
**HAGENS BERMAN LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Samuel Heins, Esq.
Bryan L. Crawford, Esq.
Daniel E. Gustafson, Esq.
**HEINS, MILLS & OLSON, P.C.**
3550 IDS Center
80 South Eighth Street

Minneapolis, MN 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

Marc H. Edelson, Esq.
**HOFFMAN & EDELSON**
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler, Esq.
Elizabeth Fegan Hartweg, Esq.
**THE WEXLER FIRM**
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Eugene A. Spector, Esq.
Jeffrey L. Kodroff, Esq.
John A. Macoretta, Esq.
**SPECTOR, ROSEMAN & KODROFF, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611


ON BEHALF OF DEFENDANTS

By _____ (EN)
Nicholas C. Theodorou, Esq. (BBO# 496730)
Lucy Fowler, Esq. (BBO# 647929)
**FOLEY HOAG, LLP**
155 Seaport Boulevard
Boston, MA 02210

DATED: January 16, 2004

D. Scott Wise, Esq. (admitted *pro hac vice*)
Kimberley Harris, Esq. (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL**
450 Lexington Avenue
New York, NY 10017
Attorneys for Defendant AstraZeneca Pharmaceuticals LP

## CERTIFICATE OF SERVICE

    I hereby certify that I, Edward Notargiacomo, an attorney, caused a true and correct copy of the foregoing Status Report to be served on all counsel of record electronically on January 16, 2004, pursuant to Section D of Case Management Order No. 2.

Edward Notargiacomo, Esq.
**HAGENS BERMAN LLP**
225 Franklin Street, 26th Floor
Boston, MA 02110
Telephone: (617) 482-3700

# MDL 1456 STATUS CHART – GOVERNMENT ENTITY CASES

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| Montana v. Abbott Labs., Inc. et al. | 02-CV-12084-PBS | Removed to D. Mont. | • **Motions to Dismiss** *sub judice*<br>　○ Hearing held on December 12, 2003<br>　○ On January 8, 2004, Court requested amicus curiae brief from Department of Health and Human Services relating to preemption of state law claims relating to the Medicaid rebate program<br>　○ HHS to inform the Court by January 23, 2004 if and when it intends to file an amicus brief<br>　○ **Massachusetts' Motion for Leave to File Memorandum as Amicus Curiae** in Opposition to the Defendants' Motions to Dismiss on the Grounds of Preemption granted on January 14, 2004 |
| Nevada v. American Home Products, Inc. et al ("Nevada II") | 02-CV-12086-PBS | Removed to D. Nev. | • **Motions to Dismiss** *sub judice*<br>　○ Hearing held on December 12, 2003<br>　○ On January 8, 2004, Court requested amicus curiae brief from Department of Health and Human Services relating to the Medicaid rebate program<br>　○ HHS to inform the Court by January 23, 2004 if and when it intends to file an amicus brief<br>　○ **Massachusetts' Motion for Leave to File Memorandum as Amicus Curiae** in Opposition to the Defendants' Motions to Dismiss on the Grounds of Preemption granted on January 14, 2004 |
| California *ex rel.* Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs., Inc. et al. | 03-CV-11226-PBS | Removed to C.D. Cal. | • **Renewed Motion to Remand** *sub judice*<br>　○ Hearing held on December 12, 2003<br>　○ Supplemental Brief Regarding the Issue of Federal Preemption of Rebate Claims filed by Plaintiff on December 18, 2003<br>　○ Response filed by Abbott on January 9, 2004<br>• Briefing on motion to dismiss postponed pending a ruling on renewed motion to remand |
| County of Suffolk v. Abbott Labs., Inc. et al. | 03-CV-10643-PBS | E.D.N.Y. | • **Motions to Dismiss** *sub judice*<br>　○ Hearing held on December 12, 2003<br>　○ On January 8, 2004, Court requested amicus curiae brief from Department of Health and Human Services relating to the Medicaid rebate program<br>　○ HHS to inform the Court by January 23, 2004 if and when it intends to file an amicus brief |
| County of Rockland v. Abbott Labs., Inc. et al. | 03-CV-12347-PBS | S.D.N.Y. | • Transferred to MDL 1456 in or around November 2003<br>• Stipulation in place extending defendants time to answer until 30 days after decision on motions to dismiss Suffolk County complaint |

(NY) 22448/076/CTPAPERS04/MASSACHUSETTS/mdl.status.chart.2.doc

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| County of Westchester v. Abbott Labs., Inc. et al.* | n/a | S.D.N.Y. | <ul><li>Notice of Related Action filed with JPML on September 5, 2003</li><li>CTO issued by JPML on October 10, 2003</li><li>Motion to Vacate CTO filed by Gilead as to the claims against Gilead only<ul><li>Scheduled on JPML docket for hearing without oral argument on January 29, 2004</li></ul></li><li>Stipulation in place extending defendants' time to answer until 30 days after decision on motions to dismiss Suffolk County complaint</li></ul> |
| Texas *ex rel.* Ven-A-Care of the Florida Keys, Inc. v. Roxane Laboratories, Inc. | n/a | Removed to W.D. Tex. | <ul><li>Transferred to MDL 1456 in or around December 2003</li></ul> |

---

* Transfer to MDL 1456 in progress.

## MDL 1456 STATUS CHART – PRIVATE CLASS CASES

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| In re Pharmaceutical Industry Average Wholesale Price Litigation | Master File 01-CV-12257-PBS | D. Mass. pursuant to JPML Order | • **Motions to Dismiss the Amended Master Consolidated Class Action Complaint ("AMCC")** *sub judice*<br>   ○ Hearing held on November 21, 2003<br>   ○ Modified AMCC filed December 5, 2003 in response to Court's direction at November 21, 2003 hearing<br>   ○ Defendants' Response filed on December 19, 2003 (with **Motion for Leave to File**)<br>   ○ Plaintiffs' Reply filed on January 9, 2004<br>• **Plaintiffs' Motion for Leave to Take Additional Limited Discovery** *sub judice*<br>• **Amgen's Motion to Stay Discovery** denied on December 11, 2003<br>• **Hoffman-LaRoche's Motion to Stay Discovery** *sub judice*<br>• **Boehringer's Motion for a Protective Order** from all discovery pending a ruling on Boehringer's Motion to Dismiss filed December 31, 2004; Plaintiffs' opposition filed January 14, 2004<br>• **Plaintiff's Motion for a Protective Order Regarding Subpoenas to Putative Class Members** filed December 3, 2003<br>   ○ Defendants' Notice of Opposition filed December 17, 2003;<br>   ○ Defendants' Opposition filed January 9, 2004 (pursuant to **Joint Motion For Entry of Scheduling Order**)<br>   ○ Plaintiffs' Reply due January 23, 2004 (pursuant to **Joint Motion For Entry of Scheduling Order**)<br>• Deadlines set by CMO 7 for defendants and drugs subject to CMO 7:<br>   ○ Class/Fact Discovery -- March 1, 2004<br>   ○ Plaintiffs' Expert Reports -- April 1, 2004<br>   ○ Defendants' Expert Reports -- May 1, 2004<br>   ○ Expert Depositions -- July 1, 2004<br>   ○ Class/Sum. Judgmt. Motions -- July 15, 2004<br>   ○ Class/Sum. Judgmt. Opp. -- July 30, 2004<br>   ○ Class/Sum. Judgmt. Replies -- August 16, 2004<br>   ○ Class/Sum. Judgmt. Surreply -- August 30, 2004 |
| Rice v. Abbott Labs., Inc. et al. | 03-CV-11285-PBS | Removed to N.D. Cal. | • **Plaintiff's Voluntary Motion to Dismiss without prejudice** granted on December 1, 2003 |
| Thompson v. Abbott Labs., Inc. et al. | 03-CV-11286-PBS | Removed to N.D. Cal. | • **Motion to Remand** denied on January 9, 2004<br>• **Motion to Dismiss** by Unnamed Defendants and Mylan Laboratories pending; Opposition due January 15, 2004 pursuant to Court's prior order |
| Turner v. Abbott Labs., Inc. et al. | 03-CV-10696-PBS | Removed to N.D. Cal. | • **Motion to Remand** denied on January 9, 2004<br>• **Motion to Dismiss** by Unnamed Defendants and Mylan Laboratories pending; Opposition due January 15, 2004 pursuant to Court's prior order |
| Congress of California Seniors v. Abbott Labs., Inc. et al. | 03-CV-10216-PBS | Removed to C.D. Cal. | • **Motion to Remand** denied on January 9, 2004 |
| Swanston v. TAP Pharmaceutical Products, | 03-CV-11157-PB | Removed to D. Ariz. | • **Plaintiff's Motion to Compel Access** to MDL Plaintiffs' Document Depository and/or to Compel |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| Inc. et al. | | | Production of Documents by Defendants and for Sanctions filed December 30, 2003; Plaintiffs' and Defendants' Oppositions filed January 13, 2004<br>• Motion to Remand granted on January 9, 2004 |
| **International Union of Operating Engineers, Local No. 68 Welfare Fund v. AstraZeneca PLC et al.** | n/a | Removed to D.N.J. | • Transferred to MDL 1456 by JPML on December 3, 2003<br>• **Motion to Remand** filed in District of New Jersey prior to transfer; briefed while pending in District of New Jersey |



**HAGENS BERMAN LLP**
*Attorneys at Law*

BOSTON   LOS ANGELES   PHOENIX   SEATTLE

hagens-berman.com
225 FRANKLIN STREET, 26TH FLOOR • BOSTON, MA 02110
(617) 482-3700 • FAX (617) 482-3003

EDWARD NOTARGIACOMO
(617) 482-3700
ed@hagens-berman.com

FILED
2004 JAN 16  A 10: 41
U.S. DISTRICT COURT
DISTRICT OF MASS

January 16, 2004

**<u>VIA HAND DELIVERY</u>**

Clerk's Office
United States District Court
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02210

    Re:    <u>In Re: Pharmaceutical Industry Average Wholesale Price Litigation</u>
              MDL No. 1456

Dear Sir/Madam:

    Enclosed for filing in the above-captioned matter please find the following document:

    1.    Status Report.

    Please acknowledge this filing by date-stamping the enclosed copy of this letter and returning it to the waiting messenger.

    Thank you.

Very truly yours,

Edward Notargiacomo

Enclosure
cc:    All counsel of record (Via VeriLaw)