SCANNED
DATE: 1-20-04
BY: CMG

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL No. 1456 ) Civil Action 01-CV-12257-PBS ) ) |
| THIS DOCUMENT RELATES TO: *Thompson v. Abbott Laboratories, Inc.*, No. 1:03-CV-11286-PBS, and *Turner v. Abbott Laboratories, Inc.* No. 1:03-CV-10696-PBS | ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Gary R. Greenberg, Louis J. Scerra, Jr., and Jonathan D. Cohen, of the law firm of Greenberg Traurig LLP, as counsel for the Defendant, Mylan Laboratories, Inc., in the above-captioned matter.

MYLAN LABORATORIES, INC.,

By its attorneys,

_____
Gary R. Greenberg (BBO #209420)
Louis J. Scerra, Jr. (BBO #543600)
Jonathan D. Cohen (BBO #600081)
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
617-310-6000
617-310-6001 (fax)

Dated: January 16, 2003

## CERTIFICATE OF SERVICE

I certify that on January 16, 2004, a true and correct copy of the foregoing Notice of Appearance was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

_____
Gary R. Greenberg