

ROPES & GRAY LLP
ONE INTERNATIONAL PLACE   BOSTON, MA 02110-2624   617-951 7000   F 617-951-7050
BOSTON   NEW YORK   SAN FRANCISCO   WASHINGTON, DC

January 22, 2004

John T. Montgomery
(617) 951-7565
jmontgomery@ropesgray.com

The Chambers of
The Honorable Patti B. Saris
United States District Court
for the District of Massachusetts
U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

Re: In re: Pharmaceutical Industry Average Wholesale Price Litigation MDL No. 1456

Dear Judge Saris:

As requested in Case Management Order #9, defendants supplement the list of State Court Cases submitted on December 12, 2003, including the name of the judge and the contact information for the Court.

- <u>Swanston v. TAP Pharmaceutical Products, Inc. et al.</u>, Civil Cause No. 2002-004988, Superior Court of the State of Arizona, County of Maricopa

  The Honorable Judge Rebecca A. Albrecht
  Maricopa County Superior Court
  101 W. Jefferson
  Phoenix, Arizona 85003-2243
  602-506-3727

We note that the Arizona court has set a scheduling conference for February 17, 2004.

Very truly yours,

John T. Montgomery
cc:   All counsel of record (via Verilaw)

9348110_1