UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 FEB -2  P 3: 42

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL NO. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) Judge Patti B. Saris ) |

### MOTION TO ALLOW WITHDRAWAL OF COUNSEL
### ASSENTED TO

Now comes, Robert A. Griffith, local counsel to Hyman, Phelps & McNamara, P.C. representing Watson Pharmaceuticals, Inc. in the above entitled matter and hereby moves this court to allow his withdrawal as local counsel. A Case Management Order was entered in this matter eliminating the need for local counsel. Douglas B. Farquhar of Hyman, Phelps & McNamara, P.C. will continue to represent Watson Pharmaceuticals, Inc.

Robert A. Griffith
66 Long Wharf, 4th floor
Boston, MA 02110
(617) 338-7277
(617) 523-7834 FAX

Assented to:

Douglas B. Farquhar (RAB)
Hyman, Phelps & McNamara, P.C.
700 13th Street, N.W., Suite 1200
Washington, D.C. 20005
(202) 737-9624
(fax) (202) 737-9329
Attorneys for Watson Pharmaceuticals, Inc.

1/23/2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 FEB -2 P 3: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION PBS | ) MDL NO. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) Judge Patti B. Saris ) |

## MOTION TO ALLOW WITHDRAWAL OF LOCAL COUNSEL
### ASSENTED TO

Now comes, Robert A. Griffith, local counsel to Hyman, Phelps & McNamara, P.C. representing Watson Pharmaceuticals, Inc. in the above-entitled matter and hereby moves this court to allow his withdrawal as local counsel. A Case Management Order was entered in this matter eliminating the need for local counsel. Douglas B. Farquhar of Hyman, Phelps & McNamara, P.C., will continue to represent Watson Pharmaceuticals, Inc.

Robert A. Griffith
66 Long Wharf, 4th floor
Boston, MA 02110
(617) 338-7277
(617) 523-7834 FAX

Assented to: *Doug B. F* [signature]

Douglas B. Farquhar
Hyman, Phelps & McNamara, P.C.
700 13th Street, N.W., Suite 1200
Washington, D.C. 20005
(202) 737-9624
(fax) (202) 737-9329
Attorneys for Watson Pharmaceuticals, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2003, I caused a true and correct copy of the foregoing Motion for Withdrawal of Appearance of Local Counsel to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2, by sending a copy of this document to Verilaw Technologies for posting and notification to all parties.

_____
Douglas B. Farquhar

**Robert A. Griffith**

Attorney at Law

FILED
IN CLERK'S OFFICE

2004 FEB -2  P 3: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

January 28, 2004

Clerk of Court
U. S. District Court for the
District of Massachusetts
U. S. Courthouse
One Courthouse Way
Boston, MA  02210

RE:   **In re Pharmaceutical Industry Average Wholesale Price Litigation**
      **MDL No. 1456; Civil Action No. 01-CV-12257**

Dear Sir or Madam:

Enclosed please find an Assented to Motion to Allow Withdrawal of Counsel which was served on all counsel of record by electronic service pursuant to Case Management Order No. 2. Please file the enclosed document in your usual manner. Should you have any questions, please do not hesitate to contact me.

Yours truly,

Robert A. Griffith

RAG/ksk

Enclosure

cc:   Douglas B. Farquhar, Esq. (w/encl.)

66 Long Wharf, 4th Floor
Boston, Massachusetts 02110-3206

617 338 7277  Fax 617 523 7834
E mail: rag@rgriffithlaw.com
www.rgriffithlaw.com