# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | ) Judge Patti B. Saris ) ) |

## AFFIDAVIT OF JOHN A. MACORETTA

I, John Macoretta, depose and say as follows:

1.  I am a member of the Bar of the Supreme Court of the Commonwealth of Pennsylvania and am admitted to this Court *Pro Hac Vice* in this litigation. I am an associate with the law firm of Spector roseman & Kodroff. My firm is co-lead counsel for the plaintiffs in this litigation. I submit this Affidavit in connection with the Plaintiffs' Motion to Compel Production of Documents from Defendant TAP Pharmaceutical Products.

2.  Attached hereto as Exhibits A through H are true copies of the following documents as referenced in Plaintiffs' Motion to Compel:

| EXHIBIT | DOCUMENTS |
|---|---|
| A | Plaintiffs' Document Requests to All Defendants; |
| B | Defendant TAP's Response to Plaintiffs' First Requests for Production of Documents; |
| C | Letter from John Macoretta to Tina Tabacchi dated August 5, 2003 |
| D | Letter from Kelly Glauberman to John Macoretta dated December 17, 2003 |
| E | Corporate Integrity Agreement |

| | |
|---|---|
| F | Letter from Donald Haviland dated April 10, 2003 |
| G | Excerpts from the transcript of the deposition of Donald Patton |
| H | Letter from Michael Locks to Daniel Reidy dated February 7, 2001 |

3. The foregoing representation is made under the pains and penalties of perjury on this 3rd day of February, 2004.

_____
John A. Macoretta