# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br><br> Master File No. 01-CV-12257-PBS <br><br> Judge Patti B. Saris |
| THIS DOCUMENTS RELATES TO ALL ACTIONS | |

## STIPULATION OF TOGETHER RX LLC AND PLAINTIFFS FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO INTERVENE

Defendant Together Rx LLC ("Together Rx"), and plaintiffs, including proposed intervenors Roberta S. Starks and Kimberly K. Hoover (collectively, "Plaintiffs") hereby jointly request that this Honorable Court grant an extension of time up to and including February 19, 2004 for the submission of oppositions to the Motion to Intervene in the In Re Pharmaceutical Industry Average Wholesale Price Litigation, MDL No. 1456. No previous motions for extension of time to respond to the Motion to Intervene have been submitted.

WHEREFORE, Together Rx and Plaintiffs respectfully request that the Court extend the time for the filing of oppositions to the Motion to Intervene up to and including February 19, 2004.

LITDOCS:536288.1

Respectfully submitted,

**As to Together Rx LLC,**

*/s/ Mary Murrane*
Joseph L. Kociubes, BBO # 276360
Charles L. Solomont, BBO #557190
Mary B. Murrane, BBO # 644448
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: February 5, 2004

**As to the Plaintiffs,**

*Edward Notargiacomo /MBM*
Thomas M. Sobol, BBO #471770
Edward Notargiacomo, BBO #567636
HAGENS BERMAN LLP
225 Franklin Street, 26th Floor
Boston, MA 02110
(617) 482-3700

### CERTIFICATE OF SERVICE

I certify that on February 5, 2004, a true and correct copy of the above document was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

*/s/ Mary B. Murrane*
Mary B. Murrane

2