UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | CIVIL ACTION NO. 01-12257-PBS MDL NO. 1456 |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | |

## ORDER

**SARIS, U.S.D.J.**                                                                        February 11, 2004

The Court orders that Electronic Case Filing is mandatory in this action as of February 23, 2004. For information as to how to enroll, check the Court's web site at http://www.mad.uscourts.gov/CaseInfo/CM_ECF.htm. Courtesy paper copies of all electronically filed dispositive motions and attachments shall be filed and plainly marked "courtesy".

                                                                                     /s/ Patti B. Saris
                                                                                     United States District Judge

Copies to: All Counsel