UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO | ) | Master File No.: 01-12257-PBS |
| 03-CV-10643-PBS | ) | Judge Patti B. Saris |
| 03-CV-12347-PBS | ) | |
| 04-CV-10322-PBS | ) | |
| | ) | |
| | ) | |

NOTICE OF APPEARANCE OF COUNSEL
FOR DEFENDANT ELI LILLY AND COMPANY

TO THE CLERK:

Please enter the appearance of undersigned counsel for defendant Eli Lilly and Company in the following three cases:

1. County of Suffolk v. Abbott Laboratories, et al., 03-CV-10643-PBS;

2. County of Rockland v. Abbott Laboratories, et al., 03-CV-12347-PBS;

3. County of Westchester v. Abbott Laboratories, et al., 04-CV-10322-PBS.

                                    Respectfully submitted,

                                    [signature on file with the Court]
Dated: February 23, 2004            William A. Davis
                                    Carolyn McElroy
                                    Mintz, Levin, Cohn, Ferris,
                                      Glovsky and Popeo, P.C.
                                    701 Pennsylvania Avenue, N.W.
                                    Washington, D.C. 2004
                                    (202) 434-7300

                                    Attorneys for Eli Lilly and Company

CERTIFICATE OF SERVICE

      I, William A. Davis, hereby certify that on this 23rd day of February, 2004, I caused a true and correct copy of the foregoing Notice of Appearance to be served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties, and by filing this document electronically with the Court.

                              [signature on file with the Court]
                              William A. Davis

WDC 345683v1