UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL Docket No. 1456<br>Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*Turner v. Abbott Laboratories, Inc., et al.*<br>N.D. Cal. Case No. C 02-5006 MJJ | The Hon. Patti B. Saris |

**NOTICE OF VOLUNTARY DISMISSAL**

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Ronald Turner voluntarily dismisses the above-captioned action without prejudice as to the following Defendants: Alpha Therapeutic Corporation; Chiron Corporation; Cetus Oncology; Faulding Pharmaceuticals Co.; Geneva Pharmaceuticals, Inc.; Ivax Pharmaceuticals; Mylan Laboratories, Inc.; Nabi Biopharmaceuticals, Inc.; Wyeth, formerly known as American Home Products, including defendants named as Elkins Sinn, Lederle Oncology, and Wyeth Ayerst Laboratories; and Zenith Goldline.

DATED: February 25, 2004

Respectfully Submitted,

                                          MURRAY & HOWARD, LLP
                                          436 14th Street, Suite 1413
                                          Oakland, CA 94612
                                          Telephone:  (510) 444-2660
                                          Facsimile:   (510) 444-2522

By: _____*Derek G. Howard*_____
              Derek G. Howard, Esq.

**ORIGINAL**