UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL 1456<br><br>Master File No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*Thompson v. Abbott Laboratories, et al.,*<br>N.D. Cal. Case No. C 02-4450 MJJ | |

**NOTICE OF VOLUNTARY DISMISSAL**

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Constance Thompson Rice voluntarily dismisses the above-captioned action without prejudice as to the following Defendants: Alpha Therapeutic Corporation; Chiron Corporation; Cetus Oncology; Faulding Pharmaceuticals Co.; Geneva Pharmaceuticals, Inc.; Ivax Pharmaceuticals; Mylan Laboratories, Inc.; Nabi Biopharmaceuticals, Inc.; Wyeth, formerly known as American Home Products, including defendants named as Elkins Sinn, Lederle Oncology, and Wyeth Ayerst Laboratories; and Zenith Goldline.

Respectfully submitted,

MOSCONE, EMBLIDGE & QUADRA LLP

DATED: February 24, 2004     By_____
                                  Robert D. Sanford

Attorneys for Plaintiff John Rice

1