UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br>Civil Action No. 01-CV-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ) ) | |
| State of Montana v. Abbott Labs., Inc., et al., 02-CV-12084-PBS ) ) ) | |
| State of Nevada v. American Home Products Corp., et al., 02-CV-12086-PBS ) ) ) | |
| County of Suffolk v. Abbott Laboratories, Inc., et al., 01-CV-12257-PBS ) ) ) | |

**THE UNITED STATES' *EX PARTE* MOTION FOR AN EXTENSION
OF TIME TO FILE ITS AMICUS CURIAE BRIEF**

The United States Department of Justice, on behalf of the Secretary of Health and Human Services (Secretary), moves for a ten (10) day extension, from March 8, 2004, to and including March 18, 2004, in which to file its *amicus curiae* brief in response to the Court's letter, dated January 8, 2004, inviting the Secretary to opine on certain issues arising in the above-captioned litigation.

The United States has worked diligently to prepare a response to the Court's questions. Given the complexity of the issue and the potential impact any ruling would have on the Medicaid Drug Rebate Program, however, the United States requires an additional ten days to complete its analysis and to finalize its response.

The United States requests leave to file this motion *ex parte* because its counsel does not have a service list. The United States is filing this motion electronically so that service can be

made electronically to those counsel who are registered with the court's ECF system. The United States requests that it be relieved of the requirement of LR 7.1(A)(2), for essentially the same reason.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By:         /s/
                George B. Henderson
                Assistant United States Attorney
                1 Courthouse Way
                John Joseph Moakley Courthouse
                Boston, Massachusetts  02210
                (617) 748-3272

                Andy J. Mao
                Attorney, Civil Division
                U.S. Department of Justice
                P.O. Box 261
                Ben Franklin Station
                Washington, D.C. 20044
                Telephone: (202) 616-0539
Date: March 4, 2004        Fax: (202) 514-7361

## CERTIFICATION

    The United States requests that it be excused from the requirement of LR 7.1(A)(2) for the reason stated above.

                          /s/
                      George B. Henderson, II