# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL Docket No. 1456<br>Master File No. 01-CV-12257-PBS<br>The Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*Turner v. Abbott Laboratories, Inc., et al.*<br>N.D. Cal. Case No. C 02-5006 MJJ | |

## APPROVAL OF VOLUNTARY DISMISSAL

The Court hereby approves the voluntarily dismisses the above-captioned action without prejudice as to the following Defendants: Alpha Therapeutic Corporation; Chiron Corporation; Cetus Oncology; Faulding Pharmaceuticals Co.; Geneva Pharmaceuticals, Inc.; Ivax Pharmaceuticals; Mylan Laboratories, Inc.; Nabi Biopharmaceuticals, Inc.; Wyeth, formerly known as American Home Products, including defendants named as Elkins Sinn, Lederle Oncology, and Wyeth Ayerst Laboratories; and Zenith Goldline pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: 3\4, 2004

_____
The Honorable Patti B. Saris
United States District Court Judge

1