UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
|   | Civil Action No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL

Please note the withdrawal of the individual appearance of the undersigned, David C. Potter, as counsel for Schering-Plough Corporation ("Schering") and Warrick Pharmaceuticals Corporation ("Warrick") in the above captioned matter. Ropes & Gray LLP will continue to represent Schering and Warrick, and the appearances of John T. Montgomery, Brien T. O'Connor, Crystal D. Talley, Kirsten V. Mayer, and John R. Therien of Ropes & Gray LLP have previously been entered in this case.

Respectfully Submitted,

David C. Potter (BBO# 644610)
US District Court
Middle District of Florida
2110 First Street
Fort Myers, FL 33901
239-461-2147

Dated: March 3, 2004

Potter withdrawal of appearance

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2004, I caused a true and correct copy of the Notice of Withdrawal to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/   John R. Therien
Bar Number 651185
Ropes and Gray LLP
1 International Place
Boston, MA 02110-2624
(617) 951-7966
jtherien@ropesgray.com