UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | MDL Docket No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| This Document Relates to All Actions | Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned hereby withdraws his appearance as counsel for defendants Gensia Sicor Pharmaceuticals, Inc. and Sicor Inc. in the above captioned matter. This notice is accompanied by the appearance of successor counsel, no trial date has been set, no hearings or conferences are scheduled, and no reports, oral or written, are due.

Respectfully submitted,

GENSIA SICOR PHARMACEUTICALS, INC.
AND SICOR INC.
By their attorneys,

Bruce E. Falby BBO #544143
PIPER RUDNICK LLP
One International Place
Boston, MA 02110
Phone: (617) 406-6000
Fax:    (617) 406-6100

Dated: February 11, 2004

~BOST1:294218.v1

Docket No. MDL 1456

## CERTIFICATE OF SERVICE

I, Katherina G. Papa, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop LLP in the City of San Francisco, California.

2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

3. On March 4, 2004, at 50 Fremont Street, San Francisco, California, I certify that I caused a true and correct copy of the NOTICE OF WITHDRAWAL OF APPEARANCE to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of March, 2004, at San Francisco, California.

_____
Katherina G. Papa