UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, ) ) ) ) ) ) | MDL Docket No. 1456<br><br>Civil Action No. 01-CV-12257-PBS |
| This Document Relates to All Actions ) ) ) | Judge Patti B. Saris |

### NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2 of the United States District Court for the District of Massachusetts, notice is hereby given of the appearance of the undersigned as counsel to defendants SICOR Inc. and Gensia Sicor Pharmaceuticals, Inc.

Respectfully submitted,

*/s/ James W. Matthews*
Robert J. Muldoon, Jr. (BBO # 359480)
rmuldoon@sherin.com
James W. Matthews (BBO # 560560)
jwmatthews@sherin.com
Pamela A. Zorn (BBO # 640800)
pazorn.@sherin.com
SHERIN AND LODGEN LLP
100 Summer Street
Boston, MA 02110
(617) 646-2000

Docket No. MDL 1456

<u>CERTIFICATE OF SERVICE</u>

I, Katherina G. Papa, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop LLP in the City of San Francisco, California.

2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

3. On March 4, 2004, at 50 Fremont Street, San Francisco, California, I certify that I caused a true and correct copy of the NOTICE OF APPEARANCE to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of March, 2004, at San Francisco, California.

_____
Katherina G. Papa