UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule of Civil Procedure 83.5.2(c), please withdraw the appearance of David J. Cerveny of Hale and Dorr LLP as counsel for the defendant, Novartis Pharmaceuticals Corporation ("Novartis") in this Action and all related actions.  In support of this motion, Novartis states that the substitute appearance of Benjamin M. Stern is being entered and that the existing appearances of Hale and Dorr LLP or the other attorneys who individually have entered appearances remain in effect and are not affected by this withdrawal.

          Respectfully submitted,

          /s/ David J. Cerveny
          David J. Cerveny (BBO #638307)
          Karen F. Green (BBO #646778)
          HALE AND DORR LLP
          60 State Street
          Boston, Massachusetts 02109
          (617) 526-6000
          david.cerveny@haledorr.com

March 5, 2004          Attorneys for Novartis Pharmaceuticals Corporation