UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Benjamin M. Stern of Hale and Dorr LLP on behalf of Novartis Pharmaceuticals Corporation ("Novartis") in the above-referenced matter.

    Respectfully submitted,

/s/ Benjamin M. Stern
Karen F. Green (BBO #209050)
Benjamin M. Stern (BBO #646778)
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
benjamin.stern@haledorr.com

Attorneys for Novartis Pharmaceuticals Corporation

March 5, 2004