UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Judge Patti B. Saris |

### CERTIFICATE IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

I, Jane W. Parver, hereby certify pursuant to Local Rule 83.5.3(b) that:

1. I am an attorney admitted to practice before the State Courts of New York, the United States District Court for the Eastern District of New York, and the United States District Court for the Southern District of New York;

2. I am a member of the bar in good standing in each of these jurisdictions, and that these are the only jurisdictions in which I have been admitted to practice;

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5. I represent the defendant Novartis Pharmaceuticals Corporation in this action.

Signed under the pains and penalties of perjury of the laws of the State of Massachusetts.

_____
Jane W. Parver, Esq.

30847838.WPD