UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | ) ) ) ) ) ) ) ) ) | MDL Docket No. 1456<br><br>Civil Action No. 01-CV-12257-PBS<br><br><br>Judge Patti B. Saris |
| This Document Relates to All Actions | | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2 of the United States District Court for the District of Massachusetts, notice is hereby given of the appearance of the undersigned as counsel to defendants SICOR Inc. and Gensia Sicor Pharmaceuticals, Inc.

Respectfully submitted,

　　/s/ James W. Matthews
James W. Matthews (BBO # 560560)
jwmatthews@sherin.com
SHERIN AND LODGEN LLP
100 Summer Street
Boston, MA 02110
(617) 646-2000

DATED:  March 8, 2004.