UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) )  MDL No. 1456 ) ) CIVIL ACTION: 01-CV-12257 PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) Judge Patti B. Saris ) |

## STATUS REPORT

The undersigned counsel for Plaintiffs and Defendants hereby submit the attached status report to the Court.

Respectfully Submitted,

PLAINTIFFS' LEAD COUNSEL
ON BEHALF OF ALL PLAINTIFFS

By _/s/ Thomas M. Sobol_ (EN)                       DATED:  March 5, 2004
Thomas M. Sobol, Esq. (BBO# 471770)
Edward Notargiacomo, Esq. (BBO# 567636)
**HAGENS BERMAN LLP**
225 Franklin Street, 26th Floor
Boston, MA 02110
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman, Esq.
Sean R. Matt, Esq.
Kevin P. Roddy, Esq.
**HAGENS BERMAN LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Samuel Heins, Esq.
Bryan L. Crawford, Esq.
Daniel E. Gustafson, Esq.
**HEINS, MILLS & OLSON, P.C.**
3550 IDS Center
80 South Eighth Street

Minneapolis, MN 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

Marc H. Edelson, Esq.
**HOFFMAN & EDELSON**
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler, Esq.
Elizabeth Fegan Hartweg, Esq.
**THE WEXLER FIRM**
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Eugene A. Spector, Esq.
Jeffrey L. Kodroff, Esq.
John A. Macoretta, Esq.
**SPECTOR, ROSEMAN & KODROFF, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611


ON BEHALF OF DEFENDANTS

By_____          DATED: March 5, 2004
Nicholas C. Theodorou, Esq. (BBO# 496730)
Lucy Fowler, Esq. (BBO# 647929)
**FOLEY HOAG, LLP**
155 Seaport Boulevard
Boston, MA 02210

D. Scott Wise, Esq. (admitted *pro hac vice*)
Kimberley Harris, Esq. (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL**
450 Lexington Avenue
New York, NY 10017
Attorneys for Defendant AstraZeneca Pharmaceuticals LP

## CERTIFICATE OF SERVICE

I hereby certify that I, Edward Notargiacomo, an attorney, caused a true and correct copy of the foregoing Status Report to be served on all counsel of record electronically on March 5, 2004, pursuant to Section D of Case Management Order No. 2.

*/s/ Thomas M. Sobol (EN)*

Edward Notargiacomo, Esq.
**HAGENS BERMAN LLP**
225 Franklin Street, 26th Floor
Boston, MA 02110
Telephone: (617) 482-3700

# MDL 1456 STATUS CHART – GOVERNMENT ENTITY CASES

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| Montana v. Abbott Labs., Inc. et al. | 02-CV-12084-PBS | Removed to D. Mont. | • **Motions to Dismiss** *sub judice*<br>  ○ Hearing held on December 12, 2003<br>  ○ **Ex Parte Motion by the United States for An Extension of Time to File its Amicus Brief until March 18, 2004** filed on March 4, 2004<br>  ○ Massachusetts' Amicus Curiae Brief in Opposition to the Defendants' Motions to Dismiss on the Grounds of Preemption filed as of January 14, 2004 (pursuant to Order granting leave to file on January 14, 2004) |
| Nevada v. American Home Products, Inc. et al ("Nevada II") | 02-CV-12086-PBS | Removed to D. Nev. | • **Motions to Dismiss** *sub judice*<br>  ○ Hearing held on December 12, 2003<br>  ○ **Ex Parte Motion by the United States for An Extension of Time to File its Amicus Brief until March 18, 2004** filed on March 4, 2004<br>  ○ Massachusetts' Amicus Curiae Brief in Opposition to the Defendants' Motions to Dismiss on the Grounds of Preemption filed as of January 14, 2004 (pursuant to Order granting leave to file on January 14, 2004) |
| California *ex rel.* Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs., Inc. et al. | 03-CV-11226-PBS | Removed to C.D. Cal. | • **Renewed Motion to Remand** *sub judice*<br>  ○ Hearing held on December 12, 2003<br>  ○ Supplemental Brief Regarding the Issue of Federal Preemption of Rebate Claims filed by Plaintiff on December 18, 2003<br>  ○ Response filed by Abbott on January 9, 2004<br>• Briefing on motion to dismiss postponed pending a ruling on renewed motion to remand |
| County of Suffolk v. Abbott Labs., Inc. et al. | 03-CV-10643-PBS | E.D.N.Y. | • **Motions to Dismiss** *sub judice*<br>  ○ Hearing held on December 12, 2003<br>  ○ **Ex Parte Motion by the United States for An Extension of Time to File its Amicus Brief until March 18, 2004** filed on March 4, 2004 |
| County of Rockland v. Abbott Labs., Inc. et al. | 03-CV-12347-PBS | S.D.N.Y. | • Transferred to MDL 1456 in or around November 2003<br>• Stipulation in place extending defendants time to answer until 30 days after decision on motions to dismiss Suffolk County complaint |
| County of Westchester v. Abbott Labs., Inc. et al.[*] | n/a | S.D.N.Y. | • Transferred to MDL by JPML on February 13, 2004<br>• Stipulation in place extending defendants' time to answer until 30 days after decision on motions to dismiss Suffolk County complaint |
| Texas *ex rel.* Ven-A-Care of the Florida Keys, Inc. v. Roxane Laboratories, Inc. | n/a | Removed to W.D. Tex. | • Transferred to MDL 1456 in or around December 2003 |

---

[*] Transfer to MDL 1456 in progress.

## MDL 1456 STATUS CHART – PRIVATE CLASS CASES

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| Master Consolidated Class Action | Master File 01-CV-12257-PBS | D. Mass. pursuant to JPML Order | • **Motions to Dismiss** the Amended Master Consolidated Class Action Complaint ("AMCC") allowed in part, and denied in part on February 24, 2004<br>• **Motion to Intervene** filed by Together Card Rx participants on January 22, 2004<br>  o Together RX Defendants' Opposition filed February 19, 2004 (following February 8, 2004 Order granting extension of time to file)<br>• **Plaintiff's Motion for a Protective Order Regarding Subpoenas to Putative Class Members** filed December 3, 2003<br>  o Defendants' Notice of Opposition filed December 17, 2003;<br>  o Defendants' Opposition filed January 9, 2004<br>  o Plaintiffs' Reply filed January 23, 2004<br>• Deadlines set by CMO 7 for defendants and drugs subject to CMO 7:<br>  o Class/Fact Discovery -- March 1, 2004<br>  o Plaintiffs' Expert Reports -- April 1, 2004<br>  o Defendants' Expert Reports -- May 1, 2004<br>  o Expert Depositions -- July 1, 2004<br>  o Class/Sum. Judgmt. Motions -- July 15, 2004<br>  o Class/Sum. Judgmt. Opp. -- July 30, 2004<br>  o Class/Sum. Judgmt. Replies -- August 16, 2004<br>  o Class/Sum. Judgmt. Surreply -- August 30, 2004<br>• Status Conference set for March 8, 2004 |
| Thompson v. Abbott Labs., Inc. et al. | 03-CV-11286-PBS | Removed to N.D. Cal. | • Motion to Remand denied on January 9, 2004<br>• Notice of Voluntary Dismissal of Defendants not named in the AMCC filed February 23, 2004 |
| Turner v. Abbott Labs., Inc. et al. | 03-CV-10696-PBS | Removed to N.D. Cal. | • Motion to Remand denied on January 9, 2004<br>• Notice of Voluntary Dismissal of Defendants not named in the AMCC filed February 25, 2004 |
| Congress of California Seniors v. Abbott Labs., Inc. et al. | 03-CV-10216-PBS | Removed to C.D. Cal. | • Motion to Remand denied on January 9, 2004 |
| International Union of Operating Engineers, Local No. 68 Welfare Fund v. AstraZeneca PLC et al. | n/a | Removed to D.N.J. | • Transferred to MDL 1456 by JPML on December 3, 2003<br>• **Motion to Remand** filed in District of New Jersey prior to transfer; briefed while pending in District of New Jersey |

HAGENS BERMAN LLP
*Attorneys at Law*

BOSTON   LOS ANGELES   PHOENIX   SEATTLE

**hagens-berman.com**
225 FRANKLIN STREET, 26TH FLOOR • BOSTON, MA 02110
(617) 482-3700 • FAX (617) 482-3003

EDWARD NOTARGIACOMO
(617) 482-3700
ed@hagens-berman.com

March 05, 2004

**<u>VIA HAND DELIVERY</u>**

Clerk's Office
United States District Court
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA  02210

    Re:  <u>In Re: Pharmaceutical Industry Average Wholesale Price Litigation MDL No. 1456</u>

Dear Sir/Madam:

    Enclosed for filing in the above-captioned matter please find the following document:

    1.    Status Report.

    Please acknowledge this filing by date-stamping the enclosed copy of this letter and returning it to the waiting messenger.

    Thank you.

    Sincerely,

    Edward Notargiacomo

Enclosure
cc:    All counsel of record (Via VeriLaw)