IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ALL ACTIONS ) ) | MDL 1456<br><br>MASTER FILE NO. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the defendant Aventis Behring.

Respectfully,
AVENTIS BEHRING,
By its Attorney,

_____
Michael DeMarco  (BBO #119960)
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA 02109
(617) 261-3100

Dated:  March 9, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served, this 9th day of March 2004, to all counsel of record by electronic service pursuant to Case Management Order No. 2, by sending a copy of this document to Verilaw Technologies for posting and notification to all parties.

_____
Michael DeMarco

BOS-664184 v1 5544510-0903