2

## APPROVAL OF VOLUNTARY DISMISSAL

The Court hereby approves the voluntary dismissal of the above-captioned action by plaintiff Constance Thompson as to the defendants named above, pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: __3\4__, 2004

_____
The Honorable Patti B. Saris,
United States District Court Judge