IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION )<br>)<br>)<br>)<br>) | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTION )<br>)<br>)<br>) | Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Notice is hereby given of the withdrawal of appearance of Mark J. MacDougall, Matthew A. Rossi, Lisa Phelan, Tom Hamilton and Akin, Gump, Strauss, Hauer & Feld, LLP as counsel for Baxter Pharmaceutical Products, Inc. ("Baxter") in the above-captioned matter.[1] Baxter International, Inc. continues to be represented by Dickstein, Shapiro, Morin & Oshinsky, LLP in this matter.

Respectfully submitted,

Mark J. MacDougall (BBO No. 635119)
Akin, Gump, Strauss, Hauer & Feld, L.L.P.
1333 New Hampshire Ave
Washington, D.C. 20036
(202) 887-4000

Dated: March 16, 2004

---

[1] Accordingly, Mark J. MacDougall, Matthew A. Rossi, Lisa Phelan, Tom Hamilton and Akin, Gump, Strauss, Hauer & Feld, LLP should not be listed as counsel for Baxter, Baxter Healthcare Corp. or Baxter International, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that I, an attorney, caused a true and correct copy of the foregoing Notice of Withdrawal of Appearance to be sent to the individuals on the attached Service List, via first class mail on March 16, 2004.

_____
Mark J. MacDougall