BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PHARMACEUTICAL INDUSTRY AVERAGE
WHOLESALE PRICE LITIGATION

MDL Docket No. 1456

THIS DOCUMENT RELATES TO:

INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL NO. 68 WELFARE FUND,

                    Plaintiff

v.

ASTRAZENECA PHARMACEUTICALS, L.P., et al.,

                    Defendants

## NOTICE OF CHANGE OF ADDRESS

TO:     THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

        PLEASE TAKE NOTICE that, effective immediately, the address of Nixon Peabody LLP (Boston office

only) will change as follows:

                    Nixon Peabody LLP
                    100 Summer Street
                    Boston, MA  02110

The telephone and facsimile numbers will remain the same - telephone (617) 345-1000; facsimile (617) 345-1300.

DATE:  March 19, 2004                    NIXON PEABODY LLP

                                         /S/ David M. Ryan
                                         _____
                                         Dennis M. Duggan, Jr., P.C.
                                         Melissa Bayer Tearney
                                         David M. Ryan
                                         100 Summer Street
                                         Boston, Massachusetts  02110
                                         Telephone:  (617) 345-1000
                                         Facsimile:  (617) 345-1300

BOS1362737.1

Attorneys for Defendant Alpha Therapeutic Corporation

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of:
NOTICE OF CHANGE OF ADDRESS

was served on this date via electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456, dated July 23, 2002.


DATE:   March 19, 2004

/S/ David M. Ryan
_____

David M. Ryan


BOS1362737.1