```
 1                   UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
 2                          MDL NO. 1456
                         CA NO. 01-12257-PBS
 3

 4

 5              _____

 6                             IN RE:
                        AVERAGE WHOLESALE PRICE
 7                    PHARMACEUTICAL LITIGATION

 8              _____

 9

10      BEFORE:  The Honorable Patti B. Saris

11

12                         STATUS CONFERENCE

13

14

15          John Joseph Moakley United States Courthouse
                         Courtroom No. 13
16                      One Courthouse Way
                         Boston, MA 02210
17                    Monday, March 8, 2004
                            3:07 P.M.
18

19

                           Cheryl Dahlstrom
20                      Official Court Reporter
                     United States District Court
21                   595 Main Street, Room 514
                      Worcester, MA 01608-2076
22          Mechanical Steno - Transcript by Computer

23

24

25
```

```
 1     APPEARANCES:

 2           HAGENS BERMAN, LLP
             By: Thomas M. Sobol, Esq.
 3           225 Franklin Street, 26th Floor
             Boston, Massachusetts 02110
 4           - and -
             HAGENS BERMAN, LLP
 5           By: Steve W. Berman, Esq.
             1301 Fifth Avenue, Suite 2900
 6           Seattle, Washington 98101
             On Behalf of the Plaintiff Board of Trustees of the
 7           Carpenters & Millwrights of Houston; Shirley Geller.

 8           SPECTOR, ROSEMAN & KODROFF, PC
             By: Jeffrey Kodroff, Esq.
 9           1818 Market Street, Suite 2500
             Philadelphia, Pennsylvania 19103
10           On Behalf of the Plaintiff Teamsters Health & Welfare
             Fund of Philadelphia & Vicinity.
11
             HEINS, MILLS & OLSON, PLC
12           By: Samuel D. Heins, Esq.
             700 Northstar East
13           608 Second Avenue South
             Minneapolis, Minnesota 55402
14           On Behalf of the Plaintiff Twin Cities Bakery Workers
             Health & Welfare Fund.
15
             DAVIS, POLK & WARDWELL
16           By: D. Scott Wise, Esq., and
                 Kimberley D. Harris, Esq.
17           450 Lexington Avenue
             New York, New York 10017
18           On Behalf of AstraZeneca Pharmaceuticals.

19           SHOOK, HARDY & BACON, LLP
             By: Michael L. Koon, Esq.
20           1200 Main Street
             Kansas City, Missouri 64105-2118
21           On Behalf of the Defendant Aventis Pharmaceuticals.

22           ROPES & GRAY
             By: John T. Montgomery, Esq.
23           One International Place
             Boston, Massachusetts 02110
24           On behalf of the Defendants Schering-Plough Corporation
             and Warrick Pharmaceuticals.
25
```

```
 1     APPEARANCES:  (Cont'd)

 2          PATTERSON, BELKNAP, WEBB & TYLER, LLP
            By: Erik Haas, Esq.
 3          1133 Avenue of the Americas
            New York, New York 10036-6710
 4          On Behalf of the Defendants Allergan, Inc., and
            Johnson & Johnson.
 5
            BINGHAM McCUTCHEN LLP
 6          By: Joseph L. Kociubes, Esq.
            150 Federal Street
 7          Boston, Massachusetts 02110
            On behalf of the Defendants Together Rx.
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1   say it's seven, eight, nine months down the road before we get
2   to resolution points, which is probably realistic.
3           Then these other companies have basically sat around
4   for two or three years waiting.  We get to resolution points,
5   and then we're going to be in a situation, most likely with
6   respect to those companies, where they're going to say, hey,
7   you haven't seen my stuff.  I'm not like those other
8   companies.  Then we start all over.
9           THE COURT:  That may be, but the truth is --
10          MR. BERMAN:  There were two, three years.
11          THE COURT:  You're more experienced than I am.  I
12  have never had a case of this magnitude.  I would imagine it's
13  one of the largest cases most people in this room have dealt
14  with.  We've got to come up with a way of having a trial
15  balloon.
16          I don't think a few drugs here -- taking every
17  company across the board is going to do that because, for one
18  thing, it won't work for class certification.  I won't be able
19  to decide the juridical linkage issue.  I think there's good
20  case law for you for it.  I've got to decide whether they're
21  typical.  I won't be able to certify a class involving every
22  drug in a company.  It will postpone almost indefinitely the
23  class certification issue.
24          MR. BERMAN:  We're asking you in our proposal to
25  certify just a few drugs for each company.  I don't think it's

1    might be a better way to go.
2            MR. SOBOL:  In this situation, we have to all be
3    flexible.  I just want you to be mindful --
4            THE COURT:  It would be better --
5            MR. SOBOL:  -- the population of people who have been
6    affected by the high price of drugs that relates to AWP is an
7    issue that has been looked at time and time again.
8            THE COURT:  Has anyone done multiple defendant
9    classes?
10           MR. SOBOL:  No.  This is the only multiple defendant.
11           THE COURT:  I am thinking of going defendant by
12   defendant mostly because I'm finding how complex this is.  My
13   guess is each defendant does it a little differently.  You
14   need to think about it that way, both in terms of relief and
15   in terms of manageability and typicality and all that kind of
16   thing.
17           You can persuade me contrary, I suppose, but my
18   initial instinct is I'm going to have to do it that way.
19   That's why I was thinking in terms of resolving some
20   companies.
21           How many would you think would make sense if we did,
22   you know, some companies sort of on a fast track and the
23   others -- you know, we have so many lawyers involved.  I can't
24   believe we can't do the others on a slower track.
25           MR. BERMAN:  We've been talking while --

55

```
 1                    C E R T I F I C A T E

 2

 3

 4              I, Cheryl Dahlstrom, Official Reporter of the United

 5    States District Court, do hereby certify that the foregoing

 6    transcript, from Page 1 to Page 54, constitutes, to the best

 7    of my skill and ability, a true and accurate transcription of

 8    my stenotype notes taken in the matter of In Re Average

 9    Wholesale Price Pharmaceutical Litigation.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```