FOR THE DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :
                                                  :
IN RE PHARMACEUTICAL INDUSTRY                     :
AVERAGE WHOLESALE PRICE                           :   MDL NO. 1456
LITIGATION                                        :
                                                  :
                                                  :   CIVIL ACTION: 01-CV-12257-PBS
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   Judge Patti B. Saris
                                                  :
THIS DOCUMENT RELATES TO ALL                      :
ACTIONS                                           :
                                                  :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts (the "Local Rules"), Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") hereby moves this Court to grant Florence A. Crisp, Kristi T. Prinzo, and James J. Duffy leave to appear and practice in this Court pro hac vice. As grounds for this motion, AstraZeneca states as follows:

1.  Ms. Crisp, Ms. Prinzo, and Mr. Duffy are attorneys with the law firm of Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017.

2.  Ms. Crisp, Ms. Prinzo, and Mr. Duffy are not members of the Massachusetts Bar or the Bar of the United States District Court for the District of Massachusetts.

3.  Ms. Crisp, Ms. Prinzo, and Mr. Duffy have met the requirements to practice before the United States District for the District of Massachusetts, as set forth in Local Rule 83.5.3. See Certificate of Ms. Crisp, attached hereto as Exhibit A; Certificate

of Ms. Prinzo, attached hereto as Exhibit B, and Certificate of Mr. Duffy, attached hereto as Exhibit C.

WHEREFORE, AstraZeneca respectfully requests that this Court grant this motion for Leave to Admit Florence A. Crisp, Kristi T. Prinzo, and James J. Duffy, pro hac vice.

Dated:   March 29, 2004

Respectfully submitted,

By:  /s/ Lucy Fowler
Nicholas C. Theordorou (BBO #495730)
Lucy Fowler (BBO #647929)
FOLEY, HOAG & ELIOT L.L.P.
One Post Office Square
Boston, Massachusetts 02109
(617) 832-1000 (Phone)
(617) 832-7000 (Fax)

Attorneys for AstraZeneca
Pharmaceuticals LP

**Exhibit A**

CERTIFICATE OF FLORENCE A. CRISP

I, Florence A. Crisp, hereby certify as follows:

1. I am an associate of the firm of Davis Polk & Wardwell, which is located at 450 Lexington Avenue, New York, New York 10017.

2. In 1999, I was admitted to practice in the State of New York.

3. I am an attorney in good standing and eligible to practice in the above-referenced jurisdiction.

4. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5. Attached hereto as Exhibit 1 is a true and correct copy of my certificate of good standing from the State of New York.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 22nd day of March, 2004.

By: /s/ Florence A. Crisp
      Florence A. Crisp

**Exhibit 1**

# Appellate Division of the Supreme Court of the State of New York First Judicial Department

I, Catherine O'Hagan Wolfe, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## FLORENCE AMANDA CRISP

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all courts of the State of New York on the 16th day of November, 1999 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on March 12, 2004

/s/ Catherine O'Hagan Wolfe
Clerk

4346

**Exhibit B**

## CERTIFICATE OF KRISTI T. PRINZO

I, Kristi T. Prinzo, hereby certify as follows:

1. I am an associate of the firm of Davis Polk & Wardwell, which is located at 450 Lexington Avenue, New York, New York 10017.

2. I have been admitted to practice in the following jurisdictions in the years indicated:

> State of New York (2000);
> U.S. District Court for the Southern District of New York (2000);
> U. S. District Court for the Eastern District of New York (2000);
> State of New Jersey (2000); and
> United States District Court for the District of New Jersey (2000)

3. I am an attorney in good standing and eligible to practice in the above-referenced jurisdictions.

4. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5. Attached hereto as Exhibit 2 is a true and correct copy of my certificate of good standing from the State of New York.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 23 day of March 2004.

By:  /s/ Kristi T. Prinzo
     Kristi T. Prinzo

**Exhibit 2**

(State Seal)

# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, James Edward Pelzer, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Kristi Tumminello Prinzo** was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **24th** day of **May 2000** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counselor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division **March 12, 2004**

/s/ James Edward Pelzer
_____
Clerk

SEAL

**Exhibit C**

## CERTIFICATE OF JAMES J. DUFFY

I, James J. Duffy, hereby certify as follows:

1. I am an associate of the firm of Davis Polk & Wardwell, which is located at 450 Lexington Avenue, New York, New York 10017.

2. In 2002, I was admitted to practice in the State of New York.

3. 1 am an attorney in good standing and eligible to practice in the above-referenced jurisdiction.

4. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5. Attached hereto as Exhibit 3 is a true and correct copy of my certificate of good standing from the State of New York.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 23 day of March, 2004.


By:   /s/ James J. Duffy
      James J. Duffy

**Exhibit 3**

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Catherine O'Hagan Wolfe, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JAMES JUDE DUFFY

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 28th day of October, 2002 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on March 12, 2004

/s/ Catherine O'Hagan Wolfe
Clerk

4347

2

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for defendants conferred with counsel for plaintiffs on this motion, and that counsel for plaintiffs assented to the motion.

                                                           /s/ Lucy Fowler
                                                           Lucy Fowler

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on March 29, 2004, a copy to Verilaw Technologies for posting and notification to all parties.

/s/ Lucy Fowler
Lucy Fowler