UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, ) ) ) ) ) ) This Document Relates to All Actions ) ) | MDL Docket No. 1456<br><br>Civil Action No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**SUPPLEMENTAL CORPORATE DISCLOSURE**
**STATEMENT OF SICOR INC. AND NOTICE OF NAME CHANGE**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Sicor Inc. hereby supplements its Corporate Disclosure Statement dated June 27, 2002 to state that Sicor Inc. is now wholly owned by Teva Pharmaceuticals USA, Inc., which, in turn, is wholly owned by Orvet U.K. Limited, which, in turn, is wholly owned by Teva Pharmaceuticals Europe B.V., which, in turn, is wholly owned by Teva Pharmaceutical Industries Ltd.

Notice is hereby given that, effective immediately, defendant SICOR Inc. has changed its name to Sicor Inc.

SICOR INC.

By its attorneys,

 /s/ James W. Matthews
Robert J. Muldoon, Jr. (BBO # 359480)
James W. Matthews (BBO # 560560)
Pamela A. Zorn (BBO # 640800)
SHERIN AND LODGEN LLP
100 Summer Street
Boston, MA 02110
(617) 646-2000

        and

        Kirke M. Hasson
        Thomas Segal
        PILLSBURY WINTHROP LLP
        50 Fremont Street, P.O. Box 7880
        San Francisco, CA  94120

DATED:  April 1, 2004.