# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | CIVIL ACTION NO. 01-CV-12257-PBS |
| ) | |
| ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES ) | |
| TO ALL ACTIONS ) | |
| ) | |

## MOTION FOR ENTRY OF SEPARATE AND FINAL JUDGMENT IN FAVOR OF DEFENDANT HOFFMANN-LA ROCHE INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(B)

Pursuant to Federal Rule of Civil Procedure 54(b), Defendant Hoffmann-La Roche Inc. ("Roche") hereby moves the Court for an order directing the entry of separate and final judgment in favor of Roche. In light of the Court's Order of February 24, 2004 dismissing all of Plaintiffs' claims against Roche in the Amended Master Consolidated Class Action Complaint ("AMCC"), and given the benefits to the Court, the remaining litigants, and Roche itself of finality in this matter, there is no just reason for delay in the entry of final judgment in favor of Roche.

WHEREFORE, for the reasons set forth in the Memorandum of Law filed herewith, Roche respectfully requests that the Court grant its Motion for Entry of Separate and Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b).

Dated:  April 2, 2004

Respectfully submitted,

Kevin R. Sullivan (*admitted pro hac vice*)
Grace Rodriguez (*admitted pro hac vice*)
Ann M. Malekzadeh (*admitted pro hac vice*)
John D. Shakow (*admitted pro hac vice*)
KING & SPALDING LLP
1730 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone:  (202) 737-0500
Facsimile:  (202) 626-3737

Colleen Hennessey
PEABODY & ARNOLD, LLP
50 Rowes Wharf
Boston, MA 02110
Telephone:  (617) 951-2100
Facsimile:  (617) 951-2125

Attorneys for Defendant Hoffmann-La Roche Inc.