UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS ) ) ) ) | |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1 of the United States District Court for the District of Massachusetts, I, John D. Shakow, hereby certify that I have conferred with plaintiffs' counsel Steve W. Berman, regarding Hoffmann-La Roche's Motion for Entry of Separate and Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b), but we have been unable to resolve or narrow issues related to that motion, despite good faith efforts.

Dated:  April 2, 2004

Respectfully submitted,

John D. Shakow (*admitted pro hac vice*)
KING & SPALDING LLP
1730 Pennsylvania Avenue, N.W.
Washington, D.C. 20016
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

Attorney for Defendant Hoffmann-La Roche Inc.

## CERTIFICATE OF SERVICE

    I, John D, Shakow, hereby certify that true and correct copies of the foregoing Motion for Entry of Separate and Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b), memorandum in support, proposed order and certificate of compliance with Local Rule 7.1(a)(2) were served upon all counsel of record via Verilaw on April 2, 2004.

_____
John D. Shakow