IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
|  | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JUDGE PATTI B. SARIS |

FILED
CLERKS OFFICE
2002 OCT 10  A 11: 02
U.S. DISTRICT COURT
DISTRICT OF MASS.

FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE

## NOTICE OF APPEARANCE ON BEHALF OF B. BRAUN MEDICAL INC.

Pursuant to Local Rule 83.5.3(b) and paragraph 16 of this Court's Case Management Order Number 1 entered on June 19, 2002, Daniel F. Attridge, Robert S. Ryland, and Colin R. Kass, of the firm Kirkland & Ellis located in Washington, D.C., hereby enter their appearances on behalf of B. Braun Medical Inc. in the above captioned matter.

Mr. Attridge, Mr. Ryland, and Mr. Kass are not members of the bar of the United States District Court for the District of Massachusetts but seek admission *pro hac vice* in accordance with the procedure set forth in this Court's Case Management Order Number 1. The accompanying declarations of counsel certify that these attorneys are members in good standing of their respective bars and are familiar with the Local Rules of this Court.

Counsel hereby request that the names of counsel be added to the Master Service List maintained by the Clerk and the AWP Litigation Service List maintained by Verilaw Technologies, Inc. for the purposes of the above captioned matter.

Dated: October 9, 2002						Respectfully submitted,

_____
Daniel F. Attridge, P.C.
Robert S. Ryland
Colin R. Kass
KIRKLAND & ELLIS
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005
(202) 879-5000
Fax: (202) 879-5200

Attorneys for B. Braun Medical Inc.