## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JUDGE PATTI B. SARIS |

## DECLARATION OF DANIEL F. ATTRIDGE

I, Daniel F. Attridge, declare as follows:

1.  I practice law as a professional corporation which is a partner at Kirkland & Ellis in Washington, D.C.

2.  I graduated from the Georgetown University Law Center and am a member in good standing of the District of Columbia Bar. I am duly admitted to practice before the United States Supreme Court and the United States Courts of Appeals for the First Circuit, Second Circuit, Fourth Circuit, Sixth Circuit, Eighth Circuit, District of Columbia Circuit, and the Federal Circuit. I am also admitted to practice before the United States Court of Federal Claims, the United States District Courts for the District of Maryland and the District of Columbia, and the District of Columbia Court of Appeals.

3.  I am not admitted to the Bar of this Court.

4.      I have not been disbarred or formally censured by a court of record or by a state bar association, and I am not now, and never have been, the subject of a disciplinary proceeding.

5.      I have read and am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

        I declare under penalty of perjury that the statements contained herein are true and correct.  Executed on October 9, 2002.

                                        _____
                                        Daniel F. Attridge, P.C.
                                        KIRKLAND & ELLIS
                                        655 Fifteenth Street, N.W., Suite 1200
                                        Washington, D.C. 20005
                                        (202) 879-5000
                                        Fax: (202) 879-5200