IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) JUDGE PATTI B. SARIS ) ) ) |

## DECLARATION OF ROBERT S. RYLAND

I, Robert S. Ryland, declare as follows:

1. I am a partner at Kirkland & Ellis in Washington, D.C.

2. I graduated from the University of Chicago School of Law and am a member in good standing of the Bars of the District of Columbia and the State of Maryland. I am duly admitted to practice before the United States Courts of Appeals for the Fourth Circuit and the Federal Circuit, the United States Court of Federal Claims, the United States District Courts for the Districts of Maryland and the District of Columbia, and the Courts of Appeals for the District of Columbia and the State of Maryland.

3. I am not admitted to the Bar of this Court.

4. I have not been disbarred or formally censured by a court of record or by a state bar association, and I am not now, and never have been, the subject of a disciplinary proceeding.

5. I have read and am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the statements contained herein are true and correct. Executed on October 9, 2002.

_____
Robert S. Ryland
KIRKLAND & ELLIS
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005
(202) 879-5000
Fax: (202) 879-5200