IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br> CIVIL ACTION: 01-CV-12257-PBS <br> JUDGE PATTI B. SARIS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## DECLARATION OF COLIN R. KASS

I, Colin R. Kass, declare as follows:

1. I am a partner at Kirkland & Ellis in Washington, D.C.

2. I graduated from the University of Michigan Law School and am a member in good standing of the Bars of the District of Columbia and the State of Illinois. I am duly admitted to practice before the United States Court of Appeals for the Ninth Circuit, the United States District Court for the District of Columbia, the District of Columbia Court of Appeals, and the Illinois Supreme Court.

3. I am not admitted to the Bar of this Court.

4. I have not been disbarred or formally censured by a court of record or by a state bar association, and I am not now, and never have been, the subject of a disciplinary proceeding.

5. I have read and am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the statements contained herein are true and correct. Executed on October 9, 2002.

Colin R. Kass
KIRKLAND & ELLIS
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005
(202) 879-5000
Fax: (202) 879-5200