## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Appearance and Declarations has been served on all counsel of record, as indicated in the attached Service List, by mail, on this 9th day of October, 2002.

*[signature]*

Daniel F. Attridge, P.C.
Robert S. Ryland
Colin R. Kass
KIRKLAND & ELLIS
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005
(202) 879-5000
Fax: (202) 879-5200

Attorneys for B. Braun Medical Inc.

## In Re: Pharmaceutical Industry Average Wholesale Price Litigation, MDL No. 1456

**Counsel for Plaintiffs**

Thomas M Sobol
Ed Notargiacomo
Hagens Berman LLP
225 Franklin Street
26th Floor
Boston, MA  02110


Steve Berman
Sean Matt
Hagens Berman LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA  98101


Anthony Bolognese
Bolognese & Associates
One Penn Center
1617 JFK Boulevard  Suite 650
Philadelphia, PA  19103

Michael J. Flannery
Carey & Danis, LLC
676 North Michigan Ave.
Suite 3110
Chicago, IL 60611


Jonathan W. Cuneo
The Cuneo Law Group
317 Massachusetts Avenue, N.E.
Suite 300
Washington, D.C. 20002


Kevin P. Roddy
Hagens Berman LLP
700 South Flower Street
Suite 2940
Los Angeles, CA  90017


Sam Heins
Bryan L. Crawford
Heins, Mills & Olson, P.C.
700 Northstar East
608 Second Avenue South
Minneapolis, MN  55402


Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901


Blake M. Harper
Kirk B. Hulett
Hulett Harper LLP
550 West C Street
Suite 1700
San Diego, CA 92101


Jonathan D. Karmel

Karmel & Gilden
221 N. LaSalle Street
Suite 1414
Chicago, IL 60601


T. David Copley
Lynn Lincoln Sarko
Mark A. Griffin
Keller Rohrback L.L.P.
1201 3rd Avenue
Suite 3200
Seattle, WA 98101


Kenneth A. Wexler
Elizabeth Fegan Hartweg
Edward A. Wallace
Kenneth A. Wexler and Associates
One North LaSalle
Suite 2000
Chicago, IL 60602


David J. Bershad
J. Douglas Richards
Michael M. Buchman
Milberg Weiss Bershad Hynes & Lerach, LLP
One Pennsylvania Plaza
New York, NY 10119


Henry H. Rossbacher
Rossbacher & Associates
811 Wilshire Boulevard
Suite 1650
Los Angeles, CA 90017-2666


Jonathan Shub
Sheller, Ludwig & Badey, P.C.
1528 Walnut Street
3rd Floor
Philadelphia, PA 19102

11

Scott R. Shepherd
Shepherd & Finkleman, LLC
117 Gayley Street
Suite 200
Media, PA 19063


Eugene Spector
Jeffrey L. Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA 19103


Lee Squitieri
Squitieri & Fearon
521 Fifth Avenue
26th Floor
New York, NY 10175


Lisa J. Rodriguez
Ira Neil Richards
Trujillo Rodriguez & Richards, LLC
The Penthouse
226 West Rittenhouse Square
Philadelphia, PA 19103


Mitchell A. Toups
Weller, Green Toups & Terrell, L.L.P.
2615 Calder Street, Suite 400
P.O. Box 350
Beaumont, TX 77704


Damon Young
Lance Lee
Young, Pickett & Lee
4122 Texas Boulevard
P.O. Box 1897
Texarkana, AR/TX 75504


Michael D. Hausfeld

Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C. 20005-3934


Linda P. Nussbaum
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
825 Third Avenue
30th Floor
New York, NY 10022


Michael E. Criden
Hanzman & Criden, P.A.
Commerce Bank Center
Suite 400
220 Alhambra Circle
Coral Gables, FL 33134


Kent R. Robinson
Robinson, Belaustegui, Sharp & Low
71 Washington Street
Reno, NV 89503


Diane M. Nast
Roda & Nast, PC
801 Estelle Drive
Lancaster, PA 17601


Michael McShane
Alexander, Hawes & Audet, LLP
300 Montgomery Street, Suite 400
San Francisco, CA 94104


Neil Goldstein (Of Counsel)
Freedman & Lorry, PC
400 Market Street, Suite 900
Philadelphia, PA 19106


Robert E. Piper, Jr.
Piper & Associates

624 Pierre Avenue
Shreveport, LA 71103

**Counsel for Defendants:**

Daniel E. Reidy
James R. Daly
Jones, Day, Reavis & Pogue
77 West Wacker Drive
Chicago, IL 60601

R. Christopher Cook
Jones, Day, Reavis & Pogue
51 Louisiana Ave., N.W.
Washington, D.C. 20001

Joseph F. Savage, Jr.
Testa, Hurwitz & Thibeault, LLP
High Street Tower
125 High Street
Boston, MA 02110
***Attorneys for Abbott Laboratories and Abbott Laboratories, Inc.***

Richard D. Raskin
Bruce M. Zessar
David C. Giardina
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Robert P. Sherman
Anastasia M. Fernands
Hutchins, Wheeler & Dittmar
101 Federal Street
Boston, MA 02110
***Attorneys for Allergan, Inc. and Bayer Corp.***

Nancy L. Newman
Knapp, Peterson & Clarke
500 North Brand Boulevard

14

20th Floor
Glendale, CA 91203

Dennis M. Duggan, Jr.
Melissa Bayer Tearney
David M. Ryan
Nixon Peabody
101 Federal Street
Boston, MA 02110
*Attorneys for Alpha Therapeutic Corp.*


S. Craig Holden
Connie E. Eiseman
Ober, Kaler, Grimes & Shriver, PC
120 East Baltimore Street
Baltimore, MD 21202

James C. Burling
William F. Lee
Hale & Dorr
60 State Street
Boston, MA 02109
*Attorneys for American Home Prods. Corp.*


Steven F. Barley
Joseph H. Young
Hogan & Hartson, LLP
111 South Calvert Street
Suite 1600
Baltimore, MD 21202

Frank A. Libby, Jr.
Kelly, Libby & Hoopes
175 Federal Street
Boston, MA 02110
*Attorneys for Amgen, Inc.*


D. Scott Wise
Kimberley D. Harris
Manisha M. Sheth

15

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Nicholas C. Theodorou
Juliet Sorensen
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
***Attorneys for AstraZeneca Pharmaceuticals L.P.***

Michael L. Koon
Shook, Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
26th Floor
Kansas City, MO 64105

Paul S. Schleifman
Shook, Hardy & Bacon, LLP
600 14th Street, N.W.
Suite 800
Washington, D.C. 20005

Michael DeMarco
Jeanne E. Demers
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02109
***Attorneys for Aventis Pharmaceuticals, Inc. and Hoechst Marion Roussel, Inc.***

Edward C. Duckers
Hogan & Hartson LLP
555 13th Street, N.W.
Washington, D.C. 20004
***Attorney for Aventis Behring***

Merle M. DeLancey, Jr.
J. Andrew Jackson

Dickstein, Shapiro, Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, D.C. 20037-1526

Peter E. Gelhaar
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
***Attorneys for Baxter International, Inc.; Baxter Healthcare Corp.; Baxter Pharmaceutical Products, Inc.***

Lyndon M. Tretter
Steven M. Edwards
Hogan & Hartson, LLP
875 Third Avenue
26th Floor
New York, NY 10022

Thomas E. Dwyer, Jr.
Daniel J. Cloherty
Dwyer & Collora
600 Atlantic Avenue
Boston, MA 01220-2211
***Attorneys for Bristol-Myers Squibb Co.; Oncology Therapeudics Network Corp.***

Ronald L. Castle
Arent, Fox, Kintner, Plotkin & Kahn, PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
***Attorney for Chiron Corp.***

Stephen M. Hudspeth
Coudert Brothers
1114 Avenue of the Americas
New York, NY 10036
***Attorney for Dey, Inc.***

William Davis
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo
701 Pennsylvania Ave., N.W.
Suite 900
Washington, D.C. 20004

Kevin M. McGinty
William M. Cowan
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111
*Attorneys for Eli Lilly & Co.*


Mary Gail Gearns
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022
*Attorney for Fujisawa Pharmaceutical Co., Ltd.*


Ethan M. Posner
Covington & Burling
1201 Pennsylvania Avenue, N.W.
P.O. Box 7566
Washington, D.C. 20004

Frederick G. Herold
Dechert
400 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Geof Hobart
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
*Attorneys for Glaxo Wellcome PLC; Glaxo Wellcome, Inc.; GlaxoSmithKline Corp.; GlaxoSmithKline, PLC; SmithKline Beecham Corp. d/b/a GlaxoSmithKline; SmithKline Beecham Corp.; SmithKline Beecham PLC*

William A. Cavanaugh, Jr.
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
***Attorney for Johnson & Johnson and Centocor***

David J. Burman
Noah A. Levine
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, WA 98103

Matthew M. Strickler
Ballard, Spahr, Andrews & Ingersoll
1735 Market Street
51st Floor
Philadelphia, PA 19103

Thomas J Sartory
Kenneth A. Sansone
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02210-3333
***Attorneys for Immunex Corp.***

Scott A. Stempel
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

John C. Dodds
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103

Mark D. Smith
Faxon & Laredo, LLP
15 Broad Street, Suite 600
Boston, MA 02109-3803
***Attorneys for Pharmacia Corp.; Pharmacia &***

*Upjohn, Inc.; Monsanto Co.*

Brien T. O'Connor
Kirsten V. Mayer
Ropes & Gray
One International Place
Boston, MA 02110
***Attorneys for Schering-Plough Corp. and Warrick Pharmaceuticals***

Kirke M. Hasson
Reed E. Harvey
Pillsbury Winthrop LLP
50 Fremont Street
San Francisco, CA 94105

Bruce E. Falby
Hill & Barlow, PC
One International Place
Boston, MA 02110-2600
***Attorneys for SICOR Inc. and Gensia SICOR Pharmaceuticals, Inc.***

Robert R. Stauffer
Jenner & Block, LLC
One IBM Plaza
330 N. Wabash, 40th Floor
Chicago, IL 60611

Martin Murphy
Bingham McCutchen
150 Federal Street
Boston, MA 02110
***Attorneys for Takeda Chemical Industries, Ltd.***

Tina M. Tabacchi
Jones, Day, Reavis & Pogue
77 West Wacker Drive

Suite 3500
Chicago, IL 60601
***Attorney for TAP Pharmaceutical Products, Inc.***