UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITIZENS FOR CONSUMER JUSTICE ET AL.,<br>Plaintiffs,<br>v.<br><br>ABBOTT LABORATORIES, INC. ET AL.,<br>Defendants.<br><br>AND ALL RELATED CASES | Civil Action No.<br>01-12257-PBS<br>MDL No. 1456 |

FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, the undersigned, an attorney admitted to practice law in the Commonwealth of Massachusetts and in the United States District Court for the District of Massachusetts, respectfully moves that Steven M. Edwards and Lyndon M. Tretter be admitted to practice before this Honorable Court for the purposes of the above-noted case. These attorneys are admitted to practice in, among other places, the State of New York.

According to the attached Certificates of Good Standing of Steven M. Edwards and Lyndon M. Tretter:

(1) They are members in good standing in every jurisdiction in which they have been admitted to practice.

(2) There are no disciplinary proceedings pending against them as members of the Bar in any jurisdiction.

(3) They are familiar with the Local Rules of the United States District Court of the District of Massachusetts.

WHEREFORE, undersigned counsel moves that Steven M. Edwards and Lyndon M. Tretter be admitted *pro hac vice* this 4th day of November, 2002.

Respectfully submitted,

Joseph E. Haviland (BBO No. 643814)
**DWYER & COLLORA, LLP**
600 Atlantic Avenue
Boston, MA 02210
Tel: (617) 371-1000
Fax: (617) 371-1037

Dated: November 4, 2002