# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION NO. 01-CV-12257-PBS |
| THIS DOCUMENTS RELATES TO ALL ACTIONS | Judge Patti B. Saris |

## CERTIFICATE OF GOOD STANDING

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Steven M. Edwards, an attorney with the firm of Hogan & Hartson LLP, 875 Third Avenue, New York, New York, 10022, hereby certify:

(1) that I am a member in good standing of the Bars of the State of New York, the United States Supreme Court, the United States Courts of Appeals for the 2nd, 3rd, 9th and 11th Circuits, and the United States District Courts for Arizona and the Southern and Eastern Districts of New York; (2) there are no disciplinary proceedings pending against me in any jurisdiction; and (3) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Under penalty of perjury this fourth day of November, 2002.

Respectfully submitted,

Steven M. Edwards
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100