# EXHIBIT A

## AFFIDAVIT OF HERMANN TETZNER

STATE OF CONNECTICUT )
) SS: Ridgefield
COUNTY OF FAIRFIELD )

BEFORE ME, the undersigned authority, personally appeared Hermann Tetzner, who, being by me duly sworn, deposed and said:

1. My name is Hermann Tetzner. I am over 21 years of age. I am not under any legal disability that would prevent me from giving my affidavit. The information recited herein is true and correct and within my personal knowledge.

2. I hold the position of Vice President Finance, Treasurer and Chief Financial Officer of BIC. In that capacity I am familiar with BIC's business activities throughout the United States.

3. BIC does not design, manufacture or distribute Atrovent or any other pharmaceutical products, nor has it ever done so.

"FURTHER AFFIANT SAYETH NOT."

_____
Hermann Tetzner

Subscribed and sworn to before me on APRIL 1, 2004.

_____
Notary Public in and for
the State of Connecticut

PAMELA A. AGOSTINO
NOTARY PUBLIC - CONNECTICUT
NO. 128909
COMMISSION EXPIRES 6/30/06