# EXHIBIT B

# AFFIDAVIT OF THOMAS MURPHY

STATE OF OHIO               )
                            ) SS: _____
COUNTY OF CUYAHOGA          )

BEFORE ME, the undersigned authority, personally appeared Thomas Murphy, who, being by me duly sworn, deposed and said:

1. My name is Thomas Murphy. I am over 21 years of age. I am not under any legal disability that would prevent me from giving my affidavit. The information recited herein is true and correct and within my personal knowledge.

2. I hold the position of Executive Vice President, Ben Venue Laboratories. In that capacity I am familiar with Ben Venue Laboratories, Inc.'s and Bedford Laboratories' business activities throughout the United States.

3. Neither Ben Venue nor Bedford manufactures or distributes Atrovent nor has it ever done so.

"FURTHER AFFIANT SAYETH NOT."

_____
Thomas Murphy

Subscribed and sworn to before me on _____4/2_____, 2004.

_____
Notary Public in and for
the State of Ohio

DORIS A. RIGGLEMAN
NOTARY PUBLIC • STATE OF OHIO
My commission expires Feb. 1, 2006