UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456 ) ) ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) ) JUDGE PATTI B. SARIS |
| MASTER CONSOLIDATED CLASS ACTION | ) ) ) |

## [PROPOSED] ORDER

Upon consideration of the Motion to Dismiss of Boehringer Ingelheim Corporation, Ben Venue Laboratories, Inc., and Bedford Laboratories and Memorandum in Support, and for good cause showing, it is hereby ORDERED that claims related to Atrovent, and claims against Boehringer Ingelheim Corporation, Ben Venue Laboratories, and Bedford Laboratories be dismissed with prejudice from Plaintiffs' Amended Master Consolidated Class Action Complaint.

Entered this _____ day of _____, 2004.

_____
Judge Patti B. Saris
U. S. DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS