UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE ) | CIVIL ACTION NO. |
| LITIGATION ) | 01-12257-PBS |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) | |
| **ALL ACTIONS** ) | |
| ) | |

## CASE MANAGEMENT NO. 11

April 8, 2004

Saris, U.S.D.J.

    Defendants have moved for clarification of Case Management Order No. 10, Part IX.  I clarify that CMO 10 *is* applicable to the actions brought by governmental plaintiffs to the extent the defendants are common to the AMCC.  I modify the order to exclude the thirteen county defendants ("the thirteen who want out") until I rule on the motions to dismiss.  My goal is to coordinate document production and depositions on issues common to all actions to the extent feasible.

    When I rule on the motions to dismiss, I will issue a separate case management order in the state/county cases.  For example, I may well decide to separate deadlines for fact discovery and a different briefing schedule.

                                                **S/PATTI B. SARIS**
                                                United States District Judge