UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY ) MDL NO. 1456
AVERAGE WHOLESALE PRICE )
LITIGATION ) CIVIL ACTION: 01-CV-12257-PBS
)
) JUDGE PATTI B. SARIS

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, the undersigned, an attorney licensed to practice law in the Commonwealth of Massachusetts and in the District of Massachusetts, respectfully moves that Paul J. Coval and Douglas L. Rogers be admitted to practice before this Honorable Court for purposes of the above-noted case. Mr. Coval is licensed to practice law in the State of Ohio and the United States District Court for the Southern District of Ohio. Mr. Rogers is licensed to practice law in the State of Ohio and the United States District Court for the District of Columbia. He is also licensed to practice law in the United States District Court for the Northern District of Ohio and the United States District Court for the Southern District of Ohio.

According to the attached Certificates of Messrs. Coval and Rogers:

(1) Both are members of the Bar in good standing in every jurisdiction in which they have been admitted to practice.

(2) There are no disciplinary proceedings pending against either of them as a member of the Bar in any jurisdiction.

(3) They are each familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, I move that Messrs. Coval and Rogers be admitted this 21st day of October, 2002.

                                  Respectfully submitted,

                                  Randal C. Teague (493800)
                                  VORYS, SATER, SEYMOUR AND PEASE LLP
                                  1828 L Street N.W., 11th Floor
                                  Washington, D.C. 20036-5109
                                  (202) 467-8800
                                  (202) 467-8900 FAX

CERTIFICATE OF SERVICE
I hereby certify that a true and correct copy of this document was served via Verilaw on all enrolled counsel and by first class mail on all other counsel not enrolled in Verilaw on 10/24/02.

Randal C. Teague (493800)