UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION: 01-CV-12257-PBS |
| | ) | |
| | ) | JUDGE PATTI B. SARIS |

### CERTIFICATE OF GOOD STANDING

Paul J. Coval, an attorney with the firm Vorys, Sater, Seymour and Pease LLP, 52 East Gay Street, P.O. Box 1008, Columbus, Ohio, 43216, hereby certifies:

(1) I am a member of the Bar of the State of Ohio and the United States District Court for the Southern District of Ohio.

(2) I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice.

(3) There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

(4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Under penalty of perjury this 21ST day of October, 2002.

Respectfully submitted,

_____
Paul J. Coval
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216
(614) 464-5635

CERTIFICATE OF SERVICE
I hereby certify that a true and correct copy of this document was served via Verilaw on all enrolled counsel and by first class mail on all other counsel not enrolled in Verilaw on 10/21/02.

_____
Randal C. Teague (493800)