UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY ) MDL NO. 1456
AVERAGE WHOLESALE PRICE )
LITIGATION ) CIVIL ACTION: 01-CV-12257-PBS
)
) JUDGE PATTI B. SARIS

## CERTIFICATE OF GOOD STANDING

Douglas L. Rogers, an attorney with the firm Vorys, Sater, Seymour and Pease LLP, 52 East Gay Street, P.O. Box 1008, Columbus, Ohio, 43216, hereby certifies:

(1) I am a member of the Bar of the State of Ohio, and the United States District Courts for the District of Columbia, the Northern District of Ohio and the Southern District of Ohio.

(2) I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice.

(3) There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

(4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Under penalty of perjury this 21 day of October, 2002.

Respectfully submitted,

Douglas L. Rogers
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216
(614) 464-5407

CERTIFICATE OF SERVICE
I hereby certify that a true and correct copy of this document was served via Verilaw on all enrolled counsel and by first class mail on all other counsel not enrolled in Verilaw on 10/21/02

Randal C. Teague (493800)

10/18/02 - 9140816