UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | MDL Docket No. 1456 |
| | Civil Action No. 01-CV-12257-PBS |
| This Document Relates to All Actions | Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL

Please take notice that Pillsbury Winthrop LLP hereby withdraws as counsel of record for Sicor Inc. and Sicor Pharmaceuticals, Inc. in this matter. The firm of Sherin & Lodgen LLP continues as counsel for Sicor Inc. and Sicor Pharmaceuticals, Inc. in this matter. There are no hearings or conferences scheduled, no reports (oral or written) are due and no trial date has been set.

Respectfully submitted,

Sicor Inc. and Sicor Pharmaceuticals, Inc.
By their attorneys,

*/s/ Kirke M. Hasson*

Dated: April 9, 2004

PILLSBURY WINTHROP LLP
Kirke M. Hasson
Thomas Segal
50 Fremont Street, P.O. Box 7880
San Francisco, CA 94120

10793170v1