UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456 ) ) CIVIL ACTION NO. 01-CV-12257-PBS ) ) Judge Patti B. Saris |
| THIS DOCUMENTS RELATES TO ALL ACTIONS | ) ) ) ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

I, Mary Kate Whalen, a member of this Court, hereby withdraw my appearance in the above-cited matter on behalf of Watson Pharmaceuticals, Inc. and its subsidiary, Schein Pharmaceutical, Inc. (now known as Watson Pharma, Inc.). My co-counsel, Douglas Farquhar, has been admitted pro hac vice and will continue to represent the interests of our clients.

Respectfully submitted,

*/s/ Mary Kate Whalen*

Douglas B. Farquhar
Mary Kate Whalen (BBO #557529)
Hyman, Phelps & McNamara, P.C.
700 Thirteenth Street, N.W., Suite 1200
Washington, D.C. 20005
(202) 737-5600
(202) 737-9329 (Fax)

Date: April 9, 2004

## Certificate of Service

I hereby certify that on April 9, 2004, a true and correct copy of the forgoing document was served upon all counsel of record by electronic service pursuant to CMO No. 2, by causing a copy to be sent to Verilaw Technologies for posting and notification.

_____
Douglas B. Farquhar