IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) | MDL 1456<br><br>MASTER FILE NO. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ) ALL ACTIONS ) ) | Judge Patti B. Saris |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the defendant Aventis Pharmaceuticals Inc.

Respectfully,
**AVENTIS PHARMACEUTICALS INC.**
By its Attorney,

_____
Daniel E. Rosenfeld (BBO # 560226)
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA 02109
(617) 261-3100

Dated: April 9, 2004

BOS-670256 v1 5544510-0903

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served, this 9th day of April 2004, to all counsel of record by electronic service pursuant to Case Management Order No. 2, by sending a copy of this document to Verilaw Technologies for posting and notification to all parties.

_____
Aimée E. Bierman