UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 1456 <br><br> ACTION: 01-CV-12257-PBS <br><br> JUDGE PATTI B. SARIS <br><br> CHIEF MAGISTRATE JUDGE MARIANNE B. BOWLER |
| THIS DOCUMENT RELATES TO: | | |
| THE MASTER CONSOLIDATED CLASS ACTION | | |

[PROPOSED] ORDER

Upon consideration of the Motion for Protective Order of Boehringer Ingelheim Corporation, Ben Venue Laboratories, Inc., and Bedford Laboratories and Memorandum in Support, and for good cause showing, it is hereby ORDERED that Boehringer Ingelheim Corporation, Ben Venue Laboratories, and Bedford Laboratories are protected from discovery until such time as this Court dissolves said protective order.

Entered this _____ day of _____, 2004.

_____
Judge Patti B. Saris
U. S. DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

Chief Magistrate Judge Marianne B. Bowler
U. S. DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS