## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) **MDL NO. 1456** ) ) **ACTION: 01-CV-12257-PBS** |
| THIS DOCUMENT RELATES TO: | ) ) **JUDGE PATTI B. SARIS** ) |
| THE MASTER CONSOLIDATED CLASS ACTION | ) **CHIEF MAGISTRATE JUDGE** ) **MARIANNE B. BOWLER** ) |

### [PROPOSED] ORDER

Upon consideration of the Motion for Protective Order of Boehringer Ingelheim Corporation, Ben Venue Laboratories, Inc., and Bedford Laboratories and Memorandum in Support, and for good cause showing, it is hereby ORDERED that Boehringer Ingelheim Corporation, Ben Venue Laboratories, and Bedford Laboratories are protected from discovery until such time as this Court dissolves said protective order.

Entered this _____ day of _____, 2004.

_____
Judge Patti B. Saris
U. S. DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

Chief Magistrate Judge Marianne B. Bowler
U. S. DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS