UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION )<br>)<br>)<br>)<br>THIS DOCUMENT RELATES TO: )<br>)<br>State of Montana v. Abbott Labs., Inc., et al., )<br>02-CV-12084-PBS )<br>)<br>State of Nevada v. American Home Products )<br>Corp., et al., 02-CV-12086-PBS )<br>)<br>County of Suffolk v. Abbott Laboratories, Inc., )<br>et al., 01-CV-12257-PBS )<br>) | MDL No. 1456<br>Civil Action No. 01-CV-12257-PBS<br>Judge Patti B. Saris |

**THE UNITED STATES' MOTION FOR LEAVE TO FILE REPLY**

The United States of America, on behalf of the Secretary of Health and Human Services (Secretary), moves for leave to file a memorandum in reply to the Defendants' Brief In Response To the Amicus Curiae Briefs of the United States and the Commonwealth of Massachusetts ("Defendants' Brief").  The United States seeks to file a short reply (not more than seven pages) in order to address certain assertions made in the Defendants' Brief which were not adequately addressed in the Government's initial brief.  The United States believes that a short reply brief

would assist the Court in resolving the preemption issue. The United States would file its reply memorandum on or before April 23, 2004.

                                                      Respectfully submitted,

                                                      MICHAEL J. SULLIVAN
                                                      United States Attorney

                                By:    /s/ George B. Henderson, II
                                      George B. Henderson, II
                                      Assistant United States Attorney
                                      1 Courthouse Way, Suite 9200
                                      John Joseph Moakley U.S. Courthouse
                                      Boston, Massachusetts 02210
                                      (617) 748-3272

                                      Andy J. Mao
                                      Attorney, Civil Division
                                      U.S. Department of Justice
                                      P.O. Box 261
                                      Ben Franklin Station
                                      Washington, D.C. 20044
                                      Telephone: (202) 616-0539
Date: April 16, 2004                     Fax: (202) 514-7361

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that the foregoing document was served upon all counsel of record who are not registered to receive electronic notification through the court's Electronic Case Filing system by first class mail, postage prepaid, on this date.

Date: April 16, 2004                                    /s/ George B. Henderson, II
                                                        George B. Henderson, II