UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | MDL Docket No. 1456 |
| | Civil Action No. 01-CV-12257-PBS |
| This Document Relates to All Actions | Judge Patti B. Saris |

## CERTIFICATE OF GOOD STANDING

Pursuant to Local Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, I, Elizabeth I. Hack, hereby certify that: (1) I am admitted to the bars of New York, the District of Columbia, the District Court for the District of Columbia, and the Supreme Court of the United States of America; (2) I am a member in good standing in every jurisdiction where I have been admitted to practice; (3) no disciplinary proceedings are pending against me as a member of the bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Elizabeth I. Hack

DATED: April 9, 2004.



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

1301 K Street N.W.
Suite 600, East Tower
Washington, D.C. 20005
202.408.6400
202.408.6399 fax
www.sonnenschein.com

Chicago
Kansas City
Los Angeles
New York
San Francisco
Short Hills, N.J.
St. Louis
Washington, D.C.
West Palm Beach

Elizabeth I. Hack
(202) 408-9236
ehack@sonnenschein.com

April 12, 2004

VIA HAND DELIVERY

Clerk of the Court
United States District Court
  for the District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

FILING FEE PAID:
RECEIPT #_____
AMOUNT $_____
BY DPTY CLK_____
DATE_____

Re:   In re Pharmaceutical Industry Average Wholesale Price Litigation, MDL
      Docket No. 1456

Dear Sir or Madam:

I, Elizabeth I. Hack, will be representing Sicor Inc. and Sicor Pharmaceuticals, Inc. in the above-referenced matter. My contact information is as follows:

> Elizabeth I. Hack
> Of Counsel
> Sonnenschein, Nath & Rosenthal, LLP
> 1301 K Street, NW
> East Tower, Suite 600
> Washington, DC 20005
> (202) 408-9236
> ehack@sonnenschein.com

In addition, enclosed please find A Certificate of Good Standing and the accompanying check for $100.

Sincerely,

Elizabeth I. Hack

Enclosure

25110268\V-1

Mon Apr 12 12:47:44 2004

UNITED STATES DISTRICT COURT

BOSTON          , MA

Receipt No.   321 55141
Cashier         nappi

Tender Type   CHARGE

C.C. Number: 9798                    07/04

Transaction Type   C

Case No./Def No. 1:90-CV-2    /   0

DØ Code    Div No    Acct
4638         1       6855XX

Amount             $    50.00

PAYMENT FOR MOTION FOR ADMISSION PRO HAC
VIVE/01-12257-PBS/

PAID BY CREDIT CARD VISA 9798 (7/04) JEREMY JEFFERSç