# HOGAN & HARTSON
L.L.P.

JOSEPH H. YOUNG
PARTNER
(410) 659-2775
JHYOUNG@HHLAW.COM

111 SOUTH CALVERT STREET, SUITE 1600
BALTIMORE, MARYLAND 21202
TEL (410) 659-2700
FAX (410) 539-6981
WWW.HHLAW.COM

April 16, 2004

Clerk's Office
United States District Court
  for the District of Massachusetts
John J. Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts  02210

      Re:    *In Re: Pharmaceutical Industry Average Wholesale Price Litigation, MDL No. 1456*

Dear Sir/Madam:

      Enclosed for filing in the above-referenced matter please find Amgen Inc.'s Corrected Answer to Plaintiffs' Amended Master Consolidated Class Action Complaint, which makes minor corrections to the Answer Amgen filed electronically earlier this afternoon.

      Very truly yours,

Joseph H. Young

JHY/JRN:jvd

WASHINGTON, DC

BRUSSELS   LONDON   PARIS*   BUDAPEST*   PRAGUE*   WARSAW   MOSCOW   TOKYO
NEW YORK   BALTIMORE   McLEAN   MIAMI   DENVER   BOULDER   COLORADO SPRINGS   LOS ANGELES
WASHINGTON OFFICE: 555 THIRTEENTH STREET NW, WASHINGTON DC 20004-1109   TEL: (202) 637-5600   FAX: (202) 637-5910
\\\BA - 58360/0066 - 172458 v1                         *Affiliated Office