UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, ) ) ) ) ) ) | MDL Docket No. 1456<br><br>Civil Action No. 01-CV-12257-PBS |
| This Document Relates to All Actions ) ) ) | Judge Patti B. Saris |

## CERTIFICATE OF GOOD STANDING

Pursuant to Local Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, I, Elizabeth S. Finberg, hereby certify that: (1) I am admitted to the bars of the District of Columbia, the State of Virginia, the United States District Court for the District of Columbia, the United States District Court for the District Court of Maryland, the United States District Court for the Eastern District of Virginia, the United States Bankruptcy Court for the Eastern District of Virginia, the United States Court of Appeals for the District of Columbia, and the United States Court of Appeals for the 4th Circuit; (2) I am a member in good standing in every jurisdiction where I have been admitted to practice; (3) no disciplinary proceedings are pending against me as a member of the bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

_____
Elizabeth S. Finberg

DATED: April 15, 2004