# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
IN CLERKS OFFICE

2003 DEC 19  A 10: 3

U.S. DISTRICT COURT
DISTRICT OF MASS.

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge Julia Smith Gibbons
United States Court of Appeals
Sixth Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

December 16, 2003

Tony Anastas, Clerk
2300 John Joseph Moakley
  U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Re: MDL-1456 -- In re Pharmaceutical Industry Average Wholesale Price Litigation

   *State of Texas ex rel. Ven-A-Care of Florida Keys, Inc. v. Roxane Laboratories, Inc., et al.,*
      W.D. Texas, C.A. No. 1:03-663

Dear Mr. Anastas:

   I am enclosing one certified and additional copies of a conditional transfer order filed by the Panel in the above-captioned action on November 28, 2003. Section 1407 requires that the transferee clerk "... transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

   A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ Necca Carta
           Deputy Clerk

Attachment

cc:  Transferee Judge:   Judge Patti B. Saris
     Transferor Judge:   Judge Sam Sparks
     Transferor Clerk:   William G. Putnicki, Clerk

JPML Form 36

# INVOLVED COUNSEL LIST (CTO-16)
# DOCKET NO. 1456
# IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

Stephen E. McConnico
Scott, Douglass & McConnico
One American Center, 15th Floor
600 Congress Avenue
Austin, TX 78701

Patrick J. O'Connell
Office of Attorney General
P.O. Box 12548
Austin, TX 78711-2548

A CERTIFIED TRUE COPY

DEC 16

ATTEST
FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED NOV 24 2003
IN CLERKS OFFICE

FILED
CLERK'S OFFICE
2003 DEC 19  A 10:39

**DOCKET NO. 1456**

U.S. DISTRICT COURT
DISTRICT OF MASS

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

State of Texas ex rel. Ven-A-Care of Florida Keys, Inc. v. Roxane Laboratories, Inc., et al., W.D. Texas, C.A. No. 1:03-663

### CONDITIONAL TRANSFER ORDER (CTO-16)

On April 30, 2002, the Panel transferred 16 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 29 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of April 30, 2002, 201 F.Supp.2d 1378 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 16

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION