# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) ) ) ACTION: 01-CV-12257-PBS ) ) JUDGE PATTI B. SARIS |
| THIS DOCUMENT RELATES TO: | ) ) |
| THE MASTER CONSOLIDATED CLASS ACTION | ) ) |

### NOTICE OF BOEHRINGER INGELHEIM CORPORATION'S, BEN VENUE LABORATORIES, INC.'S AND BEDFORD LABORATORIES' INTENT TO FILE A RESPONSE TO PLAINTIFFS' MOTION TO SUBSTITUTE BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. FOR BOEHRINGER INGELHEIM CORPORATION

On April 27, 2004, Plaintiffs filed and served a "Motion to Substitute Proper Party Boehringer Ingelheim Pharmaceuticals, Inc. for Boehringer Ingelheim Corporation and Response In Opposition to Boehringer Defendants' Motion to Dismiss."

Defendants Boehringer Ingelheim Corporation, Ben Venue Laboratories, Inc. and Bedford Laboratories respectfully file this notice that they intend to respond to Plaintiffs' motion within the time period permitted by Local Rule 7.1.

Dated:  April 28, 2004          Respectfully submitted,

/s/ Darrell A.H. Miller [signature on file with Court]
Paul J. Coval
Douglas L. Rogers
Darrell A. H. Miller
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216
(614) 464-6400
(614) 464-6350 FAX
*Attorneys for Boehringer Ingelheim Corp., Ben Venue Laboratories, Inc./Bedford Laboratories*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on all enrolled counsel via Verilaw on April 28, 2004 pursuant to this Court's Case Management Order 2.

/s/ Darrell A.H. Miller [signature on file with Court]
Darrell A.H. Miller
