UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 ) ) ) ) ) | Judge Patti B. Saris |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS CREATED DURING THE RELEVANT TIME PERIOD FROM DEFENDANTS ABBOTT LABORATORIES, ASTRAZENECA, SCHERING PLOUGH, SICOR AND TOGETHER RX DEFENDANTS**

Having considered each of the parties' submissions with respect to Plaintiffs' Motion to Compel the Production of Documents Created During the Relevant Time Period from Defendants Abbott Laboratories, AstraZeneca, the Schering Plough Group, the Sicor Group and Together Rx Defendants, the Court hereby GRANTS the Motion. It is hereby ORDERED:

1. Defendants Abbott Laboratories, AstraZeneca, the Schering Plough Group, and the Sicor Group must produce all relevant documents created within the Relevant Time Period defined in plaintiffs' discovery requests as January 1, 1991, to the date of production.

2. Together Rx defendants Together Rx LLC, AstraZeneca, the Johnson & Johnson Group and the GSK Group must produce all relevant documents created within the Relevant Time Period defined in plaintiffs' Together Rx discovery requests as January 1, 2001 to the date of production.

DATED: May __, 2004.

_____
Hon. Marianne B. Bowler
United States Magistrate Judge

# CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS CREATED DURING THE RELEVANT TIME PERIOD FROM DEFENDANTS ABBOTT LABORATORIES, ASTRAZENECA, SCHERING PLOUGH, SICOR AND TOGETHER RX DEFENDANTS to be served on all counsel of record electronically on May 3, 2004, pursuant to Section D of Case Management Order No. 2.

                                      /s/ Steve W. Berman
                                      Steve W. Berman
                                      **HAGENS BERMAN LLP**
                                      1301 Fifth Avenue, Suite 2900
                                      Seattle, WA  98101
                                      (206) 623-7292