UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION </br></br> THIS DOCUMENT RELATES TO: </br> *County of Suffolk v. Abbott Laboratories Inc., et al.* 2:03cv229 | ) ) ) ) ) ) ) ) ) ) | MDL NO. 1456 </br></br> CIVIL ACTION </br> NO. 01-12257-PBS </br></br> Judge Patti B. Saris |

FILING FEE PAID:
RECEIPT # 55593
AMOUNT $ 100.00
BY DPTY CLK
DATE 4/29/04

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Paragraph 16 of Case Management Order No. 1, County of Suffolk ("Suffolk") respectfully moves the Court for the admission *pro hac vice* of the lawyers listed below to practice before this Court as Suffolk's attorneys in this action. As appears from the accompanying declaration of each lawyer listed, each of them is a member of good standing of the bar of a district court of the United States. The appropriate filing fees are being submitted to the Clerk of the Court with this Motion.

The lawyers whose admissions *pro hac vice* are sought are:

Lloyd Donders                     ldonders@kmslaw.com
Daniel Kovel                       dkovel@kmslaw.com

Kirby McInerney & Squire
830 3rd Avenue, 10th Floor
New York, NY 10022
Tel: 212-371-6600
Fax: 212-751-2540

Suffolk requests that each of these lawyers be added to the Court's Master Service List.

Dated: April 26, 2004

        County of Suffolk
        Paul Sabatino II, Esq.
        Counsel to the Suffolk County Legislature

        By its attorneys:

        _____
        Daniel Hume
        Joanne M. Cicala
        Aaron Hovan
        Kirby McInerney & Squire LLP
        830 3rd Avenue, 10th Floor
        New York, NY 10022
        Tel: 212-371-6600
        Fax: 212-751-2540