A-1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456 |
| _____ | ) |
| | ) CIVIL ACTION |
| THIS DOCUMENT RELATES TO: | ) NO. 01-12257-PBS |
| *County of Suffolk v. Abbott Laboratories Inc., et al.*, E.D.N.Y. 2:03cv229 | ) ) |
| _____ | ) Judge Patti B. Saris |

### PRO HAC VICE DECLARATION OF DAVID KOVEL

1. I am and have been a member in good standing of the bar of the United States District Court for the District of Connecticut since 2003;

2. I am and have been a member in good standing of the bar of the United States District Court for the Southern District of New York since 2003;

3. I am and have been a member in good standing of the bar of the State of New York since 2003;

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, the undersigned counsel respectfully moves for admission to practice before this Court *pro hac vice*.

_____
David Kovel
Kirby McInerney & Squire LLP
830 3rd Avenue, 10th Floor
New York, NY 10022
Tel: 212-371-6600
Fax: 212-751-2540

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon__, Clerk of this Court, certify that

__DAVID  E. KOVEL__, Bar # __DK4760__

was duly admitted to practice in this Court on

__OCTOBER 28th, 2003__, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York          on   APRIL 23rd, 2004

__J. MICHAEL McMAHON__
Clerk

by: _(signature)_
Deputy Clerk