**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | |
| AVERAGE WHOLESALE PRICE | ) | MDL NO. 1456 |
| LITIGATION | ) | |
| ―――――――――――――――――― | ) | |
| | ) | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: | ) | NO. 01-12257-PBS |
| *County of Suffolk v. Abbott Laboratories* | ) | |
| *Inc., et al.,* E.D.N.Y. 2:03cv229 | ) | |
| ―――――――――――――――――― | ) | Judge Patti B. Saris |

**PRO HAC VICE DECLARATION OF LLOYD DONDERS**

1.    I am and have been a member in good standing of the bar of the United States District Court

for the Southern District of New York since 2004;

2.    I am and have been a member in good standing of the bar of the State of New York since

2001;

3.    There are no disciplinary proceedings pending against me as a member of the bar in any

jurisdiction;

4.    I am familiar with the Local Rules of the United States District Court for the District of

Massachusetts.

WHEREFORE, the undersigned counsel respectfully moves for admission to practice before this

Court *pro hac vice.*

Lloyd Donders
Kirby McInerney & Squire LLP
830 3rd Avenue, 10th Floor
New York, NY 10022
Tel: 212-371-6600
Fax: 212-751-2540

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

SOUTHERN ............... DISTRICT OF ............... NEW YORK

**CERTIFICATE OF
GOOD STANDING**

*I,* J. Michael McMahon, *Clerk of this Court, certify that*

**LLOYD DONDERS** , *Bar#* LD2321 ,

*was duly admitted to practice in this Court on*

APRIL 7,2004 , *and is in good standing*

DATE

*as a member of the Bar of this Court.*

*Dated at* White Plains, New York *on* APRIL 7, 2004 .

LOCATION

CLERK

J. Michael McMahon
CLERK OF COURT

PATRICK MORAN
DEPUTY CLERK