## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2004 I caused a true and correct copy of the Motion for Admission to be served on all Defendants electronically through Verilaw Technologies pursuant to Paragraph 11 of Case Management Order No. 2.

_____

Lloyd Donders

Dated: April 26, 2004