## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) ) ACTION: 01-CV-12257-PBS ) |
| THIS DOCUMENT RELATES TO: | ) JUDGE PATTI B. SARIS ) |
| THE MASTER CONSOLIDATED CLASS ACTION | ) CHIEF MAGISTRATE JUDGE ) MARIANNE B. BOWLER ) |

### NOTICE OF FILING REPLY TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MOTION FOR PROTECTIVE ORDER

Defendants Boehringer Ingelheim Corporation ("BIC"), Ben Venue Laboratories, Inc. ("BVI") and Bedford Laboratories ("Bedford") (collectively " Defendants") hereby notify the Court that they have filed a provisional Reply to Plaintiffs' Memorandum in Opposition to Motion for Protective Order.

Defendants filed a Motion for Leave to File a Reply on April 30, 2004 and which indicated that Defendants would file their Reply by May 11, 2004.  The Motion for Leave is still pending before this Court.

Defendants therefore have provisionally filed their Reply to Plaintiffs' Memorandum in Opposition pending this Court's decision on their Motion for Leave to File a Reply.

Dated:  May 11, 2004                                    Respectfully submitted,


/s/ Paul J. Coval [signature on file with Court]
Paul J. Coval
Douglas L. Rogers
Darrell A. H. Miller
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
(614) 464-6400
(614) 464-6350 FAX

*Attorneys for Boehringer Ingelheim Corp., Ben Venue Laboratories, Inc./Bedford Laboratories*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on all enrolled counsel via Verilaw on May 11, 2004 pursuant to this Court's Case Management Order 2.

/s/ Paul J. Coval [signature on file with Court]
Paul J. Coval