UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------- x
                                   :
In Re: PHARMACEUTICAL INDUSTRY     : MDL NO. 1456
AVERAGE WHOLESALE PRICE            :
LITIGATION                         : Master File No. 01-CV-12257-PBS
                                   :
                                   : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:          :
The Master Consolidated Class Action :
                                   :
---------------------------------- x

**CERTAIN DEFENDANTS' NOTICE OF OPPOSITION TO
PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF CERTAIN
DOCUMENTS AND CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Case Management Order No. 8, defendants Abbott Laboratories, AstraZeneca Pharmaceuticals LP, Schering Plough, Sicor, Together Rx LLC, Johnson & Johnson and GlaxoSmithKline ("defendants") hereby notify the Court of their opposition to plaintiffs' Motion to Compel the Production of Documents During the Relevant Time Period filed on May 3, 2004 (the "Motion").

Defendants further notify the Court of their intention to file a memorandum in opposition to plaintiffs' Motion on or before May 27, 2004, pursuant to an agreement with plaintiffs. Accordingly, defendants hereby move, with the consent of plaintiffs, for entry of the briefing schedule set forth in the proposed order attached hereto.

                                              Respectfully Submitted,
                                              ON BEHALF OF DEFENDANTS LISTED ABOVE

May 17, 2004            By:   /s/ Lucy Fowler
                                          Nicholas C. Theodorou, Esq. (BBO# 496730)
                                          Lucy Fowler, Esq. (BBO# 647929)
                                          FOLEY HOAG, LLP

155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

D. Scott Wise, Esq.
Kimberley D. Harris, Esq.
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY  10017
(212) 450-4000

Attorneys for AstraZeneca Pharmaceuticals LP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
---------------------------------- x
                                   :
In Re: PHARMACEUTICAL INDUSTRY     : MDL NO. 1456
AVERAGE WHOLESALE PRICE            :
LITIGATION                         : Master File No. 01-CV-12257-PBS
                                   :
THIS DOCUMENT RELATES TO:          : Judge Patti B. Saris
                                   :
The Master Consolidated Class Action
---------------------------------- x

## [PROPOSED] SCHEDULING ORDER

IT IS HEREBY ORDERED that Defendants shall file any opposition to Plaintiffs' Motion to Compel the Production of Documents Created During the Relevant Time Period by May 27, 2004.

Dated: May __, 2004

                                                        _____
                                                        Hon. Marianne B. Bowler
                                                        United States Magistrate Judge

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for plaintiffs assents to this motion.

/s/ Lucy Fowler
Lucy Fowler

## CERTIFICATE OF SERVICE

I certify that on May 17, 2004, a true and correct copy of the foregoing Notice of Opposition and Consent Motion for an Extension was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

/s/ Lucy Fowler
Lucy Fowler