UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 ) ) ) ) | Judge Patti B. Saris |

### NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS CREATED DURING THE RELEVANT TIME PERIOD DIRECTED AT DEFENDANT SICOR

Plaintiffs hereby advise the Court that they have withdrawn their Motion to Compel the Production of Documents Created During the Relevant Time Period From Defendants Abbott Laboratories, Astrazenca, Schering-Plough, Sicor and Together Rx Defendants, filed on May 3, 2004, against Defendant Sicor only.

Plaintiffs filed a motion to compel documents created prior to January 1, 1997 and after September 6, 2002 against the following defendants: Abbott Laboratories, Astrazeneca, Schering-Plough, Sicor, and Together Rx Defendants. Since the filing of that motion, Defendant Sicor has agreed to produce responsive documents. *See* May 13, 2004 letter attached as Exhibit A. Therefore, the motion to compel is withdrawn as to Defendant Sicor but remains applicable against all other defendants.

DATED: May 19, 2004                    By  Steve W. Berman, signature on file
                                              Thomas M. Sobol (BBO#471770)
                                              Edward Notargiacomo (BBO#567636)
                                              Hagens Berman LLP
                                              225 Franklin Street, 26th Floor
                                              Boston, MA  02110
                                              Telephone: (617) 482-3700
                                              Facsimile: (617) 482-3003
                                              **LIAISON COUNSEL**

                                              Steve W. Berman
                                              Sean R. Matt
                                              Kevin P. Roddy
                                              Hagens Berman LLP
                                              1301 Fifth Avenue, Suite 2900
                                              Seattle, WA  98101
                                              Telephone: (206) 623-7292
                                              Facsimile: (206) 623-0594

                                              Samuel Heins
                                              Brian Williams
                                              Heins, Mills & Olson, P.C.
                                              3550 IDS Center
                                              80 South Eighth Street
                                              Minneapolis, MN  55402
                                              Telephone: (612) 338-4605
                                              Facsimile: (612) 338-4692

                                              Jeffrey Kodroff
                                              John Macoretta
                                              Spector, Roseman & Kodroff, P.C.
                                              1818 Market Street, Suite 2500
                                              Philadelphia, PA  19103
                                              Telephone: (215) 496-0300
                                              Facsimile: (215) 496-6611
                                              **CHAIRS OF LEAD COUNSEL COMMITTEE**

Marc H. Edelson
Alan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Elizabeth Fegan Hartweg
The Wexler Firm
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
**MEMBERS OF LEAD COUNSEL COMMITTEE AND EXECUTIVE COMMITTEE**

Michael McShane
Alexander, Hawes & Audet, LLP
300 Montgomery Street, Suite 400
San Francisco, CA  94104
Telephone: (415) 982-1886
Facsimile: (415) 576-1776

Robert E. Piper, Jr.
Piper & Associates
624 Pierre Avenue
Shreveport, LA 71103
Telephone: (318) 226-0826
Facsimile: (318) 424-9900
**MEMBERS OF EXECUTIVE COMMITTEE**

Anthony Bolognese
Bolognese & Associates
One Penn Center
1617 JFK Boulevard
Suite 650
Philadelphia, PA  19103
Tel:  (215) 814-6750
Fax:  (215) 814-6764

Jonathan W. Cuneo
The Cuneo Law Group
317 Massachusetts Avenue, N.E.
Suite 300
Washington, D.C. 20002
Tel: (202) 789-3960
Fax: (202) 789-1813

Neal Goldstein (Of Counsel)
Freedman & Lorry, PC
400 Market Street, Suit 900
Philadelphia, PA 19106
Tel: (215) 925-8400
Fax: (215) 925-7516

Michael E. Criden
Hanzman & Criden, PA
Commerce Bank Center, Suite 400
220 Alhambra Circle
Coral Gables, FL 33134
Tel: (305) 357-9000
Fax: (305) 357-9050

Blake M. Harper
Kirk B. Hulett
Hulett Harper LLP
550 West C Street
Suite 1700
San Diego, CA 92101
Tel: (619) 338-1133
Fax: (619) 338-1139

Jonathan D. Karmel
Karmel & Gilden
221 N. LaSalle Street
Suite 1414
Chicago, IL 60601
Tel: (312) 641-2910
Fax: (312) 641-0781

Dianne M. Nast
Roda & Nast, PC
801 Estelle Drive
Lancaster, PA 17601
Tel: 717-892-3000
Fax: 717-892-1200

Henry H. Rossbacher
Rossbacher & Associates
811 Wilshire Boulevard,
Suite 1650
Los Angeles, CA 90017-2666
Tel: (213) 895-6500
Fax: (213) 895-6161

Jonathan Shub
Sheller, Ludwig & Badey, P.C.
1528 Walnut Street, 3rd fl
Philadelphia, PA 19102
Tel: (215) 790-7300
Fax: (215) 546-0942

Scott R. Shepherd
Shepherd & Finkleman, LLC
117 Gayley Street,
Suite 200
Media, PA 19063
Tel: (610) 891-9880
Fax: (610) 891-9883

Lisa J. Rodriguez
Ira Neil Richards
Trujillo Rodriguez& Richards, LLC
The Penthouse
226 West Rittenhouse Square
Philadelphia, PA 19103
Tel: (215) 731-9004
Fax: (215) 731-9044

Mitchell A. Toups
Weller, Green, Toups & Terrell, L.L.P.
2615 Calder Street, Suite 400
P.O. Box 350
Beaumont, TX  77704
Tel: (409) 838-0101
Fax: 409-838-6780

Damon Young
Lance Lee
Young, Pickett & Lee
4122 Texas Boulevard
P.O. Box 1897
Texarkana, AR/TX  75504
Tel: (903) 794-1303
Fax: 903-792-5098; 903-794-5098
**ADDITIONAL ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS CREATED DURING THE RELEVANT TIME PERIOD DIRECTED AT DEFENDANT SICOR** to be served on all counsel of record electronically on May 19, 2004, pursuant to Section D of Case Management Order No. 2.

                                    /s/ Steve W. Berman
                                    Steve W. Berman
                                    **HAGENS BERMAN LLP**
                                    1301 Fifth Avenue, Suite 2900
                                    Seattle, WA  98101
                                    (206) 623-7292

# Exhibit A



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

**Elizabeth I. Hack**
202.408.9236
ehack@sonnenschein.com

1301 K Street N.W.
Suite 600, East Tower
Washington, D.C. 20005
202.408.6400
202.408.6399 fax
www.sonnenschein.com

*Chicago*
*Kansas City*
*Los Angeles*
*New York*
*San Francisco*
*Short Hills, N.J.*
*St. Louis*
*Washington, D.C.*
*West Palm Beach*

May 13, 2004

<u>VIA E-MAIL AND FIRST CLASS MAIL</u>

Brian Williams, Esq.
Susan MacMenamin, Esq.
Heins, Mills & Olson, PC
700 Northstar East
608 2nd Ave South
Minneapolis, MN 55402

Re: **In Re: Pharmaceutical Industry Wholesale Price Litigation,
<u>MDL 1456, No. 01-CV-12257-PBS (D. Mass.)</u>**

Dear Counsel:

Pursuant to our discussion this past Friday, May 7, 2004, Sicor withdraws any objection on the basis of relevance that it has to Plaintiffs' Request for the Production of Documents and Interrogatories to the extent they call for responsive documents or information generated or assembled either prior to January 1, 1997 or after September 6, 2002. As such there is no longer any basis for Plaintiffs' Motion to Compel ("Motion"). Therefore I expect you will be withdrawing your Motion as to Sicor forthwith.

Please contact me at (202) 408-9236 if you have any questions.

Sincerely,

Elizabeth I. Hack

cc: Steven W. Berman, Hagens Berman, LLP
    Wes Fach, General Counsel, Sicor