UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) THIS DOCUMENT RELATES TO: ) California, State of et al v. Abbott Laboratories et al ) CASE #: 1:03-cv-11226-PBS ) ) | MDL No. 1456 Master File No. 01-12257-PBS Judge Patti B. Saris |

### NOTICE OF APPEARANCE FOR PLAINTIFF STATE OF CALIFORNIA, ADMISSION PRO HAC VICE

The following submission for Admission *Pro Hac Vice* is being made pursuant to the Case Management Order No. 1 signed by the Honorable Patti B. Saris, referencing the above case, Page 8, Section V. Admission of Attorneys, paragraph 16:

> "Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee."

Attached are the Certificates of Good Standing from the State Bar of California and from the United States District Court Southern District of California for the undersigned attorney:

> Brian V. Frankel
> Supervising Deputy Attorney General
> Department of Justice
> California Bureau of Medi-Cal Fraud and Elder Abuse
> 1455 Frazee Road, Ste. 315
> San Diego, CA 92108
> Ph: 619-688-6065
> Fax: 619-688-4200

1

I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury on this 12th day of May, 2004.

Respectfully submitted,

BILL LOCKYER
Attorney General for the State of California

By: _____

Brian V. Frankel
Deputy Attorney General
Department of Justice
Bureau of Medi-Cal Fraud & Elder Abuse
1455 Frazee Rd., Ste. 315
San Diego, CA 92108
(619) 688-6065 Telephone
(619) 688-4200 Facsimile

Attorneys for the Plaintiff, State of California

## CERTIFICATE OF SERVICE

I hereby certify that I, Brian V. Frankel, Supervising Deputy Attorney General, Bureau of Medi-Cal Fraud and Elder Abuse, for the State of California, caused a true and correct copy of the foregoing Notice of Appearance for Plaintiff State of California, Admission *Pro Hac Vice*, to be served electronically on counsel of record on the Master Service List, pursuant to Section E of the Case Management Order No. 2, this 14th day of May, 2004.

_____
Brian V. Frankel
Supervising Deputy Attorney General
Bureau of Medi-Cal Fraud and Elder Abuse
State of California