# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA  } ss.

I, W. Samuel Hamrick, Jr., Clerk of the United States District Court for the Southern District of California,

DO HEREBY CERTIFY That Brian V. Frankel was duly admitted to practice in said Court on February 15, 1985, and is in good standing as a member of the bar of said Court

Dated at San Diego, CA

on April 15, 2004

W. SAMUEL HAMRICK, JR.
Clerk

By Deborah Guyette
Deputy Clerk



# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

April 26, 2004

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, BRIAN VINCENT FRANKEL was admitted to the practice of law in this state by the Supreme Court of California on December 18, 1984; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Senior Administrative Supervisor
Office of Certification