UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | CIVIL ACTION: 01-CV-12257-PBS |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ALL ACTIONS ) | JUDGE PATTI B. SARIS |

## CERTIFICATE OF GOOD STANDING

Jennifer H. McGee, an attorney with the firm Shook, Hardy & Bacon L.L.P., Hamilton Square, 600 14th Street NW, Suite 800, Washington, D.C. 20005-2004, hereby certifies:

1. I am a member of the Bar of Maryland.

2. I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings against me as a member of the Bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Under penalty of perjury this /1th day of May 2004.

Respectfully submitted,

_____
Jennifer H. McGee
SHOOK, HARDY & BACON L.L.P.
Hamilton Square, 600 14th Street, Suite 800
Washington, D.C. 20005-2004
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

1435347v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served via Verilaw on all enrolled 25 May 2004.

_____
Aimee E. Bierman

1435347v1