UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ALL ACTIONS ) | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br><br> JUDGE PATTI B. SARIS |

## CERTIFICATE OF GOOD STANDING

Paul S. Schleifman, an attorney with the firm Shook, Hardy & Bacon L.L.P., Hamilton Square, 600 14th Street NW, Suite 800, Washington, D.C. 20005-2004, hereby certifies:

1. I am a member of the Bars of the District of Columbia, Virginia and Maryland.

2. I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings against me as a member of the Bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Under penalty of perjury this 11th day of May 2004.

Respectfully submitted,

Paul S. Schleifman
SHOOK, HARDY & BACON L.L.P.
Hamilton Square, 600 14th Street, Suite 800
Washington, D.C. 20005-2004
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

1433357v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served via Verilaw on all enrolled 25 May 2004.

_____
Aimee E. Bierman

1433357v1