UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ) <br> ALL ACTIONS ) | JUDGE PATTI B. SARIS |

## CERTIFICATE OF GOOD STANDING

Nicola R. Heskett, an attorney with the firm Shook, Hardy & Bacon L.L.P., 2555 Grand Blvd., Kansas City, MO 64108, hereby certifies:

1. I am a member of the Bars of Kansas and Missouri.

2. I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings against me as a member of the Bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Under penalty of perjury this 12th day of May 2004.

Respectfully submitted,

/s/ Nicola R. Heskett
Nicola R. Heskett
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile (816) 421-5547

1433351v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served via Verilaw on all enrolled 25 May 2004.

_____
Aimee E. Bierman

1433351v1