UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | CIVIL ACTION: 01-CV-12257-PBS |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ALL ACTIONS ) | JUDGE PATTI B. SARIS |

## CERTIFICATE OF GOOD STANDING

Robert J. McCully, an attorney with the firm Shook, Hardy & Bacon L.L.P., 2555 Grand Blvd., Kansas City, MO 64108, hereby certifies:

1. I am a member of the Bars of the Western District of Missouri, Kansas and Texas.

2. I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings against me as a member of the Bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Under penalty of perjury this 17th day of May 2004.

Respectfully submitted,

Robert J. McCully
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile (816) 421-5547

1433375v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served via Verilaw on all enrolled 25 May 2004.

_____
Aimee E. Bierman

1433375v1