UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) | JUDGE PATTI B. SARIS |

## CERTIFICATE OF GOOD STANDING

James P. Muehlberger, an attorney with the firm Shook, Hardy & Bacon L.L.P., 2555 Grand Blvd., Kansas City, MO 64108, hereby certifies:

1. I am a member of the Bars of Kansas, Missouri, The United States District Court of Kansas, and the United States District Court for the Western District of Missouri.

2. I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice, and have resigned in good standing from the Arizona and Nebraska State Bars.

3. There are no disciplinary proceedings against me as a member of the Bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Under penalty of perjury this 13th day of May 2004.

Respectfully submitted,

James P. Muehlberger
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile (816) 421-5547

1433355v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served via Verilaw on all enrolled 25 May 2004.

_/s/ Aimee E. Bierman_
Aimee E. Bierman

1433355v1