## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL NO. 1456 ) ) ) CIVIL ACTION: 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) Judge Patti B. Saris ) ) |

## NOTICE OF MOTION AND MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER GOVERNING CONFIDENTIAL HEALTH INFORMATION

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Defendants hereby move the Court for entry of the attached Stipulated Protective Order Governing Confidential Health Information.

The requested order is appropriate in this case to permit the parties and third parties to produce relevant confidential health information that is subject to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA").

The proposed order has been approved by the United States Department of Health and Human Services and the Centers for Medicare and Medicaid Services as complying with the HIPAA privacy regulations, including 45 C.F.R. § 164.512(e), which allows the disclosure of confidential health information when the Court has approved a qualified protective order. Counsel for Plaintiffs also have reviewed the proposed protective order and have indicated that they do not oppose entry of the order.

For the foregoing reasons, Defendants respectfully request the entry of the attached Stipulated Protective Order Governing Confidential Health Information.

Respectfully Submitted,

BY: s/Mark D. Smith
Mark D. Smith (BBO #542676)
Laredo & Smith LLP
15 Broad Street, Suite 600
Boston, MA 02109
(617) 367-7984 (telephone)
(617) 367-6475 (facsimile)

John C. Dodds, Esq.
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000 (telephone)
(215) 963-5001 (facsimile)

Scott A. Stempel, Esq.
J. Clayton Everett, Jr., Esq.
Gregory F. Wells, Esq.
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-3000 (telephone)
(202) 739-3001 (facsimile)

*Attorneys for Defendant Pharmacia Corporation and Pfizer, Inc.*

Dated: May 26, 2004 *and on Behalf of All Defendants for the Purposes of This Motion*

SO ORDERED, this _____ day of _____ 2004.

_____
Patti B. Saris United States District Judge

## CERTIFICATE OF SERVICE

I, Mark D. Smith, hereby certify that I caused a true and correct copy of the following documents:

NOTICE OF MOTION AND MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER GOVERNING CONFIDENTIAL HEALTH INFORMATION
STIPULATED PROTECTIVE ORDER GOVERNING CONFIDENTIAL HEALTH INFORMATION

to be electronically served by Verilaw Technologies, Inc., on all counsel of record in MDL 1456 pursuant to the Court's July 30, 2002 Order Regarding Electronic Service.

Dated: May 26, 2004

                                              Respectfully Submitted,

BY:   s/Mark D. Smith
         Mark D. Smith (BBO #542676)
         Laredo & Smith LLP
         15 Broad Street, Suite 600
         Boston, MA 02109
         (617) 367-7984 (telephone)
         (617) 367-6475 (facsimile)