## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | Judge Patti B. Saris |

### NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS CREATED DURING THE RELEVANT TIME PERIOD DIRECTED AT DEFENDANT SCHERING-PLOUGH

Plaintiffs hereby advise the Court that they withdraw their Motion to Compel the Production of Documents Created During the Relevant Time Period From Defendants Abbott Laboratories, Astrazenca, Schering-Plough, Sicor and Together Rx Defendants, filed on May 3, 2004, against Defendant Schering-Plough. The motion was previously withdrawn as to Sicor which subsequently agreed to produce relevant documents.

Plaintiffs filed a motion to compel documents created prior to January 1, 1997 and after September 6, 2002 against the following defendants: Abbott Laboratories, Astrazeneca, Schering-Plough, Sicor, and Together Rx Defendants. Since the filing of that motion, Defendant Schering-Plough has agreed to produce responsive documents. *See* May 25, 2004 letter attached as Exhibit A. Therefore, the motion to compel is withdrawn as to Defendant Schering-Plough but remains applicable against all other defendants (Abbott, Astrazeneca and Together Rx

NOTICE OF WITHDRAWAL OF PLAINTIFFS'     - 1 -
MOTION TO COMPEL

1534.16 0062 MTN.DOC

Defendants) except Sicor.

DATED:  May 25, 2004

By   Steve W. Berman, signature on file
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA  02110
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Kevin P. Roddy
Hagens Berman LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Samuel Heins
Brian Williams
Heins, Mills & Olson, P.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
**CHAIRS OF LEAD COUNSEL
COMMITTEE**

NOTICE OF WITHDRAWAL OF PLAINTIFFS'      - 2 -
MOTION TO COMPEL

1534.16 0062 MTN.DOC

Marc H. Edelson
Alan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Elizabeth Fegan Hartweg
The Wexler Firm
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
**MEMBERS OF LEAD COUNSEL
COMMITTEE AND EXECUTIVE
COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS CREATED DURING THE RELEVANT TIME PERIOD DIRECTED AT DEFENDANT SCHERING-PLOUGH** to be served on all counsel of record electronically on May 26, 2004, pursuant to Section D of Case Management Order No. 2.

Steve W. Berman
**HAGENS BERMAN LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292

NOTICE OF WITHDRAWAL OF PLAINTIFFS'          - 4 -
MOTION TO COMPEL

1534.16 0062 MTN.DOC

# Exhibit A



**ROPES & GRAY LLP**

ONE INTERNATIONAL PLACE      BOSTON, MA 02110-2624      617-951-7000      F 617-951-7050

BOSTON      NEW YORK      SAN FRANCISCO      WASHINGTON, DC

May 25, 2004

John R. Therien
(617) 951-7966
jtherien@ropesgray.com

**VIA FACSIMILE AND FEDERAL EXPRESS**

Steve W. Berman, Esq.
Hagens Berman LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Fax (206) 623-0594

Re: In re: Pharmaceutical Industry Average Wholesale Price Litigation MDL No. 1456

Dear Steve:

I write to confirm the agreement reached in our conversation this morning regarding your motion to compel against Schering-Plough and Warrick. In exchange for your withdrawal of the motion, we will produce invoice, chargeback, and rebate data for Schering's and Warrick's drugs in the AMCC from January 1, 1991 to March 31, 2004. We will also make available for inspection certain categories of responsive documents notwithstanding our objection to the "relevant time period" in the Omnibus Requests, but otherwise consistent with our objections to the Omnibus Requests and as previously agreed. These categories are as follows:

- Contracts and related correspondence with managed care organizations.

- Contracts and related correspondence for the sale of our oncology products.

- Sales representatives' call notes for the relevant drugs.

- Pricing correspondence with Publishers as previously agreed and through March 31, 2004.

Please contact either me or Christy Talley immediately if this is inconsistent with your understanding of our agreement. Thank you.

Sincerely,

John R. Therien

9452827_1

cc:   John T. Montgomery, Esq.
       Crystal D. Talley, Esq.

9452827_1