UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | Judge Patti B. Saris |

**PLAINTIFFS' MOTION TO FILE A SURREPLY IN OPPOSITION TO SUFFOLK COUNTY'S REPLY ON MOTION RESPECTING COORDINATING DISCOVERY**

Pursuant to Local Rule 7.1(B)(3), plaintiffs request leave to file a surreply to Suffolk County's reply memorandum motion respecting coordinating discovery. Suffolk County in its opening "Motion Respecting Coordinating Discovery" sought no specific relief. It did not conduct any pre-filing discovery conference so it was a bit difficult to determine what exactly Suffolk wanted by way of relief.

Without seeking leave of the Court, Suffolk County has now filed a reply in which it for the first time specifies the relief it seeks: the creation of a document depository financed solely by liaison counsel. Such a request would cost millions of dollars and would greatly increase the costs of the litigation. Assuming the Court accepts Suffolk's authorized reply, plaintiffs respectfully submit that a surreply is appropriate to address Suffolk's proposed relief, as well as the many serious inaccuracies in its moving papers.

- 1 -

1534.16 0059 MTN.DOC

- 2 -

DATED: May 26, 2004.                By   Steve W. Berman, signature on file
                                        Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA 02110
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Kevin P. Roddy
Hagens Berman LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Samuel Heins
Brian Williams
Heins, Mills & Olson, P.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
**CHAIRS OF LEAD COUNSEL COMMITTEE**

Marc H. Edelson
Alan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

1534.16 0059 MTN.DOC

Kenneth A. Wexler
Elizabeth Fegan Hartweg
The Wexler Firm
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
**MEMBERS OF LEAD COUNSEL COMMITTEE AND EXECUTIVE COMMITTEE**

Michael McShane
Alexander, Hawes & Audet, LLP
300 Montgomery Street, Suite 400
San Francisco, CA  94104
Telephone: (415) 982-1886
Facsimile: (415) 576-1776

Robert E. Piper, Jr.
Piper & Associates
624 Pierre Avenue
Shreveport, LA 71103
Telephone: (318) 226-0826
Facsimile: (318) 424-9900
**MEMBERS OF EXECUTIVE COMMITTEE**

Anthony Bolognese
Bolognese & Associates
One Penn Center
1617 JFK Boulevard
Suite 650
Philadelphia, PA  19103
Tel:  (215) 814-6750
Fax:  (215) 814-6764

Jonathan W. Cuneo
The Cuneo Law Group
317 Massachusetts Avenue, N.E.
Suite 300
Washington, D.C. 20002
Tel: (202) 789-3960
Fax: (202) 789-1813

Neal Goldstein (Of Counsel)
Freedman & Lorry, PC
400 Market Street, Suit 900
Philadelphia, PA 19106
Tel: (215) 925-8400
Fax: (215) 925-7516

Michael E. Criden
Hanzman & Criden, PA
Commerce Bank Center, Suite 400
220 Alhambra Circle
Coral Gables, FL 33134
Tel: (305) 357-9000
Fax: (305) 357-9050

Blake M. Harper
Kirk B. Hulett
Hulett Harper LLP
550 West C Street
Suite 1700
San Diego, CA 92101
Tel: (619) 338-1133
Fax: (619) 338-1139

Jonathan D. Karmel
Karmel & Gilden
221 N. LaSalle Street
Suite 1414
Chicago, IL 60601
Tel: (312) 641-2910
Fax: (312) 641-0781

Dianne M. Nast
Roda & Nast, PC
801 Estelle Drive
Lancaster, PA 17601
Tel: 717-892-3000
Fax: 717-892-1200

- 5 -

        Henry H. Rossbacher
        Rossbacher & Associates
        811 Wilshire Boulevard,
        Suite 1650
        Los Angeles, CA 90017-2666
        Tel: (213) 895-6500
        Fax: (213) 895-6161

        Jonathan Shub
        Sheller, Ludwig & Badey, P.C.
        1528 Walnut Street, 3rd fl
        Philadelphia, PA  19102
        Tel: (215) 790-7300
        Fax: (215) 546-0942

        Scott R. Shepherd
        Shepherd & Finkleman, LLC
        117 Gayley Street,
        Suite 200
        Media, PA 19063
        Tel: (610) 891-9880
        Fax: (610) 891-9883

        Lisa J. Rodriguez
        Ira Neil Richards
        Trujillo Rodriguez& Richards, LLC
        The Penthouse
        226 West Rittenhouse Square
        Philadelphia, PA  19103
        Tel: (215) 731-9004
        Fax: (215) 731-9044

        Mitchell A. Toups
        Weller, Green, Toups & Terrell, L.L.P.
        2615 Calder Street, Suite 400
        P.O. Box 350
        Beaumont, TX  77704
        Tel: (409) 838-0101
        Fax: 409-838-6780

1534.16 0059 MTN.DOC

Damon Young
Lance Lee
Young, Pickett & Lee
4122 Texas Boulevard
P.O. Box 1897
Texarkana, AR/TX  75504
Tel: (903) 794-1303
Fax: 903-792-5098; 903-794-5098
**ADDITIONAL ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **PLAINTIFFS' MOTION TO FILE A SURREPLY IN OPPOSITION TO SUFFOLK COUNTY'S REPLY ON MOTION RESPECTING COORDINATING DISCOVERY** to be served on all counsel of record electronically on May 26, 2004, pursuant to Section D of Case Management Order No. 2.

_____
Steve W. Berman
**HAGENS BERMAN LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292