UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------ x
:
In Re: PHARMACEUTICAL INDUSTRY         : MDL NO. 1456
AVERAGE WHOLESALE PRICE                :
LITIGATION                             : Master File No. 01-CV-12257-PBS
                                       :
                                       : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:              :
The Master Consolidated Class Action   :
                                       :
------------------------------------ x

## ASTRAZENECA PHARMACEUTICALS LP'S CONSENT MOTION FOR AN EXTENSION OF TIME TO OPPOSE THE MOTION TO COMPEL

AstraZeneca Pharmaceuticals LP ("AstraZeneca") hereby moves, with the consent of plaintiffs, for a one-week extension of time to June 3, 2004 to oppose the Motion to Compel the Production of Documents Created During the Relevant Time Period, as that motion relates to AstraZeneca's production of documents in response to Plaintiffs' Omnibus Requests for Production. The parties have been discussing a possible resolution of this dispute. No further extensions of time are anticipated.

Accordingly, AstraZeneca hereby moves for entry of the proposed scheduling order attached hereto.

| Dated:   Boston, Massachusetts May 27, 2004 | |
|---|---|
| | Respectfully submitted,<br><br>By: /s/ Lucy Fowler<br>Nicholas C. Theodorou (BBO # 496730)<br>Lucy Fowler (BBO # 647929)<br>FOLEY HOAG LLP<br>155 Seaport Blvd.<br>Boston, Massachusetts 02210<br>Tel: (617) 832-1000 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------- x
                                   :
In Re: PHARMACEUTICAL INDUSTRY     : MDL NO. 1456
AVERAGE WHOLESALE PRICE            :
LITIGATION                         : Master File No. 01-CV-12257-PBS
                                   :
THIS DOCUMENT RELATES TO:          : Judge Patti B. Saris
                                   :
The Master Consolidated Class Action
---------------------------------- x

## [PROPOSED] SCHEDULING ORDER

IT IS HEREBY ORDERED that AstraZeneca Pharmaceuticals LP shall be granted a one-week extension to June 3, 2004 to file any opposition to Plaintiffs' Motion to Compel the Production of Documents Created During the Relevant Time Period.

Dated: May __, 2004

                                        _____
                                        Hon. Marianne B. Bowler
                                        United States Magistrate Judge

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for plaintiffs assents to this motion.

/s/ Lucy Fowler
Lucy Fowler

## CERTIFICATE OF SERVICE

I certify that on May 27, 2004, a true and correct copy of the foregoing Consent Motion for Extension of Time to Oppose the Motion to Compel was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

/s/ Lucy Fowler
Lucy Fowler