UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL NO. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS |

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE THAT effective May 31, 2004, Hale and Dorr LLP merged with Wilmer Cutler Pickering LLP.  The new Firm's name is Wilmer Cutler Pickering Hale and Dorr LLP.  The address and telephone numbers of the attorneys from the Firm who have entered appearances on behalf of Novartis Pharmaceuticals Corporation, Karen F. Green and Benjamin M. Stern, remain the same.  Their email addresses, however, have changed to karen.green@wilmerhale.com and benjamin.stern@wilmerhale.com.

    Respectfully submitted,
    Norvartis Pharmaceuticals Corporation

    By its attorneys,

    /s/ Benjamin M. Stern
    Karen F. Green (BBO #209050)
    Benjamin M. Stern (BBO #646778)
    WILMER CUTLER PICKERING
    HALE AND DORR LLP
    60 State Street
    Boston, MA 02109
    (617) 526-6000

Dated:  June 1, 2003