UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) ) *County of Suffolk v. Abbot Laboratories, Inc., et al.*, E.D. NY No. 03-229 ) ) ) | MDL NO. 1456<br><br>C.A. NO. 01-CV-12257-PBS<br>Judge Patti B. Saris |

## NOTICE OF FIRM NAME CHANGE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective May 31, 2004, Hale and Dorr LLP merged with Wilmer Cutler Pickering LLP. The new Firm's name is Wilmer Cutler Pickering Hale and Dorr LLP. The addresses and telephone numbers of those attorneys who have entered appearances on behalf of Biogen, Inc., William F. Lee, James C. Burling, and Debra Squires-Lee, remain the same. The email addresses have changed to: william.lee@wilmerhale.com; james.burling@wilmerhale.com; and debra.squires-lee@wilmerhale.com.

Attorneys for BIOGEN, INC.

/s/ Debra Squires-Lee_____
William F. Lee (BBO #291960)
James C. Burling (BBO #065960)
Debra Squires-Lee (BBO #633619)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
(617) 526-6000

Dated:  June 3, 2004