# APPENDIX A

## ADDITION TO AMCC APPENDIX A
## AWPs FOR ATROVENT

| NDC: | 00597-0082-14 2003 AWP: | 50.15 |
|---|---|---|
| | 2002 | 44.56 |
| | 2001 | 40.03 |
| | 1999 | 35.93 |
| | 1998 | 31.48 |
| | 00597-0080-62 2003 AWP: | 84.06 |
| | 2002 | 70.97 |
| | 2001 | 65.63 |
| | 1999 | 58.40 |
| | 1998 | 51.43 |
| | 00597-0081-30 2003 AWP: | 55.26 |
| | 2002 | 45.04 |
| | 2001 | 43.73 |
| | 1999 | 38.74 |
| | 1998 | 34.74 |
| | 00597-0086-76 2003 AWP: | 47.38 |
| | 2002 | 38.60 |
| | 2001 | 37.48 |
| | 1999 | 33.19 |
| | 1998 | 29.81 |
| | 00597-0082-18 2003 AWP: | 36.94 |
| | 1999 | 32.84 |
| | 1998 | 28.79 |

1534.16 0117 BSC.DOC