UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) <br> ) MDL No. 1456 <br> ) <br> ) CIVIL ACTION: 01-CV-12257 PBS <br> ) |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | ) <br> ) Judge Patti B. Saris <br> ) |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that, effective June 7th, 2004, the Massachusetts office of the firm of Hagens Berman LLP has changed its address to the following:

Hagens Berman LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003


HAGENS BERMAN LLP


By:____/s/ Thomas M. Sobol_____
Thomas M. Sobol, Esq.
Ed Notargiacomo, Esq.
Wanda Garcia, Esq.
HAGENS BERMAN LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003

Dated:  June 8, 2004

1

**CERTIFICATE OF SERVICE**

      I hereby certify that I, Thomas M. Sobol, an attorney, caused a true and correct copy of the foregoing **Notice of Change of Firm Address** to be served on all counsel of record electronically on June 08, 2004, pursuant to Section D of Case Management Order No. 2.

      /s/ Thomas M. Sobol_____
      Thomas M. Sobol, Esq.
      **HAGENS BERMAN LLP**
      One Main Street, 4th Floor
      Cambridge, MA  02142
      Telephone: (617) 482-3700