# EXHIBIT 1



04/02/04 01:09 PM ET

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | |

### AMENDED NOTICE OF RULE 30(B)(6) DEPOSITION

TO:   ALL COUNSEL ON ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that the undersigned attorneys for Plaintiffs shall take the deposition upon oral examination of a representative of each Defendant in this action who is knowledgeable regarding the matters designated on Exhibit "A," attached.  These depositions will being taken pursuant to Federal Rule of Civil Procedure 30(b)(6) and will be recorded by stenographic and/or sound and visual means.  The depositions will be take place as follows:

| Deponent | Date and Time | | Location |
|---|---|---|---|
| Abbott | 10:00 a.m. | Within 45 days or on May 10, 2004 | The Wexler Firm LLP<br>One N. LaSalle Street, Suite 2000<br>Chicago, IL  60602 |
| Astra Zeneca | 10:00 a.m. | Within 45 days or on May 11, 2004 | The Wexler Firm LLP<br>One N. LaSalle Street, Suite 2000<br>Chicago, IL  60602 |



E-SERVED 04/02/04 01:09 PM ET AMP-MDL NO. 1456

| Company | Time | Date | Location |
|---|---|---|---|
| Amgen | 10:00 a.m. | Within 45 days or on May 12, 2004 | Hagens Berman LLP<br>225 Franklin Street, 26th Floor<br>Boston, MA 02110 |
| Bristol Myers Squibb | 10:00 a.m. | Within 45 days or on May 12, 2004[1] | Hagens Berman LLP<br>225 Franklin Street, 26th Floor<br>Boston, MA 02110 |
| Baxter | 10:00 a.m. | Within 45 days or on May 14, 2004 | Hagens Berman LLP<br>225 Franklin Street, 26th Floor<br>Boston, MA 02110 |
| Immunex | 10:00 a.m. | Within 45 days or on May 17, 2004 | Hagens Berman LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101 |
| Schering Plough | 10:00 a.m. | Within 45 days or on May 17, 2004 | Spector, Roseman & Kodroff<br>1818 Market St., Ste 2500<br>Philadelphia, PA 19103 |
| Aventis | 10:00 a.m. | Within 45 days or on May 17, 2004 | Spector, Roseman & Kodroff<br>1818 Market St., Ste 2500<br>Philadelphia, PA 19103 |
| Dey | 10:00 a.m. | Within 45 days or on May 18, 2004 | Hagens Berman LLP<br>225 Franklin Street, 26th Floor<br>Boston, MA 02110 |
| Fujisawa | 10:00 a.m. | Within 45 days or on May 18, 2004 | Spector, Roseman & Kodroff<br>1818 Market St., Ste 2500<br>Philadelphia, PA 19103 |
| Pharmacia | 10:00 a.m. | Within 45 days or on May 18, 2004 | Spector, Roseman & Kodroff<br>1818 Market St., Ste 2500<br>Philadelphia, PA 19103 |
| Watson | 10:00 a.m. | Within 45 days or on May 12, 2004 | Spector, Roseman & Kodroff<br>1818 Market St., Ste 2500<br>Philadelphia, PA 19103 |
| Novartis | 10:00 a.m. | Within 45 days or on May 12, 2004 | Hagens Berman LLP<br>225 Franklin Street, 26th Floor<br>Boston, MA 02110 |
| Boehringer | 10:00 a.m. | Within 45 days or on May 12, 2004 | The Wexler Firm LLP<br>One N. LaSalle Street, Suite 2000<br>Chicago, IL 60602 |

---

[1] To the extent not covered by prior deposition.



| | | | |
|---|---|---|---|
| Johnson & Johnson | 10:00 a.m. | Within 45 days or on May 19, 2004 | Spector, Roseman & Kodroff<br>1818 Market St., Ste 2500<br>Philadelphia, PA 19103 |
| Pfizer | 10:00 a.m. | Within 45 days or on May 19, 2004 | Hagens Berman LLP<br>225 Franklin Street, 26th Floor<br>Boston, MA 02110 |

You are invited to attend and participate.

DATED:  April 1, 2004

By__Steve W. Berman, signature on file__
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA  02110
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Kevin P. Roddy
Hagens Berman LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Samuel Heins
Heins, Mills & Olson, P.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692



Eugene A. Spector
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
**CHAIRS OF LEAD COUNSEL COMMITTEE**

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Elizabeth Fegan Hartweg
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
**MEMBERS OF LEAD COUNSEL COMMITTEE AND EXECUTIVE COMMITTEE**

Michael McShane
Alexander, Hawes & Audet, LLP
300 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 982-1886
Facsimile: (415) 576-1776

Robert E. Piper, Jr.
Piper & Associates
624 Pierre Avenue
Shreveport, LA 71103
Telephone: (318) 226-0826
Facsimile: (318) 424-9900
**MEMBERS OF EXECUTIVE COMMITTEE**



Anthony Bolognese
Bolognese & Associates
One Penn Center
1617 JFK Boulevard
Suite 650
Philadelphia, PA 19103
Tel: (215) 814-6750
Fax: (215) 814-6764

Jonathan W. Cuneo
The Cuneo Law Group
317 Massachusetts Avenue, N.E.
Suite 300
Washington, D.C. 20002
Tel: (202) 789-3960
Fax: (202) 789-1813

Neal Goldstein (Of Counsel)
Freedman & Lorry, PC
400 Market Street, Suit 900
Philadelphia, PA 19106
Tel: (215) 925-8400
Fax: (215) 925-7516

Michael E. Criden
Hanzman & Criden, PA
Commerce Bank Center, Suite 400
220 Alhambra Circle
Coral Gables, FL 33134
Tel: (305) 357-9000
Fax: (305) 357-9050

Blake M. Harper
Kirk B. Hulett
Hulett Harper LLP
550 West C Street
Suite 1700
San Diego, CA 92101
Tel: (619) 338-1133
Fax: (619) 338-1139



Jonathan D. Karmel
Karmel & Gilden
221 N. LaSalle Street
Suite 1414
Chicago, IL  60601
Tel: (312) 641-2910
Fax: (312) 641-0781

Dianne M. Nast
Roda & Nast, PC
801 Estelle Drive
Lancaster, PA 17601
Tel: 717-892-3000
Fax: 717-892-1200

Henry H. Rossbacher
Rossbacher & Associates
811 Wilshire Boulevard,
Suite 1650
Los Angeles, CA 90017-2666
Tel:  (213) 895-6500
Fax:  (213) 895-6161

Jonathan Shub
Sheller, Ludwig & Badey, P.C.
1528 Walnut Street, 3rd fl
Philadelphia, PA  19102
Tel:  (215) 790-7300
Fax:  (215) 546-0942

Scott R. Shepherd
Shepherd & Finkleman, LLC
117 Gayley Street,
Suite 200
Media, PA 19063
Tel:  (610) 891-9880
Fax:  (610) 891-9883

Lisa J. Rodriguez
Ira Neil Richards
Trujillo Rodriguez& Richards, LLC
The Penthouse
226 West Rittenhouse Square
Philadelphia, PA  19103
Tel:  (215) 731-9004
Fax:  (215) 731-9044



Mitchell A. Toups
Weller, Green, Toups & Terrell, L.L.P.
2615 Calder Street, Suite 400
P.O. Box 350
Beaumont, TX  77704
Tel: (409) 838-0101
Fax: 409-838-6780

Damon Young
Lance Lee
Young, Pickett & Lee
4122 Texas Boulevard
P.O. Box 1897
Texarkana, AR/TX  75504
Tel: (903) 794-1303
Fax: 903-792-5098; 903-794-5098
**ADDITIONAL ATTORNEYS FOR PLAINTIFFS**



# EXHIBIT "A"

## INSTRUCTIONS

All of the definitions from Plaintiffs' Omnibus Requests For Production of Documents Directed to All Defendants are incorporated herein by reference.

"AWPID" refers to all of the drugs identified Appendix A to the AMCC.

"Spread" refers to the difference between AWP or any price upon which reimbursement for a drug is based, on the one hand, and the actual or net price paid for a drug on the other hand.

Unless otherwise specifically stated, each of these Areas of Inquiry encompasses the years 1991 through the present.

## AREAS OF INQUIRY

1. The identity of documents describing the process by which You establish, state, change or are otherwise directly or indirectly involved in setting the AWP, List Price, WAC, Average Sales Price ("ASP"), actual sales price, contract price or any other price for each of Your AWPIDs, and the names or job titles of all personnel involved in said process.

2. The identity of documents describing Your policies or practices concerning the calculation, determination, dissemination, communication or publication of the AWP, List Price, WAC, or any other price for all of Your drugs.

3. The identity of documents containing any definition of AWP, ASP, List Price of WAC.

4. The identity of documents describing the process by which You decide to offer any type of discount, rebate, incentive or penalty in connection with the purchase of any AWPID, and the names or job titles of all personnel involved in said process.



5.  The identity of documents identifying all management personnel or management committees responsible for directing, overseeing or coordinating any of the activities referenced in items 1, 2 and 3 above.

6.  The identity and nature of any regularly created documents which report, review, comment upon or analyze any price stated or charged for any of Your AWPIDs.

7.  The identity and nature of documents describing the method by which You calculate or determine the average sales price for Your AWPIDs, including any determination or rendering of actual transaction costs and/or revenues at any level of the distribution or processing chains.

8.  The identity and nature of any regularly created documents which report, review, comment upon or analyze the profit from any of Your AWPIDs.

9.  The identity and nature of any regularly created documents which report, review, comment upon or analyze the average sales price, or actual sales prices for any of Your AWPIDs.

10. The nature of Your electronic data or computer databases which relate directly or indirectly to either: (i) the amount of sales, sales prices, discounts or average sales prices for all of Your AWPIDs, and/or (ii) sales and marketing efforts and/or results.

11. The nature of all computer and e-mail systems or networks used by You for internal communications among Your various offices, departments, sub-divisions and employees and the availability of the electronic data created and/or stored on such systems or networks.

12. The nature of Your documents discussing, analyzing or marketing the Spread on any of Your drugs.



13.   The location of or identity of documents relating to the nature of Your efforts to market, promote or tout the Spread on any of Your drugs, and the names or job titles of all personnel involved in said efforts.

14.   The nature of all documents comparing any price, rebate or incentive for any of Your drugs with any price, rebate or incentive offered for a competing drug.

15.   Any information related to any contention by You that the government had knowledge of any pharmaceutical manufacturer's practices and methodologies for setting the AWP for any drug, without regard to time period.

16.   The identity of documents regarding communications and agreements between You and any PBM.

17.   The identity of documents regarding communications between You and any other pharmaceutical manufacturer regarding: (a) definitions of AWP, ASP, List Price of WAC: (b) calculation, determination, dissemination, communication or publication of AWP, List Price, WAC or any other price; and (c) rebates, chargebacks, free samples or any other marketing practice that an pharmaceutical manufactures contended was inappropriate, illegal, unethical, fraudulent, or otherwise should be ceased.

18.   The identity and nature of documents relating to any Government Investigation concerning You or any of Your drugs, including your response to any request for information in connection with any Government investigation and the identities or job titles of all personnel involved with any Government Investigation.

19.   The identity of documentation describing Your distribution channels and methods and strategies for distributing each of Your AWPIDs.



20. Your document and e-mail retention or destruction policies, and the steps you have taken to preserve documents since this litigation began.



## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing PLAINTIFFS' REPLY MEMORANDUM TO DEFENDANT-SPECIFIC MEMORANDA RELATED TO PROPOSED CASE MANAGEMENT ORDER NO. 10 to be served on all counsel of record electronically on 4\2         , 2004, pursuant to Section D of Case Management Order No. 2.

Steve W. Berman
**HAGENS BERMAN LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292