UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | CIVIL NO. 01-12257-PBS<br>MDL NO. 1456 |

## PROCEDURAL ORDER

SARIS, U.S.D.J.                                                                              June 17, 2004

On the first day of each month, the parties are to provide the Court with a status report which includes a chart depicting the status of all pending motions to date. The status report shall conform with the format of a similar report filed with the Court on March 5, 2004 (Doc. #735).

   /s/ Robert C. Alba
   Deputy Clerk

Copies to:  All Counsel