## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June 2004, I caused a true and correct copy of the County of Suffolk's Response To Defendants' Notice Of Supplemental Authority to be served on all counsel of record by electronic service via Verilaw's Electronic Service System pursuant to Case Management Order No. 2 entered by the honorable Patti B. Saris in MDL No. 1456.

Aaron D. Hovan
Kirby McInerney & Squire, L.L.P.
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 371-6600