UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------ x
:
In Re: PHARMACEUTICAL INDUSTRY :
AVERAGE WHOLESALE PRICE : MDL NO. 1456
LITIGATION :
: Master File No. 01-CV-12257-PBS
THIS DOCUMENT RELATES TO: :
*State of Montana v. Abbott Labs., Inc. et al.* : Judge Patti B. Saris
02-CV-129804-PBS; :
*State of Nevada v. American Home Products,* :
*Corp., et al.* 02-CV-12086-PBS. :
:
------------------------------------ x

## CONSENT MOTION FOR AN EXTENSION OF TIME TO ANSWER THE STATE OF MONTANA'S SECOND AMENDED COMPLAINT AND THE STATE OF NEVADA'S AMENDED COMPLAINT

The undersigned defendants hereby move, with the consent of plaintiffs, for an extension of time to July 12, 2004 to answer the State of Montana's Second Amended Complaint and the State of Nevada's Amended Complaint. This extension is necessary given the length of each complaint. A proposed scheduling order is attached hereto.

Dated:    Boston, Massachusetts
          June 22, 2004

                              Respectfully submitted,
                              ON BEHALF OF ALL DEFENDANTS
                              REQUIRED TO ANSWER THE MONTANA
                              AND NEVADA COMPLAINTS

                              By: /s/ Lucy Fowler_____
                              Nicholas C. Theodorou (BBO # 496730)
                              Lucy Fowler (BBO # 647929)
                              FOLEY HOAG LLP
                              155 Seaport Blvd.
                              Boston, Massachusetts 02210
                              Tel: (617) 832-1000

                              Counsel for AstraZeneca Pharmaceuticals LP

## CERTIFICATE OF SERVICE

I certify that on June 22, 2004, a true and correct copy of the foregoing Consent Motion was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

/s/ Lucy Fowler
Lucy Fowler

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for plaintiffs assents to this motion.

/s/ Lucy Fowler
Lucy Fowler

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------ x
                                     :
In Re: PHARMACEUTICAL INDUSTRY       :
AVERAGE WHOLESALE PRICE              : MDL NO. 1456
LITIGATION                           :
                                     : Master File No. 01-CV-12257-PBS
THIS DOCUMENT RELATES TO:            :
*State of Montana v. Abbott Labs., Inc. et al.* : Judge Patti B. Saris
02-CV-129804-PBS;                    :
*State of Nevada v. American Home Products,* :
*Corp., et al.* 02-CV-12086-PBS.     :
                                     :
------------------------------------ x

## [PROPOSED] SCHEDULING ORDER

IT IS HEREBY ORDERED that Defendants required to answer the State of Montana's Second Amended Complaint and the State of Nevada's Amended Complaint shall be granted an extension until July 12, 2004 to file answers.

Dated: June __, 2004

                                    _____
                                    Hon. Patti B. Saris
                                    United States District Judge