UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | ) ) No. MDL Docket No. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) |
| This Document Relates to The Master Consolidated Class Action | ) ) Judge Patti B. Saris ) ) ) ) |

**NOTICE OF CHANGE OF ADDRESS**

Effective July 6, 2004, Sherin and Lodgen LLP will relocate it offices to:

101 Federal Street
Boston, MA 02110
(617) 646-2000
(617) 646-2222 – Fax

The firm's telephone and fax numbers will remain the same.

SICOR PHARMACEUTICALS, INC.,
By their attorneys,

/s/ James W. Matthews
Robert J. Muldoon, Jr., BBO#: 359480
James W. Matthews, BBO#: 560560
Pamela A. Zorn, BBO#: 640800
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

June 29, 2004