- 1 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL Docket No. 1456 |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 ) ) ) ) | Judge Patti B. Saris Chief Mag. Judge Marianne B. Bowler |

**PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION
OF HHS ASP DOCUMENTS RELATING TO ALL DEFENDANTS**

Plaintiffs move for an order compelling all defendants to produce documents requested in Plaintiffs' Request for Production to Defendants regarding HHS ASPs. The grounds for this request are set forth in the accompanying memorandum

DATED: July 1, 2004

      By  /s/ **Steve W. Berman**
      Thomas M. Sobol (BBO#471770)
      Edward Notargiacomo (BBO#567636)
      Hagens Berman LLP
      225 Franklin Street, 26th Floor
      Boston, MA  02110
      Telephone: (617) 482-3700
      Facsimile: (617) 482-3003
      **LIAISON COUNSEL**

      Steve W. Berman
      Sean R. Matt
      Hagens Berman LLP
      1301 Fifth Avenue, Suite 2900
      Seattle, WA  98101
      Telephone: (206) 623-7292
      Facsimile: (206) 623-0594

- 2 -

      Eugene A. Spector
      Jeffrey Kodroff
      Spector, Roseman & Kodroff, P.C.
      1818 Market Street, Suite 2500
      Philadelphia, PA  19103
      Telephone: (215) 496-0300
      Facsimile: (215) 496-6611
      **CHAIRS OF LEAD COUNSEL COMMITTEE**

      Samuel Heins
      Heins, Mills & Olson, P.C.
      3550 IDS Center
      80 South Eighth Street
      Minneapolis, MN  55402
      Telephone: (612) 338-4605
      Facsimile: (612) 338-4692

      Marc H. Edelson
      Hoffman & Edelson
      45 West Court Street
      Doylestown, PA  18901
      Telephone: (215) 230-8043
      Facsimile: (215) 230-8735

      Kenneth A. Wexler
      Elizabeth A. Fegan
      The Wexler Firm
      One North LaSalle Street, Suite 2000
      Chicago, IL  60602
      Telephone: (312) 346-2222
      Facsimile: (312) 346-0022
      **MEMBERS OF LEAD COUNSEL COMMITTEE AND EXECUTIVE COMMITTEE**

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF HHS ASP DOCUMENTS RELATING TO ALL DEFENDANTS** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on July 1, 2004, a copy to Verilaw Technologies for Posting and notification to all parties

                                  By     **/s/ Steve W. Berman**
                                  Steve W. Berman
                                  **HAGENS BERMAN LLP**
                                  1301 Fifth Avenue, Suite 2900
                                  Seattle, WA  98101
                                  (206) 623-7292

1534.16 0072 MTN.DOC