# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION )  )  )  ) | MDL No. 1456 <br> CIVIL ACTION:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 )  )  )  ) | Judge Patti B. Saris <br> Chief Mag. Judge Marianne B. Bowler |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF HHS ASP DOCUMENTS

Having considered each of the parties' submissions with respect to Plaintiffs' Motion to Compel the Production of HHS ASP Documents, the Court hereby GRANTS the Motion.  It is hereby ORDERED:

Defendants must produce all relevant documents within ten days of this Order.

DATED: _____        _____
                                                                      Hon. Marianne B. Bowler
                                                                      United States Magistrate Judge

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF HHS ASP DOCUMENTS** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on July 1, 2004, a copy to Verilaw Technologies for Posting and notification to all parties

      By  **/s/ Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

- 2 -