# EXHIBIT A



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------x
                                    )
In re: PHARMACEUTICAL INDUSTRY      )
AVERAGE WHOLESALE PRICE             )
LITIGATION                          ) MDL NO. 1456
                                    )
                                    )
------------------------------------x
                                    ) Civil Action No. 01-12257-PBS
                                    )
THIS DOCUMENT RELATES TO            ) Judge Patti B. Saris
                                    )
01-CV-12257-PBS and 01-CV-339       )
                                    )
                                    )
                                    )
------------------------------------x
```

## DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S OBJECTIONS TO PLAINTIFFS' REQUEST FOR PRODUCTION TO DEFENDANTS REGARDING HHS ASPs

Pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure, Defendant AstraZeneca Pharmaceuticals LP, itself and by its undersigned counsel, hereby objects to Plaintiffs' Request for Production To Defendants Regarding HHS ASPs ("Request").[1]

### GENERAL OBJECTIONS

AstraZeneca incorporates by reference herein the General Objections from AstraZeneca's Objections and Responses to Plaintiffs' Omnibus Requests for Production and Interrogatories with Respect to Drugs That Were Not Previously Subject to Discovery, which apply to Plaintiffs' Request in its entirety, including the Definitions.

---

[1] Although named as a defendant, Zeneca Inc. has never been served with the Amended Master Consolidated Class Action Complaint. The entity referred to as AstraZeneca US does not exist.



AstraZeneca further asserts the following additional General Objections, which also apply to Plaintiffs' Request in its entirety:

1. AstraZeneca objects to the Request on the grounds asserted in The Track 1 Defendants' Motion for Protective Order filed June 15, 2004.

2. AstraZeneca objects to the Request on the ground that Plaintiffs have not sought an order from the Court permitting more than two separate requests for production, pursuant to Local Rule 26.1 (C).

3. These objections are made without in any way waiving or intending to waive: (i) any objections as to the competency, relevancy, materiality, privilege or admissibility as evidence, for any purpose, of any documents produced in response to the Requests; (ii) the right to object on any ground to the use of the documents produced in response to the Requests at any hearing or trial; or (iii) the right to object on any ground at any time to a demand for further responses to the Requests.

## OBJECTIONS TO DEFINITIONS

1. AstraZeneca incorporates by reference the Objections to Definitions and Instructions and the Objections to Classification of Drugs Subject to Discovery from AstraZeneca's Objections and Responses to Plaintiffs' Omnibus Requests For Production and Interrogatories With Respect to Drugs That Were Not Previously Subject To Discovery.

2. AstraZeneca objects to the definition of "Federal Health Care Regulators" on the ground that it is overly broad and vague, and requires AstraZeneca to speculate



concerning the identities of federal institutions, agencies, departments and offices included in this definition.

## SPECIFIC OBJECTIONS

### Request No. 1:

All documents showing ASPs or ASP information you have provided for any AWPID pursuant to the Interim Medicare Regulations.

### Objection:

In addition to the General Objections, which are incorporated herein by reference, AstraZeneca further objects to this Request on the ground that it seeks information that is neither relevant to this action nor likely to lead to the discovery of admissible evidence.

### Request No. 2:

All documents, including internal memoranda and meeting notes, concerning the Interim Medicare Regulations.

### Objection:

See Objection to Request No. 1.

### Request No. 3:

All documents passing between you and Federal Health Care Regulators concerning the Interim Medicare Regulations.

### Objection:

See Objection to Request No. 1.

3



Dated:  New York, New York
        June 28, 2004

                        DAVIS POLK & WARDWELL

                        By: *Kimberley Harris /FAC*
                             D. Scott Wise
                             Kimberley Harris

                        450 Lexington Avenue
                        New York, New York 10017
                        (212) 450-4000

                        FOLEY HOAG, LLP
                        Nicholas C. Theodorou, Esq.
                        Lucy Fowler, Esq.
                        155 Seaport Boulevard
                        Boston, MA 02210
                        (617) 832-1000

                        Attorneys for AstraZeneca
                        Pharmaceuticals LP