# EXHIBIT B

# BASE OPTIONS AVAILABLE FOR MEDICARE REIMBURSEMENT

| Base | Remicade rate per vial Dollars | Definition | Implication |
|---|---|---|---|
| AWP* | 691.61 | **Average wholesale price**<br>• Current reimbursement to physicians<br>• Reported by manufacturers and subject to manipulation | • Allows companies to offer differential net product reimbursement |
| WAC** | 532.01 (AWP -23%) | **Wholesale acquisition cost**<br>• Price wholesalers pay to pharmaceutical companies before rebates or discounts<br>• Providers acquire drugs at WAC +1-2% | • Allows companies to offer differential net product reimbursement, but to a lesser degree than AWP<br>• Provides less market transparency |
| AMP** | 521.40 (AWP -25%) | **Average manufacturing price**<br>• WAC – a<br>– a = cash discounts given to wholesalers<br>• Reported to Medicaid | • Basis for setting Medicaid reimbursement<br>• Average price for retail segment |
| ASP*** | 504.41 (AWP -27%) | **Average selling price**<br>• WAC – a-b<br>– a = cash discounts given to wholesalers<br>– b = other rebates or special contracts | • Prevents companies from differentiating on net product reimbursement via contracts or rebates<br>• Most transparent price of Centocor revenue per vial<br>• May give Enbrel a competitive advantage on private side contracting if it is not constrained by Medicare rules |

\* Current system
\*\* The mechanics of WAC and AMP are essentially similar except AMP numbers subtract cash discounts to wholesalers and are reported to government as part of Medicaid purchasing
\*\*\* Most likely scenario is ASP plus undetermined add-ons

Source: Centocor and McKinsey analysis

HIGHLY CONFIDENTIAL