- 1 -

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO ) 01-CV-12257-PBS AND 01-CV-339 ) ) | MDL No. 1456 CIVIL ACTION: 01-CV-12257-PBS Judge Patti B. Saris Chief Mag. Judge Marianne B. Bowler |

**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF HHS ASP DOCUMENTS**

I, Steve W. Berman, hereby declare that:

1. I am an attorney at law, licensed to practice in the State of Washington and admitted *pro hac vice* in this case. I am a member of Hagens Berman LLP, resident in its Seattle, Washington, office and am Co-Lead Counsel for the Plaintiffs in the above-captioned action.

2. This declaration is submitted in support of Plaintiffs' Motion to Compel ASP Documents.

3. I have met and conferred with representatives of defendants who have confirmed that they will not produce documents responsive to the HHS ASP.

Further the declarant sayeth not. I certify under penalty of perjury that the foregoing is true and correct. Executed this the 1st day of July, 2004, at Seattle, Washington.

                                          **/s/ Steve W. Berman**
                                          STEVE W. BERMAN

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF HHS ASP DOCUMENTS** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on July 1, 2004, a copy to Verilaw Technologies for Posting and notification to all parties

      By    **/s/ Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

- 2 -

1534.16 0074 MTN.DOC