UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
In Re: PHARMACEUTICAL INDUSTRY    )   MDL No. 1456
AVERAGE WHOLESALE PRICE           )
LITIGATION                        )   Master File No.
                                  )   01-CV-12257-PBS
THIS DOCUMENT RELATES TO          )
ALL CLASS ACTIONS                 )   Judge Patti B. Saris
                                  )
_____)

**UNOPPOSED MOTION BY DEFENDANT BRISTOL-MYERS SQUIBB
COMPANY FOR ADMISSION OF COUNSEL *PRO HAC VICE*** 

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, Joseph E. Haviland, a member of the bar of this Court, respectfully seeks leave of this Court for Thomas J. Sweeney, III to appear on behalf of Defendant Bristol-Myers Squibb Company and to practice before this Court in the above-titled action. As stated in the accompanying certificate, Mr. Sweeney is a member in good standing of the bars of the state of New York, the United States District Court for the Southern District of New York, and the United States District Court for the Northern District of New York, the United States Court of Appeals for the Second Circuit, and the United States Court of Appeals for the Fourth Circuit. As further stated in the certificate, there are no disciplinary actions pending against Mr. Sweeney, and Mr. Sweeney is familiar with the Local Rules of the United States District Court for the District of Massachusetts. A copy of Mr. Sweeney's Certificate of Good Standing is attached to this motion.

Plaintiffs do not object to this motion.

WHEREFORE, the undersigned counsel respectfully moves for the admission of Thomas J. Sweeney, III to practice before this Court *pro hac vice*.

Respectfully submitted,

BRISTOL-MYERS SQUIBB COMPANY

By its attorneys,

  /s/ Joseph E. Haviland
Thomas E. Dwyer, Jr.  BBO No. 139660
Joseph E. Haviland BBO No. 643814
**DWYER & COLLORA, LLP**
600 Atlantic Avenue
Boston, MA 02210
(617) 371.1000

Dated: July 12, 2004

### Certificate of Service

I, Joseph E. Haviland, hereby certify that on July 12, 2004, I caused a true and correct copy of the above document to be served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456 by sending a copy of the foregoing document to Verilaw Technologies for posting and notification to all parties.

  /s/ Joseph E. Haviland
Joseph E. Haviland
