UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ )| | |
| In Re: PHARMACEUTICAL INDUSTRY )| MDL No. 1456 | |
| AVERAGE WHOLESALE PRICE )| | |
| LITIGATION )| Master File No. | |
| )| 01-CV-12257-PBS | |
| THIS DOCUMENT RELATES TO )| | |
| ALL CLASS ACTIONS )| Judge Patti B. Saris | |
| _____ )| | |

## CERTIFICATE OF GOOD STANDING

Pursuant to Local Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, I, Thomas J. Sweeney, III, an attorney with the law firm of Hogan and Hartson, LLP, certify as follows:

(1)     I am admitted to the bars of the Courts described in the foregoing motion, those being bars of the state of New York, the United States District Court for the Southern District of New York, the United States District Court for the Northern District of New York, the United States Court of Appeals for the Second Circuit, and the United States Court of Appeals for the Fourth Circuit;

(2)     I am a member in good standing in every jurisdiction where I have been admitted to practice;

(3)     there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

(4)     I am familiar with the Local Rules of the United States District Court for the

District of Massachusetts.

Signed under the pains and penalties of perjury this 12th day of July, 2004.

Thomas J. Sweeney, III