**Certificate of Service**

  I, Joseph E. Haviland, hereby certify that on July 12, 2004, I caused a true and correct copy of the foregoing document to be served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456 by sending a copy of the foregoing document to Verilaw Technologies for posting and notification to all parties.

                 __/s/ Joseph E. Haviland_____
                 Joseph E. Haviland