UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
In Re: PHARMACEUTICAL INDUSTRY      )   MDL No. 1456
AVERAGE WHOLESALE PRICE             )
LITIGATION                          )   Master File No.
                                    )   01-CV-12257-PBS
THIS DOCUMENT RELATES TO            )
ALL CLASS ACTIONS                   )   Judge Patti B. Saris
                                    )
_____)

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, I, Joseph E. Haviland, counsel for Defendant Bristol-Myers Squibb Company, certify that on June 28, 2004, I spoke with Edward Notargiacomo, counsel for Plaintiffs, by telephone and conferred with him regarding Defendant Bristol-Myers Squibb Company's motion for admission of Thomas J. Sweeney, III *pro hac vice*.  Mr. Notargiacomo, indicated that Plaintiffs do not oppose the motion.

Respectfully submitted,

BRISTOL-MYERS SQUIBB COMPANY

By its attorneys,

   /s/ Joseph E. Haviland
Thomas E. Dwyer, Jr.  BBO No. 139660
Joseph E. Haviland BBO No. 643814
**DWYER & COLLORA, LLP**
600 Atlantic Avenue
Boston, MA 02210
(617) 371.1000

Dated: July 12, 2004

2

## Certificate of Service

I, Joseph E. Haviland, hereby certify that on July 12, 2004, I caused a true and correct copy of the above document to be served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456 by sending a copy of the foregoing document to Verilaw Technologies for posting and notification to all parties.

    /s/ Joseph E. Haviland_____
Joseph E. Haviland