UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO *State of Montana v. Abbott Labs., Inc. et al.*, 02-CV-129804-PBS *State of Nevada v. American Home Products Corp., et al.*, 02-CV-12086-PBS | Judge Patti B. Saris |

## CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER THE STATE OF MONTANA'S SECOND AMENDED COMPLAINT AND THE STATE OF NEVADA'S AMENDED COMPLAINT

Defendant Sicor, Inc. and Sicor Pharmaceuticals, Inc. ("Sicor), hereby move, with the consent of plaintiffs' counsel, for an extension of time until July 19, 2004, to answer the State of Montana's Second Amended Complaint and the State of Nevada's Amended Complaint. This extension is necessary given the length of each complaint. A proposed order is attached hereto.

Dated July 13, 2004

Respectfully submitted:

Elizabeth I. Hack
Elizabeth S. Finberg
SONNENSCHEIN NATH & ROSENTHAL, LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
(202) 408-6400

-- *and*--

Robert J. Muldoon, Jr. (BBO # 359480)
James W. Matthews (BBO # 560560)
Pamela A. Zorn (BBO # 640800)
SHERIN AND LODGEN LLP
100 Summer Street
Boston, MA 02110
(617) 646-2000
*Counsel for Defendants Sicor, Inc. and Sicor Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I certify that on July 13, 2004, a true and correct copy of the foregoing Consent Motion was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

_____
Elizabeth I. Hack

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for plaintiffs assents to this motion.

_____
Elizabeth I. Hack