## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO<br>*State of Montana v. Abbott Labs., Inc. et al.*, 02-CV-129804-PBS<br>*State of Nevada v. American Home Products Corp., et al.*, 02-CV-12086-PBS | Judge Patti B. Saris |

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that Defendant Sicor, Inc. and Sicor Pharmaceuticals, Inc.

shall answer the State of Montana's Second Amended Complaint and the State of Nevada's

Amended Complaint by July 19, 2004.

Dated:  June __, 2004

———————————————
Hon. Patti B. Saris
United States District Judge

- 3 -