# EXHIBIT A

## TO THE DECLARATION OF STEVE W. BERMAN IN OPPOSITION TO MOTION TO COMPEL "PROPER ANSWERS" TO BMS' CONTENTION INTERROGATORIES

**EXHIBIT A**

## DEFENDANTS' THIRD-PARTY SUBPOENAS TO CLASS MEMBERS

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Serv'd w/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| AARP Health Care Options 601 E Street, N.W. Washington, D.C. 20049  Jason H. Ehrenberg, Esq. Michael Prame The Groom Law Group 1701 Pennsylvania Ave. NW Washington, D.C. 20006 | Health Insurer/HMO | Docs relating to AWP; setting of reimbursement/payment rates; costs and reimbursement to providers; awareness of diff. between costs and reimbursement; processing policies, procedures; payments made; communications relating reimbursement; decision to rely on drug pricing; docs from any publisher; docs re: AWP's; docs re: difference between AWP and payment; all docs re: AWP, AMP, WAC, MAC, EAC, Best Price; contractual relationships with PBM, 3rd party admin., consultants, auditors, etc., re: subject drugs; docs. identify persons involved in contractual | 11/17/03 | 12/8/03 | yes | Kathleen O'Sullivan, Perkins Coie; Astra, BSM, GSK, Immunex, Centocor | yes |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Serv'd w/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| | | relationship with PBM, docs re: profit analysis; docs re: internal/external investigations; all filings with state/federal gov. entity; all docs. from CMS, HHS, federal agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org charts. | | | | | |
| Advantra 6705 Rockledge Drive, Suite 900 Bethesda, MD 20817  Thomas Zielinski, Esq. Sr. VP & Gen. Counsel Advantra | Health Insurer/HMO | Docs relating to AWP; setting of reimbursement/payment rates; costs and reimbursement to providers; awareness of diff. between costs and reimbursement; processing policies, procedures; payments made; communications relating reimbursement; decision to rely on drug pricing; docs from any publisher; docs re: AWP's; docs re: difference between AWP and payment; all | 11/17/03 | 12/8/03 | yes | Kathleen O'Sullivan, Perkins Coie; Astra, BSM, GSK, Immunex, Centocor | yes |

1534.16 0010 DSC.DOC

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Served w/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| | | docs re: AWP, AMP, WAC, MAC, EAC, Best Price; contractual relationships with PBM, 3rd party admin., consultants, auditors, etc, re: subject drugs; docs. identify persons involved in contractual relationship with PBM, docs re: profit analysis; docs re: internal/external investigations; all filings with state/federal gov. entity; all docs. from CMS, HHS, federal agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org charts. | | | | | |
| Aetna U.S. Health Care 151 Farmington Ave. MB 51 Hartford, CT 06156  Peter St. Phillips, Esq. Lowey Dannenberg Bemporad & Selinger, P.C. | Health Insurer/HMO | Docs relating to AWP; setting of reimbursement/payment rates; costs and reimbursement to providers; awareness of diff. between costs and reimbursement; processing policies, | 11/14/03 | 12/4/03 | yes | Erik Haas, Patterson, Belknap, Webb & Tyler; Astra, BSM, GSK, Immunex, Centocor | yes |

1534.16 0010 DSC.DOC

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Served w/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served/ Objections |
|---|---|---|---|---|---|---|---|
| 1 North Lexington Ave., 11 Floor, White Plains, NY 10601-1714 | | procedures; payments made; communications relating reimbursement; decision to rely on drug pricing; docs from any publisher; docs re: AWP's; docs re: difference between AWP and payment; all docs re: AWP, AMP, WAC, MAC, EAC, Best Price; contractual relationships with PBM, 3rd party admin., consultants, auditors, etc., re: subject drugs; docs. identify persons involved in contractual relationship with PBM, docs re: profit analysis; docs re: internal/external investigations; all filings with state/federal gov. entity; all docs. from CMS, HHS, federal agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org charts depts. | | | | | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Serv'd w/ Unfiled Subpoena | Defense Counsel (Defendant(s)) | Served Objections |
|---|---|---|---|---|---|---|---|
| Allscripts, Inc. 2401 Commerce Ave. Libertyville, IL 60048-4464 | | | 4/23/04 | | | Erik Haas Patterson Belknap Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |
| AmeriChoice Health Services, Inc. 8045 Leesburg Pike, 6th Floor Vienna, VA 22182 Thomas F. Fitzgerald Michael J. Prame Lars C. Golumbic, Esq. The Groom Law Group 1701 Pennsylvania Ave., NW Washington, D.C. 20006 | Health Insurer/HMO (specializes in public sector programs, including Medicaid, Medicare and CHIPs) | Docs relating to AWP; setting of reimbursement/payment rates; costs and reimbursement to providers; awareness of diff. between costs and reimbursement; processing policies, procedures; payments made; communications relating reimbursement; decision to rely on drug pricing; docs from any publisher; docs re: AWP's; docs re: difference between AWP and payment; all docs re: AWP, AMP, WAC, MAC, EAC, Best Price; contractual relationships with PBM, 3rd party admin., | 11/17/03 | 12/8/03 | yes | Kathleen O'Sullivan, Perkins Coie; Astra, BSM, GSK, Immunex, Centocor | yes |

| Target Company | Business or Target | Documents Sought | Date Served | Return Date | Send w/ Updated Subpoena | Defense Counsel / Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| | | consultants, auditors, etc., re: subject drugs; docs. identify persons involved in contractual relationship with PBM, docs re: profit analysis; docs re: internal/external investigations; all filings with state/federal gov. entity; all docs. from CMS, HHS, federal agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org charts. | | | | | |
| Anthem Prescription Management, LLC 8990 Duke Blvd. Mason, OH 45040 | | | 4/23/04 | | | Erik Haas Patterson Belknap Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |
| Beacon Health Plans Ponce de Leon Blvd. 5th Floor Coral Gabels, FL 33134 | | | 4/28/04 | | | Erik Haas Patterson Belknap Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |

1534.16 0010 DSC.DOC

| Target Company | Business @ Target | Documents Sought | Date Served | Return Date | Served w/ Subpoena | Defense Counsel | Served |
|---|---|---|---|---|---|---|---|
| Blue Cross & Blue Shield of Florida, Inc. P.O. Box 1798 Jacksonville, FL 33231-0014 | | | 4/28/04 | | | Erik Haas Patterson Belknap Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |
| Blue Cross & Blue Shield of Kansas 2301 Main Street Kansas City, MO 64108 | | | 4/28/04 | | | Erik Haas Patterson Belknap Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |
| Blue Cross & Blue Shield of Montana 560 N. Park Avenue Helena, MT 59601 | | | 4/28/04 | | | Erik Haas Patterson Belknap Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |
| Blue Cross & Blue Shield of Nebraska 7261 Mercy Rd. Omaha, NE 68180 | | | 4/28/04 | | | Erik Haas Patterson Belknap Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |
| Blue Cross & Blue Shield of Tennessee | | | 4/28/04 | | | Erik Haas Patterson Belknap | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Served by Unopened Subpoena | Defense Counsel/ Defendant(s) | Served/ Objections |
|---|---|---|---|---|---|---|---|
| 801 Pine Street Chattanooga, TN 37402-2555 | | | | | | Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |
| Care America Health Plans 6300 Canoga Ave. Woodland Hills, CA 91367<br><br>Greg Pimstone, Esq. Manatt, Phelps & Phillips 11355 W. Olympic Blvd Los Angeles, CA 90064 | | | | | 4/7/04 | Erik Haas Patterson Belknap Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |
| CIGNA Healthcare 1601 Chestnut Street One Liberty Place Philadelphia, PA 19192<br><br>Peter St. Phillips, Esq. Lowey Dannenberg Bemporad & Selinger, P.C. 1 North Lexington Ave. 11 Floor | Health Insurer/HMO | Docs relating to AWP; setting of reimbursement/payment rates; costs and reimbursement to providers; awareness of diff between costs and reimbursement; processing policies, procedures; payments made; communications relating reimbursement; | 11/17/03 | 12/8/03 | yes | Kathleen O'Sullivan, Perkins Coie; Astra, BSM, GSK, Immunex, Centocor | |

1534.16 0010 DSC.DOC

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Served w/ Complaint Subpoena | Defense Counsel Defendant Counsel | Served |
|---|---|---|---|---|---|---|---|
| White Plains, NY 10601-1714 | | decision to rely on drug pricing; docs from any publisher; docs re: AWP's; docs re: difference between AWP and payment; all docs re: AWP, AMP, WAC, MAC, EAC, Best Price; contractual relationships with PBM, 3rd party admin., consultants, auditors, etc, re: subject drugs; docs. identify persons involved in contractual relationship with PBM, docs re: profit analysis; docs re: internal/external investigations; all filings with state/federal gov. entity; all docs. from CMS, HHS, federal agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org charts. | | | | | |
| Cobalt Corporation 401 W. Michigan Street Milwaukee, WI 53203- | | | 4/28/04 | | | Erik Haas Patterson Belknap Webb & Tyler | |

| Subject (Company) | Business of Target | Documents Sought | Date Served | Return Date | Served w/ Limited Subpoena | Defense Counsel / Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| 2896 | | | | | | 1133 Avenue of the Americas New York, NY 10036 | yes |
| Connecticut General Life Ins. Co. Eric W. Starchuk Sally M. Williams Ballard Spahr Andrews & Ingersoll, LLP 1735 Market Street 51st Floor Philadelphia, PA 19103-7599 P: (215) 864-8220 | | | | | | | |
| Coventry Health Care, Inc. 6705 Rockledge Drive Bethesda, MD 20817 Thomas Zielinski, Esq. Sr. VP & Gen. Counsel Coventry Healthcare, Inc. 2751 Centerville Rd. Suite 400 Wilmington, DE 19808 | Health Insurer/HMO (subsidiary of Blue | Docs relating to AWP; setting of | 11/17/03 | 12/8/03 | 4/7/04 | Erik Haas Patterson Belknap Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | yes |
| CPIC Life 50 Beale Street | | | | 12/8/03 | yes | Kathleen O'Sullivan, Perkins | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Send w/ Undated Subpoena | Defense Counsel Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| San Francisco, CA 94105-1808<br><br>Greg Pimstone, Esq.<br>Manatt, Phelps & Phillips<br>11355 W. Olympic Blvd<br>Los Angeles, CA 90064 | Shield of California) | reimbursement/payment rates; costs and reimbursement to providers; awareness of diff. between costs and reimbursement; processing policies, procedures; payments made; communications relating reimbursement; decision to rely on drug pricing; docs from any publisher; docs re: AWP's; docs re: difference between AWP and payment; all docs re: AWP, AMP, WAC, MAC, EAC, Best Price; contractual relationships with PBM, 3rd party admin., consultants, auditors, etc., re: subject drugs; docs. identify persons involved in contractual relationship with PBM, docs re: profit analysis; docs re: internal/external investigations; all filings with state/federal gov. | | | | Coie; Astra, BSM, GSK, Immunex, Centocor | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Served w/ Updated Subpoena | Defense Counsel (Defendant(s)) | Served Objections |
|---|---|---|---|---|---|---|---|
| | | entity; all docs. from CMS, HHS, federal agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org charts. | | | | | |
| Eckered Health Services 620 Epsilon Drive Pittsburgh, PA 15238 | | | 4/23/04 | | | Erik Haas Patterson Belknap Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |
| Empire Blue Cross & Blue Shield 15 Metrotech Center Brooklyn, NY 11201 Louis Benza, Esq. Empire Blue Cross | | | | | 4/7/04 | Erik Haas Patterson Belknap Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |
| First Health 3200 Highland Avenue Downers Grove, IL 60516 | | | 4/27/04 | | | Erik Haas Patterson Belknap Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |
| First Health Services Corporation | | | 4/23/04 | | | Erik Haas Patterson Belknap | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Served w/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| 4300 Cox Road Glen Allen, VA 23060 | | | | | | Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |
| Gateway Health Plan U.S. Steel Tower 41 600 Grant Street Pittsburgh, PA 15219<br><br>Jerry R. Hogenmiller Thomson, Rhodes & Cowie, P.C. Two Chatham Ctr., 10th Floor Pittsburgh, PA 15219-3499 P: (412) 316-8689 F: (412) 232-3498<br><br>JH@TRC-LAW.com | Health Insurer/HMO | Docs relating to AWP; setting of reimbursement/payment rates; costs and reimbursement to providers; awareness of diff between costs and reimbursement; processing policies, procedures; payments made; communications relating reimbursement; decision to rely on drug pricing; docs from any publisher; docs re: AWP's; docs re: difference between AWP and payment; all docs re: AWP, AMP, WAC, MAC, EAC, Best Price; contractual relationships with PBM, 3rd party admin., consultants, auditors, etc, re: subject drugs; | 11/17/03 | 12/8/03 | yes | Kathleen O'Sullivan, Perkins Coie; Astra, BSM, GSK, Immunex, Centocor | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Served/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| | | docs. identify persons involved in contractual relationship with PBM, docs re: profit analysis; docs re: internal/external investigations; all filings with state/federal gov. entity; all docs. from CMS, HHS, federal agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org charts. | | | | | |
| GE Financial Company 100 Brightmeadow Road Enfield, CT 06083 Kathy Furst, Esq. GE Financial Company | | | | | 4/7/04 | Erik Haas Patterson Belknap Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |
| Harvard Pilgrim Healthcare 93 Worcester Street Wellesley, MA 02841 Harvey Cotton, Esq. | | | | | 4/7/04 | Erik Haas Patterson Belknap Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |
| Health America/ Health Assurance | | | | | 4/7/04 | Erik Haas Patterson Belknap | yes |

1534.16 0010 DSC.DOC

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Served w/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served/ Objections |
|---|---|---|---|---|---|---|---|
| 3121 TecPort Drive P.O. Box 67103 Harrisburg, PA 17106 Thomas Zielinski, Esq. Sr. VP & Gen. Counsel Health America/ Health Assurance 2751 Centerville Rd. Suite 400 Wilmington, DE 19808 | | | | | | Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |
| Health Net, Inc. 21281 Burbank Blvd. Woodland Hills, CA 91367 Robert Slaughter, Esq. Lewis Brisbois, Bisgaard & Smith 221 N. Figueroa St., Suite 1200 Los Angeles, CA 90012 | | | | | 4/7/04 4/30/04 | Erik Haas Patterson Belknap Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |
| Healthcare Service Corporation 300 E. Randolph Street Chicago, IL 60601 | | | 4/28/04 | | | Erik Haas Patterson Belknap Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |

1534.16 0010 DSC.DOC

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Served w/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| Highmark Life and Casualty Group 120 Fifth Avenue Pittsburgh, PA 15222<br><br>Peter St. Phillips, Esq. Lowey Dannenberg Bemporad & Selinger, P.C. 1 North Lexington Ave. 11 Floor White Plains, NY 10601-1714 | | Docs relating to AWP; setting of reimbursement/payment rates; docs relied upon for reimbursement/payment rates; costs and reimbursement to providers; awareness of diff. between costs and reimbursement; processing policies, procedures; payments made; communications relating reimbursement; decision to rely on drug pricing; docs from any publisher; docs re: AWP's; docs re: difference between AWP and payment; all docs re: AWP, AMP, WAC, MAC, EAC, Best Price; contractual relationships with PBM, 3rd party admin., consultants, auditors, etc, re: subject drugs; docs .identify persons involved in contractual | 11/19/03 | 12/12/03 | yes | Paul Schmidt, Covington & Burling: Astra, BSM, GSK, Immunex, Centocor | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Served/Updated Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| | | relationship with PBM, docs re: profit analysis; docs re: internal/external investigations; all filings with state/federal gov. entity; all docs. from CMS, HHS, federal agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org charts. | | | | | |
| HIP of New York 7 W. 34th Street New York, NY 10001-8190 Bruce H. Schneider Stroock, Stroock & Lavan, LLP 180 Maiden Lane New York, NY 10038-4982 | Health Insurer/HMO | Docs relating to AWP; setting of reimbursement/payment rates; costs and reimbursement to providers; awareness of diff. between costs and reimbursement; processing policies, procedures; payments made; communications relating reimbursement; decision to rely on drug pricing; docs from any publisher; docs re: AWP's; docs re: difference between AWP and payment; all | 11/17/03 | 12/8/03 | yes | Kathleen O'Sullivan, Perkins Coie; Astra, BSM, GSK, Immunex, Centocor | yes |

| Target Company | Business of Target | Document(s) Sought | Date Served | Return Date | Served w/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served/ Objections |
|---|---|---|---|---|---|---|---|
| | | docs re: AWP, AMP, WAC, MAC, EAC, Best Price; contractual relationships with PBM, 3rd party admin., consultants, auditors, etc., re: subject drugs; docs. identify persons involved in contractual relationship with PBM, docs re: profit analysis; docs re: internal/external investigations; all filings with state/federal gov. entity; all docs. from CMS, HHS, federal agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org charts. | | | | | |
| Horizon Healthcare 1180 Avenue of the Americas New York, NY 10036 Lenore Brady, Esq. Horizon Healthcare | Health Insurer/HMO | Docs relating to AWP; setting of reimbursement/payment rates; costs and reimbursement to providers; awareness of diff. between costs and reimbursement; processing policies, | 11/17/03 | 12/8/03 | yes | Kathleen O'Sullivan, Perkins Coie; Astra, BSM, GSK, Immunex, Centocor | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Served/ Undated Subpoena | Defense Counsel/ Defendant(s) | Served/ Objections |
|---|---|---|---|---|---|---|---|
| | | procedures; payments made; communications relating reimbursement; decision to rely on drug pricing; docs from any publisher; docs re: AWP's; docs re: difference between AWP and payment; all docs re: AWP, AMP, WAC, MAC, EAC, Best Price; contractual relationships with PBM, 3rd party admin., consultants, auditors, etc., re: subject drugs; docs. identify persons involved in contractual relationship with PBM, docs re: profit analysis; docs re: internal/external investigations; all filings with state/federal gov. entity; all docs. from CMS, HHS, federal agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org charts. | | | | | |

| Target Company | Business of Target | Document(s) Sought | Date Served | Return Date | Served w/ Updated Subpoena | Defense Counsel / Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| Humana, Inc.<br>500 W. Main St.<br>Louisville, KY 40201-1438<br><br>Bradley Wood, Esq.<br>Humana Inc.<br><br>Richard W. Cohen<br>Peter D. St. Phillips, Jr.<br>Lowey Dannenberg<br>Bemporad & Selinger, P.C.<br>The Gateway – 11th Fl.<br>One Lexington Avenue<br>White Plains, NY 10601<br>P: (914) 997-0500 | | | | | 4/7/04 | Erik Haas<br>Patterson Belknap<br>Webb & Tyler<br>1133 Avenue of the Americas<br>New York, NY 10036 | Yes |
| Independent Health<br>511 Farber Lakes Drive<br>Buffalo, NY 14221<br><br>Melinda Rieske, Esq.<br>Independent Health | | Docs relating to AWP; setting of reimbursement/payment rates; docs relied upon for reimbursement/payment rates; costs and reimbursement to providers; awareness of diff. between costs and | 11/19/03 | 12/12/03 | yes | Paul Schmidt,<br>Covington &<br>Burling; Astra,<br>BSM, GSK,<br>Immunex, Centocor | |

| Target Company | Business or Target | Documents Sought | Date Served | Return Date | Served w/ Unitared Subpoena | Defense Counsel Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| | | reimbursement; processing policies, procedures; payments made; communications relating reimbursement; decision to rely on drug pricing; docs from any publisher; docs re: AWP's; docs re: difference between AWP and payment; all docs re: AWP, AMP, WAC, MAC, EAC, Best Price; contractual relationships with PBM, 3rd party admin., consultants, auditors, etc., re: subject drugs; docs. identify persons involved in contractual relationship with PBM, docs re: profit analysis; docs re: internal/external investigations; all filings with state/federal gov. entity; all docs. from CMS, HHS, federal agency re: pricing of drugs; all docs produced by you in litigation, | | | | | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Serve w/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| | | investigation, inquiry; org charts. | | | | | |
| Integrated Medical Systems, Inc. 1823 27th Avenue South Birmingham, AL 35209 Kelly Upchurch, Esq. | . | Docs relating to AWP; setting of reimbursement/payment rates; docs relied upon for reimbursement/payment rates; costs and reimbursement to providers; awareness of diff. between costs and reimbursement; processing policies, procedures; payments made; communications relating reimbursement; decision to rely on drug pricing; docs from any publisher; docs re: AWP's; docs re: difference between AWP and payment; all docs re: AWP, AMP, WAC, MAC, EAC, Best Price; contractual relationships with PBM, 3rd party admin., consultants, auditors, etc., re: subject drugs; | 11/19/03 | 12/12/03 | yes | Paul Schmidt, Covington & Burling; Astra, BSM, GSK, Immunex, Centocor | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Serv. by Limited Subpoena | Defense Counsel/Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| | | docs. identify persons involved in contractual relationship with PBM, docs re: profit analysis; docs re: internal/external investigations; all filings with state/federal gov. entity; all docs. from CMS, HHS, federal agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org charts. | | | | | |
| Intracorp 1601 Chestnut Street Two Liberty Place Philadelphia, PA 19192 Barbara Billman Intracorp Eric W. Sitarchuk Sally M. Williams Ballard Spahr Andrews & Ingersoll, LLP 1735 Market Street 51st Floor Philadelphia, PA | | Docs relating to AWP; setting of reimbursement/payment rates; docs relied upon for reimbursement/payment rates; costs and reimbursement to providers; awareness of diff. between costs and reimbursement; processing policies, procedures; payments made; communications relating reimbursement; decision to rely on drug | 11/19/03 | 12/12/03 | yes | Paul Schmidt, Covington & Burling; Astra, BSM, GSK, Immunex, Centocor | yes |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Served w/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| 19103-7599 P: (215) 864-8220 | | pricing; docs from any publisher; docs re: AWP's; docs re: difference between AWP and payment; all docs re: AWP, AMP, WAC, MAC, EAC, Best Price; contractual relationships with PBM, 3rd party admin., consultants, auditors, etc., re: subject drugs; docs. identify persons involved in contractual relationship with PBM, docs re: profit analysis; docs re: internal/external investigations; all filings with state/federal gov. entity; all docs. from CMS, HHS, federal agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org charts. | | | | | |
| John Deere Health Care, Inc. Deere & Company 1300 River Drive | Health Insurer/HMO | Docs relating to AWP; setting of reimbursement/payment rates; costs and | 11/14/03 | 12/4/03 | yes | Erik Haas, Patterson, Belknap, Webb & Tyler; Astra, BSM, GSK, | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Serv'd w/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| East Moline, IL 61244<br><br>Laura Knoll, Esq. | | reimbursement to providers; awareness of diff between costs and reimbursement; processing policies, procedures; payments made; communications relating reimbursement; decision to rely on drug pricing; docs from any publisher; docs re: AWP's; docs re: difference between AWP and payment; all docs re: AWP, AMP, WAC, MAC, EAC, Best Price; contractual relationships with PBM, 3rd party admin., consultants, auditors, etc, re: subject drugs; docs. identify persons involved in contractual relationship with PBM, docs re: profit analysis; docs re: internal/external investigations; all filings with state/federal gov. entity; all docs. from CMS, HHS, federal | | | | Immunex, Centocor | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Servd w/ Limited Subpoena | Defense Counsel Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| | | agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org charts depts. | | | | | |
| Kaiser Foundation Hospitals: The Prentice-Hall Corp. System One Kaiser Plaza 25th Floor Oakland, CA 94612 | | | | | 4/7/04 | Erik Haas Patterson Belknap Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |
| Robert Rhoad, Esq. Porter, Wright, Morris & Arthur 1919 Pennsylvania Ave. N.W. Suite 500 Washington, D.C. 20006-3434 | | | | | | | |
| Kaiser Permanente One Kaiser Plaza 25th Floor Oakland, CA 94612 | Health Insurer/HMO | Docs relating to AWP; setting of reimbursement/payment rates; costs and reimbursement to providers; awareness of diff. between costs and reimbursement; processing policies, | 11/14/03 | 12/4/03 | yes | Erik Haas, Patterson, Belknap, Webb & Tyler; Astra, BSM, GSK, Immunex, Centocor | |
| Robert Rhoad, Esq. Porter, Wright, Morris & Arthur 1919 Pennsylvania | | | | | | | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Served w/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served/ Objections |
|---|---|---|---|---|---|---|---|
| Ave., NW, Suite 500 Washington, DC 20006-3434 | | procedures; payments made; communications relating reimbursement; decision to rely on drug pricing; docs from any publisher; docs re: AWP's, docs re: difference between AWP and payment; all docs re: AWP, AMP, WAC, MAC, EAC, Best Price; contractual relationships with PBM, 3rd party admin., consultants, auditors, etc., re: subject drugs; docs. identify persons involved in contractual relationship with PBM, docs re: profit analysis; docs re: internal/external investigations; all filings with state/federal gov. entity; all docs. from CMS, HHS, federal agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org charts | | | | | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Served w/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served/ Objections |
|---|---|---|---|---|---|---|---|
| Liberty National Ins. Co. 2001 Third Ave. S. Birmingham, AL 35233 | | | 4/28/04 | | | Erik Haas Patterson Belknap Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |
| Louisiana Health Service & Indemnity Co., Inc. 5525 Reitz Avenue Baton Rouge, LA 70898-9029 | | | 4/28/04 | | | Erik Haas Patterson Belknap Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |
| MedImpact Healthcare Systems, Inc. 10680 Treena Street, 5th Floor San Diego, CA 92131 | | | 4/23/04 | | | Erik Haas Patterson Belknap Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |
| MedPlus 300 Oxford Drive Monroeville, PA 15146-2343 Curtis Krasik, Esq. Kirkpatrick & Lockhart, LLP Henry W. Oliver Bldg. | Claims Processor and other software solutions | Docs relating to AWP; setting of reimbursement/payment rates; costs and reimbursement to providers; awareness of diff. between costs and reimbursement; processing policies, | 11/14/03 | 12/4/03 | yes | Erik Haas, Patterson, Balknap, Webb & Tyler; Astra, BSM, GSK, Immunex, Centocor | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Serv'd w/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served/ Objections |
|---|---|---|---|---|---|---|---|
| 535 Smithfield Street Pittsburgh, PA  15222-2312 | | procedures; payments made; communications relating reimbursement; decision to rely on drug pricing; docs from any publisher; docs re: AWP's; docs re: difference between AWP and payment; all docs re: AWP, AMP, WAC, MAC, EAC, Best Price; contractual relationships with PBM, 3rd party admin., consultants, auditors, etc., re: subject drugs; docs. identify persons involved in contractual relationship with PBM, docs re: profit analysis; docs re: internal/external investigations; all filings with state/federal gov. entity, all docs. from CMS, HHS, federal agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org charts | | | | | |

| Business or Target Company | Business at Target | Documents Sought | Date Served | Return Date | Serv'd w/ Undated Subpoena | Defense Counsel / Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| Metropolitan Life Ins. Co. 1 Madison Avenue New York, NY 10010 | | | 4/28/04 | | | Erik Haas Patterson Belknap Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |
| Multiplan, Inc. 115 5th Avenue New York, NY 10003  Marcy Feller, Esq. Multiplan, Inc. | | Docs relating to AWP; setting of reimbursement/payment rates; docs relied upon for reimbursement/payment rates; costs and reimbursement to providers; awareness of diff. between costs and reimbursement; processing policies, procedures; payments made; communications relating reimbursement; decision to rely on drug pricing; docs from any publisher; docs re: AWP's; docs re: difference between AWP and payment; all docs re: AWP, AMP, WAC, MAC, EAC, Best | 11/19/03 | 12/12/03 | yes | Paul Schmidt, Covington & Burling; Astra, BSM, GSK, Immunex, Centocor | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Served w/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| | | Price; contractual relationships with PBM, 3rd party admin., consultants, auditors, etc., re: subject drugs; docs. identify persons involved in contractual relationship with PBM, docs re: profit analysis, docs re: internal/external investigations; all filings with state/federal gov. entity; all docs. from CMS, HHS, federal agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org.charts. | | | | | |
| New York Life Insurance Company 51 Madison Avenue New York, NY 10010 Donna Alstram, Esq. | Health Insurer/HMO | Docs relating to AWP; setting of reimbursement/payment rates; costs and reimbursement to providers; awareness of diff. between costs and reimbursement; processing policies, procedures; payments made; communications | 11/17/03 | 12/8/03 | yes | Kathleen O'Sullivan, Perkins Coie; Astra, BSM, GSK, Immunex, Centocor | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Served w/ Undated Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| Oxford Health Plans 48 Monroe Turnpike | Health Insurer/HMO | relating reimbursement; decision to rely on drug pricing; docs from any publisher; docs re: AWP's; docs re: difference between AWP and payment; all docs re: AWP, AMP, WAC, MAC, EAC, Best Price; contractual relationships with PBM, 3rd party admin., consultants, auditors, etc., re: subject drugs; docs. identify persons involved in contractual relationship with PBM, docs re: profit analysis; docs re: internal/external investigations; all filings with state/federal gov. entity; all docs. from CMS, HHS, federal agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org charts.<br>Docs relating to AWP; setting of | 11/14/03 | 12/5/03 | yes | Erik Haas, Patterson, Belknap, | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Served w/ Undated Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| Trumbull, CT 0661<br><br>Peter St. Phillips, Esq.<br>Lowey Dannenberg<br>Bemporad & Selinger,<br>P.C.<br>1 North Lexington Ave.<br>11 Floor<br>White Plains, NY<br>10601-1714 | | reimbursement/payment rates; costs and reimbursement to providers; awareness of diff. between costs and reimbursement; processing policies, procedures; payments made; communications relating reimbursement; decision to rely on drug pricing; docs from any publisher; docs re: AWP's; docs re: difference between AWP and payment; all docs re: AWP, AMP, WAC, MAC, EAC, Best Price; contractual relationships with PBM, 3rd party admin., consultants, auditors, etc, re: subject drugs; docs. identify persons involved in contractual relationship with PBM, docs re: profit analysis; docs re: internal/external investigations; all filings with state/federal gov. | | | | Webb & Tyler;<br>Astra, BSM, GSK,<br>Immunex, Centocor | |

| Target Contact | Business of Target | Documents Sought | Date Served | Return Date | Served w/ Updated Subpoena | Defense Counsel/Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| | | entity; all docs. from CMS, HHS, federal agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org charts. | | | | | yes |
| PacificCare Health Systems 5995 Plaza Dr. Cypress, CA 90630

Christopher Pace, Esq. Cooley Godward 4401 Eastgate Mall San Diego, CA 92121-1909 | Health Insurer/HMO | Docs relating to AWP; setting of reimbursement/payment rates; costs and reimbursement to providers; awareness of diff. between costs and reimbursement; processing policies, procedures; payments made; communications relating reimbursement; decision to rely on drug pricing; docs from any publisher; docs re: AWP's; docs re: difference between AWP and payment; all docs re: AWP, AMP, WAC, MAC, EAC, Best Price; contractual relationships with PBM, 3rd party admin., | 11/14/03 | 12/5/03 | yes | Erik Haas, Patterson, Belknap, Webb & Tyler, Astra, BSM, GSK, Immunex, Centocor | yes |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Serv'd w/ Updated Subpoena | Defense Counsel/Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| | | consultants, auditors, etc., re: subject drugs; docs. identify persons involved in contractual relationship with PBM, docs re: profit analysis; docs re: internal/external investigations; all filings with state/federal gov. entity; all docs. from CMS, HHS, federal agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org charts. | | | | | |
| PharmaCare Direct, Inc. 6820 Fairfield Business Center Fairfield, OH 45014 | | | 4/23/04 | | | Erik Haas Patterson Belknap Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |
| Preferred One 6105 Golden Hills Drive Golden Valley, MN 55416 Melinda Maher, Esq. | | Docs relating to AWP; setting of reimbursement/payment rates; docs relied upon for reimbursement/payment rates; costs and | 11/19/03 | 12/12/03 | yes | Paul Schmidt, Covington & Burling; Astra, BSM, GSK, Immunex, Centocor | |

| Third Party Payor | Business of Target | Documents Sought | Date Served | Return Date | Serv'd w/ Undated Subpoena | Defense Counsel / Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| Preferred One | | reimbursement to providers; awareness of diff. between costs and reimbursement; processing policies, procedures; payments made; communications relating reimbursement; decision to rely on drug pricing; docs from any publisher; docs re: AWP's; docs re: difference between AWP and payment; all docs re: AWP, AMP, WAC, MAC, EAC, Best Price; contractual relationships with PBM, 3rd party admin., consultants, auditors, etc, re: subject drugs; docs. identify persons involved in contractual relationship with PBM, docs re: profit analysis; docs re: internal/external investigations; all filings with state/federal gov. entity; all docs. from CMS, HHS, federal | | | | | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Serv'd w/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served/ Objections |
|---|---|---|---|---|---|---|---|
| | | agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org charts. | | | | | |
| Prescription Solutions, Inc. 3515 Harbor Blvd. Costa Mesa, CA 92626 | | | 4/23/04 | | | Erik Haas Patterson Belknap Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |
| ScripSolutions 100 Clearbrook Rd. Elmsford, NY 10523 | | | 4/23/04 | | | Erik Haas Patterson Belknap Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |
| Select Med Intermountain Health Care Health Plans 36 So. State St. Floor 22 Salt Lake City, UT 84111 Kevin Lawlor, Esq. Select Med | Health Insurer/HMO | Docs relating to AWP; setting of reimbursement/payment rates; costs and reimbursement to providers; awareness of diff. between costs and reimbursement; processing policies, procedures; payments made; communications | 11/14/03 | 12/5/03 | yes | Erik Haas, Patterson, Belknap, Webb & Tyler; Astra, BSM, GSK, Immunex, Centocor | yes |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Send w/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| The Agon Company 520 Park Avenue | | Docs relating to AWP; setting of relating reimbursement; decision to rely on drug pricing; docs from any publisher; docs re: AWP's; docs re: difference between AWP and payment; all docs re: AWP, AMP, WAC, MAC, EAC, Best Price; contractual relationships with PBM, 3rd party admin., consultants, auditors, etc., re: subject drugs; docs. identify persons involved in contractual relationship with PBM, docs re: profit analysis; docs re: internal/external investigations; all filings with state/federal gov. entity; all docs. from CMS, HHS, federal agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org charts. | 11/19/03 | 12/12/03 | yes | Paul Schmidt, Covington & | |

| Target Company | Business or Target | Documents Sought | Date Served | Return Date | Serv.day Updated Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| Baltimore, MD 21201 | | reimbursement/payment rates; docs relied upon for reimbursement/payment rates; costs and reimbursement to providers; awareness of diff. between costs and reimbursement; processing policies, procedures; payments made; communications relating reimbursement; decision to rely on drug pricing; docs from any publisher; docs re: AWP's; docs re: difference between AWP and payment; all docs re: AWP, AMP, WAC, MAC, EAC, Best Price; contractual relationships with PBM, 3rd party admin., consultants, auditors, etc., re: subject drugs; docs. identify persons involved in contractual relationship with PBM, docs re: profit analysis; | | | | Burling; Astra, BSM, GSK, Immunex, Centocor | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Served w/ Unfiled Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| | | docs re: internal/external investigations; all filings with state/federal gov. entity; all docs. from CMS, HHS, federal agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org charts. | | | | | |
| The Regence Group 200 Southwest Market St. Portland, OR 97201 Lisa Heinichen, Esq. Regence Group | Health Insurer/HMO | Docs relating to AWP, setting of reimbursement/payment rates; costs and reimbursement to providers; awareness of diff. between costs and reimbursement; processing policies, procedures; payments made; communications relating reimbursement; decision to rely on drug pricing; docs from any publisher; docs re: AWP's, docs re: AWP; difference between AWP and payment; all docs re: AWP, AMP, WAC, MAC, EAC, Best | 11/14/03 | 12/5/03 | yes | Erik Haas, Patterson, Belknap, Webb & Tyler; Astra, BSM, GSK, Immunex, Centocor | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Served w/ Undated Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| | | Price; contractual relationships with PBM, 3rd party admin., consultants, auditors, etc., re: subject drugs; docs. identify persons involved in contractual relationship with PBM, docs re: profit analysis; docs re: internal/external investigations; all filings with state/federal gov. entity; all docs. from CMS, HHS, federal agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org charts. | | | | | |
| Trigon Ins. Co. 2015 Staples Mill Rd. Richmond, VA 23230 | | | 4/28/04 | | | Erik Haas Patterson Belknap Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |
| Unicare Life & Health Insurance Co. 233 S. Wacker Dr., Suite 3900 | Health Insurer/HMO | Docs relating to AWP; setting of reimbursement/payment rates; costs and | 11/14/03 | 12/5/03 | yes | Erik Haas, Patterson, Belknap, Webb & Tyler; Astra, BSM, GSK, | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Served w/ Updated Subpoena | Defense Counsel / Defendant(s) | Served: Objections |
|---|---|---|---|---|---|---|---|
| Chicago, IL 60606<br><br>Deanne Miller, Esq.<br>Morgan, Lewis &<br>Bockius, LLP<br>300 S. Grand Ave<br>22nd Floor<br>Los Angeles, CA<br>90071-3132 | | reimbursement to providers; awareness of diff. between costs and reimbursement; processing policies, procedures; payments made; communications relating reimbursement; decision to rely on drug pricing; docs from any publisher; docs re: AWP's; docs re: difference between AWP and payment; all docs re: AWP, AMP, WAC, MAC, EAC, Best Price; contractual relationships with PBM, 3rd party admin., consultants, auditors, etc., re: subject drugs; docs. identify persons involved in contractual relationship with PBM, docs re: profit analysis; docs re: internal/external investigations; all filings with state/federal gov. entity; all docs. from CMS, HHS, federal | | | | Immunex, Centocor | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Served/ Undated Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| United American Ins. Co. 3700 S. Stonebridge Dr. McKinney, TX 75070-5934 | | agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org charts. | 4/28/04 | | | Erik Haas Patterson Belknap Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |
| United HealthCare 9900 Bren Road East Minnetonka, MN 55343<br><br>Thomas F. Fitzgerald Michael Prame The Groom Law Group 1701 Pennsylvania Ave. NW Washington, D.C. 20006 | | Docs relating to AWP; setting of reimbursement/payment rates; docs relied upon for reimbursement/payment rates; costs and reimbursement to providers; awareness of diff. between costs and reimbursement; processing policies, procedures; payments made; communications relating reimbursement; decision to rely on drug pricing; docs from any publisher; docs re: | 11/19/03 | 12/12/03 | yes | Paul Schmidt, Covington & Burling; Astra, BSM, GSK, Immunex, Centocor | yes |

1534.16 0010 DSC.DOC

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Served w/ Unitated Subpoena | Defense Counsel/Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| | | AWP's; docs re: difference between AWP and payment; all docs re: AWP, AMP, WAC, MAC, EAC, Best Price; contractual relationships with PBM, 3rd party admin., consultants, auditors, etc., re: subject drugs; docs. identify persons involved in contractual relationship with PBM, docs re: profit analysis; docs re: internal/external investigations; all filings with state/federal gov. entity; all docs. from CMS, HHS, federal agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org charts. | | | | | |
| UPMC Health Plan One Chatham Center 112 Washington Place Pittsburgh, PA 15219 | | Docs relating to AWP; setting of reimbursement/payment rates; docs relied upon for reimbursement/payment | 11/19/03 | 12/12/03 | yes | Paul Schmidt, Covington & Burling; Astra, BSM, GSK, Immunex, Centocor | |

| Target Company | Business of Target | Document(s) Sought | Date Served | Return Date | Served w/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| Dan Vuckmer, Esq. UPMC Health Plan | | rates; costs and reimbursement to providers; awareness of diff. between costs and reimbursement; processing policies, procedures; payments made; communications relating reimbursement; decision to rely on drug pricing; docs from any publisher; docs re: AWP's, docs re: difference between AWP and payment; all docs re: AWP, AMP, WAC, MAC, EAC, Best Price; contractual relationships with PBM, 3rd party admin., consultants, auditors, etc, re: subject drugs; docs. identify persons involved in contractual relationship with PBM, docs re: profit analysis; docs re: internal/external investigations; all filings with state/federal gov. entity; all docs. from | | | | | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Served w/ Unsigned Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| | | CMS, HHS, federal agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org charts. | | | | | |
| Walgreens Health Initiatives 200 Wilmot Road, #2661 Deerfield, IL 60015-4616 | | | 4/23/04 | | | Erik Haas Patterson Belknap Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |
| Wellmark Blue Cross Blue Shield 636 Grand Avenue Des Moines, IA 50309 Hayward L. Draper, Esq. Nyemaster, Goode, Voights, West, Handell & O'Brien 700 Walnut Street, Suite 1600 Des Moines, IA 50309-3899 | | | | | 4/7/04 | Erik Haas Patterson Belknap Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | |
| Wellpoint Pharmaceutical Management | | Docs relating to AWP; setting of reimbursement/payment | 11/19/03 | 12/12/03 | 4/23/04 | Paul Schmidt, Covington & Burling; Astra, | |

| Target (Company) | Business of Target | Documents Sought | Date Served | Return Date | Served w/ Unilateral Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| 1 WellPoint Way Thousand Oaks, CA 91362 | | rates; docs relied upon for reimbursement/payment rates; costs and reimbursement to providers; awareness of diff. between costs and reimbursement; processing policies, procedures; payments made; communications relating reimbursement; decision to rely on drug pricing; docs from any publisher; docs re: AWP's; docs re: difference between AWP and payment; all docs re: AWP, AMP, WAC, MAC, EAC, Best Price; contractual relationships with PBM, 3rd party admin., consultants, auditors, etc., re: subject drugs; docs. identify persons involved in contractual relationship with PBM, docs re: profit analysis; docs re: internal/external | | | | BSM, GSK, Immunex, Centocor | |

1534.16 0010 DSC.DOC

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Served w/ Updated Subpoena | Defense Counsel / Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| | | investigations; all filings with state/federal gov. entity; all docs. from CMS, HHS, federal agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org charts. | | | | | |
| Zurich North America 1400 American Lane Schaumberg, IL 60196 <br> Gil Soffer, Esq. Katten, Muchin, Zavis & Roseman 525 West Monroe St. Suite 1600 Chicago, IL 60661-3693 | Health Insurer/HMO | Docs relating to AWP; setting of reimbursement/payment rates; costs and reimbursement to providers; awareness of diff. between costs and reimbursement; processing policies, procedures; payments made; communications relating reimbursement; decision to rely on drug pricing; docs from any publisher; docs re: AWP's; docs re: difference between AWP and payment; all docs re: AWP, AMP, WAC, MAC, EAC, Best Price; contractual | 11/17/03 | 12/8/03 | yes | Kathleen O'Sullivan, Perkins Coie; Astra, BSM, GSK, Immunex, Centocor | |

1534.16 0010 DSC.DOC

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Serv/w Updated Subpoena | Defense Counsel / Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| | | relationships with PBM, 3rd party admin., consultants, auditors, etc., re: subject drugs; docs. identify persons involved in contractual relationship with PBM, docs re: profit analysis; docs re: internal/external investigations; all filings with state/federal gov. entity; all docs. from CMS, HHS, federal agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org charts. | | | | | |