# EXHIBIT B

## TO THE DECLARATION OF STEVE W. BERMAN
## IN OPPOSITION TO MOTION TO COMPEL "PROPER ANSWERS"
## TO BMS' CONTENTION INTERROGATORIES

# EXHIBIT B

## Defense Subpoenas to CMS Carriers and Federal Agencies

| Carriers Served | Lupron MDL | North Carolina | New Jersey | Texas | AWP MDL |
|---|---|---|---|---|---|
| BSBS of Alabama | | x | x | x | x |
| Cahaba GBA | x | | | | |
| United Healthcare (Jackson, MS) | | | | | x |
| AdminaStar Federal (Louisville, KY) | | | | | x |
| AdminaStar Federal (Indianapolis, IN) | | | | | x |
| Arkansas BCBS (Little Rock, AR) | x | x | x | x | x |
| Arkansas BCBS (Louisiana) | x | x | x | x | |
| Arkansas BCBS (Oklahoma) | x | x | x | x | |
| Arkansas BCBS (New Mexico) | x | x | x | x | |
| BCBS of Oklahoma | x | x | | | |
| BCBS South Carolina | | | | | x |
| Noridian North Dakota | | | | | x |
| CIGNA NC | | x | x | x | |
| CIGNA TN | | x | x | x | x |
| Empire Medicare Services (NY) | x | x | x | x | x |
| Empire Medicare Services (NJ) | x | x | | x | |
| First Coast Florida (BCBS Florida) | x | x | x | x | x |
| First Coast CT | x | x | x | x | |
| United Healthcare (Meriden, CT) | | | | | x |
| Group Health Inc. | x | x | x | x | x |
| HealthNow NY | x | x | x | x | |
| BCBS of Western NY | | | | | x |

1534.16 0052 DSC.DOC

1

| Carriers Served | Lupron MDL | North Carolina | New Jersey | Texas | AWP MDL |
|---|---|---|---|---|---|
| Empire Medicare Services (PA) | x | x | x | x | |
| HGS Administrators (Highmark) | x | x | x | x | |
| XACT Medicare Services (PA) | | | | | x |
| BCBS of Kansas | x | x | x | x | x |
| BCBS of Montana | x | x | x | x | x |
| NHIC (Chico, CA) | x | x | x | x | x |
| NHIC (Los Angeles) | x | x | x | x | |
| TransAmerica Occidental Life (CA) | | | | | x |
| Nationwide Mutual Insurance Co. | | | | | x |
| Noridian Administrative Services (Arizona) | x | x | x | x | |
| Noridian Administrative Services (Iowa) | x | x | x | x | |
| Noridian Administrative Services (Oregon) | x | x | x | x | |
| Medicare Northwest Regence BCBS | | x | x | x | |
| BCBS of North Dakota | | | | | x |
| Regence BCBS of Utah | x | | | | x |
| BCBS of Rhode Island | x | x | x | x | x |
| Seguros De Servicio de Salud de Puerto Rico | | | | | x |
| Palmetta GBA | x | x | x | x | x |
| Trailblazer (TX) | x | x | x | x | x |
| Trailblazer Timonium II | x | x | x | x | x |
| United HealthCare (VA) | | | | | x |
| WPS (Chicago) | x | x | x | x | |

| Carriers Served | Lupron MDL | North Carolina | New Jersey | Texas | AWP MDL |
|---|---|---|---|---|---|
| WPS (Minnesota) | x | x | x | x | |
| WPS (Wisconsin) | x | x | x | x | x |
| United Healthcare (MN) | | | | | x |
| Dep't Veterans Affairs | | | | | x |
| Medicare Pymt Advisory Comm'n | | | | | x |
| Office of General Counsel DHHS | | | | | x |
| Comptroller General of U.S., GAO | | | | | x |

| Carriers Served | Lupron MDL | North Carolina | New Jersey | Texas | AWP MDL |
|---|---|---|---|---|---|