# EXHIBIT C

## TO THE DECLARATION OF STEVE W. BERMAN
## IN OPPOSITION TO MOTION TO COMPEL "PROPER ANSWERS"
## TO BMS' CONTENTION INTERROGATORIES

# EXHIBIT C

## DEFENDANTS' THIRD-PARTY SUBPOENAS TO PHARMACIES

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Servd w/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| Aid Drug Stores, Inc. 3325 East Baltimore St. Baltimore, MD 21224 | | | 5/6/04 | | | | |
| Aurora Pharmacies Aurora Health Services P.O. Box 343910 Milwaukee, WI 53234-3910 | | | 5/6/04 | | | | |
| Brooks Pharmacy 50 Service Avenue Warwick, RI 02886 | | | 5/6/04 | | | | |
| Cambria Pharmacy 3121 N. 5th Street Philadelphia, PA 19133 | | | 5/6/04 | | | | |
| Coburn's Pharmacy Coburn's Inc. 1445 East Highway 23 St. Cloud, MN 56302 | | | 5/6/04 | | | | |
| Copps Pharmacy Copps Food Center P.O. Box 473 Milwaukee, WI 53201-0473 | | | 5/6/04 | | | | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Servd w/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| CVS Corporation<br>1 CVS Drive<br>Woonsocket, RI 02895-6146 | | | 5/6/04 | | | | |
| Dominick's Finer Foods<br>711 Jorie Blvd.<br>Oak Brook, IL 60523 | | | 5/6/04 | | | | |
| Duane Reade, Inc.<br>440 9th Ave., Floor 6<br>New York, NY 10001 | | | 5/6/04 | | | | |
| Eckerd Corporation<br>8333 Bryan Dairy Rd.<br>Largo, FL 33777-1320 | | | 5/6/04 | | | | |
| Happy Harry's Discount Drug Store<br>326 Ruthar Drive<br>Newark, DE 19711 | | | 5/6/04 | | | Kathleen O'Sullivan, Perkins Coie; Astra, BSM, GSK, Immunex, Centocor | yes |
| H.E. Butt Grocery Co.<br>P.O. Box 83999<br>San Antonio, TX 78283-3999 | | | 6/22/04 | | | Sara Rankin Sidley Austin Chicago | |
| Horizon Pharmacies, Inc.<br>531 West Main Street<br>Denison, TX 75020 | | | 5/6/04 | | | | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Servd w/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| IPS Pharmacies 33381 Walker Road Avon Lake, OH 44012 | | | 5/6/04 | | | Sara Rankin Sidley Austin Chicago | |
| Jaros Drug Inc. 25 Central Park West New York, NY 10023 | | | 6/22/04 | | | | |
| King's Pharmacy 1619 Third Avenue New York, NY 10128 | | | 5/6/04 | | | | |
| Kinney Drugs, Inc. 520 East Main Street Gouverneur, NY 13642 | | | 5/6/04 | | | | |
| Longs Drug Stores Corp. 141 North Civic Drive Walnut Creek, CA 94596 | | | 5/6/04 | | | | |
| Metro Drugs 7 West 14th Street New York, NY 10011 | | | 6/22/04 | | | Sara Rankin Sidley Austin Chicago | |
| NeighborCare, Inc. 601 E. Pratt St., 3rd Fl. Baltimore, MD 21202 | | | 5/6/04 | | | | |
| Osco Drug/Savon Drugs 250 Parkcenter Blvd. Boise, ID 83706 | | | 5/6/04 | | | | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Servd w/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| Pamida Pharmacy Pamida, Inc. 8800 F Street Omaha, NE 68127 | | | 5/6/04 | | | | |
| Physician Plus Pharmacy P.O. Box 2078 Madison, WI 53701-2078 | | | 6/22/04 | | | Sara Rankin Sidley Austin Chicago | |
| Power Mart Drugs 147 Fulton Street New York, NY 10038 | | | 5/6/04 | | | | |
| Rite Aid Corporation 30 Hunter Lane Camp Hill, PA 17011-2400 | | | 5/6/04 | | | | |
| Safeway, Inc. 8060 S. Kyrene Rd. Tempe, AZ 85284 | | | 5/6/04 | | | | |
| Shelly's Pharmacy 8850 Frankford Ave. Philadelphia, PA 19136 | | | 5/6/04 | | | | |
| Union Square Drugs 859 Broadway New York, NY 10003 | | | 5/6/04 | | | | |

1534.16 0058 DSC.DOC

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Servd w/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| Voshell's Pharmacy, Inc. 3350 Wilkens Ave Baltimore, MD 21229 | | | 6/22/04 | | | Sara Rankin Sidley Austin Chicago | |
| Walgreen Co. 200 Wilmot Road Deerfield, IL 60015-4620 | | | 5/6/04 | | | | |