# EXHIBIT D

## TO THE DECLARATION OF STEVE W. BERMAN
## IN OPPOSITION TO MOTION TO COMPEL "PROPER ANSWERS"
## TO BMS' CONTENTION INTERROGATORIES

# EXHIBIT D

## DEFENDANTS' THIRD-PARTY SUBPOENAS
### (NON CLASS MEMBERS)

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Servd w/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| Acordia National Inc. 602 Virginia St East Charleston, WV 25301 | Claims Administration | Contracts with plans; all docs related to claims processing policies and procedures, benefit interpretive guidelines; docs relating to AWPs; org charts | 10/31/03 | 11/26/03 | | Jim Zucker, Hogan & Hartson; BSM | |
| Amerihealth Administrators 1901 Market St. Philadelphia, PA 19103 | Claims Administration | Contracts with plans; all docs related to claims processing policies and procedures, benefit interpretive guidelines; docs relating to AWPs; org charts | 10/31/03 | 11/26/03 | | Jim Zucker, Hogan & Hartson; BSM | |
| Ernst & Young LLP 5 Times Square NY, NY 10036 | Accountants/ Auditors | Docs relating to any PBM audit report performed for any Plan; all correspondence with a Plan re: reimbursement for pharmaceuticals; all promotional literature relating to PBM audits; all docs relating to AWPs; org charts | 11/05/03 | 11/26/03 | | Erik Haas, Patterson Belknap Webb & Tyler; Astra, BSM, GSK, Immunex, Centocor | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Servd w/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| Findley Davies Inc. 300 Madison Ave Ste 1000 Toledo, OH 43604-1596 | Actuarial/Plan Processing/ Benefit Consulting | Contracts with Plans that relate to prescription drug benefits; reports and recommendations provided to Plans and related to PBMs; docs relating to AWPs; org charts | 10/31/03 | 11/26/03 | | Jim Zucker, Hogan & Hartson; BSM | |
| First Health Benefits 3200 Highland Ave Downers Grove, IL 60515 | Claims Administration | Contracts with plans; all docs related to claims processing policies and procedures, benefit interpretive guidelines; docs relating to AWPs; org charts | 10/31/03 | 11/26/03 | | Jim Zucker, Hogan & Hartson; BSM | |
| Hewitt Associates 100 Half Day Road Lincolnshire, IL 60069-3324 847-295-5000 | Actuarial/Plan Processing/ Benefit Consulting | Contracts with Plans that relate to prescription drug benefits; reports and recommendations provided to Plans and related to PBMs; docs relating to AWPs; org charts | 10/31/03 | 11/26/03 | | Jim Zucker, Hogan & Hartson; BSM | |
| Highmark Services Co. 120 5th Avenue 5th Avenue Place Pittsburgh, PA 15222 | Claims Administration | Contracts with plans; all docs related to claims processing policies and procedures, benefit interpretive guidelines; docs relating to AWPs; org charts | 10/31/03 | 11/26/03 | | Jim Zucker, Hogan & Hartson; BSM | |
| Milliman and Robertson 1301 Fifth Ave, Ste 3800 Seattle, WA 98101 | Actuarial/Plan Processing/ Benefit Consulting | Contracts with Plans that relate to prescription drug benefits; reports and recommendations provided to Plans and related to PBMs; docs relating to AWPs; org charts | 10/31/03 | 11/26/03 | | Jim Zucker, Hogan & Hartson; BSM | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Servd w/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| Northern Trust Retirement Consulting LLC<br>400 Perimeter Center Trail N., Suite 850<br>Atlanta, GA 30346<br><br>Shelia Blaskow<br>Northern Trust | Retirement Consulting and Plan Administration (recently acquired by Hewitt Associates) | Docs relating to AWP; setting of reimbursement/ payment rates; costs and reimbursement to providers; awareness of diff. between costs and reimbursement; processing policies, procedures; payments made; communications relating reimbursement; decision to rely on drug pricing; docs from any publisher; docs re: AWP's; docs re: difference between AWP and payment; all docs re: AWP, AMP, WAC, MAC, EAC, Best Price; contractual relationships with PBM, 3rd party admin., consultants, auditors, etc., re: subject drugs; docs. identify persons involved in contractual relationship with PBM, docs re: profit analysis; docs re: internal/external investigations; all filings with state/federal gov. entity; all docs. from CMS, HHS, federal agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org charts | 11/14/03 | 12/4/03 | yes | Erik Haas,<br>Patterson, Belknap, Webb & Tyler;<br>Astra, BSM, GSK, Immunex, Centocor | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Servd w/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| Pharmacy Outcomes Specialists 41 E. Main St., Ste 200 Lake Zurich, IL 60047 | PBM Auditing | Contracts with Plans that relate to prescription drug benefits; reports and recommendations provided to Plans and related to PBMs; docs relating to AWPs; org charts | 10/31/03 | 11/26/03 | | Jim Zucker, Hogan & Hartson; BSM | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Servd w/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| PricewaterhouseCoopers LLP 1177 Avenue of the Americas New York, NY 10036 | | Docs relating to AWP; setting of reimbursement/ payment rates; docs relied upon for reimbursement/ payment rates; costs and reimbursement to providers; awareness of diff. between costs and reimbursement; processing policies, procedures; payments made; communications relating reimbursement; decision to rely on drug pricing; docs from any publisher; docs re: AWP's; docs re: difference between AWP and payment; all docs re: AWP, AMP, WAC, MAC, EAC, Best Price; contractual relationships with PBM, 3rd party admin., consultants, auditors, etc., re: subject drugs; docs. identify persons involved in contractual relationship with PBM, docs re: profit analysis; docs re: internal/external investigations; all filings with state/federal gov. entity; all docs. from CMS, HHS, federal agency re: pricing of drugs; all docs produced by you in litigation, investigation, inquiry; org charts. | 11/19/03 | 12/12/03 | | Paul Schmidt, Covington & Burling; Astra, BSM, GSK, Immunex, Centocor | |

| Target Company | Business of Target | Documents Sought | Date Served | Return Date | Servd w/ Updated Subpoena | Defense Counsel/ Defendant(s) | Served Objections |
|---|---|---|---|---|---|---|---|
| Towers Perrin<br>One Stamford Plaza<br>263 Tresser Blvd<br>Stamford, CT 06901<br>203-326-5400 | Actuarial/Plan Processing/ Benefit Consulting | Contracts with Plans that relate to prescription drug benefits; reports and recommendations provided to Plans and related to PBMs; docs relating to AWPs; org charts | 10/31/03 | 11/26/03 | | Jim Zucker, Hogan & Hartson; BSM | |
| Watson Wyatt Worldwide<br>1717 H Street NW<br>Washington, D.C. 20006<br>202-715-7000 | Actuarial/Plan Processing/ Benefit Consulting | Contracts with Plans that relate to prescription drug benefits; reports and recommendations provided to Plans and related to PBMs; docs relating to AWPs; org charts | 10/31/03 | 11/26/03 | | Jim Zucker, Hogan & Hartson; BSM | |
| William M. Mercer<br>1166 Ave of Americas<br>NY, NY 10036<br>212-345-7000 | Actuarial/Plan Processing/ Benefit Consulting | Contracts with Plans that relate to prescription drug benefits; reports and recommendations provided to Plans and related to PBMs; docs relating to AWPs; org charts | 10/31/03 | 11/26/03 | | Jim Zucker, Hogan & Hartson; BSM | |