- 1 -

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 |
| ) | CIVIL ACTION:  01-CV-12257-PBS |
| ) | |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 ) ) ) | Judge Patti B. Saris |
| | Chief Magistrate Judge Marianne B. Bowler |

## PLAINTIFFS' MOTION TO COMPEL BMS TO ANSWER INTERROGATORIES

Pursuant to Rules 33(b)(5) and 37, Fed. R. Civ. P. plaintiffs respectfully move this Court for an order compelling the BMS Group to provide proper answers to interrogatories.

In support of this motion, plaintiffs submit the attached Memorandum in Support of Motion to Compel BMS to Answer Interrogatories, the Declaration of Steve W. Berman and the exhibits to the Declaration of Steve W. Berman.

- 1 -

1534.16 0078 MTN.DOC

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), the undersigned hereby certify that counsel for plaintiffs contacted counsel for defendants regarding the issues addressed in this motion, but were unable to resolve or narrow the issues.

DATED:  July 15, 2004                    By    /s/ Steve W. Berman
                                                                             Thomas M. Sobol (BBO#471770)
                                                                             Edward Notargiacomo (BBO#567636)
                                                                             Hagens Berman LLP
                                                                             One Main Street, 4th Floor
                                                                             Cambridge, MA  02142
                                                                             Telephone: (617) 482-3700
                                                                             Facsimile: (617) 482-3003
                                                                             **LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
**CHAIRS OF LEAD COUNSEL COMMITTEE**

Samuel Heins
Heins, Mills & Olson, P.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

- 3 -

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Elizabeth A. Fegan
The Wexler Firm
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
**MEMBERS OF LEAD COUNSEL COMMITTEE AND EXECUTIVE COMMITTEE**

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **PLAINTIFFS' MOTION TO COMPEL BMS TO ANSWER INTERROGATORIES** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on July 15, 2004, a copy to Verilaw Technologies for Posting and notification to all parties

      By      **/s/ Steve W. Berman**
      Steve W. Berman
      **HAGENS BERMAN LLP**
      1301 Fifth Avenue, Suite 2900
      Seattle, WA 98101
      (206) 623-7292