# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO ) 01-CV-12257-PBS AND 01-CV-339 ) ) | MDL No. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL BMS TO ANSWER INTERROGATORIES

Having considered each of the parties' submissions with respect to Plaintiffs' Motion to Compel BMS to Answer Interrogatories ("the motion), the Court hereby GRANTS the Motion. It is hereby ORDERED:

Defendant, the BMS Group, are to provide proper answers to plaintiffs' interrogatories within (10) days of this Order.

DATED: July __, 2004.  _____
Hon. Patti B. Saris
United States District Court Judge

1534.16 0081 MTN.DOC

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL BMS TO ANSWER INTERROGATORIES** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on July 15, 2004, a copy to Verilaw Technologies for Posting and notification to all parties

By **/s/ Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292