# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | Judge Patti B. Saris |
| | Chief Mag. Judge Marianne B. Bowler |

## DECLARATION OF STEVE W. BERMAN IN SUPPORT OF MOTION TO COMPEL BMS TO ANSWER INTERROGATORIES

Steve W. Berman, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of the firm Hagens Berman LLP, one of the attorneys for plaintiffs.

2. Attached as Exhibit A is a true and correct copy of a letter I sent to counsel for BMS asking for answers to interrogatories.

3. Attached as Exhibit B is a true and correct copy of BMS' response.

3. Attached as Exhibit C is a true and correct copy of my response.  No answers to the interrogatory have been provided.

I declare under penalty of perjury that the foregoing is true.

Executed this the 15th day of July, 2004, at Seattle, Washington.


                                            **/s/ Steve W. Berman**
                                            STEVE W. BERMAN

1534.16 0080 MTN.DOC

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **DECLARATION OF STEVE W. BERMAN IN SUPPORT OF MOTION TO COMPEL BMS TO ANSWER INTERROGATORIES** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on July 15, 2004, a copy to Verilaw Technologies for Posting and notification to all parties

      By  **/s/ Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

- 2 -