# EXHIBIT B

# TO THE DECLARATION OF STEVE W. BERMAN IN SUPPORT OF MOTION TO COMPEL BMS TO ANSWER INTERROGATORIES



# HOGAN & HARTSON
L.L.P.

LYNDON M. TRETTER
PARTNER
(212) 918-3528
LMTRETTER@HHLAW.COM

June 23, 2004

875 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL (212) 918-3000
FAX (212) 918-3100
WWW.HHLAW.COM

*VIA TELECOPY*

Steve W. Berman, Esq.
Hagens Berman LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

    Re:   In re Pharmaceutical Industry AWP MDL Litigation
           MDL No. 1456

Dear Steve:

      I am genuinely confused by your letter of today's date. You write that "A<u>W</u>P is hardly public, but is protected by the federal government." (emphasis added). AWP is published in industry publications that are widely available.

      If you mean A<u>M</u>P or BP, we have an agreement on discovery that instead calls for BMS' production of raw transactional and rebate data so that plaintiffs can make any calculations they want. Why are you now attempting to resurrect interrogatories and objections regarding AMP and BP that were negotiated and compromised months ago?

      Finally, have you looked at BMS' productions under CMO #5 and #10 relating to governmental investigations? Some of the information you seek in the interrogatories has been produced in BMS' response to the House Energy and Commerce Committee, which you already have.

                                 Very truly yours,

                                   Lyndon M. Tretter

cc: All counsel of record (via Verilaw)

WASHINGTON, DC

BERLIN  BRUSSELS  LONDON  PARIS  BUDAPEST  PRAGUE  WARSAW  MOSCOW  TOKYO
NEW YORK  BALTIMORE  McLEAN  MIAMI  DENVER  BOULDER  COLORADO SPRINGS  LOS ANGELES