# EXHIBIT C

## TO THE DECLARATION OF STEVE W. BERMAN
## IN SUPPORT OF MOTION TO COMPEL BMS TO ANSWER INTERROGATORIES




CAMBRIDGE   LOS ANGELES   PHOENIX [PLLC]   SEATTLE

hagens-berman.com
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

STEVE W. BERMAN
(206) 224-9320
steve@hagens-berman.com

June 23, 2004

*<u>Via Facsimile</u>*

Mr. Lyndon M. Tretter
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022

    Re:

Dear Lyndon:

    <u>AMP</u> is protected by the federal government, so your interrogatory answer telling us that the data is publicly available is wrong.

    Second, we agreed to receive your production and see if we can accept it in lieu of answers.  We cannot.  It is not complete, it is not timely, and it is not readily manipulated into meaningful information.  Given the above, with deadlines approaching, we now insist on answers.  So that your "confusion" is eliminated, plaintiffs <u>now</u> request answers, not objections that are not well taken.

                         Sincerely,

                           Steve W. Berman

SWB:taw

cc:    All Counsel of Record (via Verilaw)

1534.16 0152 LTR.DOC