UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: *County of Suffolk v. Abbott Laboratories Inc., et al.* 2:03cv229 | ) ) CIVIL ACTION ) NO. 01-12257-PBS ) ) Judge Patti B. Saris |

FILING FEE PAID:
RECEIPT # 57403
PTS $ 50.00

# NOTICE OF APPEARANCE FOR PLAINTIFF COUNTY OF SUFFOLK AND MOTION FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE, that the law firm of Kirby McInerney & Squire LLP hereby appears as counsel in this action for Plaintiff County of Suffolk ("Suffolk").

Pursuant to Paragraph 16 of Case Management Order No. 1, Suffolk respectfully moves this Court for the admission *pro hac vice* of James P. Carroll Jr. to appear before this Court on behalf of Suffolk in this action. As stated in the accompanying declaration, Mr. Carroll is a member of good standing of the bars of the state of Colorado, the United States District Court for the District of Colorado, the United States Court of Appeals for the Tenth Circuit and the United States Court of Appeals for the Ninth Circuit. As further indicated in the accompanying declaration, there are no disciplinary actions pending against Mr. Carroll, and Mr. Carroll is familiar with the Local Rules of the United States District Court for the District of Massachusetts. A copy of Mr. Carroll's declaration is attached to this Notice and Motion. The appropriate filing fee is being submitted to the Clerk of the Court with this Notice and Motion.

Mr. Carroll's contact information is as follows:

> James P Carroll Jr, Esq.
> email: jcarroll@kmslaw.com
>
> Kirby McInerney & Squire
> 830 3rd Avenue, 10th Floor
> New York, NY 10022
> Tel: 212-371-6600
> Fax: 212-751-2540

Suffolk requests that Mr. Carroll be added to the Court's Master Service List.

WHEREFORE, the undersigned counsel respectfully moves Mr. Carroll's admission to practice before this Court *pro hac vice*.

Dated: July 16, 2004

> County of Suffolk
> Mea Knapp, Esq.
> Counsel to the Suffolk County Legislature
>
> By its attorneys:
>
> /s/
>
> Joanne M. Cicala
> Aaron D. Hovan
> Kirby McInerney & Squire LLP
> 830 3rd Avenue, 10th Floor
> New York, NY 10022
> Tel: 212-371-6600
> Fax: 212-751-2540