# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: *County of Suffolk v. Abbott Laboratories Inc., et al.*, E.D.N.Y. 2:03cv229 | ) ) CIVIL ACTION ) NO. 01-12257-PBS ) ) ) Judge Patti B. Saris |

## DECLARATION OF JAMES P. CARROLL JR. IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, JAMES P CARROLL JR, declare as true and correct that:

1. I am and have been a member in good standing of the bar of the State of Colorado since 1994;

2. I am and have been a member in good standing of the bar of the United States District Court for the District of Colorado and the United States Court of Appeals for the Tenth Circuit since 1994;

3. I am and have been a member in good standing of the bar of the United States Court of Appeals for the Ninth Circuit since 1996;

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Date: July 16, 2004

_____
James P. Carroll Jr.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of July 2004, I caused a true and correct copy of the Notice Of Appearance For Plaintiff Suffolk County And Motion For Admission *Pro Hac Vice*. to be served on all counsel of record by electronic service via Verilaw's Electronic Service System pursuant to Case Management Order No. 2 entered by the honorable Patti B. Saris in MDL No. 1456.

Leslie Wepner
Kirby McInerney & Squire, LLP
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 371-6600