UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE PHARMACUETICAL INDUSTRY    )
AVERAGE WHOLESALE PRICE          )
LITIGATION                       )      MDL No. 1456
                                 )      No. 01-CV-12257-PBS
THIS DOCUMENT RELATES TO:        )
ALL ACTIONS                      )
                                 )
                                        FILING FEE PAID:
                                        RECEIPT #_____
                                        AMOUNT $_____
                                        BY DPTY CLK____
                                        DATE_____

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Case Management Order No. 1, Plaintiff Twin Cities Bakery Workers Health and Welfare Fund respectfully moves the court for admission pro hac vice of the attorneys Brian L. Williams, David R. Woodward and Susan E. MacMenamin of the law firm Heins Mills & Olson, P.L.C., 3550 IDS Center, 80 South Eighth Street, Minneapolis, MN, 55403. A certificate of good standing for each attorney is attached. The appropriate filing fees have been submitted to the clerk of court with this motion.

Dated: July 23, 2004

_____
Brian L. Williams
David R. Woodward
Susan E. MacMenamin
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55403

47740.1