UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACUETICAL INDUSTRY )<br>AVERAGE WHOLESALE PRICE )<br>LITIGATION )<br>_____ )<br>)<br>THIS DOCUMENT RELATES TO: )<br>ALL ACTIONS )<br>_____ ) | MDL No. 1456<br>No. 01-CV-12257-PBS |

### CERTIFICATE OF GOOD STANDING IN SUPPORT OF MOTION TO ADMIT SUSAN E. MACMENAMIN *PRO HAC VICE*

I, Susan E. MacMenamin, hereby depose and state as follows:

1. I have been admitted to practice in the bar of the State of Minnesota since 2000 and the United States District Court for the District of Minnesota since 2001.

2. I am a member in good standing in every jurisdiction where I have been admitted to practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: July 23, 2004

_____
Susan E. MacMenamin
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55403

47670.1