## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE PHARMACUETICAL INDUSTRY )
AVERAGE WHOLESALE PRICE )
LITIGATION )
                             )
THIS DOCUMENT RELATES TO: )
ALL ACTIONS )
                             )

MDL No. 1456
No. 01-CV-12257-PBS

### CERTIFICATE OF GOOD STANDING IN
### SUPPORT OF MOTION TO ADMIT
### DAVID R. WOODWARD *PRO HAC VICE*

I, David R. Woodward, hereby depose and state as follows:

1.     I am a member in good standing in the bar of the Supreme Court of Minnesota.

2.     I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice, except that I have assumed inactive status before the bar of the Supreme Court of Pennsylvania and I have been suspended for non-disciplinary reasons (nonpayment of annual dues) by the California Supreme Court.

3.     No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4.     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated:  July 23, 2004

David R. Woodward
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55403

47671.1