UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY )<br>AVERAGE WHOLESALE PRICE )<br>LITIGATION )<br>_____ )<br>                                                          )<br>THIS DOCUMENT RELATES TO: )<br>ALL ACTIONS )<br>_____ ) | MDL No. 1456<br>No. 01-CV-12257-PBS |

**CERTIFICATE OF GOOD STANDING IN
SUPPORT OF MOTION TO ADMIT
DAVID R. WOODWARD *PRO HAC VICE***

I, David R. Woodward, hereby depose and state as follows:

1. I am a member in good standing in the bar of the Supreme Court of Minnesota.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice, except that I have assumed inactive status before the bar of the Supreme Court of Pennsylvania and I have been suspended for non-disciplinary reasons (nonpayment of annual dues) by the California Supreme Court.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: July 23, 2004

*David Woodward* (signature)

David R. Woodward
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55403

47671.1