# EXHIBIT B

# The Hearst Corporation

Eve Burton
General Counsel

Jonathan R Donnellan
Larry M Loeb
Francis A McAnaney, Jr
Jeffrey R Minot
Debra S Weaver
Senior Counsel

Barry S Agdern
Thomas A Bisdale
Thomas A Brennan, Jr
Carolene S Baddy
Bridgette Fitzpatrick
Robert J Hawley
Richard J Jordan
Timothy E Ladin
Alan B Lewis
Kevin J McCauley
Mark C Rodman
Calvin Siemer

Jodie W King
Secretary

Harvey L Lipton
Of Counsel

Office of General Counsel
959 Eighth Avenue
New York, New York 10019

Phone 212 649 2000
Fax 212 649 2035

July 16, 2004

VIA FAX (212-918-3100 and 212-836-8689) AND MAIL

Steven M. Edwards, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY  10022

Saul Morgenstern, Esq.
Kaye Scholer
425 Park Avenue
New York, NY  10022

Re:   In Re Pharmaceutical Industry Average Wholesale Price Litigation
      MDL No. 1456

Dear Steve and Saul:

Pursuant to our several recent discussions, this will confirm that we have reached an impasse with respect to the deposition of Patricia Kay Morgan. Accordingly, Ms. Morgan and First DataBank, Inc. agree to submit to the jurisdiction of the United States District Court for the District of Massachusetts, where the above-referenced action is pending, for the purpose of allowing your clients to file a motion to compel with respect to the deposition.

Thank you for your courtesy and cooperation.

Very truly yours,

Robert J. Hawley

Cc:   Eve Burton, Esq.
Bcc:  David A. Schulz, Esq.