# EXHIBIT C

1

```
 1     UNITED STATES DISTRICT COURT
       DISTRICT OF MASSACHUSETTS
 2         MDL NO. 1456
        CA NO. 01-12257-PBS
 3

 4

 5     _____

 6            IN RE:
          AVERAGE WHOLESALE PRICE
 7       PHARMACEUTICAL LITIGATION

 8     _____

 9

10    BEFORE:  The Honorable Patti B. Saris

11

12            STATUS CONFERENCE

13

14

15       John Joseph Moakley United States Courthouse
                 Courtroom No. 13
16               One Courthouse Way
                 Boston, MA 02210
17             Monday, March 8, 2004
                    3:07 P.M.
18

19
                  Cheryl Dahlstrom
20              Official Court Reporter
              United States District Court
21            595 Main Street, Room 514
              Worcester, MA 01608-2076
22       Mechanical Steno - Transcript by Computer

23

24

25
```

```
 1   APPEARANCES:

 2      HAGENS BERMAN, LLP
          By: Thomas M. Sobol, Esq.
 3        225 Franklin Street, 26th Floor
          Boston, Massachusetts 02110
 4        - and -
          HAGENS BERMAN, LLP
 5        By: Steve W. Berman, Esq.
          1301 Fifth Avenue, Suite 2900
 6        Seattle, Washington 98101
          On Behalf of the Plaintiff Board of Trustees of the
 7        Carpenters & Millwrights of Houston; Shirley Geller.

 8      SPECTOR, ROSEMAN & KODROFF, PC
          By: Jeffrey Kodroff, Esq.
 9        1818 Market Street, Suite 2500
          Philadelphia, Pennsylvania 19103
10        On Behalf of the Plaintiff Teamsters Health & Welfare
          Fund of Philadelphia & Vicinity.
11
         HEINS, MILLS & OLSON, PLC
12        By: Samuel D. Heins, Esq.
          700 Northstar East
13        608 Second Avenue South
          Minneapolis, Minnesota 55402
14        On Behalf of the Plaintiff Twin Cities Bakery Workers
          Health & Welfare Fund.
15
         DAVIS, POLK & WARDWELL
16        By: D. Scott Wise, Esq., and
              Kimberley D. Harris, Esq.
17        450 Lexington Avenue
          New York, New York 10017
18        On Behalf of AstraZeneca Pharmaceuticals.

19      SHOOK, HARDY & BACON, LLP
          By: Michael L. Koon, Esq.
20        1200 Main Street
          Kansas City, Missouri 64105-2118
21        On Behalf of the Defendant Aventis Pharmaceuticals.

22      ROPES & GRAY
          By: John T. Montgomery, Esq.
23        One International Place
          Boston, Massachusetts 02110
24        On behalf of the Defendants Schering-Plough Corporation
          and Warrick Pharmaceuticals.
25
```

3

1   APPEARANCES: (Cont'd)

2   PATTERSON, BELKNAP, WEBB & TYLER, LLP
    By: Erik Haas, Esq.
3   1133 Avenue of the Americas
    New York, New York 10036-6710
4   On Behalf of the Defendants Allergan, Inc., and
    Johnson & Johnson.

5

    BINGHAM McCUTCHEN LLP
6   By: Joseph L. Kociubes, Esq.
    150 Federal Street
7   Boston, Massachusetts 02110
    On behalf of the Defendants Together Rx.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1     THE COURT: Perhaps we just leave it to the plaintiff
2  to pick two or three even if it's their best cases.
3     MR. WISE: Maybe two or three with the option of us
4  to add to it if we can reach --
5     THE COURT: I can see why no one would stand forth on
6  -- maybe just give them -- I don't even know what the right
7  number is. Maybe think about it. -- to test different
8  theories of how to do this, both with respect to the class and
9  merits.
10    There are -- but the one thing that leaves out is the
11 Together Rx issue because that spans six or seven companies
12 and is very different. I think we all agree. We have to
13 understand, first of all, whether or not there is an antitrust
14 issue here. I really was taken aback when I -- at least
15 there's an allegation that one of these publishing companies,
16 which I had viewed as basically a conduit, was proactive in
17 its own right. I don't know if there's any truth to that. I
18 imagine a deposition of that company would be a starting
19 point.
20    MR. WISE: Yeah.
21    THE COURT: I think --
22    MR. WISE: It indicates the value of finally getting
23 to the facts behind these allegations at some point and trying
24 to grapple with them to see whether there's really a case here
25 and, if so, whether there's a class case here.