# EXHIBIT D

**REDACTED PURSUANT TO PROTECTIVE ORDER**