# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 <br> ) Civil Action No. 01-CV-12257 PBS <br> ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) Judge Patti B. Saris <br> ) <br> ) |

### DEFENDANTS' MOTION TO FILE UNDER SEAL
### PORTIONS OF THE DEPOSITION TRANSCRIPT OF
### PATRICIA KAY MORGAN CITED IN THEIR MOTION TO COMPEL

Pursuant to Local Rule 7.2 and Paragraphs 15 and 29 of the Protective Order entered by the Court on December 13, 2002 (the "Protective Order"), Defendants Novartis Pharmaceuticals Corporation ("Novartis") and Bristol-Myers Squibb Company ("BMS"), on behalf of Defendants in the captioned actions, respectfully request leave to file under seal portions of the deposition transcript of Patricia Kay Morgan referenced in Defendants' Memorandum In Support Of Defendants' Motion To Enforce The Subpoena For, And To Compel, The Deposition Of Patricia Kay Morgan and attached to the Declaration Of Saul P. Morgenstern In Support Of Defendants' Motion To Enforce The Subpoena For, And To Compel, The Deposition Of Patricia Kay Morgan.   Should the Court allow Defendants' motion, unredacted versions of these materials are attached as Exhibit A and Exhibit B.

In support of its motion, Defendants state as follows:

1.      Under the terms of the Protective Order, any court filings designated "Highly Confidential" shall be filed under seal.  *See* Protective Order ¶ 15.

2.      Counsel for First DataBank, Inc. ("FDB") produced a transcript of testimony Ms. Morgan gave on November 13, 2002 in *The State of Texas ex. rel. Ven-A-Care of*

*the Florida Keys, Inc. v. Dey, Inc., et . al.*, No. GV002327 (Dist. Ct., Travis Cty. Texas) to Defendants but designated it "Highly Confidential" under Paragraph 15 of the Protective Order.

3.    Although Defendants take no position on whether FDB properly designated Ms. Morgan's deposition transcript, they are willing to honor FDB's requests for the continued highly confidential treatment of the material.   Accordingly, Defendants have separately filed a redacted public version of their filings that include excerpts from and reference to Ms. Morgan's deposition in order to protect FDB's confidentiality designation but to make non-confidential information available to the public in accordance with the prior orders of this Court.

4.    Attached as Exhibit A is an unredacted version of Defendants' Memorandum In Support Of Defendants' Motion To Enforce The Subpoena For, And To Compel, The Deposition Of Patricia Kay Morgan.

5.    Attached as Exhibit B is an unredacted version of the Declaration Of Saul P. Morgenstern In Support Of Defendants' Motion To Enforce The Subpoena For, And To Compel, The Deposition Of Patricia Kay Morgan.

WHEREFORE, Defendants request leave to file the aforementioned documents under seal.

Dated: Boston, Massachusetts
       July 30, 2004

Respectfully submitted,


/s/ Thomas E. Dwyer_____
Thomas E. Dwyer Jr. (BBO # 139660)
DWYER & COLLORA, LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 371-1000


Steven M. Edwards (*admitted pro hac vice*)
Lyndon M. Tretter (*admitted pro hac vice*)
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3000

*Attorneys for Defendant*
   *Bristol-Myers Squibb Company*
   *and on behalf of all Defendants*

/s/ Karen F. Green_____
Karen F. Green (BBO #209050)
Benjamin M. Stern (BBO #646778)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
karen.green@wilmerhale.com

Jane W. Parver (*admitted pro hac vice*)
Saul P. Morgenstern (*admitted pro hac vice*)
Rachel H. Yarkon (*admitted pro hac vice*)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
(212) 836-8000

*Attorneys for Defendant*
   *Novartis Pharmaceuticals Corporation*
   *and on behalf of all Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456<br>) Civil Action No. 01-CV-12257 PBS<br>) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) Judge Patti B. Saris<br>)<br>)<br>) |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that Exhibits A & B to the Motion To Seal Portions Of The Deposition Transcript Of Patricia Kay Morgan filed by Defendants Novartis Pharmaceuticals Corporation and Bristol-Myers Squibb Company on behalf of Defendants in the captioned actions have been manually filed with the Court.

Dated:  Boston, Massachusetts
       July 30, 2004

                              Respectfully submitted,

/s/ Thomas E. Dwyer_____
Thomas E. Dwyer Jr. (BBO # 139660)
DWYER & COLLORA, LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 371-1000

Steven M. Edwards (*admitted pro hac vice*)
Lyndon M. Tretter (*admitted pro hac vice*)
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3000

*Attorneys for Defendant*
   *Bristol-Myers Squibb Company*
   *and on behalf of all Defendants*

/s/ Karen F. Green_____
Karen F. Green (BBO #209050)
Benjamin M. Stern (BBO #646778)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
karen.green@wilmerhale.com

Jane W. Parver (*admitted pro hac vice*)
Saul P. Morgenstern (*admitted pro hac vice*)
Rachel H. Yarkon (*admitted pro hac vice*)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
(212) 836-8000

*Attorneys for Defendant*
   *Novartis Pharmaceuticals Corporation*
   *and on behalf of all Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I, Benjamin M. Stern, on July 30, 2004, caused to be served the foregoing document by hand upon Robert J. Hawley, Esq., Office of General Counsel, The Hearst Corporation, 959 Eighth Avenue, New York, New York 10019, counsel for Patricia Kay Morgan and First DataBank, Inc., and by Verilaw upon all counsel of record.

<u>/s/ Benjamin M. Stern</u>
Benjamin M. Stern