# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY  ) <br> AVERAGE WHOLESALE PRICE  ) <br> LITIGATION  ) <br> ) <br> THIS DOCUMENT RELATES TO:  ) <br> ) <br> *State of Nevada v. American Home Products* ) <br> *Corporation, et al.*, 02-CV-12086-PBS  ) <br> ) <br> ) <br> _____) | MDL No. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

## B. BRAUN OF AMERICA INC.'S NOTICE OF WITHDRAWAL AS MOOT ITS MOTION TO RE-DISMISS THE STATE OF NEVADA'S AMENDED COMPLAINT FOR IMPROPER SERVICE AND LACK OF PERSONAL JURISDICTION

B. Braun of America Inc. ("BBA") hereby respectfully withdraws as moot its Motion to Re-Dismiss the State of Nevada's Amended Complaint for Improper Service and Lack of Personal Jurisdiction, which is currently pending before the Court (filed on July 19, 2004).

On June 10, 2004, BBA was dismissed from this action by the Court. *See* Memorandum and Order (June 10, 2004), at 34. Subsequent to that dismissal, on June 28, 2004, the State of Nevada attempted, without leave of Court, to re-serve its Amended Complaint on BBA by delivering a copy of that pleading, without a summons, to the registered agent for B. Braun Medical Inc., which is a separate legal entity from BBA and not authorized to receive service on behalf of BBA. In response to this improper attempted service, BBA filed its Motion to Re-Dismiss on July 19, 2004.

As reflected in the attached letter, counsel for Nevada has reconsidered its position and abandoned its improper attempt to bring BBA back into the case without the Court's permission. Nevada's counsel has represented that their June 28, 2004 attempt to re-serve BBA with the State's Amended Complaint should be deemed "withdrawn." Nevada's counsel has further represented that they will not make any further attempts to serve BBA in this action "without prior Court approval."

In reliance on these representations by Nevada's counsel, BBA hereby withdraws as moot its Motion to Re-Dismiss Nevada's Amended Complaint. BBA remains a dismissed party pursuant to the Court's June 10, 2004 Order.

Dated: August 2, 2004

Respectfully submitted,

_____
Daniel F. Attridge, P.C.
Colin R. Kass
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Counsel for B. Braun of America Inc.*

# ATTACHMENT A



**HAGENS BERMAN LLP**
*Attorneys at Law*

CAMBRIDGE   LOS ANGELES   PHOENIX [PLLC]   SEATTLE

hagens-berman.com
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

SEAN R. MATT
(206) 224-9327
sean@hagens-berman.com

July 29, 2004

**_Via Facsimile_**

Mr. Daniel F. Attridge, P.C.
Kirkland & Ellis
655 15th Street N.W., Suite 1200
Washington D.C. 20005

    Re:    <u>In re Pharmaceutical Industry AWP Litigation</u>
            State of Nevada Case

Dear Mr. Attridge:

    We have once again reviewed B. Braun of America Inc.'s Motion to Re-Dismiss the State of Nevada's Amended Complaint for Improper Service and Lack of Personal Jurisdiction, and have considered the points that you made during our telephone conversation today. Please consider the State of Nevada's attempt to re-serve the Amended Complaint on B. Braun of America as withdrawn. Furthermore, if Nevada decides to re-serve B. Braun of America, it will not do so without prior Court approval.

    In light of these stipulations, please advise promptly whether B. Braun of America will now withdraw its motion as moot.

                            Sincerely,

                            Sean R. Matt

1534.13 0051 LTR.DOC

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing B. Braun of America Inc.'s Notice of Withdrawal as Moot Its Motion to Re-Dismiss the State of Nevada's Amended Complaint for Improper Service and Lack of Personal Jurisdiction has been served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties on this 2nd day of August, 2004.

_____
Daniel F. Attridge, P.C.
Colin R. Kass
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005
Tel: (202) 879-5000
Fax: (202) 879-5200