```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

_____
                                   )
IN RE PHARMACEUTICAL INDUSTRY      )    MDL NO. 1456
AVERAGE WHOLESALE PRICE LITIGATION )    CIVIL NO. 01-CV-12257-PBS
_____)

## ORDER

July 30, 2004

Saris, U.S.D.J.

All Defendants in the Suffolk County Amended Complaint are ordered to produce a copy of all actual Rebate Agreements for New York State beginning in 1993. If there is any confidential information in the rebate agreements, they may be filed under seal and served on plaintiff subject to a protective order. The documents shall be produced within two weeks.

                                   _____
                                   PATTI B. SARIS
                                   United States District Judge