### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Master File No. 01-CV-12257-PBS |
| This Document Relates to ALL ACTIONS. | Judge Patti B. Saris |

## PLAINTIFFS' MOTION TO COMPEL AGAINST ASTRAZENECA

In a blatant attempt to withhold key information and in direct contravention of Case Management Order No. 10 ("CMO 10"), Defendant AstraZeneca has: (i) failed to comply with its obligation pursuant to Fed. R. Civ. P. 30(b)(6) within 45 days as required by CMO 10; and (ii) failed to produce documents in a timely manner, dumping completely irrelevant documents on plaintiffs and withholding tens of thousands of pages until just 30 days prior to the due date for plaintiffs' motion for class certification. Moreover, in a show of bad faith, defendant's counsel hung up on plaintiffs' counsel after just a five-minute conversation during which plaintiffs' counsel attempted to meet and confer on these issues pursuant to Local Rule 37.1.

Accordingly, for the reasons more fully set forth in the accompanying memorandum, plaintiffs respectfully request that this Court enter an Order requiring defendant AstraZeneca to: (i) produce one or more witnesses in compliance with Rule 30(b)(6) within seven (7) days; (ii) produce an index of the 59,247 pages dumped on plaintiffs on August 2, 2004; (iii) produce any other indices of the documents produced by AstraZeneca in this litigation to date; (iv) produce any other documents that defendant previously agreed to produce (but has nonetheless been

withholding) together with an index of the documents, or certify that its production is complete,

within 7 days;  (v) pay plaintiffs' fees and costs in connection with bringing this motion; and (vi)

grant such other and further relief as this Court deems appropriate.


Dated: August 4, 2004                          By: ___/s/ Thomas M. Sobol_____
                                               One of Plaintiffs' Counsel
                                               Thomas M. Sobol
                                               Edward Notargiacomo
                                               HAGENS BERMAN LLP
                                               One Main Street, 4th Floor
                                               Cambridge, MA 02142

                                               **LIAISON COUNSEL**

                                               Steve W. Berman
                                               Sean R. Matt
                                               HAGENS BERMAN LLP
                                               1301 Fifth Avenue, Suite 2900
                                               Seattle, WA 98101

                                                Samuel Heins
                                               Brian Williams
                                               HEINS MILLS & OLSON, P.C.
                                               700 Northstar East
                                               608 Second Avenue South
                                               Minneapolis, MN 55402

                                               Jeff Kodroff
                                               John Macoretta
                                               SPECTOR, ROSEMAN &
                                               KODROFF, P.C.
                                               18181 Market Street, Suite 2500
                                               Philadelphia, PA 19103

                                               **CHAIRS OF LEAD COUNSEL
                                               COMMITTEE**

                                               Kenneth A. Wexler
                                               Elizabeth A. Fegan
                                               THE WEXLER FIRM LLP
                                               One North LaSalle
                                               Suite 2000

Chicago, Illinois 60602

Marc H. Edelson
HOFFMAN & EDELSON
45 West Court Street
Doylestown, PA 18901

**MEMBERS OF LEAD
COUNSEL COMMITTEE AND
EXECUTIVE COMMITTEE**

Michael McShane
ALEXANDER, HAWES & AUDET
LLP
300 Montgomery Street, Suite 400
San Francisco, CA 94104

Robert E. Piper, Jr.
PIPER & ASSOCIATES
624 Pierre Avenue
Shreveport, LA 71103

**MEMBERS OF EXECUTIVE
COMMITEE**

Anthony Bolognese
BOLOGNESE & ASSOCIATES
One Penn Center
1617 JFK Boulevard
Suite 650
Philadelphia, PA 19103

Jonathan W. Cuneo
The Cuneo Law Group
317 Massachusetts Avenue, N.E.
Suite 300
Washington, D.C. 20002

Neal Goldstein
Freedman & Lorry, P.C.
400 Market Street, Suite 900
Philadelphia, PA 19106

Michael E. Criden
Hanzman & Criden, PA
Commerce Bank Center, Suite 400
220 Alhambra Circle
Coral Gables, FL 33134

Blake M. Harper
Kirk B. Hulett
Hulett Harper LLP
550 West C Street, Suite 21700
San Diego, CA 92101

Jonathan D. Karmel
KARMEL & GILDEN
221 N. LaSalle Street
Suite 1414
Chicago, IL 60601
Philadelphia, PA 19103

Diane M. Nast
RODA & NAST PC
801 Estelle Drive
Lancaster, PA 17601

Henry H. Rossbacher
ROSSBACHER & ASSOCIATES
811 Wilshire Boulevard
Suite 1650
Los Angeles, CA 90017-2666

Jonathan Shub
SHELLER, LUDWIG & BADEY
1528 Walnut Street
3rd Floor
Philadelphia, PA 19102

Ira Neil Richards
TRUJILLO RODRIGUEZ &
RICHARDS, LLC
The Penthouse
226 West Ritten House Square
Philadelphia, PA 19103

Lee Squitieri
SQUITIERI & FEARON
521 Fifth Avenue
26th Floor
New York, NY 10175

Soctt R. Shepherd
SHEPHERD & FINKLEMAN, LLC
117 Gayley Street, Suite 200
Media, PA 19063

Mitchell A. Toups
WELLER, GREEN, TOUPS &
TERRELL L.L.P.
2615 Calder Street, Suite 400
P.O. Box 350
Beaumont, TX 77704

Damon Young
Lance Lee
YOUNG, PICKETT & LEE
4122 Texas Boulevard
P.O. Box 1897
Texarkana, AR/TX 75504

**ADDITIONAL ATTORNEYS
FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE BY VERILAW</u>

Docket No. MDL 1456

I, Edward Notargiacomo, hereby certify that I am one of plaintiffs' attorneys and that, on August 4, 2004, I caused copies of PLAINTIFFS' MOTION TO COMPEL AGAINST ASTRAZENECA to be served on all counsel of record by causing same to be posted electronically via Verilaw.

Dated: August 4, 2004                    /s/ Edward Notargiacomo
                                         Edward Notargiacomo