UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456<br>Civil Action No. 01-CV-12257- PBS<br>Judge Patti Saris |
| THIS DOCUMENT RELATES TO:<br><br>*County of Suffolk v. Abbott Laboratories, Inc., et al.,*<br>E.D.N.Y. Case No. CV-03-229 | |

## SUFFOLK COUNTY'S STATUS REPORT

The undersigned counsel for Suffolk County hereby submits the attached status report to the

Court in accordance with the Court's June 17th Procedural Order.

Date:  July 29, 2004
       New York, New York


                              KIRBY McINERNEY & SQUIRE, LLP



                              By: /s/ Joanne M. Cicala
                                  Joanne M. Cicala
                                  Aaron D. Hovan

                              830 Third Avenue
                              New York, New York 10022
                              (212) 371-6600

                              COUNSEL FOR THE COUNTY OF SUFFOLK

## *MDL 1456 Status Report*
## *County of Suffolk v. Abbott Laboratories, Inc., et al.* **03cv10643-PBS, E.D.N.Y.**

- **Motion to Dismiss** *sub judice*

  - Hearing on December 13, 2004
  - Amicus brief in opposition to defendants' motion to dismiss rebate claims on grounds of preemption filed by Secretary of Health and Human Services ("HHS") on March 18, 2004.
  - Defendants' response to HHS Amicus Brief filed April 9, 2004.
  - HHS Amicus Reply filed April 23, 2004.
  - Defendants' notice of supplemental authority filed June 14, 2004.
  - Suffolk County's response to defendants' notice of supplemental authority filed June 18, 2004

- **Motion respecting coordinated discovery**

  - Suffolk County's motion respecting coordinated discovery and the role of liaison counsel filed April 27, 2004.
  - Response of liaison counsel to Suffolk County's motion filed May 11, 2004.
  - Suffolk County's reply filed May 24, 2004.
  - Liaison counsel's sur- reply filed May 2, 2004.
  - Memorandum of Bristol-Myers Squibb Company in response to the motion of County of Suffolk addressing the role of liaison counsel for all plaintiffs, filed May 28, 2004.
  - Liaison counsel's response to Bristol Myers' unauthorized memorandum addressing the role of liaison counsel for all plaintiffs, filed May 28, 2004.

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July 2004, I caused a true and correct copy of the Suffolk County's Status Report to be served on all counsel of record by electronic service via Verilaw's Electronic Service System pursuant to Case Management Order No. 2 entered by the honorable Patti B. Saris in MDL No. 1456.

*[signature]*
James P. Carroll Jr.
Kirby McInerney & Squire, LLP
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 371-6600