UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL 1456 <br><br> Master File No. 01-CV-12257-PBS <br><br> Judge Patti B. Saris |
| THIS DOCUMENTS RELATES TO: ALL ACTIONS | |

## MOTION FOR ADMISSION PRO HAC VICE OF CHARLES C. SIPOS

Pursuant to Paragraph 16 of Case Management Order No. 1 and Local Rule 83.5.3, Gary M. Ronan, a member of the bar of the United States District Court for the District of Massachusetts who has entered an appearance on behalf of defendant Immunex Corporation in this action, hereby moves that **Charles C. Sipos, Esq. of Perkins Coie LLP, 1201 Third Avenue, Suite 4800, Seattle, WA 98101-3099** be admitted to appear and practice in this Court in this particular case as counsel to defendant Immunex Corporation.

As set forth in the accompanying Declaration, Mr. Sipos is a member in good standing of the bars of two federal district courts and the State of Washington, there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and he is familiar with the Local Rules for the United States District Court for the District of Massachusetts. The appropriate filing fee is being submitted to the Clerk of the Court.

/s/ Gary M. Ronan
Gary M. Ronan, BBO # 653899
**GOULSTON & STORRS, P.C.**
400 Atlantic Avenue
Boston, MA 02110-3333
(617) 482-1776
gronan@goulstonstorrs.com

Attorney for Defendant
IMMUNEX CORPORATION

## Certificate of Service

I hereby certify that on August 12, 2004 I served a copy of the above document on counsel of record for each of the parties in this action via the website operated by Verilaw Technologies, Inc.

/s/ Gary M. Ronan
Gary M. Ronan

GSDOCS-1391020-1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br><br> CIVIL ACTION NO. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

## PRO HAC VICE DECLARATION OF CHARLES SIPOS

1. I am and have been a member in good standing of the bar of the United States District Court for the Western District of Washington since 2002;

2. I am and have been a member in good standing of the bar of the United States District Court for the Eastern District of Washington since 2003;

3. I am and have been a member in good standing of the bar of the State of Washington since 2002;

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, the undersigned counsel respectfully moves for admission to practice before this Court *pro hac vice*.

Charles C. Sipos
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
(206) 359-8000
Attorneys for Defendant Immunex Corporation