# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION, | : | MDL 1456 |
|  | : | Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : |  |
|  | : | Judge Patti B. Saris |

## MOTION TO ENLARGE THE TIME FOR NON-PARTIES FIRST DATABANK, INC. AND PATRICIA KAY MORGAN TO FILE THEIR OPPOSITION TO DEFENDANTS' MOTION TO ENFORCE SUBPOENA FOR, AND COMPEL THE DEPOSITION OF PATRICIA KAY MORGAN

Non-parties First DataBank, Inc. and Patricia Kay Morgan, respectfully move this Court for an order enlarging by one week (to August 20, 2004) the time within which they may file their Opposition to the Motion of Defendants, Novartis Pharmaceuticals Corporation and Bristol-Myers Squibb Company, to compel deposition testimony from Patricia K. Morgan.

As grounds for this motion, the undersigned counsel for the said non-parties state that they have only recently been retained to represent the said non-parties with respect to the discovery matter before the Court; that the motion at issue was served on July 30, 2004 and thus an Opposition would be due to be filed in the normal course by August 13, 2004; that the additional time requested -- one week -- is modest; and that the additional time is needed for counsel to prepare an appropriate response to the Defendants' motion.

**L.R. 7.1 CERTIFICATION**

Counsel for the moving Defendants have been consulted, and do not object to the requested enlargement of time.

        **Respectfully submitted,**

        **FIRST DATABANK, INC. AND PATRICIA K. MORGAN,**

        **By their attorneys,**

        Richard J. Riley, BBO# 420610
        MURPHY & RILEY, P.C.
        141 Tremont Street
        Boston, MA 02111
        Telephone: (617) 423-3700
        Facsimile: (617) 423-1010

        **AND**

        David A. Schulz
        Alia L. Smith
        LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
        (Of Counsel)
        230 Park Avenue, Suite 1160
        New York, NY 10169
        Telephone: (212) 850-6100
        Facsimile: (212) 850-6299

DATED: August 9, 2004