UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION, | MDL 1456 |
| | Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**MOTION FOR ADMISSION PRO HAC VICE**

NOW COMES THE UNDERSIGNED, a member of the bar of this Court, and Pursuant to L.R. 83.5.3 of the United States District Court of Massachusetts, and respectfully moves for the admission *pro hac vice* of David A. Schulz, a member of the bar of the State of New York, the United States Court of Appeals for the Second Circuit, and the United States District Court for the Southern District of New York, among others. Admission of Mr. Schulz *pro hac vice* is sought for the limited purposes of presenting oral argument to the Court in opposition to Defendants' Motion to Enforce the Subpoena For, and Compel, the Deposition of Patricia Kay Morgan, which was electronically filed with the Court on July 29, 2004.

In support of this motion, the undersigned states as follows:

1) Mr. Schulz is a member in good standing of the bars of the following courts: State of New York, District of Columbia, Supreme Court of the United States, United States Court of Appeals for the District of Columbia Circuit, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit,

United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, United States District Court for the Northern District of New York, United States District Court for the Western District of New York, United States District Court for the District of Columbia. He is familiar with the Local Rules of the United States District Court for the District of Massachusetts insofar as they pertain to the above-referenced Motion to Enforce and Compel.

2) There are no disciplinary proceedings pending against Mr. Schulz as a member of the bar in any jurisdiction.

3) The undersigned, Richard J. Riley, of Murphy & Riley, P.C., 141 Tremont Street, Boston, Massachusetts 02111, a member of the bar of this Court has entered his appearance for the moving parties with respect to the above-referenced Motion to Enforce and Compel.

4) Attached hereto and incorporated herein as Exhibit A is a Certificate, pursuant to LR. 85.5.3(b), signed and sworn to by Mr. Schulz, attesting to the facts set forth in paragraphs 1 and 2 above.

**WHEREFORE**, the petitioner respectfully prays that David A. Schulz be admitted, *pro hac vice*, to practice in this Court for the limited purpose of presenting oral argument in support of the above-referenced Motion to Enforce and Compel.

Respectfully submitted,

Richard J. Riley, BBO# 420610
Murphy & Riley, P.C.
141 Tremont Street
Boston, MA 02111
(617) 423-3700

**CERTIFICATE OF SERVICE**

I, **Richard J. Riley of Murphy & Riley, P.C.**, hereby certify that on August 9, 2004, I served copies of the following:

1. Motion to Enlarge Time for Non-Parties First Databank, Inc. and Patricia Kay Morgan to File Their Opposition to Defendant's Motion to Enforce Subpoena For, And Compel The Deposition of Patricia Kay Morgan;
2. Motion for Admission Pro Hac Vice; and
3. Certificate of David A. Schulz in Support of Motion for Admission Pro Hac Vice

upon the parties of record listed below via first class, postage prepaid mail.

Thomas M. Sobol
Hagen Berman, LLP
225 Franklin Street
Boston, MA 02110

Saul P. Morgenstern
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

Thomas E. Dwyer, Jr.
Dwyer & Collora, LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Steven M. Edwards
Lyndon M. Tretter
Hogan & Hartson, LLP
875 Third Avenue
New York, NY

Merle Miller DeLancey, Jr.
Dickstein Shapiro Morin & Oshinsky, LLP
2101 L Street, N.W.
Washington, DC 20037

Aaron Hovan
Kirby McInerney & Squire, LLP
830 Third Avenue, 10th Floor
New York, NY 10022

Karen F. Green
Benjamin M. Stern
Wilmer Cutler Picker Hale & Dorr, LLP
60 State Street
Boston, MA 02109

Jane W. Parver
Saul P. Morgenstern
Rachel H. Yarkon
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

**Richard J. Riley, BBO #420610**
**Murphy & Riley, P.C.**
**141 Tremont Street, 7th Floor**
**Boston, MA 02111**
**(617) 423-3700**