IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> JUDGE PATTI B. SARIS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## SUPPLEMENTAL LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT FOR B. BRAUN OF AMERICA INC.

B. Braun of America Inc. hereby files this supplemental certificate required by Local Rule 7.3(B) of the United States District Court for the District of Massachusetts.[1]

I, the undersigned, counsel of record for B. Braun of America Inc., certify that to the best of my knowledge and belief, there has been a change in the owner of the common stock of B. Braun of America Inc. B. Braun of America Inc. is now a wholly-owned subsidiary of B. Braun Nordamerika Verwaltungsgesellschaft mbH. There is no publicly held company that owns ten percent or more of B. Braun of America Inc.'s stock.

---

[1] B. Braun of America Inc. filed Motions to Dismiss the Amended Master Consolidated Class Action Complaint and Montana's Second Amended Complaint for lack of personal jurisdiction and service on August 1, 2003, and September 15, 2003, respectively. Both of these motions remain pending before the Court. This Supplemental Corporate Disclosure Certificate is neither a waiver of those arguments nor is it intended to operate as an acceptance of the jurisdiction of this Court over B. Braun of America Inc.

Dated: August 16, 2004

Respectfully submitted,

_/s/ Colin R. Kass_

Daniel F. Attridge, P.C.
Colin R. Kass
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005
Tel: (202) 879-5000
Fax: (202) 879-5200

*Attorneys for B. Braun of America Inc.*

## CERTIFICATE OF SERVICE

       This is to certify that a true and correct copy of the foregoing Supplemental Local Rule 7.3 Corporate Disclosure Statement for B. Braun of America Inc. has been served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties on this 16th day of August, 2004.

_/s/ Colin R. Kass_

Daniel F. Attridge, P.C.
Colin R. Kass
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005
Tel: (202) 879-5000
Fax: (202) 879-5200