UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION:<br><br>Judge Patti B. Saris<br><br>Chief Mag. Judge Marianne B. Bowler |

### DECLARATION OF SCOTT A. GEORGE

Scott A. George, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of Sheller Ludwig & Badey, P.C., attorneys for Plaintiffs. I submit this declaration of my own personal knowledge in support of Plaintiffs' Motion to Compel McKesson Corporation to Provide Production of Documents

2. February 16, 2004 Plaintiffs served a Subpoena to produce documents on McKesson Corporation. A true and correct copy of the Subpoena served on that date is attached hereto as Exhibit A.

3. On March 15, 2004 McKesson served Objections to Plaintiffs subpoena. A true and correct copy of McKesson's Objections are attached hereto as Exhibit B.

4. May 5, 2004 Plaintiffs served an Amended Subpoena to produce documents only adding additional Identified Drugs in the appendix. A true and correct copy of the Amended Subpoena served on that date is attached hereto as Exhibit C.

5. I have recreated a log of all communications between myself and McKesson's counsel. A true and correct copy of this log is attached at Exhibit D.

#3716776 (137444.002)

6.  I have also contacted McKesson's counsel *via* mail and e-mail on several occasions and have received limited responses. This correspondence is attached at Exhibit E.

I declare the foregoing to be true under the penalty of perjury.

Philadelphia, Pennsylvania
August 16, 2004

By _____
Scott George
Sheller Ludwig & Badey, P.C.
1528 Walnut Street
3rd Floor
Philadelphia, PA  19102
Telephone:  (215) 790-7300
Facsimile:  (215) 546-0942

#3716776 (137444.002)