**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) <br> ) MDL No. 1456 <br> ) <br> ) CIVIL ACTION: 01-CV-12257 PBS <br> ) |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | ) <br> ) Judge Patti B. Saris <br> ) <br> ) Chief Mag. Judge Marianne B. Bowler |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS RELATING TO MCKESSON CORPORATION DOCUMENTS**

Having considered each of the parties' submissions with respect to Plaintiffs' Motion to Compel the Production of documents relating to McKesson Corporation Documents, the Court hereby Grants the Motion. It is hereby ORDERED:

McKesson Corporation must product all requested documents within ten (10) days of the entry of this Order.

McKesson Corporation shall further pay plaintiffs' cost incurred in bringing their motion within the same ten (10) day period.

DATED: _____

                                                                            Hon. Marianne B. Bowler
                                                                            United States Magistrate Judge