# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------ x

In Re: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

MDL No. 1456

Master File No. 01-CV-12257-PBS

Judge Patti B. Saris
------------------------------------ x

This Document Relates to:
01-CV-12257-PBS

Chief Mag. Judge Marianne B. Bowler

------------------------------------ x

## DECLARATION OF KIMBERLEY HARRIS

Kimberley Harris, declares and says:

1.      I am an associate at Davis Polk & Wardwell, which serves as counsel to

AstraZeneca Pharmaceuticals LP in connection with the above captioned litigation.  I

submit this declaration, which is based on my personal knowledge, in support of

AstraZeneca's Opposition to Plaintiffs' Motion to Compel Against AstraZeneca.

2.      At some point after receiving the Amended Notice of Rule 30(b)(6)

Deposition, I spoke with Ken Wexler, counsel for Plaintiffs, to schedule specific dates for

AstraZeneca's Rule 30(b)(6) deposition.  I informed Mr. Wexler that AstraZeneca would

be offering two witnesses.

3.      Mr. Wexler informed me that he was available on May 13 and 14, 2004.

Accordingly, we scheduled the depositions of AstraZeneca's two witnesses on those

dates.

4.     Mr. Wexler subsequently contacted me to ask that the depositions be rescheduled.  I offered to reschedule the depositions for one week later, on May 20 and 21, 2004.  Mr. Wexler confirmed that those dates were acceptable.

5.     A week or so later, Mr. Wexler's colleague, Elizabeth Fegan, informed me that Plaintiffs would only be available to proceed with the first witness on May 20, 2004 and would need to reschedule the second witness for another date.  The deposition for the second witness was rescheduled for June 29, 2004.

6.     During the same time period, I had extensive discussions with Ms. Fegan, by letter and by telephone, regarding the scope of Plaintiffs' Omnibus Requests for Production.  Part of those discussions was focused on the scope of the documents AstraZeneca would agree to produce from the entire thirteen year timeframe requested by Plaintiffs.

7.     I informed Ms. Fegan on several occasions that it would be unduly burdensome for AstraZeneca to respond to each one of the 82 requests for the entire thirteen year time period, since that would involve extensive searches through thousands of boxes held in AstraZeneca's general archives.  Instead, I proposed that AstraZeneca produce documents from the entire time frame only for certain specific requests, such as the requests relating to certain PBMs.

8.     Ms. Fegan refused to agree to any such limitations and demanded that AstraZeneca produce documents from the entire thirteen year time period for all of the Omnibus Requests.  Ms. Fegan also demanded that we produce AstraZeneca's general archive index, so that she could select the boxes that Plaintiffs wanted to review.

2

9. I explained to Ms. Fegan that the burden of a general search through AstraZeneca's archives would far outweigh any benefit, since the targeted searches AstraZeneca had agreed to conduct were likely to capture most relevant documents.

10. I also explained to Ms. Fegan that the index was a general index maintained by AstraZeneca of all boxes sent to storage by any department or employee at AstraZeneca. I further explained to Ms. Fegan that she was not entitled to have access to this general index, which included many boxes that would not be relevant in any way to Plaintiffs' complaint. Ms. Fegan refused my offer to use search terms.

11. In an effort to resolve this dispute, I agreed, on behalf of AstraZeneca, to conduct a more general search of the AstraZeneca archives and to provide Plaintiffs with access to boxes that may contain responsive information, but were not otherwise captured in AstraZeneca's targeted search. I also agreed to provide Plaintiffs with an excerpt from the general index that described the boxes available for inspection.

12. The boxes were made available for Plaintiffs' inspection beginning July 13, 2004 and an index was provided in advance. Following their inspection of the boxes, Plaintiffs requested copies of approximately thirty boxes.

13. No other index was discussed and there is no index of AstraZeneca's productions in response to the Omnibus Requests.

14. By e-mail dated July 27, 2004, Mr. Wexler requested a telephone conference with Mr. Wise to discuss Plaintiffs' request for additional Rule 30(b)(6) witnesses for AstraZeneca pursuant to the Amended Notice. I was copied on that e-mail.

15. A teleconference was arranged for the next day. I was present for the call.

3

16.    During the teleconference, a disagreement arose as to whether AstraZeneca had complied with its obligations under Rule 30(b)(6) by providing Mr. Freeberry and Mr. Alverson as designees.

17.    Although Mr. Wise did not agree that AstraZeneca was required to provide any additional witnesses, he offered to contact Alan Milbauer, a retired AstraZeneca employee, to determine whether he could provide Plaintiffs with additional information from an earlier time frame.  Plaintiffs had separately noticed Mr. Milbauer for deposition as a fact witnesses.

18.    Mr. Wise ended the call by indicating that he would get back to Plaintiffs once he had spoken to Mr. Milbauer.  He also agreed to provide dates for the additional fact witnesses noticed by Plaintiffs.

19.    I declare under penalty of perjury that the foregoing is true and correct.

By: _____
Kimberley Harris

Dated: August 23, 2004

4

# EXHIBIT B

John Richard Freeberry      Highly Confidential          May 20, 2004
                            Wilmington, DE

                                                                    1

1          H I G H L Y     C O N F I D E N T I A L

2              UNITED STATES DISTRICT COURT

3          FOR THE DISTRICT OF MASSACHUSETTS

4       ----------------------------X

5    IN RE PHARMACEUTICAL INDUSTRY )  MDL No. 1456

6    AVERAGE WHOLESALE PRICE        )  CIVIL ACTION:

7    LITIGATION                     )  01-CV-12257-PBS

8                                   )  Judge Patti B. Saris

9       ----------------------------X         CERTIFIED

     THIS DOCUMENT RELATES TO       )           COPY

10

     01-CV-12257-PBS and 01-CV-339 )

11      ----------------------------X

12

13              THURSDAY, MAY 20, 2004

14

15          Deposition of JOHN RICHARD FREEBERRY, held

16   at the Law Offices of McCarter & English, 919 North

17   Market Street, Suite 1800, Wilmington, DE, before

18   Cindy Sebo of Spherion Deposition Services, Notary

19   Public in and for the State of Maryland.

20

21

22

6

1

2                    P R O C E E D I N G S

3    Whereupon,

4                    JOHN RICHARD FREEBERRY

5    was called as a witness and, having been first

6    duly sworn, was examined and testified

7    as follows:

8            EXAMINATION BY COUNSEL FOR PLAINTIFFS

9                BY MS. FEGAN:

10       Q      Good morning, Mr. Freeberry.   Could you

11   please state your name for the record?

12       A      John Freeberry.

13       Q      Where do you live, Mr. Freeberry?

14       A      I live in Westchester, Pennsylvania.

15       Q      Where are you currently employed?

16       A      AstraZeneca Pharmaceutical.

17       Q      What is your title there?

18       A      Pricing Strategy Director.

19       Q      How long have you held the position of

20   Pricing Strategy Director?

21       A      This position, by that name, probably a

22   couple of years, but it's been essentially the

John Richard Freeberry        Highly Confidential          May 20, 2004
                              Wilmington, DE

7

1    same position with different names throughout

2    three mergers with our corporation.  So it's been,

3    more or less, eight or nine years.

4         Q     It would be approximately 1995?

5         A     '95, um-hum.

6         Q     Can you tell me beginning in -- or

7    around '95, what titles that position has been run

8    under?

9         A     I'm having trouble remembering the

10   titles.  The last one before this was Pricing

11   Strategy Manager.  I'm going back in times now,

12   and that's a couple of years ago.  I think maybe

13   it was a Pricing Strategy Partner at one time.

14   I'm not even 100 percent sure to be honest with

15   you.

16        Q     Has the title always encompassed the

17   words "Pricing Strategy"?

18        A     Yes.

19        Q     During the course of those eight to

20   nine years, have your responsibilities changed?

21        A     Essentially, they're -- they're

22   similar.

John Richard Freeberry   Highly Confidential     May 20, 2004
Wilmington, DE

8

1    Q    Let's start when you first held this

2  position of Pricing Strategy Director, so to

3  speak --

4    A    Yes.

5    Q    -- what were your responsibilities when

6  you first started?

7    A    My primary responsibilities are to

8  recommend strategy, pricing strategies for new --

9  for new brands.  That's where we spent most of our

10  time and energy; also, recommend pricing increases

11  for our brands, I guess.  And we -- we monitor the

12  pricing environment from a competitive

13  perspective, see what our competitors are doing in

14  terms of price changes, what they charge for their

15  products.

16        That captures most of our

17  responsibilities.

18    Q    When you say "most," what other

19  responsibilities do you have that don't --

20  wouldn't fall under those three areas?

21    A    Well, for example, we're looking now at

22  the impact of Medicare legislation, trying to

10

1        A      Just the Pricing Strategy Department.

2        Q      How many people are in the Pricing

3    Strategy Department?

4        A      There's five of us in total.

5        Q      Has it always been five persons?

6        A      Going back, it was probably two or

7    three.  We've grown to five in total.  Probably

8    the lowest it was was probably three.  So we have

9    gone from three to five in the eight years or so

10   that I've been responsible for this.

11       Q      Who are the five people that are

12   currently in the Pricing Strategy Department?

13       A      We have three Pricing Strategy

14   Managers:  Allen Shi, Barnabas Desta --

15       Q      How do you spell that?

16       A      D-e-s-t-a.

17              -- and Erik Schultz, S-c-h-u-l-t-z.

18       Q      And the other two?

19       A      Is Janet Rosenberg is an administrative

20   coordinator.

21       Q      And the fifth person is yourself?

22       A      Myself, right.

11

1        Q        Is there anyone that reports to the

2    three persons as Strategy Managers?

3        A        No.

4        Q        Who do you report to?

5        A        I report to a position called the

6    Senior Director of Managed Markets and Pricing.

7    That's currently a vacant position.

8        Q        Who was it before it was vacant?

9        A        Jim Blessington.

10       Q        Where is Mr. Blessington now?

11       A        He moved on to another position in

12   Finance within AstraZeneca.

13       Q        What position does he hold now?

14       A        He's the Finance lead for the -- our

15   CNS brands.

16       Q        What does "CNS brands" mean?

17       A        Central nervous system.

18       Q        Going back to the three Pricing

19   Strategy Managers, how long has Mr. Shi been in

20   that position?

21       A        He's been in that position for about

22   two years.

John Richard Freeberry     Highly Confidential                May 20, 2004
                           Wilmington, DE

                                                                        12

1        Q      And Mr. Desta?

2        A      Desta, I would say three years.

3        Q      And Mr. Schultz?

4        A      Three or four, I'm not sure which.   In

5    that range, three to four years.

6        Q      Prior to Mr. Shi, Mr. Desta and

7    Mr. Schultz, who held the positions of Pricing

8    Strategy Managers during the time that you had

9    been the Pricing Strategy Director?

10       A      Christian Keller.

11       Q      Is that a man or a woman?

12       A      It's a man.

13       Q      When did he hold that position?

14       A      Approximately --

15              MR. WISE:  Off the record.

16              (Discussion off the record.)

17              MR. WISE:  You have appearances.

18              While we were off the record, we just

19   dialed in to a conference call facility;

20   apparently, nobody is on the phone.  But we should

21   just note for the record that we might have some

22   more telephonic appearances at some point if

John Richard Freeberry   Highly Confidential      May 20, 2004
Wilmington, DE

13

1   people call into that number.

2             Sorry for the delay.

3             THE WITNESS:  Approximately 2000-2001.

4   I could be off by a year.

5             BY MS. FEGAN:

6     Q    Where did Mr. Keller go after he left

7   the Pricing Strategy Department?

8     A    He went to the Marketing Department.

9     Q    Does he hold a specific position there?

10    A    He's a product strategist.

11    Q    For a particular product?

12    A    For Nexium.

13    Q    The purple pill?

14    A    Yes.

15    Q    Other than Mr. Keller and the three

16   Pricing Strategy Managers that we referred to

17   before, who else has held that position since you

18   have been Pricing Strategy Director?

19    A    Mark Boyer, B-o-y-e-r.

20    Q    When did he hold that position?

21    A    '95-'97, in that range.

22    Q    Where is Mr. Boyer now?

John Richard Freeberry    Highly Confidential         May 20, 2004
                          Wilmington, DE

14

1        A      He's with the company.  He's in the --

2     he's in the Advertising Department.

3        Q      What was -- I'm sorry.

4        A      He's a Director of -- I don't know.   I

5     don't recall his title.

6        Q      Does he work with a particular product

7     group?

8        A      He works with the Respiratory Group.

9        Q      Other than Mr. Keller, Mr. Boyer and

10    the three Pricing Strategy Managers who currently

11    hold those positions, who else has held that

12    position since you have been Pricing Strategy

13    Director?

14       A      Alisa Rogers.

15       Q      When did she hold that position?

16       A      Sometime in the 2000-2001 period, I

17    think.  I could be off by a year.  I just don't

18    remember specifically.

19       Q      Where is she now?

20       A      She's a -- a Managed Markets Brand

21    Manager.

22       Q      For what brand?

John Richard Freeberry      Highly Confidential          May 20, 2004
Wilmington, DE

15

1      A      For Crestor.

2      Q      Who else has held that position?

3      A      A gentleman named Mark Vines.

4      Q      How do you spell the last name?

5      A      V-i-n-e-s.

6      Q      When did he hold that position?

7      A      I would say '99 to 2000, 2001.

8      Q      Where is he now?

9      A      He's with GlaxoSmithKline.

10     Q      When he left the position of Pricing

11     Strategy Manager, did he go directly to

12     GlaxoSmithKline?

13     A      Yes.

14     Q      Who else has held the position of

15     Pricing Strategy Manager?

16     A      The only other -- Allen Shi was there

17     before.  He went to another couple of positions.

18     He came back a couple of years ago.

19     Q      Tell me about that.  When did he first

20     hold the position?

21     A      That was probably '96, '97.

22     Q      Where did he move from the Pricing

16

1    Strategy Manager position?

2        A     He moved to -- I can't recall the name

3    of the department -- Customer Strategy.  That was

4    a department we had at the time called Customer

5    Strategy.

6        Q     And what did he do there?

7        A     He was a Customer Strategy Manager, as

8    I recall.

9        Q     What --

10       A     What did they do?

11       Q     Yes.

12       A     They looked at strategies that -- at

13   the customer level in some way.  I remember he

14   worked on -- a project that I recall him working

15   on was long-term care, but I'm not familiar beyond

16   that.

17       Q     Does the term "customer" -- or did the

18   term "customer," with respect to that department,

19   encompass different types of end recipients?

20       A     I didn't work in that department.  I

21   believe it did.  I don't know the specifics of it

22   though.  I just remember the project that he

75

1    AstraZeneca as the 30(b)(6) on behalf of the

2    company, with expertise in the areas that he has

3    testified in which he has such expertise so far

4    this morning.  And he's not being designated with

5    respect to any other area.

6              So I think he's also indicated in many,

7    if not all, of those other areas who he thinks

8    would be an appropriate designee of the company.  .

9    And we can pursue whether Plaintiffs want to have

10   depositions of all of those people or some of them

11   in the future.

12             With that understanding and the

13   understanding that we're here to answer any

14   questions for however -- you know, for the rest of

15   the day on any topic, to the extent Plaintiffs

16   want to ask him, we will proceed.

17             BY MS. FEGAN:

18        Q    I think where we left off, just to be

19   clear, I wanted to make sure that I understood

20   which topics you felt like you were the most

21   knowledgeable to testify on.

22             And so we're all on the same page as to

76

1    what you're being designated -- I understand that

2    you're being designated as the 30(b)(6) for

3    AstraZeneca to testify regarding Topics 1, 2

4    and 3, except as to average sales price, actual

5    sales price or contract prices.

6            Do you understand that, Mr. Freeberry?

7        A    Yes.

8        Q    I also understand that you're being

9    designated to testify regarding Topics 5 and 6,

10   other than as to average sales price, actual sales

11   price or contract price.

12           Do you understand that, Mr. Freeberry?

13       A    Yes.

14       Q    And I believe that that's all; is that

15   correct?  I apologize, I'm making you go through

16   these again.  I want us all to be on the same

17   page.

18           (The witness reviews the document.)

19           THE WITNESS:  Yes.

20           MR. WISE:  Okay.

21           MS. HARRIS:  Also, let me just note,

22   Topic 14 with respect to price.

77

1            MS. FEGAN:  You're right.  I apologize.

2            BY MS. FEGAN:

3       Q    Topic 14, with respect to price, but

4   not rebates and incentives?

5       A    Let me just read it over to be sure.

6       Q    Sure.

7            (The witness reviews the document.)

8            THE WITNESS:  Yes.

9            MR. WISE:  One other, maybe, perhaps

10  additional, 17, I think he testified that there

11  would be no such person.

12           MS. FEGAN:  Well, he testified that he

13  didn't do any research to determine whether there

14  would be any such person or whether, in fact,

15  there had been communications.  We can

16  certainly --

17           MR. WISE:  We can have an argument

18  about that later.

19           MS. FEGAN:  -- deal with that later,

20  particularly since we know there were.

21           MS. HARRIS:  I'll say that he is

22  designated with respect to 17(a) and (b),

78

1   discussions with pharmaceutical manufacturers on

2   those two topics.

3             BY MS. FEGAN:

4        Q    Are you aware of any communications

5   between AstraZeneca and any pharmaceutical

6   manufacturer regarding Topics (a) or (b) in

7   ·Number 17?

8        A    No.

9        Q    Did you do any research or

10  investigation to determine whether there had been

11  any communications between AstraZeneca and any

12  other pharmaceutical manufacturer regarding

13  Topics (a) and (b)?

14       A    No.

15   ... .Q    What did you do to prepare for this

16  deposition?

17       A    I met with counsel here yesterday

18  afternoon for three hours or so.

19       Q    When you say "counsel here," who are

20  you referring to?

21       A    Everybody from Stuart on down

22  (indicating).

John Richard Freeberry      Highly Confidential        May 20, 2004
                            Wilmington, DE

81

1       A     My affidavit.

2       Q     And the affidavit that you're referring

3   to is the one that was submitted in this

4   litigation?

5       A     Yes, ma'am.

6       Q     Any other documents that you reviewed?

7       A     No.

8       Q     Other than counsel, did you speak with

9   anyone else in preparation for today's deposition?

10      A     No.

11      Q     Do you know how the decision was made

12  to designate you as the witness designated to

13  testify on the topics that we've just discussed?

14      A     Not in any detail.

15      Q     Generally?

16      A     Generally, yeah, I'm the one most

17  knowledgeable about pricing in terms of how we

18  establish our catalog price.

19      Q     And I believe you said catalog price is

20  WAC?

21      A     WAC, yes.

22      Q     Have you been involved at all in the

# EXHIBIT C

# DAVIS POLK & WARDWELL

1300 I STREET, N.W.
WASHINGTON, D.C. 20005

1800 EL CAMINO REAL
MENLO PARK, CA 94025

99 GRESHAM STREET
LONDON EC2V 7NG

15, AVENUE MATIGNON
75008 PARIS

450 LEXINGTON AVENUE
NEW YORK, N.Y. 10017
212 450 4000
FAX 212 450 3800

WRITER'S DIRECT

212 450-4859

MESSETURM
60308 FRANKFURT AM MAIN

MARQUÉS DE LA ENSENADA, 2
28004 MADRID

1-6-1 ROPPONGI
MINATO-KU, TOKYO 106-6033

3A CHATER ROAD
HONG KONG

May 28, 2004

Re:   **In re Pharmaceutical Industry Average Wholesale Price Litigation**

Elizabeth Fegan, Esq.
The Wexler Firm
One North LaSalle Street
Suite 2000
Chicago, IL 60602

Dear Beth:

I am writing to inform you that Jeffrey Alverson, Senior Director of Contract Strategy, will be AstraZeneca's Rule 30(b)(6) designee for all areas of inquiry on the Amended Notice of Rule 30(b)(6) Deposition for which Mr. Freeberry was not AstraZeneca's designee. Mr. Alverson is available for deposition on June 29, 2004, beginning at 9:30 a.m. in Wilmington, Delaware. Please confirm as soon as possible that you are available on this date. We will confirm a location for the deposition shortly.

Sincerely,

Kimberley Harris

By Facsimile

THE│WEXLER│FIRM<sup>LLP</sup>

June 2, 2004

VIA FACSIMILE

Ms. Kimberley Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

     RE:    In re: Pharmaceutical Industry Average Wholesale Price Litigation, MDL
           No. 1456

Dear Kim:

As we have discussed, the initial 30(b)(6) deposition of AstraZeneca covered just a
handful of the topics on the Amended Notice of Rule 30(b)(6) Deposition served on April
2, 2004. CMO No. 10 requires that 30(b)(6) witnesses be produced within 45 days of the
notice. That time requirement has now come and gone. As I told you at Mr. Freeberry's
deposition and in my follow-up letter, we would make ourselves available to get this
deposition completed with AZ's additional designees as soon as you made a witness
available.

The June 29, 2004 date you propose for the continuation of the 30(b)(6) deposition is
much too far in the future, contemplating 87 days since the Amended 30(b)(6) Notice of
Deposition was served and 39 days since Mr. Freeberry's deposition. This deposition
must be completed in the next 14 days. We will make ourselves available on any day
during that period, except June 8. Please let us know by Friday when you will make Mr.
Alverson (or another designee in lieu of Mr. Alverson) available.

Sincerely,

Elizabeth A. Fegan

EAF:lyr

cc.    All Plaintiffs' Co-Lead Counsel (via facsimile)

| Contact information: | Elizabeth A. Fegan | One North LaSalle Street | 312 346 2222 |
|---|---|---|---|
| | 312 261 6191 Direct Dial | Suite 2000 | 312 346 0022 fax |
| | eafegan@wexlerfirm.com | Chicago, Illinois 60602 | www.wexlerfirm.com |

# DAVIS POLK & WARDWELL

1300 I STREET, N.W.
WASHINGTON, D.C. 20005

1600 EL CAMINO REAL
MENLO PARK, CA 94025

99 GRESHAM STREET
LONDON EC2V 7NG

15, AVENUE MATIGNON
75008 PARIS

450 LEXINGTON AVENUE
NEW YORK, N.Y. 10017
212 450 4000
FAX 212 450 3800

WRITER'S DIRECT

212 450-4859

MESSETURM
60308 FRANKFURT AM MAIN

MARQUÉS DE LA ENSENADA, 2
28004 MADRID ESPAÑA

1-6-1 ROPPONGI
MINATO-KU, TOKYO 106-6033

3A CHATER ROAD
HONG KONG

June 3, 2004

Re:    **In re Pharmaceutical Industry Average Wholesale Price Litigation**

Elizabeth A. Fegan, Esq.
The Wexler Firm LLP
One North LaSalle Street
Suite 2000
Chicago, IL 60602

Dear Beth:

I am writing in response to your letter dated June 2, 2004. As you know, AstraZeneca offered to produce two witnesses to plaintiffs on May 13 and 14, 2004, within 45 days of the Amended Notice of Rule 30(b)(6) Deposition as required by CMO 10. Despite the fact that those two dates had been specifically requested by Ken Wexler, he cancelled the deposition due to a scheduling conflict. In an effort to accommodate Ken's schedule, we offered to produce two witnesses exactly one week later on May 20 and 21, 2004. Although you proceeded with the first witness on May 20, 2004, you cancelled the deposition of the second witness on May 21, 2004.

In light of this history, it is disingenuous for you to suggest that AstraZeneca has not complied with CMO 10. Any delay in the completion of AstraZeneca's Rule 30(b)(6) deposition is due entirely to plaintiffs' scheduling changes. Mr. Alverson is AstraZeneca's designee for the remaining areas of inquiry on the Rule 30(b)(6) Notice and he is available for deposition on June 29, 2004 beginning at 9:30 am. This is the earliest date that the deposition can be scheduled. As requested in my last letter, please let us know by Friday if you are available on that date.

Very Truly Yours,

*Kimberley Harris / Ffff*

Kimberley Harris

# EXHIBIT D

Jeffrey L. Alverson          Highly Confidential          June 29, 2004
                              Wilmington, DE

```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MASSACHUSETTS

 3

         In Re:  PHARMACEUTICAL      :  MDL DOCKET NO.

 4                                   :  CIVIL ACTION #

         INDUSTRY AVERAGE WHOLESALE  :  01CV12257-PBS

 5                                   :

         PRICE LITIGATION            :  HIGHLY CONFIDENTIAL

 6

 7       ------------------------------------------------

         THIS DOCUMENT RELATES TO:

 8

         ALL ACTIONS

 9       ------------------------------------------------

10

11                          VOLUME I

12              30(b)(6) Deposition of AZTRAZENECA, taken

13       by and through its corporate designee, JEFFREY L.

14       ALVERSON, taken pursuant to notice at the law offices

15       of Morris, Nichols, Arsht & Tunnell, 1201 North Market

16       Street, 17th Floor, Wilmington, Delaware, beginning at

17       9:31 a.m., on Tuesday, June 29, 2004, before Julie H.

18       Parrack, Registered Merit Reporter and Notary Public,

19       there being present:

20                            - - -

21

22
```

6

1    A.    I did things to make myself more aware of areas

2    of the inquiry that I wasn't -- want to make sure I

3    had all my facts.  Back to 1991, no, sir, I did not.

4    Q.    How far back did you go?

5    A.    I didn't do anything relative to a time.  I did

6    it relative to an area of knowledge.  I don't know if

7    I'm answering your question correctly.  But I didn't

8    look --

9    Q.    How about 1992?

10   A.    Once again, my information was relative to

11   areas of knowledge, not a time frame of that area of

12   knowledge.

13   Q.    What did you do?

14   A.    Talked to different individuals in different

15   areas to make sure that information I had in my head

16   was correct, or fill in parts that I might be missing

17   for areas that were not germane to my day-to-day

18   activity.

19   Q.    Who did you talk to?

20   A.    Talked to Joe Skupen, who is in our contact

21   operations department.  I talked to Jim Brady, who is

22   in our managed care finance department.  Paul Maillet,

7

1     Ted Morse who are in the IS department.  Paula Flynn,

2     who is in the legal department as a paralegal.  And

3     Mark Holder, who is in our operations department.

4     Those were the individuals that I spent time with.

5     Q.   Did you review documents?

6     A.   No, sir.

7     Q.   How much time did you spend with Joe Skupen?

8     A.   Joe and I worked together on a regular basis.

9     Joe and I spent, for the purposes of this, maybe 10,

10    15 minutes.

11    Q.   What did you discuss?

12    A.   ASP.

13    Q.   Anything else?

14    A.   No.

15    Q.   Jim Brady is in what department?

16    A.   Managed care finance.

17    Q.   How long did you talk to him?

18    A.   Again, Jim is an individual that I work with on

19    a daily basis.  I think I was on the phone with Jim

20    maybe 15 minutes.

21    Q.   What did you discuss?

22    A.   Finance and the reports relative to finance

8

1    department of our company.

2       Q.   Did you -- how long has Mr. Brady been with

3    AstraZeneca or its predecessor?

4       A.   I do not know.

5       Q.   Did you discuss a time period with respect to

6    the financial reports?

7       A.   No, sir, other than the fact that quarterly or

8    annual, but not a specific time.

9       Q.   Okay.  With respect to those reports, were you

10   talking about them on a current basis?

11      A.   Yes, sir.

12      Q.   Paul Maillet, what department is he in?

13      A.   IS, Information Services.

14      Q.   What does that department do?

15      A.   Governs everything relative to our computer

16   systems, our e-mail systems, our document storage

17   systems.  If it has to do with our computer, they do

18   it.

19      Q.   How long did you -- did you speak with him in

20   person or on the phone?

21      A.   On the phone.

22      Q.   How long did you speak with him?

9

1    A.    Maybe 20 minutes.  It was Paul and a couple

2    other individuals that I truly don't remember their

3    name.  A lady named Heather and another individual,

4    they were all talking to me relative to the computer

5    databases that we have in this, at AstraZeneca that

6    stores data.  And I talked to all three of those

7    individuals maybe 20, 25 minutes.

8    Q.    All at once?

9    A.    Yes, sir.

10   Q.    Were they in a conference call?

11   A.    Yes, sir.

12   Q.    Speakerphone?

13   A.    (Nodded affirmatively.)

14   Q.    Was the time period you were talking about the

15   current one?

16   A.    Yes, sir.

17   Q.    Paula Flynn in legal, she's a paralegal?

18   A.    Yes, sir.

19   Q.    How long has she been a paralegal, do you know?

20   A.    I have no idea.  I met her for the first time

21   yesterday.

22   Q.    You met with her face-to-face?

Jeffrey L. Alverson     Highly Confidential     June 29, 2004
Wilmington, DE

16

1   knowledge of the areas of inquiry, irrelevant to time.

2   Q.   When did you start at AstraMerck?

3   A.   Six and a half years ago.

4   Q.   Do you know a precise date?

5   A.   October 1st, what, 1999?  Is that right, '98?

6   I'm horrible with years.  But whatever six and a half

7   years backwards goes.

8   Q.   Okay.  Where did you work before then?

9   A.   I was with an HMO in Alabama.

10   Q.   What HMO?

11   A.   Health Partners Southeast.

12   Q.   What was your position?

13   A.   Vice President of Health Services.

14   Q.   What were your duties?

15   A.   I was the executive in charge of medical

16   services, pharmaceutical services, physician

17   credentialing; tertiary medical services that were

18   provided, such as lab, others.  Basically if it was

19   relative to the PMPM cost of the HMO, it was under my

20   purview.

21   Q.   What's PMPM cost?

22   A.   Per-member-per-month cost.

Jeffrey L. Alverson          Highly Confidential          June 29, 2004
                             Wilmington, DE

39

1    that answers to Marion.  We have a vice president of

2    government that answers to Marion.  And then Jim Brady

3    as managed care finance is deployed to Marion from

4    finance and so falls under Marion's purview as well.

5              The only other individual is a lady named

6    Nancy Wilkinson who is the director of contract

7    operations and strategy, although that's a misnomer,

8    in that strategy falls under my department.

9    Q.    Director of contract --

10   A.    Operations and strategy.  That's what her title

11   is.

12   Q.    What's your title?

13   A.    Senior Director of Contract Strategy.

14   Q.    How long have you had those duties?

15   A.    Sir?

16   Q.    How long have you had those -- that title?

17   A.    Six months.

18   Q.    How long have you performed the duties that you

19   now perform for AstraZeneca or AstraMerck?

20   A.    A little over two years.

21   Q.    What are those duties?

22   A.    My department has -- I have seven people that

Jeffrey L. Alverson        Highly Confidential        June 29, 2004
                           Wilmington, DE

49

1    Q.   Do you recall when those instructions were

2    given?

3    A.   No, I do not.

4    Q.   Approximately?

5    A.   There have been multiple, so when you say

6    approximately, over the course of being with

7    AstraZeneca as a new company, I would say that within

8    six months of us becoming AstraZeneca, I remember the

9    first one coming somewhere in that range, and we've

10   had several since; both government and private

11   litigation.

12   Q.   You listed contracts.  Missing from the list of

13   contracts that you gave was contracts -- let me move

14   to something else.

15        Who are the seven people who are contract

16   directors today?

17   A.   Paul Villa, V-i-l-l-a, James Thornton,

18   T-h-o-r-n-t-o-n, Jim Colyer, C-o-l-y-e-r, Steve Pitts,

19   Kevin Kinsella, K-i-n-s-e-l-l-a, Julie Doll, D-o-l-l,

20   and Joe deSimone, small d-e capital S-i-m-o-n-e.

21   Q.   What was his first name?

22   A.   Joe.

Jeffrey L. Alverson        Highly Confidential        June 29, 2004
                              Wilmington, DE

50

1    Q.    How long has Paul Villa been in your

2    department?

3    A.    Two years.

4    Q.    With respect to the others you named, have any

5    been in that department longer than you?

6    A.    No.

7    Q.    What do you mean by contract strategy?

8    A.    It is the -- it is our methodology to get our

9    products on formulary with the entity that we

10   contracted with, whether they be a hospital, an HMO, a

11   PBM, a long-term care.

12   Q.    That's AstraZeneca's goal?

13   A.    To be on formulary?

14   Q.    Yeah.

15   A.    Either to be on formulary or to not be

16   disadvantaged to any of our competitors.

17   Q.    What do you mean by not being disadvantaged?

18   A.    We could, we could all be not on formulary in a

19   class.  If you take the SSRI class, if we were all not

20   on formulary, then we're not disadvantaged because

21   everyone is at the same level.  That is our goal at

22   AstraZeneca.