# EXHIBIT G

THE | WEXLER | FIRM LLP

June 23, 2004

Via Facsimile

Mr. Scott Wise
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Re:   *In re: Pharmaceutical Industry Average Wholesale Price Litigation,* MDL No. 1456

Dear Scott:

We wish to schedule the completion of Mr. Alverson's deposition for August 19, 2004. In addition, AstraZeneca should produce a witness or witnesses who can testify with respect to the full time period covered by the Amended Rule 30(b)(6) Notice of Deposition ("Amended Notice").

The scope of discovery is at least to January 1, 1991. Nevertheless, Mr. Alverson clearly testified that he knows current information only. (See Alverson deposition, pp. 5-6). Similarly, Mr. Freebery demonstrated little knowledge of matters beyond the merger resulting in AstraZeneca.

With regard to witnesses who can testify to the full temporal scope of the Amended Notice, we would like to schedule the deposition(s) to begin on August 20, 2004, and continue from day to day thereafter until the deposition(s) are completed.

If these dates and times are inconvenient for you, we will work with you to arrive at mutually satisfactory ones.

Contact Information:
Kenneth A. Wexler
312 261 8197 Direct Dial
kawexler@wexlerfirm.com

One North LaSalle Street
Suite 2000
Chicago, Illinois 60602

312 346-2222
312 346-0022 fax
www.wexlerfirm.com

# THE | WEXLER | FIRM LLP

Mr. Scott Wise
July 23, 2004
Page 2 of 2

I look forward to hearing from you by the end of Monday at the latest.

Very truly yours,

Kenneth A. Wexler
KAW:jb

cc.  All Plaintiffs' Co- Lead Counsel
     Elizabeth Anne Fegan
     Anthony J. Sievert

# THE | WEXLER | FIRM

June 29, 2004

**Via Facsimile**

Mr. Scott Wise
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

    Re:    *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456

Dear Scott:

This is to confirm our conversation on Tuesday, in which you stated that you are attempting to arrange the AstraZeneca depositions we recently noticed. Please confirm the dates and times at your earliest convenience.

Very truly yours,

Kenneth A. Wexler
KAW:jb

cc.    Kimberly Harris
       Elizabeth Anne Fegan

Kenneth A. Wexler
312 261 6197 Direct Dial
kawexler@wexlerfirm.com

One North LaSalle Street
Suite 2000
Chicago, Illinois 60602

312 346 2222
312 346 0022 fax
www.wexlerfirm.com

## DAVIS POLK & WARDWELL

450 LEXINGTON AVENUE
NEW YORK, N.Y. 10017
212 450 4000
FAX 212 450 3800

1300 I STREET, N.W.
WASHINGTON, D.C. 20005

1600 EL CAMINO REAL
MENLO PARK, CA 94025

99 GRESHAM STREET
LONDON EC2V 7NG

15, AVENUE MATIGNON
75008 PARIS

MESSETURM
60308 FRANKFURT AM MAIN

17-22, AKASAKA 2-CHOME
MINATO-KU, TOKYO 107-005

3A CHATER ROAD
HONG KONG

D. SCOTT WISE
212 450 4464
wise@dpw.com

August 2, 2004

Re:   **In Re: Pharmaceutical Industry Average Wholesale Price Litigation**

Kenneth Wexler, Esq.
The Wexler Firm, LLP
One North LaSalle St.
Suite 200
Chicago, Illinois 60602

Dear Ken:

This letter is in response to your Notice of Depositions served on AstraZeneca on July 23, 2004, as well as your letter dated July 23, 2004.

Below are dates that we have been able to confirm thus far for the witnesses identified in your notice and letter.

| Jeff Alverson | August 18, 2004 -- 11 a.m. |
| Jim Brady | August 20, 2004 |
| Nancy Wilkinson | August 25, 2004 |
| Nick Harsh | August 31, 2004 |

Please let me know if these dates will work for you. We will get back to you when we have confirmed additional dates. Mr. Milbauer, as you know, is retired and on vacation, but we are attempting to contact him too.

Sincerely,

D. Scott Wise