# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

MDL. No. 1456

CIVIL ACTION:  01-CV-12257-PBS

Judge Patti B. Saris

THIS DOCUMENT RELATES TO ALL
ACTIONS

## PLAINTIFFS' MOTION TO COMPEL B. BRAUN OF AMERICA TO MAKE SUPPLEMENTAL RULE 30(B)(6) DESIGNATION

Plaintiffs, by their attorneys, respectfully move this Court for an order compelling Braun

of America, Inc. ("BBA") to make a supplemental 30(b)(6) designation and for that deposition to

occur at BBA's expense.  As set forth in the accompanying Memorandum of Law, plaintiffs'

motion should be granted for the following reasons.

1.      A party responding to a Rule 30(b)(6) deposition notice must identify

knowledgeable individuals as corporate designees who must make a reasonable attempt to

ascertain *information reasonably available* to the organization.  *Big Top USA, Inc. v. The

Wittnern Group*, 183 F.R.D. 331, 339 (D. Mass. 1998) (Saris, J.) (emphasis added).  BBA's

30(b)(6) designee failed to ascertain information from its subsidiary B. Braun Medical, Inc.

("BBM"), which was reasonably available to it.

2.      In addition, the attorney-client privilege "only protects disclosure of

communications; it does not protect disclosure of the underlying facts by those who

communicated with the attorney."  *Savoy v. Richard A. Carrier Trucking, Inc.*, 176 F.R.D. 10, 13

(D. Mass. 1997).  BBA improperly refused to respond to questions regarding underlying facts

about BBM on the grounds that disclosure of those facts would violate the attorney-client privilege.

WHEREFORE plaintiffs respectfully request that this Court enter an order granting plaintiffs' motion to compel and all other relief that this Court deems just and proper.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), the undersigned hereby certify that counsel for plaintiffs conferred with counsel for B. Braun of America, Inc. regarding the issues addressed in this motion, but were unable to resolve or narrow the issues.

Dated: August 24, 2004

By: ___/s/ Thomas M. Sobol_____
One of Plaintiffs' Counsel

Thomas M. Sobol
Edward Notargiacomo
HAGENS BERMAN LLP
One Main Street, 4th Floor
Cambridge, MA 02142

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
HAGENS BERMAN LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Samuel Heins
Brian Williams
HEINS MILLS & OLSON, P.C.
700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

Jeff Kodroff
John Macoretta
SPECTOR, ROSEMAN &
KODROFF, P.C.
18181 Market Street, Suite 2500
Philadelphia, PA 19103

**CHAIRS OF LEAD COUNSEL
COMMITTEE**

Kenneth A. Wexler
Elizabeth A. Fegan
THE WEXLER FIRM LLP
One North LaSalle
Suite 2000
Chicago, Illinois 60602

Marc H. Edelson
HOFFMAN & EDELSON
45 West Court Street
Doylestown, PA 18901

**MEMBERS OF LEAD
COUNSEL COMMITTEE AND
EXECUTIVE COMMITTEE**
Michael McShane
ALEXANDER, HAWES & AUDET
LLP
300 Montgomery Street, Suite 400
San Francisco, CA 94104

Robert E. Piper, Jr.
PIPER & ASSOCIATES
624 Pierre Avenue
Shreveport, LA 71103

**MEMBERS OF EXECUTIVE
COMMITEE**

Anthony Bolognese
BOLOGNESE & ASSOCIATES
One Penn Center
1617 JFK Boulevard
Suite 650
Philadelphia, PA 19103

Jonathan W. Cuneo
The Cuneo Law Group
317 Massachusetts Avenue, N.E.
Suite 300
Washington, D.C. 20002

Neal Goldstein
Freedman & Lorry, P.C.
400 Market Street, Suite 900
Philadelphia, PA 19106

Michael E. Criden
Hanzman & Criden, PA
Commerce Bank Center, Suite 400
220 Alhambra Circle
Coral Gables, FL 33134

Blake M. Harper
Kirk B. Hulett
Hulett Harper LLP
550 West C Street, Suite 21700
San Diego, CA 92101

Jonathan D. Karmel
KARMEL & GILDEN
221 N. LaSalle Street
Suite 1414
Chicago, IL 60601
Philadelphia, PA 19103

Diane M. Nast
RODA & NAST PC
801 Estelle Drive
Lancaster, PA 17601

Henry H. Rossbacher
ROSSBACHER & ASSOCIATES
811 Wilshire Boulevard
Suite 1650
Los Angeles, CA 90017-2666
Jonathan Shub
SHELLER, LUDWIG & BADEY
1528 Walnut Street
3rd Floor
Philadelphia, PA 19102

Ira Neil Richards
TRUJILLO RODRIGUEZ &
RICHARDS, LLC
The Penthouse
226 West Ritten House Square
Philadelphia, PA 19103

Scott R. Shepherd
SHEPHERD & FINKLEMAN, LLC
117 Gayley Street, Suite 200
Media, PA 19063

Mitchell A. Toups
WELLER, GREEN, TOUPS &
TERRELL L.L.P.
2615 Calder Street, Suite 400
P.O. Box 350
Beaumont, TX 77704

Damon Young
Lance Lee
YOUNG, PICKETT & LEE
4122 Texas Boulevard
P.O. Box 1897
Texarkana, AR/TX 75504

**ADDITIONAL ATTORNEYS
FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE BY VERILAW</u>

Docket No. MDL 1456

I, Thomas M. Sobol, hereby certify that I am one of plaintiffs' attorneys and that, on August 24, 2004, I caused copies of PLAINTIFFS' MOTION TO COMPEL B. BRAUN OF AMERICA, INC. TO MAKE SUPPLEMENTAL RULE 30(B)(6) DESIGNATION to be served on all counsel of record by causing same to be posted electronically via Verilaw.

Dated: August 24, 2004              __/s/ Thomas M. Sobol_____
                                    Thomas M. Sobol