**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION:<br><br>Judge Patti B. Saris<br><br>Chief Mag. Judge Marianne B. Bowler |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL B. BRAUN OF AMERICA TO MAKE SUPPLEMENTAL RULE 30(B)(6) DESIGNATION**

Having considered each of the parties' submissions with respect to Plaintiffs' Motion to Compel B. Braun of America to Make Supplemental Rule 30(b)(6) Designation, the Court hereby grants the Motion.  It is hereby ORDERED:

B. Braun of America shall designate a supplemental Rule 30(b)(6) witness within ten (10) days of the entry of this Order.  B. Braun of America shall pay all fees and costs associated with this deposition.

DATED: _____

Hon. Marianne B. Bowler
United States Magistrate Judge