## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. No. 1456 |
| | CIVIL ACTION:  01-CV-12257-PBS |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs, by their attorneys, respectfully move this Court for a leave to file (a) Plaintiffs' Supplement to Their Opposition to B. Braun of America's Motion to Dismiss the Amended Master Consolidated Complaint and Memorandum of Law in Support of Their Motion to Compel B. Braun of America to Make Supplemental 30(b)(6) Designation ("Supplement"); and (b) Motion to Add B. Braun Medical, Inc. as a Defendant ("Motion to Add") under seal.

1.      Pursuant to Paragraph 14 of the Protective Order (Dec. 13, 2002) in this case, the parties may designate deposition testimony as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL."  Within thirty (30) days of receipt of the transcript, the deponent and/or his or her counsel may redesignate or remove such designation from the transcript.

2.      Plaintiffs' Supplement and Motion to Add cite significantly to the deposition transcript of B. Braun of America, Inc.'s ("BBA's") Rule 30(b)(6) designee, Cathy Codrea ("Codrea Transcript").  At the beginning of that August 17, 2004 deposition, counsel for BBA asked that the deposition transcript be designated HIGHLY CONFIDENTIAL and stated that BBA would revisit that designation upon receipt and review of the transcript.

3.      Because of BBA's counsel's designation of the Codrea Transcript as HIGHLY

CONFIDENTIAL, plaintiffs respectfully request leave to file their Supplement and Motion to

Add under seal (and have done so contemporaneously with the filing of this motion).  Plaintiffs

will file unredacted versions of these pleadings with the Court in the event that BBA elects to

remove that designation from the Codrea Transcript.

WHEREFORE plaintiffs respectfully request that this Court grant them leave to file their

Supplement and Motion to Add under seal, and all other relief that this Court deems just and

proper.

Dated: August 24, 2004                    By: ____/s/ Thomas M. Sobol_____
                                               One of Plaintiffs' Counsel

                                               Thomas M. Sobol
                                               Edward Notargiacomo
                                               HAGENS BERMAN LLP
                                               One Main Street, 4th Floor
                                               Boston, MA 02110

                                               **LIAISON COUNSEL**

                                               Steve W. Berman
                                               Sean R. Matt
                                               HAGENS BERMAN LLP
                                               1301 Fifth Avenue, Suite 2900
                                               Seattle, WA 98101

                                               Samuel Heins
                                               Brian Williams
                                               HEINS MILLS & OLSON, P.C.
                                               700 Northstar East
                                               608 Second Avenue South
                                               Minneapolis, MN 55402

                                               Jeff Kodroff
                                               John Macoretta
                                               SPECTOR, ROSEMAN &
                                               KODROFF, P.C.
                                               18181 Market Street, Suite 2500
                                               Philadelphia, PA 19103

**CHAIRS OF LEAD COUNSEL COMMITTEE**

Kenneth A. Wexler
Elizabeth A. Fegan
THE WEXLER FIRM LLP
One North LaSalle
Suite 2000
Chicago, Illinois 60602

Marc H. Edelson
HOFFMAN & EDELSON
45 West Court Street
Doylestown, PA 18901

**MEMBERS OF LEAD COUNSEL COMMITTEE AND EXECUTIVE COMMITTEE**

Michael McShane
ALEXANDER, HAWES & AUDET LLP
300 Montgomery Street, Suite 400
San Francisco, CA 94104

Robert E. Piper, Jr.
PIPER & ASSOCIATES
624 Pierre Avenue
Shreveport, LA 71103

**MEMBERS OF EXECUTIVE COMMITEE**

Anthony Bolognese
BOLOGNESE & ASSOCIATES
One Penn Center
1617 JFK Boulevard
Suite 650
Philadelphia, PA 19103

Jonathan W. Cuneo
The Cuneo Law Group
317 Massachusetts Avenue, N.E.
Suite 300
Washington, D.C. 20002

Neal Goldstein
Freedman & Lorry, P.C.
400 Market Street, Suite 900
Philadelphia, PA 19106

Michael E. Criden
Hanzman & Criden, PA
Commerce Bank Center, Suite 400
220 Alhambra Circle
Coral Gables, FL 33134

Blake M. Harper
Kirk B. Hulett
Hulett Harper LLP
550 West C Street, Suite 21700
San Diego, CA 92101

Jonathan D. Karmel
KARMEL & GILDEN
221 N. LaSalle Street
Suite 1414
Chicago, IL 60601
Philadelphia, PA 19103

Diane M. Nast
RODA & NAST PC
801 Estelle Drive
Lancaster, PA 17601

Henry H. Rossbacher
ROSSBACHER & ASSOCIATES
811 Wilshire Boulevard
Suite 1650
Los Angeles, CA 90017-2666
Jonathan Shub
SHELLER, LUDWIG & BADEY
1528 Walnut Street
3rd Floor
Philadelphia, PA 19102

Ira Neil Richards
TRUJILLO RODRIGUEZ &
RICHARDS, LLC
The Penthouse
226 West Rittenhouse Square
Philadelphia, PA 19103

Scott R. Shepherd
SHEPHERD & FINKLEMAN, LLC
117 Gayley Street, Suite 200
Media, PA 19063

Mitchell A. Toups
WELLER, GREEN, TOUPS &
TERRELL L.L.P.
2615 Calder Street, Suite 400
P.O. Box 350
Beaumont, TX 77704

Damon Young
Lance Lee
YOUNG, PICKETT & LEE
4122 Texas Boulevard
P.O. Box 1897
Texarkana, AR/TX 75504

**ADDITIONAL ATTORNEYS
FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE BY VERILAW</u>

Docket No. MDL 1456

I, Thomas M. Sobol, hereby certify that I am one of plaintiffs' attorneys and that, on August 24, 2004, I caused copies of PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL to be served on all counsel of record by causing same to be posted electronically via Verilaw.

Dated: August 24, 2004                     _ /s/ Thomas M. Sobol_____