UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION:<br><br>Judge Patti B. Saris<br><br>Chief Mag. Judge Marianne B. Bowler |

**[PROPOSED] ORDER GRANTING
<u>PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL</u>**

Having considered Plaintiffs' Motion for Leave to File Under Seal, it is hereby

ORDERED:

1. Plaintiffs may filed their (a) Plaintiffs' Supplement to Their Opposition to B. Braun of America's Motion to Dismiss the Amended Master Consolidated Complaint and Memorandum of Law in Support of Their Motion to Compel B. Braun of America to Make Supplemental 30(b)(6) Designation ("Supplement"); and (b) Motion to Add B. Braun Medical, Inc. as a Defendant ("Motion to Add") under seal.

DATED: _____          _____
                                                                              Hon. Marianne B. Bowler
                                                                              United States Magistrate Judge