## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 |
| | ) CIVIL ACTION:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL CASES | ) ) Judge Patti B. Saris ) ) Chief Magistrate Judge Marianne B. Bowler |

## [PROPOSED] ORDER

THIS MATTER is before the Court on plaintiffs' motion for leave to file memorandum in excess of twenty pages supporting plaintiffs' motion for class certification.  The Court, having considered all pleadings in support and in opposition thereto, and being fully advised in the premises, hereby

GRANTS plaintiffs' motion to file a memorandum in support of class certification of approximately sixty-five (65) pages in length.

IT IS SO ORDERED.


DATED: _____        _____
                                      Hon. Patti B. Saris
                                      United States District Court Judge

- 1 -

1534.16 0087 MTN.DOC

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **[PROPOSED] ORDER** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on August 25, 2004, a copy to Verilaw Technologies for Posting and notification to all parties

      By      **/s/ Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

- 2 -