**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

IN RE PHARMACEUTICAL INDUSTRY : MDL 1456
AVERAGE WHOLESALE PRICE :
LITIGATION, :

_____ : Master File No. 01-CV-12257-PBS

THIS DOCUMENT RELATES TO: :
ALL ACTIONS :

: Judge Patti B. Saris

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

## COUNTER-MOTION TO LIMIT THE SCOPE OF THE SUBPOENAS DIRECTED TO FIRST DATABANK, INC. AND PATRICIA KAY MORGAN

Pursuant to Fed. R. Civ. P. Rules 26(c) and 45(c), non-parties First DataBank, Inc. and

Patricia Kay Morgan (collectively "FDB") respectfully move this Court for a protective order

limiting the scope of all outstanding subpoenas directed to them in their consolidated actions to

require no more than (1) the production of all documents in FDB's possession concerning the

pricing of particular, relevant drugs and/or drug manufacturers which can reasonably be located

through a diligent search; (2) all transcripts of sworn testimony previously taken of FDB, that

explain the process by which FDB gathers drug pricing information and determines "Blue Book

AWP;" and (3) an affidavit sufficient to authenticate the documents and transcripts produced. In

support of this motion FDB submits the accompanying Memorandum of Law, Declaration of

James Breen, and Declaration of Robert J. Hawley, and the exhibits attached thereto.

### REQUEST FOR ORAL ARGUMENT

FDB respectfully requests oral argument on its Counter-Motion to Limit the Scope of the

Subpoenas (and on Defendants' initial motion). Oral argument would be helpful in this case,

given the numerous subpoenas at issue, FDB's status as a non-party, and the important statutory and constitutional issues which are at stake.

Dated: August 20, 2004

Respectfully submitted,

MURPHY & RILEY, P.C.

Richard Riley, BBO # 420610
141 Tremont Street
Boston, MA  02111
Tel:  (617) 423-3700

David A. Schulz
Alia L. Smith
LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
230 Park Avenue, Suite 1160
New York, NY  10169
Tel:  (212) 850-6100

*Counsel for Counter-Movants and Non-Parties
First DataBank, Inc. and Patricia Kay Morgan*