## CERTIFICATE OF SERVICE

I, **Richard J. Riley of Murphy & Riley, P.C.**, hereby certify that on August 20, 2004, I served copies of the following:

1. First Databank, Inc.'s Motion to File Under Seal the Deposition Transcript of Patricia Kay Morgan. (Attached to this Motion are unredacted versions of (a) Memorandum of First Databank, Inc. in Opposition to Motion to Compel Discovery and in Support of Counter-Motion to Limit *ALL* Subpoenas Seeking Additional Testimony from this Non-Party. This document contains matter that is subject to a Protective Order entered in this action by the Court on December 13, 2002; and b) Declaration of Robert J. Hawley which refer to as attached as an Exhibit the deposition of Patricia Kay Morgan which is the subject of the Motion to File Under Seal.

2. **REDACTED** Memorandum of First Databank, Inc. in Opposition to Motion to Compel Discovery and in Support of Counter-Motion to Limit *ALL* Subpoenas Seeking Additional Testimony from this Non-Party. This document contains matter that is subject to a Protective Order entered in this action by the Court on December 13, 2002. An unredacted version of this Memorandum is submitted herewith as an attachment to the "Motion to File Under Seal the Deposition Transcript of Patricia Kay Morgan" filed herewith;

3. **REDACTED** Declaration of Robert J. Hawley in Support of First DataBank, Inc.'s Opposition to Defendants' Motion to Compel and in Support of Its Counter-Motion to Limit All Subpoenas Seeking Additional Testimony. (This document is redacted in that it does not contain Exhibit H, Deposition of Patricia Kay Morgan, which is subject to Protective Order entered in this action by the Court on December 12, 2003. An unredacted version of this Declaration is submitted herewith as an attachment to the "Motion to File Under Seal the Deposition of Patricia Kay Morgan" filed herewith;

4. Declaration of James Breen in Support of First DataBank, Inc.'s Opposition to Defendants' Motion to Compel and in Support of its Counter-Motion to Limit All Subpoenas Seeking Additional Testimony; and

5. Counter Motion to Limit the Scope of the Subpoenas Directed to First Databank, Inc. and Patricia Kay Morgan.

upon the parties of record listed below via first class, postage prepaid mail.

Thomas M. Sobol
Hagen Berman, LLP
225 Franklin Street
Boston, MA 02110

Saul P. Morgenstern
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

Merle Miller DeLancey, Jr.
Dickstein Shapiro Morin & Oshinsky, LLP
2101 L Street, N.W.
Washington, DC 20037

Aaron Hovan
Kirby McInerney & Squire, LLP
830 Third Avenue, 10th Floor
New York, NY 10022

Thomas E. Dwyer, Jr.
Dwyer & Collora, LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Steven M. Edwards
Lyndon M. Tretter
Hogan & Hartson, LLP
875 Third Avenue
New York, NY

Karen F. Green
Benjamin M. Stern
Wilmer Cutler Picker Hale & Dorr, LLP
60 State Street
Boston, MA 02109

Jane W. Parver
Saul P. Morgenstern
Rachel H. Yarkon
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

/s/ Richard J. Riley
Richard J. Riley, BBO #420010
Murphy & Riley, P.C.
141 Tremont Street, 7th Floor
Boston, MA 02111
(617) 423-3700