UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> vs. ) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> CLASS ACTIONS ) <br> ) | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257 PBS <br><br> Judge Patti B. Saris <br><br> Chief Mag. Judge Marianne B. Bowler |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

Please enter my appearance as attorney for the Defendant, McKesson Corporation, in the above-entitled action.

McKesson Corporation
By its Attorney,

*/s/ John A Kiernan*

John A. Kiernan (BBO #271020)
BONNER KIERNAN TREBACH & CROCIATA
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900

DATED:   August 30, 2004

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been served by ECF Filing to all counsel of record.

_____
John A. Kiernan