IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 <br><br> CIVIL ACTION: 01-CV-12257 PBS |
| ) ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS ) ) ) | Chief Magistrate Judge Marianne B. Bowler |

## STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFFS MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM MCKESSON CORPORATION

WHEREAS, on August 16, 2004, plaintiffs moved to compel production of documents from third party McKesson Corporation, and

NOW, THEREFORE, through the undersigned counsel, plaintiffs and McKesson Corporation stipulate that McKesson Corporation's time to respond to the "Motion To Compel The Production Of Documents From McKesson Corporation" is extended through Friday, September 3, 2004.

1

Dated: August 27, 2004          By: _____
                                    Stephen Kaus
                                    Cooper, White & Cooper, LLP
                                    201 California Street, 17th floor
                                    San Francisco, California 94111

                                    John A. Kiernan
                                    Bonner, Kiernan, Trebach &
                                    Crociata
                                    One Library Square
                                    Boston Massachusetts 02109

                                    **ATTORNEYS FOR MCKESSON CORPORATION**

Dated: 8/31/04                  By: _____
                                    Scott A. George
                                    Sheller, Ludwig & Badey
                                    1528 Walnut Street, Third Floor
                                    Philadelphia, Pennsylvania 19102

                                    **ATTORNEY FOR PLAINTIFFS**

SO ORDERED this ___ day

of _____, 2004


_____
**Hon. Patti B. Saris**
**United States District Judge**

503763

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing document has been served by ECF Filing to all counsel of record.

_____
John A. Kiernan