IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257 PBS |
| ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS ) ) ) | Chief Magistrate Judge Marianne B. Bowler |

## STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFFS MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM MCKESSON CORPORATION

WHEREAS, on August 16, 2004, plaintiffs moved to compel production of documents from third party McKesson Corporation, and

NOW, THEREFORE, through the undersigned counsel, plaintiffs and McKesson Corporation stipulate that McKesson Corporation's time to respond to the "Motion To Compel The Production Of Documents From McKesson Corporation" is extended through Friday, September 3, 2004.

Dated: August 27, 2004

By: _____
Stephen Kaus
Cooper, White & Cooper, LLP
201 California Street, 17th floor
San Francisco, California 94111

John A. Kiernan
Bonner, Kiernan, Trebach & Crociata
One Library Square
Boston Massachusetts 02109

**ATTORNEYS FOR MCKESSON CORPORATION**

Dated: 8/31/04

By: _____
Scott A. George
Sheller, Ludwig & Badey
1528 Walnut Street, Third Floor
Philadelphia, Pennsylvania 19102

**ATTORNEY FOR PLAINTIFFS**

SO ORDERED this ___ day

of _____, 2004

_____
Hon. Patti B. Saris
United States District Judge

503763

2

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing document has been served by ECF Filing to all counsel of record.

*/s/ John A. Kiernan*
John A. Kiernan