UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: THE AMENDED MASTER CONSOLIDATED CLASS ACTION | Master File No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris<br><br>Chief Mag. Judge Marianne B. Bowler |

### DEFENDANTS' MOTION TO COMPEL
### AETNA U.S. HEALTH CARE, HUMANA, INC., AND CIGNA CORPORATION
### TO COMPLY WITH DEPOSITION SUBPOENAS

Defendants to the Amended Master Consolidated Class Action Complaint respectfully move this Court for an order compelling third parties Aetna U.S. Health Care, Humana, Inc., and CIGNA Corporation to produce deposition witnesses pursuant to revised subpoenas served upon them on April 5, 2004, and for such other and further relief as the Court deems just and appropriate. The grounds for this motion are set forth in the accompanying memorandum of law and exhibits.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d) the undersigned counsel hereby request oral argument on the issues set forth in this motion and the accompanying memorandum of law and exhibits.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel hereby certify that counsel for defendants conferred with counsel for third parties Aetna U.S. Health Care, Humana,

Inc., and CIGNA Corporation regarding the issues addressed in this motion, but were unable to resolve or further narrow the issues.

Dated: August 30, 2004

        Respectfully submitted,

By: _____
Andrew D. Schau (admitted *pro hac vice*)
Erik Haas (admitted *pro hac vice*)
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000

*Attorneys for Defendants Johnson & Johnson, Centocor Inc. Ortho Biotech Products L.P., Janssen Pharmaceutica L.P. and McNeil-PPC on behalf of all defendants to the Amended Master Consolidated Class Action Complaint*

1101764v1

2

## CERTIFICATE OF SERVICE

I certify that on August 30, 2004, a true and correct copy of the forgoing Motion To Compel Third Parties Aetna U.S. Health Care, Humana, Inc., and CIGNA Corporation To Produce Deposition Witnesses Pursuant To Subpoena was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties. I further certify that a copy was served on August 30, 2004 on counsel for third parties Aetna U.S. Health Care, Humana, Inc., and Cigna Corporation by fax and Federal Express.

Erik Haas