UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: THE AMENDED MASTER CONSOLIDATED CLASS ACTION | Judge Patti B. Saris |
| | Chief Mag. Judge Marianne B. Bowler |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, including exhibits or attachments, listed below have been manually filed with the Court and are available in paper form:

(1) Defendants' Motion To Compel Aetna U.S. Health Care, Humana, Inc., and Cigna Corporation to Comply with Deposition Subpoenas;

(2) Memorandum Of Law In Support Of Defendants' Motion To Compel Aetna U.S. Health Care, Humana, Inc., and Cigna Corporation to Comply with Deposition Subpoenas; and

(3) [Proposed] Order Granting Defendants' Motion To Compel Aetna U.S. Health Care, Humana, Inc., and Cigna Corporation to Comply with Deposition Subpoenas.

The original documents are maintained in the case file in the Clerk's Office.

Dated: August 31, 2004

PATTERSON, BELKNAP, WEBB & TYLER LLP

By: _____

Andrew D. Schau (admitted *pro hac vice*)
Erik Haas (admitted *pro hac vice*)
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000
*Attorneys for Defendants Johnson & Johnson, on behalf of all defendants to the Amended Master Consolidated Class Action Complaint*