UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) | MDL No. 1456<br><br>C.A. No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 ) ) ) ) ) | |

### ASSENTED-TO MOTION OF DEFENDANT
### AMGEN INC. FOR LEAVE TO FILE REPLY BRIEF

Pursuant to Local Rule 7.1(B)(3), Defendant Amgen Inc. ("Amgen") hereby requests leave to file a reply to Plaintiffs' Opposition to Amgen's pending Motion to Dismiss Plaintiffs' Corrected Amended Master Consolidated Complaint. In support of this motion, Amgen states as follows:

1. On July 26, 2004, Amgen filed a Motion to Dismiss Plaintiffs' Corrected Amended Master Consolidated Complaint. Plaintiffs filed a memorandum in opposition to this motion on August 9, 2004.

2. Amgen now seeks leave to file a Reply Brief in support of its Motion to Dismiss Plaintiffs' Corrected Amended Master Consolidated Complaint. Amgen's reply memorandum is intended to help narrow the issues and better inform the Court of the parties' respective positions.

3. Plaintiffs have assented to this motion.

\\\BA - 58360/0066 - 178632 v1

WHEREFORE, Defendant Amgen Inc. respectfully moves that this Honorable Court grant it leave to file a reply brief to Plaintiffs' Opposition to Amgen's Motion to Dismiss Plaintiffs' Corrected Amended Master Consolidated Complaint.

Respectfully submitted,
DEFENDANT AMGEN, INC.,

By its attorneys,

/s/ Douglas S. Brooks
Frank A. Libby, Jr. (BBO No. 299110)
Douglas S. Brooks (BBO No. 636697)
Kelly, Libby & Hoopes, P.C.
175 Federal Street, 14th Floor
Boston, Massachusetts  02110
Telephone:  (617) 338-9300
Facsimile:  (617) 338-9911

Joseph H. Young
Steven F. Barley
Hogan & Hartson L.L.P.
111 S. Calvert St., Suite 1600
Baltimore, Maryland  21202
Telephone:  (410) 659-2700
Facsimile:  (410) 539-6981

August 31, 2004

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for Amgen, Inc. has conferred with counsel for plaintiffs and that plaintiffs assent to this motion.

/s/ Douglas S. Brooks
Douglas S. Brooks

## CERTIFICATE OF SERVICE

I, Douglas S. Brooks, counsel for Defendant Amgen, Inc., in the above-captioned matter, hereby certify that I have this date caused a true and accurate copy of the foregoing document to be served upon all counsel of record.

/s/ Douglas S. Brooks
Douglas S. Brooks