# KIRBY McINERNEY & SQUIRE, LLP

TELEPHONE:(212) 371-6600
(212) 317-2300
FACSIMILE:(212) 751-2540

*830 Third Avenue*

*New York City 10022*

IRVING MALCHMAN, OF COUNSEL

**VIA E-FILING**

August 31, 2004

Clerk of the Court
United States District Court for the District of Massachusetts
Suite 2300
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts 02210

           Re:    *County of Suffolk v. Abbott Laboratories, Inc., et al.*
                    (MDL. 1456)(E.D.N.Y. Case No. CV-030229)
                    No. 01-CV-12257-PBS

Dear Sir or Madam:

    Per this Court's Order entered June 17, 2004 enclosed for filing in the above-captioned matter please find the September 1, 2004 status report for Suffolk County.

                                      Sincerely,

                                      Aaron Hovan

Enclosures
cc: All Parties via Verilaw

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*County of Suffolk v. Abbott Laboratories, Inc., et al.*,<br>E.D.N.Y. Case No. CV-03-229 | MDL. NO. 1456<br><br>Civil Action No. 01-CV-12257- PBS<br><br>Judge Patti Saris |

**SUFFOLK COUNTY'S SEPTEMBER 1, 2004 STATUS REPORT**

The undersigned counsel for Suffolk County hereby submits the attached status report in accordance with the Court's June 17th Procedural Order.

Date:  August 31, 2004
       New York, New York

                                    KIRBY McINERNEY & SQUIRE, LLP


                                    By: /s/ Joanne M. Cicala
                                        Joanne M. Cicala
                                        Aaron D. Hovan

                                    830 Third Avenue
                                    New York, New York 10022
                                    (212) 371-6600

                                    COUNSEL FOR THE COUNTY OF SUFFOLK

<u>*MDL 1456 Status Report for September 1, 2004*</u>
<u>*County of Suffolk v. Abbott Laboratories, Inc., et al.* 03cv10643-PBS, E.D.N.Y.</u>

- **Motion to Dismiss** *sub judice*

    - Hearing on December 13, 2004
    - Amicus brief in opposition to defendants' motion to dismiss rebate claims on grounds of preemption filed by Secretary of Health and Human Services ("HHS") on March 18, 2004.
    - Defendants' response to HHS Amicus Brief filed April 9, 2004.
    - HHS Amicus Reply filed April 23, 2004.
    - Defendants' notice of supplemental authority filed June 14, 2004.
    - Suffolk County's response to defendants' notice of supplemental authority filed June 18, 2004

- **Motion respecting coordinated discovery**

    - Suffolk County's motion respecting coordinated discovery and the role of liaison counsel filed April 27, 2004.
    - Response of liaison counsel to Suffolk County's motion filed May 11, 2004.
    - Suffolk County's reply filed May 24, 2004.
    - Plaintiff and Liaison counsels' Motion to file a sur- reply in opposition to Suffolk's reply and accompanying Surreply memorandum filed May 26, 2004.
    - Memorandum of Bristol-Myers Squibb Company in response to the motion of County of Suffolk addressing the role of liaison counsel for all plaintiffs, filed May 28, 2004.
    - Response of Liaison Counsel to Bristol-Myers Squibb Memorandum addressing the role of liaison counsel filed May 28, 2004.

## Certificate of Service

I certify that on August 31, 2004 a true and correct copy of the foregoing September 1, 2004 Status Report was served on all Counsel of Record by electronic service pursuant to Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

/s/ Aaron D. Hovan
Aaron D. Hovan