# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CITIZENS FOR CONSUMERS, ET AL,

      Plaintiffs,

      v.

ABBOTT LABORATORIES, ET AL,

      Defendants.

CA. NO. 01-12257-PBS

## *NOTICE*

September 3, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that a **hearing on docket entry ## 884, 888, 893, 925, 941, 951 and 965 (Plaintiffs' Motion to Compel the Production of HHS ASP Documents Relating to All Defendants, Defendant BMS'S Motion to Compel Plaintiffs to Provide Proper Answers to Interrogatories, Motion to Compel Plaintiffs to Provide Proper Answers to Interrogatories by Apothecon, Bristol-Myers Squibb Company, Oncology Therapeutics Network Corp., Plaintiffs' Motion to Compel BMS to Answer Interrogatories, Defendants' Motion to Enforce the Subpoena for, and Compel, the Deposition of Patricia Kay Morgan, Plaintiffs' Motion to Compel Against Astrazeneca and Plaintiffs' Motion to Compel the Production of Documents from Mckesson Corporation)** at **10:30 a.m., Monday, September 27, 2004,**

I

in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston,

Massachusetts.

/s/

**MARIANNE B. BOWLER**
Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD

**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**