UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) THE AMENDED MASTER ) CONSOLIDATED CLASS ACTION ) ) | MDL No. 1456<br><br>Master File No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris<br><br>Chief Mag. Judge Marianne B. Bowler |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL AETNA U.S. HEALTH CARE, HUMANA, INC., AND CIGNA CORPORATION TO COMPLY WITH DEPOSITION SUBPOENAS

Having considered each of the parties' and third parties submissions with respect to Defendants' Motion To Compel Aetna U.S. Health Care, Humana, Inc., and Cigna Corporation To Comply With Deposition Subpoenas, the Court hereby grants the motion. It is hereby ordered that Aetna U.S. Health Care, Humana, Inc., and Cigna Corporation produce witnesses for deposition within fourteen days of the entry of this order.

Dated: _____

_____
Hon. Marianne B. Bowler
United States Magistrate Judge