UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Judge Patti B. Saris |
| This Document Relates to the MASTER CONSOLIDATED CLASS ACTION. | |

## STIPULATION TO AMEND THE AMCC TO ADD SPECIFIED SUBSIDIARIES OF JOHNSON & JOHNSON AS DEFENDANTS

Plaintiffs and Defendant Johnson & Johnson and its subsidiaries, Johnson & Johnson Health Care Systems, Inc., Ortho McNeil Pharmaceuticals, Inc. and OrthoNeutrogena, through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS:

1. Johnson & Johnson Health Care Systems, Inc. ("JJHCS"), Ortho McNeil Pharmaceuticals, Inc. ("OMP") and OrthoNeutrogena ("Neutrogena") are subsidiaries of Defendant Johnson & Johnson;

2. The Amended Master Consolidated Class Action Complaint ("AMCC") names Johnson & Johnson subsidiaries Janssen Pharmaceutica Products L.P. ("Janssen") and McNeil-PPC ("McNeil") as Defendants in relation to Together-Rx related claims (AMCC ¶¶ 102, 103), but does not name JJHCS, OMP or Neutrogena as Defendants.

3. JJHCS was a signatory to the Together Rx contract;

4. OMP and Neutrogena manufactured, marketed or distributed Together Rx drugs during the relevant time period; and

5. Plaintiffs were advised during the course of discussions with opposing counsel regarding Plaintiffs' First Requests For Production of Documents to the Together Rx Defendants that

47157.1

1

these entities have responsibilities relating to the Together Rx Card and are in the possession, custody and control of documents responsive to the Together Rx discovery requests,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their respective undersigned counsel, that the Intervenors' Amended Master Consolidated Complaint ("AMCC"), specifically paragraph 106 of section III(B)(15) describing the Johnson & Johnson Group, be amended pursuant to Fed. R. Civ. P. 15(a) solely to add the following parties as Defendants in relation to Counts V, VI, VII, VIII and X (claims regarding Together Rx): Johnson & Johnson Health Care Systems, Inc., Ortho McNeil Pharmaceuticals Inc., and OrthoNeutrogena.

Dated: July 15, 2004

_____
Samuel D. Heins
Brian L. Williams
Susan E. MacMenamin
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 338-4605
Fax: (612) 338-4692
*Counsel for Plaintiffs*

_____
William F. Cavanaugh, Jr.
Andrew D. Schau
Erik Haas
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
*Counsel for Johnson & Johnson, Janssen Pharmaceutica Products, L.P., McNeil-PPC Johnson & Johnson Health Care Systems, Inc. Ortho McNeil Pharmaceuticals Inc. and OrthoNeutrogena*

47157.1

## AFFIDAVIT OF SERVICE

STATE OF MINNESOTA )
                   ) ss.
COUNTY OF HENNEPIN)

Jason A. Westmoreland, being first duly sworn, says that on the 31st day of August, 2004, City of Minneapolis, County of Hennepin, State of Minnesota, he caused to be served the **Stipulation to Amend the AMCC to Add Specified Subsidiaries of Johnson & Johnson Defendants** on all parties via VeriLaw Technologies.

_____
Jason A. Westmoreland

Subscribed and sworn to before me
this 31st day of August, 2004.

_____
Notary Public

AMY ZACCARDI
NOTARY PUBLIC – MINNESOTA
My Comm. Expires Jan. 31, 2005

47755.1