# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> _____ ) | MDL No. 1456 <br><br> CIVIL ACTION: <br><br> Judge Patti B. Saris <br><br> Chief Mag. Judge Marianne B. Bowler |

## [PROPOSED] SCHEDULING ORDER

IT IS HEREBY ORDERED that Plaintiffs shall be granted a one-week extension until September 14, 2004, to file any opposition to AstraZeneca's Motion for a Protective Order Limiting the Scope of Certain Third Party Subpoenas.

DATED: _____        _____
                                     Hon. Marianne B. Bowler
                                     United States Magistrate Judge