# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO ) 01-CV-12257-PBS AND 01-CV-339 ) ) | MDL No. 1456 CIVIL ACTION: 01-CV-12257-PBS Judge Patti B. Saris Chief Magistrate Judge Marianne B. Bowler |

## PLAINTIFFS' EMERGENCY MOTION FOR A PROTECTIVE ORDER

Plaintiffs respectfully move the Court for an order establishing that (i) no more than five third party depositions can occur in any single week; (ii) no more than two third party depositions can occur on any single day; (iii) CMO No. 10's 21-day notice requirement applies to the confirmation of all third party depositions; and (iv) the depositions of Oxford Health Plan and John Deere are stayed until the week of October 2, 2004.

This motion is supported by Plaintiffs' Memorandum in Support of Plaintiffs' Emergency Motion for a Protective Order filed herewith, the Declaration of Sean R. Matt in Support of Plaintiffs' Emergency Motion for a Protective Order filed herewith, and the record and pleadings on file in this action.

Defendants have scheduled 15 depositions for the next two weeks. Because of the time-sensitive nature of this issue, Plaintiffs have filed this motion as an "emergency motion," and respectfully request that the Court expedite its ruling on this motion.

1534.16 0100 MTN.DOC

| | |
|---|---|
| DATED:  September 10, 2004 | By   /s/ Steve W. Berman   <br>Thomas M. Sobol (BBO#471770) <br>Edward Notargiacomo (BBO#567636) <br>Hagens Berman LLP <br>One Main Street, 4th Floor <br>Cambridge, MA  02142 <br>Telephone: (617) 482-3700 <br>Facsimile: (617) 482-3003 <br>**LIAISON COUNSEL** <br><br>Steve W. Berman <br>Sean R. Matt <br>Hagens Berman LLP <br>1301 Fifth Avenue, Suite 2900 <br>Seattle, WA  98101 <br>Telephone: (206) 623-7292 <br>Facsimile: (206) 623-0594 <br><br>Eugene A. Spector <br>Jeffrey Kodroff <br>Spector, Roseman & Kodroff, P.C. <br>1818 Market Street, Suite 2500 <br>Philadelphia, PA  19103 <br>Telephone: (215) 496-0300 <br>Facsimile: (215) 496-6611 <br><br>Samuel Heins <br>Heins, Mills & Olson, P.C. <br>3550 IDS Center <br>80 South Eighth Street <br>Minneapolis, MN  55402 <br>Telephone: (612) 338-4605 <br>Facsimile: (612) 338-4692 <br>**CHAIRS OF LEAD COUNSEL COMMITTEE** <br><br>Marc H. Edelson <br>Allan Hoffman <br>Hoffman & Edelson <br>45 West Court Street <br>Doylestown, PA  18901 <br>Telephone: (215) 230-8043 <br>Facsimile: (215) 230-8735 |

- 2 -

- 3 -

                Kenneth A. Wexler
                Elizabeth A. Fegan
                The Wexler Firm
                One North LaSalle Street, Suite 2000
                Chicago, IL  60602
                Telephone: (312) 346-2222
                Facsimile: (312) 346-0022
                **MEMBERS OF LEAD COUNSEL COMMITTEE AND EXECUTIVE COMMITTEE**

- 3 -

1534.16 0100 MTN.DOC

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **PLAINTIFFS' EMERGENCY MOTION FOR A PROTECTIVE ORDER** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on September 10, 2004 via e-mail and overnight delivery to Defendants.

By    /s/ Steve W. Berman
Steve W. Berman
**HAGENS BERMAN LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

- 4 -

1534.16 0100 MTN.DOC