UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *State of Montana v. Abbott Labs, Inc., et al.*, D. Mont. Cause No. CV-02-09-H-DWM | MDL No. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

**[PROPOSED] ORDER ON B. BRAUN OF AMERICA INC.'S RENEWED MOTION TO DISMISS THE STATE OF MONTANA'S SECOND AMENDED COMPLAINT**

WHEREAS B. Braun of America Inc. filed a Renewed Motion to Dismiss the State of Montana's Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6). Having considered the arguments presented by the parties, for the reasons expressed in the Memorandum filed by B. Braun of America Inc. in support of its Renewed Motion to Dismiss, it is hereby ORDERED that B. Braun of America Inc. is DISMISSED WITH PREJUDICE as a defendant in the action brought by the State of Montana.

It is so ORDERED.

Entered this ___ day of September, 2004.

                                                        Patti B. Saris
                                                        United States District Judge

Dated: September 10, 2004  Respectfully submitted,

    <u>s/ Colin R. Kass</u>
Daniel F. Attridge, P.C.
Colin R. Kass
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

***Counsel for B. Braun of America Inc.***

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing [Proposed] Order on B. Braun of America Inc.'s Renewed Motion to Dismiss the State of Montana's Second Amended Complaint has been served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties on this 10th day of September, 2004.

                                                   s/ Colin R. Kass
                                          Daniel F. Attridge, P.C.
                                          Colin R. Kass
                                          KIRKLAND & ELLIS LLP
                                          655 Fifteenth Street, N.W., Suite 1200
                                          Washington, D.C. 20005
                                          Tel: (202) 879-5000
                                          Fax: (202) 879-5200

                                          ***Counsel for B. Braun of America Inc.***