UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS 01-CV-12257-PBS AND 01-CV-339 ) ) ) ) | Judge Patti B. Saris Chief Magistrate Judge Marianne B. Bowler |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

THIS MATTER is before the Court on Plaintiffs' motion for leave to file under seal. The Court, having considered all pleadings in support and in opposition thereto, and being fully advised in the premises, hereby

GRANTS Plaintiffs' motion for leave to file their Memorandum in Support of Class Certification, the Declaration of Steve W. Berman, the Declaration of Raymond S. Hartman, the Declaration of Steven Schondelmeyer and the Affidavit of Arthur Steinberg, Lead Coordinator of Philadelphia Federation of Teachers Health and Welfare Fund under seal.

IT IS SO ORDERED.


DATED: _____    _____
                                 Hon. Patti B. Saris
                                 United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on September 3, 2004, a copy to Verilaw Technologies for Posting and notification to all parties

By _____
Steve W. Berman
**HAGENS BERMAN LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292