UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION:<br><br>Judge Patti B. Saris<br><br>Chief Mag. Judge Marianne B. Bowler |

**[PROPOSED] SCHEDULING ORDER**

IT IS HEREBY ORDERED that Plaintiffs shall be granted a two day extension until September 15, 2004, to file any opposition to Defendants Bristol-Myers Squibb Company, Oncology Therapeutics Network Corp. and Apothecon, Inc. to Compel the Production of Documents By Plaintiffs and Motion for a Protective Order Against a Deposition Notice.

DATED: _____      _____
                                   Hon. Marianne B. Bowler
                                   United States Magistrate Judge