# EXHIBIT A
# BIOGRAPHY OF HOFFMAN & EDELSON, LLC

Hoffman & Edelson, LLC has been engaged in the practice of complex and class action litigation, commercial litigation, real estate and general business law since 1990. It has relocated its office to 45 W. Court Street, Doylestown, PA 18901.

Hoffman & Edelson, LLC has served as co-lead counsel in numerous important cases including:

> In re Pharmaceutical Industry Average Wholesale Price Litigation
> MDL No. 1456, Civil Action No. 01-12257-PBS
> United States District Court for the District of Massachusetts
>
> In re Ciprofloxacin Hydrochloride Antitrust Litigation
> Master File No. MDL-001383, United States District Court
> Eastern District of New York
>
> In re Premarin Antitrust Litigation Civil Action No. 1:01cv447
> United States District Court for the Southern District of Ohio
> Western Division at Cincinnati
>
> Elizabeth Blevins v. Wyeth-Ayerst Laboratories, Inc., No. 324380,
> Superior Court of the State of CA, County of San Francisco
>
> Denise Roberts v. Fleet Bank (RI), National Association and
> Fleet Credit Card Services, L.P., Civil Action, No. 00-CV-6142.
> In the United States District Court for the Eastern District of PA
> United States Court of Appeals for the Third Circuit, No. 01-4420
>
> Andrew J. Karcich Custodian for Andrew J. Karcich-UGMA NJ v. John E. Stuart, James J. Forese, Kurt DinkelackerMike Dillon and IKON Office Solutions, Inc. (as a nominal defendant),
> U.S. District Court for the Eastern District of Pennsylvania, No. 99-CV-5759

Jason Tesauro and Elizabeth Eley v. The Quigley Corporation,
No. 00-1011, Philadelphia County, Court of Common Pleas

Joseph and Cynthia Papa v. General Electric Capital Mortgage Services, Inc.,
Superior Court of New Jersey, Camden County, Docket No. L-5311-97

Renee C. Pegram et al. v. Beneficial Corp., Superior Court of New Jersey-Law
Division-Camden County, Docket No. L-8308-97

Karen and Barry Gartland v.Beneficial Corp., Beneficial Management Corp.
Of America, and Beneficial Consumer Discount Company, Court of Common
Pleas, Philadelphia County, No. 1535

Marc H. Edelson, is a co-founder of Hoffman & Edelson, LLC. Mr. Edelson is a graduate of The Wharton School of The University of Pennsylvania (B.S. 1984 cum laude) and The University of California, Los Angeles School of Law (J.D. 1987).

Jerold B. Hoffman is a co-founder of Hoffman & Edelson, LLC. Mr. Hoffman is a graduate of The University of Pennsylvania (B.A.1984) and The Vanderbilt University School of Law (J.D. 1987). At Vanderbilt, Mr. Hoffman was on the staff of the Vanderbilt Journal of Transnational Law.

Alan V. Klein, an associate of the firm, is a graduate of The Moore School of Electrical Engineering of The University of Pennsylvania (B.S.E. 1984) and the Temple University School of Law (J.D. 1987, cum laude).

Allan M. Hoffman, an associate of the firm, is a graduate of The University of Pennsylvania (B.A. 1990) and the Columbia University School of Law (J.D. 1994). At Columbia, Mr. Hoffman was an Articles Editor of the Columbia Human Rights Law Review.

Adam Araten, an associate of the firm, is a graduate of The University of California, San

Diego, CA (B.A. 1992) and the Rutgers University School of Law, Camden, NJ (J.D. 1995).

Since its inception, Hoffman & Edelson, LLC has been actively involved in many national litigations and class action cases including: <u>Jerome J. Enright, Jr. v. American Tobacco Company, Inc. et. al.</u>, Superior Court of New Jersey Law Division: Camden Co., Docket No. L-4173-97; <u>John Lippincott, et. al. v. American Tobacco Company, Inc. et. al.</u>, Superior Court of New Jersey Law Division: Camden Co., Docket No.: L-4173-97; <u>Evelyn Kramer and Steve Malkin v. Bausch & Lomb, Incorporated</u>, Supreme Court of NY, Index No. 110972/95; <u>Jeannette S. Parry v. PaineWebber Inc.</u>, U.S. District Court, Southern District of NY, No. 97 Civ. 4757 (JFK); <u>Andrew McKinley and Allen Heffler v. Boston Chicken, Inc. et. al.</u>, U.S. District Ct., District of Colorado, Civil Action No. 97-1562; <u>Roni Dersovirtz v. BMW of North America, Inc.</u>, Superior Ct. of NJ, Bergen County, Docket BER-L-1832-96; <u>Robert Tobia v. Ciba-Geighy Corporation et al.</u>, CCP, Phila. County, No. 02615; <u>David Glantzberg v. Compaq Computer Corp.</u>, Superior Court of NJ, Atlantic Co., Docket No. ATL-1-4015-95; <u>Marc Teitler v. Compaq Computer Corp.</u>, Superior Ct. of CA, San Diego, Case No. 694487; <u>Bret D. Schwartz and Steve Promislo v. Dallas Cowboys Football Club et al.</u>, U.S. District Ct., Eastern District of PA, No. 97-CV-5184; <u>Joseph and Cynthia Papa v. General Electric Capital Mortgage Services, Inc.</u>, Superior Court of NJ, Camden Co., Docket No. 1-5311-97; <u>Garcia, Cook and Bishop v. General Motors</u>, Superior Ct. of NJ, Law Division: Bergen Co., Docket No. L-4394-95 Consolidated With: Law Division: Burlington County, Docket No. L-BUR-l-01756-95; <u>Brad Cohen/Michelle Johnson v. Gerber Products</u>, Phila. Ct. of Common Pleas, No. 9603-SD-0094; <u>Barri Nicole Weiner v. Gerber Products</u>, U.S. District Ct. of NJ, Civil Action No. 96-1759; <u>John W. Turner et. al. v. IMP, Inc.</u>, U.S. District Ct., District of Del., Civil Action No. 96-583; <u>In re Amoco Gasoline Advertising</u>


Litigation, U.S. District Ct. for District of NJ, Master File No. 1:96 MD 1123 (Smo); Donald Danson and Bruce Egert v. Amoco Corporation et. al., Superior Court of New Jersey Law Division: Burlington County, Docket No. Bur-L-00683; Jeanne C. Lemelledo v. Beneficial Management Corp. of America and Beneficial New Jersey, Inc., Superior Court of NJ, Law Division-Camden Co., Docket No. L 10956 94; Renee C. Pegram, Pamela H. and John D. Schrader et. al. v. Beneficial Corp., Benefical Management Corp. of America, and Beneficial New Jersey, Inc., Superior Court of New Jersey, Law Division-Camden County, Docket No. L 8308 97; In re Carpet Antitrust Litigation, U.S. District Ct. for the Northern District of GA, Rome Division, MDL Docket No. 1075; In re Comcast Cellular Telecommunications Litigation, U.S. Eastern District Ct., No. 96-CV02418; Connie Middlekauff v. BankAmerica Corp., et al., United States District Court, Southern District of New York, 98 Civ. 8161; In re Commercial Tissue Products Antitrust Litigation, U.S. District Court for the Northern District of Florida, Gainesville Division, MDL Docket No. 1189; In re Comshare Incorporated, U.S. District Ct., Eastern District of PA, Consolidated Master File No. 96-73711; In re Diet Drugs, MDL Docket No. 1203; In re Diet Drug Litigation; Superior Court of NJ, Middlesex County, Case Code #240; In re Discovery Zone Securities Litigation, U.S. District Ct., Northern District of Ill., Civil No. 94 C 7089; In re Flat Glass Litigation, U.S. District Court for the Western District of Pennsylvania, Master Docket Misc. No. 97-550, MDL No. 1200; In re High Fructose Corn Syrup Antitrust Litigation, U.S. District Ct., Central District of Ill., Peoria Div., MDL No. 1087 and Master File No. 95-1477; In re ICN Pharmaceuticals, Inc. Securities Litigation, U.S. District Ct., Cent ral District of CA, Southern Div., Master File No. SACV-95-128-GLT (EEX); In re Intelligent Electronics Securities Litigation, U.S. District Ct., Eastern District of PA, No. 92-CV-1905; In re

Jennifer Convertibles Securities Litigation, U.S. District Ct, Eastern District of NY, Master File No. CV-94-5570 (DRH); In re Kidder Peabody Securities Litigation, U.S. District Ct., Southern District of NY, 94 Civ. 3954 (JFK); In re Synthroid Marketing Litigation, U.S. District Court, Northern District of Ill., Eastern Division, No. 97C6017, MDL No. 1182; In re Medaphis Corporation Securities Litigation; U.S. District Ct. Northern District of GA, Atlanta Division, Master File No. 1:94-CV-2301-MHS; In re Media Vision Technology Securities Litigation, U.S. District Ct. Northern District of CA, Master File C-94-1015-FMS; Alvin Broome et. al. v. ML Media Opportunity Partners et. al., Supreme Ct. of the State of NY, County of New York, Index No. 0604491/97; In re Mercury Finance Co. of Illinois, U.S. District Ct., Northern District of IL, Case No. 97C 3035, Index No. 970604491; In re Nasdaq Market Makers Antitrust Litigation, U.S. District Ct., Southern District of NY, 94 Civ. 3996 (RWS) MDL No. 1023; In re Nestle Juice Products Litigation, Superior Court of CA, San Francisco County, Master File No. 977051; In re Philip Morris Securities Litigation, U.S. District Court, Southern District of New York, 93 Civ. 2130 (R0); In re Rio Hair Naturalizer Litigation, U.S. Litigation, U.S. District Court, Central District of CA, Master File No. 95-0852 (MRP); In re Rockefeller Center Properties, Inc. Securities Litigation, U.S. District Court, District of Delaware, No. 96-543 (RRM); In re RX Medical Services Corp. Securities Litigation, U.S. District Court, Southern District of FL, Case No. 94-6671-Civ.-Zloch; In re Site Based Media Securities Litigation, Inc., 93 Civ. 1150, David Raysik v. Slick 50 Products, U.S. District Court, Dallas Co., Texas, 68th Judicial District, No. 96-12610; In re Unitech Securities Litigation, U.S. District Court, District of Arizona, Master File No. 95-2892; PHX PGR; In re Urohealth Systems Securities Litigation, U.S. District Court, Central District of CA, Southern Division, Master File No. SACV-97-552 -GLT (Eex) ; In re

Visa Check/Master Money Antitrust Litigation, Master File No. CV-96-5238, (Gleeson, J.) (Mann, M.J.); In re Vista 200, Inc. Securities Litigation, U.S. District Court, Northern District of GA, Atlanta Division, 1:96-CV-906-FMH; In re Woolworth Corporation Securities Class Action Litigation, U.S. District Court, Southern District of New York; Master File No. 94 Civ. 2217 (CRO); David Malin v. Ivax Corporation, U.S. District Court, Southern District of Florida, Case No. 96-1843-CIV Moreno; Silver v. USA Detergents, Inc. et. al., U.S. District Court for the District of NJ, Civil Action No. 1:97CV02930; Abbott A. LeBan v. Waste Management, Inc., et. al., U.S. District Court for the Northern District of Illinois, Eastern Div., No. 97 C 7790; Lucien B. Cox, III v. Work Recovery, U.S. District Court, District of Arizona, CV95-538 TUC-ACM ; Chandu Dani d/b/a Compact, etc. v. EMI Music Distribution, etc., U.S. District Court, Central District of Cal., No. CV 97-7226-JSL (Shx); T. Obie, Inc. d/b/a Chestnut Hill Compact Disc v. EMI Music Distribution et. al, U.S. District Court, Southern District of NY, 97 CIV77641;. Leonard Hoffman v. Stephen Wiggins et. al., U.S. District Court for the District of Connecticut, Civil Action No. 397CV02458 (SCH); Joseph and Cynthia Papa v. General Electric Capital Mortgage Services, Inc. , Superior Court of New Jersey Camden County, Docket No. L-5311-97; Eugene Borman, Jr. et. al. v. First Union, Superior Court of New Jersey, Camden County, Docket No. L-8897-96; Sherman Steele, et al. v. Electronics For Imaging, Inc., Superior Court of CA, County of San Mateo, Lead Case No. 403099, David Boyce v. Columbia National Bank, Circuit Ct. for Howard County, Maryland, 13 C-97-034599 CN; In re Green Tree Financial Corp. Stock Litigation, Master File No. 97-2666 9JRT/RLE); Kensington Capital Management v. Oakley, Inc. Master File No. SACV-97-808-GLT (EEx); and Frank Lister, et. al. v. Oakley, Inc., No. SACV-97-809-GLT (Eex), U.S. District Ct., Central District of CA, Southern Div. Tabitha Colon v.

Rent-A-Center, Inc. and Thorn Americas, Inc., U.S. District Court, New York Southern, No. 97CV569; Rexie P. Ross et. al. v. Oracle Corporation, Jeffrey O. Henley and Raymond J. Lane, Superior Court of State of California, County of San Mateo, Case No. 403543; DeMarco v. Depotech Corp.,Securities Litigation, U.S. District Court, Southern District of CA, Case No. 98CV0675J (POR); Larry R. Romine v. Sigma Designs, Inc. et al., U.S. District Court, Northern District of CA, No. C98-0537 THE; In re FPA Medical Management, Inc., United States District Court, Southern District of CA, Case No. 98-CV-0928 H 9 (AJB); Concetta Bruno and Stephen L. Harrell. v. SmarTalk Teleservices, Inc. et. al., Superior Court of the State of California, County of Los Angeles, No. BC194788; Pamela C. Lee v. Premiere Technologies, Inc. et. al., United States District Court, Northern District of Georgia, Case No. 1:98-CV-203; Brandon Hartzell v. Source Media, Inc., et. al., United States District Court for the Northern District of Texas, Dallas Div., No. 3:98 CV-1980-R.; In re Pillar Point Partners Antitrust & Patent Litigation, MDL No. 1202; Robert Courtney, D.O. v. Medical Manager, United States District Court for the District of New Jersey, Case No. 98 CV 3347 (JEI); Silver v. Computer Learning Centers, Inc. et. al., United States District Court for the Northern District of Illinois, Eastern Div., No. 98 C 2830; In re Tel-Save Securities Litigation, U.S. District Court, Eastern District of PA, Master File No. 98CV-3124; Robert M. Gordon et. al. v. HealthSouth Corporation, et. al., U.S. District Court for the Northern District of Alabama, Southern Div., In re Zapata Corp Securities Litigation, H-98-3667 U.S. District Court, Southern District of Texas, No. H-98-3667, In re Ziff-Davis Corp. Securities Litigation, 98 CIV 8161 U.S. District Court, Southern District of New York, K-Tel Securities Litigation, U.S. District Court, District of Minnesota, No. 98 CV 2576 MJD/JGL; In Re PennCorp Financial Group, Inc. Securities Litigation, U.S. District Court, Southern District of

New York, Master Docket No. 98 Civ. 5998 (LAP); David Fine v. Oracle Corporation, et. al., U.S. District Court, Central District of California, Case No. SA CV 98-1079-GLT (Eex); Craig Anderson et al. v. EFTC Corporation, et al, District Court, Weld County, Colorado, Case No. 98-CV-962; Hillary Butler et. al. v. Provident Mutual Life Insurance Company, et. al., Commonwealth Ct. of PA, No. 562 C.D. 1999; In re Southern Pacific Funding Corporation Securities Litigation, U.S. District Court, District of Oregon, Lead Case No. CV98-1239 -MA; Edward S.Finkelstein v. KPMG Peat Marwick LLP, Agriobiotech, Inc., et. al., U.S. District Court, District of New Mexico, CIV 99 00229; David J. Steinberg et. al. v. American Bank Note Holographics, Inc., et. al., U.S. District Court, Southern District of New York, Civil Action No. 99 Civ. 0412; DBN, Inc. t/a Y-PERS v. Sage Software, Inc., et. al., Case No. 799983, Superior Court of California, County of Orange, Center Justice Center, Glen Gaylinn, et al. v. 3Com Corporation, et al., U.S. District Court, Northern District of CA, Master File No. C-99-2185-MMC; Stuart Marcus, George Kindt, Harry Gruszecki v. The North Face, Inc., United States District Court, for the District of Colorado, Civil Action NO. 99-WM-473; Michael F. Fink v. McKesson HBOC, Inc., U.S. District Court, Northern District of CA, No. C-99-20371 EAI; Rosenbaum and Rosenbaum v. Carnegie International Corporation, et. al., U.S. District Court for the District of Maryland, Northern Division, Civil Action No. L-99-1960; George Matley v. John E. Stuart, James J. Forese, Kurt Dinkelacker, Mike Dillon, and IKON Office Solutions, Inc., U.S. District Court for the Eastern District of PA, Civil Action No. 99-3038; Timothy M. Gray and Margaret A Gray v. United States of America, U.S. District Court for the District of Nebraska, Court File No. 4:99-CV-3154; Dudley Klatt et. al. v.Edward E. Crutchfield, et. al., First Union Corp., U.S. District Court for the Eastern District of PA, Civil Action No. 99-CV-3873; Alvin

Halpern v. Edward E. Crutchfield, et. al., U.S. District Court for the Eastern District of PA, Civil Action No.99-CV-3399, and Thomas & Thomas Rodmakers, Inc. v. Newport Adhesives and Composites, Inc., et. al., U.S. District Court, Central District of CA, Western Division, No. CV-99-07796-GHK(CTx); In re Magnetic Audiotape Antitrust Litigation, U.S. District Court for the Southern District of New York, Master File No. 99-cv-1580 (LMM); In Re: Vitamins Antitrust Class Action, U.S. District Court for the District of Columbia, Misc. No. 99-197 (TFH), MDL 1285; Metal Prep Company, Inc. v. Sumitomo Corporation et al., U.S. District Court, Western District of Wisconsin, 99-C-468-C; Edward W. Eells v. GMAC Mortgage Corporation, Superior Court of New Jersey, Gloucester Co., Civil Action No. GLO-L-795-99; Thurber and Greco v. Mattel, Inc. et. al., U. S. District Ct., Central District of CA, Western Div., No. 99-10368; In re Zila, Inc. Securities Litigation, Master File No. Civ. 99 0115 PHX-EHC (OMP); Larry Fischer and Herbert R. Silver v. Tyco International, Ltd., L. Dennis Koslowski and Mark H. Swartz, U.S. District Court for the District of New Hampshire, No. L-99-590-B; Neil Lambert et al. v. American Express et al., U.S. District Court, District of Minnesota, CV-493 JMR/SRN; Herbert R. Silver v. UICI, et. al., U.S. District Court, Northern District of Texas, Dallas Division, Case No. 3-99CV2860-X; All Bromine Antitrust Plaintiffs v. All Bromine Antitrust Defendants IP 99-9310, MDL Docket No. 1310, U.S. District Court, Southern District of Indiana, Indianapolis Division; Norman Lenox v. Amplidyne, Inc., et al., U.S. District Court, District of New Jersey, Civil Action No. 99-5196(MLC); Tom Anderson v. Abbott Laboratories and Miles D. White, U.S. District Court for the Northern District of Illinois, Eastern Division, 99 CV 6969; In re Providian Financial Corp. Credit Card Terms Litigation; MDL Docket No. 1301; Heaven v. Rite Aid Corp., Philadelphia County Court of Common Pleas., January Term 2000, No. 00596, Jill

Schwartz v. VISX, Inc., et. al, U.S. District Court, Northern District of California, No. C00 0792; Matthew Grabell v. Diana D. Brooks, et al., U.S. District Court, Southern District of New York, Case No. 00 Civ. 2442; In re Linerboard Antitrust Litigation, U.S. District Court for the Eastern District of PA, MDL 1261; Michael F. Fink v. PacifiCare Health Systems, Inc., SA 01-CV-0025 AHS (Eex), U.S. District Ct., Central District of CA, Southern Div.; In re Monsodium Glutamate Antitrust Litigation, U.S. District Court, District of Minnesota, MDL 00-1328 (PAM/JGL); William W. Weiss, Jr. v. Warner-Lambert Company, and Parke-Davis, a Division of Warner-Lambert, CCP, Philadelphia County, No. 001518, April Term, 2000; Tesauro and Eley v. The Quigley Corporation, CCP, Phila. County, August Term, 2000, No. 00-1011; In re Rite Aid Corporation Securities Litigation, Master File No. 99-CV-1349 (SD); Michael Matrisciani v. eConnect and Thomas S. Hughes, U.S. District Court, Central District of California, Case No. CV 00-04181 CM; Betty Gerges v. Warner-Lambert Company, and Parke-Davis, a Division of Warner-Lambert, U.S. District Court for the Eastern District of Pennsylvania, Case No. 00-CV-2262; Heather Huffman, Kathy Gerlach and Michele Grabell v. The Hearst Corporation et al., U.S. District Court, Southern District of NY, Case No. 00 Civ. 4889; Gerald Fischl, et. al. v. Direct Merchants Credit Card Bank, N.A., et. al., State of Minnesota, County of Hennepin, District Court, Fourth Judicial District, No. CT-00-007129; John Zinno v. VantageMed Corporation, et. al, U.S. District Court, Eastern District of California, Case No. Civ. S-00-0523 MLS DAD, and Jeffrey Winick v. Pacific Gateway Exchange, Inc., et. al., U.S. District Court for the Northern District of CA, No. C-00-1211 WHA; David Gordon v. Cyber-Care, Inc. and Michael F. Morrell, U.S. District Court, Southern District of Florida, Civil Action 00-8422; Dennis Chu, et al. v. Sabratek Corporation, Case No. 99 C 0351, U.S. District Court for the

Northern District of Illinois, Eastern Div.; In re Unify Corporation Securities Litigation, U.S. District Court Northern District of CA, No. C-00-2728-SI; Keith Willse v. Citrix Systems, Inc. et. al., United States District Court for the Southern District of Florida, Case No. 00-6835.; Eric Schuessler v. Crossroads Systems, Inc., Brian R. Smith and Reagan Y. Sakai, U.S. District Court, Western District of Texas, Austin Div., No. 00CA 587 JN; James Valfre v. Mercator Software, Inc. et al., U.S. District Court for the District of Connecticut, Civil Action No. 300 CV 1733 (GLG); In re European Rail Pass Antitrust Litigation, U.S. District Court, Southern District of New York, MDL 1386, Master File 00 Civ. 6911 (WCC); Venture Eleven Inc. v. Southwall Technologies Inc., et al., U.S. District Court, Northern District of California, No. C-00-3027; In re Broderbund/Learning Company Securities Litigation, U.S. District Court, Central District of CA, 99-CV-11672-MRP (CWx); Kathleen Pietras v. Johnson & Johnson Company et al., Superior Court of New Jersey, Camden County, No. L-4819; In re Policy Management Securities Litigation, U.S. District Court for the District of South Carolina, Case No. 3-00-0130-17; In re: Ciprofloxacin Hydrochloride Antitrust Litigation, Judicial Panel on Multidistrict Litigation, MDL Docket No. 1383; Raymond Baviello v. Copper Mountain Networks, Inc. et al., United States District Court, Northern District of CA, No. C-00-4045 BZ; Gregory Jackson v. Clarus Corp., U.S. District Court Northern District of Georgia, Atlanta Division, Case No. 1:00-CV-2841; Denise Roberts v. Fleet Bank (R.I.) National Association et al., U.S. District Court, Eastern District of Pennsylvania, Case No. 00-cv-6142; Robert Nicholas and Edith Cousins v. SmithKline Beecham Corporation, U.S. District Court. Eastern District of Pennsylvania, No. 00-CV-6222; Berle Rickards v. SmithKline Beecham Corporation, Court of Common Pleas, September Term 2000, No. 001604; Lynda Knee v. Barr Labatories, Inc., Zeneca, Inc. and Astrazeneca, Inc., U.S.

District Court, Eastern District of New York, CV-00 6729; Fred Werner v. Quintus Corporation et al., U.S. District Court, Northern District of CA, San Francisco Division, No. C-00-4263-VRW; In re WebTV Networks Litigation, Superior Court of the State of California, County of Santa Clara, Master File No. CV793511; Russ v. Pacificare Health Systems, Inc. et al, U.S. District Court, Central District of CA, Southern Div., Case No. SA CV-Randall Twardy v. Priceline.Com, Inc. et al., U.S. District Court, District of Connecticut, Civil Action No. 3:00-CV-1884 (DJS); Louis Carola v. Prime Retail, Inc. et al., U.S. District Court, District of Maryland; David Beseda v. Premark International, Inc., Wilsonart International, Inc., Formica Corporation, International Paper Company, State of Maine, Cumberland, Superior Ct., Docket No. CV-01-05; In re: High Pressure Laminates Antitrust Litigation, U.S. District Court, Southern District of New York, Case No. 00-MD-1368 (CLB); Chris Jones and Laurie D'Amico v. Critical Path, Inc. et al., U.S. District Court, Northern District of California, No. C-01-0697 ME; Horizon Laboratories, Inc. et al. v. FMC Corporation, et al., U.S. District Court, Eastern District of Pennsylvania, Case No. 01-CV-685, In re Teleglobe Securities Litigation, U.S. District Court, Southern District of New York, 00-CV-5610 (BSJ), Robert Ross, Randal Wachsmuth and Camille LaPlaca-Post v. Visa U.S.A. Inc., Visa International Service Association, Inc., et al., U.S. District Court, Eastern District of PA, Civil Action No. 01-CV-1006, In re Vesta Insurance Group Inc. Securities Litigation, U.S. District Court, Northern District of Alabama, Southern Div., Master File No. CV-98-W-1407-S, Lynda Knee v. Barr Laboratories, Inc., Zeneca, Inc. and Astrazeneca, Inc., United States District Court, Eastern District of New York, No. CV-6729, In Re Busipirone Antitrust Litigation, MDL Docket No. 1413, Jacob P. Riyer v. New Era of Networks, et al., U.S. District Court, District of Colorado, 01-WM-0246, Rudolf J. Skubella v.

Broadcom Corporation et al., U.S. District Court, Central District of CA, Southern Div., No. SACV –01-352, Jason Deranek v. Cal Turner et al. and Dollar General Corp., Nominal Defendant, Civil Action No. 01-1610-III, Chancery Court of Davidson Co., TN, Carl M. Wallace and Burt Lavin v. Schering-Plough Corporation, et al., U.S. District Court for the District of NJ, Case No. 01-cv-1771 (JAG), Jason Williams v. Ventro Corporation, U.S. District Court, Northern Div. of California, No. C-01-1962; In re Mercator Software, Inc. Securities Litigation, Master File No. 3:00-CV-1610 (GLG); Applied Microsystems, Ltd. v. The Hearst Trust et al., Case No. 1:01CV01113, U.S. District Court for the District of Columbia, Richard Baker v. Ariba, Inc., Morgan Stanley & Co. Incorporated, et al., U.S. District Court for the Southern District of NY, Index No. 01-CV-3480, Jason Williams v. Netzero, Inc. et al., U.S. District Court, Southern District of New York, Index No. 01 CV 4309, HIP Health Plan of Florida, Inc. v. Bristol-Myers Squibb Co. and American Bioscience, Inc., U.S. District Court for the District of Columbia, Case No. 1:01cv01295, In re Buspirone Antitrust Litigation, MDL No. 1314, Barry Plotkin and Valerie Kofsky v. Internet Capital Group, Inc. et al, U.S. District Court, Southern District of New York, 01-CV-4146, Carmen M. Torres-Redd v. Western Union Financial Services, Inc., U.S. District Court, District of New Jersey, Civil Action No. 2:01CV02364, Caroline M. Loesch v. Cross Country Bank and Applied Card Systems Incorporated, In the Circuit Court for the Fifteenth Judicial District in and for Palm Beach County, FL, Case No. CA 01-06450 AH, Valerie Kofsky and Linda Penhale v. VerticalNet, Inc., Lehman Brothers, Inc., Bear Sterns & Co., Inc. et al, U.S. District Court, Southern District of NY, Tammy L. Pelissier v. Avici Systems, Inc., et al., Southern District of NY, No. 01-CV4204, Amy K. Hoffman v. InfoSpace, Inc., Inc. and Javeen Jain, U.S. District Ct., Western District of Washington at Seattle,

No. C01-1012, <u>Dominc Cottrill v. Gadzoox Networks, Inc. et al.</u>, U.S. District Court, Southern District of New York, Index No. 01CV-6119; <u>Twin Cities Bakery Works Health and Welfare Fund v. Astra Aktiebolag, et al.</u>, United States District Court, Southern District of New York, 01-CV-9730; <u>In re Automotive Refinishing Paint Antitrust Litigation</u>, MDL Docket No. 1426, <u>In re K-Dur Prescription Drug Antitrust Litigation</u>, MDL Docket No. 1419, <u>Margie Mattoon et al. v. Wyeth-Ayerst Laboratories, Inc.</u>, U.S. District Court for the Southern District of Ohio, Western Div. Of Cincinnati, No. C-1-01-447, <u>Stephen A. Ellerbrake v. Campbell-Hausfeld, et al.</u>, In the Circuit Court Twentieth Judicial Circuit, St. Clair County, IL; Case No. 01-L-540; <u>United Food and Commercial Workers Unions and Employers Midwest Health Benefits Fund, and Action Alliance of Senior Citizens of Greater Philadelphia v. Bristol-Myers Squibb Co.</u>, U.S. District Court Northern District of CA, Case No. 4303 (WOB); <u>Joe Don Holland v. Charles E. Johnson, Jr. et al. and PurchasePro.Com, Inc.</u>, District Court, Clark County, Nevada, Case No. A436776; <u>Ruth Jansen v. MCI Telecommunications Corporation et al.</u>, United States District Court, Southern District of Illinois, 01-765-DRH; <u>Elizabeth Blevins v. Wyeth-Ayerst Laboratories</u>, Superior Court of CA, for the County of San Francisco, No. 324380; <u>John Astin v. Pharmacia Corp. et al.</u>, Superior Court of NJ, Somerset County, No. SOM L-1322-01; <u>Michael Granito, Jr. v. International Business Machines, Inc.</u>, State of California, Superior Court of Alamedia County, Case No. 2001-027510; <u>Twin Cities Bakery Workers Health and Welfare Fund v. Biovail Corporation</u>; U.S. District Court for the District of Columbia, Case No. 1:01CV02197; <u>Carman Rodas-Pinochet v. Clarent Corporation, et al.</u>, U.S. District Court, Northern District of CA; <u>Action Alliance of Senior Citizens of Greater Philadelphia et al. v. SmithKlineBeecham Corporation d/b/a GlaxoSmithKline</u>, U.S. District Court for the Eastern District of PA, Case No.

01-CV-5790; <u>Action Alliance of Senior Citizens of Greater Philadelphia v. Bayer Corporation</u>, U.S. District Court for the Eastern District of PA, No. 01-CV-5998; <u>UFAC Unions and Employers Midwest Health Benefits Fund and Action Alliance of Senior Citizens of Greater Philadelphia v. Baxter International Inc.</u>, U.S. District Court for the Northern District of Illinois, Eastern Division, Case No. 01C 88; <u>United Food and Commercial Workers and EMHB Fund and Action Alliance v. Pharmacia Corporation et al.</u>, United States District Court, District of New Jersey, No. 01CV5427 ; <u>Carmen Lucena v. PRIMUS Automotive Financial Services, Inc.</u>, U.S. District Court for the Eastern District of PA, No. 01-CV-5895; <u>Action Alliance of Senior Citizens of Greater Philadelphia v. Immunex Corporation</u>, U.S. District Court Western District of Washington at Seattle, No. CV01 1917R; <u>UFAC Workers Union and Employers Midwest Health Benefits Fund, and Action Alliance of Senior Citizens of Greater Philadelphia v. Sicor, Inc.</u>, U.S. District Court, Central District of CA, Southern Div., Case No. SA01-1099 GLT (Anx); <u>Herbert Silver v. XO Communications, Inc. et al.</u>, U.S. District Court Eastern District of VA, Case No. 01-1871-A; <u>Joseph A. Papa v. Noven Pharmaceuticals, Inc.</u>, U.S. District Court Southern District of FL, Case No. 02-20014; <u>Cornita Driver v. AT&T Corp.</u>, U.S. District Court for the Southern District of Illinois, No. 02-CV-07 WDS; <u>Gary T. Grabar v. Corning, Inc. et al.</u>, U.S. District Court Western District of New York, Case No. 02-CV-6026; <u>Harry Gruzecki v. Take-Two Interactive Software, Inc., et al.</u>, U.S. District Court for the Southern District of New York, Case No. 02-CV-01245; <u>Sarah Althoff v. Albertson's, Inc., et al.</u>, Superior Court of the State of Cal., County of Los Angeles, Case No. BC269717; <u>Richard Burke v. Nvidia Corporation</u>, U.S. District Court Northern District of CA, No. C 02 1425 PJH; <u>Action Alliance of Senior Citizens of Greater Philadelphia v. Johnson & Johnson and Centocor, Inc.</u>, U.S. District Court for the

Eastern District of PA, Civil Action No. 02-cv-2076; Jeanine Michelle Weber v. Elan Corporation, PLC, U.S. District Court for the Eastern District of PA, No. 02-cv-2896; Andrew Spark v. McNeil-PPC, Inc., United States District Court for the Eastern District of PA, No. 02-4386; Joseph Burell et al. v. GlaxoSmithKline plc, SmithKline Beecham Corporation, United States District Court for the Eastern District of PA, No. 2-4431; Amy K. Hoffman, Trustee for the Benefit of the Robert M. Hoffman, Irrev. Tr. U/A 12/10/97 v. Gary Winnick, et al., U.D. District Ct., Western District of NY, Civil Action No. 02-cv-6302T(B); Michael Granito, Jr., et al. v. International Business Machines Corporation, Superior Court of the State of California, For the County of Alameda, Case No. 2001-027510; William K. Brownlow v. Bristol-Myers Squibb Company and Peter R. Dolan, U.S. District Ct., Southern District of NY, No. 02-cv-3550; Michael Batterson v. HPL Technologies, Inc. et al, U.S. District Court, Northern District of CA, No. C02-4240 MJJ; Robert Renzi v. Peregrine Systems, Inc., U.S. District Court, Southern District of CA, No. 02-cv-1060 (JFS); Profile Grinding, Inc. v. Harry Rock & Associates, Inc., et al., U.S.D.C., Northern District of Ohio, No. 1:02 CV 844; Diana L. Parkes, et al. v. Halliburton Company, U.S. District Ct., Southern District of Texas, Houston Div., No. 02-cv-217; Charles Harris IRA Account v. CMS Energy Corp., et al, United States District Court, Eastern District of Michigan, No. 02-CV-72584; In re Globix Corporation, U.S. District Court, Southern District of New York, No. 02-CV-00082 (TPB); Barry Wiener v. Merck & Co., Inc., et al., U.S. District Ct., District of New Jersey; Thomas F. Schmitz v. Citigroup Inc., Salomon Smith Barney, Inc. and Jack B. Grubman, U.S. District Court, Southern District of New York, Docket No. 02-Civ. 9364; In re Mirant Corporation Securities Litigation, U.S. District Court, Northern District of GA, Atlanta Division, File No. 1:02-CV-1467BBM; Timothy Murphy v. Knight Trading Group,

Inc., U.S. District Ct., District of New Jersey; <u>Edward Kaen v. Sony Computer Entertainment America, Inc. et al.</u>, Superior Court, California, San Mateo County, No. GIC 764315; <u>John F. Kennedy v. U-Haul International, Inc.</u>, U.S. District Court Southern District of FL, Civil Action No. 02-80978; <u>Erin M. McNulty and Brian J. Erzar v. H&R Block, Inc.</u>, CCP, Lackawanna County, No. 02-CV-4654; In Re: Salomon Analyst Litigation, U.S. District Court, Southern District of New York, 02 Civ. 3687 (JSM); <u>In re Scrap Metal Antitrust Litigation</u>, U.S. District Court Northern District of Ohio, Eastern Division, Case No. 1:02CV0844; <u>Sherry Schnall v. Annuity and Life Re (Holdings) Ltd., et al.</u>, U.S. District Court, District of Connecticut, Civil Action No. 3:02cv2133 (GLG); <u>Irving Feldbaum v. Annuity and Life Re (Holdings), Ltd., et al.</u>, U.S. District Court, District of Connecticut, Civil Action No. 3:02 CV 2223l; <u>In re Polyester Staple Antitrust Litigation</u>, MDL Docket No. 1516; <u>Pincus Elevator & Electric Co., Inc. v. Morganite, Inc.</u>, U.S. District Court for the Eastern District of PA, No. 2:02-cv-8567; <u>Walter Max Hutchins v. Lexmark, Inc.</u>, Superior Court of New Jersey, Camden County, James Barberian and Joseph and Karen Kinosian v. Steven A. Odom et al., U.S. District Court for the District of New Jersey; <u>James Brannon v. Veritas Software Corporation</u>, et al., United States District Court, Northern District of CA, No. C-03-0442; <u>Richard Immerman v. Crompton Corporation, Uniroyal Chemical Company, Inc., et al.</u>, U.S. District Court for the District of New Jersey, <u>Ray Janisch v. PEC Solutions, Inc., et al.</u>, U.S. District Court, Eastern District of VA, Alexandria Div., Civil Action No. 03-470-A; <u>Harry M. Hoffman v. Atmel Corporation,</u> U.S. District Court, Northern District of CA, No. C 03-1185; <u>Anne K. Low v. Richard M. Scrushy, William T. Owens and Brandon O. Hale</u>, U.S. District Court for the Northern District of Alabama, Southern Div., No. CV-03-BE-0923-S; <u>In re AOL Time Warner, Inc. Securities & "ERISA" Litigation</u>; <u>Anethea

Horsey v. Fairbanks Capital Corp., et al., Court of Common Pleas, Montgomery Co., No. 03-07824; James Garcia v. Tenet Healthcare Corporation; et al., In the Circuit Ct. of the 17th Judicial Circuit in and for Broward Cty, FL, No. 03008646; In re Pressure Sensitive Labelstock Antitrust Litigation, MDL Docket No. 1556, Graphic Art Systems, Inc., d/b/a Grafix Plastics v. Avery Dennison Corporation et al., Civ. No. 03-C-3255, U.S. District Court District of Minnesota; Robert L. Garber v. Pharmacia Corporation, et al., U.S. District Court, District of NJ, Civil Action No. 03-1519 (AET), Blue Rhino Corp. Securities Litigation, U.S. District Court, Central District of California, Western Division, Master File No. CV-03-3495-NM (AJW), and In re Nortel Networks Corp. Sec. Litig., No.01-cv-1855 (RMB) (MHD).