# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS 01-CV-12257-PBS AND 01-CV-339 | Judge Patti B. Saris |
| | Chief Magistrate Judge Marianne B. Bowler |

## NOTICE OF FILING UNDER SEAL

To:     All Counsel of Record

Please take notice that on September 3, 2004, we caused to be filed with the Clerk of the District of Massachusetts under seal the following:

1. Plaintiffs' Memorandum in Support of Class Certification;

2. Declaration of Steve W. Berman In Support of Plaintiffs' Motion for Class Certification;

3. Declaration of Raymond S. Hartman in Support of Plaintiffs Motion for Certification of Class; and

4. Declaration of Steven Schondelmeyer;

5. Affidavit of Arthur Steinberg, Lead Coordinator of Philadelphia Federation of Teachers Health and Welfare Fund.

DATED: September 3, 2004                By _____
                                        Thomas M. Sobol (BBO#471770)
                                        Edward Notargiacomo (BBO#567636)
                                        Hagens Berman LLP
                                        One Main Street, 4th Floor
                                        Cambridge, MA 02142
                                        Telephone: (617) 482-3700
                                        Facsimile: (617) 482-3003
                                        **LIAISON COUNSEL**

                                        Steve W. Berman
                                        Sean R. Matt
                                        Hagens Berman LLP
                                        1301 Fifth Avenue, Suite 2900
                                        Seattle, WA 98101
                                        Telephone: (206) 623-7292
                                        Facsimile: (206) 623-0594

                                        Eugene A. Spector
                                        Jeffrey Kodroff
                                        Spector, Roseman & Kodroff, P.C.
                                        1818 Market Street, Suite 2500
                                        Philadelphia, PA 19103
                                        Telephone: (215) 496-0300
                                        Facsimile: (215) 496-6611

                                        Samuel Heins
                                        Heins, Mills & Olson, P.C.
                                        3550 IDS Center
                                        80 South Eighth Street
                                        Minneapolis, MN 55402
                                        Telephone: (612) 338-4605
                                        Facsimile: (612) 338-4692
                                        **CHAIRS OF LEAD COUNSEL COMMITTEE**

                                        Marc H. Edelson
                                        Allen Hoffman
                                        Hoffman & Edelson
                                        45 West Court Street
                                        Doylestown, PA 18901
                                        Telephone: (215) 230-8043
                                        Facsimile: (215) 230-8735

Kenneth A. Wexler
Elizabeth A. Fegan
The Wexler Firm
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
**MEMBERS OF LEAD COUNSEL COMMITTEE AND EXECUTIVE COMMITTEE**

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **NOTICE OF FILING UNDER SEAL** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on September 3, 2004, a copy to Verilaw Technologies for Posting and notification to all parties

By _____
Steve W. Berman
**HAGENS BERMAN LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292

1534.16 0089 MTN.DOC