**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE            ) <br> LITIGATION                                            ) <br> _____ ) | MDL No. 1456 <br><br> CIVIL ACTION: <br><br> Judge Patti B. Saris <br><br> Chief Mag. Judge Marianne B. Bowler |

**[PROPOSED] SCHEDULING ORDER**

IT IS HEREBY ORDERED that Plaintiffs shall be granted a three day extension until September 17, 2004, to file any opposition to AstraZeneca's Motion for a Protective Order Limiting the Scope of Certain Third Party Subpoenas.

DATED: _____          _____
                                                                            Hon. Marianne B. Bowler
                                                                            United States Magistrate Judge