## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## NOTICE OF APPEARANCE FOR DEFENDANTS SCHERING-PLOUGH CORPORATION AND WARRICK PHARMACEUTICALS CORPORATION

**To the Clerk of the Above-Named Court:**

Please enter the appearance of Eric P. Christofferson on behalf of the defendants, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation.

                                                            Respectfully submitted,

                                                            /s/ Eric P. Christofferson\_\_\_
                                                           Eric P. Christofferson
                                                           BBO #654087
                                                           Ropes & Gray
                                                           One International Place
                                                           Boston, MA 02110
                                                           (617) 951-7000

Dated: September 15, 2004

9538230\_1.DOC

- 2 -

## CERTIFICATE OF SERVICE

      I, Eric P. Christofferson, certify that, on this 15th day of September, 2004, a copy of the foregoing document has been served on counsel of record by by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                    /s/ Eric P. Christofferson___
                                    Eric P. Christofferson