# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | CIVIL ACTION: |
| ) | |
| | Judge Patti B. Saris |
| | Chief Mag. Judge Marianne B. Bowler |

## [PROPOSED] SCHEDULING ORDER

IT IS HEREBY ORDERED that Plaintiffs shall be granted a two day extension until September 21, 2004, to file any opposition to AstraZeneca's Motion for a Protective Order Limiting the Scope of Certain Third Party Subpoenas.

DATED: _____          _____

Hon. Marianne B. Bowler
United States Magistrate Judge