UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION : : : : : THIS DOCUMENT RELATES TO: : : All Actions : : | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris<br><br>Chief Magistrate Judge<br>Marianne B. Bowler |

### NOTICE OF APPEARANCE ON BEHALF OF NON-PARTIES AETNA, INC., HUMANA INC., AND CONNECTICUT GENERAL LIFE INSURANCE COMPANY AND MOTION FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE, that pursuant to paragraph 16 of this Court's Case Management Order No. 1 and Local Rule 83.5.3(b), Peter D. St. Phillip, Jr. and Todd S. Garber of the law firm Lowey Dannenberg Bemporad & Selinger, P.C., hereby enter their appearances on behalf of non-parties Aetna, Inc., Humana, Inc., and Connecticut General Life Insurance Company ("CIGNA"), in the above-captioned matter.

Mr. St. Phillip and Mr. Garber are not members of the bar of the United States District Court for the District of Massachusetts. They respectfully seek admission *pro hac vice* in accordance with the procedure set for in this Court's Case Management Order No. 1. The

1824 / NOT / 00069042.WPD v1                               1

FILING FEE PAID:
RECEIPT # 58604
AMOUNT $ 100.00
BY DPTY CLK GK
DATE 9-13-04

accompanying certifications of counsel demonstrate that these attorneys are members in good standing of their respective bars and are familiar with the Local Rules of this Court. The appropriate filing fees submitted to the Clerk of the Court with this Notice and Motion.

Dated: September  10 , 2004

Respectfully submitted,

/s/ Peter D. St. Phillip, Jr.

Peter D. St. Phillip, Jr.
Todd S. Garber
Lowey Dannenberg Bemporad
  & Selinger, P.C.
The Gateway
One North Lexington Avenue
White Plains, New York 10601
Tel: (914) 997-0500
Fax: (914) 997-0035

*Attorneys for Aetna, Inc., Humana Inc., and Connecticut General Life Insurance Company*