UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris<br><br>Chief Magistrate Judge<br>Marianne B. Bowler |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## CERTIFICATE IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

I, Todd S. Garber, declare as follows:

1. I am associated with the law firm Lowey Dannenberg Bemporad & Selinger, P.C., which maintains its office at The Gateway - Eleventh Floor, One North Lexington Avenue, White Plains, New York 10601;

2. I am an attorney admitted to practice before the State Courts of New York and Connecticut and the United States District Court for the Southern and Eastern District of New York;

3. I am a member of the bar in good standing in each of these jurisdictions. These are the only jurisdictions in which I have been admitted to practice;

4. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction; and

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

1824 / DECL / 00069059.WPD v1

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on September 10, 2004.

*[signature]*

Todd S. Garber
Lowey Dannenberg Bemporad & Selinger, P.C.
One North Lexington Avenue
White Plains, New York 10601
Tel: (914) 997-0500
Fax: (914) 997-0035
E-mail: tgarber@ldbs.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of September 2004, I served the foregoing:

1. Letter to the Clerk of the Court for the United States District Court District of Massachusetts;

2. Notice of Appearance on Behalf of Non-Parties Aetna, Inc., Humana, Inc., and Connecticut General Life Insurance Company and Motion for Admission *Pro Hac Vice*;

3. Certificate of Peter D. St. Phillip, Jr. in Support of Motion for Admission *Pro Hac Vice*; and

4. Certificate of Todd S. Garber in Support of Motion for Admission *Pro Hac Vice*.

upon the following counsel of record via facsimile and overnight mail:

Thomas M. Sobol
Hagens Berman, LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Tel: (617) 482-3700
Fax: (617 482-3003

and

Erik Haas
Patterson, Belknap, Webb & Tyler, LLP
1133 Avenue of the Americas
New York, New York 10036
Tel: (212) 336-2000
Fax: (212) 336-2222

/s/ Todd S. Garber
Todd S. Garber