UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | Chief Magistrate Judge<br>Marianne B. Bowler |

## **CERTIFICATE IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE**

I, Peter D. St. Phillip, Jr., declare as follows:

1.  I am associated with the law firm Lowey Dannenberg Bemporad & Selinger, P.C., which maintains its office at The Gateway - Eleventh Floor, One North Lexington Avenue, White Plains, New York 10601.

2.  I am an attorney admitted to practice before the Supreme Court of the State of New Jersey, the Supreme Court of the Commonwealth of Pennsylvania and the New York Court of Appeals. I am also admitted to the United States Court of Appeals for the Third and Sixth Circuits and the United States District Courts for the District of New Jersey, the Eastern District of Pennsylvania, the Eastern District of Michigan and the Southern District of New York.

3.  I am a member of the bar in good standing in each of these jurisdictions. These are the only jurisdictions in which I have been admitted to practice.

4.  There are no disciplinary proceedings pending against me as a member of

the bar of any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on September 10, 2004.

_____
Peter D. St. Phillip, Jr.
Lowey Dannenberg Bemporad & Selinger, P.C.
One North Lexington Avenue
White Plains, New York 10601
Tel: (914) 997-0500
Fax: (914) 997-0035
E-mail: pstphillip@ldbs.com