## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of September 2004, I served the foregoing:

1. Letter to the Clerk of the Court for the United States District Court District of Massachusetts;

2. Notice of Appearance on Behalf of Non-Parties Aetna, Inc., Humana, Inc., and Connecticut General Life Insurance Company and Motion for Admission *Pro Hac Vice*;

3. Certificate of Peter D. St. Phillip, Jr. in Support of Motion for Admission *Pro Hac Vice*; and

4. Certificate of Todd S. Garber in Support of Motion for Admission *Pro Hac Vice*.

upon the following counsel of record via facsimile and overnight mail:

Thomas M. Sobol
Hagens Berman, LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Tel: (617) 482-3700
Fax: (617 482-3003

and

Erik Haas
Patterson, Belknap, Webb & Tyler, LLP
1133 Avenue of the Americas
New York, New York 10036
Tel: (212) 336-2000
Fax: (212) 336-2222

_____
Todd S. Garber

1824 / SERV / 00069072.WPD v1