FOR THE DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE PHARMACEUTICAL INDUSTRY        :
AVERAGE WHOLESALE PRICE              :
LITIGATION                           : MDL NO. 1456
                                     :
                                     : CIVIL ACTION: 01-CV-12257-PBS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THIS DOCUMENT RELATES TO ALL         : Judge Patti B. Saris
ACTIONS                              :
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts (the "Local Rules"), Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") hereby moves this Court to grant Jared R. Winnick leave to appear and practice in this Court pro hac vice. As grounds for this motion, AstraZeneca states as follows:

1.      Mr. Winnick is an attorney with the law firm of Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017.

2.      Mr. Winnick  is not a member of the Massachusetts Bar or the Bar of the United States District Court for the District of Massachusetts.

3.      Mr. Winnick has met the requirements to practice before the United States District for the District of Massachusetts, as set forth in Local Rule 83.5.3.  See Certificate of Mr. Winnick, attached hereto as Exhibit A.

WHEREFORE, AstraZeneca respectfully requests that this Court grant this motion for Leave to Admit Jared R. Winnick, pro hac vice.

Dated:   September 20, 2004

Respectfully submitted,

By:   /s/ Lucy Fowler
Nicholas C. Theodorou (BBO # 496730)
Lucy Fowler (BBO # 647929)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, Massachusetts 02210
Tel: (617) 832-1000

Attorneys for AstraZeneca
Pharmaceuticals LP

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for defendants conferred with counsel for plaintiffs on this motion, and that counsel for plaintiffs assented to the motion.

/s/ Lucy Fowler
Lucy Fowler

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on September 20, 2004, a copy to Verilaw Technologies for posting and notification to all parties.

/s/ Lucy Fowler
Lucy Fowler

# EXHIBIT A

## CERTIFICATE OF JARED R. WINNICK

I, Jared R. Winnick, hereby certify as follows:

1.    I am an associate of the firm of Davis Polk & Wardwell, which is located at 450 Lexington Avenue, New York, New York 10017.

2.    I have been admitted to practice in the following jurisdictions in the years indicated:

> State of New York (2002);
> U.S. District Court for the Southern District of New York (2003); and
> U. S. District Court for the Eastern District of New York (2003)

3.    I am an attorney in good standing and eligible to practice in the above-referenced jurisdictions.

4.    I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5.    Attached hereto as Exhibit 1 is a true and correct copy of my certificate of good standing from the State of New York.

6.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 20th day of September, 2004.


By:    _Jared Winnick_
       Jared R. Winnick

# EXHIBIT ONE

### Appellate Division of the Supreme Court
### of the State of New York
### First Judicial Department

I, Catherine O'Hagan Wolfe, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JARED RICH WINNICK

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 23rd day of September, 2002 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

August 23, 2004

Catherine O'Hagan Wolfe

Clerk

8607