## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. No. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

**PLAINTIFFS' UNOPPOSED MOTION TO UNSEAL THE FOLLOWING PLEADINGS:**

**(1) PLAINTIFFS' SUPPLEMENT TO THEIR OPPOSITION TO B. BRAUN OF AMERICA'S MOTION TO DISMISS THE AMENDED MASTER CONSOLIDATED COMPLAINT AND MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO COMPEL B. BRAUN OF AMERICA TO MAKE SUPPLEMENTAL 30(B)(6) DESIGNATION, AND (2) MOTION TO ADD B. BRAUN MEDICAL, INC. AS A DEFENDANT**

Plaintiffs, by their attorneys, respectfully move this Court pursuant to the Protective Order entered on December 13, 2002, to unseal: (1) Plaintiffs' Supplement to Their Opposition to B. Braun of America's Motion to Dismiss the Amended Master Consolidated Complaint and Memorandum of Law in Support of Their Motion to Compel B. Braun of America to Make Supplemental 30(b)(6) Designation ("Supplement"); and (2) Motion to Add B. Braun Medical, Inc. as a Defendant ("Motion to Add") (collectively "Plaintiffs' Briefs").

1.      Pursuant to Paragraph 14 of the Protective Order (Dec. 13, 2002) in this case, the parties may designate deposition testimony as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL."  Within thirty (30) days of receipt of the transcript, the deponent and/or his or her counsel may redesignate or remove such designation from the transcript.

2.      At the beginning of the August 17, 2004 deposition of Ms. Cathy Codrea, the 30(b)(6) designee for B. Braun of America, Inc. ("BBA"), counsel for BBA asked that the

deposition transcript (hereinafter "Codrea Transcript") be designated HIGHLY CONFIDENTIAL, but stated that BBA would revisit that designation upon receipt and review of the transcript.

3.     Pursuant to Paragraph 15 of the Protective Order, parties filing pleadings with the Court that contain "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information shall be filed under seal in an enveloped marked "CONFIDENTIAL – Filed Under Seal Pursuant to Court Order" or "HIGHLY CONFIDENTIAL -- Filed Under Seal Pursuant to Court Order."

4.     Plaintiffs' Supplement and Motion to Add cited significantly to the Codrea Transcript.  Accordingly, because of BBA's counsel's designation of the Codrea Transcript as HIGHLY CONFIDENTIAL, plaintiffs filed their Supplement and Motion to Add under seal. Plaintiffs noted that they would revisit the issue after BBA's counsel reviewed the transcript and file unredacted versions of these pleadings with the Court in the event that BBA elected to remove that designation from the Codrea Transcript.

5.     On September 10, 2004, BBA filed its Opposition to plaintiffs' Motion to Compel, Opposition to plaintiffs' Motion to Add, and Renewed Motion to Dismiss Renewed Motion to Dismiss the Amended Master Consolidated Class Action Complaint.  None of these pleadings were filed under seal, even though BBA's Opposition to plaintiffs' Motion to Compel, in particular, quoted heavily from the Codrea Transcript.  (*See* BBA's Opposition to plaintiffs' Motion to Compel, attached hereto as Exhibit A, at 13-14).

6.     Further, on September 15, 2004, BBA's counsel chose to remove the HIGHLY CONFIDENTIAL designation on all portions of the Codrea Transcript, except with respect to Exhibits 8 and 9.  (*See* Letter of Dan Attridge, P.C. to David Walsh, attached hereto as Exhibit B).

7.      Although Plaintiffs' Briefs cited extensively to the Codrea Transcript and mentioned the existence of its Exhibits 8 and 9, those briefs did not discuss these Exhibits' contents.   Therefore, Plaintiffs' Briefs may be unsealed.   However, because the Codrea Transcript (Exhibit 1 to Plaintiffs' Supplement and Exhibit 1 to Plaintiffs' Motion to Add) does discuss Exhibits 8 and 9, which BBA has maintained are HIGHLY CONFIDENTIAL, plaintiffs attach new versions of their Supplement and Motion to Add with redacted copies of the Codrea Transcript and ask that they be substituted for the versions of the Supplement and Motion to Add previously filed under seal (*See* Exhibits C & D hereto; *see also* Redacted Transcript of Cathy Codrea, attached as Exhibit E).

8.      Plaintiffs' counsel has conferred with counsel for BBA concerning this motion. BBA does not oppose the relief requested herein.

WHEREFORE plaintiffs respectfully request that the Court enter an order unsealing Plaintiffs' Supplement and Plaintiffs' Motion to Add, and all other relief that this Court deems just and proper.

Dated: September 20, 2004                      By:   /s/ Thomas M. Sobol
                                                     One of Plaintiffs' Counsel

                                                     Thomas M. Sobol
                                                     Edward Notargiacomo
                                                     One Main Street
                                                     4th Floor
                                                     Cambridge, MA 02142

                                               **LIAISON COUNSEL**

                                                     Steve W. Berman
                                                     Sean R. Matt
                                                     HAGENS BERMAN LLP
                                                     1301 Fifth Avenue, Suite 2900
                                                     Seattle, WA 98101

Samuel Heins
Brian Williams
HEINS MILLS & OLSON, P.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Jeff Kodroff
John Macoretta
SPECTOR, ROSEMAN &
KODROFF, P.C.
18181 Market Street, Suite 2500
Philadelphia, PA 19103

**CHAIRS OF LEAD COUNSEL
COMMITTEE**

Kenneth A. Wexler
Elizabeth A. Fegan
THE WEXLER FIRM LLP
One North LaSalle
Suite 2000
Chicago, Illinois 60602

Marc H. Edelson
HOFFMAN & EDELSON
45 West Court Street
Doylestown, PA 18901

**MEMBERS OF LEAD
COUNSEL COMMITTEE AND
EXECUTIVE COMMITTEE**

Michael McShane
ALEXANDER, HAWES & AUDET
LLP
300 Montgomery Street, Suite 400
San Francisco, CA 94104

Robert E. Piper, Jr.
PIPER & ASSOCIATES
624 Pierre Avenue
Shreveport, LA 71103

**MEMBERS OF EXECUTIVE
COMMITEE**

Anthony Bolognese
BOLOGNESE & ASSOCIATES
One Penn Center
1617 JFK Boulevard
Suite 650
Philadelphia, PA 19103

Jonathan W. Cuneo
The Cuneo Law Group
317 Massachusetts Avenue, N.E.
Suite 300
Washington, D.C. 20002

Neal Goldstein
Freedman & Lorry, P.C.
400 Market Street, Suite 900
Philadelphia, PA 19106

Michael E. Criden
Hanzman & Criden, PA
Commerce Bank Center, Suite 400
220 Alhambra Circle
Coral Gables, FL 33134

Blake M. Harper
Kirk B. Hulett
Hulett Harper LLP
550 West C Street, Suite 21700
San Diego, CA 92101

Jonathan D. Karmel
KARMEL & GILDEN
221 N. LaSalle Street
Suite 1414
Chicago, IL 60601
Philadelphia, PA 19103

Diane M. Nast
RODA & NAST PC
801 Estelle Drive
Lancaster, PA 17601

Henry H. Rossbacher
ROSSBACHER & ASSOCIATES
811 Wilshire Boulevard
Suite 1650
Los Angeles, CA 90017-2666
Jonathan Shub
SHELLER, LUDWIG & BADEY
1528 Walnut Street
3rd Floor
Philadelphia, PA 19102

Ira Neil Richards
TRUJILLO RODRIGUEZ &
RICHARDS, LLC
The Penthouse
226 West Ritten House Square
Philadelphia, PA 19103

Lee Squitieri
SQUITIERI & FEARON
521 Fifth Avenue
26th Floor
New York, NY 10175

Scott R. Shepherd
SHEPHERD & FINKLEMAN, LLC
117 Gayley Street, Suite 200
Media, PA 19063

Mitchell A. Toups
WELLER, GREEN, TOUPS &
TERRELL L.L.P.
2615 Calder Street, Suite 400
P.O. Box 350
Beaumont, TX 77704

Damon Young
Lance Lee
YOUNG, PICKETT & LEE
4122 Texas Boulevard
P.O. Box 1897
Texarkana, AR/TX 75504

**ADDITIONAL ATTORNEYS
FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE BY VERILAW

Docket No. MDL 1456

I, Thomas M. Sobol, hereby certify that I am one of plaintiffs' attorneys and that, on September 20, 2004, I caused copies of PLAINTIFFS' UNOPPOSED MOTION TO UNSEAL PLAINTIFFS' SUPPLEMENT TO THEIR OPPOSITION TO B. BRAUN OF AMERICA'S MOTION TO DISMISS THE AMENDED MASTER CONSOLIDATED COMPLAINT AND MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO COMPEL B. BRAUN OF AMERICA TO MAKE SUPPLEMENTAL 30(B)(6) DESIGNATION AND MOTION TO ADD B. BRAUN MEDICAL, INC. AS A DEFENDANT to be served on all counsel of record by causing same to be posted electronically via Verilaw.

Dated: September 20, 2004                        /s/ Thomas M. Sobol
                                                       Thomas M. Sobol