**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION:<br><br>Judge Patti B. Saris<br><br>Chief Mag. Judge Marianne B. Bowler |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO UNSEAL PLAINTIFFS' SUPPLEMENT TO THEIR OPPOSITION TO B. BRAUN OF AMERICA'S MOTION TO DISMISS THE AMENDED MASTER CONSOLIDATED COMPLAINT AND MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO COMPEL B. BRAUN OF AMERICA TO MAKE SUPPLEMENTAL 30(B)(6) DESIGNATION
<u>AND MOTION TO ADD B. BRAUN MEDICAL, INC. AS A DEFENDANT</u>**

Having considered Plaintiffs' Unopposed Motion to Unseal Plaintiffs' Supplement to Their Opposition to B. Braun of America's Motion to Dismiss the Amended Master Consolidated Complaint and Memorandum of Law in Support of Their Motion to Compel B. Braun of America to Make Supplemental 30(b)(6) Designation ("Supplement") and Motion to Add B. Braun Medical as a Defendant ("Motion to Add"), ("Motion to Unseal") it is hereby ORDERED:

1. Plaintiffs' Motion to Unseal is GRANTED.

2. Except for Exhibit 1 to Plaintiffs' Supplement and to Plaintiffs' Motion to Add, Plaintiffs' Supplement and Plaintiffs' Motion to Seal are hereby UNSEALED. Exhibit C to Plaintiffs' Motion to Unseal shall be substituted for the versions of those pleadings currently filed under seal.

DATED: _____        _____
                                                                    Hon. Marianne B. Bowler
                                                                    United States Magistrate Judge

9