UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEFS IN SUPPORT OF
(1) PLAINTIFFS' MOTION TO COMPEL B. BRAUN OF AMERICA TO MAKE SUPPLEMENTAL 30(B)(6) DESIGNATION AND
(2) PLAINTIFFS' MOTION TO ADD B. BRAUN MEDICAL, INC. AS A DEFENDANT**

Plaintiffs, by their attorneys, respectfully move this Court for a leave to file reply briefs in support of (a) Plaintiffs' Motion to Compel B. Braun of America to Make Supplemental 30(b)(6) Designation ("Motion to Compel") and (b) Motion to Add B. Braun Medical, Inc. as a Defendant ("Motion to Add").

1.  Local Rule 7.1(b)(2) requires that additional papers, "whether in the form of a reply or otherwise, may be submitted only with leave of Court."

2.  In its opposition to plaintiffs' Motion to Compel and Motion to Add, B. Braun of America, Inc. ("BBA") makes significant new arguments that require a response from plaintiffs. In addition, in both oppositions BBA accuses plaintiffs of willful misconduct and bad faith, including suggesting that plaintiffs violated Fed. R. Civ. P. 11 in filing the AMCC against BBA. Such misrepresentations cannot go unanswered.

3.  Neither this Court nor any party will be prejudiced by the filing of these reply briefs. Plaintiffs' reply brief in support of its Motion to Compel is seven pages and plaintiffs' reply brief in support of its Motion to Add is six pages. Both lengths are appropriate for the

- 1 -

issues raised in BBA's oppositions and well under the 20-page limit for briefs set forth in Local Rule 7.1(b)(4).

WHEREFORE plaintiffs respectfully request that this Court grant them leave to file reply briefs in support of their Motion to Compel and Motion to Add, and all other relief that this Court deems just and proper.

Dated: September 20, 2004             By:    /s/ Thomas M. Sobol
                                             One of Plaintiffs' Counsel

                                             Thomas M. Sobol
                                             Edward Notargiacomo
                                             One Main Street
                                             4th Floor
                                             Cambridge, MA 02142

                                             **LIAISON COUNSEL**

                                             Steve W. Berman
                                             Sean R. Matt
                                             HAGENS BERMAN LLP
                                             1301 Fifth Avenue, Suite 2900
                                             Seattle, WA 98101

                                             Samuel Heins
                                             Brian Williams
                                             HEINS MILLS & OLSON, P.C.
                                             3550 IDS Center
                                             80 South Eighth Street
                                             Minneapolis, MN 55402

                                             Jeff Kodroff
                                             John Macoretta
                                             SPECTOR, ROSEMAN &
                                             KODROFF, P.C.
                                             18181 Market Street, Suite 2500
                                             Philadelphia, PA 19103

                                             **CHAIRS OF LEAD COUNSEL
                                             COMMITTEE**

Kenneth A. Wexler
Elizabeth A. Fegan
THE WEXLER FIRM LLP
One North LaSalle
Suite 2000
Chicago, Illinois 60602

Marc H. Edelson
HOFFMAN & EDELSON
45 West Court Street
Doylestown, PA 18901

**MEMBERS OF LEAD COUNSEL COMMITTEE AND EXECUTIVE COMMITTEE**
Michael McShane
ALEXANDER, HAWES & AUDET LLP
300 Montgomery Street, Suite 400
San Francisco, CA 94104

Robert E. Piper, Jr.
PIPER & ASSOCIATES
624 Pierre Avenue
Shreveport, LA 71103

**MEMBERS OF EXECUTIVE COMMITEE**

Anthony Bolognese
BOLOGNESE & ASSOCIATES
One Penn Center
1617 JFK Boulevard
Suite 650
Philadelphia, PA 19103

Jonathan W. Cuneo
The Cuneo Law Group
317 Massachusetts Avenue, N.E.
Suite 300
Washington, D.C. 20002

Neal Goldstein
Freedman & Lorry, P.C.
400 Market Street, Suite 900
Philadelphia, PA 19106

Michael E. Criden
Hanzman & Criden, PA
Commerce Bank Center, Suite 400
220 Alhambra Circle
Coral Gables, FL 33134

Blake M. Harper
Kirk B. Hulett
Hulett Harper LLP
550 West C Street, Suite 21700
San Diego, CA 92101

Jonathan D. Karmel
KARMEL & GILDEN
221 N. LaSalle Street
Suite 1414
Chicago, IL 60601
Philadelphia, PA 19103

Diane M. Nast
RODA & NAST PC
801 Estelle Drive
Lancaster, PA 17601

Henry H. Rossbacher
ROSSBACHER & ASSOCIATES
811 Wilshire Boulevard
Suite 1650
Los Angeles, CA 90017-2666
Jonathan Shub
SHELLER, LUDWIG & BADEY
1528 Walnut Street
3rd Floor
Philadelphia, PA 19102

Ira Neil Richards
TRUJILLO RODRIGUEZ &
RICHARDS, LLC
The Penthouse
226 West Ritten House Square
Philadelphia, PA 19103

Lee Squitieri
SQUITIERI & FEARON
521 Fifth Avenue
26th Floor
New York, NY 10175

Scott R. Shepherd
SHEPHERD & FINKLEMAN, LLC
117 Gayley Street, Suite 200
Media, PA 19063

Mitchell A. Toups
WELLER, GREEN, TOUPS &
TERRELL L.L.P.
2615 Calder Street, Suite 400
P.O. Box 350
Beaumont, TX 77704

Damon Young
Lance Lee
YOUNG, PICKETT & LEE
4122 Texas Boulevard
P.O. Box 1897
Texarkana, AR/TX 75504

**ADDITIONAL ATTORNEYS
FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE BY VERILAW

Docket No. MDL 1456

     I, Thomas M. Sobol, hereby certify that I am one of plaintiffs' attorneys and that, on September 20, 2004, I caused copies of Plaintiffs' Motion for Leave to File Reply Briefs in Support of (1) Plaintiffs' Motion to Compel B. Braun of America to Make Supplemental 30(b)(6) Designation and (2) Plaintiffs' Motion to Add B. Braun Medical, Inc. as a Defendant to be served on all counsel of record by causing same to be posted electronically via Verilaw.

Dated: September 20, 2004                    /s/ Thomas M. Sobol
                                                      Thomas M. Sobol