## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION:<br><br>Judge Patti B. Saris<br><br>Chief Mag. Judge Marianne B. Bowler |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEFS IN SUPPORT OF (1) PLAINTIFFS' MOTION TO COMPEL B. BRAUN OF AMERICA TO MAKE SUPPLEMENTAL 30(B)(6) DESIGNATION AND (2) PLAINTIFFS' MOTION TO ADD B. BRAUN MEDICAL, INC. AS A DEFENDANT

Having considered Plaintiffs' Motion for Leave to File Reply Briefs in Support of (1) Plaintiffs' Motion to Compel B. Braun of America to Make Supplemental 30(b)(6) Designation and (2) Plaintiffs' Motion to Add B. Braun Medical, Inc. as a Defendant, it is hereby

ORDERED:

1. Plaintiffs' Motion is GRANTED.

2. Plaintiffs may file their reply briefs in support of their Motion to Compel B. Braun of America to Make Supplemental 30(b)(6) Designation and Motion to Add B. Braun Medical, Inc. as a Defendant.

DATED: _____     _____
                                                                 Hon. Marianne B. Bowler
                                                                 United States Magistrate Judge