# EXHIBIT A

B  Braun America Dun  Bradstreet.txt
D&B Express - Business Credit Reports, International Business Guides, Country Risk
Reports and Direct Marketing Lists from Dun & Bradstreet


        Save to My WatchList and Close
         View Receipt  |    Print

         Comprehensive Report : B. BRAUN OF AMERICA INC

         © 2003 Dun & Bradstreet, Inc. All Rights Reserved.
         Refer comments or questions to Customer Service.
                     Want the most up-to-date information ?
                     Upgrade to Auto-Refresh and keep this report
                     current for a year.
                     Want to receive the details behind this company's
                     credit file changes?
                     Register for D&B's Monitoring Service.




                     D&B's Credit Limit Recommendation
                     How much credit should you extend to this
business?

                     Payment Trends Profile
                     Enhanced payment trends and industry benchmarks
                     for this business.




Business Summary

B. BRAUN OF AMERICA INC                      DUNS: 04-478-7661
  (FOREIGN PARENT IS OF B          FINANCIAL STRESS CLASS: 1
  BRAUN MELSUNGEN                  CREDIT SCORE CLASS:     3
  AKTIENGELELLSCHAFT,
  GERMANY.)                                  KEY
                                  ===========================
BOX 4027                          LOWEST RISK    HIGHEST RISK
BETHLEHEM PA 18018                  1    2    3    4    5
824 12TH AVE
AND BRANCH(ES) OR DIVISION(S)
BETHLEHEM PA 18018
TEL: 610 691-5400

SIC:     38 41 50 47
LINE OF BUSINESS: MFG & WHOL MEDICAL APPARATUS
YEAR STARTED:      1979
CONTROL DATE:      1979                DATE PRINTED: AUG 15 2004

CHIEF EXECUTIVE: CAROLL H NEUBAUER, CHB-CEO
================================================================Execu
tive Summary
- The Financial Stress Class of 1 for this company shows that during the
  previous year, firms with this classification had a failure rate of
                              Page 1

EXHIBIT
BBA  7
8·17·04

B  Braun America Dun  Bradstreet.txt
.49% (49 per 10,000), which is lower than the national average.
- The Credit Score Class of 3 for this company shows that during the previous
  year, 12.3% of the firms with this classification paid one or more bills
  severely delinquent, which is lower than the national average.
- Subject company pays its bills an average 23 days beyond terms.
- Subject company's industry pays its bills an average 11 days beyond terms.
- Subject company pays its bills slower than the average for its industry.
- Under present management control 25 years.
- No record of open Suit(s), Lien(s), or Judgment(s) in the D&B database.
- History is clear.

======================================================================Credi
t Capacity Summary
D&B Rating: .   5A2                    Payment Activity
                                      (based on 24 experiences):
                                      Average High Credit:    $13,045
# of Employees                        Highest Credit:         $75,000
Total:          4,099                 Total Highest Credits:  $288,000
                (20 Here)

As of 09/30/02  Worth:                $86,872,000
                Working Capital:      $132,180,000


======================================================================Finan
cial Stress Summary
The Financial Stress Model predicts the likelihood of a firm ceasing business
without paying all creditors in full, or reorganizing or obtaining relief from
creditors under state/federal law over the next 12 months. Scores were
calculated using a statistically valid model derived from D&B's extensive data
files.

  Financial Stress Class:                          1
  (Highest Risk: 5; Lowest Risk: 1)

  Incidence of Financial Stress Among
  Companies with this Classification:              0.49% (49 per 10,000)

  Incidence of Financial Stress:                   1.40% (140 per 10,000)
  - National Average

  Financial Stress National Percentile:            47
  (Highest Risk: 1; Lowest Risk: 100)

  Financial Stress Score:                          1426
  (Highest Risk: 1,001; Lowest Risk: 1,850)

The Financial Stress Class for this company is based on the following factors:

    - 38% of trade experiences indicate slow payment(s) are present.
    - No record of open suit(s), lien(s), or judgement(s) in the D&B files.

  Notes:

- The Financial Stress Class indicates that this firm shares some of
the same business and financial characteristics of other companies with
this classification.  It does not mean the firm will necessarily
experience financial stress.

- The Incidence of Financial Stress shows the percentage of firms in a
given Class that discontinued operations over the past year with loss
to creditors.  The Incidence of Financial Stress - National Average
                              Page 2

                         B  Braun America Dun  Bradstreet.txt
represents the national failure rate and is provided for comparative
purposes.

- The Financial Stress National Percentile reflects the relative
ranking of a company among all scorable companies in D&B's file.

- The Financial Stress Score offers a more precise measure of the level
of risk than the Class and Percentile. It is especially helpful to
customers using a scorecard approach to determining overall business
performance.

- All Financial Stress Class, Percentile, Score and Incidence
statistics are based on 2002.

=================================================================================Finan
cial Stress Norms
  National
Norms for Companies in the Same ...                          Percentile

      - Region   (MIDDLE ATLANTIC)                               60

      - Industry: MANUFACTURING                                  49

      - Employee Range (500+)                                    41

      - Years in Business Range (11-25)                          73

      - Subject Company                                          47

Key Comparisons .
The subject company has a Financial Stress Percentile that shows:

      - Higher risk than other companies in the same region.
      - Higher risk than other companies in the same industry.
      - Lower risk than other companies in the same employee size range.
      - Higher risk than other companies with a comparable number of years in
        business.


=================================================================================Credi
t Score Summary
The Credit Score Class predicts the likelihood of a firm paying in a severely
delinquent manner (90+ Days Past Terms) over the next twelve months.  It was
calculated using statistically valid models and the most recent payment
information in D&B's files.

Credit Score Class:                          3

Incidence of Delinquent Payment Among
Companies with this Classification:          12.30%

Percentile:                                  36

The Credit Score Class for this company is based on the following factors:

      - 38% of trade experiences indicate slow payment(s) are present.
      - Control age or date entered in D&B files indicates lower risk.
      - No record of open suit(s), lien(s) or judgment(s) in the D&B files.
      - Payment information indicates negative payment comments.
      - Business does not own facilities.

Notes:

B  Braun America Dun  Bradstreet.txt

- The Incidence of Delinquent Payment is the percentage of companies with this classification that were reported 90 days past due or more by creditors. The calculation of this value is based on an inquiry weighted sample.

- The Percentile ranks this firm relative to other businesses. For example, a firm in the 80th percentile has a lower risk of paying in a severely delinquent manner than 79% of all scorable companies in D&B's files.

===============================================================================Credi
t Score Norms
National
Norms for Companies in the Same ...

| | Percentile |
|---|---|
| - Region  (MIDDLE ATLANTIC) | 43 |
| - Industry: MANUFACTURING | 53 |
| - Employee Range (500+) | 26 |
| - Years in Business Range (11-25) | 61 |
| - Subject Company | 36 |

Key Comparisons
The subject company has a Credit Score Percentile that shows:

- Higher risk than other companies in the same region.
- Higher risk than other companies in the same industry.
- Lower risk than other companies in the same employee size range.
- Higher risk than other companies with a comparable number of years in business.

===============================================================================Payme
nt Trends
PAYDEX scores below are based on dollar weighted trade in most recent 12 mos.

| | '02 SEP | '02 DEC | '03 MAR | '03 JUN | '03 SEP | '03 OCT | '03 NOV | '03 DEC | '04 JAN | '04 FEB | '04 MAR | '04 APR | '04 MAY | '04 JUN | '04 JUL | '04 AUG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FIRM | 78 | 79 | 77 | 76 | 75 | 75 | 75 | 75 | 75 | 75 | 62 | 60 | 60 | 59 | 59 | 59 |
| Industry Quartiles | | | | | | | | | | | | | | | | |
| Upper | 77 | 77 | 77 | 77 | 77 | | | 77 | | | 77 | | | 77 | | |
| Median | 73 | 73 | 73 | 73 | 74 | | | 73 | | | 73 | | | 73 | | |
| Lower | 67 | 67 | 67 | 67 | 68 | | | 68 | | | 68 | | | 68 | | |

Industry PAYDEX based on:        KEY TO PAYDEX SCORES:
SIC: 384X                          79   2 Days Beyond Terms
554 Firms                          73  11 Days Beyond Terms
                                   59  23 Days Beyond Terms

===============================================================================Summa
ry Of Payment Habits
Dollar Range Comparisons:

Suppliers That          Number of        Total        % of Dollars
                                         Page 4

```
                          B  Braun America Dun  Bradstreet.txt
Extend Credit of...       Experiences:    Amount      Within Terms

                          #               $           %

OVER $100,000             0               0           0
$50,000 - 99,999          3               205,000      15
$15,000 - 49,999          3               65,000       88
$ 5,000 - 14,999          0               0            0
$ 1,000 -  4,999          7               14,500       79
     Under 1,000          9               2,500        70
```

==============================================================================Payme

nt Analysis By Industry
There are 24 payment experiences in D&B's file for the most recent 12 months,
with 16 experiences reported during the last three month period.

| | Total Recd # | Dollar Amount $ | Highest Credit $ | Within Terms | Slow 1-30 | Slow 31-60 | Slow 61-90 | Slow 91+ |
|---|---|---|---|---|---|---|---|---|
| | | | | --- | % of dollar amount | --- | | |
| Total in D&B's File | 24 | 288,000 | 75,000 | | | | | |
| | | | | | | | | |
| Industry | | | | | | | | |
| Trucking non-local | 4 | 33,500 | 30,000 | 96 | 4 | 0 | 0 | 0 |
| Whol service paper | 2 | 20,050 | 20,000 | 100 | 0 | 0 | 0 | 0 |
| Ret mail-order house | 2 | 3,500 | 2,500 | 64 | 36 | 0 | 0 | 0 |
| Whol office supplies | 2 | 2,600 | 2,500 | 100 | 0 | 0 | 0 | 0 |
| Whol medical equip | 1 | 75,000 | 75,000 | 0 | 100 | 0 | 0 | 0 |
| Help supply service | 1 | 70,000 | 70,000 | 0 | 50 | 50 | 0 | 0 |
| Truck rental/leasing | 1 | 60,000 | 60,000 | 50 | 50 | 0 | 0 | 0 |
| Mfg drug preparations | 1 | 15,000 | 15,000 | 50 | 50 | 0 | 0 | 0 |
| Mfg photograph equip | 1 | 2,500 | 2,500 | 100 | 0 | 0 | 0 | 0 |
| Mfg refrig/heat equip | 1 | 2,500 | 2,500 | 100 | 0 | 0 | 0 | 0 |
| Whol durable goods | 1 | 1,000 | 1,000 | 50 | 50 | 0 | 0 | 0 |
| Mfg packaging mach | 1 | 500 | 500 | 50 | 50 | 0 | 0 | 0 |
| Misc publishing | 1 | 500 | 500 | 0 | 50 | 50 | 0 | 0 |
| Arrange cargo transpt | 1 | 250 | 250 | 100 | 0 | 0 | 0 | 0 |
| Nonclassified | 1 | 50 | 50 | 100 | 0 | 0 | 0 | 0 |
| Whol electrical equip | 1 | 50 | 50 | 100 | 0 | 0 | 0 | 0 |

```
OTHER PAYMENT CATEGORIES:
Cash Experiences          0               0
Paying Record Unknown     1               1,000
Unfavorable Comments      0               0
Placed for Collection
  with D&B                0               0
  other                   1               N/A
```

Accounts are sometimes placed for collection even though the existence or
amount of the debt is disputed.
Indications of slowness can be the result of disputes over merchandise, skipped
invoices, etc.

==============================================================================Publi

c Filings Summary
The following data includes both open and closed filings found in
D&B's database on the subject company.

| Record Type | # | Most Recent Filing Date |
|---|---|---|
| Bankruptcy Proceedings | 0 | - |

```
                        B  Braun America Dun  Bradstreet.txt
        Judgments                     0             -
        Liens                         0             -
        Suits                         0             -
        UCC's                         0             -
```

====================================================================================Busin
ess Background

                                    HISTORY
            --------------------------------------------------------------------
            CORPORATE AND BUSINESS REGISTRATIONS REPORTED BY THE SECRETARY
            OF STATE OR OTHER OFFICIAL SOURCE AS OF 03/07/2003:

            The following data is for informational purposes only and is not an
            official record.  Certified copies may be obtained from the
            Pennsylvania Department of State.

            BUSINESS TYPE: CORPORATION -      DATE INCORPORATED: 10/29/1979
                           PROFIT             STATE OF INCORP:   PENNSYLVANIA
            --------------------------------------------------------------------
07/15/04
            CAROLL H NEUBAUER, CHB-CEO+         BRUCE A. HEUGEL, SENIOR VICE
                                                PRESIDENT
            CHARLES A. DINARDO, SENIOR VICE
            PRESIDENT
            DIRECTOR(S):  The officers identified by (+) and Ludwig G Braun and Dr
            Michael Ungethuem.

                Business started 1979 by the parent company.  100% of capital
            stock is owned by the parent company.
                CAROLL H NEUBAUER.  OCCUPATIONAL BACKGROUND:  Active with parent
            company, Melsungen, Germany and active here.
                BRUCE A. HEUGEL.  Work history unknown.
                CHARLES A. DINARDO.  Work history unknown.
                SISTER SUBSIDIARY:  The following is affiliated through common
            ownership and/or financial interest.
                (1) Aesculap Inc, Center Valley, PA.  DUNS number 08-259-4540.
            Business is a 1977 Delaware corporation active wholesaling medical and
            surgical instruments.  Intercompany relations consist of merchandise
            transactions on normal terms.

                                    OPERATIONS

07/15/04
                Foreign Parent is of B Braun Melsungen Aktiengelellschaft,
            Germany.  DUNS # 31-501-6972, and reference is made that report for
            background information on the parent company and its management.
                Financial figures as of Fiscal Dec 31 2001 in EURO's.
                Current Assets: 1,099,738,000.
                Current Liabilities: 787,407,000.
                Current Ratio: 1.39.
                Working Capital: 312,331,000.
                Other Assets: 1,052,599,000.
                LT Liab: 781,146,000.
                Worth: 583,784,000.
                Sales: 2,639,641,000.
                Active as holding company which through its subsidiaries
            manufactures disposable plastic medical apparatus which is sterile and
            pyrogen-free, wholesales medical equipment (kidney dialysis machines)
            and operates as investment and financing concern.
                The company designs, manufacturers and distributes principally
            disposable medical products and intravenous solutions for hospitals
            and other acute and continuing care setting, original equipment
            manufacturers (OEM) and interventional specialists.  The company also
                                    Page 6

B  Braun America Dun  Bradstreet.txt
distributes products internationally, primarily through affiliated
Braun Group Companies and licensing agreements with third-party
companies, and certain equipment of its medical technology product
line.
Terms are net 30 days in manufacturing activity and contract agreement
in investment and financing activity. Has 3,500 account(s).
Nonseasonal. Sells to hospitals, nursing homes, clinics, governmental
agencies, doctors, medical and surgical dealers.
Nonseasonal.
     EMPLOYEES:  4,099 which includes officer(s).  20 employed here.
     FACILITIES:  Shares 120,000 sq. ft. in two story brick building.
Office space is shared with subsidiaries.
     LOCATION:  Industrial section on side street.
     BRANCHES:  This business has additional branches; detailed branch
information is available in D&B's linkage or family tree products.
     SUBSIDIARIES:  B Braun Medical Inc is a sub of B Braun Of America
Inc.  B Braun Medical Inc has four subsidiaries listed below.
     (1)  B Braun Medical Inc, Bethlehem, PA (100%) DUNS #
00-239-7347.  Corporation chartered Pennsylvania 1979.  Engaged in
manufacturing disposable plastic medical apparatus which is sterile
and pyrogen-free.  Intercompany relations:  Similarity of officers,
shares office space and management services.
     (1a) B Braun Of Delaware Inc, Wilmington, DE.
     (1b)  B Braun Of Puerto Rico Inc, Sabana Grande, PR. DUNS
#17-404-7142.
     (1c) Central Admixture Pharmacy Services Inc +CAPS, Irvine, CA.
DUNS #78-410-7856.
     (1d) B Braun of Dominican Republic Inc, Santo Domingo, DR.

                        OTHER CORPORATE DETAILS
CORPORATE STATUS:  ACTIVE
STATE ID NO:     0689679

======================================================================================Finan
cial Summary
                        KEY BUSINESS RATIOS

           Based on a Financial Statement Dated September 30, 2002

                   (Industry Norms Based on 16 Establishments)

| | Profitability % | | Short-Term Solvency | | Efficiency (%) | | Utilization (%) |
|---|---|---|---|---|---|---|---|
| | Return on Sales | Return on Net Worth | Curr Ratio | Quick Ratio | Assets/ Sales | Sales/ Net Working Capital | Total Liabs/ Net Worth |
| Firm | UN | UN | 2.2 | UN | UN | 4.6 | UN |
| Industry Median | 11.0 | 13.3 | 3.1 | 1.5 | 117.8 | 2.8 | 46.6 |
| Industry Quartile | UN | UN | 3 | UN | UN | 1 | UN |

UN = Unavailable

                        FINANCIAL INFORMATION

| 07/15/04 | | Fiscal Sep 30 2000 | Fiscal Consolidated Sep 30 2001 | Fiscal Consolidated Sep 30 2002 |
|---|---|---|---|---|
| | Curr Assets | 213,460,000 | 240,441,000 | 246,210,000 |

Page 7

```
                     B  Braun America Dun  Bradstreet.txt
Curr Liabs              190,293,000        402,963,000      114,030,000
Current Ratio                  1.12                0.6             2.16
Working Capital          23,167,000       (162,522,000)     132,180,000
Other Assets            361,215,000        349,698,000      357,131,000
Worth                   125,547,000         87,037,000       86,872,000
Sales                   529,590,000        556,856,000      601,609,000
Long Term Liab                                              402,439,000
```
     Accountant: PricewaterhouseCoopers.
     ACCOUNTANTS OPINION:  A review of the accountant's opinion
indicates the financial statements meet generally accepted accounting
principles and that the audit contains no qualifications.
                            --0--


            ------ STATEMENT ITEM EXPLANATIONS ------
     The complete balance sheet was reviewed in its entirety and the
above highlights were extracted for publication.
     It is noted there are no intangibles.
     The statement includes no deferred credits.
     Contingencies: None.
     Non-current assets consist of fixed assets.
     Long term liabilities consist of notes payable.
     CURRENT ASSETS: Consist of cash, accounts receivable, inventory
and other current assets.
     CURRENT LIABILITIES: Consist of accounts payable, accruals, taxes
and other current liabilities.
     LIQUIDITY: Liquid assets provide full coverage of current
liabilities.
     Larry Kiefer submitted the following partial estimates dated
JUN 30 2004:
     Sales for 12/31/03 were $639,207,000.
     On June 30, 2004, Larry Kiefer, Manager, confirmed company name,
address, principals, annual sales and operational information using
Dun & Bradstreet's Internet-based update method (eUpdate) at
www.dnb.com.

=======================================================================Custo
mer ServiceIf you need any additional information, or have any questions regarding
this
report, please call our Customer Service Center at (800) 234-3867 from
anywhere within the U.S.  From outside the U.S., please call your local D&B
office.
=======================================================================

          Save to My WatchList and Close  |  View Receipt  |   Print

EXHIBIT B



**D&B**
Decide with Confidence

# D&B Express Report

Save to My WatchList and Close  |  View Receipt  |  🖶 Print

## Comprehensive Report : B Braun Medical Inc

© 2002 Dun & Bradstreet, Inc. All Rights Reserved.
Refer comments or questions to Customer Service.

---

**Business Summary**

```
B BRAUN MEDICAL INC                      DUNS: 00-239-7347
  (SUBSIDIARY OF B. BRAUN OF     FINANCIAL STRESS CLASS: 1
AMERICA INC, BETHLEHEM, PA)      CREDIT SCORE CLASS:     3
  +NOVA CATHETER DIV
  +HELP DIV                                 KEY
  +B BRAUN MC GAW              ================================
  +BLOOD TREATMENTS DIV        LOWEST RISK       HIGHEST RISK
                                 1    2    3    4    5
BOX 4027
BETHLEHEM PA 18018
824 12TH AVE
AND BRANCH(ES) OR DIVISION(S)
BETHLEHEM PA 18018
TEL: 610 691-5400

SIC:      38 41
LINE OF BUSINESS: MFG PLASTIC MEDICAL APPARATUS
YEAR STARTED:    1957
CONTROL DATE:    1979
                                 DATE PRINTED: FEB 25 2003

CHIEF EXECUTIVE: CAROLL H NEUBAUER, CHB-CEO+
```

===============================================================================
**Executive Summary**

- The Financial Stress Class of 1 for this company shows that during the
  previous year, firms with this classification had a failure rate of
  .49% (49 per 10,000), which is lower than the national average.
- The Credit Score Class of 3 for this company shows that during the previous
  year, 12.3% of the firms with this classification paid one or more bills
  severely delinquent, which is lower than the national average.
- Subject company pays its bills an average 9 days beyond terms.
- Subject company's industry pays its bills an average 11 days beyond terms.
- Subject company pays its bills more promptly than the average for its
  industry.
- Special events are reported for this business.
- UCC filing(s) are reported for this business.
- Under present management control 24 years.
- No record of open Suit(s), Lien(s), or Judgment(s) in the D&B database.
- History is clear.

===============================================================================
**Credit Capacity Summary**

```
D&B Rating:      5A3          Payment Activity
                                (based on 396 experiences):
                                 Average High Credit:    $14,032
```

```
# of Employees                        Highest Credit:        $500,000
Total:           4,099                 Total Highest Credits:  $5,199,100
                 (600 Here)

As of 09/30/01  Worth:          $98,039,000
                Working Capital: ($151,520,000)
```

=====================================================================================
## Special Events

10/22/02    OTHER SPECIAL EVENT:  According to published reports, B Braun
            Medical Inc, Bethlehem, PA announced that The Cleveland Clinic,
            Cleveland, OH has contracted with B. Braun's Central Admixture
            Pharmacy Services for the admixture outsourcing of Total Parenteral
            Nutrition solutions.

10/08/02    OTHER SPECIAL EVENT:  According to published reports, Vyteris Inc
            (Fair Lawn, NJ)  and B Braun Medical Inc (Bethlehem, PA) announced
            that the two companies have signed a license, development and
            distribution agreement for B. Braun to market Vyteris' transdermal
            lidocaine system which is being developed to provide fast and
            effective dermal anesthesia for use before such invasive procedures as
            venipunctures, bloodraws and immunizations.

            Under terms of this agreement, B Braun is granted the exclusive
            rights to promote and sell the Vyteris system worldwide, including the
            United States.  Included in the terms of the agreement, B Braun will
            make an equity investment in Vyteris and will evaluate Vyteris' drug
            delivery technology for applications beyond topical anesthesia.
            Financial terms were not disclosed.

=====================================================================================
## Financial Stress Summary

The Financial Stress Model predicts the likelihood of a firm ceasing business
without paying all creditors in full, or reorganizing or obtaining relief from
creditors under state/federal law over the next 12 months. Scores were
calculated using a statistically valid model derived from D&B's extensive data
files.

```
Financial Stress Class:                         1
(Highest Risk: 5; Lowest Risk: 1)

Incidence of Financial Stress Among
Companies with this Classification:             0.49% (49 per 10,000)

Incidence of Financial Stress:                  1.40% (140 per 10,000)
- National Average

Financial Stress National Percentile:           64
(Highest Risk: 1; Lowest Risk: 100)

Financial Stress Score:                         1456
(Highest Risk: 1,001; Lowest Risk: 1,850)
```

The Financial Stress Class for this company is based on the following factors:

  - No record of open suit(s), lien(s), or judgement(s) in the D&B files.
  - 35% of trade experiences indicate slow payment(s) are present.
  - Payment experiences exist for this firm which are greater than 60 days
    past due.
  - Business owns facilities.
  - D&B files indicate a net worth of $98,039,000.

Notes:

- The Financial Stress Class indicates that this firm shares some of the same business and financial characteristics of other companies with this classification. It does not mean the firm will necessarily experience financial stress.

- The Incidence of Financial Stress shows the percentage of firms in a given Class that discontinued operations over the past year with loss to creditors. The Incidence of Financial Stress - National Average represents the national failure rate and is provided for comparative purposes.

- The Financial Stress National Percentile reflects the relative ranking of a company among all scorable companies in D&B's file.

- The Financial Stress Score offers a more precise measure of the level of risk than the Class and Percentile. It is especially helpful to customers using a scorecard approach to determining overall business performance.

- All Financial Stress Class, Percentile, Score and Incidence statistics are based on 2002.

================================================================================
**Financial Stress Norms**

| Norms for Companies in the Same ... | National Percentile |
|---|---|
| - Region (MIDDLE ATLANTIC) | 60 |
| - Industry: MANUFACTURING | 49 |
| - Employee Range (500+) | 41 |
| - Years in Business Range (11-25) | 73 |
| - Subject Company | 64 |

Key Comparisons
The subject company has a Financial Stress Percentile that shows:

- Lower risk than other companies in the same region.
- Lower risk than other companies in the same industry.
- Lower risk than other companies in the same employee size range.
- Higher risk than other companies with a comparable number of years in business.

================================================================================
**Credit Score Summary**

The Credit Score Class predicts the likelihood of a firm paying in a severely delinquent manner (90+ Days Past Terms) over the next twelve months. It was calculated using statistically valid models and the most recent payment information in D&B's files.

Credit Score Class:                          3

Incidence of Delinquent Payment Among
Companies with this Classification:          12.30%

Percentile:                                    56

The Credit Score Class for this company is based on the following factors:

- Payment experiences exist for this firm which are greater than 60 days past
  due.
- 35% of trade experiences indicate slow payment(s) are present.
- Control age or date entered in D&B files indicates lower risk.
- No record of open suit(s), lien(s) or judgment(s) in the D&B files.
- D&B files indicate a net worth of $98,039,000.

Notes:

- The Incidence of Delinquent Payment is the percentage of companies with
  this classification that were reported 90 days past due or more by
  creditors. The calculation of this value is based on an inquiry weighted
  sample.

- The Percentile ranks this firm relative to other businesses. For example,
  a firm in the 80th percentile has a lower risk of paying in a severely
  delinquent manner than 79% of all scorable companies in D&B's files.

```
========================================================================
```
**Credit Score Norms**

                                                                National
Norms for Companies in the Same ...                             Percentile

    - Region   (MIDDLE ATLANTIC)                                    43

    - Industry: MANUFACTURING                                       53

    - Employee Range (500+)                                         26

    - Years in Business Range (11-25)                               61

    - Subject Company                                               56

Key Comparisons
The subject company has a Credit Score Percentile that shows:

- Lower risk than other companies in the same region.
- Lower risk than other companies in the same industry.
- Lower risk than other companies in the same employee size range.
- Higher risk than other companies with a comparable number of years in
  business.

```
========================================================================
```
**Payment Trends**

PAYDEX scores below are based on dollar weighted trade in most recent 12 mos.

| | '01 MAR | '01 JUN | '01 SEP | '01 DEC | '02 MAR | '02 APR | '02 MAY | '02 JUN | '02 JUL | '02 AUG | '02 SEP | '02 OCT | '02 NOV | '02 DEC | '03 JAN | '03 FEB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FIRM | 75 | 75 | 73 | 73 | 71 | 71 | 71 | 71 | 71 | 71 | 71 | 73 | 73 | 72 | 74 | 74 |
| **Industry Quartiles** | | | | | | | | | | | | | | | | |
| Upper | 76 | 76 | 76 | 76 | 76 | | | 76 | | | 77 | | | 77 | | |
| Median | 71 | 71 | 72 | 72 | 72 | | | 73 | | | 73 | | | 73 | | |
| Lower | 65 | 65 | 66 | 67 | 66 | | | 68 | | | 67 | | | 67 | | |

```
Industry PAYDEX based on:        KEY TO PAYDEX SCORES:
SIC: 384X                          77    5 Days Beyond Terms
563 Firms                          72   12 Days Beyond Terms
                                   65   19 Days Beyond Terms
```

======================================================================
## Summary Of Payment Habits

Dollar Range Comparisons:

| Suppliers That Extend Credit of... | Number of Experiences: | Total Amount | % of Dollars Within Terms |
|---|---|---|---|
| | # | $ | % |
| OVER $100,000 | 12 | 2,700,000 | 90 |
| $50,000 - 99,999 | 14 | 900,000 | 58 |
| $15,000 - 49,999 | 45 | 1,040,000 | 71 |
| $ 5,000 - 14,999 | 46 | 327,500 | 67 |
| $ 1,000 - 4,999 | 85 | 160,000 | 63 |
| Under 1,000 | 167 | 50,400 | 79 |

======================================================================
## Payment Analysis By Industry

There are 396 payment experiences in D&B's file for the most recent 12 months, with 317 experiences reported during the last three month period.

| | Total Recd # | Dollar Amount $ | Highest Credit $ | Within Terms | Slow 1-30 | Slow 31-60 | Slow 61-90 | Slow 91+ |
|---|---|---|---|---|---|---|---|---|
| | | | | --- % of dollar amount --- | | | | |
| Total in D&B's File | 396 | 5,199,100 | 500,000 | | | | | |
| **Industry** | | | | | | | | |
| Trucking non-local | 45 | 218,750 | 80,000 | 69 | 29 | 1 | 1 | 0 |
| Nonclassified | 22 | 278,200 | 55,000 | 67 | 32 | 0 | 0 | 1 |
| Whol electronic parts | 17 | 96,600 | 50,000 | 85 | 14 | 0 | 1 | 0 |
| Telephone communictns | 17 | 9,850 | 2,500 | 88 | 11 | 1 | 0 | 0 |
| Whol industrial suppl | 11 | 56,100 | 30,000 | 66 | 34 | 0 | 0 | 0 |
| Misc equipment rental | 10 | 16,550 | 15,000 | 100 | 0 | 0 | 0 | 0 |
| Whol service paper | 9 | 59,600 | 20,000 | 85 | 5 | 2 | 8 | 0 |
| Whol industrial equip | 8 | 92,500 | 40,000 | 66 | 34 | 0 | 0 | 0 |
| Whol medical equip | 8 | 41,600 | 20,000 | 70 | 12 | 0 | 0 | 18 |
| Short-trm busn credit | 8 | 9,300 | 2,500 | 73 | 27 | 0 | 0 | 0 |
| Arrange cargo transpt | 7 | 49,750 | 30,000 | 97 | 2 | 0 | 0 | 1 |
| Whol electrical equip | 7 | 16,800 | 15,000 | 5 | 95 | 0 | 0 | 0 |
| Radiotelephone commun | 7 | 1,000 | 250 | 100 | 0 | 0 | 0 | 0 |
| Whol computers/softwr | 6 | 278,750 | 200,000 | 36 | 28 | 36 | 0 | 0 |
| Help supply service | 6 | 143,000 | 55,000 | 75 | 25 | 0 | 0 | 0 |
| Mfg industrial gases | 6 | 36,500 | 25,000 | 91 | 1 | 0 | 1 | 7 |
| Air courier service | 6 | 8,900 | 7,500 | 58 | 42 | 0 | 0 | 0 |
| Misc business credit | 6 | 4,250 | 1,000 | 82 | 18 | 0 | 0 | 0 |
| Electric services | 5 | 300,400 | 200,000 | 100 | 0 | 0 | 0 | 0 |
| Mfg medical instrmnt | 5 | 346,000 | 200,000 | 90 | 10 | 0 | 0 | 0 |
| Mfg photograph equip | 5 | 62,500 | 50,000 | 100 | 0 | 0 | 0 | 0 |
| Whol durable goods | 5 | 18,600 | 15,000 | 92 | 1 | 0 | 0 | 7 |
| Gas transmission dist | 5 | 14,750 | 7,500 | 100 | 0 | 0 | 0 | 0 |
| Coating/engrave svcs | 5 | 5,750 | 5,000 | 13 | 87 | 0 | 0 | 0 |
| Mfg misc special mach | 4 | 341,000 | 300,000 | 56 | 44 | 0 | 0 | 0 |
| Truck rental/leasing | 4 | 215,500 | 200,000 | 100 | 0 | 0 | 0 | 0 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Mfg computers | 4 | 101,250 | 95,000 | 51 | 49 | 0 | 0 | 0 |
| Whol office supplies | 4 | 23,500 | 20,000 | 54 | 3 | 43 | 0 | 0 |
| Mfg electromedcl prdt | 4 | 10,000 | 2,500 | 62 | 13 | 0 | 25 | 0 |
| Ret mail-order house | 4 | 700 | 250 | 100 | 0 | 0 | 0 | 0 |
| Mfg refrig/heat equip | 3 | 530,750 | 500,000 | 100 | 0 | 0 | 0 | 0 |
| Mfg misc plastic prdt | 3 | 97,500 | 75,000 | 15 | 8 | 77 | 0 | 0 |
| Mfg laminated paper | 3 | 71,000 | 60,000 | 99 | 0 | 1 | 0 | 0 |
| Mfg die/tool/jig/fixt | 3 | 3,350 | 2,500 | 22 | 78 | 0 | 0 | 0 |
| Misc business service | 3 | 1,000 | 1,000 | 0 | 0 | 50 | 0 | 50 |
| Whol chemicals | 3 | 1,350 | 1,000 | 55 | 4 | 0 | 41 | 0 |
| Executive office | 3 | 150 | 50 | 100 | 0 | 0 | 0 | 0 |
| Mfg plastics/resins | 2 | 200,000 | 200,000 | 100 | 0 | 0 | 0 | 0 |
| Mfg plastic foam prdt | 2 | 125,000 | 100,000 | 90 | 10 | 0 | 0 | 0 |
| Custom compounding | 2 | 110,000 | 65,000 | 50 | 50 | 0 | 0 | 0 |
| Whol office equipment | 2 | 26,000 | 25,000 | 96 | 4 | 0 | 0 | 0 |
| Mfg corrugated boxes | 2 | 22,500 | 20,000 | 100 | 0 | 0 | 0 | 0 |
| Mfg relays/controls | 2 | 25,000 | 20,000 | 60 | 0 | 40 | 0 | 0 |
| Mfg switchgear-boards | 2 | 35,000 | 20,000 | 50 | 50 | 0 | 0 | 0 |
| Mfg scales/balances | 2 | 12,500 | 10,000 | 90 | 0 | 0 | 10 | 0 |
| Industrial launderer | 2 | 15,000 | 10,000 | 33 | 67 | 0 | 0 | 0 |
| Medical equip rental | 2 | 10,250 | 10,000 | 98 | 0 | 2 | 0 | 0 |
| Mfg electric test prd | 2 | 5,500 | 5,000 | 55 | 45 | 0 | 0 | 0 |
| Mfg steel pipe/tubes | 2 | 7,500 | 5,000 | 50 | 50 | 0 | 0 | 0 |
| Whol misc profsn eqpt | 2 | 10,000 | 5,000 | 100 | 0 | 0 | 0 | 0 |
| Mfg fluid power pumps | 2 | 3,500 | 2,500 | 35 | 36 | 0 | 0 | 29 |
| Whol plumb/hydronics | 2 | 2,600 | 2,500 | 100 | 0 | 0 | 0 | 0 |
| Ret-direct selling | 2 | 2,600 | 2,500 | 100 | 0 | 0 | 0 | 0 |
| Mfg molded rubber prd | 2 | 3,500 | 2,500 | 100 | 0 | 0 | 0 | 0 |
| Whol hardware | 2 | 1,500 | 1,000 | 67 | 33 | 0 | 0 | 0 |
| Mfg misc primary mtl | 2 | 1,000 | 750 | 100 | 0 | 0 | 0 | 0 |
| Misc general gov't | 2 | 800 | 750 | 100 | 0 | 0 | 0 | 0 |
| Whol metal | 2 | 1,250 | 750 | 100 | 0 | 0 | 0 | 0 |
| Mfg signs/ad specltys | 2 | 750 | 500 | 100 | 0 | 0 | 0 | 0 |
| Oil/gas production | 2 | 750 | 500 | 100 | 0 | 0 | 0 | 0 |
| Misc publishing | 2 | 300 | 250 | 100 | 0 | 0 | 0 | 0 |
| Whol appliances | 2 | 350 | 250 | 36 | 0 | 64 | 0 | 0 |
| Public finance | 2 | 50 | 50 | 100 | 0 | 0 | 0 | 0 |
| Mfg inorganic chemcls | 1 | 500,000 | 500,000 | 100 | 0 | 0 | 0 | 0 |
| Mfg organic chemicals | 1 | 100,000 | 100,000 | 100 | 0 | 0 | 0 | 0 |
| Whol drugs/sundries | 1 | 100,000 | 100,000 | 100 | 0 | 0 | 0 | 0 |
| Petroleum terminal | 1 | 70,000 | 70,000 | 0 | 100 | 0 | 0 | 0 |
| Mfg adhesives/sealant | 1 | 45,000 | 45,000 | 50 | 0 | 0 | 50 | 0 |
| Wet corn milling | 1 | 45,000 | 45,000 | 50 | 50 | 0 | 0 | 0 |
| Nonphysical research | 1 | 25,000 | 25,000 | 50 | 50 | 0 | 0 | 0 |
| Data processing svcs | 1 | 15,000 | 15,000 | 100 | 0 | 0 | 0 | 0 |
| Mfg process controls | 1 | 15,000 | 15,000 | 100 | 0 | 0 | 0 | 0 |
| Mfg cold rolled steel | 1 | 15,000 | 15,000 | 0 | 100 | 0 | 0 | 0 |
| Mfg marking devices | 1 | 10,000 | 10,000 | 50 | 50 | 0 | 0 | 0 |
| Mfg misc trnsmsn eqpt | 1 | 7,500 | 7,500 | 100 | 0 | 0 | 0 | 0 |
| Mfg surgical supplies | 1 | 5,000 | 5,000 | 100 | 0 | 0 | 0 | 0 |
| Mfg environment cntrl | 1 | 5,000 | 5,000 | 100 | 0 | 0 | 0 | 0 |
| Local truck w/storage | 1 | 2,500 | 2,500 | 100 | 0 | 0 | 0 | 0 |
| Mfg die cut/paper brd | 1 | 2,500 | 2,500 | 50 | 50 | 0 | 0 | 0 |
| Mfg plane engine/part | 1 | 2,500 | 2,500 | 100 | 0 | 0 | 0 | 0 |
| Mfg pumping equipment | 1 | 2,500 | 2,500 | 0 | 100 | 0 | 0 | 0 |
| Mfg sheet metalwork | 1 | 2,500 | 2,500 | 0 | 50 | 50 | 0 | 0 |
| Mfg drug preparations | 1 | 2,500 | 2,500 | 100 | 0 | 0 | 0 | 0 |
| Mfg analytic instrmnt | 1 | 2,500 | 2,500 | 0 | 100 | 0 | 0 | 0 |
| Education services | 1 | 2,500 | 2,500 | 100 | 0 | 0 | 0 | 0 |
| Mfg elect indus equip | 1 | 2,500 | 2,500 | 100 | 0 | 0 | 0 | 0 |
| Lithographic printing | 1 | 1,000 | 1,000 | 100 | 0 | 0 | 0 | 0 |
| Newspaper-print/publ | 1 | 1,000 | 1,000 | 0 | 0 | 100 | 0 | 0 |
| Misc repair services | 1 | 1,000 | 1,000 | 0 | 50 | 0 | 50 | 0 |
| Mfg semiconductors | 1 | 1,000 | 1,000 | 100 | 0 | 0 | 0 | 0 |

| Mfg measure devices | 1 | 1,000 | 1,000 | 100 | 0 | 0 | 0 | 0 |
| Mfg metalworking mach | 1 | 750 | 750 | 100 | 0 | 0 | 0 | 0 |
| Refuse system | 1 | 750 | 750 | 100 | 0 | 0 | 0 | 0 |
| Mfg cleaning products | 1 | 500 | 500 | 100 | 0 | 0 | 0 | 0 |
| Mfg soap/detergents | 1 | 500 | 500 | 100 | 0 | 0 | 0 | 0 |
| Accounting services | 1 | 500 | 500 | 100 | 0 | 0 | 0 | 0 |
| Mfg fabricated rubber | 1 | 500 | 500 | 100 | 0 | 0 | 0 | 0 |
| R.V./trailer rentals | 1 | 500 | 500 | 100 | 0 | 0 | 0 | 0 |
| Mfg elect housewares | 1 | 500 | 500 | 0 | 100 | 0 | 0 | 0 |
| Whol plastic material | 1 | 250 | 250 | 100 | 0 | 0 | 0 | 0 |
| Mfg ceramic tile | 1 | 250 | 250 | 100 | 0 | 0 | 0 | 0 |
| Mfg industrial valves | 1 | 250 | 250 | 0 | 100 | 0 | 0 | 0 |
| Mfg forged iron/steel | 1 | 250 | 250 | 100 | 0 | 0 | 0 | 0 |
| Mfg packaging mach | 1 | 250 | 250 | 50 | 0 | 50 | 0 | 0 |
| Mfg air/gas compress | 1 | 250 | 250 | 100 | 0 | 0 | 0 | 0 |
| Whol petroleum prdts | 1 | 100 | 100 | 100 | 0 | 0 | 0 | 0 |
| Ret paint/wallpaper | 1 | 100 | 100 | 100 | 0 | 0 | 0 | 0 |
| Paper mill | 1 | 100 | 100 | 100 | 0 | 0 | 0 | 0 |
| Ret stationery | 1 | 100 | 100 | 100 | 0 | 0 | 0 | 0 |
| Whol furniture | 1 | 100 | 100 | 100 | 0 | 0 | 0 | 0 |
| Mfg cutting tool/part | 1 | 50 | 50 | 0 | 100 | 0 | 0 | 0 |
| Legislative body | 1 | 50 | 50 | 100 | 0 | 0 | 0 | 0 |
| Mfg jewelry | 1 | 50 | 50 | 100 | 0 | 0 | 0 | 0 |

```
OTHER PAYMENT CATEGORIES:
Cash Experiences        2       7,500
Paying Record Unknown  10      13,600
Unfavorable Comments    1         100
Placed for Collection
  with D&B               0           0
  other                  0         N/A
```

Indications of slowness can be the result of disputes over merchandise, skipped invoices, etc.

==================================================================================
**Public Filings Summary**

The following data includes both open and closed filings found in D&B's database on the subject company.

| Record Type | # | Most Recent Filing Date |
| --- | --- | --- |
| Bankruptcy Proceedings | 0 | - |
| Judgments | 0 | - |
| Liens | 1 | 04/29/1999 |
| Suits | 0 | - |
| UCC's | 63 | 12/12/2002 |

==================================================================================
**Public Filings Detail**

> The following data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

--------------------------------------------------------------------------------
* * * LIEN(S) * * *
--------------------------------------------------------------------------------
FILING NO.: 1999K23605
AMOUNT:   $5,110                    STATUS: Released
TYPE:     State Tax                 DATE STATUS ATTAINED:  02/25/2002

```
FILED BY: MISSOURI                      DATE FILED:              04/29/1999
AGAINST:  B BRAUN MEDICAL INC           LATEST INFO COLLECTED: 02/25/2002
WHERE FILED: JACKSON COUNTY RECORDER OF
             DEEDS, KANSAS CITY, MO
--------------------------------------------------------------------------
                      * * * UCC FILING(S) * * *
--------------------------------------------------------------------------
COLLATERAL: Accounts receivable and proceeds - Account(s) and proceeds -
            Contract rights and proceeds
FILING NO: 29210083                     DATE FILED:              07/27/1998
TYPE:      Original                     LATEST INFO RECEIVED: 09/10/1998
SEC. PARTY: FIRST UNION NATIONAL BANK,   FILED WITH: SECRETARY OF
            PHILADELPHIA, PA                         STATE/UCC DIVISION,
DEBTOR:    B BRAUN MEDICAL INC                       PA

This data is for informational purposes only and is not an official record.
Certified copies may be obtained from the Pennsylvania Department of State.
--------------------------------------------------------------------------
COLLATERAL: Account(s) including proceeds and products - Contract rights
            including proceeds and products - Chattel paper including proceeds
            and products
FILING NO: 1542952                      DATE FILED:              10/30/1995
TYPE:      Original                     LATEST INFO RECEIVED: 12/21/1995
SEC. PARTY: ASSOCIATES LEASING INC,      FILED WITH: SECRETARY OF
            CLEVELAND, OH                            STATE/UCC DIVISION,
DEBTOR:    B BRAUN MEDICAL INC, MILWAUKEE,           WI
            WI
--------------------------------------------------------------------------
COLLATERAL: Account(s) and proceeds - Contract rights and proceeds - General
            intangibles(s) and proceeds - Chattel paper and proceeds
FILING NO: 26201410                     DATE FILED:              12/24/1996
TYPE:      Original                     LATEST INFO RECEIVED: 02/03/1997
SEC. PARTY: CIT GROUP/EQUIPMENT FINANCING FILED WITH: SECRETARY OF
            INC, ATLANTA, GA                         STATE/UCC DIVISION,
DEBTOR:    B BRAUN MEDICAL INC                       PA

This data is for informational purposes only and is not an official record.
Certified copies may be obtained from the Pennsylvania Department of State.
--------------------------------------------------------------------------
COLLATERAL: Specified Consigned merchandise - Specified Computer equipment
FILING NO: 19560452                     DATE FILED:              04/04/1991
TYPE:      Original                     LATEST INFO RECEIVED: 05/15/1991
SEC. PARTY: IBM CORPORATION, BATHLEHEM, PA FILED WITH: SECRETARY OF
DEBTOR:    BURRON MEDICAL INC, ALLENTOWN,            STATE/UCC DIVISION,
            PA                                       PA

This data is for informational purposes only and is not an official record.
Certified copies may be obtained from the Pennsylvania Department of State.
--------------------------------------------------------------------------
COLLATERAL: All Equipment - Specified Computer equipment
FILING NO: 23770145                     DATE FILED:              12/05/1994
TYPE:      Original                     LATEST INFO RECEIVED: 12/08/1994
SEC. PARTY: IBM CORP, STAMFORD, CT       FILED WITH: SECRETARY OF
DEBTOR:    BRAUN, B MEDICAL INC, ALLENTOWN,          STATE/UCC DIVISION,
            PA                                       PA

This data is for informational purposes only and is not an official record.
Certified copies may be obtained from the Pennsylvania Department of State.
--------------------------------------------------------------------------
COLLATERAL: Equipment and proceeds
FILING NO: 31721210                     DATE FILED:              06/13/2000
TYPE:      Original                     LATEST INFO RECEIVED: 08/02/2000
SEC. PARTY: ASSOCIATES COMMERCIAL CORP,  FILED WITH: SECRETARY OF
            IRVING, TX                               STATE/UCC DIVISION,
```

DEBTOR:    B BRAUN MEDICAL INC                          PA

This data is for informational purposes only and is not an official record.
Certified copies may be obtained from the Pennsylvania Department of State.
--------------------------------------------------------------------------
COLLATERAL: Equipment and products
FILING NO:  31151520                        DATE FILED:              01/10/2000
TYPE:       Original                        LATEST INFO RECEIVED:  02/14/2000
SEC. PARTY: LEASE CORP OF AMERICA, TROY, MI  FILED WITH: SECRETARY OF
DEBTOR:     B BRAUN BIOTECH INC                          STATE/UCC DIVISION,
                                                         PA

This data is for informational purposes only and is not an official record.
Certified copies may be obtained from the Pennsylvania Department of State.
--------------------------------------------------------------------------
COLLATERAL: Equipment and proceeds
FILING NO:  30700097                        DATE FILED:              09/07/1999
TYPE:       Original                        LATEST INFO RECEIVED:  10/13/1999
SEC. PARTY: ASSOCIATES LEASING INC, IRVING, FILED WITH: SECRETARY OF
            TX                                           STATE/UCC DIVISION,
DEBTOR:     B BRAUN MEDICAL INC                          PA

This data is for informational purposes only and is not an official record.
Certified copies may be obtained from the Pennsylvania Department of State.
--------------------------------------------------------------------------
COLLATERAL: Business machinery/equipment
FILING NO:  33350079                        DATE FILED:              12/01/2000
TYPE:       Original                        LATEST INFO RECEIVED:  02/02/2001
SEC. PARTY: NORWEST FINANCIAL LEASING INC,  FILED WITH: SECRETARY OF
            DES MOINES, IA                               STATE/UCC DIVISION,
DEBTOR:     B BRAUN MEDICAL, ALLENTOWN, PA               PA

This data is for informational purposes only and is not an official record.
Certified copies may be obtained from the Pennsylvania Department of State.
--------------------------------------------------------------------------
COLLATERAL: Business machinery/equipment
FILING NO:  33071731                        DATE FILED:              09/19/2000
TYPE:       Original                        LATEST INFO RECEIVED:  10/30/2000
SEC. PARTY: NORWEST FINANCIAL LEASING INC,  FILED WITH: SECRETARY OF
            DES MOINES, IA                               STATE/UCC DIVISION,
DEBTOR:     B BRAUN MEDICAL                              PA

This data is for informational purposes only and is not an official record.
Certified copies may be obtained from the Pennsylvania Department of State.
--------------------------------------------------------------------------

            There are additional UCC's in D&B's file on this company
            available by contacting 1-800-234-3867.

            The public record items contained in this report may have been
            paid, terminated, vacated or released prior to the date this
            report was printed.


==========================================================================
Business Background

                            HISTORY
            --------------------------------------------------------------
            CORPORATE AND BUSINESS REGISTRATIONS REPORTED BY THE SECRETARY
            OF STATE OR OTHER OFFICIAL SOURCE AS OF 02/18/2003:

            The following data is for informational purposes only and is not an
            official record.  Certified copies may be obtained from the

Pennsylvania Department of State.

BUSINESS TYPE: CORPORATION –       DATE INCORPORATED: 09/12/1979
              PROFIT                 STATE OF INCORP:   PENNSYLVANIA

------------------------------------------------------------------------

02/19/03

CAROLL H NEUBAUER, CHB-CEO+
DIRECTOR(S): THE OFFICER(S) and Dr Joachim Schnell and P Robert
Perrett.

    Business started 1957 by George K Burke. Present control
succeeded Nov 15 1979. 100% of capital stock is owned by the parent
company.
    CAROLL H NEUBAUER born 1955. EDUCATIONAL BACKGROUND: Graduated
from Georgetown University Law School, Washington, DC with Masters of
Law (LL.M) in 1987. OCCUPATION BACKGROUND: 1987 Associate, Law Firm
Kiethe & Partner, Munich, Germany, 1988 joined B Braun Melsungen AG as
Assistant to the Chief Executive Officer, 1991 appointed member of the
Board of Directors of B Braun Melsungen AG, 1996-present Chairman of
the Board and CEO of B Bruan of America Inc and B Braun Medical Inc.

OPERATIONS

02/19/03     Subsidiary of B. BRAUN OF AMERICA INC, BETHLEHEM, PA started 1979
which operates as stockholding company. Parent company owns 100% of
capital stock. Parent company has two other subsidiary(ies).
Intercompany relations: Reported by management to consist of
occasional loans and advances and service transactions.
    Manufactures disposable plastic medical apparatus including
pharmacy additive products, catheters and filtering devices (100%).
    Terms are net 30 days. Has 10,000 account(s). Sells to
hospitals, nursing homes, clinics, governmental agencies, doctors,
wholesalers and parent company. Territory : International.
Nonseasonal.
       EMPLOYEES: 4,099 which includes officer(s). 600 employed here.
       FACILITIES: Owns 107,000 sq. ft. in a two story brick building.
       LOCATION: Industrial section on main street.
       BRANCHES: This business has multiple branches, detailed
branch/division information is available in Dun & Bradstreet's linkage
or family tree products.
       SUBSIDIARIES: This business has 3 subsidiaries listed below.
1) Burron Medical of Delaware Inc, Wilmington, DE started on Oct 3
1990. DUNS #06-322-0037. Delaware investment company. (100%).
    2) B Braun of Puerto Rico, KM 215.7 Insuair Rd, Sabana Grande,
Puerto Rico, 00637. Manufactures disposable plastic medical apparatus
in Puerto Rico. DUNS #17-404-7142. (100%).
    3) Central Admixture Pharmacy Services Inc, Irvine, CA. DUNS
#78-410-7856 (100%).

OTHER CORPORATE DETAILS

CORPORATE STATUS:   ACTIVE
STATE ID NO:       0693517

=============================================================================
**Financial Summary**

KEY BUSINESS RATIOS

Based on a Financial Statement Dated September 30, 2001

(Industry Norms Based on 13 Establishments)

| Profitability | Short-Term | Efficiency | Utilization |
| % | Solvency | (%) | (%) |

|  | Return on Sales | Return on Net Worth | Curr Ratio | Quick Ratio | Assets/ Sales | Sales/ Net working Capital | Total Liabs/ Net Worth |
|---|---|---|---|---|---|---|---|
| Firm | UN | UN | 0.6 | UN | UN | ( 3.7) | UN |
| Industry Median | 4.5 | 5.9 | 2.8 | 1.3 | 113.1 | 2.8 | 58.2 |
| Industry Quartile | UN | UN | 4 | UN | UN | 4 | UN |

UN = Unavailable

## FINANCIAL INFORMATION

| 04/26/02 | Fiscal Sep 30 1999 | Fiscal Sep 30 2000 | Fiscal Sep 30 2001 |
|---|---|---|---|
| Curr Assets | 245,472,000 | 220,577,000 | 249,840,000 |
| Curr Liabs | 181,426,000 | 188,783,000 | 401,360,000 |
| Current Ratio | 1.35 | 1.17 | 0.62 |
| Working Capital | 64,046,000 | 31,794,000 | (151,520,000) |
| Other Assets | 356,472,000 | 361,215,000 | 349,698,000 |
| Worth | 128,536,000 | 134,174,000 | 98,039,000 |
| Sales | 561,699,000 | 529,590,000 | 556,856,000 |
| Long Term Liab | 291,982,000 | 258,835,000 | 100,139,000 |

Submitted FEB 14 2002 by Bruce A Heugel, sr v pres-CFO.
Accountant: PricewaterhouseCoopers.
--0--
Management reports that the liabilities of the Company include debt that is either due to the parent or guaranteed by the parent.
On APR 26 2002 Bruce A Heugel, sr v pres-CFO, referred to the above figures.

===============================================================================
**Customer Service**
If you need any additional information, or have any questions regarding this report, please call our Customer Service Center at (800) 234-3867 from anywhere within the U.S. From outside the U.S., please call your local D&B office.
===============================================================================

Save to My WatchList and Close | View Receipt | &#x1F5A8; Print

EXHIBIT C



**D&B Express Report**

Save to My WatchList and Close | View Receipt | 🖨 Print

## Comprehensive Report : B. Braun/Mc Gaw Inc

© 2002 Dun & Bradstreet, Inc. All Rights Reserved.
Refer comments or questions to Customer Service.

**Business Summary**

```
B. BRAUN/MC GAW INC                        DUNS: 62-152-4198
  (SUBSIDIARY OF B. BRAUN OF      FINANCIAL STRESS CLASS: 3
   AMERICA INC, BETHLEHEM, PA)    CREDIT SCORE CLASS:     4
  +B. BRAUN MEDICAL

BOX 19791                                   KEY
IRVINE CA 92623          ================================
2525 MC GAW AVE          LOWEST RISK       HIGHEST RISK
IRVINE CA 92614             1    2    3    4    5
TEL: 949 660-2000

SIC:   28 34 38 41
LINE OF BUSINESS: MFG INTRAVENOUS SOLUTIONS, OTHER PHARMACEUTICAL
                  PREPARATIONS & RELATED INFUSION SUPPLIES &
                  EQUIPMENT
YEAR STARTED:     1920
CONTROL DATE:     1997                DATE PRINTED: FEB 25 2003

CHIEF EXECUTIVE: WILLIAM J DEGOEDE, PRES-CEO+
```

**Executive Summary**

- The Financial Stress Class of 3 for this company shows that during the previous year, firms with this classification had a failure rate of 3.73% (373 per 10,000), which is 2.66 times higher than the national average.
- The Credit Score Class of 4 for this company shows that during the previous year, 24.7% of the firms with this classification paid one or more bills severely delinquent, which is 1.44 times higher than the national average.
- Subject company pays its bills an average 8 days beyond terms.
- Subject company's industry pays its bills an average 14 days beyond terms.
- Subject company pays its bills more promptly than the average for its industry.
- UCC filing(s) are reported for this business.
- Financing is secured.
- Under present management control 6 years.
- No record of open Suit(s), Lien(s), or Judgment(s) in the D&B database.
- History is clear.

**Credit Capacity Summary**

```
D&B Rating:      1R3           Payment Activity
                               (based on 75 experiences):
                                 Average High Credit:    $15,730
# of Employees                   Highest Credit:        $250,000
Total:          3,000            Total Highest Credits: $1,117,250
```



EXHIBIT
3BA 3
8·17·04

```
Worth:            -
Working Capital:  -
```

========================================================================

Financial Stress Summary

The Financial Stress Model predicts the likelihood of a firm ceasing business
without paying all creditors in full, or reorganizing or obtaining relief from
creditors under state/federal law over the next 12 months. Scores were
calculated using a statistically valid model derived from D&B's extensive data
files.

| | |
|---|---|
| Financial Stress Class:<br>(Highest Risk: 5; Lowest Risk: 1) | 3 |
| Incidence of Financial Stress Among<br>Companies with this Classification: | 3.73% (373 per 10,000) |
| Incidence of Financial Stress:<br>- National Average | 1.40% (140 per 10,000) |
| Financial Stress National Percentile:<br>(Highest Risk: 1; Lowest Risk: 100) | 8 |
| Financial Stress Score:<br>(Highest Risk: 1,001; Lowest Risk: 1,850) | 1333 |

The Financial Stress Class for this company is based on the following factors:

- Payment experiences exist for this firm which are greater than 60 days
  past due.
- 43% of trade experiences indicate slow payment(s) are present.
- No record of open suit(s), lien(s), or judgement(s) in the D&B files.
- Control age or date entered in D&B files indicates higher risk.
- Business owns facilities.

Notes:

- The Financial Stress Class indicates that this firm shares some of
the same business and financial characteristics of other companies with
this classification. It does not mean the firm will necessarily
experience financial stress.

- The Incidence of Financial Stress shows the percentage of firms in a
given Class that discontinued operations over the past year with loss
to creditors. The Incidence of Financial Stress - National Average
represents the national failure rate and is provided for comparative
purposes.

- The Financial Stress National Percentile reflects the relative
ranking of a company among all scorable companies in D&B's file.

- The Financial Stress Score offers a more precise measure of the level
of risk than the Class and Percentile. It is especially helpful to
customers using a scorecard approach to determining overall business
performance.

- All Financial Stress Class, Percentile, Score and Incidence
statistics are based on 2002.

========================================================================

**Financial Stress Norms**

| Norms for Companies in the Same ... | National Percentile |
|---|---|
| - Region   (PACIFIC) | 43 |
| - Industry: MANUFACTURING | 49 |
| - Employee Range (500+) | 41 |
| - Years in Business Range (6-10) | 39 |
| - Subject Company | 8 |

Key Comparisons
The subject company has a Financial Stress Percentile that shows:

- Higher risk than other companies in the same region.
- Higher risk than other companies in the same industry.
- Higher risk than other companies in the same employee size range.
- Higher risk than other companies with a comparable number of years in business.

==========================================================================
**Credit Score Summary**

The Credit Score Class predicts the likelihood of a firm paying in a severely delinquent manner (90+ Days Past Terms) over the next twelve months.  It was calculated using statistically valid models and the most recent payment information in D&B's files.

| | |
|---|---|
| Credit Score Class: | 4 |
| Incidence of Delinquent Payment Among Companies with this Classification: | 24.70% |
| Percentile: | .23 |

The Credit Score Class for this company is based on the following factors:

- Payment experiences exist for this firm which are greater than 60 days past due.
- 43% of trade experiences indicate slow payment(s) are present.
- No record of open suit(s), lien(s) or judgment(s) in the D&B files.

Notes:

- The Incidence of Delinquent Payment is the percentage of companies with this classification that were reported 90 days past due or more by creditors. The calculation of this value is based on an inquiry weighted sample.

- The Percentile ranks this firm relative to other businesses. For example, a firm in the 80th percentile has a lower risk of paying in a severely delinquent manner than 79% of all scorable companies in D&B's files.

==========================================================================
**Credit Score Norms**

| Norms for Companies in the Same ... | National Percentile |
|---|---|
| - Region   (PACIFIC) | 56 |

```
        - Industry: MANUFACTURING                                    53

        - Employee Range (500+)                                      26

        - Years in Business Range (6-10)                             46

        - Subject Company                                            23
```

Key Comparisons
The subject company has a Credit Score Percentile that shows:

```
    - Higher risk than other companies in the same region.
    - Higher risk than other companies in the same industry.
    - Higher risk than other companies in the same employee size range.
    - Higher risk than other companies with a comparable number of years in
      business.
```

===============================================================================
Payment Trends

PAYDEX scores below are based on dollar weighted trade in most recent 12 mos.

|  | '01 MAR | '01 JUN | '01 SEP | '01 DEC | '02 MAR | '02 APR | '02 MAY | '02 JUN | '02 JUL | '02 AUG | '02 SEP | '02 OCT | '02 NOV | '02 DEC | '03 JAN | '03 FEB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FIRM | 75 | 73 | 71 | 74 | 74 | 73 | 73 | 72 | 74 | 75 | 75 | 74 | 75 | 73 | 76 | 75 |

```
Industry
Quartiles
-----------
Upper      75   75   75   75   75            75            75            75
Median     71   71   70   71   70            71            71            71
Lower      65   65   65   65   65            66            66            66
```

```
    Industry PAYDEX based on:      KEY TO PAYDEX SCORES:
    SIC:  28XX                      76   6 Days Beyond Terms
    1,772 Firms                     71  14 Days Beyond Terms
                                    65  19 Days Beyond Terms
```

===============================================================================
Summary Of Payment Habits

Dollar Range Comparisons:

| Suppliers That Extend Credit of... | Number of Experiences: | Total Amount | % of Dollars Within Terms |
|---|---|---|---|
|  | # | $ | % |
| OVER $100,000 | 3 | 700,000 | 100 |
| $50,000 - 99,999 | 2 | 130,000 | 81 |
| $15,000 - 49,999 | 8 | 205,000 | 50 |
| $ 5,000 - 14,999 | 5 | 35,000 | 68 |
| $ 1,000 - 4,999 | 20 | 36,500 | 74 |
| Under 1,000 | 33 | 10,400 | 59 |

===============================================================================
Payment Analysis By Industry

There are 75 payment experiences in D&B's file for the most recent 12 months,
with 48 experiences reported during the last three month period.

```
                    Total     Dollar    Highest   Within Slow Slow   Slow Slow
```

| | Recd # | Amount $ | Credit $ | Terms --- | 1-30 % of | 31-60 dollar | 61-90 amount | 91+ --- |
|---|---|---|---|---|---|---|---|---|
| Total in D&B's File | 75 | 1,117,250 | 250,000 | | | | | |
| **Industry** | | | | | | | | |
| Trucking non-local | 14 | 74,250 | 45,000 | 34 | 34 | 0 | 1 | 31 |
| Nonclassified | 4 | 332,500 | 200,000 | 91 | 8 | 1 | 0 | 0 |
| Arrange cargo transpt | 3 | 253,000 | 250,000 | 100 | 0 | 0 | 0 | 0 |
| Whol electrical equip | 3 | 10,100 | 7,500 | 100 | 0 | 0 | 0 | 0 |
| Mfg inorganic chemcls | 2 | 2,600 | 2,500 | 100 | 0 | 0 | 0 | 0 |
| Whol industrial suppl | 2 | 1,100 | 1,000 | 45 | 50 | 5 | 0 | 0 |
| Help supply service | 2 | 2,000 | 1,000 | 75 | 0 | 0 | 0 | 25 |
| Short-trm busn credit | 2 | 100 | 50 | 0 | 100 | 0 | 0 | 0 |
| Mfg synthetic rubber | 1 | 250,000 | 250,000 | 100 | 0 | 0 | 0 | 0 |
| Detective/guard svcs | 1 | 35,000 | 35,000 | 50 | 50 | 0 | 0 | 0 |
| Data processing svcs | 1 | 25,000 | 25,000 | 100 | 0 | 0 | 0 | 0 |
| Whol chemicals | 1 | 20,000 | 20,000 | 0 | 100 | 0 | 0 | 0 |
| Whol industrial equip | 1 | 20,000 | 20,000 | 50 | 50 | 0 | 0 | 0 |
| Sawmill/planing mill | 1 | 20,000 | 20,000 | 100 | 0 | 0 | 0 | 0 |
| Medical equip rental | 1 | 15,000 | 15,000 | 50 | 50 | 0 | 0 | 0 |
| Produces motion pict. | 1 | 7,500 | 7,500 | 0 | 100 | 0 | 0 | 0 |
| Mfg plastics/resins | 1 | 7,500 | 7,500 | 100 | 0 | 0 | 0 | 0 |
| Mfg misc special mach | 1 | 7,500 | 7,500 | 50 | 0 | 50 | 0 | 0 |
| Books-print/publish | 1 | 5,000 | 5,000 | 100 | 0 | 0 | 0 | 0 |
| Mfg measure devices | 1 | 2,500 | 2,500 | 100 | 0 | 0 | 0 | 0 |
| Mfg analytic instrmnt | 1 | 2,500 | 2,500 | 100 | 0 | 0 | 0 | 0 |
| Whol furniture | 1 | 2,500 | 2,500 | 100 | 0 | 0 | 0 | 0 |
| Mfg misc primary mtl | 1 | 2,500 | 2,500 | 100 | 0 | 0 | 0 | 0 |
| Mfg marking devices | 1 | 2,500 | 2,500 | 0 | 0 | 0 | 100 | 0 |
| Rail terminal/switch | 1 | 2,500 | 2,500 | 100 | 0 | 0 | 0 | 0 |
| Nonphysical research | 1 | 2,500 | 2,500 | 100 | 0 | 0 | 0 | 0 |
| Whol service paper | 1 | 1,000 | 1,000 | 0 | 0 | 100 | 0 | 0 |
| Whol office equipment | 1 | 1,000 | 1,000 | 0 | 100 | 0 | 0 | 0 |
| Mfg misc trnsmsn eqpt | 1 | 1,000 | 1,000 | 100 | 0 | 0 | 0 | 0 |
| Whol medical equip | 1 | 1,000 | 1,000 | 100 | 0 | 0 | 0 | 0 |
| Mfg public bldg furn | 1 | 1,000 | 1,000 | 100 | 0 | 0 | 0 | 0 |
| Information retrieval | 1 | 1,000 | 1,000 | 50 | 50 | 0 | 0 | 0 |
| Ret mail-order house | 1 | 750 | 750 | 0 | 0 | 0 | 100 | 0 |
| Truck rental/leasing | 1 | 750 | 750 | 50 | 50 | 0 | 0 | 0 |
| Whol general grocery | 1 | 750 | 750 | 100 | 0 | 0 | 0 | 0 |
| Whol petroleum prdts | 1 | 500 | 500 | 0 | 0 | 0 | 50 | 50 |
| Mfg computers | 1 | 500 | 500 | 50 | 0 | 50 | 0 | 0 |
| Mfg air/gas compress | 1 | 250 | 250 | 0 | 0 | 0 | 100 | 0 |
| Mfg misc plastic prdt | 1 | 250 | 250 | 100 | 0 | 0 | 0 | 0 |
| Custom compounding | 1 | 250 | 250 | 100 | 0 | 0 | 0 | 0 |
| Mfg soap/detergents | 1 | 250 | 250 | 0 | 0 | 50 | 0 | 50 |
| Whol misc profsn eqpt | 1 | 250 | 250 | 0 | 0 | 0 | 0 | 100 |
| Whol electronic parts | 1 | 250 | 250 | 100 | 0 | 0 | 0 | 0 |
| Whol metal | 1 | 250 | 250 | 100 | 0 | 0 | 0 | 0 |
| Whol durable goods | 1 | 100 | 100 | 100 | 0 | 0 | 0 | 0 |
| Whol hardware | 1 | 100 | 100 | 100 | 0 | 0 | 0 | 0 |
| Misc publishing | 1 | 50 | 50 | 100 | 0 | 0 | 0 | 0 |
| Mfg drug preparations | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

OTHER PAYMENT CATEGORIES:

| | | | |
|---|---|---|---|
| Cash Experiences | 2 | 100 | |
| Paying Record Unknown | 1 | 250 | |
| Unfavorable Comments | 0 | 0 | |
| Placed for Collection | | | |
| with D&B | 0 | 0 | |
| other | 0 | N/A | |

D&B Express - Business Credit Reports, International Business Guides, Country Risk Re... Page 6 of 10

Indications of slowness can be the result of disputes over merchandise, skipped invoices, etc.

===================================================================================

**Public Filings Summary**

The following data includes both open and closed filings found in D&B's database on the subject company.

| Record Type | # | Most Recent Filing Date |
|---|---|---|
| Bankruptcy Proceedings | 0 | - |
| Judgments | 0 | - |
| Liens | 1 | 08/04/1997 |
| Suits | 0 | - |
| UCC's | 71 | 11/29/2000 |

===================================================================================

**Public Filings Detail**

The following data is for information purposes only and is not the official record.  Certified copies can only be obtained from the official source.

------------------------------------------------------------------------
* * * LIEN(S) * * *
------------------------------------------------------------------------

CASE NO.: 72-150524
AMOUNT:   $117                          STATUS: Released
TYPE:     State Tax                     DATE STATUS ATTAINED: 10/23/1997
FILED BY: STATE OF MISSISSIPPI          DATE FILED:           08/04/1997
AGAINST:  MCGAW INC                     LATEST INFO RECEIVED: 11/11/1997
WHERE FILED: HINDS COUNTY CIRCUIT COURT,
             JACKSON, MS
------------------------------------------------------------------------
* * * UCC FILING(S) * * *
------------------------------------------------------------------------

COLLATERAL: Leased All Assets and proceeds - Leased Inventory and proceeds -
            All Account(s) and proceeds - Leased Fixtures and proceeds - and
            OTHERS
FILING NO: 9820160811                   DATE FILED:           07/17/1998
TYPE:      Original                     LATEST INFO RECEIVED: 07/28/1998
SEC. PARTY: ROCKFORD INDUSTRIES, INC., SANTA  FILED WITH: SECRETARY OF
            ANA, CA                                        STATE/UCC DIVISION,
DEBTOR:     B. BRAUN OF AMERICA,                           CA
            INCORPORATED

This data is for informational purposes only, certification can only be
obtained through the Sacramento Office of the California Secretary of State.
------------------------------------------------------------------------
FILING NO: 99064C0692                   DATE FILED:           02/25/1999
TYPE:      Assignment                   LATEST INFO RECEIVED: 03/13/1999
SEC. PARTY: CHASE BANK OF TEXAS, N.A.   ORIG. UCC FILED: 07/17/1998
            NATIONAL ASSOC., AS TRUSTEE,  ORIG. FILING NO: 9820160811
            HOUSTON, TX                 FILED WITH: SECRETARY OF
ASSIGNEE:   NO NAME AVAILABLE                       STATE/UCC DIVISION,
DEBTOR:     B. BRAUN OF AMERICA,                    CA
            INCORPORATED

This data is for informational purposes only, certification can only be
obtained through the Sacramento Office of the California Secretary of State.
------------------------------------------------------------------------
COLLATERAL: Accounts receivable and proceeds - Account(s) and proceeds -

```
                    Contract rights and proceeds - RETURNED, RECLAIMED OR REPOSSESSED
                    GOODS and proceeds
FILING NO:  9823060713                    DATE FILED:            08/14/1998
TYPE:       Original                      LATEST INFO RECEIVED:  08/25/1998
SEC. PARTY: FIRST UNION NATIONAL BANK,    FILED WITH: SECRETARY OF
            PHILADELPHIA, PA                          STATE/UCC DIVISION,
DEBTOR:     B. BRAUN MEDICAL INC.                     CA

This data is for informational purposes only, certification can only be
obtained through the Sacramento Office of the California Secretary of State.
-------------------------------------------------------------------------------
COLLATERAL: Accounts receivable - Leased Inventory - Leased Assets - Leased
            Fixtures - and OTHERS
FILING NO:  9912460956                    DATE FILED:            04/28/1999
TYPE:       Original                      LATEST INFO RECEIVED:  05/11/1999
SEC. PARTY: GOLDEN EAGLE CREDIT CORPORATION, FILED WITH: SECRETARY OF
            RIDGEFIELD, CT                            STATE/UCC DIVISION,
DEBTOR:     B. BRAUN,/MCGAW, INC.                     CA

This data is for informational purposes only, certification can only be
obtained through the Sacramento Office of the California Secretary of State.
-------------------------------------------------------------------------------
COLLATERAL: Inventory - Account(s) - General intangibles(s) - Chattel paper -
            and OTHERS
FILING NO:  97080026                      DATE FILED:            04/21/1997
TYPE:       Original                      LATEST INFO RECEIVED:  06/05/1997
SEC. PARTY: PETULA ASSOCIATES, LTD., DALLAS, FILED WITH: SECRETARY OF
            TX                                        STATE/UCC DIVISION,
DEBTOR:     MCGAW, INC., CARROLLTON, TX              TX
-------------------------------------------------------------------------------
COLLATERAL: Leased Inventory and proceeds
FILING NO:  9609360503                    DATE FILED:            04/01/1996
TYPE:       Original                      LATEST INFO RECEIVED:  04/09/1996
SEC. PARTY: EL CAMINO RESOURCES, LTD.,    FILED WITH: SECRETARY OF
            WOODLAND HILLS, CA                        STATE/UCC DIVISION,
DEBTOR:     MCGAW, INC.                               CA

This data is for informational purposes only, certification can only be
obtained through the Sacramento Office of the California Secretary of State.
-------------------------------------------------------------------------------
COLLATERAL: Equipment and proceeds
FILING NO:  9520560337                    DATE FILED:            07/19/1995
TYPE:       Original                      LATEST INFO RECEIVED:  03/02/1995
SEC. PARTY: INLAND EMPIRE EQUIPMENT, INC., FILED WITH: SECRETARY OF
            FULLERTON, CA                             STATE/UCC DIVISION,
ASSIGNEE:   CLARK CREDIT CORPORATION,                 CA
            BUCHANAN, MI
DEBTOR:     MCGAW INC.

This data is for informational purposes only, certification can only be
obtained through the Sacramento Office of the California Secretary of State.
-------------------------------------------------------------------------------
COLLATERAL: Equipment and proceeds
FILING NO:  9515160941                    DATE FILED:            05/26/1995
TYPE:       Original                      LATEST INFO RECEIVED:  06/07/1995
SEC. PARTY: CATERPILLAR FINANCIAL SERVICES FILED WITH: SECRETARY OF
            CORPORATION, MARIETTA, GA                 STATE/UCC DIVISION,
DEBTOR:     MCGAW, INC.                               CA

This data is for informational purposes only, certification can only be
obtained through the Sacramento Office of the California Secretary of State.
-------------------------------------------------------------------------------
COLLATERAL: Computer equipment
FILING NO:  0012560367                    DATE FILED:            04/28/2000
```

```
TYPE:       Original                    LATEST INFO RECEIVED:  05/09/2000
SEC. PARTY: COMDISCO, INC., ROSEMONT, IL  FILED WITH:  SECRETARY OF
DEBTOR:     B. BRAUN OF AMERICA, INC.               STATE/UCC DIVISION,
                                                    CA

This data is for informational purposes only, certification can only be
obtained through the Sacramento Office of the California Secretary of State.
-------------------------------------------------------------------------
COLLATERAL: Equipment
FILING NO:  9600260790                  DATE FILED:            12/27/1995
TYPE:       Original                    LATEST INFO RECEIVED:  01/10/1996
SEC. PARTY: COMPUTER SYSTEMS OF AMERICA, FILED WITH:  SECRETARY OF
            INC., BOSTON, MA                        STATE/UCC DIVISION,
DEBTOR:     MCGAW, INC.                             CA

This data is for informational purposes only, certification can only be
obtained through the Sacramento Office of the California Secretary of State.
-------------------------------------------------------------------------
COLLATERAL: Business machinery/equipment
FILING NO:  2189727                     DATE FILED:            11/07/1995
TYPE:       Original                    LATEST INFO RECEIVED:  11/13/1995
SEC. PARTY: BANK OF BLUE VALLEY, OVERLAND FILED WITH:  SECRETARY OF
            PARK, KS                               STATE/UCC DIVISION,
DEBTOR:     MCGAW INC, SHAWNEE MISSION, KS         KS
-------------------------------------------------------------------------
```

There are additional UCC's in D&B's file on this company
available by contacting 1-800-234-3867.

The public record items contained in this report may have been
paid, terminated, vacated or released prior to the date this
report was printed.

====================================================================
**Business Background**

HISTORY
-------------------------------------------------------------------------

The Corporate Details provided below may have been submitted by the
management of the subject business and may not have been verified with
the government agency which records such data.

BUSINESS TYPE: CORPORATION -        DATE INCORPORATED: 09/25/1990
               PROFIT               STATE OF INCORP:   DELAWARE
-------------------------------------------------------------------------
03/08/02
        WILLIAM DEGOEDE, PRES-CEO+
        DIRECTOR(S): THE OFFICER(S)

        Corporation #2242204.
        Business started 1920's by others.  Present control succeeded Jun
23 1997.  100% of capital stock is owned by the parent company.
        CONTROL CHANGE: According to published reports, Ivax Corporation
(Miami, FL) announced that B. Braun of America Inc, a subsidiary of B.
Braun Melsungen Aktiengesellschaft, completed the acquisition of McGaw
Inc (Miami, FL) from IVAX.  B Braun paid IVAX $320 million in cash at
closing, subject to certain post closing adjustments.  Over a period
of years, B Braun will make additional payments, up to a total of $80
million, contingent upon the combined operating results of McGaw and
its B. Braun of America Inc.
        WILLIAM J DEGOEDE.  INDUSTRY BACKGROUND:  1991-present active
here.  Became president-CEO in 1997. Also executive vice president and

general manager of pharmaceutical division for B. Braun Medical, Inc., Bethlehem, PA.

OPERATIONS

03/08/02    Subsidiary of B. BRAUN OF AMERICA INC, BETHLEHEM, PA which operates as a manufacturer medical apparatus.  Parent company owns 100% of capital stock.
    As noted, this company is a subsidiary of B. Braun of America Inc., DUNS number 044787661, and reference is made to that report for background information on the parent company and its management.
    TOP PARENT:  B. Braun of America Inc is in turn a subsidiary of B. Braun Melsungen Aktiengesellschaft, Germany, DUNS #31-501-6972, and reference is made to that report for background information on the top parent company and its management.
    Directly and through its subsidiaries, this company manufactures intravenous solutions and other pharmaceutical preparations and also manufactures intravenous pumps (100%).
Terms are on a contract basis and vary.  Sells to government, hospitals, wholesale distributors, health care industry and other commercial concerns.  Territory : United States (95%) and International (5%).
Nonseasonal.
    EMPLOYEES:  3,000 which includes officer(s).
    FACILITIES:  Owns 650,000 sq. ft. in a two story concrete block building.  Located on 32 acres of land.
    LOCATION:  Industrial section on well traveled street.

=================================================================================
**Financial Summary**

KEY BUSINESS RATIOS

NOTE:
D&B has been unable to obtain sufficient financial information from this company to calculate business ratios.  Our check of additional outside sources also found no information available on its financial performance.

To help you in this instance, ratios for other firms in the same industry are provided below to support your analysis of this business.

(Industry Norms Based on 36 Establishments)

| | Profitability % | | Short-Term Solvency | | Efficiency (%) | | Utilization (%) |
|---|---|---|---|---|---|---|---|
| | Return on Sales | Return on Net Worth | Curr Ratio | Quick Ratio | Assets/ Sales | Sales/ Net working Capital | Total Liabs/ Net Worth |
| Firm | UN | UN | UN | UN | UN | UN | UN |
| Industry Median | ( 71.1) | ( 17.6) | 5.7 | 1.7 | 441.8 | 0.8 | 33.7 |
| Industry Quartile | UN | UN | UN | UN | UN | UN | UN |

UN = Unavailable

FINANCIAL INFORMATION

03/08/02    On March 8 2002, name and address information was not verified.

```
================================================================
Customer Service
If you need any additional information, or have any questions regarding this
report, please call our Customer Service Center at (800) 234-3867 from
anywhere within the U.S.  From outside the U.S., please call your local D&B
office.
================================================================
```

Save to My WatchList and Close  |  View Receipt  |  🖨 Print