UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*State of Montana v. Abbott Labs., Inc., et al.,*<br>D. Mont. Cause No. CV-02-09-H-DWM | |

### PLAINTIFF STATE OF MONTANA'S JOINDER IN CLASS PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO <u>COMPEL B. BRAUN OF AMERICA</u>

Plaintiff State of Montana joins in the Class Plaintiffs' Motion for Leave to File Reply Brief in Support of Plaintiffs' Motion to Compel B. Braun of America to Make Supplemental 30(b)(6) Designation and the Class Plaintiff's Reply brief itself, both of which were filed with the Court this day.

By <u>/s/ Steve W. Berman</u>
   Steve W. Berman
   Sean R. Matt
   HAGENS BERMAN LLP
   1301 Fifth Avenue, Suite 2900
   Seattle, WA 98101
   Telephone: (206) 623-7292
   Facsimile: (206) 623-0594

   Thomas M. Sobol
   HAGENS BERMAN LLP
   225 Franklin Street, 26th Floor
   Boston, MA 02110
   Telephone: (617) 482-3700
   Facsimile: (617) 482-3003

DATED:   September 21, 2004.

COUNSEL FOR PLAINTIFFS STATE OF MONTANA

Mike McGrath
Attorney General of Montana
Kathy Seeley
Assistant Attorney General
Justice Building
215 North Sanders
P.O. Box 201401
Helena, MT  56920-1402
(406) 444-2026

Joseph P. Mazurek
CROWLEY, HAUGHEY, HANSON,
 TOOLE & DIETRICH PLLP
100 North Park Avenue, Suite 300
P.O. Box 797
Helena, MT  59601-6263
(406) 449-4165

ADDITIONAL COUNSEL FOR PLAINTIFF
STATE OF MONTANA

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **PLAINTIFF STATE OF MONTANA'S JOINDER IN CLASS PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL B. BRAUN OF AMERICA** to be served on all counsel of record electronically on September 21, 2004, pursuant to Section D of Case Management Order No. 2.

By  /s/ Steve W. Berman
Steve W. Berman, Esq.
**HAGENS BERMAN LLP**
1301 5th Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292

1534.15 0025 MTN.DOC