**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION:<br><br>Judge Patti B. Saris<br><br>Chief Mag. Judge Marianne B. Bowler |

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' RESPONSE IN
OPPOSITION TO ASTRAZENECA'S MOTION FOR A PROTECTIVE ORDER
LIMITING THE SCOPE OF CERTAIN THIRD PARTY SUBPOENAS UNDER SEAL**

Having considered Plaintiffs' Motion for Leave to File Plaintiffs' Response in Opposition to AstraZeneca's Motion for a Protective Order Limiting the Scope of Certain Third Party Subpoenas Under Seal, it is hereby ORDERED:

1.  Plaintiffs may file under seal Response in Opposition to AstraZeneca's Motion for a Protective Order Limiting the Scope of Certain Third Party Subpoenas.

DATED: _____          _____
                                                                                Hon. Marianne B. Bowler
                                                                                United States Magistrate Judge