UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | Chief Magistrate Judge<br>Marianne B. Bowler |

## NON-PARTIES AETNA, INC., HUMANA, INC. AND CONNECTICUT GENERAL LIFE INSURANCE COMPANY'S JOINT MOTION TO QUASH SUBPOENAS

Non-Parties Aetna, Inc. Humana Inc. and Connecticut General Life Insurance Company respectfully move this Court for an order quashing the subpoenas served by Defendants in the above-referenced proceeding. The grounds for this motion are set for in the accompanying memorandum of law and declaration.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d) the undersigned counsel hereby request oral argument on ths issues set forth in this motion and the accompanying memorandum of law and declaration.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel hereby certify that counsel for Non-Parties Aetna, Inc. Humana, Inc. and Connecticut General Life Insurance Company conferred with counsel for Defendants regarding the issues addressed in this motion, but were unable to resolve or further narrow the issues.

1824 / MOT / 00069053.WPD v1

Dated: September __10__, 2004

        Respectfully submitted

        _____
        Peter D. St. Phillip, Jr. (*pro hac vice* motion pending)
        Todd S. Garber (*pro hac vice* motion pending)
Lowey Dannenberg Bemporad & Selinger, P.C.
One North Lexington Avenue
White Plains, New York 10601
Tel: (914) 997-0500
Fax: (914) 997-0035
E-mail: pstphillip@ldbs.com

        ***Attorneys for Aetna, Inc. Humana Inc. and***
        ***Connecticut General Life Insurance Company***

BALLARD SPAHR ANDREWS
 & INGERSOLL, P.C.
Eric W. Sitarchuk
Sally M. Williams
51st Floor
1735 Market Street
Philadelphia, PA 19103-7599
Tel: 215-665-8500
Fax: 215-864-8999
E-mail: williamss@ballardspahr.com

        ***Counsel for Connecticut General Life Insurance***
        ***Company***