01cv12257

# CERTIFICATE OF SERVICE

FILED

2004 SEP 14 P 12: 21

U.S. DISTRICT COURT
DISTRICT OF MASS

I hereby certify that on the 13th day of September 2004, I served the foregoing:

1. Letter to the Clerk of the Court for the United States District Court District of Massachusetts;

2. Non-Parties Aetna, Inc., Humana Inc. and Connecticut General Life Insurance Company's Motion to Quash Subpoenas;

3. Non-Parties Aetna, Inc., Humana Inc. and Connecticut General Life Insurance Company's Memorandum in Support of Joint Motion to Quash Subpoenas and Memorandum of Law in Opposition to Defendants' Motion to Compel;

4. Declaration of Peter D. St. Phillip, Jr.; and

5. Proposed Order Denying Defendants' Motion to Compel and Granting Aetna, Inc., Humana, Inc., and Connecticut General Life Insurance Company's Joint Motion to Quash Defendants' Subpoenas.

upon the following counsel of record via electronic mail and overnight mail:

Thomas M. Sobol
Hagens Berman, LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Tel: (617) 482-3700
Fax: (617 482-3003
tom@hagens-berman.com

Erik Haas
Patterson, Belknap, Webb & Tyler, LLP
1133 Avenue of the Americas
New York, New York 10036
Tel: (212) 336-2000
Fax: (212) 336-2222
EHASS@PBWT.com

*Todd Garber*
Todd S. Garber

1824 / SERV / 00069093.WPD v1