## CERTIFICATE OF SERVICE

       This is to certify that a true and correct copy of the foregoing B. Braun of America Inc.'s Opposition to Plaintiff State of Montana's Motion to Join in Class Plaintiffs' (1) Motion to Compel B. Braun of America and (2) Supplement to Their Opposition to B. Braun's Motion to Dismiss has been served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties on this 23rd day of September, 2004.

                                      ___s/ Danial F. Attridge, P.C.___
                                      Daniel F. Attridge, P.C.
                                      Colin R. Kass
                                      KIRKLAND & ELLIS LLP
                                      655 Fifteenth Street, N.W., Suite 1200
                                      Washington, D.C. 20005
                                      Tel:  (202) 879-5000
                                      Fax: (202) 879-5200

                                      ***Counsel for B. Braun of America Inc.***