UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION:<br><br>Judge Patti B. Saris<br><br>Chief Mag. Judge Marianne B. Bowler |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' CROSS-MOTION TO STAY DECISION OF B. BRAUN OF AMERICA INC.'S RENEWED MOTION TO DISMISS PENDING RESOLUTION OF PLAINTIFFS' MOTION TO COMPEL B. BRAUN OF <u>AMERICA, INC. TO MAKE SUPPLEMENTAL 30(B)(6) DESIGNATION</u>**

Having considered Plaintiffs' Cross-Motion to Stay Decision of B. Braun of America, Inc.'s Renewed Motion to Dismiss Pending Resolution of Motion to Compel B. Braun of America, Inc. to Make Supplemental 30(b)(6) Designation ("Cross-Motion"), due notice having been given, and the Court being fully advised, it is hereby ORDERED that:

1. Plaintiffs' Cross-Motion is granted.

2. Decision on B. Braun of America, Inc.'s Renewed Motion to Dismiss Plaintiffs' Amended Master Consolidated Complaint shall be deferred pending this Court's decision on plaintiffs' Motion to Compel B. Braun of America, Inc. to Make Supplemental 30(b)(6) Designation.

DATED: _____          _____
                                                                     Hon. Marianne B. Bowler
                                                                     United States Magistrate Judge

7