UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456 ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) CIVIL ACTION NO. 01-12257-PBS ) ) ) ) |

**PROCEDURAL ORDER**

September 23, 2004

Saris, U.S.D.J.

    The Court has referred all discovery motions to Magistrate Judge Bowler. Accordingly, to facilitate case management, a motion and supporting memorandum involving a discovery issue shall be filed separately from a motion involving a dispositive issue.

                                                  PATTI B. SARIS
                                                  United States District Judge