# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CITIZENS FOR CONSUMER
JUSTICE, ET AL,

    Plaintiffs,

      v.

ABBOTT LABORATORIES,
ET AL,

    Defendants.

CA. NO. 01-12257-PBS

## *NOTICE*

September 28, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that a **hearing on docket entry ## 978, 1068 (Plaintiffs' Motion to Compel B. Braun of America to Make Supplemental Rule 30(B)(6) Designation and Non-Parties Aetna, Inc., Humana, Inc. and Connecticut General Life Insurance Company's Joint Motion to Quash Subpoenas)** at **2:00 p.m., Wednesday, October 13, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                            /s/
                                          **MARIANNE B. BOWLER**
                                          Chief United States Magistrate Judge

To:    ALL COUNSEL OF RECORD

**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**