UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 <br> ) Master File No. 01-12257-PBS <br> ) Judge Patti B. Saris <br> ) |
| THIS DOCUMENT RELATES TO: <br> State of California, ex rel. Ven-A-Care v. Abbott Laboratories, et al. <br> CASE #: 1:03-cv-11226-PBS | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### STATE OF CALIFORNIA'S AND RELATOR'S WITHDRAWAL OF PENDING MOTIONS TO REMAND AND TO DISMISS MEDICAID REBATE FRAUD CLAIMS WITHOUT PREJUDICE

Plaintiffs, State of California ("California") and Relator, Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care"), have decided to pursue their pharmaceutical fraud pricing claims including, but not limited to, those based on manipulation of the AWP ("drug pricing claims") and fraud claims relating to the federal Medicaid Rebate Program ("drug rebate claims") in MDL 1456 before this Court.  Therefore, plaintiffs hereby withdraw their previous motion to remand the case to California state court and further withdraw their motion to dismiss the drug rebate claims in this cause.

For the Court's reference, the following includes a summary of the procedural history leading up to this withdrawal of the aforementioned motions.

1.) Following a September 18, 2003 hearing, the Court denied the motion to remand filed by California and the Relator [437], without prejudice, due to the pendency of the drug rebate claims which remained in the Relator's sealed complaint in this state law *qui tam* action. This

1

Court's ruling appears in Master Docket entries on September 18 and 30, 2003, and appears to have been entered on October 7, 2003.

2.) On October 17, 2003, California and the Relator requested leave to dismiss the pending drug rebate claims, without prejudice, and renewed their motion to remand [585]. Defendants Abbott and Wyeth opposed this motion.

3.) In a hearing held on December 12, 2003, the Court indicated that a ruling on the motion to remand the California case should not be made until after the Court's determination of the federal preemption issue in connection with Medicaid rebate fraud claims brought by the States of Nevada and Montana. The Court has since determined that the state Medicaid rebate fraud claims are not preempted by federal law.  Therefore, California is free to pursue its drug rebate claims.

4.) Accordingly, plaintiffs hereby withdraw their motion to remand, withdraw their request to dismiss the drug rebate claims, and will pursue their drug pricing claims and drug rebate claims in this Court.

5.) California and the Relator intend to file an amended complaint-in-intervention, pursuant to the Federal Rules of Civil Procedure, which will supersede the original complaint-in-intervention filed against defendants Abbott and Wyeth in California state court on January 7, 2003.

6.) Additionally, the Attorney General of California will file additional motions, under seal, as are necessary to fully and effectively prosecute this case under the California False Claims Act (Cal. Gov't. Code §§12650, et seq.).  Also, the Plaintiffs will request a status conference and the entry of a case management order by separate motion.

                                      Respectfully submitted,

                                      BILL LOCKYER
                                      Attorney General for the State of California

Dated: September 29, 2004         /s/ *Brian Frankel*
                                      By: BRIAN V. FRANKEL
                                      Cal. State Bar No.:  116802
                                      Supervising Deputy Attorney General
                                      Bureau of Medi-Cal Fraud & Elder Abuse
                                      1455 Frazee Rd., Suite 315
                                      San Diego, California 92108
                                      (619)  688-6065 Telephone
                                      (619)  688-4200 Facsimile

                                      **Attorneys for the Plaintiff, State of California**

                                      THE BREEN LAW FIRM, P.A.

Dated: September 29, 2004         /s/ *James J. Breen*
                                        By: JAMES J. BREEN
                                        Fla. Bar No. 297178
                                        3562 Old Milton Parkway
                                        Alpharetta, Georgia 30005
                                        Telephone: (770) 740-0008
                                        Fax:        (770) 740-9109
                                        **Attorneys for Relator,**
                                        **Ven-A-Care of the Florida Keys, Inc.**

|  |  |
|---|---|
|  | SHAPIRO, WEISSBERG & GARIN LLP |
| Dated: September 29, 2004 | /s/ *Jonathan Shapiro* <br> By: JONATHAN SHAPIRO, ESQ. <br> 90 Canal Street <br> Boston, MA 02114-2018 <br> Telephone: (617) 742-5800 - ext. 115 <br> Fax:          (617) 742-5858 <br> **Attorneys for Relator,** <br> **Ven-A-Care of the Florida Keys, Inc.** |

## CERTIFICATE OF SERVICE

      I, Jonathan Shapiro, hereby certify that on September 29, 2004, I caused a true and correct copy of the foregoing, STATE OF CALIFORNIA'S AND RELATOR'S WITHDRAWAL OF PENDING MOTIONS TO REMAND AND TO DISMISS MEDICAID REBATE FRAUD CLAIMS WITHOUT PREJUDICE, to be served on all counsel of record by electronic service pursuant to paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification of all parties and by mailing a true and correct copy to:

James R. Daly
Toni-Ann Citera
JONES DAY
77 Wacker Drive
Chicago, Illinois 60601
Counsel for Defendant Abbott Laboratories

R. Christopher Cook
Jesse A. Witten
JONES DAY
51 Louisiana Avenue N.W.
Washington, D.C. 20001-2113
Counsel for Defendant Abbott Laboratories

S. Craig Holden
OBER KALER
120 East Baltimore Street
Baltimore, Maryland 21202
Counsel for Wyeth

Lawrance A. Cox
ARNOLD and PORTER
77 S. Figueroa Street, 44th Floor
Los Angeles, California  90017- 2513
Counsel for Wyeth

                                                          /s/ Jonathan Shapiro
                                                          Jonathan Shapiro