# MURPHY & RILEY, P.C.
ATTORNEYS AND COUNSELLORS AT LAW
141 TREMONT STREET
BOSTON, MASSACHUSETTS
02111

RICHARD J. RILEY
ROBERT J. MURPHY
SUSAN DONNELLY MURPHY
JOSEPH A. KING
JOHN P. COAKLEY
MARGRET R. COOKE
AMY R. RILEY
LAUREN A. BOICE
JOHN O. MITCHELL
MICHAEL C. CUNNINGHAM
WILLIAM P. MEKRUT

E-Mail Address: EMail@MurphyRiley.com

TELEPHONE
(617) 423-3700

FACSIMILE
(617) 423-1010

WALTER G. MURPHY
(1925-2000)

September 24, 2004

**VIA HAND DELIVERY**
Courtroom Clerk
Dianalynn Saccoccio
United States Magistrate Judges
For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

**IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION**
**MDL 1456**

**THIS DOCUMENT RELATES TO: ALL ACTIONS**
**MASTER FILE NO.: 01-CV-12257-PBS**

**JUDGE PATTI B. SARIS**

Dear Ms. Saccoccio:

    I am writing this note to follow up on the voicemail message I left for you earlier today. I represent First Data Bank, Inc. and Patricia Kay Morgan, non-parties to the above-captioned matter. The motion of certain plaintiffs to compel deposition testimony from Ms. Morgan (and FDB's counter-motion for a protective order) are scheduled for hearing on Monday morning before Magistrate Judge Bowler. I understand that there are numerous other discovery motions that will be argued at the same hearing which is set to begin at 10:30 a.m. I do not know if the judge has set an order in which the pending motions will be addressed, but to the extent that the judge may be receptive to a specific request in that regard, FDB would request that the motion/counter-motion involving it be heard first.

Courtroom Clerk
Dianalynn Saccoccio
September 24, 2004
Page 2

      The reason for the request is that as a non-party, FDB does not have a stake in the other pending discovery motions between and among the actual parties to the action. Thus, if the FDB matter is heard first, then counsel (including New York counsel for FDB who will be arguing on its behalf) would not be required to remain for arguments on what appear to be numerous motions as to which FDB has no involvement. Obviously, if the judge has for whatever reason already set the schedule of oral arguments for a different order, FDB defers entirely to the Court's discretion.

      Thank you and please feel free to contact me if you should wish to discuss this matter.

                                  Very truly yours,

                                  Richard J. Riley

RJR/so