# KIRBY McINERNEY & SQUIRE, LLP

TELEPHONE:(212) 371-6600
(212) 317-2300
FACSIMILE:(212) 751-2540

*830 Third Avenue*

*New York City 10022*

IRVING MALCHMAN, OF COUNSEL

**VIA E-FILING**

September 30, 2004

Clerk of the Court
United States District Court for the District of Massachusetts
Suite 2300
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts 02210

        Re:   *County of Suffolk v. Abbott Laboratories, Inc., et al.*
                (MDL. 1456)(E.D.N.Y. Case No. CV-030229)
                No. 01-CV-12257-PBS

Dear Sir or Madam:

     Per this Court's Order entered June 17, 2004 enclosed for filing in the above-captioned matter please find the status report for Suffolk County.

                                        Sincerely,

                                        Aaron Hovan

Enclosures
cc: All Parties

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| | Civil Action No. 01-CV-12257- PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti Saris |
| *County of Suffolk v. Abbott Laboratories, Inc., et al.,* E.D.N.Y. Case No. CV-03-229 | |

## SUFFOLK COUNTY'S STATUS REPORT

The undersigned counsel for Suffolk County hereby submits the attached status report to the Court in accordance with the Court's June 17th Procedural Order.

Date:   September 30, 2004
        New York, New York

                                KIRBY McINERNEY & SQUIRE, LLP


                                By: /s/ Joanne M. Cicala
                                        Joanne M. Cicala
                                        Aaron D. Hovan

                                830 Third Avenue
                                New York, New York 10022
                                (212) 371-6600

                                COUNSEL FOR THE COUNTY OF SUFFOLK

<u>MDL 1456 Status Report</u>
<u>*County of Suffolk v. Abbott Laboratories, Inc., et al*. 03cv10643-PBS, E.D.N.Y.</u>

- **Motion to Dismiss** *sub judice*

  - Hearing on December 13, 2004
  - Amicus brief in opposition to defendants' motion to dismiss rebate claims on grounds of preemption filed by Secretary of Health and Human Services ("HHS") on March 18, 2004.
  - Defendants' response to HHS Amicus Brief filed April 9, 2004.
  - HHS Amicus Reply filed April 23, 2004.
  - Defendants' notice of supplemental authority filed June 14, 2004.
  - Suffolk County's response to defendants' notice of supplemental authority filed June 18, 2004

- **Motion respecting coordinated discovery**

  - Suffolk County's motion respecting coordinated discovery and the role of liaison counsel filed April 27, 2004.
  - Response of liaison counsel to Suffolk County's motion filed May 11, 2004.
  - Suffolk County's reply filed May 24, 2004.
  - Plaintiff and Liaison counsels' Motion to file a sur- reply in opposition to Suffolk's reply and accompanying Surreply memorandum filed May 26, 2004.
  - Memorandum of Bristol-Myers Squibb Company in response to the motion of County of Suffolk addressing the role of liaison counsel for all plaintiffs, filed May 28, 2004.
  - Response of Liaison Counsel to Bristol-Myers Squibb Memorandum addressing the role of liaison counsel filed May 28, 2004.

## Certificate of Service

      I certify that on September 30, 2004 a true and correct copy of the foregoing September 30, 2004 Status Report was served on all Counsel of Record by electronic service pursuant to Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

                                              /s/ Aaron D. Hovan

                                              Aaron D. Hovan