UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 SEP 28 P 12: 28
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
|  | Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: THE AMENDED MASTER CONSOLIDATED CLASS ACTION | Judge Patti B. Saris |
|  | Chief Mag. Judge Marianne B. Bowler |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the document, including exhibits, listed below has been manually filed with the Court and is available in paper form:

(1)  **DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO AETNA U.S. HEALTH CARE, HUMANA, INC., AND CIGNA CORPORATION'S JOINT MOTION TO QUASH SUBPOENAS**

The original document is maintained in the case file in the Clerk's Office.

September 27, 2004

Andrew D. Schau (admitted *pro hac vice*)
Erik Haas (admitted *pro hac vice*)
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
(212) 336-2000
*Attorneys for Defendants Johnson & Johnson, Centocor Inc. Ortho Biotech Products L.P., Janssen Pharmaceutica L.P. and McNeil-PPC on behalf of all defendants to the Amended Master Consolidated Class Action Complaint*