# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | Judge Patti B. Saris <br><br> Chief Magistrate Judge Marianne B. Bowler |

## PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DEFENDANTS' CORRESPONDENCE WITH PUTATIVE CLASS MEMBERS

Plaintiffs respectfully move this Court for an order compelling Defendants to produce all written communications that they have had with any putative class member in connection with this litigation since the litigation began, including correspondence related to the subpoenas that Defendants have served in this litigation.

In support of this motion, Plaintiffs submit the attached Memorandum in Support of Motion to Compel Production of Defendants' Correspondence with Putative Class Members, and the pleadings and record on file herein.

- 1 -

1534.16 0107 MTN.DOC

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), the undersigned hereby certify that counsel for Plaintiffs contacted counsel for Defendants regarding the issues addressed in this motion, but was unable to resolve the issues.

DATED:  October 1, 2004					By	  /s/ Steve W. Berman
							Thomas M. Sobol (BBO#471770)
							Edward Notargiacomo (BBO#567636)
							Hagens Berman LLP
							One Main Street, 4th Floor
							Cambridge, MA  02142
							Telephone: (617) 482-3700
							Facsimile: (617) 482-3003
							**LIAISON COUNSEL**

							Steve W. Berman
							Sean R. Matt
							Hagens Berman LLP
							1301 Fifth Avenue, Suite 2900
							Seattle, WA  98101
							Telephone: (206) 623-7292
							Facsimile: (206) 623-0594

							Jeffrey Kodroff
							John Macoretta
							Spector, Roseman & Kodroff, P.C.
							1818 Market Street, Suite 2500
							Philadelphia, PA  19103
							Telephone: (215) 496-0300
							Facsimile: (215) 496-6611
							**CHAIRS OF LEAD COUNSEL COMMITTEE**

							Samuel Heins
							Heins, Mills & Olson, P.C.
							3550 IDS Center
							80 South Eighth Street
							Minneapolis, MN  55402
							Telephone: (612) 338-4605
							Facsimile: (612) 338-4692

- 3 -

       Marc H. Edelson
       Allan Hoffman
       Hoffman & Edelson
       45 West Court Street
       Doylestown, PA  18901
       Telephone: (215) 230-8043
       Facsimile: (215) 230-8735

       Kenneth A. Wexler
       The Wexler Firm
       One North LaSalle Street, Suite 2000
       Chicago, IL  60602
       Telephone: (312) 346-2222
       Facsimile: (312) 346-0022
       **MEMBERS OF LEAD COUNSEL COMMITTEE AND EXECUTIVE COMMITTEE**

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DEFENDANTS' CORRESPONDENCE WITH PUTATIVE CLASS MEMBERS** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on October 1, 2004, a copy to Verilaw Technologies for Posting and notification to all parties

By  /s/ Steve W. Berman
Steve W. Berman
**HAGENS BERMAN LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

- 4 -

1534.16 0107 MTN.DOC