# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | | |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DEFENDANTS' CORRESPONDENCE <u>WITH PUTATIVE CLASS MEMBERS</u>

THIS MATTER is before the Court on Plaintiffs' Motion to Compel Production of Defendants' Correspondence with Putative Class Members. The Court, having considered all pleadings in support and in opposition thereto, and being fully advised in the premises, hereby

GRANTS Plaintiffs' motion. Defendants must produce all written communications that they have had with any putative class member in connection with this litigation since the litigation began, including correspondence related to the subpoenas that Defendants have served in this litigation.

IT IS SO ORDERED.

DATED: _____   _____
                                                                                    Hon. Marianne B. Bowler
                                                                                    Chief Magistrate Judge

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DEFENDANTS' CORRESPONDENCE WITH PUTATIVE CLASS MEMBERS** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on October 1, 2004, a copy to Verilaw Technologies for Posting and notification to all parties

By    **/s/ Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292

- 2 -

1534.16 0109 MTN.DOC