# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001-2113

TELEPHONE: (202) 879-3939 • FACSIMILE: (202) 626-1700

(202) 879-3734
christophercook@jonesday.com

October 4, 2004

**VIA ELECTRONIC SUBMISSION**

Clerk of the United States District Court
United States Courthouse
1 Courthouse Way
Boston, Massachusetts  02210

      Re:   *In re Pharmaceutical Industry Average Wholesale Price Litigation*,
              Master File No. 01-cv-12257 PBS (D. Mass.); MDL No. 1456

Dear Sir or Madam:

      Enclosed for filing in the above-referenced matters, on behalf of Defendants Abbott Laboratories and Abbott Laboratories Inc., please find a **Notice of Appearance of Toni-Ann Citera and Motion of Admission *Pro Hac Vice***, including a certificate in support of the admission of Toni-Ann Citera.   We submit this Notice of Appearance pursuant to paragraph 16 of the Case Management Order entered on June 14, 2002.

      A check in the amount of $50 for the necessary filing fee has been transmitted to your attention under separate cover with a copy of this Notice and Motion by overnight Federal Express delivery.

      Thank you for your assistance.

                                        Very truly yours,

                                        R. Christopher Cook

Enclosures

cc:  Toni-Ann Citera

WA-2130652v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG
HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MUNICH • NEW DELHI • NEW YORK
PARIS • PITTSBURGH • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | MDL No. 1456<br><br>Civil Action   01-CV-12257-PBS<br><br>Judge Patti B. Saris |

### NOTICE OF APPEARANCE OF TONI-ANN CITERA, ESQ. AND MOTION FOR ADMISSION *PRO HAC VICE*

PLEASE TAKE NOTICE, that pursuant to paragraph 16 of this Court's Case Management Order No. 1 and Local Rule 83.5.3(b), Toni-Ann Citera of the law firm Jones Day, hereby enters her appearance on behalf of Abbott Laboratories in the above-captioned manner.

Ms. Citera is not a member of the bar of the United States District Court for the District of Masschusetts.  She respectfully seeks admission *pro hac vice* in accordance with the procedure set forth in this Court's Case Management Order No. 1.  The accompanying Certificate demonstrates that Ms. Citera is a member in good standing of her respective bars and is familiar with the Local Rules of the Court.  The appropriate $50 filling fee has been submitted to the Clerk of the Court under separate cover with a copy of this Notice and Motion.

Dated:  October 4, 2004

Respectfully submitted,

_____
R. Christopher Cook
Jones Day
51 Louisiana Avenue
Washington, DC  20001
Tel: 202-879-3939
Fax: 202-626-1700

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) All Actions ) ) | MDL No. 1456<br><br>Civil Action   01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## CERTIFICATE OF TONI-ANN CITERA, ESQ.

I, Toni-Ann Citera, in accordance with Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, represent and certify as follows:

1. I am associated with the law firm of Jones Day, which maintains offices at 222 East 41st Street, New York, New York 10017-6702;

2. I am a member in good standing of the bars of the State of Illinois, the State of New York, the United States District Court for the Northern District of Illinois, the United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York;

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

4. I am familiar with the facts surrounding this dispute and the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: October 1, 2004

                                                Toni-Ann Citera
                                                Jones Day
                                                222 East 41st Street
                                                New York, New York 10017-6702
                                                Tel: 212-326-3939
                                                Fax: 212-755-7306

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to the Court's Case Management Order No. 2, a copy of the foregoing Notice of Appearance of Toni-Ann Citera, Esq. and Motion for Admission *Pro Hac Vice* were served this 4th day of October, 2004, to all counsel of record by electronic service via Verilaw.

_____
R. Christopher Cook
Jones Day
51 Louisiana Avenue
Washington, DC  20001
Tel:  202-879-3939
Fax:  202-626-1700