UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
--------------------------------  x
                                  :
IN RE PHARMACEUTICAL INDUSTRY     :   MDL 1456
AVERAGE WHOLESALE PRICE           :
LITIGATION,                       :
                                  :
                                  :   Master File No. 01-CV-12257-PBS
                                  :
THIS DOCUMENT RELATES TO:         :
ALL ACTIONS                       :
                                  :
                                  :   Judge Patti B. Saris
                                  :
--------------------------------  x
```

## MOTION TO ENLARGE THE TIME FOR NON-PARTIES FIRST DATABANK, INC. AND PATRICIA KAY MORGAN TO FILE THEIR OBJECTIONS TO RULINGS OF THE MAGISTRATE JUDGE RE: DEFENDANTS' MOTION TO ENFORCE SUBPOENA FOR, AND COMPEL THE DEPOSITION OF PATRICIA KAY MORGAN

Non-parties First DataBank, Inc. and Patricia Kay Morgan, respectfully move this Court for an order enlarging the time within which they must file their Objections to the Order dated September 27, 2004 by Magistrate Judge Bowler concerning the Motion of Defendants, Novartis Pharmaceuticals Corporation and Bristol-Myers Squibb Company, to compel deposition testimony from Patricia K. Morgan (Docket No. 941).

As grounds for this motion, undersigned counsel states that Magistrate Judge Bowler held a hearing on the above-referenced motion on September 27, 2004, and after hearing arguments of the parties issued a ruling, with reasons stated, from the bench. No written Court Order was issued and thus the reasoning underlying the Magistrate Judge's ruling is reflected exclusively in the transcript of the hearing. A copy of the transcript was ordered from the Court Reporter the day after the hearing, but counsel has been informed by the Court Reporter that the transcript will not be completed until some time during the

week of October 11, 2004. (See Affidavit of Attorney Alia L. Smith, attached hereto as Exhibit "A")

Non-parties First DataBank, Inc. and Patricia Kay Morgan, therefore respectfully request that the time within which they must file their Objections pursuant to Fed. R. Civ. P. 72(a) and Rule 2(b) of the Rules for United States Magistrate Judges in the United States District Court for the District of Massachusetts, be enlarged up to and including ten days after they receive, through counsel, the transcript of the above-referenced September 27, 2004 hearing.

Respectfully submitted,

FIRST DATABANK, INC. AND
PATRICIA K. MORGAN,
By their attorneys,

Richard J. Riley, BBO# 420610
MURPHY & RILEY, P.C.
141 Tremont Street
Boston, MA 02111
Telephone: (617) 423-3700
Facsimile: (617) 423-1010

AND

David A. Schulz
Alia L. Smith
LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
230 Park Avenue, Suite 1160
New York, NY 10169
Telephone: (212) 850-6100
Facsimile: (212) 850-6299

CERTIFICATE OF SERVICE

I Hereby Certify That On This Day A True Copy Of The Within Document Was Served Upon The Attorney Of Record For Each Party By Mail/Hand
Dated: 10/8/04

2