UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT -5  A 11:08

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| All Actions | |

## NOTICE OF APPEARANCE OF TONI-ANN CITERA, ESQ. AND MOTION FOR ADMISSION *PRO HAC VICE*

PLEASE TAKE NOTICE, that pursuant to paragraph 16 of this Court's Case Management Order No. 1 and Local Rule 83.5.3(b), Toni-Ann Citera of the law firm Jones Day, hereby enters her appearance on behalf of Abbott Laboratories in the above-captioned manner.

Ms. Citera is not a member of the bar of the United States District Court for the District of Masschusetts. She respectfully seeks admission *pro hac vice* in accordance with the procedure set forth in this Court's Case Management Order No. 1. The accompanying Certificate demonstrates that Ms. Citera is a member in good standing of her respective bars and is familiar with the Local Rules of the Court. The appropriate $50 filling fee has been submitted to the Clerk of the Court under separate cover with a copy of this Notice and Motion.

Dated: October 4, 2004

Respectfully submitted,

R. Christopher Cook
Jones Day
51 Louisiana Avenue
Washington, DC  20001
Tel: 202-879-3939
Fax: 202-626-1700

FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE