UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| All Actions | |

## CERTIFICATE OF TONI-ANN CITERA, ESQ.

I, Toni-Ann Citera, in accordance with Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, represent and certify as follows:

1. I am associated with the law firm of Jones Day, which maintains offices at 222 East 41st Street, New York, New York 10017-6702;

2. I am a member in good standing of the bars of the State of Illinois, the State of New York, the United States District Court for the Northern District of Illinois, the United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York;

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

4. I am familiar with the facts surrounding this dispute and the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: October 1, 2004

Toni-Ann Citera
Jones Day
222 East 41st Street
New York, New York 10017-6702
Tel: 212-326-3939
Fax: 212-755-7306

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to the Court's Case Management Order No. 2, a copy of the foregoing Notice of Appearance of Toni-Ann Citera, Esq. and Motion for Admission *Pro Hac Vice* were served this 4th day of October, 2004, to all counsel of record by electronic service via Verilaw.

R. Christopher Cook
Jones Day
51 Louisiana Avenue
Washington, DC 20001
Tel: 202-879-3939
Fax: 202-626-1700