UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT -7  P 3:55

U.S. DISTRICT COURT
DISTRICT OF MASS.

)  MDL No. 1456
IN RE PHARMACEUTICAL INDUSTRY ) Master File No. 01-12257-PBS
AVERAGE WHOLESALE PRICE LITIGATION ) Judge Patti B. Saris
)
)
)
THIS DOCUMENT RELATES TO: )
State of California, ex rel. Ven-A-Care v. )
Abbott Laboratories, et al. )
CASE #: 1:03-cv-11226-PBS )
)

## STATE OF CALIFORNIA'S MOTION TO FILE IN CAMERA UNDER SEAL AND TO IMPOUND

The State of California ("California"), by its attorneys, hereby moves pursuant to Local Rule 7.2 and California Government Code § 12652(c)(2)-(5) to file in camera under seal and to impound until further order of this Court: (1) Ex Parte Application by the State of California for a Partial Lifting of the Seal; (2) Declaration of Thomas A. Temmerman, Sr. Assistant Attorney General; (3) Memorandum in Support of Ex Parte Application; and (4) Proposed Order. As grounds therefor, California states:

1. This is a qui tam action brought by relator, Ven-A-Care of the Florida Keys, Inc., a Florida corporation, pursuant to the California False Claims Act, California Government Code § 12652.

2. Pursuant to the California False Claims Act, the complaint in a qui tam action must be filed in camera and remain under seal until the Attorney General determines that he will intervene or until further order of the court. Cal. Gov't Code § 12652(c)(2). During this period, defendants are not served with summonses or required to respond.

3. The initial complaint and the First Amended Complaint in the above case have been filed in camera and under seal in accordance with this statute and have remained impounded to date.

WHEREFORE, California prays that this Court order that the above documents be filed in camera under seal and impounded until further order of this Court.

                                              BILL LOCKYER
                                              Attorney General of the State
                                                of California

By: _____
       THOMAS A. TEMMERMAN
       Sr. Assistant Attorney General
       Bureau of Medi-Cal Fraud & Elder Abuse
       1425 River Park Drive, Suite 300
       Sacramento, CA 95815
       Tel: (916) 274-2942
       Fax: (916) 263-0864

       Attorneys for the Plaintiff, State of
       California

G:\SSWG\VEN-A-CARE\cal.motion to seal.wpd