UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------ x
IN RE PHARMACEUTICAL INDUSTRY       : MDL 1456
AVERAGE WHOLESALE PRICE             :
LITIGATION,                         :
                                    : Master File No. 01-CV-12257-PBS
_____        :
                                    :
THIS DOCUMENT RELATES TO:           :
ALL ACTIONS                         :
                                    : Judge Patti B. Saris
------------------------------ x

## FIRST DATABANK, INC.'S MOTION TO FILE UNDER SEAL ITS OBJECTIONS TO MAGISTRATE JUDGE BOWLER'S ORDER

Pursuant to Local Rule 7.2 and Paragraphs 15 and 29 of the Protective Order entered by the Court on December 13, 2002, non-parties First DataBank, Inc. and Patricia Kay Morgan (collectively "FDB"), respectfully request leave to file under seal their Objections to Magistrate Judge Bowler's order delivered from the bench on September 27, 2004, which contain excerpts from the transcript of the deposition of Ms. Morgan and attaches one document produced by FDB. Should the Court allow the motion, the unredacted version of the Objections is submitted herewith.

In support of its motion, FDB states:

(1) Under the terms of the Protective Order, any court filings designated "Highly Confidential" shall be filed under seal. *See* Protective Order ¶ 15.

(2) The transcript of testimony Ms. Morgan gave on November 13, 2002, in *Texas ex. rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc.*, No. GV002327 (Travis Co., Texas) has been designated "Highly Confidential." Similarly, the publication "Price Alert," bates numbered FDB-AWP 15104, also has been designated "Highly Confidential."

(3) FDB has separately filed a redacted public version of its Objections.

(4) A full, or unredacted version, of the Objections is submitted together with this motion.

WHEREFORE, FDB respectfully requests leave to file the aforementioned Objections under seal.

Dated: October 12, 2004

        Respectfully submitted,

        MURPHY & RILEY, L.L.P.

        _____
        Richard Riley
        141 Tremont Street
        Boston, MA 02111
        Tel: (617) 423-3700

        David A. Schulz
        Alia L. Smith
        LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
        230 Park Avenue, Suite 1160
        New York, NY 10169
        Tel: (212) 850-6100

        *Counsel for Counter-Movants and Non-Parties*
        *First DataBank, Inc. and Patricia Kay Morgan*