# EXHIBIT A

1

```
 1                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS
 2                          MDL NO. 1456
                          CA NO. 01-12257-PBS
 3

 4

 5                   _____

 6                              IN RE:
                       AVERAGE WHOLESALE PRICE
 7                    PHARMACEUTICAL LITIGATION

 8                   _____

 9

10      BEFORE:   The Honorable Patti B. Saris

11

12                          STATUS CONFERENCE

13

14

15              John Joseph Moakley United States Courthouse
                             Courtroom No. 13
16                          One Courthouse Way
                            Boston, MA 02210
17                        Monday, March 8, 2004
                                3:07 P.M.
18

19
                             Cheryl Dahlstrom
20                        Official Court Reporter
                       United States District Court
21                       595 Main Street, Room 514
                         Worcester, MA 01608-2076
22              Mechanical Steno - Transcript by Computer
```

```
           Otherwise, whatever schedule you set, we're going to
       2   be where we are now.  We just really haven't gotten very far,
       3   I hate to report to the Court, because of a time lapse.  It
       4   works both ways.  They're not happy with our responsiveness.
       5   The rule applies to us as well.  I have a few other things
       6   like this.
       7              THE COURT:  I'm glad you reminded me of that.  I do
       8   think -- one of the concerns I've had is on this issue of
       9   ERISA preemption, not really knowing what's out there, what
      10   the plans are, how much the plans will affect damages.  What
      11   are the different kinds of plans?  Are they hinged on AWP?
      12   Aren't they?
      13              Normally, I'm not sympathetic to class discovery.  In
      14   this case it may be critical to understanding not just
      15   preemption issues but also what's typical.  And so I do think
      16   you need to be responsive to producing plans at the very least
      17   or a few -- I don't even know if there are different kinds of
      18   ERISA plans even among the plaintiffs.
      19              MR. BERMAN:  All our plans are plans to -- almost all
      20   of them have been deposed and are producing documents already.
      21              THE COURT:  All right.  If there are a few -- I don't
      22   know.  I assume you're not going to take a deposition of every
```

```
         23    ERISA plan in America.
         24              MR. WISE:  No.  I can answer that question no.
         25              THE COURT:  I'm just simply saying it may be
helpful
```

49

```
 1    to find out if these plans are typical of other plans.  That's
 2    different from -- I'm not authorizing discovery of the people
 3    who have cancer who are getting the drugs.  I think that's a
 4    different situation, and I don't believe that defendants are
 5    looking for that.  But I think the different -- while it's
 6    rare, I think this wouldn't be a bad case for it.
 7             MR. BERMAN:  We agree that this is a case where there
 8    has to be some discovery, a fair amount of discovery, before
 9    the class motion is ripe, both sides.
10             THE COURT:  Right.  All I'm saying is you had a
11    motion to preclude class discovery.  While I certainly will
12    grant that with respect to anybody who's sick and receiving
13    drugs directly as part of a Medicare Part B, I think the plans
14    themselves are able to protect themselves.  And they're
15    usually not confidential, right?  Aren't they usually
16    distributed to their members?  There's nothing that I can
17    imagine that would be a problem with that.
18             MR. WISE:  It's not in our interest to be burdensome
19    to that community.  What we want to do is just develop enough
20    information so we can present a sample of what --
```

```
          21              THE COURT:  I think that's appropriate because I
          22     remember looking at the case law on it.  To some extent I was
          23     not sure what the plans would provide.  I think no one here
          24     really probably was at that time other than the named
          25     plaintiffs.  What's out there?
```