# EXHIBIT C

# NYEMASTER, GOODE, WEST, HANSELL & O'BRIEN

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW

| | | | | |
|---|---|---|---|---|
| JAMES B. WEST | JOHN F. LORENTZEN | DAVID W. BENSON | BRADLEY R. KRUSE | 700 WALNUT, SUITE 1600 |
| EDGAR F. HANSELL | ROD KUBAT | BRIAN J. HUMKE | PATRICK B. WHITE | DES MOINES, IOWA 50309-3899 |
| R. CRAIG SHIVES | STEVEN J. ROY | DEBORAH S. KRAUTH | STEPHANIE G. TECHAU | (515) 283-3100 |
| LAWRENCE E. MYERS | FRANK B. HARTY | PAULA S. DIERENFELD | BRAD C. EPPERLY | |
| KEITH E. LUCHTEL | JAMES C. WINE | COREEN K. SWEENEY | SCOTT A. SUNDSTROM | |
| GERALD J. NEWBROUGH | BRUCE W. BAKER | ANTONIO COLACINO | BENJAMIN P. ROACH | 1416 BUCKEYE AVENUE, SUITE 200 |
| ROBERT A. VANORSDEL | THOMAS W. FOLEY | BILL M. STEVENSON | | AMES, IOWA 50010-8070 |
| RICHARD J. SAPP | STEVEN H. LYTLE | ANGEL A. WEST | OF COUNSEL | (515) 233-3000 |
| G.R. NEUMANN | TERRY C. HANCOCK | ANGELA L. WATSON COOK | SAMUEL G. O'BRIEN | |
| RUSSELL E. SCHRAGE | ANTHONY A. LONGNECKER | MARY E. FUNK | L.R. VOIGTS | |
| CARLTON T. KING | JOSEPH A. QUINN | RANDALL D. ARMENTROUT | DREW R. TILLOTSON | |
| GREGORY P. PAGE | WADE H. SCHUT | THOMAS M. CUNNINGHAM | FRANK B. COMFORT | FACSIMILE |
| RANDALL G. HORSTMANN | MARK D. ALJETS | DARCA L. BOOM | DON MUYSKENS | (515)283-8045 |
| JAY EATON | G. THOMAS SULLIVAN | DEBRA L. HULETT | ROGER L. FERRIS | |
| BURNS MOSSMAN | THOMAS H. WALTON | MARK A. SCHULTHEIS | LUTHER L. HILL, JR. | WRITER'S DIRECT DIAL NUMBER |
| BRADFORD L. AUSTIN | WILLARD L. BOYD III | JOHN T. CLENDENIN | JAMES R. MUMFORD | (515)283-3149 |
| SARA J. SERSLAND | JEFFREY W. COURTER | AMY L. BENTLER | | |
| HAYWARD L. DRAPER | HALLIE R. STILL-CARIS | NEAL K. WESTIN | RAY NYEMASTER | WRITER'S E-MAIL |
| MICHAEL W. THRALL | L.W. "BILL" ROSEBROOK | STEPHANIE L. MARETT | (1914-1995) | HDRAPER@NYEMASTER.COM |
| MARK C. DICKINSON | TERRY L. MONSON | JORDAN B. HANSELL | D.J. GOODE | |
| GREGORY B. WILCOX | BARRY J. NADLER | CORY R. HARRIS | (1907-2002) | REPLY TO: DES MOINES |

October 12, 2004

**VIA FACSIMILE**

Mr. David S. Nalven
Hagens Berman, LLP
One Main Street
Cambridge, MA 02142

    Re:    <u>AWP Litigation</u>
             MDL 1456

Dear David:

    I am writing in response to your fax dated October 11, 2004 requesting correspondence I might have had with Erik Haas. As an attorney for a non-party to your litigation, my preference would always be to not be producing non-discoverable information to either side, and I can't figure out what relevance any procedural correspondence or conversations I might have had with Erik Haas would have (any more than I can see the relevance of any procedural conversations or correspondence I might have had with you). We produced Ms. Roland to answer questions under oath, which she did, and I can't see how the distinctions raised in your letter would have any materiality to that. Possibly you could give me a call to enlighten me as to why any of this might make any difference to anything.

                                 Very truly yours,

                                   Hayward L. Draper

HLD/ds
cc:    Erik Haas (via facsimile)