# Patterson, Belknap, Webb & Tyler LLP

1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000
Fax (212) 336-2222

Christopher C. Angell
Douglas E. Barzelay
Susan F. Bloom
Henry P. Bubel
Laura E. Butzel
William F. Cavanaugh, Jr.
Lisa E. Cleary
Edward F. Cox
John Delli Venneri
Gregory L. Diskant
David W. Dykhouse
Philip R. Forlenza
Hugh J. Freund
Paul G. Gardephe
Eugene M. Gelernter
Alan Gettner
David M. Glaser
Antonia M. Grumbach
Erik Haas
Andrew L. Herz
Dana W. Hiscock
Scott Horton
Scott B. Howard
Karen C. Hunter
Kenneth J. King
Rochelle Korman
Robin Krause
Jeffrey E. LaGueux
Kim J. Landsman

Robert W. Lehrburger
Jeffrey I.D. Lewis
Robert P. LoBue
Ellen M. Martin
Maureen W. McCarthy
Thomas C. Morrison
Bernard F. O'Hare
Gloria C. Phares
Thomas W. Pippert
Herman H. Raspé
Robert M. Safron
Karla G. Sanchez
Kenneth L. Sankin
John Sare
Peter J. Schaeffer
Andrew D. Schau
John E. Schmeltzer, III
John P. Schmitt
Arthur D. Sederbaum
Karl E. Seib, Jr.
Saul B. Shapiro
Michael J. Timmons
Peter W. Tomlinson
Richard R. Upton
Frederick B. Warder III
William W. Weisner
John D. Winter
Stephen P. Younger
Steven A. Zalesin

Of Counsel

Harold R. Tyler

Anthony P. Coles
David F. Dobbins
George S. Frazza
Robert M. Pennoyer
Stephen W. Schwarz
Robert B. Shea
Ira T. Wender, P.C.

Direct Phone
(212) 336-2546

Direct Fax
(212) 336-2160

Email Address
adschau@pbwt.com

October 18, 2004

Hon. Marianne B. Bowler
U.S. District Court
District of Massachusetts
US Courthouse
One Courthouse Way
Boston, MA 02210

      Re:    **In re Pharmaceutical Industry Average Wholesale Price Litigation, MDL No. 1456, Civil Action: 01-CV-12257-PBS-MBB**

Dear Magistrate Judge Bowler:

      Defendants submit this letter with respect to the oral argument originally scheduled for October 13, 2004 concerning third parties Aetna, Cigna and Humana's joint motion to quash defendants' motion to compel depositions. We apologize for not appearing on the date scheduled. Moreover, per the Court's suggestion, we voluntarily agreed to compensate third party counsel for the costs they incurred in appearing on the return date.

      Accordingly, we respectfully request that the Court reschedule the argument for Friday, October 22, 2004, or at the Court's earliest convenience thereafter.

Respectfully submitted,

Andrew D. Schau

cc:    Peter St. Phillip, Jr., Esq.