# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CITIZENS FOR CONSUMER
JUSTICE, ET AL,

        Plaintiffs,

        v.

ABBOTT LABORATORIES, ET AL,

        Defendants.

CA. NO. 01-12257-PBS

## *NOTICE*

October 19, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that a **hearing on docket entry ## 1068, 1090 (Non Parties Aetna Inc., Humana, Inc. and Connecticut General Life Insurance Company's Joint Motion to Quash Subpoenas and Plaintiffs' Motion to Compel Production of Defendants' Correspondence with Putative Class Members)** at **10:30 a.m., Tuesday, November 2, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                            /s/
                                            **MARIANNE B. BOWLER**
                                            Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD

**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**