UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) | MDL NO. 1456 CIVIL ACTION NO. 01-CV-12257-PBS |
| | ) ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) | |

## NOTICE OF APPEARANCE

Undersigned counsel hereby files her Notice of Appearance for AstraZeneca Pharmaceuticals LP.

/s/ Jessica V. Barnett_____
Jessica V. Barnett (BBO # 650535)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
617-832-1000

## CERTIFICATE OF SERVICE

I certify that on October 28, a true and correct copy of the foregoing Notice of Appearance was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

/s/ Jessica V. Barnett\_\_\_\_
Jessica V. Barnett