# KIRBY McINERNEY & SQUIRE, LLP

TELEPHONE:(212) 371-6600
(212) 317-2300
FACSIMILE:(212) 751-2540

*830 Third Avenue*

*New York City 10022*

IRVING MALCHMAN, OF COUNSEL

**VIA E-FILING**

November 1, 2004

Clerk of the Court
United States District Court for the District of Massachusetts
Suite 2300
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts 02210

        Re:   *County of Suffolk v. Abbott Laboratories, Inc., et al.*
                 (MDL. 1456)(E.D.N.Y. Case No. CV-030229)
                 No. 01-CV-12257-PBS

Dear Sir or Madam:

      Per this Court's Order entered June 17, 2004 enclosed for filing in the above-captioned matter please find the status report for Suffolk County.

                                            Sincerely,

                                            Aaron Hovan

Enclosures
cc: All Parties

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| | Civil Action No. 01-CV-12257- PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti Saris |
| *County of Suffolk v. Abbott Laboratories, Inc., et al.,* E.D.N.Y. Case No. CV-03-229 | |

**SUFFOLK COUNTY'S STATUS REPORT**

The undersigned counsel for Suffolk County hereby submits the attached status report to the Court in accordance with the Court's June 17th Procedural Order.

Date:   November 1, 2004
        New York, New York

                            KIRBY McINERNEY & SQUIRE, LLP


                            By: /s/ Joanne M. Cicala
                                Joanne M. Cicala
                                Aaron D. Hovan

                            830 Third Avenue
                            New York, New York 10022
                            (212) 371-6600

                            COUNSEL FOR THE COUNTY OF SUFFOLK

## *MDL 1456 Status Report*
## *County of Suffolk v. Abbott Laboratories, Inc., et al*. 03cv10643-PBS, E.D.N.Y.

**Motion to Dismiss**

- October 26, 2004 Ruling- Suffolk County required to "disclose within three weeks all documents upon which it relied in calculating the spreads, and provide, in writing, a more definite statement of its method for calculating damages pursuant to Federal Rule of Civil Procedure 12(e)."

**Motion respecting coordinated discovery**

- Suffolk County's motion respecting coordinated discovery and the role of liaison counsel filed April 27, 2004.
- Response of liaison counsel to Suffolk County's motion filed May 11, 2004.
- Suffolk County's reply filed May 24, 2004.
- Plaintiff and Liaison counsels' Motion to file a sur- reply in opposition to Suffolk's reply and accompanying Surreply memorandum filed May 26, 2004.
- Memorandum of Bristol-Myers Squibb Company in response to the motion of County of Suffolk addressing the role of liaison counsel for all plaintiffs, filed May 28, 2004.
- Response of Liaison Counsel to Bristol-Myers Squibb Memorandum addressing the role of liaison counsel filed May 28, 2004.

**Certificate of Service**

      I certify that on November 1, 2004 a true and correct copy of the foregoing November 1, 2004 Status Report was served on all Counsel of Record by electronic service pursuant to Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

      /s/ Aaron D. Hovan
      Aaron D. Hovan