## CERTIFICATE OF SERVICE

I, William S. Schneider, hereby certify that on November 1, 2004, I caused a true and correct copy of the foregoing, **MOTION BY THE STATE OF CALIFORNIA FOR COURT CLARIFICATION REGARDING CALIFORNIA'S AND RELATOR'S INVOLVEMENT IN THE TUTORIAL PROCESS; [PROPOSED] ORDER REGARDING CLARIFICATION OF CALIFORNIA'S AND VEN-A-CARE'S INVOLVEMENT IN THE TUTORIAL PROCESS** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to Verilaw Technologies for posting and notification to all parties.

Dated: November 1, 2004.

WILLIAM S. SCHNEIDER
Deputy Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
Office of the Attorney General
California Department of Justice
1455 Frazee Road, Suite 315
San Diego, CA  92108
Tel: (619) 688-6099
Fax: (619) 688-4200