# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) | 

MDL No. 1456

Civil Action No. 01-12257-PBS

Judge Patti B. Saris

THIS DOCUMENT RELATES TO:
ALL CASES

Chief Magistrate Judge
Marianne B. Bowler

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to District of Massachusetts Local Rule 83.5.2(c), I, Crystal D. Talley, hereby move for leave to withdraw from the above-captioned matter. In support of this motion, I state as follows:

1. I, Crystal D. Talley, was an attorney practicing at Ropes & Gray LLP, representing Schering-Plough Corporation ("Schering") and Warrick Pharmaceuticals Corporation ("Warrick") in the above-captioned matters.

2. I have left Ropes & Gray LLP and will no longer be able to represent Schering and Warrick.

3. Schering and Warrick continue to be represented by other attorneys at Ropes & Gray LLP.

WHEREFORE, I, Crystal D. Talley, respectfully move this Court for leave to withdraw from the above-captioned matters.

Respectfully submitted,

/s/ Crystal D. Talley
Crystal D. Talley (BBO# 633759)

Dated: November 2, 2004

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2004, I caused a true and correct copy of Motion for Leave to Withdraw to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Eric P. Christofferson
Eric P. Christofferson

-2-