**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) | Chief Magistrate Judge Marianne B. Bowler |

**DEFENDANTS' MOTION TO COMPEL THE PRODUCTION
OF DOCUMENTS FROM PARMED PHARMACEUTICALS**

Defendants Schering-Plough Corporation and Warrick Pharmaceuticals Corporation respectfully move for an order compelling Parmed Pharmaceuticals to produce documents pursuant to the subpoena served on them by Defendants.

In support of this Motion, Defendants submit the attached Memorandum in Support of Defendants' Motion to Compel the Production of Documents from Parmed Pharmaceuticals, the Declaration of Eric P. Christofferson, and the exhibits attached to the Declaration of Eric P. Christofferson.

By their attorneys,

/s/ John T. Montgomery
John T. Montgomery (BBO#352220)
 jmontgomery@ropesgray.com
Brien T. O'Connor (BBO#546767)
 boconnor@ropesgray.com
Steven A. Kaufman (BBO#262230)
 skaufman@ropesgray.com
Darcy W. Shearer (BBO#656503)
 dshearer@ropesgray.com
Eric P. Christofferson (BBO#654087)
 echristofferson@ropesgray.com
Ropes & Gray LLP

-2-

> One International Place
> Boston, Massachusetts 02110-2624
> (617) 951-7000

Dated: November 2, 2004

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) | 

)
)  MDL No. 1456
)
)  Civil Action No. 01-12257-PBS
)
)  Judge Patti B. Saris
)
)  Chief Magistrate Judge Marianne B. Bowler

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

THIS DOCUMENT RELATES TO:
ALL ACTIONS

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), the undersigned hereby certify that counsel for Defendants contacted counsel for Parmed Pharmaceuticals regarding the issues that are addressed in this motion but were unable to resolve or narrow the issues.

By their attorneys,

/s/ John T. Montgomery
John T. Montgomery (BBO#352220)
jmontgomery@ropesgray.com
Brien T. O'Connor (BBO#546767)
boconnor@ropesgray.com
Steven A. Kaufman (BBO#262230)
skaufman@ropesgray.com
Darcy W. Shearer (BBO#656503)
dshearer@ropesgray.com
Eric P. Christofferson (BBO#654087)
echristofferson@ropesgray.com
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Dated:  November 2, 2004

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 2, 2004, I caused a true and correct copy of Defendants' Motion to Compel the Production of Documents from Parmed Pharmaceuticals to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456 and further caused a copy of the same to be served upon counsel for Parmed via facsimile and first-class mail.

                                                  /s/ Eric P. Christofferson
                                                  Eric P. Christofferson