UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Master File No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris<br><br>Chief Mag. Judge Marianne B. Bowler |
| This Document Relates to:<br>01-CV-12257-PBS | |

## DECLARATION OF STUART FULLERTON

Stuart Fullerton, declares and says:

1.  I am Senior Litigation Counsel for AstraZeneca Pharmaceuticals LP ("AstraZeneca" or "the Company"), 1800 Concord Pike, P.O. Box 15437, Wilmington, Delaware 19850. I submit this declaration on behalf of AstraZeneca in response to the Court's Order dated October 27, 2004, requiring AstraZeneca to file a redacted version of its individual opposition to plaintiffs' motion for class certification. I am knowledgeable about the matters described below.

2.  At my direction, six sentences have been redacted from AstraZeneca's individual opposition, because these sentences contain proprietary, trade secret information relating to AstraZeneca's pricing, contracting and rebating strategies for certain of the drugs at issue in this matter.

3.  These redacted sentences describe information contained in the exhibits to AstraZeneca's individual opposition, including deposition testimony given in this matter

by AstraZeneca's Senior Director of Contract Strategy, as well as recent strategic plans and pricing recommendations for several of the drugs at issue. The Court's October 27, 2004 Order provides that these attachments, all of which have been designated as highly confidential, shall be filed under seal.

4. Similarly, the redacted sentences should also remain under seal, since disclosure of the pricing, contracting and rebating information contained in these sentences would result in competitive and commercial injury to AstraZeneca.

5. I declare under penalty of perjury that the foregoing is true and correct.

By:  /s/ Stuart Fullerton<br>
Stuart Fullerton

Dated: November 3, 2004