UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL No. 1456 ) ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO: ALL CASES | ) Judge Patti B. Saris ) ) Chief Magistrate Judge ) Marianne B. Bowler |

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to District of Massachusetts Local Rule 83.5.2(c), I, John R. Therien, hereby move for leave to withdraw from the above-captioned matter. In support of this motion, I state as follows:

1. I, John R. Therien, was an attorney practicing at Ropes & Gray LLP, representing Schering-Plough Corporation ("Schering") and Warrick Pharmaceuticals Corporation ("Warrick") in the above-captioned matters.

2. I have left Ropes & Gray LLP and will no longer be able to represent Schering and Warrick.

3. Schering and Warrick continue to be represented by other attorneys at Ropes & Gray LLP.

WHEREFORE, I, John R. Therien, respectfully move this Court for leave to withdraw from the above-referenced matters.

Respectfully submitted,

/s/ John R. Therien
John R. Therien (BBO#651185)

Dated: November 8, 2004

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on November 8, 2004, I caused a true and correct copy of Motion for Leave to Withdraw to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                         /s/ Eric P. Christofferson
                                         Eric P. Christofferson