## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) MDL NO. 1456 ) |
| THIS DOCUMENT RELATES TO: *County of Rockland v. Abbott Laboratories, et al.*, S.D.N.Y., 03-CV-7055; *The City of New York v. Abbott Laboratories, et al.*, S.D.N.Y., 04-CV-6054 | ) CIVIL ACTION NO. 01-CV-12257-PBS ) ) Judge Patti B. Saris ) ) ) ) ) ) |

### NOTICE OF APPEARANCE FOR DEFENDANT GEMZYME CORPORATION

**To the Clerk of the Above-Named Court:**

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Eric P. Christofferson, of the law firm of Ropes & Gray LLP, One International Place, Boston, Massachusetts 02110, (617) 951-7000, on behalf of the defendant Genzyme Corporation in the above-captioned matters.

                                                        Respectfully submitted,

                                                        /s/ Eric P. Christofferson___
                                                        Eric P. Christofferson
                                                        BBO #654087
                                                        Ropes & Gray
                                                        One International Place
                                                        Boston, MA 02110
                                                        (617) 951-7000

Dated: November 8, 2004

9578711_1.DOC

- 2 -

## **CERTIFICATE OF SERVICE**

      I, Eric P. Christofferson, certify that, on this 8th day of November, 2004, a copy of the Notice of Appearance for Defendant Genzyme Corporation has been served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                          /s/ Eric P. Christofferson___
                                          Eric P. Christofferson