# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>*County of Rockland v. Abbott Laboratories et al.*, S.D.N.Y., 03-CV-7055 | Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |

## **MOTION FOR LEAVE TO WITHDRAW**

Pursuant to District of Massachusetts Local Rule 83.5.2(c), I, John R. Therien, hereby move for leave to withdraw from the above-captioned matter. In support of this motion, I state as follows:

1. I, John R. Therien, was an attorney practicing at Ropes & Gray LLP, representing Genzyme Corporation ("Genzyme") in the above-captioned matter.

2. I have left Ropes & Gray LLP and will no longer be able to represent Genzyme.

3. Genzyme continues to be represented by other attorneys at Ropes & Gray LLP.

WHEREFORE, I, John R. Therien, respectfully move this Court for leave to withdraw from the above-captioned matter.

Respectfully submitted,

/s/ John R. Therien
John R. Therien (BBO#651185)

Dated: November 8, 2004

-2-

## CERTIFICATE OF SERVICE

     I hereby certify that on November 8, 2004, I caused a true and correct copy of Motion for Leave to Withdraw to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                          /s/ Eric P. Christofferson
                                          Eric P. Christofferson