# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) | MDL NO. 1456 |
| ) | CIVIL ACTION NO. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: *The City of New York v. Abbott Laboratories, et al.*, S.D.N.Y., 04-CV-6054 ) ) ) ) ) ) ) | Judge Patti B. Saris |

## NOTICE OF APPEARANCE FOR DEFENDANT GEMZYME CORPORATION

**To the Clerk of the Above-Named Court:**

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Brien T. O'Connor, of the law firm of Ropes & Gray LLP, One International Place, Boston, Massachusetts 02110, (617) 951-7000, on behalf of the defendant Genzyme Corporation in the above-captioned matter.

Respectfully submitted,

/s/ Brien T. O'Connor\_\_\_
Brien T. O'Connor (BBO#546767)
Ropes & Gray
One International Place
Boston, MA 02110
(617) 951-7000

Dated: November 8, 2004

9578762_1.DOC

- 2 -

## CERTIFICATE OF SERVICE

      I, Eric P. Christofferson, certify that, on this 8th day of November, 2004, a copy of the Notice of Appearance for Defendant Genzyme Corporation has been served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                      /s/ Eric P. Christofferson___
                                      Eric P. Christofferson