UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS and 01-CV-339 | ) ) ) ) ) ) ) ) | Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |

## NOTICE OF SUPPLEMENTAL FILING IN SUPPORT OF TRACK 1 DEFENDANTS' OPPOSITION TO CLASS CERTIFICATION

Notice is hereby given this Supplemental Filing in Support of Track 1 Defendants' Opposition to Class Certification, containing the documents listed below, is being filed electronically:

1.      Supplemental Declaration of Robert P. Navarro in Opposition to the Plaintiffs' Motion for Class Certification.  This Supplemental Declaration is being filed to disclose Dr. Navarro's compensation for his work in this matter, in accordance with Fed. R. Civ. P. 26(a)(2), which was inadvertently omitted from his Declaration filed with the Court on October 25, 2004.

2.      Indices to Exhibit Volumes II and III of the Declaration of Steven J. Young in Opposition to the Plaintiffs' Motion for Class Certification.  The indices were inadvertently omitted from the Declaration of Dr. Young and accompanying exhibits filed on

October 25, 2004.  The indices were, however, provided to Plaintiffs' counsel on November 8, 2004.

Respectfully submitted,

William F. Cavanaugh, Jr.
Andrew D. Schau
Erik Haas
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Tel:    (212) 336-2000
Fax:    (212) 336-2222

*Attorneys for Defendants Johnson & Johnson, Centocor Inc. Ortho Biotech Products L.P., Janssen Pharmaceutica L.P. and McNeil-PPC on behalf of all defendants to the Amended Master Consolidated Class Action Complaint*

Dated:  November 16, 2004

## CERTIFICATE OF SERVICE

I certify that on November 16, 2004, a true and correct copy of the forgoing

Supplemental Filing in Support of Track 1 Defendants' Opposition to Class Certification was

served on all counsel of record by electronic service pursuant to Paragraph 11 of Case

Management Order No. 2 by sending a copy to Verilaw Technologies for posting and

notification to all parties.

_____
Andrew D. Schau

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ) | |
| IN RE PHARMACEUTICAL ) | **MDL NO. 1456** |
| INDUSTRY AVERAGE WHOLESALE ) | |
| PRICE LITIGATION ) | **CIVIL ACTION: 01-CV-12257-PBS** |
| ) | |
| ) | **Judge Patti B. Saris** |
| THIS DOCUMENT RELATES TO 01- ) | |
| CV-12257-PBS and 01-CV-339 ) | **Chief Magistrate Judge** |
| ) | **Marianne B. Bowler** |
| ) | |
| ) | |
| ) | |

## SUPPLEMENTAL DECLARATION OF ROBERT P. NAVARRO IN
## OPPOSITION TO THE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Robert Navarro, submit this Supplemental Declaration in Opposition to the Plaintiffs' Motion for Class Certification because I inadvertently omitted my compensation from my Declaration filed on October 25, 2004.  I am being compensated at $400 an hour for my time in preparing the Declaration and $450 an hour for my testimony in connection with this matter.

I also submit this Supplemental Declaration to correct an inadvertent error in my Declaration:  On page 20, footnote 28 should state that "MIM Corporation's PBM business, ScripSolutions, generates very little profit."  The Declaration currently reads "very little revenue."

Robert P. Navarro

## Volume II Section A Index - Depositions

| Tab | Deponent | Date | Party |
|---|---|---|---|
| | Deposition Cover Sheet | | |
| | Baca, Michael | 10/08/04 | Healthnet |
| | Beaderstadt, Mike | 09/17/04 | John Deere Health |
| | Brecht, Christopher | 06/03/04 | Carday Associates (TPA on behalf of Man-U) |
| | Brecht, Christopher | 06/04/04 | Carday Associates |
| | Cannon, Eric | 09/13/04 | IHC Health Plans |
| | Dobson, Karen | 10/06/04 | Blue Cross Blue Shield of Wyoming |
| | Dragalin, Dan | 09/17/04 | Multiplan |
| | Ecklund, William K. | 03/03/04 | Twin Cities |
| | Eddy, Christopher | 10/06/04 | Empire Blue Cross Blue Shield |
| | Einhorn, William J. (new) | 02/25/04 | Teamsters |
| | Farias, Robert | 10/20/04 | Harvard Pilgrim Health Care |
| | Francis, Richard A. | 09/20/04 | Harvard Pilgrim Health Care |
| | Goldman, Hal | 09/20/04 | Vista Health Plan |
| | Grande, Andrea | 09/20/04 | Harvard Pilgrim Health Care |
| | Haber, Darcy | 12/18/03 | Wisconsin Citizen Action (WCA) |
| | Hailey, Russell | 08/04/04 | Coventry |
| | Johnson, Margaret M. | 09/22/04 | Horizon Blue Cross Blue Shield |
| | Joyner, J. David | 09/23/04 | Care Mark |
| | Kaplan, Edward A. | 07/12/04 | Segal |
| | Kenney, James T. | 09/20/04 | Harvard Pilgrim Health Care |
| | Kramer, Dale | 07/23/04 | Kaiser Foundation Health Plan |
| | Madsen, Gregory I. | 08/26/04 | Care Mark |
| | Martin, Deborah | 10/01/04 | Mercer HR Consulting |
| | Maxwell, Raeann | 09/09/04 | University of Pittsburg Medical Center Health Plan |
| | Maxwell, Raeann | 09/10/04 | University of Pittsburg Medical Center Health Plan |
| | Mengert, Susan | 10/05/04 | Horizon BCBS |
| | Pfankuch, Paula | 09/14/04 | Blue Cross Blue Shield of Illinois |
| | Rhodes, Jr., William A. | 07/07/04 | Zenith Administrators (TPA on behalf of Carpenters) |
| | Rodgers, John | 09/28/04 | Independent Health |
| | Roland, Nancy | 09/29/04 | Wellmark |
| | Romasko, Joanne | 09/28/04 | Blue Cross Blue Shield of Montana |
| | Ryan, Daniel | 03/16/04 | United Food and Commercial Workers |
| | Ryan, Daniel | 04/30/04 | United Food and Commercial Workers |
| | Ryberg, Julie | 03/02/04 | Formula Corp. (Acct. administrator for Twin Cities) |
| | Sarafian, Araksi | 09/21/04 | HIP of New York |
| | Schultz, Bob | 10/06/04 | Blue Cross Blue Shield of Wyoming |
| | Sidwell, Carol | 09/17/04 | John Deere Health |
| | Slavik, Kevin | 09/14/04 | Blue Cross Blue Shield of Illinois |
| | Steinberg, Arthur | 06/18/04 | Philadelphia Teachers |
| | Thigpen, Albert | 08/27/04 | Care Mark |
| | Thomas, David | 09/24/04 | Three Rivers Health Plan |
| | Villano, Peter M. | 07/01/04 | Quality Rx (Consultant on behalf of Philadelphia Teachers) |
| | Wong, Tina | 09/28/04 | Blue Cross Blue Shield of Montana |
| | Yonko, Greg | 10/14/04 | McKesson |

Contains Highly Confidential
Information Subject to Protective Order

## Volume II Section B Index - Footnotes

| Tab | Entity | Beginning Bates Range | Ending Bates Range |
|---|---|---|---|
| 1 | Health Net | HNPSAWP0000001 | HNPSAWP0000053 |
| 2 | Health Net | BHP 195 | BHP 236 |
| 3 | Case Management Order | | |
| 4 | U. S. District Court for the District of Massachusetts, MDL, No. 1456, Civil Action: -1-CV-12257-PBS, June 12, 2003. | | |
| 5 | Centocor | MDLCEN00055040 | MDLCEN00055056 |
| 6 | BMS | BMS/AWP/00260231 | BMS/AWP/00260251 |
| 7 | BCBS Neb | NEB 0000459 | NEB 0000474 |
| 8 | BCBS, IL | BCBSIL AWP000712 | BCBSIL AWP000765 |
| 9 | Medco | MHS A_0000001 | MHS A_0000509 |
| 10 | Trigon | TR 0031490 | TR 0031494 |
| 11 | Coventry | CVH 000033 | CVH 000035 |
| 12 | Horizon BCBS | H00152 | H00231 |
| 13 | Harvard Pilgrim Health | HPH 000611 | HPH 000693 |
| 14 | THWF | THWF 0575 | THWF 0605 |
| 15 | Medco | MHS A_0001163 | MHS A_0001387 |
| 16 | Trigon | TR 0031366 | TR 0031367 |
| 16 | Trigon | TR 0031465 | TR 0031469 |
| 17 | Dr. Stephen Schondelmeyer Declaration in Support of Plaintiffs Motion for Class Certification dated September 2, 2004 | | |
| 18 | Declaration of Thomas Gilson, Medco Vice President/General Manager, Health Plans East, dated October 20, 2004 | | |
| 19 | Trigon | TR 0031092 | TR 0031123 |
| 20 | Affidavit of Edward Ignaczak | | |
| 21 | Humana | HUM00839 | HUM00912 |
| 21 | Humana | HUM01151 | HUM01214 |
| 21 | Humana | HUM01867 | HUM01921. |
| 22 | UPMC | UPM C2351 | UPM C2372 |
| 23 | Declaration of Raymond S. Hartman 9-3-2004 | | |
| 24 | BCBS IL | BCIL AWP 000087 | BCIL AWP 000126 |
| 25 | Coventry | CVH 000669 | CVH 000746 |
| 26 | Express Scripts | ESI-277-00002605 | ESI-277-00002635 |
| 27 | BCBS, KC | KC0003265 | KC0003266 |

Contains Highly Confidential
Information Subject to Protective Order

## Volume II Section C Index - Exhibits

| Tab | Entity | Beginning Bates Range | Ending Bates Range |
|---|---|---|---|
| 6 | Exhibit 006 - Supporting Document Listing | | |
| 6 | BMS | BMS/AWP/00259850 | BMS/AWP/00259883 |
| 6 | BMS | BMS/AWP/00259884 | BMS/AWP/00259887 |
| 6 | BMS | BMS/AWP/00259888 | BMS/AWP/00259888 |
| 6 | BMS | BMS/AWP/00259889 | BMS/AWP/00259912 |
| 6 | BMS | BMS/AWP/00259913 | BMS/AWP/00259914 |
| 6 | BMS | BMS/AWP/00259915 | BMS/AWP/00259916 |
| 6 | BMS | BMS/AWP/00259917 | BMS/AWP/00259918 |
| 6 | BMS | BMS/AWP/00259919 | BMS/AWP/00259923 |
| 6 | BMS | BMS/AWP/00259924 | BMS/AWP/00259932 |
| 6 | BMS | BMS/AWP/00259933 | BMS/AWP/00259935 |
| 6 | BMS | BMS/AWP/00259936 | BMS/AWP/00259938 |
| 6 | BMS | BMS/AWP/00259941 | BMS/AWP/00259943 |
| 6 | BMS | BMS/AWP/00260003 | BMS/AWP/00260018 |
| 6 | BMS | BMS/AWP/00260020 | BMS/AWP/00260039 |
| 6 | BMS | BMS/AWP/00260040 | BMS/AWP/00260052 |
| 6 | BMS | BMS/AWP/00260053 | BMS/AWP/00260060 |
| 6 | BMS | BMS/AWP/00260061 | BMS/AWP/00260082 |
| 6 | BMS | BMS/AWP/00260083 | BMS/AWP/00260090 |
| 6 | BMS | BMS/AWP/00260092 | BMS/AWP/00260106 |
| 6 | BMS | BMS/AWP/00260107 | BMS/AWP/00260116 |
| 6 | BMS | BMS/AWP/00260117 | BMS/AWP/00260130 |
| 6 | BMS | BMS/AWP/00260131 | BMS/AWP/00260135 |
| 6 | BMS | BMS/AWP/00260136 | BMS/AWP/00260138 |
| 6 | BMS | BMS/AWP/00260139 | BMS/AWP/00260141 |
| 6 | BMS | BMS/AWP/00260142 | BMS/AWP/00260154 |
| 6 | BMS | BMS/AWP/00260155 | BMS/AWP/00260156 |
| 6 | BMS | BMS/AWP/00260157 | BMS/AWP/00260199 |
| 6 | BMS | BMS/AWP/00260200 | BMS/AWP/00260227 |
| 6 | BMS | BMS/AWP/00260228 | BMS/AWP/00260230 |
| 6 | BMS | BMS/AWP/00260231 | BMS/AWP/00260251 |
| 6 | BMS | BMS/AWP/00260252 | BMS/AWP/00260262 |
| 6 | BMS | BMS/AWP/00260263 | BMS/AWP/00260270 |
| 6 | BMS | BMS/AWP/00260271 | BMS/AWP/00260282 |
| 6 | BMS | BMS/AWP/00968811 | BMS/AWP/00968812 |
| 6 | BMS | BMS/AWP/00968813 | BMS/AWP/00968830 |
| 6 | BMS | BMS/AWP/00968846 | BMS/AWP/00968850 |
| 6 | BMS | BMS/AWP/00968851 | BMS/AWP/00968866 |
| 8 | Supporting Discovery Materials | | |
| 10 | Exhibit 010 Supporting Discovery Materials | | |
| 10 | TCBW | TCBW03751 | TCBW03756 |
| 12 | Exhibit 012 - Cover Sheet | | |
| 12 | Exhibit 012a - Supporting Discovery Materials | | |
| 12 | PFTHW | PFTHW0046 | PFTHW0077 |
| 12 | PFTHW | PFTHW0382 | PFTHW0619 |
| 12 | PFTHW | PFTHW0850 | PFTHW1168 |
| 12 | PFTHW | PFTHW01573 | PFTHW1574 |
| 12 | Segal | UFCW03438 | UFCW03442 |
| 12 | Segal | UFCW03655 | UFCW03685 |
| 12 | UFCW | UFCW0016112 | UFCW0016154 |
| 12 | UFCW | UFCW0016810 | UFCW0016901 |
| 12 | UFCW | UFCW0019639 | UFCW0019660 |
| 12 | THWF | THWF0198 | THWF0207 |
| 12 | THWF | THWF0387 | THWF0436 |
| 12 | THWF | THWF0648 | THWF0763 |
| 12 | THWF | THWF1073 | THWF1130 |
| 12 | TCBW | TCBW03504 | TCBW03504 |
| 12 | TCBW | TCBW03666 | TCBW03691 |
| 12 | Express Scripts | ESI-277-00002615 | ESI-277-00002615 |
| 12 | Man-U | MU1374 | MU1391 |
| 12 | Man-U | MU1766 | MU1783 |
| 12 | Carpenters | AWP/TP000181 | AWP/TP000190 |
| 12 | Carpenters | AWP/TP000291 | AWP/TP000300 |
| 12 | Carpenters | AWP/TP000305 | AWP/TP000309 |
| 12 | Carpenters | AWP/TP000402 | AWP/TP000406 |
| 12 | Carpenters | AWP/TP000476 | AWP/TP000476 |

Contains Highly Confidential
Information Subject to Protective Order

| Tab | Entity | Beginning Bates Range | Ending Bates Range |
|---|---|---|---|
| 12 | Exhibit 012b - Summary of PBM Proposals with Health Plans | | |
| 12 | Exhibit 012b - Supporting Discovery Materials | | |
| 12 | HCCCC | HCCCC-AWP0258 | HCCCC-AWP0259 |
| 12 | HCCCC | HCCCC-AWP0463 | HCCCC-AWP0510 |
| 12 | HCCCC | HCCCC-AWP0627 | HCCCC-AWP0646 |
| 12 | HCCCC | HCCCC-AWP0732 | HCCCC-AWP0741 |
| 12 | HCCCC | HCCCC-AWP0754 | HCCCC-AWP0757 |
| 12 | HCCCC | HCCCC-AWP0758 | HCCCC-AWP0762 |
| 12 | HCCCC | HCCCC-AWP01204 | HCCCC-AWP01219 |
| 12 | HCCCC | HCCCC-AWP01220 | HCCCC-AWP01233 |
| 12 | HCCCC | HCCCC-AWP01236 | HCCCC-AWP01271 |
| 12 | BCBS Louisiana | L00001 | L00277 |
| 12 | Exhibit 012c - Supporting Discovery Materials | | |
| 12 | Anthem Health Plans of Virginia, Inc. | A-VA09010001 | A-VA09010054 |
| 12 | Anthem Health Plans of Virginia, Inc. | A-VA09010055 | A-VA09010090 |
| 12 | Anthem Health Plans of Virginia, Inc. | A-VA09010091 | A-VA09010148 |
| 12 | Anthem Health Plans of Virginia, Inc. | A-VA09010149 | A-VA09010199 |
| 12 | BCBSIL- Health Care Service Corporation | BCILAWP000087 | BCILAWP000126 |
| 12 | Coventry Health Care, Inc. | CVH000239 | CVH000408 |
| 12 | Coventry Health Care, Inc. | CVH000669 | CVH000746 |
| 12 | Empire Blue Cross and Blue Shield | EMP0008727 | EMP0008759 |
| 12 | Empire Blue Cross and Blue Shield | EMP0008790 | EMP0008885 |
| 12 | Harvard Pilgrim Health Care, Inc. | HPH000694 | HPH000768 |
| 12 | Oxford | OXF000001 | OXF000070 |
| 14 | Exhibit 014 - Cover Sheet | | |
| 14 | Exhibit 014a - Supporting Discovery Materials | | |
| 14 | Anthem Health Plans of Virginia, Inc | A-VA09010001 | A-VA09010054 |
| 14 | Anthem Health Plans of Virginia, Inc | A-VA09010055 | A-VA09010090 |
| 14 | Trigon Blue Cross Blue Shield | A-VA09010091 | A-VA09010148 |
| 14 | Blue Cross Blue Shield of Virginia | A-VA09010149 | A-VA09010199 |
| 14 | Coventry Health Plans, Inc. | CHV000671 | CHV000746 |
| 14 | Coventry Health Plans, Inc. | CVH000239 | CVH000408 |
| 14 | Empire Blue Cross Blue Shield | EMP0008726 | EMP0008759 |
| 14 | Empire Blue Cross Blue Shield | EMP0008790 | EMP0008885 |
| 14 | Empire Blue Cross Blue Shield | EMP0008886 | EMP0008951 |
| 14 | Harvard Pilgrim | HPH000283 | HPH000396 |
| 14 | Harvard Pilgrim | HPH000694 | HPH000768 |
| 14 | Man-U Service Contract Trust Fund | MU1380 | MU1390 |
| 14 | Man-U Service Contract Trust Fund | MU1724 | MU1765 |
| 14 | Philadelphia Federation of Teachers Health and Welfare Fund | PFTHW0027 | PFTHW0045 |
| 14 | Philadelphia Federation of Teachers Health and Welfare Fund | PFTHW0046 | PFTHW0077 |
| 14 | Twin Cities Bakery Workers Health and Welfare Fund | TCBW03666 | TCBW03691 |
| 14 | Teamsters Health and Welfare Fund | THWF1864 | THWF1877 |
| 14 | Teamsters Health and Welfare Fund | THWF1878 | THWF1892 |
| 14 | United Food and Commercial Workers | UFCW0019640 | UFCW0019660 |
| 15 | Exhibit 015 - 0 - Cover Sheet | | |
| 15 | Exhibit 015 - 2 - Supporting Discovery Materials | | |
| 15 | Blue Cross Blue Shield Kansas City | KC0003265 | KC0003266 |
| 15 | Humana | HUM00839 | HUM00912 |
| 15 | Humana | HUM01151 | HUM01214 |
| 15 | Humana | HUM01867 | HUM01921 |
| 17 | Exhibit 017 - Cover Sheet | | |
| 17 | Exhibit 017a - Supporting Discovery Materials | | |
| 17 | Segal | UFCW00300 | UFCW02381 |
| 17 | Segal | UFCW02381 | UFCW02411 |
| 17 | Segal | UFCW03000 | UFCW03089 |
| 17 | TCBW | TCBW03666 | TCBW03691 |
| 17 | PFTHW | PFTHW0382 | PFTHW0461 |
| 17 | PFTHW | PFTHW0206 | PFTHW0225 |
| 17 | Express Scripts | ESI-277-00002790 | ESI-277-00002922 |
| 17 | Health Plans of Virginia | A-VA 01010106 | A-VA 01010162 |
| 17 | Exhibit 017c - Supporting Discovery Materials | | |
| 17 | Independent Health | IHC AWP 000005 | IHC AWP 000026 |
| 17 | Intermountain Health | INH AWP 000060 | INH AWP 000093 |
| 17 | Exhibit 017d - Supporting Discovery Materials | | |

Contains Highly Confidential
Information Subject to Protective Order

# Volume III Section A Index - Footnotes

| Tab | Source |
|---|---|
| 1 | Medicare Chartbook 2002 |
| 2 | 2004 HDMA Industry Profile and Healthcare Factbook. Healthcare Distribution Management Association |
| 3 | AIS's Directory of Health Plans: 2004. Atlantic Information Services, Inc. |
| 4 | "Improving Health Care: A Dose of Competition" A Report by the Federal Trade Commission and the Department of Justice. July 2004. |
| 5 | "Profile of the Prescription Drug Wholesaling Industry." The Food and Drug Administration, February 12, 2001. |
| 6 | "International Society of Certified Employee Benefit Specialists; Census of Certified Employee Benefit Specialists." Survey Results, December 2000. |
| 7 | "How Increased Competition from Generic Drugs has Affected Prices and Returns in the Pharmaceutical Industry." The Congress of the United States Congressional Budget Office (CBO), July 1998, P. 25. |
| 8 | The Prescription Drug Benefit Cost and Plan Design Survey Report by the Pharmacy Benefit Management Institute, Inc., 2003 Edition. |
| 9 | Affidavit of Stephen W. Schondelmeyer, May 30, 2000 |
| 10 | "A Survey of Acquisition Costs of Pharmaceuticals in the Commonwealth of Kentucky." |
| 11 | Report to the General Court: October 2, 2002: Commonwealth of Massachusetts Executive Office of Health and Human Services Division of Health Care Finance and Policy: Linda L. Ruthardt, Commissioner. |
| 12 | "Medicare Reimbursement of Prescription Drugs," DHHS Office of Inspector General Report #OEI-03-00-00310, January 2001. |
| 13 | People of the State of New York vs. Express Scripts, Inc., ESI Mail Pharmacy Service, Inc., Connecticut General Life Insurance Company, and CIGNA Life Insurance Company of New York, the state of New York. |
| 14 | "Kaiser Family Foundation and Health Research and Educational Trust, Employer Health Benefits: 2002 Annual Survey. |
| 15 | "Prescription Drug Benefit Plans: A Buyer's Guide." Mercer Human Resources Consulting for California HealthCare Foundation, January 2003. |
| 16 | "Ambulatory Care Formularies and Pharmacy Benefit Management by Managed Care Organizations." American College of Physicians — American Society of Internal Medicine White Paper 2001. |
| 17 | Federal Register / Vol. 68, No. 161 / August 20, 2003. |
| 18 | Program Memorandum Intermediaries/Carriers Transmittal AB-97-25 Change Request #298, dated January 1998. |
| 19 | Program Memorandum Intermediaries/Carriers Transmittal AB-00-86 Change Request 1232, dated September 8, 2000 |
| 20 | Program Memorandum Intermediaries/Carriers Transmittal AB-00-115 Change Request 1447, dated November 17, 2000. |
| 21 | "Choosing a Medigap Policy: A Guide to Health Insurance for People with Medicare." Centers for Medicare & Medicaid Services (CMS) and the National Association of Insurance Commissioners, 2004. |
| 22 | "Report to Congress: Assessing Medicare Benefits, MedPac", June 2002. |
| 23 | "Health Coverage and Patient Advocacy Guide" (available at http://www.iressa-us.com/content/prof/healthcoverage/r4.asp) downloaded January 30, 2004. |
| 24 | 42 CFR Part § 405.517 (c) |
| 25 | "Health Plan Payment for Physician-Administered Drugs," Dyckman & Associates for the Medicare Payment Advisory Commission, August 2003 No. 03-05, p.3. |
| 26 | Federal Register / Vol. 69, No. 4 / January 7, 2004. |
| 27 | The President's Radio Address, December 13, 1997. |

Contains Highly Confidential
Information Subject to Protective Order

# Volume III Section B Index - Exhibits

| Tab | Source |
|-----|--------|
| 7 | Exhibit 007 - Published Articles - AWP |
| 7 | "Calif. Medi-Cal Program Offers $2.30 Fee." *Weekly Pharmacy Reports (The Green Sheet).* September 2, 1968, Vol. 17 No. 36, 3. |
| 7 | "New Definition of Drug Acquisition Cost in Medi-Cal Formulary." *Weekly Pharmacy Reports (The Green Sheet).* November 18, 1968, Vol. 17 No. 47, 2. |
| 7 | 34 Fed. Reg.1244 C44 250 (Rules and Regulations. Administration of Medical Assistance Programs, January 25, 1969) |
| 7 | Lee, Phillip. "Task Force on Prescription Drugs- Final Report." *Department of Health, Education, and Welfare.* February 7, 1969, 147. |
| 7 | "Use of 'Price Books' to Determine Acquisition Costs in Medicaid." *Weekly Pharmacy Reports (The Green Sheet).* April 14, 1969, Vol. 18 No. 15, 2. |
| 7 | "Massachusetts Liberalizes Medicaid Drug Reimbursement." *Weekly Pharmacy Reports (The Green Sheet).* May 18, 1970, Vol. 19 No. 20, 3. |
| 7 | "Actual Acquisition Cost Should Replace 'Average Whsle. Price'." *Weekly Pharmacy Reports (The Green Sheet).* March 22, 1971, Vol. 20 No. 12, 3. |
| 7 | *American Druggist Blue Book 1970.* New York: American Druggist, 1970. |
| 7 | "Natl. Average Whsle. Price Listings." *Weekly Pharmacy Reports (The Green Sheet).* May 3, 1971, Vol. 20 No. 18, 3. |
| 7 | 39 Fed. Reg. 230, 45 CFR § 250 (Reimbursement of Drug Cost- Medical Assistance Program; Notice of Proposed Rule Making, November 27, 1974) |
| 7 | Norwood, Joseph G., David P. Lipson, and Robert A. Freeman. "Policy Implication of MAC, AWP-AAC Differentials Among Pharmacies." *J. of Amer. Pharmaceutical Association.* August 1977, Vol. NS 17 No. 8, 496. |
| 7 | Comptroller General of the United States. "Programs to Control Prescription Drug Costs Under Medicaid and Medicare Could be Strengthened." HRD-81-36. December 31, 1980, 29. |
| 7 | Kreling, David H. "Developing a Prescription Drug Reimbursement Formula for Texas Medicaid Using Marketplace Parameters Related to Prescription Prices, Acquisition Cost, Dispensing Expenses, and Profits." *Dissertation Presented to the Faculty of the Graduate School of the University of Texas at Austin.* December, 1984, 32. |
| 7 | Office of Inspector General. "Changes to the Medicaid Prescription Drug Program Could Save Millions." *United States Department of Health and Human Services.* ACN No. 06-40216, 1984, 9. |
| 7 | Robinson, Bill. "Whither AWP?  Debate Rages from Texas to Washington." *Drug Topics.* April 1, 1985, Vol. 129, 33. |
| 7 | Kreling, David H. and Kenneth W. Kirk. "Estimating Pharmacy Level Prescription Drug Acquisition Costs for Third-Party Reimbursement." *Medical Care.* July, 1986, Vol. 24 No. 7, 591. |
| 7 | "Prescription Drug Prices, Are We Getting Our Money's Worth?" *A Majority Staff Report of the Special Committee on Aging United States Senate.* August, 1989, Serial No. 101-D., 3, 11. |
| 7 | Office of Inspector General. "Use of Average Wholesale Prices in Reimbursing Pharmacies Participating in Medicaid and the Medicare Prescription Drug Program." *Department of Health Education and Welfare.* A-06-89-00038. October 3, 1989, 21163 & 21165. |
| 7 | 56 Fed. Reg. 25792, 42 CFR §§ 405 and 415 (Medicare Program; Fee Schedule for Physicians' Services, June 5, 1991) |
| 7 | Oklahoma Department of Human Services. *Department of Health and Human Services Departmental Appeals Board Appellate Division.* Docket No. 90-164, Decision No. 1271 (1991). |
| 7 | 56 Fed. Reg. 59502 § II(5(c)) (Medicare Program; Fee Schedule for Physicians' Services, November 25, 1991) |
| 7 | Office of Inspector General. "Physicians' Costs for Chemotherapy Drugs." *United States Department of Health and Human Services.* A-02-91-01049, November, 1992, 2, 5. |
| 7 | Adams, Kathleen E, David H. Kreling, and Kathleen Gondek. "State Medicaid Pharmacy Payments and Their Relation to Estimated Costs." *Health Care Financing Review.* Spring, 1994, Vol. 15 No. 3, 27. |

Contains Highly Confidential
Information Subject to Protective Order

| Tab | Source |
|---|---|
| 7 | Kolassa, Mick. "Guidance for Clinicians in Discerning and Comparing the Price of Pharmaceutical Agents." *J. of Pain and Symptom Management*. May, 1994, Vol. 9 No. 4, 237. |
| 7 | Office of Inspector General. "Appropriateness of Medicare Prescription Drug Allowances." *Department of Health and Human Services.* OEI-03-95-00420, May, 1996, i-ii. |
| 7 | Office of Inspector General. "Suppliers' Acquisition Costs for Albuterol Sulfate." *Department of Health and Human Services.* OEI-03-94-00393, June, 1996, i. |
| 7 | Office of Inspector General. "A Comparison of Albuterol Sulfate Prices." *Department of Health and Human Services.* OEI-03-94-00392, June, 1996, 7. |
| 7 | Alpert, Bill. "Hooked on Drugs: Why do insurers pay such outrageous Prices for pharmaceuticals?" *Barron's.* June 10, 1996, 1. |
| 7 | Office of Inspector General. "Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Montana Department of Public Health and Human Services." *Department of Health and Human Services.* A-06-95-00068, July, 1996, i-ii, 1, 4-6. |
| 7 | Shalala, Donna E. Responses to Questions from Committee Members. *United States Senate Committee on Finance.* HRD105-85, February 13 and 27, 1997, March 4 and 5, 1997, 265. |
| 7 | Office of Inspector General. "Medicaid Pharmacy - Actual Acquisition Cost of Prescription Drug Products for Brand Name Drugs." *Department of Health and Human Services.* OEI-06-96-00030, April, 1997, 1, 5. |
| 7 | Office of Inspector General. "Medicaid Pharmacy - Actual Acquisition Cost of Generic Prescription Drug Products." *Department of Health and Human Services.* A-06-97-00011, August, 1997, 5. |
| 7 | Office of Inspector General. "Excessive Medicare Payments for Prescription Drugs" *Department of Health and Human Services.* December, 1997, ii, 10. |
| 7 | Kolassa, E.M. "Elements of Pharmaceutical Pricing," (The Haworth Press. 1997), 30. |
| 7 | Balanced Budget Act of 1997 § H.R. 2015. *House Committee on the Budget.* Report No. 105-149, June 24, 1997, 1354. |
| 7 | Remarks by the President in Radio Address to the Nation, *White House Office of Press Secretary.* 1997 WL 767416, Dec. 13, 1997, 2. |
| 7 | "New Payment Limit for Drugs and Biologicals" *Intermediariers/Carriers Program Memorandum.* HCFA Pub. 60AB, Transmittal No. AB-97-25, Jan. 1, 1998, 1. |
| 7 | Office of Inspector General. "Need to Establish Connection Between the Calculation of Medicaid Drug Rebates and Reimbursement for Medicaid Drugs." *Department of Health and Human Services.* May, 1998, 5. |
| 7 | Office of Inspector General. "Are Medicare Allowances for Albuterol Sulfate Reasonable?" *Department of Health and Human Services.* August, 1998, 6. |
| 7 | Brown, June Gibbs. "Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs." *Office of Inspector General Department of Health and Human Services.* OEI-03-97-00292, November, 1998, ii. |
| 7 | 63 Fed. Reg 58814 (Final Rule. Medicare Program; Revisions to Payment Policies and Adjustments to the Relative Value Units Under the Physician Fee Schedule for Calendar Year 1999, November 2, 1998) |
| 7 | H.R. 2229 (Bill to amend titles XI and XVIII of the Social Security Act to combat waste, fraud, and abuse in the Medicare Program), June 15, 1999, 2-3. |
| 7 | "Report to the President, Prescription Drug Coverage, Spending, Utilization, and Prices." *Department of Health and Human Services.* April 2000, Chap. 3, 5. |
| 7 | "Stark Congratulates HCFA for Taking Steps to Lower Artificially Inflated Medicare Drug Reimbursement." *United States Congress.* June 1, 2000, 1. |
| 7 | "HCFA Offers Policy Change Designed To Reduce Costs of Program-Covered Drugs." *BNA's Health Care Daily Report.* June 2, 2000, Vol.5 No. 107, 1. |
| 7 | The State of Louisiana v. United States Department of Health and Human Services, 905 F.2d 877, 9-10 (1990). |
| 7 | Health Care Financing Administration. "Source of Average Wholesale Price Data in Pricing Drugs and Biological Covered by the Medicare Program." *Department of Health and Human Services.* Transmittal AB-00-115. September 8, 2002. |
| 7 | Office of Inspector General. "Areas of Concern." *Department of Health and Human Services.* 2000, 18. |
| 7 | "Health Care Fraud and Abuse Control Program, Annual Report for FY 2000." *The Department of Health and Human Services and The Department of Justice.* January 2001, 8. |

Contains Highly Confidential
Information Subject to Protective Order

| Tab | Source |
|-----|--------|
| 7 | Office of Inspector General. "Medicare Reimbursement of Prescription Drugs." *Department of Health and Human Services*. OEI-03-00-00310, January 2001, ii. |
| 7 | Office of Inspector General. "Medicaid Pharmacy - Actual Acquisition Cost of Brand Name Prescription Drug Products." *Department of Health and Human Services*. A-06-00-00023, August 2001, i. |
| 7 | Nicola, Thomas J. "Regulatory and Legislative History of Medicare Drug Reimbursement Based on Average Wholesale Price." Memorandum to House Committee on Energy and Commerce. *Congressional Research Service.* August 31, 2001, Vol. 2 No. 3, 369. |
| 7 | United States General Accounting Office. "Medicare Payments for Covered Outpatient Drugs Exceed Providers' Cost." *Report to Congressional Committees.* GAO-01-1118, September, 2001, 4. |
| 7 | Scanlon, William J. "Medicare Part B Drugs Program Payments Should Reflect Market Prices." *United States General Accounting Office.* GAO-01-1142T, September 21, 2001, 2. |
| 7 | Grob, George F. "Prepared Testimony on Medicare Drug Reimbursements: A Broken System for Patients and Taxpayers." *House Committee on Energy and Commerce Subcommittee on Oversight and Investigations and Subcommittee on Health Joint Hearing.* US House of Representatives. September 21, 2001, 1, 5. |
| 7 | Myers and Stauffer LC. "A Survey of Acquisition Costs of Pharmaceuticals in the Commonwealth of Kentucky, Prepared for the Kentucky Department for Medicaid Services." *Kentucky Department of Medicaid Services*, November, 2001, 4. |
| 7 | Rucker, Donald T. "The HEW Task Force on Prescription Drugs: An Insider's Perspective." *J. of Research in Pharmaceutical Economics,* Vol. 1, No. 1, 1989, as cited in Smith, Mickey C. ed. *Prescription Drugs Under Medicare, The Legacy of the Task Force on Prescription Drugs.* 2001, 8. |
| 7 | Office of Inspector General. "Medicaid Pharmacy - Actual Acquisition Cost of Generic Prescription Drug Products." *Department of Health and Human Services.* A-06-01-00053. March, 2002, i. |
| 7 | Office of Inspector General. "Excessive Medicare Reimbursement for Ipratropium Bromide." *Department of Health and Human Services.* OEI-03-01-00411, March 2002, 12. |
| 7 | "Reimbursement and Access to Prescription Drugs Under Medicare Part B." *Subcommittee on Health Care of the Senate Committee on Finance.* March 14, 2002, 2. |
| 7 | Dummit, Laura A. "Medicare Outpatient Drugs Program Payments Should Better Reflect Market Prices." *United States General Accounting Office.* March 14, 2002, 1-2. |
| 7 | "Health Care Fraud and Abuse Control Program, Annual Report for FY 2001." *The Department of Health and Human Services and The Department of Justice.* April 2002, 8. |
| 7 | Gencarelli, Dawn M. "Average Wholesale Price for Prescription Drugs: Is There a More Appropriate Pricing Mechanism?" *National Health Policy Forum*. NHPF Issue Brief No. 775, June 7, 2002, 2. |
| 7 | Reeb, George. "Hearing on Medicare Payments for Currently Covered Prescription Drugs." *Centers for Medicare and Medicaid Audits, US Department of Health and Human Services*. October 2, 2002, 1, 3. |
| 7 | "Report to the Congress, Variation and Innovation in Medicare." *MedPac Medicare Payment Advisory Commission.* June 2003, 150, 152, 155. |
| 7 | 68 Fed. Reg. 50428 (Medicare Program; Payment Reform for Part B Drugs, August 20, 2003) |
| 7 | Office of Inspector General. "Update: Excessive Medicare Reimbursement for Albuterol." *Department of Health and Human Services.* OEI-03-03-00510, January 2004, iii-iv. |
| 7 | Hansen, John. "United States Prescription Drug Pricing and Reimbursement Policies." *United States General Accounting Office.* Not Dated, 4,6, 12-13. |
| 13 | Myers and Stauffer LC. "A Survey of Acquisition Costs of Pharmaceuticals in the Commonwealth of Kentucky, Prepared for the Kentucky Department for Medicaid Services." Kentucky Department of Medicaid Services, November, 2001. |
| 13 | Adams, Kathleen E, David H. Kreling, and Kathleen Gondek. "State Medicaid Pharmacy Payments and Their Relation to Estimated Costs." Health Care Financing Review. Spring, 1994, Vol. 15 No. 3. |
| 15 | Exhibit 015 - Supporting Discovery Materials |
| 15 | Procrit Full Prescribing Information |
| 15 | Remicade Billing Guide |
| 15 | Kytril Complete Product Information |
| 16 | Exhibit 016 - Cover Sheet |

Contains Highly Confidential
Information Subject to Protective Order

| Tab | Source |
|-----|--------|
| 16 | Exhibit 016a - Medicare Reimbursement Over Time |
| 16 | Exhibit 016 - Supporting Discovery Materials |
| 16 | 56 Fed. Reg. 59502 § II(5(c))  (Medicare Program; Fee Schedule for Physicians' Services, November 25, 1991) |
| 16 | 63 Fed. Reg. 58814 § III(A) (Final Rule. Medicare Program; Revisions to Payment Policies and Adjustments to the Relative Value Units Under the Physician Fee Schedule for Calendar Year 1999, November 2, 1998) |
| 16 | 69 Fed. Reg. 1084, 42 CFR §§ 405 and 414 (Medicare Program; Changes to Medicare Payment for Drugs and Physician Fee Schedule Payments for Calendar Year 2004; Interim Final Rule, January 7, 2004) |
| 16 | Social Security Act § 1833, 42 U.S.C. 1395l |
| 16 | Exhibit 016b - Fiscal Intermediaries 2004 current_maps |
| 16 | Exhibit 016b - Medicare Part B Carriers by State |
| 16 | Exhibit 016b - Supporting Discovery Materials |
| 16 | CMS, 2001 Limitations for the Physician/Supplier Procedure Summary Master File (http://www.cms.hhs.gov/statistics/feeforservice/PSPS2001Limit.pdf) |
| 16 | CMS, Part B Carrier Locality Codes after 12/31/1996 Report Prepared by CMS 9/17/04 |
| 16 | CMS, Intermediary - Carrier Directory (http://www.cms.hhs.gov/contacts/incardir.asp) |
| 17 | Exhibit 017c - Supporting Discovery Materials |
| 17 | FUL - Federal Upper Limits for Multiple Source Products 2001 |
| 17 | FUL - Federal Upper Limits for Multiple Source Products 2002 |
| 17 | FUL - Federal Upper Limits for Multiple Source Products 2003 |
| 17 | DE - Delaware MAC List downloaded 9/15/04 |
| 17 | KY - Kentucky Medicaid Drug Maximum Allowable Cost List: Effective 8/1/04 downloaded 9/15/04 |
| 17 | MD - Maryland Pharmacy Program MAC List April, 2004 downloaded 9/15/04 |
| 17 | Maryland Pharmacy Program MAC/IDC Table |
| 17 | NH - New Hampshire Medicaid MAC Detail downloaded 9/15/04 |
| 17 | NM - New Mexico MAC List Current Comprehensive List Mercer Government Human Services Consulting June 18, 2004 downloaded 9/15/04 |
| 17 | ND - North Dakota Medicaid MAC List downloaded 9/15/04 |
| 17 | SC - South Carolina Medicaid MAC Listing September, 2004 downloaded 9/15/04 |

Contains Highly Confidential
Information Subject to Protective Order