UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: The Master Consolidated Class Action | Judge Patti B. Saris |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## PARMED PHARMACEUTICALS' CONSENT MOTION FOR AN EXTENSION OF TIME TO OPPOSE SCHERING-PLOUGH CORPORATION'S AND WARRICK PHARMACEUTICALS CORPORATION'S MOTION TO COMPEL

Parmed Pharmaceuticals hereby moves, with the consent of defendants, for a two-week extension of time until November 30, 2004 to oppose the Motion to Compel the Production of Documents filed by Schering-Plough Corporation and Warrick Pharmaceuticals Corporation on November 2, 2004. The parties have been discussing a possible resolution of this Motion. No further extensions of time are anticipated.

Accordingly, Parmed hereby moves for entry of the proposed scheduling order attached hereto.

Dated:    Washington, D.C.
          November 16, 2004

                                                Respectfully submitted,

                                                By: _____
                                                Douglas B. Farquhar (admitted *pro hac vice*)
                                                dbf@hpm.com
                                                John R. Fleder (admitted *pro hac vice*)
                                                jrf@hpm.com
                                                HYMAN, PHELPS & McNAMARA, P.C.
                                                700 Thirteenth St. N.W., Suite 1200
                                                Washington, D.C.  20005
                                                Tel: (202) 737-5600

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
------------------------------------- x
                                      :
In Re: PHARMACEUTICAL INDUSTRY        : MDL NO. 1456
AVERAGE WHOLESALE PRICE               :
LITIGATION                            : Master File No. 01-CV-12257-PBS
                                      :
THIS DOCUMENT RELATES TO:             : Judge Patti B. Saris
                                      :
The Master Consolidated Class Action  :
------------------------------------- x

## [PROPOSED] SCHEDULING ORDER

IT IS HEREBY ORDERED that Parmed Pharmaceuticals shall be granted a two-week extension to November 30, 2004 to file any opposition to Defendants' Motion to Compel the Production of Documents From Parmed Pharmaceuticals.

Dated: November __, 2004

 _____
 Hon. Marianne B. Bowler
 United States Magistrate Judge

## CERTIFICATE OF SERVICE

I certify that on November 16, 2004, a true and correct copy of the foregoing Notice of Opposition and Consent Motion for an Extension was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

_____
Douglas B. Farquhar