# EXHIBIT A

# Related AWP/Rebate Suits Or Investigations For "Suffolk 13" and Others For Whom Discovery Is Stayed

| Defendant | Related AWP/Rebate Suits or Investigations |
|---|---|
| Agouron Pharmaceuticals, Inc. | ▪ Sued by Counties of Rockland and Westchester |
| Amgen, Inc. | ▪ Sued by City of New York and Counties of Rockland and Westchester<br><br>▪ Under investigation by DOJ, OIG<br><br>▪ Under investigation by Attorneys General of Pennsylvania and Wisconsin<br><br>▪ Under investigation by Senate Finance Committee for abuse of Nominal Price Exception<br><br>▪ 1993 OIG Report reveals noncompliance with Medicaid Rebate Statute |
| Barr Laboratories, Inc. | ▪ Sued by City of New York and Counties of Rockland and Westchester<br><br>▪ Sued by Attorney General of Massachusetts<br><br>▪ Under investigation by House Committee of Energy and Commerce for improper pricing practices and failures to comply with Medicaid rebate requirements |

| | |
|---|---|
| Berlex Laboratories, Inc. | ▪ Sued by the County of Westchester |
| Biogen, Inc. | ▪ Sued by the Counties of Rockland and Westchester |
| Eli Lilly and Company | ▪ Sued by City of New York and Counties of Rockland and Westchester<br><br>▪ Under investigation by House Committee of Energy and Commerce for improper pricing practices and failures to comply with Medicaid rebate requirements |
| Forest Pharmaceuticals, Inc. | ▪ Sued by City of New York and Counties of Rockland and Westchester<br><br>▪ Under investigation by Senate Finance Committee for abuse of Nominal Price Exception to Best Price Reporting |
| Fujisawa | ▪ Sued in AMCC and by City of New York and County of Westchester<br><br>▪ Subject of investigations by DOJ, OIG, Attorneys General of Montana, Texas and California |

| | |
|---|---|
| Ivax | ▪ Sued by City of New York and County of Westchester<br><br>▪ Under investigation by House Committee of Energy and Commerce for improper pricing practices and failures to comply with Medicaid rebate requirements<br><br>▪ Sued by Attorney General of Massachusetts |
| Johnson & Johnson | ▪ Sued by City of New York and Counties of Rockland and Westchester<br><br>▪ Under investigation by GAO and Attorney General of Massachusetts<br><br>▪ 2001 GAO report confirms fraudulent AWP's for Johnson & Johnson's Procrit |
| Medimmune, Inc. | ▪ Sued by City of New York and Counties of Rockland and Westchester |
| Merck & Co., Inc. | ▪ Sued by City of New York and Counties of Rockland and Westchester<br><br>▪ Under investigation by DOJ and Attorney General of Texas<br><br>▪ Under investigation by Senate Finance Committee regarding abuse of Nominal Price Exception to Best Price Reporting |

| | |
|---|---|
| Purdue Pharma, Inc. | ▪ Sued by City of New York<br><br>▪ Under investigation by House Committee of Energy and Commerce for improper pricing practices and failures to comply with Medicaid rebate requirements |
| Sanofi-Synthelabo, Inc. | ▪ Under investigation by House Committee of Energy and Commerce for improper pricing practices and failures to comply with Medicaid rebate requirements<br><br>▪ Under investigation by Senate Finance Committee regarding abuse of Nominal Price Exception to Best Price Reporting |
| Warrick | ▪ Under investigation by House Committee of Energy and Commerce for improper pricing practices and failures to comply with Medicaid rebate requirements<br><br>▪ Under investigation by Senate Finance Committee regarding abuse of Nominal Price Exception to Best Price Reporting<br><br>▪ Sued by City of New York and Counties of Rockland and Westchester<br><br>▪ Under investigation or sued by the Attorneys General of at least California, Massachusetts, Minnesota, Montana, Wisconsin, Ohio, Pennsylvania, West Virginia and Wisconsin<br><br>▪ Under investigation by California |

| | |
|---|---|
| Wyeth | <ul><li>Sued by the Attorney General of California, the City of New York and the Counties of Rockland and Westchester</li><li>Under investigation by Senate Finance Committee regarding abuse of Nominal Price Exception to Best Price Reporting</li></ul> |

# EXHIBIT B

**EXHIBIT B: ESTIMATED OVERCHARGES FROM SUFFOLK AMENDED COMPLAINT**

| Drug | Reported Average Wholesale Price | Estimated True AWP | Estimated Overcharge | Estimated Overcharge as a percentage of Reported AWP |
|---|---|---|---|---|
| ACIPHEX TAB 20MG | $3.92 | $3.01 | $0.91 | 23% |
| ALBUTEROL INHALER 90 MCG | $21.41 | $10.98 | $10.43 | 49% |
| AMBIEN TAB 10MG | $2.69 | $2.03 | $0.66 | 25% |
| AUGMENTIN TAB 875-125 | $5.38 | $3.85 | $1.53 | 28% |
| AVANDIA TAB 8MG | $5.13 | $3.55 | $1.58 | 31% |
| AVONEX VL 30MCG | $1,076.25 | $752.69 | $323.56 | 30% |
| AXID TAB 150 | $183.57 | $128.23 | $55.34 | 30% |
| BETASERON VIAL 0.3MG | $1,273.00 | $906.98 | $366.02 | 29% |
| BUSPAR | $2.34 | $1.75 | $0.59 | 25% |
| CELEBREX CAP 100MG | $1.58 | $1.19 | $0.39 | 25% |
| CELEBREX CAP 200MG | $2.76 | $1.93 | $0.83 | 30% |
| CELEXA TAB 20MG | $2.41 | $1.77 | $0.64 | 26% |
| CIPRO TAB 500MG | $5.40 | $3.95 | $1.45 | 27% |
| CLARITIN TAB 10MG | $92.99 | $61.02 | $31.97 | 34% |
| CLOZAPINE TAB 100 | $3.28 | | | |
| COMBIVIR TAB | $10.96 | $7.84 | $3.12 | 28% |
| CRIXIVAN TAB 40 | $3.04 | $2.12 | $0.91 | 30% |
| DEPAKOTE TAB 250MG | $1.04 | $0.77 | $0.27 | 26% |
| DEPAKOTE TAB 500MG | $1.92 | $1.38 | $0.54 | 28% |
| DURAGESIC DIS 100 MCG/H | $241.36 | $0.00 | $241.36 | 100% |
| EFFEXOR CAP 75MG | $1.68 | $1.63 | $0.05 | 3% |
| ENBREL KIT 25MG | $163.33 | $109.74 | $53.59 | 33% |
| EPIVIR TAB 150MG | $5.06 | $3.64 | $1.42 | 28% |
| EPOGEN VIAL 10,000U/ML | $134.59 | $95.60 | $38.99 | 29% |
| FLONASE 0.05% NASAL SPRAY | $62.41 | $43.36 | $19.05 | 31% |
| FLOVENT INHALER 110MCG | $70.58 | $54.82 | $15.76 | 22% |
| FLUOXETINE CAP 20MG | $2.67 | $0.82 | $1.85 | 69% |
| FOSAMAX TAB 70MG | $15.54 | $12.37 | $3.17 | 20% |
| GLUCOPHAGE TAB 1000MG | $1.61 | $1.18 | $0.43 | 26% |
| GLUCOPHAGE TAB 500MG | $0.78 | $0.58 | $0.20 | 26% |
| GLUCOTROL XL TAB 10MG | $0.83 | $0.63 | $0.20 | 24% |
| HELIXATE FS SOL 1000 | $1.18 | $0.06 | $0.57 | 48% |
| KALETRA SOFTGEL | $3.91 | $2.79 | $1.12 | 29% |
| LAMICTAL TAB 100MG | $2.91 | $2.20 | $0.71 | 24% |
| LEVAQUIN TAB 500MG | $9.30 | $6.95 | $2.35 | 25% |
| LIPITOR TAB 10MG | $2.39 | $1.61 | $0.77 | 32% |
| LIPITOR TAB 20MG | $3.64 | $2.42 | $1.22 | 34% |
| LIPITOR TAB 40MG | $3.64 | $2.39 | $1.26 | 34% |
| NEUPOGEN VIAL 300MCG/ML | $227.60 | $140.94 | $86.66 | 38% |
| NEURONTIN TAB 300MG | $1.39 | $0.93 | $0.46 | 33% |

| Drug | Reported Average Wholesale Price | Estimated True AWP | Estimated Overcharge | Estimated Overcharge as a percentage of Reported AWP |
|---|---|---|---|---|
| NEURONTIN TAB 400MG | $1.67 | $1.15 | $0.52 | 31% |
| NEURONTIN TAB 600MG | $2.18 | $1.38 | $0.80 | 37% |
| NEXIUM CAP 40MG | $4.14 | $3.02 | $1.12 | 27% |
| NORVASC TAB 10MG | $2.17 | $1.47 | $0.70 | 32% |
| NORVASC TAB 5MG | $1.50 | $1.04 | $0.46 | 31% |
| PAXIL TAB 10MG | $2.70 | $1.94 | $0.76 | 28% |
| PAXIL TAB 20MG | $2.82 | $1.92 | $0.90 | 32% |
| PAXIL TAB 30MG | $2.90 | $2.08 | $0.82 | 28% |
| PAXIL TAB 40MG | $2.95 | $2.20 | $0.75 | 25% |
| PLAVIX TAB 75MG | $4.06 | $2.86 | $1.20 | 30% |
| PRAVACHOL TAB 20MG | $3.08 | $2.09 | $0.99 | 32% |
| PRAVACHOL TAB 40MG | $4.52 | $3.00 | $1.52 | 34% |
| PREVACID CAP 15MG | $4.36 | $3.12 | $1.24 | 28% |
| PREVACID CAP 30MG | $4.44 | $3.06 | $1.38 | 31% |
| PRILOSEC CAP 20MG | $4.49 | $3.05 | $1.44 | 32% |
| PROCRIT VIAL 10000U/ML | $133.55 | $93.36 | $40.20 | 30% |
| PROCRIT VIAL 20000U/ML | $267.12 | $185.26 | $81.86 | 31% |
| PROCRIT VIAL 40000U/ML | $534.24 | $369.47 | $164.77 | 31% |
| PROGRAF CAP 1MG | $375.39 | $171.17 | $204.22 | 54% |
| PROTONIX TAB 40MG | $3.30 | $2.45 | $0.85 | 26% |
| PROZAC CAP 20MG | $3.33 | $2.57 | $0.76 | 23% |
| PROZAC CAP 40MG | $6.66 | $5.13 | $1.53 | 23% |
| PULMOZYME SOL 1 MG/ML | $1,439.48 | $1,000.78 | $438.70 | 30% |
| RISPERDAL TAB 0.25MG | $2.96 | $2.10 | $0.86 | 29% |
| RISPERDAL TAB 0.5MG | $3.07 | $2.20 | $0.87 | 28% |
| RISPERDAL TAB 1MG | $3.17 | $2.39 | $0.78 | 25% |
| RISPERDAL TAB 2MG | $4.87 | $3.74 | $1.13 | 23% |
| RISPERDAL TAB 3MG | $5.94 | $4.63 | $1.31 | 22% |
| RISPERDAL TAB 4MG | $7.68 | $6.14 | $1.54 | 20% |
| SEREVENT INHALER 21MCG | $84.01 | $64.03 | $19.98 | 24% |
| SEROQUEL TAB 100MG | $2.91 | $2.17 | $0.74 | 26% |
| SEROQUEL TAB 200MG | $5.48 | $3.96 | $1.52 | 28% |
| SEROQUEL TAB 25MG | $1.60 | $1.20 | $0.40 | 25% |
| SINGULAIR TAB 10MG | $2.93 | $2.08 | $0.85 | 29% |
| SUSTIVA CAP 200MG | $4.80 | $3.67 | $1.13 | 24% |
| SYNAGIS VIAL 100MG | $1,416.48 | $932.96 | $483.52 | 34% |
| TOBI NEB 300/5ML | $2,766.00 | $2,080.97 | $685.03 | 25% |
| TOPAMAX TAB 100MG | $3.63 | $2.59 | $1.04 | 29% |
| ULTRAM TAB 50MG | $1.02 | $0.72 | $0.30 | 29% |
| VIOXX TAB 25MG | $2.76 | $1.95 | $0.81 | 29% |
| VIRACEPT TAB 250MG | $2.52 | $1.72 | $0.80 | 32% |
| WELLBUTRIN TAB 150MG | $1.93 | $1.35 | $0.58 | 30% |

| Drug | Reported Average Wholesale Price | Estimated True AWP | Estimated Overcharge | Estimated Overcharge as a percentage of Reported AWP |
|---|---|---|---|---|
| XALATAN 0.005% EYEDROPS | $53.38 | $39.15 | $14.23 | 27% |
| ZERIT CAP 40MG | $5.60 | $4.07 | $1.53 | 27% |
| ZIAGEN TAB 300MG | $6.80 | $4.78 | $2.02 | 30% |
| ZITHROMAX TAB 250MG | $7.58 | $5.59 | $1.99 | 26% |
| ZOCOR TAB 20MG | $4.59 | $3.01 | $1.58 | 35% |
| ZOCOR TAB 40MG | $4.59 | $3.06 | $1.53 | 33% |
| ZOLOFT TAB 100MG | $2.65 | $1.85 | $0.79 | 30% |
| ZOLOFT TAB 50MG | $2.65 | $1.86 | $0.78 | 30% |
| ZYPREXA TAB 10MG | $9.64 | $6.84 | $2.80 | 29% |
| ZYPREXA TAB 15MG | $14.46 | $10.26 | $4.20 | 29% |
| ZYPREXA TAB 2.5MG | $5.37 | $3.90 | $1.47 | 27% |
| ZYPREXA TAB 20MG | $19.25 | $13.23 | $6.02 | 31% |
| ZYPREXA TAB 5MG | $6.34 | $4.52 | $1.82 | 29% |
| ZYPREXA TAB 7.5MG | $6.76 | $5.10 | $1.66 | 25% |
| ZYRTEC TAB 10MG | $210.95 | $132.88 | $78.07 | 37% |

B-3

# EXHIBIT C

**EXHIBIT C: ESTIMATED OVERCHARGES FOR SUFFOLK AMENDED COMPLAINT DRUGS USING 2003 DATA**

| Drug | Reported Average Wholesale Price | RP1 | RP2 | RP3 | Average Retail Price | Estimated True AWP | Estimated Overcharge | Estimated Overcharge as a percentage of Reported AWP |
|---|---|---|---|---|---|---|---|---|
| ACIPHEX 20MG TABLET | $4.28 | $3.75 | $3.63 | $4.08 | $3.82 | $3.01 | $0.84 | 22% |
| ALBUTEROL 90MCG INHALER | $21.41 | $9.03 | $12.00 | $13.89 | $11.64 | $9.16 | $10.10 | 52% |
| AMBIEN 10MG TABLET | $2.69 | $2.40 | $2.36 | $2.27 | $2.34 | $1.84 | $0.58 | 24% |
| AUGMENTIN 875-125 TABLET | $5.39 | $5.00 | $4.75 | $4.91 | $4.89 | $3.85 | $1.00 | 21% |
| AVANDIA 8MG TABLET | $5.13 | $4.50 | $4.16 | $4.88 | $4.51 | $3.55 | $1.06 | 23% |
| AVONEX ADMIN PACK 30MCG VL | $269.06 | UNAVAIL | $232.74 | $241.96 | $237.35 | $186.89 | $55.27 | 23% |
| AXID 150MG PULVULE [1] | UNAVAIL | $2.01 | $2.62 | $2.69 | $2.44 | $1.92 | NA | NA |
| BETASERON 0.3MG VIAL [1] | UNAVAIL | $77.16 | $72.60 | $80.25 | $76.67 | $60.37 | NA | NA |
| BUSPAR 15MG TABLET | $2.36 | $2.21 | $2.04 | $2.41 | $2.22 | $1.75 | $0.38 | 18% |
| CELEBREX 100MG CAPSULE | $1.58 | $1.57 | $1.44 | $1.53 | $1.51 | $1.19 | $0.23 | 16% |
| CELEBREX 200MG CAPSULE | $2.76 | $2.51 | $2.36 | $2.49 | $2.45 | $1.93 | $0.56 | 22% |
| CELEXA 20MG TABLET | $2.41 | $2.19 | $2.09 | $2.31 | $2.20 | $1.73 | $0.44 | 20% |
| CIPRO 500MG TABLET | $5.41 | $5.09 | $4.82 | $5.13 | $5.01 | $3.95 | $0.92 | 19% |
| CLARITIN 10MG TABLET | $3.10 | $2.68 | UNAVAIL | $2.80 | $2.74 | $2.16 | $0.63 | 23% |
| CLOZAPINE 100MG TABLET [2] | $3.33 | UNAVAIL | UNAVAIL | UNAVAIL | NA | NA | NA | NA |
| COMBIVIR TABLET | $10.96 | $10.01 | $9.44 | $10.42 | $9.96 | $7.84 | $2.03 | 21% |
| CRIXIVAN 400MG CAPSULE | $3.04 | $2.74 | $2.52 | $2.82 | $2.69 | $2.12 | $0.61 | 22% |
| DEPAKOTE 250MG TABLET EC | $1.04 | $0.99 | $0.94 | $1.02 | $0.98 | $0.77 | $0.16 | 18% |
| DEPAKOTE 500MG TABLET EC | $1.92 | $1.80 | $1.69 | $1.77 | $1.75 | $1.38 | $0.35 | 20% |
| DURAGESIC 100MCG/HR PATCH [2] | $48.27 | UNAVAIL | UNAVAIL | UNAVAIL | NA | NA | NA | NA |
| EFFEXOR XR 75MG CAPSULE SA | $2.85 | $2.59 | UNAVAIL | UNAVAIL | $2.59 | $2.04 | $0.53 | 21% |
| ENBREL 25MG KIT | $163.33 | $144.28 | $134.81 | UNAVAIL | $139.55 | $109.88 | $37.11 | 25% |
| EPIVIR 150MG TABLET | $5.06 | $4.66 | $4.34 | $4.87 | $4.63 | $3.64 | $0.91 | 20% |
| EPOGEN 10000U/ML VIAL | $134.59 | UNAVAIL | $115.86 | $127.27 | $121.57 | $95.72 | $25.41 | 21% |
| FLONASE 0.05% NASAL SPRAY | $62.41 | $54.10 | $54.00 | $57.10 | $55.06 | $43.36 | $12.81 | 23% |
| FLOVENT 110MCG INHALER | $74.11 | $68.22 | $68.66 | $72.21 | $69.70 | $54.88 | $11.82 | 18% |
| FLUOXETINE 20MG CAPSULE | $2.67 | $0.74 | $0.94 | $2.11 | $1.26 | $0.99 | $1.41 | 59% |
| FOSAMAX 70MG TABLET | $17.25 | $14.92 | $15.41 | $16.80 | $15.71 | $12.37 | $3.15 | 20% |
| GLUCOPHAGE 1000MG TABLET | $1.61 | $1.49 | $1.48 | $1.55 | $1.50 | $1.18 | $0.27 | 18% |
| GLUCOPHAGE 500MG TABLET | $0.78 | $0.73 | $0.72 | $0.76 | $0.74 | $0.58 | $0.13 | 18% |
| GLUCOTROL XL 10MG TABLET SA | $0.85 | $0.80 | UNAVAIL | $0.87 | $0.83 | $0.66 | $0.11 | 14% |
| HELIXATE FS 1000 IU/VIAL [2] | $1.44 | UNAVAIL | UNAVAIL | UNAVAIL | NA | NA | NA | NA |
| KALETRA SOFTGEL | $3.91 | UNAVAIL | $3.59 | $3.50 | $3.55 | $2.79 | $0.72 | 21% |
| LAMICTAL 100MG TABLET | $2.91 | $2.84 | $2.63 | $2.92 | $2.80 | $2.20 | $0.42 | 16% |
| LEVAQUIN 500MG TABLET | $9.67 | $9.24 | $8.47 | $8.79 | $8.83 | $6.95 | $1.75 | 20% |
| LIPITOR 10MG TABLET | $2.39 | $2.06 | $1.94 | $2.15 | $2.05 | $1.61 | $0.53 | 25% |
| LIPITOR 20MG TABLET | $3.64 | $3.01 | $2.98 | $3.23 | $3.07 | $2.42 | $0.86 | 26% |
| LIPITOR 40MG TABLET | $3.64 | $3.01 | $3.00 | $3.09 | $3.03 | $2.39 | $0.89 | 27% |
| NEUPOGEN 300MCG/ML VIAL | $207.50 | UNAVAIL | $171.13 | $187.17 | $179.15 | $141.06 | $45.69 | 24% |

RP1: Costco.com
RP2: DrugStore.com
RP3: Eckerd.com

| Drug | Reported Average Wholesale Price | RP1 | RP2 | RP3 | Average Retail Price | Estimated True AWP | Estimated Overcharge | Estimated Overcharge as a percentage of Reported AWP |
|---|---|---|---|---|---|---|---|---|
| NEURONTIN 300MG CAPSULE | $1.39 | $1.22 | $1.16 | $1.18 | $1.19 | $0.93 | $0.32 | 25% |
| NEURONTIN 400MG CAPSULE | $1.67 | $1.47 | $1.39 | $1.51 | $1.46 | $1.15 | $0.35 | 24% |
| NEURONTIN 600MG TABLET | $2.18 | UNAVAIL | $1.83 | $2.22 | $2.02 | $1.59 | $0.37 | 19% |
| NEXIUM 40MG CAPSULE | $4.42 | $3.78 | $3.82 | $3.91 | $3.84 | $3.02 | $0.96 | 24% |
| NORVASC 10MG TABLET | $2.17 | $1.87 | $1.87 | $1.87 | $1.87 | $1.47 | $0.48 | 25% |
| NORVASC 5MG TABLET | $1.50 | $1.35 | $1.27 | $1.36 | $1.32 | $1.04 | $0.31 | 23% |
| PAXIL 10MG TABLET | $2.70 | $2.40 | $2.33 | $2.67 | $2.47 | $1.94 | $0.49 | 20% |
| PAXIL 20MG TABLET | $2.82 | $2.45 | $2.43 | $2.43 | $2.44 | $1.92 | $0.62 | 24% |
| PAXIL 30MG TABLET | $2.90 | $2.56 | $2.51 | $2.87 | $2.65 | $2.08 | $0.53 | 20% |
| PAXIL 40MG TABLET | $3.07 | $2.72 | $2.66 | $3.03 | $2.80 | $2.21 | $0.55 | 20% |
| PLAVIX 75MG TABLET | $4.06 | $3.67 | $3.43 | $3.78 | $3.63 | $2.86 | $0.80 | 22% |
| PRAVACHOL 20MG TABLET | $3.08 | $2.67 | $2.52 | $2.77 | $2.65 | $2.09 | $0.68 | 25% |
| PRAVACHOL 40MG TABLET | $4.52 | $3.74 | $3.70 | $4.00 | $3.82 | $3.00 | $1.06 | 26% |
| PREVACID 15MG CAPSULE DR | $4.36 | $4.08 | $3.70 | $4.14 | $3.97 | $3.13 | $0.80 | 20% |
| PREVACID 30MG CAPSULE DR | $4.44 | $3.94 | $3.74 | $3.98 | $3.89 | $3.06 | $0.94 | 23% |
| PRILOSEC 20MG CAPSULE DR | $4.61 | $3.86 | $3.73 | $4.04 | $3.88 | $3.05 | $1.10 | 26% |
| PROCRIT 10000U/ML VIAL | $133.56 | UNAVAIL | $114.89 | $121.36 | $118.12 | $93.01 | $27.19 | 23% |
| PROCRIT 20000U/ML VIAL | $267.12 | UNAVAIL | $230.55 | $240.23 | $235.39 | $185.35 | $55.06 | 23% |
| PROCRIT 40000U/ML VIAL | $534.24 | $485.50 | $477.97 | $456.99 | $473.49 | $372.82 | $107.99 | 22% |
| PROGRAF 1MG CAPSULE [1] | UNAVAIL | UNAVAIL | $3.09 | $3.07 | $3.08 | $2.42 | NA | NA |
| PROTONIX 40MG TABLET EC | $3.48 | $3.01 | $3.00 | $3.32 | $3.11 | $2.45 | $0.68 | 22% |
| PROZAC 20MG CAP | $3.33 | $3.23 | $2.92 | $3.66 | $3.27 | $2.58 | $0.42 | 14% |
| PROZAC 40MG CAP | $6.66 | UNAVAIL | $5.80 | $7.23 | $6.51 | $5.13 | $0.87 | 14% |
| PULMOZYME 1MG/ML AMPUL | $47.98 | UNAVAIL | $41.30 | UNAVAIL | $41.30 | $32.52 | $10.67 | 25% |
| RISPERDAL 0.25MG TABLET | $2.96 | UNAVAIL | $2.54 | $2.79 | $2.66 | $2.10 | $0.56 | 21% |
| RISPERDAL 0.5MG TABLET | $3.07 | UNAVAIL | $2.64 | $2.94 | $2.79 | $2.20 | $0.56 | 20% |
| RISPERDAL 1MG TABLET | $3.17 | $3.12 | $2.71 | $3.27 | $3.03 | $2.39 | $0.47 | 16% |
| RISPERDAL 2MG TABLET | $5.11 | $4.89 | $4.43 | $4.93 | $4.75 | $3.74 | $0.85 | 19% |
| RISPERDAL 3MG TABLET | $6.17 | $6.01 | $5.27 | $6.35 | $5.87 | $4.63 | $0.93 | 17% |
| RISPERDAL 4MG TABLET | $8.14 | $7.97 | $6.91 | $8.53 | $7.80 | $6.14 | $1.18 | 16% |
| SEREVENT 21MCG INHALER | $84.01 | $78.02 | $77.99 | $87.95 | $81.32 | $64.03 | $11.58 | 15% |
| SEROQUEL 100MG TABLET | $2.91 | $2.71 | $2.52 | $3.02 | $2.75 | $2.17 | $0.45 | 17% |
| SEROQUEL 200MG TABLET | $5.48 | $5.09 | $4.72 | $5.28 | $5.03 | $3.96 | $0.98 | 20% |
| SEROQUEL 25MG TABLET | $1.60 | $1.50 | $1.41 | $1.67 | $1.53 | $1.20 | $0.24 | 16% |
| SINGULAIR 10MG TABLET | $2.93 | $2.75 | $2.51 | $2.65 | $2.64 | $2.08 | $0.56 | 21% |
| SUSTIVA 200MG CAPSULE | $4.80 | $4.61 | $4.26 | $5.12 | $4.66 | $3.67 | $0.65 | 15% |
| SYNAGIS 100MG VIAL | $1,416.48 | UNAVAIL | $1,184.98 | $1,221.15 | $1,203.06 | $947.29 | $327.54 | 26% |
| TOBI 300MG/5ML SOLUTION | $51.86 | UNAVAIL | $45.19 | $49.20 | $47.19 | $37.16 | $9.51 | 20% |
| TOPAMAX 100MG TABLET | $3.63 | $3.49 | $3.14 | $3.24 | $3.29 | $2.59 | $0.67 | 21% |
| ULTRAM 50MG TABLET | $1.02 | UNAVAIL | $0.95 | $0.89 | $0.92 | $0.72 | $0.20 | 21% |
| VIOXX 25MG TABLET | $2.76 | $2.51 | $2.36 | $2.56 | $2.47 | $1.95 | $0.54 | 22% |

| Drug | Reported Average Wholesale Price | RP1 | RP2 | RP3 | Average Retail Price | Estimated True AWP | Estimated Overcharge | Estimated Overcharge as a percentage of Reported AWP |
|---|---|---|---|---|---|---|---|---|
| VIRACEPT 250MG TABLET | $2.52 | $2.13 | $2.10 | $2.42 | $2.21 | $1.74 | $0.53 | 23% |
| WELLBUTRIN SR 150MG TAB SA | $1.93 | $1.64 | $1.67 | $1.82 | $1.71 | $1.35 | $0.39 | 23% |
| XALATAN 0.005% EYE DROPS | $53.38 | $50.47 | $47.33 | $54.76 | $50.85 | $49.04 | $8.00 | 17% |
| ZERIT 40MG CAPSULE | $5.58 | $5.22 | $4.90 | $5.39 | $5.17 | $4.07 | $0.95 | 19% |
| ZIAGEN 300MG TABLET | $6.80 | $5.87 | $5.82 | $6.54 | $6.07 | $4.78 | $1.33 | 22% |
| ZITHROMAX 250MG Z-PAK TAB | $7.58 | $6.81 | $6.61 | $8.10 | $7.17 | $5.65 | $1.17 | 17% |
| ZOCOR 20MG TABLET | $4.59 | $3.85 | $3.72 | $3.88 | $3.82 | $3.01 | $1.12 | 27% |
| ZOCOR 40MG TABLET | $4.59 | $3.86 | $3.72 | $4.07 | $3.88 | $3.06 | $1.07 | 26% |
| ZOLOFT 100MG TABLET | $2.65 | $2.33 | $2.22 | $2.51 | $2.35 | $1.85 | $0.53 | 22% |
| ZOLOFT 50MG TABLET | $2.65 | $2.32 | $2.20 | $2.59 | $2.37 | $1.86 | $0.52 | 22% |
| ZYPREXA 10MG TABLET | $9.64 | $8.90 | $8.37 | $8.80 | $8.69 | $6.84 | $1.83 | 21% |
| ZYPREXA 15MG TABLET | $14.46 | UNAVAIL | $12.44 | $13.61 | $13.03 | $10.26 | $2.75 | 21% |
| ZYPREXA 2.5MG TABLET | $5.37 | $5.04 | $5.18 | $4.67 | $4.96 | $3.91 | $0.92 | 19% |
| ZYPREXA 20MG TABLET | $19.25 | UNAVAIL | $16.44 | $17.16 | $16.80 | $13.23 | $4.09 | 24% |
| ZYPREXA 5MG TABLET | $6.34 | $5.80 | $5.53 | $5.92 | $5.75 | $4.53 | $1.18 | 21% |
| ZYPREXA 7.5MG TABLET | $7.26 | $6.71 | $6.22 | $6.49 | $6.47 | $5.10 | $1.44 | 22% |
| ZYRTEC 10MG TABLET [2] | $2.11 | UNAVAIL | UNAVAIL | UNAVAIL | NA | NA | NA | NA |

**Notes:**
1. Published AWP unavailable for 2003
2. Retail price data unavailable for 2003

RP1: Costco.com
RP2: DrugStore.com
RP3: Ekerd.com

C-3

# EXHIBIT D

**EXHIBIT D: ESTIMATED OVERCHARGES FOR SUFFOLK AMENDED COMPLAINT DRUGS USING 2004 DATA**

| Drug | Reported Average Wholesale Price | RP1 | RP2 | RP3 | Average Retail Price | Estimated True AWP | Estimated Overcharge | Estimated Overcharge as a percentage of Reported AWP |
|---|---|---|---|---|---|---|---|---|
| ACIPHEX 20MG TABLET | $4.50 | $3.94 | $3.82 | $3.79 | $3.85 | $3.03 | $0.93 | 23% |
| ALBUTEROL 90MCG INHALER | $21.41 | $8.55 | $12.00 | $7.29 | $9.28 | $7.31 | $11.53 | 61% |
| AMBIEN 10MG TABLET | $3.07 | $2.73 | $2.60 | $2.54 | $2.62 | $2.07 | $0.64 | 24% |
| AUGMENTIN 875-125 TABLET | $5.60 | $5.46 | $5.19 | $5.18 | $5.28 | $4.16 | $0.78 | 16% |
| AVANDIA 8MG TABLET | $5.38 | $4.89 | $4.58 | $4.64 | $4.70 | $3.70 | $1.03 | 22% |
| AVONEX ADMIN PACK 30MCG VL | $319.38 | UNAVAIL | $289.40 | $281.72 | $285.56 | $224.85 | $56.20 | 20% |
| AXID 150MG PULVULE [1] | UNAVAIL | UNAVAIL | UNAVAIL | UNAVAIL | NA | NA | NA | NA |
| BETASERON 0.3MG VIAL [1] | UNAVAIL | UNAVAIL | UNAVAIL | UNAVAIL | NA | NA | NA | NA |
| BUSPAR 15MG TABLET | $2.36 | $2.17 | $2.04 | $2.03 | $2.08 | $1.64 | $0.44 | 21% |
| CELEBREX 100MG CAPSULE | $1.82 | $1.64 | $1.53 | $1.58 | $1.58 | $1.25 | $0.36 | 22% |
| CELEBREX 200MG CAPSULE | $2.99 | $3.11 | $2.53 | $2.47 | $2.70 | $2.13 | $0.50 | 19% |
| CELEXA 20MG TABLET | $2.50 | $2.46 | $2.17 | $2.27 | $2.30 | $1.81 | $0.39 | 18% |
| CIPRO 500MG TABLET | $5.74 | $5.32 | $4.82 | $4.81 | $4.99 | $3.93 | $1.12 | 22% |
| CLARITIN 10MG TABLET [1] | UNAVAIL | UNAVAIL | UNAVAIL | UNAVAIL | NA | NA | NA | NA |
| CLOZAPINE 100MG TABLET | $3.33 | UNAVAIL | UNAVAIL | $3.50 | $3.50 | $2.75 | $0.17 | 6% |
| COMBIVIR TABLET | $11.50 | $10.50 | $9.60 | $9.59 | $9.90 | $7.79 | $2.33 | 23% |
| CRIXIVAN 400MG CAPSULE | $3.04 | $2.85 | $2.52 | $2.55 | $2.64 | $2.08 | $0.59 | 22% |
| DEPAKOTE 250MG TABLET EC | $1.15 | $1.15 | $1.07 | $0.99 | $1.07 | $0.84 | $0.17 | 17% |
| DEPAKOTE 500MG TABLET EC | $2.12 | $2.04 | $1.89 | $1.99 | $1.96 | $1.54 | $0.33 | 17% |
| DURAGESIC 100MCG/HR PATCH [2] | $56.97 | UNAVAIL | UNAVAIL | UNAVAIL | NA | NA | NA | NA |
| EFFEXOR XR 75MG CAPSULE SA | $3.13 | $2.95 | $2.89 | $2.81 | $2.88 | $2.27 | $0.48 | 18% |
| ENBREL 25MG KIT | $164.47 | $158.47 | $143.12 | $145.97 | $149.19 | $117.47 | $27.27 | 19% |
| EPIVIR 150MG TABLET | $5.30 | $4.88 | $4.34 | $4.42 | $4.55 | $3.58 | $1.09 | 23% |
| EPOGEN 10000U/ML VIAL | $134.59 | UNAVAIL | $121.65 | $115.99 | $118.82 | $93.56 | $24.88 | 21% |
| FLONASE 0.05% NASAL SPRAY | $65.53 | $59.26 | $56.66 | $56.62 | $57.51 | $45.29 | $12.38 | 21% |
| FLOVENT 110MCG INHALER | $81.71 | $73.96 | $71.99 | $70.62 | $72.19 | $56.84 | $15.06 | 21% |
| FLUOXETINE 20MG CAPSULE | $2.67 | $0.73 | $0.33 | $0.93 | $0.66 | $0.52 | $1.82 | 78% |
| FOSAMAX 70MG TABLET | $17.60 | $15.96 | $15.66 | $15.32 | $15.65 | $12.32 | $3.16 | 20% |
| GLUCOPHAGE 1000MG TABLET | $1.72 | $1.59 | $1.58 | $1.58 | $1.58 | $1.25 | $0.27 | 18% |
| GLUCOPHAGE 500MG TABLET | $0.83 | $0.72 | $0.72 | $0.70 | $0.71 | $0.56 | $0.17 | 24% |
| GLUCOTROL XL 10MG TABLET SA | $0.93 | $0.86 | UNAVAIL | $0.88 | $0.87 | $0.68 | $0.13 | 16% |
| HELIXATE FS 1000 IU/VIAL [2] | $1.44 | UNAVAIL | UNAVAIL | UNAVAIL | NA | NA | NA | NA |
| KALETRA SOFTGEL | $3.91 | UNAVAIL | $3.59 | $3.60 | $3.60 | $2.83 | $0.61 | 18% |
| LAMICTAL 100MG TABLET | $3.19 | $3.21 | $2.90 | $2.92 | $3.01 | $2.37 | $0.44 | 16% |
| LEVAQUIN 500MG TABLET | $10.15 | $9.74 | $9.32 | $8.86 | $9.31 | $7.33 | $1.60 | 18% |
| LIPITOR 10MG TABLET | $2.48 | $2.21 | $2.09 | $2.04 | $2.11 | $1.66 | $0.52 | 24% |
| LIPITOR 20MG TABLET | $3.60 | $3.10 | $3.07 | $3.05 | $3.07 | $2.42 | $0.75 | 24% |
| LIPITOR 40MG TABLET | $3.60 | $3.11 | $3.07 | $2.99 | $3.06 | $2.41 | $0.76 | 24% |
| NEUPOGEN 300MCG/ML VIAL | $207.50 | UNAVAIL | $181.43 | $174.59 | $178.01 | $140.17 | $42.43 | 23% |

| Drug | Reported Average Wholesale Price | RP1 | RP2 | RP3 | Average Retail Price | Estimated True AWP | Estimated Overcharge | Estimated Overcharge as a percentage of Reported AWP |
|---|---|---|---|---|---|---|---|---|
| NEURONTIN 300MG CAPSULE | $1.42 | $1.30 | $1.21 | $1.19 | $1.23 | $0.97 | $0.28 | 22% |
| NEURONTIN 400MG CAPSULE | $1.70 | $1.57 | $1.39 | $1.44 | $1.47 | $1.15 | $0.34 | 23% |
| NEURONTIN 600MG TABLET[1] | UNAVAIL | $2.52 | UNAVAIL | $2.33 | $2.43 | $1.91 | NA | NA |
| NEXIUM 40MG CAPSULE | $4.50 | $4.01 | $3.86 | $3.85 | $3.91 | $3.08 | $0.88 | 22% |
| NORVASC 10MG TABLET | $2.18 | $1.89 | $1.89 | $1.85 | $1.88 | $1.48 | $0.44 | 23% |
| NORVASC 5MG TABLET | $1.59 | $1.39 | $1.38 | $1.34 | $1.37 | $1.08 | $0.32 | 23% |
| PAXIL 10MG TABLET | $2.80 | $2.53 | $2.33 | $2.32 | $2.40 | $1.89 | $0.57 | 23% |
| PAXIL 20MG TABLET | $2.92 | $2.64 | $2.49 | $2.42 | $2.52 | $1.98 | $0.59 | 23% |
| PAXIL 30MG TABLET | $3.01 | $2.72 | $2.51 | $2.50 | $2.58 | $2.03 | $0.62 | 23% |
| PAXIL 40MG TABLET | $3.18 | $2.87 | $2.66 | $2.64 | $2.72 | $2.14 | $0.65 | 24% |
| PLAVIX 75MG TABLET | $4.37 | $3.75 | $3.67 | $3.70 | $3.71 | $2.92 | $0.93 | 24% |
| PRAVACHOL 20MG TABLET | $3.16 | $2.78 | $2.67 | $2.61 | $2.69 | $2.11 | $0.67 | 24% |
| PRAVACHOL 40MG TABLET | $4.64 | $4.00 | $3.89 | $3.93 | $3.94 | $3.10 | $0.98 | 24% |
| PREVACID 15MG CAPSULE DR | $4.49 | $4.24 | $3.82 | $3.87 | $3.98 | $3.13 | $0.82 | 21% |
| PREVACID 30MG CAPSULE DR | $4.58 | $4.09 | $3.83 | $3.93 | $3.95 | $3.11 | $0.92 | 23% |
| PRILOSEC 20MG CAPSULE DR | $4.61 | $3.89 | $3.73 | UNAVAIL | $3.81 | $3.00 | $1.06 | 26% |
| PROCRIT 10000U/ML VIAL | $133.56 | UNAVAIL | $126.34 | $128.15 | $127.24 | $100.19 | $17.34 | 15% |
| PROCRIT 20000U/ML VIAL | $267.12 | UNAVAIL | $253.54 | $336.87 | $295.20 | $232.44 | $2.62 | 1% |
| PROCRIT 40000U/ML VIAL | $534.24 | $512.06 | $502.55 | UNAVAIL | $507.31 | $399.45 | $70.68 | 15% |
| PROGRAF 1MG CAPSULE[1] | UNAVAIL | UNAVAIL | $3.22 | $3.13 | $3.21 | $2.53 | $0.70 | 22% |
| PROTONIX 40MG TABLET EC | $3.67 | $3.28 | $3.34 | $3.41 | $3.46 | $2.72 | $0.63 | 19% |
| PROZAC 20MG CAP | $3.81 | $3.63 | $7.26 | $6.45 | $6.86 | $5.40 | $1.31 | 20% |
| PROZAC 40MG CAP | $7.63 | UNAVAIL | $45.96 | UNAVAIL | $47.85 | $37.67 | $5.66 | 15% |
| PULMOZYME 1MG/ML AMPUL | $50.38 | $49.73 | $2.69 | $2.68 | $2.70 | $2.13 | $0.55 | 21% |
| RISPERDAL 0.25MG TABLET | $3.05 | $2.75 | $2.84 | $2.77 | $2.86 | $2.26 | $0.58 | 20% |
| RISPERDAL 0.5MG TABLET | $3.22 | $2.98 | $2.89 | $3.23 | $3.11 | $2.45 | $0.56 | 19% |
| RISPERDAL 1MG TABLET | $3.42 | $3.20 | $4.77 | $4.64 | $4.81 | $3.78 | $0.93 | 20% |
| RISPERDAL 2MG TABLET | $5.36 | $5.01 | $5.56 | $5.68 | $5.80 | $4.56 | $1.24 | 21% |
| RISPERDAL 3MG TABLET | $6.60 | $6.16 | $7.64 | $7.34 | $7.72 | $6.08 | $1.65 | 21% |
| RISPERDAL 4MG TABLET | $8.78 | $8.17 | UNAVAIL | UNAVAIL | NA | NA | NA | NA |
| SEREVENT 21MCG INHALER[1] | UNAVAIL | UNAVAIL | $2.71 | UNAVAIL | $2.75 | $2.16 | $0.46 | 17% |
| SEROQUEL 100MG TABLET | $2.98 | $2.82 | $5.08 | $5.07 | $5.20 | $4.09 | $0.85 | 17% |
| SEROQUEL 200MG TABLET | $5.62 | $5.45 | $1.57 | $1.50 | $1.58 | $1.25 | $0.19 | 13% |
| SEROQUEL 25MG TABLET | $1.64 | $1.67 | $2.76 | $2.62 | $2.74 | $2.16 | $0.49 | 18% |
| SINGULAIR 10MG TABLET | $3.00 | $2.85 | $4.24 | $4.31 | $4.46 | $3.51 | $0.84 | 19% |
| SUSTIVA 200MG CAPSULE | $4.94 | $4.82 | UNAVAIL | UNAVAIL | NA | NA | NA | NA |
| SYNAGIS 100MG VIAL[2] | $1,478.82 | UNAVAIL | $47.08 | UNAVAIL | $47.08 | $37.07 | $10.85 | 23% |
| TOBI 300MG/5ML SOLUTION | $54.45 | UNAVAIL | $3.59 | $3.76 | $3.73 | $2.93 | $0.56 | 16% |
| TOPAMAX 100MG TABLET | $3.98 | $3.83 | $0.95 | $1.04 | $1.04 | $0.82 | $0.20 | 19% |
| ULTRAM 50MG TABLET | $1.16 | $1.13 | UNAVAIL | UNAVAIL | NA | NA | NA | NA |
| VIOXX 25MG TABLET[2] | $2.89 | UNAVAIL | UNAVAIL | UNAVAIL | | | | |

RP1: Costco.com
RP2: DrugStore.com
RP3: FamilyMeds.com

# 

Case 1:01-cv-12257-PBS   Document 1172-2   Filed 11/16/04   Page 18 of 83

| Drug | Reported Average Wholesale Price | RP1 | RP2 | RP3 | Average Retail Price | Estimated True AWP | Estimated Overcharge | Estimated Overcharge as a percentage of Reported AWP |
|---|---|---|---|---|---|---|---|---|
| VIRACEPT 250MG TABLET | $2.52 | UNAVAIL | $2.10 | $2.09 | $2.09 | $1.65 | $0.57 | 26% |
| WELLBUTRIN SR 150MG TAB SA | $2.07 | $1.92 | $1.79 | $1.74 | $1.82 | $1.43 | $0.39 | 21% |
| XALATAN 0.005% EYE DROPS | $56.04 | $49.26 | $47.33 | $50.87 | $49.15 | $38.70 | $10.61 | 22% |
| ZERIT 40MG CAPSULE | $5.73 | $5.46 | $5.13 | $4.94 | $5.18 | $4.08 | $0.96 | 19% |
| ZIAGEN 300MG TABLET | $7.13 | $6.15 | $5.82 | $6.79 | $6.25 | $4.92 | $1.35 | 22% |
| ZITHROMAX 250MG Z-PAK TAB | $7.91 | $7.39 | $7.43 | $6.77 | $7.20 | $5.67 | $1.29 | 19% |
| ZOCOR 20MG TABLET | $4.60 | $4.02 | $3.97 | $3.90 | $3.96 | $3.12 | $0.92 | 23% |
| ZOCOR 40MG TABLET | $4.60 | $4.02 | $3.97 | $3.90 | $3.96 | $3.12 | $0.92 | 23% |
| ZOLOFT 100MG TABLET | $2.76 | $2.40 | $2.30 | $2.39 | $2.36 | $1.86 | $0.57 | 23% |
| ZOLOFT 50MG TABLET | $2.76 | $2.39 | $2.33 | $2.39 | $2.37 | $1.87 | $0.56 | 23% |
| ZYPREXA 10MG TABLET | $9.98 | $9.57 | $8.78 | $8.59 | $8.98 | $7.07 | $1.71 | 19% |
| ZYPREXA 15MG TABLET | $14.96 | UNAVAIL | $12.44 | UNAVAIL | $12.44 | $9.80 | $3.37 | 26% |
| ZYPREXA 2.5MG TABLET | $5.56 | $5.45 | $4.80 | $4.80 | $5.02 | $3.95 | $0.94 | 19% |
| ZYPREXA 20MG TABLET | $19.92 | UNAVAIL | $16.44 | UNAVAIL | $16.44 | $12.95 | $4.58 | 26% |
| ZYPREXA 5MG TABLET | $6.56 | $6.01 | $5.66 | $5.67 | $5.78 | $4.55 | $1.23 | 21% |
| ZYPREXA 7.5MG TABLET | $7.98 | $7.74 | $6.22 | $7.00 | $6.99 | $5.50 | $1.52 | 22% |
| ZYRTEC 10MG TABLET | $2.11 | $1.89 | $1.81 | $1.77 | $1.82 | $1.44 | $0.42 | 23% |

**Note:**
1. Published AWP unavailable for 2004
2. Retail price data unavailable for 2004

RP1: Costco.com
RP2: DrugStore.com
RP3: FamilyMeds.com

D-3

# EXHIBIT E

## EXHIBIT E: 2001 SUFFOLK MEDICAID PHARMACY COSTS

| Drug | Local Paid Amount |
|---|---|
| ACIPHEX 20MG TABLET | $50,892 |
| ALBUTEROL 90MCG INHALER | $64,433 |
| AMBIEN 10MG TABLET | $151,579 |
| AUGMENTIN 875-125 TABLET | $52,475 |
| AVANDIA 8MG TABLET | $46,828 |
| AVONEX ADMIN PACK 30MCG VL | $101,262 |
| AXID 150MG PULVULE | $91,704 |
| BETASERON 0.3MG VIAL | $60,637 |
| BUSPAR 15MG TABLET | $41,884 |
| CELEBREX 100MG CAPSULE | $49,434 |
| CELEBREX 200MG CAPSULE | $222,887 |
| CELEXA 20MG TABLET | $79,522 |
| CIPRO 500MG TABLET | $59,084 |
| CLARITIN 10MG TABLET | $106,680 |
| CLOZAPINE 100MG TABLET | $61,564 |
| COMBIVIR TABLET | $243,939 |
| CRIXIVAN 400MG CAPSULE | $70,785 |
| DEPAKOTE 250MG TABLET EC | $96,482 |
| DEPAKOTE 500MG TABLET EC | $207,517 |
| DURAGESIC 100MCG/HR PATCH | $83,380 |
| EFFEXOR XR 75MG CAPSULE SA | $39,811 |
| ENBREL 25MG KIT | $67,757 |
| EPIVIR 150MG TABLET | $81,727 |
| EPOGEN 10000U/ML VIAL | $43,888 |
| FLONASE 0.05% NASAL SPRAY | $49,854 |
| FLOVENT 110MCG INHALER | $50,483 |
| FLUOXETINE 20MG CAPSULE | $43,515 |
| FOSAMAX 70MG TABLET | $40,783 |
| GLUCOPHAGE 1000MG TABLET | $48,703 |
| GLUCOPHAGE 500MG TABLET | $69,389 |
| GLUCOTROL XL 10MG TABLET SA | $45,316 |
| HELIXATE FS 1000 IU/VIAL | $97,696 |
| KALETRA SOFTGEL | $88,389 |
| LAMICTAL 100MG TABLET | $27,029 |
| LEVAQUIN 500MG TABLET | $77,885 |
| LIPITOR 10MG TABLET | $134,056 |
| LIPITOR 20MG TABLET | $107,640 |
| LIPITOR 40MG TABLET | $45,071 |
| NEUPOGEN 300MCG/ML VIAL | $43,561 |

E-1

| Drug | Local Paid Amount |
|------|------------------:|
| NEURONTIN 300MG CAPSULE | $155,129 |
| NEURONTIN 400MG CAPSULE | $49,204 |
| NEURONTIN 600MG TABLET | $48,078 |
| NEXIUM 40MG CAPSULE | $44,246 |
| NORVASC 10MG TABLET | $93,807 |
| NORVASC 5MG TABLET | $66,748 |
| PAXIL 10MG TABLET | $46,418 |
| PAXIL 20MG TABLET | $98,332 |
| PAXIL 30MG TABLET | $49,879 |
| PAXIL 40MG TABLET | $39,232 |
| PLAVIX 75MG TABLET | $90,492 |
| PRAVACHOL 20MG TABLET | $56,595 |
| PRAVACHOL 40MG TABLET | $61,335 |
| PREVACID 15MG CAPSULE DR | $54,376 |
| PREVACID 30MG CAPSULE DR | $297,184 |
| PRILOSEC 20MG CAPSULE DR | $369,010 |
| PROCRIT 10000U/ML VIAL | $74,844 |
| PROCRIT 20000U/ML VIAL | $110,709 |
| PROCRIT 40000U/ML VIAL | $415,894 |
| PROGRAF 1MG CAPSULE | $50,832 |
| PROTONIX 40MG TABLET EC | $41,952 |
| PROZAC 20MG CAP | $154,142 |
| PROZAC 40MG CAP | $45,224 |
| PULMOZYME 1MG/ML AMPUL | $46,384 |
| RISPERDAL 0.25MG TABLET | $54,481 |
| RISPERDAL 0.5MG TABLET | $63,046 |
| RISPERDAL 1MG TABLET | $181,276 |
| RISPERDAL 2MG TABLET | $186,822 |
| RISPERDAL 3MG TABLET | $155,043 |
| RISPERDAL 4MG TABLET | $118,161 |
| SEREVENT 21MCG INHALER | $57,036 |
| SEROQUEL 100MG TABLET | $77,164 |
| SEROQUEL 200MG TABLET | $91,354 |
| SEROQUEL 25MG TABLET | $58,034 |
| SINGULAIR 10MG TABLET | $59,607 |
| SUSTIVA 200MG CAPSULE | $67,073 |
| SYNAGIS 100MG VIAL | $164,162 |
| TOBI 300MG/5ML SOLUTION | $45,937 |
| TOPAMAX 100MG TABLET | $40,146 |
| ULTRAM 50MG TABLET | $45,714 |
| VIOXX 25MG TABLET | $153,659 |

E-2

| Drug | Local Paid Amount |
|---|---|
| VIRACEPT 250MG TABLET | $126,869 |
| WELLBUTRIN SR 150MG TAB SA | $72,045 |
| XALATAN 0.005% EYE DROPS | $44,511 |
| ZERIT 40MG CAPSULE | $100,041 |
| ZIAGEN 300MG TABLET | $47,324 |
| ZITHROMAX 250MG Z-PAK TAB | $46,353 |
| ZOCOR 20MG TABLET | $142,392 |
| ZOCOR 40MG TABLET | $54,455 |
| ZOLOFT 100MG TABLET | $115,916 |
| ZOLOFT 50MG TABLET | $146,433 |
| ZYPREXA 10MG TABLET | $724,171 |
| ZYPREXA 15MG TABLET | $81,707 |
| ZYPREXA 2.5MG TABLET | $181,157 |
| ZYPREXA 20MG TABLET | $51,736 |
| ZYPREXA 5MG TABLET | $290,848 |
| ZYPREXA 7.5MG TABLET | $58,188 |
| ZYRTEC 10MG TABLET | $64,813 |

# EXHIBIT F

# EXHIBIT F: 2003 SUFFOLK MEDICAID PHARMACY COSTS

| Drug | Local Paid Amount |
|---|---|
| ACIPHEX 20MG TABLET | $118,445 |
| ALBUTEROL 90MCG INHALER | $71,626 |
| AMBIEN 10MG TABLET | $6,126 |
| AUGMENTIN 875-125 TABLET | $394 |
| AVANDIA 8MG TABLET | $62,779 |
| AVONEX ADMIN PACK 30MCG VL | $101,447 |
| AXID 150MG PULVULE | $42 |
| BETASERON 0.3MG VIAL | $15,587 |
| BUSPAR 15MG TABLET | $970 |
| CELEBREX 100MG CAPSULE | $29,332 |
| CELEBREX 200MG CAPSULE | $270,737 |
| CELEXA 20MG TABLET | $90,632 |
| CIPRO 500MG TABLET | $40,931 |
| CLARITIN 10MG TABLET | $14,625 |
| CLOZAPINE 100MG TABLET | $69,732 |
| COMBIVIR TABLET | $264,660 |
| CRIXIVAN 400MG CAPSULE | $32,385 |
| DEPAKOTE 250MG TABLET EC | $94,942 |
| DEPAKOTE 500MG TABLET EC | $221,594 |
| DURAGESIC 100MCG/HR PATCH | $136,224 |
| EFFEXOR XR 75MG CAPSULE SA | $109,178 |
| ENBREL 25MG KIT | $109,553 |
| EPIVIR 150MG TABLET | $72,608 |
| EPOGEN 10000U/ML VIAL | $27,132 |
| FLONASE 0.05% NASAL SPRAY | $74,657 |
| FLOVENT 110MCG INHALER | $46,733 |
| FLUOXETINE 20MG CAPSULE | $17,806 |
| FOSAMAX 70MG TABLET | $108,768 |
| GLUCOPHAGE 1000MG TABLET | $685 |
| GLUCOPHAGE 500MG TABLET | $902 |
| GLUCOTROL XL 10MG TABLET SA | $51,381 |
| HELIXATE FS 1000 IU/VIAL | $0 |
| KALETRA SOFTGEL | $170,042 |
| LAMICTAL 100MG TABLET | $49,959 |
| LEVAQUIN 500MG TABLET | $102,748 |
| LIPITOR 10MG TABLET | $172,614 |
| LIPITOR 20MG TABLET | $172,313 |
| LIPITOR 40MG TABLET | $62,267 |
| NEUPOGEN 300MCG/ML VIAL | $41,167 |

| Drug | Local Paid Amount |
|------|-------------------|
| NEURONTIN 300MG CAPSULE | $199,736 |
| NEURONTIN 400MG CAPSULE | $65,391 |
| NEURONTIN 600MG TABLET | $103,391 |
| NEXIUM 40MG CAPSULE | $302,098 |
| NORVASC 10MG TABLET | $110,279 |
| NORVASC 5MG TABLET | $82,328 |
| PAXIL 10MG TABLET | $32,902 |
| PAXIL 20MG TABLET | $67,903 |
| PAXIL 30MG TABLET | $36,512 |
| PAXIL 40MG TABLET | $34,872 |
| PLAVIX 75MG TABLET | $168,168 |
| PRAVACHOL 20MG TABLET | $60,746 |
| PRAVACHOL 40MG TABLET | $87,686 |
| PREVACID 15MG CAPSULE DR | $49,090 |
| PREVACID 30MG CAPSULE DR | $359,561 |
| PRILOSEC 20MG CAPSULE DR | $25,921 |
| PROCRIT 10000U/ML VIAL | $59,578 |
| PROCRIT 20000U/ML VIAL | $138,467 |
| PROCRIT 40000U/ML VIAL | $524,075 |
| PROGRAF 1MG CAPSULE | $2,456 |
| PROTONIX 40MG TABLET EC | $213,508 |
| PROZAC 20MG CAP | $4,221 |
| PROZAC 40MG CAP | $3,422 |
| PULMOZYME 1MG/ML AMPUL | $69,530 |
| RISPERDAL 0.25MG TABLET | $72,998 |
| RISPERDAL 0.5MG TABLET | $72,292 |
| RISPERDAL 1MG TABLET | $171,632 |
| RISPERDAL 2MG TABLET | $200,765 |
| RISPERDAL 3MG TABLET | $157,806 |
| RISPERDAL 4MG TABLET | $140,945 |
| SEREVENT 21MCG INHALER | $24,097 |
| SEROQUEL 100MG TABLET | $147,545 |
| SEROQUEL 200MG TABLET | $200,250 |
| SEROQUEL 25MG TABLET | $155,144 |
| SINGULAIR 10MG TABLET | $98,953 |
| SUSTIVA 200MG CAPSULE | $17,611 |
| SYNAGIS 100MG VIAL | $217,778 |
| TOBI 300MG/5ML SOLUTION | $16,966 |
| TOPAMAX 100MG TABLET | $114,584 |
| ULTRAM 50MG TABLET | $829 |
| VIOXX 25MG TABLET | $162,433 |

F-2

| Drug | Local Paid Amount |
|------|-------------------|
| VIRACEPT 250MG TABLET | $121,625 |
| WELLBUTRIN SR 150MG TAB SA | $126,769 |
| XALATAN 0.005% EYE DROPS | $41,174 |
| ZERIT 40MG CAPSULE | $89,121 |
| ZIAGEN 300MG TABLET | $37,207 |
| ZITHROMAX 250MG Z-PAK TAB | $81,652 |
| ZOCOR 20MG TABLET | $27,006 |
| ZOCOR 40MG TABLET | $20,070 |
| ZOLOFT 100MG TABLET | $165,181 |
| ZOLOFT 50MG TABLET | $168,882 |
| ZYPREXA 10MG TABLET | $547,048 |
| ZYPREXA 15MG TABLET | $247,244 |
| ZYPREXA 2.5MG TABLET | $198,471 |
| ZYPREXA 20MG TABLET | $341,415 |
| ZYPREXA 5MG TABLET | $280,318 |
| ZYPREXA 7.5MG TABLET | $75,573 |
| ZYRTEC 10MG TABLET | $51,768 |

# EXHIBIT G

AKTOB/186

RX

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

**AKTOB** (Akorn)
tobramycin
SOL, OP, 0.3%, 5 ml ......11470-0290-10 — 14.25 — AT

**ALA-CORT** (Del-Ray)
hydrocortisone
CRE, TP, 1%, 30 gm........00316-0126-01 — 8.07 — AT
90 gm........00316-0126-03 — 14.82 — AT
LOT, TP, 1%, 120 ml ......00316-0131-04 — 17.32 — AT

**ALA-QUIN** (Del-Ray)
clioquinol/hc
CRE, TP, 3%-0.5%, 30 gm..00316-0123-01 — 8.82

**ALA-SCALP HP** (Del-Ray)
hydrocortisone
LOT, TP, 2%, 30 ml........00316-0140-01 — 17.44

**ALAMAST** (Santen Inc)
pemirolast potassium
SOL, OP, 0.1%, 10 ml......65086-0711-10 — 50.00

**L-ALANINE** (A-A Spectrum)
alanine
POW, NA (U.S.P.)
100 gm ........49452-0212-02 — 42.10
1000 gm ........49452-0212-03 — 281.20

**DL-ALANINE** (Amend)
alanine
POW, NA (C.P.)
100 gm ........17317-0723-03 — 21.00
1000 gm ........17317-0723-06 — 84.00

**L-ALANINE** (Amend)
alanine
POW, NA (C.P.)
100 gm ........17317-1856-03 — 21.00

**B-ALANINE** (Integra)
alanine
POW, NA (U.S.P.REAGENT)
500 gm ........A2531030 — 46.19
2500 gm ........A2531040 — 117.01

**ALATROFLOXACIN MESYLATE**
(Pfizer U.S.P.G.) See TROVAN IV

**ALBA PROTOPET** (Amend)
petrolatum
POW, NA (U.S.P.)
454 gm........17317-1048-01 — 4.90
3170 gm........17317-1048-06 — 21.00
16344 gm ........17317-1048-08 — 88.20

**ALBALON** (Allergan Inc)
naphazoline hydrochloride
SOL, OP, 0.1%, 15 ml ......11980-0154-15 — 23.65 — AT

**ALBENDAZOLE** (A-A Spectrum)
POW, NA (U.S.P.)
25 gm ........49452-0003-02 — 45.90
100 gm ........49452-0003-03 — 159.20

(GSK Pharm) See ALBENZA

(Medisca)
POW, NA (U.S.P.)
500 gm ........38779-0772-08 — 162.50

**ALBENZA** (GSK Pharm)
albendazole
TAB, PO, 200 mg, 112s ea..00007-5590-40 — 149.37

**ALBUMARC** (Amer Red Cross-Plasm)
albumin, human
SOL, IV, 5%, 250 ml ......52769-0450-25 — 98.50
500 ml ......52769-0450-50 — 197.00
25%, 50 ml ......52769-0451-05 — 98.50
100 ml ......52769-0451-10 — 197.00

**ALBUMIN BOVINE FRACTION V** (A-A Spectrum)
albumin bovine
POW, NA (LYOPHILIZED)
10 gm ........49452-0223-01 — 40.50
100 gm ........49452-0223-02 — 172.10

**ALBUMIN HUMAN** (Amer Red Cross-Plasm)
albumin, human
SOL, IV, 5%, 50 ml ......52769-0251-05 — 98.50
100 ml ......52769-0251-10 — 197.00

(Baxter Hyland/Immuno)
SOL, IV, 5%, 50 ml........64193-0218-05 — 29.20

**ALBUMIN IODINATED I-125**
(Mallinckrodt Inc.) See IODINATED I-125 ALBUMIN

**ALBUMIN IODINATED I-131**
(Daxor Corp) See VOLUMEX

**ALBUMIN, HUMAN**
(Alpha Therapeutic) See ALBUTEIN

(Alpine Biologics) See ALBUMIN-ALPINE

(Amer Red Cross-Plasm) See ALBUMARC

---

(Amer Red Cross-Plasm) See ALBUMIN HUMAN

(Aventis Behring) See ALBUMINAR-25

(Aventis Behring) See ALBUMINAR-5

(Baxter Hyland/Immuno) See ALBUMIN HUMAN

(Baxter Hyland/Immuno) See BUMINATE

(Bayer Pharm) See PLASBUMIN-20

(Bayer Pharm) See PLASBUMIN-25

(Bayer Pharm) See PLASBUMIN-5

(ZLB Bioplasma) See ALBURX

**ALBUMIN-ALPINE** (Alpine Biologics)
albumin, human
SOL, IV (W/ADMIN. SET/SAFETY NDL)
5%, 250 ml ......63546-0310-05 — 99.00
500 ml ......63546-0310-50 — 198.00
25%, 50 ml ......63546-0251-05 — 99.00
100 ml ......63546-0251-10 — 198.00

**ALBUMINAR-25** (Aventis Behring)
albumin, human
SOL, IV, 25%, 20 ml ......00053-7680-01 — 40.00
(W/ADMIN. SET)
25%, 50 ml ......00053-7680-02 — 90.00
100 ml ......00053-7680-03 — 160.00

**ALBUMINAR-5** (Aventis Behring)
albumin, human
SOL, IV, 5%, 50 ml ......00053-7670-05 — 40.00
250 ml ......00053-7670-01 — 90.00
500 ml ......00053-7670-02 — 180.00
1000 ml ......00053-7670-03 — 360.00

**ALBURX** (ZLB Bioplasma)
albumin, human
SOL, IV, 5%, 250 ml ......44206-0310-25 — 58.00
500 ml ......44206-0310-50 — 116.00
25%, 50 ml ......44206-0251-05 — 58.00
100 ml ......44206-0251-10 — 116.00

**ALBUTEIN** (Alpha Therapeutic)
albumin, human
SOL, IV, 5%, 250 ml ......49669-5211-01 — 90.00
500 ml ......49669-5211-02 — 180.00
25%, 20 ml ......49669-5213-01 — 36.00
50 ml ......49669-5213-02 — 90.00
100 ml ......49669-5213-03 — 180.00

**ALBUTEROL** (A-A Spectrum)
POW, NA (U.S.P.)
5 gm ........49452-0225-01 — 30.60
25 gm ........49452-0225-01 — 109.30

(Allen & Hanburys) See VENTOLIN

(Allscripts)
ARO, IH, 0.09 mg/inh,
17 gm ........54569-4245-00 — 29.79 — EE

(Andrx Pharmaceutical)
ARO, IH, 0.09 mg/inh,
17 gm ........62037-0794-44 — 28.76 — AB



(Dey)
ARO, IH, 0.09 mg/inh,
17 gm ........49502-0333-17 — 21.70 — AB

(Ivax Pharm)
ARO, IH, 0.09 mg/inh,
17 gm ........00172-4390-18 — 29.79 — AB

(Martec)
ARO, IH, 0.09 mg/inh,
17 gm ........52555-0594-17 — 22.48 — EE

(Medisca)
POW, NA (U.S.P.)
25 gm ........38779-0184-04 — 192.50
100 gm ........38779-0184-05 — 692.50
500 gm ........38779-0184-06 — 3116.25

(NuCare Pharm)
ARO, IH, 0.09 mg/inh,
17 gm ........65267-0995-17 — 25.95 — EE

---

(Pharma Pac)
ARO, IH, 0.09 mg/inh,
17 gm ........52959-0094-03 — 26.20 — EE

(Phys Total Care)
ARO, IH, 0.09 mg/inh,
17 gm ........54868-3709-00 — 15.19 — EE
(REFILL)
0.09 mg/inh, 17 gm...54868-3739-00 — 8.19 — EE

(Schering) See PROVENTIL

(Sidmak)
ARO, IH, 0.09 mg/inh,
17 gm ........50111-0801-31 — 29.79 — AB
(REFILL)
0.09 mg/inh, 17 gm...50111-0801-32 — 20.00 — AB

(Southwood)
ARO, IH, 0.09 mg/inh,

(Warrick)
ARO, IH, 0.09 mg/inh,
17 gm ........59930-1560-01 — 21.41 — BN
(REFILL)
0.09 mg/inh, 17 gm...59930-1560-02 — — BN



**PARI LC PLUS**
REUSABLE NEBULIZER
• fast, efficient aerosol delivery
• compatible with all compressors
www.PARI.com

**ALBUTEROL SULFATE**
FUL
SOL, IH, 0.083%, 3 ml ................... — 0.44
0.5%, 20 ml ................... — 6.72
TAB, PO, 2 mg, 100s ea................... — 4.77
4 mg, 100s ea................... — 9.00

(A-A Spectrum)
POW, NA (U.S.P.)
5 gm ........49452-0226-01 — 11.50
25 gm ........49452-0226-02 — 29.00
100 gm ........49452-0226-03 — 93.70

(Allen & Hanburys) See VENTOLIN

(Allen & Hanburys) See VENTOLIN HFA

(Allscripts)
SOL, IH, 0.083%,
3 ml 25s UD ...54569-3899-00 — 34.63 — EE
0.5%, 20 ml ...54569-3900-00 — 17.00 — EE
SYR, PO, 2 mg/5 ml, 118 ml54569-4899-00 — 11.07 — EE
118.250 ml ...54569-3700-01 — 6.65 — EE
TAB, PO, 2 mg, 30s ea ...54569-3409-00 — 9.34 — EE
4 mg, 10s ea........54569-2874-02 — 4.58 — EE
30s ea........54569-2874-00 — 13.73 — EE
60s ea........54569-2874-01 — 27.46 — EE

(Alpharma USPD)
SOL, IH (P.F.)
0.083%,
3 ml 25s UD ...00472-0631-23 — 30.90 — AN
3 ml 30s........00472-0831-30 — 37.08 — AN
3 ml 60s........00472-0831-60 — 74.16 — AN
0.5%, 20 ml ...00472-0637-20 — 16.71 — AN
SYR, PO (STRAWBERRY)
2 mg/5 ml, 120 ml.....00472-0825-04 — 11.07 — AA
240 ml ........00472-0825-08 — 19.38 — AA
480 ml ........00472-0825-16 — 40.15 — AA

(Bausch&Lomb Pharm)
SOL, IH (STERILE)
0.5%, 20 ml ......24208-0347-20 — 17.00 — AN

(Cardinal Pharm)
SYR, PO, 2 mg/5 ml, 90 ml63874-0709-90 — 14.21 — EE
100 ml ........63874-0709-01 — 16.28 — EE
120 ml ........63874-0709-12 — 19.20 — EE
240 ml ........63874-0709-24 — 28.40 — EE
480 ml ........63874-0709-48 — 28.40 — EE
TAB, PO, 2 mg, 15s ea ...63874-0377-15 — 13.77 — EE
20s ea........63874-0377-20 — 7.59 — EE
24s ea........63874-0377-24 — 9.11 — EE
100s ea........63874-0377-01 — 37.98 — EE
4 mg, 24s ea........63874-0485-24 — 13.59 — EE
500s ea........63874-0485-05 — 208.92 — EE

(Dey) See ACCUNEB

---

RED BOOK Database Services...
Put the Power of RED BOOK on Your Computer. For information call toll-free: (800) 722-3062

ReadyPrice

ALBUM/186

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| 500 ml ........63546-0310-50 | 198.00 | | | |
| 25%, 50 ml ....63546-0251-05 | 99.00 | | | |
| 100 ml ........63546-0251-10 | 198.00 | | | |
| **ALBUMINAR-25 (Aventis Behring)** | | | | |
| albumin human | | | | |
| SOL, IV, 25%, 20 ml ....00053-7680-01 | 40.00 | | | |
| 50 ml ........00053-7680-02 | 112.50 | | | |
| (W/ADMIN. SET) | | | | |
| 25%, 50 ml ....00053-7680-02 | 90.00 | | | |
| 100 ml ........00053-7680-03 | 180.00 | | | |
| (W/OUT IV SETS) | | | | |
| 25%, 100 ml ....00053-7680-33 | 225.00 | | | |
| **ALBUMINAR-5 (Aventis Behring)** | | | | |
| albumin human | | | | |
| SOL, IV, 5%, 50 ml....00053-7670-06 | 40.00 | | | |
| 250 ml ........00053-7670-31 | 112.50 | | | |
| (W/ADMIN. SET) | | | | |
| 25%, 250 ml ....00053-7670-01 | 90.00 | | | |
| 500 ml ........00053-7670-02 | 225.00 | | | |
| (W/ADMIN. SET) | | | | |
| 5%, 500 ml ....00053-7670-02 | 180.00 | | | |
| 1000 ml ........00053-7670-03 | 360.00 | | | |
| **ALBURX (ZLB Bioplasma)** | | | | |
| albumin human | | | | |
| SOL, IV, 5%, 250 ml ....44206-0310-25 | 58.00 | | | |
| 500 ml ........44206-0310-50 | 116.00 | | | |
| 25%, 50 ml ....44206-0251-05 | 58.00 | | | |
| 100 ml ........44206-0251-10 | 116.00 | | | |
| **ALBUTEIN (Alpha Therapeutic)** | | | | |
| albumin human | | | | |
| SOL, IV, 5%, 250 ml ....49669-5211-01 | 90.00 | 52.35 | | |
| 50 ml ....49669-5211-02 | 180.00 | 104.70 | | |
| 25%, 20 ml ....49669-5213-01 | 36.00 | 24.10 | | |
| 50 ml ....49669-5213-02 | 90.00 | 52.35 | | |
| 100 ml ....49669-5213-03 | 180.00 | 104.70 | | |


AccuNeb DEY
(albuterol sulfate) Inhalation Solution

| | | | | |
|---|---|---|---|---|
| **ALBUTEROL (A-A Spectrum)** | | | | |
| POW, N/A (U.S.P.) | | | | |
| 5 gm ........49452-0225-03 | 32.60 | | | |
| 25 gm ........49452-0225-01 | 104.30 | | | |
| (Allscripts) | | | | |
| **REPACK** | | | | |
| ARD, IH, 0.09 mg/actuation. | | | | |
| 17 gm............54569-4245-00 | 29.79 | | | EE |
| (Andrx Pharmaceutical) | | | | |
| ARD, IH, 0.09 mg/actuation. | | | | |
| 17 gm............62037-0794-44 | 28.70 | | | AB |
| (Cardinal Pharm) | | | | |
| **REPACK** | | | | |
| ARD, IH, 0.09 mg/actuation. | | | | |
| 17 gm............63874-0749-17 | 31.71 | | | |
| (GSK Pharm) See VENTOLIN | | | | |
| (Ivax Pharm) | | | | |
| ARD, IH, 0.09 mg/actuation. | | | | |
| 17 gm............00172-4390-19 | 29.79 | | | AB |
| (Medisca) | | | | |
| POW, N/A (U.S.P.) | | | | |
| 25 gm........38779-0184-04 | 192.50 | 57.60 | | |
| 100 gm........38779-0184-05 | 692.50 | 134.00 | | |
| (Nucare Pharm) | | | | |
| **REPACK** | | | | |
| ARD, IH, 0.09 mg/actuation. | | | | |
| 17 gm............66267-0695-17 | 25.95 | | | EE |
| (Pharma Pac) | | | | |
| **REPACK** | | | | |
| ARD, IH, 0.09 mg/actuation. | | | | |
| 17 gm............52959-0094-03 | 26.20 | | | EE |
| (Phys Total Care) | | | | |
| **REPACK** | | | | |
| ARD, IH, 0.09 mg/actuation. | | | | |
| 17 gm............54868-3709-00 | 41.19 | | | EE |
| (REFILL) | | | | |
| 0.09 mg/actuation. | | | | |
| 17 gm............54868-3739-00 | 14.75 | | | EE |
| (Schering) See PROVENTIL | | | | |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (Sidmak) | | | | |
| ARD, IH, 0.09 mg/actuation. | | | | |
| 17 gm............50111-0801-31 | 29.79 | | | AB |
| (Southwood) | | | | |
| **REPACK** | | | | |
| ARD, IH, 0.09 mg/actuation. | | | | |
| 17 gm............. | 21.75 | | | |
| (Warrick) | | | | |
| ARD, IH, 0.09 mg/actuation. | | | | |
| 17 gm............59930-1560-01 | 21.41 | | | BN |
| (REFILL) | | | | |
| 17 gm............59930-1560-02 | 19.79 | | | BN |
| **ALBUTEROL (Direct Dispensing)** | | | | |
| **REPACK** | | | | |
| albuterol | | | | |
| XIT, MR, 0.09 mg/actuation. | | | | |
| 17 gm............57866-0051-01 | 29.95 | | | |

**PARI LC PLUS**
**REUSABLE NEBULIZER**
• fast, efficient aerosol delivery
• compatible with all compressors
www.PARI.com

| | | | | |
|---|---|---|---|---|
| **ALBUTEROL SULFATE** | | | | |
| **FUL** | | | | |
| SOL, IH, 0.083%, 3 ml .................. | 0.43 | | | |
| ARD, IH, 0.09 mg/actuation. | | | | |
| 17 gm............ | 15.00 | | | |
| (A-A Spectrum) | | | | |
| POW, N/A (U.S.P.) | | | | |
| 5 gm ........49452-0226-01 | 11.70 | | | |
| 25 gm ........49452-0226-02 | 33.20 | | | |
| 100 gm........49452-0226-03 | 100.60 | | | |
| (Allscripts) | | | | |
| SOL, IH, 0.083%, | | | | |
| 3 ml 25s UD ....54569-3899-00 | 35.28 | | | EE |
| SYR, PO, 2 mg/5 ml, 118 ml54569-4899-00 | 11.07 | | | EE |
| 120 ml 4s......54569-3700-02 | 40.47 | | | EE |
| SOL, IH, 0.5%, 20 ml......54569-3900-00 | 17.00 | | | EE |
| TAB, PO, 2 mg, 30s ea ....54569-3409-00 | 9.34 | | | EE |
| 4 mg, 30s ea ....54569-2874-00 | 13.73 | | | EE |
| 60s ea............54569-2874-01 | 27.46 | | | EE |
| (Alpharma USPD) | | | | |
| SOL, IH (PF) | | | | |
| ARD, IH, 0.083%, | | | | |
| 3 ml 25s UD ....00472-0631-23 | 30.90 | | | AN |
| 3 ml 30s........00472-0831-30 | 37.08 | | | AN |
| 3 ml 60s........00472-0831-60 | 74.16 | | | AN |
| SYR, PO (BERRY) | | | | |
| 2 mg/5 ml, 480 ml......00472-0825-16 | 40.15 | | | AA |
| SOL, IH, 0.5%, 20 ml......00472-0832-20 | 16.71 | | | AA |
| (B&B Pharm,Inc) | | | | |
| **REPACK** | | | | |
| POW, N/A (U.S.P.) | | | | |
| 25 gm............63275-9999-04 | 81.00 | | | |
| 100 gm............63275-9999-05 | 310.00 | | | |
| (Bausch&Lomb Pharm) | | | | |
| SOL, IH (STERILE) | | | | |
| 0.5%, 20 ml ....24208-0347-20 | 17.00 | | | EE |
| (Cardinal Pharm) | | | | |
| **REPACK** | | | | |
| SYR, PO, 2 mg/5 ml, 90 ml 63874-0709-90 | 14.21 | | | EE |
| 100 ml............63874-0709-01 | 16.28 | | | EE |
| 120 ml............63874-0709-12 | 19.20 | | | EE |
| 240 ml............63874-0709-24 | 28.40 | | | EE |
| 480 ml............63874-0709-48 | 28.40 | | | EE |
| SOL, IH, 0.5%, 20 ml ....63874-0708-20 | 14.21 | | | EE |
| TAB, PO, 2 mg, 12s ea ....63874-0377-12 | 4.56 | | | EE |
| 15s ea............63874-0377-15 | 13.77 | | | EE |
| 20s ea............63874-0377-20 | 18.36 | | | EE |
| 24s ea............63874-0377-24 | 22.03 | | | EE |
| 100s ea............63874-0377-01 | 37.98 | | | EE |
| 4 mg, 12s ea......63874-0485-12 | 6.79 | | | EE |
| 15s ea............63874-0485-15 | 8.49 | | | EE |
| 20s ea............63874-0485-20 | 11.33 | | | EE |
| 24s ea............63874-0485-24 | 13.59 | | | EE |
| 100s ea............63874-0485-05 | 56.65 | | | EE |
| 500s ea............63874-0485-05 | 208.82 | | | EE |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (Dey, L.P.) | | | | |
| SOL, IH (VIAL) | | | | |
| 0.083%, | | | | |
| 3 ml 25s UD ....49502-0697-03 | 30.25 | 25.51 | AN |
| 3 ml 30s UD ....49502-0697-33 | 36.30 | | AN |
| 3 ml 60s UD ....49502-0697-60 | 72.60 | 59.41 | AN |
| (STERILE) | | | | |
| 0.5%, 20 ml ....49502-0105-01 | 14.93 | | AN |
| (Dey, L.P.) See ACCUNEB | | | | |
| (Gallipot) | | | | |
| POW, N/A (U.S.P.N.F.) | | | | |
| 5 gm............51552-0044-05 | 11.04 | | |
| (U.S.P.) | | | | |
| 25 gm............51552-0044-25 | 42.66 | | |
| (U.S.P.N.F.) | | | | |
| 100 gm............51552-0044-10 | 144.00 | | |
| 1000 gm............51552-0044-01 | 924.00 | | |
| (GSK Pharm) See VENTOLIN HFA | | | | |
| (Heartland) | | | | |
| **REPACK** | | | | |
| TAB, PO, 2 mg, 30s ea UD .61392-0567-30 | 8.10 | | AB |
| 30s ea UD ....61392-0567-39 | 8.10 | | AB |
| 31s ea UD ....61392-0567-31 | 8.37 | | AB |
| 32s ea UD ....61392-0567-32 | 8.64 | | AB |
| 45s ea UD ....61392-0567-45 | 12.15 | | AB |
| 60s ea UD ....61392-0567-60 | 16.20 | | AB |
| 90s ea UD ....61392-0567-90 | 24.30 | | AB |
| 500s ea UD ....61392-0567-S1 | 135.00 | | AB |
| 2000s ea UD ....61392-0567-54 | 540.00 | | AB |
| 3000s ea UD ....61392-0567-56 | 810.00 | | AB |
| 10000s ea UD ....61392-0567-91 | 2700.00 | | AB |
| 4 mg, 30s ea UD ....61392-0570-30 | 11.87 | | AB |
| (BLISTER PACK) | | | | |
| 4 mg, 30s ea ....61392-0570-39 | 11.87 | | AB |
| 31s ea UD ....61392-0570-31 | 12.26 | | AB |
| 32s ea UD ....61392-0570-32 | 12.65 | | AB |
| 45s ea UD ....61392-0570-45 | 17.80 | | AB |
| 60s ea UD ....61392-0570-60 | 23.73 | | AB |
| 90s ea UD ....61392-0570-90 | 35.60 | | AB |
| 500s ea UD ....61392-0570-51 | 197.78 | | AB |
| 2000s ea UD ....61392-0570-54 | 791.10 | | AB |
| 3000s ea UD ....61392-0570-56 | 1185.65 | | AB |
| 10000s ea UD ....61392-0570-91 | 3955.50 | | AB |
| (Hi-Tech) | | | | |
| SOL, IH, 0.083%, 3 ml 25s 50383-0742-25 | 30.35 | | |
| SYR, PO, 2 mg/5 ml, 473 ml50383-0740-16 | 39.60 | | |
| SOL, IH, 0.5%, 20 ml......50383-0741-20 | 16.50 | | |
| (Ivax Pharm) | | | | |
| SOL, IH (VIAL,PF) | | | | |
| 0.083%, | | | | |
| 3 ml 25s UD ....00172-6405-44 | 30.87 | | AB |
| 3 ml 60s UD ....00172-6405-49 | 74.10 | | AB |
| 0.5%, 20 ml ....00182-6014-65 | 14.99 | | AB |
| (Medisca) | | | | |
| POW, N/A (U.S.P.) | | | | |
| 25 gm............30779-0185-04 | 57.50 | 25.00 | |
| 100 gm............30779-0185-05 | 175.00 | 80.00 | |
| 500 gm............30779-0185-08 | 555.00 | 250.00 | |
| 1000 gm............30779-0185-09 | 1052.50 | 270.00 | |
| (Meridian Pharm) | | | | |
| POW, N/A (U.S.P) | | | | |
| 25 gm............62991-1006-01 | 60.00 | | |
| 100 gm............62991-1006-02 | 177.00 | | |
| 500 gm............62991-1006-03 | 678.00 | | |
| (Morton Grove) | | | | |
| SOL, IH (VIAL,PF) | | | | |
| 0.083%, | | | | |
| 3 ml 60s UD ....60432-0094-06 | 75.00 | | |
| (Muro) See VOLMAX | | | | |
| (Mutual) | | | | |
| TAB, PO, 2 mg, 100s ea ....53489-0176-01 | 31.14 | | |
| 500s ea............53489-0176-05 | 154.18 | | |
| 4 mg, 100s ea....53489-0177-01 | 45.76 | | |
| 500s ea............53489-0177-05 | 224.20 | | |
| (Mylan) | | | | |
| TAB, PO, 2 mg, 100s ea ....00378-0255-01 | 31.14 | | |
| 500s ea............00378-0255-05 | 154.18 | | |
| 4 mg, 100s ea....00378-0572-01 | 45.76 | | |
| 500s ea............00378-0572-05 | 224.20 | | |
| (Nephron) | | | | |
| SOL, IH, 0.083%, | | | | |
| 3 ml 25s UD ....00487-9501-25 | 20.00 | | |
| 3 ml 30s UD ....00487-9501-01 | 24.00 | | |
| 3 ml 30s UD ....00487-9501-30 | 24.00 | | |
| 3 ml 60s UD ....00487-9501-60 | 48.00 | | |
| (UNIT OF USE,PF) | | | | |
| 0.5%, 30s ea....00487-9901-30 | 27.00 | | |

**RED BOOK Database Services...**
Put the Power of RED BOOK on Your Computer: For information call toll-free: (800) 722-3062

**ReadyPrice**

AEROH/186

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **AEROHIST (Aero Pharm)** chlorpheniramine maleate/methscopolamine nitrate | | | | |
| TER, PO (CAPLET) | | | | |
| 8 mg-2.5 mg, | | | | |
| 100s ea..................06440-0092-51 | | 135.99 | | |
| **AEROHIST PLUS (Aero Pharm)** cpm/methscopolamine nitrate/phenyleph hcl | | | | |
| TER, PO (CAPLET) | | | | |
| 8 mg-2.5 mg-20 mg, | | | | |
| 100s ea..................66440-2376-01 | | 68.25 | | |
| **AEROKID (Aero Pharm)** cpm/methscopolamine nitrate/phenyleph hcl | | | | |
| SYR, PO (RASPBERRY) | | | | |
| 4 ml....................66440-0110-02 | | 138.60 | | |
| 16 ml...................66440-0110-01 | | 138.60 | | |
| **AEROPEP PLUS (Monaghan Medical)** spacer, inhalation | | | | |
| DEV, HA (VHC,PEP COMBO) | | | | |
| ea......................04351-4750-00 | | 11.00 | | |
| 10s ea..................04351-4751-00 | | 110.00 | | |
| **AEROSIL 200 (Amend)** silicon dioxide | | | | |
| POW, HA, 4540 gm ........17317-1187-06 | | 129.50 | | |
| **AEROTRACH PLUS (Monaghan Medical)** spacer, inhalation | | | | |
| DEV, HA (VHC) | | | | |
| ea......................04351-5251-00 | | 9.00 | | |
| **AEROVENT (Monaghan Medical)** device, inhalation | | | | |
| DEV, HA (CHG) | | | | |
| ea......................04351-8550-00 | | 3.95 | | |
| ea......................04351-8555-00 | | 197.50 | | |
| **AFEDITAB CR (Watson)** nifedipine | | | | |
| TER, PO (FILM-COATED) | | | | |
| 30 mg, 100s ea .........00591-3193-01 | | 125.79 | | AB1 |
| 60 mg, 100s ea .........00591-3194-01 | | 224.07 | | AB |
| **AFLAXEN (Intl Ethical)** naproxen sodium | | | | |
| TAB, PO, 550 mg, | | | | |
| 100s ea UD .............11584-0465-01 | | 95.77 | | EE |
| **AGALSIDASE BETA (Genzyme) See FABRAZYME** | | | | |
| **AGAR (Integra)** | | | | |
| POW, HA (U.S.P.) | | | | |
| 100 gm..................05324-5057-35 | | 18.57 | | |
| 500 gm..................05324-5057-45 | | 42.96 | | |
| 2500 gm.................05324-5057-60 | | 186.56 | | |
| **(Spectrum Pharmacy Prod)** | | | | |
| POW, HA (U.S.P./N.F.) | | | | |
| 125 gm..................49452-0160-01 | | 17.75 | | |
| 500 gm..................49452-0160-02 | | 53.90 | | |
| **AGENERASE (Allscripts)** | | | | |
| **REPACK** | | | | |
| amprenavir | | | | |
| SGL, PO, 150 mg, 240s ea. S4569-4813-00 | | 367.77 | | |
| **(GSK Pharm)** | | | | |
| SGL, PO, 50 mg, 480s ea..00173-0679-00 | | 249.90 | | |
| 150 mg, 240s ea .......00173-0672-00 | | 370.37 | | |
| SOL, PO (BUBBLEGUM) | | | | |
| 15 mg/ml, 240 ml ......00173-0687-00 | | 37.03 | | |
| **AGGRASTAT (Merck)** tirofiban hydrochloride | | | | |
| SOL, IV (S.D. INTRA VIA,P.C.) | | | | |
| 0.05 mg/ml, 100 ml....00006-3739-55 | | 228.23 182.58 | | |
| (S.D. INTRA VIA P.C.) | | | | |
| 0.05 mg/ml, 250 ml....00006-3739-96 | | 496.20 396.96 | | |
| (VIAL,PF) | | | | |
| 0.25 mg/ml, 50 ml.....00006-3713-50 | | 496.20 396.96 | | |
| **AGGRENOX (Boehr Ingelheim Phar)** aspirin/dipyridamole | | | | |
| CER, PO, 25 mg-200 mg, | | | | |
| 60s ea..................00597-0001-60 | | 128.60 | | |
| **AGRYLIN (Shire US Inc.)** anagrelide hydrochloride | | | | |
| CAP, PO, 0.5 mg, 100s ea.. S4092-0063-01 | | 651.47 | | |
| 1 mg, 100s ea..........54092-0064-01 | | 1302.92 | | |
| **AH-CHEW (We Pharm)** cpm/methscopolamine nitrate/phenyleph hcl | | | | |
| CTB, PO, 2 mg-2.5 mg-10 mg, | | | | |
| 100s ea.................59195-0003-01 | | 57.60 | | |
| **AH-CHEW D (We Pharm)** phenylephrine hydrochloride | | | | |
| CTB, PO (BUBBLEGUM) | | | | |
| 10 mg, 100s ea .........59195-0001-01 | | 57.60 | | |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **AHF VIII (RECOMBINANT) SUCROSE FORMULATED** (Avenlis Behring) See HELIXATE FS | | | | |
| (Bayer Corp.) See KOGENATE FS | | | | |
| **AHF VIII:C HUMAN/VON WILLEBRAND FACTOR** (Avenlis Behring) See HUMATE-P | | | | |
| **AIMSCO (Delta Hi-Tech)** insulin syringe/needle | | | | |
| DEV, HA (25G X 5/8, 3CC, SAFETY) | | | | |
| 100s ea.................51709-0007-30 | | 72.00 | | |
| (28G, 0.5CC) | | | | |
| 100s ea.................51709-0005-02 | | 24.00 | | |
| (28G, 1CC) | | | | |
| 100s ea.................51709-0005-03 | | 24.00 | | |
| (29G, 0.3CC, INDIVIDUAL) | | | | |
| 100s ea.................51709-0005-28 | | 24.00 | | |
| (29G, 0.5CC, UNI-BODY) | | | | |
| 100s ea.................51709-0005-26 | | 24.00 | | |
| (29G, 1CC, INDIVIDUAL) | | | | |
| 100s ea.................51709-0005-29 | | 24.00 | | |
| (29G, 1CC, UNI-BODY) | | | | |
| 100s ea.................51709-0005-28 | | 24.00 | | |
| **AIMSCO ULTRA-THIN II (Delta Hi-Tech)** insulin syringe/needle | | | | |
| DEV, HA (3/10CC,29GX1/2',U-100) | | | | |
| 100s ea.................51709-0007-24 | | 24.00 | | |
| (3/10CC,30GX5/16',U-100) | | | | |
| 100s ea.................51709-0007-22 | | 24.00 | | |
| (30GX5/16,0.5CC) | | | | |
| 100s ea.................51709-0005-18 | | 24.00 | | |
| (30GX5/16,1CC) | | | | |
| 100s ea.................51709-0005-20 | | 24.00 | | |
| **AK-CIDE (Phys Total Care)** | | | | |
| **REPACK** | | | | |
| prednisolone acetate/sulfacetamide sodium | | | | |
| OIN, OP, 0.5%-10%, 4 gm . 54860-3696-00 | | 8.47 | | AT |
| **AK-CON (Akorn)** naphazoline hydrochloride | | | | |
| SOL, OP, 0.1%, 15 ml ....17478-0216-12 | | 7.13 | | AT |
| **(Phys Total Care)** | | | | |
| **REPACK** | | | | |
| SOL, OP, 0.1%, 15 ml ....54868-2109-00 | | 9.35 | | AT |
| **AK-DILATE (Akorn)** phenylephrine hydrochloride | | | | |
| SOL, OP, 2.5%, 2 ml .....17478-0200-20 | | 4.10 | | AT |
| 15 ml..................17478-0200-02 | | 6.70 | | |
| 10%, 5 ml .............17478-0205-10 | | 6.70 | | |
| **AK-FLUOR (Akorn)** fluorescein sodium | | | | |
| SOL, IV (AMP,GLASS) | | | | |
| 10%, 5 ml .............17478-0254-10 | | 7.80 | | |
| (S.D.V.) | | | | |
| 10%, 5 ml .............17478-0253-10 | | 7.80 | | |
| (AMP,GLASS) | | | | |
| 25%, 2 ml .............17478-0251-20 | | 7.80 | | |
| (S.D.V.) | | | | |
| 25%, 2 ml .............17478-0250-20 | | 7.80 | | |
| **AK-PENTOLATE (Akorn)** cyclopentolate hydrochloride | | | | |
| SOL, OP, 1%, 2 ml .......17478-0100-20 | | 5.35 | | AT |
| 15 ml..................17478-0100-12 | | 10.61 | | AT |
| **(Pharma Pac)** | | | | |
| **REPACK** | | | | |
| OIN, OP (PF) | | | | |
| 500 u/gm-10000 u/gm, | | | | |
| 3.5 gm ...............52959-0518-05 | | 34.97 | | |
| **AK-PRED (Akorn)** prednisolone sodium phosphate | | | | |
| SOL, OP, 1%, 5 ml .......17478-0219-10 | | 16.18 | | AT |
| 15 ml..................17478-0219-12 | | 32.90 | | AT |
| **AK-SPORE HC (Akorn)** bacitracin zn/hc/neomycin sulf/polymyxin b sulf | | | | |
| OIN, OP (PF) | | | | |
| 3.5 gm .................17478-0232-35 | | 6.30 | | AT |
| **AK-TRACIN (Akorn)** bacitracin | | | | |
| OIN, OP (PF) | | | | |
| 3.5 gm, 100s ea ........17478-0233-35 | | 4.75 | | AT |
| **AK-TROL (Akorn)** dexamethasone/neomycin sulfate/polymyxin b sulfate | | | | |
| SUS, OP, 5 ml ...........17478-0239-10 | | 9.00 | | AT |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Phys Total Care)** | | | | |
| **REPACK** | | | | |
| OIN, OP, 3.5 gm ..........54860-2943-00 | | 10.22 | | EE |
| **AHNETON (Par)** biperiden hydrochloride | | | | |
| TAB, PO, 2 mg, 100s ea .. 49884-0693-01 | | 50.65 | | |
| **(Phys Total Care)** | | | | |
| **REPACK** | | | | |
| TAB, PO, 2 mg, 100s ea .. 54868-2432-00 | | 37.07 | | |
| **AHNE-MYCIN (Healthpoint)** erythromycin | | | | |
| OIN, TP, 2%, 25 gm ......00064-3000-25 | | 42.95 | | |
| **AKTOB (Akorn)** tobramycin | | | | |
| SOL, OP, 0.3%, 5 ml .....17478-0290-10 | | 14.25 | | AT |
| **ALA-CORT (Del-Ray)** hydrocortisone | | | | |
| CRE, TP, 1%, 30 gm.......00316-0126-01 | | 9.50 | | AT |
| 90 gm..................00316-0126-03 | | 17.09 | | AT |
| LOT, TP, 1%, 120 ml .....00316-0131-04 | | 19.75 | | AT |
| **ALA-QUIN (Del-Ray)** clioquinol/hydrocortisone | | | | |
| CRE, TP, 3%-0.5%, 30 gm..00316-0123-01 | | 8.62 | | |
| **ALA-SCALP HP (Del-Ray)** hydrocortisone | | | | |
| LOT, TP, 2%, 30 ml.......00316-0140-01 | | 17.44 | | |
| **ALACOL DM (Ballay Pharm., Inc)** bpm/dm/phenyleph hcl | | | | |
| SYR, PO (AF,SF,BLACK RASPBERRY) | | | | |
| 473 ml .................63162-0507-16 | | 66.25 56.31 | | |
| **ALAMAST (Santen Inc)** pemirolast potassium | | | | |
| SOL, OP, 0.1%, 10 ml ....65086-0711-10 | | 60.70 | | |
| **ALANINE** (Amend) See DL-ALANINE | | | | |
| (Amend) See L-ALANINE | | | | |
| (Spectrum Pharmacy Prod) See L-ALANINE | | | | |
| **ALBA PROTOPET (Amend)** petrolatum | | | | |
| POW, HA (U.S.P.) | | | | |
| 454 gm.................17317-1048-01 | | 4.90 | | |
| 3178 gm................17317-1048-06 | | 21.00 | | |
| 16344 gm...............17317-1048-08 | | 88.20 | | |
| **ALBALON (Allergan Inc)** naphazoline hydrochloride | | | | |
| SOL, OP, 0.1%, 15 ml ....11980-0154-15. | | 23.65 | | AT |
| **ALBENDAZOLE** (GSK Pharm) See ALBENZA | | | | |
| **(Medica)** | | | | |
| POW, HA (U.S.P.) | | | | |
| 100 gm.................38779-0772-05 | | 61.50 | | |
| 500 gm.................38779-0772-08 | | 199.50 | | |
| 1000 gm................38779-0772-09 | | 352.50 | | |
| **(Spectrum Pharmacy Prod)** | | | | |
| POW, HA (U.S.P.) | | | | |
| 25 gm...................49452-0003-02 | | 34.25 | | |
| 100 gm..................49452-0003-03 | | 103.70 | | |
| **ALBENZA (GSK Pharm)** albendazole | | | | |
| TAB, PO, 200 mg, 112s ea..00007-5500-44 | | 160.50 | | |
| **ALBUMARC (Amer Red Cross-Plasm)** albumin human | | | | |
| SOL, IV, 5%, 250 ml ....52769-0450-25 | | 98.50 | | |
| 500 ml.................52769-0450-50 | | 197.00 | | |
| 25%, 50 ml.............52769-0451-05 | | 98.50 | | |
| 100 ml.................52769-0451-10 | | 197.00 | | |
| **ALBUMIN BOVINE** (Spectrum Pharmacy Prod) See ALBUMIN BOVINE FRACTION V | | | | |
| **ALBUMIN BOVINE FRACTION V (Spectrum Pharmacy Prod)** albumin bovine | | | | |
| POW, HA (LYOPHILIZED) | | | | |
| 10 gm...................49452-0223-01 | | 56.25 | | |
| 100 gm..................49452-0223-02 | | 238.75 | | |
| **ALBUMIN HUMAN** (Alpha Therapeutic) See ALBUTEIN | | | | |
| (Alpine Biologics) See ALBUMIN-ALPINE | | | | |
| **(Amer Red Cross-Blood)** | | | | |
| SOL, IV (PF) | | | | |
| 5%, 250 ml.............52769-0250-25 | | 98.50 | | |
| 500 ml.................52769-0250-50 | | 197.00 | | |

RED BOOK Database Services...
Put the Power of RED BOOK on Your Computer. For information call toll-free: (800) 722-3062
ReadyPrice

## RX PRODUCT LISTINGS

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

**(Amer Red Cross-Plasm)** *See ALBUMARC*
**(Amer Red Cross-Plasm)**
SOL, IV, 25%, 50 ml ...... 52769-0251-05 ... 98.50
  100 ml ...... 52769-0251-10 ... 197.00
**(Aventis Behring)** *See ALBUMINAR-25*
**(Aventis Behring)** *See ALBUMINAR-5*
**(Baxter Bio)** *See BUMINATE*
**(Bayer Corp.)** *See PLASBUMIN-25*
**(Bayer Corp.)** *See PLASBUMIN-5*
**(ZLB Bioplasma)** *See ALBURX*

**ALBUMIN, IODINATED I-125**
(Mallinckrodt Inc.) *See IODINATED I-125 ALBUMIN*
**ALBUMIN, IODINATED I-131**
(Daxor Corp) *See VOLUMEX*
**ALBUMIN-ALPINE (Alpine Biologics)**
albumin human
SOL, IV (WADMIN. SET/SAFETY NDL)
  5%, 250 ml ...... 63546-0310-25 ... 99.00
  500 ml ...... 63546-0310-50 ... 198.00
  25%, 50 ml ...... 63546-0251-05 ... 99.00
  100 ml ...... 63546-0251-10 ... 198.00
**ALBUMINAR-25 (Aventis Behring)**
albumin human
SOL, IV, 25%, 20 ml ...... 00053-7680-01 ... 31.25
  50 ml ...... 00053-7680-32 ... 112.50
  (W/OUT IV SETS)
  25%, 100 ml ...... 00053-7680-33 ... 225.00
**ALBUMINAR-5 (Aventis Behring)**
albumin human
SOL, IV, 5%, 50 ml ...... 00053-7670-06 ... 40.00
  250 ml ...... 00053-7670-01 ... 112.50
  500 ml ...... 00053-7670-02 ... 225.00
  (W/ADMIN. SET)
  5%, 1000 ml ...... 00053-7670-03 ... 360.00
**ALBURX (ZLB Bioplasma)**
albumin human
SOL, IV, 5%, 250 ml ...... 44205-0310-25 ... 58.00
  500 ml ...... 44205-0310-50 ... 116.00
  25%, 50 ml ...... 44205-0251-05 ... 58.00
  100 ml ...... 44205-0251-10 ... 116.00
**ALBUTEIN (Alpha Therapeutic)**
albumin human
SOL, IV, 5%, 250 ml ...... 49669-5211-01 ... 90.00
  500 ml ...... 49669-5211-02 ... 180.00
  25%, 20 ml ...... 49669-5213-01 ... 36.00
  50 ml ...... 49669-5213-02 ... 90.00
  100 ml ...... 49669-5213-03 ... 180.00


**AccuNeb** DEY
(albuterol sulfate) Inhalation Solution

**ALBUTEROL (Allscripts)**
REPACK
ARO, IH, 0.09 mg/actuation,
  17 gm ...... 54569-4245-00 ... 29.79
**(Andrx Pharmaceutical)**
ARO, IH, 0.09 mg/actuation,
  17 gm ...... 62037-0794-44 ... 28.70
**(Armstrong Pharm.)**
ARO, IH, 0.09 mg/actuation,
  17 gm ...... 17201-0721-01 ... 29.00
**(Cardinal Pharm)**
REPACK
ARO, IH, 0.09 mg/actuation,
  17 gm ...... 63874-0749-17 ... 31.71
**(Direct Dispensing)**
REPACK
KIT, MR, 0.09 mg/actuation,
  17 gm ...... 57866-0051-01 ... 29.95
**(DispenseXpress)**
REPACK
ARO, IH, 0.09 mg/actuation,
  17 gm ...... 68115-0995-17 ... 39.99
**(DRx)**
REPACK
ARO, IH, 0.09 mg/actuation,
  17 gm ...... 55045-2390-05 ... 27.85 ... AB

**(Ivax Pharm)**
ARO, IH, 0.09 mg/actuation,
  17 gm ...... 00172-4390-18 ... 29.79 ... AB
**(Nucare Pharm)**
REPACK
ARO, IH, 0.09 mg/actuation,
  17 gm ...... 68267-0995-17 ... 25.95 ... EE
**(Pharma Pac)**
REPACK
ARO, IH, 0.09 mg/actuation,
  17 gm ...... 52959-0094-03 ... 39.90 ... EE
**(Phys Total Care)**
REPACK
ARO, IH, 0.09 mg/actuation,
  17 gm ...... 54868-3709-00 ... 41.19 ... EE
  (REFILL)
0.09 mg/actuation,
  17 gm ...... 54868-3739-00 ... 14.75 ... EE
**(Pliva, Inc.)**
ARO, IH, 0.09 mg/actuation,
  17 gm ...... 50111-0801-31 ... 29.79 ... AB
**(Schering)** *See PROVENTIL*
**(Southwood)**
REPACK
ARO, IH, 0.09 mg/actuation,
  17 gm ...... 58016-6569-01 ... 21.35 ... EE
**(Spectrum Pharmacy Prod)**
POW, NA (U.S.P.)
  5 gm ...... 49452-0225-03 ... 38.90
**(Warrick)**
ARO, IH, 0.09 mg/actuation,
  17 gm ...... 59930-1560-01 ... 21.41 ... BN
  (REFILL)
  17 gm ...... 59930-1560-02 ... 19.79

**ALBUTEROL SULFATE**
FUL
ARO, IH, 0.09 mg/actuation,
  17 gm ...... 15.00
SOL, IH, 0.083%, 3 ml ...... 0.43
**(Allscripts)**
REPACK
SOL, IH, 0.083%,
  3 ml 25s UD ...... 54569-3899-00 ... 34.41 ... EE
  0.5%, 20 ml ...... 54569-3900-00 ... 17.00 ... EE
SYR, PO, 2 mg/5 ml, 118 ml ...... 54569-4899-00 ... 11.07 ... EE
TAB, PO, 2 mg, 30s ea ...... 54569-3409-00 ... 9.34 ... EE
  4 mg, 60s ea ...... 54569-2874-01 ... 27.46 ... EE
**(Alpharma USPD)**
SOL, IH (PF)
0.083%,
  3 ml 25s UD ...... 00472-0831-23 ... 30.90 ... AN
  3 ml 30s ...... 00472-0831-30 ... 37.08 ... AN
  3 ml 60s ...... 00472-0831-60 ... 74.16 ... AN
SYR, PO (BERRY)
  2 mg/5 ml, 480 ml ...... 00472-0825-16 ... 40.15 ... AA
**(Aslung Pharm, L.P.)**
SOL, IH (UNIT-DOSE VIAL)
0.083%,
  3 ml 25s UD ...... 65271-0002-05 ... 30.25 ... AN
  3 ml 60s UD ...... 65271-0002-06 ... 72.60 ... AN
**(B&G PHARM, INC)**
REPACK
POW, NA (U.S.P.)
  25 gm ...... 63275-9999-04 ... 81.00
  100 gm ...... 63275-9999-05 ... 310.00
**(Bausch&Lomb Pharm)**
SOL, IH (STERILE)
  0.5%, 20 ml ...... 24208-0347-20 ... 17.00
**(Cardinal Pharm)**
REPACK
SOL, IH, 0.5%, 20 ml ...... 63874-0708-20 ... 14.21 ... EE
SYR, PO, 2 mg/5 ml, 90 ml 63874-0709-90 ... 14.21 ... EE
  100 ml ...... 63874-0709-01 ... 16.28 ... EE
  120 ml ...... 63874-0709-12 ... 19.20 ... EE
  240 ml ...... 63874-0709-24 ... 28.40 ... EE
  480 ml ...... 63874-0709-48 ... 28.40 ... EE
TAB, PO, 2 mg, 12s ea ...... 63874-0377-12 ... 4.56 ... EE
  15s ea ...... 63874-0377-15 ... 13.77 ... EE
  20s ea ...... 63874-0377-20 ... 18.36 ... EE
  24s ea ...... 63874-0377-24 ... 22.03 ... EE
  100s ea ...... 63874-0377-01 ... 37.90 ... EE
  4 mg, 12s ea ...... 63874-0485-12 ... 6.79 ... EE
  15s ea ...... 63874-0485-15 ... 8.49 ... EE
  20s ea ...... 63874-0485-24 ... 11.33 ... EE
  24s ea ...... 63874-0485-24 ... 13.59 ... EE
  500s ea ...... 63874-0485-05 ... 200.82 ... EE

---


Electronic Drug Pricing and Clinical Information
**RED BOOK**
Database Services - (800) 722-3062

**(DEY, L.P.)** *See ACCUNEB*
**(DEY, L.P.)**
SOL, IH (VIAL)
0.083%,
  3 ml 25s UD ...... 49502-0697-24 ... 30.25 ... AN
  3 ml 30s UD ...... 49502-0697-29 ... 36.30 ... AN
  3 ml 60s UD ...... 49502-0697-61 ... 72.60 ... AN
**(Gallipot)**
POW, NA (U.S.P.N.F.)
  5 gm ...... 51552-0044-02 ... 11.20
  (U.S.P.)
  25 gm ...... 51552-0044-04 ... 32.20
  (U.S.P.N.F.)
  100 gm ...... 51552-0044-05 ... 58.00
  500 gm ...... 51552-0044-06 ... 392.00
  1000 gm ...... 51552-0044-07 ... 595.00
**(GSK Pharm)** *See VENTOLIN HFA*
**(Hawkins)**
POW, NA (U.S.P.)
  25 gm ...... 63370-0010-25 ... 64.00
  100 gm ...... 63370-0010-35 ... 212.00
  500 gm ...... 63370-0010-45 ... 680.00
  1000 gm ...... 63370-0010-50 ... 1660.00
**(Heartland)**
REPACK
TAB, PO, 2 mg, 30s ea UD .. 61392-0567-30 ... 8.10 ... AB
  30s ea UD ...... 61392-0567-30 ... 8.10 ... AB
  31s ea UD ...... 61392-0567-31 ... 8.37 ... AB
  32s ea UD ...... 61392-0567-32 ... 8.64 ... AB
  45s ea UD ...... 61392-0567-45 ... 12.15 ... AB
  60s ea UD ...... 61392-0567-60 ... 16.20 ... AB
  90s ea UD ...... 61392-0567-90 ... 24.30 ... AB
  500s ea UD ...... 61392-0567-51 ... 135.00 ... AB
  2000s ea UD ...... 61392-0567-54 ... 540.00 ... AB
  3000s ea UD ...... 61392-0567-55 ... 810.00 ... AB
  10000s ea UD ...... 61392-0567-91 ... 2700.00 ... AB
  4 mg, 30s ea UD ...... 61392-0570-30 ... 11.87 ... AB
  (BLISTER PACK)
  4 mg, 30s ea ...... 61392-0570-39 ... 11.87 ... AB
  31s ea UD ...... 61392-0570-31 ... 12.26 ... AB
  32s ea UD ...... 61392-0570-32 ... 12.66 ... AB
  45s ea UD ...... 61392-0570-45 ... 17.80 ... AB
  60s ea UD ...... 61392-0570-60 ... 23.73 ... AB
  90s ea UD ...... 61392-0570-90 ... 35.60 ... AB
  500s ea UD ...... 61392-0570-51 ... 197.78 ... AB
  2000s ea UD ...... 61392-0570-54 ... 791.10 ... AB
  3000s ea UD ...... 61392-0570-55 ... 1186.65 ... AB
  10000s ea UD ...... 61392-0570-91 ... 3955.50 ... AB
**(Hi-Tech)**
SOL, IH, 0.083%, 3 ml 25s 50383-0742-25 ... 30.35 ... AN
  0.5%, 20 ml ...... 50383-0741-20 ... 16.50 ... AN
SYR, PO, 2 mg/5 ml,
  473 ml ...... 50383-0740-16 ... 39.60 ... AA
**(Ivax Pharm)**
SOL, IH (VIAL,PF)
0.083%,
  3 ml 25s UD ...... 00172-6405-44 ... 30.87 ... AN
  3 ml 60s UD ...... 00172-6405-49 ... 74.10 ... AN
  0.5%, 20 ml ...... 00182-6014-65 ... 14.99 ... AN
**(Major)**
SOL, IH, 0.5%, 20 ml ...... 00904-7659-55 ... 16.80 ... AN
**(Medisca)**
POW, NA (U.S.P.)
  25 gm ...... 38779-0185-04 ... 70.50
  100 gm ...... 38779-0185-05 ... 214.50
  500 gm ...... 38779-0165-08 ... 717.00
  1000 gm ...... 38779-0185-09 ... 1300.50
**(Meridian Pharm)**
POW, NA (U.S.P.)
  25 gm ...... 62991-1006-01 ... 60.00
  100 gm ...... 62991-1006-02 ... 177.00
  500 gm ...... 62991-1006-03 ... 678.60
  (U.S.P. MICRONIZED)
  1000 gm ...... 62991-1006-04 1245.00 415.00
**(Mutual)**
TAB, PO, 2 mg, 100s ea .... 53489-0176-01 ... 31.14 ... AB
  500s ea ...... 53489-0176-05 ... 154.18 ... AB
  4 mg, 100s ea ...... 53489-0177-01 ... 45.76 ... AB
  500s ea ...... 53489-0177-05 ... 224.20 ... AB

**RED BOOK Database Services**
Put the Power of RED BOOK on Your Computer. For information call toll-free: (800) 722-3062
**ReadyPrice**

# EXHIBIT H

Page 1 of 1

Eckerd.com -



WARRICK

HOME   PHARMACY   HEALTH INFO   PHOTO   SHOP ONLINE   COMPANY INFO

Fill Prescriptions   Courtesy Refills   Pricing   Drug Advisor   Ask the Pharmacist





**Search:**




No Items
Checkout

Shopping List

No Items
Add Prescriptions

# Drug Information & Prices

## ALBUTEROL

**PROVENTIL AER 90MCG**
Brand Name
Package Size: 17 GRAM
Price: $45.56

**VENTOLIN AER 90MCG**
Brand Name
Package Size: 17 GRAM
Price: $37.78

**VENTOLIN AER 90MCG RF**
Brand Name
Package Size: 17 GRAM
Price: $35.02

**ALBUTEROL AER 90MCG (P)**
Generic
Package Size: 17 GRAM
Price: $13.89





ECKERD

Home   |   Find a Store   |   Partner Sites   |   Contact Us   |   Site Map

Shop Safely Online   |   Shipping and Returns

Please see our Promise of Privacy, Notice of HIPAA Privacy Practices, Terms of Use, Security Policy, and our Promises of Quality for complete information.

Copyright © 2002 Eckerd Corporation. All Rights Reserved.

ECKERD

My Ac

Messa

What'

Health

Drug A

Ask th

Courte

Saving

Custom

Employ

Contac

Email I

IC

.drugstore.com - Albuterol 90mcg/act Aerosol Drug Prices and Information          Page 1 of 3

**⊙drugstore.com®**

view shopping bag | 🛒

Welcome! Receive **10% off** your first nonprescription order. Click here to redeem.

| home | | | medicine cabinet | beauty & spa | nutrition & wellness | personal care | household | sexual well-being | healthy woman | ⊗ see more stores |

Search: [_____] go          your account | your list™ | your prescriptions |

**ways to shop**
- store directory
- shop by brand
- your list™
- your store
- gift wizard
- worldwide shipping

**prescriptions**
- fill new prescription
- pharmacy records
- refill a prescription

**your shopping bag**
You're $49.00 away from Everyday Free Shipping! no items in bag

view details | checkout

**ways to save**
- everyday free shipping
- drugstore.com dollars
- your diamond deal
  Customize your diamond deal.

**pharmacy directory**
- drug prices
- your prescriptions
- how to use our pharmacy
- insurance plans

**health guide**
- vitamin guide index
- herbal remedies index
- women's health index
- weight management
- health guide

back to: pharmacy / drug prices & information / A

Welcom (sign in)

# Albuterol

**brand name(s):** Proventil, Ventolin
(learn more about brand vs. generic drugs)

Ask You about All

$10

YO PRES

▶ Click $10 o saving on m pres

**Buy more and save**
Save $5.98 when you self-pay for 3 inhalers instead of 1!

|  | 1 inhaler | 3 inhalers | **YOU SAVE** 3 inhalers vs. 1 |
|---|---|---|---|
| Albuterol 17GM inhaler 90MCG/ACT aerosol | $13.99 | $35.99 | $5.98 your best value |

order your prescription
calculate quantity 3 ⊕

L H to Pha

It's eas how to Rx, del informa more.

Please note: Albuterol is a DOT-restricted medicine and requires ground shipping.

These are self-pay prices and do not take into account any discounts or insurance coverage that you may have. Actual prices are calculated at the time of your order.

✉ e-mail a friend about this prescription product
Let your friends know about this prescription product and our low drug prices!

## Information on Albuterol

Learn more about usage, cautions, and possible side effects.

**Aerosol**
Chemical Name: ALBUTEROL (al-BYOO-ter-ole)

**Common uses**
This medicine is a bronchodilator used to treat or prevent the symptoms of asthma, emphysema, and other breathing conditions. This medicine is also used to prevent the symptoms of exercise-induced asthma. It may also be used to treat other conditions as determined by your doctor.          return to top

**Before using**
INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. Inform your doctor of any other

↰ back to search

**Price display may include various strengths and generic alternatives.**

| name | package size | qty (INHALERS) | | |
|------|--------------|---|---|---|
| (manufacturer) | | 1 | 2 | 3 |
| VENTOLIN 90MCG INHALER (GLX) | 17 GM/INHALER | $34.69 | $67.29 | $100.29 |
| Drug Description | | | | |
| VENTOLIN 90MCG INH REFILL (GLX) | 17 GM/INHALER | $32.19 | $62.09 | $92.59 |
| Drug Description | | | | |
| PROVENTIL 90MCG INHALER (SCH) | 17 GM/INHALER | $37.69 | $73.19 | $109.39 |
| Drug Description | | | | |
| PROVENTIL 90MCG INH REFILL (SCH) | 17 GM/INHALER | $30.09 | $57.59 | $85.89 |
| Drug Description | | | | |
| ALBUTEROL 90MCG INHALER (ZEN) Generic Alternative | 17GM/INHALER | $11.69 | $19.59 | $27.09 |
| Drug Description | | | | |

| name | package size | qty (PACKAGES) | | |
|------|--------------|---|---|---|
| (manufacturer) | | 1 | 2 | 3 |
| VENTOLIN 0.83MG/ML SOLUTION(GLX) | 25X3 ML NEBULES/PACKAGE | $46.89 | $88.99 | $129.69 |
| Drug Description | | | | |
| AIRET 0.83MG/ML SOLUTION (MPI) | 25X3 ML/PACKAGE | $53.19 | $100.69 | $146.99 |
| Drug Description | | | | |
| AIRET 0.83MG/ML SOLUTION (MPI) | 60X3 ML/PACKAGE | $107.99 | $207.89 | $305.49 |
| Drug Description | | | | |
| PROVENTIL .83MG/ML SOLUTION(SCH) | 25X3 ML/PACKAGE | $53.49 | $101.79 | $148.89 |
| Drug Description | | | | |

# EXHIBIT I

Buy Albuterol online in 90mcg/act aerosol; cheap drug prices and information

# drugstore.com.
### a better way to shop for health & beauty

welcome (sign in) | view shopping bag | check out | help
your account | your list™ | your prescriptions | fast shop

home | holiday store | pharmacy | medicine cabinet | bath & cosmetics | vitamins & diet | GNC | personal care | household & cleaning | sexual well-being | salon hair care | Dr. Weil recommends

Search: [go] | featured stores | skin care | food & snacks | fitness | baby | pets | all natural | contact lenses | BEAUTY.COM

new prescriptions
no new prescription items
view new prescription cart

pharmacy directory
· drug prices
· how our pharmacy works
· insurance/discount cards
· your prescriptions
· insurance plans

common questions
· When will my medication arrive?
· How do I get my prescription to you?
· What if my medicine is not in the drug index?
· more information...

contact us
· 1-800-378-4786
· e-mail us
· drugstore.com
407 Heron Drive
Swedesboro, NJ
08085-9810

back to: pharmacy / drug prices & information / A

# Albuterol

brand name(s): Proventil, Ventolin
(learn more about brand vs. generic drugs)



Buy more and save
Save $5.98 when you self-pay for
3 inhalers instead of 1!

| | 1 inhaler | 3 inhalers | |
|---|---|---|---|
| Albuterol 17GM inhaler 90MCG/ACT aerosol | $13.99 | $35.99 save $5.98 | add to cart [add to cart] |

calculate quantity  3

Please note: Albuterol is a DOT-restricted medicine and requires ground shipping.

These are self-pay prices and do not take into account any discounts or insurance coverage that you may have. Actual prices are calculated at the time of your order.

✉ e-mail a friend about this prescription product
Let your friends know about this prescription product and our low drug prices!

## Information on Albuterol

Learn more about usage, cautions, and possible side effects.

### Aerosol
Chemical Name: ALBUTEROL (al-BYOO-ter-ole)

### Common uses
This medicine is a bronchodilator used to treat or prevent the symptoms of asthma, emphysema, and other breathing conditions. This medicine is also used to prevent the symptoms of exercise-induced asthma. It may also be used to treat other conditions as determined by your doctor.
return to top

### Before using
INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. Inform your doctor of any other medical conditions, allergies, pregnancy, or breast-feeding.
return to top

### Directions
Follow the directions for using this medicine provided by your doctor. THIS MEDICINE MAY COME with an instruction leaflet. Ask your doctor, nurse, or pharmacist any questions that you may have about this medicine. BEFORE USING THIS MEDICINE, be sure that the canister is properly inserted into



$10 OFF
YOUR FIRST
PRESCRIPTION
► CLICK HERE

Click here to get $10 off and start saving up to 30% on noninsured prescriptions!



FSA
Tax Advantaged
Online Store
Now available: an easier way to manage your medical flexible spending account. Learn more.

Find FSA eligible products quickly. Shop our FSA Store.

Ask Your Pharmacist
about Albuterol

11/5/2004

familymeds.com: Product Information - Albuterol





Familymeds bills *Medicare* directly!  Look  Find out more!



Health | House & Holiday | Personal | Remedies | Women & Beauty

Your Cart Is Empty

View Cart     Check Out

Home | Log in | Create Account | Check Out | About Us | Contact Us | Help

**PHARMACY SERVICES**

### SEARCH

Enter Product # Or Name:

**New Prescriptions**

Select Your Medication

**FILLING PRESCRIPTIONS**

**New Prescriptions**

* Request A Catalog

**ALBUTEROL**

| Strength | Quantity | Price | Buy |
|---|---|---|---|
| 90 MCG/INH | 1 inhaler (17 gm) | $12.87 | Buy |
| | 3 inhalers (3x17 gm) | $21.87 | Buy |

Prices valid for internet orders only.

* Select Your Medication
* Login/Create an Account
* Enter Patient Profile
* Enter Insurance Profile
* Enter Doctor Profile
* Prescription Review
* Prescription Confirmation

### PHARMACY

* View Drug Prices
* Fill A New Prescription
* Refill A Prescription
* Pharmacy Services

### LIFESTYLE MEDS

* Cialis from $88.87
* Levitra from $44.87
* Propecia from $47.87
* Renova from $78.87
* Valtrex from $38.87
* Vaniqa from $43.87
* Viagra from $43.87
* Zyban from $114.87

**NEED HELP?**


Rx Refills    On Time
**Reliable Refill**
Automatic    Every Time



Personal Care Appliances Sale!



**FREE Shipping** Everyday!

On non-RX orders of $35 or more



**Easy Ordering!** Shop from a list of your favorite items

SAVE TIME



**Steals & Deals** Save 50-75% on selected items every day! (While Supplies Last!)

**Pepcid AC Chewable Tablets** (60 tablets) was $15.99



### SHOP DEPARTMENTS

* Diabetic
* Diet & Nutrition
* Family Care
* Home Health
* House & Holiday
* Personal Care
* Remedies
* Women & Beauty

**Prescription Plan Coverage Changes**
Due to periodic changes in most prescription plans, certain medications may no longer be covered. You may wish to contact your plan provider to see if your prescription is covered prior to placing your order.

**Prescription Policy**
Your prescription will be filled according to your doctor's specification. Please be sure to select the correct strength.

### LIFESTYLE HEALTH

* Allergies
* Baldness
* Diabetes
* Impotence
* Smoking
* More...

**Insurance Co-Pay Questions**
For questions regarding the amount of your co-pay, please contact your plan provider directly.

Shopping Cart · Home · Pharmacy · Shop · Specials · Help

### RETAIL LOCATIONS

Click here to find your local...



* Shop the Store Circular

With regard to all information on this page please refer to our disclaimer.

### ABOUT US

* Company Profile
* Privacy & Security
* Contact Information
* More...

The SENIOR Site

⇦ back to search

Price display may include various strengths and generic alternatives.

| name<br>(manufacturer) | package size | qty (INHALERS) | | |
|---|---|---|---|---|
| | | 1 | 2 | 3 |
| VENTOLIN 90MCG INHALER<br>(GLX)<br>Drug Description | 17 GM/INHALER | $34.09 | $65.89 | $98.39 |
| VENTOLIN 90MCG INH REFILL<br>(GLX)<br>Drug Description | 17 GM/INHALER | $31.59 | $60.79 | $90.79 |
| PROVENTIL 90MCG INHALER<br>(SCH)<br>Drug Description | 17 GM/INHALER | $38.69 | $75.39 | $112.59 |
| PROVENTIL 90MCG INH REFILL<br>(SCH)<br>Drug Description | 17 GM/INHALER | $30.09 | $57.59 | $85.89 |
| ALBUTEROL 90MCG INHALER<br>(ZEN)<br>Generic Alternative<br>Drug Description | 17GM/INHALER | $8.55 | $12.15 | $15.75 |

| name<br>(manufacturer) | package size | qty (PACKAGES) | | |
|---|---|---|---|---|
| | | 1 | 2 | 3 |
| AIRET 0.83MG/ML SOLUTION<br>(MPI)<br>Drug Description | 25X3 ML/PACKAGE | $53.19 | $100.69 | $146.99 |
| AIRET 0.83MG/ML SOLUTION<br>(MPI)<br>Drug Description | 60X3 ML/PACKAGE | $107.99 | $207.89 | $305.49 |
| PROVENTIL .83MG/ML<br>SOLUTION(SCH)<br>Drug Description | 25X3 ML/PACKAGE | $53.49 | $101.79 | $148.89 |
| ALBUTEROL 0.83MG/ML<br>SOLUTION(DEY)<br>Generic Alternative<br>Drug Description | 3ML/Bottle | $10.89 | $17.99 | $24.79 |

| name | package size | qty (BOTTLES) |
|---|---|---|

# EXHIBIT J



# PUBLIC POLICY SOURCES

- Search
- Media Releases
- Events
- Online Publications
- Order Publications
- Student Programs
- Radio
- National Media Archive
- Membership
- Other Resources
- About Us



The
Economic Freedom
Network

## Prescription Drug Prices in Canada and the United States
--
### Part 1: A Comparative Survey

by *John R. Graham and Beverley A. Robson*

# Contents

- Executive Summary
- Introduction
- Method
- Analysis
- Findings
- Conclusion
- Notes
- References
- Appendix 1
- Appendix 2
- Appendix 3
- Appendix 4
- Appendix 5
- Acknowledgments & About the authors

---

**Public Policy Sources** is published periodically throughout the year by The Fraser Institute, Vancouver, B.C., Canada.

**For information about The Fraser Institute membership, please call:**
Sherry Stein
The Fraser Institute
(604) 688-0221, ext. 590 or
(416) 363-6575, ext. 590.

**Editor & Designer:** Lindsey Martin

**For media information, please contact:**
Suzanne Walters, Director of Communications,
(604) 688-0221, ext. 582 or
(416) 363-6575, ext. 582

**To order additional copies, write or call:**
The Fraser Institute
4th Floor, 1770 Burrard Street
Vancouver, BC,   V6J 3G7

Toll-free order line: 1-800-665-3558;
Telephone: (604) 688-0221, ext. 580
Fax: (604) 688-8539

**In Toronto, write or call:**
The Fraser Institute
Suite 2550 - 55 King Street West
Toronto, ON,   M5K 1E7

Telephone: (416) 363-6575, ext. 580
Fax: (416) 601-7322

Visit our Web site at http://www.fraserinstitute.ca

Printed in Canada.
ISSN 1206-6257

---

 info@fraserinstitute.ca

You can contact us at the above email address for any comments or information requests. Please report any dead links or technical problems.

If you know someone who would be interested in this web page, please enter their email address below, and we will forward this URL to them:

**Email Address:** [                          ]   [ Submit ]

Last Modified: August 23, 2000.



# PUBLIC POLICY SOURCES

├Search
├Media Releases
├Events
├Online
 Publications
├Order
 Publications
├Student
 Programs
├Radio
├National Media
 Archive
├Membership
├Other
 Resources
└About Us



The
Economic Freedom
Network

## Prescription Drug Prices in Canada and the United States
--
## Part 1: A Comparative Survey

[Contents] [Next]

# Executive Summary

This study compares the prices of prescription drugs in Canada and the United States. The measure used is the replacement cost, at Canadian prices, of drugs consumed by the average American pharmacy or consumer. The sample was selected from the drugs consumed in the largest quantities in the United States. This ensures that the study captured non-patented as well as patented drugs. Other studies that compare drug prices across borders use price indices, which overwhelmingly reflect the prices of patented drugs.

The study finds that prescription drug prices are lower in Canada than in the United States. However, there is considerable variance among the price differences. A certain number of drugs are more expensive in Canada than in the United States. In all cases, these drugs are generic drugs. Indeed, if American consumers paid Canadian prices for generic drugs, they would pay higher prices than they do now.

As well, patented drugs have a smaller Canadian discount than branded, non-patented drugs. This is interesting because Canada has a price regulator, the Patented Medicine Prices Review Board, which controls patented drug prices but not non-patented drug prices.

The fact that generic drug prices are often higher in Canada than the United States and that branded non-patented drugs have a greater Canadian discount than patented drugs invites a closer examination of the effects of Canada's drug-price control regime.

[Contents] [Next]

info@fraserinstitute.ca

You can contact us at the above email address for any comments or information requests. Please report any dead links or technical problems.

If you know someone who would be interested in this web page, please enter their email address below, and we will forward this URL to them:

**Email Address:** |                                         Submit

Last Modified: August 23, 2000.



# PUBLIC POLICY SOURCES

## Prescription Drug Prices in Canada and the United States

--

### Part 1: A Comparative Survey

[Previous] [Contents] [Next]

- Search
- Media Releases
- Events
- Online Publications
- Order Publications
- Student Programs
- Radio
- National Media Archive
- Membership
- Other Resources
- About Us



The
Economic Freedom
Network

# Introduction

Public attention in the United States and Canada has recently focused on differences among the prices of prescription drugs in the two countries. Because of these price differences, a number of American residents who live close to the Canadian border have come to Canada to have their prescriptions filled in Quebec, Ontario (CBC television, *The National*, February 18, 2000) and more recently, British Columbia (CTV Vancouver, *The Noon News Hour*, May 3, 2000). To serve this market, at least one group of medical entrepreneurs plans open a clinic just north of the border between the state of Washington and British Columbia (Fong 2000).

Reports from the United States indicate that prescriptions can be purchased at significantly lower costs in Canada than in the United States. In 1998, Representative Bernard Sanders initiated a study that compared prescription drug prices in Vermont to prices in Canada and Mexico (US House of Representatives 1998). The report concluded that it appeared that drug companies were engaged in a form of discriminatory pricing that victimized those who were least able to afford it. In the fall of 1999, the CBS news program, *60 Minutes*, featured this subject and reported that bus-loads of American seniors had traveled to Ontario and Quebec to obtain prescription drugs. President Clinton ordered a study of prescription drug costs in America, which was submitted in April 2000 (US Department of Health and Human Services 2000). Hillary Clinton, campaigning for a seat in the American Senate, promised legislation that would permit New York pharmacists to buy low-cost prescription drugs from Canada (Clinton 2000).

Some American jurisdictions, such as Maine, plan to impose explicit price regulation on pharmaceuticals, for which Canada's Patented Medicines Prices Review Board is to be the model.

The goal of this study is to identify the effects of price regulation in the Canadian and American markets. It looks at wholesale and retail prices for a sample of high-volume prescription drugs sold in the United States

and Canada. It seeks to answer the questions:

1. What would the average American pharmacy pay for drug $X$ if it were to pay the Canadian price?

2. What would the average American drug consumer pay for drug $X$ if he were to pay the Canadian price?

This survey contributes to the discussion of prescription drug prices by examining a much larger set of data than other recent lists (Clinton 2000; Gorton 2000) and including prescription drugs other than patented drugs.

Given that the Canadian government explicitly regulates prices of patented drugs and the United States government does not, the authors expect that the results of this survey will be an important input for researchers who seek to explain the effects of the different regulatory systems in the two countries. Because the Canadian government regulates the prices of patented drugs only, we have sought especially to identify differences between the prices of patented and of non-patented drugs.

Identifying an objectively selected sample that contains both significant patented and non-patented drugs is a challenge. For the most part, classical price indexes capture prices of patented drugs, which dominate sales volume. A sample including non-patented drugs permits the authors to observe differences between relative prices for drugs that are subject to price regulation in Canada (patented drugs) and those that are not (non-patented drugs). We believe that the sample that we have collected is the largest since a study using 1992 data to construct a variety of classical price indices (Danzon 1996).

[Previous] [Contents] [Next]

---

 info@fraserinstitute.ca

You can contact us at the above email address for any comments or information requests. Please report any dead links or technical problems.

If you know someone who would be interested in this web page, please enter their email address below, and we will forward this URL to them:

**Email Address:** [                    ]          Submit

Last Modified: August 23, 2000.





- Search
- Media Releases
- Events
- Online Publications
- Order Publications
- Student Programs
- Radio
- National Media Archive
- Membership
- Other Resources
- About Us



The Economic Freedom Network

## Prescription Drug Prices in Canada and the United States
**--**
### Part 1: A Comparative Survey

[Previous] [Contents] [Next]

# Method

## Prices measured

There are three price levels in the distribution chain for prescription drugs: the "gate price" (the price at which the manufacturer sells to the wholesaler), the wholesale price, and the retail price. Criticisms of high drug prices are usually levelled against manufacturers. However, outside researchers have found it extremely difficult to observe actual gate prices. This study compares the next two levels: wholesale and retail prices. The average wholesale mark-up is estimated to be about 2.5 percent in the United States (US Department of Health and Human Services 2000: 98), so wholesale prices are very close to gate prices. However, true wholesale prices are also very difficult to observe. Thus, the authors were forced to adopt key assumptions about wholesale transaction prices at which drugs are sold to pharmacies.

For this reason, the study also compares retail prices. Although retail distribution is well downstream from the factory gate in terms of value added,[1] retail prices have the advantage of being unambiguous. They are relatively easy to collect and require no assumptions as to their accuracy.

## Sample

### Selecting the Sample

The 60 prescription drugs with the greatest volume of prescriptions written in the United States during the period of January through October 1998, as compiled by Scott-Levin's *Source Prescription Audit*, were selected from the *1999 Drug Topics Red Book* (Medical Economics Company 1999: 150-151). The list is attached as Appendix 1.

### Qualifying the sample

There were several criteria for determining whether a drug listed in the Red Book could be compared to a product in Canada. All drugs had to be prescription pharmaceuticals that were identical and equivalent in several respects. Brand-name drugs were compared only to brand-name drugs and generic drugs compared only to generic drugs. Products had to be identical with respect to chemical name, dosage or strength, and form. For example, generic *Diazepam* was not compared to branded *Valium*®. If a drug was sold as a tablet on Costco Online in the United States but as a caplet by Costco Canada, it was rejected.

Not all drugs in the sample of 60 fit the criteria. Because the authors wanted to compare both wholesale and retail prices, four prices were collected: an American wholesale price (*Red Book*), a Canadian wholesale price (Ontario Drug Benefit Program formulary), an American retail price (Costco), and a Canadian retail price (Costco). Fifteen drugs had to be excluded from both the wholesale and the retail comparisons (not the same 15 in each case.) Tables 1 and 2 show the drugs that were excluded from the wholesale and retail samples, respectively, and the reasons that this was necessary.

## Table 1 Drugs rejected from wholesale price comparison

| Product | Status & Rank | Comments |
|---------|---------------|----------|
| Albuterol Aerosol | G7 | Different packaging modalities made comparisons not possible. |
| Ambien® | B26 | In Red Book but not any of other three data sources used. |
| Claritin® | B7 | Sold as Over-the-Counter product in Canada. |
| Cyclobenzaprine | G25 | Not covered by Ontario DBP. |
| Doxycycline Hyclate | G27 | Not covered by Ontario DBP. |
| Glucotrol XL® | B29 | In Red Book but not any of other three data sources used. |
| Hydrocodone / APAP | G1 | In Red Book but not any of other three data sources used. |
| K-Dur 20® | B28 | Not covered by Ontario DBP. |
| Levoxyl® | G22 | Not covered by Ontario DBP. |
| Ortho Tri-Cyclen® | B31 | Not covered by Ontario DBP. |
| Prempro® | B11 | In Red Book but not any of other three data sources used. |
| Prilosec® | B4 | Available by name of Losec® (brand). Different packaging modalities |

| | | |
|---|---|---|
| Prilosec® | B4 | Different packaging modalities rendered comparisons impossible |
| Propoxyphene-N / APAP | G6 | In Red Book but not any of other three data sources used. |
| Trimox | G2 | Not covered by Ontario DBP. |
| Ultram® | B25 | In Red Book but not any of other three data sources used. |

## Table 2 Drugs rejected from retail price comparison

| Product | Status & Rank | Comments |
|---|---|---|
| Acetamin. w/Cod.#3 | G8 | Costco Canada dispenses Tylenol® #3 (Brand) as a substitute. |
| Albuterol Aerosol | G7 | Different packaging modalities made comparisons not possible. |
| Ambien® | B26 | In Red Book but not any of other three data sources used. |
| Amoxicillin | G9 | Specific drug not listed in United States on-line retail drug set. |
| Amoxil® | B30 | Amoxil not sold by Costco Canada. |
| Claritin® | B7 | Not included in database. Sold as Over-the-Counter product in Canada. |
| Glucotrol XL® | B29 | In Red Book but not any of other three data sources used. |
| HCTZ/Triamterene | G12 | Costco Canada does not sell generic drug. Issues Dyazide® (Brand) as a substitute. |
| Hydrocodone / APAP | G1 | In Red Book but not any of other three data sources used. |
| Levoxyl | G22 | Eltroxin® dispensed by Costco Canada as an equivalent. |
| Prempro® | B11 | In Red Book but not any of other three data sources used. |
| Propoxyphene-N / APAP | G6 | In Red Book but not any of other three data sources used. |
| Trimox | G2 | Not included in Canada Costco drug set. |
| Ultram® | B25 | In Red Book but not any of other three data sources used. |

| | | |
|---|---|---|
| **Ortho Tri-Cyclen®** | B31 | Packaging sufficiently different in Canada so as to render price comparison impossible. |

*Note to tables 1 and 2*: Status and Rank (column 2) are taken from the 1999 Drug Topics Red Book (Medical Economics Company 1999). G indicates a generic drug; B indicates a branded drug; numbers indicate a drug's rank among either generic and branded drugs as determined by the number of prescriptions written.

Two branded drugs were included in the comparisons although they sell under different names in the two countries. *Procardia XL*® (*Nifedipine*), sold by Pfizer in the United States is sold as *Adalat*® by Bayer in Canada. This is due to a licensing agreement between the two companies. SmithKline Beecham sells *Amoxicillin/Clavulanic Acid* in the United States as *Augmentin*®, but as *Clavulin*® in Canada. The authors determined that the two products were comparable in both cases. Thus, 45 drugs out of 60, or 75 percent of the sample, were compared for both the wholesale and retail cases. Canadian prices were translated to American dollars at an exchange rate of 69 cents US to the Canadian dollar.

The number of prescriptions written for the wholesale sample was 629,068,000 and for the retail sample, 609,835,000. It is estimated that the total number of prescriptions written in the United States during the period was 2.4 billion (US Department of Health and Human Services 2000: 113). Thus, the samples capture about 25 percent of the total number of prescriptions written.

## Definition of terms

### Comparison of wholesale prices

*Average Wholesale Price* (AWP) has a different meaning in Canada than in the United States, where the *Drug Topics Red Book* lists AWPs for various distributors of each drug. These AWPs serve as the bases for determining the prices that will be paid by third-party payers, health maintenance organizations, and government departments to pharmacies for the prescriptions dispensed to their clients. For branded drugs, the AWP is set by the manufacturer. The price at which the manufacturer sells to the wholesaler is discounted, on average, by 20 percent off the AWP. The wholesaler sells to the pharmacy at a discount of 18 percent. Thus, the average actual wholesale price is 82 percent of the AWP (US Department of Health and Social Services 2000: 98). The authors realize that this specific discount does not apply to every drug in the sample. Nevertheless, as it is the best approximation available, it was used as the American wholesale price.

For generic drugs, there is no clear relationship between the listed AWP

and the actual wholesale price. Each generic drug in the *Red Book* has a number of suppliers, who often charge extremely different prices for the same dose, form, and package of any one drug. In many cases, the highest list price is a multiple of the lowest. The authors do not believe that these prices can realistically be interpreted as true prices at which drugs are sold. The *Red Book* also lists the highest price that the government will pay as a drug benefit for Medicaid clients (the HCFA price, from the Health Care Financing Administration). Since the HCFA price is steeply discounted, the true wholesale transaction price for generics is estimated to be 1.50 times the HCFA price.[2]

In Canada, there is no inexpensive publication similar to the *Drug Topics Red Book*. Therefore, the authors used the Ontario Drug Benefit Formulary's Direct Unit Cost (Ontario Ministry of Health, 1999). When patients insured by one of the Ontario Drug Benefit Programs purchase prescriptions, the Ontario Ministry of Health reimburses the pharmacies an amount calculated as the Direct Unit Cost plus 10 percent, plus a dispensing fee. This is intended to cover the cost of the acquisition of the drugs from the manufacturer or wholesaler, the retail margin, and the professional service of the dispensing pharmacist. The Direct Unit Cost is approved by a review committee of the Ontario Drug Benefit Program and is a good approximation for the true wholesale price, averaged over the community of wholesalers. As well, we canvassed one Canadian wholesaler for actual prices, which corresponded very closely to the published Direct Unit Costs. In many cases, they were equal. Therefore, the Direct Unit Cost was used as the Canadian wholesale price.

**Comparison of retail prices**

The wide range of prices charged by different pharmacies made it difficult to compare the prices of a particular pharmacy in the United States to the prices of a different pharmacy in Canada. Therefore, Costco, which operates in both countries, was chosen as the reference pharmacy. For the United States, data were collected from the Costco On-line Pharmacy where a complete list of drug prices was provided. An American Costco employee informed the authors that on-line prices and in-store prices were equal. Full-scale online pharmacy services do not exist in Canada, so Canadian prices were obtained from pharmaceutical customer representatives at a local Costco outlet. Prices include professional dispensing fees. The data were collected at the beginning of April 2000.[3]

[Previous] [Contents] [Next]

info@fraserinstitute.ca

You can contact us at the above email address for any comments or
information requests. Please report any dead links or technical
problems.

If you know someone who would be interested in this web page, please
enter their email address below, and we will forward this URL to them:

**Email Address:** [_____]  [Submit]

Last Modified: August 23, 2000.



# PUBLIC POLICY SOURCES

- Search
- Media Releases
- Events
- Online Publications
- Order Publications
- Student Programs
- Radio
- National Media Archive
- Membership
- Other Resources
- About Us

## Prescription Drug Prices in Canada and the United States
**--**
### Part 1: A Comparative Survey

[Previous] [Contents] [Next]

# Analysis

## Classifying the sample

The drugs were classified in two ways: by pharmacologic-therapeutic classification and by level of intellectual property protection in the United States.

With respect to pharmacologic-therapeutic classification, the drugs fell into eight categories (taken from Ontario Ministry of Health 1999):

1. Autonomic Agents (AU);

2. Blood Formation and Coagulation (BL);

3. Cardiovascular Drugs (CV);

4. Electrolyte, Caloric, and Water Balance (EL);

5. Gastrointestinal Drugs (GI);

6. Hormones and Substitutes (HO);

7. Anti-Infective Agents (IN); and

8. Central Nervous System Drugs (NS).



The
Economic Freedom
Network

With respect to intellectual property, the drugs were classified as:

1. *exclusive*: the drug is protected in the United States from competitors selling the same *moiety* (molecular structure of the therapeutically active ingredient) through patents or exclusivity granted by the United States Food and Drug Administration;[4]

2. *branded only:* the drug is not legally protected from competing products of the same *moiety* but the manufacturer maintains the trade-marked name for its version of the drug and invests heavily in order to differentiate its brand from competing substitutes or to

dissuade substitutes from entering the market;[5]

3. *generic*: the drug is a substitute for another drug of the same *moiety* that does not enjoy legal protection from competition, and the generic drug competes almost entirely on price, making little or no investment in brand differentiation.[6]

The 45 drugs in both the wholesale and retail samples were distributed among these categories in a matrix, as shown in tables 3 and 4.

**Table 3: Classification Distribution of Wholesale Sample, by numbers of drugs (and percentage)**

| | AU | BL | CV | EL | GI | HO | IN | NS |
|---|---|---|---|---|---|---|---|---|
| 45 drugs (100%) | 0 drugs (0%) | 1 drug (2%) | 15 drugs (33%) | 3 drugs (7%) | 2 drugs (4%) | 5 drugs (11%) | 8 drugs (18%) | 11 drugs (24%) |
| Exclusive 18 drugs (40%) | | | 11 (24%) | | 1 (2%) | 2 (4%) | 1 (2%) | 3 (7%) |
| Branded only 7 drugs (16%) | | 1 (2%) | 1 (2%) | | | 1 (2%) | 4 (9%) | |
| Generic 20 drugs (44%) | | | 3 (7%) | 3 (7%) | 1 (2%) | 2 (4%) | 3 (7%) | 8 (18%) |

**Table 4: Classification Distribution of Retail Sample**

| | AU | BL | CV | EL | GI | HO | IN | NS |
|---|---|---|---|---|---|---|---|---|
| 45 drugs (100%) | 1 drugs (2%) | 1 drug (2%) | 15 drugs (33%) | 3 drugs (7%) | 3 drugs (7%) | 5 drugs (11%) | 7 drugs (16%) | 10 drugs (22%) |
| Exclusive | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **20 drugs** **(46%)** | | | 11 (24%) | 1 (2%) | 2 (4%) | 2 (4%) | 1 (2%) | 3 (7%) |
| **Branded only** **6 drugs** **(14%)** | | 1 (2%) | 1 (2%) | | | 1 (2%) | 3 (7%) | |
| **Generic** **19 drugs** **(41%)** | 1 (2%) | | 3 (7%) | 2 (4%) | 1 (2%) | 2 (4%) | 3 (7%) | 7 (16%) |

*Note to tables 3 and 4*: AU = autonomic agent; BL = blood formation and coagulation; CV = cardiovascular; EL = electrolyte, caloric, and water balance; GI = gastrointestinal; HO = hormones and substitutes; IN = antiinfective; NS = central nervous system. Percentages may not add up due to rounding.

## Examining the sample

### Calculations

In order to get as much information from the wholesale and retail samples as possible, the data were examined in several ways.

- The Canadian discount or premium was calculated as the difference between the Canadian price and the American price, divided by the American price and expressed as a percentage.

- A simple analysis of the median, simple average, range, sample standard deviation, and number of drugs that are more expensive in Canada were calculated for both samples.

- A weighted average was calculated by multiplying each drug's Canadian percentage discount by a weighting factor, $W_i$, and taking the sum of the resulting weighted percentage discounts, where:

$$W_i = N_i/N_T$$ Where $N_i$ is the number of prescriptions written during the period for drug $i$; and $N_T$ is the total

and

$$\sum_{}^{45} W_i = 1$$ number of prescriptions written for the sample (for the wholesale sample $N_T$ = 629,068,000, and for the retail sample $N$ = 609,835,000)

$$\sum_{i=1}$$    the retail sample $N_T$ = 669,333,000).

- The samples were sorted into subsets by pharmacologic-therapeutic categories and subjected to the same analysis (where the weighting factors were calculated as a proportion of the prescriptions written for the subset).

- The samples were sorted into exclusive, branded only, and generic subsets and subjected to the same analysis.

## Caveats and assumptions

The goal of the weighted average is to estimate the difference in drug costs that the "average" American retailer or consumer would experience if he paid Canadian prices for his basket of drugs. It does *not* estimate the average cost of the basket of drugs bought by the United States as a whole. Such an estimate would have to be weighted by sales revenue, not by number of prescriptions written. For example, *Epogen®* (*Epoetin Alfa*, recombinant DNA origin), a drug taken by injection only, is a blood formation and coagulation agent prescribed for patients suffering anaemia due to AIDS and other causes. It was the drug with the sixth highest sales in the United States in 1999/2000 (IMS Health 2000), as measured by sales revenue, but is classified as an orphan drug by the United States FDA because it sells very few units. Therefore, it does not appear in the sample used in this study. However, *Epogen®* (as well as *Procrit®*, another manufacturer's version of the drug) costs hundreds of dollars per vial. The drug weighs heavily in the national United States weighted drug basket but clearly does not figure in the drug costs of the "average" American patient.

Two caveats must be understood when considering these weighted averages. First, "prescriptions filled" is used as a proxy for units consumed. The authors do not know the average length of treatment for which any prescription was written. That is, whether a prescription was written for one week's supply or three months' supply is not taken into consideration. This uncertainty about the consumption period of the drugs prescribed is not a serious weakness, however, because the goal of the study is to estimate the replacement costs of the sampled drugs at Canadian prices, whatever the consumption period.

Second, the prices used are prices for one dose, form, and package of each sampled drug. Each price was carefully chosen because the same dose, form, and package exists in both countries. However, actual prescriptions filled for each drug include a variety of doses, forms, and packages. Thus, the weighting method assumes that the quantity of the dose, form, and package whose price is used, as a proportion of all doses, forms, and packages of that drug, is constant for all drugs. Furthermore, it assumes that the price of the selected dose, form, and package has a constant relationship to all other doses, forms, and

packages of that drug, and that the relationship is constant for all drugs in the samples. As well, it assumes that these relationships hold for the Canadian drugs.

For example, take two drugs, A and B. Each drug sells in two doses of tablets: 5mg and 10mg. Suppose 50 percent of the units of drug A are sold as 5mg tablets and 50 percent as 10mg tablets. Quantities sold of drug B must conform to the same proportions for the weighting formula to be accurate. Furthermore, if the 5mg tablet of drug A is half the price of the 10mg tablet, this price relationship must be the same for drug B. When using Canadian prices to determine the replacement cost of the drugs, the price relationship for the Canadian doses must be the same as for the American doses. Clearly, these assumptions are not true. However, we did not have more specific information about the composition of doses, forms, and packages for the prescriptions filled for each drug and believe that we have minimized the error resulting from the use of these assumptions by selecting the most common dose, form, and package of the drug, so long as it was identical in the two countries.
[Return to Appendix 2]

[Previous] [Contents] [Next]

---

 info@fraserinstitute.ca

You can contact us at the above email address for any comments or information requests. Please report any dead links or technical problems.

If you know someone who would be interested in this web page, please enter their email address below, and we will forward this URL to them:
**Email Address:** [                              ]  Submit

Last Modified: August 23, 2000.



# PUBLIC POLICY SOURCES

-Search
-Media Releases
-Events
-Online Publications
-Order Publications
-Student Programs
-Radio
-National Media Archive
-Membership
-Other Resources
-About Us

## Prescription Drug Prices in Canada and the United States -

### Part 1: A Comparative Survey

[Previous] [Contents] [Next]

# Findings

## Overall findings

The results of the simple analysis for each drug are attached as Appendix 2 (wholesale) and Appendix 3 (retail), ranked by the percentage Canadian discount or premium. The calculation of the weighted average for each sample is shown in Appendix 4 (wholesale) and Appendix 5 (retail), where the samples are ranked according to their contribution to the weighted average. The findings are summarized in table 5.

### Table 5: Analysis of Canadian (Discount) or Premium



The Economic Freedom Network

| | Median | Simple Average | Weighted Average | Range | Standard Deviation | Number of drugs more expensive in Canada |
|---|---|---|---|---|---|---|
| **Wholesale** | (45%) | (43%) | (42%) | (98%) to 350% | 68% | 2 |
| **Retail** | (46%) | (24%) | (28%) | (95%) to 238% | 76% | 7 |

*Note to table 5*: Figures in parentheses indicate Canadian discount; figures without parentheses indicate Canadian premium.

The findings confirm that prescription drugs are cheaper in Canada than the United States. However, the most striking finding from this simple analysis is that there is a wide range of differences between the price of drugs in Canada and that in the United States. As well, we see that a number of drugs are more expensive in Canada than the United States,

especially at the retail level.

## Findings by Pharmacologic-Therapeutic Classification

Table 6 (wholesale) and table 7 (retail) categorize the observations with respect to pharmacologic-therapeutic classification.

**Table 6: Canadian (Discount) or Premium by Pharmacologic-Therapeutic Classification (Wholesale)**

| 45 drugs | AU<br>0 drugs | BL<br>1 drug | CV<br>15 drugs | EL<br>3 drugs | GI<br>2 drugs | HO<br>5 drugs | IN<br>8 drugs | NS<br>11 drugs |
|---|---|---|---|---|---|---|---|---|
| Median | N/A | (68%) | (27%) | (92%) | (61%) | (81%) | (41%) | (49%) |
| Simple Average | N/A | N/A | (4%) | (91%) | (61%) | (82%) | (51%) | (54%) |
| Weighted Average | N/A | N/A | 16% | (19%) | (61%) | (82%) | (50%) | (62%) |
| Range | N/A | N/A | (64%) to 350% | (95%) to (85%) | (68%) to (53%) | (94%) to (73%) | (98%) to (28%) | (96%) to 58% |
| Standard Dev. | N/A | N/A | 99% | 5% | 10% | 8% | 24% | 45% |
| Number of drugs priced higher in Canada | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |

**Table 7: Canadian (Discount) Premium by Pharmacologic-Therapeutic Classification (Retail)**

| 45 drugs | AU<br>1 drug | BL<br>1 drug | CV<br>15 drugs | EL<br>3 drugs | GI<br>3 drugs | HO<br>5 drugs | IN<br>7 drugs | NS<br>10 drugs |
|---|---|---|---|---|---|---|---|---|
| Median | 109% | (58%) | (30%) | (61%) | (56%) | (74%) | (53%) | (47%) |
| Simple Average | N/A | N/A | (1%) | (63%) | 0% | (73%) | (17%) | (43%) |
| Weighted Average | N/A | N/A | 9% | (64%) | (4%) | (75%) | (28%) | (43%) |
|  |  |  | (51%) | (66%) | (59%) | (80%) | (95%) | (84%) |

| Range | N/A | N/A | to 238% | to (60%) | to 115% | to (60%) | to 212% | to 20% |
|---|---|---|---|---|---|---|---|---|
| Standard Dev. | N/A | N/A | 87% | 3% | 100% | 6% | 105% | 34% |
| Number of drugs priced higher in Canada | 1 | 0 | 2 | 0 | 1 | 0 | 1 | 2 |

*Note to tables 6 and 7*: Figures in parentheses indicate Canadian discount; figures without parentheses indicate Canadian premium.

All pharmacologic-therapeutic classes (except the cardiovascular drugs) have lower prices in Canada than the United States at the wholesale level. Except for hormones and substitutes, all classes demonstrate large ranges of price differences at both wholesale and retail levels. However, the sample sizes for many of the classes is very small, so statistical measures must not be considered definitive. At retail prices, the cardiovascular, gastrointestinal, anti-infective, and central nervous system subsets had at least one member whose Canadian price was higher. As well, the lone autonomic agent had a higher retail price in Canada. The results for the cardiovascular drugs are skewed because of one heavily weighted drug, *Atenolol*, which is vastly more expensive in Canada than in the United States.

## Generic Drugs versus Brand-Name Drugs

As shown in table 5, two drugs had higher wholesale prices in Canada than the United States, and seven had higher retail prices. All of these drugs were generic drugs. Indeed, these drugs comprise over one-third of the generics in the retail set.

Table 8 (wholesale) and table 9 (retail) show the simple statistical analysis of the samples, broken down by intellectual property classification.

**Table 8: Canadian (Discount) or Premium by Intellectual Property Classification (Wholesale)**

| 45 drugs | Exclusive 18 drugs | Branded only 7 drugs | Generic 20 drugs |
|---|---|---|---|
| Median | (39%) | (62%) | (74%) |
| Simple Average | (40%) | (56%) | (44%) |

| Simple Average | (40%) | (50%) | (+1%) |
|---|---|---|---|
| Weighted Average | (45%) | (63%) | (33%) |
| Range | (79%) to (2%) | (85%) to (28%) | (98%) to 350% |
| Standard Deviation | 21% | 20% | 100% |
| Number of drugs priced higher in Canada | 0 | 0 | 2 |

**Table 9: Canadian (Discount) or Premium by Intellectual Property Classification (Retail)**

| 45 drugs | Exclusive 20 drugs | Branded only 6 drugs | Generic 19 drugs |
|---|---|---|---|
| Median | (47%) | (64%) | (41%) |
| Simple Average | (46%) | (61%) | 11% |
| Weighted Average | (35%) | (65%) | 7% |
| Range | (79%) to (16%) | (80%) to (40%) | (95%) to 238% |
| Standard Deviation | 17% | 16% | 106% |
| Number of drugs priced higher in Canada | 0 | 0 | 7 |

*Note to tables 8 and 9*: Figures in parentheses indicate Canadian discount; figures without parentheses indicate Canadian premium.

---

All subsets but one are cheaper in Canada. Generic drugs, however, appear to be more expensive on average at the retail level. For both wholesale and retail prices, there are significant differences between subsets. The subset with the largest average discount is the branded-only subset. Canadian exclusive drugs enjoy less of a discount and generic drugs perhaps not at all. However, the range of generic price differences is much larger than it is for the other subsets. This wide dispersion of generic price differences is noteworthy, especially since the patented and branded-only subsets show almost the same, much smaller, variances in price differences. This difference in results between the wholesale and retail findings for generics is not easily explained. As noted above, retail prices are less prone to error from the collection of data, so the different findings may be due to inaccuracy in the wholesale prices.

[Previous] [Contents] [Next]

---

info@fraserinstitute.ca

You can contact us at the above email address for any comments or
information requests. Please report any dead links or technical problems.

If you know someone who would be interested in this web page, please
enter their email address below, and we will forward this URL to them:

**Email Address:** [_____]  [Submit]

Last Modified: August 23, 2000.

Case 1:01-cv-12257-PBS   Document 1172-2   Filed 11/16/04   Page 65 of 83



# PUBLIC POLICY SOURCES

- Search
- Media Releases
- Events
- Online Publications
- Order Publications
- Student Programs
- Radio
- National Media Archive
- Membership
- Other Resources
- About Us



The
Economic Freedom
Network

## Prescription Drug Prices in Canada and the United States

**--**

### Part 1: A Comparative Survey

[Previous] [Contents] [Next]

# Conclusion

1. The comparison of international prices of pharmaceuticals is a challenging task. In our sample, 25 percent of the data had to be excluded from analysis because comparable products could not be found in both countries. This confirms that, as indicated earlier, such studies are prone to pitfalls and potential abuse (Danzon 1996).

2. Significant and risky assumptions have to be made about wholesale prices, especially in the United States. The finding that generic drugs in Canada are more expensive at the retail level but not so at the wholesale level indicates that the wholesale prices estimated may be inaccurate. Although the the mark-ups for generic drugs by American pharmacies are believed to be higher than for branded drugs (US Department of Health and Human Services 2000: 114), the authors are not aware of any differences in regulation or market structure at this point in the distribution chain that would give Canadian pharmacies more leverage than their American counterparts in marking up generic prices.

3. Generally, prescription drugs are cheaper in Canada at both the wholesale and the retail level. These averages disguise the fact that subsets of the sample demonstrate very different results and wide variance.

4. Brand-name drugs are significantly cheaper in Canada than the United States at both the wholesale and retail level. Non-patented brand name drugs, however, have larger Canadian discounts than patented drugs.

5. the average American would spend more on generic drugs if he were paying Canadian prices rather than current American prices. However, this finding is tempered by the observation that cross-border price differences for generics are widely dispersed, with some being vastly cheaper in Canada and some very much more

expensive.

## Future research

These findings invite further research in both method and policy.

1. Superior measurements of wholesale prices are sorely needed to develop accurate and robust findings to support policy proposals.

2. *Why* are prescription drug prices lower in Canada than in the United States? Is this the effect of regulation, or other causes?

3. Even more interesting is the difference between the prices of patented, branded-only, and generic drugs. Why are generic price differences so much more widely dispersed than prices for branded drugs? Are there different public policies in the two countries that lead to differences in the Canadian discount or premium for each of these three subsets?

The authors anticipate that significant insight into policy will result from an understanding of the dynamics of the pricing of prescription drugs in the two countries and another paper in the Fraser Institute's series, Public Policy Sources, discusses these issues (Graham 2000). The authors hope that other researchers in both Canada and the United States will find this survey useful as they study drug prices and pharmaceutical policy in the two countries.

[Previous] [Contents] [Next]

---

info@fraserinstitute.ca

You can contact us at the above email address for any comments or information requests. Please report any dead links or technical problems.

If you know someone who would be interested in this web page, please enter their email address below, and we will forward this URL to them:

**Email Address:** [_____]   [Submit]

Last Modified: August 23, 2000.



# PUBLIC POLICY SOURCES

-Search
-Media Releases
-Events
-Online Publications
-Order Publications
-Student Programs
-Radio
-National Media Archive
-Membership
-Other Resources
-About Us



The Economic Freedom Network

## Prescription Drug Prices in Canada and the United States

**--**

### Part 1: A Comparative Survey

[Previous] [Contents] [Next]

## Notes

[1] In the United States, the average retail price is estimated to be 1.27 times the true average wholesale price (US Department of Health and Human Services 2000: 98).

[2] Discounts for generic drugs to payers such as Medicaid vary widely. About 75 percent of generics offer maximum discounts of 40 percent to 50 percent. About 25 percent of generics offer maximum discounts of 13 to 15 percent. Thus, the weighted average discount is about 45 percent (US Department of Health and Human Services 2000: 104, 108). The study assumes that the average pharmacy receives a discount of about 18 percent (as for branded drugs). Thus, the true wholesale price to a pharmacy is approximately the HCFA price times 0.82 / 0.55, or about 1.50.

[3] The authors realise that there is a 16 month delay from the end of the period for which quantities were sampled and the collection of retail price data but we believe that retail prices did not change significantly over the period in either the United States or Canada. However, this was not confirmed.

[4] Drugs are usually protected from competition solely by patents. In the United States, however, the Food and Drug Administration can also grant exclusivity to a drug for other reasons. For example, orphan drugs (those with small potential markets) or drugs for paediatric use are granted exclusivity, notwithstanding their patent status.

[5] Although a branded drug may not have patents or exclusivity preventing competitors from selling imitators, it does not always follow that competitors will always enter the market. Some drugs do not enjoy legal protection from competition but market factors alone prevent the entry of substitute products.

[6] Classification according to generic or branded was done according to the lists in the Red Book. The branded subset was further segregated into exclusive and branded-only subsets through querying the United States FDA Center for Drug Evaluation and Research's Orange Book at the FDA website.

[Previous] [Contents] [Next]

---

 info@fraserinstitute.ca

You can contact us at the above email address for any comments or information requests. Please report any dead links or technical problems.

If you know someone who would be interested in this web page, please enter their email address below, and we will forward this URL to them:

**Email Address:** [                                        ] Submit

Last Modified: August 23, 2000.



# PUBLIC POLICY SOURCES

-Search
-Media Releases
-Events
-Online Publications
-Order Publications
-Student Programs
-Radio
-National Media Archive
-Membership
-Other Resources
-About Us



The
Economic Freedom
Network

## Prescription Drug Prices in Canada and the United States
--
### Part 1: A Comparative Survey

[Previous] [Contents] [Next]

# References

Clinton, Hillary (2000). *Hillary Clinton Receives Endorsement of Nurses: Announces New Proposal to Make Prescription Drugs Affordable.* Campaign speech (February 8). Digital document: www.hrc2k.com/issues/plans/healthcare.html.

Danzon, Patricia (1996). The Uses and Abuses of International Price Comparisons. In R.B. Helms (ed.), *Competitive Strategies in the Pharmaceutical Industry* (Washington, DC: AEI Press): 85-106.

Fong, Petti (2000). White Rock MDs to Open American-Only Clinic. *The Vancouver Sun* (August 10): A1.

Gorton, Slade (2000). *Top Ten Most Commonly Prescribed Drugs in the US.* Office of Senator Slade Gorton (April). Digital document: gorton.senate.gov/drugs-1.htm.

Graham, John R. (2000). *Prescription Drug Prices in Canada and the United States 2: Why the Difference?* Public Policy Sources 43. Vancouver, BC: The Fraser Institute.

IMS Health (2000). Leading Products: Sales Volume July 1999-June 2000. Digital document: us.imshealth.com/intersite/ > Indices> Leading Products - Sales Dollars (August 31, 2000).

Medical Economics Company (1999). *1999 Drug Topics Red Book.* Montvale, NJ: Medical Economics Company.

Ontario Ministry of Health (1999). *Ontario Drug Benefit Formulary/Comparative Drug Index, No. 36.* Effective December 31, 1998, update A effective April 15, 1999, update B effective September 15, 1999. Toronto, ON: Queen's Printer for Ontario.

US Department of Health and Human Services (2000). *Prescription*

*Drug Coverage, Spending, Utilisation, and Prices.* Report to the President (April). US Department of Health and Human Services. Digital document: aspe.hhs.gov/health/reports/drugstudy.

US House of Representatives, Committee on Government Reform and Oversight (1998). *Prescription Drug Pricing in Vermont: Drug Companies Profit at the Expense of Older Americans.* Minority Staff Report (October 9). Washington, DC: United States House of Representatives.

[Previous] [Contents] [Next]

_____

 info@fraserinstitute.ca

You can contact us at the above email address for any comments or information requests. Please report any dead links or technical problems.

If you know someone who would be interested in this web page, please enter their email address below, and we will forward this URL to them:

**Email Address:** [ ]   [Submit]

Last Modified: August 23, 2000.



# PUBLIC POLICY SOURCES

## Prescription Drug Prices in Canada and the United Sta
## Part 1: A Comparative Survey

[Previous] [Contents] [Next]

- Search
- Media Releases
- Events
- Online Publications
- Order Publications
- Student Programs
- Radio
- National Media Archive
- Membership
- Other Resources
- About Us



The
Economic Freedom
Network

## Appendix 1

### Red Book Top 60 Prescription Drugs

**Rank determined by number of prescriptions written in the United Sta
January to October 1998; Drugs sorted alphabetically**



| Product | Prescriptions Written (000s) | Rank | Product | Prescript Writte (000s |
|---|---|---|---|---|
| Accupril | 7,640 | 53 | Lorazepam | 13,246 |
| Acetamin. w/Cod.#3 | 19,375 | 12 | Lotensin | 7,056 |
| Albuterol Aerosol | 19,812 | 10 | Metoprolol Tartrate | 10,167 |
| Alprazolam | 18,235 | 14 | Naproxen | 10,058 |
| Ambien | 8,272 | 51 | Norvasc | 17,310 |
| Amitriptyline | 12,729 | 33 | Ortho Tri-Cyclen | 7,245 |
| Amoxicillin | 18,563 | 13 | Paxil | 14,598 |
| Amoxil | 7,340 | 56 | Pravachol | 9,534 |
| Atenolol | 22,262 | 6 | Prednisone Oral | 13,134 |
| Augmentin (Clavulin) | 13,016 | 32 | Premarin tabs | 34,362 |
| Biaxin | 8,945 | 45 | Prempro | 14,059 |
| Cardizem CD | 10,144 | 40 | Prevacid | 8,830 |
| Cephalexin | 20,809 | 7 | Prilosec | 19,596 |
| Cipro | 10,429 | 37 | Prinivil | 6,905 |
| Claritin | 17,111 | 18 | Procardia XL (Nifedipine) | 9,091 |

| | | | (Nifedipine) | |
|---|---|---|---|---|
| Coumadin Tabs | 12,140 | 34 | Propoxyphene-N/APAP | 19,816 |
| Cyclobenzaprine | 8,377 | 50 | Prozac | 19,818 |
| Diazepam | 8,542 | 49 | Ranitidine HCL | 10,399 |
| Doxycycline | 7,098 | 58 | Septra | 13,807 |
| Furosemide Oral | 22,516 | 5 | Synthroid | 28,845 |
| Glucophage | 13,069 | 31 | Trazodone HCL | 7,684 |
| Glucotrol XL | 7,474 | 55 | Triamterene w/HCTZ | 16,576 |
| Glyburide | 10,840 | 36 | Trimox | 25,485 |
| Hydrochlorothiazide | 14,014 | 24 | Ultram | 8,727 |
| Hydrocodone/APAP | 42,382 | 1 | Vasotec | 13,556 |
| Ibuprofen | 18,034 | 15 | Verapamil SR | 8,597 |
| K-Dur 20 | 7,550 | 54 | Zestril | 13,708 |
| Lanoxin | 16,637 | 19 | Zithromax | 11,550 |
| Levoxyl | 9,326 | 43 | Zocor | 13,183 |
| Lipitor | 17,955 | 16 | Zoloft | 15,922 |

[Previous] [Contents] [Next]

info@fraserinstitute.ca

You can contact us at the above email address for any comments or infor... requests. Please report any dead links or technical problems.

If you know someone who would be interested in this web page, please er... email address below, and we will forward this URL to them:

Email Address: |_____| Submit

Last Modified: Au...



# PUBLIC POLICY SOURCES

- Search
- Media Releases
- Events
- Online Publications
- Order Publications
- Student Programs
- Radio
- National Media Archive
- Membership
- Other Resources
- About Us



The
Economic Freedom
Network

## Prescription Drug Prices in Canada and the United Sta
### Part 1: A Comparative Survey

[Previous] [Contents] [Next]

## Appendix 2

### Differences between Canadian and American Wholesale Price

Drugs sorted by Canadian (discount) or premium (column 7)

| Product | Patent Protection 1 | Class 2 | (1) Estimated US Wholesale Price per Tablet or Capsule (US$)[3] | (2) Ontario Drug Benefit Program Direct Unit Cost (US$) | Difference Price 2 minus Price 1 (US$) |
|---|---|---|---|---|---|
| Trimeth/Sulfa (Septra) | G | IN | 1.54 | 0.03 | (1.50) |
| Lorazepam | G | NS | 0.76 | 0.03 | (0.73) |
| Amitriptyline | G | NS | 0.09 | 0.00 | (0.09) |
| Hydrochlorothiazide | G | EL | 0.09 | 0.00 | (0.08) |
| Glyburide | G | HO | 0.80 | 0.05 | (0.76) |
| Diazepam | G | NS | 0.07 | 0.00 | (0.07) |
| Naproxen | G | NS | 0.97 | 0.07 | (0.89) |
| HCTZ/Triamterene | G | EL | 0.40 | 0.03 | (0.37) |
| Synthroid | B | HO | 0.23 | 0.04 | (0.20) |
| Furosemide Oral | G | EL | 0.03 | 0.00 | (0.03) |
| Prednisone Oral | G | HO | 0.03 | 0.01 | (0.03) |
| Premarin tabs | E | HO | 0.40 | 0.08 | (0.32) |
| Glucophage | E | HO | 0.50 | 0.13 | (0.36) |
| Zoloft | E | NS | 1.80 | 0.55 | (1.25) |

| Coumadin Tabs | B | BL | 0.52 | 0.17 | (0.36) |
| Augmentin (Clavulin) | B | IN | 1.89 | 0.60 | (1.29) |
| Ranitidine HCL | G | GI | 1.67 | 0.54 | (1.13) |
| Lanoxin | E | CV | 0.17 | 0.06 | (0.11) |
| Biaxin | B | IN | 2.67 | 1.02 | (1.65) |
| Prevacid | E | GI | 2.95 | 1.38 | (1.57) |
| Ibuprofen | G | NS | 0.05 | 0.03 | (0.03) |
| Prozac | E | NS | 2.12 | 1.11 | (1.02) |
| Cipro | E | IN | 2.80 | 1.53 | (1.27) |
| Procardia XL (Adalat XL) | B | CV | 1.13 | 0.64 | (0.49) |
| Paxil | E | NS | 1.83 | 1.10 | (0.73) |
| Pravachol | E | CV | 1.73 | 1.04 | (0.69) |
| Vasotec | E | CV | 1.29 | 0.80 | (0.49) |
| Zithromax | B | IN | 5.37 | 3.40 | (1.97) |
| Amoxicillin | G | IN | 0.11 | 0.07 | (0.04) |
| Alprazolam | G | NS | 0.10 | 0.06 | (0.03) |
| Acetamin. w/Cod.#3 | G | NS | 0.05 | 0.03 | (0.02) |
| Verapamil SR | G | CV | 0.92 | 0.60 | (0.31) |
| Cephalexin | G | IN | 0.30 | 0.21 | (0.10) |
| Amoxil | B | IN | 0.18 | 0.13 | (0.05) |
| Lipitor | E | CV | 1.54 | 1.10 | (0.44) |
| Lotensin | E | CV | 0.65 | 0.47 | (0.18) |
| Accupril | E | CV | 0.78 | 0.57 | (0.21) |
| Zestril | E | CV | 0.75 | 0.56 | (0.19) |
| Prinivil | E | CV | 0.74 | 0.56 | (0.18) |
| Zocor | E | CV | 1.87 | 1.52 | (0.35) |
| Norvasc | E | CV | 1.09 | 0.88 | (0.20) |
| Metoprolol Tartrate | G | CV | 0.10 | 0.08 | (0.01) |
| Cardizem CD | E | CV | 1.19 | 1.17 | (0.02) |
| Trazodone HCL | G | NS | 0.10 | 0.15 | 0.06 |
| Atenolol | G | CV | 0.09 | 0.40 | 0.31 |
|  |  |  |  |  | Avg: |

| | Avg. |
|---|---|
| | Std Dev: |
| | Median: |

[1]B = branded only; E = exclusive; G = generic.

[2]BL = blood formulation and coagulation; CV = cardiovascular; EL = elctro and water balance; GI = gastrointestinal; HO = hormones and substitutes; antiinfective; NS = central nervous system.

[3]See discussion.

[4]Difference (column 6) divided by the US wholesale price (column 4). Figu parentheses indicate Canadian discount; figures without parentheses indic premium.

[Previous] [Contents] [Next]

---

 info@fraserinstitute.ca

You can contact us at the above email address for any comments or infor requests. Please report any dead links or technical problems.

If you know someone who would be interested in this web page, please er email address below, and we will forward this URL to them:

**Email Address:** [                                    ]  Submit

Last Modified: /

The Fraser Institute: Pub...: Prescription Drug Prices in Canada and the United States--Part    Page 1 of 3


THE FRASER
INSTITUTE

# PUBLIC POLICY SOURCES

├─Search
├─Media Releases
├─Events
├─Online
│  Publications
├─Order
│  Publications
├─Student
│  Programs
├─Radio
├─National Media
│  Archive
├─Membership
├─Other
│  Resources
└─About Us


The
Economic Freedom
Network

### Prescription Drug Prices in Canada and the United Sta
### Part 1: A Comparative Survey

[Previous] [Contents] [Next]

## **Appendix 3**

### Differences between Canadian and American Retail Prices

Drugs sorted by Canadian (discount) or premium (column 7)

| Product | Patent Protection[1] | Class[2] | (1) US Unit Price at Costco Online (US$) | (2) Canadian Unit Price at Costco Retail Pharmacy (US$) | Difference: Price 2 minus Price 1 (US$) |
|---|---|---|---|---|---|
| Trimeth/Sulfa (Septra) | G | IN | 1.00 | 0.05 | (0.95) |
| Lorazepam | G | NS | 0.29 | 0.05 | (0.24) |
| Synthroid | B | HO | 0.28 | 0.06 | (0.23) |
| Premarin tabs | E | HO | 0.46 | 0.10 | (0.36) |
| Glucophage | E | HO | 0.60 | 0.16 | (0.44) |
| Augmentin (Clavulin) | B | IN | 2.31 | 0.63 | (1.68) |
| Glyburide | G | HO | 0.20 | 0.06 | (0.14) |
| Biaxin | B | IN | 3.38 | 1.03 | (2.35) |
| Zoloft | E | NS | 1.89 | 0.59 | (1.30) |
| Amitriptyline | G | NS | 0.05 | 0.02 | (0.04) |
| Furosemide Oral | G | EL | 0.05 | 0.02 | (0.04) |
| Diazepam | G | NS | 0.05 | 0.02 | (0.03) |
| Hydrochlorothiazide | G | EL | 0.05 | 0.02 | (0.03) |
| Prednisone Oral | G | HO | 0.05 | 0.02 | (0.03) |
| K/Dur 20 | E | EL | 0.49 | 0.20 | (0.30) |

| R(Dur 20 | E | LL | 0.49 | 0.20 | (0.00) |
|---|---|---|---|---|---|
| Prevacid | E | GI | 3.39 | 1.39 | (2.00) |
| Coumadin Tabs | B | BL | 0.62 | 0.26 | (0.36) |
| Prilosec | E | GI | 3.48 | 1.53 | (1.95) |
| Cipro | E | IN | 3.28 | 1.55 | (1.73) |
| Zocor | E | CV | 3.16 | 1.53 | (1.63) |
| Lanoxin | E | CV | 0.14 | 0.07 | (0.07) |
| Prozac | E | NS | 2.30 | 1.20 | (1.10) |
| Procardia XL (Adalat XL) | B | CV | 1.22 | 0.66 | (0.56) |
| Ibuprofen | G | NS | 0.07 | 0.04 | (0.03) |
| Pravachol | E | CV | 1.95 | 1.06 | (0.90) |
| Paxil | E | NS | 2.03 | 1.19 | (0.84) |
| Vasotec | E | CV | 1.38 | 0.81 | (0.57) |
| Naproxen | G | NS | 0.15 | 0.09 | (0.06) |
| Zithromax | B | IN | 5.69 | 3.42 | (2.27) |
| Lotensin | E | CV | 0.79 | 0.52 | (0.28) |
| Prinivil | E | CV | 0.82 | 0.57 | (0.25) |
| Accupril | E | CV | 0.88 | 0.62 | (0.26) |
| Zestril | E | CV | 0.81 | 0.57 | (0.24) |
| Lipitor | E | CV | 1.64 | 1.19 | (0.44) |
| Cardizem CD | E | CV | 1.19 | 0.90 | (0.28) |
| Norvasc | E | CV | 1.06 | 0.90 | (0.17) |
| Metoprolol Tartrate | G | CV | 0.11 | 0.10 | (0.01) |
| Cephalexin | G | IN | 0.22 | 0.22 | 0.00 |
| Alprazolam | G | NS | 0.07 | 0.08 | 0.01 |
| Trazodone HCL | G | NS | 0.14 | 0.17 | 0.03 |
| Cyclobenzaprine | G | AU | 0.13 | 0.27 | 0.14 |
| Ranitidine HCL | G | GI | 0.14 | 0.29 | 0.16 |
| Verapamil SR | G | CV | 0.22 | 0.62 | 0.40 |
| Doxycycline Hyclate | G | IN | 0.13 | 0.42 | 0.28 |
| Atenolol | G | CV | 0.12 | 0.41 | 0.29 |
| | | | | | Avg: |
| | | | | | Std Dev: |

|  | Median: |
| --- | --- |

[1]B = branded only; E = exclusive; G = generic.

[2]AU = autonomic agent; BL = blood formulation and coagulation; CV = car
EL = elctrolyte, caloric, and water balance; GI = gastrointestinal; HO = hor
substitutes; IN = antiinfective; NS = central nervous system.

[3]Difference (column 6) divided by the US retail price (column 4). Figures ir
parentheses indicate Canadian discount; figures without parentheses indic
Canadian premium.

[Previous] [Contents] [Next]

---

 info@fraserinstitute.ca

You can contact us at the above email address for any comments or infor
requests. Please report any dead links or technical problems.

If you know someone who would be interested in this web page, please er
email address below, and we will forward this URL to them:

**Email Address:** | Submit |

Last Modified: Au



# PUBLIC POLICY SOURCES

- Search
- Media Releases
- Events
- Online Publications
- Order Publications
- Student Programs
- Radio
- National Media Archive
- Membership
- Other Resources
- About Us



The Economic Freedom Network

## Prescription Drug Prices in Canada and the United States -

### Part 1: A Comparative Survey

[Previous] [Contents] [Next]

## **Appendix 4**

### Weighted Average Canadian Wholesale (Discount) or Premium

**Canadian prices divided by American prices**
**Drugs sorted by contribution to weighted average (column 5)**

| Product | Units (000s) | (1) Weighting Factor[1] | (2) Percentage Price Difference (Canada/US) | Contribution to Weighted Average (Discount) or Premium (column 1 * column 2) |
|---|---|---|---|---|
| Premarin tabs | 34,362 | 0.0546 | (79%) | (4%) |
| Synthroid | 26,845 | 0.0427 | (85%) | (4%) |
| Furosemide Oral | 22,516 | 0.0358 | (85%) | (3%) |
| Acetamin. w/Cod.#3 | 19,375 | 0.0308 | (85%) | (3%) |
| HCTZ/Triamterene | 16,576 | 0.0264 | (92%) | (2%) |
| Trimeth/Sulfa (Septra) | 13,807 | 0.0219 | (98%) | (2%) |
| Hydrochlorothiazide | 14,014 | 0.0223 | (95%) | (2%) |
| Lorazepam | 13,246 | 0.0211 | (96%) | (2%) |
| Amitriptyline | 12,729 | 0.0202 | (96%) | (2%) |
| Zoloft | 15,922 | 0.0253 | (69%) | (2%) |
| Prednisone Oral | 13,134 | 0.0209 | (83%) | (2%) |
| Lanoxin | 16,637 | 0.0264 | (64%) | (2%) |
| Glyburide | 10,840 | 0.0172 | (94%) | (2%) |

| | | | | |
|---|---|---|---|---|
| Glucophage | 13,069 | 0.0208 | (73%) | (2%) |
| Prozac | 19,818 | 0.0315 | (48%) | (2%) |
| Ibuprofen | 18,034 | 0.0287 | (49%) | (1%) |
| Augmentin (Clavulin) | 13,016 | 0.0207 | (68%) | (1%) |
| Coumadin Tabs | 12,140 | 0.0193 | (68%) | (1%) |
| Diazepam | 8,542 | 0.0136 | (94%) | (1%) |
| Ranitidine HCL | 10,399 | 0.0165 | (68%) | (1%) |
| Cephalexin | 20,809 | 0.0331 | (32%) | (1%) |
| Amoxicillin | 18,563 | 0.0295 | (35%) | (1%) |
| Alprazolam | 18,235 | 0.0290 | (34%) | (1%) |
| Naproxen | 10,058 | 0.0160 | (60%) | (1%) |
| Paxil | 14,598 | 0.0232 | (40%) | (1%) |
| Biaxin | 8,845 | 0.0141 | (62%) | (1%) |
| Vasotec | 13,556 | 0.0215 | (38%) | (1%) |
| Lipitor | 17,955 | 0.0285 | (28%) | (1%) |
| Cipro | 10,429 | 0.0166 | (45%) | (1%) |
| Prevacid | 8,830 | 0.0140 | (53%) | (1%) |
| Zithromax | 11,550 | 0.0184 | (37%) | (1%) |
| Procardia XL (Adalat XL) | 9,091 | 0.0145 | (43%) | (1%) |
| Pravachol | 9,534 | 0.0152 | (40%) | (1%) |
| Zestril | 13,706 | 0.0218 | (25%) | (1%) |
| Norvasc | 17,310 | 0.0275 | (19%) | (1%) |
| Verapamil SR | 8,597 | 0.0137 | (34%) | 0% |
| Zocor | 13,183 | 0.0210 | (19%) | 0% |
| Amoxil | 7,340 | 0.0117 | (28%) | 0% |
| Accupril | 7,640 | 0.0121 | (27%) | 0% |
| Lotensin | 7,056 | 0.0112 | (28%) | 0% |
| Prinivil | 6,905 | 0.0110 | (24%) | 0% |
| Metoprolol Tartrate | 10,167 | 0.0162 | (13%) | 0% |
| Cardizem CD | 10,144 | 0.0161 | (2%) | 0% |
| Trazodone HCL | 7,684 | 0.0122 | 58% | 1% |
| Atenonolol | 22,262 | 0.0354 | 350% | 12% |
| Total | 629,068 | 1.0000 | Weighted | (42%) |

| | | | AV. DISCOUNT: | |
|---|---|---|---|---|

[1]A weighted average was calculated by multiplying each drug's Canadian percentage discount by a weighting factor, $W_i$, and taking the sum of the resulting weighted percentage discounts, where:

$$W_i = N_i / N_T$$

and

$$\sum_{i=1}^{45} W_i = 1$$

Where $N_i$ is the number of prescriptions written during the period for drug $i$; and $N_T$ is the total number of prescriptions written for the sample (for the wholesale sample $N_T = 629,068,000$, and for the retail sample $N_T = 609,835,000$).

[Previous] [Contents] [Next]

info@fraserinstitute.ca

You can contact us at the above email address for any comments or information requests. Please report any dead links or technical problems.

If you know someone who would be interested in this web page, please enter their email address below, and we will forward this URL to them:

**Email Address:** [................................................] [Submit]

Last Modified: August 23, 2000.



# PUBLIC POLICY SOURCES

- Search
- Media Releases
- Events
- Online Publications
- Order Publications
- Student Programs
- Radio
- National Media Archive
- Membership
- Other Resources
- About Us



The Economic Freedom Network

## Prescription Drug Prices in Canada and the United States
**--**
### Part 1: A Comparative Survey

[Previous] [Contents]

# Acknowledgments

The authors would like to thank the following for help with their research: Derek Derosiers of Unipharm Wholesale Drugs Ltd., Vancouver; Don Downing of the Washington State Pharmacist Association; Chan Lam of the Ontario Ministry of Health Drug Benefit Program; Bob Kucheran of the British Columbia Pharmacy Association. Thanks also to Patrick Basham, Michael Walker, and Martin Zelder for reviewing the manuscript.

# About the authors

John R. Graham is Senior Analyst and Acting Director of the Pharmaceutical Policy Research Centre at The Fraser Institute. He has worked as a management consultant and investment banker in Canada and Europe, and served as an infantry officer in the Canadian Army in bases across Canada, as well as in Germany and Cyprus. He received his B.A. (Honours) in Economics and Commerce from the Royal Military College in Kingston, Ontario, and his M.B.A. from the London Business School, University of London in England. He has written articles on the pricing of drugs for the *Wall Street Journal* and for the *American Journal of Managed Care*.

Beverley A. Robson (Ph.D., R.N.) is an independent health-care researcher. She is the founder and principal of Robson and Associates Nursing Consultants and has worked on numerous health-reform projects in western Canada and in the Northwest and Nunavut Territories. She received her Ph.D. and M.Sc. in Nursing from Case Western Reserve University in Cleveland, Ohio. She has served on numerous health-reform committees and was the first president of the Alberta Association of Nurses in Independent Practice.

[Previous] [Contents]

info@fraserinstitute.ca

You can contact us at the above email address for any comments or information requests. Please report any dead links or technical problems.

If you know someone who would be interested in this web page, please enter their email address below, and we will forward this URL to them:

**Email Address:** | Submit |

Last Modified: August 23, 2000.