UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | CIVIL ACTION NO.  01-12257-PBS  MDL 1456 |

### NOTICE OF RESCHEDULED TUTORIAL

SARIS, U.S.D.J.                                                                                November 17, 2004

The Tutorial previously scheduled for December 7, 2004 at 2:00 p.m. has been **rescheduled** to **December 6, 2004, at 9:00 a.m. and December 7, 2004, at 9:00 a.m.**

By the Court,

 /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel