UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Chief Magistrate Judge<br>Marianne B. Bowler |

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to District of Massachusetts Local Rule 83.5.2(c), I, Oliver Metzger, hereby move for leave to withdraw from the above-captioned matter. In support of this motion, I state the following:

    1.    I am an attorney associated with the firm of Morrison & Foerster LLP, attorneys for defendant Purdue Pharma L.P. in the action captioned above.

    2.    I will leave Morrison & Foerster LLP on November 12, 2004 and will no longer be able to represent Purdue Pharma L.P.

    3.    Purdue Pharma L.P. continues to be represented by other attorneys at Morrison & Foerster LLP.

WHEREFORE, I, Oliver Metzger, respectfully move this Court for leave to withdraw from the above-captioned matters.

Dated: November 9, 2004

Respectfully Submitted,

Oliver Metzger (admitted *pro hac vice*)

# CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2004, I caused a true and correct copy of the attached Motion for Leave To Withdraw to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in ML No. 1456.

Oliver Metzger