# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456<br>) Civil Action No. 01-12257-PBS<br>) |
| THIS DOCUMENT RELATES TO THE AMENDED MASTER CONSOLIDATED CLASS ACTION | ) Hon. Patti B. Saris<br>) ) Chief Mag. Judge Marianne B. Bowler<br>) ) |

## DEFENDANTS' MOTION TO COMPEL THIRD PARTY HEALTH NET, INC. TO PRODUCE DOCUMENTS PURSUANT TO SUBPOENA

Defendants to the Amended Master Consolidated Class Action Complaint respectfully move this Court for an order compelling third party Health Net, Inc. to produce relevant documents pursuant to the revised subpoena served upon them on April 30, 2004 and for such other and further relief as the Court deems just and appropriate. The grounds for this motion are set forth in the accompanying memorandum of law and exhibits.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d) the undersigned counsel hereby request oral argument on the issues set forth in this motion and the accompanying memorandum of law and exhibits.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel hereby certify that counsel for defendants conferred with counsel for third party Health Net, Inc. regarding the issues addressed in this motion, but were unable to resolve or further narrow the issues.

Respectfully submitted,

Andrew D. Schau (admitted *pro hac vice*)
Erik Haas (admitted *pro hac vice*)
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000

*Attorneys for Defendants Johnson & Johnson, Centocor Inc. Ortho Biotech Products L.P., Janssen Pharmaceutica L.P. and McNeil-PPC on behalf of all defendants to the Amended Master Consolidated Class Action Complaint*

Dated: November 17, 2004

1122553v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | MDL No. 1456 |
| | Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: THE AMENDED MASTER CONSOLIDATED CLASS ACTION | Judge Patti B. Saris |
| | Chief Mag. Judge Marianne B. Bowler |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL THIRD PARTY HEALTH NET, INC. TO PRODUCE DOCUMENTS PURSUANT TO SUBPOENA**

Having considered each of the parties' and third parties submissions with respect to Defendants' Motion To Compel Third Party Health Net, Inc. To Produce Documents Pursuant To Subpoena, the Court hereby grants the motion.

It is hereby ordered that Health Net produce to defendants within fourteen days of the entry of this order (1) an un-redacted copy of its production to date without any watermarks on the text and including previously missing pages; (2) the additional responsive documents sought by defendants in their letter to Health Net dated October 15, 2004. It is further ordered that Health Net produce claims data without any redactions other than those agreed by defendants' counsel and subject to the protections of the HIPAA protective order within six weeks of the date of this order.

Dated: _____

_____
Hon. Marianne B. Bowler
United States Magistrate Judge

1122553v1

## CERTIFICATE OF SERVICE

I certify that on November 17, 2004, a true and correct copy of the forgoing Defendants' Motion To Compel Third Party Health Net, Inc. To Produce Documents Pursuant To Subpoena was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties. I further certify that a copy was served on November 17, 2004 on counsel for third party Health Net, Inc. by Federal Express.

Andrew D. Schau

1122563v3