UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456 |
| ) | Master File No. 01-CV-12257-PBS |
| ) | |
| THIS DOCUMENT RELATES TO: THE AMENDED MASTER CONSOLIDATED CLASS ACTION ) ) ) ) | Judge Patti B. Saris<br><br>Chief Mag. Judge Marianne B. Bowler |

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the exhibits to the document listed at (2) below have been manually filed with the Court and are available in paper form. All other documents associated with this motion – listed below -- have been electronically filed with the Court.

(1)   DEFENDANTS' MOTION TO COMPEL THIRD PARTY HEALTH NET, INC. TO PRODUCE DOCUMENTS PURSUANT TO SUBPOENA;

(2)   MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL THIRD PARTY HEALTH NET, INC. TO PRODUCE DOCUMENTS PURSUANT TO SUBPOENA; AND

(3)   [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL THIRD PARTY HEALTH NET, INC. TO PRODUCE DOCUMENTS PURSUANT TO SUBPOENA.

The original documents are maintained in the case file in the Clerk's Office.

November 17, 2004

*[signature]*

Andrew D. Schau (admitted *pro hac vice*)
Erik Haas (admitted *pro hac vice*)
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000

*Attorneys for Defendants Johnson & Johnson, Centocor Inc. Ortho Biotech Products L.P., Janssen Pharmaceutica L.P. and McNeil-PPC on behalf of all defendants to the Amended Master Consolidated Class Action Complaint*

1124121v1