## CERTIFICATE OF SERVICE

*FILED IN CLERK'S OFFICE*

I hereby certify that on the 16th day of November 2004, I served the foregoing:

*2004 NOV 17 A 11:18*

1. Non-Parties Aetna, Inc., Humana Inc. and Connecticut General Life Insurance Company's Joint Objection to the November 2, 2004 Minute Order Granting-In-Part and Denying-In-Part Their Motion to Quash Subpoenas;

*U.S. DISTRICT COURT DISTRICT OF MASS*

upon the following counsel of record via overnight mail:

Erik Haas
Patterson, Belknap, Webb & Tyler, LLP
1133 Avenue of the Americas
New York, New York 10036
Tel: (212) 336-2000
Fax: (212) 336-2222
EHASS@PBWT.com

*/s/ Todd Garber*
Todd S. Garber

1824 / SERV / 00070121.WPD v1