AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     Massachusetts

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

AMENDED
APPEARANCE

(CHANGE OF NAME AND
FIRM AFFILIATION)

Case Number: 01-CV-12257

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs States of Montana and Nevada, and the class plaintiffs in Cases 01-CV-12257-PBS AND 01-CV-339.

I certify that I am admitted to practice in this court. (Per Court Order in this litigation)

| | |
|---|---|
| 11/15/2004 | *[signature]* |
| Date | Signature |
| | Elizabeth A. Fegan, Hagens Berman LLP    06229226 (IL) |
| | Print Name             Bar Number |
| | 60 W. Randolph, Suite 200 |
| | Address |
| | Chicago    IL    60601 |
| | City    State    Zip Code |
| | (312) 762-9235    (312) 762-9286 |
| | Phone Number           Fax Number |