UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | CIVIL ACTION NO. 01-12257-PBS MDL 1456 |

### NOTICE OF RESCHEDULED HEARING

SARIS, U.S.D.J.                                                                                             November 18, 2004

      The Class Certification Hearing previously scheduled for December 17, 2004, has been **rescheduled** to **January 20, 2005, at 2:00 p.m.**

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to: All Counsel