UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | )  MDL NO. 1456<br>)  C.A. No. 01-CV-12257 (PBS)<br>)<br>)  HON. PATTI B. SARIS<br>) |

## DEFENDANTS' NOTICE OF ARIZONA STATE COURT'S ORDER DESIGNATING CASE AS COORDINATED STATE COURT CASE UNDER CMO 9

On November 22, 2004, Justice Rebecca A. Albrecht of the Superior Court of the State of Arizona in and for the County of Maricopa (the "Arizona Court") issued an order designating the matter entitled *Robert J. Swanston v. TAP Pharmaceutical Products, Inc. et al*, CV2002-004988 ("Swanston") as a Coordinated State Court Case pursuant to Case Management Order No. 9 issued in *In re Pharmaceutical Industry Average Wholesale Price Litigation,* MDL 1456 (D. Mass.).

A copy of the Arizona Court's order is attached.

        Respectfully submitted

        ON BEHALF OF ALL SERVED DEFENDANTS

        __/s/ Joseph E. Haviland_____
        Thomas E. Dwyer, Jr. (BBO No. 139660)
        Joseph E. Haviland (BBO No. 643814)
        **DWYER & COLLORA, LLP**
        600 Atlantic Avenue
        Boston, MA  02210
        (617) 371-1000
        (617) 371-1037 [facsimile]

        Steven M. Edwards (SE 2773)
        Lyndon M. Tretter (LT 4031)
        Admitted *pro hac vice*
        **HOGAN & HARTSON L.L.P.**
        875 Third Avenue, 26th Floor
        New York, NY  10022
        (212) 918-3000

Dated:  November 23, 2004

## **CERTIFICATE OF SERVICE**

I certify that on November 23, 2004, a true and correct copy of the foregoing Notice of Arizona State Court's Order Designating Case As Coordinated State Court Case was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No.2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

                                          /s/ Lyndon M.Tretter_____
                                          Lyndon M. Tretter