UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) |  MDL No. 1456<br><br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | | |

**NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM PARMED PHARMACEUTICALS**

Defendants Schering-Plough Corporation and Warrick Pharmaceuticals Corporation hereby withdraw their Motion to Compel the Production of Documents from Parmed Pharmaceuticals [Docket No. 1127]. The parties have reached a resolution of the issues presented by the Motion and no longer require the assistance of the Court.

By their attorneys,

/s/ John T. Montgomery
John T. Montgomery (BBO#352220)
jmontgomery@ropesgray.com
Brien T. O'Connor (BBO#546767)
boconnor@ropesgray.com
Steven A. Kaufman (BBO#262230)
skaufman@ropesgray.com
Darcy W. Shearer (BBO#656503)
dshearer@ropesgray.com
Eric P. Christofferson (BBO#654087)
echristofferson@ropesgray.com
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Dated: November 24, 2004

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2004, I caused a true and correct copy of Notice of Withdrawal of Defendants' Motion to Compel the Production of Documents from Parmed Pharmaceuticals to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456 and further caused a copy of the same to be served upon counsel for Parmed via facsimile and first-class mail.

/s/ Eric P. Christofferson
Eric P. Christofferson