UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE ) <br> PRICE LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES ) <br> TO ) <br> ) <br> STATE OF NEVADA V. AMERICAN ) <br>   HOME PRODUCTS, ET AL. ) <br>   CIVIL ACTION NO. 02-CV-12086-PBS ) <br> ) <br> ) <br> STATE OF MONTANA V. ABBOTT ) <br>   LABORATORIES, ET AL. ) <br> CIVIL ACTION NO. 02-CV-12084-PBS ) <br> ) | MDL NO. 1456 <br><br> CIVIL ACTION NO. 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

### WATSON PHARMACEUTICALS, INC.'S MOTION TO DISMISS THE STATE OF MONTANA'S SECOND AMENDED COMPLAINT AND THE STATE OF NEVADA'S AMENDED COMPLAINT

Watson Pharmaceuticals, Inc. ("Watson") moves to dismiss the Second Amended Complaint filed by the State of Montana and the Amended Complaint of the State of Nevada (collectively the "Amended Complaints") against Watson pursuant to Federal Rule of Civil Procedure 4(m) and Local Rule 4.1 for failure to properly serve Watson.

Plaintiffs filed their respective Amended Complaints with this Court on August 1, 2003. To date, Watson has not been properly served with a summons or Amended Complaint by either party as required under the federal rules or rules of this Court. Further, Watson has not waived service of process in this action.

In accordance with Local Rule 7.1(a)(2), the undersigned certifies that, on November 24, 2004, he spoke with counsel for plaintiffs on this motion, and counsel for plaintiffs indicated that he will oppose the motion.

Watson relies on the enclosed Memorandum of Law and the Declaration of Douglas B. Farquhar in support of this Motion to Dismiss.

WHEREFORE, Watson respectfully moves that this Court dismiss all claims in the Amended Complaints as to Watson and provide such other and further relief as this Court deems just and proper.

Respectfully submitted,

_____
Douglas B. Farquhar *pro hac vice*
Hyman, Phelps & McNamara, P.C.
700 Thirteenth Street, N.W.
Suite 1200
Washington, D.C. 20005
(202) 737-5600 (Phone)
(202) 737-9329 (Fax)

Date: Nov. 24, 2004