UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Master File No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Chief Magistrate Judge<br>Marianne B. Bowler |

### AFFIDAVIT OF MEGAN M. AUCHINCLOSS

STATE OF COLORADO        )
                         ) ss.:
COUNTY OF DENVER         )

Megan M. Auchincloss, being duly sworn, deposes and says:

1. I am associated with the firm of Morrison & Foerster LLP, attorneys for defendant Purdue Pharma L.P. in the action captioned above. I submit this affidavit pursuant to Case Management Order No. 1, section V (providing for admission of counsel *pro hac vice*), entered in the action captioned above.

2. I am admitted in good standing to the courts of the State of Colorado, the District of Columbia, the State of California, the United States District Court for the Northern District of California, and the United States District Court for the Central District of California.

3. I have never been the subject of a professional disciplinary proceeding.

_____
Megan M. Auchincloss

Sworn to before me this
17th day of November, 2004

_____
Notary Public

My Comm. Expires 06-04-2008

dn-114467