UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Master File No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Chief Magistrate Judge<br>Marianne B. Bowler |

## CERTIFICATE OF SERVICE

I hereby certify that on November 18th, 2004, true copies of the following documents were served upon all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456, by sending on November 18th, 2004 a copy of the following documents to Verilaw by facsimile for posting and notification to all parties:

- Letter to Clerk of the Court regarding Admission *Pro Hac Vice* of Megan M. Auchincloss; and

- Affidavit of Megan M. Auchincloss, sworn to November 17th, 2004.

Oliver Ireland (BBO # 247320)

dn-114465