# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | Judge Patti B. Saris |
| | Chief Magistrate Judge Marianne B. Bowler |

## MOTION OF PLAINTIFFS FOR LEAVE TO FILE REPLY BRIEF

Pursuant to Local Rule 7.1(B)(3), plaintiffs hereby request leave to file a reply to Defendants' Memorandum in Opposition to Plaintiffs' Objection to Order Denying Motion to Compel Defendants' Correspondence with Putative Class Members. In support of this motion, plaintiffs state as follows:

1. On November 10, 2004, plaintiffs filed an Objection to Order Denying Motion to Compel Defendants' Correspondence with Putative Class Members. Defendants filed a memorandum in opposition to this objection on November 24, 2004.

2. Plaintiffs now seek leave to file a three-page Reply Brief in support of its Objection to Order Denying Motion to Compel Defendants' Correspondence with Putative Class Members.

3. Plaintiffs believe that a brief reply will aid the Court in considering the issues raised by Defendants' Opposition to Plaintiffs' Emergency Motion.

- 1 -

1534.16 0124 MTN.DOC

Wherefore, plaintiffs respectfully request that the Court grant it leave to file the attached reply memorandum (Exhibit A).

DATED:  November 30, 2004    By    /s/ Steve W. Berman
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
    Hagens Berman LLP
    One Main Street, 4th Floor
    Cambridge, MA  02142
    Telephone: (617) 482-3700
    Facsimile: (617) 482-3003
    **LIAISON COUNSEL**

    Steve W. Berman
    Sean R. Matt
    Hagens Berman LLP
    1301 Fifth Avenue, Suite 2900
    Seattle, WA  98101
    Telephone: (206) 623-7292
    Facsimile: (206) 623-0594

    Eugene A. Spector
    Jeffrey Kodroff
    Spector, Roseman & Kodroff, P.C.
    1818 Market Street, Suite 2500
    Philadelphia, PA  19103
    Telephone: (215) 496-0300
    Facsimile: (215) 496-6611

    Samuel Heins
    Heins, Mills & Olson, P.C.
    3550 IDS Center
    80 South Eighth Street
    Minneapolis, MN  55402
    Telephone: (612) 338-4605
    Facsimile: (612) 338-4692
    **CHAIRS OF LEAD COUNSEL COMMITTEE**

Marc H. Edelson
Allen Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
The Wexler Firm
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
**MEMBERS OF LEAD COUNSEL COMMITTEE AND EXECUTIVE COMMITTEE**

- 4 -

**CERTIFICATE OF SERVICE**

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **MOTION OF PLAINTIFFS FOR LEAVE TO FILE REPLY BRIEF** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on November 30, 2004 via Verilaw to Defendants.

      By    **/s/ Steve W. Berman**
         Steve W. Berman
         Hagens Berman, LLP
         1301 Fifth Avenue, Suite 2900
         Seattle, WA  98101
         Telephone:  (206) 623-7292
         Facsimile:  (206) 623-0594