**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | ) ) ) ) | |

## TRACK 1 DEFENDANTS' MOTION TO STRIKE THE DECLARATION OF RAYMOND S. HARTMAN

Track 1 defendants AstraZeneca Group, the BMS Group, SmithKline Beecham Corporation d/b/a GlaxoSmithKline, the Johnson & Johnson Group and the Schering-Plough Group respectfully move this Court for an order striking the declaration of Raymond S. Hartman, sworn to September 3, 2004, which was submitted in support of plaintiffs' motion for class certification.

In support of this Motion, defendants submit the attached Memorandum of Law in Support of Defendants' Motion to Strike the Declaration of Raymond S. Hartman, the Declaration of Halbert L. White, Jr., and the exhibits attached to the Declaration of Halbert L. White, Jr.

Dated: October 25, 2004

Respectfully submitted,

THE TRACK 1 DEFENDANTS

By: *Nicholas C. Theodorou*
Nicholas C. Theodorou (BBO # 496730)
Lucy Fowler, Esq. (BBO# 647929)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110

D. Scott Wise
Michael Flynn
Kimberley Harris
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for AstraZeneca Pharmaceuticals LP*

Steven M. Edwards
Lyndon M. Tretter
Hogan & Hartson, LLP
875 Third Avenue, Suite 2600
New York, NY 10022

*Attorneys for the Bristol-Myers Squibb Co., Oncology Therapeutics Network Corp., Apothecon, Inc.*

Mark H. Lynch
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-7566

Frederick G. Herold
Dechert LLP
975 Page Mill Road
Palo Alto, CA 94304-1013

- 3 -

Geoffrey E. Hobart
Holland & Knight LLP
10 St. James Ave.
Boston, MA 02116

*Attorneys for SmithKlineBeecham Corp.
d/b/a GlaxoSmithKline*

William F. Cavanaugh, Jr.
Andrew D. Schau
Erik Haas
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036 6710

*Attorneys for the Johnson and Johnson Group*

John T. Montgomery
Steven Kaufman
Ropes & Gray LLP
One International Place
Boston, MA 02110

*Attorneys for Schering-Plough Corp. and Warrick
Pharmaceuticals Corp.*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for defendants conferred with counsel for plaintiffs on this motion, and that counsel for plaintiffs do not assent to the motion.

By: _____
Mark H. Lynch
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 662-5544

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by express mail on October 25, 2004.

_____
Lucy Fowler

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 30, 2004, I caused a true and correct copy of the Track 1 Defendants' Motion to Strike the Declaration of Raymond S. Hartman to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2.

                                             /s/
                                  Jason R. Litow