UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) | MDL NO. 1456 <br> CIVIL ACTION NO. <br> 01-12257-PBS |

### PROCEDURAL ORDER

November 23, 2004

Saris, U.S.D.J.

The Court orders that parties in cases transferred into this multi-district litigation shall inform the Court whether they are pressing any pending motions, and if so, shall file supplemental briefing on pending motions in light of the former orders. Failure to comply with this Order by December 22, 2004 will result in denial of the motions.

/s/ Patti B. Saris
UNITED STATES DISTRICT JUDGE