UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> County of Suffolk v. Abbott Laboratories, et al. Civ. Action No. 1:03-cv-10643 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) MDL NO. 1456 CIVIL ACTION NO. 01-12257-PBS |

**ORDER**

November 23, 2004

Saris, U.S.D.J.

Defendant GlaxoSmithKline filed a motion for clarification, requesting that the Court clarify that Best Prices claims are limited to those drugs for which Suffolk alleged particular facts.  In accordance with the Court's prior ruling, In re Pharm. Indus. Average Wholesale Price Litig., 321 F. Supp. 2d 187, 207-08 (D. Mass. 2004), Suffolk's Best Prices claims against particular drugs for which it has not alleged particular facts are dismissed.  This ruling applies to the remaining Best Prices Defendants: Bayer Corporation, the GSK Defendants, Abbott Laboratories, Inc., Pfizer Inc., TAP Pharmaceutical Products, Inc., and Schering-Plough.

United States District Judge