AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

V.

**WITNESS LIST**

Case Number: 01-CV-12257-PBS

| PRESIDING JUDGE Patti B. Saris | PLAINTIFF'S ATTORNEY BERMAN / SOBOL | DEFENDANT'S ATTORNEY MONTGOMERY |
|---|---|---|
| TRIAL DATE (S) 12-6, 12-7 | COURT REPORTER Marie Cloonan | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/6/04 | | | MEREDITH ROSENTHAL |
| | 1 | 12/7/04 | | | GREGORY BELL |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages