**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO<br>*County of Suffolk v. Abbott Laboratories, et al.,*<br>E.D.N.Y. Case No. CV-03-229 | |

**FUJISAWA HEALTHCARE INC.'S RESPONSE
TO SUFFOLK'S AFFIDAVIT OF AARON D. HOVAN**

Defendant Fujisawa Healthcare, Inc. ("Fujisawa"),[1] through undersigned counsel, respectfully responds to Plaintiff Suffolk County's ("Suffolk") submission in support of its calculation of an alleged "spread" in connection with the Fujisawa drug at issue. In addition to all of the general defects in the Suffolk submission's calculations,[2] there are extraordinary flaws in the submission as they relate to Fujisawa in particular. Not a single document relating to Fujisawa has been submitted by Suffolk, and the data Suffolk purports to rely upon in support of its calculations is either absent or simply wrong. Suffolk has presented no legitimate calculation of any fraudulent spread by Fujisawa, much less any data or documents supporting such a

---

[1] Fujisawa Healthcare, Inc. is the corporate entity that remains in this case. Fujisawa Pharmaceuticals, Ltd., referenced in the Court's October 26, 2004 Order, was the corporation originally named; Fujisawa Healthcare was substituted in the corrected complaint filed by Plaintiff.

[2] These flaws are discussed in a common brief submitted contemporaneously by all of the defendants who were the subject of the Suffolk submission. Fujisawa has joined that brief.

calculation. For the reasons set forth below and in the common brief, the Court should dismiss Fujisawa from the Suffolk matter.

**(1) The Suffolk submission provides no documents supporting its calculation of a "spread" in connection with the pricing of Prograf.** There is only one Fujisawa drug at issue in this matter: Prograf, an immunosuppressant used almost exclusively in connection with organ transplants.[3] Notwithstanding the Court's specific order to "disclose. . . all documents upon which [Suffolk] relied in calculating the spreads. . .", Suffolk has not proffered *a single document* relating to the calculation of a "spread" in connection with Prograf. Even the survey which is the basis for Suffolk's assertion that the average retail price is 1.27 times the average wholesale price is inapplicable to Prograf because no drugs similar to Prograf or in the same therapeutic class as Prograf were included in the survey sample. (*See* Prescription Drug Prices in Canada and the United States – Part 1: A Comparative Survey at "Analysis: Clarifying the Sample"). This lack of any supportive documentation is particularly important because, as discussed below, the summary data provided by Suffolk in regards to Prograf is virtually non-existent and, where it does exist, is inaccurate.

**(2) There is little data provided in the Suffolk submission regarding Prograf or its pricing.** The Suffolk submission provides "calculations" in regards to a "spread" in the pricing of Prograf in the referenced dosage for 2003 and 2004. However, the 2003 calculation (set forth in Exhibit "C" to the Suffolk submission) states that the reported AWP (as reported in the Red Book) and the retail price at Costco.com are "unavailable." The 2003 calculation therefore makes no conclusion as to "estimated overcharge" or "percentage of AWP." Similarly there is no factual data or basis for the 2004 calculation (set forth in Exhibit "D" to the Suffolk

---

[3] As noted in Exhibit "F" to Suffolk's submission, the county only paid $2,456 in total for Prograf for the entire year in 2003.

2

submission). According to Suffolk County, all of the reported AWP and pricing data is purportedly "unavailable" as to Prograf, and no conclusions are made for 2004 either. Indeed, the only year for which data was proffered is 2001 (discussed in section (4) below).

In fact, average wholesale prices for Prograf for the referenced dosage were reported in the Red Book for 2003 and 2004 (see attached). Also, prices were found on certain of the referenced websites in this year for the referenced dosage of Prograf (see attached)(the data is now unavailable for 2003).

**(3) The data that has been provided in the Suffolk submission as to Prograf is demonstrably inaccurate.** The only data provided in the Suffolk submission is the 2001 data set forth in Exhibit "B."

First, none of the numbers provided constitute a "per unit" price as alleged in the Affidavit – all of the provided figures are more than $100. Second, the "Reported Average Wholesale Price" allegedly derived from the Red Book is $375.39; however, as shown in the 2001 Red Book page (attached), this number appears nowhere in that publication, much less for the dosage amount referenced by the complaint. Third, no sale prices whatsoever are provided for Prograf in 2001, only an "Estimated True AWP" of $171.17. Neither this Court nor Fujisawa can begin to guess how this number was arrived at; it certainly has no relation to any of the retail pricing data obtained by Fujisawa *and* any retail pricing data proffered by Suffolk.

**(4) The references to "government investigations" in the Suffolk submission as they relate to Fujisawa and Prograf are inaccurate and misleading.** Exhibit "A" references five "investigations" that Suffolk asserts lend credence to its allegations. However, Fujisawa has no record of ever being involved in an investigation by the State of Montana. As to the other investigations cited by Suffolk (DOJ, OIG, Texas and California), none of them involved

3

Prograf. Moreover, these subpoenas were served between seven and three years ago, and none of the investigating authorities has sued or otherwise pursued Fujisawa with respect to a single one of these issues.

As it relates to Prograf, it is clear that Suffolk hastily slapped together a collection of spurious allegations and incomplete and inaccurate data to give lip service to compliance with the Court's order. Plaintiff has not provided a single document referring to Prograf, much less the basis of its calculation of a "spread" in Prograf pricing as required by the Court. Indeed, even the sparse amount of summary "data" provided by Plaintiff regarding Prograf suffers from incompletion and inaccuracy. This half-effort should not suffice, and the Court should dismiss the Suffolk complaint in its entirety as it relates to Fujisawa.

Respectfully Submitted,

BINGHAM MCCUTCHEN LLP

By: /s/ S. Elaine McChesney
S. Elaine McChesney
150 Federal Street
Boston MA  02110
(617) 951-8501
(617) 951-8736 (fax)

REED SMITH LLP

By: /s/ Kathleen H. McGuan
Kathleen H. McGuan
Andrew L. Hurst
1301 K Street NW
Suite 1100 – East Tower
Washington, DC 20005
(202) 414-9200
(202) 414-9299 (fax)

/s/ Michael T. Scott

Michael T. Scott
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301
(215) 851-8100
(215) 851-1420 (fax)

Attorneys for Defendant Fujisawa Healthcare, Inc.

Dated:  November 30, 2004

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Fujisawa Healthcare, Inc.'s Response to Suffolk's Affidavit of Aaron D. Hovan was delivered to all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending, on November 30, 2004, a copy to Verilaw Technologies for posting and notification to all parties.

/s/ Andrew L. Hurst
_____
Andrew L. Hurst

# Attachments

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (WETTABLE,U.S.P.) | | | | |
| 10 gm ............51552-0006-07 | | 15.48 | | |
| (U.S.P.) | | | | |
| 25 gm ............51552-0005-25 | | 28.20 | | |
| (WETTABLE,U.S.P.) | | | | |
| 25 gm ............51552-0006-25 | | 28.20 | | |
| (U.S.P.) | | | | |
| 100 gm ...........51552-0005-10 | | 92.40 | | |
| (WETTABLE,U.S.P.) | | | | |
| 100 gm ...........51552-0006-10 | | 92.40 | | |
| (MILLED,U.S.P.) | | | | |
| 1000 gm ..........51552-0643-01 | | 538.80 | | |
| (U.S.P.,MICRONIZED) | | | | |
| 1000 gm ..........51552-0005-01 | | 538.80 | | |
| (WETTABLE,U.S.P.) | | | | |
| 1000 gm ..........51552-0006-01 | | 538.80 | | |
| (Integra) | | | | |
| POW, NA (U.S.P., WETTABLE) | | | | |
| 25 gm ............05324-5273-25 | | 37.03 | | |
| 100 gm ...........05324-5273-35 | | 109.62 | | |
| (Medisca) | | | | |
| POW, NA (MILLED, U.S.P.) | | | | |
| 25 gm ............38779-0310-04 | | 42.50 | 19.80 | |
| (U.S.P., WETTABLE) | | | | |
| 25 gm ............38779-0057-04 | | 42.50 | 19.80 | |
| (U.S.P.,MICRONIZED) | | | | |
| 25 gm ............38779-0043-04 | | 42.50 | 19.80 | |
| (MILLED, U.S.P.) | | | | |
| 100 gm ...........38779-0310-05 | | 132.50 | 63.75 | |
| (U.S.P., WETTABLE) | | | | |
| 100 gm ...........38779-0057-05 | | 127.50 | 63.75 | |
| (U.S.P.,MICRONIZED) | | | | |
| 100 gm ...........38779-0043-05 | | 127.50 | 58.00 | |
| (MILLED, U.S.P.) | | | | |
| 1000 gm ..........38779-0310-09 | | 1187.50 | 510.00 | |
| (U.S.P., WETTABLE) | | | | |
| 1000 gm ..........38779-0057-09 | | 975.00 | 510.00 | |
| (U.S.P.,MICRONIZED) | | | | |
| 1000 gm ..........38779-0043-09 | | 975.00 | 475.00 | |
| (Meridian Pharm) | | | | |
| POW, NA (U.S.P.,MICRONIZED) | | | | |
| 25 gm ............62991-1124-01 | | 58.50 | | |
| (USP,WETTABLE,MICRONIZED) | | | | |
| 25 gm ............62991-1123-01 | | 105.00 | | |
| (U.S.P.,MICRONIZED) | | | | |
| 100 gm ...........62991-1124-02 | | 167.64 | | |
| (USP,WETTABLE,MICRONIZED) | | | | |
| 100 gm ...........62991-1123-02 | | 192.00 | | |
| (Paddock) | | | | |
| POW, NA (U.S.P.) | | | | |
| 25 gm ............00574-0430-25 | | 34.20 | | |
| 100 gm ...........00574-0430-01 | | 111.49 | | |
| 1000 gm ..........00574-0430-00 | | 600.00 | | |
| (U.S.P., MILLED) | | | | |
| 1000 gm ..........00574-0432-00 | | 600.00 | | |
| (Paddock) See PROGESTERONE WETTABLE | | | | |



**Progesterone USP**
*Micronized Powder for Prescription Compounding*

Pharma-Tek
800-645-6655
www.pharma-tek.com

| | | | | |
|---|---|---|---|---|
| (Pharma-Tek) | | | | |
| POW, NA (U.S.P.) | | | | |
| 10 gm ............39822-6000-01 | | 13.50 | 11.00 | |
| (U.S.P., WETTABLE) | | | | |
| 10 gm ............39822-6100-01 | | 13.50 | | |
| (U.S.P.) | | | | |
| 25 gm ............39822-6000-03 | | 22.50 | 20.00 | |
| (U.S.P., WETTABLE) | | | | |
| 25 gm ............39822-6100-03 | | 22.50 | | |
| (U.S.P.) | | | | |
| 50 gm ............39822-6000-05 | | 39.00 | 36.00 | |
| (U.S.P., WETTABLE) | | | | |
| 50 gm ............39822-6100-05 | | 39.00 | | |
| (U.S.P.) | | | | |
| 100 gm ...........39822-6000-07 | | 73.50 | | |
| (U.S.P., WETTABLE) | | | | |
| 100 gm ...........39822-6100-07 | | 73.50 | 65.00 | |
| 1000 gm ..........39822-6100-09 | | 540.00 | | |
| (U.S.P.,MICRONIZED) | | | | |
| 1000 gm ..........39822-6000-09 | | 540.00 | | |

47.54

750.00
625.00

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (Schein) See PROGESTERONE IN SESAME OIL | | | | |
| (Sarono) See CRINONE | | | | |
| (Solvay) See PROMETRIUM | | | | |
| **PROGESTERONE (Cyclin)** | | | | |
| progesterone, micronized | | | | |
| POW, NA (BULK FOR COMPOUNDING) | | | | |
| 500 gm ...........53409-1220-07 | | 450.00 | | |
| 1000 gm ..........53409-1220-08 | | 750.00 | | |
| **PROGESTERONE IN SESAME OIL (APP)** | | | | |
| progesterone | | | | |
| OIL, IM (M.D.V.) | | | | |
| 50 mg/ml, 10 ml .....63323-0261-10 | | 38.75 | | AO |
| (Schein) | | | | |
| OIL, IM (VIAL) | | | | |
| 50 mg/ml, 10 ml .....00591-3128-79 | | 38.75 | 2.50 | AQ |
| **PROGESTERONE MICRONIZED (Medisca)** | | | | |
| progesterone, micronized | | | | |
| POW, NA (U.S.P.) | | | | |
| 500 gm ...........38779-0043-08 | | 562.50 | | |
| (Meridian Pharm) | | | | |
| POW, NA, 1 ml ..........62991-2184-03 | | 1797.00 | 599.00 | |
| 5 ml ................62991-2184-04 | | 8985.00 | 2995.00 | |
| 100 gm ...........62991-2184-01 | | 285.75 | 95.25 | |
| 500 gm ...........62991-2184-02 | | 1197.00 | 399.00 | |
| **PROGESTERONE MICRONIZED (B&B Pharm,Inc)** | | | | |
| REPACK | | | | |
| progesterone, micronized | | | | |
| POW, NA, 100 gm .........63275-9981-05 | | 186.00 | | |
| 500 gm ...........63275-9981-08 | | 745.00 | | |
| 1000 gm ..........63275-9981-09 | | 1256.00 | | |
| **PROGESTERONE WETTABLE (Medisca)** | | | | |
| progesterone, wettable | | | | |
| POW, NA, 500 gm ........38779-0057-08 | | 562.50 | | |
| (Paddock) | | | | |
| progesterone | | | | |
| POW, NA (U.S.P.,MICROCRYSTALLINE) | | | | |
| 25 gm ............00574-0431-25 | | 39.26 | | |
| 100 gm ...........00574-0431-01 | | 127.57 | | |
| 1000 gm ..........00574-0431-00 | | 687.50 | | |
| **PROGESTERONE WETTABLE MICROCRYSTALLINE (Meridian Pharm)** | | | | |
| progesterone, wettable microcrystalline | | | | |
| POW, NA, 1 ml ..........62991-1123-04 | | 1410.00 | 470.00 | |
| 25 gm ............62991-1123-01 | | 105.00 | 35.00 | |
| 100 gm ...........62991-1123-02 | | 192.00 | 64.00 | |
| 500 gm ...........62991-1123-03 | | 795.00 | 265.00 | |
| **PROGESTERONE, MICRONIZED** | | | | |
| (Cyclin) See PROGESTERONE | | | | |
| (Medisca) See PROGESTERONE MICRONIZED | | | | |
| (Meridian Pharm) See PROGESTERONE MICRONIZED | | | | |
| **PROGESTERONE, WETTABLE** | | | | |
| (Medisca) See PROGESTERONE WETTABLE | | | | |
| **PROGESTERONE, WETTABLE MICROCRYSTALLINE** | | | | |
| (Meridian Pharm) See PROGESTERONE WETTABLE MICROCRYSTALLINE | | | | |
| **PROGLYCEM (Ivax Pharm)** | | | | |
| diazoxide | | | | |
| SUS, PO, 50 mg/ml, 30 ml ..00575-6200-30 | | 167.08 | 53.79 | |
| **PROGRAF (Fujisawa)** | | | | |
| tacrolimus | | | | |
| CAP, PO, 0.5 mg, 100s ea ..00469-0607-73 | | 227.03 | | |
| 1 mg, 100s ea ......00469-0617-73 | | 375.39 | 199.50 | |
| (10X10,BLISTER PACK) | | | | |
| 1 mg, 100s ea UD ....00469-0617-11 | | 368.05 | 199.50 | |
| 5 mg, 100s ea ......00469-0657-73 | | 1858.83 | 997.50 | |
| (10X10,BLISTER PACK) | | | | |
| 5 mg, 100s ea UD ....00469-0657-11 | | 1840.08 | 997.50 | |
| SOL, IV (AMP,PF) | | | | |
| 5 mg/ml, 1 ml ........00469-3016-01 | | 125.05 | | |
| **PROHANCE (Bracco Diag)** | | | | |
| gadoteridol | | | | |
| SOL, IV (S.D.V.) | | | | |
| 279.3 mg/ml, | | | | |
| 5 ml 5s ..........00270-1111-04 | | 189.06 | 151.25 | |
| (S.D. SRN,PREFILLED) | | | | |
| 279.3 mg/ml, | | | | |
| 10 ml 5s ..........00270-1111-16 | | 387.50 | 310.00 | |
| (S.D.V.) | | | | |
| 279.3 mg/ml, | | | | |
| 10 ml 5s ..........00270-1111-01 | | 370.94 | 296.75 | |
| 15 ml 5s ..........00270-1111-02 | | 542.81 | 434.25 | |
| (S.D. SRN,PREFILLED) | | | | |
| 279.3 mg/ml, | | | | |
| 17 ml 5s ..........00270-1111-45 | | 587.50 | 470.00 | |

**Electronic Drug Pricing and Clinical Information**
**RED BOOK**
Database Services - (800) 722-3062

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (S.D.V.) | | | | |
| 279.3 mg/ml, | | | | |
| 20 ml 5s ..........00270-1111-03 | | 670.31 | 536.25 | |
| 50 ml 5s ..........00270-1111-40 | | 1676.25 | 1341.00 | |
| **PROHIST-8 (Emrex/Economed)** | | | | |
| chlorpheniramine maleate | | | | |
| CER, PO, 8 mg, 100s ea ...38130-5511-01 | | 12.98 | 10.82 | |
| **PROLASTIN (Bayer Pharm)** | | | | |
| alpha-1 proteinase inhibitor human | | | | |
| PDS, IV (APPRX 1000 MG VIAL) | | | | |
| 1 mg, ea .............00026-0601-35 | | 0.28 | | |
| (APPRX 500 MG VIAL) | | | | |
| 1 mg, ea .............00026-0601-30 | | 0.28 | | |
| **PROLEUKIN (Chiron Corporation)** | | | | |
| aldesleukin | | | | |
| PDS, IV (PF) | | | | |
| 22 million iu, ea ......53905-0991-01 | | 773.12 | 633.96 | |
| **PROLEX DH (Blansett)** | | | | |
| hydrocodone bitartrate/potassium guaiacolsulfonate | | | | |
| LIQ, PO (AF,SF,FRUIT,TROPICAL) | | | | |
| 4.5 mg/5 ml-300 mg/5 ml, | | | | |
| 120 ml, C-III .......51674-0212-04 | | 14.25 | | |
| 480 ml, C-III .......51674-0212-07 | | 49.95 | | |
| **PROLEX DM (Blansett)** | | | | |
| dextromethorphan hydrobromide/potassium guaiacolsu | | | | |
| LIQ, PO (AF,SF,APPLE,ORANGE) | | | | |
| 15 mg/5 ml-300 mg/5 ml, | | | | |
| 480 ml ............51674-0019-07 | | 40.96 | | |
| **PROLEX PD (Blansett)** | | | | |
| guaifenesin/phenylephrine hydrochloride | | | | |
| TER, PO, 600 mg-10 mg, | | | | |
| 100s ea ............51674-0126-01 | | 47.95 | | |
| **PROLEX-D (Blansett)** | | | | |
| guaifenesin/phenylephrine hydrochloride | | | | |
| TER, PO (DYE-FREE) | | | | |
| 600 mg-20 mg, | | | | |
| 100s ea ............51674-0124-01 | | 54.50 | | |
| **PROLINE** | | | | |
| (A-A Spectrum) See L-PROLINE | | | | |
| **PROLIXIN (Apothecon)** | | | | |
| fluphenazine hydrochloride | | | | |
| ELI, PO, 2.5 mg/5 ml, | | | | |
| 60 ml ..............00003-0820-30 | | 26.18 | 21.82 | AA |
| TAB, PO, 5 mg, 100s ea ...00003-0877-50 | | 219.90 | 183.25 | AB |
| SOL, PO, 5 mg/ml, 120 ml ..00003-0801-10 | | 164.65 | 137.21 | AA |
| TAB, PO, 10 mg, 100s ea ..00003-0956-50 | | 286.22 | 238.52 | AB |
| **PROLIXIN DECANOATE (Geneva)** | | | | |
| fluphenazine decanoate | | | | |
| OIL, IJ (VIAL) | | | | |
| 25 mg/ml, 5 ml .......00003-0569-15 | | 125.45 | 105.64 | AO |
| **PROLOPRIM (Monarch)** | | | | |
| trimethoprim | | | | |
| TAB, PO, 100 mg, 100s ea .61570-0057-01 | | 111.24 | | AB |
| **PROMACET (MCR/Amer Pharm, Inc.)** | | | | |
| acetaminophen/butalbital | | | | |
| TAB, PO, 650 mg-50 mg, | | | | |
| 100s ea ............58605-0524-01 | | 67.05 | | EE |
| **PROMACOT (Truxton)** | | | | |
| promethazine hydrochloride | | | | |
| TAB, PO, 25 mg, 1000s ea .00463-6156-10 | | 15.00 | | EE |
| SOL, IJ (VIAL) | | | | |
| 50 mg/ml, 10 ml .....00463-1095-10 | | 4.80 | | EE |
| **PROMAR (Marlop)** | | | | |
| ascorbic acid/cyanocobalamin/ferrous fumarate/foli | | | | |
| CAP, PO, 30s ea ..........12939-0315-30 | | 23.15 | | |
| **PROMAZINE HCL (Consolidated Midland)** | | | | |
| promazine hydrochloride | | | | |
| SOL, IM (VIAL) | | | | |
| 25 mg/ml, 10 ml .....00223-8397-10 | | 4.80 | | |
| 50 mg/ml, 10 ml .....00223-8398-10 | | 5.25 | | EE |
| **PROMAZINE HYDROCHLORIDE** | | | | |
| (Consolidated Midland) See PROMAZINE HCL | | | | |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

(U.S.P.)
10 gm................51552-0005-03  18.06
(WETTABLE,U.S.P.)
10 gm................51552-0006-03  24.50
(U.S.P.)
25 gm................51552-0005-04  30.10
(WETTABLE,U.S.P.)
25 gm................51552-0006-04  36.75
(U.S.P.)
100 gm...............51552-0005-05  78.40
(WETTABLE,U.S.P.)
100 gm...............51552-0006-05  102.90
(MILLED,U.S.P.)
1000 gm..............51552-0643-07  628.60
(U.S.P.,MICRONIZED)
1000 gm..............51552-0005-07  588.00
(WETTABLE,U.S.P.)
1000 gm..............51552-0006-07  805.00

(Integra)
POW, NA (U.S.P., WETTABLE)
25 gm................05324-5273-25  37.03
100 gm...............05324-5273-35  109.62

(Medisca)
POW, NA (MILLED, U.S.P.)
25 gm................38779-0310-04  52.50
(U.S.P., WETTABLE)
25 gm................38779-0057-04  93.00
(U.S.P.,MICRONIZED)
25 gm................38779-0043-04  52.50
(MILLED, U.S.P.)
100 gm...............38779-0310-05  163.50
(U.S.P., WETTABLE)
100 gm...............38779-0057-05  246.00
(U.S.P.,MICRONIZED)
100 gm...............38779-0043-05  157.50
(MILLED, U.S.P.)
1000 gm..............38779-0310-09  1453.50
(U.S.P., WETTABLE)
1000 gm..............38779-0057-09  1377.00
(U.S.P.,MICRONIZED)
1000 gm..............38779-0043-09  1194.00

(Meridian Pharm)
POW, NA (U.S.P.,MICRONIZED)
25 gm................62991-1124-01  58.50
100 gm...............62991-1124-02  167.64

(Paddock)
POW, NA (U.S.P.)
25 gm................00574-0430-25  39.26
100 gm...............00574-0430-01  127.57
1000 gm..............00574-0430-00  687.50
(U.S.P., MILLED)
1000 gm..............00574-0432-00  687.50

(Paddock) See PROGESTERONE WETTABLE
(Serono) See CRINONE
(Solvay) See PROMETRIUM

(Spectrum Pharmacy Prod)
POW, NA (MILLED/U.S.P.)
5 gm.................49452-6070-01  13.20
(U.S.P.,MICRONIZED)
5 gm.................49452-6060-01  13.20
(U.S.P.,YAM,MICRONIZED)
5 gm.................49452-6061-01  12.55
(WETTABLE/U.S.P.)
5 gm.................49452-6080-01  16.85
(MILLED/U.S.P.)
25 gm................49452-6070-02  31.70
(U.S.P.,MICRONIZED)
25 gm................49452-6060-02  31.70
(U.S.P.,YAM,MICRONIZED)
25 gm................49452-6061-02  27.70
(WETTABLE/U.S.P.)
25 gm................49452-6080-02  40.25
(MILLED/U.S.P.)
100 gm...............49452-6070-03  97.20
(U.S.P.,MICRONIZED)
100 gm...............49452-6060-03  97.20
(U.S.P.,YAM,MICRONIZED)
100 gm...............49452-6061-03  92.25
(WETTABLE/U.S.P.)
100 gm...............49452-6080-03  123.40
(MILLED/U.S.P.)
500 gm...............49452-6070-06  436.75
(U.S.P.,MICRONIZED)
500 gm...............49452-6060-06  436.75
(U.S.P.,YAM,MICRONIZED)
500 gm...............49452-6061-04  400.95
(WETTABLE/U.S.P.)
500 gm...............49452-6080-06  552.60
(MILLED/U.S.P.)
1000 gm..............49452-6070-04  767.25

(U.S.P.,MICRONIZED)
1000 gm..............49452-6060-04  767.25
(U.S.P.,YAM,MICRONIZED)
1000 gm..............49452-6061-05  630.30
(WETTABLE/U.S.P.)
1000 gm..............49452-6080-04  970.20

(Watson) See PROGESTERONE IN SESAME OIL

**Progesterone USP**
*Micronized Powder for Prescription Compounding*
X-GEN PHARMACEUTICALS INC
866-390-4411   www.x-gen.us

(X-Gen)
POW, NA (U.S.P., MICRONIZED)
10 gm................39822-6000-01  13.50
(U.S.P., WETTABLE)
10 gm................39822-6100-01  13.50
(U.S.P., MICRONIZED)
25 gm................39822-6000-03  22.50
(U.S.P., WETTABLE)
25 gm................39822-6100-03  22.50
(U.S.P., MICRONIZED)
50 gm................39822-6000-05  39.00
(U.S.P., WETTABLE)
50 gm................39822-6100-05  39.00
(U.S.P., MICRONIZED)
100 gm...............39822-6000-07  73.50
(U.S.P., WETTABLE)
100 gm...............39822-6100-07  73.50
1000 gm..............39822-6100-09  540.00
(U.S.P.,MICRONIZED)
1000 gm..............39822-6000-09  540.00

**PROGESTERONE IN SESAME OIL (APP)**
progesterone
OIL, IM (M.D.V.)
50 mg/ml, 10 ml.....63323-0261-10  38.75       AO

(Watson)
OIL, IM (VIAL)
50 mg/ml, 10 ml.....00591-3128-79  38.75  2.50 AO

**PROGESTERONE MICRONIZED (B&B PHARM, INC)**
REPACK
progesterone, micronized
POW, NA, 100 gm.....63275-9981-05  186.00
500 gm..............63275-9981-08  745.00
1000 gm.............63275-9981-09  1256.00

(Hawkins)
POW, NA (YAM)
100 gm..............63370-0200-35  196.00
500 gm..............63370-0200-45  900.00
1000 gm.............63370-0200-50  1480.00
5000 gm.............63370-0200-55  7200.00
25000 gm............63370-0200-62  34000.00

(Medisca)
POW, NA (U.S.P.)
500 gm..............38779-0043-08  688.50

(Meridian Pharm)
POW, NA, 100 gm.....62991-2184-01  285.75 95.25
(SOY, U.S.P. 23)
100 gm..............62991-2504-02  162.00  54.00
500 gm..............62991-2184-02  1197.00 399.00
(SOY, U.S.P. 23)
500 gm..............62991-2504-03  720.00 240.00
(YAM)
500 gm..............62991-1122-03  672.00 224.00
1000 gm.............62991-2184-03  1797.00 599.00
(SOY, U.S.P. 23)
1000 gm.............62991-2504-04  1320.00 440.00
5000 gm.............62991-2184-04  8985.00 2995.00
(YAM)
5000 gm.............62991-1122-05  5550.00 1850.00

**PROGESTERONE WETTABLE (Hawkins)**
progesterone, wettable
POW, NA (U.S.P.)
100 gm..............63370-0201-35  280.00
1000 gm.............63370-0201-50  2300.00
5000 gm.............63370-0201-55  11000.00

(Medisca)
POW, NA, 500 gm.....38779-0057-08  841.50

(Paddock)
progesterone
POW, NA (U.S.P.,MICROCRYSTALLINE)
25 gm................00574-0431-25  41.85
100 gm...............00574-0431-01  137.48
1000 gm..............00574-0431-00  781.25

**PROGESTERONE WETTABLE MICROCRYSTALLINE**
(Meridian Pharm)
progesterone, wettable microcrystalline
POW, NA, 25 gm.......62991-1123-01  105.00  35.00
100 gm...............62991-1123-02  192.00  64.00
500 gm...............62991-1123-03  795.00  265.00
1000 gm..............62991-1123-04  1410.00 470.00

**PROGESTERONE, MICRONIZED**
(Cutispharma) See FIRST-PROGESTERONE MC 10
(Cutispharma) See FIRST-PROGESTERONE MC 5
(Cyclin) See PROGESTERONE
(Hawkins) See PROGESTERONE MICRONIZED
(Medisca) See PROGESTERONE MICRONIZED
(Meridian Pharm) See PROGESTERONE MICRONIZED

**PROGESTERONE, WETTABLE**
(Hawkins) See PROGESTERONE WETTABLE
(Medisca) See PROGESTERONE WETTABLE

**PROGESTERONE, WETTABLE MICROCRYSTALLINE**
(Meridian Pharm) See PROGESTERONE WETTABLE MICROCRYSTALLINE

**PROGLYCEM (Ivax Pharm)**
diazoxide
SUS, PO, 50 mg/ml, 30 ml..00575-6200-30  167.08

**PROGRAF (Fujisawa)**
tacrolimus
CAP, PO, 0.5 mg, 100s ea..00469-0607-73  227.03
1 mg, 100s ea.............00469-0617-73  382.00
(10X10,BLISTER PACK)
1 mg, 100s ea UD..........00469-0617-11  379.82
5 mg, 100s ea.............00469-0657-73  1891.54
(10X10,BLISTER PACK)
5 mg, 100s ea UD..........00469-0657-11  1886.59
SOL, IV (AMP,PF)
5 mg/ml, 1 ml.............00469-3016-01  125.05

**PROHANCE (Bracco Diag)**
gadoteridol
SOL, IV (S.D.V.)
279.3 mg/ml,
5 ml 5s..................00270-1111-04  189.06 151.25
(S.D. SRN,PREFILLED)
279.3 mg/ml,
10 ml 5s.................00270-1111-15  387.50 310.00
(S.D.V.)
279.3 mg/ml,
10 ml 5s.................00270-1111-01  370.94 296.75
15 ml 5s.................00270-1111-02  542.81 434.25
(S.D. SRN,PREFILLED)
279.3 mg/ml,
17 ml 5s.................00270-1111-45  587.50 470.00
(S.D.V.)
279.3 mg/ml,
20 ml 5s.................00270-1111-03  670.31 536.25
50 ml 5s.................00270-1111-40  1676.25 1341.00

**PROLASTIN (Bayer Corp.)**
alpha-1 proteinase inhibitor human
PDS, IV (APPRX 1000 MG VIAL)
1 mg, ea.................00026-0601-35  0.31
(APPRX 500 MG VIAL)
1 mg, ea.................00026-0601-30  0.31

**PROLEUKIN (Chiron Corporation)**
aldesleukin
PDS, IV (PF)
22 million iu, ea........53905-0991-01  811.50 665.00

**PROLEX DH (Blansett)**
hydrocodone bitartrate/potassium guaiacolsulfonate
LIQ, PO (AF,SF,FRUIT,TROPICAL)
4.5 mg/5 ml-300 mg/5 ml,
120 ml, C-III...........51674-0212-04  16.23
480 ml, C-III...........51674-0212-07  64.94

**PROLEX DM (Blansett)**
dm/k guai
LIQ, PO (AF,SF)
15 mg/5 ml-300 mg/5 ml,
480 ml..................51674-0019-07  53.25

**PROLEX PD (Blansett)**
guaifenesin/phenylephrine hydrochloride
TER, PO, 600 mg-10 mg,
100s ea.................51674-0126-01  62.34



| PROD./MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (Pharma-Tek) | | | | |
| POW, NA (U.S.P., MICRONIZED) | | | | |
| 10 gm | 39822-6000-01 | 13.50 | | |
| (U.S.P., WETTABLE) | | | | |
| 10 gm | 39822-6100-01 | 13.50 | | |
| (U.S.P., MICRONIZED) | | | | |
| 25 gm | 39822-6000-03 | 22.50 | | |
| (U.S.P., WETTABLE) | | | | |
| 25 gm | 39822-6100-03 | 22.50 | | |
| (U.S.P., MICRONIZED) | | | | |
| 50 gm | 39822-6000-05 | 39.00 | | |
| (U.S.P., WETTABLE) | | | | |
| 50 gm | 39822-6100-05 | 39.00 | | |
| (U.S.P., MICRONIZED) | | | | |
| 100 gm | 39822-6000-07 | 73.50 | | |
| (U.S.P., WETTABLE) | | | | |
| 100 gm | 39822-6100-07 | 73.50 | | |
| (U.S.P., MICRONIZED) | | | | |
| 1000 gm | 39822-6000-09 | 540.00 | | |
| (U.S.P., WETTABLE) | | | | |
| 1000 gm | 39822-6100-09 | 540.00 | | |
| (Phys Total Care) | | | | |
| OIL, IM (M.D.V.) | | | | |
| 50 mg/ml, 10 ml | 54868-3396-00 | 16.60 | | EE |
| (Primedics) | | | | |
| OIL, IM, 50 mg/ml, 10 ml | 00684-0113-10 | 12.00 | | EE |
| (Schein) See PROGESTERONE IN SESAME OIL | | | | |
| (Serono) See CRINONE | | | | |
| (Solvay) See PROMETRIUM | | | | |
| (Truxton) See PROGEST | | | | |
| **PROGESTERONE IN SESAME OIL** (Schein) | | | | |
| progesterone | | | | |
| OIL, IM (VIAL) | | | | |
| 50 mg/ml, 10 ml | 00364-6683-54 | 38.75 | | AO |
| **PROGESTERONE WETTABLE** (Paddock) | | | | |
| progesterone | | | | |
| POW, NA (U.S.P.,MICROCRYSTALLINE) | | | | |
| 10 gm | 00574-0431-10 | 18.68 | | |
| 25 gm | 00574-0431-25 | 32.85 | | |
| 100 gm | 00574-0431-01 | 105.19 | | |
| 1000 gm | 00574-0431-00 | 517.50 | | |
| **PROGLYCEM** (Zenith Goldline) | | | | |
| diazoxide | | | | |
| SUS, PO, 50 mg/ml, 30 ml | 00575-6200-30 | 132.13 | | |
| **PROGRAF** (Fujisawa) | | | | |
| tacrolimus | | | | |
| CAP, PO, 0.5 mg, 60s ea | 00469-0607-67 | 108.02 | | |
| 1 mg, 100s ea | 00469-0617-71 | 300.53 | | |
| (10X10,BLISTER PACK) | | | | |
| 1 mg, 100s ea UD | 00469-0617-10 | 294.66 | | |
| 5 mg, 100s ea | 00469-0657-71 | 1502.61 | | |
| (10X10,BLISTER PACK) | | | | |
| 5 mg, 100s ea UD | 00469-0657-10 | 1473.15 | | |
| SOL, IV (AMP,P.F.) | | | | |
| 5 mg/ml, 1 ml | 00469-3016-01 | 119.10 | | |
| **PROHANCE** (Bracco Diag) | | | | |
| gadoteridol | | | | |
| SOL, IV (S.D.V.) | | | | |
| 279.3 mg/ml, | | | | |
| 5 ml 5s | 00270-1111-04 | 189.06 | 151.25 | |
| (S.D. SRN,PREFILLED) | | | | |
| 279.3 mg/ml, | | | | |
| 10 ml 5s | 00270-1111-16 | 387.50 | 310.00 | |
| (S.D.V.) | | | | |
| 279.3 mg/ml, | | | | |
| 10 ml 5s | 00270-1111-01 | 370.94 | 296.75 | |
| 15 ml 5s | 00270-1111-02 | 542.81 | 434.25 | |
| (S.D. SRN,PREFILLED) | | | | |
| 279.3 mg/ml, | | | | |
| 17 ml 5s | 00270-1111-45 | 587.50 | 470.00 | |
| (S.D.V.) | | | | |
| 279.3 mg/ml, | | | | |
| 20 ml 5s | 00270-1111-03 | 670.31 | 536.25 | |
| **PROHIST-8** (EconoMed) | | | | |
| chlorpheniramine maleate | | | | |
| CER, PO, 8 mg, 100s ea | 38130-5511-01 | 12.98 | 10.82 | |
| **PROHISTINE DM** (Propharma) | | | | |
| bromphen/dm/ppa | | | | |
| SYR, PO (A.F.,S.F.,RASPBERRY) | | | | |
| 2 mg-10 mg-12.5 mg/5 ml, | | | | |
| 480 ml | 50313-0009-42 | 7.00 | | |
| **PROLASTIN** (Bayer Pharm) | | | | |
| proteinase inhibitor (human), alpha 1 | | | | |
| PDS, IV (APPRX 1000 MG VIAL,P.F.) | | | | |
| 1 mg, ea | 00026-0601-35 | 0.22 | | |
| (APPRX 500 MG VIAL,P.F.) | | | | |
| 1 mg, ea | 00026-0601-30 | 0.22 | | |

| PROD./MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **PROLEUKIN** (Chiron Corporation) | | | | |
| aldesleukin | | | | |
| PDS, IV (P.F.) | | | | |
| 22 million iu, ea | 53905-0991-01 | 675.00 | 555.00 | |
| **PROLEX D** (Blansett) | | | | |
| gg/phenyleph | | | | |
| TER, PO (D.F.) | | | | |
| 600 mg-20 mg, | | | | |
| 100s ea | 51674-0124-01 | 54.50 | | |
| **PROLEX DH** (Blansett) | | | | |
| hydrocodone/pot guai | | | | |
| LIQ, PO (A.F.,S.F.) | | | | |
| 5 mg-300 mg/5 ml, | | | | |
| 480 ml, C-III | 51674-0012-07 | 49.95 | | |
| **PROLEX DM** (Blansett) | | | | |
| dm/pot guai | | | | |
| LIQ, PO (A.F.,S.F.,PINEAPPLE-ORNG) | | | | |
| 15 mg-300 mg/5 ml, | | | | |
| 480 ml | 51674-0019-07 | 40.96 | | |
| **L-PROLINE** (A-A Spectrum) | | | | |
| proline | | | | |
| [obscured entries] | | | | |
| **PROLIXIN** (Apothecon) | | | | |
| fluphenazine hydrochloride | | | | |
| ELI, PO, 2.5 mg/5 ml, | | | | |
| 60 ml | 00003-0820-30 | 24.49 | 21.48 | AA |
| 473 ml | 00003-0820-50 | 195.20 | 171.23 | AA |
| SOL, IM (VIAL) | | | | |
| 2.5 mg/ml, 10 ml | 00003-0586-30 | 66.07 | 57.96 | AP |
| PO, 5 mg/ml, 120 ml | 00003-0801-10 | 154.02 | 135.11 | AA |
| TAB, PO, 1 mg, 100s ea | 00003-0853-50 | 112.46 | 98.65 | AB |
| 2.5 mg, 100s ea | 00003-0864-50 | 149.18 | 130.86 | AB |
| 5 mg, 100s ea | 00003-0877-50 | 205.70 | 180.44 | AB |
| 10 mg, 100s ea | 00003-0956-50 | 267.74 | 234.86 | AB |
| **PROLIXIN DECANOATE** (Apothecon) | | | | |
| fluphenazine decanoate | | | | |
| OIL, IM (SRN,UNIMATIC) | | | | |
| 25 mg/ml, 1 ml | 00003-0569-02 | 27.01 | 23.69 | AO |
| (VIAL) | | | | |
| 25 mg/ml, 5 ml | 00003-0569-15 | 120.43 | 105.64 | AO |
| **PROLIXIN ENANTHATE** (Apothecon) | | | | |
| fluphenazine enanthate | | | | |
| OIL, IM (VIAL) | | | | |
| 25 mg/ml, 5 ml | 00003-0824-05 | 123.36 | 108.21 | |
| **PROLOPRIM** (Monarch) | | | | |
| trimethoprim | | | | |
| TAB, PO, 100 mg, 100s ea | 61570-0057-01 | 103.00 | | AB |
| 200 mg, 100s ea | 61570-0058-01 | 205.85 | | AB |
| **PROMACET** (MCR/Amer Pharm, Inc.) | | | | |
| apap/butal | | | | |
| TAB, PO, 650 mg-50 mg, | | | | |
| 100s ea | 58605-0524-01 | 61.09 | | EE |
| **PROMACOT** (Truxton) | | | | |
| promethazine hydrochloride | | | | |
| SOL, IJ (VIAL) | | | | |
| 50 mg/ml, 10 ml | 00463-1095-10 | 4.80 | | EE |
| TAB, PO, 25 mg, 1000s ea | 00463-6156-10 | 15.00 | | EE |
| **PROMAR** (Marlop) | | | | |
| fe fum/folic acid/intrin/vit b12/vit c | | | | |
| CAP, PO, 30s ea | 12939-0315-30 | 21.05 | | |
| **PROMAZINE HYDROCHLORIDE** (Consolidated Midland) | | | | |
| SOL, IM (VIAL) | | | | |
| 25 mg/ml, 10 ml | 00223-8397-10 | 4.80 | | |
| 50 mg/ml, 10 ml | 00223-8398-10 | 5.25 | | EE |
| **PROMETHAZINE HYDROCHLORIDE** | | | | |
| HCFA | | | | |
| SYR, PO, 6.25 mg/5 ml, | | | | |
| 480 ml | | 3.74 | | |
| (Abbott Hosp) | | | | |
| SOL, IJ (CARPUJECT) | | | | |
| 25 mg/ml, 1 ml 10s | 00074-2312-01 | 10.33 | 8.70 | AP |
| (CARPUJECT,BLUNT CANNULA) | | | | |
| 25 mg/ml, 1 ml 10s | 00074-2312-11 | 10.45 | 8.80 | AP |
| (CARPUJECT,LUER LOCK) | | | | |
| 25 mg/ml, 1 ml 10s | 00074-2312-31 | 10.57 | 8.90 | AP |

| PROD./MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (CARPUJECT) | | | | |
| 50 mg/ml, 1 ml 10s | 00074-2335-01 | 11.28 | 9.50 | AP |
| (CARPUJECT,LUER LOCK) | | | | |
| 50 mg/ml, 1 ml 10s | 00074-2335-31 | 11.52 | 9.70 | AP |
| (Allscripts) | | | | |
| SYR, PO, 6.25 mg/5 ml, | | | | |
| 120 ml | 54569-1046-00 | 3.97 | | EE |
| TAB, PO, 25 mg, 5s ea | 54569-4168-00 | 0.36 | | EE |
| 10s ea | 54569-1754-01 | 0.72 | | EE |
| 12s ea | 54569-1754-00 | 0.86 | | EE |
| 30s ea | 54569-1754-09 | 2.15 | | EE |
| (Alpharma USPD) | | | | |
| SYR, PO (CHERRY) | | | | |
| 6.25 mg/5 ml, | | | | |
| 120 ml | 00472-1504-04 | 3.90 | | AA |
| 240 ml | 00472-1504-08 | 5.83 | | AA |
| 480 ml | 00472-1504-16 | 9.32 | | AA |
| 3840 ml | 00472-1504-28 | 49.98 | | AA |
| (Cardinal Pharm) See PROMETHAZINE PLAIN | | | | |
| (Century) See PENTAZINE | | | | |
| (Clint) See ANTINAUS 50 | | | | |
| (Consolidated Midland) | | | | |
| SOL, IJ (VIAL) | | | | |
| 25 mg/ml, 1 ml 25s | 00223-8393-01 | 20.00 | | EE |
| 10 ml | 00223-8393-10 | 4.00 | | EE |
| 50 mg/ml, 1 ml 25s | 00223-8394-01 | 25.00 | | EE |
| 10 ml | 00223-8394-10 | 4.25 | | EE |
| SYR, PO, 6.25 mg/5 ml, | | | | |
| 480 ml | 00223-6343-01 | 4.50 | | EE |
| TAB, PO, 25 mg, 100s ea | 00223-1521-01 | 4.25 | | EE |
| 1000s ea | 00223-1521-02 | 39.50 | | EE |
| SYR, PO, 6.25 mg/5 ml, | | | | |
| 120 ml | 00223-6347-01 | 3.25 | | EE |
| 480 ml | 00223-6347-02 | 8.00 | | EE |
| (ESI Lederle Generics) | | | | |
| SYR, PO, 6.25 mg/5 ml, | | | | |
| 480 ml | 59911-5818-03 | 7.28 | | AA |
| TAB, PO, 12.5 mg, 100s ea | 59911-5871-01 | 6.50 | | BP |
| 25 mg, 100s ea | 59911-5872-01 | 3.96 | | BP |
| 50 mg, 100s ea | 59911-5873-01 | 5.98 | | BP |
| (Elkins-Sinn) | | | | |
| SOL, IJ (AMP, DOSETTE) | | | | |
| 25 mg/ml, 1 ml 25s | 00641-1495-35 | 56.76 | 45.41 | AP |
| 50 mg/ml, 1 ml 25s | 00641-1496-35 | 71.38 | 57.10 | AP |
| (G&W) See PROMETHEGAN | | | | |
| (Gallipot) | | | | |
| POW, NA (U.S.P.,N.F.) | | | | |
| 1 gm | 51552-0147-01 | 7.20 | | |
| 5 gm | 51552-0147-05 | 11.16 | | |
| 25 gm | 51552-0147-25 | 33.36 | | |
| 100 gm | 51552-0147-99 | 95.52 | | |
| (Geneva) | | | | |
| TAB, PO, 25 mg, 100s ea | 00781-1830-01 | 3.96 | | BP |
| 1000s ea | 00781-1830-10 | 28.80 | | BP |
| 50 mg, 100s ea | 00781-1832-01 | 5.98 | | BP |
| (Hyrex) See PROREX | | | | |
| (Keene) See PHENAZINE 50 | | | | |
| (Major) | | | | |
| SUP, RC, 50 mg, 12s ea | 00904-1290-12 | 45.50 | | BR |
| SYR, PO, 6.25 mg/5 ml, | | | | |
| 480 ml | 00904-1508-16 | 6.50 | | AA |
| (Medisca) | | | | |
| POW, NA (U.S.P.) | | | | |
| 25 gm | 38779-0253-04 | 13.23 | 11.70 | |
| 100 gm | 38779-0253-05 | 33.57 | 29.70 | |
| 500 gm | 38779-0253-08 | 150.52 | 133.20 | |
| (Meridian Pharm) | | | | |
| POW, NA (U.S.P.) | | | | |
| 25 gm | 62991-1125-01 | 42.00 | | |
| 100 gm | 62991-1125-02 | 102.00 | | |
| 500 gm | 62991-1125-04 | 435.00 | | |
| (Morton Grove) | | | | |
| SYR, PO (TROPICAL FRUIT) | | | | |
| 6.25 mg/5 ml, | | | | |
| 120 ml | 60432-0608-04 | 3.85 | | AA |
| 480 ml | 60432-0608-16 | 7.28 | | AA |
| (PD-RX Pharm) | | | | |
| TAB, PO, 25 mg, 2s ea | 55289-0464-02 | 1.16 | | BP |
| 10s ea | 55289-0464-10 | 2.87 | | BP |
| 20s ea | 55289-0464-20 | 3.48 | | BP |
| 25s ea | 55289-0464-25 | 3.87 | | BP |
| 30s ea | 55289-0464-30 | 4.50 | | BP |
| 60s ea | 55289-0464-60 | 5.78 | | BP |
| (Pharm Corp/America) | | | | |
| TAB, PO, 25 mg, 12s ea | 51655-0084-27 | 4.20 | | EE |

Buy Prograf online in 1mg capsules; cheap drug prices and information    Page 1 of 3



welcome (sign in) | view shopping bag | (
your account | your list™ | your prescript

Search:

back to: pharmacy / **drug prices & information** / P

**Prograf** (other types of Prograf)

new prescriptions
no new prescription items
view new prescription cart

pharmacy directory
· drug prices
· how our pharmacy works
· insurance/discount cards
· your prescriptions
· insurance plans

common questions
· When will my medication arrive?
· How do I get my prescription to you?
· What if my medicine is not in the drug index?
· more information...

contact us
· 1-800-378-4786
· e-mail us
· drugstore.com
  407 Heron Drive
  Swedesboro, NJ
  08085-9810

Ask You about Pro



**Buy more and save**
Save $28.01 when you self-pay for 360 capsules instead of 120!

|  | 120 capsules | 360 capsules | add to cart |
|---|---|---|---|
| **Prograf** capsules 1MG | $389.99 | $1,141.96 save $28.01 | add to cart |

calculate quantity  360

These are self-pay prices and do not take into account any discounts or insurance coverage that you may have. Actual prices are calculated at the time of your order.

✉ e-mail a friend about this prescription product
Let your friends know about this prescription product and our low drug prices!

 **Information on Prograf**

Learn more about usage, cautions, and possible side effects.

**Capsules**
Chemical Name: TACROLIMUS (ta-KROE-li-mus)

**Common uses**
This medicine is an immunosuppressant used to prevent rejection after a liver or kidney transplant. It may also be used to treat other conditions as determined by your doctor.

return to top

**Before using**
WARNING: Tacrolimus may leave you less able to fight infection and could also cause tumors. This medicine must be used in an appropriate setting. Notify your doctor immediately if you develop signs of infection (such as persistent sore throat or fever), or unusual growths. Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE THIS MEDICINE if you are also taking cisapride, cyclosporine, astemizole, or terfenadine. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking dalfopristin, an HIV protease inhibitor, nonsteroidal anti-inflammatory

Tax Ad
Onli
Now ava easier w your med spending
Learn mo

Find FSA products Shop ou

drugs (NSAIDs), macrolide antibiotics, quinupristin, or oral antifungal agents. Inform your doctor of any other medical conditions, allergies, pregnancy, or breast-feeding. Contact your doctor or pharmacist if you have any questions or concerns about taking this medicine.

return to top

### Directions

Follow the directions for using this medicine provided by your doctor. This medicine is best taken on an empty stomach 1 hour before or 2 hours after a meal. This medicine may be taken with food if it upsets your stomach; however, this may decrease the amount of the medicine absorbed into your bloodstream. If you take this medicine on an empty stomach, always take it on an empty stomach. If you take it with food, always take it with food. Consult your doctor for more details (since your doctor will be monitoring the amount of this drug in your blood). SWALLOW WHOLE. Do not break, crush, or chew before swallowing. DO NOT DRINK GRAPEFRUIT JUICE OR EAT GRAPEFRUIT WHILE TAKING THIS MEDICINE unless directed otherwise by your doctor. Space your doses evenly throughout the day. STORE THIS MEDICINE at room temperature in a tightly-closed container, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

return to top

### Cautions

DO NOT STOP TAKING THIS MEDICINE without checking with your doctor. Continue taking this medicine as directed even if you feel well. DO NOT increase or decrease the dose unless directed to do so by your doctor. KEEP ALL DOCTOR AND LABORATORY APPOINTMENTS while you are taking this medicine. THIS MEDICINE MAY LOWER YOUR RESISTANCE TO INFECTION. Prevent infection by avoiding contact with people with colds or other infections. Do not touch your eyes or the inside of your nose unless you have thoroughly washed your hands first. DO NOT USE A SALT SUBSTITUTE OR POTASSIUM SUPPLEMENT without checking with your doctor. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. DO NOT TAKE SELDANE (terfenadine) OR HISMANAL (astemizole) while taking this medicine. CHECK WITH YOUR DOCTOR BEFORE HAVING IMMUNIZATIONS (VACCINATIONS) while you are taking this medicine. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. THIS MEDICINE IS EXCRETED IN BREAST MILK. DO NOT BREAST-FEED while taking this medicine.

return to top

### Possible side effects

SIDE EFFECTS, that may go away during treatment, include nausea, headache, constipation, tremor, or difficulty sleeping. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience anxiety, chest pain, constant hunger, continued thirst, dizziness, frequent urination, stomach pain, diarrhea, vomiting, tingling or numbness of the hands or feet, fever or chills, unusual bleeding or bruising, swelling of feet or legs, or vision changes. CONTACT YOUR DOCTOR IMMEDIATELY if you experience fainting or irregular heartbeat. IF YOU EXPERIENCE difficulty breathing; tightness of chest; swelling of eyelids, face, or lips; or if you develop a rash or hives, tell your doctor immediately. Do not take any more doses of this medicine unless your doctor tells you to do so. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

return to top

**our policies**
- VIPPS
- shipping policy
- return policy
- about our prices

Search:


### Drug interactions

*return to top*

### If you take too much

If overdose is suspected, contact your local poison control center or emergency room immediately.

*return to top*

### Additional information

DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children. IF USING THIS MEDICINE FOR AN EXTENDED PERIOD OF TIME, obtain refills before your supply runs out.

*return to top*

Selected data included with permission and copyrighted by Medi-Span, 2004. This copyrighted material has been downloaded from a Licensed data provider and is not for distribution in professional healthcare settings.

### drug search

enter the drug name:     or click the first letter of the drug:
[    ] GO                A B C D E F G H I J K L M
                         N O P Q R S T U V W X Y Z #

### Ask Your Pharmacist about Prograf

Do you have a question about Prograf? Our pharmacists have prepared hundreds of answers to commonly asked questions. Check below for an answer to your question.

- I heard that grapefruit juice can interfere with some medicines. Is this true?

(1 - 1 of 1)

### ⊙ Questions? Contact us at aboutrx@drugstore.com.

home | holiday 2004 | pharmacy | medicine cabinet | bath & cosmetics | vitamins & diet | gnc store | personal care | household & cleaning | sex salon hair care | dr. weil recommends | skin care | food & snacks | fitness | baby store | pet store | the sale | discount contact lenses from vision d

Information on this site is provided for informational purposes and is not meant to substitute for the advice provided by your own physician or other me You should not use the information contained herein for diagnosing or treating a health problem or disease, or prescribing any medication. You should product packaging. If you have or suspect that you have a medical problem, promptly contact your health care provider. Information and statements re supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease. Cus provided for informational purposes only. Customer reviews reflect the individual reviewer's results and experiences only and are not verified or endor drugstore.com, Inc. Actual results may vary among users.
Please see our Terms of Use | Privacy Policy | Pharmacy Notice of Privacy Practices
Copyright © 1999-2004 drugstore.com, inc. All rights reserved.