UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>COUNTY OF SUFFOLK,<br><br>        Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, INC., et al.,<br><br>        Defendant. | MDL No. 1456<br><br>Master File No. 01-CV-12257 (PBS)<br><br>HON. PATTI B. SARIS |

## RESPONSE OF GENENTECH, INC. TO SUFFOLK COUNTY'S SUPPLEMENTAL FILING

Defendant Genentech, Inc., ("Genentech") submits this individual response to Suffolk County's Affidavit of Aaron D. Hovan Providing (1) Methodology and Documents Used To Estimate AWP Spread and (2) Additional Information Regarding Defendants ("Supplemental Filing"). Genentech has not been named as a defendant in any other AWP case, and, therefore, is one of the "Suffolk 13." Genentech has joined the common brief in response to the Supplemental Filing and makes these additional points on its own behalf.

1.       The Supplemental Filing does not mention Genentech at all. There are absolutely no references to Genentech in Mr. Hovan's Affidavit or any of the Exhibits. In fact, there are no allegations about Genentech because Genentech has never been the subject of any other AWP investigation, subpoena, or lawsuit. The only piece of information that ties this case to Genentech is the inclusion of one Genentech drug, Pulmozyme, on the lists of drugs and prices.

2.  Suffolk County has provided the Court with false or inaccurate pricing data for Pulmozyme.

   A.  First, the AWPs that Suffolk County says were published in the Red Book are incorrect. In 2001, the Red Book AWP for 30 units of 2.5 ML dose of Pulmozyme was $1,253.41. (See 2001 Red Book at Ex. 1, attached hereto.) Suffolk County falsely claims that the published AWP was $1,439.48. (See Supplemental Filing at Ex. B.) In 2003, the Red Book AWP for a single 2.5 ML unit dose of Pulmozyme was $43.87. (See 2003 Red Book at Ex. 2, attached hereto.) Suffolk County falsely claims that the published AWP was $47.98. (See Supplemental Filing at Ex. C.)

   B.  Second, Suffolk County also provided on-line pharmacy prices for Pulmozyme which are false, incorrect or unsubstantiated. Costco.com currently offers a single dose at $53.69. (See Ex. 3, attached hereto.) However, Suffolk County falsely alleges that the 2004 Costco price is $49.73. (See Supplemental Filing at Ex. D.) While Suffolk County claims that the 2004 DrugStore.com price for a single dose was $45.96, (See Supplemental Filing at Ex. C), DrugStore.com does not offer Pulmozyme in single unit doses. (See Ex. 4, attached hereto). Even if DrugStore.com's volume price of $1414.55 for 30 units were divided by 30 and applied to a single dose sale, the price would be $47.15.

3.  Finally, Suffolk County claims that the "average retail price is estimated to be 1.27 times the true average wholesale price." (See Supplemental Filing at p. 2.) This 1.27 estimate is derived from a sample of drugs that are radically dissimilar to Pulmozyme. Pulmozyme is an inhalation solution of recombinant human deoxyribonuclease I (rhDNase), an enzyme which selectively cleaves DNA. It is used for the treatment of cystic fibrosis. The sample upon which Suffolk County relies does not include any drugs in the same therapeutic category as Pulmozyme, nor does it include drugs based on recombinant rhDNase. Notwithstanding these obvious defects in the sample, Suffolk County makes no attempt to

explain why its theory that the average retail price is 1.27 times the true average wholesale price should be applicable to Pulmozyme.

For the reasons stated herein, and in the common brief, Genentech respectively requests the Court to dismiss this case, with prejudice, against Genentech.

Dated: November 30, 2004

Respectfully submitted,

REED SMITH LLP

*/s/ Kathleen H. McGuan*

Kathleen H. McGuan
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC 20005

Counsel for the Genentech, Inc.

- 3 -

# EXHIBIT 1

PSEDU/488                                                                                           200

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **PSEDUO-PD** (Southwood) gg/pseudoeph CER, PO, 300 mg-60 mg, | | | | |
| 30s ea | 58016-0791-30 | 22.34 | | |
| 60s ea | 58016-0791-60 | 41.97 | | |
| 100s ea | 58016-0791-00 | 67.70 | | |
| **PSEUBROM** (Alphagen) bromphen/pseudoeph CER, PO, 12 mg-120 mg, | | | | |
| 100s ea | 59743-0060-01 | 49.95 | | |
| **PSEUBROM-PD** (Alphagen) bromphen/pseudoeph CER, PO, 6 mg-60 mg, | | | | |
| 100s ea | 59743-0061-01 | 45.95 | | |
| **PSEUDO-CHLOR** (Geneva) cpm/pseudoeph CER, PO, 8 mg-120 mg, | | | | |
| 100s ea | 00781-2915-01 | 22.50 | | |
| **PSEUDO-G** (Southwood) gg/pseudoeph CER, PO, 250 mg-120 mg, | | | | |
| 30s ea | 58016-0790-30 | 27.35 | | |
| 60s ea | 58016-0790-60 | 52.65 | | |
| 100s ea | 58016-0790-00 | 84.92 | | |
| **PSEUDO-G/PSI** (Major) gg/pseudoeph TER, PO (CAPLET) 600 mg-120 mg, | | | | |
| 100s ea | 00904-5484-60 | 59.90 | | |
| 250s ea | 00904-7861-70 | 113.40 | | |
| **PSEUDOCHLOR** (Major) cpm/pseudoeph CER, PO, 8 mg-120 mg, | | | | |
| 250s ea | 00904-7777-70 | 37.45 | | |
| **PSEUDOCOT-C** (Truxton) cpm/pseudoeph CER, PO, 8 mg-120 mg, | | | | |
| 100s ea | 00463-3035-05 | 19.80 | | |
| **PSEUDOCOT-G** (Truxton) gg/pseudoeph TER, PO, 100 mg-60 mg, | | | | |
| 100s ea | 00463-7014-01 | 10.80 | | |
| **PSEUDOCOT-T** (Truxton) pseudoeph/triprolidine TAB, PO, 60 mg-2.5 mg, | | | | |
| 1000s ea | 00463-6277-10 | 24.00 | EE | |
| **PSEUDOEPH/TRIPROLIDINE** HCFA TAB, PO, 60 mg-2.5 mg, | | | | |
| 100s ea | | 2.73 | | |
| (Consolidated Midland) TAB, PO, 60 mg-2.5 mg, | | | | |
| 100s ea | 00223-2115-01 | 4.25 | EE | |
| 1000s ea | 00223-2115-02 | 29.50 | EE | |
| (Consolidated Midland) See TRIACIN | | | | |
| (Interpharm) TAB, PO, 60 mg-2.5 mg, | | | | |
| 30s ea | 53746-0288-30 | 3.60 | EE | |
| 50s ea | 53746-0288-50 | 4.65 | EE | |
| 100s ea | 53746-0288-01 | 7.55 | EE | |
| 1000s ea | 53746-0288-10 | 42.10 | EE | |
| (OHM) See TRISUDRINE | | | | |
| (Raway) TAB, PO, 60 mg-2.5 mg, | | | | |
| 100s ea UD | 00686-0046-20 | 7.00 | EE | |
| (Truxton) See PSEUDOCOT-T | | | | |
| (Vita-Rx) See VI-SUDO | | | | |

(Amend)
POW, NA (U.S.P.)
  25 gm ........17317-0716-02  14.00
  100 gm........17317-0716-03  35.00
  1000 gm.......17317-0716-05  210.00
(Gallipot)
POW, NA (U.S.P.,N.F.)
  100 gm........51552-0125-99  47.40
  500 gm........51552-0125-50  179.70
(Medisca)
POW, NA (U.S.P.)
  10 gm.........38779-0254-01  13.50
  25 gm.........38779-0254-04  20.25
  100 gm........38779-0254-05  51.75
  500 gm........38779-0254-08  128.00

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (Raway) | | | | |
| TAB, PO, 60 mg, 100s ea UD | 00686-0012-20 | 5.50 | | |
| **PSEUDOVENT** (Ethex) gg/pseudoeph CER, PO, 250 mg-120 mg, | | | | |
| 100s ea | 58177-0045-04 | 56.80 | | |
| **PSEUDOVENT PED** (Ethex) gg/pseudoeph CER, PO, 300 mg-60 mg, | | | | |
| 100s ea | 58177-0046-04 | 45.28 | | |
| **PSORCON** (Dermik) diflorasone diacetate | | | | |
| CRE, TP, 0.05%, 15 gm | 00066-0069-17 | 48.58 | 38.86 | AB |
| 30 gm | 00066-0069-31 | 66.74 | 53.39 | AB |
| 60 gm | 00066-0069-60 | 125.99 | 100.79 | AB |
| OIN, TP, 0.05%, 15 gm | 00066-0071-17 | 50.55 | 40.44 | AB |
| 30 gm | 00066-0071-31 | 69.45 | 55.56 | AB |
| 60 gm | 00066-0071-60 | 133.48 | 106.78 | AB |
| (Phys Total Care) REPACK | | | | |
| CRE, TP, 0.05%, 15 gm | 54868-2658-00 | 36.44 | | AB |
| OIN, TP, 0.05%, 60 gm | 54868-2222-01 | 119.23 | | AB |
| (Southwood) REPACK | | | | |
| OIN, TP, 0.05%, 30 gm | 58016-3247-01 | 40.10 | | AB |
| **PSORCON E** (Dermik) diflorasone diacetate | | | | |
| CRE, TP, 0.05%, 15 gm | 00066-0272-17 | 38.15 | 30.52 | |
| 30 gm | 00066-0272-31 | 52.41 | 41.93 | |
| 60 gm | 00066-0272-60 | 100.71 | 80.57 | |
| OIN, TP, 0.05%, 15 gm | 00066-0275-17 | 38.15 | 30.52 | |
| 30 gm | 00066-0275-31 | 52.41 | 41.93 | |
| 60 gm | 00066-0275-60 | 100.71 | 80.57 | |
| **PSORIZIDE ULTRA** (Loma Lux) nickel sulf/pot bromide/zn bromide TAB, PO, 3.9 mg-21.9 mg-0.004 mg, | | | | |
| 100s ea | 61480-0124-05 | 58.00 | | |
| **PULMICORT** (Astra Zeneca) budesonide | | | | |
| PIH, IH, 0.2 mg/inh, ea | 00186-0915-42 | 123.86 | | |
| (Allscripts) REPACK | | | | |
| PIH, IH, 0.2 mg/inh, ea | 54569-4741-00 | 123.86 | | |
| **PULMICORT RESPULES** (Astra Zeneca) budesonide SUS, IH (5X6) 0.25 mg/2 ml, | | | | |
| 2 ml 30s | 00186-1988-04 | 126.00 | | |
| 0.5 mg/2 ml, 2 ml 30s | 00186-1989-04 | 126.00 | | |
| **PULMOLITE** (cis-us) technetium tc-99m albumin aggregated KIT, IV (P.F.,5 VIALS/12 LABELS) | | | | |
| ea | 45567-0415-01 | 395.00 | | BS |
| (PF,5 VLS/12 LABELS/KIT) 6s ea | 45567-0415-02 | 2350.00 | | BS |
| **PULMOZYME** (Genentech) dornase alpha SOL, IH (INNER AMP NDC) 2.5 mg/2.5 ml, | | | | |
| 2.500 ml | 50242-0100-39 | 41.78 | | |
| (AMP) 2.5 mg/2.5 ml, | | | | |
| 2.500 ml 30s | 50242-0100-40 | 1253.41 | | |



(Amend)
POW, NA (U.S.P.)
  500 gm........17317-0666-01  4.55
  2270 gm.......17317-0666-05  14.70
  11350 gm......17317-0666-08  61.25
(Amer Drug)
POW, NA, 480 gm........00714-0058-16  2.33
  2400 gm.......00714-0058-80  1.68
(Gallipot)
POW, NA (EXTRA FINE)
  56.700 gm.....51552-0486-02  7.32
**PURELINE BASIC INFUSION W/BUTTERFLY** (Hypoguard) device
SET, (27G, 23" TUBING)
  25s ea.........08317-9003-25  140.00  112.00
  (27G, 43" TUBING)
  25s ea.........08317-9002-25  140.00  112.00

| PROD/MFR | NDC | | |
|---|---|---|---|
| **PURELINE BASIC INFUSION W/O BUT** (Hypoguard) device | | | |
| SET, (27G, 23" TUBING) 25s ea | 08317-9005-25 | | |
| (27G, 43" TUBING) 25s ea | 08317-9004-25 | | |
| **PURELINE COMFORT DETACHABLE IN** (Hypoguard) device | | | |
| SET, (27G,23" TUBING,HOSPITAL) 10s ea | 08317-9009-10 | | |
| (27G,23" TUBING,STANDARD) 10s ea | 08317-9001-10 | | |
| (27G,43" TUBING,HOSPITAL) 10s ea | 08317-9008-10 | | |
| (27G,43" TUBING,STANDARD) 10s ea | 08317-9000-10 | | |
| **PURELINE CONTACT INFUSION** (Hypoguard) device | | | |
| SET, (27G, 23" TUBING, 10 MM) 15s ea | 08317-9007-15 | | |
| (27G, 23" TUBING, 8 MM) 15s ea | 08317-9012-15 | | |
| (27G, 43" TUBING, 10MM) 15s ea | 08317-9006-15 | | |
| **PURINETHOL** (Glaxo Wellcome) mercaptopurine | | | |
| TAB, PO, 50 mg, 25s ea | 00173-0807-25 | | |
| 250s ea | 00173-0807-65 | | |
| **PYRAZINAMIDE** (American Health) TAB, PO, 500 mg, | | | |
| 100s ea UD | 62584-0848-01 | | |
| (ESI Lederle Generics) | | | |
| TAB, PO, 500 mg, 100s ea | 00005-5093-23 | | |
| 500s ea | 00005-5093-31 | | |
| (Phys Total Care) | | | |
| TAB, PO, 500 mg, 120s ea | 54868-2487-01 | | |
| (UDL) | | | |
| TAB, PO (ROBOT READY 25X1) 500 mg, 25s ea | 51079-0691-19 | | |
| (10X10) 500 mg, 100s ea UD | 51079-0691-20 | | |
| (Versa Pharm) | | | |
| TAB, PO, 500 mg, 60s ea | 61748-0012-06 | | |
| 90s ea | 61748-0012-09 | | |
| 100s ea | 61748-0012-01 | | |
| (10X10) 500 mg, 100s ea UD | 61748-0012-11 | | |
| 500s ea | 61748-0012-05 | | |
| **PYREGESIC-C** (Truxton) apap/codeine | | | |
| TAB, PO, 300 mg-30 mg, 500s ea, C-III | 00463-6278-10 | 58.80 | |
| **PYRIDIATE** (Truxton) phenazopyridine hydrochloride | | | |
| TAB, PO, 100 mg, 1000s ea | 00463-6162-10 | 31.20 | |
| 200 mg, 1000s ea | 00463-6163-10 | 39.50 | |
| **PYRIDIUM** (Warner Chilcott Labs) phenazopyridine hydrochloride | | | |
| TAB, PO, 100 mg, 100s ea | 00430-0180-24 | 66.18 | |
| 200 mg, 100s ea | 00430-0181-24 | 127.52 | |
| (Allscripts) REPACK | | | |
| TAB, PO, 200 mg, 6s ea | 54569-0089-00 | 6.66 | |
| (Phys Total Care) REPACK | | | |
| TAB, PO, 200 mg, 10s ea | 54868-0456-02 | 14.89 | |
| **PYRIDIUM PLUS** (Warner Chilcott Labs) butabarbital/hyoscyamine hbr/phenazopyr | | | |
| TAB, PO, 15 mg-0.3 mg-150 mg, 30s ea | 00430-0182-15 | 38.26 | |
| (Allscripts) REPACK | | | |
| TAB, PO, 15 mg-0.3 mg-150 mg, 15s ea | 54569-0192-02 | 18.22 | |
| 30s ea | 54569-0192-01 | 36.44 | |
| **PYRIDOSTIGMINE BROMIDE** (ICN) See MESTINON | | | |
| (Organon) See REGONOL | | | |



**EXHIBIT 2**

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

**PULMOMATE COMPRESSOR/NEBULIZER**
(Sunrise Medical)
nebulizer, direct patient interface
DEV, NA (METAL HEAD COMPRESSOR)
　　ea.................33413-0465-00　150.00

**PULMOZYME** (Genentech)
dornase alfa
SOL, IH (AMP,INNER NDC)
　2.5 mg/2.5 ml,
　　2.5 ml.............50242-0100-39　43.87
　(AMP)
　2.5 mg/2.5 ml,
　　2.5 ml 30s........50242-0100-40 1439.48

**PUMICE** (A-A Spectrum)
POW, NA (U.S.P.)
　500 gm...........49452-6130-01　13.70
　2500 gm..........49452-6130-02　54.00

(Gallipot) See PUMICE STONE

**PUMICE STONE** (Gallipot)
pumice
POW, NA (EXTRA FINE,AF)
　56.7 gm..........51552-0486-02　7.32

**PUMP, INFUSION**
(Abbott Hosp) See CONTROLLER LIFECARE
(Abbott Hosp) See LIFECARE PUMP MODEL 4 PIGGY-BACK
(Abbott Hosp) See PLUM LC 5000
(Medtronic Minimed) See PARADIGM INSULIN INFUSION PUMP

**PUMP, INFUSION, PATIENT CONTROLLED ANALGESIA [PCA]**
(Abbott Hosp) See PCA PLUS 2

**PURELINE BASIC INFUSION W/BUTTERFLY**
(Hypoguard)
kit, administration, intravenous
DEV, NA (27G, 23" TUBING)
　25s ea............08317-9003-25　140.00 112.00
　(27G, 43" TUBING)
　25s ea............08317-9002-25　140.00 112.00

**PURELINE BASIC INFUSION W/O BUTTERFLY**
(Hypoguard)
kit, administration, intravenous
DEV, NA (27G, 23" TUBING)
　25s ea............08317-9005-25　128.75 103.00
　(27G, 43" TUBING)
　25s ea............08317-9004-25　128.75 103.00

**PURELINE COMFORT DETACHABLE INFUSION**
(Hypoguard)
kit, administration, intravenous
DEV, NA (27G,23" TUBING,HOSPITAL)
　10s ea............08317-9009-10　121.25 97.00
　(27G,23" TUBING,STANDARD)
　10s ea............08317-9001-10　91.90 73.50
　(27G,43" TUBING,HOSPITAL)
　10s ea............08317-9008-10　121.25 97.00
　(27G,43" TUBING,STANDARD)
　10s ea............08317-9060-16　91.90 73.50

**PURELINE CONTACT INFUSION** (Hypoguard)
kit, administration, intravenous
DEV, NA (27G, 23" TUBING, 10 MM)
　15s ea............08317-9007-15　96.25 77.00
　(27G, 23" TUBING, 8 MM)
　15s ea............08317-9012-15　96.25 77.00
　(27G, 43" TUBING, 10MM)
　15s ea............08317-9006-15　96.25 77.00

**PURINETHOL** (GSK Pharm)
mercaptopurine
TAB, PO, 50 mg, 25s ea..00173-0807-25　100.49
　250s ea..........00173-0807-65　957.19

**PYRANTEL PAMOATE** (A-A Spectrum)
POW, NA (U.S.P.)
　25 gm............49452-8138-01　30.60
　100 gm...........49452-8138-02　109.00

**PYRAZINAMIDE** (Allscripts)
REPACK
TAB, PO, 500 mg, 100s ea.54569-3950-00　91.75　EE
(Phys Total Care)
REPACK
TAB, PO, 500 mg, 120s ea.54868-2487-01　286.76　EE
(Sidda Pharm)
TAB, PO, 500 mg, 100s ea.00005-5093-23　120.55　AB
　500s ea..........00005-5093-31　596.35　AB

(VersaPharm)
TAB, PO, 500 mg, 60s ea..61748-0012-06　68.63　AB
　90s ea...........61748-0012-09　101.35　AB
　100s ea..........61748-0012-01　109.97　73.40　AB
　(10X10)
　500 mg, 100s ea UD..61748-0012-11　117.66　78.65　AB
　500s ea..........61748-0012-05　523.86 348.86 AB

**PYREGESIC-C** (Truxton)
acetaminophen/codeine phosphate
TAB, PO, 300 mg-30 mg,
　500s ea, C-III....00463-6278-18　58.80　EE

**PYRIDIATE** (Truxton)
phenazopyridine hydrochloride
TAB, PO, 100 mg,
　1000s ea.........00463-6162-10　31.20
　200 mg, 1000s ea..00463-6163-10　39.50

**PYRIDIUM** (PD-Rx Pharm)
REPACK
phenazopyridine hydrochloride
TAB, PO, 200 mg, 6s ea...55289-0689-06　15.68
(Phys Total Care)
REPACK
TAB, PO, 200 mg, 10s ea..54868-0456-02　17.10
(Warner Chilcott Labs)
TAB, PO, 100 mg, 100s ea..00430-0180-24　69.48　35.29
　200 mg, 100s ea...00430-0181-24　133.90　68.00

**PYRIDIUM PLUS** (Allscripts)
REPACK
butabarbital/hyoscyamine hydrobromide/phenazopyrid
TAB, PO, 15 mg-0.3 mg-150 mg,
　15s ea...........54569-0192-02　20.09
　30s ea...........54569-0192-01　40.18
(Warner Chilcott Labs)
TAB, PO, 15 mg-0.3 mg-150 mg,
　30s ea...........00430-0182-15　40.18

**PYRIDOSTIGMINE BROMIDE**
(Geneva) See PYRIDOSTIGMINE BROMIDE
(ICN) See MESTINON
(ICN) See MESTINON TIMESPAN
(Organon) See REGONOL
(Watson Pharma)
TAB, PO (USP)
　60 mg, 100s ea...00591-3191-01　59.98
　500s ea..........00591-3191-05　284.91

**PYRIDOSTIGMINE BROMIDE** (Geneva)
pyridostigmine bromide
TAB, PO, 60 mg, 100s ea..00781-5015-81　59.98

**PYRIDOXINE**
(A-A Spectrum) See PYRIDOXINE HCL
(APP) See PYRIDOXINE HCL
(Baker, J.T.) See PYRIDOXINE HYDROCHLORIDE
(Consolidated Midland) See PYRIDOXINE HCL
(Consolidated Midland) See VITABEE 6
(Gallipot) See PYRIDOXINE HCL
(Hyrex) See PYRIDOXINE HCL
(Legere) See RODEX
(Meridian Pharm) See PYRIDOXINE HCL
(Truxton) See PYRIDOXINE HCL

**PYRIDOXINE HCL** (A-A Spectrum)
pyridoxine
POW, NA (U.S.P.)
　25 gm............49452-6140-01　10.10
　100 gm...........49452-6140-02　19.60
　1000 gm..........49452-6140-03　152.30
(APP)
SOL, IJ (M.D.V.,AMBER)
　100 mg/ml, 1 ml..63323-0180-01　2.83　AP
(Consolidated Midland)
SOL, IJ (VIAL)
　100 mg/ml, 10 ml..00223-8403-18　5.50　EE
　30 ml............00223-8404-30　6.50　EE
(Gallipot)
POW, NA (U.S.P.,N.F.)
　25 gm............51552-8149-25　14.88
　100 gm...........51552-0149-99　35.52
(Hyrex)
SOL, IJ (VIAL)
　100 mg/ml, 10 ml..00314-0758-70　4.92　AP
(Meridian Pharm)
POW, NA (U.S.P.)
　25 gm............62991-1130-01　24.00
　100 gm...........62991-1130-02　42.00
　500 gm...........62991-1130-03　180.00

(Truxton)
SOL, IJ (VIAL)
　100 mg/ml, 10 ml..00463-1061-10
**PYRIDOXINE HYDROCHLORIDE** (Baker)
pyridoxine
POW, NA (U.S.P., F.C.C.)
　5 gm.............10106-3343-01

**PYRILAFEN TANNATE-12** (Morton Grove)
phenylephrine tannate/pyrilamine tannate
SUS, PO (UNIT OF USE,STRAWB-CURR)
　5 mg/5 ml-30 mg/5 ml,
　　120 ml..........60432-0191-04
　(STRAWBERRY-CURRANT)
　5 mg/5 ml-30 mg/5 ml,
　　480 ml..........60432-0191-16

**PYRILAMINE MALEATE** (A-A Spectrum)
POW, NA (U.S.P.)
　25 gm............49452-6150-01
　(U.S.P., N.F.)
　100 gm...........49452-6150-02
　500 gm...........49452-6150-03
(Gallipot)
POW, NA, 10 gm....51552-0032-10
　25 gm............51552-0032-25
　100 gm...........51552-0032-99
　500 gm...........51552-0032-50
(Integra)
POW, NA (U.S.P.)
　25 gm............05324-5274-25
　100 gm...........05324-5274-35
(Medisca)
POW, NA (U.S.P.)
　25 gm............38779-0255-04　32
　100 gm...........38779-0255-05　95
　500 gm...........38779-0255-08　382
(Meridian Pharm)
POW, NA (U.S.P.)
　25 gm............62991-2055-01　42
　100 gm...........62991-2055-02　102
　500 gm...........62991-2055-03　390

**PYRIMETHAMINE** (A-A Spectrum)
POW, NA (U.S.P.)
　25 gm............49452-6151-02　28
　100 gm...........49452-6151-03　50
　1000 gm..........49452-6151-04　253
(Gallipot)
POW, NA (U.S.P.)
　100 gm...........51552-0617-99　332.10
　1000 gm..........51552-0617-01　600.00
(GSK Pharm) See DARAPRIM
(Medisca)
POW, NA (U.S.P.)
　5 gm.............38779-0884-03　35.00
　25 gm............38779-0884-04　70.00
　100 gm...........38779-0884-05　100.00
　500 gm...........38779-0884-08　375.00
　1000 gm..........38779-0884-09　500.00

**PYRIMETHAMINE/SULFADOXINE**
(Roche Labs) See FANSIDAR

**PYRITE** (Weleda)
homeopathic substance
INJ, IJ (AMP, 8X)
　1 ml 12s.........00155-0372-90　9.45

**PYRITHIONE ZINC**
(Gallipot) See ZINC PYRITHIONE

**PYROGALLIC ACID** (Gordon)
pyrogallol
OIN, TP, 25%, 30 gm......10481-1028-01　37.50

**PYROGALLOL** (Baker, J.T.)
CRY, NA (PURIFIED)
　500 gm...........10106-0290-01　123.70

(Gordon) See PYROGALLIC ACID

**PYROLITE** (Cis-Us)
technetium tc 99m sodium (pyro and trimeta) phosp
KIT, IV (5 VIALS)
　ea..............45567-0430-01　197.50
　(5 VIALS/KIT)
　6s ea...........45567-0430-02 1185.00

**PYROXYLIN**
(Mallinckrodt Lab) See PARLODION

**PYTEST** (Kimberly-Clark Hc)
14c urea
KIT, NA, 1 uci, ea......63584-0001-02　90.00
CAP, PO, 1 uci, 10s ea..63584-0001-10　280.00
　100s ea..........63584-0001-09 2408.00

**EXHIBIT 3**

⇐ back to search

**Price display may include various strengths and generic alternatives.**

| name (manufacturer) | package size | qty (AMPULES) 1 | 2 | 3 |
|---|---|---|---|---|
| PULMOZYME 1MG/ML AMPUL (GNT) Drug Description | 2.5 ML/AMPULE | $53.69 | $101.89 | $149.19 |

©1998-2004 Costco Wholesale Corporation. All rights reserved.
Privacy Statement, Investor Relations, Employment Opportunities.

**EXHIBIT 4**

Buy Pulmozyme online in 1mg/ml solution; cheap drug prices and information      Page 1 of 2

### drugstore.com
*a better way to shop for health & beauty*

welcome (sign in) | view shopping bag |
your account | your list™ | your prescript



Search: [_____]   featured stores

**new prescriptions**
no new prescription items
view new prescription cart

**pharmacy directory**
· drug prices
· how our pharmacy works
· insurance/discount cards
· your prescriptions
· insurance plans

**common questions**
· When will my medication arrive?
· How do I get my prescription to you?
· What if my medicine is not in the drug index?
· more information...

**contact us**
· 1-800-378-4786
· e-mail us
· drugstore.com
  407 Heron Drive
  Swedesboro, NJ
  08085-9810

back to: pharmacy / drug prices & information / P

# Pulmozyme



$your best value

Save $71.31 when you self-pay for 60 ampules instead of 30!

|  | 30 ampules | 60 ampules | add to cart |
|---|---|---|---|
| Pulmozyme 2.5ML ampule 1MG/ML solution | $1,414.55 | $2,757.79 save $71.31 | add to cart |

calculate quantity [60]

These are self-pay prices and do not take into account any discounts or insurance coverage that you may have. Actual prices are calculated at the time of your order.

✉ e-mail a friend about this prescription product
Let your friends know about this prescription product and our low drug prices!

 **Information on Pulmozyme**

Learn more about usage, cautions, and possible side effects.

**Solution**
Chemical Name: DORNASE ALFA (DOR-nase)

**Common uses**
This medicine is an enzyme used to reduce the number of lung infections and to improve lung function in patients with cystic fibrosis.
return to top

**Before using**
INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. Inform your doctor of any other medical conditions or allergies.
return to top

**Directions**
FOLLOW THE DIRECTIONS for using this medicine provided by your doctor. BEFORE USING THIS MEDICINE, a health care professional may provide detailed instructions for use of this medicine. Ask any questions that you may have about this medicine or how to use it. STORE THIS MEDICINE IN THE REFRIGERATOR. Keep it in the original foil pack until you are ready to use

it. DO NOT USE THE MEDICINE if it is cloudy or discolored. USE THE CONTENTS OF THE AMPULE as soon as it is opened. Discard any unused medicine. IF YOU MISS A DOSE OF THIS MEDICINE, use it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not use 2 doses at once.

return to top

### Cautions
DO NOT MIX THIS MEDICINE with other medicines before using it.

return to top

### Possible side effects
SIDE EFFECTS, that may go away during treatment, include temporary loss of voice or hoarseness, mild sore throat, redness around the eyes, chest pain, skin rash, or itching. If they continue or are bothersome, check with your doctor. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

return to top

### Drug interactions

return to top

### If you take too much
If overdose is suspected, contact your local poison control center or emergency room immediately.

return to top

### Additional information
DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children. IF USING THIS MEDICINE FOR AN EXTENDED PERIOD OF TIME, obtain refills before your supply runs out.

return to top

Selected data included with permission and copyrighted by Medi-Span, 2004. This copyrighted material has been downloaded from a Licensed data provider and is not for distribution in professional healthcare settings.

**our policies**
- VIPPS
- shipping policy
- return policy
- about our prices

**drug search**
enter the drug name: 

or click the first letter of the drug:
A B C D E F G H I J K L M
N O P Q R S T U V W X Y Z #

Search:

⊙ Questions? Contact us at aboutrx@drugstore.com.

home | holiday 2004 | pharmacy | medicine cabinet | bath & cosmetics | vitamins & diet | gnc store | personal care | household & cleaning | sex salon hair care | dr. weil recommends | skin care | food & snacks | fitness | baby store | pet store | the sale | discount contact lenses from vision d

Information on this site is provided for informational purposes and is not meant to substitute for the advice provided by your own physician or other me You should not use the information contained herein for diagnosing or treating a health problem or disease, or prescribing any medication. You should product packaging. If you have or suspect that you have a medical problem, promptly contact your health care provider. Information and statements re supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease. Cus provided for informational purposes only. Customer reviews reflect the individual reviewer's results and experiences only and are not verified or endor drugstore.com, inc. Actual results may vary among users.
Please see our Terms of Use | Privacy Policy | Pharmacy Notice of Privacy Practices
Copyright © 1999-2004 drugstore.com, inc. All rights reserved.