UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) |
| THIS DOCUMENTS RELATES TO ALL ACTIONS | |

MDL NO. 1456

Master File No. 01-CV-12257-PBS

Judge Patti B. Saris

## MOTION TO ADMIT
## JOHN W. TREECE *PRO HAC VICE*

Mary B. Murrane, a member of the Bar of this Court and an associate with the law firm of Bingham McCutchen LLP and counsel of record for the defendant Together Rx LLP, hereby moves pursuant to Rule 83.5.3 of the Local Rules of this Court that John W. Treece, a partner in the law firm of Sidley, Austin, Brown and Wood LLP, Bank One Plaza, 10 South Dearborn Street, Chicago, Illinois, be admitted to appear and practice in this Court in this case. John W. Treece is a member in good standing of the Bar of Illinois and the United States District Court for the Northern District of Illinois. There are no disciplinary proceedings pending against John W. Treece in any jurisdiction, and he is familiar with the Local Rules of this Court. The Affidavit of John W. Treece in Support of Motion to Admit *Pro Hac Vice* is submitted herewith.

Respectfully Submitted,

/s/ Joseph L. Kociubes

Joseph L. Kociubes, BBO # 276360
Charles L. Solomont, BBO # 557190
Mary B. Murrane, BBO # 644448
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110
(617) 951-8000

Dated: December 10, 2004

LITDOCS:375849.1

## CERTIFICATE OF SERVICE

I certify that on December 10, 2004, a true and correct copy of the foregoing document was served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

_____
Mary B. Murrane