UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456<br><br>Master File No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENTS RELATES TO ALL ACTIONS | ) ) ) ) ) |

## AFFIDAVIT OF JOHN W. TREECE
## IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE*

I, John W. Treece, depose and say as follows:

1. I am a partner in law firm of Sidley, Austin, Brown and Wood LLP, Bank One Plaza, 10 South Dearborn Street, Chicago, Illinois. I am counsel to Together Rx LLP a defendant in the above-referenced matter.

2. I am a member of the Bar of the State of Illinois (Bar Number 3122889) and the United States District Court for the Northern District of Illinois.

3. I am a member in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SWORN TO UNDER THE PENALTIES OF PERJURY.

Dated: December 1, 2004

_____
John W. Treece

CH1 3104664v1

## CERTIFICATE OF SERVICE

I certify that on December 10, 2004, a true and correct copy of the foregoing document was served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

_____
Mary B. Murrane