# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## NOTICE OF FILING

Pursuant to Case Management Order No. 12, the Track 1 Defendants hereby electronically submit to the Court their tutorial materials. Because the tutorial materials submitted include electronic media on a DVD that are too voluminous to be filed electronically, the Track 1 Defendants have submitted them to the Court via conventional means. Included in this submission are: (a) the script for the DVD tutorial submission; and (b) the curriculum vitae of Dr. Gregory Bell, the Track 1 Defendants' Tutorial Expert.

Respectfully submitted,

THE TRACK 1 DEFENDANTS

/s/ John T. Montgomery
John T. Montgomery (BBO#352220)
Brien T. O'Connor (BBO#546767)
Steven A. Kaufman (BBO#262230)
Darcy W. Shearer (BBO#656503)
Eric P. Christofferson (BBO#654087)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Schering-Plough Corp. and Warrick Pharmaceuticals Corp.*

D. Scott Wise
Michael Flynn
Kimberley Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

*Attorneys for AstraZeneca Pharmaceuticals LP*

Steven M. Edwards
Lyndon M. Tretter
Hogan & Hartson, LLP
875 Third Avenue, Suite 2600
New York, NY 10022

*Attorneys for the Bristol-Myers Squibb Co., Oncology Therapeutics Network Corp., Apothecon, Inc.*

Mark H. Lynch
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-7566

Frederick E. Herold
Dechert LLP
975 Page Mill Road
Palo Alto, CA  94304-1013

Geoffrey E. Hobart
Holland & Knight LLP
10 St. James Ave.
Boston, MA  02116

*Attorneys for SmithKlineBeecham Corp.*
*d/b/a GlaxoSmithKline*

William F. Cavanaugh, Jr.
Andrew D. Schau
Erik Haas
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036 6710

*Attorneys for the Johnson and Johnson Defendants*

Dated:  December 10, 2004

-3-

## CERTIFICATE OF SERVICE

     I hereby certify that on December 10, 2004, I caused a true and correct copy of the foregoing Notice of Filing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456 and further caused a copy of the tutorial materials to be served upon counsel for Plaintiffs by hand.

                                                                        /s/ Eric P. Christofferson
                                                                          Eric P. Christofferson