UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257 PBS |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | ) ) ) | Chief Magistrate Judge Marianne B. Bowler |

## JOINT MOTION OF PLAINTIFFS' CO-LEAD CLASS COUNSEL AND DEFENDANTS FOR AN ORDER MANDATING USAGE OF THE ELECTRONIC COURT FILING SYSTEM

The parties, plaintiffs' co-lead class counsel and the defendants, hereby jointly move this Court for an order mandating that all counsel of record apply for, obtain access to, and maintain access to the electronic court filing ("ECF") system of this Court.

Given the numerous counsel of record in this case and the frequent need of this Court to issue notice to all counsel of record, an unnecessary burden is imposed upon the Court to issue notice to those counsel who have not applied for or maintained access to the ECF system[1].

Accordingly, the moving parties request that this Court enter an order requiring usage of the ECF system by all counsel of record, and that the Court notify all counsel that from and after January 1, 2005, notice will be issued by the Court solely through the ECF system for this case and not by other means.

---

[1] Although the parties also maintain a private system on "Verilaw," and although the parties frequently post orders of this Court to the Verilaw system, we understand that the Court wished to effectuate direct notice so that the Court can know that all counsel of record have received notice of their orders.

Dated: December 13, 2004

By:   /s/ Nicholas C. Theodorou
On Behalf of Track 1 Defendants
Nicholas C. Theodorou (BBO # 496730)
Lucy Fowler (BBO # 647929)
FOLEY HOAG LLP
**155 Seaport Blvd.**
**Boston, MA  02210**


D. Scott Wise
Kimberley D. Harris
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY  10017

Attorneys for AstraZeneca Pharmaceuticals LP

By:  /s/ Thomas M. Sobol
One of Plaintiffs' Counsel
HAGENS BERMAN LLP
Thomas M. Sobol
Edward Notargiacomo
**One Main Street, 4th Floor**
**Cambridge, MA 02142**

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
HAGENS BERMAN LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Samuel D. Heins
Brian L. Williams
HEINS MILLS & OLSON, P.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Jeffery L. Kodroff
John A. Macoretta
SPECTOR, ROSEMAN &
KODROFF, P.C.
18181 Market Street, Suite 2500
Philadelphia, PA 19103

**CHAIRS OF LEAD COUNSEL COMMITTEE**

Kenneth A. Wexler
THE WEXLER FIRM LLP
One North LaSalle
Suite 2000
Chicago, Illinois 60602

Marc H. Edelson
HOFFMAN & EDELSON
45 West Court Street
Doylestown, PA 18901

## CERTIFICATE OF SERVICE BY VERILAW

Docket No. MDL 1456

I, Thomas M. Sobol, hereby certify that I am one of plaintiffs' attorneys and that, on December 13, 2004 I caused copies of the JOINT MOTION FOR PLAINTIFFS' CO-LEAD COUNSEL AND DEFENDANTS FOR AN ORDER MANDATING USAGE OF THE ELECTRONIC COURT FILING SYSTEM, to be served on all counsel of record by causing same to be posted electronically via Verilaw.

Dated: December 13, 2004          /s/ Thomas M. Sobol
                                     Thomas M. Sobol