UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO<br><br>STATE OF NEVADA V. AMERICAN HOME PRODUCTS, ET AL.<br>  CIVIL ACTION NO. 02-CV-12086-PBS<br><br>STATE OF MONTANA V. ABBOTT LABORATORIES, ET AL.<br>  CIVIL ACTION NO. 02-CV-12084-PBS |  |

### WATSON PHARMACEUTICALS, INC. MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS THE STATE OF MONTANA'S SECOND AMENDED COMPLAINT AND THE STATE OF NEVADA'S AMENDED COMPLAINT

Watson Pharmaceuticals, Inc. ("Watson") requests leave to file the attached Reply Memorandum in support of its Motion to Dismiss the State of Montana's Second Amended Complaint and the State of Nevada's Amended Complaint. The Opposition filed by Plaintiffs to Watson's Motion[1] raised, for the first time, arguments about why service was not required, or was waived, and these arguments require a response to correct mischaracterizations of the law

---

[1] Plaintiffs' State of Montana and State of Nevada's Opposition to Defendant Watson Pharmaceuticals, Inc's Motion to Dismiss the State of Montana's Second Amended Complaint and the State of Nevada's Amended Complaint ("Opposition"), December 8, 2004.

and the record in this case.  Moreover, Plaintiffs filed a Declaration in support of their Opposition[2] that requires a response, the Declaration of Douglas B. Farquhar,[3] filed herewith.

Respectfully submitted,

*/s/ Douglas B. Farquhar*

Douglas B. Farquhar *pro hac vice*
Hyman, Phelps & McNamara, P.C.
700 Thirteenth Street, N.W.
Suite 1200
Washington, D.C.  20005
(202) 737-5600 (Phone)
(202) 737-9329 (Fax)

Date:  December 16, 2004

---

[2] Declaration of Edward Notargiacomo in Support of Plaintiffs' State of Montana and State of Nevada's Opposition to Defendant Watson Pharmaceuticals, Inc's Motion to Dismiss.

[3] Supplemental Declaration of Douglas B. Farquhar in Support of Watson Pharmaceuticals Inc's Motion to Dismiss.