# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS ) ) ) ) | Judge Patti B. Saris |
| | Chief Magistrate Judge Marianne B. Bowler |

## NOTICE OF FILING

To:   All Counsel of Record

Please take notice that on December 17, 2004, we caused to be filed with the Clerk of the District of Massachusetts the following:

1. Notice of Filing;

2. Notice of Filing Under Seal;

3. Plaintiffs' Motion for Leave to File Under Seal;

4. [Proposed] Order Granting Plaintiffs' Motion for Leave to File Under Seal;

5. Plaintiffs' Amended Motion for Class Certification;

6. Plaintiffs' Reply Memorandum in Support of Class Certification **(Filed Under Seal) (Redacted & Unredacted Versions)**;

7. Plaintiffs' Appendix of Summary Charts in Support of Class Certification **(Filed Under Seal)**;

8. Reply Declaration of Steve W. Berman in Support of Plaintiffs' Reply Memorandum in Support of Class Certification [**with Exhibits 1-2, 4-9 and 11 Filed Under Seal**];

9. Rebuttal Declaration of Dr. Raymond S. Hartman in Support of Plaintiffs' Motion for Class Certification **(Filed Under Seal)**;

- 1 -

10. Plaintiffs' Reply to Astrazeneca Pharmaceuticals LP's Individual Memorandum in Opposition to Motion for Class Certification; **(Filed Under Seal) (Redacted & Unredacted Versions)**;

11. Declaration of Steve W. Berman in Support of Plaintiffs' Reply to Astrazeneca Pharmaceutical LP's Individual Memorandum in Opposition to Class Certification **[with Exhibits 1-24 Filed Under Seal]**;

12. Plaintiffs' Reply to Schering-Plough Group's Individual Memorandum in Opposition to Class Certification **(Filed Under Seal) (Redacted & Unredacted Versions)**;

13. Declaration of Steve W. Berman in Support of Plaintiffs' Reply to Schering-Plough Group's Individual Memorandum in Opposition to Class Certification **[with Exhibits 3-16 Filed Under Seal]**;

14. Plaintiffs' Reply to Bristol-Myers Squibb's Individual Memorandum in Opposition to Class Certification **(Filed Under Seal) (Redacted & Unredacted Versions)**;

15. Declaration of Steve W. Berman in Support of Plaintiffs' Reply to Bristol-Myers Squibb's Individual Memorandum in Opposition to Class Certification **[with Exhibits 1-11 Filed Under Seal]**;

16. Plaintiffs' Reply to Johnson & Johnson Group's Memorandum of Law in Opposition to Class Certification **(Filed Under Seal) (Redacted & Unredacted Versions)**;

17. Declaration of Steve W. Berman In Support of Plaintiffs' Reply to Johnson & Johnson Group's Individual Memorandum in Opposition to Class Certification **[with Exhibits 1-15 Filed Under Seal]**;

18. Plaintiffs' Reply to The GSK Group's Individual Memorandum in Opposition to Class Certification;

19. Affidavit of Glenn Randle;

20. Declaration of John Johnson, Trustee and Secretary-Treasurer of Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust;

21. Affidavit of Daniel W. Ryan;

22. [Proposed] Order Granting Plaintiffs' Amended Motion for Class Certification

23. Plaintiffs' Memorandum in Opposition to Defendants' Motion to Strike The Hartman Declaration **(Filed Under Seal) (Redacted & Unredacted Versions)**;

24. Declaration of Dr. Richard G. Frank in Rebuttal of Dr. Halbert L. White;

25. Declaration of Dr. Raymond S. Hartman in Rebuttal to Dr. Halbert L. White (**Filed Under Seal**);

26. Class Plaintiffs' Motion to Strike Declaration of Eric M. Gaier, Ph.D;

27. Class Plaintiffs' Memorandum in Support of Their Motion to Strike Declaration of Eric M. Gaier, Ph.D. (**Filed Under Seal**);

28. Class Plaintiffs' Motion to Strike Portions of The Declaration of Robert P. Navarro;

29. Class Plaintiffs' Memorandum in Support of Their Motion to Strike Portions of the Declaration of Robert P. Navarro (**Filed Under Seal**);

30. Class Plaintiffs' Motion to Strike Declaration Of Steven J. Young;

31. Class Plaintiffs' Memorandum in Support of Their Motion to Strike Portions of the Declaration of Steven J. Young (**Filed Under Seal**);

32. Declaration of Thomas M. Sobol in Support of Class Plaintiffs' Motions to Strike Declarations of Eric M. Gaier Ph.D., Robert P. Navarro, and Steve J. Young **[with Exhibits 1-6 and 9-13 Filed Under Seal)**

DATED: December 17, 2004

By      /s/ Steve W. Berman
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Hartweg Fegan
Hagens Berman LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Samuel D. Heins
Alan I. Gilbert
Brian L. Williams
Susan E. MacMenamin
Heins, Mills & Olson, P.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
**CHAIRS OF LEAD COUNSEL COMMITTEE**


Marc H. Edelson
Allen Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer F. Connolly
The Wexler Firm
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
**MEMBERS OF LEAD COUNSEL COMMITTEE AND EXECUTIVE COMMITTEE**

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **NOTICE OF FILING** to be electronically filed with the Court pursuant to the December 16, 2004 Order and to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on December 17, 2004 a copy to Verilaw Technologies for posting and notification to all parties.

By    /s/ **Steve W. Berman**
Steve W. Berman
Hagens Berman, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594