## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MICHELLE W. KESSELMAN

Pursuant to Local Rule 83.5.3(b), Karen F. Green, a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, a member of the bar of this Court, and an attorney of record for Novartis Pharmaceuticals Corporation ("Novartis"), hereby moves for the admission *pro hac vice* of Michelle W. Kesselman as counsel for Novartis in this action.

In support of this motion, Ms. Kesselman has certified that (1) she is a member of the bar in good standing in every jurisdiction where she has been admitted to practice; (2) there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and (3) she is familiar with the Local Rules of the United States District Court for the District of Massachusetts. Ms. Kesselman's certification is attached as Exhibit A to this motion.

Respectfully submitted,

/s/ Karen F. Green
Karen F. Green (BBO #209050)
Benjamin M. Stern (BBO #646778)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: December 17, 2004

US1DOCS 1861982v1

- 2 -

## CERTIFICATE OF SERVICE

    I, Benjamin M. Stern, certify that, on this 17th day of December 2004, a copy of the foregoing document has been served on counsel of record by electronic means pursuant to the Court's Case Management Order dated July 23, 2002.

                                                     /s/ Benjamin M. Stern_____
                                                     Benjamin M. Stern