# Exhibit 9

1534.16 0212 BSC.DOC

# FILED UNDER SEAL

1534.16 0212 BSC.DOC