# Exhibit 10

# Exhibit 10
# Not Used