# Exhibits 1-24
# are all Filed Under Seal