# Exhibits 3-16 are all Filed Under Seal