# Exhibits 1-15 are all Filed Under Seal