**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | | |

**PLAINTIFFS' REPLY TO THE GSK GROUP'S INDIVIDUAL MEMORANDUM IN OPPOSITION TO CLASS CERTIFICATION**

Defendants' moved the Court for additional pages to oppose class certification on the grounds each defendant wanted to "address critical issues unique to each defendant" so that these "critical differences between and among defendants and defendants' products are properly presented to the Court." *See* Track 1 Defendants' Motion For Leave to File Supplemental Individual Memorandum, dated September 16, 2004. GSK's opposition has nothing to do with facts unique to GSK, or regarding GSK's "products." Rather it's a ten-page exposition on state law issues applicable to all defendants that should have been within the defendants' main opposition and the 50 pages allotted to such opposition. By this trick, defendants obtained ten extra pages to address common issues.

Accordingly, plaintiffs have taken the ten pages misappropriated by GSK and placed the opposition to those pages response in plaintiffs' main reply brief since the issues raised by GSK are common issues. Plaintiffs reply brief is thus 35 pages, as opposed to 25.

- 1 -

DATED:  December 17, 2004        By     /s/ **Steve W. Berman**
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Hartweg Fegan
Hagens Berman LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Samuel D. Heins
Alan I. Gilbert
Brian L. Williams
Susan E. MacMenamin
Heins, Mills & Olson, P.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
**CHAIRS OF LEAD COUNSEL COMMITTEE**

Marc H. Edelson
Allen Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer F. Connolly
The Wexler Firm
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
**MEMBERS OF LEAD COUNSEL COMMITTEE AND EXECUTIVE COMMITTEE**

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **PLAINTIFFS' REPLY TO GSK GROUP'S INDIVIDUAL MEMORANDUM IN OPPOSITION TO OF MOTION FOR CLASS CERTIFICATION** to be electronically filed with the Court pursuant to December 16, 2004 Order and to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on December 17, 2004 via Verilaw to Defendants.

      By   **/s/ Steve W. Berman**
      Steve W. Berman
      Hagens Berman, LLP
      1301 Fifth Avenue, Suite 2900
      Seattle, WA  98101
      Telephone:  (206) 623-7292
      Facsimile:  (206) 623-0594