## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br><br> Master File No. 01-CV-12257-PBS <br><br> Judge Patti B. Saris |
| This Document Relates to ALL ACTIONS. | |

### AFFIDAVIT OF DANIEL W. RYAN

I, Daniel W. Ryan, pursuant to 28 U.S.C. §1746, on oath, depose and state as follows:

1.      I am the Fund Administrator of United Food and Commercial Workers Unions and Employers Midwest Health Benefits Fund ("UFCW"). I have full knowledge of the matters stated herein and would testify hereto.

2.      I understand that, in their opposition to Plaintiffs' Motion for Class Certification, the Track 1 Defendants have alleged that UFCW did not make co-payments under Medicare Part B. This claim is not accurate.

3.      UFCW's health and medical benefits are provided under written benefit plans. A member's 20 percent co-payment under Medicare Part B is, and has been, an eligible expense under UFCW's plans during the Class Period. If Medicare pays a portion of a Fund member's claim under Medicare Part B, UFCW reimburses the remainder of the claim.

4.      Pursuant to these plans, UFCW has made co-payments under Medicare Part B throughout the Class Period. These payments include the following (and are reflected in documents UFCW produced in this case at UFCW0009, UFCW0016470-798 (HIGHLY CONFIDENTIAL, because they reflect patient-identifying information)):

| Claim No. | J Code | Drug | Allowed Charge | Medicare Payment | UFCW Payment |
|---|---|---|---|---|---|
| 08104028 | J1642 | Heparin Lock Flush | 2.50 | 2.00 | 0.50 |
| | J1642 | Heparin Lock Flush | 2.50 | 2.00 | 0.50 |
| | J2405 | Zofran | 194.88 | 155.90 | 38.98 |
| | J2405 | Zofran | 194.88 | 155.90 | 38.98 |
| | J2405 | Zofran | 194.88 | 155.90 | 38.98 |
| | J2405 | Zofran | 194.88 | 155.90 | 38.98 |
| | J9000 | Adriamycin | 473.00 | 437.03 | 35.97 |
| | J9000 | Adriamycin | 473.00 | 428.86 | 44.14 |
| | J9000 | Adriamycin | 494.78 | 404.57 | 90.21 |
| | J9000 | Adriamycin | 470.62 | 334.29 | 136.33 |
| | J1642 | Heparin Lock Flush | 2.50 | 2.00 | 0.50 |
| | J2405 | Zofran | 194.88 | 155.90 | 38.98 |
| | J9000 | Adriamycin | 473.00 | 395.82 | 68.52 |
| 08117406 | J7040 | Sodium Chloride | 5.36 | 4.31 | 1.08 |
| 07868942 | J0640 | Leucovorin Calcium | 18.53 | 14.82 | 3.71 |
| | J0640 | Leucovorin Calcium | 18.53 | 14.82 | 3.71 |
| | J0640 | Leucovorin Calcium | 18.53 | 14.82 | 3.71 |
| | J1626 | Kytril | 185.40 | 148.32 | 37.08 |
| | J1626 | Kytril | 185.40 | 148.32 | 37.08 |
| | J1626 | Kytril | 185.40 | 148.32 | 37.08 |
| | J7040 | Sodium Chloride | 10.11 | 8.09 | 2.02 |
| | J7040 | Sodium Chloride | 10.11 | 8.09 | 2.02 |
| | J7040 | Sodium Chloride | 10.11 | 8.09 | 2.02 |

| Claim No. | J Code | Drug | Allowed Charge | Medicare Payment | UFCW Payment |
|-----------|--------|------|----------------|------------------|--------------|
|  | J9190 | Adrucil | 5.06 | 4.05 | 1.01 |
|  | J9190 | Adrucil | 7.59 | 6.07 | 1.52 |
|  | J9190 | Adrucil | 7.59 | 6.07 | 1.52 |
|  | J1642 | Heparin Lock Flush | 50.00 | 18.07 | 31.93 |

5.      The above information was gathered at my direction.  UFCW ran a report of specific J-codes reimbursed by UFCW where a Fund member was also covered by other insurance.  Once the report was created, I asked UFCW's claims department to identify those J-codes for which UFCW paid secondary to Medicare as described above.  I then reviewed the report for accuracy.  Because this search was only done on UFCW's active system and not on UFCW's back-up dates, it only reflects co-payments made from January 1, 2000, to April 30, 2003.

I declare under penalty of perjury that the foregoing is true and correct.

Date: ___12-15-04___, 2004

_____
Daniel W. Ryan