**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) THIS DOCUMENT RELATES TO ) ALL CLASS ACTIONS ) ) | MDL No. 146 CIVIL ACTION: 01-CV-12257 PBS Judge Patti B. Saris Chief Magistrate Judge Marianne B. Bowler |

**CLASS PLAINTIFFS' MOTION TO**
**STRIKE DECLARATION OF ERIC M. GAIER, PH.D**

Pursuant to Fed. R. Civ. P. 26(a)(2)(B), Fed. R. Evid. 702, Fed. R. Civ. P. 23 and other applicable law, the class plaintiffs move this Court for an order striking the Declaration of Eric M. Gaier filed by the Track 1 defendants in connection with the pending Motion for Class Certification.

In support therefor, plaintiffs state that the declaration of Eric M. Gaier fails to satisfy any standard of reliability for expert testimony in these class certifications.  First, Dr. Gaier lacks the education, training, or experience to testify on complicated economic issues affecting the pharmaceutical industry.  Second, Dr. Gaier conceded in his deposition that fundamental flaws and defects exist in the methodology of certain of his analyses.  Third, his conclusions regarding payor negotiations reflect no independent analysis.  Finally, Dr. Gaier's conclusions regarding purported knowledge of the AWP to ASP spread lack any evidentiary support.

In further support of this motion, the class plaintiffs submit:  (i) Class Plaintiffs' Memorandum in Support of Motion to Strike Declaration of Eric M. Gaier; and (ii) Class Plaintiffs' Appendix to Class Plaintiffs' Motions to Strike Declarations of Eric M. Gaier, Steven J. Young, and Robert P. Navarro.

### Rule 7.1(A)(2) Certification

Pursuant to L.R. D. Mass. 7.1(A)(2), the undersigned counsel hereby certifies that the MDL plaintiffs' class counsel have conferred with counsel for defendants in connection with this motion and have attempted in good faith to resolve or narrow the issues involved.

DATED:  December 17, 2004         By      /s/ Thomas M. Sobol
        Thomas M. Sobol (BBO#471770)
        Edward Notargiacomo (BBO#567636)
        Hagens Berman LLP
        One Main Street, 4th Floor
        Cambridge, MA  02142
        Telephone: (617) 482-3700
        Facsimile: (617) 482-3003
        **LIAISON COUNSEL**

        Steve W. Berman
        Sean R. Matt
        Hagens Berman LLP
        1301 Fifth Avenue, Suite 2900
        Seattle, WA  98101
        Telephone: (206) 623-7292
        Facsimile: (206) 623-0594

        Elizabeth Hartweg Fegan
        Hagens Berman LLP
        60 W. Randolph Street, Suite 200
        Chicago, IL  60601
        Telephone: (312) 762-9235
        Facsimile: (312) 762-9286

        Eugene A. Spector
        Jeffrey Kodroff
        Spector, Roseman & Kodroff, P.C.
        1818 Market Street, Suite 2500
        Philadelphia, PA  19103
        Telephone: (215) 496-0300
        Facsimile: (215) 496-6611

        Samuel D. Heins
        Alan I. Gilbert
        Brian L. Williams
        Susan E. MacMenamin
        Heins, Mills & Olson, P.C.
        3550 IDS Center
        80 South Eighth Street
        Minneapolis, MN  55402
        Telephone: (612) 338-4605
        Facsimile: (612) 338-4692
        **CHAIRS OF LEAD COUNSEL**
        **COMMITTEE**

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer F. Connolly
The Wexler Firm
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
**MEMBERS OF LEAD COUNSEL COMMITTEE AND EXECUTIVE COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that I, Thomas M. Sobol, an attorney, caused a true and correct copy of the foregoing **CLASS PLAINTIFFS' MOTION TO STRIKE THE DECLARATION OF ERIC M. GAIER, PH.D** to be electronically filed with the Court pursuant to the December 16, 2004 Order and to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on December 17, 2004 a copy to Verilaw Technologies for posting and notification to all parties.

By    **/s/ Thomas M. Sobol**
Thomas M. Sobol
Hagens Berman, LLP
One Main Street
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003