# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 146 <br><br> CIVIL ACTION: 01-CV-12257 PBS |
| ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS ) ) ) | Chief Magistrate Judge Marianne B. Bowler |

**CLASS PLAINTIFFS' MOTION TO STRIKE
PORTIONS OF THE DECLARATION OF ROBERT P. NAVARRO**

Pursuant to Fed. R. Civ. P. 26(a)(2)(B), Fed. R. Evid. 702, Fed. R. Civ. P. 23 and other applicable law, the class plaintiffs move this Court for an order striking certain portions of the Declaration of Robert P. Navarro filed by the Track 1 defendants in connection with the pending Motion for Class Certification.  The portions of the Declaration that should be stricken include: (i) the portions in which the declarant directly or indirectly opines that class impact and/or damages cannot be established through common proof; (ii) whether differences in non-price aspects of the PBM transactions prevent proof of class impact and/or damages through common evidence; and (iii) whether certain allegations made in the AMCC are consistent with PBM practices of the four major PBMs.

In support therefor, plaintiffs state that while Mr. Navarro is experienced in managed care issues and has worked for a pharmacy benefit manager, he candidly testified at his deposition that he does not have the experience, training, education or other credentials to opine on issues relating to class certification or to the economic issues involved in establishing class impact and/or damages through common evidence.  Therefore, while Mr. Navarro can reasonably provide some fact evidence regarding the practices of certain pharmacy benefit managers at particular periods of time, and while he is familiar with the mechanistic workings of pharmacy payments and reimbursements, he has no basis to testify (and did not even attempt in his declaration) to be able to credibly opine on manners or methods of common proof and/or applied economics.

In further support of this motion, the class plaintiffs submit:  (i) Class Plaintiffs' Memorandum in Support of Motion to Strike Declaration of Robert P. Navarro; and (ii) Class Plaintiffs' Appendix to Class Plaintiffs' Motions to Strike Declarations of Robert P. Navarro, Steven J. Young, and Eric M. Gaier.

**Rule 7.1(A)(2) Certification**

Pursuant to L.R. D. Mass. 7.1(A)(2), the undersigned counsel hereby certifies that the MDL plaintiffs' class counsel have conferred with counsel for defendants in connection with this motion and have attempted in good faith to resolve or narrow the issues involved.

DATED: December 17, 2004   By   /s/ Thomas M. Sobol
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Hartweg Fegan
Hagens Berman LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Samuel D. Heins
Alan I. Gilbert
Brian L. Williams
Susan E. MacMenamin
Heins, Mills & Olson, P.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
**CHAIRS OF LEAD COUNSEL COMMITTEE**

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer F. Connolly
The Wexler Firm
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
**MEMBERS OF LEAD COUNSEL COMMITTEE AND EXECUTIVE COMMITTEE**

## CERTIFICATE OF SERVICE

      I hereby certify that I, Thomas M. Sobol, an attorney, caused a true and correct copy of the foregoing **CLASS PLAINTIFFS' MOTION TO STRIKE THE DECLARATION OF ROBERT P. NAVARRO** to be electronically filed with the Court pursuant to the December 16, 2004 Order and to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on December 17, 2004 a copy to Verilaw Technologies for posting and notification to all parties.

      By   **/s/ Thomas M. Sobol**
      Thomas M. Sobol
      Hagens Berman, LLP
      One Main Street
      Cambridge, MA 02142
      Telephone: (617) 482-3700
      Facsimile: (617) 482-3003