# Exhibits 1-6
# are all Filed Under Seal