# Exhibits 9-13 are all Filed Under Seal