# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) | MDL No. 1456 |
| ) | CIVIL ACTION:  01-CV-12257-PBS |
| ) | |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 ) ) | Judge Patti B. Saris |
| ) | Chief Magistrate Judge Marianne B. Bowler |
| ) | |
| ) ) | **[FILED UNDER SEAL PURSUANT TO COURT ORDER]** |
| ) | |

## <u>DECLARATION OF DR. RICHARD G. FRANK IN REBUTTAL OF DR. HALBERT L. WHITE</u>

**Declaration of Dr. Richard G. Frank**
**in Rebuttal of Dr. Halbert L. White**

**In the Matter of the Pharmaceutical Industry**
**Average Wholesale Price Litigation**

### I.        Qualifications

1.        I am the Margaret T. Morris Professor of Health Economics at the Harvard University Medical School. I teach at Harvard College, the John F. Kennedy School of Government and in the university-wide doctoral program in health policy. I am also a Research Associate at the National Bureau of Economic Research. Since 1981, I have conducted research and taught in the area of health economics. I have lectured and published papers on the economics and regulation of the pharmaceutical industry as well as other facets of the health sector. I am a Co-Editor of the *Journal of Health Economics*, and I serve on the editorial boards of *Health Affairs* and the *Journal of Mental Health Policy and Economics*. A copy of my curriculum vitae is attached as Attachment A.

2.        Some of my research activities address the economics of the pharmaceutical industry. I have analyzed pricing practices in the pharmaceutical industry in a study sponsored by the U.S. Congress' Office of Technology Assessment. The paper based on that research won the Georgescu-Roegen Award from the Southern Economic Association for the Best Article in the *Southern Economic Journal in 1992-1993*. I have conducted statistical studies of price competition between brand name and generic prescription drugs. I have conducted empirical research on the impacts of direct to consumer advertising of prescription drugs and the impact of three-tiered formularies.

3.        I was elected to the Institute of Medicine of the National Academy of Sciences in 1997. I currently serve on the Board of Neuroscience and Behavioral Health of the Institute of Medicine. I have been a consultant to state governments, federal agencies and law firms and have submitted testimony before state and federal courts. I served as an expert on behalf of defendant wholesalers in the *Brand Name Prescription Drug*

*Litigation*. In that matter I analyzed the role of the wholesalers in determining price differences across different types of buyers. I served as an expert in the *Merck-Medco Managed Care LLC v. Rite Aid Corp et al Litigation* where I analyzed the economics of pharmacy networks.

4.      I served as an expert for the Federal Trade Commission in its investigation of the competitive impacts of the agreement between Hoechst Marion Roussel Inc. and Andryx Pharmaceuticals Inc. concerning patent litigation regarding generic Cardizem. I have also served as an expert on behalf of class plaintiffs in the matter of *St. Charles Hospital and Rehabilitation Center v. Mylan Laboratories et al*. In that assignment I considered whether a classwide analysis was the appropriate method of assessing impact and damages. I have served as an expert to plaintiffs in the *Terazosin Hydrochloride Antitrust Litigation*. In that matter my assignment was to examine liability issues of market definition and impact related to an agreement between Abbott Laboratories and generic manufacturers. I also served as an expert to plaintiffs in the *Microcrystalline Cellulose Antitrust Litigation*, where I considered whether classwide analysis was the appropriate method for assessing impact and damages. Finally, I served as an expert to plaintiffs in the *Remeron Antitrust Litigation*. There I analyzed whether a classwide approach to assessing impact and damages was appropriate.

5.      My curriculum vitae is attached in Attachment A.  My rate of compensation in this matter is $400 per hour.

## II.      Assignment and Summary of Findings

6.      I have been asked by Plaintiffs' counsel to review Professor White's Report and to comment on his analysis of pharmaceutical markets. I have focused on his conclusion that Dr. Hartman's assumption about the ability of class members to adjust to changing price-cost spreads "is inconsistent with the fundamental tenets of economic behavior".[1]

---

[1]  Declaration of Halbert L. White ¶ 21 p. 6.

After reviewing relevant literature in health policy and health economics and considering the institutions of the pharmaceutical industry, I conclude that Dr. White's economic reasoning is devoid of content specific to the operation of pharmaceutical markets. His statement implies that there is a universal truth to how economic agents incorporate and act upon information. A basic understanding of how prescription drug markets operate at the very least raises important questions about the availability of information and the degree to which economic agents respond to such information. Dr. White seems to be so unfamiliar with pharmaceutical markets that his application of economic analysis to this sector is likely to produce results that are unreliable and incorrect.

### III.   Pharmaceutical Markets and Responses to Information on Pricing Spreads

7.      Dr. White suggests that health plans and other payors for health care services have strong incentives to learn about pricing spreads and negotiate better prices for themselves as a result.[2] There have been numerous studies of the availability and sources of information upon which health plans make choices. The General Accounting Office (GAO) conducted case studies of three health plans that participate in the Federal Employees Health Benefit Program.[3] In that report the GAO found plans were estimating substantial savings from using Pharmacy Benefit Managers (PBMs) to manage prescription drug benefits. The plan relied only on PBM produced data to make those judgments. The judgments about savings were made by comparing the prices that the health plans believed they would have paid absent the PBM, versus what the actually paid. Thus no independent data appeared to be used to make assessment of additional spread between reported prices and transaction prices.

8.      The Office of the Inspector General of the U.S. Department of Health and Human Services also conducted a study of HMO contracts with PBMs in the context of plans

---

[2] *Ibid.*

[3] U.S. General Accounting Office (1997), *Pharmacy Benefit Managers: FEHBP plans satisfied with savings and services but retail pharmacies have concerns,* GAO/HEHS-97-47, Washington D.C.: USGPO.

serving Medicare and Medicaid beneficiaries.[4] The OIG concluded that HMOs relied primarily on PBM supplied data and reports for assessing the performance of PBMs. In fact the OIG report suggested that obtaining data from PBMs in a timely manner that would allow for independent assessments would potentially result in better assessments of PBM performance.

9.      Thus while in theory one might expect HMOs to have strong financial incentives to obtain information on the performance of PBMs through external assessment like independent audits as is common in many businesses this appeared not to be the prevalent practice in the late 1990s. Dr. White appears to believe that because the incentive is there it will always be pursued efficiently. He seems to be potentially right in theory and likely wrong in fact.

10.     What might explain such an unexpected phenomenon that would lead Dr. Hartman to possibly make his "unorthodox assumption"? One recent explanation comes from one of Dr. White's co-authors, Professor Berndt. In a recent paper that seeks to explain why pharmaceutical spending had been permitted to grow so rapidly during the 1990s.[5] His explanation is based on an observations made by the economist Alfred Marshall in the 19th century. The idea that Marshall identified was referred to as "the importance of being unimportant". Marshall argued that if spending on some good or service was a small part of total cost that good or service may be less of a target for cost control efforts than are items representing larger portions of total costs. Berndt takes this idea and applies it to explain why public and private cost control efforts have not focused on prescription drug spending until very recently. He notes: "…until recently prescription drugs costs have not on average been as important as the health care cost shares of hospital and physician services".[6] He observes further that as recently as 1998

---

[4] U.S. Office of the Inspector General, Department of Health and Human Services (1997), *Experiences of Health Maintenance Organizations with Pharmacy Benefit Management Companies,* Publication No. OEI-01-95-00110, Washington: USGPO.

[5] Berndt, E.R. (2001), "The U.S. Pharmaceutical Industry: Why Major Growth in Times of Cost Containment," *Health Affairs* 20 (2): 100-114.

[6] Berndt, p. 103.

prescription drug costs represented a "relatively unimportant 8 percent" of health spending.[7] Professor Berndt's analysis does not prove that HMOs behaved so as to give less attention to prescription drug spending but it does highlight the fact that informed economists observing this complex market can apply economic ideas to form views that Dr. White refers to as unorthodox.

11.     For these reasons I conclude that Dr. White's grasp of the market for prescription drugs is so weak that his judgments about what constitute appropriate and useful applications of economic reasoning to the analysis of this market have little merit.

I declare under penalty of perjury that this Declaration is true and correct. Executed on December 16, 2004.

**/s/ Richard G. Frank**
_____
Dr. Richard G. Frank

---

[7] Berndt, p. 103.

Attachment A

Curriculum Vitae

*Last Updated: 11-17-04*

# RICHARD GABRIEL FRANK

**Office Address:**                                                        **Home Address:**

Department of Health Care Policy                          7 Brookwood Road
Harvard Medical School                                        Lexington, MA 02420
180 Longwood Avenue
Boston, MA 02115
(617) 432-0178 *(phone)*
(617) 432-1219 *(fax)*
frank@hcp.med.harvard.edu *(E-mail)*

Date/Place of Birth:   April 27, 1952
                                     Boston, MA

## EDUCATION

Boston University
Ph.D. in Economics, Awarded January 1982
Dissertation:  "Pricing and Location of Physician Services in Mental Health"
              (Accepted with Distinction, May 1981).

Bard College
B.A. in Economics, May 1974

Honors:   1979 - Dissertation Award from the Pharmaceutical Manufacturers Association
              1979 - Honorable Mention Abt Economic Policy Essay Competition
              1980 - Dissertation Support from Foundations Fund for Research in Psychiatry
              1986 - New Investigator Research Award, NIMH
              1988 - Delta Omega (Public Health Honorary Society)
              1993 - Georgescu-Roegen Award (Best Paper in 1992-93) Southern Economic Association
                      (with David S. Salkever)
              1996 - Fellow of the Association for Health Services Research
              1997 - Member, Institute of Medicine
              1998 - Carl A. Taube Award, American Public Health Association
              2001 – Emily Mumford Medal, Columbia University, Department of Psychiatry
              2002- John Eisenberg Mentorship Award, National Research Service Awards
              2003 – MarketScan Investigator Award, Thomson Medstat

## CURRENT POSITIONS

Margaret T. Morris Professor of Health Economics                    1999 – Present
Department of Health Care Policy
Harvard University Medical School

Research Associate                                                  1987 - Present
National Bureau of Economic Research
Cambridge, MA/New York, NY

## PAST POSITIONS

Member                                                             1996 - 2000
Substance Abuse and Mental Health
Service Administration Advisory Council
U.S.D.H.H.S.

Professor of Health Economics                                      1994 - 1999
Department of Health Care Policy
Harvard University Medical School

Commissioner                                                       1989 - 1994
Health Services Cost Review Commission
State of Maryland

Deputy Director                                                    1990 - 1994
Center on Organization and Financing of Care
for the Severely Mentally Ill

Professor                                                          1991 - 1994
Department of Health Policy and Management
School of Hygiene and Public Health
Johns Hopkins University

Staff Member                                                       1993
President's Task Force on Health Care Reform

Associate Professor                                                1986 - 1991
Department of Health Policy and Management
School of Hygiene and Public Health
Johns Hopkins University

Faculty Research Fellow                                            1983 - 1987
National Bureau of Economic Research
Cambridge, MA/New York, NY

| | |
|---|---|
| Assistant Professor<br>Department of Health Policy and Management<br>School of Hygiene and Public Health<br>Johns Hopkins University | 1984 - 1986 |
| Assistant Professor of Psychiatry<br>University of Pittsburgh<br>Pittsburgh, PA | 1981 - 1984 |
| Senior Fellow/Visiting Assistant Professor of Economics<br>University of Pittsburgh<br>Pittsburgh, PA | 1980 - 1981 |
| Economist<br>Division of Biometry and Epidemiology<br>National Institute of Mental Health<br>Rockville, MD | 1979 - 1980 |
| Teaching Fellow<br>Department of Economics<br>Boston University<br>Boston, MA | 1977 - 1979 |
| Peace Corps Volunteer<br>Republic of Botswana, Africa | 1975 - 1976 |

## PUBLICATIONS (REFEREED JOURNALS)

1. Frank RG. "Cost Benefit Analysis in Mental Health: A Review of the Literature," *Administration in Mental Health*, 8(3):161-176, 1981.

2. Frank RG and Welch WP. "The Contracting of State of Mental Hospital Systems," *Journal of Health Politics Policy and Law*, 7(2):676-683, 1982.

3. Frank RG. "Freedom of Choice Laws: An Empirical Test of Their Contribution to Competition in Mental Health Care Delivery," *Health Policy Quarterly*, 2(2):79-97, 1982.

4. Frank RG and Herring J. "Public Provision of Mental Hospital Services: Some Economic Issues," *Administration in Mental Health*,10(4):288-305, 1983.

5. Welch WP, Frank RG and Costello AJ. "Missing Data in Psychiatric Research: A Solution," *Psychological Bulletin*, 94(1):177-180, 1983.

6. Frank RG. "Is There a Shortage of Psychiatrists?" *Community Mental Health Journal*, 19(1):42-53, 1983. (Reprinted Yearbook of Psychiatry)

7.      Frank RG.  "Pricing and Location of Physician Services in Mental Health," *Economic Inquiry*, 23:115-133, January 1985.

8.      Frank RG and Kessler LG.  "Economic Grand Rounds: State Medicaid Limitations for Mental Health Services," *Hospital and Community Psychiatry Journal*, 35(3):213-216, March 1984. (Invited paper)

9.      Frank RG.  "Rationing of Mental Health Services: Simple Observations on the Current Approach and Future Prospects," *Administration in Mental Health*, 13(1):22-29, Fall 1985.

10.     Frank RG and Welch WP.  "Competitive Effects of HMOs: A Review of the Evidence," *Inquiry*, 22(2):148-161, Summer 1985.

11.     Frank RG.  "A Model of State Expenditures on Mental Hospital Services," *Public Finance Quarterly*, 13(3):319-338, 1985.

12.     Frank RG and McGuire TG.  "Demand and Utilization of Mental Health Services: A Review of the Evidence," *Health Services Research*, 21(2):241-265, Summer 1986.

13.     Frank RG and Kamlet MS.  "Direct Costs and Expenditures for Mental Health Care in the US: 1980," *Hospital and Community Psychiatry Journal*,36(2):165-168, February 1985. (Reprinted Yearbook of Psychiatry)

14.     Frank RG, et al.  "Research Selection Bias and the Prevalence of Depressive Disorders in Psychiatric Facilities," *Journal of Consulting and Clinical Psychology*, 53(3):370-376, 1985.

15.     Needleman HL, Geiger SK and Frank RG.  "Lead and IQ Scores: A Re-Analysis," *Science*, 227:701-704, 1985.

16.     Frank RG and Lave JR.  "The Impact of Benefit Design on Length of Stay and Transfers to Residential Settings for Medicaid Psychiatric Patients," *Hospital and Community Psychiatry*, 36(7):749-754, July 1985.

17.     Frank RG and Lave JR.  "The Psychiatric DRGs: Are They Different," *Medical Care*, 23(11):1148-1155, October 1985.

18.     Frank RG and Lave JR.  "Prospective Payment for Inpatient Psychiatric Care: An Alternative to the Per Case Method," *Hospital and Community Psychiatry*, 36(7):775-779, July 1985.

19.     Welch WP and Frank RG.  "The Predictors of HMO Enrollee Populations: Results from a National Sample," *Inquiry*, 23(1):16-23, Spring 1986.

20.     Frank RG and Lave JR.  "The Effect of Benefit Design on the Length of Stay of Medicaid Psychiatric Patients," *Journal of Human Resources*, 23(1):16-22, Summer 1986.

21.     Frank RG and Kamlet MS.  "Quality, Quantity and Total Expenditures on Publicly Provided Goods: The Case of Public Mental Hospitals," *Journal of Public Economics*, 29:295-316, April 1986.

22.     Seidman R and Frank RG.  "Hospital Responses to Incentives in Alternative Reimbursement Systems," *Journal of Behavioral Economics*, 14:155-180, 1985.

23.     Schulberg HC, Saul M, McClelland M, Ganguli M, Christy W, and Frank RG.  "Assessing Depression in Primary Medical and Psychiatric Practices," *Archives of General Psychiatry*, 42:1164-1170, 1985.

24.     Frank RG and Lave JR.  "Per Case Prospective Payment for Psychiatric Inpatients: An Assessment and An Alternative," *Journal of Health Politics Policy and Law*, 11(1):83-96, Spring 1986.

25.     Frank RG and Kamlet MS.  "Nonmarket Resource Allocation in Mental Health Care: Interdependencies in a Fragmented World," *American Behavioral Scientist*, 30(2):201-230, November/December 1986.

26.     Frank RG and Taube CA.  "Technical and Allocative Efficiency in Production of Outpatient Mental Health Clinic Services," *Social Science and Medicine*, 24(10):843-850, 1987.

27.     Frank RG, German PS, Burns BJ, Johnson W, and Miller N.  "Use of services by Cognitively Impaired Elderly Persons Residing in the Community," *Hospital and Community Psychiatry*, 39(5):555-557, May 1988.

28.     Frank RG, Weiner JP, Steinwachs DM and Salkever DS.  "Economic Rents Derived from Hospital Privileges in the Market for Podiatric Services," *Journal of Health Economics*, 6(4):319-337, 1987.

29.     Weiner JP, Steinwachs DM, Frank RG and Swartz K.  "Foot Surgery in the U.S.: The Roles of DPMs and Orthopedic Surgeons," *American Journal of Public Health*, 77(8):987-992, August 1987.

30.     Stoudemire A, Frank RG, Hedemark N, et al.  "The Economic Burden of Depression," *General Hospital Psychiatry*, 8:387-394, 1986.

31.     Frank RG.  "On Making the Illustration Illustrative: A Comment on Banker, Conrad and Strauss," *Management Science*, 34(8):1026-1029, August 1988.

32.     Taube CA, Lave JR, Rupp A, Goldman HH, and Frank RG.  "Psychiatry Under PPS: The First Year," *American Journal of Psychiatry*, 145(2):210-214, February 1988.

33.     Frank RG.  "Use of Mental Health Services and Persistence of Emotional Distress: An Exploratory Analysis," *Medical Care*, 26(12):1203-1215, December 1988.

34.     Frank RG and Kamlet MS.  "Provider Choice for Treatment of Mental Disorder: The Impact of Health and Mental Health Status," *Health Services Research*, 24(1):83-103, April 1989.

35.     Lave JR, Frank RG, Rupp A, et al.  "The Decision to Seek an Exemption from PPS," *Journal of Health Economics*, 7(2):165-172, 1988.

36.     Lave JR, and Frank RG.  "Factor Affecting Medicaid Patients' Length of Stay in Psychiatric Units: The Effect of Provider Incentives," *Health Care Financing Review*, 10(2):57-66, Winter 1988.

37.     Lave JR, Frank RG, Taube CA, et al.  "PPS and Psychiatry: The First Year," *Inquiry*, 25(3): 354-363, Fall 1988.

38.     Frank RG and Jackson CA.  "The Impact of Prospectively Set Hospital Budgets on Psychiatric Admissions," *Social Science and Medicine*, 28(8):861-867, Winter 1989.

39.     Frank RG and Gertler P.  "An Assessment of Measurement Error Bias for Estimating the Impact of Mental Distress on Earnings," *Journal of Human Resources*, 26(1):154-164, 1991.

40.     Frank RG. "Regulatory Policy and Information Deficiencies in the Market for Mental Health Services," *Journal of Health Politics, Policy and Law*, 14(3):477-503, 1989.

41.     Frank RG. "Economic Grand Rounds: The Medically Indigent Mentally Ill: Approaches to Financing," *Hospital and Community Psychiatry*, 40(1):9-12, 1989. (Invited Paper)

42.     Frank RG and Goldman HH.  "Financing Care of the Severely Mentally Ill: Incentives, Contracts and Public Responsibility," *Journal of Social Issues*, 45(3):131-144, 1989.

43.     Frank RG and Gertler PJ.  "The Effect of Medicaid Policy on Mental Health and Poverty," *Inquiry*, 26(2):283-291, Summer 1989.

44.     Frank RG and Lave JR.  "A Comparison of Hospital Responses to Reimbursement Policies for Medicaid Psychiatric Patients," *Rand Journal of Economics*, 20(4):588-600, 1989.

45.     Frank RG and Kamlet MS.  "Economic Aspects of Mental Health Care:  Cost Variation By Setting," *General Hospital Psychiatry*, 12:11-18, 1990.

46.     Frank RG, Salkever DS. and Mullan F.  "Hospital Ownership and Care of Uninsured and Medicaid Patients: Findings from the Hospital Discharge Survey 1979-1984," *Health Policy*, 14:1-11, 1990.

47.     Frank RG and McGuire TG.  "Compulsory Employer-Based Health Insurance and Coverage for Mental Health Services," *Health Affairs*, 9(1):31-42, 1990.

48.     Lave JR and Frank RG.  "The Effect of the Structure of Hospital Payment on Length of Stay," *Health Services Research*, 25(2):327-348, 1990.

49.     Javitt JC, Canner JK, Frank RG, et al.  "Detecting and Treating Retinopathy in Type I Diabetics," *Ophthalmology*, 97(4):483-494, 1990.

50.     Goldman HH, Lehman AF, Morrisey JP, Newman SJ, Frank RG, and Steinwachs DM. "Design for the National Evaluation of the Robert Wood Johnson Foundation Program on Chronic Mental Illness," *Community Psychiatry*, 41(11):1217-1221, 1990.

51.     Frank RG and Salkever DS.  "Non-Profit Providers of Mental Health Care: Privileges and Responsibilities," *Administration and Policy in Mental Health*, 18(3):195-198, 1991.

52.     Solomon L, Frank RG, Vlahov D and Astembroski J.  "Utilization of Health Services of Intravenous Drug Users with Known Serostatus," *American Journal of Public Health*, 81(10): 1285-1290, 1991.

53.     Frank RG, Salkever DS and Sharfstein SS.  "A Look at Rising Mental Health Insurance Costs," *Health Affairs*, 10(2):116-124, 1991.

54.     Frank RG and Salkever DS.  "The Supply of Charity Services by Non-Profit Hospitals: Motives and Market Structure," *Rand Journal of Economics*, 22(3):430-445, 1991.

55.     Frank RG, McGuire TG and Salkever DS.  "Benefit Flexibility, Cost Shifting and Mandated Mental Health Coverage," *Journal of Mental Health Administration*, 18(3):264-271, 1991.

56.     Frank RG, Strobino DM, Salkever DS. and Jackson CA.  "Updated Estimates of the Impact of Prenatal Care on Birthweight Outcomes by Race," *Journal of Human Resources*, 27(4):629-642, 1992.

57.     Frank RG and Dewa C.  "Insurance, System Structure and the Use of Mental Health Services by Children and Adolescents," *Clinical Psychology Review*, 12:829-840, 1992.

58.     Frank RG and Gertler PJ.  "Mental Health and Marital Stability," *International Journal of Law and Psychiatry*, 14:377-386, 1991.

59.     Frank RG.  "Research on Organization and Financing of Care for Individuals with Severe Mental Illness," *Administration and Policy in Mental Health*, 19(2), Spring 1992.

60.     McGuire TG, Frank RG and Goldman HH.  "Designing a Benefit Plan for Child and Adolescent Mental Health Services," *Administration and Policy in Mental Health*, 19(3):151-157, 1992.

61.     Klepper S, Kamlet MS and Frank RG.  "The Impact of Measurement Error on Estimates of Pollution Effects in Health Production Functions," *Journal of Environmental Economics and Management*, 24:190-211, 1993.

62.     Frank RG, Goldman HH, and McGuire TG.  "A Model Mental Health Benefit," *Health Affairs*, 11(3):98-117, 1992.

63.     Frank RG and Salkever DS.  "Pricing, Patent Loss and the Market for Pharmaceuticals," *Southern Economic Journal*, 59(2):165-179, 1992.

64.     Strobino DM, Kane LP, Frank RG and DeCoster E.  "Trends in Publicly Financed Prenatal and Related Services 1975-1984," *Journal of Public Health Policy*, 13(3):277-290, 1992.

65.     Goldman HH, Morrissey JP, Ridgely S, Frank RG, Newman SJ, Kennedy C.  "Lessons From the Program on Chronic Mental Illness," *Health Affairs*, 11(3):52-68, 1992.

66.     Strobino DM, Frank RG, et al.  "Development of an Index of Maternal Transport," *Medical Decision Making*, December 1993.

67.     Frank RG, Jackson CA, and Lynch FL.  "The Structure of Economic Incentives in the Robert Wood Johnson/HUD Program on Chronic Mental Illness," *Journal of Mental Health Administration*, Spring 1993.

68.     Steinwachs DM, Cullum HM, Dorwart RA, Flynn L, Frank RG, et al.  "Service Systems Research," *Schizophrenia Bulletin*, 18(4):627-668, 1992.

69.     Frank RG and Gaynor MS.  "Organizational Failure and Government Transfers: Evidence from an Experiment in the Financing of Mental Health Care," *Journal of Human Resources*, 29(1): 108-125, 1994.

70.     Arons BS, Frank RG, Goldman HH, McGuire TG and Stephens S.  "Mental Health and Substance Abuse Coverage Under National Health Reform," *Health Affairs*, 13(1):192-205, 1994.

71.     Frank RG, McGuire TG, Regier DA, et al.  "Paying for Mental Health and Substance Abuse Care," *Health Affairs*, 13(1):337-342, Spring 1994.

72.     Frank RG and Gaynor MS.  "Fiscal Decentralization of Public Mental Health Care and the Robert Wood Johnson Program on Chronic Mental Illness," *Milbank Quarterly*, 72(1):81-104,1994.

73.     Frank RG and Salkever DS.  "Nonprofit Organizations in the Health Sector" *Journal of Economic Perspectives*, 8(4):129-144, 1994 (reprinted in *Problemi Di Amministrazione Publica* as "Le organizzazioni non-profit del settore sanitario" Anno XX, N. 4/1995).

74.     Goldman HH, Frank RG and Gaynor MS.  "What Level of Government? Balancing the Interests of the State and the Local Community," *Administration and Policy and Mental Health*, (Summer 1995).

75.     Frank RG, Goldman HH, and McGuire TG. "Distributional Consequences of Reform of Mental Health Care Financing," *Hospital Community Psychiatry*, 45(9):906-910, 1994.

76.     Frank RG, Dewa C, Holt E, et al.  "The Demand for Childhood Immunizations: Results from the Baltimore Immunization Study," *Inquiry*, 32:1-10, Summer 1995.

77.     Frank RG and Gaynor MS.  "Incentives, Optimality and Publicly Provided Goods: The Case of Mental Health Services," *Public Finance Quarterly*, 23(2):167-192, 1995.

78.     Frank RG and Brookmeyer R.  "Managed Mental Health Care and Patterns of Inpatient Utilization for Treatment of Depression," *Social Psychiatry and Epidemiology*, August 30, 1995.

79.     Frank RG and McGuire TG.  "Estimating the Costs of Mental Health and Substance Abuse Coverage for Public Policy," *Health Affairs*, 14 (3):102-115, 1995.

80.     Frank RG, McGuire TG, Newhouse JP.  "Risk Contracts in Managed Mental Health Care," *Health Affairs*, 14(3):50-64, 1995.

81.     Goldman HH and Frank RG.  "Health Care Reform and Mental Health Benefits in the USA: A Measure of Success," *Current Opinion in Psychiatry*, 8:69-71, 1995.

82.     Kessler RG, Nelson GB, McGonagle KA, Edlund MJ, Frank RG, Leaf PJ.  "The Epidemiology of Co-occuring Addictive and Mental Disorders: Implications for Prevention and Services Utilization," *Journal of Orthopsychiatry*, 66(1):17-31, 1996.

83.     Frank RG, Huskamp HA, McGuire TG and Newhouse JP.  "Some Economics of the Mental Health Carve-Outs," *Archives of General Psychiatry*, 53:933-937, 1996.

84.     Frank RG and Huskamp HA.  "Shaping National Policy: Delegation and Decentralization of Mental Health Care," *Current Opinion in Psychiatry*, 9:171-174, 1996.

85.     Kessler RC, Frank RG, Edlund M, et al.  "Differences in the Use of Psychiatric Outpatient Services Between the United States and Ontario," *New England Journal of Medicine*, 336(8): 551-557, 1997.

86.     Frank RG and Salkever DS. "Generic Entry and the Pricing of Pharmaceuticals," *Journal of Economics and Management Strategy*, 6(1):75-90, 1997.

87.     Katz SJ, Kessler RC, Frank RG, et al.  "Mental Health Care Use, Morbidity and Socioeconomic Status in the U.S. and Ontario," *Inquiry*, 34:38-49, 1997.

88.     Berndt E, Frank RG, and McGuire TG.  "Alternate Insurance Arrangements and the Treatment of Depression: What are the Facts?"  *American Journal of Managed Care*, 3(2):243-252, 1997.

89.     Katz SJ, Kessler RC, Frank RG, et al.  "The Use of Outpatient Mental Health Services in the United States and Ontario: The Impact of Mental Morbidity and Perceived Need for Care," *American Journal of Public Health*, 87(7):1136-1143, 1997.

90.     Kessler RC and Frank RG.  "The Impact of Psychiatric Disorders on Work Loss Days," *Psychological Medicine*, 27:861-873, 1997.

91.     Frank RG, Koyanagi C, McGuire TG.  "The Politics and Economics of Mental Health 'Parity' Laws," *Health Affairs*, 16(4):108-119, 1997.

92.     Frank RG, McGuire TG, Bae J, Rupp A.  "Solutions for Adverse Selection in Behavioral Health Care," *Health Care Financing Review*, 18(3):109-122, 1997.

93.     Frank RG and McGuire TG.  "Savings from a Carve-Out Program for Mental Health and Substance Abuse in Massachusetts Medicaid," *Psychiatric Services*, 48(9):1147-1152, 1997.

94.    Ettner SL, Frank RG, and Kessler RC.  "The Impact of Psychiatric Disorder on Labor Market Outcomes," *Industrial and Labor Relations Review*, 51(1):64-81, 1997.

95.    Spencer C, Shelton D and Frank RG.  "The Market for Residential and Day Schools for Children with SED," *Journal of Mental Health Administration*, 24(1):72-81, 1997.

96.    Frank RG, Busch SH, and Berndt ER.  "Measuring Prices and Quantities for Treatment of Depression," *American Economic Review*, 88(2):106-111, 1998.

97.    Huskamp HA, Azzone V, Frank RG.  "Carve-outs, Women, and the Treatment of Depression," *Women's Health Issues*, 8(5):267-82, 1998.

98.    Klassen AC, Klassen DK, Brookmeyer R, Frank RG, and Marconi K.  "Factors Influencing Waiting Time and Successful Receipt of Cadaveric Liver Transplant in the United States," *Medical Care*, 36(3):281-294, 1998.

99.    Lave JR, Frank RG, Schulberg HC, and Kamlet MS.  "Cost-effectiveness of Treatments for Major Depression in Primary Care Practice," *Archives of General Psychiatry*, 55(7):645-651, 1998.

100.   Frank RG and McGuire TG.  "The Economic Functions of Carve-outs in Managed Care," *The American Journal of Managed Care*, 4(SP):SP31-SP39, 1998.

101.   Ettner SL, Frank RG, McGuire TG, Newhouse JP, and Notman EH.  "Risk Adjustment of Mental Health and Substance Abuse Payments," *Inquiry*, 35(2):223-239, 1998.

102.   Frank RG and McGuire TG.  "Parity for Mental Health and Substance Abuse Care under Managed Care," *The Journal of Mental Health Policy and Economics*, 1:153-159, 1998.

103.   Kessler RC, Zhao S, Katz SJ, Kouzis AC, Frank RG, Edlund M, and Leaf P.  "Past-Year Use of Outpatient Services for Psychiatric Problems in the National Comorbidity Survey," *The American Journal of Psychiatry*, 156(1):115-123, 1999.

104.   Lehman AF, Dixon L, Hoch JS, Deforge B, Kernan E, and Frank RG.  "Cost-Effectiveness of Assertive Community Treatment for Homeless Persons with Severe Mental Illness," *British Journal of Psychiatry*, 174(98.439):1-7, 1999.

105.   Rosenthal MB, Geraty RD, Frank RG, and Huskamp HA.  "Psychiatric Provider Practice Management Companies: Adding Value to Behavioral Health Care?" *Psychiatric Services*, 50(8):1011-1013, 1999.

106.   McCarty D, Frank RG, and Denmead G.  "Methadone Maintenance and State Medicaid Managed Care Programs," *Milbank Quarterly*, 77(3):341-362, 1999.

107.   Frank RG, McGuire TG, Normand SL, and Goldman HH.  "The Value of Mental Health Services at the Systems Level: The Case of Treatment for Depression," *Health Affairs*, 18(5):71-88, 1999.

108.   Kessler RG, Barber C, Birnbaum HG, Frank RG, et al.  "Depression in the Workplace: Effects on Short-Term Disability," *Health Affairs,* 18(5):163-171, 1999.

109.   Huskamp HA, Rosenthal MB, Frank RG and Newhouse JP.  "The Medicare Prescription Drug Benefit: How Will the Game Be Played?" *Health Affairs*, 19(2):8-23, 2000.

110.   Frank RG.  "The Creation of Medicare and Medicaid: The Emergence of Insurance and Markets for Mental Health Services." *Psychiatric Services*, 51(4):465-468, 2000.

111.   Ettner SL, Frank RG, Mark T and Smith MW.  "Risk Adjustment of Capitation Payments to Behavioral Health Care Carve-Outs: How Well Do Existing Methodologies Account for Psychiatric Disability?" *Health Care Management Science*, 3: 159-169, 2000.

112.   Ettner SL, Frank RG, McGuire TG and Hermann RC.  "Risk Adjustment Alternatives in Paying for Behavioral Health Under Medicaid." *Health Services Research*, 36(4) 793-812, 2001.

113.   Frank RG, Glazer J and McGuire TG.  "Measuring Adverse Selection in Managed Health Care." *Journal of Health Economics,* 19(6): 829-854, 2000.

114.   Donohue JM and Frank RG, "Medicaid Behavioral Health Carve-Outs: A New Generation of Privatization Decisions." *Harvard Reviews of Psychiatry*, 8(5): 231-241, 2000.

115.   Sullivan EM, Griffiths RI, Frank RG, Strauss MJ, Herbert RJ, Clouse J and Goldman HH. "One-Year Costs of Second-Line Therapies for Depression." *Journal of Clinical Psychiatry*, 61(4): 290-298, 2000.

116.   Cutler DM, Epstein AM, Frank RG, Hartman R, King C, Newhouse JP, Rosenthal MB & Vigdor ER.  'How Good a Deal Was the Tobacco Settlement?: Assessing Payments to Massachusetts." *Journal of Risk and Uncertainty*, 21:2/3: 235-261, 2000.

117.   Horvitz-Lennon M, Normand SL, Gaccione P and Frank RG.  "Partial vs. Full Hospitalization for Adults in Psychiatric Distress: A Systematic Review of the Published Literature." *American Journal of Psychiatry*, 158(5), 2001.

118.   Frank RG.  "Prescription Drug Prices: Why Do Some Pay More Than Others Do?" *Health Affairs*, 20(2): 115-128, 2001.

119.   Rosenthal MB, Frank RG, Buchanan JL and Epstein AM. "Scale and Structure of Capitated Physician Organizations in California." *Health Affairs,* 20(4): 109-119, 2001.

120.   Frank RG & Rosenthal MR.  "Health Plans and Selection: Formal Risk vs. Market Design and Contracts." *Inquiry*, 38(3): 290-298, 2001.

121.   Frank RG, Goldman HH & McGuire TM.  "Will Parity in Coverage Result in Better Mental Health Care." *New England Journal of Medicine*, 345(23): 1701-1704, 2001.

122.     Rosenthal MB, Berndt ER, Donohue JM, Frank RG & Epstein AM.  "Promotion of Prescription Drugs to Consumers."  *New England Journal of Medicine*, 346(7): 498-505, 2002.

123.     Barry CL and Frank RG.  "Economics and the Surgeon General's Report on Mental Health" *Psychiatric Services*, 53(4):40-411, 2002.

124.     Berndt ER, Bir A, Busch SH, Frank RG, Normand S-LT. " The Medical Treatment of Depression, 1991-1996: productive inefficiency, expected outcome variations, and price indexes."  *Journal of Health Economics,* 21(3): 373-396, 2002

125.     Normand S-L T, Frank RG and McGuire TG.  "Using Elicitation Techniques to Estimate the Value of Ambulatory Treatments for Major Depression" *Medical Decision Making* 22:245-261, 2002.

126.     Rosenthal MB, Frank RG, Buchannan J and Epstein AM.  "Transmission of Financial Incentives to Physicians by Intermediary Organizations in California" *Health Affairs*, 197-205, July-August, 2002.

127.     Frank RG, Goldman HH, and Hogan M. " Medicaid and Mental Health: Be Careful What You Ask For" *Health Affairs,* 22(1):101-113, 2003.

128.     Normand SLT, Belanger A, and Frank RG.  " Evaluating Selection Out of Health Plans for Medicaid Beneficiaries with Substance Abuse" *Journal of Behavioral Health Services & Research,* 30(1):78-92, 2003.

129.     Frank RG. "New Estimates of Drug Development Costs" *Journal of Health Economics* 22: 325-330, 2003.

130.     Frank RG. "Government Commitment and Regulation of Prescription Drugs" *Health Affairs* 22(3):46-48, 2003.

131.     Hortivz-Lennon M, Normand SLT, Frank RG and Goldman HH. " Usual Care for Major Depression in the 1990's: Characteristics and Expert-Estimated Outcomes" *American J. Psychiatry,* 160(4):1-7, 2003.

132.     Frank RG, Huskamp HA, Pincus HA. "Aligning Incentives in the Treatment of Depression in Primary Care with Evidence-Based Practice" *Psychiatric Services*, 54(5):682-687, 2003.

133.     Barry CL, Gabel JR, Frank RG, Hawkins S, Whitmore HH, Pickreign JD.  "Design of Mental Health Insurance Coverage: Still Unequal After All These Years" *Health Affairs* 22(5): 127-137, 2003.

134.     Domino ME, Frank RG, Rosenheck R. "The Diffusion of New Antipsychotic Medications and Formulary Policy" *Schizophrenia Bulletin*, 29(1):95-104,  2003.

135.     Essock SM, Drake RE, Frank RG and McGuire TE.  "Randomized Controlled Trials in Evidence-Based Mental Health Care: Getting the Right Answer to the Right Question" *Schizophrenia Bulletin*, 29(1): 115-123, 2003.

136.    Huskamp HA, Deverka PA, Epstein AM, Epstein RS, McGuigan KA, and Frank RG.  "The Effect Of Incentive-Based Formularies On Prescription-Drug Utilization And Spending".  *New England Journal of Medicine*, 349(23): 2224-2232, 2003.

137.    Cubanski J., Frank R.G., Epstein A.M.  "Savings from Drug Discount Cards: Relief for Medicare Beneficiaries?"  *Health Affairs* (web exclusive) W4: 198-209, 2004.

138.    Busch AB, Frank RG, and Lehman AF. " The Effect Of A Managed Behavioral Health Care Carve-Out On Quality Of Care For Medicaid Patients Diagnosed As Having Schizophrenia" *Archives of General Psychiatry* 61:442-448, 2004

139.    Frank R.G., Berndt E.R., Busch A.B., Lehman A.F.  "Price Indexes for the Ongoing Treatment of Schizophrenia: n Exploratory Study" *Quarterly Review of Economics and Finance* 44(3):390-409, July 2004.

140.    Frank R.G., "Prescription Drug Prices" *New England Journal of Medicine*, 351(14):1375-1377, September 30, 2004.

141.    Frank R.G., and Hogan, M. "Commentary: Talbott and Financing Policy: Reducing Fragmentation" *Psychiatric Services*, 58(10): 1150-1152, 2004.


## BOOK CHAPTERS

1.    Welch WP, Frank RG and Diehr P.  "Healthcare Costs in Health Maintenance Organizations: Correcting for Self Selection," In Advances in Health Economics, Scheffler R and Rossiter L (Eds.), Greenwich, CT: JAI Press 1984, 95-128. (Refereed)

2.    Frank RG and Kamlet MS.  "Direct Costs and Expenditures of Mental Health Care 1980," In Mental Health U.S., Taube C (Ed.), Washington, DC: USGPO 1985, 95-99.

3.    Frank RG, Kamlet MS and Klepper S.  "The Impact of Occupational Exposure to Toxic Materials on Prevalence of Chronic Illness," In NCHS Conference on Records and Statistics Proceedings, Washington, DC: USGPO 1985, 59-63.

4.    Kamlet MS, Klepper S and Frank RG.  "Mixing Micro and Macro Data in the Analysis of Occupational Pollution on Health," In NCHS Conference on Records and Statistics Proceedings, Washington, DC: USGPO, 1985, 231-235.

5.    Steinwachs DM, Frank RG and Salkever DS.  "Episodes of Care for Medicare Beneficiaries: Linkage of Use and Charges Before and After a Hospital Admission," In NCHS Conference on Records and Statistics Proceedings, Washington, DC: USGPO 1985, 128-132.

6.    Frank RG, Lave JR and Goldman HH.  "Financing of Care for the Chronically Mentally Ill in the US: A Patchwork of Policies," In Cost Effective Care For the Chronically Mentally Ill, Schwefel (Ed.), Berlin: Springer-Verlag 1988, 76-87. (Refereed)

7.     Frank RG.  "Regulatory Responses to Information Deficiencies in the Market for Mental Health Services," In The Future of Mental Health Services Taube C, Mechanic D and Hohmann A, (Eds.), Washington, DC: USGPO 1989, 113-138.

8.     Lave JR and Frank RG.  "Hospital Supply Response to Prospective Payment as Measured by Length of Stay," In Advances in Health Economics and Health Services Research Rossiter L and Scheffler R (Eds.), Greenwich, CT: JAI Press 1990, 1-26. (Refereed)

9.     Frank RG, Salkever DS and Mitchell J.  "Market Forces and the Public Good: Competition Among Hospitals and Provision of Indigent Care," In Advances in Health Economics and Health Services Research Rossiter L and Scheffler R (Eds.), Greenwich, CT: JAI Press 1990, 159-183. (Refereed)

10.    Frank RG and Wong R.  "Empirical Considerations for Models of Female Labor Supply and Fertility in Developed Countries," In Research on Human Capital and Development Frank RG, Siragelden I and Sorkin A (Eds.), Greenwich CT: JAI Press 1990, 3-16. (Refereed)

11.    Goldman HH and Frank RG.  "Division of Responsibility Among Payers," In Mental Health Policy for Older Americans Fogel G, Gottlieb G and Furino A (Eds.), Washington, DC: American Psychiatric Press, Inc. 1990, 85-95.

12.    Frank RG, Lave JR, Taube CA, et al.  "The Impact of Medicare's Prospective Payment System on Psychiatric Patients Treated in Scatterbeds," In Advances in Health Economics Health Services Research Scheffler R and McGuire TG (Eds.), Greenwich: JAI Press 1987, 1-21. (Refereed)

13.    Frank RG and Lave JR.  "Economic Aspects of Managed Mental Health Care," In Managed Mental Health Services Feldman S (Ed.), San Francisco: Charles C. Thomas, 1991, 83-101.

14.    Frank RG and Gaynor M.  "Incentives in Intergovernmental Transfers: Mental Health Services in the US," In Public Finance with Several Levels of Government Prud'homme R (Ed.), 1991.

15.    Frank RG.  "Economic Aspects of Litigation for Harm Due to Lead Poisoning," In Lead and Human Health Needleman H (Ed.), Chicago: CRC Press 1991.

16.    Frank RG and Dewa C.  "Towards a Research Agenda on the Economics of Mental Health Care for Children and Adolescents," In A System of Care for Children's Mental Health Algarin A and Freidman R (Eds.), Tampa: Florida Mental Health Institute 1991.

17.    Salkever DS and Frank RG.  "The Role of Nonprofit Firms in the Health Sector," In Who Benefits: The Distributional Consequences of the Nonprofit Sector Clofelter C (Ed.) Chicago: University of Chicago Press 1992. (Refereed)

18.    Frank RG.  "Economics Aspects of Investments in Prevention of Mental Disorder in Children and Adolescents," In Proceedings of the NIMH Conference of Financing of Children's Mental Health Services Washington, DC: USGPO 1992,

19.     Goldman HH and Frank RG.  "Organization and Financing Care for the Chronically Mentally Ill in the United States," In <u>Mental Health Services in the United States and England: Struggling for Change</u>, Fransen VE (Ed.), Princeton, NJ: Robert Wood Johnson Foundation 1991, 47-54.

20.     Davis K and Frank RG.  "Integrating Cost and Outcomes," In <u>Evaluating Children's Mental Health Services: Methodological Issues</u> Bickman L and Rog D (Eds.), San Francisco: Jossey-Bass 1992.

21.     Frank RG and Salkever DS.  "Do Public Mental Hospitals Crowd-Out Care for Indigent Psychiatric Patients in Non-profit General Hospitals?" In <u>Economics and Mental Health</u> Frank RG and Manning WG (Eds.), Baltimore: Johns Hopkins University Press 1992 (Refereed).

22.     Frank RG and Gaynor MS.  "Determinants of the Organization of Public Mental Health Systems," In <u>Advances in Health Economics and Health Services Research</u> Hu TWand Rupp A (Eds.), Greenwich CT: JAI Press 1993, 181-196.

23.     Frank RG.  "Cost-Benefit Evaluations in Mental Health: Implications for Financing Policy," In <u>Advances in Health Economics and Health Services Research</u> Hu TW and Rupp A (Eds.), Greenwich CT: JAI Press 1993, 1-16.

24.     Frank RG, Goldman HH, McGuire TG.  "Insuring Severe Mental Disorders: A Comparison of Approaches," In <u>The Economics of Schizophrenia</u> Moscarelli M (Ed.), New York: Wiley and Sons 1996.

25.     Goldman HH, Frank RG and McGuire TG.  "Mental Health and Long-term Care," In <u>Critical Issues in U.S. Health Care Reform</u> Ginzberg E (Ed.), Boulder, CO: Westview Press 1994.

26.     Frank RG and McGuire TG.  "Health Reform and Financing of Mental Health Services: Distributional Consequences," In <u>Mental Health U.S.</u> Manderscheid R (Ed.), Washington: USGPO 1994.

27.     Frank RG and McGuire TG.  "An Introduction to the Economics of Mental Health Payment Systems," In <u>Mental Health Services: A Public Health Perspective</u> Levin BL and Petrila J (Eds.), Oxford UK: Oxford University Press 1995.

28.     Frank RG and McGuire TG.  "Federal Health Financing Reform and State Mental Health Policy," In <u>Health Care Reform and the States</u> White W and Rich R (Eds.), 1996.

29.     Spencer C, Frank RG and McGuire TG.  "How Should the Profit Motive be used in Managed Care," In <u>Controversies in Managed Mental Health Care</u> Lazarus A (Ed.), Washington: APA Press, 1996.

30.     Frank RG and McGuire TG.  "Managing Care for Individuals with Severe Mental Illness," In <u>Strategic Choices for a Changing Health Care System</u> Altman S and Reinhart U (Eds.), Health Administration Press, 1996.

31.     Salkever DS and Frank RG.  "Economic Issues in Vaccine Purchase Agreements," In Supplying Vaccine: A Economic Analysis of Critical Issues Pauly M (Ed.), IOS Press, 1996.

32.     Spencer CS and Frank RG.  "The Cost of Residential Schools for Children with Severe Emotional Disturbance," In Proceedings Conference on Children's Mental Health Services Friedman R (Ed.), Tampa: University of South Florida, 1996.

33.     Frank RG, McGuire TG, Notman EH, and Woodward RM.  "Developments in Medicaid Behavioral Health Care," In Mental Health U.S. 1996 Manderscheid R and Sonnerscheid MA (Eds.), Washington: USGPO, 1996.

34.     Frank RG and McGuire TG.  "The Economics of Behavioral Health Carve-Outs," In New Directions for Mental Health Care Mechanic D (Ed.), San Francisco: Jossey-Bass Inc., 78:41-47, 1998.

35.     Frank RG.  "Comments on Chapter 2," In Growth in Disability Benefits, Explanations and Policy Implications Rupp K and Stapleton DC (Eds.), Kalamazoo, MI: W.E. Upjohn Institute for Employment Research, 103-108, 1998.

36.     Ettner SL and Frank RG.  "The Use of Risk Adjustment to Set Capitation Rates," In Mental Health U.S. 1998 Manderscheid R and Henderson M (Eds.), Washington: USGPO, 1998.

37.     Frank RG, Berndt E, Busch SH.  "Price Indexes for the Treatment of Depression," In Measuring the Prices of Medical Treatment Triplett JE (Ed.) Washington: Brookings Institution Press, 1999.

38.     Frank RG and McGuire TG. "Pricing Psychotherapy," In Cost-Effectiveness of Psychotherapy Miller NE and Magruder K (Eds.), New York: Oxford University Press, 1999.

39.     Frank RG and Salkever DS.  "Market Forces, Diversification of Activity, and the Mission of Not-for-Profit Hospitals," In The Changing Hospital Industry Cutler DM (Ed.), Chicago: University of Chicago Press for the National Bureau of Economic Research, 2000.

40.     Frank RG and McGuire TG.  "Economics and Mental Health," In Handbook of Health Economics Newhouse JP and Cuyler A (Eds.), Amsterdam: North Holland, 2000.

41.     Berndt ER, Cutler DM, Frank RG, Griliches Z, Newhouse JP, and Triplett JE.  "Price Indexes for Medical Care Goods and Services." In Handbook of Health Economics Newhouse JP and Cuyler A (Eds.), Amsterdam: North Holland, 2000.

42.     Lave JR and Frank RG.  "Incorporating Cost-Effectiveness Analyses into Clinical Trials," In Biostatistics in Clinical Trials Redmond CK and Colton T (Eds.), Chichester: John Wiley and Sons, Ltd., 2001.

43.     Frank RG, "A Comment on Phillipson and Lakawalla," In Medical Output and Productivity Berndt ER and Cutler DM (Eds.), Chicago: University of Chicago Press for the National Bureau of Economic Research, 2001.

44.     Berndt ER, Busch SH, and Frank RG.  "Price Indexes for Acute Phase Treatment of Depression," In Medical Output and Productivity Cutler DM and Berndt ER (Eds.), Chicago: University of Chicago Press for the National Bureau of Economic Research, 2001.

45.     Busch SH, Berndt ER and Frank RG. "Creating Price Indexes for Measuring Productivity in Mental Health Care," In Frontiers of Health Policy Garber A (Ed.), Chicago: University of Chicago Press for the National Bureau of Economic Research, Vol. 4, 2001.

46.     Frank RG and McGuire TG. " The Mental Health Economic and Mental Health Economics", In Mental Health United States 2000 Manderscheid R and Henderson M (Eds.) Washington, D.C.: USGPO, 2001.

47.     Frank RG, and McGuire TG. "Setting Payments in the Ticket to Work Program: Applying Experience from Capitation Payments in Health Insurance" In Paying for Results in Vocational Rehabilitation Rupp K. and Bell SH. (Eds.) Washington, D.C.: Urban Institute Press; 2003.

48.     Frank RG, Lave J.  "Economics" In Managed Behavioral Health Services Feldmen S, (Ed.) Springfield, IL, Charles C Thomas Publisher; 2003.

49.     Rosenthal MB, Berndt ER, Donohue JM, Epstein AM and Frank RG.  "Demand Effects of Recent Changes in Prescription Drug Promotion" In Frontiers in Health Policy Research Culter D. and Garber A (Eds.) Cambridge: MIT Press vol. 6, 2003.

50.     Mrazek M, and Frank RG.  "The Off-Patent Pharmaceutical Market" in Regulating Pharmaceuticals in Europe: Striving for Efficiency, Equity and Quality Mossialos E ,Mrazek M, and Walley T. (Eds.)Berkshire, UK: Open University Press; 2004.

51.     Conti RM, Frank RG, and McGuire TG. "Insuring Mental Health Care in the Age of Managed Care" in Mental Health Services Levin B, Petrila J and Hennessy KD. (Eds.) Oxford University Press, 2nd Edition, 2004.

52.     Frank RG, "Behavioral Economics and Health Economics" in Economic Institutions and Behavioral Economics Diamond P, and Vartiainen H. (Eds.) Princeton: Princeton University Press (In Press)

## BOOK REVIEWS

1.     Frank RG.  "Professionalism and the Public Interest," *Journal of Health Politics Policy and Law* (Book Review), 7(3):746-748, Fall 1982.

2.     Frank RG.  "Medical Costs, Moral Choices," *Journal of Health Politics Policy and Law* (Book Review), 9(3):529-532, Fall 1984.

3.     Frank RG.  "Mental Health and National Health Insurance," *Journal of Health Politics Policy and Law* (Book Review), 10(1):195-197, Spring 1985.

4.     Frank RG.  "Is Prevention Better Than Cure?" *Journal of Economic Literature* (Book Review), 24(4):1851-52, December 1986.

5.     Frank RG.  "Review Essay, Measuring the Economics of Health," *Journal of Health Politics Policy and Law* (Book Review), 21(3), 1996.


## OP ED

1.     "Avenging the Health Care Consumer" NPR Marketplace, November 8, 2004.

## REFEREED LETTERS

1.     Frank RG.  "Economics and Mental Health Services," *American Psychologist*, 36(6):692-693, 1981.

2.     Needleman HL and Frank RG.  "Letter on Lead Screening Cost Effectiveness," *New England Journal of Medicine*, 1269-70, November 11,1982.

3.     Frank RG.  "Letter on Cost Effectiveness of Clozapine," *Hospital and Community Psychiatry*, 42(1):92, 1991.

4.     Frank RG, Koyanagi C, McGuire TG.  "Mental Health Parity: The Authors Respond," *Health Affairs*, 16(6):257-258, 1997.

5.     Frank RG, Goldman HH and McGuire T. Will Parity in Coverage Result in Better Mental Health Care? *New England Journal of Medicine*, 346:1030, 2002.


## MONOGRAPHS

1.     Frank RG and McGuire TG.  A Review of Demand and Utilization of Specialty Mental Health Services American Psychiatric Association Press, Washington, DC 1984.

2.     Frank RG (Guest Editor with Scheffler, R.M.)  Special Issue, *Inquiry* 26(2), Summer 1989.

3.     Siragelden I, Sorkin A, Frank RG. (Editors)  Research on Human Capital and Development, JAI Press, Greenwich, CT 1990.

4.     Frank RG and Manning WG. (Editors)  Economics and Mental Health, Johns Hopkins University Press, Baltimore, MD 1992.

5.     Frank RG, McGuire TG and Goldman HH.  Buying in the Public Interest, Bazelon Center for Mental Health Law, Washington, DC 1996.

6.     Edmunds M, Frank RG, Hogan M, et al.  Managing Managed Care: Quality Improvement in Behavioral Health, Institute of Medicine, National Academy Press, Washington, DC, 1996.

7.    Frank RG, Morlock LL.  Managing Fragmented Public Mental Health Services, Milbank
      Memorial Fund: New York, NY, 1997.

8.    Frank RG, Berndt ER, Donohue J, Epstein AE, Rosenthal M, Trends in Direct-to-Consumer
      Advertising of Prescription Drugs, Kaiser Family Foundation, Menlo Park, CA February 2002.

### GRANTS RECEIVED (PI or Co-PI Only)

1979   *The Impact of Licensing Laws and Insurance Reimbursement Provisions on Mental Health
       Delivery,* Co-Principal Investigator with TG. McGuire and A. Klevroick
       Source:  Foundations' Fund for Research in Psychiatry

1981   *A Study of Production and Cost in Mental Hospitals Using the Economics of the Multiproduct
       Firm*
       Source:  National Institute of Mental Health

1982   *A Critical Review of the Literature of Utilization and Demand for Mental Health Services*
       Source:  American Psychiatric Association

1983   *HMO Costs: A National Sample*
       Co-Principal Investigator with WP. Welch
       Source:  NCHSR

1983   *Health Econometric Methods for Multimedia Pollutants*
       Co-Principal Investigator with HL. Needleman, M. Grossman, D. Coate, F. Goldman, M. Kamlet
       Source:  Environmental Protection Agency

1983   *The Economic Consequences of Low Level Lead Exposure*
       Co-Principal Investigator with HL. Needleman
       Source:  Environmental Protection Agency

1984   *Medicaid Financing Policy*
       Biomedical Science Research Grant
       Source:  NIH/Johns Hopkins University

1986   *Medicaid Financing of Psychiatric Patients*
       Co-Principal Investigator with JR. Lave
       Source:  NIMH

1986   New Investigator Research Award
       Source:  National Institute of Mental Health

1986   *Financing Prenatal Care for the Poor and Uninsured*
       Principal Investigator with D. Strobino and D. Salkever

1986   *Hospital Services for the Poor and Uninsured*
       Co-Principal Investigator with D. Salkever, Principal Investigator

Source:  NCHSR

1987   *Assistant Director Center for Organization and Financing of the SMI*
       Co-Investigator with D. Steinwachs, Principal Investigator
       Source:  NIMH

1988   *First Research Award*
       Source:  National Institute of Mental Health

1989   *A Randomized Evaluation of COSTAR Source*
       Principal Investigator with W. Breakey
       Source: Kaiser Family Foundation

1990   *The Role of Nonprofit Providers: Policy Impacts*
       Co-Principal Investigator with D. Salkever, Principal Investigator
       Source:  NIAAA

1991   *Public Financing Structures in Mental Health*
       Source:  Robert Wood Johnson Foundation

1992   *State Mental Health Policy Studies*
       Co-Principal Investigator with TG. McGuire, Principal Investigator
       Source:  NIMH

1992   *Schizophrenia PORT*
       Task Leader & Co-Principal Investigator with T. Lehman, Principal Investigator
       Source:  AHCPR

1993   *Market for Residential and Day Treatment*
       Source:  NIMH

1994   *Reforming Mental Health/Substance Abuse Care*
       Source:  Robert Wood Johnson Foundation

1994   *Risk Adjustment for Mental Health and Substance Abuse*
       Source:  HCFA

1995   *Brandeis-Harvard University Center on Managed Care and Drug Abuse*
       Co-Principal Investigator
       Source:  NIDA

1995   *Sloan-Harvard Center on Managed Care*
       Deputy Director
       Source:  Sloan Foundation

1997   *Measuring Systems Cost Effectiveness for Depression*
       Principal Investigator
       Source:  MacArthur Foundation

1997   *Management Incentives and Therapeutic Choice in Behavioral Health Care*
Principal Investigator
Source:  Lilly

1998   *Organizational Factors and Financial Incentive within Physician Groups*
Co-Principal Investigator
Source:  California HealthCare Foundation

1999   *Analysis of the Department of Veterans Affairs National Formulary*
Principal Investigator
Source: IOM

2000   *Price Index for Mental Health Treatments*
Principal Investigator
Source: NIMH

2000   *Primary Care Treatment of Depression*
Principal Investigator
Source: Robert Wood Johnson Foundation

2001   *Direct to Consumer Advertising of Prescription Drugs*
Principal Investigator
Source: Kaiser Family Foundation

2001   *Evaluation of Three Tiered Formularies*
Principal Investigator
Source: Robert Wood Johnson Foundation

2002   *An Analysis of Prescription Drug discount Cards*
Principal Investigator
Source: Kaiser Family Foundation

2003   *Tracking Performance in Mental Health Policy*
Co-Principal Investigator (with Sherry Glied)
Source: MacArthur Foundation

2004   *Economic Impacts of New Drugs*
Principal Investigator
Source: NIMH

2004   *Social Insurance and Mental Health*
Principal Investigator
Source: MacArthur Foundation

## EDITORIAL ACTIVITIES

Co-Editor, Journal of Health Economics
Editorial Board, Health Services Research (1997-2003)
Editorial Board, Journal of Mental Health Policy and Economics
Editorial Board, Health Affairs
Column Editor, Harvard Review of Psychiatry
Contributing Editor, Administration and Policy in Mental Health
Referee, Alcoholism: Clinical and Experimental Research
Referee, American Economic Review
Referee, American Journal of Epidemiology
Referee, American Journal of Psychiatry
Referee, American Journal of Public Health
Referee, Cambridge University Press
Referee, Canadian Journal of Economics
Referee, Duke University Press
Referee, Economic Inquiry
Referee, Family Planning Perspectives
Referee, Health Policy Quarterly
Referee, Health Services Research
Referee, Hospital and Community Psychiatry
Referee, Inquiry
Referee, JAMA
Referee, Johns Hopkins Press
Referee, Journal of Behavioral Toxicology
Referee, Journal of Health Policy
Referee, Journal of Health Politics, Policy and Law
Referee, Journal of Human Resources
Referee, Journal of the American Statistical Association
Referee, Medical Care
Referee, Millbank Memorial Fund Quarterly
Referee, Psychological Bulletin
Referee, Public Finance Quarterly
Referee, Rand Journal of Economics
Referee, Review of Economics and Statistics
Referee, Social Science and Medicine
Referee, Southern Economic Journal

## CONSULTATIONS AND SERVICE

Co-Chair:  Fourth and Fifth Biennial NIMH Conferences on the Economics of Mental Health

Co-Chair:  State of Maryland, Mental Health Mandate Review Panel, 1990 - 91

Member:  NIMH Panel on Services Research Priorities for the Severely Mentally Ill

Member:  American Psychiatric Association, Committee on the Future of Financing of Mental Health
Services

Member:  Governor's Committee on the Uninsured, 1988 - 91

Member:  Technical Advisory Panel, RWJ/HCFO Initiative, 1988 - 92

Member:  Executive Committee, Health Economics Committee APHA, Medical Care Section, 1990 - 92

Member:  OTA Panel on Defensive Medicine, 1992 - 93

Member:  Advisory Panel, Southeastern Rural Mental Health Research Center, 1993 - 1995

Member:  NIAAA Panel on Effectiveness Research, 1994 - 96

Member:  Institute of Medicine, Committee on Accreditation of MBHC, 1996

Member:  Board on Neuroscience and Behavioral Health, Institute of Medicine, 1998 - Present

Contract Reviewer:  National Institute of Mental Health

Contract Reviewer:  HCFA

Reviewer:  USGAO

Grant Review Consultant:  National Institute of Mental Health

Member Interventions IRG: NIMH 1999-present

Consultant:  Veterans Administration: Health Services Research Grants Program

Consultant:  Carter Center - Emory University

Consultant:  American Psychiatric Association

Consultant:  American Psychological Association

Consultant:  State of Massachusetts Medicaid Program

Consultant:  State of Ohio Department of Mental Health

Consultant:  City of New York Office of Mental Health

## TEACHING

Courses Taught:
Microeconomic Models in Public Health Economics
Empirical Basis of Mental Health Policy
Intermediate Microeconomic Theory
Health Economics
Public Finance

Mathematical Methods in Public Health Economics
Introduction to Health Care Policy

Co-Director, Mental Health Policy Training Program (Harvard), 1994 - Present

Co-Director OR/Economics and Mental Health Training Program (Johns Hopkins), 1986-1990

Principal Investigator of Economics and Mental Health Training Program (Johns Hopkins), 1991-1994

Director, MHS Program in Health Finance and Management (Johns Hopkins), 1985-1987


### ACADEMIC RESPONSIBILITIES

Committee on Higher Degrees in Health Policy
University Benefits Committee
Standing Committee on Conflict of Interest

### SELECTED PRESENTATIONS

*Seminars and Invited Lectureships*

Production Functions for Inpatient Mental Health Care (World Congress on Health Economics), September 1980 with L. Kessler, Leyden, Holland.

The Shrinking of State Mental Hospital Systems (Public Choice Society), March 1981 with W. P. Welch, New Orleans, LA.

Pricing and Location of Physician Services in Mental Health (Atlantic Economic Association), August 1981, London, England.

Multi Product Production and Cost Function for Mental Hospitals (American Public Health Association), November 1982 with W. P. Welch, Montreal, Canada.

Mental Health, Social Costs and Primary Prevention (Invited Paper, World Federation for Mental Health), July 1983, Washington, DC.

Demand and Utilization of Mental Health Services: A Review of the Evidence (American Public Health Association), November 1983, Dallas, TX.

Keynote Speaker (Annual Meeting Pennsylvania Psychiatric Society), October 1984.

The Effect of Benefit Design on the Length of Stay of Medicaid Psychiatric Patients (NIMH Conference on the Economics of Mental Health), October 1984 with J.R. Lave, Berkeley, CA.

Sorting Out the Competitive Effects of HMOs (American Economic Association Meetings), December 1984 with W.P. Welch, Dallas, TX.

Evaluating the Costs of Chronic Mental Disabilities (Conference on the Economics of Disability), April 1985 with H.H. Goldman, Washington, DC.

Keynote Address (New Hampshire State Legislature Conference on Mandated Mental Health Insurance Benefits), January 1986, Concord, NH.

The Impact of PPS on Psychiatric Patients Treated in Scatterbeds (Conference on the Economics of Mental Health), July 1986, Andover, MA.

Economic Rents Derived from Hospital Privileges in the Market for Podiatric Services (MIT/Harvard Health Economics Seminar), April 1987, Cambridge, MA.

Regulatory Responses to Information Deficiency in the Market for Mental Health Services (Invited, Paper Conference on the Future of Mental Health Services).

Provider Choice for the Treatment of Mental Disorder: The Impact of Health and Mental Health Status (Association for Health Services Research), June 1987.

A Review of Research on PPS (Presentation to NIMH Review Panel on Prospective Payment Research), June 1987.

Economic Aspects of Investments in Prevention of Mental Disorders in Children and Adolescents (NIMH Conference on Financing of Mental Health Services for Children and Adolescents), February 1988.

Provider Response to Payment Methods for Psychiatric Patients (Rutgers University, Center on Organization and Financing of Care for the SMI), April 1989.

Pure Versus Impure Altruism in the Non-Profit Firm's Supply of Charity Care (RAND Conference on Health Economics), March 1990.

Pricing, Patent Loss and the Market for Pharmaceuticals (Conference on Government Policies and Pharmaceutical R&D Policy: Sponsored by OTA and UC-Santa Barbara) September 1990 with David Salkever.

Financing Structures in the RWJ/HUD Program for the Chronically Mentally Ill (APHA Annual Meeting), October 1990, New York, NY.

The Health Sector (Conference on Distributional Impacts of the Nonprofit Sector, Duke University), November 1990, Durham, NC.

Government, Markets and Madness: Public Financing of Mental Health Care (Dean's Lecture, Johns Hopkins University) December 1991, Baltimore, MD.

All-Payer Price Setting in Maryland: Confessions of a Skeptical Regulator (Harvard Medical School), Spring 1992, Boston, MA.

A Model Mental Health Insurance Plan (Annual Conference of NAMI), August 1992, Washington, DC.

Public Financing of Mental Health Care in a Multi-level, Multi-agency Environment (NATO Advanced Research Workshop), September 1993, II Ciocco, Italy.

The Uninsured and Mental Health Coverage: Implications for Health Reform (7th Biennial Conference on the Economics of Mental Health), September 1994.

Economics and the New Market for Mental Health Care (Plenary Address to NIMH Conference on Services Research), 1995

Brand Name Pricing of Drugs in Response to Generic Entry (2nd Biennial Conference on I-O and Health), September 1995, Boston, MA.

Key Note Address (12th Annual Rosalynn Carter Symposium on Mental Health Policy), November 1996, Atlanta, GA.

Constructing Quality-Adjusted Producer and Consumer Price Indexes for the Treatment of Acute Phase Depression: An Exploratory Analysis (NBER Summer Institute), July 1997, Cambridge, MA.

Price Indexes for Depression (University of Pittsburgh - Carnegie Mellon University Applied Microeconomics Workshop), March 1998, Pittsburgh, PA.

Expenditures, Productivity, and Cost Effectiveness (Carl A. Taube Award Address, APHA), November 1998, Washington, DC.

Parity for Mental Health (American Enterprise Institute), December 1999, Washington, DC.

Economic Issues and Parity Within the FEHBP (RWJF/OPM Conference on Parity), June 2000, Washington, DC.

Price Indexes for Depression (Department of Economics, Columbia University), December 2000, New York, NY.

The Economics of Direct to Consumer Advertising of Prescription Drugs (ASPE Conference on DTCA), June 2001

Measuring Productivity in Treatment of Depression (Grand Rounds Department of Psychiatry, University of Connecticut) May 2002.

Invited Lecture: An Assessment of Managed Behavioral Health Care (American Psychiatric Association Fall Meeting) October 2002.

Measuring Value in Mental Health (Grand Rounds, Department of Psychiatry University of Maryland) May 2003.

The Economics of Direct to Consumer Advertising of Prescription Drugs: Lessons from the American Experience (Graduation Lecture, Program in Health Economics and Management University of Lausanne, Switzerland) May 2003.

A Price Index for Treatment of Schizophrenia Interpretation (Health Economics Association San Francisco) June 2003.

Social Costs of Addictive Disorder and Economic Benefits from Treatment (Invited Lecture, International Council on Alcohol and Addicts) October 2003, Toronto, Canada.

Behavioral Economics and Health Economics (50th Anniversary Conference of the Yro Jahnsson Foundation) Helsinki Finland, June 2004.

Parity in Private Health Insurance for Mental Health Care (Fredric G. Corneel Lecture) McLean Hospital, November 2004.

## LEGISLATIVE TESTIMONY

New York State Assembly Bill A65 09: "Economic Issues Surrounding the Recognition of Psychologists Under Worker's Compensation," Prepared supporting material for New York State Assembly Bill (May 1981).

Pennsylvania H.B. 665: "Mandated Availability of Coverage for Mental Health Services in Private Insurance: Some Economic Issues," Testimony Before Pennsylvania House of Representatives Committee on Insurance (December 1981).

Pennsylvania H.B. 1132: Mandated Coverage of Alcohol Drug Abuse and Mental Health Services," Testimony Before House Committee on Insurance (August 1983).

Virginia Legislature: "Mandated Mental Health Benefits," Prepared supporting material for Virginia Legislature (Winter 1989 and Fall 1990).

"Economic Issues and the Provision of Child Mental Health Services," Testimony Presented at National Hearing on Mental Health in America, Los Angeles, CA (October 1990).

Virginia Legislature: "Mandated Mental Health Benefits: Flexibility," Testimony Before Virginia Legislature (July 1992).

Congressional Briefing for House Mental Health Study Group, U.S. House of Representatives (October 1993).

Senate Committee on Labor and Human Resources, Hearings on Mental Health and Health Reform (November 8, 1993).

Senate Committee on Labor and Human Resources, Hearings on Parity for Substance Abuse Coverage, (July 28, 1998).

## MEMBERSHIP IN PROFESSIONAL SOCIETIES

American Economic Association
Association for Health Services Research
American Public Health Association
International Health Economics Association