UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>ALL CLASS ACTIONS | CIVIL ACTION NOS.<br>01-12257-PBS<br>MDL NO. 1456 |

## ORDER

**SARIS, U.S.D.J.**                                        December 14, 2004

All counsel of record in this action are ORDERED to register with the U.S. District Court's CM/ECF program by January 3, 2005, for receipt of communication from this Court via electronic noticing. For information as to how to register, check the Court's web site at http://www.mad.uscourts.gov/CaseInfo/CM_ECF.htm. Please note that the estimated time from registration to issuance of login and password is approximately three weeks.

/s/ Patti B. Saris
Patti B. Saris
United States District Judge

Copies to: All Counsel