UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) THIS DOCUMENT RELATES TO: ) State of California, *et al.* v. Abbott Laboratories, *et al.*) CASE #: 1:03-cv-11226-PBS ) ) | MDL No. 1456 Master File No. 01-12257-PBS Judge Patti B. Saris |

## NOTICE OF APPEARANCE FOR PLAINTIFF STATE OF CALIFORNIA, ADMISSION *PRO HAC VICE*

The following submissions for admission *pro hac vice* are being made pursuant to the Case Management Order No. 1 signed by the Honorable Patti B. Saris, referencing the above case, Page 8, Section V. Admission of Attorneys, paragraph 16:

> "Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee."

Attached is the Certificate of Good Standing from the United States District Court, Southern District of California along with the Certificate of Good Standing from the California State Bar for California Deputy Attorney General:

> Eliseo Z. Sisneros
> Deputy Attorney General
> California Bureau of Medi-Cal Fraud and Elder Abuse
> 1455 Frazee Road, Ste. 315
> San Diego, CA 92108
> Tel:    (619) 688-6043
> Fax:    (619) 688-4200

Also enclosed please find a check in the amount of $50.00 for admission *pro hac vice*.

Dated: December 21, 2004.	Respectfully submitted,

	BILL LOCKYER
	Attorney General for the State of California

By: _____
	Eliseo Z. Sisneros
	Deputy Attorney General
	Bureau of Medi-Cal Fraud & Elder Abuse
	1455 Frazee Rd., Ste. 315
	San Diego, CA  92108
	Tel:  (619) 688-6043
	Fax: (619) 688-4200
	e-mail:  Eliseo.Sisneros@doj.ca.gov

	Attorneys for the Plaintiff, State of California

## CERTIFICATE OF SERVICE

I, Eliseo Z. Sisneros, hereby certify that on December 20, 2004, I caused a true and correct copy of the foregoing, **NOTICE OF APPEARANCE FOR PLAINTIFF STATE OF CALIFORNIA ADMISSION *PRO HAC VICE*** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to Verilaw Technologies for posting and notification to all parties.

Dated: December 21, 2004.

Eliseo Z. Sisneros
Deputy Attorney General
Office of the Attorney General
California Bureau of Medi-Cal Fraud & Elder Abuse