UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION  ) ) ) ) | MDL No. 1456 Master File No. 01-12257-PBS  Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ) State of California, *et al.* v. Abbott Laboratories, *et al.*) CASE #: 1:03-cv-11226-PBS ) ) |  |

### NOTICE OF APPEARANCE FOR PLAINTIFF STATE OF CALIFORNIA, ADMISSION *PRO HAC VICE*

The following submissions for admission *pro hac vice* are being made pursuant to the Case Management Order No. 1 signed by the Honorable Patti B. Saris, referencing the above case, Page 8, Section V. Admission of Attorneys, paragraph 16:

> "Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee."

Attached is the Certificate of Good Standing from the United States District Court, Southern District of California along with the Certificate of Good Standing from the California State Bar for California Deputy Attorney General:

> Eliseo Z. Sisneros
> Deputy Attorney General
> California Bureau of Medi-Cal Fraud and Elder Abuse
> 1455 Frazee Road, Ste. 315
> San Diego, CA 92108
> Tel:   (619) 688-6043
> Fax:   (619) 688-4200

1

Also enclosed please find a check in the amount of $50.00 for admission *pro hac vice*.

Dated: December 21, 2004.                Respectfully submitted,

                                         BILL LOCKYER
                                         Attorney General for the State of California

                                         By: _____
                                         Eliseo Z. Sisneros
                                         Deputy Attorney General
                                         Bureau of Medi-Cal Fraud & Elder Abuse
                                         1455 Frazee Rd., Ste. 315
                                         San Diego, CA  92108
                                         Tel:  (619) 688-6043
                                         Fax:  (619) 688-4200
                                         e-mail:  Eliseo.Sisneros@doj.ca.gov

                                         Attorneys for the Plaintiff, State of California

## CERTIFICATE OF SERVICE

I, Eliseo Z. Sisneros, hereby certify that on December 21, 2004, I caused a true and correct copy of the foregoing, **NOTICE OF APPEARANCE FOR PLAINTIFF STATE OF CALIFORNIA ADMISSION *PRO HAC VICE*** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to Verilaw Technologies for posting and notification to all parties.

Dated: December 21, 2004.

Eliseo Z. Sisneros
Deputy Attorney General
Office of the Attorney General
California Bureau of Medi-Cal Fraud & Elder Abuse

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA        } ss.

    I, W. Samuel Hamrick, Jr., Clerk of the United States District Court for the Southern District of California,

    DO HEREBY CERTIFY That Eliseo Z. Sisneros was duly admitted to practice in said Court on December 1, 1981, and is in good standing as a member of the bar of said Court

Dated at San Diego, CA            W. SAMUEL HAMRICK, JR.
                                                  Clerk

on December 1, 2004          By    M Stottlemyer ,
                                                        Deputy Clerk



# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

December 9, 2004

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ELISEO ZAMORA SISNEROS was admitted to the practice of law in this state by the Supreme Court of California on December 1, 1981; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Custodian of Membership Records