## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>**State of California,** *et al.* **v. Abbott Laboratories,** *et al.*)<br>**CASE #: 1:03-cv-11226-PBS** | **MDL No. 1456**<br>**Master File No. 01-12257-PBS**<br><br>**Judge Patti B. Saris** |

## NOTICE OF APPEARANCE FOR PLAINTIFF STATE OF CALIFORNIA, ADMISSION *PRO HAC VICE*

The following submissions for admission *pro hac vice* are being made pursuant to the

Case Management Order No. 1 signed by the Honorable Patti B. Saris, referencing the above case,

Page 8, Section V. Admission of Attorneys, paragraph 16:

> "Each attorney not a member of the Bar of this Court who is acting as
> counsel for a Plaintiff or Defendant herein and who is in good standing
> in any district court of the United States shall be deemed admitted *pro
> hac vice* to practice before this Court in connection with this action
> upon payment of the appropriate filing fee."

Attached is a Certificate of Good Standing from the United States District Court, Southern

District of California along with a Certificate of Good Standing from the California State Bar for

California Deputy Attorney General:

> Siobhan A. Franklin
> Deputy Attorney General
> California Bureau of Medi-Cal Fraud and Elder Abuse
> 1455 Frazee Road, Ste. 315
> San Diego, CA 92108
> Tel:    (619) 688-6071
> Fax:    (619) 688-4200

Also enclosed please find a check in the amount of $50.00 for admission *pro hac vice*.

Dated: December 21, 2004.                    Respectfully submitted,

                                             BILL LOCKYER
                                             Attorney General for the State of California

                                             By: _____
                                                 Siobhan A. Franklin
                                                 Deputy Attorney General
                                                 Bureau of Medi-Cal Fraud & Elder Abuse
                                                 1455 Frazee Rd., Ste. 315
                                                 San Diego, CA  92108
                                                 Tel:  (619) 688-6071
                                                 Fax:  (619) 688-4200
                                                 e-mail:  Siobhan.Franklin@doj.ca.gov

                                             Attorneys for the Plaintiff, State of California

2

## CERTIFICATE OF SERVICE

I, Siobhan A. Franklin, hereby certify that on December 21, 2004, I caused a true and

correct copy of the foregoing, **NOTICE OF APPEARANCE FOR PLAINTIFF STATE OF**

**CALIFORNIA ADMISSION *PRO HAC VICE*** to be served on all counsel of record via

electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy

to Verilaw Technologies for posting and notification to all parties.

Dated: December 21, 2004.

                           Siobhan A. Franklin
                           Deputy Attorney General
                           Office of the Attorney General
                           California Bureau of Medi-Cal Fraud & Elder Abuse

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA } ss.

    I, W. Samuel Hamrick, Jr., Clerk of the United States District Court for the

Southern District of California,

    DO HEREBY CERTIFY That Siobhan Anne Franklin was duly admitted to practice in

said Court on December 9, 1994, and is in good standing as a member of the bar of said Court

Dated at  San Diego, CA         W. SAMUEL HAMRICK, JR.
                                        Clerk

on December 1, 2004        By   M Stottlemyer _____ ,
                                   Deputy Clerk



**THE**
**STATE BAR**
**OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

December 9, 2004

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SIOBHAN ANNE
FRANKLIN was admitted to the practice of law in this state by the Supreme Court
of California on December 9, 1994; and has been since that date, and is at date
hereof, an ACTIVE member of the State Bar of California; and that no
recommendation for discipline for professional or other misconduct has ever been
made by the Board of Governors or a Disciplinary Board to the Supreme Court of the
State of California.

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Custodian of Membership Records