UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>C.A. NO. 01-CV-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*County of Suffolk v. Abbot Laboratories, Inc., et al.*, E.D. NY No. 03-229 | |

### SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, defendant Biogen, Inc. ("Biogen"), hereby submits its supplemental corporate disclosure statement:

1. Biogen has changed its name to Biogen Idec MA Inc.

2. Biogen Idec MA Inc. is wholly-owned by Biogen Idec Inc. which is a public company.

        Respectfully submitted,
        Biogen Idec MA Inc.

        By its attorneys,

        /S/ Debra Squires-Lee_____
        William F. Lee (BBO #291960)
        James C. Burling (BBO #065960)
        Debra Squires-Lee (BBO #633619)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA  02109
        (617) 526-6000

Dated:  December 22, 2004

US1DOCS 4825635v1