UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Chief Magistrate Judge<br>Marianne B. Bowler |

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to District of Massachusetts Local Rule 83.5.2(c), I, Megan M. Auchincloss, hereby move for leave to withdraw from the above-captioned matter. In support of this motion, I state the following:

1. I am an attorney associated with the firm of Morrison & Foerster LLP, attorneys for defendant Purdue Pharma L.P. in the action captioned above.

2. I will leave Morrison & Foerster LLP on December 22, 2004 and will no longer be able to represent Purdue Pharma L.P.

3. Purdue Pharma L.P. continues to be represented by other attorneys at Morrison & Foerster LLP.

WHEREFORE, I, Megan M. Auchincloss, respectfully move this Court for leave to withdraw from the above-captioned matters.

Dated: December 22, 2004

Respectfully Submitted,

/s/ Megan M. Auchincloss
Megan M. Auchincloss (admitted *pro hac vice*)

dn-115333

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2004, I caused a true and correct copy of the attached Motion for Leave To Withdraw to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in ML No. 1456.

/s/ Megan M. Auchincloss
Megan M. Auchincloss

dn-115333