# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) | MDL No. 146 |
| ) | CIVIL ACTION: 01-CV-12257 PBS |
| ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS ) | Chief Magistrate Judge Marianne B. Bowler |

## JOINT MOTION OF PLAINTIFFS AND TRACK 1 DEFENDANTS TO EXTEND TIME FOR OPPOSITIONS TO PLAINTIFFS' MOTIONS TO STRIKE DECLARATIONS OF ERIC GAIER, STEVE YOUNG AND ROBERT NAVARRO

On October 25, 2004, in opposition to Plaintiffs' motion for class certification, the Track 1 Defendants (the "Defendants") filed, *inter alia*, expert declarations by Eric Gaier, Steve Young and Robert Navarro. On December 17, 2004, Plaintiffs moved to strike each of those declarations (the "Motions to Strike"). Plaintiffs and the Defendants, by their attorneys, respectfully move this Court for an order setting forth the following schedule for oppositions and replies in connection with the Motions to Strike:

1. January 21, 2005: Defendants' oppositions to the Motions to Strike shall be filed; and

2. January 31, 2005: Plaintiffs' replies in connection with the Motions to Strike shall be filed.

DATED:  December 22, 2004

Respectfully submitted,


THE TRACK 1 DEFENDANTS

| | |
|---|---|
| By:  /s/ Nicholas C. Theodorou<br>Nicholas C. Theodorou (BBO # 496730)<br>Lucy Fowler (BBO # 647929)<br>FOLEY HOAG LLP<br>155 Seaport Blvd.<br>Boston, MA  02210 | By: /s/ Steve W. Berman<br>One of Plaintiffs' Counsel<br>HAGENS BERMAN LLP<br>Thomas M. Sobol<br>Edward Notargiacomo<br>One Main Street, 4th Floor<br>Cambridge, MA 02142 |
| | **LIAISON COUNSEL** |
| D. Scott Wise<br>Michael Flynn<br>Kimberley D. Harris<br>DAVIS POLK & WARDWELL<br>450 Lexington Avenue<br>New York, NY  10017 | Steve W. Berman<br>Sean R. Matt<br>HAGENS BERMAN LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101 |
| *Attorneys for AstraZeneca Pharmaceuticals LP* | Samuel Heins<br>Brian Williams |
| Steven M. Edwards<br>Lyndon M. Tretter<br>Hogan & Hartson, LLP<br>875 Third Avenue, Suite 2600<br>New York, NY 10022 | HEINS MILLS & OLSON, P.C.<br>3550 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402 |
| *Attorneys for the Bristol-Myers Squibb Co., Oncology Therapeutics Network Corp., Apothecon, Inc.* | Jeff Kodroff<br>John Macoretta<br>SPECTOR, ROSEMAN &<br>KODROFF, P.C. |
| Mark H. Lynch<br>Covington & Burling<br>1201 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-7566 | 18181 Market Street, Suite 2500<br>Philadelphia, PA 19103 |

| | |
|---|---|
| Frederick E. Herold<br>Dechert LLP<br>975 Page Mill Road<br>Palo Alto, CA 94304-1013<br><br>Geoffrey E. Hobart<br>Holland & Knight LLP<br>10 St. James Ave.<br>Boston, MA  02116<br><br>*Attorneys for SmithKlineBeecham Corp.*<br>*d/b/a GlaxoSmithKline*<br><br>William F. Cavanaugh, Jr.<br>Andrew D. Schau<br>Erik Haas<br>Patterson, Belknap, Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036 6710<br><br>*Attorneys for the Johnson and Johnson Defendants*<br><br>John T. Montgomery<br>Brien T. O'Connor<br>Steven A. Kaufman<br>Darcy W. Shearer<br>Eric P. Christofferson<br>Ropes & Gray LLP<br>One International Place<br>Boston, Massachusetts 02110-2624<br>(617) 951-7000<br><br>*Attorneys for Schering-Plough Corp. and*<br>*Warrick Pharmaceuticals Corp.* | **CHAIRS OF LEAD COUNSEL**<br>**COMMITTEE**<br><br>Kenneth A. Wexler<br>THE WEXLER FIRM LLP<br>One North LaSalle<br>Suite 2000<br>Chicago, Illinois 60602<br><br>Marc H. Edelson<br>HOFFMAN & EDELSON<br>45 West Court Street<br>Doylestown, PA 18901 |

**CERTIFICATE OF SERVICE BY VERILAW**

      I hereby certify that on December 22, 2004, I caused a true and correct copy of the foregoing Joint Motion of Plaintiffs and Track 1 Defendants To Extend Time for Oppositions to Plaintiffs' Motions To Strike Declarations of Eric Gaier, Steve Young, and Robert Navarro to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                                            /s/ Eric P. Christofferson

                                                             Eric P. Christofferson