## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| | ) **MDL No. 1456** |
| **IN RE PHARMACEUTICAL INDUSTRY** | ) **Master File No. 01-12257-PBS** |
| **AVERAGE WHOLESALE PRICE LITIGATION** | ) |
| | ) **Judge Patti B. Saris** |
| | ) |
| **THIS DOCUMENT RELATES TO:** | ) |
| **State of California, *et al.* v. Abbott Laboratories, *et al.*** | ) |
| **CASE #: 1:03-cv-11226-PBS** | ) |
| | ) |

### NOTICE OF APPEARANCE FOR PLAINTIFF STATE OF CALIFORNIA, ADMISSION *PRO HAC VICE*

The following submissions for admission *pro hac vice* are being made pursuant to the

Case Management Order No. 1 signed by the Honorable Patti B. Saris, referencing the above case,

Page 8, Section V. Admission of Attorneys, paragraph 16:

> "Each attorney not a member of the Bar of this Court who is acting as
> counsel for a Plaintiff or Defendant herein and who is in good standing
> in any district court of the United States shall be deemed admitted *pro
> hac vice* to practice before this Court in connection with this action
> upon payment of the appropriate filing fee."

Attached is a Certificate of Good Standing from the United States District Court Central

District of California along with a Certificate of Good Standing from the California State Bar for the

following Senior Assistant Attorney General (Ret.):

Thomas A. Temmerman
Senior Assistant Attorney General (Ret.)
California Bureau of Medi-Cal Fraud and Elder Abuse
1425 River Park Drive
Sacramento, CA  95815
Tel:     (916) 274-2942
Fax:     (916) 263-0864
Tom.Temmerman@doj.ca.gov

1

Also enclosed is a check in the amount of $50.00 for their admission *pro hac vice*.

Dated:  December 22, 2004.          Respectfully submitted,

                                    BILL LOCKYER
                                    Attorney General for the State of California

                                    By: _____
                                        Thomas A. Temmerman
                                        Senior Assistant Attorney General (Ret.)
                                        California Bureau of Medi-Cal Fraud & Elder Abuse
                                        1425 River Park Drive
                                        Sacramento, CA  95815
                                        Tel:      (916) 274-2942
                                        Fax:      (916) 263-0864
                                        Tom.Temmerman@doj.ca.gov

                                    Attorneys for the Plaintiff, State of California

## CERTIFICATE OF SERVICE

I, Brian V. Frankel, hereby certify that on December 23, 2004, I caused a true and correct

copy of the foregoing, **NOTICE OF APPEARANCE FOR PLAINTIFF STATE OF**

**CALIFORNIA ADMISSION *PRO HAC VICE* FOR THOMAS A. TEMMERMAN** to be

served on all counsel of record via electronic service pursuant to Paragraph 11 of Case

Management Order No. 2, by sending a copy to Verilaw Technologies for posting and notification

to all parties.

Dated:  December 23, 2004.

Brian V. Frankel
Supervising Deputy Attorney General
Office of the Attorney General
California Bureau of Medi-Cal Fraud & Elder Abuse

# United States District Court

## Central District of California

CERTIFICATE OF
GOOD STANDING

I,  SHERRI R. CARTER,  Clerk  of  this  Court,  certify  that

Thomas A. Temmerman, Bar No. 62986

was duly admitted to practice in this Court on <u>December 20, 1974</u>
*DATE*

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on <u>December 3, 2004</u>
*DATE*

SHERRI R. CARTER, CLERK

By _____
Marlene Ramirez, Deputy Clerk

1152

**THE**
**STATE BAR**
**OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

December 9, 2004

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, THOMAS AUGUST TEMMERMAN was admitted to the practice of law in this state by the Supreme Court of California on December 20, 1974; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Custodian of Membership Records