## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456<br>) Master File No. 01-12257-PBS<br>)<br>) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>State of California, *et al.* v. Abbott Laboratories, *et al.*<br>CASE #: 1:03-cv-11226-PBS | )<br>)<br>)<br>) |

### NOTICE OF APPEARANCE FOR PLAINTIFF STATE OF CALIFORNIA, ADMISSION *PRO HAC VICE*

The following submissions for admission *pro hac vice* are being made pursuant to the Case Management Order No. 1 signed by the Honorable Patti B. Saris, referencing the above case, Page 8, Section V. Admission of Attorneys, paragraph 16:

> "Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee."

Attached is a Certificate of Good Standing from the United States District Court, Eastern District of California, along with a Certificate of Good Standing from the California State Bar for the following California Deputy Attorney General:

> Suzanne B. Giorgi
> Deputy Attorney General
> California Bureau of Medi-Cal Fraud and Elder Abuse
> 1425 River Park Drive
> Sacramento, CA   95815
> Tel:   (916) 263-0840
> Fax:   (916) 263-0864
> Suzanne.Girogi@doj.ca.gov

1

Also enclosed please find a check in the amount of $50.00 for their admission *pro hac vice*.

Dated: December 22, 2004.     Respectfully submitted,

BILL LOCKYER
Attorney General for the State of California

By: _____
Suzanne B. Giorgi
Deputy Attorney General
California Bureau of Medi-Cal Fraud and Elder Abuse
1425 River Park Drive
Sacramento, CA  95815
Tel:  (916) 263-0840
Fax:  (916) 263-0864
Suzanne.Girogi@doj.ca.gov

Attorneys for the Plaintiff, State of California

## CERTIFICATE OF SERVICE

I, Brian V. Frankel, hereby certify that on December 23, 2004, I caused a true and correct copy of the foregoing, **NOTICE OF APPEARANCE FOR PLAINTIFF STATE OF CALIFORNIA ADMISSION *PRO HAC VICE* FOR SUZANNE B. GIORGI** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to Verilaw Technologies for posting and notification to all parties.

Dated: December 23, 2004.

                                            *[signature]*

Brian V. Frankel
Supervising Deputy Attorney General
Office of the Attorney General
California Bureau of Medi-Cal Fraud & Elder Abuse

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# CERTIFICATE OF GOOD STANDING

*I, Jack L. Wagner, Clerk of this Court,*

*certify that*

## SUZANNE BELKNAP GIORGI
### 114496

*was duly admitted to practice in this Court on*

*December 3, 1984*

*and is in good standing*

*as a member of the Bar of this Court.*

*Dated at Sacramento on November 5, 2004*

_____  _____
*Jack L. Wagner*                 C Forester - DEPUTY CLERK
CLERK OF COURT



**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

December 9, 2004

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SUZANNE BELKNAP GIORGI was admitted to the practice of law in this state by the Supreme Court of California on December 3, 1984; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Custodian of Membership Records