# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 146 |
| | CIVIL ACTION: 01-CV-12257 PBS |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | Chief Magistrate Judge Marianne B. Bowler |

## MOTION FOR ADMISSION PRO HAC VICE OF HUGH E. MCNEELY

Pursuant to Paragraph 16 of Case Management Order No. 1 and Local Rule 83.5.3, Thomas M. Sobol, a member of the bar of the United States District Court for the District of Massachusetts who has entered an appearance on behalf of plaintiffs in this action, hereby moves that Hugh E. McNeely, Esq. of Hagens Berman LLP, One Main Street, 4th Floor, Cambridge, MA 02142 be admitted to appear and practice in this Court in this particular case as counsel to plaintiffs.

As set forth in the accompanying Declaration, Hugh E. McNeely is a member in good standing of the bars of five federal district courts and the State of Louisiana, there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and he is familiar with the Local Rules for the United States District Court for the District of Massachusetts. The appropriate filing fee is being submitted to the Clerk of the Court.

Dated: December 16, 2004

Thomas M. Sobol (BBO# 471770)
HAGENS BERMAN LLP
One Main Street, 4th Floor
Cambridge, Massachusetts 02142
Phone: (617) 482-3700
*Attorneys for plaintiffs*

## CERTIFICATE OF SERVICE BY VERILAW

Docket No. MDL 1456

I, Thomas M. Sobol, hereby certify that on December 16, 2004, I caused copies of MOTION FOR ADMISSION PRO HAC VICE OF HUGH E. MCNEELY, to be served on all counsel of record by causing same to be posted electronically via Verilaw.

Dated: December 16, 2004                                      /s/ Thomas M. Sobol
                                                              Thomas M. Sobol