UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 146 CIVIL ACTION: 01-CV-12257 PBS |
| ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS ) ) ) | Chief Magistrate Judge Marianne B. Bowler |

## CERTIFICATE OF GOOD STANDING IN SUPPORT OF MOTION TO ADMIT HUGH E. MCNEELY PRO HAC VICE

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Hugh E. McNeely, hereby depose and state as follows:

1. I am counsel with Hagens Berman LLP, and maintain in my law office at One Main Street, 4th Floor, Cambridge, MA 02142. My telephone number is (617) 482-3700.

2. I am currently a member in good standing of the bar of the Supreme Court of Louisiana[1]; The United States Court of Appeals for the Fifth Circuit; the United States District Courts for the Eastern, Middle, and Western Districts of Louisiana, and the Eastern District of Texas.

3. I am a member in good standing in every jurisdiction where I have been admitted practice.

4. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

---

[1] A certified copy of a Certificate of Good Standing in the State of Louisiana is attached hereto as Exhibit A.

Wherefore, the undersigned counsel respectfully moves for admission to practice before this Court *pro hac vice*.

Dated: December 16, 2004

Hugh E. McNeely (BBO# 70623)
HAGENS BERMAN LLP
One Main Street, 4th Floor
Cambridge, Massachusetts 02142
Phone: (617) 482-3700
Facsimile: (617) 482-3003
***Attorneys for plaintiffs***

## CERTIFICATE OF SERVICE BY VERILAW

Docket No. MDL 1456

I, Thomas M. Sobol, hereby certify that I am one of plaintiffs' attorneys and that, on December 16, 2004, I caused copies of CERTIFICATE OF GOOD STANDING IN SUPPORT OF MOTION TO ADMIT HUGH E. MCNEELY PRO HAC VICE, to be served on all counsel of record by causing same to be posted electronically via Verilaw.

Dated: December 16, 2004

Thomas M. Sobol

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

**HUGH EDWARD MCNEELY, ESQ., #10628**

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 5th Day of October, 1979 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 22nd Day of November, 2004, A.D.

Clerk of Court
Supreme Court of Louisiana