UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: THE AMENDED MASTER CONSOLIDATED CLASS ACTION | Master File No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris<br><br>Chief Mag. Judge Marianne B. Bowler |

## DEFENDANTS' MOTION TO ENFORCE THE COURT'S DECEMBER 28, 2004 ORDER

Defendants to the Amended Master Consolidated Class Action Complaint respectfully move this Court for an order enforcing the Court's December 28, 2004 Order granting Defendants' Unopposed Motion to Amend, requiring third parties Aetna U.S. Health Care, Humana, Inc., and CIGNA Corporation to produce 30(b)(6) witnesses sufficiently knowledgeable to testify regarding PBM-related inquiries, and to complete their respective productions of documents pursuant to outstanding subpoenas served by defendants. The grounds for this motion are set forth in the accompanying memorandum of law and exhibits.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d) the undersigned counsel hereby request oral argument on the issues set forth in this motion and the accompanying memorandum of law and exhibits.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel hereby certify that counsel for defendants conferred with counsel for third parties Aetna U.S. Health Care, Humana, Inc., and CIGNA Corporation regarding the issues addressed in this motion, but were unable to resolve or further narrow the issues.

Dated:  January 4, 2005

Respectfully submitted,

By: _____
Erik Haas (admitted *pro hac vice*)
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
(212) 336-2000

*Attorneys for Defendants Johnson & Johnson, Centocor Inc. Ortho Biotech Products L.P., Janssen Pharmaceutica L.P. and McNeil-PPC on behalf of all defendants to the Amended Master Consolidated Class Action Complaint*

1101764v2

## CERTIFICATE OF SERVICE

I certify that on January 4, 2005, a true and correct copy of the forgoing Motion to Enforce the Court's December 28, 2004 Order was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties. I further certify that a copy was served on January 4, 2005 on counsel for third parties Aetna U.S. Health Care, Humana, Inc., and Cigna Corporation by fax and Federal Express.

_____
Erik Haas