UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | Master File No.: 01-12257-PBS<br>Judge Patti B. Saris |
| ALL ACTIONS | |

### NOTICE OF APPEARANCE FOR DEFENDANT
### GILEAD SCIENCES, INC., ADMISSION *PRO HAC VICE*

The following submission for admission *pro hac vice* is made pursuant to Case Management Order No. 1, section V. paragraph 16.

Attached is a Certificate in Support of Application for Admission *Pro Hac Vice* of Robert S. Litt as counsel for Gilead Science Inc. in this action.

Dated: December 28, 2004
Washington, DC.

Respectfully submitted,

_____
ROBERT S. LITT

ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202)942-5000 (phone)
(202)942-5999 (fax)

*Attorneys for defendant Gilead Sciences, Inc.*