UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | Master File No.: 01-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

## AFFIDAVIT OF ROBERT S. LITT IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, Robert S. Litt, hereby certify pursuant to Case Management Order No. 1, section V, entered in the above captioned action that:

1. I am a partner at the firm of Arnold and Porter LLP, attorneys for Gilead Sciences, Inc. in the above captioned action.

2. I am a member in good standing of the bar of the United States District Court for the District of Columbia.

3. I have never been the subject of a professional disciplinary proceeding.

_____
Robert S. Litt

Dated: December 28, 2004