UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Master File No.: 01-12257-PBS<br>Judge Patti B. Saris |

## NOTICE OF APPEARANCE FOR DEFENDANT GILEAD SCIENCES, INC., ADMISSION *PRO HAC VICE*

The following submission for admission *pro hac vice* is made pursuant to Case Management Order No. 1, section V. paragraph 16.

Attached is a Certificate in Support of Application for Admission *Pro Hac Vice* of Rebecca L. Dubin as counsel for Gilead Science Inc. in this action.

Dated: December 27, 2004

Respectfully submitted,

REBECCA L. DUBIN

ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202)942-5000 (phone)
(202)942-5999 (fax)

*Attorneys for defendant Gilead Sciences, Inc.*