UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | Master File No.: 01-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

## AFFIDAVIT OF REBECCA L. DUBIN IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, Rebecca L. Dubin, hereby certify pursuant to Case Management Order No. 1, section V, entered in the above captioned action that:

1. I am an associate with the firm of Arnold and Porter LLP, attorneys for Gilead Sciences, Inc. in the above captioned action.

2. I am a member of the bar in good standing in the United States District Court for the District of Columbia.

3. I have never been the subject of a professional disciplinary proceeding.

Rebecca L. Dubin

Dated: December 27, 2004

## CERTIFICATE OF SERVICE

I, Joel E. Richardson, hereby certify that on this 29th day of December, 2004, I caused a true and correct copy of the foregoing Notice of Appearance and Admission *Pro Hac Vice* to be served on all counsel of record by electronic service pursuant to paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

_____
Joel E. Richardson