UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | ) Judge Patti B. Saris ) ) |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF
PLAINTIFFS' MOTION TO COMPEL DEFENDANT GLAXOSMITHKLINE, INC.
TO PRODUCE DOCUMENTS IN USABLE ELECTRONIC FORMAT**

Please take notice that Plaintiffs' Motion to Compel Defendant GlaxoSmithKline, Inc. ("GSK") to Produce Documents in Usable Electronic Format is withdrawn. GSK has agreed to produce documents in usable electronic format pursuant to a cost allocation arrangement. To the extent remaining issues cannot be resolved, plaintiffs reserve the right to renew or recast their motion.

Respectfully submitted,

By /s/ David Nalven
Thomas M. Sobol
David S. Nalven
Edward Notargiacomo
Hagens Berman LLP
One Main Street
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Steve W. Berman
Sean R. Matt
Hagens Berman LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

*LIAISON AND CO-LEAD COUNSEL*

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Elizabeth Fegan Hartweg
Kenneth A. Wexler & Associates
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Samuel Heins
Brian Williams
Heins, Mills & Olson, P.C.
700 Northstar East
608 Second Avenue South
Minneapolis, MN  55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

CO-LEAD COUNSEL

## CERTIFICATE OF SERVICE

Docket No. MDL 1456

    I, David S. Nalven, hereby certify that I am one of plaintiffs' attorneys and that, on January 6, 2005, I caused copies of Plaintiffs' Notice of Withdrawal of Plaintiffs' Motion for Leave to Compel Defendant GlaxoSmithKline to Produce Documents in Usable Electronic Format to be served via VeriLaw on all counsel of record.

                                                   /s/ David S. Nalven

Dated: January 6, 2005