# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CITIZENS FOR CONSUMER
JUSTICE, ET AL,

    Plaintiffs,

      v.                                            CA. NO. 01-12257-PBS

ABBOTT LABORATORIES,
ET AL,
    Defendants.

## *NOTICE*

January 10, 2005

**BOWLER, U.S.M.J.**

PLEASE TAKE NOTICE that a **hearing on docket entry ## 1175, 1189 (Defendants' Motion to Compel Third Party Health Net, Inc. to Produce Documents Pursuant to Subpoena and County of Suffolk's Motion to Compel the Production of Electronic Discovery from the Schering Plough Defendants)** at **11:00 a.m., Thursday, January 27, 2005,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                                        /s/ Marianne B. Bowler
                                                      **MARIANNE B. BOWLER**
                                                        United States Magistrate Judge

To:    ALL COUNSEL OF RECORD

**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**