<u>CERTIFICATE OF JANE ANN R. NEISWENDER</u>

I, Jane Ann R. Neiswender, hereby certify as follows:

1. I am an attorney at the law firm of Hogan & Hartson LLP, which is located at 111 South Calvert Street, Baltimore, Maryland 21202.

2. I have been admitted to practice in Maryland, the District of Columbia, and in the United States District Court for the District of Columbia.

3. I am an attorney in good standing in all of the above jurisdictions.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury, this 7th day of January, 2005

_____
Jane Ann R. Neiswender