# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | |

## NOTICE OF FILING UNDER SEAL

To:   All Counsel of Record

Please take notice that on January 21, 2005, we caused to be filed with the Clerk of the District of Massachusetts under seal the following:

1.      Track One Defendants' Sur-Reply in Opposition to Class Certification, with Appendix thereto;

2.      Track One Defendants' Memorandum in Opposition to Plaintiffs' Motion to Strike the Declaration of Steven J. Young;

3.      Track One Defendants' Memorandum in Opposition to Plaintiffs' Motion to Strike the Declaration of Eric M. Gaier, Ph.D.;

4.      AstraZeneca Pharmaceutical LP's Individual Sur-Reply in Opposition to Plaintiffs' Motion for Class Certification, and Exhibits thereto;

5.      Defendant Bristol-Myers Squibb's Individual Sur-Reply Memorandum in Opposition to Class Certification, and Exhibit thereto;

6.      The Johnson & Johnson Group's Sur-Reply Memorandum in Opposition to Class Certification, and Exhibits thereto;

7.      The Schering-Plough Group's Individual Memorandum in Opposition to Class Certification; and

8.      Sur-Reply Declaration of Eric M. Gaier, Ph.D. in Support of Defendant's Opposition to Class Certification, and Exhibits thereto; and

9.      Sur-Reply of Steven J. Young in Opposition to the Plaintiff's Motion for Class Certification, and Exhibits thereto.

Respectfully submitted,

THE TRACK 1 DEFENDANTS

By:  /s/ Jessica V. Barnett

Nicholas C. Theodorou (BBO # 496730)
Jessica V. Barnett, Esq. (BBO# 650535)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02110

D. Scott Wise
Michael Flynn
Kimberley Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Attorneys for AstraZeneca Pharmaceuticals LP

Steven M. Edwards
Lyndon M. Tretter
Hogan & Hartson, LLP
875 Third Avenue, Suite 2600
New York, NY 10022

Attorneys for the Bristol-Myers Squibb Co., Oncology Therapeutics Network Corp., and Apothecon, Inc.

Mark H. Lynch
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-7566

Frederick E. Herold
Dechert LLP
975 Page Mill Road
Palo Alto, CA  94304-1013

Geoffrey E. Hobart
Holland & Knight LLP
10 St. James Ave.
Boston, MA  02116

Attorneys for SmithKlineBeecham Corp. d/b/a GlaxoSmithKline

        William F. Cavanaugh, Jr.
        Andrew D. Schau
        Erik Haas
        Patterson, Belknap, Webb & Tyler LLP
        1133 Avenue of the Americas
        New York, NY 10036 6710

        Attorneys for the Johnson and Johnson Defendants

        John T. Montgomery
        Brien T. O'Conor
        Steven A. Kaufman
        Darcy W. Shearer
        Eric P. Christofferson
        Ropes & Gray LLP
        One International Place
        Boston, MA 02110

        Attorneys for Schering-Plough Corp. and
        Warrick Pharmaceuticals Corp.

Dated: January 21, 2005

**CERTIFICATE OF SERVICE**

      I certify that on January 21, 2005, a true and correct copy of the foregoing Track I Defendants' Motion for Leave to File Under Seal was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

                                                  /s/ Jessica V. Barnett
                                                  Jessica V. Barnett