UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | ) ) ) ) ) |

MDL NO. 1456
Civil Action No. 01-12257-PBS

Hon. Patti B. Saris

### [PROPOSED] ORDER GRANTING TRACK ONE DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL

Upon consideration of all pleadings in support and in opposition thereto, and for good cause showing, the Court hereby **GRANTS** the Track One Defendants' Motion for Leave to File Under Seal the following:

1. Track One Defendants' Sur-Reply in Opposition to Class Certification, with Appendix thereto;

2. Track One Defendants' Memorandum in Opposition to Plaintiffs' Motion to Strike the Declaration of Steven J. Young;

3. Track One Defendants' Memorandum in Opposition to Plaintiffs' Motion to Strike the Declaration of Eric M. Gaier, Ph.D.;

4. AstraZeneca Pharmaceutical LP's Individual Sur-Reply in Opposition to Plaintiffs' Motion for Class Certification, and Exhibits thereto;

5. Defendant Bristol-Myers Squibb's Individual Sur-Reply Memorandum in Opposition to Class Certification, and Exhibit thereto;

6. The Johnson & Johnson Group's Sur-Reply Memorandum in Opposition to Class Certification, and Exhibits thereto;

7. The Schering-Plough Group's Individual Memorandum in Opposition to Class Certification; and

8. Sur-Reply Declaration of Eric M. Gaier, Ph.D. in Support of Defendant's Opposition to Class Certification, and Exhibits thereto; and

2

       9.      Sur-Reply of Steven J. Young in Opposition to the Plaintiff's Motion for Class Certification, and Exhibits thereto.

**IT IS SO ORDERED.**

DATED:_____      _____
                                                Hon. Patti B. Saris
                                                United States District Court Judge