## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) JUDGE PATTI B. SARIS ) ) |

### NOTICE OF APPEARANCE

Please enter the following individuals as attorneys of record for Defendants, Aventis Behring LLC and Aventis Pharmaceuticals Inc., in the above entitled action:

1. Jeffrey S. King

2. David M. Glynn

3. Cara E. Corbett

Dated: January 26, 2005

Respectfully submitted,

/s/ Jeffrey S. King
**Jeffrey S. King (BBO #559000)**
  **jking@klng.com**

/s/ David M. Glynn
**David M. Glynn (BBO #650964)**
  **dglynn@klng.com**

/s/ Cara E. Corbett
**Cara E. Corbett (BBO #654852)**
  **ecorbett@klng.com**

KIRKPATRICK&LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA  02109-1808
(617) 261-3100

*Attorneys for Defendants Aventis Behring LLC and Aventis Pharmaceuticals Inc.*

BOS-702672 v1 0950000-0102

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of this document was served via Verilaw on all enrolled counsel on January 26, 2005.

                                            /s/ David M. Glynn
                                            David M. Glynn