## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) JUDGE PATTI B. SARIS ) ) |

### NOTICE OF CHANGE OF FIRM NAME

Effective January 1, 2005, the firm of Kirkpatrick & Lockhart LLP, changed its name to Kirkpatrick & Lockhart Nicholson Graham, LLP. Please make any necessary changes to the docket accordingly.

Dated: January 26, 2005

Respectfully submitted,

/s/ David M. Glynn
**Michael DeMarco (BBO #119960)**
  mdemarco@klng.com
**Jeffrey S. King (BBO #559000)**
  jking@klng.com
**David M. Glynn (BBO #650964)**
  dglynn@klng.com
**Cara E. Corbett (BBO #654852)**
  ecorbett@klng.com
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA  02109-1808
(617) 261-3100

*Attorneys for Defendants Aventis Behring LLC and Aventis Pharmaceuticals Inc.*

BOS-702672 v1 0950000-0102

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of this document was served via Verilaw on all enrolled counsel on January 26, 2005.

                                                /s/ David M. Glynn
                                                David M. Glynn