UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JUDGE PATTI B. SARIS |

## MOTION TO PERMIT GREGORY M. PETOUVIS TO APPEAR PRO HAC VICE

Pursuant to Rule 83.5.3(b) of the Local Rules of this Court, David M. Glynn, a counsel of record for defendants Aventis Behring LLC hereby moves this Court to permit Gregory M. Petouvis to appear on its behalf as counsel *pro hac vice* in the above-captioned action.

In support of this motion, undersigned counsel states the following:

1. The undersigned is a member in good standing of the bar of this Court.

2. Mr. Petouvis is a member in good standing of the bars of the District of Columbia and Maryland.

3. Mr. Petouvis is an associate at the law firm of Hogan & Hartson L.L.P.

4. There are no disciplinary proceedings pending against Mr. Petouvis as a member of any bar in any jurisdiction.

5. Mr. Petouvis has indicated in his Certificate attached hereto that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. Mr. Petouvis' Certificate In Support Of Motion To Permit Counsel To Appear Pro Hac Vice is attached hereto behind Tab A; a Proposed Order is attached behind Tab B.

Dated: January 26, 2005

Respectfully submitted,

/s/ David M. Glynn
**Michael DeMarco (BBO #119960)**
  **mdemarco@klng.com**
**Jeffrey S. King (BBO #559000)**
  **jking@klng.com**
**David M. Glynn (BBO #650964)**
  **dglynn@klng.com**
**Cara E. Corbett (BBO #654852)**
  **ecorbett@klng.com**
KIRKPATRICK&LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA  02109-1808
(617) 261-3100

*Attorneys for Defendants*
*Aventis Behring LLC.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of this document was served via Verilaw on all enrolled counsel on January 26, 2005.

                                        /s/ David M. Glynn
                                        David M. Glynn