UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | CIVIL ACTION: 01-CV-12257-PBS |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ALL ACTIONS ) | JUDGE PATTI B. SARIS |

### CERTIFICATE OF GOOD STANDING

Gregory M. Petouvis, an attorney with the firm Hogan & Hartson L.L.P., 555 13th Street NW, Washington, DC 20004, hereby certifies:

(1) I am a member of the Bars of the District of Columbia and Maryland.

(2) I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice.

(3) There are no disciplinary proceedings against me as a member of the Bar in any jurisdiction.

(4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Under penalty of perjury this 19th day of January, 2005.

Respectfully submitted,

_____
Gregory M. Petouvis
HOGAN & HARTSON L.L.P.
555 13th Street NW
Washington, DC 20004
(202) 637-6987 (phone)
(202) 637-5910 (fax)

\\\DC - 65744/0004 - 2047647 v1