UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ) <br> ALL ACTIONS ) | JUDGE PATTI B. SARIS |

## CERTIFICATE OF GOOD STANDING

Carlos Provencio, an attorney with the firm Shook, Hardy & Bacon L.L.P., Hamilton Square, 600 14th Street NW, Suite 800, Washington, D.C. 20005-2004, hereby certifies:

1. I am a member of the Bar of Missouri and District of Columbia.

2. I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings against me as a member of the Bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Under penalty of perjury this 7th day of January 2005.

Respectfully submitted,

/s/ Carlos Provencio
Carlos Provencio
SHOOK, HARDY & BACON L.L.P.
Hamilton Square, 600 14th Street, Suite 800
Washington, D.C. 20005-2004
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

1565026v1