**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL NO. 1456 CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) | JUDGE PATTI B. SARIS |

**[PROPOSED] ORDER**

Now, this _____ day of _____, 2005, upon consideration of Motion To Permit Carlos Provencio To Appear Pro Hac Vice, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is granted and that Carlos Provencio may appear and practice in this Court in the above-captioned matter.

_____
United States District Judge

BOS-703337 v1 0307984-0100