UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTCIAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION PBS ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ALL ACTIONS ) ) | MDL 1456 CIVIL ACTION: 01-CV-12257- JUDGE PATTI B. SARIS |

## NOTICE OF APPEARANCE OF JAIME L. M. JONES, ESQ. AND MOTION FOR ADMISSION *PRO HAC VICE*

PLEASE TAKE NOTICE, that pursuant to paragraph 16 of this Court's Case Management Order No.1 and Local Rule 83.5.3(b), Jaime L. M. Jones of the law firm of Sidley Austin Brown & Wood LLP, hereby enters her appearance on behalf of Bayer Corporation in the above-captioned matter.

Ms. Jones is not a member of the bar of the United States District Court for the District of Massachusetts. She respectfully seeks admission *pro hac vice* in accordance with the procedure set forth in this Court's Case Management Order No. 1. The accompanying Certificate demonstrates that Ms. Jones is a member in good standing of her respective bars and is familiar with the Local Rules of the Court. The appropriate $50 filing fee has been submitted to the Clerk of the Court under separate cover with a copy of this Notice and Motion.

Respectfully submitted,

Robert P. Sherman
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Tel: 617-345-1000
Fax: 617-345-1300

Dated: January 28, 2005

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to the Court's Case Management Order No. 2, a copy of the foregoing Notice of Appearance of Jaime L. M. Jones, Esq. and Motion for Admission Pro Hac Vice was served on this 2*t*ʰ day of January, 2005, to all counsel of record by electronic service via verilaw.

Robert P. Sherman
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Tel: 617-345-1000
Fax: 617-345-1300