UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTCIAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION PBS ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ALL ACTIONS ) ) | MDL 1456<br><br>CIVIL ACTION: 01-CV-12257-<br><br>JUDGE PATTI B. SARIS |

## CERTIFICATE OF JAIME L. M. JONES

I, Jaime L. M. Jones, in accordance with Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, represent and certify as follows:

1. I am associated with the law firm of Sidley Austin Brown & Wood LLP, which maintains offices at 10 S. Dearborn Street, Chicago, Illinois 60603;

2. I am a member in good standing of the bars of the State of Illinois and the District of Columbia;

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

4. I am familiar with the facts surrounding this dispute and the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: January 28, 2005

Jaime L. M. Jones
Sidley Austin Brown & Wood LLP
10 S. Dearborn
Chicago, Illinois 60603
Tel: 312-853-7000
Fax: 312-853-7036

2