# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br> CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JUDGE PATTI B. SARIS |

## NOTICE OF APPEARANCE

Please enter me as an attorney of record for Defendants, Aventis Behring LLC and Aventis Pharmaceuticals Inc., in the above entitled action:

Dated: February 1, 2005                    Respectfully submitted,

/s/ Jeffrey S. King
**Jeffrey S. King (BBO #559000)**
  jking@klng.com
KIRKPATRICK&LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA  02109-1808
(617) 261-3100

*Attorneys for Defendants Aventis Behring LLC and Aventis Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served via Verilaw on all enrolled counsel on January 26, 2005.

/s/ Jeffrey S. King
Jeffrey S. King

BOS-702672 v1 0950000-0102