# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL No. 1456 ) ) CIVIL ACTION: 01-CV-12257 PBS ) |
| THIS DOCUMENT RELATES TO Master File No. 01-CV-12257-PBS | ) ) Judge Patti B. Saris ) ) Chief Mag. Judge Marianne B. Bowler ) |

## STATUS REPORT FEBRUARY 1, 2005

Pursuant to the Court's June 17, 2004 Procedural Order, the undersigned counsel for Plaintiffs and Defendants hereby submit the attached status report to the Court listing the status of all pending motions to date.

Respectfully Submitted,

PLAINTIFFS' LEAD COUNSEL
ON BEHALF OF ALL PLAINTIFFS


By  /s/ Thomas M. Sobol                     DATED:  February 1, 2005
Thomas M. Sobol, Esq. (BBO# 471770)
Edward Notargiacomo, Esq. (BBO# 567636)
**HAGENS BERMAN LLP**
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman, Esq.
Sean R. Matt, Esq.
Kevin P. Roddy, Esq.
**HAGENS BERMAN LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Samuel Heins, Esq.
Bryan L. Crawford, Esq.
Daniel E. Gustafson, Esq.
**HEINS, MILLS & OLSON, P.C.**
3550 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

Marc H. Edelson, Esq.
**HOFFMAN & EDELSON**
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler, Esq.
Elizabeth Fegan Hartweg, Esq.
**THE WEXLER FIRM**
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Eugene A. Spector, Esq.
Jeffrey L. Kodroff, Esq.
John A. Macoretta, Esq.
**SPECTOR, ROSEMAN & KODROFF, P.C**.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611


ON BEHALF OF DEFENDANTS

By  **/s/ Nicholas C. Theodorou**              DATED: February 1, 2005
Nicholas C. Theodorou, Esq. (BBO# 496730)
Jessica Barnett, Esq. (BBO# 650535)
**FOLEY HOAG, LLP**
155 Seaport Boulevard
Boston, MA 02210

D. Scott Wise, Esq. (admitted *pro hac vice*)
Kimberley Harris, Esq. (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL**
450 Lexington Avenue
New York, NY 10017
Attorneys for Defendant AstraZeneca Pharmaceuticals ]

## CERTIFICATE OF SERVICE

I hereby certify that I, Thomas M. Sobol, an attorney, caused a true and correct copy of the foregoing Status Report to be served on all counsel of record electronically on February 1, 2005, pursuant to Section D of Case Management Order No. 2.

 /s/ Thomas M. Sobol
Thomas M. Sobol, Esq.
**HAGENS BERMAN LLP**
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

## MDL 1456  STATUS CHART – GOVERNMENT ENTITY CASES

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Montana v. Abbott Labs., Inc. et al.** | 02-CV-12084-PBS | Removed to D. Mont. | <ul><li>September 10, 2004 – **B. Braun of America Inc.'s Renewed Motion to Dismiss the State of Montana's Second Amended Complaint** *sub judice*<ul><li>September 24, 2004 – Plaintiff State of Montana's Opposition to B. Braun of America Inc.'s Renewed Motion to Dismiss, including **Cross-Motion for Stay Pending Resolution of Class Plaintiffs' Motion to Compel B. Braun of America Inc. to Make Supplemental Rule 30(b)(6) Designation** *sub judice*<ul><li>Cross-motion is now moot</li></ul></li><li>September 30, 2004 – B. Braun of America Inc.'s Opposition to Montana's Cross-Motion for Stay Pending Resolution of Class Plaintiffs' Motion to Compel B. Braun of America Inc. to Make Supplemental 30(b)(6) Designation</li></ul></li><li>November 24, 2004 – **Watson Pharmaceuticals, Inc.'s Motion to Dismiss the State of Montana's Second Amended Complaint**<ul><li>December 8, 2004 – State of Montana's Opposition to Motion to Dismiss the State of Montana's Second Amended Complaint</li><li>December 16, 2004 – Watson Pharmaceuticals, Inc.'s Reply Memorandum in Support of Motion to Dismiss the State of Montana's Second Amended Complaint (leave to file granted December 21, 2004)</li></ul></li></ul> |
| **Nevada v. American Home Products, Inc. et al ("Nevada II")** | 02-CV-12086-PBS | Removed to D. Nev. | <ul><li>November 24, 2004 – **Watson Pharmaceuticals, Inc.'s Motion to Dismiss the State of Nevada's Amended Complaint**<ul><li>December 8, 2004 – State of Nevada's Opposition to Motion to Dismiss the State of Nevada's Second Amended Complaint</li><li>December 16, 2004 – Watson Pharmaceuticals, Inc.'s Reply Memorandum in Support of Motion to Dismiss the State of Nevada's Second Amended Complaint (leave to file granted December 21, 2004)</li></ul></li></ul> |
| **California *ex rel.* Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs., Inc. et al.** | 03-CV-11226-PBS | Removed to C.D. Cal. | <ul><li>No pending motions</li></ul> |
| **County of Nassau v. Abbott Labs.,** | n/a | E.D.N.Y. | <ul><li>December 10, 2004 – Notice of Related Action filed with the Judicial Panel on</li></ul> |

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| Inc. et al. | | | Multidistrict Litigation |
| **County of Suffolk v. Abbott Labs., Inc. et al.** | 03-CV-10643-PBS | E.D.N.Y. | <ul><li>**Certain Defendants' Motions to Dismiss Suffolk County's Amended Complaint** *sub judice*<ul><li>October 26, 2004:  **Memorandum and Order** dismissing Purdue Pharma L.P., Ivax Corporation, and Ivax Pharmaceuticals, Sanofi-Synthelabo Inc., and Aventis Pharmaceuticals Inc. and deferring ruling on individual motions to dismiss filed by the "Suffolk 13" and individually by certain other defendants, and ordering plaintiff to make disclosures and provide more definitive statement pursuant to Fed. R. Civ. P. 12(e)</li></ul></li><ul><ul><li>November 16, 2004 – Suffolk County's Affidavit of Aaron D. Hovan Providing (1) Methodology and Documents Used to Estimate AWP Spread and (2) Additional Information Regarding Defendants filed in Response to October 26, 2004 Order</li><li>November 30, 2004 – Individual and Joint Responses to Suffolk County's Supplemental Filing in Response to the Court's October 26, 2004 Order</li><li>December 8, 2004 – Suffolk County's Motion for Leave to File a Reply in Further Response to the Court's October 26, 2004 Order<ul><li>January 10, 2005 –  Suffolk County's Motion for Leave to File a Reply in Further Response to the Court's October 26, 2004 Order Granted</li></ul></li></ul></ul></ul> |
| **County of Rockland v. Abbott Labs., Inc. et al.** | 03-CV-12347-PBS | S.D.N.Y. | <ul><li>**No Pending Motions**</li><li>Stipulation in place extending defendants' time to answer until 30 days after decision on motions to dismiss Suffolk County complaint</li></ul> |
| **County of Westchester v. Abbott Labs., Inc. et al.** | n/a | S.D.N.Y. | <ul><li>**No Pending Motions**</li><li>Stipulation in place extending defendants' time to answer until 30 days after decision on motions to dismiss Suffolk County complaint</li></ul> |
| **City of New York v. Abbott Labs., Inc. et al.** | n/a | S.D.N.Y. | <ul><li>September 24, 2004 – Conditional transfer order issued by Judicial Panel on Multidistrict Litigation; no opposition filed</li></ul> |

## MDL 1456 STATUS CHART – PRIVATE CLASS CASES

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action** | Master File 01-CV-12257-PBS | D. Mass. pursuant to JPML Order | • April 27, 2004 – **Plaintiff Suffolk County's Motion Respecting Coordinated Discovery** *sub judice*<br>   o May 11, 2003 – Response of Liaison Counsel to Suffolk County's Motion Respecting Coordinated Discovery<br>   o May 24, 2004 – Plaintiff Suffolk County's Reply on Motion Respecting Coordinated Discovery<br>   o May 26, 2004 – Plaintiffs' Motion to File A Surreply In Opposition to Suffolk County's Reply on Motion Respecting Coordinating Discovery; Liaison and Plaintiff Counsels' Surreply to Suffolk County's Reply on Motion Respecting Coordinated Discovery<br>   o May 28, 2004 – Memorandum of Bristol–Myers Squibb Company in Response To The Motion Of County Of Suffolk Addressing The Role Of Liaison Counsel For All Plaintiffs<br>   o May 28, 2004 – Response of Liaison Counsel to BMS Memorandum Addressing the Role of Liaison Counsel<br>   o June 22, 2004 – Order Granting Plaintiffs' Motion for Leave to File a Surreply in Opposition to Suffolk County's Reply on Motion Respecting Coordinating Discovery<br><br>• May 3, 2004 – **Plaintiffs' Motion to Compel The Production of Documents Created During the Relevant Time Period from Defendants Abbott Laboratories, Astrazeneca, Schering Plough, Sicor and Together Rx Defendants** *sub judice* (Magistrate Bowler)<br>   o May 17, 2004 – Certain Defendants' Notice of Opposition to Plaintiffs' Motion to Compel the Production of Certain Documents and Consent Motion for an Extension of Time<br>   o May 26, 2004 – Notice of Withdrawal of Plaintiffs' Motion to Compel the Production of Documents Created During the Relevant Time Period Directed at Defendant Schering–Plough *(Note: withdrawal applies only to Schering-Plough)*<br>   o May 27, 2004 – Consent Motion for an Extension of Time to Oppose the Motion to Compel<br>   o May 27, 2004 – Opposition of the Together Rx Defendants to Plaintiffs' Motion to Compel the Production of Documents<br>   o May 28, 2004 – Notice Of Withdrawal Of Plaintiffs' Motion To Compel The Production Of Documents Created During The Relevant Time Period Directed At Defendant Abbott Laboratories |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | *(Note: withdrawal applies only to Abbott Laboratories)*<br>○ June 8, 2004 – Notice of Withdrawal of Plaintiffs' Motion to Compel the Production of Documents Created During the Relevant Time Period Directed at Defendant AstraZeneca. *(Note: withdrawal applies only to AstraZeneca*<br>○ June 9, 2004 – Plaintiffs' Reply Memorandum In Support of Motion To Compel The Production of Documents Created During The Relevant Time Period From The Together Rx Defendants<br>○ June 22, 2004 – Order granting Plaintiffs' Motion to Withdraw Motion to Compel Directed at Abbott Laboratories<br>○ June 22, 2004 – Order granting AstraZeneca's Assented to Motion for Extension of Time to File Response to Plaintiffs' Motion to Compel<br>○ June 22, 2004 – Order finding as Moot AstraZeneca's Motion for Extension of Time to Oppose Plaintiffs' Motion to Compel<br>○ Awaiting scheduling of hearing or ruling by Court as to Together Rx Defendants.<br><br>• July 26, 2004 – **Amgen Motion to Dismiss Corrected AMCC** *sub judice*<br>○ August 9, 2004 – Plaintiffs' Opposition to Amgen Motion to Dismiss Corrected AMCC<br>○ August 31, 2004 – Amgen's Reply In Support of Motion to Dismiss Plaintiffs' Corrected AMCC<br><br>• August 24, 2004 – **Plaintiffs' Motion to Add B. Braun Medical, Inc. as a Defendant** *sub judice*<br>○ September 10, 2004 – B. Braun of America Inc.'s Opposition to Plaintiffs' Motion to Add B. Braun Medical Inc. as a Defendant<br>○ September 21, 2004 – **Plaintiffs' Motion for Leave to File Reply Brief in Support of Motion to Add B. Braun Medical, Inc. as a Defendant** and accompanying Reply<br><br>• September 3, 2004 – **Plaintiffs' Motion for Class Certification**<br>○ October 25, 2004 – Track 1 Defendants' Consolidated and Individual Opposition to Plaintiffs' Motion for Class Certification, with supporting declarations and exhibits<br>○ December 17, 2004 – Plaintiffs' Amended Motion for Class Certification<br>○ December 17, 2004 – Plaintiffs' Reply Memoranda to Consolidated |

4

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | and Individual Oppositions to Plaintiffs' Motion for Class Certification<br>   o  January 21, 2005 – Track 1 Defendants' Consolidated and Individual Surreplies to Plaintiffs' Motion for Class Certification, with supporting declarations and exhibits<br><br>• September 10, 2004 – **B. Braun of America Inc.'s Renewed Motion to Dismiss the Amended Master Consolidated Class Action Complaint** *sub judice*<br>   o  September 24, 2004 – Plaintiffs' Response in Opposition to B. Braun of America's Renewed Motion to Dismiss the Amended Master Consolidated Complaint and **Cross-Motion for Stay Pending Resolution of Plaintiffs' Motion to Compel B. Braun of America Inc. to Make Supplemental 30(b)(6) Designation** *sub judice*<br>      ▪  Cross-motion is now moot.<br>   o  September 30, 2004 – B. Braun of America Inc.'s Opposition to Plaintiffs' Cross-Motion for Stay Pending Resolution of Plaintiffs' Motion to Compel B. Braun of America Inc. to Make Supplemental 30(b)(6) Designation<br><br>• October 25, 2004 – **Motion to Strike the Declaration of Raymond S. Hartman**<br>   o  October 25, 2004 – Memorandum in Support of Motion to Strike the Declaration of Raymond S. Hartman<br>   o  November 30, 2004 – Track 1 Defendants' Motion to Strike the Declaration of Raymond S. Hartman<br>   o  December 17, 2004 – Plaintiffs' Memorandum in Opposition to Motion to Strike the Declaration of Raymond S. Hartman<br>   o  January 21, 2005 – Track One Defendants Reply in Support of Their Motion to Strike the Declaration of Raymond S. Hartman<br><br>• November 2, 2004 – **Joint Motion for Amended Protective Order**<br><br>• December 17, 2004 – **Plaintiffs' Motion to Strike the Declaration of Eric M. Gaier, Ph.D**<br>   o  January 21, 2005 – Track One Defendants Opposition to Plaintiffs' Motion to Strike the Declaration of Eric M. Gaier, Ph.D |

5

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | <ul><li>December 17, 2004 – **Plaintiffs' Motion to Strike the Declaration of Steve J. Young**<ul><li>January 21, 2005 – Track One Defendants Opposition to Plaintiffs' Motion to Strike the Declaration of Steve J. Young</li></ul></li><li>December 17, 2004 – **Plaintiffs' Motion to Strike Portions of the Declaration of Robert P. Navarro**<ul><li>January 21, 2005 – Track One Defendants Opposition to Plaintiffs' Motion to Strike Portions of the Declaration of Robert P. Navarro</li></ul></li><li>January 21, 2005 – Third Party Toledo Clinic Inc.'s Motion to Quash Defendants' Subpoena</li></ul> |
| **Congress of California Seniors v. Abbott Labs., Inc. et al.** | 03-CV-10216-PBS | Removed to C.D. Cal. | <ul><li>Consolidated into Master Class Action</li></ul> |
| **International Union of Operating Engineers, Local No. 68 Welfare Fund v. AstraZeneca PLC et al.** | n/a | Removed to D.N.J. | <ul><li>**Motion to Remand** filed in District of New Jersey prior to transfer; briefed while pending in District of New Jersey</li></ul> |