UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

### NOTICE OF FILING UNDER SEAL

To:   All counsel of record

Please take notice that on February 3, 2005, we caused to be filed with the Clerk of the District of Massachusetts under seal the **Memorandum in Support of Plaintiffs' Motion to Compel and for Finding That Documents and Testimony Related to Astrazeneca's Pricing, Marketing and Sales of its Products are not Protected by the Attorney-Client Privilege.**

DATED: February 3, 2005                By: _____
                                       Thomas M. Sobol
                                       Edward Notargiacomo
                                       Hagens Berman LLP
                                       One Main Street, 4th Floor
                                       Cambridge, MA 02142

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Samuel Heins
Brian Williams
Heins Mills & Olson, PC
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Jeff Kodroff
John Macoretta
Spector, Roseman & Kodroff, PC
Market Street, Suite 2500
Philadelphia, PA 19103

**CHAIRS OF LEAD**
**COUNSEL COMMITTEE**

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle, Suite 2000
Chicago, Illinois 60602

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901

**CERTIFICATE OF SERVICE BY VERILAW**

Docket No. MDL 1456

I, Jennifer Fountain Connolly, hereby certify that I am one of plaintiffs' attorneys and that, on February 3, 2005, I caused a copy of NOTICE OF FILING UNDER SEAL to be served on all counsel of record by causing same to be posted electronically via Verilaw.

_____
Jennifer Fountain Connolly