UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs, by their attorneys, respectfully move this Court for leave to file Exhibit A to their Reply Memorandum in Support of Class Plaintiffs' Motion to Strike the Declaration of Steven J. Young ("Exhibit A to Plaintiffs' Young Reply") under seal.

1. Pursuant to Paragraph 14 of the Protective Order (Dec. 13, 2002), the parties may designate documents or deposition testimony as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL."

2. Exhibit A to Plaintiffs' Young Reply is an amended version of Class Plaintiffs' Motion to Strike the Declaration of Steven Y. Young. The Motion is amended only to cite to the final version of the transcript of the deposition of Mr. Young, which Plaintiffs received after they filed their Motion to Strike.

3. The Motion to Strike, as amended, extensively quotes the deposition and Declaration of Defendants' expert, Steven J. Young, both of which were filed under seal by Defendants.

4. Because of Defendants' designation of the Young Declaration and Young deposition transcript as HIGHLY CONFIDENTIAL under the Protective Order, Plaintiffs

respectfully request leave to file Exhibit A to Plaintiffs' Young Reply under seal (and have done so contemporaneously with the filing of this Motion).

WHEREFORE Plaintiffs respectfully request that this Court grant them leave to file Exhibit A to their Reply Memorandum in Support of Class Plaintiffs' Motion to Strike the Declaration of Steven J. Young under seal, and all other relief that this Court deems just and proper.

Dated: February 4, 2005

Respectfully submitted,

By: /s/ Jennifer F. Connolly
Thomas M. Sobol
Edward Notargiacomo
**HAGENS BERMAN LLP**
One Main Street, 4th Floor
Cambridge, MA 02142

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
**HAGENS BERMAN LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Samuel Heins
Brian Williams
**HEINS MILLS & OLSON, PC**
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Jeff Kodroff
John Macoretta
**SPECTOR, ROSEMAN & KODROFF, PC**
Market Street, Suite 2500
Philadelphia, PA 19103

**CHAIRS OF LEAD
COUNSEL COMMITTEE**

Kenneth A. Wexler
Jennifer Fountain Connolly
THE WEXLER FIRM LLP
One North LaSalle, Suite 2000
Chicago, IL 60602

Marc H. Edelson
Allan Hoffman
HOFFMAN & EDELSON
45 West Court Street
Doylestown, PA 18901

## CERTIFICATE OF SERVICE BY VERILAW

Docket No. MDL 1456

I, Jennifer Fountain Connolly, hereby certify that I am one of plaintiffs' attorneys and that, on February 4, 2005, I caused copies of Plaintiffs' Motion for Leave to File Under Seal to be served on all counsel of record by causing same to be posted electronically via Verilaw.

_____
Jennifer Fountain Connolly

3