# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
| | MDL. No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) ) |
| | Judge Patti B. Saris |

## NOTICE OF FILING UNDER SEAL

To:    All counsel of record

Please take notice that on February 4, 2005, we caused to be filed with the Clerk of the District of Massachusetts under seal the **Exhibit A to the Reply Memorandum in Support of Class Plaintiffs' Motion to Strike the Declaration of Steven J. Young.**

DATED: February 4, 2005                By: _Thomas M. T. Connolly_

Thomas M. Sobol
Edward Notargiacomo
Hagens Berman LLP
One Main Street, 4th Floor
Cambridge, MA  02142

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101

Samuel Heins
Brian Williams
Heins Mills & Olson, PC
3550 IDS Center
80 South Eighth Street
Minneapolis, MN  55402

Jeff Kodroff
John Macoretta
Spector, Roseman & Kodroff, PC
Market Street, Suite 2500
Philadelphia, PA 19103

**CHAIRS OF LEAD
COUNSEL COMMITTEE**

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle, Suite 2000
Chicago, Illinois 60602

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901

## CERTIFICATE OF SERVICE BY VERILAW

Docket No. MDL 1456

I, Jennifer Fountain Connolly, hereby certify that I am one of plaintiffs' attorneys and that, on February 4, 2005, I caused a copy of NOTICE OF FILING UNDER SEAL to be served on all counsel of record by causing same to be posted electronically via Verilaw.

_____
Jennifer Fountain Connolly