UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | |

**APPENDIX OF SUPPORTING MATERIALS SUBMITTED IN CONNECTION WITH THE JOHNSON & JOHNSON GROUP'S SUR-REPLY MEMORANDUM IN OPPOSITION TO CLASS CERTIFICATION**

## Table of Contents

Declaration of Rock Magnotta ................................................................................. Tab 1

Declaration of John Hoffman .................................................................................. Tab 2

Deposition of Christopher Maffie ............................................................................ Tab 3

Deposition of Thomas Hiriak ................................................................................... Tab 4

Deposition of William Pearson ................................................................................ Tab 5

Deposition of John Hoffman .................................................................................... Tab 6

Deposition of Christine Poon ................................................................................... Tab 7

Deposition of Robert Spurr ...................................................................................... Tab 8

1138871v1