```
 1   UNITED STATES DISTRICT COURT

 2   FOR THE DISTRICT OF MASSACHUSETTS

 3

 4

 5   -------------------------------------x

 6   IN RE PHARMACEUTICAL INDUSTRY

 7   AVERAGE WHOLESALE PRICE LITIGATION,

 8   -------------------------------------x

 9

10   Civil Action:  01-CV-12257-PBS

11

12                       July 28, 2004

13                       9:40 a.m.

14

15     H I G H L Y   C O N F I D E N T I A L

16

17       30(b)(6) Deposition of THOMAS HIRIAK,

18   held at the offices of Patterson Belknap

19   Webb & Tyler, before David Henry, a

20   Certified Shorthand Reporter and Notary

21   Public of the State of New York.

22
```

```
 1   A P P E A R A N C E S:

 2

 3        HOFFMAN & EDELSON, LLC

 4        Attorneys for Plaintiff Class

 5              45 West Court Street

 6              Doylestown, Pennsylvania 18901

 7        BY:   ALLAN M. HOFFMAN, ESQ.

 8

 9        PATTERSON BELKNAP WEBB & TYLER, LLP

10        Attorneys for Ortho Biotech

11        Products, Inc.

12              1133 Avenue of the Americas

13              New York, New York 10036-6710

14        BY:   ANDREW D. SCHAU, ESQ.

15        AND:  ADEEL A. MANGI, ESQ.

16

17        HOGAN & HARTSON, LLP

18        Attorneys for Amgen, Inc.

19              111 South Calvert Street

20              Baltimore, Maryland 21202

21        BY:   STEVEN F. BARLEY, ESQ.

22              (Present by telephone)
```

Page 3

```
 1                          INDEX

 2

 3   WITNESS:            EXAMINATION BY:              PAGE:

 4   THOMAS HIRIAK    MR. HOFFMAN                        5

 5

 6               INDEX OF EXHIBITS

 7

 8   Exhibit Hiriak 001, Notice of Deposition           8

 9

10   Exhibit Hiriak 002, List of Drugs                 46

11

12   Exhibit Hiriak 003, MDL OBI00038425-426          124

13

14   Exhibit Hiriak 004, MDL OBI00015406              132

15

16   Exhibit Hiriak 005, MDL OBI00014980-14982        135

17

18   Exhibit Hiriak 006, MDL OBI00006641-6698         151

19

20   Exhibit Hiriak 007, Document entitled Procrit    160

21                       Contracting Modelling Provider

22                       Economics
```

Highly Confidential
                                 New York, NY

1                    INDEX OF EXHIBITS  (CONT.)

2

3     Exhibit Hiriak 008, MDL OBI00012930-12943        195

4

5     Exhibit Hiriak 009, Composite of Drug Information  218

6                        Reports

7

8     Exhibit Hiriak 010, MDL OBI00008374-75           233

9

10    Exhibit Hiriak 011, MDL OBI00012317              239

11

12    Exhibit Hiriak 012, MDL OBI00026235-36           244

13

14    Exhibit Hiriak 013, MDL OBI00015367              257

15

16    Exhibit Hiriak 014, MDL OBI00008248-8251         262

17

18    Exhibit Hiriak 015, MDL OBI00053884              301

19

20    Exhibit Hiriak 016, MDL OBI00052441-2450         312

21

22

```
 1   T H O M A S   H I R I A K ,   called as a
 2         witness, having been duly sworn, was
 3         examined and testified as follows:
 4
 5   EXAMINATION BY MR. HOFFMAN:
 6         Q.    Good morning.
 7         A.    Good morning.
 8         Q.    My name is Allan Hoffman, I'm an
 9   attorney for the plaintiffs in this case,
10   and I'd like you to please state your name
11   for the record.
12         A.    Tom Hiriak.
13         Q.    Is that your full name?
14         A.    Thomas C Hiriak.
15         Q.    Thank you.  Have you ever been
16   deposed before, Mr. Hiriak?
17         A.    No.
18         Q.    I just want to go over some
19   general groundrules so you understand what
20   is expected of you at the deposition and
21   also so that there is a clear record for the
22   court reporter.  Because the court reporter
```

```
 1    is taking down what you will be saying, you

 2    have to give oral responses, no nodding of

 3    your head, do you understand that?

 4          A.    Yes.

 5          Q.    If you don't hear a question,

 6    please tell me and I will be happy to repeat

 7    it, do you understand that?

 8          A.    Yes.

 9          Q.    If you don't understand the

10    question, ask me to rephrase it and I'll be

11    happy to.  Do you understand that?

12          A.    Yes.

13          Q.    If at any time you want to take a

14    break, this is your deposition, if you need

15    to use the lavatory or anything like that,

16    please feel free to tell me and we'll stop

17    and take a few minute break and proceed with

18    the deposition, is that okay?

19          A.    Yes.

20          Q.    Otherwise I will assume if you

21    don't tell me that you either didn't hear me

22    or didn't understand the question, that you
```

 1    revenue on the part of physicians, that

 2    would be oncology.  But reimbursement

 3    obviously is going to be a major component

 4    in all markets.

 5         Q.    And OBI was aware that the

 6    oncology as well as -- okay, OBI was aware

 7    from prelaunch until now that physicians or

 8    hospitals in any of these franchise areas

 9    were interested in the reimbursement level

10    for using Procrit?

11              MR. SCHAU:    Object to form.

12         A.    I don't know prelaunch, but

13    reimbursement is a major component of our

14    business.

15         Q.    And that's at least true back to

16    1991, will you agree with that?

17         A.    I don't know when the indication

18    for oncology, for chemotherapy was actually

19    introduced.  If you're asking me, was it as

20    big a driving force when chronic kidney

21    disease was the focus, I would say it

22    definitely has less of a focus at that time.

 1          Q.    But I guess the best way, because

 2   we don't know the exact dates as of today,

 3   from the time it got its chemotherapy

 4   indication and even before that with respect

 5   to the knowledge that they were applying for

 6   a chemotherapy indication, OBI was aware

 7   that reimbursement was going to be an

 8   important factor for physicians and

 9   hospitals in using Procrit, is that correct?

10          A.    I don't know that.

11          Q.    Okay, well, at what point are you

12   sure that OBI was aware the first time that

13   reimbursement was going to be an important

14   factor for physicians or hospitals using

15   Procrit?

16          A.    When I joined Ortho Biotech in

17   1998, I know that reimbursement was

18   important then.

19          Q.    Okay, and have you done anything

20   to educate yourself as to finding out when

21   it was first known within the company that

22   reimbursement was going to be a key driving

Highly Confidential
                           New York, NY

```
 1    factor?

 2         A.    No.

 3         Q.    Are you aware of any written

 4    documents that emphasize the amount

 5    physicians could receive from reimbursement

 6    any time during the class period by using

 7    Procrit?

 8              MR. SCHAU:    Object to form.

 9         A.    Could you ask the question again?

10         Q.    Sure.  Are you aware of any

11    documents that emphasize the amount

12    physicians could receive from reimbursement

13    during any time during the class period?

14              MR. SCHAU:    Object to form.

15         A.    There has been internal analysis

16    looking at that.  I'm not aware of any

17    documentation that has ever been used with

18    physicians as it relates to it, but there

19    has been internal analysis obviously looking

20    at the reimbursement environment.

21         Q.    Okay, can you tell me what

22    internal analyses you are referring to?
```

Highly Confidential
New York, NY

```
 1         A.    There has been analysis in the
 2   physician market and the hospital market,
 3   analysis from a private payer perspective.
 4         Q.    Who would have created these
 5   analyses?
 6         A.    I've created some, finance.
 7         Q.    Anybody else?
 8         A.    Within the strategic customer
 9   group there may have been.
10         Q.    Any other analyses between 1991
11   and the present that discuss reference or
12   emphasize the amount physicians can receive
13   from reimbursement?
14              MR. SCHAU:   Discuss, reference
15   or emphasize?
16              MR. HOFFMAN:   Well, originally
17   I asked emphasize.
18              MR. SCHAU:   Right, which is why
19   I objected.
20         Q.    That's why I'm asking this
21   question, which is --
22              MR. SCHAU:   I have no
```

```
 1    objection.  If I heard you correctly, I

 2    don't object.  Did you ask discuss,

 3    reference or emphasize?

 4              MR. HOFFMAN:    I did.

 5              MR. SCHAU:    No objection.

 6         A.    Other documents?

 7         Q.    Are you aware of any other

 8    documents other than the analyses that you

 9    discussed thus far?

10         A.    There have been presentations

11    that I am aware of.

12         Q.    Can you be more specific?

13         A.    Yeah, I think the best way to

14    describe it is to -- oncologists know how to

15    make money on drugs.  Reimbursement is a

16    very big part of what they do.  We deal in

17    an environment that that's been a known for

18    a while, as we talked about.  With the

19    competitive environment we're in right now,

20    we have had to analyze that and prepare our

21    sales force for issues that they're going to

22    have to deal with that customers bring up to
```

Highly Confidential
                                      New York, NY

```
 1    them in these areas.  There has been
 2    internal documentation, there has been
 3    examples given.  Where the line has been
 4    drawn though is our product specialists have
 5    been informed that they can't in any way
 6    talk about margins with their customers.  So
 7    there is internal documentation, financial
 8    analysis, presentations with examples, but
 9    it has absolutely stopped, and we've sent
10    out very direct, or direction to a product
11    specialist or our entire sales team not to
12    discuss those issues with customers.
13         Q.    So is it your testimony that
14    there has never been any documents that
15    market or discuss any difference between
16    market cost and reimbursement cost to
17    physicians with regard to the use of
18    Procrit?
19              MR. SCHAU:    And by that
20    question you mean that are distributed or
21    used with the physician as opposed to
22    internal analyses?
```

```
 1          Q.    That question refers to, again,

 2    I'm going to say both.  Any document which

 3    was either given to the sales force to

 4    either communicate to the physicians or

 5    hospitals or that they in the end actually

 6    gave to physicians or hospitals that discuss

 7    the spread between acquisition cost and

 8    reimbursement when using Procrit.

 9          A.    In terms of internal documents, I

10    think we talked, but yes, there are internal

11    analysis that look at that.

12          Q.    Okay, let's start with that.

13    What internal analysis do you know of that

14    discusses that?

15          A.    We've looked -- when this

16    started, really had to do with when

17    competition was brought on to the

18    marketplace.

19          Q.    When was that?

20          A.    Aranesp was launched in 2000.

21          Q.    Your testimony is Aranesp was

22    launched around 2000?
```

1         A.    Or 2001, I don't know the exact

2    time.

3         Q.    And that was the first time when

4    Procrit had a competing drug?

5         A.    Yes.

6         Q.    I'm sorry, let me just finish,

7    for any of its indications?

8         A.    Yes.  Well, short of Epogen,

9    excluding Epogen, yes, Aranesp was the first

10   time that we actually had a competitive

11   product.  We don't consider Epogen

12   competition.

13        Q.    And that's because it was in the

14   dialysis segment?

15        A.    Correct.

16        Q.    Prior to the introduction of

17   Aranesp, are you aware of any documents,

18   let's just start internally, that emphasize

19   the amount physicians could receive from

20   reimbursement?

21             MR. SCHAU:    Object to form.

22        Q.    Using Procrit.

Highly Confidential
New York, NY

 1        A.    Prior to the preparation for the

 2   launch, no, I'm not aware of anything for

 3   Aranesp.

 4        Q.    When you say prior to the

 5   preparation of the launch, you are saying in

 6   response to the competitive threat of

 7   Aranesp?

 8        A.    Yes.

 9        Q.    Prior that that you are not aware

10   of any documents internally that discussed

11   reimbursement as to -- as potential profit

12   or reimbursement to physicians or hospitals

13   for the use of Procrit?

14        A.    No, I am not aware of any

15   internal documents.

16        Q.    Okay, any documents that were

17   delivered externally discussing those

18   issues?

19        A.    No.

20        Q.    And again we're talking about

21   prior to the launch of Aranesp?

22        A.    Yes.

 1          Q.    Okay, how about after the launch

 2   of Aranesp?  Are you aware of any documents

 3   internally, and I know -- I believe you

 4   testified to this earlier but I'm going to

 5   ask it again.

 6                After the launch of Aranesp, are

 7   you aware of any other documents which

 8   internally marketed or discussed the spread

 9   between acquisition cost and reimbursement

10   for Procrit?

11                MR. SCHAU:    Object to form

12   because of your use of the word market.

13          Q.    You can answer the question.

14          A.    There are internal documents that

15   analyze it.

16          Q.    Tell me what those documents are

17   that you can recall.

18          A.    There are internal documents

19   analyzing physician reimbursement between

20   Procrit and Aranesp.  There are analyses

21   that look at the difference in hospital

22   reimbursement between Procrit and Aranesp.

```
 1        Q.    Who generated these documents?

 2        A.    Again, you know, I have generated

 3   some, strategic customer group probably has

 4   as well as finance.

 5        Q.    And who are these analyses

 6   distributed to?

 7        A.    It would be distributed within

 8   the strategic customer group, finance, the

 9   pricing committee probably had some of it.

10        Q.    Sales representatives?

11        A.    No.

12        Q.    Sales departments?

13        A.    Let me just -- it is not

14   distributed to the product specialists.

15   Again, there are examples used in sales

16   meetings to show what the product

17   specialists are going to be up against with

18   their oncologist and mechanisms to deal with

19   it because they're not going to be able to

20   discuss it.  So there were examples given

21   where here is what you're going to be

22   dealing with, since we're not going to talk
```

Highly Confidential
                                    New York, NY

```
 1    about margins or spread, here is the way to

 2    deflect that message back to what we had

 3    talked about earlier, clinical, safety, ten

 4    years of history and really to turn it

 5    around and show that Procrit has a lower

 6    cost to the health care system.  So there

 7    were examples given.  But if you're asking

 8    me was it distributed to the project

 9    specialist, the answer would be no.

10         Q.    Who generated those materials?

11         A.    It would be the same people that

12    I mentioned earlier, strategic customer

13    group, finance.

14         Q.    So there were several -- finance

15    was distributing materials about how to

16    deflect questions from physicians?

17         A.    Well again, I think, just to make

18    clear, I said was not distributed.  There

19    were no documentation that was distributed

20    out to product specialists.  But in the

21    context of these examples, a lot of the

22    analysis was done by finance.  Those
```

Highly Confidential
New York, NY

```
 1   examples then were built in to

 2   presentations, though they wouldn't be

 3   giving it, the examples or dealing with

 4   sales directions to the product specialist,

 5   some of the analytical work obviously was

 6   done by finance, but they were not

 7   distributed to the product specialist.

 8        Q.    Finance would do the numerical

 9   calculations?

10        A.    Yes.

11        Q.    Showing the difference in the

12   reimbursement between Aranesp and Procrit?

13        A.    Yes.

14        Q.    And then who would do the textual

15   analysis or description of how to deflect

16   doctors' questions?  Who is in charge of

17   that.

18        A.    Sales management.

19        Q.    Sales management would generate

20   those materials?

21        A.    Would generate the presentation,

22   yes.
```

Highly Confidential
New York, NY

 1          Q.    And who would that be presented

 2    to?

 3          A.    That would be presented to the

 4    sales team, sales management product

 5    specialist.

 6          Q.    For each franchise?

 7          A.    That I don't know.  What I am

 8    specifically talking about is oncology.

 9          Q.    Okay, and would those materials

10    ultimately be given to sales

11    representatives?

12          A.    No.

13          Q.    None of what we discussed would

14    ever make its way to the sales

15    representatives?

16          A.    No.

17          Q.    And why is that?

18          A.    Because Ortho Biotech has made a

19    decision that we are not going to sell or

20    market Procrit on the spread.  We do sell on

21    the cost to the health care system.  We

22    think that that's a much more appropriate

 1    way to deal with the issue of financials or

 2    economics, but we made a decision that we're

 3    not going to market Procrit on the spread.

 4         Q.    When was that decision made?

 5         A.    I think that that's always been

 6    the policy of Ortho Biotech.

 7         Q.    Dating back to 1991?

 8         A.    That's my understanding.

 9         Q.    And what is the basis of your

10    understanding?  Where did you learn that

11    from?

12         A.    Yeah, I've spoken with people

13    that have been in sales management since

14    that time, and their recollection, their

15    understanding is that that's always been

16    Ortho Biotech's policy.

17         Q.    So it's your testimony that Ortho

18    Biotech has never communicated to physicians

19    or emphasized to physicians that they could

20    potentially profit from reimbursement of

21    Procrit?

22         A.    What I'm testifying is that the

1    corporate policy and the direction that has

2    been provided by Ortho Biotech Corporate is

3    that we are not in any way to market on the

4    spread of the drug, that's absolutely

5    correct.  Can I say that there hasn't been

6    random cases of product specialists doing

7    it, I just don't know that.  I don't have

8    any reports of it, but I don't know that for

9    a fact.  But I am saying that that's what

10   the corporate policy has been at Ortho

11   Biotech.

12       Q.    Okay, so you are saying it would

13   only be like a maverick sales representative

14   who would do something like that?

15             MR. SCHAU:    Object to form.

16       Q.    Okay, do you understand my

17   question?  I'm just trying to understand

18   what it was that you just said, because you

19   gave me the company policy, but you said it

20   was possible that in some instances sales

21   representatives may have discussed profit

22   yield with physicians or hospitals.

1    Correct?

2         A.    I'm saying that the corporate

3    policy has been that.  I don't know for

4    product specialists.  In response to your

5    last question now, you had asked if Ortho

6    Biotech has never done it, it's impossible

7    for me to answer that.  I can say that Ortho

8    Biotech's policy has always been that we do

9    not, the product specialists do not market

10   Procrit on the spread.

11        Q.    And if any of the franchises ever

12   violated that policy, what would be the

13   consequence?

14        A.    Obviously it would be a violation

15   of Ortho Biotech policy.  I don't know what

16   action would be taken.

17        Q.    It's your testimony that no

18   documents have ever been created to

19   emphasize reimbursement to clinics,

20   physicians or hospitals by OBI?

21        A.    When you say reimbursement, you

22   are talking about the spread?