Page 1

1              UNITED STATES DISTRICT COURT

2              DISTRICT OF MASSACHUSETTS

3              MDL NO. 1456

4              CIVIL ACTION NO. 01-12257-PBS

5

6   IN RE:                            :

7   PHARMACEUTICAL INDUSTRY AVERAGE   :

8   WHOLESALE PRICE LITIGATION        :

9                                     :

10  THIS DOCUMENT RELATES TO          :

11  01CV-12257-PBS and 01-CV-339      :

12

13          DEPOSITION OF:  CHRISTINE POON

14             TUESDAY, NOVEMBER 30, 2004

15          Deposition of CHRISTINE POON, taken in the

16  above-entitled matter before WINIFRED A. HANDEL, a

17  Certified Shorthand Reporter (License No. XI00421) and

18  Notary Public of the State of New Jersey, taken at the

19  offices JOHNSON & JOHNSON, One Johnson & Johnson

20  Plaza, New Brunswick, New Jersey, on Tuesday, November

21  30, 2004, commencing at 9:40 a.m.

22

```
 1    A P P E A R A N C E S:

 2

 3

 4         SPECTOR, ROSEMAN & KODROFF, P.C.

 5         1818 Market Street, 25th floor

 6         Philadelphia, Pennsylvania 19103

 7         (215) 496-0300

 8         BY:  JOHN A. MACORETTA, ESQ.

 9              - AND -

10              JENNIFER L. ENCK, ESQ.

11         Attorneys for Plaintiffs

12

13

14         PATTERSON, BELKNAP, WEBB & TYLER

15         1133 Avenue of the Americas

16         New York, New York 10036

17         (212) 336-2546

18         BY:  ANDREW D. SCHAU, ESQ.

19         Attorney for Johnson & Johnson

20

21

22
```

```
 1    A P P E A R A N C E S: (cont'd)

 2

 3         JOSEPH G. BRAUNREUTHER, Senior Counsel

 4         Office of General Counsel

 5         One Johnson & Johnson Plaza

 6         New Brunswick, New Jersey 08933

 7         (732) 524-2563

 8         Attorney for Johnson & Johnson

 9

10

11

12

13

14

15

16

17

18

19

20

21

22
```

1                          I N D E X

2

3    WITNESS              EXAMINATION BY              PAGE

4    CHRISTINE POON     MR. MACORETTA                  7

5

6                      E X H I B I T S

7    NUMBER                DESCRIPTION                 PAGE

8

9    Exhibit Poon 001   E-mail, September 20, 2002      25

10

11   Exhibit Poon 002   E-mail, July 5, 2001           33

12

13   Exhibit Poon 003   E-mail, April 24, 2002         58

14

15   Exhibit Poon 004   memorandum, January 4, 2002    75

16

17   Exhibit Poon 005   memorandum, August 21, 2001    82

18

19   Exhibit Poon 006   letter, March 7, 2002          85

20

21   Exhibit Poon 007   memorandum, March 19, 2003     88

22

```
 1                    E X H I B I T S (cont'd)

 2

 3    NUMBER                 DESCRIPTION                    PAGE

 4

 5    Exhibit Poon 008   New Product Pricing Approval

 6                       Process                            92

 7

 8    Exhibit Poon 009   report - Executing the PBM

 9                       Strategy                          101

10

11    Exhibit Poon 010   E-mail, April 4, 2002            109

12

13    Exhibit Poon 011   E-mail, April 4, 2002            115

14

15    Exhibit Poon 012   letter, December 7, 2000         118

16

17    Exhibit Poon 013   E-mail, July 12, 2002            120

18

19    Exhibit Poon 014   series of E-mails                146

20

21

22
```

```
 1                    E X H I B I T S (cont'd)

 2

 3     NUMBER                    DESCRIPTION                      PAGE

 4

 5     Exhibit Poon 015    series of E-mails                       148

 6

 7     Exhibit Poon 016    Medicare Task Force - General

 8                         Assumptions                            151

 9

10     Exhibit Poon 017    photocopies of slides

11                         Procrit/Eprex                          153

12

13     Exhibit Poon 018    E-mails, April 30, 2002                158

14

15     Exhibit Poon 019    E-mails, May 2, 2002                   162

16

17     Exhibit Poon 020    E-mails, July 12, 2002                 165

18

19     Exhibit Poon 021    E-mails, July 12, 2002                 165

20

21

22
```

```
 1                  CHRISTINE POON,

 2   One Johnson & Johnson Plaza, New Brunswick, New Jersey

 3   08933, having been first duly sworn, was examined and

 4   testified as follows:

 5

 6                     EXAMINATION

 7   BY MR. MACORETTA:

 8        Q.    All right.  Ms. Poon, good morning.  My

 9   name is John Macoretta.  I'm here for the plaintiffs

10   to ask you some questions today.  Have you had a

11   deposition taken before?

12        A.    Yes.

13        Q.    So, you're somewhat familiar with the

14   process?

15        A.    Yes.

16        Q.    I'll just remind you very briefly -- I'm

17   sure Mr. Schau has talked to you in detail about it.

18   While I can see you nod your head, the court reporter

19   can't take that down.  So, you have to say yes or no,

20   whatever you're going to say.  All right?

21        A.    Yes.

22        Q.    And I can assure you that if I don't
```

1    understand your answer, I'm going to ask you to

2    explain it.  So, we can agree at the beginning if you

3    don't understand the question, you'll tell me, and

4    I'll try to rephrase it or explain it somehow.

5         A.    Yes.

6         Q.    What's your current job title?

7         A.    Worldwide Chairman - Pharmaceuticals and

8    Nutritionals.

9         Q.    Does that mean that you have

10   responsibility for all of the J&J operating companies

11   that make or sell pharmaceutical products?

12        A.    That's correct.

13        Q.    And there are some other divisions in

14   J&J other than pharmaceuticals and nutritionals?

15        A.    That's right.  Yes, there are.

16        Q.    What are they?

17        A.    They're in the consumer business.

18   They're in the medical device business sectors.

19        Q.    How long have you had this job?

20        A.    Since the end of 2001.

21        Q.    When did you come to J&J?

22        A.    At the end of 2000.

1    would be thinking of list price in that context at

2    J&J; is that fair?

3         A.    I would be thinking of the -- of our

4    published list price.  Correct.

5         Q.    Do you understand that to be equivalent

6    to the WAC price of the drug?

7         A.    I don't believe -- I don't believe

8    that's true.  I can't tell you how WAC is calculated,

9    but it's calculated off of our manufacturer's price or

10   list price.

11        Q.    To your understanding, is there a close

12   relationship between the WAC and the list price of

13   your drugs?

14        A.    My understanding is that there is a

15   close relationship.

16        Q.    And is it correct that when Johnson &

17   Johnson announces a new list price for a product, it

18   also announces a suggested AWP for that product?

19             MR. SCHAU:  Object to form.

20        Q.    You can answer that.

21             MR. MACORETTA:  Well, I don't

22   understand.  What's wrong with that?

1              MR. SCHAU:   Johnson & Johnson doesn't

2    announce list prices.

3              Q.   Fair enough.   Do you understand when one

4    of the Johnson & Johnson operating companies announces

5    a list price for a product, it also announces a

6    suggested average wholesale price for the product?

7              A.   I don't know that.   I'm going to suggest

8    that each operating company at Johnson & Johnson does

9    things and makes those decisions on their own.

10             Q.   Do you know if there's any relationship

11   typically between the list price and the suggested AWP

12   announced by the operating companies?

13             A.   I believe that it has been the practice

14   at the operating companies to focus on their list

15   price changes and decisions, that that average

16   wholesale price, if there was a -- if an operating

17   company were to suggest what that price was, it was

18   practice to suggest it to be 20 per cent different

19   than our list price or manufacturer's price.   In --

20   that was our practice, but that's the operating

21   companies' practices.

22             Q.   Do you know how that came to be their

1    practice?

2         A.    I don't know.

3         Q.    Do you know if that's still their

4    practice today?

5         A.    I believe it's still the practice today.

6         Q.    Is there any policy or instruction from

7    anyone at Johnson & Johnson to the operating companies

8    as to what the relationship should be between list

9    price and the suggested AWP?

10        A.    No.  Not that I know of.

11        Q.    So, is there any policy that would stop

12   an operating company from changing that relationship,

13   say, making the suggested AWP WAC plus 10 per cent or

14   WAC plus 30 per cent?

15        A.    I have to say that we, at least as long

16   as I've been here, that I've had -- we've -- we don't

17   discuss AWP.  It's -- our focus is what the list price

18   is, and my discussions with any of the individual

19   operating companies would be around what is the

20   rationale for their list price changes.

21              My understanding is that the AWP is a

22   automatic calculation that's done, either suggested by

1    our operating companies or done by the various books

2    that publish this -- these prices or these AWPs.

3         Q.    Is it correct that before an operating

4    company can change the price, the list price of a

5    product needs to get approval from someone at Johnson

6    & Johnson corporate?

7         A.    Well, the practice of our pricing is

8    every individual operating company has brand managers.

9    Those product managers decide, based on a whole host

10   of reasons, that they either will keep their prices

11   the same or they intend to raise their prices, and

12   there is an approval process within the operating

13   companies that that goes through, which ultimately

14   will go up to the president of the company.

15        Q.    Who it goes through is the president of

16   the operating company?

17        A.    The president of that particular

18   operating company.

19        Q.    But then does the president of the

20   operating company need to get approval from either the

21   company group chairman or you in your position?

22        A.    They'll certainly go through the company

1    group chairman.  I don't know what that process is,

2    what the company group chairman --

3              Q.    Will the company group chairman obtain

4    your approval for a price increase?

5              A.    I will typically see once a year

6    normally at our -- what we call our business planning

7    cycles what the intention of all of our companies are

8    in terms of their goals for next year, and that would

9    also include any price actions that they might take.

10   I'd see that once a year, and we would have a

11   discussion on that, and generally after that discussion,

12   they've got the go-ahead to take those actions.

13             Q.    Up to whatever it is that's in the plan?

14             A.    Whatever they proposed. up to that level.

15             Q.    And that's in the context of discussion

16   of an annual business plan?

17             A.    Usually an annual business plan.

18             Q.    So, if one of the operating companies

19   wanted to change that relationship between list price

20   and AWP to something other than 20 per cent, would

21   that be something that they would have to seek

22   approval from the company group chairman for?

1            MR. SCHAU:  Object to form.  Foundation.

2       Q.    You can answer.

3       A.    It's never happened since I've been here.

4  So, I don't know.  I don't know what would happen.

5       Q.    Well, was it -- if it happened, was that

6  something you would expect the company group chairman

7  to be advised of?

8       A.    I would expect that some conversation

9  would happen.  Like I said, it's never happened

10  before.  So, we're not even -- well, it's just never

11  happened.

12       Q.    And just so we understand, the price the

13  operating companies charge for their various products

14  is either the list price or some derivative of list

15  price in most situations; is that right?

16       A.    The amount that we charge -- the amount

17  that people -- the amount that we charge for the

18  product is our list price or some derivative of our

19  list price.

20       Q.    Meaning you have a contract that says

21  list price minus 5 per cent or we'll give you a 2 per

22  cent discount?

1          A.      Right.   Right.   That's probably right.

2     To be honest, I haven't personally looked at any of

3     our contracts with our various customers, but our sort

4     of North Star is our list price.   That's our benchmark.

5          Q.      Does Johnson & Johnson ever -- I'm

6     sorry.   Do any of the operating companies ever charge

7     any of their customers AWP for any of their products?

8          A.      I'm not aware of that.

9          Q.      And for the most part, is it correct

10    that -- let me try it this way.   Is it correct that

11    the operating companies' biggest customers are

12    generally drug wholesalers?

13         A.      That's correct.

14         Q.      Do you know if the wholesalers ever

15    charge any of their customers an AWP price for a

16    product?

17         A.      I do not know that.

18         Q.      Why do the operating companies state an AWP?

19         A.      As I mentioned, I believe in the

20    industry AWP is a number, a benchmark, a calculation

21    -- a number that some of the payers use as a method to

22    reimburse the providers for their services and the

1    products.  So, I think that's why AWP is in some

2    categories and some products something that is

3    necessary.

4         Q.    It's necessary so that the payers can

5    determine how much to pay for the products?

6         A.    Right.  No.  That the reimbursers, the

7    people who are reimbursing the payers, know how much

8    to reimburse the providers for their services.

9         Q.    Meaning the patients or their insurers?

10              MR. SCHAU:  Object to form.

11        Q.    When we say payers, for the most part --

12              MR. SCHAU:  Object to form.

13        Q.    When we talked about payers in that last

14   conversation, do you understand payers to mean either

15   individual patients or their insurers?

16        A.    I don't know about -- I mean it for

17   either the government as a payer or insurance

18   companies who are payers.

19        Q.    While we talked a minute ago, I guess,

20   the focus at Johnson & Johnson, for the most part, is

21   on the list price of your drugs, isn't it correct that

22   at least for Procrit and Remicade there is some focus

1    way they want, but the GOC, what we call the GOCs or

2    the group operating committees, are the worldwide

3    management sort of, quote, board.

4         Q.    I guess I'm not understanding how the

5    group operating -- the GOCs are broken down.  There's

6    one GOC just for the consumer business you said?

7         A.    I know there's one for the consumer,

8    there's one for pharma, and there's one for medical

9    devices.  There might be more out there, but those are

10   the ones I know of.

11        Q.    So, the pharma GOC would include the

12   company group chairmen from, for example, the biotech

13   and nonbiotech parts?

14        A.    Right.

15        Q.    And who else would be on that?

16        A.    All the company group chairmen for all

17   the international businesses.  We have two -- one from

18   Europe, one from Asia Pacific, Latin America.  R&D

19   would be on there.  HR, human resources.  IM,

20   information management.  Lawyers, regulatory people.

21        Q.    When you say HR and IM, those are HR and

22   IM people from Johnson & Johnson corporate?

```
 1            A.      Human resources.  So, the finance
 2   persons would be David Sheffield, who reports directly
 3   to Bob Darretta.
 4            Q.      Each of the company group chairmen, do
 5   they have their own staff of finance people and HR
 6   people and IM people?
 7            A.      I don't believe so.
 8            Q.      What does their staff consist of?
 9            A.      Their staff consists of -- it will vary.
10   Each person will vary.
11            Q.      I'm interested in just the U.S. pharma,
12   meaning, I guess the way you break it down, the
13   biotech, the nonbiotech, and whatever is covered,
14   urology, OTC business.
15            A.      Right.  So, Seth Fischer, who is the
16   nonbiotechnology company group chair, would have his
17   presidents -- three presidents reporting to him.  He
18   has a guy named Joe Bondi, who is his financial
19   person, and he also has an HR person reporting to him
20   and a medical person.  Joe Scodari, on the other hand,
21   I do not believe has a finance person, I don't believe
22   he has an HR person, but he might have an IM person.
```

1          Q.     So, it's a pretty small group of people

2     who work directly for the company group chairmen.

3          A.     Yeah.  Exactly, but it depends.  It

4     depends on the company group chairman.

5                 MR. MACORETTA:  I'm going to change

6     topics now.  I don't know if you want to take a break

7     for a minute.

8                 (Recess.)

9                 MR. MACORETTA:  We're back on the

10    record.

11         Q.     Ms. Poon, I wanted to talk for a few

12    minutes about price changes and how that happens.  We

13    talked earlier about the idea that the annual plan

14    would contemplate a certain level of price increase

15    during the year, right?

16                MR. SCHAU:  Object to form.

17         Q.     Is that fair?

18         A.     Each operating company would develop a

19    financial plan, and it could be that the product

20    managers decide that a pricing action is acceptable or

21    they could decide that it's not.

22         Q.     But if they decide that they wanted a

1    price increase during the coming year, that should be

2    reflected in the annual plan, right?

3         A.    Usually it would be reflected in the

4    annual plan.  It should be reflected in the annual plan.

5         Q.    Do you give the operating companies any

6    guidance as to what level of pricing increase is

7    acceptable or unacceptable?

8         A.    I don't.

9         Q.    So, I guess you and the company group

10   chairmen review whatever is in there, and if you have

11   some question or concern about their proposed price

12   increase, you talk to them about it?

13        A.    That's right.

14        Q.    Presumably your thoughts are taken into

15   account?

16        A.    Sometimes not.

17        Q.    And in that scenario, I guess you would,

18   at least theoretically, have the ability to say no,

19   I'm not going to approve this annual plan.

20        A.    Usually -- it's obviously a give and

21   take, and there are times that based on their

22   rationale, their thinking, what they know is happening

1    in the marketplace, they believe it's the right thing

2    to do.  It's not part of our culture to, you know --

3    we're decentralized.  The operating companies are

4    accountable.  So, it's not a part of our culture to

5    have a lot of people trying to second guess the

6    operating companies.

7         Q.    But would it be your view that they at

8    least need to convince you that they -- what they want

9    to do is the right thing to do?

10        A.    They do.

11        Q.    And what's the annual plan -- I guess I

12   don't want to use finalized.  That's not a concept

13   that you would use at Johnson & Johnson.  In some

14   version you approve or don't approve the annual plan.

15        A.    Yes.  There is a plan that, as I

16   mentioned, it continues to be adjusted, but there is

17   sort of a final plan which would be put to bed sometime

18   in December, which would be the plan against which we

19   are judging are you on plan or are you not on plan.

20        Q.    I mean, do you send an E-mail or sign

21   off yes, I have approved this plan or how do we know

22   what the annual one is and whether or not you're on

1    board with it?

2              A.      You know, it's vague to me.  Again, we

3    set these targets.  Actually, the way we do -- the way

4    things are done is -- in the pharmaceutical group is

5    that we're sort of on a two year rolling cycle.  So,

6    at any given moment, we know what we want to do in

7    '05, but I also have an idea of what we want to do in

8    '06.  So, it's constantly rolling, and at some point

9    next year we're going to know what we want to do in '07.

10             So, we're always working off that kind

11   of target that we have preset a number of years in

12   advance, and we're always looking to see are we on

13   that target, are we off that target.  So, I guess I'm

14   always sort of thinking or if we're generally on that

15   target, it's called final.  There's not a -- it's not

16   an expression or a gavel that comes down that says

17   it's final.

18             Q.      Or a stamp on a piece of paper?

19             A.      There's no stamp.

20             Q.      But presumably, if I went to the

21   president of one of the operating companies right now

22   and said can I see the final version of the operating

1    plan for '05, they would be able to hand me some

2    document which would reflect that or no?

3         A.    Probably in the next couple of weeks

4    they could do that.

5         Q.    And when one of the operating companies

6    decides it's time to take the price increase they

7    mentioned in the annual plan, what process or

8    approvals do they need to do -- before they can put

9    that price increase into effect?

10        A.    They'll have to go through whatever

11   process their own operating company wants them to go

12   through, and usually I would, if it's a single

13   product -- I might get a phone call from the company

14   group chairman that says, "As you remember, we had

15   planned to have a price increase on such and such a

16   product.  We're about to do that, you know.  Anything

17   I need to know, any concerns out there that, you know

18   -- that you might have," and if it's already been

19   preagreed to, it usually just goes.

20                  If there's a cluster of them, you know,

21   the company chairman might want to come and just kind

22   of take me through the cluster of those price increases.

1          Q.     Have there been occasions where you've

2     said no, don't take this price increase now for

3     whatever reason?

4          A.     Yes, I have.

5          Q.     Let me show you what we're going to mark

6     as, I guess, Exhibit Poon 004, right?

7          (Exhibit Poon 004 was marked for identification.)

8          Q.     This seems to -- well, this seems to be

9     a document in which Ortho Biotech is asking for, I

10    guess, Carol Webb, yourself, and Bill Weldon's

11    approval to proceed with a price action; is that fair?

12         A.     Right.

13         Q.     For Doxil.  First of all, on January 4,

14    2002, who is Carol Webb?

15         A.     Carol Webb was the company group

16    chairman for our Ortho Biotech businesses.

17         Q.     Is she still with J&J?

18         A.     She isn't.  She retired about a year ago.

19         Q.     So, at that time she would be the

20    company group chairman for Ortho Biotech and Centocor?

21         A.     No.  Just Ortho Biotech.  Ortho Biotech

22    at that time was not only a U.S. company, but also

1       some operating companies ex-U.S. in Europe.

2               Q.      So, the structure we talked about

3       earlier about how you had one company group chairman

4       for the biotechs and one for the nonbiotechs, that

5       didn't exist in January of '02.

6               A.      No, it did not.

7               Q.      So, who was the company group chairman

8       for Centocor in January of '02?

9               A.      It was Dave Holvack.

10              Q.      Was his group bigger than just Centocor?

11              A.      He had Centocor reporting to him.

12              Q.      Anybody other than Centocor?

13              A.      No.

14              Q.      He was the company group chairman for

15      one company?

16              A.      That's right.

17              Q.      And Ms. Webb had just Ortho Biotech or

18      some other company?

19              A.      She had Ortho Biotech U.S., and we had

20      four Ortho Biotech companies in Europe.  So, she had

21      the U.K., France, Germany, Italy, I think, reporting

22      in to her.

1          Q.      And Mr. Weldon is your boss?

2          A.      Mr. Weldon was my -- is my boss and was

3     my boss at the time.  This was a period in time that I

4     had just taken over my new responsibilities, and I

5     think I took on my responsibilities in October,

6     November of '01.

7          Q.      In this memo, Mr. Reedy talks about the

8     -- I'm looking at the next to last paragraph.  "This

9     recommendation has been reviewed with the PGSM Health

10    Economics Group..."  What is that?

11         A.      There is a group that is part of what we

12    call our pharmaceutical global sales and marketing

13    organization, and in it they have a group that is a

14    health economics group that is a group that has

15    expertise, analytical ability to provide advice and

16    counseling to the operating companies.

17                 So, normally -- doesn't always happen,

18    but normally an operating company would go to that

19    group just to seek advice about competitive activities

20    and global activities, you know, what is the

21    government political environment.  So, this price

22    increase against that political environment we're

1    working in, how would that look, how would that be

2    perceived, is this the right time to do it.

3         Q.    That's in the U.S. and outside the U.S.?

4         A.    Yes.  This group does work for all of

5    our companies around the world.

6         Q.    So, presumably there would be some

7    documents from somebody at Ortho Biotech to the PGSM

8    Health Economics Group saying, "This is the price

9    increase we want to take for Doxil.  Give us your

10   thoughts" --

11              MR. SCHAU:  Objection.

12        Q.    -- or something.  You can answer.

13        A.    I don't know whether there would be a

14   document.  I know that a product manager in Ortho

15   Biotech would, if they've said this, they probably

16   went and sought somebody's advice.  Whether there was

17   a document or not, I don't know.

18        Q.    Now, is this something that's required

19   before you're going to approve a price increase?  That

20   PGSM looks at it?

21        A.    It's not required.  It's not required,

22   but I will tell you that I will feel a lot more

1    comfortable if our global groups looked at it.

2           Q.    The handwriting on there, I think it

3    says F, and then something E-C or E-L.

4           A.    Right.

5           Q.    Do you see that?  Is that your

6    handwriting?

7           A.    That's probably -- F means file, and

8    that means next -- I think it's next E-C is Executive

9    Committee.

10          Q.    What does that mean?  E-C?

11          A.    It means that -- just put it in the file

12   so that the next time I have an executive committee

13   meeting it'll be in my file.

14          Q.    Executive committee is executive

15   committee of all of Johnson & Johnson, right?

16          A.    Our executive committee is composed of

17   Bill Weldon -- the current executive committee is

18   composed of Bill Weldon, his direct reports, and

19   corporate staff, but not all corporate staff.  Some

20   corporate staff.

21          Q.    Fair enough.  Again, you're one of Mr.

22   Weldon's direct reports.

1          A.     Yes.

2          Q.     So, is this something you would

3     typically discuss at the executive committee or

4     mention to the pricing group?

5          A.     Well, at this time Ralph Larsen was the

6     chairman, and my -- I don't have a memory of why I

7     would, because I normally do not discuss price at the

8     executive committee.  So, I'm just thinking that I

9     might have done this, because I knew I would see Bill

10    at the next executive committee meeting, and I would

11    just want to talk to him about this particular pricing

12    action we were taking.

13               This was a moment where Ralph Larsen had

14    created two vice chairmen, and Bill was one of them,

15    and Bill was running both the pharmaceutical

16    companies, OTC companies, and I don't know what else

17    he was running, but the businesses had been split up

18    between these two vice chairmen, and so that's

19    probably why I had asked it to be filed, so that I

20    could sort of remember to tell Bill about it or to

21    talk to Bill about it.

22         Q.     In this memo, not exactly this form, but

1    a form similar to this from the company presented to

2    the company group chairman and you, is that sort of a

3    standard format for a pricing action?

4         A.    No.  There's no standard format.  It

5    might come in a letter like this.  They might come in

6    a multi-page report.  It might just be, you know -- of

7    course, we talked about this at the business plan

8    meeting, and if you remember, we'd like to do this.

9         Q.    But the price -- we talked about this --

10   is that typically written down somewhere on an E-mail

11   or a piece of paper?

12        A.    It might be just my one on ones where

13   they say, "You remember we were going to take that

14   price increase.  We decided to do it.  We decided not

15   to do it."  Whatever the content may be.

16        Q.    In fact, this memo references in the

17   second paragraph, the second sentence, "The attached

18   competitive pricing analysis indicates that a key

19   competitor," et cetera, et cetera.  Is it common that

20   there would be some pricing analysis attached to the

21   documents like this seeking approval for a price

22   increase?

1           A.      There could be.  There could be.

2           Q.      Are there occasions --

3           A.      I mean, it's not always attached to me,

4   but if you think about this bottoms-up strategy, the

5   bottoms-up strategy would be some rationale of why a

6   price increase would be acceptable or not acceptable,

7   and certainly one of the things that a product manager

8   would consider would be the competitive environment.

9           Q.      Are there occasions where you would ask

10  for such an analysis or ask for more detail on why you

11  were doing this now?

12          A.      Usually the stuff I get is pretty clear.

13  I don't remember asking for more information, but I

14  could have.

15          Q.      Let me show you Exhibit Poon 005.

16          (Exhibit Poon 005 was marked for identification.)

17          Q.      Similar format as Exhibit Poon 004 seeking a

18  price increase except for several products in this

19  one, right?

20          A.      Yes.

21          Q.      Although this is dated August 21, 2001,

22  and I'm wondering why you were getting it then.

1          A.       I don't know, because I don't remember

2    being in my job until the latter part of 2001, but

3    maybe it was announced and I wasn't formally moved to

4    that job.  I don't know.  I don't know.

5          Q.       If we could go through the ccs here, I

6    was wondering if you could tell me who some of these

7    people are.

8          A.       Sure.

9          Q.       I could read them out, but if you could

10   just --

11         A.       These people?

12         Q.       Yes.

13         A.       Rich Gatens reports to Dave Sheffield.

14   So, he's in the finance group.  Steve Hill, I believe,

15   is also in the Dave Sheffield organization.  I could

16   be wrong on that.  Dick Moran is the -- I'll take that

17   back.  I don't know who Steve Hill is.  Dick Moran is

18   the CFO for Ortho Biotech U.S.  Bill Pearson, I don't

19   remember the job that he had at Ortho Biotech at the

20   time, but he is one of the sales and marketing

21   executives at Ortho Biotech.  Catherine Piech is -- I

22   believe at this time was working for that PGSM

1    organization.  Joe Schultz was the head of marketing

2    and sales at Ortho Biotech, and you know Dave Sheffield.

3          Q.    Went we talk about the finance group,

4    Mr. Sheffield's group, I guess, that's above the

5    operating companies, right?

6          A.    Dick Moran is in the operating company.

7    He is the CFO.

8          Q.    But Mr. Sheffield --

9          A.    Mr. Sheffield reports to Bob Darretta,

10   who is our CFO.

11         Q.    The J&J wide CFO?

12         A.    Right.

13         Q.    So, what's the finance -- the J&J wide

14   groups, what's Mr. Sheffield's department's role in

15   this price increase?  Do they have some review or

16   analysis or approval function here?

17         A.    They probably help in the analysis.  So,

18   when these folks say the proposed price action would

19   deliver X net sales, that they would -- all of these

20   financial people would be helping to calculate that

21   number and to make sure that it was accurate.

22         Q.    Does the finance department, meaning Mr.

1    Sheffield's group, I guess, have some sign off or

2    approval financial here as well?

3           A.    No.  You're asking did the Dave

4    Sheffield organization have a sign off or approval.

5           Q.    Yes.

6           A.    Not that I know of.

7           Q.    Is there some other J&J corporate

8    organization that had some sign off or approval over

9    this price increase?

10          A.    Other than me, who looks at it?

11          Q.    Yes.

12          A.    It's me.

13          Q.    It's not like someone from the CFO's

14   office also has to look at it and approve it.

15          A.    No.

16          Q.    I show you what we're going to mark as

17   No. 6.

18          (Exhibit Poon 006 was marked for identification.)

19          A.    Okay.

20          Q.    This time it's Mr. Scodari --

21          A.    Right.

22          Q.    -- asking for the approval, and at this

1    point what was his role in March of '02?

2         A.    He was responsible for our Janssen and

3    Ortho-McNeil businesses, our operating companies.

4         Q.    He was a company group chairman?

5         A.    He was a company group chairman, and

6    those operating companies reported to him.

7         Q.    Although in the first paragraph he

8    references "Centocor currently has no planned pricing

9    action this year, however, management has been asked

10   to reassess this aspect of their forecast."  So, was

11   Centocor an operating company Mr. Scodari was

12   responsible for?

13        A.    No, he was not, nor was he responsible

14   for OBP, neither was he responsible for Neutrogena.

15        Q.    But on page 2, we're talking about their

16   requests as well, right?

17        A.    Normally, if the -- OrthoNeutrogena

18   reports into our consumer group, and they have in that

19   company some dermatology products that are

20   prescription products.  So, if the -- if there is

21   going to be a cluster of price actions that the

22   Scodari companies want to take, they will normally

1    courtesy call up OrthoNeutrogena and say, "Are you

2    going to take a price increase?  Do you want to sort

3    of get this all up on the radar screen now or do you

4    want to go separately?"

5              In this particular case, it looks like

6    they wanted to do something.  So, Scodari wrote it on

7    behalf of OrthoNeutrogena.

8         Q.   Focusing on the sentence in the first

9    paragraph about Centocor management has been asked to

10   reassess this aspect of their forecast, meaning no

11   pricing action" -- do you see that?

12        A.   Centocor.  Yes.  However, management has

13   been asked to reassess this aspect of their forecast.

14   So --

15        Q.   I mean, the question is what does that

16   mean.  Who asked management to --

17        A.   I don't know.  It could be Holvack.  It

18   could be the president of Centocor at the time.  I'm

19   not sure if Tony Vernon was the president.

20        Q.   Exhibit Poon 004 and Exhibit Poon 006 all end with

21   something that says may we have your approval or

22   request your approval.  How do you convey your approval?

1      A.      I might call them up and say it's okay.

2   I might see them on a one on one and say it's okay.  I

3   might write them an E-mail and say it's okay.  I might

4   ask for more information because, you know, I'm a

5   little -- you know, I might be worried about any

6   number of things that I want more information on, but --

7      Q.      But they're not going to take this price

8   increase until somehow you convey your approval?

9      A.      Yeah.  Normally they will know the price

10  is okay with me in some way.

11     Q.      And there may or may not be a piece of

12  paper reflecting your approval?

13     A.      Right.  There may or may not be.

14     Q.      I show you what we are going to mark as

15  No. 7.  You don't need to read all of this.  You can

16  if you want to, but I'm not going to ask you about all

17  the details of it.

18     (Exhibit Poon 007 was marked for identification.)

19     Q.      Let me know.  Like I said, I'm not going

20  to ask you about all the pages.

21     A.      All right.

22     Q.      Turning to the second page, which I

1     believe is the first page without a post-it, this is

2     Mr. Scodari asking for a price adjustment for

3     Retavase; is that fair?

4          A.     That's right.

5          Q.     And at this time Mr. Scodari was the

6     company group chairman that included Centocor?

7          A.     That's right, Centocor, and the one --

8     the job that we described in the very beginning of

9     this deposition.

10         Q.     The current description.

11         A.     The current -- his current job started

12    around this time.

13         Q.     And on the cc list T. Vernon is Mr.

14    Vernon, the president of Centocor?

15         A.     That's correct.

16         Q.     I presume that's your handwriting there?

17    It says okay?

18         A.     Yeah.

19         Q.     Obviously, you agreed with what was

20    going on here.

21         A.     Yes, I did.

22         Q.     On the front page, the post-it note that

1    covers some of the text, is that your handwriting on that?

2         A.    No, it's not.

3         Q.    Any idea who that is?

4         A.    Nope.

5         Q.    Now, these memos go to you and Bill

6    Weldon I see.  Do you obtain Mr. Weldon's approval

7    before you sign off on these?

8         A.    I do not.  I do not, and I have not

9    sought Weldon's approval for any price increase

10   probably since, you know, maybe mid -- I took the job

11   over in '01, and probably by the first part of '02, I

12   was the last one to look at the price increases.

13        Q.    And the way all these memos, I noticed,

14   are typed to you and then under you is a to Bill

15   Weldon, does that mean Mr. Weldon gets a separate copy

16   of this do you know or --

17        A.    What this means, it means that he

18   probably gets a copy of it.  Yeah.

19        Q.    But once you sign off, that's enough,

20   and they can go implement the price action?

21        A.    That's right.  That's right.  I'm going

22   to -- what's odd to me, this is '03, and by this time

1    we had -- we were not informing Bill about our price

2    actions.

3                     I'm going to think that one of the

4    reasons that this was written to Bill was just to

5    inform him of the rationale of why we were not taking

6    a price increase on Remicade, because he would have

7    had -- I had little interest in Retavase being, you

8    know, increased or not increased.  So, our focus --

9    the interest was around Remicade, and why leaving the

10   price -- why we wanted to leave the price flat at that

11   point.

12            Q.    So, you approved the no price change for

13   Remicade as well?

14            A.    There was no price increase for Remicade.

15            Q.    Now, I'm going to talk for a minute

16   about the process for setting or approving the price

17   of a new product.  Can you explain the approval process

18   or the review process necessary beyond the operating

19   company for setting the price of the new product?

20            A.    We haven't approved that many new products

21   since I've been here.  I can only think of two.

22            Q.    I tell you what.  I'm not trying to play

1    hide the ball.  Let me show you what we're going to

2    mark as Exhibit Poon 008.

3         (Exhibit Poon 008 was marked for identification.)

4         Q.    Does Exhibit Poon 008 represent the process by

5    which new product pricing is approved at the Johnson &

6    Johnson?

7         A.    Like I said, I can only remember two

8    products that we've approved.  I think we followed

9    this process for those two.

10        Q.    Let me talk to you about some of the

11   things on here.  First of all, it indicates you are a

12   member of the global pharmaceutical pricing committee;

13   is that right?

14        A.    Yes.

15        Q.    What does the global pharmaceutical

16   pricing committee do?

17        A.    We're looking at the support and the

18   rationale for a proposed pricing -- for worldwide

19   pricing for new product around the world.

20        Q.    So, the GPPC focuses exclusively on new

21   products?

22        A.    On new products.

1          Q.     And no role in changing any price for

2     existing products?

3          A.     No, we do not.

4          Q.     By the way, when you say worldwide

5     pricing, is there one worldwide price for Johnson &

6     Johnson products?

7          A.     No.

8          Q.     So, what we call the list price in the

9     U.S. may not be the list price in another part of the

10    world?

11         A.     That's correct.

12         Q.     We talked about a lot of the members of

13    the GPPC, who are listed here.  Who is Mr. Norton?

14         A.     David is our company group chairman for

15    Europe.

16         Q.     And Mr. Zito Sartarelli?

17         A.     He's our company group chairman for Asia

18    Pacific and Latin America.

19         Q.     The GPPC consists of you and the company

20    group chairman, if I'm reading this correctly.

21         A.     That's right.

22         Q.     And there are seven on here, but I guess

1    Ms. Webb is no longer with us.

2            A.      That's right.   There's other people now

3    that are on this because people's jobs have changed.

4            Q.      Just to deal with some acronyms and some

5    names on this document, the first box talks about

6    health economics and then the PGSM GCT.

7            A.      So, these are what they call the global

8    commercial teams, and these are comprised of the key

9    brand representatives from each of the key countries

10   around the world.

11           Q.      From the operating companies for that

12   brand around the world?

13           A.      That's right.   So, let's make it up.

14   Let's say that there's a new product coming through

15   Janssen.   There would normally be a person at Janssen

16   who is the brand manager.   Just as there would be in

17   Janssen-Cilag Germany, there's a brand manager in that

18   company that was responsible for this new product.

19   So, this GCT is a group of those commercial leaders,

20   representatives from each of the different operating

21   committees.

22           Q.      But PGSM is some group of people beyond

1    the operating companies?

2         A.    PGSM, there would be for that product a

3    person in the global marketing group who is

4    responsible for that product.

5         Q.    The global marketing group is not part

6    of any specific operating company?

7         A.    No.

8         Q.    And health economics is another part of PGSM?

9         A.    That's correct.

10        Q.    And then the box goes down to the global

11   pricing function.  What is that?

12        A.    Global pricing function is a group that

13   is part of the health economics group that is again

14   this global analytical organization that is looking at

15   competitive trends, looking at, you know -- what

16   they're trying to do is to glean from our clinical

17   trials what the value of that product is that we're

18   bringing to the marketplace.

19        Q.    So, their role is to help determine what

20   the price is going to be?

21        A.    It helps to determine the price based on

22   the health economics of the product that we're

1    bringing to the marketplace.  So --

2         Q.    By the way, when we talk about new

3    product, we're not talking just about a completely new

4    drug, right?  We're talking about a new formulation of

5    an existing drug.

6         A.    No.  It's a new product.  New -- well,

7    there would be a product like Risperdal Consta, which

8    as the actual product is the same molecule, but it's a

9    completely different form.  It's an injectable

10   product; whereas, the original form was a tablet.  A

11   tablet lasts once a day.  This new form lasts two

12   weeks.  So, that product would have moved through this

13   new product pricing approval process.

14        Q.    Let me see if I can remember this.  I

15   think in the last few years Johnson & Johnson started

16   selling a new strength of Flexeril; is that right?

17        A.    The McNeil organization did.

18        Q.    McNeil started selling a new strength of

19   Flexeril that you hadn't sold before.

20        A.    Right.

21        Q.    Did that new strength have to go through

22   this process?

1      A.      No, it did not.  It didn't come through

2   the process.

3      Q.      Whatever the initial price was for, that

4   was decided the way other price changes were?

5      A.      Yeah.  At the time McNeil was not

6   reporting to me.  So, I actually don't know how the

7   original price was set.

8      Q.      To finish out some acronyms on here, the

9   GOC are what we talked about earlier, the group

10  operating companies -- committee?

11     A.      Committee.

12     Q.      The members of the GOC and the members

13  of the GPPC are pretty much the same people, correct?

14     A.      The group operating committees is a

15  bigger organization.  So, this GPPC is a subset of the

16  GOC.

17     Q.      It says, "Communicates Results to LOCs"

18  at the bottom.  I think I know this, but what's an LOC?

19     A.      It's probably a local operating company.

20     Q.      Local means in one country or group of

21  countries?

22     A.      Yeah.  Local local.  Raritan, local

1   California.  Wherever it is.

2          Q.    I didn't mean to interrupt you, if you

3   were going to finish.  Were you finished with your

4   answer?

5          A.    This is the only time I've ever seen

6   LOC.  Normally we use OC as an acronym.

7          Q.    You don't have any parts of the business

8   that are broken down by operating companies for

9   different parts of the United States, do you?

10         A.    I don't think I understand that question.

11         Q.    Your example was like local operating

12   company, Raritan, versus local operating company,

13   California?

14         A.    We have Scios, which is based in

15   California.  That's a local operating company.  It's

16   an operating company in California.

17         Q.    But it does business all over -- it's

18   responsible for the whole U.S.

19         A.    That's correct.

20         Q.    You don't have any operating companies

21   whose responsibility is only a part of the U.S., do you?

22         A.    No.

1          Q.     Okay.  Just making sure.  So, the final

2     approval for new product pricing would be the GPPC?

3          A.     For new product.  I would just say that

4     the normal, and I can only say it because we've only

5     done it on two products -- this approval is normally a

6     corridor of a price.  So, we don't tell them a price.

7     We tell them that usually there's a floor.  We don't

8     want you to be pricing below this level, but

9     obviously, they can price above that level, and so

10    there are, for both of those products that I'm

11    thinking of that went through this process -- there is

12    an assortment of prices even today.

13         Q.     When you say floor, is that one floor

14    worldwide?

15         A.     It's a worldwide floor.  We don't want

16    the price to go below that level.

17         Q.     Then it's up to the operating company in

18    whatever country, that whatever price they want in

19    that country is appropriate?

20         A.     As long as it -- usually we have a

21    floor, and we have a ceiling.  You can imagine nobody

22    ever goes beyond the ceiling, but as long as it's in

1    that corridor, then we're happy.

2              Q.     Let me talk to you for a minute about

3    the Johnson & Johnson Health Care System.   That's not

4    one of the companies that reports to you, right?

5              A.     No.

6              Q.     You have an understanding of what they do?

7              A.     A vague understanding.

8              Q.     What's your understanding vaguely?

9              A.     I believe that they are an organization

10   that is organized around major customers, and they

11   work with the various operating companies in Johnson &

12   Johnson, across the operating companies of Johnson &

13   Johnson in consumer pharmaceuticals and medical

14   devices, and, you know, negotiate various business

15   contracts and relationships with those key customers

16   representing, I guess, the best of what each operating

17   company is willing to offer up.

18             Q.     Were they ever part of your responsibility?

19             A.     No.

20             Q.     I want to talk to you for a second about

21   the managed care group or the managed care council.

22   Are you familiar at all about that?