Page 1

```
 1        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
 2            IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
 3   ---------------------------x
 4   In Re: PHARMACEUTICAL          )
 5   INDUSTRY AVERAGE WHOLESALE     ) MDL No. 1456
 6   PRICE LITIGATION               ) CIVIL ACTION NO.
 7                                  )  01-CV-12257-PBS
 8   ---------------------------)
 9   THIS DOCUMENT RELATES TO       )
10   ALL ACTIONS                    )
11   ---------------------------x
12        39(b)(6) DEPOSITION OF ROBERT A. SPURR
13                 New York, New York
14              Thursday, August 12, 2004
15                    9:43 a.m.
16        30(b)(6) deposition of Ortho-McNeil
     Pharmaceutical, by ROBERT A. SPURR, held at
17   the offices of Patterson, Belknap, Webb &
18   Tyler LLP, 1133 Avenue of  the Americas, New
19   York, New York, pursuant to Notice, before
20   Frank J. Bas, a Registered Professional
21   Reporter and Notary Public of the State of
22   New York.
```

```
 1   A P P E A R A N C E S:

 2

 3          SPECTOR, ROSEMAN & KODROFF, P.C.

 4          Attorneys for Plaintiffs

 5                1818 Market Street, Suite 2500

 6                Philadelphia, Pennsylvania 19103

 7          BY:   JOHN A. MACORETTA, ESQ.

 8                JENNIFER L. ENCK, ESQ.

 9

10

11

12          (Appearing Telephonically)

13          HOGAN & HARTSON LLP

14          Attorneys for Amgen Inc.

15                111 South Calvert Street

16                Suite 1600

17                Baltimore, Maryland 21202

18          BY:   JANE ANN R. NEISWENDER, ESQ.

19

20

21

22
```

```
 1   A P P E A R A N C E S  (CONT'D):

 2

 3         PATTERSON, BELKNAP, WEBB & TYLER LLP

 4         Attorneys for Johnson & Johnson;

 5         Centocor Inc.; Ortho Biotech Products, L.P.

 6               1133 Avenue of the Americas

 7               New York, New York 10036-6710

 8   BY:   ANDREW SCHAU, ESQ.

 9         ESTELLA J. SCHOEN, ESQ.

10

11

12

13

14

15

16

17

18

19

20

21

22
```

Page 4

```
 1                    I N D E X

 2    WITNESS                              PAGE

 3    ROBERT A. SPURR

 4         By Mr. Macoretta                 11

 5         By Mr. Schau                     368

 6

 7    DIRECTIONS: PAGE  99

 8    RULINGS:  (None)

 9    MOTIONS:  (None)

10                R E Q U E S T S

11    PAGE 21      Structure of McNeil Specialty

12                 Pharmaceuticals

13

14                E X H I B I T S

15

16    Exhibit Spurr 001, amended notice of

17                 Rule 30(b)(6) deposition........11

18

19    Exhibit Spurr 002, drug list, headed

20                 Purchases Made By Plaintiffs Of Drugs

21                 Manufactured/Distributed By The

22                 Johnson & Johnson Group.........11
```

```
 1              E X H I B I T S (C O N T.)

 2

 3   Exhibit Spurr 003, document Bates-numbered

 4                    MDL-OMP 0004741, New Product Pricing

 5                    Approval Process............... 66

 6

 7   Exhibit Spurr 004, document Bates-numbered

 8                    MDL-OMP000032, 2001 Levaquina Pricing Policy

 9                    Templates - MCO-0PBM............ 123

10

11   Exhibit Spurr 005, document Bates-numbered

12                    MDL-OMP 0002198, page from computer program.. 155

13

14   Exhibit Spurr 006, document Bates-numbered

15                    MDL-OMP0002035 through 0002037, headed

16                    Customer Proposal Approval Form ............. 163

17

18   Exhibit Spurr 007, document Bates-numbered

19                    MDL-OMP0003948 through MDL-OMP0003952,

20                    headed Projected Financial Impact ........... 183

21

22
```

Robert A. Spurr                    Highly Confidential                    August 12, 2004
                                   New York, NY

 1                    E X H I B I T S (C O N T.)

 2      Exhibit Spurr 008, document Bates-numbered

 3                      MDL-OMP0006466, headed Approval Process

 4                      for PBM/MCO Contracts for Targeted Accounts

 5                      Within Pricing Policy..................... 186

 6      Exhibit Spurr 009, document Bates-numbered

 7                      MDL-OMP0004702 through 4707, interoffice

 8                      memorandum from Kenya Purnell dated

 9                      January 26, 1999, Subject: Market Pricing

10                      Update .................................. 227

11

12      Exhibit Spurr 010, document Bates-numbered

13                      MDL-OMP 0005157, e-mail.................. 273

14

15      Exhibit Spurr 011, document Bates-numbered

16                      MDL-OMP 0004511, headed Ortho-McNeil

17                      Pharmaceutical Anti-infective Franchise,

18                      Levaquin, Proposal Summary............... 275

19

20      Exhibit Spurr 012, document Bates-numbered

21                      MDL-OMP 0001382 through 1387, headed GOPS

22                      to Net Trade Sales Analysis, Year End 2001... 277

Page 7

1                       E X H I B I T S (C O N T.)

2

3    Exhibit Spurr 013, document Bates-numbered

4                       MDL-OMP0006088 through 0006166, 2003

5                       Levaquin Brand Plan, July 23, 2002........ 281

6

7    Exhibit Spurr 014, document Bates-numbered

8                       MDL-OMP0000287, interoffice memorandum from

9                       Johnson & Johnson dated August 27, 2001 re

10                      Johnson & Johnson/Notice of Program

11                      Participation............................ 308

12

13   Exhibit Spurr 015, document Bates-numbered

14                      MDL-OMP0000225, e-mail................... 319

15

16   Exhibit Spurr 016, document Bates-numbered

17                      MDL-OMP0004064 through 4081, Levaquin

18                      Proposal to Merck-Medco.................. 326

19

20   Exhibit Spurr 017, document Bates-numbered

21                      MDL-OMP 0006555 through 6587, headed

22                      Levaquin Managed Care Playbook........... 330

```
                                                      Page 8
 1                    E X H I B I T S  (C O N T.)

 2

 3    Exhibit Spurr 018, document Bates-numbered

 4                      MDL-OMP0002961 through 2965, headed Medicare

 5                      Task Force, Johnson and Johnson Domestic

 6                      Pharm Group Fact Sheet.................... 335

 7

 8    Exhibit Spurr 019, document Bates-numbered

 9                      MDL-OMP0003366 through 3369, headed

10                      Ortho-McNeil Pharmaceutical Direct Account

11                      Distributor Prices, Price List Effective

12                      9/15/99, 5:00 p.m. Eastern Time........... 339

13

14    Exhibit Spurr 020, document Bates-numbered

15                      MDL-OMP0002257 through 2258, headed Levaquin

16                      Value of Formulary Position 3Q 2001....... 341

17

18    Exhibit Spurr 021, document Bates-numbered

19                      MDL-OMP0000108, headed Agenda Pricing

20                      Strategy Meeting January 28, 2002......... 349

21

22
```

Page 9

```
 1                        E X H I B I T S  (C O N T.)

 2

 3    Exhibit Spurr 022, document Bates-numbered

 4                         MDL-OMP0002982 through 2985, headed

 5                         Ortho-McNeil Management Board Quarterly

 6                         Strategy Meeting March 1-3, 2000, Bernards

 7                         Inn Agenda.................................. 351

 8

 9    Exhibit Spurr 023, document Bates-numbered

10                         MDL-OMP0000194 and 193, two-page document.... 352

11

12    Exhibit Spurr 024, document Bates-numbered

13                         MDL-OMP0004113 through 4123, headed

14                         Johnson & Johnson Health Care Systems, Inc.,

15                         Merck-Medco Contract Negotiations,

16                         Contracting Approach August 2001............. 354

17

18    Exhibit Spurr 025, document Bates-numbered

19                         MDL-OMP 0001244 through 1255, headed

20                         Levaquin Contracting......................... 358

21

22
```

```
 1                   E X H I B I T S  (C O N T.)

 2

 3    Exhibit Spurr 026, document Bates-numbered

 4                    MDL-OMP0006593 through 6602, interoffice

 5                    memorandum from Dale Russell to Barbara

 6                    Somma dated June 21, 2002.................... 360

 7

 8    Exhibit Spurr 027, document Bates-numbered

 9                    MDL-OMP0006741 through 746, headed Managed

10                    Care Group................................... 365

11

12

13

14

15

16

17

18

19

20

21

22
```

```
 1    (Time noted: 9:43 a.m.)
 2              (Exhibit Spurr 001 for identification,
 3         amended notice of Rule 30(b)(6) deposition.)
 4              (Exhibit Spurr 002 for identification,
 5         drug list, headed Purchases Made By
 6         Plaintiffs Of Drugs Manufactured/Distributed
 7         By The Johnson & Johnson Group.)
 8    R O B E R T   A.   S P U R R,
 9         stating his home address as 10 Horton Drive,
10         Chester, New Jersey, having been duly sworn
11         by the Notary Public (Frank J. Bas), was
12         examined and testified as follows:
13    EXAMINATION BY
14    MR. MACORETTA:
15         Q.   Mr. Spurr, good morning.
16         A.   Good morning.
17         Q.   We met a minute ago, I'm John
18    Macoretta, I'm here on behalf of the plaintiffs.
19    Could you start by -- well, where do you work
20    now?  Give me your office and address.
21              MR. SCHAU:  John, let me just
22         interrupt.
```

```
 1                  MR. MACORETTA:  Sure.
 2                  MR. SCHAU:  I'll just say at the
 3           outset I would like to designate it for the
 4           moment, the transcript, to be highly
 5           confidential pursuant to the protective
 6           order.
 7                  MR. MACORETTA:  We have no objection
 8           to that.
 9                  MR. SCHAU:  Okay.
10      Q.    Go ahead.  Where is your office?
11      A.    Raritan, New Jersey.
12      Q.    What's your home address?
13      A.    10 Horton Drive, Chester, New Jersey.
14      Q.    Before we get into the details, into
15      the substance of questions, let me ask you first,
16      have you ever been deposed before?
17      A.    Yes.
18      Q.    Okay.  So you're familiar with the
19      process?  I'm going to ask the questions, you're
20      going to answer them, the court reporter is going
21      to take down everything we say, right?
22      A.    Yes.
```

Highly Confidential
New York, NY

1    committee to wherever it goes in J&J corporate?

2         A.    Ortho-McNeil finance department,

3    under Joe Bondi's guidance, would take that to

4    Christine Poon and to the other financial people

5    in corporate to review.

6         Q.    Okay.  Is there some policy that

7    tells us this is how price -- we're talking about

8    an initial price, right?

9         A.    Initial price, in this case for a

10   line extension, or a new SKU.

11        Q.    Or a new product as well, right?

12        A.    Yes.  But the new product is a bit

13   different.

14        Q.    How is it different?

15        A.    There's another company within J&J

16   called PGSM.  They do our global pricing research

17   and analysis.  So prior to a brand being

18   commercialized in the U.S., they also put

19   together market research and pricing

20   recommendations before transferring it to the

21   U.S. commercial team that's ultimately going to

22   market and sell the product here in the U.S.

```
 1        Q.    The U.S. commercial team means OMP or
 2   an operating company?
 3        A.    Another operating.  Wherever they
 4   assign the product.
 5        Q.    Okay.  And does this same process,
 6   meaning cross-functional team to OMP pricing
 7   committee to J&J corporate, does that apply to
 8   price changes as well?
 9        A.    Yes.
10        Q.    Is there some policy at OMP that
11   would say this is the way things work or the way
12   they flow?
13        A.    No.
14        Q.    That's just the way you do things?
15        A.    That's the way it's been done.
16        Q.    The cross-functional team, do they
17   generate some kind of standard report or
18   explanation for why they're going to take this
19   price action?
20        A.    Yes, there would usually be a
21   presentation that would be presented to the
22   pricing committee.
```

```
 1          Q.    Does that have some name at OMP?

 2          A.    It would be different for every

 3   brand.

 4          Q.    For every brand, okay.  But it's not

 5   like, you know, this is our price report

 6   explanation form or something like that?

 7          A.    No.

 8          Q.    Okay.  So there would be a pricing to

 9   the presentation -- a presentation to the pricing

10   committee, right?

11          A.    Yes.

12          Q.    Okay.  And have you seen the

13   paperwork, at least for this Levaquin price

14   setting, that went from OMP to J&J corporate?

15          A.    No.

16          Q.    But you presume that there's some

17   presentation or document?

18          A.    I honestly don't know what goes

19   there, but I do not believe it's an actual

20   presentation.

21          Q.    Just some written documentation or

22   memo or something?
```

Highly Confidential
                             New York, NY

1      A.    Yes.

2      Q.    Let me show you what we're going to

3   mark as No. 3.

4            (Exhibit Spurr 003 for identification,

5            document Bates-numbered MDL-OMP 0004741, New

6            Product Pricing Approval Process.)

7      Q.    You talked about the PGSM, which is

8   referenced on here, although there's also

9   something called the GPPC.  I'm just trying to

10   understand the process here.  Let me start out,

11   what's the GPPC?

12      A.    It's the global pharmaceutical

13   pricing committee.

14      Q.    Okay.  And what's the PGSM?

15      A.    I believe it's pharmaceutical

16   group -- I don't recall exactly what it stands

17   for.

18      Q.    Okay.  So does the GPPC need to

19   approve price changes to existing products?

20      A.    In the context of what I know about

21   the U.S. -- this is a global pricing report.  But

22   in the context of the U.S., I think the answer to

1    that question for new products is yes.   For

2    in-line brands it's no.   Pricing changes.

3          Q.    So the new 750 milligram version of

4    Levaquin, did that have to be approved by the

5    GPPC?

6          A.    No.

7          Q.    Who are these people -- I want to

8    talk with you about the GPPC members.   Christine

9    Poon, I don't know if you said her title.

10         A.    Yeah, I don't know that I have her

11   title right, but I believe she's worldwide head

12   of pharmaceuticals for Johnson & Johnson.

13         Q.    David Norton?

14         A.    David Norton today in his assignment

15   is -- he just changed jobs.

16         Q.    What did he used to be?

17         A.    He was group operating chairman for

18   U.S. pharmaceuticals.

19         Q.    Joe Scodari, Mr. Scodari?

20         A.    He's group operating chairman for

21   another group of J&J companies, that I'm not sure

22   which ones are assigned to him.

Page 68

1     Q.    Dave Holveck?

2     A.    I don't know Dave.  Don't know Carol.

3   Don't know Rose.

4     Q.    Dave Sheffield?

5     A.    Dave Sheffield is a corporate finance

6   person.  I don't know his title.

7     Q.    Zito Sartarelli?

8     A.    I don't know Zito.

9     Q.    Did any of these people ever work for

10   OMP?

11     A.    I don't know.

12     Q.    Some of the other acronyms on this

13   page, it says -- well, first of all, the top box

14   says Health Economics.  Is that some department

15   or unit?

16     A.    It's a department within PGSM.

17     Q.    And there is PGSM, GCT.  What's a

18   GCT?

19     A.    I don't know.

20     Q.    Further down it talks about GOC.

21     A.    Group operating chairman.

22     Q.    And below that, communicates results

```
 1   to LOCs?

 2         A.    Local operating companies.

 3         Q.    Is OMP a local operating company?

 4         A.    Yes.

 5         Q.    Okay.  And it's part of several

 6   different groups, right?

 7         A.    Are you asking that question in the

 8   context of the previous one about the changes in

 9   structure?

10         Q.    I'm just trying -- before the most

11   recent change, what group was OMP a part of?  Let

12   me try it that way.

13         A.    I apologize.  I still don't

14   understand.  Group of...?

15         Q.    A GOC is a group operating company?

16         A.    Yes.  The company's broken up -- they

17   take all of these operating companies and they

18   group them into these group operations.

19         Q.    Okay.  What group was OMP in before

20   the most recent change?

21         A.    It was in David Norton's group.

22         Q.    And what was that called?
```

1    director of institutional account management?   So

2    has NAMs and NADs that cover long-term care and

3    GPO, and government, Medicare and Medicaid.

4         Q.    Okay.

5         A.    Charlie Glass -- oh, this is '99,

6    that's why I know these people.   Charlie Glass I

7    know as -- he's a business director in the

8    southeast right now, but worked in-house back in

9    1999.

10        Q.    In-house, meaning at headquarters?

11        A.    He worked in a job in what was the

12   national accounts group back then.   The exact job

13   description I don't recall.   And the only reason

14   I know that is I interviewed Charlie for a job

15   and he spoke to me that he had worked with my

16   predecessor on some project with national

17   accounts.

18        Q.    By the way, who was your predecessor?

19        A.    Dale Russell.

20        Q.    Keep going.

21        A.    Robert or Bob Inserra.   Bob Inserra

22   worked in managed health care finance, with

1    Tim -- Kim Timko, T-i-m-k-o.  And now Robert

2    works for HCS in a Medicaid position.

3                Sarah Kennedy is a field sales

4    director in primary care.  She oversees a field

5    force in primary care. At this time I believe

6    that she was a director of national accounts in

7    the national accounts group.

8                I don't know K. Richter.

9                Dale Russell was my predecessor.

10                I don't know J. Strahan.

11                Kim Timko we spoke about.  She works

12    in managed health care finance.

13                And I don't know the last two, Weidle

14    and Vitari.

15        Q.    Okay.  I'm going to go back to the

16    deposition notice and talk about No. 7.

17    Documents describing the method by which you

18    calculate or determine the average sales price,

19    including any determination or rendering of

20    actual transaction costs and/or revenues at any

21    level of distribution or processing chains.

22                We talked about already that average

1    sales price is not a term you use except for a

2    couple of drugs in the Medicare context, right?

3         A.    Yes.

4         Q.    But you do have a calculation of

5    gross-to-net, right?

6         A.    Yes.

7         Q.    Is there some document that tells us

8    what's included or not included in that

9    calculation, or some policy?

10        A.    There's no policy.  There would be

11   documents, either part of the brand plan or part

12   of a finance document, that Steve Barrihtaris may

13   have, or a gentleman by the name of Tim Hillman,

14   who works with Steve, who is our marketing

15   controller, that would show everything that goes

16   into that calculation of gross-to-net.

17        Q.    Is that gross-to-net calculation a

18   J&J-wide calculation?  Meaning do the other

19   operating companies use the same formula or

20   calculation?

21        A.    I don't know.

22        Q.    The documents talking about the

Highly Confidential
                                  New York, NY

1    determining actual transition costs at any level

2    of the distribution or processing chain.  And the

3    only level I'm interested in here is the PBM

4    level, I guess.  Because you have no

5    direct-to-physician level, right?

6          A.    No.

7          Q.    Okay.  And I think you talked earlier

8    that there's no regular report that talks about

9    that gross-to-net calculation just for PBMs,

10   right?

11         A.    No.

12         Q.    Okay.  Although we might be able to

13   find that in the business plan somewhere?

14         A.    You may.

15         Q.    And on your dashboard report?

16         A.    Probably on my dashboard report.

17         Q.    But if I wanted to do it, I would --

18   is there a calculation by customer that exists

19   somewhere that I could then add up?

20         A.    You're looking for the gross-to-net

21   calculation and trying to do that by customer?

22         Q.    Well, I'm trying to do the

```
 1    gross-to-net calculation for your PBM business.

 2    And I'm trying to --

 3         A.   It doesn't exist in a report.

 4    Someone would have to do that for you.

 5         Q.   But it could be done by going to all

 6    of the PBM customers, correct?

 7         A.   Yes.

 8         Q.   Do you know of another easier way to

 9    do it?

10         A.   No.  I wish I did.  Unfortunately I

11    don't.

12         Q.   Other than for the entire drug

13    gross-to-net, is it broken down -- any other

14    groups of gross-to-net?  Do you understand what

15    I'm asking?

16         A.   So besides the drug, the category as

17    well?

18         Q.   Or anything else.  There's a

19    calculation of gross-to-net for -- by drug,

20    right?

21         A.   Yes.

22         Q.   Okay.  Is there a subgroup of that
```

**Highly Confidential**
New York, NY

```
 1   drug -- of that calculation, meaning by drug, in

 2   some distribution channel or some other

 3   breakdown?

 4         A.    No.  Only for some products, they

 5   might break it down based on IV or oral, or drugs

 6   not on the list.  There might be another reason

 7   to break it down.

 8         Q.    No. 8 talks about documents which

 9   would report, review, comment or analyze the

10   profit from any of your drugs.  We saw somewhere

11   on here gross margin, I think.

12         A.    Right.  That was in those contract

13   proposal.

14         Q.    Other than that template, then,

15   for -- well, I don't know if template's the right

16   word.  Model, right?

17         A.    Yes.

18         Q.    Is gross profit or gross margin

19   reported regularly on any financial statements?

20         A.    It is by finance, in some reports

21   that they create.

22         Q.    Okay.  That you get on occasion?
```