UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 Civil Action No. 01-12257-PBS Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 |  |

**DECLARATION OF MONICA LAMB CONCERNING REDACTIONS TO ASTRAZENECA PHARMACEUTICALS LP'S INDIVIDUAL SURREPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Monica Lamb, declare as follows:

1. I am an associate at Davis Polk & Wardwell, attorneys for AstraZeneca Pharmaceuticals LP in the above-captioned case.

2. I submit this declaration in connection with certain redactions made to the publicly-filed version of AstraZeneca Pharmaceuticals LP's Individual Surreply in Opposition to Plaintiffs' Motion For Class Certification. I am knowledgeable about the matters described below.

3. Pursuant to the Protective Order entered by this Court on December 13, 2002 (the "Protective Order") and in accordance with agreements reached with counsel, various party and non-party witnesses have designated certain documents, testimony, and other information produced in this litigation as either "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL".

4. On January 20, 2005, the AstraZeneca Pharmaceuticals LP moved this Court for leave to AstraZeneca Pharmaceuticals LP's Individual Surreply in

Opposition to Plaintiffs' Motion For Class Certification under seal. On January 27, 2005, this Court issued an electronic order granting the motion for leave to file under seal, and further ordered that "the parties shall file public redacted versions within 10 days."

5.     I am supplying this Declaration in accordance with this Court's October 26, 2004 electronic Order, which provided that trade secrets "may be redacted with an affidavit to establish good cause."

6.     At my direction, approximately 21 sentences or partial sentences have been redacted from AstraZeneca Pharmaceuticals LP's Individual Surreply in Opposition to Plaintiffs' Motion For Class Certification, because these sentences contain or rely upon information that has been designated as confidential and highly confidential within the meaning of the Protective Order.

7.     The redacted material is believed to be highly proprietary in nature and may include trade secrets. The redactions, which are indicated by the legend "REDACTED," have been made on the basis of designations made by the parties and third-party witnesses in the case, in good faith and for good cause shown.

8. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

New York, New York,

February 4, 2005.

       ___/s/ Monica Lamb_____
       Monica Lamb