## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Pharmaceutical Industry<br>Average Wholesale Price Litigation,<br><br>THIS DOCUMENT RELATES TO THE<br>AMENDED MASTER CONSOLIDATED<br>CLASS ACTION | MDL Docket No. 1456<br><br>Civil Action No. 01-CV-12257-PBS<br><br>Judge Patti Saris |

## MOTION FOR APPEARANCE OF COUNSEL PRO HAC VICE

The undersigned Kevin M. McGinty, Esq., a member in good standing of the bar of this Court and counsel to Health Net, Inc. ("Health Net"), hereby moves this Court, pursuant to Local Rule 83.5.3, to allow Lance A. Selfridge, an attorney with the law firm of Lewis Brisbois Bisgaard and Smith LLP of Los Angeles, California to appear *pro hac vice* on behalf of Health Net. As grounds for this motion, the undersigned states that Mr. Selfridge is admitted to the bar of the highest court of the State of California, is a member in good standing in every jurisdiction in which he is admitted, is not the subject of any pending disciplinary proceedings against him as a member of the bar in any jurisdiction, and is familiar with the Local Rules of the United States District Court for the District of Massachusetts. As additional grounds for this motion, the undersigned further states that Mr. Selfridge is fully aware of the operative facts in this proceeding. The certificate required by Local Rule 83.5.3(b) appears as Exhibit A attached to this motion. Pursuant to Local Rule 7.1(a)(2), the undersigned counsel hereby certify that counsel for Health Net attempted to confer with counsel for defendants regarding this motion, but were unable to speak with counsel to obtain their consent to this motion.


Respectfully submitted,

HEALTH NET, INC.
By its attorneys,

*/s/ Kevin M. McGinty*
Kevin M. McGinty, BBO#556780
Mintz, Levin, Cohn, Ferris,
 Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
617/542-6000

DATED: January 27, 2005

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on 1/27/05