# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

FILED
in Open Court
USDC, Mass.
Date _____
By _____
Deputy Clerk

| | |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, ) ) ) ) ) | MDL Docket No. 1456<br>Civil Action No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO THE AMENDED MASTER CONSOLIDATED CLASS ACTION ) ) ) ) ) | Judge Patti P. Saris<br>Chief Mag. Judge Marianne B. Bowler |

## CERTIFICATE OF GOOD STANDING

Pursuant to Local Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, I, Lance A. Selfridge, hereby certify that: (1) I am admitted to the following bar in the state of California, in the District Court for all Districts of the State of California and in the the Ninth Circuit of the United State Court of Appeals; (2) I am a member in good standing in every jurisdiction where I have been admitted to practice; (3) no disciplinary proceedings are pending against me as a member of the bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

*Lance A. Selfridge*
Lance A. Selfridge

DATED: January 27, 2005

LIT 1501011v1