# ATTACHMENT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: Pharmaceutical Industry Average Wholesale Price Litigation | MDL No. 1456 <br> C.A. No. 01-12257-PBS |
| This Document Relates to: ALL ACTIONS | The Honorable Patti B. Saris |

## AFFIDAVIT OF
## ROBERT S. LIBMAN

Affiant, Robert S. Libman, Jr., after first being duly sworn, states as follows:

1. I make this Affidavit in support of the Joint Motion of the Attorneys General of Illinois, Kentucky, Wisconsin, and Idaho for Leave to File a Memorandum Regarding Plaintiffs' Motion for Class Certification and to Appear at the Court's February 10, 2004 Hearing.

2. I am an Attorney at Law, duly licensed to practice by the State of California since 1988, by the District of Columbia since 1991, and by the State of Illinois since 2004. I am also admitted to practice before the United States Supreme Court and the United States District Courts for the Northern District of California and the Northern District of Illinois.

3. I am a member in good standing in every jurisdiction in which I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

4. I have been appointed a Special Assistant Attorney General for the States of Illinois, Kentucky, and Wisconsin in connection with their AWP-related litigation identified in the proposed Joint Memorandum Regarding Plaintiffs' Motion for Class Certification. In addition, I have been appointed a Special Assistant Attorney General for the State of Idaho for the limited purpose of representing the state in connection with class certification in this case.

5. I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

6. I am a member of the law firm of Miner, Barnhill & Galland. My office address, telephone number, and e-mail address are as follows:

Robert S. Libman
Miner, Barnhill & Galland, P.C.
14 W. Erie St.
Chicago, IL 60610
(312) 751-1170
(312) 751-0438 (telefax)
rlibman@lawmbg.com

FURTHER AFFIANT SAYETH NAUGHT.

_____
Robert S. Libman

STATE OF ILLINOIS    )
                     )
COUNTY OF COOK       )

Before me, a Notary Public in and for the State of Illinois this date appeared Robert S. Libman and acknowledged the foregoing as his voluntary act and deed. Witness my hand and Notarial Seal this seventh day of February, 2005.

_____
Notary Public

11/23/07
My Commission Expires

"OFFICIAL SEAL"
PATRICIA TURNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-23-07

2