UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
In Re: PHARMACY INDUSTRY        )
AVERAGE WHOLESALE PRICE         )MDL NO. 1456
LITIGATION                      )
                                )C.A. No. 01-12257-PBS
THIS DOCUMENT RELATES TO:       )
                                )Judge Patti B. Saris
ALL ACTIONS                     )
_____)
```

## MOTION FOR ADMISSION OF ROBERT S. LIBMAN PRO HAC VICE

The undersigned hereby moves this Court pursuant to L.R. 83.5.3(b) to admit Robert S. Libman, Esq., of the law firm of Miner, Barnhill & Galland, P.C., 14 W. Eric Street, Chicago, IL 60610, to practice in the above case.  As set forth in the attached Affidavit, Mr. Libman: (1) is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2)there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of this Court.  The undersigned has previously filed his notice of appearance in the above case.

Respectfully Submitted,

/s/ Jonathan Shapiro
Jonathan Shapiro
BBO No. 454220
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: February 8, 2005