# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICALS INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) | CIVIL ACTION: 01-CV-12257-PBS JUDGE PATTI B. SARIS |

CERTIFICATE OF GOOD STANDING

Sheila L. Birnbaum, a partner with the law firm Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, hereby certifies:

1. I am admitted to practice before the First Appellate Division of the Supreme Court of the State of New York and am a member in good standing of such bar.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Under penalty of perjury this 8th day of February, 2005.

Respectfully submitted,

*Sheila L Birnbaum*

Sheila L. Birnbaum
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Phone: (212) 735-3000
Fax: (212) 735-2000

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICALS INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456<br><br>Civil Action No: 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) | Judge Patti B. Saris |

## [PROPOSED] ORDER

Now this ___ day of _____, 2005, upon consideration of the Motion to Permit Sheila L. Birnbaum to Appear Pro Hac Vice, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is granted and that Sheila L. Birnbaum may appear and practice in the above-captioned matter.

_____
United States District Judge