UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 ) Master File No. 01-12257-PBS ) Judge Patti B. Saris ) |
| THIS DOCUMENT RELATES TO: State of California, ex rel. Ven-A-Care v. Abbott Laboratories, et al. Case No1: 1:03-cv-11226-PBS | ) ) ) ) ) ) |

### STATE OF CALIFORNIA'S AND RELATOR'S STATEMENT OF POSITION REGARDING CERTIFICATION OF CLASS

As the Court is aware, there are a multitude of states that have filed or are considering filing claims relating to pharmaceutical price inflation that have caused state Medicaid programs to suffer damages. The State of California's lawsuit involving false claims in California's Medicaid program (Medi-Cal) is pending before this Court and other cases are filed in various state and federal courts. Damages have been incurred by both state governments and the federal government, since Medicaid is a joint state-federal program. The proposed class definition in the MDL action specifically excludes governmental entities, but the definition is inartfully drafted and California wanted to ensure that this important provision is not overlooked in the certification proceedings and possible certification order by the Court. Accordingly, California proposes that any order certifying a class provide as follows: Class shall not include any governmental entities for damages incurred by such entities, including but not limited to state Medicaid programs.

1

Although the States of Florida and Texas are not parties to this MDL, they have authorized the State of California and Relator to represent that they join in this Statement of Position.

Respectfully submitted,

BILL LOCKYER
Attorney General for the State of California

Dated: February 10, 2005.

By: TIMOTHY C. FOOTE
Cal. State Bar No.: 115621
Deputy Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
1455 Frazee Rd., Suite 315
San Diego, California 92108
(619) 688-6114 Telephone
(619) 688-4200 Facsimile

**Attorneys for the Plaintiff, State of California**

THE BREEN LAW FIRM, P.A.

Dated: February 10, 2005.

/s/ James J. Breen
By: JAMES J. BREEN
Fla. Bar No. 297178
3562 Old Milton Parkway
Alpharetta, Georgia 30005
Telephone: (770) 740-0008
Fax:          (770) 740-9109
**Attorneys for Relator,
Ven-A-Care of the Florida Keys, Inc.**

## CERTIFICATE OF SERVICE

    I, Timothy C. Foote, hereby certify that on February 10, 2005, I caused a true and correct copy of the foregoing, STATE OF CALIFORNIA'S AND RELATOR'S STATEMENT OF POSITION REGARDING CERTIFICATION OF CLASS, to be served on all counsel of record by electronic service pursuant to paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification of all parties and by mailing a true and correct copy to:

James R. Daly
Toni-Ann Citera
JONES DAY
77 Wacker Drive
Chicago, Illinois 60601
Counsel for Defendant Abbott Laboratories

R. Christopher Cook
Jesse A. Witten
JONES DAY
51 Louisiana Avenue N.W.
Washington, D.C. 20001-2113
Counsel for Defendant Abbott Laboratories

S. Craig Holden
OBER KALER
120 East Baltimore Street
Baltimore, Maryland 21202
Counsel for Wyeth

Lawrance A. Cox
ARNOLD and PORTER
77 S. Figueroa Street, 44th Floor
Los Angeles, California 90017-2513
Counsel for Wyeth

                                                        Timothy C. Foote