UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 FEB -7  A 10: 49
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS. | Judge Patti B. Saris |

### CERTIFICATE OF SERVICE

Docket No. MDL 1456

I, Jennifer Fountain Connolly, hereby certify that I am one of plaintiffs' attorneys and that, on February 4, 2005, I caused copies of Exhibit A to the Reply Memorandum in Support of Class Plaintiffs' Motion to Strike the Declaration of Steven J. Young to be served on all counsel of record, see attached Service List, by placing same in sealed envelopes, affixing proper first class postage, and depositing same in the United States Mail at Chicago, Illinois.

Dated: February 4, 2005

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One N. LaSalle Street, Suite 2000
Chicago, IL 60602
(312) 346-2222 - Telephone
(312) 346-0022 - Facsimile

## Service List

Michael E. Cole
Robert J. Deichert
Claire E. Kindall
Robert B. Teitelman
Attorney General, State of Connecticut
55 Elm Street, P.O. Box 120
Hartford, CT 06141-012

Anthony Bolognese
Bolognese & Associates, LLC
One Penn Center
1617 JFK Boulevard, Suite 650
Philadelphia, PA 19103

Samuel D. Heins
Heins Mills & Olson, PLC
700 Northstar East
608 Second Ave. S.
Minneapolis, MN 55402

Marc Edelson
Alan Hoffman
Hoffman & Edelson, LLC
45 West Court Street
Doylestown, PA 18901

Blake Harper
Hulettt Harper LLP
550 West C Street, Suite 1770
San Diego, CA 92101

T. Copley
Ray Farrow
Mark A. Griffin
Keller Rohrback, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101

James P. Carroll
Joanne Cicala
Michael Coons
Aaron Hovran
Kirby, McInerney & Squire, LLP
830 Third Avenue, 10th Flr
New York, NY 10022

James Quadra
Robert Sanford
Moscone, Emblidge & Quadra, LLP
180 Montgomery Street, Suite 1240
San Francisco, CA 94104

Derek Howard
Gilmur Murray
Murray & Howard, LLP
436 14th Street, Suite 1413
Oakland, CA 94102

Robert Piper
Piper & Associates
624 Pierre A enue
Shreveport, LA 71103

Danne M. Nast
Daniel N. Gallucci
Alison Bazeley
Roda & Nast, PC
801 Estelle Drive
Lancaster, PA 17552

James Cahill
Talin Khachaturian
Henry Rossbacher
Rossbacher & Associates
811 Wilshire Boulevard, Suite 1650
Los Angeles, CA 90017

Natalie F. Bennett
Shepherd, Finkelman, Miller & Shah, LLC
35 E. State Street
Media, PA 19063

Eugene A. Spector
Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Lee Squitieri
Squitieri & Fearon, LLP
521 Fifth Avenue, 26th Flr
New York, NY 10175

Jonathan Shapiro
Stern Shapiro Weissberg & Garin
90 Canal Street
Boston, MA 02114

Ira Richards
Lisa Rodriguez
Trujillo Rodriguez & Richards, LLC
3 Kings Highway East
Haddonfield, NJ 08033

Mitchell Toups
Weller, Green, Toups & Terrell, LLP
2615 Calder, Suite 400
P.O. Box 350
Beaumont, TX 77704

Ronald L. Castle
Anne Milem
Nancy J. Koch
Larri A. Short
Arent Fox Kintner Plotkin & Kahn PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036

Nancy Perkins
Arnold & Porter/Endo
555 12th Street NW
Washington, DC 20004

Matthew M. Strickler
Eric Sitarchuk
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Flr
Philadelphia, PA 19103

Marcia S. Melchin
Baxter Healthcare Corp
One Baxter Parkway
Deerfield, IL 60015

Joseph L. Kociubes
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110

Nancy Koch
Chiron Corporation
4560 Horton Street
MS/R-422
Emeryville, CA 94608

Stephen M. Hudspeth
Lisa M. Lewis
Coudert Brothers
1114 Avenue of the Americas
New York, NY 10036

Ethan M. Posner
Mark H. Lynch
Covington and Burling
1201 Pennsylvania Avenue, NW
P.O. Box 7566
Washington, DC 20004

Scott Wise
Davis Polk and Wardwell
450 Lexington Avenue
New York, NY 10017

Frederick G. Herold
Lisa Pottiger
Dechert Price & Rhoads
1717 Arch Street
Bell Atlantic Tower
Philadelphia, PA 19103

Tim O'Brien
Dickstein Shapiro Morin & Oshinsky LLP
2101 L. Street NW
Washington, DC 20037

DKW Law Group, PC
58th Flr, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Peter E. Gelhaar
Donnelly Conroy & Gelhaar, LLP
One Beacon Street, 33rd Flr.
Boston, MA 02108

Prashanti Krishnamurthy
Peter J. Venaglia
Brian Rafferty
Herschel S. Weinstein
Dornbush Mensch Mandelstam & Schaeffer, LLP
747 Third Avenue
New York, NY 10017

Thomas E. Dwyer
Joseph Haviland
Dwyer & Collora, LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Jessica Barnett
Lucy Fowler
Nicholas C. Theodorou
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

Mark A. Berman
Bruce A. Levy
Richard Mamarella
Jennifer Mara
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, PC
One Riverfront Plaza
Newark, NJ 07102

Gary Ronan
Thomas J. Sartory
Goulston & Storrs
400 Atlantic Avenue
Boston, MA 02110

Jonathan D. Cohen
Michael R. Costa
Evan Georgopoulos
Gary R. Greenberg
Louis J. Scerra
Greenberg Traurig, LLP
One International Place
Boston, MA 02110

Joseph H. Young
Hogan & Hartson, LLP
111 S. Calvert Street, Suite 1600
New York, NY 10017

Geoffrey E. Hobart
Mark D. Seltzer
Holland & Knight
10 St James Avenue
Boston, MA 02116

Robert P. Reznick
Hughes Hubbard & Reed
1775 I Street, NW
Washington, DC 20006

Douglas Farquhar
John R. Fleder
Hyman, Phelps & McNamara, PC
700 13th Street, NW, Suite 1200
Washington, DC 20005

Bruce A. Wessel
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, Ca 90067

Robert R. Stauffer
Anthony C. Porcelli
Jenner & Block, LLC
330 N. Wabash
One IBM Plaza
Suite 4400
Chicago, IL 60611

Tina M. Tabacchi
Robert Christopher Cook
Jones Day
77 W. Wacker Dr, Suite 3500
Chicago, IL 60601

William A. Escobar
Antonia F. Giuliana
Neil Merkl
Philip D. Robben
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Douglas S. Brooks
Kelly, Libby & Hoopes, PC
175 Federal Street
Boston, MA 02110

Augusta Ridley
Grace M. Rodriguez
John D. Shakow
King & Spalding, LLP
1730 Pennsylvania Avenue, NW
Washington, DC 20016
Daniel F. Attridge
Kirkland & Ellis LLP
655 Fifteenth Street NW
Washington, DC 20016

Daniel E. Rosenfeld
Kirkpatrick & Lockhart Nicholson
Graham LLP
75 State Street
Boston, MA 02109

Nancy L. Newman
Kevin J. Stack
Knapp, Petersen & Clarke
500 North Brand Boulevard
Twentieth Flr
Glendale, CA 91203

Mark D. Smith
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109

Robert A. Griffith
Law Office of Robert A. Griffith
67 Batterymaarch Street, Suite 400
Boston, MA 02110

William M. Cowan
William A. Davis
Carolyn McElroy
Kevin M. McGinty
Mintz, Levin, Cohn, Ferris, Glovsky
and Popeo, PC
701 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20004

Scott A. Stempel
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

John Clayton Everett
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

Lori A. Schechter
Morrison & Foerster
425 Market Street
Denver, CO 80202

Marisa L. Jaffe
Nixon Peabody LLP
101 Federal Street
Boston, MA 02110

Nutter, McClenne & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210

Kelly J. Davidson
S. Craig Holden
Ober, Kaler, Grimes & Shriver
120 E. Baltimore Street
Baltimore, MD 21202

Erik Haas
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

Matthew J. Griffin
Colleen M. Hennessey
Peabody & Arnold
30 Rowes Warf
Boston, MA 02110

David J. Burman
Kathleen O'Sullivan
Zoe Philippides
Charles Sipos
Perkins Coie
1201 Third Avenue, Suite 4800
Seattle, WA 98101

Kirke M. Hasson
Pillsbury Winthrop LLP
50 Fremont Street
P.O. Box 7880
San Francisco, CA 94120-7880

Robert E. Piper, Jr.
Piper Rudnick LLP
One International Place
21st Flr
Boston, MA 02110

Kathleen H. McGuan
Reed Smith LLP
1301 K Street, NW
Suite 1100 East Tower
Washington, DC 20005

Brian T O' Connor
John T. Montgomery
Ropes and Gray
One International Place
Boston, MA 02110

James W. Matthews
Robert J. Muldoon
Pamela A. Zorn
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110

Michael L. Koon
Paul S. Schleifman
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108

Richard D. Raskin
Scott D. Stein
Sidley Austin Brown & Wood
10 S. Dearborn Street
Chicago, IL 60603

Anita Bapooji
Joseph F. Savage
Matthew Wolfman
Testa, Hurwitz and Thibeault, LLP
125 High Street
Boston, MA 02110

Paul J. Coval
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Brendan G. Woodard
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Richard M. Cooper
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005

Edward E. Hale
Wilmer Cutler Pickering Hale
and Dorr LLP
60 State Street
Boston, MA 02109