UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*County of Suffolk v. Abbott Labs., et al.*<br>(E.D.N.Y. No. CV-03-229)<br>*County of Westchester v. Abbott Labs., et al.*<br>(S.D.N.Y. No. 03-CV-6178)<br>*County of Rockland v. Abbott Labs., et al.*<br>(S.D.N.Y. No. 03-CV-7055)<br>*The City of New York v. Abbott Labs., et al.*<br>(S.D.N.Y. No. 03-CV-06054) | |

### DEFENDANTS' MOTION FOR A CASE MANAGEMENT CONFERENCE AND FOR COORDINATION OF PLEADINGS

Defendants in the above referenced cases-- *County of Suffolk v. Abbott Labs., et al.* ("*Suffolk*"), *County of Westchester v. Abbott Labs., et al.*, *County of Rockland v. Abbott Labs., et al.*, and *The City of New York v. Abbott Labs., et al.*-- and in other similar cases that are being transferred to this Court (collectively, the "New York County/City Cases"), respectfully move for a case management conference and for coordination of the pleadings in these Cases. Defendants further request an order staying their time to respond to any and all New York County/City Cases until the plaintiffs in those Cases present one master pleading that is consistent with the Court's rulings in *Suffolk*.

Dated: February 11, 2005

    Respectfully submitted,

    ON BEHALF OF ALL DEFENDANTS SERVED IN ACCORDANCE WITH F.R.C.P. 4 OR WHO HAVE WAIVED SERVICE

    /s/ Lyndon M. Tretter
    Steven M. Edwards (SE 2773)
    Lyndon M. Tretter (LT 4031)
    Admitted *pro hac vice*
    **HOGAN & HARTSON L.L.P.**
    875 Third Avenue
    New York, NY 10022
    (212) 918-3000

    Thomas E. Dwyer, Jr. (BBO No. 139660)
    Joseph E. Haviland (BBO No. 643814)
    **DWYER & COLLORA, LLP**
    600 Atlantic Avenue
    Boston, MA 02210
    (212) 371-1000

    Attorneys for Bristol-Myers Squibb Company, Westwood-Squibb, and Oncology Therapeutics Network Corporation

## CERTIFICATE OF SERVICE

I certify that on February 11, 2005, a true and correct copy of the foregoing Defendants' Motion for a Case Management Conference and for Coordination of Pleadings was served on all counsel of record by electronic service pursuant to Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

/s/ Lyndon M. Tretter
Lyndon M. Tretter