# EXHIBIT A

**News Watch**

# NY County Sues Leading Drug Companies for Medicaid Overcharging

New York Lawyer
February 10, 2005

By The Associated Press

SYRACUSE, N.Y. -- Onondaga County is suing 70 leading national pharmaceutical companies, claiming they defrauded taxpayers of millions of dollars by overcharging Medicaid through inflated drug prices.

The federal court lawsuit alleges the companies have broken state and federal Medicaid laws by committing fraud, using deceptive trade practices, and seeking "unjust enrichment."

As a result, Onondaga County overpaid Medicaid by at least $2.5 million in 2003, said attorney Joanne Cicala.

The lawsuit alleges the overcharging has gone on since 1992 but County Attorney Anthony Rivizzigno said the county has not been able to determine an exact amount it was defrauded.

The alleged overpricing amount depends on the drug and ranges from 5 percent to 30 percent, Cicala said. The county is seeking triple damages, she said.

The county claims the drug companies reported an inflated average wholesale prices, thereby making Medicaid's cost excessive. The companies inflated the wholesale cost through tacit agreements, express agreements, or "just by watching each other," Cicala said.

Medicaid is a federal program funded by local, state and federal taxes that provides health care to the poor and disabled.

Calls seeking comment from the drug companies' trade group, Pharmaceutical Research and Manufacturers of America, were not immediately returned.

Four other counties _ Suffolk, Rockland, Westchester and Nassau _ and New York City have filed similar lawsuits since January 2003, Cicala said. Another 20 counties have contacted Cicala's law firm about the possibility of filing similar lawsuits, she said.

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

COUNTY OF WESTCHESTER,

                        Plaintiff,

              - against –

ABBOTT LABORATORIES, INC.,
AGOURON PHARMACEUTICALS, INC.,
AMGEN, INC., ASTRAZENECA
PHARMACEUTICALS L.P., ASTRAZENECA
US, BARR LABORATORIES, INC., BAYER
CORPORATION, BAYER PHARMACEUTICALS,
BERLEX LABORATORIES, INC., BIOGEN, INC.,
BOEHRINGER INGELHEIM CORPORATION,
BRISTOL-MYERS SQUIBB COMPANY,
ELI LILLY AND COMPANY, FOREST
PHARMACEUTICALS, INC., FUJISAWA
HEALTHCARE, LTD., GILEAD SCIENCES, INC.,
GLAXO WELLCOME, P.L.C.,
GLAXOSMITHKLINE PLC, IMMUNEX
CORPORATION, IVAX CORPORATION,
IVAX PHARMACEUTICALS, INC., JANSSEN
PHARMACEUTICAL PRODUCTS, LP, JOHNSON
& JOHNSON, MEDIMMUNE, INC., MERCK & CO.,
INC., NOVARTIS PHARMACEUTICALS
CORPORATION, ORTHO BIOTECH PRODUCTS,
LP, ORTHO MCNEIL PHARMACEUTICAL, INC.,
PFIZER INC.; PHARMACIA CORPORATION,
SANOFI-SYNTHELABO, INC., SCHERING-
PLOUGH CORP., SMITHKLINEBEECHAM P.L.C.,
SMITHKLINEBEECHAM CORPORATION,
TAKEDA CHEMICAL INDUSTRIES, LTD.,
TAKEDA PHARMACEUTICALS NORTH
AMERICA, INC., TAP PHARMACEUTICAL
PRODUCTS, INC., WARRICK
PHARMACEUTICALS LTD, WYETH, and
DOES 1-100,

                      Defendants.

--------------------------------------------------------------------X

Docket No.  03 CV 6178 (CM)

**STIPULATION TO
EXTEND TIME**

      Plaintiff and served defendants, by and through the undersigned counsel, enter into the

following stipulation, and respectfully request that the stipulation be so ordered by the Court:

*Whereas,* the County of Westchester filed the Complaint in the instant action on August 29, 2003 (the "Westchester Complaint"); and

*Whereas,* the Complaint involves certain common questions of fact and law with a multi-district litigation currently pending before Judge Patti B. Saris in the District of Massachusetts captioned *In re Pharmaceutical Industry Average Wholesale Price Litigation,* MDL 1456; and

*Whereas,* on September 5, 2003, defendants filed a Notice of Related Action with the Judicial Panel on Multidistrict Litigation requesting transfer of this action to the District of Massachusetts for consolidated or coordinated pre-trial proceedings with the other cases included in MDL 1456, and plaintiff does not oppose transfer; and

*Whereas,* one of the actions included within MDL 1456 is an action filed by the County of Suffolk ("Suffolk Action");

*Whereas,* the Westchester Complaint contains similar allegations and claims against certain of the same defendants as the Amended Complaint filed by the County of Suffolk in MDL 1456 ("Suffolk Amended Complaint"); and

*Whereas,* defendants in the Suffolk Action are scheduled to file motions to dismiss the Suffolk Amended Complaint by September 15, 2003; and

*Whereas,* judicial economy would be best served if the motions to dismiss the Suffolk Amended Complaint are decided by Judge Saris before defendants in this action respond to the Westchester Complaint;

*Therefore,* the parties hereby stipulate and agree as follows:

As to all defendants who have been served with process or have waived service of process, the time to answer or otherwise respond to the Westchester Complaint shall be extended until the later of (a) 30 days after the posting on Verilaw of Judge Saris's decision on the Suffolk defendants' motions to dismiss the Suffolk

Amended Complaint, or (b) the time otherwise permitted pursuant to the Federal Rules of Civil Procedure.

The undersigned attorney for defendant AstraZeneca Pharmaceuticals LP has been authorized to request this extension on behalf of all served defendants, and it is stipulated and agreed by the parties hereto that the extension will be granted to all served defendants.

IT IS SO STIPULATED AND AGREED.

DATED: September 11, 2003          By _____

                                      Roger W. Kirby (RK-4503)
                                      Joanne M. Cicala, Esq. (JC-5032)
                                      KIRBY MCINERNEY & SQUIRE, LLP
                                      830 Third Ave.
                                      New York, NY 10022

                                      ATTORNEYS FOR PLAINTIFF
                                      COUNTY OF WESTCHESTER

DATED: September 12, 2003          By _____

                                      D. Scott Wise (DSW-3863)
                                      Kimberley D. Harris, Esq. (KDH-9976)
                                      Davis Polk & Wardwell
                                      450 Lexington Ave.
                                      New York, NY 10017

                                      ATTORNEYS FOR DEFENDANT
                                      ASTRAZENECA PHARMACEUTICALS LP

SO ORDERED:

_____

United States District Judge

DATED: September ___, 2003

3

## CERTIFICATE OF SERVICE

I, Laura Laux Higgins, hereby certify that on September 16, 2003 I caused

a true copy of the foregoing Stipulation To Extend Time to be served by United

States first class mail on all counsel on the attached list.

Dated: New York, New York
       September 16, 2003

_Laura Laux Higgins_

Laura Laux Higgins

Dan Reidy
Jones, Day, Reavis & Pogue
77 West Wacker Drive, Suite 3500
Chicago, IL 60601

Chris Cook
Jones, Day, Reavis & Pogue
77 West Wacker Drive, Suite 3500
Chicago, IL 60601

Scott Stempel
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 2004

Jack Dodds
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 2004

Hank Young
Hogan & Hartson, LLP
875 Third Avenue, Suite 2600
New York, NY 10022

Steve Barley
Hogan & Hartson, LLP
875 Third Avenue, Suite 2600
New York, NY 10022

Barr Laboratories, Inc.
2 Quaker Rd Box 2900
Pomona, NY 10970-0519

Richard Raskin
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Mark A. Berman
Gibbons, Del Deo, Dolan,
Griffinger & Vecchione,
A Professional Corporation
One Riverfront Plaza
Newark, New Jersey 07102

Bruce A. Levy
Gibbons, Del Deo, Dolan,
Griffinger & Vecchione,
A Professional Corporation
One Riverfront Plaza
Newark, New Jersey 07102

James C. Burling
Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(Suffolk Co.)

William F. Lee
Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(Suffolk Co.)

Paul Coval
Vorys, Sater, Vorys, Sater, Seymour and Pease,
LLP
52 East Gay Street, P.O. Box 1008
Columbus, OH 43216-1003

Lyndon Tretter
Hogan & Hartson, LLP
875 Third Avenue, Suite 2600
New York, NY 10022

Steve Edwards
Hogan & Hartson, LLP
875 Third Avenue, Suite 2600
New York, NY 10022

William Davis
Mintz, Levin, Cohen, Ferris, Glovsky &Popeo
701 Pennsylvania Avenue, N.W., Suite 900
Washington, DC 20004

Brian Raferty
Dornbush Mensch Mandelstam & Schaeffer,
LLP
747 Third Avenue
New York, New York 10017
(New York Co.)

Kathleen McGuan
Reed Smith, LLP
1301 K Street, N.W. Suite 1100, East Tower
Washington, DC 20005

Mike Scott
Reed Smith, LLP
1301 K Street, N.W. Suite 1100, East Tower
Washington, DC 20005

Robert S. Litt
Partner
Arnold & Porter
Thurman Arnold Building, 555 Twelfth Street,
NW
Washington, District of Columbia 20004-1206

Ethan Posner
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004

Mark Lynch
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004

Dave Burman
Perkins Cole LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099

Bruce Wessel
Irell & Manella LLP
A Law Partnership including Professional
Corporations
Suite 900, 1800 Avenue of the Stars (Century City)
Los Angeles, California 90067-4276
(Los Angeles Co.)

Bill Cavanaugh
Patterson, Belknap,
Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710
(New York Co.)

Steve Umin
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, District of Columbia 20005-5901

Manish Mital
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, District of Columbia 20005-5901

James Hayes
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, District of Columbia 20005-5901

John Townsend
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, District of Columbia 20006-2401

Jane W. Parver
Kaye Scholer LLP
A New York Limited Liability Partnership
425 Park Avenue
New York, New York 10022-3598
(New York Co.)

Grace Rodriguez
King & Spalding LLP
1730 Pennsylvania Avenue, N.W.
Washington, District of Columbia 20006-4706

Ann Malekzadeh
King & Spalding LLP
1730 Pennsylvania Avenue, N.W.
Washington, District of Columbia 20006-4706

Kirsten Mayer
Ropes & Gray
One International Place
Boston, MA 02110

John Montgomery
Ropes & Gray
One International Place
Boston, MA 02110

Brian O'Connor
Ropes & Gray
One International Place
Boston, MA 02110

Crystal Talley
Ropes & Gray
One International Place
Boston, MA 02110

Robert Stauffer
Jenner & Block, LLC
One IM Plaza, Suite 4400
Chicago, IL 60611

Tina Tabbacchi
Jones Day
77 West Wacker
Chicago, Illinois 60601-1692
(Cook Co.)

Craig Holden
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD 21202-1643

D. Scott Wise
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Roger W. Kirby, Esq.
Joanne M. Cicala, Esq.
Kirby McInerney & Squire, LLP
830 Third Avenue, 10 Floor
New York, NY 10022

**EXHIBIT C**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

COUNTY OF ROCKLAND,

                           Plaintiff,

    - against –

ABBOTT LABORATORIES, INC.,
AGOURON PHARMACEUTICALS, INC.,
AMGEN INC., ASTRAZENECA
PHARMACEUTICALS L.P., ASTRAZENECA
US, AVENTIS BEHRING L.L.C., AVENTIS
PHARMACEUTICALS, INC., BARR LABORATORIES,
INC., BAXTER INTERNATIONAL, BAYER BIOLOGICAL,
BAYER CORPORATION, BAYER PHARMACEUTICALS,
BIOGEN, INC., BRISTOL-MYERS SQUIBB COMPANY,
ELI LILLY AND COMPANY, FOREST
PHARMACEUTICALS, INC., GENZYME CORPORATION,
GLAXO WELLCOME, P.L.C.,
GLAXOSMITHKLINE PLC, IMMUNEX
CORPORATION, JANSSEN PHARMACEUTICAL
PRODUCTS, LP, JOHNSON & JOHNSON, MEDIMMUNE,
INC., MERCK & CO., INC., NOVARTIS
PHARMACEUTICALS CORPORATION, ORTHO
BIOTECH PRODUCTS, LP, ORTHO MCNEIL
PHARMACEUTICAL, INC., PAR PHARMACEUTICALS
CORPORATION, PFIZER INC., PHARMACIA
CORPORATION, SANOFI-SYNTHELABO, INC.,
SCHERING-PLOUGH CORP., SMITHKLINEBEECHAM
P.L.C., SMITHKLINEBEECHAM CORPORATION,
TAP PHARMACEUTICAL PRODUCTS, INC.,
UCB PHARMA, WARRICK PHARMACEUTICALS
LTD, WYETH, and DOES 1-100,

                           Defendants.

--------------------------------------------------------------------x

Docket No. 03 CV 8176 (CM)

STIPULATION TO
EXTEND TIME



    Plaintiff and served defendants, by and through the undersigned counsel, enter into the

following stipulation, and respectfully request that the stipulation be so ordered by the Court:

    *Whereas*, the County of Rockland filed the Complaint in the instant action on September

10, 2003 (the "Rockland Complaint"); and

*Whereas,* the Complaint involves certain common questions of fact and law with a multi-district litigation currently pending before Judge Patti B. Saris in the District of Massachusetts captioned *In re Pharmaceutical Industry Average Wholesale Price Litigation,* MDL 1456; and

*Whereas,* on September 30, 2003, defendants filed a Notice of Related Action with the Judicial Panel on Multidistrict Litigation requesting transfer of this action to the District of Massachusetts for consolidated or coordinated pre-trial proceedings with the other cases included in MDL 1456, and plaintiff does not oppose transfer; and

*Whereas,* one of the actions included within MDL 1456 is an action filed by the County of Suffolk ("Suffolk Action");

*Whereas,* the Rockland Complaint contains similar allegations and claims against certain of the same defendants as the Amended Complaint filed by the County of Suffolk in MDL 1456 ("Suffolk Amended Complaint"); and

*Whereas,* defendants in the Suffolk Action filed motions to dismiss the Suffolk Amended Complaint on September 15, 2003; and

*Whereas,* judicial economy would be best served if the motions to dismiss the Suffolk Amended Complaint are decided by Judge Saris before defendants in this action respond to the Rockland Complaint;

*Whereas,* a similar stipulation is currently before this Court in a similar case brought by Westchester County, New York, postponing the obligation of the defendants in that action to respond to that complaint until after Judge Saris decides the motions to dismiss addressed to the Suffolk Amended Complaint;

*Therefore,* the parties hereby stipulate and agree as follows:

2

As to all defendants who have been served with process or have waived service of process, the time to answer or otherwise respond to the Rockland Complaint shall be extended until the later of (a) 30 days after the posting on Verilaw of Judge Saris's decision on the Suffolk defendants' motions to dismiss the Suffolk Amended Complaint, or (b) the time otherwise permitted pursuant to the Federal Rules of Civil Procedure.

The undersigned attorney for defendant AstraZeneca Pharmaceuticals LP has been authorized to request this extension on behalf of all served defendants, and it is stipulated and agreed by the parties hereto that the extension will be granted to all served defendants.

IT IS SO STIPULATED AND AGREED.

DATED:  October 8, 2003        By _____

Roger W. Kirby (RK-4503)
Joanne M. Cicala, Esq. (JC-5032)
KIRBY MCINERNEY & SQUIRE, LLP
830 Third Ave.
New York, NY 10022

ATTORNEYS FOR PLAINTIFF
COUNTY OF ROCKLAND

DATED:  October 16, 2003      By _____

D. Scott Wise (DSW-3863)
Kimberley D. Harris, Esq. (KDH-9976)
Davis Polk & Wardwell
450 Lexington Ave.
New York, NY 10017

ATTORNEYS FOR DEFENDANT
ASTRAZENECA PHARMACEUTICALS LP

SO ORDERED:

_____
United States District Judge

DATED: October 21, 2003

3

## CERTIFICATE OF SERVICE

I, Laura Laux Higgins, hereby certify that on October 17, 2003 I caused a

true copy of the foregoing Stipulation To Extend Time to be served by United

States first class mail on all counsel on the attached list.

Dated: New York, New York
      October 17, 2003

*Laura Laux Higgins*

Laura Laux Higgins

~~ly~~
~~es~~ Day
77 West Wacker Drive, Suite 3500
Chicago, IL 60601

Chris Cook
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

Hank Young
Hogan & Hartson, LLP
111 S. Calvert Street, Suite 1600
Baltimore, MD 21202

Steve Barley
Hogan & Hartson, LLP
111 S. Calvert Street, Suite 1600
Baltimore, MD 21202

D. Scott Wise
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Kimberly Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Paul Schleifman
Shook, Hardy & Bacon L.L.P.
Hamilton Square, 600 14th Street, N.W.,
Suite 800
Washington, D.C. 20005-2004

Mike Koon
Shook, Hardy & Bacon L.L.P.
Hamilton Square, 600 14th Street, N.W.,
Suite 800
Washington, D.C. 20005-2004

Michael DeMarco
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA 02109

Jeanne Demers
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA 02109

Duckers
n & Hartson, LLP
75 Third Avenue, Suite 2600
New York, NY 10022

Karen Walker
Kirkland & Ellis LLP
 655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005

Pamela Auerbach
Kirkland & Ellis LLP
 655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005

Will Zerhouni
Kirkland & Ellis LLP
 655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005

Merle Delancey
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, D.C. 20037-1526

Tina Reynolds
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, D.C. 20037-1526

Richard Raskin
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Michael Doss
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

John Treece
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Mark A. Berman
Gibbons, Del Deo, Dolan,
Griffinger &Vecchione
One Riverfront Plaza
Newark, New Jersey 07102

Levy
ons, Del Deo, Dolan,
riffinger & Vecchione,
One Riverfront Plaza
Newark, New Jersey 07102

James C. Burling
Hale and Dorr LLP
60 State Street
Boston, MA 02109

William F. Lee
Hale and Dorr LLP
60 State Street
Boston, MA 02109

Debra Squires-Lee
Hale and Dorr LLP
60 State Street
Boston, MA 02109

Lyndon Tretter
Hogan & Hartson, LLP
875 Third Avenue, Suite 2600
New York, NY 10022

Steve Edwards
Hogan & Hartson, LLP
875 Third Avenue, Suite 2600
New York, NY 10022

Ronald L. Castle
Arent Fox Kintner Plotkin & Kahn, PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339

William Davis
Mintz, Levin, Cohen, Ferris, Glovsky &Popeo
701 Pennsylvania Avenue, N.W., Suite 900
Washington, DC 20004

Brian Rafferty
Dornbush Mensch Mandelstam & Schaeffer,
LLP
747 Third Avenue
New York, New York 10017

Kathleen McGuan
Reed Smith, LLP
1301 K Street, N.W. Suite 1100, East Tower
Washington, DC 20005

...riguez
... Spalding LLP
...0 Pennsylvania Avenue, N.W.
Washington, DC 20006-4706

Ann Malekzadeh
King & Spalding LLP
1730 Pennsylvania Avenue, N.W.
Washington, DC 20006-4706

Kevin Sullivan
King & Spalding LLP
1730 Pennsylvania Avenue, N.W.
Washington, DC 20006-4706

John Shakow
King & Spalding LLP
1730 Pennsylvania Avenue, N.W.
Washington, DC 20006-4706

Augusta Ridley
King & Spalding LLP
1730 Pennsylvania Avenue, N.W.
Washington, DC 20006-4706

Ethan Posner
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004

Mark Lynch
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004

Frederick Herold
Dechert LLP
975 Page Mill Road
Palo Alto, CA 94304-1013

Groffrey Hobart
Holland & Knight LLP
10 St. James Ave.
Boston, MA 02116

Dave Burman
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099

Sullivan
Cole LLP
Third Avenue, Suite 4800
Seattle, WA 98101-3099

Bill Cavanaugh
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Andy Schau
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Steve Umin
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, District of Columbia 20005-5901

Manish Mital
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, District of Columbia 20005-5901

James Hayes
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, District of Columbia 20005-5901

John Townsend
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, District of Columbia 20006-2401

Robert Reznick
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, District of Columbia 20006-2401

Jeff Galloway
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Jane W. Parver
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022-3598



chel H. Yarkon
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022-3598

Karen Green
Hale & Dorr LLP
60 State Street
Boston, MA 02109

David Cerveny
Hale & Dorr LLP
60 State Street
Boston, MA 02109

Richard Cooper
Williams & Connolly LLP
725 12th St., N.W.
Washington, DC 20005

Paul K. Dueffert
Williams & Connolly LLP
725 12th St., N.W.
Washington, DC 20005

Catherine Levy
Williams & Connolly LLP
725 12th St., N.W.
Washington, DC 20005

Scott Stempel
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

Jack Dodds
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

Lori A. Schechter
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Megan M. Auchincloss
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482


arquar
yman, Phelps & McNamara, P.C.
700 Thirteenth Street, Suite 1200
N.W Washington, D.C. 20005

John Montgomery
Ropes & Gray LLP
One International Place
Boston, MA 02110

Brien O'Connor
Ropes & Gray
One International Place
Boston, MA 02110

Crystal Talley
Ropes & Gray
One International Place
Boston, MA 02110

John Therien
Ropes & Gray
One International Place
Boston, MA 02110

Tina Tabbacchi
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601-1692

Joe Savage
Tests Hurwitz & Thibeault LLP
125 High Street
Boston, MA 02110

Craig Holden
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD 21202-1643

Roger W. Kirby, Esq.
Kirby McInerney & Squire, LLP
830 Third Avenue, 10 Floor
New York, NY 10022

Joanne M. Cicala, Esq.
Kirby McInerney & Squire, LLP
830 Third Avenue, 10 Floor
New York, NY 10022