**EXHIBIT F**



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| County of Suffolk v. Abbott Laboratories, et al. Civ. Action No. 1:03-cv-10643 | ) ) ) ) ) ) |

MDL NO. 1456
CIVIL ACTION NO.
01-12257-PBS

### MEMORANDUM AND ORDER

October 26, 2004

Saris, U.S.D.J.

## I.   INTRODUCTION

Twenty-two pharmaceutical-manufacturer Defendants have filed individual memoranda in support of their motion to dismiss Suffolk County's Amended Complaint.   The cross-cutting issues were addressed in In re Pharm. Indus. Average Wholesale Price Litig., __ F. Supp. 2d __ (D. Mass. Sept. 30, 2004).   As all federal claims have been dismissed, this Order addresses the company-specific issues with respect to the remaining state law claims.   The surviving claims include the allegations that (1) Defendants fraudulently misstate their average wholesale prices ("AWP's") in violation of New York Social Services Law Section 145-b (Count V); (2) Defendants violate the New York consumer protection law, N.Y. Gen. Bus. Law § 349, with respect to both



AWP and Best Prices schemes (Count VII); and (3) Defendants were unjustly enriched by the AWP and Best Prices schemes (Count IX).[1]

## II.  DISCUSSION

### A.  Standard

Defendants move to dismiss the AWP and Best Prices claims under Federal Rule of Civil Procedure 9(b).  Count V asserts a claim under New York Social Services Law Section 145-b, which applies to "false statement[s]," "deliberate concealment[s]," or "other fraudulent scheme[s] or device[s]."  Rule 9(b) applies to this claim.  See United States v. Karvelas, 360 F.3d 220, 227-28 (1st Cir. 2004) (holding that Rule 9(b) applies to False Claims Act because liability depends on presentation of a false or fraudulent claim and a mental state of at least reckless disregard of the truth).

Count VII pleads a violation of New York General Business Law Section 349.  While most courts have held that Rule 9(b) does not apply to all claims under this statute, most courts have also held that it is appropriate to require "specificity" in pleading a violation of Section 349.  See, e.g., Pelman v. McDonald's Corp., 237 F. Supp. 2d 512, 526 (S.D.N.Y. 2003); Lava Trading Inc. v. Hartford Fire Ins. Co., 326 F. Supp. 2d 434, 438 (S.D.N.Y. 2004); Petitt v. Celebrity Cruises, Inc., 153 F. Supp.

---

[1] Other remaining Counts are for implied causes of action under New York Medicaid statutes and regulations (Counts III and IV).



2d 240, 264-65 (S.D.N.Y. 2001); see generally Gaidon v. Guardian Life Ins. Co. of Am., 94 N.Y.2d 330, 343 (N.Y. 1999) (holding Section 349 claims are "critically different" from fraud claims, for Section 349 is directed to protecting the consuming public). But cf. Volunteer Firemen's Ins. Servs., Inc. v. McNeil & Co., Inc., 221 F.R.D. 388, 393-94 (W.D.N.Y. 2004) (applying Rule 9(b) to false advertising and Section 349 claims where the complaint described a fraudulent scheme, without deciding whether Rule 9(b) applies in all cases). While an intermediate pleading standard may no longer be viable, see Swierkiewicz v. Sorema, N.A., 534 U.S. 506, 513-14 (2002), "the complaint should at least set forth minimal facts as to who did what to whom, when, where, and why – although why, when why means the actor's state of mind, can be averred generally," Educadores Puertorriqueños en Acción v. Hernandez, 367 F.3d 61, 68 (1st Cir. 2004).  Also, barebones assertions will not suffice even under Rule 8(a).

Rule 9(b) does not apply to the remaining claims, unjust enrichment and implied causes of action, since these do not require a pleading of fraud or mistake.

B.    AWP Claims

The Court dismisses Suffolk's AWP claims under Section 145-b and Section 349 against defendants Novartis, Purdue, and Ivax because there are no factual allegations regarding a spread, internal documents or government investigations from which an inference of fraud can reasonably be made.

3



For the remaining Defendants, Suffolk has alleged both the published AWP for a drug and what Suffolk believes is an accurate estimate of the actual average wholesale price of that drug. Suffolk explains that this information is based on "Suffolk's own investigations of pricing data." (Am. Compl. at ¶ 122.)

The so-called "Suffolk 13" companies complain vigorously that they should not be dragged into this multi-district litigation morass. They insist that the allegations concerning the spread are not particular enough because Suffolk has not disclosed the basis for its calculation and there are no other allegations (e.g., government investigations or the company's own internal documents) to support a claim of fraudulent pricing. See Karvelas, 360 F.3d at 231 n.11. I will defer ruling on the motions to dismiss of the Suffolk 13 and those other Defendants for whom Suffolk has not alleged specific facts beyond a spread. In complying with the automatic disclosure requirements, Suffolk shall disclose within three weeks all documents upon which it relied in calculating the spreads, and provide, in writing, a more definite statement of its method of calculation pursuant to Federal Rule of Civil Procedure 12(e). If there is a good faith basis for calculating a spread, the Court will deny the motion to dismiss. Any challenge to the method of calculation shall be made within fourteen days of this disclosure. In the interim, all discovery shall be stayed with respect to the Suffolk 13 and Defendants Amgen, Inc., Chiron Corporation, Fujisawa

4



Pharmaceutical Company, Ltd., Johnson & Johnson, Warrick
Pharmaceuticals, and Wyeth.

    C.    <u>Best Price Claims</u>

    Suffolk has asserted state-law claims concerning allegedly
fraudulent Best Prices that Defendant manufacturers reported to
the states.  Defendants argue that these claims should be
dismissed for failure to comply with Rules 8(a) and 9(b).  With
respect to most companies, Suffolk has not tied the Best Prices
claims to any particular drugs, discounts or other company-
specific practices which would support an inference of
misrepresenting Best Prices.  Therefore, the allegations fall
woefully short under Rules 8(a) and 9(b).

    Suffolk argues that it does not have access to Best Prices
information because the data is uniquely within Defendants'
control.  <u>See</u> <u>United States ex rel. Franklin v. Parke-Davis</u>, 142
F. Supp. 2d 39 (D. Mass. 2001).  While that may be true,
Plaintiff still must allege sufficient facts regarding the
circumstances of the fraudulent rebate scheme with respect to
<u>each</u> Defendant.  (<u>See</u> ¶¶ 81-93.)  The fact that a manufacturer
may have reported a fraudulent AWP, without more, will not
suffice to plead a Best Prices fraud.

    Suffolk has failed to make "a short and plain statement of
the claim showing that the pleader is entitled to relief."  Fed.
R. Civ. P. 8(a).  With the exception of Bayer Corporation, the

<center>5</center>



GSK Defendants, Abbott Laboratories, Inc., Pfizer Inc., TAP Pharmaceutical Products, Inc., and Schering-Plough.  Plaintiff has failed to set forth at least minimal facts with respect to (1) the allegedly fraudulent or false price reported to the state for any specific drug; or (2) any information showing a company-wide scheme to misstate Best Prices.  <u>Educadores</u>, 367 F.3d at 66-67.  There are insufficient facts alleged to state a claim showing entitlement to relief under any state causes of action.

    D.  <u>Miscellaneous</u>

    The claims against Aventis Pharmaceuticals Inc. are dismissed for failure to plead a drug sold by Aventis Pharmaceuticals Inc., as opposed to Aventis Behring L.L.C.

    The parties agree that Suffolk's AWP claims against Bayer for Cipro are not barred by the settlement agreements.  Suffolk's Best Prices claims for Cipro from the time period from Third Quarter 1995 to Third Quarter 2000 are barred.

    Suffolk's claims against Sanofi and Pharmacia are dismissed without prejudice to refiling to clarify the corporate structure and which Defendant is responsible for which drugs.

    All claims against unnamed defendants, and all claims relating to unnamed drugs, are dismissed, as these fail to provide notice to the defendants.


<center>**ORDER**</center>


<center>6</center>



The Court **ALLOWS** (1) the motion to dismiss all claims against defendants Aventis Pharmaceutical Inc., Purdue Pharma, L.P., Novartis Pharmaceuticals Corporation, Ivax Corporation and Ivax Pharmaceuticals Inc., Sanofi-Synthelabo, Inc., and Pharmacia Corporation; and (2) the motion to dismiss the Best Prices claims against defendants Agouron Pharmaceuticals, Inc., Amgen, Inc., AstraZeneca Pharmaceuticals L.P., AstraZeneca US, Aventis Behring L.L.C., Barr Laboratories, Inc., Berlex Laboratories, Inc., Biogen, Inc., Bristol-Myers Squibb Company, Chiron Corporation, Eli Lilly and Company, Fujisawa Pharmaceutical Company, Ltd., Genentech, Inc., Immunex Corporation, Janssen Pharmaceutical, Johnson & Johnson, MedImmune, Inc., Merck & Co., Inc., Ortho Biotech, Ortho McNeil Pharmaceuticals, Reliant Pharmaceuticals, Warrick Pharmaceuticals, and Wyeth.

The Court **DENIES** the remainder of the motion.


S/PATTI B. SARIS
United States District Judge

7

**EXHIBIT G**



E-SERVED
12/02/04
07:00 PM ET
AWP-MDL NO. 1456

**From:**      ECFnotice@mad.uscourts.gov
**Sent:**      12/2/2004 10:39:56 AM
**To:**        CourtCopy@mad.uscourts.gov
**CC:**
**BCC:**
**Subject:**   Activity in Case 1:01-cv-12257-PBS Citizens for Consume, et al v. Abbott
Laboratories,, et al "Order on Motion for Clarification"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without
charge. To avoid later charges, download a copy of each document during this first viewing.
<!-- rcsid='\$Header: /ecf/district/html/TextHead,v 3.1 2003-04-25 07:56:43-04 loy Exp \$' -->
United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was entered on 12/2/2004 at 10:39 AM EST and filed on 11/23/2004

#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25 07:52:35-04 loy Exp \$'
Case Name: Citizens for Consume, et al v. Abbott Laboratories,, et al
Case Number: 1:01-cv-12257 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?7895

Document Number: 1211
Copy the URL address from the line below into the location bar of your Web browser to view the
document: https://ecf.mad.uscourts.gov/cgi-bin/show_case_doc?1211,7895,,36127166,

Docket Text:
Judge Patti B. Saris : Electronic ORDER entered re [1180] Motion for Clarification re [1115]
Memorandum & ORDER. "...Suffolk's Best Prices claims against particular drugs for which it has
not alleged particular facts are dismissed. This ruling applies to the remaining Best Prices
Defendants: Bayer Corporation, the GSK Defendants, Abbott Laboratories, Inc., Pfizer, Inc., TAP
Pharmaceutical Products, Inc., and Schering-Plough." (Patch, Christine)

The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: yes
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1029851931 [Date=12/2/2004] [FileNumber=765199-0]
[4c7ad5eeaea27aabf1a6449bacccb985113745b8d3f970486662d8ecdfd0ab05b226cab84f296bc
ba7ce4493ffa38701d54e648092000ab4d2bc249bb6746825]]


<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02 17:37:56-04 bibeau Exp \$' -
->
1:01-cv-12257 Notice will be electronically mailed to:
Daniel F. Attridge                    dattridge@kirkland.com

Megan M. Auchincloss                  mauchincloss@mofo.com

Anita B. Bapooji                      bapooji@tht.com

Jessica Vincent Barnett               jbarnett@foleyhoag.com

Steve W. Berman                       steve@hagens-berman.com

Aimee E. Bierman                      abierman@kl.com



E-SERVED
12/02/04
07:00 PM ET
AWP-MDL No. 1456

Jill Lori Brenner                                        jlb@dcglaw.com

Douglas S. Brooks                                        dbrooks@klhboston.com

James C. Burling                                         james.burling@wilmerhale.com

Eric P. Christofferson                                   echristofferson@ropesgray.com,
SamplePlead@ropesgray.com

Joanne M. Cicala                                         jcicala@kmslaw.com,

Toni-Ann  Citera                                         tcitera@jonesday.com

Daniel J. Cloherty                                       dcloherty@dwyercollora.com,
sphillips@dwyercollora.com

Jonathan D Cohen                                         cohenjo@gtlaw.com,  champagnew@gtlaw.com

Jeremy P. Cole                                           jpcole@jonesday.com

Robert C. Cook                                           christophercook@jonesday.com,
tcitera@jonesday.com;jmhelm@jonesday.com

Michael R. Costa                                         costam@gtlaw.com

Paul J. Coval                                            pjcoval@vssp.com

William A. Davis                                         wadavis@mintz.com

Michael  DeMarco                                         mdemarco@kl.com

Merle M. Delancey                                        DelanceyM@dsmo.com

Thomas E. Dwyer                                          tdwyer@dwyercollora.com

Steven M. Edwards                                        SMEdwards@HHlaw.com

Douglas  Farquhar                                        dbf@hpm.com

Lucy  Fowler                                             lfowler@foleyhoag.com

Brian V. Frankel                                         Brian.Frankel@doj.ca.gov

Peter E. Gelhaar                                         peg@dcglaw.com

Evan  Georgopoulos                                       georgopoulose@gtlaw.com,  kaikaia@gtlaw.com

Karen F. Green                                           karen.green@wilmerhale.com

Gary R. Greenberg                                        greenbergg@gtlaw.com,
champagnew@gtlaw.com;cohenjo@gtlaw.com;scerral@gtlaw.com;kaikaia@gtlaw.com

Elizabeth I. Hack                                        ehack@sonnenschein.com

Joseph Ernest Haviland                                   jhaviland@dwyercollora.com



James Vincent Hayes                          jhayes@wc.com

George B. Henderson                          george.henderson2@usdoj.gov,
janice.zaniboni@usdoj.gov

Colleen M. Hennessey                         chennessey@peabodyarnold.com

Andrew L. Hurst                              ahurst@reedsmith.com

Marisa L. Jaffe                              mjaffe@nixonpeabody.com

Colin R. Kass                                ckass@kirkland.com,
Kewing@kirkland.com;kmarch@kirkland.com;pbryan@kirkland.com

John A. Kiernan                              jkiernan@bktc.net

Terry  Klein                                 tklein@lawtk.com

Joseph L. Kociubes                           joe.kociubes@bingham.com

Seth B. Kosto                                seth.kosto@hklaw.com,
mlynch@cov.com;matthew.oconnor@hklaw.com;frederick.herold@dechert.com

William F. Lee                               william.lee@wilmerhale.com

Ralph T. Lepore                              rlepore@hklaw.com

Frank A. Libby                               falibby@klhboston.com

James W. Matthews                            jwmatthews@sherin.com,  jrossi@sherin.com

Kirsten V. Mayer                             kmayer@ropesgray.com,
SamplePlead@ropesgray.com

S. Elaine McChesney                          elaine.mcchesney@bingham.com

Darrell A.H. Miller                          dahmiller@vssp.com

John T. Montgomery                           jmontgomery@ropesgray.com,
SamplePlead@ropesgray.com

Robert J. Muldoon                            rjmuldoon@sherin.com

Mary B. Murrane                              mary.murrane@bingham.com

Brien T. O'Connor                            boconnor@ropesgray.com,
SamplePlead@ropesgray.com

A. John Pappalardo                           pappalardoj@gtlaw.com

Richard D. Raskin                            rraskin@sidley.com

Richard J. Riley                             RRiley@murphyriley.com

Philip D. Robben                             probben@kelleydrye.com



Douglas L. Rogers                              dlrogers@vssp.com

Gary M Ronan                                   gronan@goulstonstorrs.com

Daniel E. Rosenfeld                            drosenfeld@kl.com

Kenneth A. Sansone                             ksansone@goulstonstorrs.com

Thomas J. Sartory                              tsartory@goulstonstorrs.com

Joseph R. Saveri                               jsaveri@lchb.com

Louis J. Scerra                                scerral@gtlaw.com

Andrew D. Schau                                adschau@pbwt.com,  cbelanger@pbwt.com

Lori A. Schechter                              lschechter@mofo.com

William S. Schneider                           will.schneider@doj.ca.gov

John D. Shakow                                 jshakow@kslaw.com

Jonathan  Shapiro                              jshapiro@sswg.com

Robert P. Sherman                              rsherman@nixonpeabody.com

Mark D Smith                                   smith@laredosmith.com

Thomas M. Sobol                                heatherc@hagens-berman.com

Charles L. Solomont                            carl.solomont@bingham.com

Benjamin M. Stern                              benjamin.stern@wilmerhale.com

Tina M. Tabacchi                               tmtabacchi@jonesday.com

Nicholas C. Theodorou                          ntheodor@foleyhoag.com

Lyndon M. Tretter                              Lmtretter@hhlaw.com

Peter J. Venaglia                              venaglia@dmmslaw.com

Kenneth A. Wexler                              kawexler@wexlerfirm.com

Pamela A. Zorn                                 pazorn@sherin.com


1:01-cv-12257 Notice will not be electronically mailed to:
Jeffrey B. Aaronson
Bell, Boyd & Lloyd
3 First National Plaza
70 West Madison Street, Suite 3200
Chicago, IL 60602-4207

Gary L. Azorsky



Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Steven F. Barley
Hogan & Hartson, LLP
111 South Calvert Street
Baltimore, MD 21202

Rebecca Bedwell-Coll
Mascone, Emblidge & Quadra
180 Montgomery Street
1240
San Francisco, CA 94104

Mark A. Berman
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.
One Riverfront Plaza
Newark, NJ 01702-5497

David J. Bershad
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119

Jack B. Blumenfeld
Morris, Nichols, Arsht, & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

Thomas L. Boeder
Perkins Coie
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099

Anthony Bolognese
Bolognese & Associates
Suite 650
One Penn Center
1617 JFK Blvd.
Philadelphia, PA 19103

James J. Breen
Breen Law firm
3562 Old Milton Parkway
Alpharetta, GA 30005

Nicole Y. Brumsted
Lieff Cabraser Heimann & Bernstein, LLP
175 Federal Street, 7th Floor
Boston, MA 02110

Michael M. Buchman
Milbert, Weiss, Bershad, Hynes & Lerach, LLP
One Pennsylvania Plaza



New York, NY 10119-0165

David J. Burman
Perkins Coie
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099

James P. Carroll
Kirby McInerney & Squire
830 3rd Avenue
10th Floor
New York, NY 10022

Tod S. Cashin
Buchanan Ingersoll, PC
700 Alexander Road
Suite 300
Princeton, NJ 08540

Ronald L. Castle
Arent,Fox, Kintner,Plotkin,Plotkin & Kahn, LLC
1050 Conneticut Ave., N.W.
Washington, DC 20036-6188

William F. Cavanaugh
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Christopher R. Cook
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

Florence A Crisp
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Jonathan W. Cuneo
Cuneo Law Group
317 Massachusetts Avenue, N.E.
Washington, DC 20002

Joseph  Danis
The David Danis Law Firm, P.C.
8235 Forsyth Blvd.
Suite 1100
St. Loius, MO 63105

John C. Dodds
Morgan Lewis & Boskius, LLP
1701 Market Street
Philadelphia, PA 19103-2921

Lloyd  Donders



E-SERVED
12/02/04
07:00 PM ET
AWP-MDL NO. 1456

Kirby McInerney & Squire
830 3rd Avenue
10th Floor
New York, NY 10022

Alan J. Droste
Pillsbury Winthrop
650 Town Center Dr
7th Floor
Costa Mesa, CA 92626-7122

James J Duffy
Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017

Kimberly A. Dunne
Sidley Austin Brown & Wood
555 West 5th Street
Suite 4000
Los Angeles, CA 90013-1010

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901

Elizabeth S. Finberg
Sonnenschein, Nath & Rosenthal, LLP
1301 K Street, NW
East Tower
Suite 600
Washington, DC 20005

Kathryn C. Finnerty
58th Floor, US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Matthew A. Fischer
Sedgwick, Detert, Moran & Arnold
One Embarcadero Center
16th Floor
San Francisco, CA 94111

Todd G. Friedland
Pillsbury Winthrop
650 Town Center Dr
7th Floor
Costa Mesa, CA 92626-7122

Jeffrey S. Friedman
Silverman & McDonald
1010 North Bancroft Parkway
Suite 22
Wilmington, DE 19805



E-SERVED
12/02/04
07:00 PM ET
AMP-MDL No. 1456

Todd S. Garber
Lowey Dannenberg Bemporad & Selinger, P.C.
The Gateway
One North Lexington Ave
White Plains, NY 10601

David C. Giardina
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Alison C. Gilbert
Hogan & Hartson, LLP
875 Third Avenue
Suite 2600
New York, NY 10012

Arthur F. Golden
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

David F. Graham
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Daniel E. Gustafson
Heins Mills & Olson, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Erik  Haas
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Blake M. Harper
Hulett Harper
550 West C Street
Suite 1770
San Diego, CA 92101

Kimberley D. Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Elizabeth Fegan Hartweg
Kenneth A. Wexler & Associates
1 North La Salle
Suite 2000



Chicago, IL 60602

Mary Ellen Hennessy
Katten Muchin & Zavis
525 W. Monroe, Suite 1600
Chicago, IL 60661-3693

Frederick G. Herold
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Nicola R. Heskett
Shook, Hardy & Bacon LLP
2555 Grand Blvd
Kansas City, MO 64108

Robert J. Higgins
Dickstein, Shapiro & Morin
2101 L Street, N.W.
Washington, DC 20037

Aaron D. Hovan
Kirby McInerney & Squire LLP
830 3rd Avenue
10th Floor
New York, NY 10022

Robert B. Hubbell
Heller Ehrman White & McAuliffe
601 South Figueroa Street
40th Floor
Los Angeles, CA 90017-5758

Stephen M. Hudspeth
Coudert Brothers
1114 Avenue of the Americas
New York, NY 10036

Kirk B. Hulett
Hulett Harper
550 West C Street
Suite 1770
San Diego, CA 92101

Andrew J. Jackson
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street N.W.
Washington, DC 20037-1526

J. Andrew Jackson
Dickstein, Shapiro & Morin
2101 L Street, N.W.
Washington, DC 20037



Ryan  James
U.S. Steel Tower
600 Grant Street
58th Floor
Pittsburg, PA 15219

James E. Johnson
Morrison and Foerster LLP
1290 Avenues of the Americas
New York, NY 10104

Jonathan D. Karmel
Karmel & Gilden
221 North La Salle Street
Suite 1414
Chicago, IL 60601

Roger W. Kirby
Kirby, McInerney & Squire
830 Third Avenue
10th Floor
New York, NY 10022

Kenneth D. Klein
Hogan & Hartson
Biltmore Tower
500 S Grand Ave.
Suite 1900
Los Angeles, CA 90071-2611

Jeffrey L. Kodroff
Spector & Roseman
1818 Market Street
Suite 2500
Philadelphia, PA 19103

Michael L. Koon
Shook, Hardy, & Bacon
2555 Grand Blvd
Kansas City, MO 64108

Daniel  Kovel
Kirby McInerney & Squire
830 3rd Avenue
10th Floor
New York, NY 10022

Walter J. Lack
Engstrom, Lipscomb & lack
10100 Santa Monica Boulevard
16th Floor
Losn Angeles, CA 90067-4107

Matthew Lloyd Larrabee
Heller Ehrman White & McAuliffe
333 Bush Street



San Francisco, CA 94104-2878

Bruce A. Levy
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C
One Riverfront Plaza
Newark, NJ 07102-5496

Stephen David Libowsky
Katten Muchin & Zavis
525 W. Monroe, Suite 1600
Chicago, IL 60661-3693

Albert G. Lin
Pillsbury Winthrop LLP
50 Freemont Street
P.O. Box 7880
San Francisco, CA 94120

Susan E. MacMenamin
Heins Mills & Olson, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55403

Ann H. Malekzadeh
King & Spalding LLP
1730 Pennsylvania Avenue NW
Washington, DC 20006

Jay D. Marinstein
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

Robert J. McCully
Shook, Hardy & Bacon LLP
2555 Grand Blvd
Kansas City, MO 64108

Jennifer  McGee
Shook, Hardy & Bacon LLP
Hamilton Square
600 14th St NW
Suite 800
Washington, DC 20005-2004

Neil  Merkl
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Adam D. Miller
Engstrom, Lipscomb & Lack
10100 Santa Monica Boulevard
16th Floor



Los Angeles, CA 90067-4107

Robert  Miller
599 Lexington Avenue
29th Floor
New York, NY 10022

Cheryl A. Mitchell
599 Lexington Avenue
29th Floor
New York, NY 10022

Saul P. Morgenstern
Kaye, Scholer, Fierman, Hays & Handler
425 Park Avenue
New York, NY 10022

James P. Muehlberger
Shook, Hardy & Bacon LLP
2555 Grand Blvd
Kansas City, MO 64108

Dianne M. Nast
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Edward  Notargiacomo
Hagens Berman LLP
225 Franklin St.
Boston, MA 02110

Kathleen  O'Sullivan
Perkins Coie LLP
1201 Third Ave
40th Floor
Seattle, WA 98101-8575

Jane  Parver

Nicholas H. Patton
Patton Tidwell Sandefur
4605 Texas Blvd.
PO Box 5398
Texarkana, TX 75505-5398

Zoe  Philippides
Perkins Coie LLP
1201 Third Avenue
Suite 4800
Seattle, WA 98101

Michael R. Plummer
58th Floor
US Steel Tower



600 Grant Street
Pittsburgh, PA 15219

Kristi T Prinzo
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

James A. Quadra
Mascone, Emblidge & Quadra
180 Montgomery Street
1240
San Francisco, CA 94104

Brian T. Rafferty
Dornbush Mensch Mandelstam & Schaeffer, LLP
747 Third Avenue
New York, NY 10017

Jonathan T. Rees
Hogan & Hartson, LLP
555 13th Street N.W.
Washington, DC 20004

Daniel E. Reidy
Jones Day
77 West Wacker Drive
Chicago, IL 60601-1692

Paula W. Render
Bell, Boyd & Lloyd
3 First National Plaza
70 West Madison Street, Suite 3200
Chicago, IL 60602-4207

Ira N. Richards
Rodriguez & Richards
226 W. Rittenhouse Square
Philadelphia, PA 19103

J. Douglas Richards
Milberg Weiss Bershad Hynes & Lerach, LLP
One Pennsylvania Plaza
New York, NY 10119-0165

Paul J. Riehle
Sedgwick, Detert, Moran & Arnold
One Embarcadero Center
16th Floor
San Francisco, CA 94111

Kevin P. Roddy
Hagens Berman
700 S. Flower Street
Suite 2940
Los Angeles, CA 90017-4101



Grace  Rodriguez
King & Spalding LLP
1730 Pennsylvania Avenue NW
Washington, DC 20006

Henry H. Rossbacher
Rossbacher & Associates
811 Wilshire Blvd.
Suite 1650
Los Angeles, CA 90017-2666

Robert S. Ryland
Kirkland & Ellis
655 Fiftheenth Street, N.W.
Suite 1200
Washington, DC 20005

Robert D. Sanford
Moscone, Emblidge & Quadra
180 Montgomery Street
1240
San Francisco, CA 94104

Sherrie R. Savett
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Paul S. Schleifman
Shook, Hardy & Bacon LLP
Hamilton Square
600 14th St NW
Suite 800
Washington, DC 20005-2004

Susan  Schneider Thomas
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Michael  Sennett
Bell, Boyd & Lloyd
3 First National Plaza
70 West Madison Street, Suite 3200
Chicago, IL 60602-4207

Jonathan  Shub
Sheller, Ludwig & Badey
1528 Walnut St.
Philadelphia, PA 19102

Charles C. Sipos
Perkins Cole LLP
1201 Third Avenue
Suite 4800



Seattle, WA 98101-3099

Peter D. St. Phillip
Lowey Dannenberg Bemporad & Selinger, P.C.
The Gateway
One North Lexington Ave
White Plains, NY 10601

Scott A. Stempel
Morgan Lewis & Bockius, LLP
1111 Pennsylvania Ave, NW
Washington, DC 20004

Kevin R. Sullivan
King & Spalding LLP
1730 Pennsylvania Avenue NW
Washington, DC 20006

Thomas J. Sweeney
Hogan and Harston, LLP
875 Third Avenue
Suite 2600
New York, NY 10012

Randal C Teague
Vorys, Sater, Seymour and Pease LLP
1828 L Street N.W.
11th Floor
Washington, DC 20036-5109

Thomas A. Temmerman
California Bureau of Medi-Cal Fraud and Elder Abuse
1425 River Park Drive
Suite 300
Sacramento, CA 95815

Sandra G. Tillotson
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Mitchell A. Toups
Weller Green Toups & Terrell
2615 Calder
Suite 400
Beaumont, TX 77704

John M. Townsend
Hughes, Hubbard & Reed
1775 I Street, N.W.
Washington, DC 20006-2401

Stephen A. Tuggy
Heller Ehrman White & McAuliffe
601 South Figueroa Street
40th Floor



Los Angeles, CA 90017-5758

Michael J. Vanselow
Minnesota Attorney Generals Office
102 State Capital
75 Constitution Ave
St. Paul,  55155

Edward A. Wallace
Kenneth A. Wexler & Associates
1 North La Salle
Suite 2000
Chicago, IL 60602

Liza M. Walsh
Connell, Foley & Geiser
85 Livingston Ave.
Roseland, NJ 07068

Nina I. Webb-Lawton
Vorys, Sater, Seymour and Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Jeffrey I. Weinberger
Munger Tolles & Olson
355 S. Grand Avenue
Suite 3500
Los Angeles, CA 90071-1560

Robert Alan White
Morgan, Lewis & Bockius, LLP
502 Carnegie Center
Princeton, NH 08540

Brian L. Williams
Heins Mills & Olson, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55403

Jared R. Winnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

D. Scott Wise
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Jesse A. Witten
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001



David R. Woodward
Heins Mills & Olson, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55403

Rachel  Yarkon

'

Damon  Young
Young Pickett & Lee
4122 Texas Blvd.
PO Box 1897
Texarkana, TX 75504-1897

Joseph H. Young
Hogan & Hartson, LLP
111 South Calvert Street
Baltimore, MD 21202

Michelle L. Younkin
Sedgwick, Detert, Moran & Arnold
One Embarcadero Center
16th Floor
San Francisco, CA 94111

Bruce M. Zessar
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

**EXHIBIT H**

# DAVIS POLK & WARDWELL

| | | |
|---|---|---|
| 1300 I STREET, N.W.<br>WASHINGTON, D.C. 20005 | 450 LEXINGTON AVENUE<br>NEW YORK, N.Y. 10017 | MESSETURM<br>60308 FRANKFURT AM MAIN |
| 1600 EL CAMINO REAL<br>MENLO PARK, CA 94025 | 212 450 4000<br>FAX 212 450 3800 | MARQUÉS DE LA ENSENADA, 2<br>28004 MADRID |
| 99 GRESHAM STREET<br>LONDON EC2V 7NG | WRITER'S DIRECT | 1-6-1 ROPPONGI<br>MINATO-KU, TOKYO 106-6033 |
| 15, AVENUE MATIGNON<br>75008 PARIS | 212 450 4859<br>kharris@dpw.com | 3A CHATER ROAD<br>HONG KONG |

November 4, 2004

Joanne M. Cicala, Esq.
Kirby McInerney & Squire, LLP
830 Third Avenue
New York, NY 10022

Dear Joanne:

    I am writing to confirm our telephone conversation on November 2, 2004 in which you agreed that none of the defendants named in the Suffolk, Westchester, Rockland or New York City cases has any obligation to respond to the current complaints in light of your intention to amend the complaints in all of these cases. Since leave would be required to file a Second Amended Complaint in Suffolk County, you agreed to consider providing defendants a copy of your proposed amended complaint in order to allow defendants to evaluate whether we would consent to the filing of a Second Amended Complaint in the Suffolk County matter. Please let me know as soon as possible how you intend to proceed in this regard.

    I would also appreciate it if you would clarify whether and how you intend to comply with the Court's order requiring additional disclosures regarding the basis for Suffolk's calculation of the "spreads" alleged in the current complaint.

    You also indicated that you intend to provide defendants with a proposed case management order to govern these cases that would include a suggested schedule for the filing of the amended complaints, as well as response times for answering or otherwise moving against those amended complaints. I look forward to receiving your draft, which I will promptly circulate to defense counsel for consideration.

Very truly yours,

Kimberley Harris