# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

## CERTIFICATE IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

I, Jeremiah Frei-Pearson, hereby certify pursuant to Local Rule 83.5.3(b) that:

1. I am an attorney admitted to practice before the State Courts of New York;

2. I am a member of the bar in good standing in this jurisdiction, and that this is the only jurisdiction in which I have been admitted to practice, except for *pro hac vice* admissions in other jurisdictions for specific cases;

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5. I represent the defendant Novartis Pharmaceuticals Corporation ("Novartis") in this action.

Signed this 10th of February 2005 under the pains and penalties of perjury of the laws of the State of Massachusetts.

*Jeremiah Frei-Pearson*
Jeremiah Frei-Pearson, Esq.

USIDOCS 4964200v1

## **CERTIFICATE OF SERVICE**

    I, Benjamin M. Stern, certify that, on this February 15, 2005, a copy of the foregoing document has been served on counsel of record by electronic means pursuant to the Court's Case Management Order dated July 23, 2002.

                                          /s/ Benjamin M. Stern
                                          Benjamin M. Stern