UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MARGO FERRANDINO

Pursuant to Local Rule 83.5.3(b), Karen F. Green, a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, a member of the bar of this Court, and an attorney of record for Novartis Pharmaceuticals Corporation ("Novartis"), hereby moves for the admission *pro hac vice* of Margo Ferrandino as counsel for Novartis in this action.

In support of this motion, Ms. Ferrandino has certified that (1) she is a member of the bar in good standing in every jurisdiction where she has been admitted to practice; (2) there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and (3) she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.  Ms. Ferrandino's certification is attached as Exhibit A to this motion.

Respectfully submitted,

/s/ Karen F. Green
Karen F. Green (BBO #209050)
Benjamin M. Stern (BBO #646778)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated:  February 15, 2004

## **CERTIFICATE OF SERVICE**

    I, Benjamin M. Stern, certify that, on this February 15, 2005, a copy of the foregoing document has been served on counsel of record by electronic means pursuant to the Court's Case Management Order dated July 23, 2002.

    /s/ Benjamin M. Stern
    Benjamin M. Stern