UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

## CERTIFICATE IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

I, Margo Ferrandino, hereby certify pursuant to Local Rule 83.5.3(b) that:

1. I am an attorney admitted to practice before the State Courts of New York and the United States Court of Appeals for the Fifth Circuit.

2. I am a member of the bar in good standing in each of these jurisdictions, and have been admitted to practice only in those jurisdictions, except for *pro hac vice* admissions in other jurisdictions for specific cases.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5. I represent the defendant Novartis Pharmaceuticals Corporation ("Novartis") in this action.

Signed under the pains and penalties of perjury of the laws of the State of Massachusetts.

_____
Margo Ferrandino, Esq.

## **CERTIFICATE OF SERVICE**

     I, Benjamin M. Stern, certify that, on this February 15, 2005, a copy of the foregoing document has been served on counsel of record by electronic means pursuant to the Court's Case Management Order dated July 23, 2002.

                                              /s/ Benjamin M. Stern
                                              Benjamin M. Stern