UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule of Civil Procedure 83.5.2(c), please withdraw the appearance of Rachel Yarkon of Kaye Scholer LLP as counsel for the defendant, Novartis Pharmaceuticals Corporation ("Novartis") in this Action and all related actions.  Ms. Yarkon was previously admitted *pro hac vice* as counsel to Novartis.  In support of this motion, Novartis states that the existing appearances of Karen F. Green and Benjamin M. Stern of Wilmer Cutler Pickering Hale and Dorr LLP as well the other attorneys who individually have entered *pro hac vice* appearances remain in effect and are not affected by this withdrawal.

Respectfully submitted,

/s/ Karen F. Green_____
Karen F. Green (BBO #209050)
Benjamin M. Stern (BBO #646778)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated:  February 15, 2005

**CERTIFICATE OF SERVICE**

      I, Benjamin M. Stern, certify that, on this February 15, 2005, a copy of the foregoing document has been served on counsel of record by electronic means pursuant to the Court's Case Management Order dated July 23, 2002.

                                                /s/ Benjamin M. Stern
                                               Benjamin M. Stern