FILED
CLERKS OFFICE
2005 FEB -9 P 12: 15
U.S. DISTRICT COURT
DISTRICT OF MASS.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | **MDL NO. 1456**<br>**C.A. NO. 01-12257-PBS** |
| **THIS DOCUMENT RELATES TO:**<br>**01-CV-12257-PBS and 01-CV-339** | **JUDGE PATTI B. SARIS** |

**STIPULATION OF JOINDER OF OHIO ATTORNEY GENERAL JIM PETRO IN OPPOSITION TO CLASS CERTIFICATION**

Jim Petro, Attorney General
OFFICE OF ATTORNEY GENERAL
STATE OF OHIO
State Office Tower
30 East Broad Street, 17th Floor
Columbus, OH 43215-3428
Phone: (614) 466-4320
Facsimile: (614) 466-5087

Stanley M. Chesley
Fay E. Stilz
Robert Heuck II
WAITE, SCHNEIDER, BAYLESS, & CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
Phone: (513) 621-0267
Facsimile: (513) 381-2375

Michael R. Barrett
BARRETT & WEBER, L.P.A.
500 Fourth & Walnut Centre
105 East Fourth Street
Cincinnati, OH 45202
Phone: (513) 721-2120
Facsimile: (513) 721-2139

James E. Swaim
FLANAGAN, LIEBERMAN, HOFFMAN & SWAIM
318 West Fourth Street
Dayton, OH 45402
Phone: (937) 223-5200
Facsimile: (937) 223-3335

(Additional counsel listed on signature block)

Ohio Attorney General Jim Petro joins the opposition to class certification filed by Pennsylvania Attorney General Thomas Corbett. Mr. Petro has filed two cases in state court in Ohio against Dey, Inc., Warrick Pharmaceuticals Corp., Schering-Plough Corp., Schering Corp., Abbott Laboratories, Inc., Pharmacia Corp., Roxane Laboratories, Inc., Boehringer Ingelheim Pharmaceuticals, Inc., Ben Venue Laboratories, Inc. and Boehringer Ingelheim Corp. The two cases are in the process of being consolidated into a single action in the Court of Common Pleas of Hamilton County, Ohio.

Ohio Attorney General Petro has asserted claims on behalf of the State of Ohio to recover amounts overcharged by Defendants through their manipulation of average wholesale price and wholesale acquisition cost data. In addition, Mr. Petro has asserted claims on behalf of all Ohio Medicare recipients overcharged by Defendants' pricing scheme under Ohio's Consumer Sales Practices Act R.C. 1345.07(B). For the reasons set forth in the memorandum filed by Pennsylvania Attorney General Thomas Corbett, Ohio Attorney General Jim Petro opposes certification of a class that would include the Ohio Medicare beneficiary claims asserted in the Ohio cases.

Respectfully submitted,

JIM PETRO
ATTORNEY GENERAL OF OHIO

Stanley M. Chesley
Fay E. Stilz
Robert Heuck II
WAITE, SCHNEIDER, BAYLESS,
& CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
Phone: (513) 621-0267
Facsimile: (513) 381-2375

Michael R. Barrett
BARRETT & WEBER, L.P.A.
500 Fourth & Walnut Centre
105 East Fourth Street
Cincinnati, OH 45202
Phone: (513) 721-2120
Facsimile: (513) 721-2139

James E. Swaim
FLANAGAN, LIEBERMAN, HOFFMAN & SWAIM
318 West Fourth Street
Dayton, OH 45402
Phone: (937) 223-5200
Facsimile: (937) 223-3335

Of Counsel:

C. David Ewing
GARDNER, EWING AND SOUZA
1600 Meidinger Tower
462 South Fourth Avenue
Louisville, KY 40202
Phone: (502) 585-5800
Facsimile: (502) 585-5858

W.B. Markovits
MARKOVITS & GREIWE CO., L.P.A.
119 East Court Street, Suite 500
Cincinnati, Ohio 45202
Phone: (513) 977-4774
Facsimile: (513) 621-7086

**CERTIFICATE OF SERVICE**

Served this 8th day of February, 2005, by First Class U.S. Mail on the counsel listed below.

**PLAINTIFFS:**

Attorney General, State of Connecticut
55 Elm Street, P.O. Box 120
Hartford, CT 06141
Phone: (860) 808-5355
*State of Connecticut*

Bolognese & Associates, LLC
One Penn Center
650
Philadelphia, PA 19103
Phone: (215) 814-6750
*United Food and Commercial Unions and Employers Midwest Health Benefits Fund and Action Alliance of Senior Citizens of Greater Philadelphia*

Heins Mills & Olson, P.L.C.
700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Phone: (612) 338-4605
Facsimile: (612) 338-4692
*AWP*

Hoffman & Edelson, LLC
45 West Court Street
Doylestown, PA 18901
Phone: (215) 230-8043
*Action Alliance of Senior Citizens of Greater Philadelphia*

Hulett Harper LLP
550 West C Street
Suite 1770
San Diego, CA 92101
Phone: (619) 338-1133
*Dey Sicor Gensia*

Keller Rohrback, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone:       (206) 623-1900
*Action Alliance of Senior Citizens of Greater Philadelphia*

Kirby, McInerney & Squire, LLP
830 Third Avenue, 10th Floor
New York, NY 10022
Phone:       (212) 317-2300
*Suffolk County*

Moscone, Emblidge & Quadra, LLP
180 Montgomery Street, Suite 1240
San Francisco, CA 94104
Phone:       (415) 362-3599
*Constance Thompson & John Rice*

Murray & Howard, LLP
436 14th Street, Suite 1413
Oakland, CA 94102
Phone:       (510) 444-2660
*Turner v. Abbott*

Piper & Associates
624 Pierre Avenue
Shreveport, LA 71103
Phone:       (318) 226-0826
*Maggie Hudson & Mary Helen Robinson*

Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17552
Phone:       (717) 892-3000
*Action Alliance of Senior Citizens of Greater Philadelphia*

Rossbacher & Assoc.
811 Wilshire Boulevard, Suite 1650
Los Angeles, CA 90017
Phone:       (213) 895-6500
*Dr. Shirley Geller*

Shepherd, Finkelman, Miller & Shah, LLC
35 East State Street
Media, PA 19063
Phone: (610) 891-9880
*Board of Trustees of Carpenters and Millwrights of*

Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Phone: (215) 496-0300
*Teamsters Health & Welfare Fund: Of Philadelphia and Vicinity*

Squitieri & Fearon,LLP
521 Fifth Avenue, 26th Floor
New York, NY 10175
Phone: (646) 487-3049
*Twin Cities Bakeries Fund*

Stern Shapiro Weissberg & Garin
90 Canal Street
Boston, MA 02114
Phone: (617) 742-5800
*Ven-A-Care of The Florida Keys, Inc.*

Trujillo Rodriguez & Richards, LLC
3 Kings Highway East
Haddonfield, NJ 08033
Phone: (856) 795-9002
*Action Alliance of Senior Citizens of Greater Philadelphia; Twin Cities Bakery Workers Health and Welfare Fund; United Food and Commercial Workers Unions and Employers Midwest Health Benefits Fund*

Weller, Green, Toups & Terrell, L.L.P.
2615 Calder, Suite 400
P.O. Box 350
Beaumont, TX 77704
Phone: (409) 838-0101
*Board of Trustees of the Carpenters and Millwrights of Houston & Vicinity Welfare Trust Fund*

**DEFENDANTS:**

Arent Fox Kintner Plotkin & Kahn PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036
Phone: (202) 857-6000
*Chiron Corporation*

Arnold & Porter/Endo
555 12th Street NW
Washington, DC 20004
Phone: (202) 942-5000
*Endo Pharmaceuticals, Inc.*

Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Phone: (215) 665-8500
*Immunex Corp.*

Baxter Healthcare Corp.
One Baxter Parkway
Deerfield, IL 60015
Phone: (847) 948-4971
*Baxter Healthcare Corp.*

Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110
Phone: (617) 951-8000
*Fujisawa Healthcare, Inc.; Takeda Chemical Industries Ltd.; Together Rx LLC*

Chiron Corporation
4560 Horton Street
MS/R-422
Emeryville, CA 94608-291
Phone: (510) 923-3974
*Chiron Corporation*

Coudert Brothers
1114 Avenue of the Americas
New York, NY 10036
Phone: (212) 626-4400
*Dey, Inc.*

Covington and Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Phone:        (202) 662-6000
*GlaxoSmithKline*

Davis Polk and Wardwell
450 Lexington Avenue
New York, NY 10017
Phone:        (212) 450-4000
*AstraZeneca Pharmaceuticals, L.P.*

Dechert Price & Rhoads
1717 Arch Street
Bell Atlantic Tower
Philadelphia, PA 19103
Phone:        (215) 994-2489
*GlaxoSmithKline*

Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, NW
Washington, DC 20037
Phone:        (202) 785-9700
*Baxter International, Inc.; Baxter Healthcare Corp.; Baxter Pharmaceutical Products, Inc.*

DKW LAW GROUP, PC
58TH Floor, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
Phone:        (412) 355-2973
*Mylan Laboratories, Inc.*

Donnelly, Conroy & Gelhaar, LLP
One Beacon St., 33rd Floor
Boston, MA 02108
Phone:        (617) 720-2880
*Baxter International, Inc.; Baxter Healthcare Corp.; Baxter Pharmaceutical Products, Inc.*

Dornbush Mensch Mandelstam & Schaeffer, LLP
747 Third Avenue
New York, NY 10017
Phone:        (212) 759-3300
*Forest*

Dwyer & Collora, LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
Phone:     (617) 371-1000
*Bristol-Myers Squibb Co.*


Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
Phone:     (617) 832-1000
*AstraZeneca Pharmaceuticals, L.P.*

Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.
One Riverfront Plaza
Newark, NJ 07102
Phone:     (973) 596-4753
*Berlex Laboratories, Inc.*

Goulston & Storrs
400 Atlantic Avenue
Boston, MA 02110
Phone:     (617) 482-1776
*Immunex Corp.*

Greenberg Traurig, LLP
One International Place
Boston, MA 02110
Phone:     (617) 310-6000
*Mylan Laboratories, Inc.*

Hogan & Hartson L.L.P.
555 Thirteenth Street, NW
Washington, DC 20004
Phone:     (202) 637-6853
*Amgen Inc.; Aventis; Behring; Bristol-Myers Squibb Co.; Oncology Therapeutics Network Corp.; Holland & Knight GlaxoSmithKline*

Hughes Hubbard & Reed
1775 I Street N.W.
Washington, DC 20006
Phone:     (202) 721-4600
*Merck & Co., Inc.*

Hyman, Phelps & McNamara, P.C.
700 13th Street, N.W., Suite 1200
Washington, DC 20005
Phone: (202) 737-9624
*Watson Pharma, Inc.*

Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Phone: (310) 277-1010
*IVAX Corp.*

Jenner & Block, LLC
330 North Wabash
One IBM Plaza
Chicago, IL 60611
Phone: (312) 222-9350
*Takeda Chemical Industries, Ltd.*

Jones Day
77 West Wacker Dr Suite 3500
Chicago, IL 60601
Phone: (312) 782-3939
*Abbott Laboratories and Abbott Laboratories, Inc.*

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 808-7800
*Dey, Inc.*

Kelly, Libby & Hoopes, P.C.
175 Federal Street
Boston, MA 02110
Phone: (617) 338-9300
*Amgen Inc.*

King & Spalding, LLP
1730 Pennsylvania Avenue, NW
Washington, DC 20016
Phone: (202) 737-0500
*Hofmann-La Roche Inc.*

Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, DC 20005
Phone:        (202) 879-5000
*B. Braun Medical Inc.*

Kirkpatrick & Lockhart Nicholson Graham LLP
75 State Street
Boston, MA 02109
Phone:        (617) 261-3100
*Aventis Pharmaceuticals, Inc.*

Knapp, Petersen & Clarke
500 North Brand Boulevard
20th Floor
Glendale, CA 91203
Phone:        (818) 547-5000
*Alpha Therapeutic Corp.*

Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
Phone:        (617) 367-7984
*Pharmacia Corporation; Pharmacia & Upjohn, Inc; and Monsanto Company*

Law Office of Robert A. Griffith
67 Batterymarch Street, Suite 400
Boston, MA 02110
Phone:        (617) 338-7277
*Watson Pharma, Inc.*

Mintz, Levin, Cohn, Ferris, Glovsky
   and Popeo, P.C.
701 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC 20004
Phone:        (202) 434-7300
*Eli Lilly and Company*

Morgan Lewis and Bockius
1701 Market Street
Philadelphia, PA 19103
Phone:        (215) 963-5000
*Pharmacia Corporation*

Morgan, Lewis & Bockius LLP
300 South Grand Avenue
Suite 2200
Los Angeles, CA 90071
Phone:       (213) 612-2500
*Pharmacia Corporation; Pharmacia & Upjohn, Inc; and Monsanto Company*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Phone:       (215) 963-5322
*Pfizer, Inc. (Pharmacia)*

Morrison & Foerster - AWP
5200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
Phone:       (303) 592-1500
*Purdue Pharma L.P.*

Nixon Peabody LLP
101 Federal Street
Boston, MA 02110
Phone:       (617) 345-1000
*Alpha Therapeutic Corp.*

Nixon Peabody LLP
101 Federal Street
Boston, MA 02110
Phone:       (617) 951-6600
*Bayer Corp.; Allergan, Inc.*

Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
*Nabi Biopharmaceuticals*

Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD 21202
Phone:       (410)  685-1120
*American Home Products (Wyeth)*

Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Phone: (212) 336-2000
*Johnson & Johnson; Centocor, Inc.; Ethicon Endo-Surgery, Inc.; ALZA Corp.*

Peabody & Arnold, LLP
30 Rowes Warf
Boston, MA 02110
Phone: (617) 951-2100
*Hoffmann-La Roche, Inc.*

Perkins Coie
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Phone: (206) 583-8888
*Immunex Corp.*

Pillsbury Winthrop LLP
2550 Hanover Street
Palo Alto, CA 94304
Phone: (650) 233-4500
*SICOR Inc.; Gensia SICOR Pharmaceuticals, Inc.*

Piper Rudnick LLP
One International Place
21st Floor
Boston, MA 02110
Phone: (617) 406-6000
*SICOR Inc.; Gensia SICOR Pharmaceuticals, Inc.*

Reed Smith, LLP
1301 K Street, N.W.
Suite 1100 East Tower
Washington, DC 20005
Phone: (202) 414-9200
*Faulding Pharmaceuticals; Fujisawa Healthcare, Inc.*

Ropes and Gray
One International Place
Boston, MA 02110
Phone: (617) 951-7000
*Schering-Plough Corporation; Warrick Pharmaceuticals*

Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110
Phone:          (617) 646-2000
*Sicor, Inc.*

Shook, Hardy & Bacon LLP
2555 Grand. Boulevard
Kansas City, MO 64108
Phone:          (816) 474-6550
*Aventis Pharmaceuticals, Inc.*

Sidley Austin Brown & Wood
10 S. Dearborn Street
Chicago, IL 60603
Phone:          (312) 853-7000
*Bayer Corp.; Allergan, Inc.*

Testa, Hurwitz and Thibeault, LLP
125 High Street
Boston, MA 02110
Phone:          (617) 248-7000
*Abbott Laboratories and Abbott Laboratories, Inc.*

Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216
Phone:          (614) 464-6400
*Bedford Laboratories*

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Phone:          (212) 819-8200
*Geneva Pharmaceuticals, Inc.*

Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005
Phone:          (202) 434-5526
*Medimmune, Inc.*

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
*American Home Products (Wyeth)*

Robert Heuck II