## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

### AFFIDAVIT OF DONALD E. HAVILAND, JR.
### IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, DONALD E. HAVILAND, JR., declare as true and correct that:

1. I am and have been a member in good standing of the bar of the State of Pennsylvania since 1992.

2. I am and have been a member in good standing of the bar of the United States District Court for the Eastern District of Pennsylvania since 1993.

3. I am and have been a member in good standing of the bar of the State of New Jersey since 1994.

4. I am and have been a member in good standing of the bar of the United States District Court for the District of New Jersey since 1994.

5. I am and have been a member in good standing of the bar of the United States District Court for the Eastern of Wisconsin since 2001.

6. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and agreed to abide by them.

8. Due to my unavoidable absence from the office and the time constraints of filing the Motion for Admission *Pro Hac Vice* in conjunction with the Motion of the Commonwealth of Pennsylvania To Intervene, I have authorized my colleague at Kline & Specter, a Professional Corporation, Louis C. Ricciardi, Esquire, to sign my name to this Affidavit.

Dated:  February 8, 2005

_____
**DONALD E. HAVILAND, JR.**
**(By Louis C. Ricciardi)**

Sworn to and subscribed before me
this _7__ day of _Feb._ 20_05_.

_____

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SALEENA N. [SEMPLE], Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 15, 2005

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Admission of Donald E. Haviland, Jr., *Pro Hac Vice* was served on all counsel of record by electronic service pursuant to Case Management Order No. 2.

Dated: February 8, 2005

Respectfully submitted,

*[signature]*

Louis C. Ricciardi, Esquire
**KLINE & SPECTER**
A PROFESSIONAL CORPORATION
1525 Locust Street, The Nineteenth Floor
Philadelphia, PA 19102
215-772-1000 telephone