# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Judge Patti B. Saris |

## MOTION OF THE COMMONWEALTH OF PENNSYLVANIA FOR LEAVE TO INTERVENE

The Commonwealth of Pennsylvania by Thomas W. Corbett, Jr., in his capacity as Attorney General of the Commonwealth of Pennsylvania (the "Commonwealth"), by the undersigned counsel, moves this Court for an Order granting the Commonwealth leave to intervene for the limited purpose of objecting to Plaintiffs' Motion for Class Certification filed on September 3, 2004 and Plaintiffs' Amended Motion for Class Action Certification filed on December 17, 2004; and in support of this Motion, the Commonwealth relies on the facts and arguments set forth in the accompanying Memorandum of Law in support of the Commonwealth's Motion.

**WHEREFORE**, the Commonwealth respectfully requests that this Court grant it leave to intervene for this limited purpose.

## RULE 7.1(A)(2) CERTIFICATION

Pursuant to LR, D.Mass. 7.1(a)(2), the undersigned counsel hereby certifies that the Intervening Plaintiff's counsel have notified all counsel via Verilaw of the intent to file this Motion in order to ascertain their positions regarding the requested relief. Given the time constraints, the Motion is being filed as contested subject to the consent, if any, of the various parties.

## REQUEST FOR ORAL ARGUMENT

Pursuant to LR, D.Mass. 7.1(d), the Commonwealth states that it believes oral argument may assist the Court in resolving the issues presented by this Motion and therefore requests the Court conduct oral argument in connection with this Motion at the Court's convenience, unless the Court is inclined to grant the Motion on the papers.

Dated: February 8, 2005

Respectfully submitted,

Thomas W. Corbett, Jr., Attorney General
James Donahue, Chief Deputy
Christopher Abruzzo, Chief Deputy
**COMMONWEALTH OF PENNSYLVANIA**
**OFFICE OF ATTORNEY GENERAL**
Commonwealth of Pennsylvania
16th Floor, Strawberry Square
Harrisburg, PA  17120
717-787-3391 telephone
717-783-1107 facsimile

Donald E. Haviland, Jr., Esquire
**KLINE & SPECTER**
A PROFESSIONAL CORPORATION
1525 Locust Street, The Nineteenth Floor
Philadelphia, PA  19102
215-772-1000 telephone

Ronald Ranta, Esquire (B.B.O. No. 546129)
**Fisette & Ranta**
100 Cummings Center, Suite 221B
Beverly, MA  01915
978-927-8766 telephone
978-927-7082 facsimile

*SPECIALLY APPEARING COUNSEL FOR*
*INTERVENING PLAINTIFF, COMMONWEALTH OF*
*PENNSYLVANIA*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion of The Commonwealth of Pennsylvania for Leave to Intervene and Request for Oral Argument was served on all counsel of record by electronic service pursuant to Case Management Order No. 2.

Dated: February 8, 2005

Respectfully submitted,

_____
Louis C. Ricciardi, Esquire
**KLINE & SPECTER**
A PROFESSIONAL CORPORATION
1525 Locust Street, The Nineteenth Floor
Philadelphia, PA 19102
215-772-1000 telephone

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## MEMORANDUM OF LAW IN SUPPORT OF MOTION OF THE COMMONWEALTH OF PENNSYLVANIA FOR LEAVE TO INTERVENE

The Commonwealth of Pennsylvania has filed an action in state court in Pennsylvania regarding the pricing of pharmaceuticals and seeks to represent its interests and those of its citizenry through prosecution of that action. *See Commonwealth of Pennsylvania v. TAP Pharmaceutical Products, Inc., et al.*, No. 212 MD 2004 (Pa. Commw. Ct.). Therefore, the Commonwealth seeks leave to intervene for the limited purpose of opposing Plaintiffs' Motion for Class Certification and Plaintiffs' Amended Motion for Class Certification in order to clarify for the Court and the record that plaintiffs herein do not represent the Commonwealth or its citizens and, thus, the Commonwealth opposes the entry of any Order on Class certification which would purport to give these plaintiffs such representative power. The basis for its motion for leave to intervene [1] is further set forth in the Memorandum of the Attorney General of the Commonwealth of Pennsylvania in Opposition to Class Certification, which is incorporated herein by reference.

For the foregoing reasons, and for those reasons set forth in the Memorandum of the Attorney General of the Commonwealth of Pennsylvania in Opposition to Class Certification, which has been

---

[1] The Commonwealth seeks to intervene pursuant to both Rules 24(a)(2) and 24(b) of the Federal Rules of Civil Procedure.

incorporated herein by reference, the Commonwealth respectfully requests that the Court grant its motion for leave to intervene for limited purpose.

Dated: February 8, 2005                    Respectfully submitted,

                                                                  _____

Thomas W. Corbett, Jr., Attorney General         Donald E. Haviland, Jr., Esquire
James Donahue, Chief Deputy                      **KLINE & SPECTER**
Christopher Abruzzo, Chief Deputy                A PROFESSIONAL CORPORATION
**COMMONWEALTH OF PENNSYLVANIA**                 1525 Locust Street, The Nineteenth Floor
**OFFICE OF ATTORNEY GENERAL**                   Philadelphia, PA  19102
Commonwealth of Pennsylvania                     215-772-1000 telephone
16th Floor, Strawberry Square
Harrisburg, PA  17120                            Ronald Ranta, Esquire (B.B.O. No. 546129)
717-787-3391 telephone                           **Fisette & Ranta**
717-783-1107 facsimile                           100 Cummings Center, Suite 221B
                                                 Beverly, MA  01915
                                                 978-927-8766 telephone
                                                 978-927-7082 facsimile

                                                 *SPECIALLY APPEARING COUNSEL FOR*
                                                 *INTERVENING PLAINTIFFS, VALERIE SAMSELL*
                                                 *AND MILTON GREENE*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Memorandum of Law in Support of Motion of the Commonwealth of Pennsylvania for Leave to Intervene was served on all counsel of record by electronic service pursuant to Case Management Order No. 2.

Dated: February 8, 2005

Respectfully submitted,

Louis C. Ricciardi, Esquire
**KLINE & SPECTER**
A PROFESSIONAL CORPORATION
1525 Locust Street, The Nineteenth Floor
Philadelphia, PA  19102
215-772-1000 telephone