FILED
IN CLERKS OFFICE

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

2005 FEB -9  A 8: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
|---|---|
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## MOTION FOR ADMISSION OF E. CHRISTOPHER ABRUZZO *PRO HAC VICE*

Petitioner, E. Christopher Abruzzo, Esquire of the Office of the Attorney General for the Commonwealth of Pennsylvania, by and through the undersigned counsel, Fisette & Ranta, respectfully requests that E. Christopher Abruzzo, be admitted to practice before the United States District Court for the District of Massachusetts, pursuant to LR, D.Mass. 83.5.3, for the limited purpose of representing the Intervening Plaintiff, The Commonwealth of Pennsylvania, in support of its Motion to Intervene and avers as follows:

1. Petitioner, E. Christopher Abruzzo, Esquire, represents the Commonwealth of Pennsylvania, which has moved to intervene in the above-captioned action for the limited purpose of objecting to the certification of a Class which would purportedly include the Commonwealth.

2. The Commonwealth of Pennsylvania desires that Mr. Abruzzo be admitted and allowed to represent it in connection with its intervention.

3. As stated in Mr. Abruzzo's Affidavit attached hereto, he is a member of good standing of the bar of the State of Pennsylvania, as well as the United States District Court for the Middle District of Pennsylvania. Further, there are no disciplinary actions pending against Mr. Abruzzo in any jurisdiction

4. Mr. Abruzzo is familiar with the Local Rules of the United States District Court for the District of Massachusetts, and agrees to abide by them.

WHEREFORE, the undersigned counsel respectfully moves Mr. Abruzzo's admission to this Court, pursuant to LR, D.Mass. 83.5.3, for the limited purpose of representing the Intervening Plaintiff, the Commonwealth of Pennsylvania.

Dated: February 8, 2005                                            Respectfully submitted,

 

Ronald Ranta, Esquire
**FISETTE & RANTA**
B.B.O. No. 411880
100 Cummings Center, Suite 221B
Beverly, MA 01915
978-927-8766 telephone
978-927-7082