IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No.: 1456<br>C.A. No. 01-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENTS RELATES TO:<br>ALL CLASS ACTIONS | |

AFFIDAVIT OF E. CHRISTOPHER ABRUZZO
IN SUPPORT OF ADMISSION *PRO HAC VICE*

I. E. CHRISTOPHER ABRUZZO, declare as true and correct that:

1. I am and have been a member in good standing of the bars of the Commonwealth of Pennsylvania since 1992.

2. I am and have been a member in good standing of the bar of the United States District Court for the Middle District of Pennsylvania since 1993.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and agree to abide by them.

Dated: Feb. 7, 2005

E. CHRISTOPHER ABRUZZO
Chief Deputy Attorney General

                                          Office of Attorney General
                                          16th Floor, Strawberry Square
                                          Harrisburg, PA 17120
                                          (717) 783-1481
                                          (717)

_[signature]_

Sworn to and subscribed before me
this 7th day of February, 2005.

JAD/ikl/affidavit

> NOTARIAL SEAL
> CINDY S. HALL, Notary Public
> Harrisburg, Dauphin County
> My Commission Expires Aug. 6, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Admission of E. Christopher Abruzzo, *Pro Hac Vice* was served on all counsel of record by electronic service pursuant to Case Management Order No. 2.

Dated: February 8, 2005          Respectfully submitted,

_____

Louis C. Ricciardi, Esquire
**KLINE & SPECTER**
A PROFESSIONAL CORPORATION

1525 Locust Street, The Nineteenth Floor
Philadelphia, PA 19102
215-772-1000 telephone