IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -9  A 8: 49

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

U.S. DISTRICT COURT
DISTRICT OF MASS.

## MOTION FOR ADMISSION OF JAMES A. DONAHUE, III *PRO HAC VICE*

Petitioner, James A. Donahue, III, Esquire of the Office of the Attorney General for the Commonwealth of Pennsylvania, by and through the undersigned counsel, Fisette & Ranta, respectfully requests that James A. Donahue, III, be admitted to practice before the United States District Court for the District of Massachusetts, pursuant to LR, D.Mass. 83.5.3, for the limited purpose of representing the Intervening Plaintiff, The Commonwealth of Pennsylvania, in support of its Motion to Intervene and avers as follows:

1. Petitioner, James A. Donahue, III, Esquire, represents the Commonwealth of Pennsylvania, which has moved to intervene in the above-captioned action for the limited purpose of objecting to the certification of a Class which would purportedly include the Commonwealth.

2. The Commonwealth of Pennsylvania desires that Mr. Donahue be admitted and allowed to represent it in connection with its intervention.

3. As stated in Mr. Donahue's Affidavit attached hereto, he is a member of good standing of the bar of the States of Pennsylvania and Massachusetts, as well as the United States District Court for the Eastern District of Pennsylvania, United States District Court for the Middle District of Pennsylvania and the United States Court of Appeals for the Third Circuit. Further, there are no disciplinary actions pending against Mr. Donahue in any jurisdiction

4. Mr. Donahue is familiar with the Local Rules of the United States District Court for the District of Massachusetts, and agrees to abide by them.

WHEREFORE, the undersigned counsel respectfully moves Mr. Donahue's admission to this Court, pursuant to LR, D.Mass. 83.5.3, for the limited purpose of representing the Intervening Plaintiff, the Commonwealth of Pennsylvania.

Dated: February 8, 2005                                        Respectfully submitted,

_____
Ronald Ranta, Esquire
**FISETTE & RANTA**
B.B.O. No. 411880
100 Cummings Center, Suite 221B
Beverly, MA 01915
978-927-8766 telephone
978-927-7082
