# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## AFFIDAVIT OF JAMES A. DONAHUE, III
### IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, JAMES A DONAHUE, III, declare as true and correct that:

1. I am and have been a member in good standing of the bars of the Commonwealth of Pennsylvania since 1984 and the Commonwealth of Massachusetts since 1988.

2. I am and have been a member in good standing of the bar of the United States District Court for the Eastern District of Pennsylvania since 1984.

3. I am and have been a member in good standing of the bar of the United States District Court for the Middle District of Pennsylvania since 1994.

4. I am and have been a member in good standing of the bar of the United States Court of Appeals for the Third Circuit since 1993.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and agreed to abide by them.

Dated: 2/7/2005

*/s/ James A. Donahue*
JAMES A. DONAHUE, III
Chief Deputy Attorney General

Office of Attorney General
14th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 787-4530
(717) 705-7110 (fax)
jdonahue@attorneygeneral.gov

_____
Sworn to and subscribed before me
this 7th day of February, 2005.

JAD/tk/affidavit

```
            NOTARIAL SEAL
    MELANIE L WEBODAU, Notary Public
       City of Harrisburg, Dauphin County
    My Commission Expires April 16, 2006
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Admission of James A. Donahue, III, *Pro Hac Vice* was served on all counsel of record by electronic service pursuant to Case Management Order No. 2.

Dated: <u>February 8, 2005</u>                  Respectfully submitted,

_____

Louis C. Ricciardi, Esquire
**KLINE & SPECTER**
A PROFESSIONAL CORPORATION
1525 Locust Street, The Nineteenth Floor
Philadelphia, PA  19102
215-772-1000 telephone