# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS | Chief Mag. Judge Marianne P. Bowler |

## ASTRAZENECA PHARMACEUTICALS LP'S ASSENTED-TO MOTION TO EXTEND THE DEADLINE FOR FILING ITS RESPONSE TO PLAINTIFFS' MOTION TO COMPEL

Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca"), through its undersigned counsel, respectfully moves this Court for an extension of time in filing its response to Plaintiffs' Motion to Compel and for Finding that Documents and Testimony Relating to AstraZeneca's Pricing, Marketing, and Sales of Its Products are Not Protected by the Attorney-Client Privilege.

1.  On February 3, 2005, plaintiffs filed a Motion to Compel and for Finding that Documents and Testimony Relating to AstraZeneca's Pricing, Marketing, and Sales of Its Products are Not Protected by the Attorney-Client Privilege.  Plaintiffs seek to compel the deposition of Stuart Fullerton, Senior Litigation Counsel to AstraZeneca, and seek a finding that documents relating to the pricing, marketing, or sales of AstraZeneca's products are not protected by the attorney-client privilege.

2.  In light of the important issues this Motion to Compel raises regarding the privileged nature of the communications at issue, defendant AstraZeneca, by its attorneys, respectfully

moves for extension of time in which to file its response.  In addition to its response, defendant AstraZeneca will also be filing a Cross-Motion for a Protective Order.

3.      AstraZeneca represents that it has conferred with counsel for Plaintiffs and obtained their assent to this motion.

WHEREFORE, Defendant AstraZeneca respectfully requests that the deadline for filing its Response to Plaintiffs' Motion to Compel be extended to **February 25, 2005**.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ASTRAZENECA PHARMACEUTICALS LP |
|  | By its attorneys, |
|  | ___/s/ Jessica V. Barnett_____ |
| DATED: February 16, 2005 | Nicholas C. Theodorou (BBO # 496730) |
|  | Jessica V. Barnett (BBO # 650535) |
|  | FOLEY HOAG LLP |
|  | 155 Seaport Boulevard |
|  | Boston, MA  02110 |
|  | (617) 832-1000 |
|  | D. Scott Wise |
|  | Michael Flynn |
|  | Monica Lamb |
|  | DAVIS POLK & WARDWELL |
|  | 450 Lexington Avenue |
|  | New York, NY  10017 |
|  | (212) 450-4000 |

## LOCAL RULE 7.1 CERTIFICATION

I, Monica Lamb, hereby certify that on February 14, 2005, I conferred with Kenneth Wexler, counsel for Plaintiffs, and that Plaintiffs assent to this motion.

___/s/ Monica Lamb_____
Monica Lamb

## CERTIFICATE OF SERVICE BY VERILAW

Docket No. MDL 1456

I, Jessica V. Barnett, hereby certify that on February 16, 2005, I caused the foregoing AstraZeneca Pharmaceuticals LP's Assented-To Motion to Extend the Deadline for Filing its Response to Plaintiffs' Motion to Compel to be served on all counsel of record by causing same to be posted electronically via Verilaw.

Dated: February 16, 2005                /s/ Jessica V. Barnett
                                                                         Jessica V. Barnett