UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br>Master File No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: )<br>State of California, *et al.* v. Abbott Laboratories, *et al.* )<br>CASE NO: 1:03-cv-11226-PBS ) ) | |

## [~~PROPOSED~~] ORDER TO REDACT AND SEAL THE COMMONWEALTH OF PENNSYLVANIA'S "EXHIBIT B"

For good cause, having considered the ex parte application of the State of California to redact and seal information contained within the Commonwealth of Pennsylvania's "Exhibit B", which was attached to the "MEMORANDUM OF THE ATTORNEY GENERAL OF THE COMMONWEALTH OF PENNSYLVANIA IN OPPOSITION TO CLASS CERTIFICATION" filed and served on or about February 7 or 8, 2005 [hereafter the "original Exhibit B"], and for related relief,

**IT IS HEREBY ORDERED** that all parties served through Verilaw with the original Exhibit B, and anyone else possessing the original Exhibit B through any other means, [who is informed of this order] redact the information pertaining to the State of California which exists on such chart, destroy any copies which still contain the State of California's information, and retain only the redacted copies.

**IT IS FURTHER ORDERED** that any current possessors of the original Exhibit B [that are informed of this order] are prohibited from distributing or otherwise publishing unredacted copies of the original Exhibit B.

1

**IT IS FURTHER ORDERED** that the original Exhibit B on file with the Court be sealed.

DATED: 2/10/05

PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Brian V. Frankel, hereby certify that on February 9, 2005, I caused true and correct copies of the: 1) EX PARTE APPLICATION BY THE STATE OF CALIFORNIA FOR REDACTING AND SEALING OF INADVERTENT DISCLOSURE OF ERRONEOUS INFORMATION, 2) DECLARATION OF BRIAN V. FRANKEL IN SUPPORT OF EX PARTE APPLICATION BY THE STATE OF CALIFORNIA FOR REDACTING AND SEALING OF INADVERTENT DISCLOSURE OF ERRONEOUS INFORMATION, and 3) [PROPOSED] ORDER TO REDACT AND SEAL THE COMMONWEALTH OF PENNSYLVANIA'S "EXHIBIT B", to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to Verilaw Technologies for posting and notification to all parties.

Dated: February 9, 2005

_____
BRIAN V. FRANKEL
Supervising Deputy Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
OFFICE OF THE ATTORNEY GENERAL
California Department of Justice
1455 Frazee Road, Suite 315
San Diego, CA   92108
Tel: (619) 688-6065
Fax: (619) 688-4200