## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) )  MDL NO. 1456 ) |
| | ) CIVIL ACTION: 01-CV-12257-PBS )  |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | ) Judge Patti B. Saris ) ) |

### JOINT MOTION TO ENLARGE THE TIME
### FOR DEFENDANT GLAXOSMITHKLINE, INC.
### TO RESPOND TO PLAINTIFFS' MOTIONS TO COMPEL

The parties hereby move to enlarge the time for defendant GlaxoSmithKline, Inc. ("GSK")

to respond to plaintiffs' pending motions to compel to March 1, 2005, as follows:

1.  Plaintiffs' Motion to Compel Defendant GlaxoSmithKline, Inc. to Produce Documents in the Manner Required by Rule 34(b), filed February 3, 2005.

2.  Plaintiffs' Motion to Compel Defendant GlaxoSmithKline, Inc. to Produce Rule 30(b)(6) Witnesses, filed February 3, 2005.

3.  Plaintiffs' Motion to Compel Defendant GlaxoSmithKline, Inc. to Produce Transactional Data, filed February 3, 2005.

The parties hereby agree to enlarge the time for response to March 1, 2005.  The reason for

this request is that GSK has made certain offers which may result in the resolution of the

motions.

WHEREFORE, for the foregoing reasons, the parties respectfully request that this motion

be granted.

Respectfully submitted,

By **/s/ David Nalven**
    Thomas M. Sobol
    David S. Nalven
    Edward Notargiacomo
    Hagens Berman LLP
    One Main Street
    Cambridge, MA  02142
    Telephone: (617) 482-3700
    Facsimile: (617) 482-3003

    Steve W. Berman
    Sean R. Matt
    Hagens Berman LLP
    1301 Fifth Avenue, Suite 2900
    Seattle, WA  98101
    Telephone: (206) 623-7292
    Facsimile: (206) 623-0594

    *LIAISON AND CO-LEAD COUNSEL*

    Eugene A. Spector
    Jeffrey Kodroff
    Spector, Roseman & Kodroff, P.C.
    1818 Market Street, Suite 2500
    Philadelphia, PA  19103
    Telephone: (215) 496-0300
    Facsimile: (215) 496-6611

    Marc H. Edelson
    Hoffman & Edelson
    45 West Court Street
    Doylestown, PA  18901
    Telephone: (215) 230-8043
    Facsimile: (215) 230-8735

By **/s/ Geoffrey E. Hobart**
    Geoffrey E. Hobart
    Mark D. Seltzer
    Matthew J. O'Connor
    Holland & Knight LLP
    10 St. James Avenue
    Boston, MA 02116
    Telephone: (617) 523-2700
    Facsimile: (617) 523-6850

    Frederick G. Herold
    Dechert LLP
    975 Page Mill Road
    Palo Alto, CA 94304
    Telephone: (650) 813-4930
    Facsimile: (650) 813-4848

    Thomas H. Lee II
    Dechert LLP
    4000 Verizon Tower
    1717 Arch Street
    Philadelphia, PA 19103-2793
    Telephone:  (215) 994-2994
    Facsimile: (215) 994-2222

    Mark H. Lynch
    Ethan M. Posner
    Covington & Burling
    1201 Pennsylvania Avenue
    Washington, DC 20004
    Telephone: (202) 662-6000
    Facsimile: (202) 662-6291

Kenneth A. Wexler
Kenneth A. Wexler & Associates
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Samuel Heins
Brian Williams
Heins, Mills & Olson, P.C.
700 Northstar East
608 Second Avenue South
Minneapolis, MN  55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

CO-LEAD COUNSEL


Dated: February 17, 2005

## CERTIFICATE OF SERVICE

Docket No. MDL 1456


I, David S. Nalven, hereby certify that I am one of plaintiffs' attorneys and that, on February 17, 2004, I caused copies of the parties' Joint Motion to Enlarge the Time for defendant Glaxosmithkline, Inc. to Respond to Plaintiffs' Motions to Compel to March 1, 2005 to be served via VeriLaw on all counsel of record.


**/s/ David S. Nalven**


Dated: February 17, 2005