UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br>Master File No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>State of California, *ex rel.* Ven-A-Care v.<br>Abbott Laboratories, *et al.*<br>CASE #: 1:03-cv-11226-PBS ) ) ) ) ) ) | |

NOTICE OF RULING ("ORDER TO REDACT AND SEAL THE
COMMONWEALTH OF PENNSYLVANIA'S 'EXHIBIT B'")

Attached as Exhibit "A" is a true and correct copy of Judge Patti B. Saris' complete Order entered on 2/17/05, granting the STATE OF CALIFORNIA's Ex Parte Application for Redacting and Sealing of Inadvertent Disclosure of Erroneous Information, **ORDER TO REDACT AND SEAL THE COMMONWEALTH OF PENNSYLVANIA'S "EXHIBIT B"**.

Respectfully submitted,

BILL LOCKYER
Attorney General for the State of California

Dated: February 17, 2005          By: _____
                                      BRIAN V. FRANKEL
                                      CA State Bar No.: 116802
                                      Supervising Deputy Attorney General
                                      Bureau of Medi-Cal Fraud & Elder Abuse
                                      OFFICE OF THE ATTORNEY GENERAL
                                      California Department of Justice
                                      1455 Frazee Road, Suite 315
                                      San Diego, California 92108
                                      Tel: (619) 688-6065
                                      Fax: (619) 688-4200
                                      **Attorneys for Plaintiff**
                                      **STATE OF CALIFORNIA**

## CERTIFICATE OF SERVICE

I, Brian V. Frankel, hereby certify that on February 17, 2005, I caused a true and correct copy of the foregoing, **NOTICE OF RULING ("ORDER TO REDACT AND SEAL THE COMMONWEALTH OF PENNSYLVANIA'S 'EXHIBIT B'"),** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to Verilaw Technologies for posting and notification to all parties.

Dated: February 17, 2005

BRIAN V. FRANKEL
Supervising Deputy Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
OFFICE OF THE ATTORNEY GENERAL
California Department of Justice
1455 Frazee Road, Suite 315
San Diego, CA  92108
Tel: (619) 688-6065
Fax: (619) 688-4200