UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 1456<br><br>C.A. NO. 01-CV-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*County of Suffolk v. Abbot Laboratories, Inc., et al.*, E.D. NY No. 03-229 | | |

## Notice of Appearance

The undersigned hereby notices her appearance as counsel to Biogen Idec Inc. ("Biogen Idec") in the above-referenced matter.

                                                  Respectfully submitted,

                                                  /S/ Maura T. Healey

                                                  Maura T. Healey (BBO # 640856)
                                                  Wilmer Cutler Pickering Hale and Dorr LLP
                                                  60 State Street
                                                  Boston, MA  02109
                                                  (617) 526-6000

Dated:  February 18, 2005

-2-

## Certificate of Service

I, Debra Squires-Lee, certify that on this 18th day of February, 2005, a copy of the foregoing document has been served on counsel of record by electronic means pursuant to the Court's Case Management Order dated July 23, 2002.

/S/ Debra Squires-Lee

Debra Squires-Lee