UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 17  A 10: 4!

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456 <br> Civil Action No. 01-12257-PBS <br> ) <br> ) Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) |

## NOTICE OF APPEARANCE

The undersigned hereby enter their appearance as counsel of record for Defendant Eisai, Inc.

Respectfully submitted,

Brien T. O'Connor (BBO # 546767)
E. Abim Thomas (BBO # 657342)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Attorneys for Eisai, Inc.

Dated: February 16, 2005