UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL No. 1456 ) ) CIVIL ACTION: 01-CV-12257 PBS ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) Judge Patti B. Saris ) ) ) Chief Mag. Judge Marianne B. Bowler ) |

## NOTICE OF CHANGE OF LAW FIRM NAME

TO: The Clerk of This Honorable Court and All Parties of Record:

PLEASE TAKE NOTICE that the law firm of **Hagens Berman LLP** has changed its name to **Hagens Berman Sobol Shapiro LLP**. The office address, telephone, and facsimile numbers remain the same.

Dated: February 23, 2005

Respectfully Submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By  **/s/ Thomas M. Sobol**
Thomas M. Sobol (BBO# 471770)
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile: (617) 482-3003

CERTIFICATE OF SERVICE

I hereby certify that I, Thomas M. Sobol, an attorney, caused a true and correct copy of the foregoing **Notice of Change of Law Firm Name** to be served on all counsel of record electronically on February 23, 2005, pursuant to Section D of Case Management Order No. 2.

    /s/ **Thomas M. Sobol**
Thomas M. Sobol, Esq.
**HAGENS BERMAN SOBOL SHAPIRO LLP**
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003