UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION: 01-cv-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) | JUDGE PATTI B. SARIS |

## CERTIFICATE OF GOOD STANDING

Nicholas Patrick Mizell, an attorney with the firm Shook, Hardy & Bacon L.L.P., 2555 Grand Boulevard, Kansas City, Missouri 64108, hereby certifies:

1. I am a member of the Bar in Missouri and Kansas.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Under penalty of perjury this 18th day of February 2005.

Respectfully submitted,

_____
Nicholas Patrick Mizell
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816/474-6550
Facsimile: 816/421-5547

614536v1