# HOGAN & HARTSON
## L.L.P.

STEVEN F. BARLEY
PARTNER
(410) 659-2724
SFBARLEY@HHLAW.COM

February 28, 2005

111 SOUTH CALVERT STREET, SUITE 1600
BALTIMORE, MARYLAND 21202
TEL (410) 659-2700
FAX (410) 539-6981
WWW.HHLAW.COM

Clerk's Office
United States District Court
   for the District of Massachusetts
John J. Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts  02210

> Re:  *In Re: Pharmaceutical Industry Average Wholesale Price Litigation, MDL No. 1456*

Dear Sir/Madam:

Enclosed for filing in the above-referenced matter is certain defendants' Corrected Phase II Defendants' Motion for Entry of Proposed Case Management Order No. 13.  The original motion, which was filed Friday, February 25, 2005, inadvertently indicated that B. Braun Medical Inc. joined in the motion, which is incorrect.  The corrected motion removes B. Braun Medical Inc. from the list of defendants joining in the motion.  Please substitute the corrected motion with that filed last Friday

> Very truly yours,
>
> /s/ Steven F. Barley
>
> Steven F. Barley

SFB/JRN

WASHINGTON, DC

BERLIN   MUNICH   BRUSSELS   LONDON   PARIS   BUDAPEST   PRAGUE   WARSAW   MOSCOW   BEIJING   TOKYO
NEW YORK   BALTIMORE   McLEAN   MIAMI   DENVER   BOULDER   COLORADO SPRINGS   LOS ANGELES
\\\BA - 58360/0066 - 187347 v1