UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JUDGE PATTI B. SARIS |

## MOTION TO PERMIT KELLI R. CURRY TO APPEAR PRO HAC VICE

Pursuant to Rule 83.5.3(b) of the Local Rules of this Court, David M. Glynn, a counsel of record for defendants Aventis Pharmaceuticals Inc. hereby moves this Court to permit Kelli R. Curry to appear on its behalf as counsel *pro hac vice* in the above-captioned action.

In support of this motion, undersigned counsel states the following:

1. The undersigned is a member in good standing of the bar of this Court.

2. Ms. Curry is a member in good standing of the bars of Missouri and Kansas.

3. Ms. Curry is an associate at the law firm of Shook, Hardy & Bacon L.L.P.

4. There are no disciplinary proceedings pending against Ms. Curry as a member of any bar in any jurisdiction.

5. Ms. Curry has indicated in her Certificate attached hereto that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. Ms. Curry's Certificate in Support Of Motion To Permit Counsel To Appear Pro Hac Vice is attached hereto behind Tab A; a Proposed Order is attached behind Tab B.

1

Dated: February 28, 2005

Respectfully submitted,

/s/ Michael DeMarco

Michael DeMarco (BBO #119960)
mdemarco@klng.com
Jeffrey S. King (BBO #559000)
jking@klng.com
David M. Glynn (BBO #650964)
dglynn@klng.com
Cara E. Corbett (BBO #654852)
ecorbett@klng.com
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109-1808
Telephone: (617) 261-3100

1594143v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ALL ACTIONS ) <br> ) | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> JUDGE PATTI B. SARIS |

## CERTIFICATE OF GOOD STANDING

Kelli R. Curry, an attorney with the firm Shook, Hardy & Bacon L.L.P., 2555 Grand Boulevard, Kansas City, Missouri, 64108-2613, hereby certifies:

1. I am a member of the Bars of Missouri and Kansas.

2. I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings against me as a member of the Bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Under penalty of perjury this 24th day of February, 2005.

Respectfully submitted,

*/s/ Kelli R. Curry*

Kelli R. Curry
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

1594130v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ALL ACTIONS ) <br> ) | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> JUDGE PATTI B. SARIS |

### [PROPOSED] ORDER

COMES NOW, this _____ day of _____, 2005, upon consideration of Motion to Permit Kelli R. Curry to Appear Pro Hac Vice, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is granted and that Kelli R. Curry may appear and practice in this Court in the above-captioned matter.

_____
United States District Judge

1594105v1