**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL ) | MDL No. 1456 |
| INDUSTRY AVERAGE ) | |
| WHOLESALE PRICE LITIGATION ) | CIVIL ACTION: 01-CV-12257 PBS |
| ) | |
| ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ) | |
| ALL CLASS ACTIONS ) | |
| ) | |

**JOINT MOTION OF PLAINTIFFS' CO-LEAD CLASS COUNSEL AND DEFENDANTS TO ENLARGE TIME FOR PARTIES TO RESPOND TO REPORT OF PROFESSOR ERNST R. BERNDT**

The parties, Plaintiffs' Co-Lead Class Counsel and the Defendants, hereby jointly move this Court for enlargement of the time the parties must submit their response to the February 9, 2005 Report of Independent Expert Professor Ernst R. Berndt from March 3, 2005 until March 10, 2005.

Given the scope of issues covered by Professor Berndt in his report, the parties jointly request a one-week extension of the date by which they must submit responses in order to facilitate a complete and thorough response by both sides.

Accordingly, the parties request that this Court enter an order enlarging the time by which the parties must submit a response to Professor Berndt's report until March 10, 2005.

| | |
|---|---|
| Dated: March 1, 2005 | Respectfully submitted, |
| ON BEHALF OF ALL DEFENDANTS | PLAINTIFFS' CLASS COUNSEL |

By:   /s/ Nicholas C. Theodorou          By:   /s/ Thomas M. Sobol
Nicholas C. Theodorou (BBO # 496730)     Thomas M. Sobol (BBO # 471770)
Lucy Fowler (BBO # 647929)               Edward Notargiacomo (BBO # 567636)
FOLEY HOAG LLP                           HAGENS BERMAN SOBOL SHAPIRO LLP
155 Seaport Blvd.                        One Main Street, 4th Floor
Boston, MA  02210                        Cambridge, MA 02142
Telephone: (617) 832-1000                Telephone: (617) 482-3700
Facsimile: (617) 832-7000                Facsimile: (617) 482-3003

**LIAISON COUNSEL**

D. Scott Wise                            Steve W. Berman
Kimberley D. Harris                      Sean R. Matt
DAVIS POLK & WARDWELL                    HAGENS BERMAN SOBOL SHAPIRO LLP
450 Lexington Avenue                     1301 Fifth Avenue, Suite 2900
New York, NY  10017                      Seattle, WA 9810
Telephone: (212) 450-4000                Telephone: (206) 623-7292
Facsimile: (212) 450-3800                Facsimile: (206) 623-0594

Samuel D. Heins
Brian L. Williams
HEINS MILLS & OLSON, P.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

Jeffery L. Kodroff
John A. Macoretta
SPECTOR, ROSEMAN & KODROFF, P.C.
18181 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone:  (215) 496-0300
Facsimile: (215) 496-6611

**CHAIRS OF LEAD COUNSEL COMMITTEE**

Kenneth A. Wexler
THE WEXLER FIRM LLP
One North LaSalle
Suite 2000
Chicago, Illinois 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
HOFFMAN & EDELSON
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**MEMBERS OF LEAD COUNSEL COMMITTEE AND EXECUTIVE COMMITTEE**

CERTIFICATE OF SERVICE BY VERILAW

Docket No. MDL 1456

    I, Edward Notargiacomo, hereby certify that I am one of plaintiffs' attorneys and that, on March 1, 2005, I caused copies of the JOINT MOTION OF PLAINTIFFS' CO-LEAD CLASS COUNSEL AND DEFENDANTS TO ENLARGE TIME FOR PARTIES TO RESPOND TO REPORT OF PROFESSOR ERNST R. BERNDT, to be served on all counsel of record by causing same to be posted electronically via Verilaw.

Dated: March 1, 2005                            By:  /s/ Edward Notargiacomo
                                                               Edward Notargiacomo, Esq.
                                                               HAGENS BERMAN SOBOL SHAPIRO LLP
                                                               One Main Street, 4th Floor
                                                               Cambridge, MA 02142
                                                               Phone:  (617) 482-3700
                                                               Facsimile:  (617) 482-3003