UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 <br> Master File No. 01-12257-PBS <br><br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: <br> State of California, *ex rel.* Ven-A-Care v. <br> Abbott Laboratories, *et al.* <br> CASE #: 1:03-cv-11226-PBS ) ) ) ) ) ) | |

## STATE OF CALIFORNIA'S AND RELATOR'S STATUS REPORT MARCH 1, 2005

The undersigned counsel, on behalf of plaintiffs STATE OF CALIFORNIA ("CALIFORNIA") and Relator, VEN-A-CARE OF THE FLORIDA KEYS, INC. ("VEN-A-CARE" or "RELATOR"), hereby submit the attached Status Report to the Court in accordance with the Court's June 17, 2004 Procedural Order.

Respectfully submitted,

BILL LOCKYER
Attorney General for the State of California

Dated: March 1, 2005            By: /s/ Timothy Foote
TIMOTHY FOOTE
CA State Bar No.: 115621
Deputy Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
OFFICE OF THE ATTORNEY GENERAL
California Department of Justice
1455 Frazee Road, Suite 315
San Diego, California 92108
Tel: (619) 688-6114
Fax: (619) 688-4200

**Attorneys for Plaintiff,
STATE OF CALIFORNIA**

## MDL 1456 Status Report
### State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories, *et al.*
### Case No.: 1:03-cv-11226-PBS

**Motion to Remand Case to State Court:**

Notice of withdrawal of such motion filed 9/29/04.

**Motion to Dismiss Medicaid Rebate Fraud Claims Without Prejudice:**

Notice of withdrawal of such motion filed 9/29/04.

**Complaint-in-Intervention:**

Plaintiffs intend to file an amended Complaint-in-Intervention, pursuant to the Federal Rules of Civil Procedure, which will supersede the original Complaint-in-Intervention filed against defendants ABBOTT LABORATORIES, INC., WYETH INC., and WYETH PHARMACEUTICALS, INC. in California State Court on January 7, 2003.

**Anticipated Filings:**

The Attorney General of California will file additional motions, under seal, as are necessary to fully and effectively prosecute this case under the California False Claims Act (Cal. Gov't. Code §§ 12650, *et seq.*). In addition, plaintiffs will request a Status Conference and the entry of a Case Management Order by a motion to be filed soon.

**Tutorial:**

California and Ven-A-Care had requested that the Court permit their participation in the planned December 2004 tutorial. On November 10, 2004, Judge Saris issued an order stating that "[t]he December tutorial was suggested in the context of the pending motion for class certification." The Court indicated that it would welcome a tutorial when it becomes relevant to a pending motion. It is anticipated that California and Ven-A-Care will be requesting that the Court authorize a tutorial in the California case at a later date.

**<u>Class certification</u>**:

California filed its position regarding class certification and potential infringement on California's state case on February 10, 2005.

**<u>Order re sealing inadvertently disclosed information:</u>**

California filed an ex-parte application for redacting and sealing of inadvertent disclousre of erroneous information filed on February 9, 2005 and received an order on February 17, 2005 granting California's request regarding the inadvertent disclosure of sealed defendants.

## CERTIFICATE OF SERVICE

I, Timothy C. Foote, hereby certify that on March 1, 2005, I caused a true and correct copy of the foregoing, **STATE OF CALIFORNIA'S AND RELATOR'S STATUS REPORT MARCH 1, 2005,** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to Verilaw Technologies for posting and notification to all parties.

Dated: March 1, 2005

*[signature]*
TIMOTHY C. FOOTE
Deputy Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
OFFICE OF THE ATTORNEY GENERAL
California Department of Justice
1455 Frazee Road, Suite 315
San Diego, CA  92108
Tel: (619) 688-6114
Fax: (619) 688-4200