## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ALL ACTIONS ) <br> ) | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> JUDGE PATTI B. SARIS |

## MOTION TO PERMIT PAMELA MACER
## TO APPEAR PRO HAC VICE

Pursuant to Rule 83.5.3(b) of the Local Rules of this Court, David M. Glynn, a counsel of record for defendants Aventis Pharmaceuticals Inc. hereby moves this Court to permit Pamela Macer to appear on its behalf as counsel *pro hac vice* in the above-captioned action.

In support of this motion, undersigned counsel states the following:

1. The undersigned is a member in good standing of the bar of this Court.

2. Ms. Macer is a member in good standing of the bar of Missouri.

3. Ms. Macer is an associate at the law firm of Shook, Hardy & Bacon L.L.P.

4. There are no disciplinary proceedings pending against Ms. Macer as a member of any bar in any jurisdiction.

5. Ms. Macer has indicated in her Certificate attached hereto that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. Ms. Macer's Certificate in Support Of Motion To Permit Counsel To Appear Pro Hac Vice is attached hereto behind Tab A; a Proposed Order is attached behind Tab B.

1597389v1

1

Dated: March 4, 2005

Respectfully submitted,

*[signature]*

**Michael DeMarco (BBO #119960)**
mdemarco@klng.com
**Jeffrey S. King (BBO #559000)**
jking@klng.com
**David M. Glynn (BBO #650964)**
dglynn@klng.com
**Cara E. Corbett (BBO #654852)**
ecorbett@klng.com
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109-1808
Telephone: (617) 261-3100