UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456<br>) Master File No. 01-12257-PBS<br>)<br>) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>California, State of *et al* v. Abbott Laboratories *et al*<br>CASE #: 1:03-cv-11226-PBS | ) <br>) <br>) <br>) <br>) |

## NOTICE OF APPEARANCE FOR PLAINTIFF STATE OF CALIFORNIA, ADMISSION PRO HAC VICE

The following submissions for Admission Pro Hac Vice are being made pursuant to the Case Management Order No. 1 signed by the Honorable Patti B. Saris, referencing the above case, Page 8, Section V. Admission of Attorneys, paragraph 16:

> "Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee."

Attached find Certificates of Good Standing from the United States District Court Northern District of California and from the California State Bar for the following California Deputy Attorney General:

> ADELINA OROZCO BERUMEN
> Deputy Attorney General
> California Bureau of Medi-Cal Fraud and Elder Abuse
> 1455 Frazee Road, Ste. 315
> San Diego, CA 92108
> Tel.: (619) 688-6753
> Fax: (619) 688-4200

1

A check in the amount of $50.00 is being forwarded for the admission *pro hac vice*.

Dated:  March 9, 2005.                             Respectfully submitted,

                                                   BILL LOCKYER
                                                   Attorney General for the State of California

                                                   By: _____
                                                        Adelina Orozco Berumen
                                                        Deputy Attorney General
                                                        Bureau of Medi-Cal Fraud & Elder Abuse
                                                        1455 Frazee Rd., Ste. 315
                                                        San Diego, CA  92108
                                                        Tel.: (619) 688-6753
                                                        Fax: (619) 688-4200

                                                   Attorneys for the Plaintiff, State of California

## CERTIFICATE OF SERVICE

I hereby certify that I, Timothy C. Foote, Deputy Attorney General, Bureau of Medi-Cal Fraud and Elder Abuse, for the State of California, caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE FOR PLAINTIFF STATE OF CALIFORNIA, ADMISSION PRO HAC VICE, ADELINA OROZCO BERUMEN**, to be served electronically via Verilaw on counsel of record on the Master Service List, pursuant to Case Management Order No. 2, this 9th day of March 2005.

_____
TIMOTHY C. FOOTE

# Certificate of Good Standing

United States of District Court ⎫
⎬ ss.
Northern District of California ⎭

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that *Adelina Orozco Berumen, Bar No. 153127* was duly admitted to practice in said Court on *June 6, 1991*, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on *February 15, 2005*

Richard W. Wieking
Clerk





# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

February 1, 2005

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ADELINA OROZCO BERUMEN was admitted to the practice of law in this state by the Supreme Court of California on June 6, 1991; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; that the public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Custodian of Membership Records