UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>California, State of *et al* v. Abbott Laboratories *et al*<br>CASE #: 1:03-cv-11226-PBS | |

## NOTICE OF APPEARANCE FOR PLAINTIFF STATE OF CALIFORNIA, ADMISSION PRO HAC VICE

The following submissions for Admission Pro Hac Vice are being made pursuant to the Case Management Order No. 1 signed by the Honorable Patti B. Saris, referencing the above case, Page 8, Section V. Admission of Attorneys, paragraph 16:

> "Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee."

Attached find Certificates of Good Standing from the United States District Court, Southern District of California and from the California State Bar for the following California Deputy Attorney General:

> NICHOLAS NEWLIN PAUL
> Deputy Attorney General
> California Bureau of Medi-Cal Fraud and Elder Abuse
> 1455 Frazee Road, Ste. 315
> San Diego, CA 92108
> Tel.: (619) 688-6099
> Fax: (619) 688-4200

1

A check in the amount of $50.00 is being forwarded for the admission *pro hac vice*.

Dated: March 9, 2005.          Respectfully submitted,

BILL LOCKYER
Attorney General for the State of California

By: _____/s/_____
NICHOLAS NEWLIN PAUL
Deputy Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
1455 Frazee Rd., Ste. 315
San Diego, CA 92108
Tel.: (619) 688-6099
Fax: (619) 688-4200

Attorneys for the Plaintiff, State of California

## CERTIFICATE OF SERVICE

I hereby certify that I, Timothy C. Foote, Deputy Attorney General, Bureau of Medi-Cal Fraud and Elder Abuse, for the State of California, caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE FOR PLAINTIFF STATE OF CALIFORNIA, ADMISSION PRO HAC VICE, NICHOLAS NEWLIN PAUL**, to be served electronically via Verilaw on counsel of record on the Master Service List, pursuant to Case Management Order No. 2, this 9th day of March 2005.

*[signature]*
TIMOTHY C. FOOTE

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA          } ss.

    I, W. Samuel Hamrick, Jr., Clerk of the United States District Court for the Southern District of California,

    DO HEREBY CERTIFY That Nicholas Newlin Paul was duly admitted to practice in said Court on December 4, 1997, and is in good standing as a member of the bar of said Court

Dated at San Diego, CA

on February 3, 2005

                            W. SAMUEL HAMRICK, JR.
                                       Clerk

By _____[signature: JB Fachler]_____,
                            Deputy Clerk



# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

February 1, 2005

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, NICHOLAS NEWLIN PAUL was admitted to the practice of law in this state by the Supreme Court of California on December 4, 1997; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Custodian of Membership Records