

**HAGENS BERMAN
SOBOL SHAPIRO LLP**

STEVE W. BERMAN
(206) 224-9320
steve@hbsslaw.com

March 10, 2005

***Via Hand Delivery***

Clerk's Office
United District Court
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210

      Re:   *In Re: Pharmaceutical Industry Average Wholesale Price Litigation*,
               MDL No. 1456

Dear Sir/Madam:

     Enclosed for filing in the above-captioned matter please find the following documents:

1. Class Plaintiffs' Memorandum in Support of Motion to Strike Sur-Reply of Steven J. Young; and

2. Rebuttal Declaration of Raymond S. Hartman in Response to the Sur-Reply Declaration of Steven J. Young;

     Please acknowledge this filing by date-stamping the enclosed copy of this letter and returning it to the waiting messenger. Thank you.

Sincerely,

Steve W. Berman

SWB:clf

Enclosures
cc:    All Counsel (via verilaw)

ATTORNEYS AT LAW    SEATTLE   LOS ANGELES   CAMBRIDGE   PHOENIX   CHICAGO
617.482.3700   617.482.3003
www.hbsslaw.com