# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 146 <br><br> CIVIL ACTION: 01-CV-12257 PBS |
| ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS ) ) ) | Chief Magistrate Judge Marianne B. Bowler |

## CLASS PLAINTIFFS' MOTION TO STRIKE
## SUR-REPLY DECLARATION OF STEVEN J. YOUNG

Pursuant to Fed. R. Civ. P. 26(a)(2)(B), Fed. R. Evid. 702, Fed. R. Civ. P. 23 and case law, the class plaintiffs move this Court for an order striking the Sur-Reply Declaration of Steven J. Young filed by the Track 1 defendants in connection with the pending Motion for Class Certification.

As demonstrated in plaintiffs' motion to strike Young's first declaration, Young at his deposition admitted that he lacks the knowledge, skill, expertise, training, and education to testify regarding matters of applied economics and methodological approaches to the determination of class-wide impact and/or damages to the proposed class.  Moreover, he conceded that he had no actual experience with pharmaceutical reimbursement, and to the extent that he had other experience that might serve as the basis for his testimony or expertise, he generally refused to testify about it.

This present motion incorporates these prior defects, but is based on much more.  Most if not all of Young's new opinions in his sur-reply are (i) not supported by the record, (ii) are based on sweeping generalizations that do not satisfy Rule 702, and (iii) in far too many instances, it outright ignores evidence available to Young that renders his opinions unreliable.  And perhaps most disturbingly, as he has done in all of his prior submissions, but has done so to an unprecedented extent here, Young has provided a completely unreliable and misleading presentation of evidence in order to justify his conclusions.  His declaration is therefore so flawed it is unreliable under Fed. R. Evid. 702.

Finally, Young's sur-reply and attachment contains 98 pages of text almost all of it directed at a subject he only briefly touched on in his original declaration, reimbursement for physician-administered drugs.  His sur-reply is in effect a dumping of a complete set of new material to re-do what he failed to accomplish the first time.  Sur-replies are not to re-do failures, and this new material vastly exceeds the scope of his original opinions and should be stricken for this reason as well.

In further support of this motion, the class plaintiffs submit:  (i) Class Plaintiffs' Memorandum in Support of Motion to Strike Declaration of Steven J. Young; and (ii) Rebuttal

Declaration of Dr. Raymond S. Hartman In Response to Sur-Reply Declaration of Steven J. Young.

## RULE 7.1(A)(2) CERTIFICATION

Pursuant to L.R. D. Mass. 7.1(A)(2), the undersigned counsel hereby certifies that the MDL plaintiffs' class counsel have conferred with counsel for defendants in connection with this motion and have attempted in good faith to resolve or narrow the issues involved.

DATED:  March 10, 2005                         By      /s/ Steve W. Berman
                                                  Thomas M. Sobol (BBO#471770)
                                                  Edward Notargiacomo (BBO#567636)
                                                  David Nalven (BBO#547220)
                                                  Hugh McNeely
                                               Hagens Berman Sobol Shapiro LLP
                                               One Main Street, 4th Floor
                                               Cambridge, MA  02142
                                               Telephone: (617) 482-3700
                                               Facsimile: (617) 482-3003
                                               **LIAISON COUNSEL**

                                               Steve W. Berman
                                               Sean R. Matt
                                               Hagens Berman Sobol Shapiro LLP
                                               1301 Fifth Avenue, Suite 2900
                                               Seattle, WA  98101
                                               Telephone: (206) 623-7292
                                               Facsimile: (206) 623-0594

                                               Elizabeth Fegan
                                               Hagens Berman Sobol Shapiro LLP
                                               60 W. Randolph Street, Suite 200
                                               Chicago, IL  60601
                                               Telephone: (312) 762-9235
                                               Facsimile: (312) 762-9286

                                               Eugene A. Spector
                                               Jeffrey Kodroff
                                               Spector, Roseman & Kodroff, P.C.
                                               1818 Market Street, Suite 2500
                                               Philadelphia, PA  19103
                                               Telephone: (215) 496-0300
                                               Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer F. Connolly
The Wexler Firm, LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Samuel D. Heins
Alan I. Gilbert
Susan E. MacMenamin
Heins, Mills & Olson, P.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
**CO-LEAD COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **CLASS PLAINTIFFS' MOTION TO STRIKE SUR-REPLY DECLARATION OF STEVEN J. YOUNG** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on March 10, 2005, a copy to Verilaw Technologies for Posting and notification to all parties

By    **/s/ Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292