## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs, by their attorneys, respectfully move this Court for leave to file Exhibit A to their Reply in Support of Plaintiffs' Motion to Compel and for Finding that Documents and Testimony Related to Astrazeneca's Pricing, Marketing and Sales of its Products are not Protected by the Attorney-Client Privilege and Opposition to Astrazeneca's Cross-Motion for a Protective Order ("Exhibit A"), under seal.

1.  Pursuant to Paragraph 14 of the Protective Order (Dec. 13, 2002), the parties may designate deposition testimony as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL." Within thirty (30) days of receipt of the transcript, the deponent and/or his or her counsel may redesignate or remove such designation from the transcript.

2.  Plaintiffs' Reply cites to and quotes the deposition transcript of Nicholas Harsh.

3.  Because of AstraZeneca's counsel's designation of the Harsh transcript as HIGHLY CONFIDENTIAL, plaintiffs respectfully request leave to file their Exhibit A under seal (and have done so contemporaneously with the filing of this motion).

WHEREFORE plaintiffs respectfully request that this Court grant them leave to file Exhibit A to their Reply in Support of Plaintiffs' Motion to Compel and for Finding that

Documents and Testimony Related to AstraZeneca's Pricing, Marketing and Sales of its Products are not Protected by the Attorney-Client Privilege and Opposition to AstraZeneca's Cross-Motion for a Protective Order under seal, and all other relief that this Court deems just and proper.

Dated: March 10, 2005

Respectfully submitted,

By: _____
Thomas M. Sobol
Edward Notargiacomo
**HAGENS BERMAN LLP**
One Main Street, 4th Floor
Cambridge, MA 02142

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
**HAGENS BERMAN LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Samuel Heins
Brian Williams
**HEINS MILLS & OLSON, PC**
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Jeff Kodroff
John Macoretta
**SPECTOR, ROSEMAN & KODROFF, PC**
Market Street, Suite 2500
Philadelphia, PA 19103

**CHAIRS OF LEAD
COUNSEL COMMITTEE**

Kenneth A. Wexler
Jennifer Fountain Connolly
**THE WEXLER FIRM LLP**
One North LaSalle, Suite 2000
Chicago, Illinois 60602

Marc H. Edelson
Allan Hoffman
**HOFFMAN & EDELSON**
45 West Court Street
Doylestown, PA 18901

## CERTIFICATE OF SERVICE BY VERILAW

Docket No. MDL 1456

I, Jennifer Fountain Connolly, hereby certify that I am one of plaintiffs' attorneys and that, on March 10, 2005, I caused copies of Plaintiffs' Motion for Leave to File Under Seal to be served on all counsel of record by causing same to be posted electronically via Verilaw.

Jennifer Fountain Connolly

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION:<br><br>Judge Patti B. Saris<br><br>Chief Mag. Judge Marianne B. Bowler |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Having considered Plaintiffs' Motion for Leave to File Under Seal, it is hereby ORDERED:

1. Plaintiffs may file Exhibit A to their Reply in Support of Plaintiffs' Motion to Compel and for Finding that Documents and Testimony Related to AstraZeneca's Pricing, Marketing and Sales of its Products Are Not Protected by the Attorney-Client Privilege and Opposition to AstraZeneca's Cross-Motion for a Protective Order, under seal.

DATED: _____        _____
                                                                    Hon. Marianne B. Bowler
                                                                    United States Magistrate Judge