```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE        ) | CIVIL ACTION NO. |
| LITIGATION                     ) | 01-12257-PBS |

## CASE MANAGEMENT ORDER NO. 13

March 10, 2005

Saris, U.S.D.J.

After review of the submissions, I order the following revised schedule for track one defendants:

1. Regardless of the status of the motion for class certification:

   | | |
   |---|---|
   | August 31, 2005 | - Close of Fact Discovery |
   | October 1, 2005 | - Plaintiffs file their expert reports on liability |
   | November 15, 2005 | - Defendants file expert reports on liability |
   | January 15, 2006 | - Completion of expert depositions |

2. If this Court's order on class certification is unappealed, the parties shall propose a schedule for summary judgment briefing within 15 days of the Court's order.

3. If this Court's order on class certification is appealed:

   | | |
   |---|---|
   | 30 days after the Court of Appeals' decision on appeal from class certification ("Appeals Decision") | - Defendants' motion for summary judgment |
   | 60 days after the Appeals Decision | - Plaintiffs' opposition |

```
75 days after the Appeals            - The Reply
 Decision

90 days after the Appeals            - The Surreply
 Decision
```

                                              **S/PATTI B. SARIS**
                                              United States District Judge