UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION | CIVIL ACTION NO.<br>01-12257-PBS<br>MDL NO. 1456 |
| THIS DOCUMENT RELATES TO<br>ALL ACTIONS | |

## NOTICE OF CASE MANAGEMENT CONFERENCE

SARIS, U.S.D.J.                                                                                           March 14, 2005

      TAKE NOTICE that the above-entitled case has been set for a Case Management Conference re: New York County/City Cases, Montana and Nevada on **April 8, 2005, at 2:15 p.m.,** in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

      /s/ Robert C. Alba
      Deputy Clerk

Copies to:  All Counsel