# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | MDL NO. 1456 |
| **THIS DOCUMENT RELATES TO:** | Master File No.: 01-12257-PBS<br>Judge Patti B. Saris |
| **THE CITY OF NEW YORK,**<br>　　　　　　　　Plaintiff,<br>v.<br>**ABBOTT LABORATORIES, INC.,** *et al.*,<br>　　　　　　　　Defendants. | S.D.N.Y. Case No. 04-cv-06054 |
| **COUNTY OF ROCKLAND,**<br>　　　　　　　　Plaintiff,<br>v.<br>**ABBOTT LABORATORIES, INC.,** *et al.*,<br>　　　　　　　　Defendants. | S.D.N.Y. Case No. 03-cv-7055 |
| **COUNTY OF WESTCHESTER,**<br>　　　　　　　　Plaintiff,<br>v.<br>**ABBOTT LABORATORIES, INC.,** *et al.*,<br>　　　　　　　　Defendants. | S.D.N.Y. Case No. 03-cv-6178 |

### ETHEX CORPORATION'S MOTION FOR ADMISSION OF ATTORNEYS PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned, a member in good standing of this Court, respectfully prays for the admission *pro hac vice* of Attorneys Robert S. Litt, Justin S. Antonipillai, Steven S. Diamond and Michael J. Rinaldi, all of the law firm of Arnold & Porter LLP, to act as counsel for Defendant ETHEX Corporation.  Attorneys Litt, Antonipillai, Diamond and Rinaldi have executed Certificates in accordance with Local Rule 83.5.3, which are submitted herewith.  The necessary fees will be submitted under separate cover.

Respectfully submitted,

ETHEX CORPORATION

By its attorneys,

/s/ Scott A. Birnbaum
Scott A. Birnbaum (BBO # 543834)
Robert N. Feldman (BBO # 630734)
Melissa M. Longo (BBO # 647649)
BIRNBAUM & GODKIN, LLP
268 Summer Street
Boston, MA 02210-1108
(617) 542-3100

Dated:  March 21, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered to all counsel of record on March 21, 2005, by electronic service pursuant to the Court's Case Management Order No. 2.

/s/ Scott A. Birnbaum
Scott A. Birnbaum