UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>THE CITY OF NEW YORK,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, INC., et al.,<br><br>Defendants. | MDL NO. 1456<br><br>Master File No.: 01-12257-PBS<br>Judge Patti B. Saris<br>Civil Action No. 04-CV-12264<br><br>No. 1:04-cv-06054-BSJ-KNF |

## NOTICE OF APPEARANCE FOR DEFENDANT ETHEX CORP., ADMISSION *PRO HAC VICE*

The following submission for admission *pro hac vice* is made pursuant to Case Management Order No. 1, section V., paragraph 16.

Attached is an Affidavit of Good Standing in support of application for admission *pro hac vice* of Robert S. Litt as counsel for ETHEX Corp. in this action.

Dated: January 7, 2005
Washington, D.C.

Respectfully submitted,

/s/ Robert S. Litt
ROBERT S. LITT

ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202) 942-5000 (telephone)
(202) 942-5999 (facsimile)

*Attorneys for defendant ETHEX Corp.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>THE CITY OF NEW YORK,<br>                      Plaintiff,<br>v.<br>ABBOTT LABORATORIES, INC., et al.,<br>                      Defendants. | MDL NO. 1456<br><br>Master File No.: 01-12257-PBS<br>Judge Patti B. Saris<br>Civil Action No. 04-cv-12264<br><br>No. 1:04-cv-06054-BSJ-KNF |

## AFFIDAVIT OF GOOD STANDING OF ROBERT S. LITT IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, Robert S. Litt, hereby certify pursuant to Case Management Order No. 1, entered in the above captioned action that:

1. I am a partner with the firm of Arnold & Porter LLP, attorneys for ETHEX Corp. in the above captioned action.

2. I am a member in good standing of the bar of the United States District Court for the District of Columbia.

3. I have never been the subject of a professional disciplinary proceeding.

                                                                                 Robert S. Litt

Dated: January 7, 2005

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
333 Constitution Avenue, NW
Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

ROBERT S. LITT

was, on the 2nd day of July A.D. 1984 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 6th day of January, A.D. 2005.

NANCY M. MAYER-WHITTINGTON, CLERK

By: _____
Deputy Clerk

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was delivered on March 21, 2005, to all counsel of record by electronic service pursuant to the Court's Case Management Order No. 2.

/s/ Scott A. Birnbaum
Scott A. Birnbaum