# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | **MDL NO. 1456** |
| **THIS DOCUMENT RELATES TO:** | **Master File No.: 01-12257-PBS**<br>**Judge Patti B. Saris** |
| **THE CITY OF NEW YORK,**<br>　　　　　　　Plaintiff,<br>v.<br>**ABBOTT LABORATORIES, INC.,** *et al.*,<br>　　　　　　　Defendants. | **S.D.N.Y. Case No. 04-cv-06054** |
| **COUNTY OF ROCKLAND,**<br>　　　　　　　Plaintiff,<br>v.<br>**ABBOTT LABORATORIES, INC.,** *et al.*,<br>　　　　　　　Defendants. | **S.D.N.Y. Case No. 03-cv-7055** |
| **COUNTY OF WESTCHESTER,**<br>　　　　　　　Plaintiff,<br>v.<br>**ABBOTT LABORATORIES, INC.,** *et al.*,<br>　　　　　　　Defendants. | **S.D.N.Y. Case No. 03-cv-6178** |

**NOTICE OF APPEARANCE FOR DEFENDANT
ETHEX CORP., ADMISSION *PRO HAC VICE***

The following submission for admission *pro hac vice* is made pursuant to Case Management Order No. 1, section V., paragraph 16.

Attached is an Affidavit of Good Standing in support of application for admission *pro hac vice* of Steven S. Diamond as counsel for ETHEX Corp. in this action.

Dated: March 17, 2005  
Washington, D.C.

Respectfully submitted,

/s/Steven S. Diamond  
STEVEN S. DIAMOND

ARNOLD & PORTER LLP  
555 12th Street, N.W.  
Washington, D.C. 20004  
(202) 942-5000 (telephone)  
(202) 942-5999 (facsimile)

*Attorneys for defendant ETHEX Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered on March 21, 2005 to all counsel of record by electronic service pursuant to the Court's Case Management Order No. 2.

/s/ Scott A. Birnbaum  
Scott A. Birnbaum