## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | **MDL NO. 1456** |
| **THIS DOCUMENT RELATES TO:** | **Master File No.: 01-12257-PBS** <br> **Judge Patti B. Saris** |
| **THE CITY OF NEW YORK,** <br><br> Plaintiff, <br><br> v. <br><br> **ABBOTT LABORATORIES, INC.,** *et al.*, <br><br> Defendants. | **S.D.N.Y. Case No. 04-cv-06054** |
| **COUNTY OF ROCKLAND,** <br><br> Plaintiff, <br><br> v. <br><br> **ABBOTT LABORATORIES, INC.,** *et al.*, <br><br> Defendants. | **S.D.N.Y. Case No. 03-cv-7055** |
| **COUNTY OF WESTCHESTER,** <br><br> Plaintiff, <br><br> v. <br><br> **ABBOTT LABORATORIES, INC.,** *et al.*, <br><br> Defendants. | **S.D.N.Y. Case No. 03-cv-6178** |

**AFFIDAVIT OF GOOD STANDING OF
STEVEN S. DIAMOND IN SUPPORT OF ADMISSION *PRO HAC VICE***

2

I, Steven S. Diamond, hereby certify pursuant to Case Management Order No. 1, entered in the above captioned action that:

1. I am a partner with the firm of Arnold & Porter LLP, attorneys for ETHEX Corp. in the above captioned action.

2. I am a member in good standing of the bar of the United States District Court for the District of Columbia.

3. I have never been the subject of a professional disciplinary proceeding.

/s/ Steven S. Diamond
Steven S. Diamond

Dated: March 17, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered on March 21, 2005 to all counsel of record by electronic service pursuant to the Court's Case Management Order No. 2.

/s/ Scott A. Birnbaum
Scott A. Birnbaum