**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | **MDL NO. 1456** |
| **THIS DOCUMENT RELATES TO:** | **Master File No.: 01-12257-PBS** <br> **Judge Patti B. Saris** |
| **THE CITY OF NEW YORK,** | |
| Plaintiff, | **S.D.N.Y. Case No. 04-cv-06054** |
| v. | |
| **ABBOTT LABORATORIES, INC.,** *et al.*, | |
| Defendants. | |
| **COUNTY OF ROCKLAND,** | |
| Plaintiff, | **S.D.N.Y. Case No. 03-cv-7055** |
| v. | |
| **ABBOTT LABORATORIES, INC.,** *et al.*, | |
| Defendants. | |
| **COUNTY OF WESTCHESTER,** | |
| Plaintiff, | **S.D.N.Y. Case No. 03-cv-6178** |
| v. | |
| **ABBOTT LABORATORIES, INC.,** *et al.*, | |
| Defendants. | |

**NOTICE OF APPEARANCE**

To the Clerk of the Above-Named Court:

Please take notice of the appearance of Scott A. Birnbaum, Robert N. Feldman,

and Melissa M. Longo of the firm Birnbaum & Godkin, LLP. as local counsel for

Defendant Ethex Corporation.

Respectfully submitted,

ETHEX CORPORATION

By its attorneys,

/s/ Scott A. Birnbaum
Scott A. Birnbaum (BBO # 543834)
Robert N. Feldman (BBO # 630734)
Melissa M. Longo (BBO # 647649)
BIRNBAUM & GODKIN, LLP
268 Summer Street
Boston, MA 02210-1108
(617) 542-3100

Dated:  March 21, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was
delivered on March 21, 2005 to all counsel of record by electronic service pursuant to the
Court's Case Management Order No. 2.

/s/ Scott A. Birnbaum
Scott A. Birnbaum