UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTIAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | MDL NO. 1456 |
| **THIS DOCUMENT RELATES TO:**<br><br>*County of Westchester v. Abbott Laboratories, Inc., et al.*<br>S.D.N.Y. Case No. CV-03-6178<br><br>*County of Rockland v. Abbott Laboratories, Inc., et al.*<br>S.D.N.Y. Case No. CV-03-7055<br><br>*The City of New York v. Abbott Laboratories, Inc., et al.*<br>S.D.N.Y. Case No. CV-04-06054 | Civil Action No.<br>01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Gary R. Greenberg, Esq., of the law firm of

Greenberg Traurig, LLP, as counsel for the Defendants, King Pharmaceuticals, Inc. and

Monarch Pharmaceuticals, Inc.

                                                          KING PHARMACEUTICALS, INC.
                                                          MONARCH PHARMACEUTICALS, INC.

                                                          By their attorneys,

                                                          /s/ Gary R. Greenberg_____
                                                          Gary R. Greenberg (BBO #209420)
                                                          Greenberg Traurig, LLP
                                                          One International Place
                                                          Boston, MA  02110
                                                          (617) 310-6000
DATED:  March 21, 2005                   (617) 310-6001 (fax)

**CERTIFICATE OF SERVICE**

      I certify that on March 21, 2005 , a true and correct copy of the foregoing Notice of Appearance was served on all Counsel of Record by electronic service pursuant to Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification.

                                             /s/ Gary R. Greenberg
                                             Gary R. Greenberg