UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTIAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | MDL NO. 1456 |
| **THIS DOCUMENT RELATES TO:** *County of Westchester v. Abbott Laboratories, Inc., et al.* S.D.N.Y. Case No. CV-03-6178  *County of Rockland v. Abbott Laboratories, Inc., et al.* S.D.N.Y. Case No. CV-03-7055  *The City of New York v. Abbott Laboratories, Inc., et al.* S.D.N.Y. Case No. CV-04-06054 | Civil Action No. 01-CV-12257-PBS  Judge Patti B. Saris |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Louis J. Scerra, Jr., of the law firm of Greenberg Traurig, LLP, as counsel for the Defendants, King Pharmaceuticals, Inc. and Monarch Pharmaceuticals, Inc.

                    KING PHARMACEUTICALS, INC.
                    MONARCH PHARMACEUTICALS, INC.

                    By their attorneys,

                    /s/ Louis J. Scerra, Jr.
                    Louis J. Scerra, Jr. (BBO #543600)
                    Greenberg Traurig, LLP
                    One International Place
                    Boston, MA  02110
                    (617) 310-6000
DATED:  March 21, 2005       (617) 310-6001 (fax)

**CERTIFICATE OF SERVICE**

      I certify that on March 21, 2005 , a true and correct copy of the foregoing Notice of Appearance was served on all Counsel of Record by electronic service pursuant to Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification.

      /s/ Louis J. Scerra, Jr.
      Louis J. Scerra, Jr.