## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ALL ACTIONS ) <br> ) <br> ) <br> ) | MDL No. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

### B. BRAUN MEDICAL INC.'S MOTION TO DISMISS THE SECOND AMENDED MASTER CONSOLIDATED CLASS ACTION COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), B. Braun Medical Inc. ("B. Braun Medical") moves to dismiss the claims brought against it in the Second Amended Master Consolidated Class Action Complaint. The grounds for this motion are set forth in detail in the accompanying Memorandum, which is filed simultaneously herewith.

Pursuant to Local Rule 7.1(a)(2), counsel for B. Braun Medical hereby certifies that they have conferred with counsel for plaintiffs and have attempted in good faith to resolve the issues raised by B. Braun Medical's Motion to Dismiss. Counsel for plaintiffs have not consented to this motion.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), B. Braun Medical hereby requests oral argument.

Dated: March 21, 2005                    Respectfully submitted,

                                         _____
                                         Daniel F. Attridge, P.C.
                                         Colin R. Kass
                                         KIRKLAND & ELLIS LLP
                                         655 Fifteenth Street, N.W., Suite 1200
                                         Washington, D.C. 20005
                                         Telephone:  (202) 879-5000
                                         Facsimile:  (202) 879-5200

                                         *Counsel for B. Braun Medical Inc.*