UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ALL ACTIONS ) <br> ) <br> ) <br> _____ ) | MDL No. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

### [PROPOSED] ORDER GRANTING B. BRAUN MEDICAL INC.'S MOTION TO DISMISS THE SECOND AMENDED MASTER CONSOLIDATED CLASS ACTION COMPLAINT

THIS MATTER is before the Court on B. Braun Medical Inc.'s motion to dismiss, pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(6), the claims brought against it in the Second Amended Master Consolidated Class Action Complaint. The Court, having considered all submissions in support and in opposition thereto, hereby orders as follows:

B. Braun Medical Inc.'s Motion to Dismiss the Second Amended Master Consolidated Class Action Complaint is GRANTED.

IT IS SO ORDERED.


Dated: _____

_____
Hon. Patti B. Saris
United States District Court Judge