UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTIAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | MDL NO. 1456 |
| **THIS DOCUMENT RELATES TO:** *County of Westchester v. Abbott Laboratories, Inc., et al.* S.D.N.Y. Case No. CV-03-6178  *County of Rockland v. Abbott Laboratories, Inc.*, *et al.* S.D.N.Y. Case No. CV-03-7055  *The City of New York v. Abbott Laboratories, Inc.*, *et al.* S.D.N.Y. Case No. CV-04-06054 | Civil Action No. 01-CV-12257-PBS  Judge Patti B. Saris |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Gary R. Greenberg, of the law firm of Greenberg Traurig, LLP, as counsel for the Defendants, Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc. and UDL Laboratories, Inc.

                              MYLAN LABORATORIES, INC.
                              MYLAN PHARMACEUTICALS, INC.
                              UDL LABORATORIES, INC.

                              By their attorneys,

                              /s/ Gary R. Greenberg_____
                              Gary R. Greenberg (BBO #209420)
                              Greenberg Traurig, LLP
                              One International Place
                              Boston, MA  02110
                              (617) 310-6000
DATED:  March 22, 2005             (617) 310-6001 (fax)

## **CERTIFICATE OF SERVICE**

      I certify that on March 22, 2005 , a true and correct copy of the foregoing Notice of Appearance was served on all Counsel of Record by electronic service pursuant to Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification.

                                                       /s/ Gary R. Greenberg  
                                                       Gary R. Greenberg