UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTIAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | MDL NO. 1456 |
| **THIS DOCUMENT RELATES TO:**<br><br>*County of Nassau  v. Abbott Laboratories, Inc., et a.l* <br>E.D.N.Y. Case No. CV-04-5126 | Civil Action No.<br>01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Gary R. Greenberg, of the law firm of Greenberg Traurig, LLP, as counsel for the Defendant, Mylan Laboratories, Inc.

        MYLAN LABORATORIES, INC.

        By their attorneys,

        /s/ Gary R. Greenberg
        Gary R. Greenberg  (BBO #209420)
        Greenberg Traurig, LLP
        One International Place
        Boston, MA  02110
        (617) 310-6000
DATED:  March 22, 2005        (617) 310-6001 (fax)

## **CERTIFICATE OF SERVICE**

      I certify that on March 22, 2005 , a true and correct copy of the foregoing Notice of Appearance was served on all Counsel of Record by electronic service pursuant to Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification.

      /s/ Gary R. Greenberg
      Gary R. Greenberg