# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | **MDL NO. 1456** |
| **THIS DOCUMENT RELATES TO:** | **Master File No.: 01-12257-PBS** <br> **Judge Patti B. Saris** |
| **THE CITY OF NEW YORK,** <br><br>                  Plaintiff, <br><br> v. <br><br> **ABBOTT LABORATORIES, INC.,** *et al.*, <br><br>                  Defendants. | **S.D.N.Y. Case No. 04-cv-06054** |
| **COUNTY OF ROCKLAND,** <br><br>                  Plaintiff, <br><br> v. <br><br> **ABBOTT LABORATORIES, INC.,** *et al.*, <br><br>                  Defendants. | **S.D.N.Y. Case No. 03-cv-7055** |
| **COUNTY OF WESTCHESTER,** <br><br>                  Plaintiff, <br><br> v. <br><br> **ABBOTT LABORATORIES, INC.,** *et al.*, <br><br>                  Defendants. | **S.D.N.Y. Case No. 03-cv-6178** |

## **NOTICE OF APPEARANCE**

To the Clerk of the Above-Named Court:

      Please take notice of the appearance of Melissa M. Longo of the firm Birnbaum & Godkin, LLP, as local counsel for Defendant Ethex Corporation.

                                          Respectfully submitted,

                                          ETHEX CORPORATION

                                          By its attorneys,

                                          /s/ Melissa M. Longo
                                          Scott A. Birnbaum (BBO # 543834)
                                          Robert N. Feldman (BBO # 630734)
                                          Melissa M. Longo (BBO # 647649)
                                          BIRNBAUM & GODKIN, LLP
                                          268 Summer Street
                                          Boston, MA 02210-1108
                                          (617) 542-3100

Dated: March 22, 2005

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was delivered on March 22, 2005 to all counsel of record by electronic service pursuant to the Court's Case Management Order No. 2.

                                          /s/ Scott A. Birnbaum
                                          Scott A. Birnbaum