UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                      )
IN RE PHARMACEUTICAL INDUSTRY  )
AVERAGE WHOLESALE PRICE             )   MDL NO. 1456
LITIGATION                                         )   Civil Action No. 01-12257-PBS
_____)
                                                      )   Hon. Patti B. Saris
THIS DOCUMENT RELATES TO         )
01-CV-12257-PBS AND 01-CV-339       )
_____)

**TRACK 1 DEFENDANTS' EMERGENCY MOTION TO EXTEND THE DEADLINE FOR SUBMITTING OPPOSITIONS TO PLAINTIFFS' MOTIONS (1) TO STRIKE THE SUR-REPLY DECLARATION OF STEVEN J. YOUNG AND (2) FOR SANCTIONS**

For the reasons set forth in their accompanying Memorandum in Support, the Track 1 defendants (hereinafter "defendants")[1] respectfully move the Court for an order extending the deadlines for responding to plaintiffs' motions (i) to strike the sur-reply declaration of Steven Young and (ii) for sanctions until Thursday, April 7, 2005.

Defendants' responses to the motions to strike and for sanctions are due on the Thursday before Easter (March 24) and the Monday after Easter (March 28), respectively. The sheer size of plaintiffs' submissions, coupled with their service during the Spring and Easter vacation season and the holiday travel of Mr. Young and defense counsel warrant the minor relief requested. Moreover, plaintiffs cannot justifiably claim prejudice from such a short extension since they themselves took more than a month and a half from the filing of Mr. Young's sur-reply declaration to make their motions.

---

[1] The Track 1 defendants are AstraZeneca Pharmaceuticals LP, the BMS Group, SmithKline Beecham Corporation d/b/a GlaxoSmithKline, the Johnson & Johnson Group and the Schering-Plough Group.

Because Plaintiffs have refused to consent to an extension and the response deadlines and Easter weekend are fast approaching, defendants have filed this motion as an "emergency motion," and respectfully request that the Court expedite its ruling thereon.

## Certification Pursuant to Local Rule 7.1

Pursuant to Local Rule 7.1(a), the undersigned counsel certify that counsel for GSK contacted counsel for plaintiffs regarding the issues addressed in this motion, but were unable to resolve the issues.

Respectfully submitted,

THE TRACK 1 DEFENDANTS

By: /s/ Seth B. Kosto
Geoffrey E. Hobart
Seth Kosto
Holland & Knight LLP
10 St. James Ave.
Boston, MA  02116

Mark H. Lynch
Ronald G. Dove, Jr.
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-7566

Frederick G. Herold
Dechert LLP
975 Page Mill Road
Palo Alto, CA  94304-1013

*Attorneys for SmithKlineBeecham Corp. d/b/a GlaxoSmithKline*

Nicholas C. Theodorou (BBO #496730)
Lucy Fowler (BBO #647929)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA  02110

D. Scott Wise

Michael Flynn
Kimberley Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

*Attorneys for AstraZeneca Pharmaceuticals LP*

Steven M. Edwards
Lyndon M. Tretter
Hogan & Hartson, LLP
875 Third Avenue, Suite 2600
New York, NY 10022

*Attorneys for the Bristol-Myers Squibb Co., Oncology Therapeutics Network Corp., Apothecon, Inc.*

William F. Cavanaugh, Jr.
Andrew D. Schau
Erik Haas
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036 6710

*Attorneys for the Johnson and Johnson Group*

John T. Montgomery
Steven Kaufman
Ropes & Gray LLP
One International Place
Boston, MA 02110

*Attorneys for Schering-Plough Corp. and Warrick Pharmaceuticals Corp.*

Dated:   March 22, 2005

- 4 -

## Certificate of Service

I hereby certify that on March 22, 2005, I caused a true and correct copy of Track 1 Defendants' Emergency Motion To Extend The Deadline For Submitting Oppositions To Plaintiffs' Motions (1) To Strike The Sur-Reply Declaration Of Steven J. Young and (2) For Sanctions, to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 by posting on Verilaw.

/s/_Seth B. Kosto_____
Seth Kosto

# 2711092_v1