UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE:  PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES ) <br> TO ALL ACTIONS ) <br> ) | MDL NO. 1456 <br><br> CIVIL ACTION:  1:01-CV-12257-PBS |

## NOTICE OF CHANGE OF ADDRESS

Joseph F. Savage, Jr., Matthew A. Wolfman, Anita B. Bapooji and Monica M. Franceschini, attorneys for defendant TAP Pharmaceutical Products Inc. in the above-captioned matter, hereby give notice of their new contact information:

Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA  02109
Tel: (617) 570-1000
Fax: (617) 523-1231

Dated:  March 22, 2005

Respectfully submitted,

/s/ Anita B. Bapooji
Joseph F. Savage, Jr. (BBO# 443030)
Anita B. Bapooji (BBO# 644657)
GOODWIN PROCTER, LLP
Exchange Place
53 State Street
Boston, MA  02109
617.570.1000
617.523.1231 (fax)

LIBA:1515906.1