UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br>  ) <br>  ) <br> THIS DOCUMENT RELATES TO ALL ) <br> CLASS ACTIONS ) <br>  ) | MDL NO. 1456 <br> CIVIL ACTION NO. <br> 01-12257-PBS |

**<u>ORDER</u>**

Saris, U.S.D.J.

    I strike the Rebuttal Declaration of Raymond S. Hartman in response to the Sur-Reply Declaration of Steven J. Young.  There shall be no more filings in this matter.

                                            **<u>S/PATTI B. SARIS</u>**
                                              United States District Judge