# KIRBY McINERNEY & SQUIRE, LLP

TELEPHONE (212) 371-6600
(212) 317-2300
FACSIMILE (212) 751-2540

*830 Third Avenue*
*New York City 10022*

IRVING MALCHMAN, OF COUNSEL

March 29, 2005

Sarah A. Thornton
Clerk of the Court
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
Suite 2300
1 Courthouse Way
Boston, MA 02210

**Re:   In re Pharmaceutical Industry Average Wholesale Price Litigation MDL No. 1456**
**This document relates to:** *County of Suffolk v. Abbott Laboratories Inc., et al.;*
**Case No. 2:03cv229**

Dear Ms. Thornton:

Enclosed please find a check in the amount of $50 on behalf of Plaintiff County of Suffolk to cover the fees for admission of attorney Michael Coons *Pro Hac Vice*. Also enclosed is a copy of the Motion to Admit Michael Coons *Pro Hac Vice*, which has been filed electronically using ECF. Under paragraph 16 of the Court's Case Management Order No. 1 in this matter, no appearance by Massachusetts counsel is required.

Sincerely,

Aaron D. Hovan

Enclosure

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: *County of Suffolk v. Abbott Laboratories Inc., et al.*, 2:03cv229 | ) CIVIL ACTION ) NO. 01-12257-PBS ) ) ) Judge Patti B. Saris |

## MOTION TO ADMIT MICHAEL COONS *PRO HAC VICE*

Pursuant to Rule 83.5.3(b) of the Local Rules of this Court, Aaron Hovan, a counsel of record for Plaintiff the County of Suffolk hereby moves this Court to permit Michael Coons to appear on its behalf as counsel *pro hac vice* in the above-captioned action.

In support of this motion, undersigned counsel states the following:

1. Mr. Coons is a member in good standing of the bar of the State of New York, the United States District Courts of the Southern District of New York, the Western District of New York and the Northern District of Illinois.

2. Mr. Coons is an associate at the law firm of Kirby McInerney & Squire.

3. There are no disciplinary proceedings pending against Mr. Coons as a member of any bar in any jurisdiction

4. Mr. Coons has indicated in his Certificate attached hereto that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.     Mr. Coons Certificate in Support Of Motion To Permit Counsel To Appear Pro Hac Vice is attached hereto behind Tab A; a Proposed Order is attached behind Tab B.

Respectfully submitted,

KIRBY McINERNEY & SQUIRE, LLP

Dated: 03/29/05        By: _____
Joanne M. Cicala
Aaron D. Hovan
830 Third Avenue
New York, N.Y. 10022
(212) 371-6600

COUNSEL FOR PLAINTIFF THE COUNTY OF SUFFOLK

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: *County of Suffolk v. Abbott Laboratories Inc., et al.*, 2:03cv229 | CIVIL ACTION NO. 01-12257-PBS<br><br>Judge Patti B. Saris |

## PRO HAC VICE DECLARATION OF MICHAEL COONS

1. I am and have been a member in good standing of the bar of the United States District Court for the Northern District of Illinois;

2. I am and have been a member in good standing of the bar of the United States District Court for the Southern District of New York since 2003;

3. I am and have been a member in good standing of the bar of the State of New York since 2002;

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: 03/29/05

_____
Michael Coons
Kirby McInerney & Squire LLP
830 3rd Avenue. 10th Floor
New York, NY 10022
Tel:  212-317-6600
Fax:  212-751-2540

**EXHIBIT B**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL NO. 1456 |
| ) | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: ) *County of Suffolk v. Abbott Laboratories* ) *Inc., et al.*, 2:03cv229 ) ) | NO. 01-12257-PBS Judge Patti B. Saris |

### [PROPOSED] ORDER

COMES NOW, this _____ day of _____, 2005, upon consideration of Motion to Admit Michael Coons Pro Hac Vice, it is hereby ORDERED, ADJURED AND DECLARED that said Motion is granted and that Michael Coons may appear and practice in this court in the above-captioned matter.

_____
United States District Judge