UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE:  PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE LITIGATION ) <br>  ) <br>  ) <br>  ) <br> THIS DOCUMENT RELATES TO: ) <br> ALL CLASS ACTIONS ) <br>  ) | MDL NO. 1456 <br><br> CIVIL ACTION: <br> 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

**DEFENDANT GLAXOSMITHKLINE'S ASSENTED TO MOTION TO
ENLARGE TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL**

Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK") hereby moves, with plaintiffs' assent, to enlarge until April 22, 2005 the time to respond to Plaintiffs' Motion to Compel Defendant GlaxoSmithKline, Inc. to Produce Documents in the Manner Required by Rule 34(b), filed February 3, 2005.

The reason for this request is that the parties continue to work to resolve the outstanding issues raised by the Motion.  Specifically, the documents subject to plaintiffs' motion for which GSK has been unable to provide source information has been reduced at present to approximately 23,000 pages, and GSK continues to review these remaining documents to determine what, if any, additional information it can provide about the source, nature or category of these documents.  The additional time will allow the parties to continue to narrow their differences and may alleviate the need for the Court's intervention.

WHEREFORE, for the foregoing reasons, GSK respectfully requests that this motion be granted.

Respectfully submitted,      Assented to,

By    **/s/ Geoffrey E. Hobart**      By    **/s/ David S. Nalven**

| | |
|---|---|
| Geoffrey E. Hobart (BBO# 547499) | Thomas M. Sobol |
| Mark D. Seltzer | David S. Nalven |
| Matthew J. O'Connor | Edward Notargiacomo |
| Holland & Knight LLP | Hagens Berman Sobol Shapiro LLP |
| 10 St. James Avenue | One Main Street |
| Boston, MA  02116 | Cambridge, MA  02142 |
| Telephone:  (617) 523-2700 | Telephone:  (617) 482-3700 |
| Facsimile:  (617) 523-6850 | Facsimile:  (617) 482-3003 |
| | |
| Frederick G. Herold | Steve W. Berman |
| Dechert LLP | Sean R. Matt |
| 975 Page Mill Road | Hagens Berman Sobol Shapiro LLP |
| Palo Alto, CA  94304 | 1301 Fifth Avenue, Suite 2900 |
| Telephone:  (650) 813-4930 | Seattle, WA  98101 |
| Facsimile:  (650) 813-4848 | Telephone:  (206) 623-7292 |
| | Facsimile:  (206) 623-0594 |
| Thomas H. Lee, II | *LIAISON AND* |
| Dechert LLP | *CO-LEAD COUNSEL* |
| 4000 Bell Atlantic Tower | |
| 1717 Arch Street | |
| Philadelphia, PA  19103-2793 | |
| Telephone:  (215) 994-2994 | |
| Facsimile:  (215) 994-2222 | |
| | |
| Mark H. Lynch | |
| Ethan M. Posner | |
| Covington & Burling | |
| 1201 Pennsylvania Avenue | |
| Washington, DC  20004 | |
| Telephone:  (202) 662-6000 | |
| Facsimile:  (202) 662-6291 | |

*COUNSEL FOR SMITHKLINE BEECHAM CORP., D/B/A GLAXOSMITHKLINE*

Dated:  April 1, 2005

## CERTIFICATE OF SERVICE

I, Geoffrey E. Hobart, hereby certify that I am one of GSK's attorneys and that, on April 1, 2005, I caused copies of Defendant GlaxoSmithKline's Assented-To Motion to Enlarge Time to Respond to Plaintiffs' Motion to Compel to be served via VeriLaw on all counsel of record.

/s/ Geoffrey E. Hobart

Dated: April 1, 2005
# 2740359_v1