UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) THIS DOCUMENT RELATES TO: ) State of California, *ex rel.* Ven-A-Care v. ) Abbott Laboratories, *et al.* ) CASE #: 1:03-cv-11226-PBS ) ) | MDL No. 1456<br>Master File No. 01-12257-PBS<br><br>Judge Patti B. Saris |

## STATE OF CALIFORNIA'S AND RELATOR'S STATUS REPORT APRIL 1, 2005

The undersigned counsel, on behalf of plaintiffs STATE OF CALIFORNIA

("CALIFORNIA") and Relator, VEN-A-CARE OF THE FLORIDA KEYS, INC. ("VEN-A-

CARE" or "RELATOR"), hereby submit the attached Status Report to the Court in accordance

with the Court's June 17, 2004 Procedural Order.

                                          Respectfully submitted,

                                          BILL LOCKYER
                                          Attorney General for the State of California

Dated: April 1, 2005                  By:   _____
                                            BRIAN V. FRANKEL
                                          CA State Bar No.: 116802
                                          Supervising Deputy Attorney General
                                          Bureau of Medi-Cal Fraud & Elder Abuse
                                          OFFICE OF THE ATTORNEY GENERAL
                                          California Department of Justice
                                          1455 Frazee Road, Suite 315
                                          San Diego, California 92108
                                          Tel:  (619) 688-6065
                                          Fax:  (619) 688-4200

                                          **Attorneys for Plaintiff,**
                                          **STATE OF CALIFORNIA**

THE BREEN LAW FIRM, P.A.

Dated: April 1, 2005        By: ____/s/ James J. Breen____
                            JAMES J. BREEN
                            FL Bar No. 297178
                            3562 Old Milton Parkway
                            Alpharetta, Georgia  30005
                            Tel: (770) 740-0008
                            Fax: (770) 740-9109

**Attorneys for Relator,**
**VEN-A-CARE OF THE FLORIDA KEYS, INC.**

## MDL 1456 Status Report
### State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories, *et al.*
### Case No.: 1:03-cv-11226-PBS

**Complaint-in-Intervention:**

Plaintiffs intend to file an amended Complaint-in-Intervention, pursuant to the Federal Rules of Civil Procedure, which will supersede the original Complaint-in-Intervention filed against defendants ABBOTT LABORATORIES, INC., WYETH INC., and WYETH PHARMACEUTICALS, INC. in California State Court on January 7, 2003.

**Anticipated Filings:**

The Attorney General of California will file additional motions, under seal, as are necessary to fully and effectively prosecute this case under the California False Claims Act (Cal. Gov't. Code §§ 12650, *et seq.*). In addition, plaintiffs will request a Status Conference and the entry of a Case Management Order by a motion to be filed soon.

## CERTIFICATE OF SERVICE

I, Brian V. Frankel, hereby certify that on April 1, 2005, I caused a true and correct copy of the foregoing, **STATE OF CALIFORNIA'S AND RELATOR'S STATUS REPORT APRIL 1, 2005,** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to Verilaw Technologies for posting and notification to all parties.

Dated: April 1, 2005

_____
BRIAN V. FRANKEL
Supervising Deputy Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
OFFICE OF THE ATTORNEY GENERAL
California Department of Justice
1455 Frazee Road, Suite 315
San Diego, CA  92108
Tel: (619) 688-6065
Fax: (619) 688-4200