UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | MDL NO. 1456 |
| **THIS DOCUMENT RELATES TO:**<br><br>*County of Westchester v. Abbott Laboratories, Inc., et al.*<br>S.D.N.Y. Case No. CV-03-6178<br><br>*County of Rockland v. Abbott Laboratories, Inc., et al.*<br>S.D.N.Y. Case No. CV-03-7055<br><br>*The City of New York v. Abbott Laboratories, Inc., et al.*<br>S.D.N.Y. Case No. CV-04-06054 | Civil Action No.<br>01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## NOTICE OF APPEARANCE

Kindly enter the appearance of James M. Vant, Esq., of the law firm of Greenberg Traurig, LLP, as counsel for the Defendants, King Pharmaceuticals, Inc. and Monarch Pharmaceuticals, Inc.

KING PHARMACEUTICALS, INC.
MONARCH PHARMACEUTICALS, INC.

By their attorneys,

/s/ James M. Vant
James M. Vant (BBO #653616)
Greenberg Traurig, LLP
One International Place
Boston, MA  02110
(617) 310-6000
DATED:  April 4, 2005                    (617) 310-6001 (fax)

**CERTIFICATE OF SERVICE**

I certify that on April 4, 2005 , a true and correct copy of the foregoing Notice of Appearance was served on all Counsel of Record by electronic service pursuant to Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification.

/s/ James M. Vant
James M. Vant