UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | ) Judge Patti B. Saris ) ) |

**JOINT MOTION TO ENLARGE THE TIME
FOR DEFENDANT GLAXOSMITHKLINE ("GSK")
TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL
GSK TO PRODUCE DEPOSITION WITNESSES FILED MARCH 24, 2005**

Plaintiffs and defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK") hereby move jointly to enlarge the time for GSK to respond to Plaintiffs' Motion to Compel GSK to Produce Deposition Witnesses filed March 24, 2005 until April 22, 2005. Since the date plaintiffs filed their motion, GSK has provided dates for six of the ten requested deponents and in a letter dated April 6, 2005 has agreed to provide dates or contact information for the remaining four witnesses identified in the motion by April 15, 2005. Therefore, additional time may result in the resolution of plaintiffs' motion without the need for intervention of the Court.

WHEREFORE, for the foregoing reasons, the parties respectfully requests that this motion be granted.

Respectfully submitted,

By **/s/ David Nalven**
Thomas M. Sobol
David S. Nalven
Edward Notargiacomo
Hagens Berman Sobol Shapiro LLP
One Main Street
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

By **/s/ Geoffrey E. Hobart**
Geoffrey E. Hobart
Mark D. Seltzer
Matthew J. O'Connor
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

*LIAISON AND CO-LEAD COUNSEL*

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Kenneth A. Wexler & Associates
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Samuel Heins
Brian Williams
Heins, Mills & Olson, P.C.
700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

*CO-LEAD COUNSEL*

Frederick G. Herold
Dechert LLP
975 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 813-4930
Facsimile: (650) 813-4848

Thomas H. Lee II
Dechert LLP
4000 Verizon Tower
1717 Arch Street
Philadelphia, PA 19103-2793
Telephone: (215) 994-2994
Facsimile: (215) 994-2222

Mark H. Lynch
Ethan M. Posner
Covington & Burling
1201 Pennsylvania Avenue
Washington, DC 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*COUNSEL FOR SMITHKLINE BEECHAM CORP., D/B/A GLAXOSMITHKLINE*

Dated: April 7, 2005

3

## CERTIFICATE OF SERVICE

Docket No. MDL 1456

I, David S. Nalven, one of plaintiffs' attorneys hereby certify that, on April 7, 2005, I caused the Joint Motion to Enlarge the Time for defendant GlaxoSmithKline, Inc. to Respond to Plaintiffs' Motion to Compel GSK to Produce Deposition Witnesses Filed March 24, 2005 to be served via VeriLaw on all counsel of record.

                                                              **/s/ David S. Nalven**

Dated: April 7, 2005