UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY )<br>AVERAGE WHOLESALE PRICE )<br>LITIGATION ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: )<br>)<br>International Union of Operating )<br>Engineers, Local No. 68 Welfare )<br>Fund v. AstraZeneca PLC at al. )<br>Civil Action No. 04-11503-PBS ) | |

### DEFENDANT DEY, INC.'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(d)(3), defendant Dey, Inc. and its attorneys hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—for the above-captioned litigation and have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

By its attorneys:

_____
Paul F. Doyle
Christopher C. Palermo
Philip D. Robben
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Tel: 212-808-7800
Fax: 212-808-7897

DEY, INC.

_____
John Kling
Senior Vice-President, Legal