UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> International Union of Operating ) <br> Engineers, Local No. 68 Welfare ) <br> Fund v. AstraZeneca PLC et al. ) <br> Civil Action No. 04-11503-PBS ) <br> _____ ) | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS |

**LOCAL RULE 16.1(D)(3) CERTIFICATION OF DEFENDANTS JOHNSON & JOHNSON, ALZA CORPORATION, CENTOCOR, INC., AND ORTHO BIOTECH INC.**

Pursuant to Local Rule 16.1(D)(3), Johnson & Johnson, Alza Corporation, Centocor, Inc., and Ortho Biotech Inc., and their attorneys hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—for the above-captioned litigation and have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Andrew D. Schau
PATTERSON, BELKNAP,
WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel: 212-336-2000
Fax: 212-450-3800

_____
Joseph Braunreuther.
Senior Litigation Counsel
Johnson & Johnson

B3013841.1
1170762v1