UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>International Union of Operating Engineers, Local No. 68 Welfare Fund v. AstraZeneca PLC at al.<br>Civil Action No. 04-11503-PBS | |

## DEFENDANTS BAXTER INTERNATIONAL INC. AND BAXTER HEALTHCARE CORPORATION'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), defendants Baxter International Inc. and Baxter Healthcare Corporation, and its attorneys hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—for the above-captioned litigation and have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

By its attorneys:

/s/ Merle M. DeLancey Jr.
Merle M. DeLancey Jr.
Tina D. Reynolds
DICKSTEIN SHAPIRO
      MORIN & OSHINSKY LLP
2101 L St., N.W.
Washington, DC 22037
Tel: 202-785-9700
Fax: 202-887-0689

BAXTER INTERNATIONAL INC.
BAXTER HEALTHCARE CORPORATION

/s/ Thomas L. Aldrich
Thomas L. Aldrich
Associate General Counsel
Baxter Healthcare Corporation

B3013841.1
DSMDB.1908532.1

## PROOF OF SERVICE

I, Peter E. Gelhaar, certify that on April 11, 2005, I caused a true and correct copy of the foregoing DEFENDANTS BAXTER INTERNATIONAL INC. AND BAXTER HEALTHCARE CORPORATION'S LOCAL RULE 16.1(D)(3) CERTIFICATION to be served via Verilaw in accordance with Case Management Order No. 2.

_____
Peter E. Gelhaar