**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: ) ) | CIVIL ACTION: 01-CV-12257-PBS |
| ALL ACTIONS ) ) ) | Judge Patti B. Saris |

**[PROPOSED] ORDER GRANTING B. BRAUN MEDICAL INC.'S**
**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM**
**IN SUPPORT OF ITS MOTION TO DISMISS THE SECOND**
**AMENDED MASTER CONSOLIDATED CLASS ACTION COMPLAINT**

THIS MATTER is before the Court on B. Braun Medical Inc.'s motion for leave to file a reply memorandum in support of its motion to dismiss the Second Amended Master Consolidated Class Action Complaint.  The Court, upon due consideration, hereby orders as follows:

B. Braun Medical Inc.'s Motion for Leave to File Reply Memorandum is GRANTED. The Clerk is directed to file B. Braun Medical Inc.'s Reply Memorandum in Support of Its Motion to Dismiss the Second Amended Master Consolidated Class Action Complaint.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Patti B. Saris
United States District Judge