UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>International Union of Operating Engineers, Local No. 68 Welfare Fund v. AstraZeneca PLC at al.<br>Civil Action No. 04-11503-PBS | ) ) ) ) ) ) ) ) ) ) |

## **DEFENDANT SICOR INC'S LOCAL RULE 16.1(D)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(D)(3), defendant Sicor Inc., and its attorneys hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—for the above-captioned litigation and have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

By its attorneys:

_/s/ Elizabeth I. Hack_
Elizabeth I. Hack
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
Tel: 202-408-9236
Fax: 202-408-6399

TEVA PHARMACEUTICALS USA

_/s/ David Stark_
David Stark
Senior Director, Legal Affairs