UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | JUDGE PATTI B. SARIS |
| International Union of Operating Engineers, Local No. 68 Welfare Fund v. AstraZeneca PLC, et al. Civil Action No. 04-11503-PBS | |

### DEFENDANT AVENTIS PHARMACEUTICALS INC.'S
### LOCAL RULE 16(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3) Aventis Pharmaceuticals Inc. and its attorneys hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the above-captioned litigation and have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

By its attorneys:

_____
Michael DeMarco (BBO #119960)
KIRKPATRICK & LOCKHART
  NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109-1808
(617) 261-3100
Attorneys for Defendants
Aventis Pharmaceuticals Inc.

AVENTIS PHARMACEUTICALS INC.

_____
Susan Manardo Oney
SENIOR DIRECTOR, U.S. LITIGATION

Dated: April 11, 2005

BOS-702672 v1 0950000-0102

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2005 a true and correct copy of Defendant Aventis Pharmaceuticals Inc.'s Local Rule 16.1(D)(3) Certification was served on all counsel of record by electronic means pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

/s/ David M. Glynn
David M. Glynn