# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>International Union of Operating Engineers, Local No. 68 Welfare Fund v. AstraZeneca PLC et al.<br>Civil Action No. 04-11503-PBS |  |

## DEFENDANT GLAXOSMITHKLINE'S
## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline and its attorneys hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—for the above-captioned litigation and have conferred to consider the resolution of the litigation through the use of alternative dispute resolution mechanisms such as those outlined in Local Rule 16.4.

By its attorneys:

*[signature]*

Mark H. Lynch
Covington & Burling
1201 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

GLAXOSMITHKLINE

*[signature]*

Beth J. Hallyburton
Assistant General Counsel

## CERTIFICATE OF SERVICE

I certify that on April 13, 2005, a true and correct copy of Defendant GlaxoSmithKline's Local Rule 16.1(D)(3) Certification was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

Ronald G. Dove, Jr.