UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>International Union of Operating Engineers, Local No. 68 Welfare Fund v. AstraZeneca PLC at al.<br>Civil Action No. 04-11503-PBS | |

**DEFENDANTS BOEHRINGER INGELHEIM CORPORATION,
BEN VENUE LABORATORIES, INC./BEDFORD LABORATORIES, AND
<u>BOEHRINGER INGELHEIM ROXANE, INC.'S LOCAL RULE 16.1(D)(3)
CERTIFICATION</u>**

Pursuant to Local Rule 16.1(D)(3), Defendants Boehringer Ingelheim Corporation, Ben Venue Laboratories, Inc./Bedford Laboratories, Roxane Laboratories, Inc. now known as Boehringer Ingelheim Roxane, Inc., and their attorneys hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—for the above-captioned litigation and have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

BOEHRINGER INGELHEIM
CORPORATION, BEN VENUE
LABORATORIES, INC./BEDFORD
LABORATORIES, AND BOEHRINGER
INGELHEIM ROXANE, INC.

| /s/ Paul J. Coval_____ | /s/ Sheila Denton_____ |
|---|---|
| Paul J. Coval | Sheila Denton |
| VORYS, SATER, SEYMOUR | Senior Counsel |
|   AND  PEASE LLP | |
| 52 East Gay Street, P. O. Box 1008 | |
| Columbus, Ohio  43216-1008 | |
| Tel: 614-464-6400 | |
| Fax: 614-464-6350 | |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on all enrolled counsel via Verilaw on April 13, 2004 pursuant to this Court's Case Management Order 2.

/s/ Paul J. Coval_____
Paul J. Coval
