## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) ) ) | |
| International Union of Operating Engineers, Local No. 68 Welfare Fund v. AstraZeneca PLC at al. Civil Action No. 04-11503-PBS | ) ) ) ) ) | |

### DEFENDANTS BRISTOL-MYERS SQUIBB COMPANY, ONCOLOGY THERAPEUTICS NETWORK CORP. AND APOTHECON, INC. LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), defendants Bristol-Myers Squibb Company,

Oncology Therapeutics Network Corp. and Apothecon, Inc., and its attorneys hereby certify that

they have conferred with a view to establishing a budget for the costs of conducting the full

course—and various alternative courses—for the above-captioned litigation and have conferred

to consider the resolution of the litigation through the use of alternative dispute resolution

programs such as those outlined in Local Rule 16.4.


By its attorneys:

_____

Lyndon M. Tretter
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3000

BRISTOL-MYERS SQUIBB COMPANY
ONCOLOGY THERAPEUTICS NETWORK CORP.
APOTHECON, INC.

_____

Zenola Harper
Litigation Counsel