UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br><br>Civil Action No.<br>03-CV-12347-PBS |
| THIS DOCUMENT RELATES TO: ) ) | Judge Patti B. Saris |
| *County of Rockland v. Abbott Laboratories, Inc., et al.* S.D.N.Y. Case No. 03-CV-07055 ) ) ) ) |  |

**NOTICE OF APPEARANCE OF COUNSEL**

Please enter the appearances of Stephen R. Delinsky, Anthony M. Moccia, and Andrew R. McConville of the law firm of Eckert Seamans Cherin & Mellott, LLC as local counsel of record on behalf of Defendant Par Pharmaceutical, Inc. in the above-captioned matter.

Respectfully Submitted,

By: _____
Stephen R. Delinsky (BBO #119120)
      sdelinsky@eckertseamans.com
Anthony M. Moccia (BBO #350225)
      amoccia@eckertseamans.com
Andrew R. McConville (BBO #632804)
      amcconville@eckertseamans.com
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110
Telephone: 617.342.6800
Facsimile: 617.342.6899

Dated: December ___, 2004