UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No.<br>03-CV-12347-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*County of Rockland v. Abbott Laboratories, Inc., et al.*<br>S.D.N.Y. Case No. 03-CV-07055 | Judge Patti B. Saris |

### MOTION FOR ADMISSION *PRO HAC VICE* OF RICHARD M. COOPER, ESQ.

Stephen R. Delinsky, a member of the law firm of Eckert Seamans Cherin & Mellott, LLC, and a member in good standing of the bar of this Court, respectfully requests that this Court, pursuant to Local Rule 83.5.3, enter an Order authorizing Richard M. Cooper to appear *pro hac vice* in the above-captioned case on behalf of Defendant, Par Pharmaceutical, Inc. In support of this Motion, I submit as follows:

(1) Defendant, Par Pharmaceutical, Inc. is a defendant in the above-captioned matter;

(2) Defendant, Par Pharmaceutical, Inc. has retained Richard M. Cooper, a partner in the law firm of Williams & Connolly LLP, to represent its interest in this proceeding;

(3) Mr. Cooper has executed a Certificate in accordance with Local Rule 83.5.3, which is attached hereto.

(4) In accordance with Local Rule 7.1, I have conferred with Counsel for Plaintiff and Plaintiff does not oppose the Motion.

WHEREFORE, I respectfully request that this Court enter an Order authorizing the admission *pro hac vice* of Richard M. Cooper.

Respectfully Submitted,

By: _____
Stephen R. Delinsky (BBO #119120)
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110
Telephone: 617.342.6800
Facsimile: 617.342.6899

Dated: December 27, 2004