UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | MDL NO. 1456 |
| **THIS DOCUMENT RELATES TO:** *County of Westchester v. Abbott Laboratories, Inc., et al.* S.D.N.Y. Case No. CV-03-6178  *County of Rockland v. Abbott Laboratories, Inc., et al.* S.D.N.Y. Case No. CV-03-7055  *The City of New York v. Abbott Laboratories, Inc., et al.* S.D.N.Y. Case No. CV-04-06054 | Civil Action No. 01-CV-12257-PBS  Judge Patti B. Saris |

## MOTION FOR ADMISSION *PRO HAC VICE* OF SAM B. BLAIR, JR.

Pursuant to Rule 83.5.3(b) of the Local Rules of this Court, Louis J. Scerra, Jr., a member of the bar of this Court, and attorney of record for King Pharmaceuticals, Inc. ("King") and Monarch Pharmaceuticals, Inc. ("Monarch"), hereby moves for the admission *pro hac vice* of Sam B. Blair, Jr. as counsel for King and Monarch in the above-captioned actions.

In support of this motion, Mr. Blair has certified that (1) he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts. Mr. Blair's Certification is attached as Exhibit A to this motion. A Proposed

Order is attached as Exhibit B to this motion.

Respectfully submitted,

/s/ Louis J. Scerra, Jr.
Louis J. Scerra, Jr. (BBO #543600)
Greenberg Traurig, LLP
One International Place
Boston, MA  02110
(617) 310-6000

Dated:  April 15, 2005

## **CERTIFICATE OF SERVICE**

I, Louis J. Scerra, Jr., certify that, on April 15, 2005, true and correct copies of the foregoing Motion for Admission *Pro Hac Vice* of Sam B. Blair, Jr., the Certificate in Support of Motion for Admission *Pro Hac Vice* of Sam B. Blair, Jr., and the Proposed Order were served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, dated July 23, 2002, by sending a copy to Verilaw Technologies for posting and notification to all parties.

/s/ Louis J. Scerra, Jr.
Louis J. Scerra, Jr.