**Exhibit A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: *County of Westchester v. Abbott Laboratories, Inc., et al.* S.D.N.Y. Case No. CV-03-6178  *County of Rockland v. Abbott Laboratories, Inc., et al.* S.D.N.Y. Case No. CV-03-7055  *The City of New York v. Abbott Laboratories, Inc., et al.* S.D.N.Y. Case No. CV-04-06054 | Civil Action No. 01-CV-12257-PBS  Judge Patti B. Saris |

**CERTIFICATE IN SUPPORT OF MOTION
FOR ADMISSION *PRO HAC VICE* OF SAM B. BLAIR, JR.**

I, Sam B. Blair, Jr., hereby certify pursuant to Rule 83.5.3(b) of the Local Rules of this Court that:

1. I am an attorney admitted to practice before the State Courts of Tennessee, United States District Court for the Eastern and Western Districts of Arkansas, United States District Courts in Tennessee, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Sixth Circuit, and the United States Supreme Court;

2. I am a member of the bar in good standing in each of these jurisdictions, and have been admitted to practice only in those jurisdictions, except for *pro hac vice* admissions in other jurisdictions for specific cases;

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5. I represent the defendants King Pharmaceuticals, Inc. and Monarch Pharmaceuticals in the above-captioned action.

Signed under the penalties of perjury this 14 day of April, 2005.

Sam B. Blair, Jr.
Baker, Donelson, Bearman,
    Caldwell & Berkowitz, P.C.
165 Madison Avenue
First Tennessee Building
Memphis, TN 38103
sblair@bakerdonelson.com
(901) 526-2000
(901) 577-0720 facsimile
(901) 577-2257 direct telephone