**Exhibit B**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | MDL NO. 1456 |
| **THIS DOCUMENT RELATES TO:**<br><br>*County of Westchester v. Abbott Laboratories, Inc., et al.* S.D.N.Y. Case No. CV-03-6178<br><br>*County of Rockland v. Abbott Laboratories, Inc., et al.* S.D.N.Y. Case No. CV-03-7055<br><br>*The City of New York v. Abbott Laboratories, Inc., et al.* S.D.N.Y. Case No. CV-04-06054 | Civil Action No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**[PROPOSED] ORDER**

Now, this ___ day of _____, 2005, upon consideration of the Motion for Admission *Pro Hac Vice* of Sam B. Blair, Jr., it is hereby ORDERED that said Motion is granted and that Sam B. Blair, Jr. may appear and practice in this Court in the above-captioned action.

_____
United States District Judge