# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## MOTION FOR ADMISSION OF TERRIANNE BENEDETTO *PRO HAC VICE*

Petitioner, TerriAnne Benedetto, Esquire of the law firm of Kline & Specter, a Professional Corporation, by and through the undersigned counsel, Fisette & Ranta, respectfully requests that TerriAnne Benedetto, be admitted to practice before the United States District Court for the District of Massachusetts, pursuant to LR, D.Mass. 83.5.3, and pursuant to this Court's Case Management Order No. 1, ¶ 16. The undersigned avers as follows:

1. Petitioner, TerriAnne Benedetto, Esquire, represents the International Union of Operating Engineers, Local No. 68 Welfare Fund, which desires that Ms. Benedetto be admitted and allowed to represent it.

2. Ms. Benedetto has been admitted to practice before this Court *pro hac vice* in *In re: Lupron Marketing and Sales Practices Litig.*, MDL 1430 (D. Mass.), for a limited purpose.

3. As stated in Ms. Benedetto's Certification attached hereto, she is a member in good standing of the bars of the United States District Court for the Eastern District of Pennsylvania, United States District Court for the District of New Jersey, and United States District Court for the Western District of Wisconsin, as well as the bars of the Commonwealth of Pennsylvania and the State of New Jersey. Further, there are no disciplinary actions pending against Ms. Benedetto in any jurisdiction.

4.  Ms. Benedetto is familiar with the Local Rules of the United States District Court for the District of Massachusetts, and agrees to abide by them.

WHEREFORE, the undersigned counsel respectfully moves Ms. Benedetto's admission to this Court, pursuant to LR, D.Mass. 83.5.3.

Dated: April 5, 2005

Respectfully submitted,

Ronald Ranta, Esquire
**FISETTE & RANTA**
B.B.O. No. 411880
100 Cummings Center, Suite 221B
Beverly, MA 01915
978-927-8766 telephone
978-927-7082