# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## CERTIFICATION OF TERRIANNE BENEDETTO
## IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, TERRIANNE BENEDETTO, declare as true and correct that:

1. I am and have been a member in good standing of the bar of the Commonwealth of Pennsylvania since 1990.

2. I am and have been a member in good standing of the bar of the United States District Court for the Eastern District of Pennsylvania since 1991.

3. I am and have been a member in good standing of the bar of the State of New Jersey since 1991.

4. I am and have been a member in good standing of the bar of the United States District Court for the District of New Jersey since 1991.

5. I am and have been a member in good standing of the bar of the United States District Court for the Western District of Wisconsin since 1995.

6. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and agree to abide by them.

Dated: April 5, 2005

_____
TERRIANNE BENEDETTO