UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
| | MDL No. 1456 |
| | CIVIL ACTION:  01-CV-12257-PBS |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: *State of Nevada v. American Home Products Corp., et al.,* CV No. 02-12086-PBS         and *State of Montana v. Abbott Labs, Inc., et al.*, CV No. 02-12084-PBS | ) ) ) ) ) ) ) ) ) |

**MOTION TO ENTER CASE MANAGEMENT ORDER NO. 15**

Plaintiffs, the States of Nevada and Montana move for entry of Case Management Order No. 15 ("CMO").  The parties had reached agreement on all dates.  However, the Court directed the parties to try to have summary judgment briefed so that, if possible, the law clerk who departs in August 2006 would be able to assist.  Plaintiffs believe that the attached schedule, which concludes summary-judgment briefing by May 1, 2006, accomplishes this objective. Defendants' proposal, which accepts all of plaintiffs' dates except for summary-judgment briefing, has summary-judgment briefing to be completed on June 12, 2006.  Plaintiffs believe that this might not provide enough time for the clerk to complete the work that would be required.

- 1 -

1534.16 0182 MTN.DOC

- 2 -

DATED:  April 21, 2005                By      /s/ Steve W. Berman
        Thomas M. Sobol (BBO#471770)
        Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

**SPECIAL ASSISTANT ATTORNEYS GENERAL FOR THE STATES OF MONTANA AND NEVADA**

- 3 -

## CERTIFICATE OF SERVICE

       I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **MOTION TO ENTER CASE MANAGEMENT ORDER NO. 15** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on April 21, 2005, a copy to Verilaw Technologies for Posting and notification to all parties

                      By  **/s/ Steve W. Berman**
                              Steve W. Berman
                              **HAGENS BERMAN SOBOL SHAPIRO LLP**
                              1301 Fifth Avenue, Suite 2900
                              Seattle, WA 98101
                              (206) 623-7292