UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br> CIVIL ACTION: 01-CV-12257-PBS <br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: <br> *State of Nevada v. American Home Products Corp., et al.,* CV No. 02-12086-PBS <br>     and <br> *State of Montana v. Abbott Labs, Inc., et al.*, CV No. 02-12084-PBS |  |

**[PROPOSED] CASE MANAGEMENT ORDER NO. 15**

April ____, 2005

Saris, U.S.D.J.

  IT IS HEREBY ORDERED, as follows:

  1. The fact discovery cutoff date is January 31, 2006.

  2. Plaintiffs shall file any expert reports on liability issues by March 2, 2006.

  3. Defendants shall file any expert reports on liability issues by April 18, 2006.

  4. The parties shall cooperate to make their respective experts available for depositions consistent with this schedule and reasonably promptly after the submission of the expert's report.

  5. With respect to any motions for summary judgment, briefing will proceed according to the following schedule:

    Motions for Summary Judgment    March 3, 2006

    Oppositions to Motions    April 3, 2006

- 1 -

    Replies                                      April 21, 2006

    Surreplies                                   May 1, 2006

_____
Patti B. Saris
United States District Judge

1534.16 0180 MTN.DOC

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **[PROPOSED] CASE MANAGEMENT ORDER NO. 15** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on April 21, 2005, a copy to Verilaw Technologies for Posting and notification to all parties

By     **/s/ Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292