# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | ) Judge Patti B. Saris ) ) |

### PLAINTIFFS' NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT GLAXOSMITHKLINE, INC. TO PRODUCE DEPOSITION WITNESSES

PLEASE TAKE NOTICE that Plaintiffs' Motion to Compel Defendant GlaxoSmithKline, Inc. ("GSK") to Produce Deposition Witnesses dated March 24, 2005 is hereby withdrawn. Plaintiffs filed this motion because as of the date of filing, GSK had not supplied dates for the depositions of any of the witnesses noticed in Plaintiffs' Notice of Deposition dated February 9, 2005. After plaintiffs filed their motion to compel, GSK provided dates for the depositions of nine of the ten witnesses whose depositions were subject to the motion, and provided the last known address of the tenth, a former GSK employee. As a result, judicial assistance is no longer needed.

Respectfully submitted,

By: **s/ David S. Nalven**
Thomas M. Sobol
David S. Nalven
Edward Notargiacomo
Hagens Berman Sobol Shapiro LLP
One Main Street
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Steve W. Berman
Sean R. Matt
Hagens Berman LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

*LIAISON AND CO-LEAD COUNSEL*

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Elizabeth Fegan Hartweg
Kenneth A. Wexler & Associates
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Samuel Heins
Brian Williams
Heins, Mills & Olson, P.C.
700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

CO-LEAD COUNSEL

Dated: April 22, 2005

2

## CERTIFICATE OF SERVICE

Docket No. MDL 1456

     I, David S. Nalven, hereby certify that I am one of plaintiffs' attorneys and that, on April 22, 2005, I caused copies of Plaintiffs' Notice of Withdrawal of Plaintiffs' Motion to Compel Defendant GlaxoSmithKline to Produce Deposition Witnesses dated March 24, 2005 to be served via VeriLaw on all counsel of record.

                                                                                 **/s/ David S. Nalven**
                                                                                 David S. Nalven

Dated: April 22, 2005