UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
| | ) ) MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | ) ) CIVIL ACTION No. 01-12257-PBS |
| *State of Nevada v. American Home Products Corp., et al.,* CV No. 02-12086-PBS   and *State of Montana v. Abbott Labs, Inc., et al.,* CV No. 02-12084-PBS | ) Judge Patti B. Saris ) ) ) ) ) ) ) ) |

**[PROPOSED] CASE MANAGEMENT ORDER NO. 15**

April __, 2005

Saris, U.S.D.J.

IT IS HEREBY ORDERED, as follows:

1.      The fact discovery cutoff date is January 31, 2006.

2.      Plaintiffs shall file any expert reports on liability issues by March 3, 2006.

3.      Defendants shall file any expert reports on liability issues by April 3, 2006.

4.      The parties shall cooperate to make their respective experts available for depositions consistent with this schedule and reasonably promptly after the submission of the expert's report.

5.     With respect to any motions for summary judgment, briefing will proceed according to the following schedule:

| | |
|---|---|
| Motions for Summary Judgment | April 3, 2006 |
| Oppositions to Motions | May 3, 2006 |
| Replies | May 24, 2006 |

_____

Patti B. Saris
United States District Judge