UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | MDL NO. 1456 |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | Civil Action No. 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Michael R. Costa, Esq., of Greenberg Traurig, LLP, as counsel for the Defendant, Mylan Laboratories, Inc.  The existing appearances of John A. Pappalardo, Evan Georgopoulos, Gary R. Greenberg, Louis J. Scerra, Jr., Jonathan D. Cohen and James M. Vant of Greenberg Traurig remain in effect and are not affected by this withdrawal.

Respectfully submitted,

/s/ Michael R. Costa
Michael R. Costa  (BBO #636803)
Greenberg Traurig, LLP
One International Place
Boston, MA  02110
(617) 310-6000
DATED:  April 26, 2005                    (617) 310-6001 (fax)

## **CERTIFICATE OF SERVICE**

      I certify that on April 26, 2005 , a true and correct copy of the foregoing Notice of Withdrawal of Appearance was served on all Counsel of Record by electronic service pursuant to Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification.

                                                          /s/ Michael R. Costa
                                                          Michael R. Costa