```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| ) | |
| IN RE: PHARMACEUTICAL INDUSTRY ) | |
| AVERAGE WHOLESALE PRICE        ) | |
| LITIGATION                     ) | |
| ) | |
| ) MDL No. 1456 | |
| ) CIVIL ACTION NO. 01-12257-PBS | |
| THIS DOCUMENT RELATES TO:      ) | |
| *State of Nevada v. American*   ) | |
| *Home Products Corp., et al.,*  ) | |
| CA No. 02-120860-PBS           ) | |
| and                            ) | |
| *State of Montana v. Abbott*    ) | |
| *Labs, Inc., et al.,*           ) | |
| CA No. 02-12084-PBS            ) | |
| ) | |

**CASE MANAGEMENT ORDER NO. 15**

April 25, 2005

Saris, U.S.D.J.

IT IS HEREBY ORDERED as follows:

1.  The fact discovery cutoff date is January 31, 2006.

2.  Plaintiffs shall file any expert reports on liability issues by March 3, 2006.

3.  Defendants shall file any expert reports on liability issues by April 3, 2006.

4.  The parties shall cooperate to make their respective experts available for depositions consistent with this schedule and reasonably promptly after the submission of the expert's report.

5.  With respect to any motions for summary judgment, briefing will proceed according to the following schedule:

| | |
|---|---|
| Motions for Summary Judgment | April 3, 2006 |
| Oppositions to Motions | May 3, 2006 |
| Replies | May 17, 2006 |
| Sur-Replies | May 31, 2006 |
| Hearing | June 15, 2006 |

**S/PATTI B. SARIS**
United States District Judge