UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) ALL ACTIONS ) ) ) | Case No. MDL NO. 1456<br><br>Master File No.: 01-12257-PBS<br>Hon. Patti B. Saris |

## MOTION FOR ADMISSION OF ATTORNEYS PRO HAC VICE

## ON BEHALF OF IVAX CORP. AND IVAX PHARMACEUTICALS CORP. AND

## NOTICE OF APPEARANCE

1282220

Pursuant to This Court's Case Management Order Number 1, Defendants Ivax Corp. and Ivax Pharmaceuticals Corp. ("Ivax") respectfully move this Court to permit Bruce A. Wessel and Brian D. Ledahl of the firm of Irell & Manella LLP to appear on their behalf as counsel *pro hac vice* in the above-captioned action. Both attorneys Wessel and Ledahl are members in good standing of the State Bar of California and of the United States District Court for the Central District of California, as set forth in the accompanying certifications of Messrs. Wessel and Ledahl. The necessary fees for admission *pro hac vice* are being submitted to the Court in conjunction with this motion.

Respectfully submitted,

IVAX CORPORATION AND IVAX
PHARMACEUTICALS
CORPORATION

By its attorneys,

Bruce A. Wessel
Brian D. Ledahl
IRELL & MANELLA LLP
1800 Ave. of the Stars, Suite 900
Los Angeles, California 90067
Phone: (310) 277-1010
Facsimile: (310) 203-7199

Dated: April 6, 2005