UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. MDL NO. 1456<br><br>Master File No.: 01-12257-PBS<br>Hon. Patti B. Saris |

## CERTIFICATE OF GOOD STANDING FOR BRIAN D. LEDAHL

Brian D. Ledahl, an attorney with the firm of Irell & Manella LLP, 1800 Ave. of the Stars, Suite 900, Los Angeles California 90067, hereby certifies:

1. I am a member in good standing of the State Bar of California.

2. I am admitted to practice before the United States District Court for the Central District of California and other U.S. District Courts, and am in good standing before such courts.

3. There are no disciplinary proceedings against me as a member of the Bar in any jurisdiction.

4. I am familiar with the Local Rules of this Court.

I hereby certify that the foregoing is true and correct under penalty of perjury under the laws of the United States of America.

Executed April 6, 2005 at Los Angeles, California.

Brian D. Ledahl

- 4 -

1282220