## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered to counsel of record on April 6, 2005 by electronic service, pursuant to the Court's Case Management Order Number 2.

Brian D. Ledahl