UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL NO. 1456<br><br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) ) | Hon. Patti B. Saris |

## CORPORATE DISCLOSURE STATEMENT
## FOR GENZYME CORPORATION

Pursuant to Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, Defendant Genzyme Corporation ("Genzyme") hereby discloses that Genzyme does not have any parent corporation. Furthermore, to Genzyme's knowledge based on filings with the United States Securities & Exchange Commission, no publicly held company owns ten percent or more of Genzyme's stock.

    Respectfully submitted,
    GENZYME CORPORATION

    /s/  Eric P. Christofferson
    Brien T. O'Connor (BBO # 546767)
    Eric P. Christofferson (BBO # 654087)
    ROPES & GRAY LLP
    One International Place
    Boston, Massachusetts 02110-2624
    (617) 951-7000

Dated:  April 29, 2005

-2-

## CERTIFICATE OF SERVICE

    I hereby certify that on April 29, 2005, a true and correct copy of the foregoing document was served upon all counsel of record by electronic service, in accordance with Case Management Order No.2, by sending a copy to Verilaw technologies for posting and notification to all parties.

    /s/  Eric P. Christofferson_____
    Eric P. Christofferson