UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) ) Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) |

**CORPORATE DISCLOSURE
STATEMENT FOR EISAI, INC.**

Pursuant to Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, Defendant Eisai, Inc. hereby discloses that Eisai, Inc. is a wholly owned subsidiary of Eisai Corporation of North America, a Delaware corporation. Eisai Corporation of North America is a wholly owned subsidiary of Eisai Co., Ltd., a Japanese corporation.

Respectfully submitted,

EISAI, INC.

/s/  E. Abim Thomas
Brien T. O'Connor (BBO # 546767)
E. Abim Thomas (BBO # 657342)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Dated:  April 29, 2005

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2005, a true and correct copy of the foregoing *Corporate Disclosure Statement for Eisai, Inc.* was served upon all counsel of record by electronic service, in accordance with Case Management Order No.2, by sending a copy to Verilaw technologies for posting and notification to all parties.

/s/  E. Abim Thomas_____
E. Abim Thomas