UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

CIVIL ACTION NO.
01-12257-PBS
MDL NO. 1456

## ORDER OF CONSOLIDATION

The following cases are consolidated with civil action number 01-12257-PBS: 02-12084, 02-12086, 03-10643, 03-10695, 03-10696, 03-11226, 03-11286, 03-12347, 04-10322, 04-11503, 04-12264, 05-10179, 05-10599. All future pleadings will be docketed in civil action number 01-12257-PBS which has been designated the Lead Case.

Patti B. Saris
United States District Judge

Copies to: All Counsel

April 25, 2005