**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| IN RE:  PHARMACEUTICAL INDUSTRY | ) | |
| AVERAGE WHOLESALE PRICE | ) | MDL NO. 1456 |
| LITIGATION | ) | |
| | ) | CIVIL ACTION: 01-CV-12257-PBS |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | Judge Patti B. Saris |
| ALL CLASS ACTIONS | ) | |
| | ) | |

**MOTION FOR ADMISSION**
**PRO HAC VICE OF BRENNAN J. TORREGROSSA**

Pursuant to Local Rule 83.5.3(b), Seth B. Kosto , a member of the bar of this Court,

hereby moves this Court for an order allowing Brennan J. Torregrossa to appear *pro hac vice* in

this matter on behalf of defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline

("GSK").  As grounds for this motion, the undersigned relies upon the affidavit of Attorney

Torregrossa, submitted herewith, and states as follows:

1.      I am an attorney with the law firm of Holland & Knight LLP, and am a member in

good standing of the bar of the United States District Court for the District of Massachusetts.  I

have previously filed an appearance on behalf of GSK in the above-captioned action.

2.      Attorney Torregrossa is an attorney with the firm of Dechert LLP ("Dechert"), in

that firm's Philadelphia office.  Dechert is one of the firms representing GSK in this litigation.

3.      Attorney Torregrossa is a member of the bar in good standing in the

Commonwealth of Pennsylvania and in the United States District Court for the Eastern District

of Pennsylvania.

4.      Attorney Torregrossa is a member in good standing in all jurisdictions where he

has been admitted to practice.  There are no disciplinary proceedings pending against Attorney

Torregrossa in any jurisdiction.

     5.     Attorney Torregrossa is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

     WHEREFORE, the undersigned respectfully requests that this Court admit Attorney Torregrossa to appear as counsel for SmithKline Beecham d/b/a GlaxoSmithKline in this matter and practice in this Court *pro hac vice*.

| | |
|---|---|
| | Respectfully submitted, <br><br> By: **/s/ Seth B. Kosto** <br>     Mark D. Seltzer <br>     Matthew J. O'Connor <br>     Seth B. Kosto (BBO No.: 641044) <br>     Holland & Knight LLP <br>     10 St. James Avenue <br>     Boston, MA 02116 <br>     Telephone: (617) 523-2700 <br>     Facsimile: (617) 523-6850 <br><br>     Frederick G. Herold <br>     Dechert LLP <br>     975 Page Mill Road <br>     Palo Alto, CA 94304 <br>     Telephone: (650) 813-4930 <br>     Facsimile: (650) 813-4848 <br><br>     Thomas H. Lee II <br>     Dechert LLP <br>     4000 Verizon Tower <br>     1717 Arch Street <br>     Philadelphia, PA 19103-2793 <br>     Telephone:  (215) 994-2994 <br>     Facsimile: (215) 994-2222 <br><br>     Geoffrey Hobart <br>     Mark H. Lynch <br>     Ethan M. Posner <br>     Covington & Burling |

| | 1201 Pennsylvania Avenue<br>Washington, DC 20004<br>Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291<br><br>*COUNSEL FOR<br>SMITHKLINE BEECHAM CORP.,<br>D/B/A GLAXOSMITHKLINE* |
|---|---|
| Dated:  May 2, 2005 | |

## CERTIFICATE OF SERVICE

Docket No. MDL 1456

I, Seth B. Kosto, hereby certify that I am one of GSK's attorneys and that, on May 2, 2005, I caused copies of the within Motion for Admission Pro Hac Vice of Brennan J. Torregrossa and the Affidavit of Brennan J. Torregrossa to be served via VeriLaw on all counsel of record.

 __/s/ Seth B. Kosto__

Dated:  May 2, 2005