UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS ) ) ) ) ) | Judge Patti B. Saris |

## AFFIDAVIT OF BRENNAN J. TORREGROSSA

Brennan J. Torregrossa, being duly sworn, hereby certifies that:

1. I am an associate with the law firm of Dechert LLP, 4000 Bell Atlantic Tower, 1717 Arch Street, Philadelphia, PA 19103-2793. I respectfully submit this affidavit in support of the Motion for Leave to Appear Pro Hac Vice pursuant to Local Rule 83.5.3(b), seeking my admission to practice before the Court in the above-captioned case.

2. I am a member of the bar in good standing in the state of Pennsylvania and in the United States District Court for the Eastern District of Pennsylvania.

3. I am a member in good standing in all jurisdictions where I have been admitted to practice.

4. There is no disciplinary proceeding pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of this Court.

6. This application is made so that I may appear on behalf of defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK").

Signed under the pains and penalties of perjury this 2nd day of May, 2005.

_____
Brennan J. Torregrossa