UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | |

**MDL PLAINTIFFS' AGREED MOTION TO RESET HEARING ON
MDL PLAINTIFFS' MOTION TO COMPEL AND FOR FINDING THAT DOCUMENTS
AND TESTIMONY RELATED TO ASTRAZENECA'S
PRICING, MARKETING AND SALES OF ITS PRODUCTS
<u>ARE NOT PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE</u>**

MDL Plaintiffs, by their counsel, respectfully move this Court for an order resetting the hearing on Plaintiffs' Motion to Compel and for Finding that Documents and Testimony Related to AstraZeneca's Pricing, Marketing and Sales of Its Products Are Not Protected by the Attorney-Client Privilege ("Motion to Compel"). In support of this motion, plaintiffs state follows:

1. The hearing on plaintiffs' Motion to Compel was scheduled for May 3, 2005. Plaintiffs inadvertently did not appear at this hearing. Plaintiffs regret any inconvenience caused to the Court, AstraZeneca or its counsel.

2. The parties have conferred and have agreed to reset the hearing on Plaintiffs' Motion to Compel at a time convenient to the Court.

WHEREFORE plaintiffs respectfully request that this Court enter an order resetting the hearing on Plaintiffs' Motion to Compel all other relief that this Court deems just and proper.

DATED May 3, 2005

Respectfully submitted,

*/s/ Jennifer F. Connolly*

Thomas M. Sobol (BBO #471770)
Edward Notargiacomo (BBO #567636)
Hagens Berman Sobol & Shapiro LLP
One Main Street, Fourth Floor
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003

**Plaintiffs' Liaison Counsel**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol & Shapiro LLP
1301 Fifth Ave., Suite 2900
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594

Elizabeth A. Fegan
Hagens Berman Sobol & Shapiro LLP
60 W. Randolph St., Suite 200
Chicago, IL  60601
Telephone:  (312) 762-9235
Facsimile:  (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market St., Suite 2500
Philadelphia, PA  19103
Telephone:  (215) 496-0300
Facsimile:  (215) 496-6611

Samuel Heins
Heins, Mills & Olson, P.C.
3550 IDS Center
80 South Eighth St.
Minneapolis, MN 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

Marc Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle St., Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

**MEMBERS OF LEAD COUNSEL COMMITTEE AND EXECUTIVE COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that I, Jennifer Fountain Connolly, an attorney, caused a true and correct copy of the foregoing MDL Plaintiffs' Agreed Motion to Reset Hearing on MDL Plaintiffs' Motion to Compel and For Finding That Documents and Testimony Related to Astrazeneca's Pricing, Marketing and Sales of Its Products Are Not Protected By The Attorney-Client Privilege to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on May 3, 2005, a copy to Verilaw Technologies for posting and notification to all parties.

By: _/s/ Jennifer F. Connolly_
Jennifer Fountain Connolly
THE WEXLER FIRM LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
(312) 346-2222
(312) 346-0022 (facsimile)