# EXHIBIT 1

# Lynch ♦ Martin

830 Broad Street
Shrewsbury, New Jersey 07702
(732) 224-9400
(732) 224-9494 (Facsimile)
Co-Counsel for Plaintiff International Union of Operating Engineers, Local 68

| | |
|---|---|
| International Union of Operating Engineers, Local No. 68, Welfare Fund (an unincorporated trust)<br><br>Plaintiffs,<br><br>v.<br><br>AstraZeneca Pharmaceuticals LP; AstraZeneca LP; AstraZeneca PLC; TAP Pharmaceutical Products Inc.; Abbott Laboratories; Takeda Chemical Industries, Ltd.; Zeneca, Inc.; Bayer AG; Bayer Corporation; Miles Laboratories, Inc.; Cutter Laboratories, Inc.; Wyeth; Wyeth Pharmaceuticals; Amgen, Inc.; Immunex Corporation; Aventis Pharmaceuticals, Inc; Aventis Behring L.L.C., Hoechst Marion Roussel, Inc.; Centeon, L.L.C.; Armour Pharmaceuticals; Baxter International Inc.; Baxter Healthcare Corporation, Immuno-U.S., Inc.; Boehringer Ingelheim Corporation; Ben Venue Laboratories, Inc.; Bedford Laboratories; Roxane Laboratories, Inc.; Bristol-Myers Squibb Company; Oncology Therapeutics Network Corporation; Apothecon, Inc.; Fujisawa Healthcare, Inc.; Fujisawa USA, Inc.; GlaxoSmithKline, P.L.C.; SmithKline Beecham Corporation; Glaxo Wellcome, Inc.; Schering-Plough Corporation; Warrick Pharmaceuticals Corporation; Sicor, Inc.; Gensia Sicor Pharmaceuticals, Inc.; Dey, Inc.; Novartis International AG; Pharmacia Corporation; Pharmacia & Upjohn, Inc.; Monsanto Company; G.D. Searle; Johnson & Johnson; Alza Corporation; Centocor, Inc.; Ortho Biotech; Novartis Pharmaceuticals Corporation; Sandoz; Alpha Therapeutic Corporation; Does 1-50; ABC Corporations 1-50; and XYZ Partnerships and Associations 1-50,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION:<br>MONMOUTH COUNTY<br><br>CIVIL ACTION NO.<br><br><br><br><br><br><br><br><br><br>**CERTIFICATION OF<br>THOMAS P. GIBLIN,<br>ADMINISTRATIVE MANAGER.** |

**THOMAS P. GIBLIN.**, by way of Certification in lieu of Affidavit says:

1. I am the Administrative Manager for the International Union of Operating Engineers, Local No. 68 ("Local 68"), Welfare Fund. I have served in that capacity for over 30-years. As

such, I have personal knowledge of the facts set forth in this Certification.

2. Local 68 is a labor union that has approximately 5,800 stationary engineers that service, among other things, heating and cooling systems on a state-wide basis in New Jersey. Local 68 maintains a Taft-Hartley Welfare Fund that is subject to the requirements of the Employee Retirement Income Security Act, ("ERISA"), 29 U.S.C. §1101 *et seq*. Tax exempt contributions are made to the Welfare Fund by employers in accordance with express provisions of collective bargaining agreements that are signed by representatives of Local 68 and the employer. Local Union 68 designates trustees for those funds after they are collected from the employer.

3. When a Local 68 member visits a doctor for an injectable prescription drug, such as Zoladex, a claim is generated by the doctor for the patient. After treating a Local 68 member and administering the drug, the doctor submits the claim to Blue Cross / Blue Shield of New Jersey ("BC/BS") for reimbursement, which includes the cost for the prescription drug that was prescribed to the member. BC/BS then processes the claim and forwards payment directly to the doctor. BC/BS calculates the reimbursement for the doctor based upon the average wholesale price that is published in the Redbook, or other drug pricing compendia, based upon the type of drug.

4. After sending the reimbursements to the doctor, BC/BS generates a weekly bill and sends it to the Local 68 Welfare Plan. The bill itemizes the various costs incurred by BC/BS for reimbursing doctors for the cost of drugs, such as Zoladex, during that week. Local 68 then wires money from the Welfare Fund to BC/BS to pay for the costs of the drugs prescribed to the Local 68 member. Because Local 68 is a self-insured welfare fund, any manipulation to the price of Zoladex or other prescription drug is borne directly by the Local 68 Welfare Fund and the plan participants, who are required to make co-payments for drugs under the welfare plan.

0223400000082

06/27/2003 13:44 FAX 732 224 9494        LYNCH MARTIN                                    ☏004

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Dated: June 30, 2003

THOMAS P. GIBLIN
Administrative Manager

-3-

JUN.27.2003   2:49PM   THOMAS P GIBLIN                NO.119   P.3/3
0223400000082                                                        75

# EXHIBIT 2

# KLINE & SPECTER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

THE NINETEENTH FLOOR

1525 LOCUST STREET

PHILADELPHIA, PENNSYLVANIA 19102

DONALD E. HAVILAND, JR.

215-772-1000

FAX: 215-772-1359

Donald.Haviland@klinespecter.com

Direct Fax: 215-735-0957

June 30, 2003

**VIA FEDERAL EXPRESS**

Kimberley Harris, Esquire
**DAVIS POLK & WARDWELL**
450 Lexington Avenue
New York, NY 10017

Re:   *International Union of Operating Engineers, Local No 68 Welfare Fund v. AstraZeneca Pharmaceutical, L.P. et al*

Dear Ms. Harris:

Enclosed please find courtesy copies of the following documents which were filed in the Superior Court of New Jersey, Monmouth County, today:

- A Class Action Complaint, in the matter to be known as International Union of Operating Engineers, Local No. 68 Welfare Fund vs. AstraZeneca Pharmaceuticals, LP, et al and

- An Order to Show Cause With Temporary Restraints, a Memorandum of Law and Certification of Donald E. Haviland, Jr., Esquire in Support Thereof, as well as a Proposed Form of Order.

These pleadings are being served upon you pursuant to the New Jersey Rules Governing Civil Practice, Rule 4:4-4. Kindly advise at your earliest convenience whether you will agree to accept service of the Complaint on behalf of the company (or companies) whom you represent in parallel federal court MDL litigation pending against such company (or companies).

Pursuant to the direction of the Court, your clients, AstraZeneca, PLC, AstraZeneca Pharmaceuticals, LP, AstraZeneca, LP, and Zeneca, Inc. ("AstraZeneca") have until 2:00 p.m. Thursday, July 3, 2003 to respond to the Order to Show Cause with any proposed opposition to the same. The Show Cause hearing will be held on Monday, July 7, 2003 at 1:30 p.m.



**KLINE & SPECTER**
A PROFESSIONAL CORPORATION

Kimberly Harris, Esquire
**DAVIS POLK & WARDWELL**
June 30, 2003
Page 2

Please feel free to call me with any questions you have regarding the foregoing.

Yours sincerely,

DONALD E. HAVILAND, JR.

DEH/jn
Enclosures
cc: John Keefe, Jr., Esquire
    Shanin Specter, Esquire

G:\DEH\WP GENERAL - (200700)\AWP - NJ (200701)\Letters\Davis. Kimberley re Complaint and Order to Show Cause.wpd




# KLINE & SPECTER
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

THE NINETEENTH FLOOR

1525 LOCUST STREET

PHILADELPHIA, PENNSYLVANIA 19102

DONALD E. HAVILAND, JR.
Direct Fax: 215-735-0957

215-772-1000
FAX: 215-772-1359

Donald.Haviland@klinespecter.com

June 30, 2003

<u>VIA FEDERAL EXPRESS</u>

Michael Mustokoff, Esquire
**DUANE MORRIS, LLP**
One Liberty Place, Suite 4200
Philadelphia, PA 19103

Thomas P. McGonigle, Esquire
**DUANE MORRIS LLP**
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246

Re:   *International Union of Operating Engineers, Local No 68 Welfare Fund v. AstraZeneca Pharmaceuticals, L.P., et al*

Dear Counsel:

Enclosed please find courtesy copies of the following documents which were filed in the Superior Court of New Jersey, Monmouth County, today:

- A Class Action Complaint, in the matter to be known as International Union of Operating Engineers, Local No. 68 Welfare Fund vs. AstraZeneca Pharmaceuticals, LP, et al, and

- An Order to Show Cause With Temporary Restraints, a Memorandum of Law and Certification of Donald E. Haviland, Jr., Esquire in Support Thereof, as well as a Proposed Form of Order.

These pleadings are being served upon you pursuant to the New Jersey Rules Governing Civil Practice, Rule 4:4-4. Kindly advise at your earliest convenience whether you will agree to accept service of the Complaint on behalf of your client, Saad Antoun, M.D. whom you represent in his criminal proceedings.

Pursuant to the direction of the Court, Dr. Antoun has until 2:00 p.m. Thursday, July 3, 2003 to respond to the Order to Show Cause with any proposed opposition to the same. The Show Cause hearing will be held on Monday, July 7, 2003 at 1:30 p.m.



**...E & SPECTER**
ROFESSIONAL CORPORATION

Michael Mustokoff, Esquire
Thomas P. McGonigle, Esquire
DUANE MORRIS, LLP
June 30, 2003
Page 2

---

Please call me as soon as possible to discuss the foregoing.

Yours sincerely,

DONALD E. HAVILAND, JR.

DEH/jn
Enclosures
cc: John Keefe, Jr., Esquire
    Shanin Specter, Esquire

G:\DEH\AWP GENERAL - (200700)\AWP - NJ (200701)\Letters\Mustokoff, Michael re Complaint and Order to Show Cause.wpd



# KLINE & SPECTER
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102

DONALD E. HAVILAND, JR.

Direct Fax: 215-735-0957

215-772-1000
FAX: 215-772-1359

Donald.Haviland@klinespecter.com

June 30, 2003

**VIA CERTIFIED MAIL**

To:  All Counsel On The Attached Service List

Re:  *International Union of Operating Engineers, Local No 68 Welfare Fund v. AstraZeneca Pharmaceuticals, L.P., et al*

Dear Counsel:

Enclosed please find courtesy copies of the following documents which were filed in the Superior Court of New Jersey, Monmouth County, today:

- A Class Action Complaint, in the matter to be known as International Union of Operating Engineers, Local No. 68 Welfare Fund vs. AstraZeneca Pharmaceuticals, LP, et al, and

- An Order to Show Cause With Temporary Restraints, a Memorandum of Law and Certification of Donald E. Haviland, Jr., Esquire in Support Thereof, as well as a Proposed Form of Order.

These pleadings are being served upon you pursuant to the New Jersey Rules Governing Civil Practice, Rule 4:4-4. Kindly advise at your earliest convenience whether you will agree to accept service of the Complaint on behalf of the company (or companies) whom you represent in parallel federal court MDL litigation pending against such company or companies.

Yours sincerely,

DONALD E. HAVILAND, JR.

DEH/jn
Enclosures
cc: John Keefe, Jr., Esquire
    Shanin Specter, Esquire

## SERVICE LIST

Re: *International Union of Operating Engineers, Local No 68 Welfare Fund
v. AstraZeneca Pharmaceuticals, L.P., et al.*

Joshua T. Buchman, Esquire
**McDermott, Will & Emery**
227 West Monroe Street
Chicago, IL 60606-5096
National counsel for defendant, Abbott Laboratories

Andrew D. Schau, Esquire
**Patterson, Belknap, Webb & Tyler, LLP**
1133 Ave. of the Americas
New York, NY 10036-6710
National counsel for defendants, Alza Corporation, Johnson & Johnson, Centocor, Inc., Ortho Biotech

Joseph H. Young, Esq.
Steven F. Barley, Esq.
**Hogan & Hartson, LLP**
111 S. Calvert St., Suite 1600
Baltimore, MD 21202
National counsel for defendants, Amgen, Inc., Apothecon, Inc., Bristol-Myers Squibb Company, Aventis Behring L.L.C., Aventis Pharmaceuticals, Inc., Oncology Therapeutics Network Corporation

Steven M. Edwards, Esquire
Lyndon M. Tretter, Esquire
**Hogan & Hartson L.L.P.**
875 Third Avenue
New York, NY 10022
National counsel for defendants, Amgen, Inc., Apothecon, Inc., Bristol-Myers Squibb Company, Aventis Behring L.L.C., Aventis Pharmaceuticals, Inc., Oncology Therapeutics Network Corporation

Kimberly Harris, Esquire
D. Scott Wise, Esquire
**Davis Polk & Wardwell**
450 Lexington Ave.
New York, NY 10017
National counsel for defendants, AstraZeneca, PLC, AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca, Inc.

Merle M. DeLancey, Jr., Esquire
Robert J. Higgins, Esquire
J. Andrew Jackson, Esquire
**Dickstein, Shapiro Morin & Oshinsky, LLP**
2101 L. St. NW
Washington, D.C. 20037
National counsel for defendants, Baxter Healthcare Corporation, Baxter International Inc.

Richard D. Raskin, Esquire
David C. Giardina, Esq.
**Sidley Austin Brown & Wood LLP**
Bank One Plaza
10 S. Dearborn Street, 48th Floor
Chicago, IL 60603
National counsel for defendants, Bayer AG, Bayer Corporation

Paul J. Coval, Esq.
Douglas L. Rogers, Esq.
**Vorys, Sater, Vorys, Sater, Seymour and Pease LLP**
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1003
National counsel for defendants, Bedford Laboratories, Ben Venue Laboratories, Inc., Boehringer Ingelheim Corporation, Roxane Laboratories, Inc.

Stephen M. Hudspeth, Esq.
Darrell Prescott, Esq.
Lisa Lewis, Esq.
Leila Pittaway, Esq.
**Coudert Brothers LLP**
The Grace Building,
1114 Avenue of the Americas
New York, NY 10036-7703
National counsel for defendant, Dey, Inc.

Page 1 of 3




Kathleen M. McGuan, Esq.
Andrew L. Hurst, Esq.
**REED SMITH LLP**
1301 K Street NW
Suite 1100 - East Tower
Washington, DC 20005
National counsel for defendants,
Fujisawa USA, Inc., Fujisawa Healthcare, Inc.,
Fujisawa Pharmaceutical Co., Ltd.

Michael T. Scott, Esq.
**REED SMITH LLP**
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
National counsel for defendants,
Fujisawa USA, Inc., Fujisawa Healthcare, Inc.,
Fujisawa Pharmaceutical Co., Ltd.

Scott A. Stempel, Esquire
**MORGAN, LEWIS & BOCKIUS, LLP**
1111 Pennsylvania Avenue
Washington, DC 20004-2921
National counsel for defendants,
G.D. Searle, Monsanto Company,
Pharmacia Corporation, Pharmacia & Upjohn, Inc.

John C. Dodds, Esquire
**MORGAN, LEWIS & BOCKIUS, LLP**
1701 Market Street
Philadelphia, PA 19103-2921
National counsel for defendants,
G.D. Searle, Monsanto Company,
Pharmacia Corporation, Pharmacia & Upjohn, Inc.

Kirke M. Hasson, Esq.
Albert G. Lin, Esq.
**PILLSBURY WINTHROP, LLP**
50 Fremont Street
San Francisco, CA 94105
National counsel for defendants,
Gensia Sicor Pharmaceuticals, Inc., Sicor, Inc.

Frederick G. Herold, Esquire
**DECHERT, PRICE & RHOADS**
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
National counsel for defendants,
Glaxo Wellcome, Inc., GlaxoSmithKline, P.L.C.,
SmithKline Beecham Corporation

Paul Schleifman, Esquire
**SHOOK, HARDY & BACON, LLP**
One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118
National counsel for defendant,
Hoechst Marion Roussel, Inc.

David J. Burman, Esquire
Kathleen M. O'Sullivan, Esquire
Zoe Philippides, Esquire
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
National counsel for defendant,
Immunex Corporation

Brien T. O'Connor, Esquire
John T. Montgomery, Esquire
Kirsten V. Mayer, Esquire
David C. Potter, Esquire
**ROPES & GRAY**
One International Place
Boston, MA 02110
National counsel for defendants, Schering-Plough
Corporation, Warrick Pharmaceuticals Corporation

Robert R. Stauffer, Esquire
**JENNER & BLOCK**
One IBM Plaza, 45th Floor
330 N. Wabash Ave.
Chicago, IL 60611
National counsel for defendant,
Takeda Chemical Industries, Ltd.

Daniel E. Reidy, Esquire
JONES DAY REAVIS & POGUE
77 West Wacker
Chicago, IL 60601-1692
National counsel for defendant,
TAP Pharmaceutical Products Inc.

S. Craig Holden, Esq.
Connie E. Eiseman, Esq.
OBER, KALER GRIMES & SHRIVER
120 E. Baltimore Street
Baltimore, MD 21202
National counsel for defendants, Wyeth,
Wyeth Pharmaceuticals

Terry K. Sherman, Esquire
52 West Whittier Street
Columbus, OH 43206
National counsel for defendant,
Robert A. Berkman, M.D.

Jack Fernandez, Esquire
ZUCKERMAN, SPAEDER, LLP
101 E. Kennedy Blvd., Suite 1200
Tampa, FL 33602
National counsel for defendant,
Stanley C. Hopkins, M.D.

Thomas P. McGonigle, Esquire
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
National counsel for defendant, Saad Antoun, M.D.

Michael Mustokoff, Esquire
DUANE MORRIS LLP
One Liberty Place, Suite 4200
Philadelphia, PA 19103-7396
National counsel for Saad Antoun, M.D.

Nancy L. Newman, Esquire
KNAPP, PETERSON AND CLARKE
500 North Brand Boulevard, 20th Floor
Glendale, CA 91203
National counsel for defendant,
Alpha Therapeutic Corp.

Colleen M. Hennessey, Esquire
PEABODY & ARNOLD, LLP
30 Rowes Wharf
Boston, MA 02110
National Counsel for defendant,
Hoffman La-Roche, Inc.

David J. Cerveny, Esquire
HALE & DORR, LLP
60 State Street
Boston, MA 02109
National counsel for defendants,
Novartis International AG, Novartis Pharmaceutical
Corp., Sandoz Pharmaceutical Corp.

John M. Spinnato, Vice Pres. & General Counsel
SANOFI-SYNTHELABO INC.
90 Park Avenue
New York, New York 10016
National counsel for defendant,
Sanofi-Synthelabo, Inc.

Dennis M. Duggan, Jr., Esquire
NIXON PEABODY, LLP
101 Federal Street
Boston, MA 02210
National counsel for defendant,
Alpha Therapeutic Corp.

# EXHIBIT 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>International Union of Operating Engineers, Local No. 68 Welfare Fund v. AstraZeneca PLC et al.<br>Civil Action No. 04-11503-PBS ) ) ) ) ) ) ) ) |  |

### AFFIDAVIT OF D. SCOTT WISE IN
### OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

D. SCOTT WISE, being duly sworn, deposes and says:

1. I am a partner at the firm of Davis Polk & Wardwell, attorneys for defendant AstraZeneca Pharmaceuticals L.P. ("AstraZeneca") in the above-captioned action (the "New Jersey Action"). I submit this affidavit in opposition to plaintiff's Motion for Remand.

2. This action was removed to the United States District Court for the District of New Jersey on July 3, 2003. I am familiar with the facts and circumstances surrounding the removal.

3. Nearly all of the corporate defendants in the New Jersey Action are also defendants in the multidistrict litigation captioned *In re Pharmaceutical*

*Industry Average Wholesale Price Litigation*, MDL 1456 ("AWP MDL"), currently pending in this Court. Like the New Jersey Action, the AWP MDL is largely based upon factual allegations regarding the Average Wholesale Prices ("AWP") for the Corporate Defendants' products, as published in certain pharmaceutical pricing compendia.

4. On the morning of July 3, 2003, I sent an email to outside and in-house counsel for those pharmaceutical companies which are defendants in the AWP MDL. That e-mail was an inquiry about the New Jersey Action which ran as follows: "We do not believe that any company has at this point been properly served, but we need to verify this fact. Accordingly, we are asking each of you to inquire and determine whether you believe you have been properly served with process as of today. If you believe you have, please let me know whether you consent to removal."

5. During the morning and throughout the day, numerous counsel responded to the e-mail. Over the course of the day, not one corporate defendant indicated through its counsel that plaintiff had properly served the complaint on that company.

6. Several corporate defendants listed in the complaint were entities that were not listed as defendants in the AWP MDL. Those corporate defendants were: Miles Laboratories, Inc., Cutter Laboratories, Inc., Centeon, LLC, Armour Pharmaceuticals, and Immuno-U.S., Inc. Plaintiff had not provided summons for these defendants or otherwise indicated who represented them.

7. At my direction, an associate at Davis Polk & Wardwell conducted an on-line search to determine if these five corporate entities had merged into other defendants or whether they were subsidiaries of other defendants.

The associate learned that all of the five corporate entities which were researched had been acquired by other defendants.

8. A Davis Polk & Wardwell associate noticed that one of the summons for Defendant Sanofi-Synthelabo Inc. listed an in-house attorney, John M. Spinnato (Vice President and General Counsel), as the counsel of record. On July 3, 2003, the associate called Mr. Spinnato to inquire if Sanofi-Synthelabo Inc. had been properly served. Mr. Spinnato told the associate that his company had not been properly served and, in addition, asked the associate to forward him a copy of the complaint as neither he nor other members of the legal department were aware of it.

9. At or around 10:45 a.m., a Davis Polk & Wardwell associate telephoned Jack Fernandez, Esq., whom plaintiff described as "national counsel" for defendant, Stanley C. Hopkins, M.D. in his summons. That associate reported to me that, when he asked Mr. Fernandez whether his client had been properly served, Mr. Fernandez told him that he did not believe that that was the case.

10. Shortly after his telephone conversation with Mr. Fernandez, the associate telephoned Terry Sherman, Esq., whom plaintiff described as "national counsel" for defendant Robert A. Berkman, M.D. in his summons. The associate reported to me that, like Mr. Fernandez, when asked whether his client had been properly served with the complaint, Mr. Sherman stated that he did not believe that proper service had been achieved. Indeed, the associate reported to me that Mr. Sherman did not seem aware of the complaint at all and asked the associate several questions about it.

11. On July 3, 2003, I telephoned Michael Mustokoff, Esq., whom plaintiff described as "national counsel" for defendant Saad Antoun, M.D. in his

3

summons, to inquire about service. I was informed that Mr. Mustokoff was not available because he was out of the office for a trial.

12. By the e-mail and telephone communications described above, counsel for AstraZeneca conducted a reasonable investigation into whether any defendant had been properly served.

13. Based on the absence of any evidence regarding service, I had no reason to believe that any defendant was properly served by plaintiff as of July 3, 2003.

_____
D. Scott Wise

Sworn to before me this
4th day of May, 2005.

_____
Notary Public

LORETTA RUTIGLIANO
NOTARY PUBLIC, State of New York
No. 24-4996612
Qualified in Kings County
Cert. Filed in New York County
Commission Expires May 18, 20 06

4