# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 ) ) Master File No. 01-CV-12257 ) |
| THIS DOCUMENT RELATES TO: | ) Judge Patti B. Saris ) |
| *County of Westchester v. Abbott Labs., et al.* (S.D.N.Y. No. 03-CV-6178) | ) ) ) |
| *The City of New York v. Abbott Labs., et al.* (S.D.N.Y. No. 03-CV-06054) | ) ) ) |
| *County of Nassau v. Abbott Labs., et al.* (E.D.N.Y. No. 04-CV-5126) | ) ) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please notice the appearance of Rheba Rutkowski and Bingham McCutchen LLP as attorneys for Takeda Pharmaceuticals North America, Inc. in the above-captioned matter.

Respectfully submitted,

By: /s/ Rheba Rutkowski
    Rheba Rutkowski, BBO# 632799
    BINGHAM McCUTCHEN LLP
    150 Federal Street
    Boston, Massachusetts 02210
    tel: (617) 951-8000
    fax: (617) 951-8723

Dated: May 9, 2005

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 9, 2005, a true and correct copy of the foregoing *Notice of Appearance* was served upon all counsel of record by electronic service, in accordance with Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

    /s/ Rheba Rutkowski
    Rheba Rutkowski