UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456<br><br>Master File No. 01-CV-12257<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATED TO: ) *County of Westchester v. Abbott Labs., et al.* ) (S.D.N.Y. No. 03-CV-6178) ) *The City of New York v. Abbott Labs., et al.* ) (S.D.N.Y. No. 03-CV-06054) ) *County of Nassau v. Abbott Labs., et al.* ) (E.D.N.Y. No. CV-04-5126) ) | |

CORPORATE DISCLOSURE STATEMENT
OF TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.

Pursuant to Local Rule 7.3(A) of the United States District Court for the District of Massachusetts, defendant Takeda Pharmaceuticals North America, Inc. ("TPNA"), hereby states:

1. TPNA is a wholly-owned subsidiary of Takeda America Holdings, Inc. ("TAH").

2. No publicly held company owns more than ten percent (10%) of TPNA's stock. (However, TAH is a wholly-owned subsidiary of Takeda Pharmaceutical Company Limited, which is a publicly held Japanese corporation.)

Respectfully submitted,

By: /s/ Rheba Rutkowski
Thomas J. Hennessey, BBO# 559500
Rheba Rutkowski, BBO# 632799
Brandon L. Bigelow, BBO# 651143
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, Massachusetts 02210
tel: (617) 951-8000
fax: (617) 951-8723

Dated: May 9, 2005

LITDOCS/594286.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 9, 2005, a true and correct copy of the foregoing *Corporate Disclosure Statement of Takeda Pharmaceuticals North America, Inc.* was served upon all counsel of record by electronic service, in accordance with Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

      /s/ Rheba Rutkowski
      Rheba Rutkowski