

# Certificate of Good Standing

## United States District Court for the Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify that

Robert R. Stauffer

was duly admitted to practice in this Court on    Feburary 18, 1987

and is currently in good standing as a member of the bar of this Court.

Dated at Chicago on         Michael W. Dobbins, Clerk of Court

March 21, 2005

by    Tiana Davis

Deputy Clerk