-1-

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456<br><br>Master File No. 01-CV-12257<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:  ) ) | |
| *International Union of Operating Engineers, Local NO. 68 Welfare Fund v. AstraZeneca PLC, et al.* (D. Mass. No. 04-11503-PBS) ) ) ) ) | |

### MOTION TO ADMIT ROBERT R. STAUFFER, ANTHONY C. PORCELLI, AND NADA DJORDJEVIC PRO HAC VICE ON BEHALF OF TAKEDA PHARMACEUTICAL COMPANY LTD.

Pursuant to Local Rule 83.5.3 and the Court's Case Management Order No. 1 in the above-captioned matter, the undersigned counsel hereby move that Robert R. Stauffer, Anthony C. Porcelli, and Nada Djordjevic of Jenner & Block LLP, One IBM Plaza, Chicago, Illinois 60611, be permitted to appear and participate in this action *pro hac vice* as counsel for defendant Takeda Pharmaceutical Company Limited (formerly known as Takeda Chemical Industries, Ltd.) in association with the law firm of Bingham McCutchen LLP, by attorneys Thomas J. Hennessey, Rheba Rutkowski, and Brandon L. Bigelow.

-1-

-2-

In support of this Motion, the undersigned counsel state as follows:

1. Thomas J. Hennessey, Rheba Rutkowski, and Brandon L. Bigelow are members of the Bar of this Court and are actively engaged in the practice of law within Massachusetts from the offices of Bingham McCutchen LLP, 150 Federal Street, Boston, Massachusetts.

2. As set forth in the certificate attached hereto as Exhibit A, Robert R. Stauffer is a member in good standing of the Bar of the United States District Court for the Northern District of Illinois, and has been since February 18, 1987.

3. As set forth in the certificate attached hereto as Exhibit B, Anthony C. Porcelli is a member in good standing of the Bar of the United States District Court for the Northern District of Illinois, and has been since January 20, 1995.

4. As set forth in the certificate attached hereto as Exhibit C, Nada Djordjevic is a member in good standing of the Bar of the United States District Court for the Northern District of Illinois, and has been since December 19, 2002.

5. The undersigned are informed that Robert R. Stauffer, Anthony C. Porcelli, and Nada Djordjevic have reviewed and are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

By: /s/ Rheba Rutkowski
Thomas J. Hennessey, BBO# 559500
Rheba Rutkowski, BBO# 632799
Brandon L. Bigelow, BBO# 651143
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, Massachusetts 02210
tel: (617) 951-8000
fax: (617) 951-8723

Dated: May 9, 2005

-3-

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 9, 2005, a true and correct copy of the foregoing *Motion to Admit Robert R. Stauffer, Anthony C. Porcelli, and Nada Djordjevic Pro Hac Vice* was served upon all counsel of record by electronic service, in accordance with Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

      /s/ Rheba Rutkowski
      Rheba Rutkowski