

## Certificate of Good Standing

## United States District Court for the Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify that

Anthony Charles Porcelli

was duly admitted to practice in this Court on    January 20, 1995

and is currently in good standing as a member of the bar of this Court.

Dated at Chicago on      Michael W. Dobbins, Clerk of Court

March 21, 2005

by      Tiana Davis

Deputy Clerk