

# Certificate of Good Standing

## United States District Court for the Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify that

Nada Djordjevic

was duly admitted to practice in this Court on    December 19, 2002

and is currently in good standing as a member of the bar of this Court.

Dated at Chicago on

March 21, 2005

Michael W. Dobbins, Clerk of Court

*Tiana Davis* (signature)
by    Tiana Davis

Deputy Clerk