UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456<br><br>Master File No. 01-CV-12257 |
| THIS DOCUMENT RELATES TO: | ) ) | Judge Patti B. Saris |
| *International Union of Operating Engineers, Local NO. 68 Welfare Fund v. AstraZeneca PLC, et al.,* (D. Mass. No. 04-11503-PBS) | ) ) ) ) ) | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please notice the appearance of Thomas J. Hennessey and Bingham McCutchen LLP as attorneys for Takeda Pharmaceutical Company Limited (formerly known as Takeda Chemical Industries, Ltd.) in the above-captioned matter.

Respectfully submitted,

By: /s/ Thomas J. Hennessey
Thomas J. Hennessey, BBO# 559500
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, Massachusetts 02210
tel: (617) 951-8000
fax: (617) 951-8723

Dated: May 9, 2005

LITDOCS/599905.1

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 9, 2005, a true and correct copy of the foregoing *Notice of Appearance* was served upon all counsel of record by electronic service, in accordance with Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

        /s/ Thomas J. Hennessey
        Thomas J. Hennessey