FOR THE DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE PHARMACEUTICAL INDUSTRY          :
AVERAGE WHOLESALE PRICE                 :
LITIGATION                              :  MDL NO. 1456
                                        :
                                        :  CIVIL ACTION:  01-CV-12257-PBS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THIS DOCUMENT RELATES TO ALL           :  Judge Patti B. Saris
ACTIONS                                 :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for
the District of Massachusetts (the "Local Rules"), Defendant AstraZeneca
Pharmaceuticals LP ("AstraZeneca") hereby moves this Court to grant Monica Lamb
leave to appear and practice in this Court pro hac vice. As grounds for this motion,
AstraZeneca states as follows:

1.     Ms. Lamb is an attorney with the law firm of Davis Polk & Wardwell, 450
Lexington Avenue, New York, New York 10017.

2.     Ms. Lamb is not a member of the Massachusetts Bar or the Bar of the
United States District Court for the District of Massachusetts.

3.     Ms. Lamb has met the requirements to practice before the United States
District for the District of Massachusetts, as set forth in Local Rule 83.5.3. See
Certificate of Ms. Lamb, attached hereto as Exhibit A.

WHEREFORE, AstraZeneca respectfully requests that this Court grant this
motion for Leave to Admit Ms. Lamb, pro hac vice.

Dated:   May 9, 2005

Respectfully submitted,

By:   /s/ Lucy Fowler
      Nicholas C. Theodorou (BBO #495730)
      Lucy Fowler (BBO #647929)
      FOLEY, HOAG & ELIOT L.L.P.
      One Post Office Square
      Boston, Massachusetts 02109
      (617) 832-1000 (Phone)
      (617) 832-7000 (Fax)

      Attorneys for AstraZeneca
      Pharmaceuticals LP

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for defendants conferred with counsel for plaintiff on this motion, and that counsel for plaintiff assented to the motion.

/s/ Lucy Fowler
Lucy Fowler

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on May 9, 2005, a copy to Verilaw Technologies for posting and notification to all parties.

/s/ Lucy Fowler
Lucy Fowler

# EXHIBIT A

CERTIFICATE OF MONICA LAMB

I, Monica Lamb, hereby certify as follows:

1.      I am an associate of the firm of Davis Polk & Wardwell, which is located

at 450 Lexington Avenue, New York, New York 10017.

2.      I have been admitted to practice in the following jurisdictions in the years

indicated:

> State of New York (2003);
> U.S. District Court for the Southern District of New York (2003); and
> U. S. District Court for the Eastern District of New York (2003)

3.      I am an attorney in good standing and eligible to practice in the

above-referenced jurisdictions.

4.      I have not been suspended or disbarred in any jurisdiction, and no

disciplinary actions are pending against me.

5.      Attached hereto as Exhibit 1 is a true and correct copy of my certificate of

good standing from the State of New York.

6.      I am familiar with the Local Rules of the United States District Court for

the District of Massachusetts.

Signed under the pains and penalties of perjury this 4th day of May, 2005.

By: _Monica Lamb_
Monica Lamb

# EXHIBIT ONE

# United States District Court
## Southern District of New York

# Certificate of
# Good Standing

I,  __J. Michael McMahon,__   Clerk of this Court, certify that

MONICA LAMB , Bar # ML6096

was duly admitted  to practice in this Court on

JUNE 17ᵀᴴ, 2003 , and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
New York, New York       on     MAY 5th, 2005

__J. Michael McMahon__   by
Clerk                                            Deputy Clerk