UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____<br>)<br>IN RE PHARMACEUTICAL INDUSTRY   )<br>AVERAGE WHOLESALE PRICE           )<br>LITIGATION                                              )<br>_____)<br>)<br>THIS DOCUMENT RELATES              )<br>TO ALL ACTIONS                               )<br>_____) | MDL No. 1456<br><br>CIVIL ACTION No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

### AMENDED LOCAL RULE 7.3 STATEMENT FOR DEFENDANTS HOFFMANN-LA ROCHE INC. AND ROCHE LABORATORIES INC.

In accordance with the requirements of Local Rule 7.3, Defendants Hoffmann-La Roche Inc. and Roche Laboratories Inc. state as follows:

Roche Laboratories, Inc. is wholly owned by Hoffmann-La Roche Inc., which is wholly owned by Roche Holdings, Inc. (Delaware), which is wholly owned by Roche Holding Ltd. (Basel, Switzerland).  Hoffmann-La Roche Inc. is unaware of any other publicly traded company that owns 10% or more of its stock.

| | |
|---|---|
| May 10, 2005 | Respectfully submitted,<br><br>/s/ Colleen M. Hennessey<br>_____<br>Colleen M. Hennessey<br>PEABODY & ARNOLD LLP<br>30 Rowes Wharf<br>Boston, MA 02110<br>617-951-2008<br><br>Kevin R. Sullivan<br>Grace Rodriguez<br>John D. Shakow<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue NW<br>Washington, DC 20006 |