UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
IN RE PHARMACEUTICAL INDUSTRY       )    MDL No. 1456
AVERAGE WHOLESALE PRICE             )
LITIGATION                          )    CIVIL ACTION No. 01-CV-12257-PBS
_____)
                                    )    Judge Patti B. Saris
THIS DOCUMENT RELATES               )
TO ALL ACTIONS                      )
_____)

## AMENDED LOCAL RULE 7.3 STATEMENT FOR DEFENDANT SANOFI-SYNTHELABO INC.

In accordance with the requirements of Local Rule 7.3, Defendant Sanofi-Synthélabo Inc. states as follows:

Sanofi-Synthélabo Inc. is wholly owned by Paris-based sanofi-aventis, formerly known as Sanofi-Synthelabo. Sanofi-aventis is aware of two publicly-traded companies, Total S.A. and L'Oréal S.A., that own more than 10% of its stock.

May 10, 2005                              Respectfully submitted,

                                          /s/ Colleen M. Hennessey
                                          _____
                                          Colleen M. Hennessey
                                          PEABODY & ARNOLD LLP
                                          30 Rowes Wharf
                                          Boston, MA 02110
                                          617-951-2008

                                          Kevin R. Sullivan
                                          Grace Rodriguez
                                          John D. Shakow
                                          KING & SPALDING LLP
                                          1700 Pennsylvania Avenue NW
                                          Washington, DC 20006