UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br><br>Master File No. 01-CV-12257 |
| THIS DOCUMENT RELATES TO: )<br>*International Union of Operating Engineers,* )<br>*Local NO. 68 Welfare Fund v. AstraZeneca* )<br>*PLC, et al.,* )<br>(D. Mass. No. 04-11503-PBS) ) | Judge Patti B. Saris |

**TAKEDA PHARMACEUTICAL COMPANY LIMITED'S
MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Pursuant to Local Rule 83.5.2(c), Takeda Pharmaceutical Company Limited ("Takeda") respectfully moves this Court to allow the withdrawal of Martin F. Murphy, and substitution of Thomas J. Hennessey, as its counsel in the above-captioned matter. In support of this motion, Takeda states the following:

1. In April 2005, Mr. Murphy left Bingham McCutchen LLP, which serves as counsel to Takeda. Takeda has retained Bingham McCutchen LLP partner Thomas J. Hennessey to serve as its counsel.

2. Mr. Hennessey, along with Rheba Rutkowski and Brandon L. Bigelow at Bingham McCutchen LLP, have noticed their appearances on behalf of Takeda, and Takeda will continue to be represented by Bingham McCutchen LLP.

3. Robert R. Stauffer, Anthony C. Porcelli, and Nada Djordjevic from Jenner & Block LLP also continue to represent Takeda, and have been admitted pro hac vice in the above-referenced matter.

4. No party will be prejudiced by allowance of this motion.

WHEREFORE, Takeda Pharmaceutical Company Limited respectfully moves this Court to allow the withdrawal of Martin F. Murphy as its counsel in the above-captioned matter.

          Respectfully submitted,

          **TAKEDA PHARMACEUTICAL COMPANY LTD.,**

          By: /s/ Brandon L. Bigelow
             Thomas J. Hennessey, BBO# 559500
             Rheba Rutkowski, BBO# 632799
             Brandon L. Bigelow, BBO# 651143
             BINGHAM McCUTCHEN LLP
             150 Federal Street
             Boston, Massachusetts 02210
             tel:  (617) 951-8000
             fax: (617) 951-8723

May 16, 2005

## CERTIFICATE OF SERVICE

     I hereby certify that on May 16, 2005, a true and correct copy of the foregoing *Motion to Withdrawal and Substitution of Counsel* was served upon all counsel of record by electronic service, in accordance with Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

          /s/ Brandon L. Bigelow
          Brandon L. Bigelow