UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

### NOTICE OF APPEARANCE FOR DEFENDANT UCB PHARMA INC.

**To the Clerk of the Above-Named Court:**

Please enter the appearance of Colleen M. Hennessey, of the law firm Peabody & Arnold LLP, and of Kevin R. Sullivan, Grace Rodriguez, and John D. Shakow, of the law firm King & Spalding LLP, on behalf of Defendant UCB Pharma, Inc.

May 17, 2005

Respectfully submitted,

/s/ Colleen M. Hennessey

Colleen M. Hennessey
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
617-951-2008

Kevin R. Sullivan
Grace Rodriguez
John D. Shakow
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: 202-737-0500
Facsimile: 202-626-3737

Attorneys for Defendant UCB Pharma, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on May , 2005, I caused true and accurate copies of the following to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456:

Notice of Appearance for Defendant UCB Pharma Inc.

_____
Colleen M. Hennessey