UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br><br> CIVIL ACTION No. 01-CV-12257-PBS <br><br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## LOCAL RULE 7.3 STATEMENT FOR DEFENDANT UCB PHARMA, INC.

In accordance with the requirements of Local Rule 7.3, Defendant UCB Pharma, Inc. states as follows:

UCB Pharma, Inc. certifies that UCB Pharma, Inc. has one parent corporation, UCB, Inc. No other publicly traded company owns 10% or more of UCB Pharma, Inc.

May 17, 2005

Respectfully submitted,

/s/ Colleen M. Hennessey

Colleen M. Hennessey
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
Telephone: 617-951-2008

Kevin R. Sullivan
Grace Rodriguez
John D. Shakow
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: 202-737-0500
Facsimile: 202-626-3737

Attorneys for Defendant UCB Pharma, Inc.