UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAY 12  P 3: 05

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> International Union of Operating ) <br> Engineers, Local No. 68 Welfare ) <br> Fund v. AstraZeneca PLC et al. ) <br> Civil Action No. 04-11503-PBS ) <br> ) | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS |

## DEFENDANTS WYETH AND WYETH PHARMACEUTICALS LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), defendants Wyeth and Wyeth Pharmaceuticals and its attorneys hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- for the above-captioned litigation and have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

By its attorneys:

S/ Craig Holden
Kelly J. Davidson
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland 21202
Telephone: (410) 685-1120
Facsimile: (410) 547-0699

WYETH
WYETH PHARMACEUTICALS

Mark Lynch
Senior Corporate Counsel –
Litigation