UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |

**[PROPOSED] ORDER GRANTING B. BRAUN MEDICAL INC.'S MOTION FOR A PROTECTIVE ORDER STAYING DISCOVERY PENDING RESOLUTION OF ITS MOTION TO DISMISS**

THIS MATTER is before the Court on B. Braun Medical Inc.'s motion for a protective order staying discovery pending resolution of its motion to dismiss the Second Amended Master Consolidated Class Action Complaint. The Court, upon due consideration, hereby orders as follows:

B. Braun Medical Inc.'s Motion for Protective Order Staying Discovery Pending Resolution of Its Motion to Dismiss is GRANTED.

IT IS SO ORDERED.

Dated: _____                          _____
                                                Hon. Marianne B. Bowler
                                                Chief United States Magistrate Judge