UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br>Master File No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>State of California, *ex rel.* Ven-A-Care v.<br>Abbott Laboratories, *et al.*<br>CASE #: 1:03-cv-11226-PBS ) ) ) ) ) ) | |

### STATE OF CALIFORNIA'S AND RELATOR'S STATUS REPORT JUNE 1, 2005

The undersigned counsel, on behalf of plaintiffs STATE OF CALIFORNIA ("CALIFORNIA") and Relator, VEN-A-CARE OF THE FLORIDA KEYS, INC. ("VEN-A-CARE" or "RELATOR"), hereby submit the attached Status Report to the Court in accordance with the Court's June 17, 2004 Procedural Order.

Respectfully submitted,

BILL LOCKYER
Attorney General for the State of California

Dated: June 1, 2005            By: _____
                                BRIAN V. FRANKEL
                                CA State Bar No.: 116802
                                Supervising Deputy Attorney General
                                Bureau of Medi-Cal Fraud & Elder Abuse
                                OFFICE OF THE ATTORNEY GENERAL
                                California Department of Justice
                                1455 Frazee Road, Suite 315
                                San Diego, California 92108
                                Tel: (619) 688-6065
                                Fax: (619) 688-4200

**Attorneys for Plaintiff,
STATE OF CALIFORNIA**

-2-

THE BREEN LAW FIRM, P.A.

Dated: June 1, 2005				By:	/s/ James J. Breen
						JAMES J. BREEN
						FL Bar No. 297178
						5755 No. Point Parkway, Suite 39
						Alpharetta, Georgia 30022
						Tel: (770) 740-0008
						Fax: (770) 740-9109

						**Attorneys for Relator,**
						**VEN-A-CARE OF THE FLORIDA KEYS, INC.**

## MDL 1456 Status Report
### State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories, *et al.*
### Case No.:  1:03-cv-11226-PBS

**Complaint-in-Intervention:**

Plaintiffs intend to file an amended Complaint-in-Intervention, pursuant to the Federal Rules of Civil Procedure, which will supersede the original Complaint-in-Intervention filed against defendants ABBOTT LABORATORIES, INC., WYETH INC., and WYETH PHARMACEUTICALS, INC. in California State Court on January 7, 2003.  Plaintiffs are working on finalizing the amended Complaint-in-Intervention, and expect it to be filed soon.

**Anticipated Filings:**

The Attorney General of California will file additional motions, under seal, as are necessary to fully and effectively prosecute this case under the California False Claims Act (Cal. Gov't. Code §§ 12650, *et seq.*).  In addition, plaintiffs will request a Status Conference and the entry of a Case Management Order by a motion to be filed shortly after the filing of the amended Complaint-in-Intervention.

**CERTIFICATE OF SERVICE**

I, Brian V. Frankel, hereby certify that on June 1, 2005, I caused a true and correct copy of the foregoing, **STATE OF CALIFORNIA'S AND RELATOR'S STATUS REPORT JUNE 1, 2005,** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to Verilaw Technologies (or LexisNexis File & Serve, Verilaw's successor) for posting and notification to all parties.

Dated: June 1, 2005

_____
BRIAN V. FRANKEL
Supervising Deputy Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
OFFICE OF THE ATTORNEY GENERAL
California Department of Justice
1455 Frazee Road, Suite 315
San Diego, CA  92108
Tel: (619) 688-6065
Fax: (619) 688-4200