**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---------------------------------------------------------------x
           :
           :
IN RE PHARMACEUTICAL INDUSTRY     :
AVERGAE WHOLESALE PRICE LITIGATION  :      **01-12257 PBS**
           :
           :
           :
           :
           :
---------------------------------------------------------------x

# AFFIDAVITS OF SERVICE

**Kirby McInerney & Squire, LLP**
**830 Third Avenue, 10th Floor**
**New York, NY 10022**
**(212) 371-6600**

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Massachusetts

*FILED IN CLERKS OFFICE*

*2005 MAY 27 P 12: 29*

*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

Case Number: 01-12257 PBS

Plaintiff:
**IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION**

vs.

Defendant:

For:
Joanne M. Cicala
KIRBY MCINERNEY & SQUIRE, LLP

Received by PREEMPTIVE PROCESS SERVERS & ATTORNEY'S on the 23rd day of February, 2005 at 9:58 pm to be served on **ADNRX CORPORATION  4955 ORANGE DRIVE  DAVIE, FL  33314**.

I, Julio C. Cerra, being duly sworn, depose and say that on the **25th day of February, 2005 at 11:55 am, I:**

Served the within named corporation by delivering a true copy of the **Summons in a Civil Case and Amended Complaint with Exhibits that relates to: County of Westchester v. Abbott Laboratories, Inc., et al.,** with the date and hour of service endorsed thereon by me to KARINA DEWINDT as PARALEGAL of the within named corporation, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
The defendant is no longer at the above address; located and served at 8151 Peters Road  Plantation, FL  33324.

**Description** of Person Served:  Age: 30,  Sex: F,  Race/Skin Color: White,  Height: 5'4",  Weight: 120,  Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 3rd day of March, 2005 by the affiant who is personally known to me.

NOTARY PUBLIC

JOHN P. JULIEN
COMMISSION DD243403
EXPIRES MAY 11 2005
BONDED THRU
ADVANTAGE NOTARY

Julio C. Cerra
Bso Appt. #455

**PREEMPTIVE PROCESS SERVERS & ATTORNEY'S**
**193-02 120th Avenue**
**St. Albans, NY  11412**
**(718) 341-9960**

Our Job Serial Number: 2005000447

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5h

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Massachusetts

Case Number: 01-12257 PBS

*FILED IN CLERKS OFFICE*

*2005 MAY 27  P 12: 29*

Plaintiff:
**IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION**

*U.S. DISTRICT COURT DISTRICT OF MASS*

vs.

Defendant:

For:
Joanne M. Cicala
KIRBY MCINERNEY & SQUIRE, LLP

Received by PREEMPTIVE PROCESS SERVERS & ATTORNEY'S on the 23rd day of February, 2005 at 9:58 pm to be served on **ADNRX CORPORATION  4955 ORANGE DRIVE  DAVIE, FL  33314.**

I, Julio C. Cerra, being duly sworn, depose and say that on the **25th day of February, 2005** at **11:55 am, I:**

Served the within named corporation by delivering a true copy of the **Summons in a Civil Case and Amended Complaint with Exhibits that relates to: County of Westchester v. Abbott Laboratories, Inc., et al.,** with the date and hour of service endorsed thereon by me to KARINA DEWINDT as PARALEGAL of the within named corporation, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
The defendant is no longer at the above address; located and served at 8151 Peters Road  Plantation, FL  33324.

**Description** of Person Served:  Age: 30,  Sex: F,  Race/Skin Color: White,  Height: 5'4",  Weight: 120,  Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 3rd day of March, 2005 by the affiant who is personally known to me.

NOTARY PUBLIC

JOHN P. JUBEN
NOTARY PUBLIC
COMMISSION DD362403
EXPIRES MAY 11 2009
BONDED THROUGH
ADVANTAGE NOTARY

Julio C. Cerra
Bso Appt. #455

**PREEMPTIVE PROCESS SERVERS & ATTORNEY'S**
**193-02 120th Avenue**
**St. Albans, NY  11412**
**(718) 341-9960**

Our Job Serial Number: 2005000447

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5h

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Massachusetts

*FILED
IN CLERKS OFFICE
2005 MAY 27 P 12: 29
U.S. DISTRICT
DISTRICT OF MASS*

Case Number: 01-12257 PBS

Plaintiff:
**IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION**

vs.

Defendant:

For:
Joanne M. Cicala
KIRBY MCINERNEY & SQUIRE, LLP

Received by PREEMPTIVE PROCESS SERVERS & ATTORNEY'S on the 23rd day of February, 2005 at 9:58 pm to be served on **ADNRX CORPORATION  4955 ORANGE DRIVE  DAVIE, FL  33314**.

I, Julio C. Cerra, being duly sworn, depose and say that on the **25th day of February, 2005** at **11:55 am, I:**

Served the within named corporation by delivering a true copy of the **Summons in a Civil Case and Amended Complaint with Exhibits that relates to: County of Westchester v. Abbott Laboratories, Inc., et al.,** with the date and hour of service endorsed thereon by me to KARINA DEWINDT as PARALEGAL of the within named corporation, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
The defendant is no longer at the above address; located and served at 8151 Peters Road  Plantation, FL  33324.

**Description** of Person Served:  Age: 30,  Sex: F,  Race/Skin Color: White,  Height: 5'4",  Weight: 120,  Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 3rd day of March, 2005 by the affiant who is personally known to me.

NOTARY PUBLIC

Julio C. Cerra
Bso Appt. #455

**PREEMPTIVE PROCESS SERVERS & ATTORNEY'S**
**193-02 120th Avenue**
**St. Albans, NY  11412**
**(718) 341-9960**

Our Job Serial Number: 2005000447

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5h

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Massachusetts

*FILED IN CLERKS OFFICE*
*2005 MAY 27 P 12: 29*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

Case Number: 01-12257 PBS

Plaintiff:
**IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION**

vs.

Defendant:

For:
Joanne M. Cicala
KIRBY MCINERNEY & SQUIRE, LLP

Received by PREEMPTIVE PROCESS SERVERS & ATTORNEY'S on the 23rd day of February, 2005 at 9:58 pm to be served on **ADNRX CORPORATION  4955 ORANGE DRIVE  DAVIE, FL  33314.**

I, Julio C. Cerra, being duly sworn, depose and say that on the **25th day of February, 2005 at 11:55 am, I:**

Served the within named corporation by delivering a true copy of the **Summons in a Civil Case and Amended Complaint with Exhibits that relates to: County of Rockland v. Abbott Laboratories, Inc., et al.,** with the date and hour of service endorsed thereon by me to KARINA DEWINDT as PARALEGAL of the within named corporation, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
The defendant is no longer at the above address; located and served at 8151 Peters Road  Plantation, FL  33324.

**Description** of Person Served:  Age: 30,  Sex: F,  Race/Skin Color: White,  Height: 5'4",  Weight: 120,  Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Julio C. Cerra
Bse Appt. #455

Subscribed and Sworn to before me on the 3rd day of March, 2005 by the affiant who is personally known to me.

NOTARY PUBLIC

JOHN P. JULIEN
COMMISSION DD292...
EXPIRES...
STATE OF FLORIDA
NOTARY

**PREEMPTIVE PROCESS SERVERS & ATTORNEY'S**
**193-02 120th Avenue**
**St. Albans, NY  11412**
**(718) 341-9960**

Our Job Serial Number: 2005000446

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5h

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Massachusetts

Case Number: 01-12257 PBS

Plaintiff:
**IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE
LITIGATION**

vs.

Defendant:

For:
Joanne M. Cicala
KIRBY MCINERNEY & SQUIRE, LLP

Received by PREEMPTIVE PROCESS SERVERS & ATTORNEY'S on the 23rd day of February, 2005 at 9:58 pm
to be served on **ADNRX CORPORATION  4955 ORANGE DRIVE  DAVIE, FL  33314.**

I, Julio C. Cerra, being duly sworn, depose and say that on the **25th day of February, 2005 at 11:55 am, I:**

Served the within named corporation by delivering a true copy of the **Summons in a Civil Case and Amended
Complaint with Exhibits that relates to: County of Westchester v. Abbott Laboratories, Inc., et al.,** with the
date and hour of service endorsed thereon by me to KARINA DEWINDT as PARALEGAL of the within named
corporation, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
The defendant is no longer at the above address; located and served at 8151 Peters Road  Plantation, FL  33324.

**Description** of Person Served:  Age: 30,  Sex: F,  Race/Skin Color: White,  Height: 5'4",  Weight: 120,  Hair: Brown,
Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in
good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 3rd day of
March, 2005 by the affiant who is personally known to
me.

NOTARY PUBLIC

JOHN P. JUDEN
NOTARY PUBLIC
STATE OF
FLORIDA
COMMISSION DD042098
EXPIRES MAY 11, 2008

Julio C. Cerra
Bso Appt. #455

**PREEMPTIVE PROCESS SERVERS & ATTORNEY'S**
193-02 120th Avenue
St. Albans, NY  11412
(718) 341-9960

Our Job Serial Number: 2005000447

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5h

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Massachusetts

FILED
IN CLERKS OFFICE

Case Number: 01-12257 PBS

2005 MAY 27  P 12: 29

Plaintiff:
**IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION**

U.S. DISTRICT COURT
DISTRICT OF MASS

vs.
Defendant:

For:
Joanne M. Cicala
KIRBY MCINERNEY & SQUIRE, LLP

Received by PREEMPTIVE PROCESS SERVERS & ATTORNEY'S on the 23rd day of February, 2005 at 9:58 pm to be served on **ADNRX CORPORATION  4955 ORANGE DRIVE  DAVIE, FL  33314.**

I, Julio C. Cerra, being duly sworn, depose and say that on the **25th day of February, 2005** at 11:55 am, I:

Served the within named corporation by delivering a true copy of the **Summons in a Civil Case and Amended Complaint with Exhibits that relates to: County of Rockland v. Abbott Laboratories, Inc., et al.,** with the date and hour of service endorsed thereon by me to KARINA DEWINDT as PARALEGAL of the within named corporation, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
The defendant is no longer at the above address; located and served at 8151 Peters Road  Plantation, FL  33324.

**Description** of Person Served:  Age: 30,  Sex: F,  Race/Skin Color: White,  Height: 5'4",  Weight: 120,  Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Julio C. Cerra
Bso Appt. #455

Subscribed and Sworn to before me on the 3rd day of March, 2005 by the affiant who is personally known to me

NOTARY PUBLIC

JOHN P. JULIEN
COMMISSION DD022435
EXPIRES MAY 11 2005
BONDED THROUGH
ADVANTAGE NOTARY

**PREEMPTIVE PROCESS SERVERS & ATTORNEY'S**
**193-02 120th Avenue**
**St. Albans, NY  11412**
**(718) 341-9960**

Our Job Serial Number: 2005000446

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5h

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS          FILED
-------------------------------------------IN CLERKS OFFICE
IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION
                          2005 MAY 27   P 12: 29  Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:  U.S. DISTRICT COURT
                           DISTRICT OF MASS

**COUNTY OF WESTCHESTER** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178
----------------------------------------------------------------x
STATE OF                        )
                                ) ss.:
COUNTY                          )

_____ John Reed _____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_New Jersey_

On _Monday_, February _14_, 2005, at approximately _2:30_ pm. at
_300-400 Somerset Corp. Blvd. Budgewater, NJ_ Deponent served the within

Amended Summons in a Civil Case and Amended Complaint upon _Aventis Pharmaceutic_

by delivering to and leaving with _Laura Nigro_ _____ (Person served),

_Legal Asst_ (Title). a true and correct copy of said document. At the time of said

service, (Person served) _Laura Nigro_ stated that (s) he was duly authorized to

accept service of legal process for _Aventis Pharmaceutical_.

_Laura Nigro_ (Person served) is described as a _fe_ male,

approximately _35_ years of age, _100_ lbs. _5'6"_ tall, with _Red/Brn_ hair. (other features)

_____
(PROCESS SERVER'S SIGNATURE)
           John Reed
           Print Name

Sworn to before me this
_11_ day of February, 2005

_____
DACIEN J. MULLEN
MY COMMISSION EXPIRES
Notary Public
JUNE 1, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

FILED
CLERKS OFFICE

Index No. 01-12257 PBS

2005 MAY 27  P 12: 31

U.S. DISTRICT COURT
DISTRICT OF MASS

THIS DOCUMENT RELATES TO:

**COUNTY OF WESTCHESTER** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178

-------------------------------------------------------------------x

STATE OF MISSOURI   )

COUNTY Jefferson   ) ss.:

_Fred Locke ✓ Ron White_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Missouri.

On Friday, February 11, 2005, at approximately 2:11 p.m. at 2503 Hanley Road, St.

Louis, MO 63144, Deponent served the within Amended Summons in a Civil Case and Amended

Complaint upon Ethex Corp., by delivering to and leaving with Shelley A. Smugala, Paralegal, a true

and correct copy of said documents. At the time of said service, Shelley A. Smugala stated that she was

authorized to accept service of legal process for Ethex Corp.

Shelley A. Smugala is described as a white female, approximately 5'7" tall, 128 lbs., 34-

38 years old and has dark hair.

_____
(PROCESS SERVER'S SIGNATURE)

Sworn to before me this
_11th_ day of February, 2005

_____
Notary Public

```
LIBERTY KING
Notary Public - Notary Seal
State of Missouri
County of Jefferson
My Commission Exp. 08/26/2005
```

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
---------------------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

COUNTY OF ROCKLAND v. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178
---------------------------------------------------------------------------x

STATE OF MISSOURI   )

COUNTY Jefferson   ) ss.:

_Fred Locke & Ron White_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of Missouri.

On Friday, February 11, 2005, at approximately 2:11 p.m. at 2503 Hanley Road, St. Louis, MO 63144, Deponent served the within Amended Summons in a Civil Case and Amended Complaint upon Ethex Corp., by delivering to and leaving with Shelley A. Smugala, Paralegal, a true and correct copy of said documents. At the time of said service, Shelley A. Smugala stated that she was authorized to accept service of legal process for Ethex Corp.

Shelley A. Smugala is described as a white female, approximately 5'7" tall, 128 lbs., 34-38 years old and has dark hair.

_(signature)_
_____
(PROCESS SERVER'S SIGNATURE)
_(signature)_

Sworn to before me this
11th day of February, 2005

_(signature)_
_____
Notary Public

```
LIBERTY KING
Notary Public - Notary Seal
State of Missouri
County of Jefferson
My Commission Exp. 08/26/2005
```

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COUNTY OF WESTCHESTER

CLIENT: Preemptive Process Servers, Inc.

Plaintiff(s), Petitioner(s)

INDEX NO.: 01-12257PBS

*against*

FILED
IN CLERKS OFFICE

ABBOTT LABORATORIES, INC., ET AL

Defendant(s), Respondent(s)

2005 MAY 27 P 12: 29

**AFFIDAVIT OF SERVICE**

U.S. DISTRICT COURT
DISTRICT OF MASS

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Rich Zechiel being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Manchester, CT.

Furthermore, that on **February 15, 2005 at 2:05 PM at c/o CT Corporation Systems, One Commercial Plaza, Hartford, CT 06103**, deponent served the **Summons In a Civil Case; Amended Complaint** upon **Boehringer Ingelheim Pharmaceuticals, Inc.**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each **Summons In a Civil Case; Amended Complaint** with **Gary Scappini** a person who is known to be the **Manager** of said corporation and/or company, and who is authorized by said corporation and/or company to receive said **Summons In a Civil Case; Amended Complaint**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Male** Skin: **White** Hair: **Gray** Age(Approx): **36-50** Height(Approx): **5'9" - 6'** Weight(Approx): **161-200 lbs**
Other: **Glasses**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Rich Zechiel, Private Process Server

Sworn to before me on February 15, 2005

Notary Public
My Commission Expires: 08/31/2009

KEITH D. NIZIANKIEWICZ
NOTARY PUBLIC
CONNECTICUT

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLIENT: Preemptive Process Servers, Inc.

COUNTY OF WESTCHESTER

Plaintiff(s), Petitioner(s)

INDEX NO.: 01-12257PBS

FILED
IN CLERKS OFFICE

against

ABBOTT LABORATORIES, INC., ET AL

Defendant(s), Respondent(s)

2005 MAY 27  P 12: 29  **AFFIDAVIT OF SERVICE**

U.S. DISTRICT COURT
DISTRICT OF MASS

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Michael Walton being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Manchester, CT.

Furthermore, that on **March 9, 2005 at 12:00 PM at c/o CT Corporation Systems, One Commercial Plaza, Hartford, CT 06103,** deponent served the **Summons;  In a Civil Case; Amended Complaint**  upon **Boehringer Ingelheim Pharmaceuticals, Inc.**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each **Summons;  In a Civil Case; Amended Complaint**  with **Mary Foran** a person who is known to be the **Information Specialist** of said corporation and/or company, and who is authorized by said corporation and/or company to receive said **Summons;  In a Civil Case; Amended Complaint** .

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex:  **Female** Skin:  **White** Hair:  **Brown** Age(Approx):  **36-50** Height(Approx):  **5'4" - 5'8"** Weight(Approx):  **131-160lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Michael Walton, Private Process Server

Sworn to before me on March 9, 2005

Notary Public
My Commission Expires: 08/31/2009

KEITH D. NIZIANKIEWICZ
NOTARY PUBLIC
CONNECTICUT

# Lawyers Support Service, LLC

*FILED IN CLERKS OFFICE*
*2005 MAY 27 P 12: 29*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

3149 Dundee Road, Suite 323
Northbrook, IL 60062
888-206-9858
Fax 888-566-8069

### UNITED STATED DISTRICT COURT

Case No.: 03CV6178

### AFFIDAVIT OF SPECIAL PROCESS SERVER

SCOTT GARLAND being first duly sworn on oath deposes and says that he/she was appointed by the Court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee of Shadow Investigations, LLC., Department of Professional Regulation number 117-001147.

___   I.   That he/she served the within AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT on the within named defendant, BAXTER HEALTHCARE CORPORATION, by leaving a copy of each with the said defendant personally on 03/17/2005.

___   II.   That he/she served the within AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT on the within named defendant, BAXTER HEALTHCARE CORPORATION, by leaving a copy of each at his/her usual place of abode with MARCIA MELCHIN, AUTHORIZED AGENT, a person of the family age of 13 years or upwards and informed that person of the contents thereof on 03/17/2005, and that further he/she mailed a copy of each in a sealed envelope with postage paid addressed to the defendant BAXTER HEALTHCARE CORPORATION at his/her usual place of abode on _____.

**X**   III.   That he/she served the within AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT on the within named corporate defendant, BAXTER HEALTHCARE CORPORATION, by leaving a copy of each with MARCIA MELCHIN, AUTHORIZED AGENT, a person authorized to accept service and informed that person of the contents thereof on 03/17/2005.

**X**   IV.   (a) That the sex, race and approximate age of the defendant or other person with whom he/she left the AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT are as follows:
**Sex:** FEMALE   **Skin:** WHITE   **Approximate Age:** 45
(b) That the place where (if possible in terms of an exact street address) and the date and time of the day when the AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT was left with the defendant or other person are as follows:
**Place:** ONE BAXTER PARKWAY, DEERFIELD, IL, 60015
**Date:** 03/17/2005   **Time of Day:** 15:32

___   V.   That he/she was unable to serve the within named defendant.

**Comments:**

Subscribed and sworn before me this
Date: 03/23/2005

File Number: 01-12257PBS

_____
Signature of Process Server

_____
Signature of Notary Public

OFFICIAL SEAL
HEATHER M LANGE
NOTARY PUBLIC · STATE OF ILLINOIS
MY COMMISSION EXPIRES.06/04/08

# Lawyers Support Service, LLC

3149 Dundee Road, Suite 323
Northbrook, IL 60062
888-206-9858
Fax 888-566-8069

## UNITED STATED DISTRICT COURT

**Case No.: 03CV6178**

### AFFIDAVIT OF SPECIAL PROCESS SERVER

SCOTT GARLAND being first duly sworn on oath deposes and says that he/she was appointed by the Court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee of Shadow Investigations, LLC., Department of Professional Regulation number 117-001147.

___  I.   That he/she served the within AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT on the within named defendant, BAXTER INTERNATIONAL, INC., by leaving a copy of each with the said defendant personally on 03/17/2005.

___  II.  That he/she served the within AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT on the within named defendant, BAXTER INTERNATIONAL, INC., by leaving a copy of each at his/her usual place of abode with MARCIA MELCHIN, AUTHORIZED AGENT, a person of the family age of 13 years or upwards and informed that person of the contents thereof on 03/17/2005, and that further he/she mailed a copy of each in a sealed envelope with postage paid addressed to the defendant BAXTER INTERNATIONAL, INC. at his/her usual place of abode on _____.

__X__  III. That he/she served the within AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT on the within named corporate defendant, BAXTER INTERNATIONAL, INC., by leaving a copy of each with MARCIA MELCHIN, AUTHORIZED AGENT, a person authorized to accept service and informed that person of the contents thereof on 03/17/2005.

__X__  IV.  (a) That the sex, race and approximate age of the defendant or other person with whom he/she left the AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT are as follows:
   **Sex:** FEMALE  **Skin:** WHITE  **Approximate Age:** 45
   (b) That the place where (if possible in terms of an exact street address) and the date and time of the day when the AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT was left with the defendant or other person are as follows:
   **Place:** ONE BAXTER PARKWAY, DEERFIELD, IL, 60015
   **Date:** 03/17/2005  **Time of Day:** 15:32

___  V.   That he/she was unable to serve the within named defendant.

**Comments:**

Subscribed and sworn before me this
Date: 03/23/2005

File Number: 01-12257PBS

Signature of Process Server

Signature of Notary Public

OFFICIAL SEAL
HEATHER M LANGE
NOTARY PUBLIC  STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/04/08

# Lawyers Support Service, LLC

3149 Dundee Road, Suite 323
Northbrook, IL 60062
888-206-9858
Fax 888-566-8069

### UNITED STATED DISTRICT COURT

**Case No.: 03CV6178**

### AFFIDAVIT OF SPECIAL PROCESS SERVER

SCOTT GARLAND being first duly sworn on oath deposes and says that he/she was appointed by the Court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee of Shadow Investigations, LLC., Department of Professional Regulation number 117-001147.

___   I.     That he/she served the within AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT on the within named defendant, FUJISAWA USA, INC., by leaving a copy of each with the said defendant personally on 03/17/2005.

___   II.    That he/she served the within AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT on the within named defendant, FUJISAWA USA, INC., by leaving a copy of each at his/her usual place of abode with CATHERINE WERTJES, ASSOCIATE GENERAL COUNSEL, a person of the family age of 13 years or upwards and informed that person of the contents thereof on 03/17/2005, and that further he/she mailed a copy of each in a sealed envelope with postage paid addressed to the defendant FUJISAWA USA, INC. at his/her usual place of abode on _____.

**X**   III.   That he/she served the within AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT on the within named corporate defendant, FUJISAWA USA, INC., by leaving a copy of each with CATHERINE WERTJES, ASSOCIATE GENERAL COUNSEL, a person authorized to accept service and informed that person of the contents thereof on 03/17/2005.

**X**   IV.   (a) That the sex, race and approximate age of the defendant or other person with whom he/she left the AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT are as follows:
        **Sex:** FEMALE  **Skin:** WHITE  **Approximate Age:** 50
        (b) That the place where (if possible in terms of an exact street address) and the date and time of the day when the AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT was left with the defendant or other person are as follows:
        **Place:** THREE PARKWAY NORTH, DEERFIELD, IL, 60015
        **Date:** 03/17/2005  **Time of Day:** 15:50

___   V.    That he/she was unable to serve the within named defendant.

**Comments:**

Subscribed and sworn before me this
Date: 03/23/2005

File Number: 01-12257PBS

_____
Signature of Process Server

_____
Signature of Notary Public

OFFICIAL SEAL
HEATHER M LANGE
NOTARY PUBLIC  STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/04/08

# Lawyers Support Service, LLC

3149 Dundee Road, Suite 323
Northbrook, IL 60062
888-206-9858
Fax 888-566-8069

## UNITED STATES DISTRICT COURT

**Case No.: 05CV0088**

### AFFIDAVIT OF SPECIAL PROCESS SERVER

SCOTT GARLAND being first duly sworn on oath deposes and says that he/she was appointed by the Court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee of Shadow Investigations, LLC., Department of Professional Regulation number 117-001147.

___ I.    That he/she served the within AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT on the within named defendant, BAXTER INTERNATIONAL, INC., by leaving a copy of each with the said defendant personally on 03/17/2005.

___ II.   That he/she served the within AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT on the within named defendant, BAXTER INTERNATIONAL, INC., by leaving a copy of each at his/her usual place of abode with MARCIA MELCHIN, AUTHORIZED AGENT, a person of the family age of 13 years or upwards and informed that person of the contents thereof on 03/17/2005, and that further he/she mailed a copy of each in a sealed envelope with postage paid addressed to the defendant BAXTER INTERNATIONAL, INC. at his/her usual place of abode on _____.

**X** III.  That he/she served the within AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT on the within named corporate defendant, BAXTER INTERNATIONAL, INC., by leaving a copy of each with MARCIA MELCHIN, AUTHORIZED AGENT, a person authorized to accept service and informed that person of the contents thereof on 03/17/2005.

**X** IV.   (a) That the sex, race and approximate age of the defendant or other person with whom he/she left the AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT are as follows:
   **Sex:** FEMALE  **Skin:** WHITE  **Approximate Age:** 45
   (b) That the place where (if possible in terms of an exact street address) and the date and time of the day when the AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT was left with the defendant or other person are as follows:
   **Place:** ONE BAXTER PARKWAY, DEERFIELD, IL, 60015
   **Date:** 03/17/2005  **Time of Day:** 15:32

___ V.    That he/she was unable to serve the within named defendant.

**Comments:**

Subscribed and sworn before me this
Date: 03/23/2005

File Number: 05CV0088

_____
Signature of Process Server

_____
Signature of Notary Public

OFFICIAL SEAL
HEATHER M LANGE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/04/08

# Lawyers Support Service, LLC

3149 Dundee Road, Suite 323
Northbrook, IL 60062
888-206-9858
Fax 888-566-8069

FILED
IN CLERKS OFFICE
2005 MAY 27 P 12: 29
U.S. DISTRICT
DISTRICT OF COURT
OF MASS

## UNITED STATES DISTRICT COURT

Case No.: 04CV06054

### AFFIDAVIT OF SPECIAL PROCESS SERVER

SCOTT GARLAND being first duly sworn on oath deposes and says that he/she was appointed by the Court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee of Shadow Investigations, LLC., Department of Professional Regulation number 117-001147.

___  I.   That he/she served the within AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT on the within named defendant, BAXTER HEALTHCARE CORPORATION, by leaving a copy of each with the said defendant personally on 03/17/2005.

___  II.  That he/she served the within AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT on the within named defendant, BAXTER HEALTHCARE CORPORATION, by leaving a copy of each at his/her usual place of abode with MARCIA MELCHIN, AUTHORIZED AGENT, a person of the family age of 13 years or upwards and informed that person of the contents thereof on 03/17/2005, and that further he/she mailed a copy of each in a sealed envelope with postage paid addressed to the defendant BAXTER HEALTHCARE CORPORATION at his/her usual place of abode on
_____ .

__X__ III. That he/she served the within AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT on the within named corporate defendant, BAXTER HEALTHCARE CORPORATION, by leaving a copy of each with MARCIA MELCHIN, AUTHORIZED AGENT, a person authorized to accept service and informed that person of the contents thereof on 03/17/2005.

__X__ IV.  (a) That the sex, race and approximate age of the defendant or other person with whom he/she left the AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT are as follows:
     **Sex:** FEMALE  **Skin:** WHITE  **Approximate Age:** 45
     (b) That the place where (if possible in terms of an exact street address) and the date and time of the day when the AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT was left with the defendant or other person are as follows:
     **Place:** ONE BAXTER PARKWAY, DEERFIELD, IL, 60015
     **Date:** 03/17/2005  **Time of Day:** 15:32

___  V.   That he/she was unable to serve the within named defendant.

**Comments:**

Subscribed and sworn before me this
Date: 03/23/2005

File Number: 01-12257PBS

_____
Signature of Process Server

_____
Signature of Notary Public

OFFICIAL SEAL
HEATHER M LANGE
NOTARY PUBLIC  STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/04/08

# Lawyers Support Service, LLC

3149 Dundee Road, Suite 323
Northbrook, IL 60062
888-206-9858
Fax 888-566-8069

## UNITED STATES DISTRICT COURT

**Case No.: 04CV06054**

### AFFIDAVIT OF SPECIAL PROCESS SERVER

SCOTT GARLAND being first duly sworn on oath deposes and says that he/she was appointed by the Court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee of Shadow Investigations, LLC., Department of Professional Regulation number 117-001147.

___  I.   That he/she served the within AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT on the within named defendant, BAXTER INTERNATIONAL, INC., by leaving a copy of each with the said defendant personally on 03/17/2005.

___  II.  That he/she served the within AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT on the within named defendant, BAXTER INTERNATIONAL, INC., by leaving a copy of each at his/her usual place of abode with MARCIA MELCHIN, AUTHORIZED AGENT, a person of the family age of 13 years or upwards and informed that person of the contents thereof on 03/17/2005, and that further he/she mailed a copy of each in a sealed envelope with postage paid addressed to the defendant BAXTER INTERNATIONAL, INC. at his/her usual place of abode on _____.

**X**  III. That he/she served the within AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT on the within named corporate defendant, BAXTER INTERNATIONAL, INC., by leaving a copy of each with MARCIA MELCHIN, AUTHORIZED AGENT, a person authorized to accept service and informed that person of the contents thereof on 03/17/2005.

**X**  IV.  (a) That the sex, race and approximate age of the defendant or other person with whom he/she left the AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT are as follows:
      **Sex:** FEMALE  **Skin:** WHITE  **Approximate Age:** 45
      (b) That the place where (if possible in terms of an exact street address) and the date and time of the day when the AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT was left with the defendant or other person are as follows:
      **Place:** ONE BAXTER PARKWAY, DEERFIELD, IL, 60015
      **Date:** 03/17/2005  **Time of Day:** 15:32

___  V.   That he/she was unable to serve the within named defendant.

**Comments:**

Subscribed and sworn before me this
Date: 03/23/2005

File Number: 01-12257PBS

_____
Signature of Process Server

_____
Signature of Notary Public

OFFICIAL SEAL
HEATHER M LANGE
NOTARY PUBLIC  STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/04/08

*Stewart and Associates, Inc.*

## AFFIDAVIT OF PROCESS SERVER

USDC For The District of Massachusetts

Case Number: **01-CV-12257-PBS**

**In Re Pharmaceutical Industry Average Wholesale Price Litigation/County of Weschester v. Abbott Laboratories Inc. et al vs UDL Laboratories Inc.**

Person Served: **UDL Laboratories Inc.**

Address: **1718 Northrock Court**

City/State/Zip: **Rockford, IL 61103**

I, Mare Bates, a registered employee of Brian W. Stewart & Associates, Inc. an Illinois Private Detective Agency License #117-000540, after being duly sworn, do hereby state that the attached document(s)entitled: **Amended Summons In A Civil Case & Amended Complaint** was served as indicated.

SERVICE INFORMATION:

Service Address (if different than above):_____

_____Personal Service: Left copy of the document(s) with above personally.

   Date_____/_____/_____   Time:_____

   Date Of Birth:_____   Sex: M F Race:_____   Height:_____   Weight:_____   Hair:_____

_____Substitute Service: Left copy of the document(s) at the defendant's usual place of abodewith some person of the age of 13 years or upwards and informed that person of the contents thereof. Service was followed by sending a copy of the document(s) in a sealed envelope with postage fully prepaid addressed to the defendant at his/her usual place of abode.

   Name:_____   Relation:_____(live-in)

   Date_____/_____/_____   Time:_____

   Date Of Birth:_____   Sex: M F Race:_____   Height:_____   Weight:_____   Hair:_____

   Date copy mailed_____/_____/_____

_____Service on:   Corporation_____   Company_____   Business_✓_   Other_____

   Left a copy of the document(s) with the following:
   Registered Agent_____   Officer_____   Owner_____   Authorized Person_✓_   Cert. Mail_____

   Name: *DAWN BURNELL*   Title: *receptionist*

   Date *2/10/05*   Time: *4:18PM*

   Date Of Birth: *6·25·75*   Sex: M (F) Race: *BC*   Height: *5'10* Weight: *135* Hair: *Black*

Subscribed and sworn before me
this *15* day of *February*, 20*05*

*Becky L. Pudwill*
*Notary Public*

_____
*Mary Bates*
*Registered Employee*
Brian W. Stewart & Associates, Inc.
Fee: $ *20-*
Our Job #: 0136873

"OFFICIAL SEAL"
BECKY L. PUDWILL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8/1/2005

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLIENT: Preemptive Process Servers, Inc.**

**COUNTY OF ROCKLAND**

Plaintiff(s), Petitioner(s)

**INDEX NO.: 01-12257PBS**

against

F I L E D
IN CLERKS OFFICE

**AFFIDAVIT OF SERVICE**

**ABBOTT LABORATORIES, INC., ET AL**

Defendant(s), Respondent(s) 2005 MAY 27  P 12: 29

U.S. DISTRICT COURT
DISTRICT OF MASS

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Rich Zechiel being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Manchester, CT.

Furthermore, that on **February 15, 2005 at 2:05 PM at c/o CT Corporation, One Commercial Plaza, Hartford, CT ,** deponent served the **Summons In a Civil Case; Amended Complaint** upon **Boehringer Ingelheim Corp.,** (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each **Summons In a Civil Case; Amended Complaint**  with **Gary Scappini** a person who is known to be the **Manager** of said corporation and/or company, and who is authorized by said corporation and/or company to receive said **Summons In a Civil Case; Amended Complaint** .

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex:  **Male** Skin:  **White** Hair:  **Gray** Age(Approx):  **36-50** Height(Approx):  **5'9" - 6'** Weight(Approx):  **161-200 lbs**
Other:  **Glasses**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Rich Zechiel, Private Process Server

Sworn to before me on February 15, 2005

Notary Public
My Commission Expires: 08/31/2009

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CLIENT: Preemptive Process Servers, Inc.

**COUNTY OF ROCKLAND**

Plaintiff(s), Petitioner(s)

INDEX NO.: 01-12257PBS.

against

2005 MAY 27 P 12: 29

**AFFIDAVIT OF SERVICE**

**ABBOTT LABORATORIES, INC., ET AL**

Defendant(s), Respondent(s)

U.S. DISTRICT COURT
DISTRICT OF MASS

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Michael Walton being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Manchester, CT.

Furthermore, that on **March 9, 2005 at 12:00 PM at c/o CT Corporation, One Commercial Plaza, Hartford, CT 06103,** deponent served the **Summons; In a Civil Case; Amended Complaint** upon **Boehringer Ingelheim, Inc.,** (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each **Summons; In a Civil Case; Amended Complaint** with **Mary Foran** a person who is known to be the **Information Specialist** of said corporation and/or company, and who is authorized by said corporation and/or company to receive said **Summons; In a Civil Case; Amended Complaint** .

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Female** Skin: **White** Hair: **Brown** Age(Approx): **36-50** Height(Approx): **5'4" - 5'8"** Weight(Approx): **131-160lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Michael Walton, Private Process Server

Sworn to before me on March 9, 2005

_____
Notary Public
My Commission Expires: 08/31/2009

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLIENT: Preemptive Process Servers, Inc.

COUNTY OF ROCKLAND

Plaintiff(s), Petitioner(s) INDEX NO.: 01-12257PBS

against

ABBOTT LABORATORIES, INC., ET AL

Defendant(s), Respondent(s)

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Michael Walton being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Manchester, CT.

Furthermore, that on **March 9, 2005 at 12:00 PM at c/o CT Corporation Systems, One Commercial Plaza, Hartford, CT 06103,** deponent served the **Summons; In a Civil Case; Amended Complaint** upon **Boehringer Ingelheim Pharmaceuticals, Inc.**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each **Summons; In a Civil Case; Amended Complaint** with **Mary Foran** a person who is known to be the **Information Specialist** of said corporation and/or company, and who is authorized by said corporation and/or company to receive said **Summons; In a Civil Case; Amended Complaint** .

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Female** Skin: **White** Hair: **Brown** Age(Approx): **36-50** Height(Approx): **5'4" - 5'8"** Weight(Approx): **131-160lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Michael Walton, Private Process Server

Sworn to before me on March 9, 2005

Notary Public
My Commission Expires: 08/31/2009

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Massachusetts

Case Number: 01-12257 PBS

Plaintiff:
**IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION**

vs.

Defendant:

For:
Joanne M. Cicala
KIRBY MCINERNEY & SQUIRE, LLP

Received by PREEMPTIVE PROCESS SERVERS & ATTORNEY'S on the 23rd day of February, 2005 at 9:58 pm to be served on **ADNRX CORPORATION 4955 ORANGE DRIVE DAVIE, FL 33314.**

I, Julio C. Cerra, being duly sworn, depose and say that on the **25th day of February, 2005 at 11:55 am, I:**

Served the within named corporation by delivering a true copy of the **Summons in a Civil Case and Amended Complaint with Exhibits that relates to: County of Rockland v. Abbott Laboratories, Inc., et al.,** with the date and hour of service endorsed thereon by me to KARINA DEWINDT as PARALEGAL of the within named corporation, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
The defendant is no longer at the above address; located and served at 8151 Peters Road  Plantation, FL  33324.

**Description** of Person Served:  Age: 30,  Sex: F,  Race/Skin Color: White,  Height: 5'4",  Weight: 120,  Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 3rd day of March, 2005 by the affiant who is personally known to me.

NOTARY PUBLIC

JOHN P. JULIEN
NOTARY PUBLIC
STATE OF FLORIDA
COMMISSION DD022405
EXPIRES MAY 11 2005
BONDED THROUGH
ADVANTAGE NOTARY

Julio C. Cerra
Bsc Appt. #455

**PREEMPTIVE PROCESS SERVERS & ATTORNEY'S**
**193-02 120th Avenue**
**St. Albans, NY  11412**
**(718) 341-9960**

Our Job Serial Number: 2005000446

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5h

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Massachusetts

Case Number: 01-12257 PBS

Plaintiff:
**IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE
LITIGATION**

vs.

Defendant:

For:
Joanne M. Cicala
KIRBY MCINERNEY & SQUIRE, LLP

'

Received by PREEMPTIVE PROCESS SERVERS & ATTORNEY'S on the 23rd day of February, 2005 at 9:58 pm
to be served on **ADNRX CORPORATION  4955 ORANGE DRIVE  DAVIE, FL  33314**.

I, Julio C. Cerra, being duly sworn, depose and say that on the **25th day of February, 2005** at **11:55 am, I:**

Served the within named corporation by delivering a true copy of the **Summons in a Civil Case and Amended
Complaint with Exhibits that relates to: County of Rockland v. Abbott Laboratories, Inc., et al.,** with the date
and hour of service endorsed thereon by me to KARINA DEWINDT as PARALEGAL of the within named
corporation, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
The defendant is no longer at the above address; located and served at 8151 Peters Road  Plantation, FL  33324.

**Description** of Person Served:  Age: 30,  Sex: F,  Race/Skin Color: White,  Height: 5'4",  Weight: 120,  Hair: Brown,
Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in
good standing, in the judicial circuit in which the process was served.

Julio C. Cerra
Bse Appt. #455

Subscribed and Sworn to before me on the 3rd day of
March, 2005 by the affiant who is personally known to
me

NOTARY PUBLIC

JOHN P. JULIEN
COMMISSION DD092405
EXPIRES MAY 11 2005
BONDED THROUGH
ADVANTAGE NOTARY

**PREEMPTIVE PROCESS SERVERS & ATTORNEY'S**
**193-02 120th Avenue**
**St. Albans, NY  11412**
**(718) 341-9960**

Our Job Serial Number: 2005000446

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5h

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

**COUNTY OF WESTCHESTER** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178
-------------------------------------------------------------------x

STATE OF *MASSACHUSETTS* )
                          ) ss.:
COUNTY   *SUFFOLK*        )

         *DAVID E WALTERS*, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

*MASSACHUSETTS*.

         On *MONDAY*, February *14*, 2005, at approximately *11:10am* at

*ONE TECHNOLOGY PLACE, ROCKLAND MA 02370* Deponent served the within

Amended Summons in a Civil Case and Amended Complaint upon *SERONO INC*,

by delivering to and leaving with *ELLEN ROSENBERG*            *(Person served)*,

*ASSOCIATE GENERAL COUNSEL* (title), a true and correct copy of said document. At the time of said

service, *(Person served)* *ELLEN ROSENBERG* stated that (s) he was duly authorized to

accept service of legal process for *SERONO INC.*

*ELLEN ROSENBERG* *(Person served)* is described as a *WHITE* *FE*male,

approximately *35* years of age, *135* lbs., *5'7"* tall, with *BROWN* hair. *(other features)*

_____

                    *David E Wa*
                    (PROCESS SERVER'S SIGNATURE)
                    *DAVID E WALTERS*
                    Print Name

Sworn to before me this
*14*th day of February, 2005

*Patricia A Farr*
Notary Public
*My Commission expires*
     *7/25/08*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------------x
IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

**COUNTY OF ROCKLAND** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-*7055*
-------------------------------------------------------------------x
STATE OF *MASSACHUSETTS* )
                                          ) ss.:
COUNTY *SUFFOLK* )

        *DAVID E WALTERS*, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

*MASSACHUSETTS*.

        On *MONDAY*, February *14*, 2005, at approximately *11:10* a.m. at

*ONE TECHNOLOGY PLACE, ROCKLAND, MA 02370*, Deponent served the within

Amended Summons in a Civil Case and Amended Complaint upon *SERONO INC*,

by delivering to and leaving with *ELLEN ROSSENBERG* (Person served),

*ASSOCIATE GENERAL COUNSEL*(e), a true and correct copy of said document. At the time of said

service, (Person served) *ELLEN ROSSENBERG* stated that (s) he was duly authorized to

accept service of legal process for *SERONO INC*.

*ELLEN ROSSENBERG* (Person served) is described as a *WHITE* Female,

approximately *35* years of age, *135* lbs., *5'7"* tall, with *BROWN* hair. (other features)

_____.

                     *David E Wal*
                  (PROCESS SERVER'S SIGNATURE)
                  *DAVID E WALTERS*
                       Print Name

Sworn to before me this
*14th* day of February, 2005

*Patricia A. Farr*
Notary Public
*My Commission expires*
*7/25/08*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

FILED
IN CLERKS OFFICE

2005 MAR 21 P 12: 29   Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

U.S. DISTRICT COURT
DISTRICT OF MASS.

**COUNTY OF WESTCHESTER** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178

-----------------------------------------------------------x

STATE OF *MASSACHUSETTS* )
                                        ) ss.:
COUNTY   *SUFFOLK*   )

        *DAVID E WALTERS* , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

*MASSACHUSETTS* .

        On *MONDAY* , February *14* , 2005, at approximately *1 /5* pm. at

*500 KENDALL ST. CAMBRIDGE MA 02142* , Deponent served the within

Amended Summons in a Civil Case and Amended Complaint upon *GENZYME CORPORATION*

by delivering to and leaving with *JACQUELINE JONES* *(Person served),*

*LEGAL ASSISTANT(Title),* a true and correct copy of said document. At the time of said

service, *(Person served)* *JACQUELINE JONES* stated that (s) he was duly authorized to

accept service of legal process for *GENZYME CORPORATION* .

*JACQUELINE JONES* *(Person served)* is described as a *BLACK* *FE*male,

approximately *30* years of age, *130* lbs. *5'5"* tall, with *SHORT* *BLACK* hair. *(other features)*

*& WEARS GLASSES.*

_____
        (PROCESS SERVER'S SIGNATURE)
        *DAVID E WALTERS*
        Print Name

Sworn to before me this
*14* day of February, 2005

*Patricia A Farr*
Notary Public
*My Commission expires*
*7/25/08*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------------x
IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

**CITY OF NEW YORK** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-*06054*
-------------------------------------------------------------------x
STATE OF *MASSACHUSETTS* )
                                              ) ss.:
COUNTY  *SUFFOLK*         )

_DAVID  E. WALTERS_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_MASSACHUSETTS_.

On _MONDAY_, February _14_, 2005, at approximately_12_:_27_pm. at

_10 CAMBRIDGE CENTER, CAMBRIDGE, MA 02142_, Deponent served the within

Amended Summons in a Civil Case and Amended Complaint upon _BIOGEN IDEC INC_.,

by delivering to and leaving with _ANNMARIE COOK_ (Person served),

_CHIEF CORPORATE COUNSEL_(Title), a true and correct copy of said document. At the time of said

service, (Person served) _ANNMARIE COOK_ stated that (s) he was duly authorized to

accept service of legal process for _BIOGEN IDEC INC_.

_ANNMARIE COOK_ (Person served) is described as a _WHITE_ _FE_male,

approximately _40_ years of age, _140_ lbs., _5'5"_ tall, with_BROWN_ hair. (other features)

_____

_David E Wall_
(PROCESS SERVER'S SIGNATURE)
_DAVID E. WALTERS_
Print Name

Sworn to before me this
_14_ day of February, 2005

_Patricia A. Farr_
Notary Public
_My Commission exp. 4/25/08_

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of MASSACHUSETTS

Case Number: 01-12257

Plaintiff:
**COUNTY OF WESTCHESTER AND COUNTY OF ROCKLAND**
vs.
Defendant:
**ABBOTT LABORATORIES INC ET ALS**

For:
PREEMPTIVE PROCESS SERVERS

Received by PREEMPTIVE PROCESS SERVERS to be served on **ROCHE LABORATORIES, INC,, 340 KINGSLAND STREET, NUTLEY, NJ**, I, _John Call_, do hereby affirm that on the _8_ day of _Feb_, 200_5_ at _2:35_ p.m., executed service by delivering a true copy of the **AMENDED SUMMONS IN A CIVIL CASE AND COMPLAINT** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

(X) CORPORATE SERVICE: By serving _P. Barbieri_ as _Senior Counsel_ .

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____ .

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_signature_

PROCESS SERVER # _____
Appointed in accordance
 with State Statutes

**PREEMPTIVE PROCESS SERVERS**
**193-02 120th Avenue**
**St.Albans, NY  11412**
**(718) 341-9960**

Our Job Serial Number: 2005000434

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of MASSACHUSETTS

Case Number: 01-12257

Plaintiff:
**COUNTY OF WESTCHESTER AND COUNTY OF ROCKLAND**
vs.
Defendant:
**ABBOTT LABORATORIES INC ET ALS**

For:
PREEMPTIVE PROCESS SERVERS

Received by PREEMPTIVE PROCESS SERVERS to be served on **EISAI INC, GLENPOINTE CENTRE WEST, 500 FRANK W. BURR BLVD., TEANECK, NJ**. I, _John Reed_, do hereby affirm that on the _8_ day of _FEB_, 20_15_ at _2:00_p.m., executed service by delivering a true copy of the **AMENDED SUMMONS IN A CIVIL CASE AND COMPLAINT** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as

(X) CORPORATE SERVICE: By serving _Paul Manterre_ as _Associate General Counsel_

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_John Reed_

PROCESS SERVER # _____
Appointed in accordance
with State Statutes

**PREEMPTIVE PROCESS SERVERS
193-02 120th Avenue
St.Albans, NY  11412
(718) 341-9960**

Our Job Serial Number: 2005000431

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of MASSACHUSETTS

Case Number: 01-12257

Plaintiff:
**COUNTY OF WESTCHESTER AND COUNTY OF ROCKLAND**
vs.
Defendant:
**ABBOTT LABORATORIES INC ET ALS**

For:
    PREEMPTIVE PROCESS SERVERS

Received by PREEMPTIVE PROCESS SERVERS to be served on **HOFFMAN-LA-ROCHE LABORATORIES, INC,, 340 KINGSLAND STREET, NUTLEY, NJ.** I, _John Reed_ , do hereby affirm that on the _8_ day of _FEB_ , 20_05_ at _2:35_ p.m., executed service by delivering a true copy of the **AMENDED SUMMONS IN A CIVIL CASE AND COMPLAINT** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as

(X) CORPORATE SERVICE: By serving _R. Barbieri_ as _Senior Counsel_

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_John Reed_
PROCESS SERVER # _____
Appointed in accordance
 with State Statutes

**PREEMPTIVE PROCESS SERVERS**
**193-02 120th Avenue**
**St.Albans, NY  11412**
**(718) 341-9960**

Our Job Serial Number: 2005000435

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of MASSACHUSETTS

Case Number: 01-12257

Plaintiff:
**COUNTY OF WESTCHESTER AND COUNTY OF ROCKLAND**
vs.
Defendant:
**ABBOTT LABORATORIES INC ET ALS**

For:
PREEMPTIVE PROCESS SERVERS

Received by PREEMPTIVE PROCESS SERVERS to be served on **PUREPAC PHARMACEUTICALS CO., 1 EXECUTIVE DRIVE, FORT LEE, NJ,** I, _John Villa_, do hereby affirm that on the _8_ day of _feb_, 20_05_ at _1:00_ .m., executed service by delivering a true copy of the **AMENDED SUMMONS IN A CIVIL CASE AND COMPLAINT** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

(X) CORPORATE SERVICE: By serving _James Howard_ as _Corporate Paralegal_

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_____
PROCESS SERVER # _____
Appointed in accordance
with State Statutes

**PREEMPTIVE PROCESS SERVERS**
**193-02 120th Avenue**
**St.Albans, NY  11412**
**(718) 341-9960**

Our Job Serial Number: 2005000433

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of MASSACHUSETTS

Case Number: 01-12257

Plaintiff:
**COUNTY OF WESTCHESTER AND COUNTY OF ROCKLAND**
vs.
Defendant:
**ABBOTT LABORATORIES INC ET ALS**

*FILED CLERKS OFFICE*

*2005 MAY 27  P 12: 30*

*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

For:
PREEMPTIVE PROCESS SERVERS

Received by PREEMPTIVE PROCESS SERVERS to be served on **ALPHARMA INC, 1 EXECUTIVE DRIVE, FORT LEE, NJ.** I, _John____ Reca_____, do hereby affirm that on the _8_ day of _Feb____, 20_15_ at _1 :00_ Pm., executed service by delivering a true copy of the **AMENDED SUMMONS IN A CIVIL CASE AND COMPLAINT** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

(X) CORPORATE SERVICE: By serving _James Howard___ as _Corporate paralegal___

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_____

PROCESS SERVER # _____
Appointed in accordance
 with State Statutes

**PREEMPTIVE PROCESS SERVERS**
**193-02 120th Avenue**
**St.Albans, NY  11412**
**(718) 341-9960**

Our Job Serial Number: 2005000430

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------------

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

*FILED IN CLERKS OFFICE*

Index No. 01-12257 PBS

*2005 MAY 27  P 12:30*

THIS DOCUMENT RELATES TO:

*U.S. DISTRICT COURT
DISTRICT OF MASS*

**COUNTY OF ROCKLAND** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178
-------------------------------------------------------------------x

STATE OF _____ )
                            ) ss.:
COUNTY _____    )

_____ *John Reed* _____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_____ *New Jersey* _____

On _____ *Wed* _____, February _____ *16* _____, 2005, at approximately _____ *2:00* _____ m. at

*340 Changebridge Rd. Montville* Deponent served the within

Amended Summons in a Civil Case and Amended Complaint upon *Berlex* ,

by delivering to and leaving with _____ *Lawrence Platkin* _____ *(Person served)*,

_____ *Asst. Gen Consul* _____ *(Title)*, a true and correct copy of said document. At the time of said

service, *(Person served)* _____ *Lawrence Platkin* _____ stated that (s) he was duly authorized to

accept service of legal process for _____ *Berlex* _____

_____ *Lawrence Platkin* _____ *(Person served)* is described as a _____ male,

approximately _____ *55* _____ years of age, *180* lbs., *5'9"* tall, with *gray* hair. *(other features)*

*glasses*

_____

_____ *John Reed* _____
(PROCESS SERVER'S SIGNATURE)

_____ *John Reed* _____
Print Name

Sworn to before me this
*17* day of February, 2005

_____
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------------x
IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

**CITY OF NEW YORK** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178
-------------------------------------------------------------------x

STATE OF                        )
                                ) ss.:
COUNTY                          )

_John Reed_ , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of _New Jersey_

On _Wed_ , February _16_ , 2005, at approximately _2:00_ .m. at _340 Changebridge Rd. Montville NJ_ Deponent served the within Amended Summons in a Civil Case and Amended Complaint upon _Berlex_ by delivering to and leaving with _Lawrence Platkin_ _(Person served)_, _Asst Gen. Counsel_ _(Title)_, a true and correct copy of said document. At the time of said service, _(Person served)_ _Lawrence Platkin_ stated that (s) he was duly authorized to accept service of legal process for _Berlex_ .
_Lawrence Platkin_ _(Person served)_ is described as a _____ male, approximately _55_ years of age, _180_ lbs. _5' 9"_ tall, with _Grey_ hair. _(other features)_ _glasses_

_John Reed_
(PROCESS SERVER'S SIGNATURE)
_John Reed_
Print Name

Sworn to before me this
_1_ day of February, 2005

_Mullen_

Notary Public LACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

*FILED
IN CLERKS OFFICE*

*2005 MAY 27  P 12: 30*

*U.S. DISTRICT COURT
DISTRICT OF MASS.*

THIS DOCUMENT RELATES TO:

**CITY OF NEW YORK** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 04-CV-06054
-----------------------------------------------------------------x

STATE OF                            )
                                    ) ss.:
COUNTY                              )

_John Reed_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_New Jersey_____

On _Wed_____, February _23_, 2005, at approximately _2:50_ p.m. at

*(address served)* _2000 Galloping Hill, Kenilworth, NJ_, Deponent

served the within Amended Summons in a Civil Case and Amended Complaint upon

*(Defendant)* _Schering - Plough_____, by delivering to and leaving with

*(Person served)* _Alice Conery_____   _Senior Legal Asst_ *(Title)*,

a true and correct copy of said document. At the time of said service,

*(Person served)* _Alice Conery_____ stated that (s)he was duly authorized to accept

service of legal process for *(Defendant)* _Schering - Plough_____.

_Alice Conery_____ *(Person served)* is described as a _White_ (fe)male,

approximately _35_ years of age, _100_ lbs, _5_ ' _4_ " tall, with _brown_ hair.

*(other features)* _____

_____
Sworn to before me this
_____ day of February, 2005

_John Reed_____
(PROCESS SERVER'S SIGNATURE)
_____
Print Name

_____
Notary Public
DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

**COUNTY OF ROCKLAND** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 0 -CV-
-----------------------------------------------------------------x

STATE OF                                    )
                                            ) ss.:
COUNTY                                      )

_John Reed_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of
_New Jersey_.

On _Wed_, February _23_, 2005, at approximately _2:50_ p.m. at
(address served) _3000 Galloping Hill Rd., Kenilworth NJ_, Deponent

served the within Amended Summons in a Civil Case and Amended Complaint upon

(Defendant) _Schering_., by delivering to and leaving with

(Person served) _Alice Corley_   _Senior Legal Asst_ (Title),

a true and correct copy of said document. At the time of said service,

(Person served) _Alice Corley_ stated that (s)he was duly authorized to accept

service of legal process for (Defendant) _Schering_.

_Alice Corley_ (Person served) is described as a _White_ (fe)male,

approximately _35_ years of age, _100_ lbs., _5_'_4_" tall, with _Brn_ hair.

(other features) _____

_____
(PROCESS SERVER'S SIGNATURE)
_John Reed_
Print Name

Sworn to before me this
_05_ day of February, 2005

_____
Notary Public   DACIEN J. MULLEN
                MY COMMISSION EXPIRES
                JUNE 1, 2008

FILED
IN CLERKS OFFICE
2005 MAY 27  P 12: 30
U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

**COUNTY OF ONONDAGA**

Index No. 05-0088 FJS/GHL

V.

ABBOTT LABORATORIES, INC., ET AL.

-----------------------------------------------------------x

FILED
IN CLERKS OFFICE
2005 MAY 27  P 12: 30
U.S. DISTRICT COURT
DISTRICT OF MASS

STATE OF                          )
                            ) ss.:
COUNTY                           )

_John Reed_ , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of
_New Jersey_ .

On _Wed_ , February _23_ , 2005, at approximately _2:50 PM_, at

(address served) _200 Galloping Hill Rd. Kenilworth NJ_, Deponent

served the within Amended Summons in a Civil Case and Amended Complaint upon

(Defendant) _Schering-Plough Corp_ ., by delivering to and leaving with

(Person served) _Alice Corkery_ _Senior Legal Asst_ (Title),

a true and correct copy of said document. At the time of said service,

(Person served) _Alice Corkery_ stated that (s)he was duly authorized to accept

service of legal process for (Defendant) _Schering Plough_ .

_Alice Corkery_ (Person served) is described as a _White_ (fe)male,

approximately _35_ years of age, _100_ lbs., _5_ ' _4_ " tall, with _Brn_ hair.

(other features) _____

_____
(PROCESS SERVER'S SIGNATURE)
_John Reed_
Print Name

Sworn to before me this
_25_ day of February, 2005

_____
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

**COUNTY OF WESTCHESTER** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV- 6178
------------------------------------------------------------------x

STATE OF                          )
                                  ) ss.:
COUNTY                            )

_John Reed_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_New Jersey_____

On _Wed___, February _23_, 2005, at approximately _2:50_ _PM_ at

*(address served)* _3030 Galloping Hill Rd. Kenilworth_, Deponent

served the within Amended Summons in a Civil Case and Amended Complaint upon

*(Defendant)* _Schering_____., by delivering to and leaving with

*(Person served)* _Alice Corkery_____, _Senior Legal Asst_ *(Title)*,

a true and correct copy of said document. At the time of said service,

*(Person served)* _Alice Corkery___ stated that (s)he was duly authorized to accept

service of legal process for *(Defendant)* _Schering_____.

_Alice Corkery_____ *(Person served)* is described as a _White_ (fe)male,

approximately _35_ years of age, _110_ lbs., _5_ ' _4_ " tall, with _Brn_ hair.

*(other features)* _____

_John Reed_
(PROCESS SERVER'S SIGNATURE)
_John Reed_
Print Name

Sworn to before me this
_25_ day of February, 2005
DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008
_____
Notary Public

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

FILED
N CLERKS OFFICE
2005 MAY 27  P 12: 30

U.S. DISTRICT COURT
DISTRICT OF MASS

THIS DOCUMENT RELATES TO:

**COUNTY OF WESTCHESTER** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178

-------------------------------------------------------------x

STATE OF             )
                     ) ss.:

COUNTY           )

_John Reed_ , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of _New Jersey_

On _Monday_ , February _14_ , 2005, at approximately _2:30_ p.m. at _300-400 Somerset Corp. Blvd. Bridgewater, NJ_ Deponent served the within Amended Summons in a Civil Case and Amended Complaint upon _Aventis Pharmaceutical_

by delivering to and leaving with _Laura Nigro_ _(Person served)_,

_Legal Asst_ _(Title)_, a true and correct copy of said document. At the time of said

service, _(Person served)_ _Laura Nigro_ stated that (s) he was duly authorized to

accept service of legal process for _Aventis Pharmaceutical_

_Laura Nigro_ _(Person served)_ is described as a _fe_ male,

approximately _35_ years of age, _100_ lbs. _5'6_ tall, with _Red/Brn_ hair. _(other features)_

_____
(PROCESS SERVER'S SIGNATURE)
_John Reed_
Print Name

Sworn to before me this
_11_ day of February, 2005

_____
DACIEN J. MULLEN
Notary Public
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

FILED
N CLERKS OFFICE

Index No. 01-1225 2005 MAY 27  P 12: 30

U.S. DISTRICT COURT
DISTRICT OF MASS

THIS DOCUMENT RELATES TO:

**COUNTY OF WESTCHESTER** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178

-------------------------------------------------------------------x

STATE OF                              )
                                     ) ss.:
COUNTY                               )

_John Reed_ , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of
_New Jersey_

On _Thurs_ , February _24_ , 2005, at approximately _2:50 pm_ .m. at
_700 Rt. 202/206 N. Bridgewater, NJ_ Deponent served the within

Amended Summons in a Civil Case and Amended Complaint upon _Greenstone, LTD_

by delivering to and leaving with _Richard Lev_ _(Person served)_,

_Senior Legal Counsel_ _(Title)_, a true and correct copy of said document. At the time of said

service, _(Person served)_ _Richard Lev_ stated that (s) he was duly authorized to

accept service of legal process for _Greenstone LTD_

_Richard Lev_ _(Person served)_ is described as a _White_ male,

approximately _40_ years of age, _140_ lbs., _5.1_ " tall, with _Brn_ hair. _(other features)_
_glasses_

_John Reed_
(PROCESS SERVER'S SIGNATURE)
_John Reed_
Print Name

Sworn to before me this
_25_ day of February, 2005

_[signature]_
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

*FILED*
*IN CLERKS OFFICE*

Index No. 2005 12257 PBS

THIS DOCUMENT RELATES TO:

**COUNTY OF ROCKLAND** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178

U.S. DISTRICT COURT
DISTRICT OF MASS

-------------------------------------------------------------------x

STATE OF                    )
                            ) ss.:
COUNTY                      )

_____John Reed_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_New Jersey_.

On _Thurs_, February _24_, 2005, at approximately _2:50_ p.m. at

_700 RT 202/206 N. Bridgewater, NJ_, Deponent served the within

Amended Summons in a Civil Case and Amended Complaint upon _Greenstone, LTD_

by delivering to and leaving with _Richard Lev_ _(Person served)_,

_Senior Legal Counsel_ _(Title)_, a true and correct copy of said document. At the time of said

service, _(Person served)_ _Richard Lev_ stated that (s)he was duly authorized to

accept service of legal process for _Greenstone, LTD_

_Richard Lev_ _(Person served)_ is described as a _White_ male,

approximately _40_ years of age, _140_ lbs., _5' 7"_ tall, with _brn_ hair. _(other features)_

_glasses_

_(PROCESS SERVER'S SIGNATURE)_
_John Reed_
Print Name

Sworn to before me this
_25_ day of February, 2005

_____
Notary Public
DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

THIS DOCUMENT RELATES TO:

**COUNTY OF ROCKLAND** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178
-------------------------------------------------------------------x

*FILED
IN CLERKS OFFICE*

Index No. 01-12257 PBS   2005 MAY 27  P 12: 30

*U.S. DISTRICT COURT
DISTRICT OF MASS*

STATE OF            )
                    ) ss.:
COUNTY              )

_John Reed_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of
_New Jersey_____

On _Wed___, February _23_, 2005, at approximately _2:00_ p.m. at
_the Livingston Ave, Roseland, NJ___, Deponent served the within
Amended Summons in a Civil Case and Amended Complaint upon _Organon__,
by delivering to and leaving with _John Beck_____ *(Person served)*,
_legal counsel_ *(Title)*, a true and correct copy of said document. At the time of said
service, *(Person served)* _John Beck____ stated that (s) he was duly authorized to
accept service of legal process for _Organon_____.
_John Beck___ *(Person served)* is described as a _W_ male,
approximately _40_ years of age, _150_ lbs., _5'7"_ tall, with _Black_ hair. *(other features)*
_glasses_

_____(signature)_____
(PROCESS SERVER'S SIGNATURE)

_John Reed_____
Print Name

Sworn to before me this
_5_ day of February, 2005

_____(signature)_____
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

**COUNTY OF ONONDAGA**

V.

ABBOTT LABORATORIES, INC., ET AL.

------------------------------------------------------------x

FILED
N CLERKS OFFICE

Index No. 05-0088 FJS/GHL
2005 MAY 27  P 12: 30

U.S. DISTRICT COURT
DISTRICT OF MASS

STATE OF                              )
                                              ) ss.:
COUNTY                            )

_____John Reed_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_____New Jersey_____

On _____Wed_____, February _____23_____, 2005, at approximately _____2:00 p.m._____ at

(address served) _____56 Livingston Ave, Roseland, NJ_____, Deponent

served the within Amended Summons in a Civil Case and Amended Complaint upon

(Defendant) _____Organon_____., by delivering to and leaving with

(Person served) _____John Beck_____ _____Legal Counsel_____(Title).

a true and correct copy of said document. At the time of said service,

(Person served) _____John Beck_____ stated that (s)he was duly authorized to accept

service of legal process for (Defendant) _____Organon_____.

_____John Beck_____ (Person served) is described as a _____W_____ (fe)male,

approximately _____40_____ years of age, _____150_____ lbs., _____5'7"_____ tall, with _____Blk_____ hair.

(other features) _____glasses_____

_____
(PROCESS SERVER'S SIGNATURE)
_____John Reed_____
Print Name

Sworn to before me this
_____ day of February, 2005

_____
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

**COUNTY OF WESTCHESTER** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178

-------------------------------------------------------------x

FILED
IN CLERKS OFFICE

2005 MAY 27  P 12: 30

U.S. DISTRICT COURT
DISTRICT OF MASS

STATE OF _____ )
                       ) ss.:
COUNTY _____ )

_____ John Reed _____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of
____ New Jersey ____

On ____ Wed ____, February 23, 2005, at approximately 2:00 fm. at
56 Livingston Ave, Roseland, NJ, Deponent served the within

Amended Summons in a Civil Case and Amended Complaint upon Organon ,
by delivering to and leaving with John Bock (Person served),
Legal Counsel (Title), a true and correct copy of said document. At the time of said

service, (Person served) John Bock stated that (s) he was duly authorized to

accept service of legal process for Organon .
John Bock (Person served) is described as a W male,
approximately 40 years of age, 150 lbs., 5' 7" tall, with BK hair. (other features)
glasses

_____
(PROCESS SERVER'S SIGNATURE)

_____
Print Name

Sworn to before me this
____ day of February, 2005

_____
Notary Public
LUCIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

FILED
IN CLERKS OFFICE

2005 MAY 2   Index No. 01-12-2257 PBS

THIS DOCUMENT RELATES TO:

U.S. DISTRICT COURT
DISTRICT OF MASS

**COUNTY OF WESTCHESTER** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178

-------------------------------------------------------------x

STATE OF                       )
                               ) ss.:
COUNTY                         )

_Gerald Dacuk_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of
_New Jersey_

On _TUES_, February _22_, 2005, at approximately _4:45 PM_ m. at
_100 College Rd W. Princeton, NJ_ Deponent served the within
Amended Summons in a Civil Case and Amended Complaint upon _Novo Nordisk_,
by delivering to and leaving with _Kimberly Flowers_           _(Person served),_
_Exec. Asst_ _(Title),_ a true and correct copy of said document. At the time of said
service, _(Person served)_ _Kimberly Flowers_ stated that (s) he was duly authorized to
accept service of legal process for _Nova Nordisk_
_Kimberly Flowers_ _(Person served)_ is described as a _white_ male,
approximately _25_ years of age, _100_ lbs. _5'8"_ tall, with _blond_ hair. _(other features)_

_(PROCESS SERVER'S SIGNATURE)_
_Gerald Dacuk_
Print Name

Sworn to before me this
_25_ day of February, 2005

Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
----------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

*FILED*
*IN CLERKS OFFICE*

2005 MAY 27  P 12: 30

U.S. DISTRICT COURT
DISTRICT OF MASS

THIS DOCUMENT RELATES TO:

**COUNTY OF ROCKLAND** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 0 -CV-
----------------------------------------------------------------x

STATE OF                                    )
                                            ) ss.:
COUNTY                                      )

_Gerald Dacuk_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of
_New Jersey_.

On _Tues_, February _22_, 2005, at approximately _4:45 PM_ m. at
*(address served)* _100 College Rd W. Princeton, NJ_, Deponent

served the within Amended Summons in a Civil Case and Amended Complaint upon

*(Defendant)* _Nova Nordisk_, by delivering to and leaving with

*(Person served)* _Kimberly Flowers_ _Exec. Asst_ *(Title)*,

a true and correct copy of said document. At the time of said service,

*(Person served)* _Kimberly Flowers_ stated that (s)he was duly authorized to accept

service of legal process for *(Defendant)* _Nova Nordisk_.

_Kimberly Flowers_ *(Person served)* is described as a _White_ (fe)male,

approximately _25_ years of age, _100_ lbs., _5' 8_ " tall, with _blond_ hair.

*(other features)* _____

_el vh_
(PROCESS SERVER'S SIGNATURE)
_Gerald Dacuk_
Print Name

Sworn to before me this
_D_ day of February, 2005

_Notary signature_
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

*FILED*
*IN CLERKS OFFICE*

Index No. 01-12257 PBS
2005 MAY 27  P 12: 30

THIS DOCUMENT RELATES TO:

U.S. DISTRICT COURT
DISTRICT OF MASS

**COUNTY OF WESTCHESTER** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178
-------------------------------------------------------------------x

STATE OF             )
                      ) ss.:

COUNTY         )

_Gerald Dacuk_ , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_New Jersey_

On _Tues_ , February _22_ , 2005, at approximately _4:15_ p.m. at

_500 Carnegie Center, Ste 400, Princeton, NJ_ , Deponent served the within

Amended Summons in a Civil Case and Amended Complaint upon _Sundog, Inc_

by delivering to and leaving with _Christine Gurrera_ _(Person served)_,

_Paralegal_ _(Title)_, a true and correct copy of said document. At the time of said

service, _(Person served)_ _Christine Gurrera_ stated that (s) he was duly authorized to

accept service of legal process for _Sundog, Inc_

_Christine Gurrera_ _(Person served)_ is described as a _White_ female,

approximately _40_ years of age, _125_ lbs. _5' 6"_ tall, with _red_ hair. _(other features)_

_(PROCESS SERVER'S SIGNATURE)_

Print Name

Sworn to before me this
_25_ day of February, 2005

Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

**COUNTY OF ONONDAGA**

Index No. 05-0088 FJS/GHL

V.

ABBOTT LABORATORIES, INC., ET AL.

-------------------------------------------------------------------x

FILED
N CLERKS OFFICE

2005 MAY 27  P 12: 30

U.S. DISTRICT COURT
DISTRICT OF MASS

STATE OF                          )
                                  ) ss.:
COUNTY                            )

_Gerald Dacuk_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of
_New Jersey_.

On _Tues_, February _22_, 2005, at approximately _4:15 p_.m. at
_(address served)_ _500 Carnegie Center, Str 400, Princton NJ_ Deponent

served the within Amended Summons in a Civil Case and Amended Complaint upon

_(Defendant)_ _Sandoz, Inc_, by delivering to and leaving with
_(Person served)_ _Christine Gurrera Paralegal_ _(Title)_,

a true and correct copy of said document. At the time of said service,

_(Person served)_ _Christine Gurrera_ stated that (s)he was duly authorized to accept

service of legal process for _(Defendant)_ _Sandoz, Inc_.

_Christine Gurrera_ _(Person served)_ is described as a _White_ _(fe)male,

approximately _40_ years of age, _125_ lbs., _5_ ' _6_ " tall, with _Brown_ hair.

_(other features)_ _____

_____
(PROCESS SERVER'S SIGNATURE)
_Gerald Dacu_
Print Name

Sworn to before me this
_5_ day of February, 2005
_____
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

FILED
IN CLERKS OFFICE

Index No. 01-12257 PBS

2005 MAY 27   P 12: 30

THIS DOCUMENT RELATES TO:

U.S. DISTRICT COURT
DISTRICT OF MASS

**COUNTY OF ROCKLAND** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178

-------------------------------------------------------------------x

STATE OF                              )
                                     ) ss.:
COUNTY                               )

_Gerald Dacuk_ , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of _New Jersey_ .

On _TUES_ , February _22_ , 2005, at approximately _4 15_ p.m. at _506 Carnegie Center, Ste 400, Princeton NJ_ . Deponent served the within Amended Summons in a Civil Case and Amended Complaint upon _Sandoz Inc_ , by delivering to and leaving with _Christine Gurrera_ (Person served), _Paralegal_ (Title), a true and correct copy of said document. At the time of said service, (Person served) _Christine Gurrera_ stated that (s) he was duly authorized to accept service of legal process for _Sandoz_

_Christine Gurrera_ (Person served) is described as a _White_ female/male, approximately _40_ years of age, _125_ lbs. _5'6"_ tall, with _red_ hair. (other features)

_[signature]_
(PROCESS SERVERS SIGNATURE)
_Gerald Dacuk_
Print Name

Sworn to before me this
_25_ day of February, 2005

_[signature]_
Notary Public

UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

**COUNTY OF ONONDAGA**

        V.

ABBOTT LABORATORIES, INC., ET AL.

------------------------------------------------------------------x

STATE OF            )
               ) ss.:
COUNTY          )

*FILED
IN CLERKS OFFICE
Index No. 05-0088 FJS/GHL
2005 MAY 27 P 12: 30
U.S. DISTRICT COURT
DISTRICT OF MASS*

        _Claud L. Fox_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_Georgia_.

        On _Thursday_, February _24_, 2005, at approximately _10: 44_ m. at

(address served) _1950 Lake Park Drive in Smyrna Ga 30080_, Deponent

served the within Amended Summons in a Civil Case and Amended Complaint upon

(Defendant) _UCB Pharma_., by delivering to and leaving with

(Person served) _Joseph M Craymonston_, _Vp + General Counsel_ (Title),

a true and correct copy of said document. At the time of said service,

(Person served) _mr. Gaynor_ stated that (s)he was duly authorized to accept

service of legal process for (Defendant) _UCB Pharma_.

_____ (Person served) is described as a _Caucasian_ (fe)male,

approximately _40_ years of age, _250_ lbs., _6' 0"_ tall, with _Dark_ hair.

(other features)_____

*FRED D. WILLIAMS
NOTARY
EXPIRES
GEORGIA
MAY 26, 2006
COBB COUNTY
PUBLIC*

        _Claud L Fox_
        (PROCESS SERVER'S SIGNATURE)
        _Claud L. Fox_
        Print Name

Sworn to before me this
_24th_ day of February, 2005

_Fred Williams / Fred Williams_
Notary Public

*10.40p*

**Joseph M. Gaynor, Jr.**
Vice President & General Counsel / USA

**UCB, Inc.**
1950 Lake Park Drive
Smyrna, Georgia 30080
Tel.:    (770) 970-8436
Fax:    (770) 970-8483
joe.gaynor@ucb-group.com

*2 6 of 7*
*SAM BOOK*
*HA*
*MA/A*
*K 2 8 e/hs*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

**CITY OF NEW YORK** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 04-CV-06054
-------------------------------------------------------------------x

STATE OF _Georgia_          )
                            ) ss.:
COUNTY                      )


_____Claud L. Fox_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_Georgia_____.

On _Thursday_, February _24_, 2005, at approximately _10:44_ .m. at

_(address served)_  _1950 Lake Park Drive in Smyrna Ga 30080_, Deponent

served the within Amended Summons in a Civil Case and Amended Complaint upon

_(Defendant)_  _UCB Pharmacia_____., by delivering to and leaving with

_(Person served)_  _Joseph M. Caynor, Jr_   _VP eGeneral Counsel_ _(Title),_

a true and correct copy of said document. At the time of said service,

_(Person served)_  _MR Caynor_____ stated that (s)he was duly authorized to accept

service of legal process for _(Defendant)_  _UCB Pharmacia_____.

_____ _(Person served)_ is described as a _Caucasian_ (fe)male,

approximately _40_ years of age, _250_ lbs., _6'0_ " tall, with _Dark_ hair.

_(other features)_____

Sworn before me this
2 4th day of February, 2005

_Fred Williams / Fred Williams_
Notary Public

_____Claud L. Fox_____
(PROCESS SERVER'S SIGNATURE)
_____Claud L. Fox_____
Print Name

*16 bop*

**Joseph M. Gaynor, Jr.**
Vice President & General Counsel / USA

**ucb**

**UCB, Inc.**
1950 Lake Park Drive
Smyrna, Georgia 30080
Tel.:   (770) 970-8436
Fax:    (770) 970-8483
joe.gaynor@ucb-group.com

*& 6 of 7*
*SEND BACK*
*to A*
*no/x*
*X 1 $o/hs*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------------x
IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

**COUNTY OF WESTCHESTER** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV- 6178
------------------------------------------------------------------x
STATE OF _Georgia_                  )
                                    ) ss.:
COUNTY                              )

                _Claud L Fox_                , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_Georgia_                              .

                On _Thursday 24TH_ , February _24TH_ , 2005, at approximately _10:44_ m. at

*(address served)* _1950 Lake Peak Drive Smyrna GA 30080_ , Deponent

served the within Amended Summons in a Civil Case and Amended Complaint upon

*(Defendant)* _UCB Pharmacia_              ., by delivering to and leaving with

*(Person served)* _Joseph M. Gaynor, Jr. VP, General Counsel_           *(Title)*.

a true and correct copy of said document. At the time of said service,

*(Person served)* _MR Gaynor_              stated that (s)he was duly authorized to accept

service of legal process for *(Defendant)* _UCB Pharmacia_                .

_____ *(Person served)* is described as a _caucasian_ (s)(e)male,

approximately _40_ years of age, _250_ lbs., _6' 0"_ tall, with _Dark_ hair.

*(other features)* _____

_Claud L Fox_
(PROCESS SERVER'S SIGNATURE)
_Claud L Fox_
Print Name

Sworn to before me this
_24th_ day of February, 2005

_Fred Williams/ Fred Williams_
Notary Public

*16 '0q*

**Joseph M. Gaynor, Jr.**
Vice President & General Counsel / USA

**UCB, Inc.**
1950 Lake Park Drive
Smyrna, Georgia 30080
Tel.:    (770) 970-8436
Fax:    (770) 970-8483
joe.gaynor@ucb-group.com

*& 6 of 7*
*SA-B OAK*
*4 A*
*Ma/x*
*X 2 8 o/hy*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

COUNTY OF WESTCHESTER V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178
-------------------------------------------------------------------x

STATE OF OHIO          )
                       ) ss.:
COUNTY FRANKLIN)

          __Pamela Spires_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the Ohio.

        On __Wednesday____, February __9th___, 2005, at approximately __3 :25__

_p_.m. at 1809 Wilson Avenue, Columbus, OH 43216, Deponent served the within Amended Summons

in a Civil Case and Amended Complaint upon Roxane Laboratories Inc., by delivering to and leaving

with (Person served) ____Gary Zorich_____, (Title) _Security Mgr___, a

true and correct copy of said document. At the time of said service, (Person

served)__Gary Zorich_____ stated that _he___ was duly authorized to accept

service of legal process for Roxane Laboratories Inc.

        (Person served) ____Gary Zorich_____ is described as a _white_

___male, approximately _45_ years of age, 1 65 lbs., 5 '1 0' tall, with _Brown_ hair and

(other features) _____.

                               _Pamela Spires_____
                          (PROCESS SERVER'S SIGNATURE)

Sworn to before me this
_10th_ day of February, 2005

_Jennifer L. Ruckman_
Notary Public

**JENNIFER L. RUCKMAN**
**NOTARY PUBLIC • STATE OF OHIO**
**Recorded in Fairfield County**
**My commission expires Nov. 14, 2009**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

*FILED
IN CLERKS OFFICE*

2005 MAY 27  P 12: 30

*U.S. DISTRICT COURT
DISTRICT OF MASS*

THIS DOCUMENT RELATES TO:

**COUNTY OF WESTCHESTER** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178
------------------------------------------------------------------x

| STATE OF  CALIFORNIA | ) |
|---|---|
| | ) ss.: |
| COUNTY   SOLANO | ) |

_____RAY LOWE_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_____CALIFORNIA_____.

On ___TUESDAY___, February __15__, 2005, at approximately 1235P.m. at

2751 NAPA VALLEY CORPORATE DRIVE, NAPA, CALIFORNIA, Deponent served the within

Amended Summons in a Civil Case and Amended Complaint upon ___DEY,  INC.___,

by delivering to and leaving with _____SANDY COOPER_____ *(Person served),*

SENIOR VICE PRESIDENT *(Title),* a true and correct copy of said document. At the time of said

service, *(Person served)* _____SANDY COOPER_____ stated that (s) he was duly authorized to

accept service of legal process for ___DEY,  INC.___.

___SANDY COOPER___ *(Person served)* is described as a CAUCASION ~~male~~ FEMALE,

approximately __45__ years of age, 120 lbs., 5 '5 " tall, with BROWN hair. *(other features)*

_____.

_____
(PROCESS SERVER'S SIGNATURE)
RAY LOWE CALIFORNIA REGISTERED PROCESS SERVER
Print Name  #185 SOLANO COUNTY

Sworn to before me this
_15_ day of February, 2005

_____
Notary Public

JACQUELYNE L. LOWE
Commission # 1312038
Notary Public - California
Solano County
My Comm. expires Jul 23, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
--------------------------------------------------------------------x
IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

**COUNTY OF ROCKLAND** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178
--------------------------------------------------------------------x
STATE OF  CALIFORNIA          )
                              ) ss.:
COUNTY   SOLANO               )

_____ RAY LOWE _____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_____ CALIFORNIA _____.

On __TUESDAY___, February __15__, 2005, at approximately 12 35 P .m. at

2751 NAPA VALLEY CORPORATE DRIVE, NAPA, CALIFORNIA ____, Deponent served the within

Amended Summons in a Civil Case and Amended Complaint upon ___DEY, INC.___ .,

by delivering to and leaving with ___SANDY COOPER_____ (Person served),

SENIOR VICE PRESIDENT (Title), a true and correct copy of said document. At the time of said

service, (Person served) ___SANDY COOPER_____ stated that (s) he was duly authorized to

accept service of legal process for ___DEY, INC._____ .

___SANDY COOPER____ (Person served) is described as a CAUCASION FEMALE male,

approximately _45_ years of age, _120_ lbs., _5 '5 "_ tall, with _BROWN__ hair. (other features)

_____.

_____
(PROCESS SERVER'S SIGNATURE)
RAY LOWE CALIFORNIA REGISTERED PROCESS SERVER
Print Name   #185 SOLANO COUNTY

Sworn to before me this
15 day of February, 2005

_____
Notary Public

JACQUELYNE L. LOWE
Commission # 1312038
Notary Public - California
Solano County
My Comm. expires Jul 23, 2005

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

FILED
IN CLERKS OFFICE

2005 MAY 27 P 12: 37   Index No: 01-12357 PBS

THIS DOCUMENT RELATES TO:

U.S. DISTRICT COURT
DISTRICT OF MASS

**COUNTY OF WESTCHESTER** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178

-----------------------------------------------------------------x

STATE OF  OHIO                )
                             ) ss.:
COUNTY  SUMMIT               )

        DAVID BLACKFORD , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_____OHIO_____.

        On  MONDAY , February  14 , 2005, at  approximately  4:35 P.m. at

300 NORTHFIELD ROAD, BEDFORD, OHIO 44146 , Deponent served the within

Amended Summons in a Civil Case and Amended Complaint upon  BEN VENUE LABORATORIES, INC.

by delivering to and leaving with  LINDA PONTING _____ (Person served), ADMINISTRATIVE

ASSISTANT OF FINANCE (Title), a true and correct copy of said document. At the time of said

service, (Person served)  LINDA PONTING _____ stated that (s) he was duly authorized to

accept service of legal process for  BEN VENUE LABORATORIES, INC. _____.

  LINDA PONTING _____ (Person served) is described as a chicasian Female male,

approximately  47  years of age, 140 lbs., 5'7" tall, with BLONDE hair. (other features)

  GLASSES _____.

                            _____
                            (PROCESS SERVER'S SIGNATURE)
                            DAVID BLACKFORD
                            Print Name

Sworn to before me this
17 day of February, 2005

RICHARD D. PURSER, Notary Public
Residence - Summit County
State Wide Jurisdiction, Ohio
My Commission Expires  4-5-09 .

_____
Notary Public

PRIVATE PROCESS SERVER
STATE OF OHIO - ALL COUNTIES

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------------x
IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

**COUNTY OF WESTCHESTER** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178
------------------------------------------------------------------x
STATE OF OHIO      )
               ) ss.:
COUNTY SUMMIT   )

DAVID BLACKFORD , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

OHIO .

On MONDAY , February 14 , 2005, at approximately 4:35 p.m. at

300 NORTHFIELD ROAD, BEDFORD, OHIO 44146 , Deponent served the within

Amended Summons in a Civil Case and Amended Complaint upon BEN VENUE LABORATORIES, INC.

by delivering to and leaving with LINDA PONTING (Person served), ADMINISTRATIVE

ASSISTANT OF FINANCE (Title), a true and correct copy of said document. At the time of said

service, (Person served) LINDA PONTING stated that (s) he was duly authorized to

accept service of legal process for BEN VENUE LABORATORIES, INC.

LINDA PONTING (Person served) is described as a Caucasian Female male,

approximately 47 years of age, 140 lbs., 5'7" tall, with Blonde hair. (other features)

GLASSES .

_____
(PROCESS SERVER'S SIGNATURE)
DAVID BLACKFORD
Print Name

Sworn to before me this
___ day of February, 2005

PRIVATE PROCESS SERVER
STATE OF OHIO - ALL COUNTIES

_____
Notary Public

RICHARD D. RUPERT, Notary Public
State of Ohio
My Commission Expires 4-5-09



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

COUNTY OF WESTCHESTER V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178
------------------------------------------------------------------x

STATE OF OHIO          )
                       ) ss.:
COUNTY SUMMIT          )

_____ DAVID BLACKFORD, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the Ohio.

On _____MONDAY_____, February __14th__, 2005, at approximately __4:35__

__P__.m. at 300 Northfield Road, Bedford, OH 44146, Deponent served the within Amended Summons in a

Civil Case and Amended Complaint upon Ben Venue Laboratories Inc., by delivering to and leaving

with (Person served) __LINDA PONTING__, (Title) __ADMINISTRATIVE ASSISTANT OF FINANCE__ a

true and correct copy of said document. At the time of said service, (Person

served) __LINDA PONTING__ stated that __SHE__ was duly authorized to accept

service of legal process for Ben Venue Laboratories Inc.          (Person served)

__LINDA PONTING__ is described as a __CAUCASIAN FE__male, approximately __47__

years of age, __140__ lbs., __5'7"__ tall, with __BLONDE__ hair and

(other features) __GLASSES__ .

_____
(PROCESS SERVER'S SIGNATURE)
DAVID BLACKFORD

PRIVATE PROCESS SERVER
STATE OF OHIO - ALL COUNTIES

Sworn to before me this
__17__ day of February, 2005

_____
Notary Public

RHONDA R. PURSER, Notary Public
Residence - Medina County
State Wide Jurisdiction, Ohio
My Commission Expires 4-5-09

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
--------------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

COUNTY OF WESTCHESTER V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178
--------------------------------------------------------------------x

STATE OF OHIO          )
                       ) ss.:
COUNTY SUMMIT          )

_DAVID BLACKFORD_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the Ohio.

On _MONDAY_, February _14TH_, 2005, at approximately _4:35_ _P_.m. at 300 Northfield Road, Bedford, OH 44146, Deponent served the within Amended Summons in a Civil Case and Amended Complaint upon Ben Venue Laboratories Inc., by delivering to and leaving with (Person served) _LINDA PONTING_, (Title) _ADMINISTRATIVE ASSISTANT OF FINANCE_ a true and correct copy of said document. At the time of said service, (Person served) _LINDA PONTING_ stated that _SHE_ was duly authorized to accept service of legal process for Ben Venue Laboratories Inc.          (Person served)

_LINDA PONTING_ is described as a _CAUCASIAN_ _FE_male, approximately _47_ years of age, _140_ lbs., _5'7_" tall, with _BLONDE_ hair and

(other features) _GLASSES_.

(PROCESS SERVER'S SIGNATURE)
DAVID BLACKFORD

Sworn to before me this
___ day of February, 2005

Notary Public

RICHARD D. PURSER, Notary Public
Residence - Medina County
State Wide Jurisdiction, Ohio
My Commission Expires 4-5-09

PRIVATE PROCESS SERVER
STATE OF OHIO - ALL COUNTIES

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

**ORIGINAL**

FILED
IN CLERKS OFFICE

THIS DOCUMENT RELATES TO:

Index No. 01-22257-PBS 31

2005 JUN 9 P 12: 31

**COUNTY OF ROCKLAND** V. ABBOTT
LABORATORIES, INC. ET. AL.

U.S. DISTRICT COURT
DISTRICT OF MASS

S.D.N.Y. CASE NO. 03-CV-6178

------------------------------------------------------x

STATE OF OHIO         )
                      ) ss.:
COUNTY  SUMMIT        )

_____DAVID BLACKFORD_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_____OHIO_____.

On ___MONDAY___, February __14__, 2005, at approximately __4:35__ p.m. at

_300 NORTHFIELD ROAD, BEDFORD, OHIO 44146._, Deponent served the within

Amended Summons in a Civil Case and Amended Complaint upon _BEN VENUE LABORATORIES, INC._

by delivering to and leaving with _LINDA PONTING_ (Person served), ADMINISTRATIVE

_ASSISTANT OF FINANCE_ (Title), a true and correct copy of said document. At the time of said

service, (Person served) _LINDA PONTING_ stated that (s) he was duly authorized to

accept service of legal process for _BEN VENUE LABORATORIES, INC._

_LINDA PONTING_ (Person served) is described as a Caucasian Female,

approximately __47__ years of age, __140__ lbs., __5'7"__ tall, with _BLONDE_ hair. (other features)

_GLASSES_____.

_____
(PROCESS SERVER'S SIGNATURE)
_DAVID BLACKFORD_
Print Name

Sworn to before me this
_17th_ day of February, 2005

_____
Notary Public

RICHARD D. PURSER, Notary Public
Residence - Median County
State Wide Jurisdiction, Ohio
My Commission Expires _4-5-09_.

PRIVATE PROCESS SERVER
STATE OF OHIO - ALL COUNTIES

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

**COUNTY OF ROCKLAND** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178

------------------------------------------------------------------x

STATE OF _OHIO_                )
                              ) ss.:
COUNTY _SUMMIT_               )

_DAVID BLACKFORD_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_OHIO_

On _MONDAY_, February _14_, 2005, at approximately _4:35_ ͟m. at

_300 NORTHFIELD ROAD, BEDFORD, OHIO 44146_, Deponent served the within

Amended Summons in a Civil Case and Amended Complaint upon _BEN VENUE LABORATORIES, INC._

by delivering to and leaving with _LINDA PONTING_ (Person served), _ADMINISTRATIVE_

_ASSISTANT OF FINANCE_ (Title), a true and correct copy of said document. At the time of said

service, (Person served) _LINDA PONTING_ stated that (s) he was duly authorized to

accept service of legal process for _BEN VENUE LABORATORIES, INC._

_LINDA PONTING_ (Person served) is described as a _CAUCASIAN_ Female,

approximately _47_ years of age, _140_ lbs., _5'7"_ tall, with _BLONDE_ hair. (other features)

_GLASSES_

(PROCESS SERVER'S SIGNATURE)

_DAVID BLACKFORD_
Print Name

Sworn to before me this
_17th_ day of February, 2005.

Notary Public

RICHARD D. PURSER, Notary Public

Summit County, Ohio
My Commission Expires 4-5-09.

PRIVATE PROCESS SERVER
STATE OF OHIO - ALL COUNTIES

UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

**COUNTY OF ONONDAGA**

FILED
IN CLERKS OFFICE

Index No. 05-0088 FJS/GHL

V.

2005 MAY 27  P 12: 31

ABBOTT LABORATORIES, INC., ET AL.

U.S. DISTRICT COURT
DISTRICT OF MASS.
------------------------------------------------------x

STATE OF                    )
                            ) ss.:
COUNTY                      )

_John Hotz_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_New Jersey_

On _Wed_, February _23_, 2005, at approximately _2 33_ p.m. at

(address served) _340 Changebridge Rd, Montville N_ Deponent

served the within Amended Summons in a Civil Case and Amended Complaint upon

(Defendant) _Berlex_, by delivering to and leaving with

(Person served) _Frank Curtis_ _VP + GC_ (Title),

a true and correct copy of said document. At the time of said service,

(Person served) _Frank Curtis_ stated that (s)he was duly authorized to accept

service of legal process for (Defendant) _Berlex_.

_____ (Person served) is described as a _White_ (fe)male,

approximately _60_ years of age, _180_ lbs., _6' 2_" tall, with _Grey_ hair.

(other features) _glasses_

_John Hotz_
(PROCESS SERVER'S SIGNATURE)

_John Hotz_
Print Name

Sworn to before me this
_27_ day of February, 2005

_Dacien Mullen_
Notary Public
DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
--------------------------------------------------------------

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

**COUNTY OF WESTCHESTER** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV- 6178

--------------------------------------------------------------x

STATE OF                            )
                                    ) ss.:
COUNTY                              )

_John Hotz_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_New Jersey_

On _Wed_ February _23_, 2005, at approximately _2:30_ p.m. at

_(address served)_ _700 Rte 202/206 N., Bridgewater, NJ_ Deponent

served the within Amended Summons in a Civil Case and Amended Complaint upon

_(Defendant)_ _Biovail_., by delivering to and leaving with

_(Person served)_ _Mark Durham_, _V.P., H.R._ _(Title)_,

a true and correct copy of said document. At the time of said service,

_(Person served)_ _Mark Durham_ stated that (s)he was duly authorized to accept

service of legal process for _(Defendant)_ _Biovail_.

_Mark Durham_. _(Person served)_ is described as a _White_ (fe)male,

approximately _55_ years of age, _175_ lbs., _5_ ' _8_ " tall, with _Brn_ hair.

_(other features)_ _____

_(signature)_
(PROCESS SERVER'S SIGNATURE)

_John Hotz_
Print Name

Sworn to before me this
_25_ day of February, 2005

_(signature)_
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

**COUNTY OF ROCKLAND** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 0 -CV-
-------------------------------------------------------------------x

STATE OF                          )
                                  ) ss.:
COUNTY                            )

_John Hotz_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_New Jersey_____.

On _Wed__, February _23_, 2005, at approximately _2:30_ p.m. at

*(address served)* _700 RT. 202/206 N., Bridgewater NJ_; Deponent

served the within Amended Summons in a Civil Case and Amended Complaint upon

*(Defendant)* _Biovail_____., by delivering to and leaving with

*(Person served)* _Mark Durham_____, _V.P, H.R._____ *(Title)*,

a true and correct copy of said document. At the time of said service,

*(Person served)* _Mark Durham___ stated that (s)he was duly authorized to accept

service of legal process for *(Defendant)* _Biovail_____.

_Mark Durham___ *(Person served)* is described as a _White_ (fe)male,

approximately _55_ years of age, _175_ lbs., _5_ ' _8_ " tall, with _Brn_ hair.

*(other features)* _____

_____John Hotz_____
(PROCESS SERVER'S SIGNATURE)

_____John Hotz_____
Print Name

Sworn to before me this
_05_ day of February, 2005

_____
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

FILED
IN CLERKS OFFICE

Index No. 01-12257 PBS
2005 MAY 27 P 12: 31

THIS DOCUMENT RELATES TO:

U.S. DISTRICT COURT
DISTRICT OF MASS.

**COUNTY OF WESTCHESTER** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178

-------------------------------------------------------------x

STATE OF                          )
                                  ) ss.:
COUNTY                            )

_____John Hotz_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_____

On _Thurs_, February _24_, 2005, at approximately _11:50_ _.m. at

_Endo Blvd, Chadds Ford, PA_, Deponent served the within

Amended Summons in a Civil Case and Amended Complaint upon _Endo Pharmaceuticals, INC_

by delivering to and leaving with _Tracy Uchuff_ _(Person served)_,

_Facilities Coordinator_ _(Title)_, a true and correct copy of said document. At the time of said

service, _(Person served)_ _Tracy Uchuff_ stated that (s) he was duly authorized to

accept service of legal process for _Endo Pharmaceuticals, INC_

_Tracy Uchuff_ _(Person served)_ is described as a _white_ fe_male,

approximately _25_ years of age, _90_ lbs. _5.4_" tall, with _blond_ hair. _(other features)_

_____

_____John Hotz_____
(PROCESS SERVER'S SIGNATURE)
John Hotz
Print Name

Sworn to before me this
_25_ day of February, 2005

_____
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------------x
IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

**COUNTY OF ROCKLAND** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178
-------------------------------------------------------------------x
STATE OF                           )
                                   ) ss.:
COUNTY                             )

_John Hotz_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

On _Thurs_, February _24_, 2005, at approximately _11:50_ _m._ at

_Endo Blvd. Chadds Ford, PA_, Deponent served the within

Amended Summons in a Civil Case and Amended Complaint upon _Endo Pharmaceuticals, inc_

by delivering to and leaving with _Tracy Achuff_ _(Person served)_,

_Facilities Coordinator_ _(Title)_, a true and correct copy of said document. At the time of said

service, _(Person served)_ _Tracy Achuff_ stated that (s) he was duly authorized to

accept service of legal process for _Endo Pharmaceuticals_

_Tracy Achuff_ _(Person served)_ is described as a _White fe_ male,

approximately _25_ years of age, _190_ lbs. _5.4"_ tall, with _blond_ hair. _(other features)_

_John Hotz_
(PROCESS SERVER'S SIGNATURE)
_John Hotz_
Print Name

Sworn to before me this
_25_ day of February, 2005

_Mullen_
Notary Public
——————————
DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------x FILED
IN RE PHARMACEUTICAL INDUSTRY          IN CLERKS OFFICE
AVERAGE WHOLESALE PRICE LITIGATION

2005 MAY 2? P 12: 31   Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:          U.S. DISTRICT COURT
                                   DISTRICT OF MASS
**COUNTY OF WESTCHESTER** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178

-------------------------------------------------------x
STATE OF                    )
                            ) ss.:
COUNTY                      )

_John Hotz_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of
_New Jersey_

On _Wed_, February _23_, 2005, at approximately _12:53_ m. at
_110 Allen Rd, Liberty Corner, NJ_, Deponent served the within
Amended Summons in a Civil Case and Amended Complaint upon _Reliant Affairs_
by delivering to and leaving with _Michael Lerner, VP Legal_ (Person served),
_VP Legal Aff_ (Title), a true and correct copy of said document. At the time of said
service, (Person served) _Michael Lerner_ stated that (s) he was duly authorized to
accept service of legal process for _Reliant_

_Michael Lerner_ (Person served) is described as a _W_ male,
approximately _50_ years of age, _180_ lbs _6'1"_ tall, with _BLK_ hair. (other features)

_____
(PROCESS SERVER'S SIGNATURE)
John Hotz
Print Name

Sworn to before me this
25 day of February, 2005

DACIEN J. MULLEN
MY COMMISSION EXPIRES
Notary Public JUNE 1, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------------x
IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

**COUNTY OF ROCKLAND** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178
-------------------------------------------------------------------x
STATE OF                              )
                                      ) ss.:
COUNTY                                )

_John Hotz_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_New Jersey_.

On _Wed_, February _23_, 2005, at approximately _12:53 PM_, m. at

_110 Allen Rd, Liberty Corner NJ_, Deponent served the within

Amended Summons in a Civil Case and Amended Complaint upon _Reliant_,

by delivering to and leaving with _Michael Lerner_ _(Person served)_,

_VP Legal Aff._ _(Title)_, a true and correct copy of said document. At the time of said

service, _(Person served)_ _Michael Lerner_ stated that (s) he was duly authorized to

accept service of legal process for _Reliant_

_Michael Lerner_ _(Person served)_ is described as a _W_ male,

approximately _50_ years of age, _180_ lbs. _6' 1"_ tall, with _BLK_ hair. _(other features)_

_____
(PROCESS SERVER'S SIGNATURE)
_____
Print Name

Sworn to before me this
_05_ day of February, 2005

_____
Notary Public
DAMIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

FILED
CLERKS OFFICE

Index No. 01-12257 PBS

2005 MAY 2 7 P 12: 31

THIS DOCUMENT RELATES TO:

U.S. DISTRICT COURT
DISTRICT OF MASS.

**COUNTY OF WESTCHESTER** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178

------------------------------------------------------------x

STATE OF        )
                ) ss.:
COUNTY          )

_Matthew Hojnowsk_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of
_PA_

On _Tues_, ~~February~~ _March_ _1_, 2005, at approximately _12:40_ p.m. at
_650 Cathill Rd., Sellersville, PA_, Deponent served the within

Amended Summons in a Civil Case and Amended Complaint upon _TEVA_,

by delivering to and leaving with _Nicole Voigt_ _(Person served)_,

_paralegal_ _(Title)_, a true and correct copy of said document. At the time of said

service, _(Person served)_ _Nicole Voigt_ stated that (s) he was duly authorized to

accept service of legal process for _Teva_

_Nicole Voigt_ _(Person served)_ is described as a _White_ _F_ male,

approximately _30_ years of age, _130_ lbs _5'9"_ tall, with _Blond_ hair. _(other features)_

_____

(PROCESS SERVER'S SIGNATURE)
_Matthew Hojnowsk_
Print Name

Sworn to before me this
_3__ day of February, 2005

_____
Notary Public
DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------------x
IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

**COUNTY OF ROCKLAND** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178
-------------------------------------------------------------------x
STATE OF                                    )
                                            ) ss.:
COUNTY                                      )

_Matthew Hojnowski_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of _PA_

On _TUES_, ~~February~~ March _1_, 2005, at approximately _12:40_ ~~p~~.m. at _650 Cathill Rd. Sellersville, PA_, Deponent served the within Amended Summons in a Civil Case and Amended Complaint upon _TEVA_," by delivering to and leaving with _Nicole Voigt_ _(Person served)_, _Paralegal_ _(Title)_, a true and correct copy of said document. At the time of said service, _(Person served)_ _Nicole Voigt_ stated that (s) he was duly authorized to accept service of legal process for _TEVA_.

_Nicole Voigt_ _(Person served)_ is described as a _W female_, approximately _30_ years of age, _120_ lbs, _5'9"_ tall, with _Blond_ hair. _(other features)_

_____
(PROCESS SERVER'S SIGNATURE)
_Matthew Hojnowski_
Print Name

Sworn to before me this
_3_ day of February, 2005

_____
DAMIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

FILED
CLERKS OFFICE

Index No.: 01-12257 PBS

2005 MAY 27  P 12: 31

U.S. DISTRICT COURT
DISTRICT OF MASS

THIS DOCUMENT RELATES TO:

**COUNTY OF WESTCHESTER** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178

-------------------------------------------------------------x

STATE OF _____ )
                     ) ss.:
COUNTY _____   )

_Matthew Hojnowski_ being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of _PA_

On _Fri_, February _25_, 2005, at approximately _12:40_ m. at _1050 Camp Hill Rd. Ft. Washington PA_, Deponent served the within

Amended Summons in a Civil Case and Amended Complaint upon _Mcneill PPC_,

by delivering to and leaving with _Deborah Stanerck_ (Person served),

_Manager_ (Title), a true and correct copy of said document. At the time of said

service, (Person served) _Deborah Stanerck_ stated that (s) he was duly authorized to

accept service of legal process for _Mcneill PPC_.

_Deborah Stanerck_ (Person served) is described as a _White_ male,

approximately _55_ years of age, _160_ lbs. _5'7"_ tall, with _grey_ hair. (other features)
_glasses_

_(signature)_

(PROCESS SERVER'S SIGNATURE)

_Matthew Hojnowski_
Print Name

Sworn to before me this
_27_ day of February, 2005

_(signature)_

Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
---------------------------------------------------------------x
IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

**COUNTY OF ROCKLAND** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178

---------------------------------------------------------------x
STATE OF                              )
                                     ) ss.:
COUNTY                               )

_Matthew Hojnowski_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of
_PA_

On _Fri_, February _25_, 2005, at approximately _12:40_ m. at
_7050 Camp Hill Rd, fort Washington PA_, Deponent served the within
Amended Summons in a Civil Case and Amended Complaint upon _McNeill-PPC_,
by delivering to and leaving with _Deborah Staneruck_ _(Person served)_,
_Manager_ _(Title)_, a true and correct copy of said document. At the time of said
service, _(Person served)_ _Deborah Staneruck_ stated that (s) he was duly authorized to
accept service of legal process for _McNeill-PPC_
_Deborah Staneruck_ _(Person served)_ is described as a _white_ f male,
approximately _55_ years of age, _100_ lbs. _5'7"_ tall, with _gray_ hair. _(other features)_
_glasses_

_(PROCESS SERVER'S SIGNATURE)_
_Matthew Hojnowski_
Print Name

Sworn to before me this
_3_ day of February, 2005

_[signature]_
Notary Public
DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

FILED
CLERKS OFFICE

Index No. 01-12257 PBS

2005 MAY 27  P 12: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

THIS DOCUMENT RELATES TO:

**COUNTY OF WESTCHESTER** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV- 6178
-----------------------------------------------------------------x

STATE OF           )
                     ) ss.:
COUNTY          )

_Matthew Hoprower_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_PA_.

On _Fri_, February _25_, 2005, at approximately _11:40 am_ at

*(address served)* _1050 Westlake Dr, Berwyn, PA_, Deponent

served the within Amended Summons in a Civil Case and Amended Complaint upon

*(Defendant)* _Dermik_., by delivering to and leaving with

*(Person served)* _John Sarle, Jr_ _Attorney_ *(Title)*.

a true and correct copy of said document. At the time of said service,

*(Person served)* _John Sarle, Jr_ stated that (s)he was duly authorized to accept

service of legal process for *(Defendant)* _Dermik_.

_John Sarle_ *(Person served)* is described as a _W_ (fe)male,

approximately _60_ years of age, _100_ lbs., _5' 10"_ tall, with _grey_ hair.

*(other features)* _____

_(signature)_
(PROCESS SERVER'S SIGNATURE)
_Matthew Hoprower_
Print Name

Sworn to before me this
_25_ day of February, 2005

_Mullen_
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------------x
IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

**COUNTY OF ROCKLAND** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 0 -CV-
-------------------------------------------------------------------x
STATE OF                    )
                            ) ss.:
COUNTY                      )

_Matthew Hojnowsk_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_PA_ .

On _Fri_ , February _25_ , 2005, at approximately _11:40_ _A_ .m. at

(address served) _1050 Westlake Dr, Berwyn, PA_ , Deponent

served the within Amended Summons in a Civil Case and Amended Complaint upon

(Defendant) _Dermik_ ., by delivering to and leaving with

(Person served) _John Darte, Jr_ , _Attorney_ (Title),

a true and correct copy of said document. At the time of said service,

(Person served) _John Darte, Jr_ stated that (s)he was duly authorized to accept

service of legal process for (Defendant) _Dermik_ .

_John Darte, Jr_ (Person served) is described as a _white_ (fe)male,

approximately _60_ years of age, _100_ lbs., _5'10"_ tall, with _Grey_ hair.

(other features) _____

_____
(PROCESS SERVER'S SIGNATURE)

_Matthew Hojnowski_
Print Name

_signature_
Sworn to before me this
3 day of February, 2005

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

_____
Notary Public

FILED
IN CLERKS OFFICE

2005 MAY 27  P 12: 31

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
--------------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

COUNTY OF WESTCHESTER V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178
--------------------------------------------------------------------x

STATE OF CALIFORNIA)
                ) ss.:
COUNTY        )

        BRADLEY McARTHUR_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

California.

    On _Tuesday_____, February _8____, 2005, at approximately _2__ :38

_P_.m. at 1 DNA Way, South San Francisco, CA 94080, Deponent served the within Amended Summons

in a Civil Case and Amended Complaint upon Genentech Inc., by delivering to and leaving with (Person

served) _TAEHO CAURLY_____, (Title) PARALEGAL____, a true and

correct copy of said document. At the time of said service, (Person

served) _TAEHO CURLY_____ stated that HE____ was duly authorized to accept

service of legal process for Genentech Inc.

(Person served) _TAEHO CAURLY_____ is described as a ASIAN____male,

approximately _35__ years of age, _130_lbs., _5'_6" tall, with_Bk___ hair and

(other features) _____

                      _Bradley McArthur_ 2003-0000829
                 (PROCESS SERVER'S SIGNATURE)

Sworn to before me this
_Q_ day of February, 2005

_Robert A Borissoff_
Notary Public

ROBERT ALEXANDER BORISSOFF
COMM. # 1394840
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
COMM. EXP. FEB. 17, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
--------------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

COUNTY OF WESTCHESTER V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178
--------------------------------------------------------------------x

STATE OF CALIFORNIA)
                    ) ss.:
COUNTY              )

~~BRADLEY McARTHUR~~_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

California.

On __Tuesday_____, February __8_____, 2005, at approximately __2__ : __10__

_P_.m. at 395 Oyster Point Blvd., Ste 500, South San Francisco, CA 94080, Deponent served the within

Amended Summons in a Civil Case and Amended Complaint upon Oncology Therapeutics Network

Corp., by delivering to and leaving with (Person served) __GAIL  BOSLAND_____,

(Title) ___PARALEGEL_____, a true and correct copy of said document. At the time of said service,

(Person served) __GAIL  BOSLAND_____ stated that __SHE____ was duly authorized to

accept service of legal process for Oncology Therapeutics Network Corp.

(Person served) __GAIL  BOSLAND_____ is described as a __African American F__ male,

approximately __30__ years of age, __110__ lbs., __5 ' 7 "__ tall, with __Bk_____ hair and

(other features) _____.

_____  2003-0000829
(PROCESS SERVER'S SIGNATURE)

Sworn to before me this
_8_ day of February, 2005

_____
Notary Public

ROBERT ALEXANDER BORISSOFF
COMM. # 1394840
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
COMM. EXP. FEB. 17, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
----------------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

FILED
IN CLERKS OFFICE

Index No. 01-12257 PBS

2005 MAY 27  P 12: 31

U.S. DISTRICT COURT
DISTRICT OF MASS

THIS DOCUMENT RELATES TO:

COUNTY OF WESTCHESTER V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178
----------------------------------------------------------------------x

STATE OF ILLINOIS)
                 ) ss.:
COUNTY           )

_____Scott GARLAND_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Illinois.

On _____, February _22_, 2005, at approximately _13 : 35_

____.m. at Three Parkway North, Deerfield, IL 60015, Deponent served the within Amended Summons in

a Civil Case and Amended Complaint upon Fujisawa USA Inc., by delivering to and leaving with (Person

served) _Maureen McShane_, (Title) _Attorney_, a true and

correct copy of said document. At the time of said service, (Person

served) _Maureen McShane_ stated that _she_ was duly authorized to accept

service of legal process for Fujisawa USA Inc.

(Person served) _Maureen McShane_ is described as a _____ _Fe_male,

approximately _50_ years of age, _140_ lbs., _5'6"_ tall, with _Brown_ hair and

(other features) _Glasses._                          .

_____Scott Gar_____
(PROCESS SERVER'S SIGNATURE)

Sworn to before me this
_22_ day of February, 2005

_____
Notary Public

OFFICIAL SEAL
ROGER D BURTON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/07/08

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
----------------------------------------------------------------------x
IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

COUNTY OF WESTCHESTER V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178
----------------------------------------------------------------------x
STATE OF ILLINOIS)
            ) ss.:
COUNTY       )

_____*Scott Garland*_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Illinois.

On _____, February _*22*_, 2005, at approximately _*13*_ : _*55*_

____.m. at One Baxter Parkway, Deerfield, IL 60015, Deponent served the within Amended Summons in a

Civil Case and Amended Complaint upon Baxter Healthcare Corporation, by delivering to and leaving

with (Person served) _*Claudia Williams*_, (Title) _*Authorized Agent*_, a

true and correct copy of said document. At the time of said service, (Person

served) _*Claudia Williams*_ stated that _*she*_ was duly authorized to accept

service of legal process for Baxter Healthcare Corporation.

(Person served) _*Claudia Williams*_ is described as a _____*Fe*_ male,

approximately _*55*_ years of age, _*145*_ lbs., _*5'7"*_ tall, with _*brown*_ hair and

(other features) _*Glasses*_____.

_____*Scott Garland*_____
(PROCESS SERVER'S SIGNATURE)

Sworn to before me this
*22* day of February, 2005

_____
Notary Public

OFFICIAL SEAL
ROGER D BURTON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/07/08

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

COUNTY OF WESTCHESTER V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178
-----------------------------------------------------------------------x

STATE OF ILLINOIS)
                 ) ss.:
COUNTY           )

_____Scott GALlAND_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Illinois.

On _____, February _22_, 2005, at approximately _13_ : _55_

___.m. at One Baxter Parkway, Deerfield, IL 60015, Deponent served the within Amended Summons in a

Civil Case and Amended Complaint upon Baxter International Inc., by delivering to and leaving with

(Person served) _ClAudiA W,lliAms_____, (Title) _Authorized Agent_, a true

and correct copy of said document. At the time of said service, (Person

served) _ClAudiA Williams_ stated that _she_ was duly authorized to accept

service of legal process for Baxter International Inc.

(Person served) _ClAudiA Williams_ is described as a _____ _Fe_male,

approximately _55_ years of age, _145_ lbs., _5'7_" tall, with _Blown_ hair and

(other features) _ClAsses._____.

_____
(PROCESS SERVER'S SIGNATURE)

Sworn to before me this
_22_ day of February, 2005

_____
Notary Public

OFFICIAL SEAL
ROGER D BURTON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/07/08

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

*FILED*
*IN CLERKS OFFICE*

2005 MAY 27  P 12: 31

U.S. DISTRICT COURT
DISTRICT OF MASS

THIS DOCUMENT RELATES TO:

**COUNTY OF WESTCHESTER** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178
-------------------------------------------------------------------x

STATE OF PA                        )
                                   ) ss.:
COUNTY WASHINGTON                  )

CARMEN J. CICCARELLI, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

PENNSYLVANIA                    .

On  2\14\05  , February  14TH  , 2005, at  approximately 2:00 P.m. at

1500 CORPORATE DR CANONSBURG PA 15317  , Deponent served the within

Amended Summons in a Civil Case and Amended Complaint upon MYLAN LABORATORIES,INC.,

by delivering to and leaving with VICTORIA POLASKI                    *(Person served)*,

LEGAL ASSISTANT *(Title)*, a true and correct copy of said document. At the time of said

service, *(Person served)* VICTORIA POLASKI    stated that (s) he was duly authorized to

accept service of legal process for MYLAN LABORATORIES, INC.                    .

VICTORIA POLASKI    *(Person served)* is described as a WHITE FE male,

approximately 55 years of age, 160 lbs., 5' 8" tall, with BLOND hair. *(other features)*

_____

Carmen J. Ciccarelli
(PROCESS SERVER'S SIGNATURE)
CARMEN J CICCARELLI
Print Name

Sworn to before me this
14 day of February, 2005

Notary Public

Notarial Seal
Robert D. Stauffer, Jr., Notary Public
Penn Hills Twp., Allegheny County
My Commission Expires Oct. 31, 2005
Member, Pennsylvania Association of Notaries

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------------x
IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

**COUNTY OF ROCKLAND** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178
-------------------------------------------------------------------x
STATE OF PA                          )
                                     ) ss.:
COUNTY WASHINGTON                    )

      CARMEN J CICCARELLI, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

PENNSYLVANIA.

      On 2\14\05, February 14TH, 2005, at approximately 1200 P.m. at

1500 CORPORATE DR CANONSBURG PA 15317, Deponent served the within

Amended Summons in a Civil Case and Amended Complaint upon MYLAN LABORATORIES, INC,

by delivering to and leaving with VICTORIA POLASKI _____ (Person served),

LEGAL ASSISTANT _____ (Title), a true and correct copy of said document. At the time of said

service, (Person served) VICTORIA POLASKI _____ stated that (s) he was duly authorized to

accept service of legal process for MYLAN LABORATORIES, INC. _____.

VICTORIA POLASKI _____ (Person served) is described as a WHITE Female,

approximately 55 years of age, 160 lbs., 5'8" tall, with BLOND hair. (other features)

                                             _____
                                        (PROCESS SERVER'S SIGNATURE)
                                        CARMEN J CICCARELLI
                                          Print Name

Sworn to before me this
14th day of February, 2005

_____
Notary Public

Robert D. Baxter, Jr., Notary Public
Penn Hills Twp., Allegheny County
My Commission Expires

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

**COUNTY OF WESTCHESTER** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178
-----------------------------------------------------------------x

STATE OF PA                )
                           ) ss.:
COUNTY WASHINGTON          )

CARMEN J CICCARELLI , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

PENNSYLVANIA                .

On 2/14/05 , February 14TH , 2005, at approximately 1200 P.m. at

1500 CORPORATE DR CANONSBURG PA15317 , Deponent served the within

Amended Summons in a Civil Case and Amended Complaint upon MYLAN PHARMACEUTICAL .

by delivering to and leaving with VICTORIA POLASKI (Person served),

LEGAL ASSISTANT (Title), a true and correct copy of said document. At the time of said

service, (Person served) VICTORIA POLASKI stated that (s) he was duly authorized to

accept service of legal process for MYLAN LABORATORIES, INC.       .

VICTORIA POLASKI (Person served) is described as a WHITE FE male,

approximately 55 years of age, 160 lbs., 5'8" tall, with BLOND hair. (other features)

_____

Carmen Ciccarelli
(PROCESS SERVER'S SIGNATURE)
CARMEN J CICCARELLI
Print Name

Sworn to before me this
14 day of February, 2005

_____
Notary Public
Robert D. Stauffer, Jr., Notary Public
Penn Hills Twp., Allegheny County
My Commission Expires Oct. 31, 2005
Member, Pennsylvania Association of Notaries

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------------x
IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

**COUNTY OF ROCKLAND** V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178
------------------------------------------------------------------x
STATE OF  PA              )
                         ) ss.:
COUNTY WASHINGTON         )

CARMEN J CICCARELLI, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

PENNSYLVANIA

On  2\14\05 , February  14TH , 2005, at  approximately 12:00 Pm. at

1500 CORPORATE DR CANONSBURG PA 15317          , Deponent served the within

Amended Summons in a Civil Case and Amended Complaint upon MYLAN PHARMACEUTICAL .

by delivering to and leaving with  VICTORIA POLASKI                    (Person served),

LEGAL ASSISTANT      (Title), a true and correct copy of said document. At the time of said

service, (Person served)  VICTORIA POLASKI       stated that (s) he was duly authorized to

accept service of legal process for MYLAN LABORATORIES, INC.                    .

VICTORIA POLASKI           (Person served) is described as a WHITE Female,

approximately 55  years of age, 160 lbs., 5' 8" tall, with BLOND hair.  (other features)

_____

_____
(PROCESS SERVER'S SIGNATURE)
CARMEN J CICCARELLI
Print Name

Sworn to before me this
14th day of February, 2005

Notary Public

Robert D. Stauffer, Jr., Notary Public
Penn Hills Twp., Allegheny County
My Commission Expires Oct. 31, 2005
Member, Pennsylvania Association of Notaries

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

COUNTY OF WESTCHESTER V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178

-----------------------------------------------------------------x

STATE OF TENNESSEE)
                  ) ss.:
COUNTY            )

_Robert L Taylor_ being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Tennessee.

On _____10_____ , February _____ , 2005, at approximately _8:00m_

____.m. at 501 Fifth Street, Bristol, TN 37620, Deponent served the within Amended Summons in a Civil

Case and Amended Complaint upon Monarch Pharmaceuticals Inc., by delivering to and leaving with

(Person served) _Betty Forrester_ , (Title) _Exec Secr Tmw_ , a true

and correct copy of said document. At the time of said service, (Person

served) _Betty Forrester_ stated that _She_ was duly authorized to accept

service of legal process for Monarch Pharmaceuticals Inc.

(Person served) _Betty Forrester_ is described as a _____F__ male,

approximately _45_ years of age, _190_ lbs., _5'4"_ tall, with _dark_ hair and

(other features) _____

_____
(PROCESS SERVER'S SIGNATURE)

State of: Virginia
County of: Washington
Commonwealth of Virginia
   The foregoing instrument was acknowledged
Before me this _10_ day of _February_ 2005
By_____ Susan M. Kimbrell
   _Susan M. Kimbrell_
                     Notary Public

Sworn to before me this
_10_ day of February, 2005

_Susan M. Kimbrell_
Notary Public

My Commission Expires: December 31, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

COUNTY OF WESTCHESTER V. ABBOTT
LABORATORIES, INC. ET. AL.

S.D.N.Y. CASE NO. 03-CV-6178
------------------------------------------------------------------x
STATE OF TENNESSEE)
                  ) ss.:
COUNTY            )

_____ROBERT L TROY_____ being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Tennessee.

On _____, February _10_, 2005, at approximately _8:15_ _PM_

___.m. at 501 Fifth Street, Bristol, TN 37620, Deponent served the within Amended Summons in a Civil

Case and Amended Complaint upon King Pharmaceuticals Inc., by delivering to and leaving with (Person

served) ___BETTY FORRESTER___, (Title) _EXEC SECRATION_, a true and

correct copy of said document. At the time of said service, (Person

served)_____BETTY FERRESTER_ stated that ___SHE___ was duly authorized to accept

service of legal process for King Pharmaceuticals Inc.

(Person served) ___BETTY FORRESTER___ is described as a ___FEmale,

approximately _45_ years of age, _198_ lbs., _5'4"_ tall, with _DRK_ hair and

(other features) _____

_____
(PROCESS SERVER'S SIGNATURE)

State of: Virginia
County of: Washington

Commonwealth of Virginia
The foregoing instrument was acknowledged
Before me this _10_ day of _February_,
By _____ Susan M. Kimbrell _____
_____
Notary Public

Sworn to before me this
_10_ day of February, 2005

_Susan M. Kimbrell_
Notary Public

My Commission Expires: December 31, 2008