# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |

### [PROPOSED] ORDER GRANTING B. BRAUN MEDICAL INC.'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER STAYING DISCOVERY PENDING RESOLUTION OF ITS MOTION TO DISMISS

THIS MATTER coming before the Court on B. Braun Medical Inc.'s Motion for Leave to File a Reply Memorandum in Support of its Motion for A Protective Order Staying Discovery. The Court, upon due consideration, hereby orders as follows:

B. Braun Medical Inc.'s Motion for Leave to File Reply Memorandum is GRANTED. The Clerk is directed to file B. Braun Medical Inc.'s Reply Memorandum in Support of Its Motion for a Protective Order Staying Discovery Pending Resolution of Its Motion to Dismiss.

IT IS SO ORDERED.

Dated:_____    _____
Hon. Marianne B. Bowler
United States Magistrate Judge