UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ALL ACTIONS ) <br> ) | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> JUDGE PATTI B. SARIS |

## MOTION TO PERMIT ROBERT M. SMITH
## TO APPEAR PRO HAC VICE

Pursuant to Rule 83.5.3(b) of the Local Rules of this Court, David M. Glynn, a counsel of record for defendants Aventis Pharmaceuticals Inc. hereby moves this Court to permit Robert M. Smith to appear on its behalf as counsel *pro hac vice* in the above-captioned action.

In support of this motion, undersigned counsel states the following:

1. The undersigned is a member in good standing of the bar of this Court.

2. Mr. Smith is a member in good standing of the bar of Missouri.

3. Mr. Smith is an associate at the law firm of Shook, Hardy & Bacon L.L.P.

4. There are no disciplinary proceedings pending against Mr. Smith as a member of any bar in any jurisdiction.

5. Mr. Smith has indicated in his Certificate attached hereto that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. Mr. Smith's Certificate in Support Of Motion To Permit Counsel To Appear Pro Hac Vice is attached hereto behind Tab A; a Proposed Order is attached behind Tab B.

1679017v1

Dated: June 14, 2005

Respectfully submitted,
/s/ David M. Glynn
**Michael DeMarco (BBO #119960)**
mdemarco@klng.com
**Jeffrey S. King (BBO #559000)**
jking@klng.com
**David M. Glynn (BBO #650964)**
dglynn@klng.com
**Cara E. Corbett (BBO #654852)**
ecorbett@klng.com
KIRKPATRICK&LOCKHART
 NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109-1808
(617) 261-3100

*Attorneys for Defendants Aventis Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

I, David M. Glynn, Esq., hereby certify that a true and correct copy of this document was served via Verilaw on all enrolled counsel on June 14, 2005.

/s/David M. Glynn
David M. Glynn