# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____ )
IN RE PHARMACEUTICAL INDUSTRY ) MDL NO. 1456
AVERAGE WHOLESALE PRICE )
LITIGATION ) CIVIL ACTION: 01-CV-12257-PBS
              )
THIS DOCUMENT RELATES TO: ) JUDGE PATTI B. SARIS
ALL ACTIONS )
_____ )

## CERTIFICATE OF GOOD STANDING

    Robert M. Smith, an attorney with the firm Shook, Hardy & Bacon L.L.P., 2555 Grand Boulevard, Kansas City, Missouri, 64108-2613, hereby certifies:

    1.  I am a member of the Bar of Missouri.

    2.  I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice.

    3.  There are no disciplinary proceedings against me as a member of the Bar in any jurisdiction.

    4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

    Under penalty of perjury this 10th day of June, 2005.

        Respectfully submitted,

        _Robert M. Smith_

        Robert M. Smith
        SHOOK, HARDY & BACON L.L.P.
        2555 Grand Boulevard
        Kansas City, Missouri 64108-2613
        Telephone: (816) 474-6550
        Facsimile: (816) 421-5547