# Defendant Sicor, Inc. and Sicor Pharmaceuticals, Inc.

# Exhibit B

**From:** Hack, Elizabeth I. [mailto:ehack@sonnenschein.com]
**Sent:** Wednesday, May 11, 2005 2:59 PM
**To:** Susan E. MacMenamin
**Subject:** Follow-Up

Susan -- two weeks ago we discussed the fact that it would cost Sicor over $40,000 to produce e-mails from 1998 through February 2002 and that it is Sicor's position that this would be unduly burdensome for us to do. You stated that you needed to find out whether plaintiffs were willing to incur this cost. Given that discovery ends in less than 7 months and it will take time for us to recover and then review this data, please let me know whether this is an expense plaintiffs are willing to undertake.

Thanks
Liz

Elizabeth I. Hack
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW, Suite 600 East Tower
Washington, DC  20005
Tel:  (202) 408-9236
Fax:  (202) 408-6399
ehack@sonnenschein.com

-------------------------------------------------------------------

EXHIBIT B
Defendant Sicor, Inc.
and Sicor
Pharmaceuticals, Inc.