# Defendant Sicor, Inc. and Sicor Pharmaceuticals, Inc.

# Exhibit C

**From:** Hack, Elizabeth I. [mailto:ehack@sonnenschein.com]
**Sent:** Tuesday, May 24, 2005 11:42 AM
**To:** Susan E. MacMenamin
**Subject:** RE: Follow-Up

Susan -- where do we stand on the e-mail retrieval issue? Given that discovery ends in 6 months and it will take time for us to recover and then review this data, we need to know whether plaintiffs plan on paying for the recovery of the data.

Liz

EXHIBIT C
Defendant Sicor, Inc.
and Sicor
Pharmaceuticals, Inc.