UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

CIVIL ACTION
NO. 01-12257-PBS
MDL NO. 1456

## ORDER OF CONSOLIDATION

SARIS, U.S.D.J.                                                     June 15, 2005

This Court hereby consolidates the following civil actions: 05-11180-PBS, 05-11181-PBS, 05-11182-PBS, 05-11183-PBS, 05-11184-PBS, 05-11185-PBS, 05-11186-PBS, 05-11187-PBS, 05-11188-PBS, 05-11189-PBS, 05-11190-PBS, 05-11191-PBS, 05-11192-PBS, 05-11193-PBS, 05-11194-PBS, 05-11195-PBS, 05-11196-PBS, 05-11197-PBS, 05-11198-PBS with civil action 01-12257-PBS.  All future pleadings will be docketed in civil action 01-12257-PBS which has been designated the Lead Case.

_____
Patti B. Saris
United States District Judge

Copies to:  All Counsel