UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | |

**AMENDED NOTICE OF RULE 30(b)(6) DEPOSITION**

TO:     ALL COUNSEL OF RECORD VIA VERILAW:

PLEASE TAKE NOTICE THAT pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition upon oral examination of Debbie Kane or other designated representative(s) of Schering-Plough and Warrick Pharmaceutical Corporation, who are knowledgeable regarding the matters designated on attached Exhibit "A."  The deposition shall take place on June 23, 2005 at 10:00 a.m., and shall continue until concluded at the offices of Schering-Plough Corporation, 2000 Galloping Hill Road, Building K-6, Kenilworth, N.J. 07033.

Testimony will be recorded and transcribed by a court reporter, for use at trial and all other purposes permissible under the Federal Rules of Civil Procedure.  You are invited to attend and participate.

DATED: June 16, 2005                By    /s/ **Hugh E. McNeely**
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
    Hugh E. McNeely
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

- 3 -

        Kenneth A. Wexler
        Jennifer F. Connolly
        The Wexler Firm LLP
        One North LaSalle Street, Suite 2000
        Chicago, IL  60602
        Telephone: (312) 346-2222
        Facsimile: (312) 346-0022

        Samuel D. Heins
        Alan I. Gilbert
        Susan E. MacMenamin
        Heins, Mills & Olson, P.C.
        3550 IDS Center
        80 South Eighth Street
        Minneapolis, MN  55402
        Telephone: (612) 338-4605
        Facsimile: (612) 338-4692
        **CO-LEAD COUNSEL FOR**
        **PLAINTIFFS**

**EXHIBIT "A"**

INSTRUCTIONS

All of the definitions from Plaintiffs' Omnibus Requests for Production of Document Directed to All Defendants are incorporated herein by reference.

"AWPID" refers to all of the drugs identified in Appendix A to the AMCC.

"Spread" refers to the difference between AWP or any price upon which reimbursement for a drug is based, on the one hand, and the actual or net price paid for a drug on the other hand.

Unless otherwise specifically stated, each of these Areas of Inquiry encompasses the years 1991 through the present and focuses only on physician-administered AWPIDs.

AREAS OF INQUIRY

1.  The identity of documents describing how prices on any physician-administered drugs manufactured by either defendant are established and the identity of persons with knowledge on this issue, said drugs include all AWPIDs.

2.  The identity of documents describing the price paid by physicians or others reimbursing for physician-administered drugs, including but not limited to, all AWPIDs and the identity of persons with knowledge on this subject

3.  The types of materials maintained by the sales force, including "detail" reports, field sales notes, and electronic databases.

4.  Communications, oral or written, with publishers on any of the following: list price, AWP, net price, suggested wholesale price, WAC, or any other communication with publishers.

5.  The identity and nature of the competitive drugs with respect to each physician-administered AWPID.

6. The ASPs on each AWPID and the spread between ASP and AWP, and how defendant calculates ASP.

7. All documents used in the training or education of its sales representatives who represent Schering-Plough Group with regard to the subject drugs.

8. The content and frequency of the training or education of its sales representatives who represent Schering-Plough Group with regard to the subject drugs.

9. Schering-Plough Group's policies, procedures and standards for the management, supervision, compensation, employment, promotion, advancement, demotion, and/or discharge of its sales representatives who represent Schering-Plough Group with regard to the subject drugs.

10. All policies, procedures, practices or standards to which sales representatives who represent the Schering-Plough Group are subject relating to the marketing, pricing, sale, or contracting of the subject drugs.

11. Any inquiries or investigations made by Schering-Plough Group of any violation of any policies, procedures, practices or standards to which sales representatives who represent the Schering-Plough Group are subject relating to the marketing, pricing, sale, or contracting of the subject drugs.

12. The identification of the twenty top sales representatives representing the Schering-Plough Group in sales for each of the subject drugs in the United Stats of America for the relevant time period. The term "top sales representatives" means those sales representatives that had the highest dollar value of sales for a subject drug for each of the calendar years during the relevant time period.

13. All documents referring, referencing, or relating to the Topics above.

- 6 -

**CERTIFICATE OF SERVICE**

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **AMENDED NOTICE OF RULE 30(B)(6) DEPOSITION** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on June 16, 2005, a copy to Verilaw Technologies for Posting and notification to all parties

By  **/s/ Hugh E. McNeely**
Hugh E. McNeely
**HAGENS BERMAN SOBOL SHAPIRO LLP**
One Main Street, 4th Floor
Cambridge, MA  02142
(617) 482-3700