UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )<br>)  MDL NO. 1456<br>)<br>)  CIVIL ACTION: 01-CV-12257-PBS<br>)<br>)  Judge Patti B. Saris<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br>ALL CLASS ACTIONS | |

**AMENDED NOTICE OF 30(B)(6) DEPOSITION OF DEFENDANTS SCHERING-PLOUGH GROUP AND WARRICK PHARMACEUTICAL CORPORATION REGARDING SALES DATASETS AND DATA SYSTEMS**

TO ALL COUNSEL OF RECORD VIA VERILAW:

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition upon oral examination of Art Monaghan and Debbie Kane or other designated representative(s) of The Schering-Plough Group and Warrick Pharmaceutical Corporation, who are most knowledgeable regarding the matters designated on Exhibit "A" attached hereto.  This Amended Notice of 30(b)(6) Deposition of Defendants Schering-Plough Group and Warrick Pharmaceutical Corporation Regarding Sales Datasets and Data Systems amends the Notice filed by Plaintiffs on January 13, 2005.  The deposition of Art Monaghan will take place on June 21, 2005 at 10:00 am and shall continue until 2:00 pm at the offices of Schering-Plough Corporation, 2000 Galloping Hill Road, Building K-6, Kenilworth, N.J. 07033.  The deposition of Debbie Kane shall take place on June 23, 2005 at 10:00 a.m., and shall continue until concluded at the offices of Schering-Plough Corporation, 2000 Galloping Hill Road, Building K-6, Kenilworth, N.J. 07033.

Testimony will be recorded and transcribed by a court reporter, for use at trial and all other purposes permissible under the Federal Rules of Civil Procedure.  You are invited to attend and participate.

Respectfully submitted,


By _____**/s/ Hugh E. McNeely**_____
Thomas M. Sobol
David S. Nalven
Edward Notargiacomo
Hugh E. McNeely
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594


*LIAISON AND CO-LEAD COUNSEL*

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Elizabeth Fegan Hartweg
Kenneth A. Wexler & Associates
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Samuel Heins
Brian Williams
Heins, Mills & Olson, P.C.
700 Northstar East
608 Second Avenue South
Minneapolis, MN  55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

CO-LEAD COUNSEL

Michael McShane
Alexander, Hawes & Audet, LLP
300 Montgomery Street, Suite 400
San Francisco, CA  94104
Telephone: (415) 982-1886
Facsimile: (415) 576-1776

Robert E. Piper, Jr.
Piper & Associates
624 Pierre Avenue
Shreveport, LA 71103
Telephone: (318) 226-0826
Facsimile: (318) 424-9900

PLAINTIFFS LEAD COUNSEL COMMITTEE

Anthony Bolognese
Bolognese & Associates
One Penn Center
1617 JFK Boulevard, Suite 650
Philadelphia, PA  19103
Tel:  (215) 814-6750
Fax:  (215) 814-6764

Jonathan W. Cuneo
The Cuneo Law Group
317 Massachusetts Ave. N.E., Suite 300
Washington, DC 20002
Tel: (202) 789-3960
Fax: (202) 789-1813

Neal Goldstein (Of Counsel)
Freedman & Lorry, PC
400 Market Street, Suit 900
Philadelphia, PA 19106
Tel: (215) 925-8400
Fax: (215) 925-7516

Michael E. Criden
Hanzman & Criden, PA
Commerce Bank Center, Suite 400
220 Alhambra Circle
Coral Gables, FL  33134
Tel:  (305) 357-9000
Fax: (305) 357-9050

Blake M. Harper
Kirk B. Hulett
Hulett Harper LLP
550 West C Street, Suite 1700
San Diego, CA  92101
Tel:  (619) 338-1133
Fax: (619) 338-1139

Jonathan D. Karmel
Karmel & Gilden
221 N. LaSalle Street
Suite 1414
Chicago, IL  60601
Tel: (312) 641-2910
Fax: (312) 641-0781

Dianne M. Nast
Roda & Nast, PC
801 Estelle Drive
Lancaster, PA 17601
Tel: 717-892-3000
Fax: 717-892-1200

Henry H. Rossbacher
Rossbacher & Associates
811 Wilshire Boulevard, Suite 1650
Los Angeles, CA 90017-2666
Tel:  (213) 895-6500
Fax:  (213) 895-6161

Jonathan Shub
Sheller, Ludwig & Badey, P.C.
1528 Walnut Street, 3rd Floor
Philadelphia, PA  19102
Tel:  (215) 790-7300
Fax:  (215) 546-0942

Scott R. Shepherd
Shepherd & Finkleman, LLC
117 Gayley Street, Suite 200
Media, PA 19063
Tel:  (610) 891-9880
Fax:  (610) 891-9883

Lisa J. Rodriguez
Ira Neil Richards
Trujillo Rodriguez& Richards, LLC
The Penthouse
226 West Rittenhouse Square
Philadelphia, PA  19103
Tel:  (215) 731-9004
Fax:  (215) 731-9044

Mitchell A. Toups
Weller, Green, Toups & Terrell, L.L.P.
2615 Calder Street, Suite 400
Beaumont, TX  77704
Tel: (409) 838-0101
Fax: 409-838-6780

Damon Young
Lance Lee
Young, Pickett & Lee
4122 Texas Boulevard
Texarkana, AR/TX  75504
Tel: (903) 794-1303
Fax: 903-792-5098; 903-794-5098

Stephen C. Richman, Esq.
Markowitz & Richman
121 South Broad Street
Telephone:  (215) 875-3100
1100 North America Building
Philadelphia, PA  19107


Dated: June 17, 2005

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Amended Notice Of Rule 30(B)(6) Deposition was served on June 17, 2005, upon all counsel of record electronically by Verilaw.

                                          By:   /s/ Hugh E. McNeely
                                               Hugh E. McNeely
                                               Hagens Berman Sobol Shapiro LLP
                                               One Main Street, 4th Floor
                                               Cambridge, MA 02142

## **EXHIBIT A**

I.     **DEFINITIONS AND INSTRUCTIONS**

1.   All of the definitions from Plaintiffs First Request for Production of Document Directed to All Defendants are incorporated herein by reference.

2.   "SPW" means The Schering-Plough Group, consisting of defendants Schering-Plough Corporation and Warrick Pharmaceutical Corporation.

3.   "AWPID" refers to all SPW drugs identified in Exhibit A of the Amended Master Consolidated Complaint.

4.   Unless otherwise specifically stated, the matters upon which examination is requested encompass the years 1991 through the present.

5.   SPW shall produce a representative or representatives most knowledgeable concerning the following matters of examination:

II.    **MATTERS FOR EXAMINATION**

1.     SPW's electronic invoice system(s) including, but not limited to, the manner in which the system(s) records and maintains information related to direct sales, rebates, discounts, chargebacks, returns, credits, and all other price offsets, including off-invoice price offsets, related to all SPW AWPIDs.

2.     If any of the information or data related to matter number 1 above is or has been kept in separate data files or systems, the manner in which each separate data file or system records and maintains information related to direct sales, rebates, discounts, chargebacks, returns, credits, and all other price offsets, including off-invoice price offsets, related to all SPW AWPIDs.

3. SPW's accounting system(s), including, but not limited to, the manner in which any such system records, maintains or accounts for information related to direct sales, rebates, reserves for Medicaid rebate liability, discounts, chargebacks, returns, credits, payments, and any and all price offsets of any kind and nature, including off-invoice price offsets, related to all SPW AWPIDs.

4. Whether and how price offsets (including but not limited to rebates, discounts, chargebacks, instant rebates, market share rebates, combined generic/branded product market share rebates, cash payments or credit memos for competition-driven cost adjustments, brand tie-in market share rebates, autosubstitution chargebacks, quarterly rebates, line rebates, accrued credit, total line rebates, chargeback rebates to wholesalers, free product, returns and/or credits) are tracked according to the applicable National Drug Code ("NDC") for each and every SPW AWPID.

5. If price offsets are not tracked by NDC, the manner in which those price offsets are allocated to the NDC for each and every SPW AWPID.

6. How the datasets produced to Plaintiffs to date (Direct sales, C3 rebate, CARS rebate, and Chargeback databases) can be used to calculate the ASP for each NDC for all SPW AWPIDs that take into account all possible rebates, discounts, chargebacks, returns, credits, and all other price offsets, including off-invoice price offsets.

7. With respect to the direct sales dataset, information concerning:

   a) the content of the dataset and all sub-datasets, including without limitation whether the dataset contains all direct sales for each NDC for all SPW AWPIDs;

   b) the content of the variables, fields or codes used in the dataset;

10

    c) the purpose for which the data in the dataset is compiled and maintained by SPW;

    d) the way in which the dataset is used by SPW;

    e) the way in which the dataset relates or can be used to calculate gross sales and the ASP for each NDC for all SPW AWPIDs; and

    f) how the dataset relates to other datasets that include sales and pricing data, including, but not limited to, those referenced in Item 6, *supra*, and Item 12, *infra*.

8. With respect to the C3 rebate dataset, information concerning:

    a) the content of the dataset and all sub-datasets, including without limitation whether the dataset includes all data concerning sales, rebates, and administrative fees for each NDC for all SPW AWPIDs;

    b) the nature of the rebates and administrative fees included in the dataset;

    c) the content of the variables, fields or codes used in the dataset;

    d) the purpose for which the data in the dataset is compiled and maintained by SPW;

    e) the way in which the dataset is used by SPW;

    f) the way in which the dataset can be used in concert with the direct sales dataset to calculate the ASP for each NDC for all SPW AWPIDs;

    g) the way in which the dataset tracks SPW's sales, rebates, and administrative fees by reference to its contracts; and

    h) how the CARS rebate database and/or the Managed Care Rebate System (MCRS) interfaces with or relates to the C3 or other datasets.

9. With respect to the CARS rebate and Chargeback datasets, information concerning:

   a) the content of the datasets and all sub-datasets, including without limitation whether the datasets include all data concerning sales, rebates, chargebacks and administrative fees for each NDC for all SPW AWPIDs;

   b) the nature of the rebates and administrative fees included in the dataset;

   c) the content of the variables, fields or codes used in the dataset;

   d) the purposes for which the data in the datasets are compiled and maintained by SPW;

   e) the way in which the datasets are used by SPW;

   f) the way in which the datasets can be used in concert with the direct sales dataset to calculate the ASP for each NDC for all SPW AWPIDs;

   g) the way in which the datasets track SPW's sales, rebates, chargebacks and administrative fees by reference to its contracts.

10. Whether there exist other datasets and/or data systems that include data or information on price-offsets not yet produced to Plaintiffs, including, but not limited to additional datasets and/or data systems related to chargebacks, off-invoice price offsets, expenditures, and incentives to physicians, including the location and contents of these datasets and/or data systems and the variables, fields or codes used in these datasets and/or data systems, all in relation to each NDC for all SPW AWPIDs, including their identity and location.

11. How the datasets and/or data systems maintained by Schering-Plough Corporation and Warrick Pharmaceutical Corporation are utilized, merged, integrated and/or, as the case may be, kept separate and independent, in connection with the ordinary course of business conducted

by each entity and, in particular, how Schering-Plough Corporation and Warrick Pharmaceutical Corporation track and account for joint marketing strategies and promotions that involve rebates such as the combined market share rebates for Albuterol/Proventil or other combinations of generic/branded SPW AWPIDS offered for combined brand tie-in market share rebates.

12. Whether the datasets referenced in Item 6, *supra*, include, overlap or incorporate, in whole or in part, the datasets of each other or of those data systems designated as Trinzic, Intercom, Intercom Plus, Warprice and/or MCRS.

13. How, when and who maintains, audits and verifies the accuracy and integrity of each of the datasets and data systems referred to in Items 6 and 12, *supra*.

14. To the extent that data related to direct sales, rebates, discounts, chargebacks, returns, credits, payments, and any and all price offsets of any kind and nature, including off-invoice price offsets, related to any and all SPW AWPIDs has been purged, lost, deleted, edited, corrupted, modified and/or corrected within any data system referred to herein, to identify the person(s) and circumstance(s) involved in such events.