UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL NO. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | ) ) Judge Patti B. Saris ) ) |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF
PLAINTIFFS' MOTION TO COMPEL DEFENDANT GLAXOSMITHKLINE, INC.
TO PRODUCE DOCUMENTS IN THE MANNER REQUIRED BY RULE 34(b)**

Please take notice that plaintiffs hereby withdraw Plaintiffs' Motion to Compel Defendant GlaxoSmithKline, Inc. to Produce Documents in the Manner Required by Rule 34(b) dated February 3, 2005.

As of February 3, 2005, when plaintiffs filed their motion, GSK had failed to identify the file source of over 270,000 SmithKline Beecham-heritage documents that it had produced. On June 2, 2005, GSK delivered the last of three supplemental productions of file source information that reduced the number of unsourced documents to a little over 12,000. As a result of GSK's supplemental production and discussions between counsel for the parties following GSK's June 2, 2005 production of this information, the parties have agreed to address outstanding document source issues concerning the remaining SmithKline Beecham-heritage production that were the subject of plaintiffs' motion on a document-by-document basis, with the parties reserving claims and defenses, and specifically without prejudice to plaintiffs' right to renew this motion or seek alternative relief as required.

On June 2, 2005, this motion was scheduled for oral argument before Magistrate Judge Bowler. As a result of GSK's supplemental production, agreement between counsel, and

plaintiffs' withdrawal of motion, plaintiffs suggest that this matter may be removed from the Court's hearing calendar.

                                Respectfully submitted,

                                By **/s/ David Nalven**
                                  Thomas M. Sobol
                                  David S. Nalven
                                  Edward Notargiacomo
                                  Hagens Berman LLP
                                  One Main Street
                                  Cambridge, MA  02142
                                  Telephone: (617) 482-3700
                                  Facsimile: (617) 482-3003

                                  Steve W. Berman
                                  Sean R. Matt
                                  Hagens Berman LLP
                                  1301 Fifth Avenue, Suite 2900
                                  Seattle, WA  98101
                                  Telephone: (206) 623-7292
                                  Facsimile: (206) 623-0594

                                  *LIAISON AND CO-LEAD COUNSEL*

                                  Eugene A. Spector
                                  Jeffrey Kodroff
                                  Spector, Roseman & Kodroff, P.C.
                                  1818 Market Street, Suite 2500
                                  Philadelphia, PA  19103
                                  Telephone: (215) 496-0300
                                  Facsimile: (215) 496-6611

                                  Marc H. Edelson
                                  Hoffman & Edelson
                                  45 West Court Street
                                  Doylestown, PA  18901
                                  Telephone: (215) 230-8043
                                  Facsimile: (215) 230-8735

        Kenneth A. Wexler
        Kenneth A. Wexler & Associates
        One North LaSalle Street, Suite 2000
        Chicago, IL  60602
        Telephone: (312) 346-2222
        Facsimile: (312) 346-0022

        Samuel Heins
        Brian Williams
        Heins, Mills & Olson, P.C.
        700 Northstar East
        608 Second Avenue South
        Minneapolis, MN  55402
        Telephone: (612) 338-4605
        Facsimile: (612) 338-4692

        CO-LEAD COUNSEL

Dated: June 17, 2005

# CERTIFICATE OF SERVICE

Docket No. MDL 1456

I, David S. Nalven, hereby certify that I am one of plaintiffs' attorneys and that on June 17, 2005, I caused copies of Plaintiffs' Notice of Withdrawal of Plaintiffs' Motion to Compel Defendant GlaxoSmithKline to Produce Documents in the Manner Required by Rule 34(b) to be served via VeriLaw on all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　　　　**/s/ David S. Nalven**

Dated: June 17, 2005