**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456<br><br>Civil Action No. 01-CV-12257- PBS<br><br>Judge Patti B. Saris<br><br>MOTION FOR LEAVE TO FILE CONSOLIDATED COMPLAINT UNDER SEAL |
| THIS DOCUMENT RELATES TO:<br><br>*THE CITY OF NEW YORK v. ABBOTT LABORATORIES, INC., et al.*<br><br>S.D.N.Y. Case No. 04-CV-06054<br><br>*COUNTY OF ALBANY v. ABBOTT LABORATORIES, INC., et al.*<br><br>N.D.N.Y. Case No. 05-CV-0425<br><br>*COUNTY OF ALLEGANY v. ABBOTT LABORATORIES, INC., et al.*<br><br>W.D.N.Y. Case No. 05-CV-0236<br><br>*COUNTY OF BROOME v. ABBOTT LABORATORIES, INC., et al.*<br><br>N.D.N.Y. Case No. 05-CV-0145<br><br>*COUNTY OF CATTARAUGUS v. ABBOTT LABORATORIES, INC., et al.*<br><br>W.D.N.Y. Case No. 05-CV-0256 | |

| | |
|---|---|
| *COUNTY OF CAYUGA v. ABBOTT LABORATORIES, INC., et al.* | |
| N.D.N.Y. Case No. 05-CV-0423 | |
| *COUNTY OF CHAUTAUQUA v. ABBOTT LABORATORIES, INC., et al.* | |
| W.D.N.Y. Case No. 05-CV-0214 | |
| *COUNTY OF CHENANGO v. ABBOTT LABORATORIES, INC., et al.* | |
| N.D.N.Y. Case No. 05-CV-354 | |
| *COUNTY OF GENESEE v. ABBOTT LABORATORIES, INC., et al.* | |
| W.D.N.Y. Case No. 05-CV-00267 | |
| *COUNTY OF GREENE v. ABBOTT LABORATORIES, INC., et al.* | |
| N.D.N.Y. Case No. 05-CV-0474 | |
| *COUNTY OF HERKIMER v. ABBOTT LABORATORIES, INC., et al.* | |
| N.D.N.Y. Case No. 04-CV-06054 | |
| *COUNTY OF JEFFERSON v. ABBOTT LABORATORIES, INC., et al.* | |
| N.D.N.Y. Case No. 04-CV-06054 | |
| *COUNTY OF MONROE v. ABBOTT LABORATORIES, INC., et al.* | |
| W.D.N.Y. Case No. 05-CV-1648 | |

| |
|---|
| *COUNTY OF ONEIDA v. ABBOTT LABORATORIES, INC., et al.* |
| N.D.N.Y. Case No. 04-CV-06054 |
| *COUNTY OF ONONDAGA v. ABBOTT LABORATORIES, INC., et al.* |
| N.D.N.Y. Case No. 05-CV-0088 |
| *COUNTY OF RENSSELAER v. ABBOTT LABORATORIES, INC., et al.* |
| N.D.N.Y. Case No. 05-CV-04224 |
| *COUNTY OF ROCKLAND v. ABBOTT LABORATORIES, INC., et al.* |
| S.D.N.Y. Case No. 03-CV-7055 |
| *COUNTY OF ST. LAWRENCE v. ABBOTT LABORATORIES, INC., et al.* |
| N.D.N.Y. Case No. 05-CV-0479 |
| *COUNTY OF SARATOGA v. ABBOTT LABORATORIES, INC., et al.* |
| N.D.N.Y. Case No. 05-CV-0478 |
| *COUNTY OF SUFFOLK v. ABBOTT LABORATORIES, INC., et al.* |
| E.D.N.Y. Case No. 03-CV-229 |
| *COUNTY OF TOMPKINS v. ABBOTT LABORATORIES, INC., et al.* |
| N.D.N.Y. Case No. 05-CV-0397 |

| |
|---|
| *COUNTY OF WASHINGTON v. ABBOTT LABORATORIES, INC., et al.* |
| N.D.N.Y. Case No. 05-CV-0408 |
| *COUNTY OF WAYNE v. ABBOTT LABORATORIES, INC., et al.* |
| W.D.N.Y. Case No. 05-CV-6138 |
| *COUNTY OF WESTCHESTER v. ABBOTT LABORATORIES, INC., et al.* |
| S.D.N.Y. Case No. 03-CV-6178 |
| *COUNTY OF YATES v. ABBOTT LABORATORIES, INC., et al.* |
| W.D.N.Y. Case No. 05-CV-06172 |

### NEW YORK COUNTIES' MOTION FOR LEAVE TO FILE CONSOLIDATED COMPLAINT AND EXHIBITS UNDER SEAL

Plaintiffs, the City of New York and the captioned Counties, all of whom are represented by Kirby McInerney & Squire, LLP ("KMS"), respectfully file this Motion for Leave to File their Consolidated Complaint and Exhibits Under Seal. Such Consolidated Complaint will be filed on behalf of the above referenced plaintiffs, as well as other New York Counties who have retained the firm of Kirby McInerney & Squire, LLP.

Plaintiffs seek to file the Consolidated Complaint under seal, as well as the exhibits thereto. Throughout the Consolidated Complaint there are allegations based on documents marked "HIGHLY CONFIDENTIAL" and "CONFIDENTIAL" pursuant to the terms of the December 13, 2004 Protective Order. If the documents themselves are not quoted, information derived from them is, which under the terms of the Protective

1

Order requires that those portions be sealed. Exhibit B to the Consolidated Complaint contains proprietary pricing data taken from documents marked "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" by the defendants.

Additionally, the Consolidated Complaint and Exhibit B contain allegations and proprietary pricing data marked "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" drawn documents and information produced by subpoenaed third parties.

A proposed form of order is attached hereto.

WHEREFORE, Plaintiffs respectfully request that the Court grant them leave to file the Consolidated Complaint under seal.

Dated: June 15, 2005

                                              Respectfully submitted,

                                              KIRBY McINERNEY & SQUIRE, LLP

                                              By: _____
                                                     Joanne M. Cicala
                                                     James P. Carroll
                                                     Aaron D. Hovan
                                                     Michael B. Coons
830 Third Avenue
New York, NY 10022
(212) 371-6600

COUNSEL FOR THE CITY OF
NEW YORK AND THE
CAPTIONED COUNTIES

## Certificate of Service

I certify that on June 15, 2005 a true and correct copy of the foregoing Motion For Leave to File Consolidated Complaint Under Seal was served on all Counsel of Record by electronic service pursuant to Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

_____
Michael B. Coons