UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456<br><br>Civil Action No. 01-CV-12257- PBS<br><br>Judge Patti B. Saris<br><br>**[PROPOSED]**<br>**ORDER GRANTING MOTION**<br>**FOR LEAVE TO FILE**<br>**CONSOLIDATED COMPLAINT**<br>**UNDER SEAL** |
| THIS DOCUMENT RELATES TO:<br><br>*THE CITY OF NEW YORK v. ABBOTT LABORATORIES, INC., et al.*<br><br>S.D.N.Y. Case No. 04-CV-06054 | |
| *COUNTY OF ALBANY v. ABBOTT LABORATORIES, INC., et al.*<br><br>N.D.N.Y. Case No. 05-CV-0425 | |
| *COUNTY OF ALLEGANY v. ABBOTT LABORATORIES, INC., et al.*<br><br>W.D.N.Y. Case No. 05-CV-0236 | |
| *COUNTY OF BROOME v. ABBOTT LABORATORIES, INC., et al.*<br><br>N.D.N.Y. Case No. 05-CV-0145 | |
| *COUNTY OF CATTARAUGUS v. ABBOTT LABORATORIES, INC., et al.*<br><br>W.D.N.Y. Case No. 05-CV-0256 | |

| |
|---|
| *COUNTY OF CAYUGA v. ABBOTT LABORATORIES, INC., et al.* |
| N.D.N.Y. Case No. 05-CV-0423 |
| *COUNTY OF CHAUTAUQUA v. ABBOTT LABORATORIES, INC., et al.* |
| W.D.N.Y. Case No. 05-CV-0214 |
| *COUNTY OF CHENANGO v. ABBOTT LABORATORIES, INC., et al.* |
| N.D.N.Y. Case No. 05-CV-354 |
| *COUNTY OF FULTON v. ABBOTT LABORATORIES, INC. et al.* |
| N.D.N.Y. Case No. 05-CV-0519 |
| *COUNTY OF GENESEE v. ABBOTT LABORATORIES, INC., et al.* |
| W.D.N.Y. Case No. 05-CV-00267 |
| *COUNTY OF GREENE v. ABBOTT LABORATORIES, INC., et al.* |
| N.D.N.Y. Case No. 05-CV-0474 |
| *COUNTY OF HERKIMER v. ABBOTT LABORATORIES, INC., et al.* |
| N.D.N.Y. Case No. 04-CV-06054 |
| *COUNTY OF JEFFERSON v. ABBOTT LABORATORIES, INC., et al.* |
| N.D.N.Y. Case No. 05-CV-0715 |
| *COUNTY OF MADISON v. ABBOTT LABORATORIES, INC., et al.* |
| N.D.N.Y. Case No.05-CV-0714 |

| |
|---|
| *COUNTY OF MONROE v. ABBOTT LABORATORIES, INC., et al.* |
| W.D.N.Y. Case No. 05-CV-1648 |
| *COUNTY OF NIAGARA v. ABBOTT LABORATORIES, INC., et al.* |
| N.D.N.Y. Case No. 05-CV-6296 |
| *COUNTY OF ONEIDA v. ABBOTT LABORATORIES, INC. et al.* |
| N.D.N.Y. Case No. 04-CV-0489 |
| *COUNTY OF ONONDAGA v. ABBOTT LABORATORIES, INC., et al.* |
| N.D.N.Y. Case No. 05-CV-0088 |
| *COUNTY OF PUTNAM v. ABBOTT LABORATORIES, INC. et al.* |
| S.D.N.Y. Case No. 05-CV-4748 |
| *COUNTY OF RENSSELAER v. ABBOTT LABORATORIES, INC., et al.* |
| N.D.N.Y. Case No. 05-CV-04224 |
| *COUNTY OF ROCKLAND v. ABBOTT LABORATORIES, INC., et al.* |
| S.D.N.Y. Case No. 03-CV-7055 |
| *COUNTY OF ST. LAWRENCE v. ABBOTT LABORATORIES, INC., et al.* |
| N.D.N.Y. Case No. 05-CV-0479 |
| *COUNTY OF SARATOGA v. ABBOTT LABORATORIES, INC., et al.* |
| N.D.N.Y. Case No. 05-CV-0478 |

| |
|---|
| *COUNTY OF STEUBEN v. ABBOTT LABORATORIES, INC., et al.* <br><br> W.D.N.Y. Case No. 05-CV-6223 |
| *COUNTY OF SUFFOLK v. ABBOTT LABORATORIES, INC., et al.* <br><br> E.D.N.Y. Case No. 03-CV-229 |
| *COUNTY OF TOMPKINS v. ABBOTT LABORATORIES, INC., et al.* <br><br> N.D.N.Y. Case No. 05-CV-0397 |
| *COUNTY OF WARREN v. ABBOTT LABORATORIES, INC. et al.* <br><br> N.D.N.Y. Case No. 05-CV-0468 |
| *COUNTY OF WASHINGTON v. ABBOTT LABORATORIES, INC., et al.* <br><br> N.D.N.Y. Case No. 05-CV-0408 |
| *COUNTY OF WAYNE v. ABBOTT LABORATORIES, INC., et al.* <br><br> W.D.N.Y. Case No. 05-CV-6138 |
| *COUNTY OF WESTCHESTER v. ABBOTT LABORATORIES, INC., et al.* <br><br> S.D.N.Y. Case No. 03-CV-6178 |
| *COUNTY OF YATES v. ABBOTT LABORATORIES, INC., et al.* <br><br> W.D.N.Y. Case No. 05-CV-06172 |

## [PROPOSED] ORDER GRANTING NEW YORK COUNTIES' MOTION FOR LEAVE TO FILE CONSOLIDATED COMPLAINT AND EXHIBITS UNDER SEAL

Having considered the above captioned New York Counties' submission, the New York Counties are granted leave to file the Consolidated Complaint and Exhibits under seal.

Dated:_____

_____
Hon. Patti B. Saris
United States District Court Judge