# Exhibit C

**From:** Koon, Michael L. (SHB)
**Sent:** Monday, May 02, 2005 5:50 PM
**To:** 'Steve Berman'
**Subject:** RE: your letter of April 29

Per your request, attached is a copy of the July 1, 2004 transmittal letter referenced.

>    -----Original Message-----
>    **From:** Steve Berman [mailto:Steve@hbsslaw.com]
>    **Sent:** Monday, May 02, 2005 1:26 PM
>    **To:** Koon, Michael L. (SHB)
>    **Subject:** your letter of April 29
>
>
>    Dear Counsel:
>
>    I am trying to follow up on your letter regarding the production of data on Jul 1, 2004. Can you tell me whom you produced it to and PDF the transmittal.