# Exhibit F

Docket No. X07 CV-03-0083299-S (CLD)

| | |
|---|---|
| STATE OF CONNECTICUT | : SUPERIOR COURT |
| vs. | : COMPLEX LITIGATION DOCKET |
| | : AT TOLLAND |
| AVENTIS PHARMACEUTICALS, INC. | : May 6, 2005 |

## NOTICE OF DEPOSITION

**TO:   ALL COUNSEL ON ATTACHED SERVICE LIST:**

Pursuant to Practice Book §13-26, et. seq., notice is hereby given that on June 10, 2005, at 9:30 A.M. at the offices of Shepherd, Finkelman, Miller, & Shah, LLC, 65 Main Street, Chester, Connecticut, 06412, before a Notary Public, Jeffrey Kodroff, Esquire and John Macoretta, Esquire, attorneys for the Plaintiff in the above-captioned action will take the deposition of defendant, Aventis Pharmaceuticals', Inc. §13-27(h) designee who is knowledgeable of the matters itemized in Exhibit "A."

The oral examination will continue from day to day until completed. You are invited to attend and examine the witness.

SPECTOR, ROSEMAN & KODROFF, P.C.

By _____/s/ John Macoretta_____
Jeffery Kodroff, Esquire
John Macoretta, Esquire
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Tom Sobol, Esquire
Edward Notargiacomo, Esquire
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA 02110

James E. Miller, Esquire.
Shepherd Finkelman Miller & Shah, LLC
65 Main Street
Chester, CT 06412

Dated: May 6, 2005

## EXHIBIT "A"

### INSTRUCTIONS

All of the definitions from Plaintiffs' First Set of Requests For Production to Aventis are incorporated herein by reference.

"Spread" refers to the difference between AWP or any price upon which reimbursement for a drug is based, on the one hand, and the actual or net price paid for a drug on the other hand.

Unless otherwise specifically stated, each of these Areas of Inquiry encompasses the years 1993 through the present.

### AREAS OF INQUIRY

1. The process by which You establish, state, change or are otherwise directly or indirectly involved in setting the AWP, List Price, WAC, Average Wholesale Price, actual sales price, contract price or any other price for each of Your Listed Pharmaceuticals, including the names or job titles of all personnel involved in said processes and all documents created in connection with said processes.

2. Your policies or practices concerning the calculation, determination, dissemination, communication or publication of the AWP, List Price, WAC, or any other price for all of Your Listed Pharmaceuticals.

3. The process by which You decide to offer any type of discount, rebate, incentive or penalty in connection with the purchase of any Listed Pharmaceuticals, and the names or job titles of all personnel involved in said process.

4. The identity and nature of any regularly created documents which report, review, comment upon or analyze any price stated or charged for any of Your Listed Pharmaceuticals.

5. The method by which You calculate or determine the average sales price for Your Listed Pharmaceuticals, including any determination or rendering of actual transaction costs and/or revenues at any level of the distribution or processing chains.

6. The method by which You calculate or determine the net profit for each of Your Listed Pharmaceuticals.

7. The nature of Your efforts to market, promote or tout the Spread on any of Your drugs, and the names or job titles of all personnel involved in said efforts.

8. The nature of Your efforts to market, promote or sell any of Your Listed Pharmaceuticals including, but not limited to, Your marketing, promotion or sales efforts directed towards the State of Connecticut, including all of its agencies, divisions, departments and employees.

9. The identity and nature of Your communications with the State of Connecticut, including all of its agencies, divisions, departments and employees.

## COUNSEL SERVICE LIST

**Counsel for the State of Connecticut:**

Robert B. Teitelman
Assistant Attorneys General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
(860)808-5355
(860)808-5387 fax

Clare E. Kindall
Assistant Attorneys General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
(860)808-5355
(860)808-5387 fax

Thomas Sobol, Esquire
David Nalven, Esquire
Hagens Berman Sobol & Sharpiro, LLP
One Main Street, 4th Floor
Cambridge, MA 02142
(617)482-3700
(617)482-3003 fax

James E. Miller, Esquire.
Shepherd Finkelman Miller & Shah, LLC
65 Main Street
Chester, CT 06412
(Tel) (860) 526-1100
(Fax)(860) 526-1120

**Counsel for Dey, Inc.:**

Paul F. Doyle
William R. Golden, Jr.
Antonia F. Giuliana
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178-0002
(212)808-7800
(212)808-7897 fax


Mark S. Gregory
Kelley Drye & Warren, LLP
281 Tresser Boulevard
Stamford, CT 06901-3284
(203)327-1400
(203)327-2669 fax

**Counsel for Roxane Laboratories, Inc.:**

Paul J. Coval
Douglas L. Rogers
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008
(614)464-5635
(614)719-4674 fax

Theodore J. Tucci
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597
(860)275-8210
(860)275-8299 fax

**Counsel for Schering-Plough Corp. and Warrick Pharmaceuticals, Inc.:**

Andrew P. Gaillard
Day, Berry & Howard
One Canberbury Green
Stamford, CT 06901-2047
(203)977-7300
(203)977-7301 fax


John T. Montgomery
Brien T. O'Connor
Emiley E. Zalesky
Robert J. Kovacev
Ropes & Gray, LLP
One International Place
Boston, MA 02110-2624
(617)951-7000
(617)951-7050 fax

**Counsel for Aventis Pharmaceutics, Inc.:**

R. Cornelius Danaher, Jr.
Danaher, Lagnese & Neal, PC
700 Capitol Place
21 Oak Street
Hartford, CT 06106-8000
(860)247-3666
(860)547-1321 fax

Nicola Heskett
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
(816)474-6550
(816)421-5547 fax

**Counsel for Pharmacia Corporation:**

Robert M. Langer
Wiggin & Dana, LLP
One CityPlace
185 Asylum Avenue
Hartford, CT 06103-3402
(860)297-3700
(860)525-9380 fax

John C. Dodds
Jennifer B. Jordan
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103-2901
(215)963-5000
(215)963-5001 fax

Scott A. Stempel
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004-2541
(202)739-3000
(202)739-3001 fax

**Counsel for Smithkline Beecham
Corporation d/b/a GlaxoSmithkline:**

Katherine A. Burroughs
Robert E. Grady
DECHERT, LLP
90 State House Square
Hartford, CT 06103-3702
(860)524-3953
(860)524-3930 fax

Frederick G. Herold
DECHERT, LLP
975 Page Mill Road
Palo Alto, CA 94304-1013
(650)813-4930
(650)813-4848 fax

Thomas H. Lee, II
DECHERT, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215)994-2413
(215)994-2222 fax