# Exhibit H



**Shook, Hardy & Bacon L.L.P.**

www.shb.com

June 24, 2005

James P. Muehlberger

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2372 DD
816.421.5547 Fax
jmuehlberger@shb.com

John A. Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Re: *In re Pharmaceutical Industry Average Wholesale Price Litigation, MDL 1456, State of Connecticut v. Aventis Pharmaceuticals Inc.* Rule 30(b)(6) Deposition Notices

Dear John:

This is a follow-up to Mr. Matye's letter of June 3, and Mr. Danaher's letter of May 20, regarding Aventis's 30(b)(6) designees. Aventis incorporates and preserves herein all objections and limitations set forth in those letters.

Aventis designates Ms. Claire Brunken to respond to Area of Inquiry Nos. 1, 2, 3, 4, 5, and 6 of the MDL and Connecticut Notices. Ms. Brunken is available for deposition commencing at 10:00 a.m. on July 22, in Morristown, NJ. Ms. Brunken is not a current employee of Aventis, and so her availability is limited. Please let me know by June 29 whether July 22 is acceptable to plaintiffs.

Aventis designates Mr. Herve Gisserot pursuant to the Connecticut Notice only. As you know, Lovenox is not at issue in the MDL. Mr. Gisserot will primarily address Area of Inquiry Nos. 7 and 8 as to Lovenox only. He may also address certain issues as to Lovenox only pursuant to Area of Inquiry Nos. 1-4 of the Connecticut Notice. Mr. Gisserot is available August 12 at 1:00 p.m., in Morristown, NJ. Because Mr. Gisserot's availability is extremely limited, please confirm by June 29 that this date is acceptable to plaintiffs.

We are continuing in our efforts to identify and produce designees in response to the Notices, and we will communicate the identity of these additional designees and their available deposition dates as soon as we are able to do so. Should you have any comments or questions, please give me a call.

Sincerely,

*James P. Muehlberger /jmw*

James P. Muehlberger

JPMZ:jmw

Geneva
Houston
Kansas City
London
Miami
Orange County
Overland Park
San Francisco
Tampa
Washington, D.C.

1692525v1