## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | C.A. No. 01-12257-PBS |

THIS DOCUMENT RELATES TO:

*International Union of Operating Engineers, Local No. 68 Welfare Fund v. AstraZeneca Pharmaceuticals, L.P. et al.; C.A. No. 04-11503-PBS*    Judge Patti B. Saris

## MOTION BY PLAINTIFF, INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND, FOR IMMEDIATE DISPOSITION ON AND GRANTING OF PLAINTIFF'S MOTION FOR REMAND BASED UPON DEFENDANTS' FAILURE TO FILE SUPPLEMENTAL BRIEFING

International Union of Operating Engineers, Local No. 68 Welfare Fund (hereinafter "Plaintiff" or "Local 68") hereby moves this Court for immediate disposition on and granting of Plaintiff's Motion for Remand based upon the defendants' failure to file supplemental briefing on the issue of removal and remand, as they were directed to do by this Court.

Plaintiff appeared before this Honorable Court on April 8, 2005 in connection with its Motion for Remand, which had been filed originally on July 9, 2003.[1]  Briefing on the Motion for Remand had been concluded by the end of 2003 in filings before the United States District Court for the District of New Jersey. Because the Judicial Panel on Multidistrict Litigation transferred this matter,

---

[1]  This Court will recall that counsel for Plaintiff previously appeared at a Court-ordered hearing on February 10, 2005 and requested that the matter of the remand either be decided by the Court, or be set for argument in the immediate future. *See* excerpts of Transcript of Hearing dated February 10, 2005, attached hereto as Exhibit "A".  In response to comments by the Court to the effect that if "[y]ou want a hearing...[just] call," the undersigned reasonably believed that the hearing set for April 8, 2005 was in fact the remand hearing. *Id.* at p. 91.

the New Jersey district court never ruled upon the motion; instead it chose to defer the matter to this Court for disposition. At the April 8 hearing, this Court determined that the briefing on the remand issue was stale and directed that Plaintiff file a supplemental brief on the remand issue within two weeks of the hearing, *i.e.*, by April 22, 2005 and that defendants file their opposition brief within two weeks thereafter, *i.e.*, by May 6, 2005

On April 22, 2005 Plaintiff attempted to file its Supplemental Brief in Support of Motion for Remand and served same upon all parties via Verilaw. On May 6, 2005, the undersigned received a Notice of Rejection of Filing of the supplemental brief, dated May 3, 2005, indicating that, based upon the procedural order requiring electronic filing in all cases as of April 1, 2005, the Supplemental Brief was being rejected for filing. Because Plaintiff was required by the Notice to refile the Supplemental Brief within three business days and because the undersigned was advised that it would take two weeks to sign up for electronic filing, Plaintiff filed a Motion for Waiver of Electronic Filing on May 9, 2005. This Court granted the Motion for Waiver of Electronic Filing on May 24, 2005. In response, on June 2, 2005, Plaintiff refiled its Supplemental Brief in Support of Motion for Remand and again served same via Verilaw on all parties. The Supplemental Brief was accepted for filing as reflected by the docket entries.

Despite being served with Plaintiff's Supplemental Brief on April 22, 2005, when Plaintiff initially attempted to file it, and despite receiving it again on June 2, 2005, when it was accepted for filing, defendants have yet to file a responsive supplemental brief. Defendants should have filed their responsive brief two weeks after initially being served, *i.e.*, by May 6, 2005, as anticipated by this Court. At the very least, Defendants should have filed their responsive brief by June 16, 2005, two

2

weeks after Plaintiff's Supplemental Brief was accepted for filing.  Nevertheless, Defendants have

yet to file any responsive supplemental brief, in violation of this Court's directive

WHEREFORE, Plaintiff respectfully requests that this Honorable Court rule upon Plaintiff's

Motion for Remand, without awaiting a responsive supplemental brief from the defendants, and grant

Plaintiff's Motion for Remand, sending this case, which has been awaiting a ruling on remand for

almost two years, back to the Superior Court of New Jersey, Monmouth County, where it belongs.

Respectfully submitted.

Date: June 27, 2005

Ronald J. Ranta, Esquire
**FISETTE & RANTA**
B.B.O. No. 411880
100 Cummings Center, Suite 221B
Beverly, MA 01915
978-927-8766 telephone
978-927-7082 facsimile

John E. Keefe, Jr., Esquire
Stephen T. Sullivan, Jr., Esquire
**LYNCH ♦ MARTIN**
830 Broad Street
Shrewsbury, NJ 07702
732-224-9400 telephone
732-224-9494 facsimile

Shanin Specter, Esquire
Donald E. Haviland, Jr., Esquire
TerriAnne Benedetto, Esquire
**KLINE & SPECTER**
1800 Chapel Avenue, Suite 302
Cherry Hill, NJ 08002
856-662-1180 telephone
856-662-1184 facsimile

Raymond A. Gill, Jr., Esquire
**GILL & CHAMAS**
655 Florida Grove Road
P.O. Box 760
Woodbridge, NJ 07095
732-324-7600 telephone
732-324-7606 facsimile
ATTORNEYS FOR PLAINTIFF AND THE CLASS

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

IN RE:                          )   MDL No. 1456 and

   AVERAGE WHOLESALE PRICE   )   C.A. No 01-12257-PBS

   PHARMACEUTICAL LITIGATION )   Courtroom No. 19

                            )   1 Courthouse Way

                                Boston, MA  02210

FEBRUARY 10, 2005

2:10 P.M.

BEFORE THE HONORABLE PATTI B. SARIS

UNITED STATES DISTRICT JUDGE

Valerie A. O'Hara

Official Court Reporter

1    proceed.  Another issue might be whether the state's case,

2    having been brought in 2005, and perhaps not having, you

3    know, the ability to go back in time is barred by the

4    statute of limitations or the claims period is now over,

5    another problem; whether the drugs are the same or

6    different.

7              THE COURT:  I say those are terrific points.  I

8    think I can defer thinking about it, and it may be that it's

9    actually a good sort of warning in the sense that the state

10   cases to the extent that you're really eager to pursue them

11   by the time this goes up to the First Circuit and back,

12   they're either rulings or not, they are rulings of the

13   court.

14             Get the issues teed up in whatever state you have

15   the authorities.  That's a really good checklist of things I

16   might have to worry about.

17             MR. SOBOL:  That's all, just again, talking about

18   the kind of things we've been concerned about on our side,

19   what we'd be happy to do, what you suggested, and, in fact,

20   we told them we anticipated that would be your approach

21   regardless whether you ordered it or not, frankly.  If we

22   came in here with a settlement, some AG came in and said we

23   weren't notified, you'd be pretty upset with us.

24             THE COURT:  Okay.  Great.  Now, let me just hear

25   from Mr. Sullivan.

1    MR. SULLIVAN: Thank you, your Honor. Thank you

2  for this indulgence. Just so it's clear, I'm here today to

3  speak on behalf of the International Union of Operating

4  Engineers, Local 68 Welfare Fund. It's an organization out

5  of the State of New Jersey.

6    By way of very brief background, I know the day is

7  getting long, we filed an action on behalf of the

8  International Union, Local 68, on June 30th, 2003, Chancery

9  Division, Mt. Mechanics Superior Court, New Jersey. At the

10  same time, we also filed a motion to show cause with

11  restraints asking for certain types of injunctive relief on

12  behalf of the union and the people of the class the union

13  wishes to represent.

14    The class itself is a state action for state

15  limited claim. We are only seeking to represent those

16  persons in New Jersey. We've not filed a national class

17  action, we've not filed a multiple state class action, we've

18  not sought to invoke federal statutes, such as ERISA or

19  Medicare, we've not pled --

20    THE COURT: You want to remand?

21    MR. SULLIVAN: It's a lead-in, it's a lead-in to

22  where we part some of our issues, and we're not seeking to

23  represent any Government entities that again would have

24  federal issues come up.

25    THE COURT: You've been transferred here?

1           MR. SULLIVAN:  Yes.

2           THE COURT:  I wasn't prepared.  Your case was part

3   of the MDL, it was transferred here, and now you don't want

4   to be here, so you want to go home?

5           MR. SULLIVAN:  We want to go home.

6           THE COURT:  Have you filed a motion to go home?

7           MR. SULLIVAN:  We've been waiting for a hearing,

8   your Honor, on the motion to remand.  A little bit of the

9   procedural background --

10          THE COURT:  You want a hearing?

11          MR. SULLIVAN:  We've been waiting for a hearing.

12          THE COURT:  You know, would you call here.

13  There's so much going on here, if you filed a motion and you

14  need a hearing, and you thought we've dropped you through

15  the cracks, call.  I think we actually anticipated because I

16  had my clerk do an inventory of everything that was pending.

17  April 8th.

18          MR. SULLIVAN:  Thank you, your Honor.

19          THE COURT:  Okay.  It's nicer then.

20          MR. SULLIVAN:  The reason why we want to go back

21  to New Jersey is part of our relief is we've been requesting

22  and we still want to request injunctive relief against the

23  defendants we've sued.  That's not part of the lawsuit or

24  the MDL matter that's before your Honor today.  We believe

25  that that is very important relief that can be recovered

e96fa4ac-cc5d-4411-ba28-fa0aa636f6aa

1  under the New Jersey Consumer Fraud Act, and it's very

2  valuable relief to our clients because not only are we

3  seeking monetary damages for the present, but we are seeking

4  injunctive relief so that we don't have to come back in the

5  future.

6          THE COURT:  Let me ask you, if this new

7  legislation passes, does it affect you?

8          MR. SULLIVAN:  I think we'll have to wait to see

9  how well the certain other groups of individuals, such as

10 the Democratics are able to change the legislation.  In the

11 short, I don't know, your Honor, whether or not --

12         THE COURT:  I'm just wondering, I'm reading every

13 day about it.  I can't quite tell.

14         MR. SULLIVAN:  I'm hoping it doesn't.  Obviously,

15 it depends which versions go through.  Prior versions would

16 take just about every class action out of state court and

17 move it into federal court.

18         THE COURT:  It may be moot, it may be not?

19         MR. SULLIVAN:  Yes, maybe.  Hopefully not,

20 hopefully we can go back to New Jersey and stay there.

21 Thank you, your Honor.

22         THE COURT:  Thank you very much.

23         MR. SHAPIRO:  Judge, can I have 30 seconds on

24 behalf of the relater in the California case?

25         THE COURT:  You gave me an ex parte motion which I

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion by Plaintiff, International Union of Operating Engineers, Local No. 68 Welfare Fund For Immediate Disposition On and Granting of Plaintiff's Motion for Remand Based Upon Defendants' Failure to File Supplemental Briefing was served on all counsel on the attached Service List by electronic service pursuant to Case Management Order No. 2. The counsel listed below are not registrants of Verilaw and are being served First Class mail.

Michael Mustokoff, Esquire
**DUANE MORRIS LLP**
One Liberty Place, Suite 4200
Philadelphia, PA  19103-7396
National counsel for Saad Antoun, M.D.

Terry K. Sherman, Esquire
52 West Whittier Street
Columbus, OH 43206
National counsel for defendant,
Robert A. Berkman, M.D.

Jack Fernandez, Esquire
**ZUCKERMAN, SPAEDER, LLP**
101 E. Kennedy Blvd., Suite 1200
Tampa, FL 33602
National counsel for defendant,
Stanley C. Hopkins, M.D.

Respectfully submitted,

Dated: June 28, 2005

TerriAnne Benedetto, Esquire
**KLINE & SPECTER**
1800 Chapel Avenue, Suite 302
Cherry Hill, NJ 08002
856-662-1180 telephone
856-662-1184 facsimile

**IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION;
MDL No.  1456 – Service List**

## PLAINTIFFS

Attorney General, State of Connecticut
55 Elm Street, P.O. Box 120
Hartford, CT 06141-012
(860)808-5355
*State of Connecticut*

Bolognese & Associates, LLC
One Penn Center
650
Philadelphia, PA 19103
215-814-6750
*United Food and Commercial Unions and Employers Midwest Health Benefits Fund and Action
Alliance of Senior Citizens of Greater Philadelphia*

Heins Mills & Olson, P.L.C.
700 Northstar East
608 Second Ave. S.
Minneapolis, MN 55402
(612) 338-4605
Fax: 612-338-4692
*AWP*

Hoffman & Edelson, LLC
45 West Court Street
Doylestown, PA 18901
215-230-8043
*Action Alliance of Senior Citizens of Greater Philadelphia*

Hulett Harper LLP
550 West C St.
Suite 1770
San Diego, CA 92101
619-338-1133
*Dey Sicor Gensia*

Keller Rohrback, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-305
206.623.1900
*Action Alliance of Senior Citizens of Greater Philadelphia*

Kirby, McInerney & Squire, LLP
830 Third Ave., 10th Floor
New York, NY 10022
212-317-2300
*Suffolk County*

Moscone, Emblidge & Quadra, LLP
180 Montgomery Street, Suite 1240
San Francisco, CA 94104
415-362-3599
*Constance Thompson & John Rice*

Murray & Howard, LLP
436 14th Street, Suite 1413
Oakland, CA 94102-540
510-444-2660
*Turner v. Abbott*

Piper & Associates
624 Pierre Avenue
Shreveport, LA 71103
318-226-0826
*Maggie Hudson & Mary Helen Robinson*

Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17552
(717) 892-3000
*Action Alliance of Senior Citizens of Greater Philadelphia*

Rossbacher & Assoc.
811 Wilshire Boulevard, Suite 1650
Los Angeles, CA 90017
213-895-6500
*Dr. Shirley Geller*

Shepherd, Finkelman, Miller & Shah, LLC
35 E. State Street
Media, PA 19063
610-891-9880
*Board of Trustees of Carpenters and Millwrights of*

Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
215-496-0300
*Teamsters Health & Welfare Fund: Of Philadelphia and Vicinity*

Squitieri & Fearon,LLP
521 Fifth Ave., 26th floor
New York, NY 10175
646-487-3049
*Twin Cities Bakeries Fund*

Stern Shapiro Weissberg & Garin
90 Canal St.
Boston, MA 02114
617-742-5800
*Ven-A-Care of The Florida Keys, Inc.*

Trujillo Rodriguez & Richards, LLC
3 Kings Highway East
Haddonfield, NJ 08033
856-795-9002
*Action Alliance of Senior Citizens of Greater Philadelphia; Twin Cities Bakery Workers Health and Welfare Fund; United Food and Commercial Workers Unions and Employers Midwest Health Benefits Fund*

Weller, Green, Toups & Terrell, L.L.P.
2615 Calder, Suite 400
P.O. Box 350
Beaumont, TX 77704
409-838-0101
*Board of Trustees of the Carpenters and Millwrights of Houston & Vicinity Welfare Trust Fund*

## DEFENDANTS

Arent Fox Kintner Plotkin & Kahn PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036
202-857-6000
*Chiron Corporation*

Arnold & Porter/Endo
555 12th Street NW
Washington, DC 20004
202-942-5000
*Endo Pharmaceuticals, Inc.*

Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
215-665-8500
*Immunex Corp.*

Baxter Healthcare Corp.
One Baxter Parkway
Deerfield, IL 60015-463
847-948-4971
*Baxter Healthcare Corp.*

Bingham McCutchen, LLP
150 Federal St.
Boston, MA 02110
617-951-8000
*Fujisawa Healthcare, Inc.; Takeda Chemical Industries Ltd.; Together Rx LLC*

Chiron Corporation
4560 Horton Street
MS/R-422
Emeryville, CA 94608-291
510-923-3974
*Chiron Corporation*

Coudert Brothers
1114 Avenue of the Americas
New York, NY 10036
212-626-4400
*Dey, Inc.*

Covington and Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004
202-662-6000
*GlaxoSmithKline*

Davis Polk and Wardwell
450 Lexington Avenue
New York, NY 10017
212-450-4000
*AstraZeneca Pharmaceuticals, L.P.*

Dechert Price & Rhoads
1717 Arch Street
Bell Atlantic Tower
Philadelphia, PA 19103-279
(215) 994-2489
*GlaxoSmithKline*

Dickstein Shapiro Morin & Oshinsky LLP
2101 L St. NW
Washington, DC 20037
202-785-9700
*Baxter International, Inc.; Baxter Healthcare Corp.; Baxter Pharmaceutical Products, Inc.*

DKW LAW GROUP, PC
58TH Floor, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
412-355-2973
*Mylan Laboratories, Inc.*

Donnelly, Conroy & Gelhaar, LLP
One Beacon St., 33rd floor
Boston, MA 02108
617-720-2880
*Baxter International, Inc.; Baxter Healthcare Corp.; Baxter Pharmaceutical Products, Inc.*

Dornbush Mensch Mandelstam & Schaeffer, LLP
747 Third Avenue
New York, NY 10017
212 759-3300
*Forest*

Dwyer & Collora, LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
617-371-1000
*Bristol-Myers Squibb Co.*

Foley Hoag LLP
155 Seaport Blvd.
Boston, MA 02210
617-832-1000
*AstraZeneca Pharmaceuticals, L.P.*

Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.
One Riverfront Plaza
Newark, NJ 07102
973-596-4753
*Berlex Laboratories, Inc.*

Goulston & Storrs
400 Atlantic Avenue
Boston, MA 02110
617-482-1776
*Immunex Corp.*

Greenberg Traurig, LLP
One International Place
Boston, MA 02110
617-310-6000
*Mylan Laboratories, Inc.*

Hogan & Hartson L.L.P.
555 Thirteenth St., NW
Washington, DC 20004
202-637-6853
*Amgen Inc.; Aventis; Behring; Bristol-Myers Squibb Co.; Oncology Therapeutics Network Corp.;*
*Holland & Knight GlaxoSmithKline*

Hughes Hubbard & Reed
1775 I Street N.W.
Washington, DC 20006
202-721-4600
Fax: 202-721-4646
*Merck & Co., Inc.*

Hyman, Phelps & McNamara, P.C.
700 13th Street, N.W., Suite 1200
Washington, DC 20005
202-737-9624
*Watson Pharma, Inc.*

Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
310-277-1010
*IVAX Corp.*

Jenner & Block, LLC
330 N. Wabash
One IBM Plaza
Chicago, IL 60611
312-222-9350
*Takeda Chemical Industries, Ltd.*

Jones Day
77 W. Wacker Dr Suite 3500
Chicago, IL 60601
312-782-3939
*Abbott Laboratories and Abbott Laboratories, Inc.*

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
212-808-7800
*Dey, Inc.*

Kelly, Libby & Hoopes, P.C.
175 Federal St.
Boston, MA 02110
617-338-9300
*Amgen Inc.*

King & Spalding, LLP
1730 Pennsylvania Avenue, NW
Washington, DC 20016
202-737-0500
*Hofmann-La Roche Inc.*

Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, DC 20005
(202) 879-5000
*B. Braun Medical Inc.*

Kirkpatrick & Lockhart Nicholson Graham LLP
75 State Street
Boston, MA 02109
617-261-3100
*Aventis Pharmaceuticals, Inc.*

Knapp, Petersen & Clarke
500 North Brand Blvd
Twentieth Floor
Glendale, CA 91203-190
(818) 547-5000
*Alpha Therapeutic Corp.*

Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
617-367-7984
*Pharmacia Corporation; Pharmacia & Upjohn, Inc; and Monsanto Company*

Law Office of Robert A. Griffith
67 Batterymarch Street, Suite 400
Boston, MA 02110
617-338-7277
*Watson Pharma, Inc.*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
701 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC 20004
202-434-7300
*Eli Lilly and Company*

Morgan Lewis and Bockius
1701 Market Street
Philadelphia, PA 19103
215-963-5000
*Pharmacia Corporation*

Morgan, Lewis & Bockius LLP
300 South Grand Avenue
Suite 2200
Los Angeles, CA 90071
(213) 612-2500
*Pharmacia Corporation; Pharmacia & Upjohn, Inc; and Monsanto Company*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5322
Fax: (877) 432-9652
*Pfizer, Inc. (Pharmacia)*

Morrison & Foerster - AWP
5200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
303.592.1500
*Purdue Pharma L.P.*

Nixon Peabody LLP
101 Federal St.
Boston, MA 02110
617-345-1000
*Alpha Therapeutic Corp.*

Nixon Peabody LLP
101 Federal Street
Boston, MA 02110
617-951-6600
*Bayer Corp.; Allergan, Inc.*

Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
*Nabi Biopharmaceuticals*

Ober, Kaler, Grimes & Shriver
120 E. Baltimore St.
Baltimore, MD 21202
410-685-1120
*American Home Products (Wyeth)*

Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
212-336-2000
*Johnson & Johnson; Centocor, Inc.; Ethicon Endo-Surgery, Inc.; ALZA Corp.*

Peabody & Arnold, LLP
30 Rowes Warf
Boston, MA 02110-334
617-951-2100
*Hoffmann-La Roche, Inc.*

Perkins Coie
1201 Third Avenue, Suite 4800
Seattle, WA 98101
206-583-8888
*Immunex Corp.*

Pillsbury Winthrop LLP
2550 Hanover Street
Palo Alto, CA 94304
650.233.4500
*SICOR Inc.; Gensia SICOR Pharmaceuticals, Inc.*

Piper Rudnick LLP
One International Place
21st Floor
Boston, MA 02110
617-406-6000
*SICOR Inc.; Gensia SICOR Pharmaceuticals, Inc.*

Reed Smith, LLP
1301 K St., N.W.
Suite 1100 East Tower
Washington, DC 20005
202-414-9200
*Faulding Pharmaceuticals; Fujisawa Healthcare, Inc.*

Ropes and Gray
One International Place
Boston, MA 02110
617-951-7000
*Schering-Plough Corporation; Warrick Pharmaceuticals*

Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110
617-646-2000
*Sicor, Inc.*

Shook, Hardy & Bacon LLP
2555 Grand. Blvd.
Kansas City, MO 64108
816-474-6550
Fax: 816-421-5547
*Aventis Pharmaceuticals, Inc.*

Sidley Austin Brown & Wood
10 S. Dearborn St.
Chicago, IL 60603
312-853-7000
*Bayer Corp.; Allergan, Inc.*

Testa, Hurwitz and Thibeault, LLP
125 High Street
Boston, MA 02110
617-248-7000
*Abbott Laboratories and Abbott Laboratories, Inc.*

Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-100
614-464-6400
*Bedford Laboratories*

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200
*Geneva Pharmaceuticals, Inc.*

Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005
(202) 434-5526
*Medimmune, Inc.*

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6000
*American Home Products (Wyeth)*