UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | **MDL NO. 1456** |
| **THIS DOCUMENT RELATES TO:** | **Master File No.: 01-12257-PBS** <br> **Judge Patti B. Saris** |
| **THE CITY OF NEW YORK,** <br>                    Plaintiff, <br> v. <br> **ABBOTT LABORATORIES, INC.,** *et al.***,** <br>                    Defendants. | **S.D.N.Y. Case No. 04-cv-06054** |
| **COUNTY OF ROCKLAND,** <br>                    Plaintiff, <br> v. <br> **ABBOTT LABORATORIES, INC.,** *et al.***,** <br>                    Defendants. | **S.D.N.Y. Case No. 03-cv-7055** |
| **COUNTY OF WESTCHESTER,** <br>                    Plaintiff, <br> v. <br> **ABBOTT LABORATORIES, INC.,** *et al.***,** <br>                    Defendants. | **S.D.N.Y. Case No. 03-cv-6178** |

## **NOTICE OF CHANGE OF ADDRESS**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please take notice of the change of address and telephone number of the undersigned as follows:

BIRNBAUM & GODKIN, LLP
280 Summer Street, 5th Floor
Boston, MA 02210-1108
Tel: 617-307-6100
Fax: 617-307-6101

        Respectfully submitted,

        ETHEX CORPORATION

        By its attorneys,

        /s/ Scott A. Birnbaum
        Scott A. Birnbaum (BBO # 543834)
        Robert N. Feldman (BBO # 630734)
        Melissa M. Longo (BBO # 647649)
        BIRNBAUM & GODKIN, LLP
        280 Summer Street, 5th Floor
        Boston, MA 02210-1108
        Tel: 617-307-6100
        Fax: 617-307-6101

Dated:  June 28, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered on June 28, 2005 to all counsel of record by electronic service pursuant to the Court's Case Management Order No. 2.

        /s/ Scott A. Birnbaum
        Scott A. Birnbaum