# ARNOLD & PORTER LLP

**David D. Fauvre**
David_Fauvre@aporter.com

202.942.5041
202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

June 28, 2005

**VIA OVERNIGHT DELIVERY**

Christine Patch
United States District Court
District of Massachusetts
1 Courthouse Way
Suite 2300
Boston, MA 02210

      Re:    *In re Pharmaceutical Industry Average Wholesale Price Litigation*
             (MDL No. 1456)

Dear Ms. Patch:

    It was a pleasure speaking with you on the telephone last week. Based on our conversation, it is my understanding that the $50 filing fee for admission *pro hac vice* of Jonathan L. Stern enclosed with Endo Pharmaceuticals Inc.'s January 5, 2005 filing with this Court in the above captioned case was received and processed by the Court, but that the accompanying filing was not docketed or filed by the Clerk of the Court. Accordingly, and pursuant to your instructions, please find enclosed a copy of Endo Pharmaceuticals Inc.'s January 5, 2005 filing with the Court in the above captioned matter. That filing includes: 1) cover letter addressed to the Clerk of the Court; 2) Notice of Appearance for Defendant Endo Pharmaceuticals Inc., Admission *Pro Hac Vice*; 3) Affidavit of Jonathan L. Stern in Support of Admission *Pro Hac Vice*; and 4) Certificate of Service, dated January 5, 2005. I have also enclosed a copy of the $50.00 check for admission *pro hac vice* of Jonathan L. Stern, which was received by your offices on January 5, 2005. It is my understanding that the enclosed copies will be docketed and filed once received. Thank you for your assistance in this matter.

                                         Sincerely,

                                         David D. Fauvre

Enclosures

cc:  Jonathan L. Stern