UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | Master File No.: 01-12257-PBS Judge Patti B. Saris |
| ALL ACTIONS | |

NOTICE OF APPEARANCE FOR DEFENDANT
ENDO PHARMACEUTICALS, INC., ADMISSION *PRO HAC VICE*

The following submission for admission *pro hac vice* is made pursuant to Case Management Order No. 1, section V., paragraph 16, which states:

> Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee.

Attached is an Affidavit in Support of Application for Admission *Pro Hac Vice* of Jonathan L. Stern as counsel for Endo Pharmaceuticals, Inc. in this action.

Dated: January 4, 2005
Washington, DC.

Respectfully submitted,

JONATHAN L. STERN
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202)942-5018 (phone)
(202)942-5999 (fax)

*Attorney for defendant Endo Pharmaceuticals, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 1456<br><br>Master File No.: 01-12257-PBS<br>Judge Patti B. Saris |

### AFFIDAVIT OF JONATHAN L. STERN IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, Jonathan L. Stern, hereby certify pursuant to Case Management Order No. 1, section V, entered in the above captioned action that:

1. I am a partner at the firm of Arnold and Porter LLP, attorneys for Endo Pharmaceuticals, Inc., in the above captioned action.

2. I am a member in good standing of the bar of the United States District Court for the District of Columbia.

3. I have never been the subject of a professional disciplinary proceeding.

Jonathan L. Stern

CITY OF WASHINGTON    )
                     ) SS:
DISTRICT OF COLUMBIA  )

SWORN TO BEFORE ME and subscribed in my presence this 4th day of January 2005.

NOTARY PUBLIC

My Commission Expires:
My commission expires on September 30, 2006

## CERTIFICATE OF SERVICE

I, David D. Fauvre, hereby certify that on this 5th day of January, 2005, I caused a true and correct copy of the NOTICE OF APPEARANCE FOR DEFENDANT ENDO PHARMACEUTICALS, INC., ADMISSION *PRO HAC VICE*, and AFFIDAVIT OF JONATHAN L. STERN IN SUPPORT OF ADMISSION *PRO HAC VICE* to be served on all counsel of record by electronic service pursuant to paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

Jonathan L. Stern

**ARNOLD & PORTER** LLP

BB&T
Branch Banking & Trust Co.

10011798   15-154/540

Date   December 28, 2004

555 Twelfth Street, N.W.
Washington, D.C. 20004-1202

PAY   FIFTY AND 00/100

DOLLARS   $50.00

PAY TO THE ORDER OF   Clerk of the Court, United States District court, District of Massachusetts

ARNOLD & PORTER LLP

SIGNATURE HAS A COLORED BACKGROUND · BORDER CONTAINS MICROPRINTING

⑈10011798⑈ ⑆054001547⑆ 5162397550⑈

| Invoice # | Invoice Date | Amount | Narrative | December 28, 2004 | 10011798 |
|---|---|---|---|---|---|
| 122804 | Dec 28/04 | $50.00 | Filing fees | | |