## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ———————————————————— | )<br>)<br>)<br>) |
| | ) |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS ———————————————————— | )<br>)<br>)<br>) |

MDL No. 1456

CIVIL ACTION:  01-CV-12257-PBS

Judge Patti B. Saris

## NOTICE OF DEPOSITIONS TO SCHERLING-PLOUGH GROUP

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 30, the undersigned counsel will take the deposition of the following persons on the dates and times indicated.  Such depositions will be recorded by stenographic and/or sound and visual means and will take place at the offices of Ropes & Gray, One International Place, Boston, MA 02110-2624.

| Deponent | Date | Time |
|---|---|---|
| Mike Walsh | July 5, 2005 | 10:00 a.m. |
| Jerome Sherman | July 7, 2005 | 10:00 a.m. |
| Peter Kamins | July 18, 2005 | 10:00 a.m. |

Pursuant to Fed. R. Civ. P. 30(b)(5), each witness is commanded to produce and permit for inspection and copying the documents specified in the attached Schedule A.  *See also Carter v. United States*, 164 F.R.D. 131 (D. Mass. 1995).

You are invited to attend and participate.

- 1 -

DATED:  June 30, 2005

By____/s/ **Hugh E. McNeely**_____
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hugh E. McNeely
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

1534.16 0142 DSC.DOC

Kenneth A. Wexler
Jennifer F. Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Samuel D. Heins
Alan I. Gilbert
Susan E. MacMenamin
Heins, Mills & Olson, P.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
**CO-LEAD COUNSEL FOR
PLAINTIFFS**

1534.16 0142 DSC.DOC

# SCHEDULE A

A.      **DEFINITIONS**

1.      "Document(s)" is used in the broadest possible sense and means without limitation, any written, printed, typed, photostated, photographed, recorded or otherwise reproduced or stored communication or representation, whether comprised of letters, words, numbers, data, pictures, sounds or symbols, or any combination thereof.  This definition includes copies or duplicates of documents contemporaneously or subsequently created which have any non-conforming notes or other markings.  Without limiting the generality of the foregoing, "document" includes, but is not limited to, correspondence, memoranda, notes, records, letters, envelopes, telegrams, messages, studies, analyses, contracts, agreements, working papers, accounts, analytical records, reports and/or summaries of investigations, trade letters, press releases, comparisons, books, calendars, diaries, articles, magazines, newspapers, booklets, brochures, pamphlets, circulars, bulletins, notices, drawings, diagrams, instructions, notes of minutes of meetings or of other communications of any type, including inter-office and intra-office communications, electronic mail/messages and/or "e-mail," electronically stored telephone messages and/or "voice-mail," questionnaires, surveys, charts, graphs, photographs, phonograph recordings, films, tapes, disks, data cells, print-outs of information stored or maintained by electronic data processing or word processing equipment, all other data compilations from which information can be obtained (by translation, if necessary, by you through detection devices into usable form), including, without limitation, electromagnetically sensitive storage media such as floppy disks, hard disks and magnetic tapes and any preliminary versions, as well as drafts or revisions of any of the foregoing, whether produced or authored by you or anyone else.

2.      "All documents" means every document and every non-identical copy known to you and every such document or writing which you can locate or discover by reasonably diligent efforts, including, but not limited to, documents now in the possession, custody or control of

- 4 -

Defendant, its merged or acquired predecessors, its former and present directors, officers, counsel, agents, employees and/or persons acting on its behalf.

3. The term "Defendant" refers to the following companies:  (i) Amgen Inc.; (ii) AstraZeneca Pharmaceuticals L.P., AstraZeneca US, and Zeneca, Inc. (collectively referred to as "AstraZeneca"); (iii) Aventis Pharmaceuticals, Inc., Aventis Behring L.L.C., Hoechst Marion Roussell, Inc., and Centon L.L.C. (collectively referred to as "Aventis"); (iv) Baxter International Inc.; Baxter Healthcare Corporation (collectively referred to as "Baxter"); (v) Bayer Corporation; (vi) Boehringer Ingelheim Corp.; Ben Venue Laboratories Inc.; Bedford Laboratories (collectively referred to as "The Boehringer Group"); (vi) B. Braun of America, Inc. (vii) Bristol-Myers Squibb Co., Oncology Therapeutics Network Corp., and Apothecon, Inc. (collectively referred to as the "BMS Group"); (viii) Dey, Inc.; (ix) Fujisawa Healthcare, Inc., Fujisawa USA, Inc. (collectively referred to as "Fujisawa"); (x) GlaxoSmithKline, P.L.C., SmithKline Beecham Corporation, and GlaxoWellcome, Inc. (collectively referred to as the "GSK Group"); (xi) Immunex Corporation; (xii) Johnson & Johnson, Centocor, Inc, Janssen Pharmaceutica Products, L.P., McNeil-PPC, Inc., and Ortho Biotech (collectively referred to as the "Johnson & Johnson Group"); (xiii) Novartis Pharmaceuticals Corporation ; (xiv) Pfizer, Inc; (xv) Pharmacia Corporation, Pharmacia & Upjohn, Inc. (collectively referred to as "Pharmacia"); (xvi) Schering-Plough Corporation and Warrick Pharmaceuticals Corporation (collectively referred to as the "Schering-Plough Group"); (xvii) Sicor, Inc. and Gensia Sicor Pharmaceutical Products, Inc. (collectively referred to as "The Sicor Group"); (xviii) TAP Pharmaceutical Products, Inc.; and (xvix) Watson Pharmaceuticals, Inc.

4. "You" or "Your" means the deponent to whom this notice is directed (*e.g.,* Thomas Liptak, etc.).

5. "Person" shall refer to natural persons, firms, joint owners, associations, companies, partnerships, joint ventures, corporations, trusts, estates, agencies, departments or

- 5 -

bureaus (governmental or private), and any other form of business, governmental or juridical person or legal entity.

6.      "Concerning" means relating to, referring to, in connection with, pertaining to, describing, discussing, analyzing, reflecting, summarizing, evidencing, embodying or constituting.

7.      "Meeting" means any discussion between two or more persons either in person or telephonically.

8.      "Communication" and "communications" are used in a comprehensive sense, and shall mean and include every conceivable manner or means of disclosure, transfer or exchange of oral or written information (in the form of facts, ideas, inquiries or otherwise) between one or more persons or entities including, but not limited to, writings, documents, inter- and intra-office memoranda, correspondence, meetings, conferences, conversations, and/or agreements, whether face-to-face, by telephone, by mail, by telecopier, by telex, by computer or otherwise.

9.      "AWP" means the Average Wholesale Price reported to and/or reported by an industry trade Publication.

10.      "Spread" refers to the difference between (i) the AWP or any price upon which reimbursement for a drug is based (including but not limited to reimbursements made by Medicare, Medicaid, a health insurer, a health maintenance organization, and a PBM), and (ii) the actual price paid for a drug.

11.      "Publication" means a publication identified in Health Care Financing Administration Program Memorandum AB-99-63 and includes the *First DataBank*, *Red Book*, *Blue Book*, and *Medispan*.

12.      "Provider" means any physician or entity that provides health care to any patient or any buying group acting on behalf of providers.

- 6 -

**B.**     **RULES OF CONSTRUCTION**

1.      All/Each - The terms "all" and "each" shall be construed as meaning either all and each as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside its scope.

2.      And/Or - The connectives "and" and "or" shall be construed either disjunctively and conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside its scope.

3.      The use of the singular form of any word shall include the plural and vice versa.

4.      The masculine gender includes the feminine.

**C.**     **INSTRUCTIONS**

1.      In producing documents and other materials, you must furnish all documents or things in your possession, custody or control, regardless of whether such documents or materials are possessed directly by you or your directors, officers, agents, employees, representatives, subsidiaries, managing agents, affiliates, investigators, or by your attorneys or their agents, employees, representatives or investigators.

2.      In producing documents, you must produce the original of each document requested together with all non-identical copies and drafts of that document.  If the original of any document cannot be located, a copy shall be provided in lieu thereof, and shall be legible and bound or stapled in the same manner as the original (to the extent this is known).

3.      Documents shall be produced as they are kept in the usual course of business or shall be organized and labeled to identify any file number, file name, or any other file identification system utilized by the responding party, as well as the location and custodian of such records.  These requests include Plaintiff's request to physically inspect any file drawer, filing cabinet or any other storage device where documents responsive to these requests are maintained at the time of the inspection of such documents.

4.      Documents attached to each other should not be separated.

- 7 -

5.      If any responsive document was, but is no longer in the possession or subject to your control, state whether it (i) is missing or lost, (ii) has been destroyed, (iii) has been transferred, voluntarily or involuntarily, to others, or (iv) has been otherwise disposed of, and in each instance explain the circumstances surrounding, and state the date or approximate date of, such disposition.

6.      In the event that you object to any document request on the grounds of privilege or work product, a statement shall be provided as to each document, which includes:

(a)      The name of the author of the document;

(b)      The name of the recipient of the document;

(c)      The names of the persons to whom copies were sent;

(d)      The job title of every individual named in (a), (b), and (c) above;

(e)      The date the document was created, sent, and received;

(f)      The location of the document;

(g)      The custodian of the document;

(h)      A brief description of the nature and subject matter of the document; and

(i)      A statement of the privilege asserted and each and every fact or basis upon which a privilege is claimed or on which the document is otherwise withheld.

7.      Notwithstanding the assertion of any objection to production, if a document contains non-objectionable or non-privileged matter, please produce that document, redacting that portion for which the objection is asserted, provided that the identification requested in paragraphs (h) and (i) above are furnished.

## D.      RELEVANT TIME PERIOD

Unless otherwise stated, these requests call for the production of all documents identified in the requests that were generated and/or maintained during the period January 1, 1991 to the date of production (the "Relevant Time Period"), or refer or relate to the Relevant Time Period.

**E.** **SUBJECT DRUGS**

The drugs that are the subject of the below requests are identified in Schedule B hereto and referred to herein as "subject drugs."

**F.** **DOCUMENTS TO BE PRODUCED**

1. All memos or similar activity reports made by you for your manager or other supervisory personnel concerning the marketing or sale of the subject drugs.  This request excludes call notes.

2. All documents that compare AWPs to the costs of a subject drug, whether the drug is a Schering-Plough Group drug, a competing drug or both.

3. All documents that concern any economic analysis done for a provider concerning a subject drug, including but not limited to financial comparisons that you have created, used on sales calls or received and which concern AWP or rebates.

4. All documents concerning the provision by you of AWPs to a provider for any subject drug or reflecting a discussion between you and a provider regarding AWP.

5. All documents that concern nominal pricing, price protection orders, and for Schering-Plough Group reimbursement programs in relation to the marketing or sale of the subject drugs.

- 9 -

**SCHEDULE B**

| MANUFACTURER | PRODUCT NAME | GENERIC NAME | NDC |
|---|---|---|---|
| SCHERING | CLARINEX    TAB 5MG | Desloratadine | 00085-1264-02 |
| SCHERING | CLARINEX    TAB 5MG | Desloratadine | 00085-1264-01 |
| SCHERING | CLARINEX    TAB 5MG | Desloratadine | 00085-1264-03 |
| SCHERING | CLARINEX    TAB 5MG | Desloratadine | 00085-1264-04 |
| SCHERING | CLARITIN    SYP 10/10ML | Loratadine | 00085-1223-01 |
| SCHERING | CLARITIN    TAB 10MG | Loratadine | 00085-0458-05 |
| SCHERING | CLARITIN    TAB 10MG | Loratadine | 00085-0458-06 |
| SCHERING | CLARITIN    TAB 10MG | Loratadine | 00085-0458-03 |
| SCHERING | CLARITIN    TAB 10MG | Loratadine | 00085-0458-04 |
| SCHERING | CLARITIN    TAB REDITABS | Loratadine | 00085-1128-02 |
| SCHERING | CLARITIN-D  TAB 10-240MG | Loratadine & Pseudoephedrine | 00085-1233-01 |
| SCHERING | CLARITIN-D  TAB 10-240MG | Loratadine & Pseudoephedrine | 00085-1233-02 |
| SCHERING | CLARITIN-D  TAB 5-120 CR | Loratadine & Pseudoephedrine | 00085-0635-05 |
| SCHERING | CLARITIN-D  TAB 5-120 CR | Loratadine & Pseudoephedrine | 00085-0635-01 |
| SCHERING | CLARITIN-D  TAB 5-120 CR | Loratadine & Pseudoephedrine | 00085-0635-04 |
| SCHERING | DIPROLENE    GEL 0.05% | Aug Betamethasone Dipropionate | 00085-0634-01 |
| SCHERING | DIPROLENE    GEL 0.05% | Aug Betamethasone Dipropionate | 00085-0634-03 |
| SCHERING | DIPROLENE    LOT 0.05% | Aug Betamethasone Dipropionate | 00085-0962-02 |
| SCHERING | DIPROLENE    LOT 0.05% | Aug Betamethasone Dipropionate | 00085-0962-01 |
| SCHERING | DIPROLENE    OIN 0.05% | Aug Betamethasone Dipropionate | 00085-0575-02 |
| SCHERING | DIPROLENE    OIN 0.05% | Aug Betamethasone Dipropionate | 00085-0575-05 |
| SCHERING | DIPROLENE AF CRE 0.05% | Aug Betamethasone Dipropionate | 00085-0517-01 |
| SCHERING | DIPROLENE AF CRE 0.05% | Aug Betamethasone Dipropionate | 00085-0517-04 |
| SCHERING | DIPROSONE    AER 0.1% | Betamethasone Dipropionate (Topical) | 00085-0475-06 |
| SCHERING | DIPROSONE    CRE 0.05% | Betamethasone Dipropionate (Topical) | 00085-0853-03 |
| SCHERING | DIPROSONE    CRE 0.05% | Betamethasone Dipropionate (Topical) | 00085-0853-02 |
| SCHERING | ELOCON    CRE 0.1% | Mometasone Furoate | 00085-0567-01 |
| SCHERING | ELOCON    CRE 0.1% | Mometasone Furoate | 00085-0567-02 |
| SCHERING | ELOCON    LOT 0.1% | Mometasone Furoate | 00085-0854-02 |
| SCHERING | ELOCON    LOT 0.1% | Mometasone Furoate | 00085-0854-01 |

- 10 -

| MANUFACTURER | PRODUCT NAME | GENERIC NAME | NDC |
|---|---|---|---|
| SCHERING | ELOCON      OIN 0.1% | Mometasone Furoate | 00085-0370-01 |
| SCHERING | ELOCON      OIN 0.1% | Mometasone Furoate | 00085-0370-02 |
| SCHERING | EULEXIN    CAP 125MG | Flutamide | 00085-0525-06 |
| SCHERING | EULEXIN    CAP 125MG | Flutamide | 00085-0525-05 |
| SCHERING | EULEXIN    CAP 125MG | Flutamide | 00085-0525-03 |
| SCHERING | INTEGRILIN  INJ .75MG/ML | Eptifibatide | 00085-1136-01 |
| SCHERING | INTEGRILIN  INJ 2MG/ML | Eptifibatide | 00085-1177-01 |
| SCHERING | INTEGRILIN  INJ 2MG/ML | Eptifibatide | 00085-1177-02 |
| SCHERING | INTRON-A   INJ 10MIU PN | Interferon Alfa-2B | 00085-1254-01 |
| SCHERING | INTRON-A   INJ 10MU | Interferon Alfa-2B | 00085-0571-02 |
| SCHERING | INTRON-A   INJ 10MU/ML | Interferon Alfa-2B | 00085-1179-01 |
| SCHERING | INTRON-A   INJ 18MU | Interferon Alfa-2B | 00085-1110-01 |
| SCHERING | INTRON-A   INJ 18MU | Interferon Alfa-2B | 00085-1168-01 |
| SCHERING | INTRON-A   INJ 25MU | Interferon Alfa-2B | 00085-1133-01 |
| SCHERING | INTRON-A   INJ 3MIU PEN | Interferon Alfa-2B | 00085-1242-01 |
| SCHERING | INTRON-A   INJ 50MU | Interferon Alfa-2B | 00085-0539-01 |
| SCHERING | INTRON-A   INJ 5MIU PEN | Interferon Alfa-2B | 00085-1235-01 |
| SCHERING | INTRON-A   KIT 10MU/ML | Interferon Alfa-2B | 00085-1179-02 |
| SCHERING | LOTRISONE   LOT | Clotrimazole w/ Betamethasone | 00085-0809-01 |
| SCHERING | NASONEX     SPR 50MCG/AC | Mometasone Furoate (Nasal) | 00085-1197-01 |
| SCHERING | PEG-INTRON  KIT 120MCG | Peginterferon alfa-2b | 00085-1304-01 |
| SCHERING | PEG-INTRON  KIT 150MCG | Peginterferon alfa-2b | 00085-1279-01 |
| SCHERING | PEG-INTRON  KIT 50MCG | Peginterferon alfa-2b | 00085-1368-01 |
| SCHERING | PEG-INTRON  KIT 80MCG | Peginterferon alfa-2b | 00085-1291-01 |
| SCHERING | PROVENTIL   AER 90MCG | Albuterol | 00085-0614-02 |
| SCHERING | PROVENTIL   AER 90MCG RF | Albuterol | 00085-0614-03 |
| SCHERING | PROVENTIL   NEB 0.083% | Albuterol Sulfate | 00085-1806-01 |
| SCHERING | PROVENTIL   NEB 0.5% | Albuterol Sulfate | 00085-0208-02 |
| SCHERING | REBETOL    CAP 200MG | Ribavirin (Hepatitis C) | 00085-1351-05 |
| SCHERING | REBETOL    CAP 200MG | Ribavirin (Hepatitis C) | 00085-1385-07 |
| SCHERING | REBETOL    CAP 200MG | Ribavirin (Hepatitis C) | 00085-1327-04 |
| SCHERING | REBETOL    CAP 200MG | Ribavirin (Hepatitis C) | 00085-1194-03 |
| SCHERING | TEMODAR    CAP 100MG | Temozolomide | 00085-1259-02 |
| SCHERING | TEMODAR    CAP 100MG | Temozolomide | 00085-1259-01 |
| SCHERING | TEMODAR    CAP 100MG | Temozolomide | 00085-1259-01 |
| SCHERING | TEMODAR    CAP 100MG | Temozolomide | 00085-1259-02 |
| SCHERING | TEMODAR    CAP 20MG | Temozolomide | 00085-1244-01 |
| SCHERING | TEMODAR    CAP 20MG | Temozolomide | 00085-1244-02 |
| SCHERING | TEMODAR    CAP 20MG | Temozolomide | 00085-1244-01 |
| SCHERING | TEMODAR    CAP 20MG | Temozolomide | 00085-1244-02 |
| SCHERING | TEMODAR    CAP 250MG | Temozolomide | 00085-1252-01 |
| SCHERING | TEMODAR    CAP 250MG | Temozolomide | 00085-1252-02 |
| SCHERING | TEMODAR    CAP 250MG | Temozolomide | 00085-1252-01 |
| SCHERING | TEMODAR    CAP 250MG | Temozolomide | 00085-1252-02 |
| SCHERING | TEMODAR    CAP 5MG | Temozolomide | 00085-1248-01 |

| MANUFACTURER | PRODUCT NAME | GENERIC NAME | NDC |
|---|---|---|---|
| SCHERING | TEMODAR      CAP 5MG | Temozolomide | 00085-1248-02 |
| SCHERING | TEMODAR      CAP 5MG | Temozolomide | 00085-1248-01 |
| SCHERING | TEMODAR      CAP 5MG | Temozolomide | 00085-1248-02 |
| SCHERING | TRINALIN REP TAB CR | Azatadine & Pseudoephedrine | 00085-0703-04 |
| SCHERING | | ALBUTEROL | 59930-1560-01 |
| SCHERING | | ALBUTEROL | 59930-1560-02 |
| SCHERING | | CLOTRIMAZOLE | 59930-1570-01 |
| SCHERING | | CLOTRIMAZOLE | 59930-1570-02 |
| SCHERING | | CLOTRIMAZOLE | 59930-1570-03 |
| SCHERING | | CLOTRIMAZOLE | 59930-1570-09 |
| SCHERING | | GRISEOFULVIN, ULTRAMICROCRYSTALLINE | 59930-1620-01 |
| SCHERING | | GRISEOFULVIN, ULTRAMICROCRYSTALLINE | 59930-1621-01 |
| SCHERING | | GRISEOFULVIN, ULTRAMICROCRYSTALLINE | 59930-1624-01 |
| SCHERING | | ISMN | |
| SCHERING | | OXAPROZIN | |
| SCHERING | | PERPHENAZINE | 59930-1600-01 |
| SCHERING | | PERPHENAZINE | 59930-1603-01 |
| SCHERING | | PERPHENAZINE | 59930-1605-01 |
| SCHERING | | PERPHENAZINE | 59930-1610-01 |
| SCHERING | | POTASSIUM CHLORIDE | |
| SCHERING | | SODIUM CHLORIDE | 59930-1609-01 |
| SCHERING | | SODIUM CHLORIDE | 59930-1609-02 |
| SCHERING | | SODIUM CHLORIDE | |
| SCHERING | | SULCRAFATE TABLETS | |
| SCHERING | | THEOPHYLLINE | 59930-1650-01 |
| SCHERING | | THEOPHYLLINE | 59930-1650-02 |
| SCHERING | | THEOPHYLLINE | 59930-1650-03 |
| SCHERING | | THEOPHYLLINE | 59930-1660-01 |
| SCHERING | | THEOPHYLLINE | 59930-1660-02 |
| SCHERING | | THEOPHYLLINE | 59930-1660-03 |
| SCHERING | | THEOPHYLLINE | 59930-1670-01 |
| SCHERING | | THEOPHYLLINE | 59930-1670-02 |
| SCHERING | | THEOPHYLLINE | 59930-1670-03 |
| SCHERING | | THEOPHYLLINE | 59930-1680-01 |

## CERTIFICATE OF SERVICE

I hereby certify that I, Hugh E. McNeely, an attorney, caused a true and correct copy of the foregoing, **NOTICE OF DEPOSITIONS TO SCHERING-PLOUGH GROUP** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on June 30, 2005, a copy to Verilaw Technologies for Posting and notification to all parties

By_____/s/ Hugh E. McNeely_____

Hugh E. McNeely
**HAGENS BERMAN SOBOL SHAPIRO LLP**
One Main Street, 4th Floor
Cambridge, MA 02142
Phone: (617) 482-3700
Fax:  (617) 482-3003

- 13 -

1534.16 0142 DSC.DOC