IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*International Union of Operating Engineers, Local No. 68 Welfare Fund v. AstraZeneca Pharmaceuticals, L.P., et al.; C.A. No. 04-11503-PBS* | Judge Patti B. Saris |

## WITHDRAWL OF MOTION BY PLAINTIFF, INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND, FOR IMMEDIATE DISPOSITION ON PLAINTIFF'S MOTION FOR REMAND BASED UPON DEFENDANTS' FAILURE TO FILE SUPPLEMENTAL BRIEFING

International Union of Operating Engineers, Local No. 68 Welfare Fund (hereinafter "Plaintiff" or "Local 68") hereby withdraws its Motion for Immediate Disposition on Plaintiff's Motion for Remand Based upon the Defendants' Failure To File Supplemental Briefing on the issue of removal and remand. Although Plaintiff was never served with same, not having been a subscriber to e-filing or service at the time the supplemental brief was filed and purportedly served, Plaintiff has been advised and confirmed that defendants filed their supplemental brief on May 6, 2005. Having now obtained a copy of same, plaintiff withdraws the Motion for Immediate Disposition, but nevertheless, maintains that the instant case should be remanded for the reasons set forth in Plaintiff's Supplemental Brief.

Date: June 29, 2005

Ronald J. Ranta, Esquire
**FISETTE & RANTA**
B.B.O. No. 411880
100 Cummings Center, Suite 221B
Beverly, MA 01915
978-927-8766 telephone
978-927-7082 facsimile

Respectfully submitted,

_____
Shanin Specter, Esquire
Donald E. Haviland, Jr., Esquire
TerriAnne Benedetto, Esquire
**KLINE & SPECTER**
1800 Chapel Avenue, Suite 302
Cherry Hill, NJ 08002
856-662-1180 telephone
856-662-1184 facsimile

| | |
|---|---|
| John E. Keefe, Jr., Esquire<br>Stephen T. Sullivan, Jr., Esquire<br>**LYNCH ♦ MARTIN**<br>830 Broad Street<br>Shrewsbury, NJ 07702<br>732-224-9400 telephone<br>732-224-9494 facsimile | Raymond A. Gill, Jr., Esquire<br>**GILL & CHAMAS**<br>655 Florida Grove Road<br>P.O. Box 760<br>Woodbridge, NJ 07095<br>732-324-7600 telephone<br>732-324-7606 facsimile<br><br>ATTORNEYS FOR PLAINTIFF AND THE CLASS |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Withdrawal of Motion by Plaintiff, International Union of Operating Engineers, Local No. 68 Welfare Fund For Immediate Disposition On Plaintiff's Motion for Remand Based Upon Defendants' Failure to File Supplemental Briefing was served on all counsel on the attached Service List by electronic service pursuant to Case Management Order No. 2. The counsel listed below are not registrants of Verilaw and are being served First Class mail.

Michael Mustokoff, Esquire
**DUANE MORRIS LLP**
One Liberty Place, Suite 4200
Philadelphia, PA 19103-7396
National counsel for Saad Antoun, M.D.

Terry K. Sherman, Esquire
52 West Whittier Street
Columbus, OH 43206
National counsel for defendant,
Robert A. Berkman, M.D.

Jack Fernandez, Esquire
**ZUCKERMAN, SPAEDER, LLP**
101 E. Kennedy Blvd., Suite 1200
Tampa, FL 33602
National counsel for defendant,
Stanley C. Hopkins, M.D.

Respectfully submitted,

Dated: June 29, 2005

TerriAnne Benedetto, Esquire
**KLINE & SPECTER**
1800 Chapel Avenue, Suite 302
Cherry Hill, NJ 08002
856-662-1180 telephone
856-662-1184 facsimile