UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY )<br>AVERAGE WHOLESALE PRICE )<br>LITIGATION )<br>_____ )<br> )<br>THIS DOCUMENT RELATES TO )<br>01-CV-12257-PBS AND 01-CV-339 )<br> )<br>_____ ) | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257PBS<br><br>Judge Patti B. Saris<br><br>Chief Magistrate Judge Marian B. Bowler |

## DEFENDANT SICOR INC. AND SICOR PHARMACEUTICALS, INC.'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO SICOR'S MOTION FOR PROTECTIVE ORDER

Pursuant to LR, D. Mass. 7.1(b)(3), Defendants Sicor, Inc. and Sicor Pharmaceuticals, Inc. (collectively, "Sicor") respectfully move the Court for leave to file a Reply to Plaintiffs' Response to Sicor's Motion for Protective Order (the "Reply").

As set forth more fully in Sicor's Reply, filed concurrently herewith, Sicor believes the additional points and authorities contained in its Reply will assist the Court in adjudicating Sicor's Motion for a Protective Order, which was filed on June 14, 2005. Accordingly, Sicor respectfully requests that the Court grant Sicor leave to file its Reply, deem its concurrently filed Reply filed *nunc pro tunc* as of the date of this filing and afford such other relief as the Court deems just and proper.

| | |
|---|---|
| Dated: July 6, 2005 | Respectfully submitted:<br><br>*[signature]*<br>_____<br>Elizabeth I. Hack<br>Elizabeth S. Finberg<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>1301 K Street, N.W.<br>Suite 600, East Tower<br>Washington, D.C. 20005<br>(202) 408-6400<br><br>-- *and*--<br>Robert J. Muldoon, Jr. (BBO # 359480)<br>James W. Matthews (BBO # 560560)<br>Pamela A. Zorn (BBO # 640800)<br>SHERIN AND LODGEN LLP<br>100 Summer Street<br>Boston, MA 02110<br>(617) 646-2000<br><br>*Counsel for Defendants Sicor, Inc. and Sicor Pharmaceuticals, Inc.* |

## CERTIFICATE OF SERVICE

I, Elizabeth S. Finberg, an attorney, hereby certify that on July 6, 2005, I caused a true and correct copy of the foregoing Defendant Sicor Inc. and Sicor Pharmaceuticals, Inc.'s Motion for Leave to File a Reply to Plaintiffs' Response to Sicor's Motion for Protective Order, together with Sicor's Reply to Plaintiffs' Response to Sicor's Motion for Protective Order to be served on all counsel of record electronically via Verilaw Technologies, pursuant to Section D of Case Management Order No. 2.

_____
ELIZABETH S. FINBERG