## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In Re:  PHARMACEUTICAL INDUSTRY :   **MDL NO. 1456**
AVERAGE WHOLESALE PRICE :
LITIGATION :   **Master File No. 01-CV-12257-PBS**
:
THIS DOCUMENT RELATES TO: :   **Judge Patti B. Saris**
ALL CLASS ACTIONS :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEY, INC. AND DEY, L.P.'S CONSENT MOTION FOR AN
## EXTENSION OF TIME TO OPPOSE PLAINTIFFS' MOTION TO COMPEL

      Dey, Inc. and Dey, L.P. ("Dey") hereby move, with the consent of Plaintiffs, for an extension of time to July 25, 2005 to oppose Plaintiffs' Motion to Compel the Production of Documents in the Manner Required by Federal Rule of Civil Procedure 34(b) and the Production of Optical Character Recognition for Electronic Documents, as that motion relates to Dey's production of documents in response to Plaintiffs' Omnibus Requests for Production.  The parties have been discussing a possible resolution of this dispute.  No further extensions of time are anticipated.

Accordingly, Dey hereby moves for entry of the proposed scheduling order attached hereto.

Dated:    July 6, 2005

Respectfully submitted,

KELLEY DRYE & WARREN LLP


By:____/s Philip D. Robben_____

Paul F. Doyle
Christopher C. Palermo
Philip D. Robben

101 Park Avenue
New York, New York  10178
Telephone:  (212) 808-7800
Facsimile:  (212) 808-7897

Attorneys for Dey, Inc. and Dey, L.P.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for Plaintiffs assents to this motion.

    /s Philip D. Robben    
Philip D. Robben

## CERTIFICATE OF SERVICE

I certify that on July 6, 2005, a true and correct copy of the foregoing Consent Motion for an Extension of Time to Oppose Plaintiffs' Motion to Compel was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

    /s Philip D. Robben    
Philip D. Robben
