# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
**In Re:  PHARMACEUTICAL INDUSTRY**          :     **MDL NO. 1456**
**AVERAGE WHOLESALE PRICE**                   :
**LITIGATION**                                :     **Master File No. 01-CV-12257-PBS**
                                              :
**THIS DOCUMENT RELATES TO**                  :     **Judge Patti B. Saris**
**ALL CLASS ACTIONS CONSOLIDATED**            :
**UNDER Master File No. 01-CV-12257-PBS**     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### [PROPOSED] SCHEDULING ORDER

IT IS HEREBY ORDERED that Dey, Inc. and Dey, L.P. shall be granted an

extension to July 25, 2005 to file any opposition to Plaintiffs' Motion to Compel the Production

of Documents in the Manner Required by Federal Rule of Civil Procedure 34(b) and the

Production of Optical Character Recognition for Electronic Documents.

Dated:  July ____, 2005

_____
Hon. Marianne B. Bowler
United States Magistrate Judge