## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | |
| THIS DOCUMENT RELATES TO: | |
| *The City of New York v. Abbott Laboratories, Inc., et al.*<br>S.D.N.Y. Case No. 04-CV-06054 | |
| *County of Albany v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0425 | MDL No. 1456<br>CV-01-12257 PBS<br>Judge Patti B. Saris |
| *County of Allegany v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-0236 | |
| *County of Broome v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-00456 | |
| *County of Cattaraugus v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-0256 | **[PROPOSED] ORDER MODIFYING JUNE 23, 2005 ORDER** |
| *County of Cayuga v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0423 | |
| *County of Chautauqua v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-0214 | |
| *County of Chenango v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0354 | |
| *County of Fulton v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0519 | |
| *County of Genesee v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-00267 | |
| *County of Greene v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0474 | |
| *County of Herkimer v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-00415 | |
| *County of Jefferson v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0715 | |
| *County of Madison v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0714 | |
| *County of Monroe v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-1648 | |

*County of Niagara v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6296

*County of Oneida v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0489

*County of Onondaga v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0088

*County of Putnam v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 05-CV-4748

*County of Rensselaer v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00422

*County of Rockland v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 03-CV-7055

*County of St. Lawrence v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0479

*County of Saratoga v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0478

*County of Steuben v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6223

*County of Suffolk v. Abbott Laboratories, Inc., et al.*
E.D.N.Y. Case No. 03-CV-12257

*County of Tompkins v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0397

*County of Warren v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0468

*County of Washington v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0408

*County of Wayne v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6138

*County of Westchester v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 03-CV-6178

*County of Yates v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-06172

On June 15, 2005, plaintiffs' counsel served via Verilaw a Consolidated Complaint and Exhibits that was "redacted" to exclude information identified as Highly Confidential pursuant to the stipulated protective order in these MDL proceedings. On that same date, plaintiffs' counsel attempted to file the unredacted Consolidated Complaint and Exhibits with the Clerk of the Court under seal. By Order dated June 23, 2005, I directed the Clerk not to accept the filing under seal until defendants had established, through the submission of affidavits, the bases for the redactions as to each of them. The June 23, 2005 Order provided defendants 10 days in which to submit their affidavits.

In a motion to modify the June 23, 2005 Order, the parties have shown that defendants are unable to comply with the 10-day time period because: (a) each defendant initially did not have a copy of the Consolidated Complaint and Exhibits unredacted as that defendant and (b) several defendants are not subject to the stipulated protective order in these proceedings that would allow them to see an unredacted version of the Consolidated Complaint as to other defendants.

Accordingly, the June 23, 2005 Order is modified as follows:

1. The 10-day period for a defendant to submit an affidavit in support of all or part of the redactions in the Consolidated Complaint and Exhibits as to it shall begin from the date its counsel is provided with a copy of the Consolidated Complaint and Exhibits, unredacted as to such defendant, or 10 days from the filing of this Order, whichever is later;

2. Neither the receipt by a defendant's counsel of such a version of the Consolidated Complaint and Exhibits nor the submission to the Court of a defendant's affidavit

1

regarding the redactions shall constitute service of process, an appearance by a defendant or shall otherwise affect any jurisdictional or other defense that a defendant may have.


July ___, 2005


                                                _____
                                                Hon. Patti B. Saris
                                                United States District Judge