(8)

Shanin Specter, Esquire
Donald E. Haviland, Jr., Esquire
KLINE & SPECTER
1800 Chapel Avenue, Suite 302
Cherry Hill, NJ 08002
856-662-1180 telephone
856-662-1184 facsimile

RECEIVED WILLIAM T. WALSH, CLERK
2003 JUL -9 P 1:28
UNITED STATES DISTRICT COURT

COUNSEL FOR PLAINTIFF AND THE CLASS

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND,

Plaintiff,

v.

AstraZeneca PLC; AstraZeneca Pharmaceuticals LP; AstraZeneca LP; Zeneca, Inc.; TAP Pharmaceutical Products, Inc.; Abbott Laboratories; Takeda Chemical Industries, Ltd.; Bayer AG; Bayer Corporation; Miles Laboratories, Inc.; Cutter Laboratories, Inc.; GlaxoSmithKline, P.L.C.; SmithKline Beecham Corporation; Glaxo Wellcome, Inc.; Pharmacia Corporation; Pharmacia & Upjohn, Inc.; Monsanto Company; G.D. Searle Company; Sanofi-Synthelabo Inc.; Johnson & Johnson; Alza Corporation; Centocor, Inc.; Ortho Biotech, Inc.; Alpha Therapeutic Corporation; Hoffman La-Roche Inc.; Amgen, Inc.; Immunex Corporation; Aventis Pharmaceuticals, Inc.; Aventis Behring L.L.C.; Hoechst Marion Roussel, Inc.; Centeon, L.L.C.; Armour Pharmaceuticals; Baxter International Inc.; Baxter Healthcare Corporation; Immuno-U.S., Inc.; Boehringer Ingelheim Corporation; Ben Venue Laboratories, Inc.; Bedford Laboratories; Roxane Laboratories, Inc.; Bristol-Myers Squibb Company; Oncology Therapeutics Network Corporation; Apothecon, Inc.; Dey, Inc.; Fujisawa Pharmaceutical Co., Ltd.; Fujisawa Healthcare, Inc.; Fujisawa USA, Inc.; Novartis International AG; Novartis Pharmaceutical Corporation; Sandoz Pharmaceutical Corporation; Schering-Plough Corporation; Warrick Pharmaceuticals Corporation; Sicor, Inc.; Gensia Sicor Pharmaceuticals, Inc.; Wyeth; Wyeth Pharmaceuticals; Saad Antoun, M.D.; Stanley C. Hopkins, M.D.; Robert A. Berkman, M.D.; Does 1-50; ABC Corporations 1-50; and XYZ Partnerships; and Associations 1-50,

Defendants.

3230 (JEI)

C.A. NO. 03-~~3226~~ (JEI)

**NOTICE OF MOTION FOR REMAND, AND FOR EXPEDITED HEARING, OR, IN THE ALTERNATIVE, FOR SHOW CAUSE HEARING ON TEMPORARY RESTRAINING ORDER**

FILED
JUL - 9 2003
WILLIAM T. WALSH
CLERK

© 2003 KLINE & SPECTER

**NOTICE OF MOTION FOR REMAND, AND FOR EXPEDITED HEARING, OR, IN THE ALTERNATIVE, FOR SHOW CAUSE HEARING ON TEMPORARY RESTRAINING ORDER**

Pursuant to 28 U.S.C. § 1447(c), plaintiff, International Union of Operating Engineers, Local No. 68 Welfare Fund, the named class representative plaintiff in the above-captioned litigation, hereby moves this Court for an Order remanding this case back to the Superior Court of Monmouth County, New Jersey for the following reasons:

1. All defendants have not consented to this removal;
2. Plaintiff's exclusively state law claims are not preempted under either ERISA or the Medicare Act; and
3. Plaintiff specifically has disavowed any claims under ERISA or the Medicare Act in the Complaint and specifically has excluded any claim under federal law, including ERISA or Medicare.

In the event this Court does not remand this case, *sua sponte*, plaintiff mc ves this Court to exercise its discretion and order an expedited hearing on this matter, in lieu of briefing requirements, so that the Order To Show Cause with Temporary Restraints Against AstraZeneca and Saad Antoun, M.D., heretofore scheduled for July 10, 2003 in the Superior Court of Monmouth County, New Jersey, may go forward. In the alternative, if this Court elects not to order remand expeditiously, plaintiff respectfully requests that this Court schedule a hearing on the Order To Show Cause in order to determine plaintiff's entitlement to temporary restraint against defendant, AstraZeneca, L.P.

Further, pursuant to Rule 11 of the Federal Rules of Civil Procedure, plaintiff moves this Court to sanction defendant, AstraZeneca, L.P., for frivolous removal of state court proceedings pending against it.

© 2003 KLINE & SPECTER

WHEREFORE, plaintiff respectfully requests that Plaintiff's Motion for Remand, and for Expedited Hearing, be granted, or in the alternative, that Plaintiff's Motion for Show Cause Hearing on Temporary Restraining Order be granted.

Respectfully submitted,

Dated: July 9, 2003

Shanin Specter, Esquire
Donald E. Haviland, Jr., Esquire
TerriAnne Benedetto, Esquire
R. Matthew Plona, Esquire
**KLINE & SPECTER**
1800 Chapel Avenue, Suite 302
Cherry Hill, NJ 08002
856-662-1180 telephone
856-662-1184 facsimile

John E. Keefe, Jr., Esquire
**LYNCH ♦ MARTIN**
830 Broad Street
Shrewsbury, NJ 07702
732-224-9400 telephone
732-224-9494 facsimile

Raymond A. Gill, Jr., Esquire
**GILL & CHAMAS**
655 Florida Grove Road
P.O. Box 760
Woodbridge, NJ 07095
732-324-7600 telephone
732-324-7606 facsimile

**ATTORNEYS FOR PLAINTIFF AND THE CLASS**

G:\DEH\AWP GENERAL - (200700)\AWP - NJ (200701)\Pleadings\Plaintiff's Motion for Remand.wpd

© 2003 KLINE & SPECTER