## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

THIS DOCUMENT RELATES TO ALL
ACTIONS.

MDL No. 1456

CIVIL ACTION: 01-CV-12257-PBS

Judge Patti B. Saris

## CERTIFICATE OF SERVICE

I, Jennifer Fountain Connolly, hereby certify that I am one of plaintiffs' attorneys and

that, on July 6, 2005, I caused copies of Exhibit C to Plaintiffs' Motion For Leave To Set Aside

The Ten Deposition Limit With Respect To Defendant AstraZeneca to be served on all counsel

of record, *see* attached Service List, by placing same in sealed envelopes, affixing proper first

class postage, and depositing same in the United States Mail in Chicago, Illinois.

Dated: July 6, 2005

Kenneth A. Wexler
Jennifer Fountain Connolly
Ricardo Meza
The Wexler Firm LLP
One N. LaSalle Street, Suite 2000
Chicago, IL 60602
(312) 346-2222 – Telephone
(312) 346-0022 – Facsimile