UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
IN RE PHARMACEUTICAL INDUSTRY  )
AVERAGE WHOLESALE PRICE        )   MDL NO. 1456
LITIGATION                     )   Civil Action No. 01-12257-PBS
                               )
                               )   Judge Patti B. Saris
THIS DOCUMENT RELATES TO       )
01-CV-12257-PBS AND 01-CV-339  )
                               )

## TRACK 1 DEFENDANTS' MOTION FOR
## LEAVE TO FILE UNDER SEAL

The Track 1 Defendants,[1] by their attorneys, hereby move this Court for leave to file the following submissions under seal: Track 1 Defendants' Motion to Supplement the Record with Evidence Recently Made Available and Highly Relevant to the Court's Class Certification Decision, and the two-volume Appendix thereto.

Pursuant to the Protective Order entered by this Court on December 13, 2004 (the "MDL Protective Order") and the Consent Protective Order entered by the Arizona Superior Court, Maricopa County on August 4, 2004, in the Coordinated State Court Case of *Swanston v. TAP Pharmaceutical Products, Inc., et al.,* Case No. CV2002-004988 ("Arizona Protective Order"), the parties in the above captioned cases and non-party witnesses have designated many documents and other information produced in these cases as either "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL." The submissions listed above incorporate – either directly or

---

[1] The Track One defendants are: AstraZeneca, the BMS Group, SmithKlineBeecham d/b/a GlaxoSmithKline, the Johnson & Johnson Group, and the Schering-Plough Group.

indirectly – information that has been designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL." The Track 1 Defendants' submissions listed above include references to contractual terms, reimbursement data, financial information, and personal information that defendants and non-party witnesses deem highly proprietary and/or personal in nature. Pursuant to paragraph 15 of the MDL Protective Order, any document or pleading containing quotes from or otherwise referencing such information shall be filed under seal.

WHEREFORE, the Track 1 Defendants respectfully request that this Court grant them leave to file the submissions listed above under seal.

Respectfully submitted,

THE TRACK 1 DEFENDANTS

By: _____

Mark D. Seltzer, BBO #556341
Seth Kosto, BBO #641044
Holland & Knight LLP
10 St. James Ave.
Boston, MA  02116
Tel:  617-523-2700
Fax:  617-523-6850

Mark H. Lynch
Geoffrey E. Hobart
Ronald G. Dove, Jr.
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-7566

Frederick G. Herold
Dechert LLP
975 Page Mill Road
Palo Alto, CA  94304-1013

*Attorneys for SmithKlineBeecham Corp. d/b/a GlaxoSmithKline*

Nicholas C. Theodorou
Lucy Fowler
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA  02110

D. Scott Wise
Michael Flynn
Kimberley Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

*Attorneys for AstraZeneca Pharmaceuticals LP*

Steven M. Edwards
Lyndon M. Tretter
Hogan & Hartson, LLP
875 Third Avenue, Suite 2600
New York, NY 10022

*Attorneys for the Bristol-Myers Squibb Co.,
Oncology Therapeutics Network Corp.,
Apothecon, Inc.*

William F. Cavanaugh, Jr.
Andrew D. Schau
Erik Haas
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036 6710

*Attorneys for the Johnson and Johnson Group*

John T. Montgomery
Steven Kaufman
Ropes & Gray LLP
One International Place
Boston, MA 02110

*Attorneys for Schering-Plough Corp. and Warrick Pharmaceuticals Corp.*

Dated: July 8, 2005

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I certify this day that the parties have conferred unsuccessfully in a good faith attempt to narrow the issues presented to the Court by the above motion.

_____
Seth B. Kosto

July 8, 2005

## CERTIFICATE OF SERVICE

I certify that on July 8, 2005, I caused a true and correct copy of the foregoing Track I Defendants' Motion for Leave to File Under Seal to be served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

_____
Seth B. Kosto

July 8, 2005

# 3049417_v1