UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Bowler |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS<br><br>DOCUMENT NO. 1552 | |

### PLAINTIFFS' MOTION TO WITHDRAW MOTION TO COMPEL DEPOSITIONS AND FOR SANCTIONS AGAINST DEFENDANT AVENTIS INC.

Plaintiffs hereby move to withdraw their pending Motion to Compel Depositions and for Sanctions against Defendant Aventis. This motion is scheduled for a hearing on July 14, 2005. Defendant Aventis consents to the withdrawal of the Motion to Compel.

Dated: July 13, 2005

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Tom Sobol
Edward Notargiacomo
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02110

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Samuel Heins
Brian Williams
Heins, Mills & Olson, P.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

CHAIRS OF LEAD COUNSEL COMMITTEE

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901

Kenneth A. Wexler
Jennifer Connelly
The Wexler Firm
One North LaSalle Street, Suite 2000
Chicago, IL 60602

MEMBERS OF LEAD COUNSEL
COMMITTEE AND EXECUTIVE
COMMITTEE

---

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2005, I served true and correct copies of the foregoing Motion to Withdraw Motion to Compel on all counsel of record via Verilaw.

*John Macoretta*

G:\CLIENTS\AWP Omnibus\Aventis\Discovery\withdrawMTC.wpd