UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS ) ) ) ) ) | Judge Patti B. Saris |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, the undersigned, an attorney licensed to practice law in the Commonwealth of Massachusetts and in the United States District Court for the District of Massachusetts, respectfully moves that Robert Lopez be admitted to practice before this Honorable Court for purposes of the above-noted case. This attorney is licensed to practice law in Washington.

According to the attached Certificate of Good Standing of Robert Lopez:

1. Is a member of the Bar in good standing in the jurisdiction, which he has been admitted to practice.

2. There are no disciplinary proceedings pending against him as a member of the Bar in any jurisdiction.

3. He is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, I move that Robert Lopez be admitted this \_\_\_ day of July, 2005.

By /s/ **Thomas M. Sobol**
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Robert Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

## CERTIFICATE OF SERVICE

I hereby certify that I, Thomas M. Sobol, an attorney, caused a true and correct copy of the foregoing, **MOTION FOR ADMISSION *PRO HAC VICE*** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on July 18, 2005, a copy to Verilaw Technologies for Posting and notification to all parties.

By    /s/ **Thomas M. Sobol**
Thomas M. Sobol (BBO#471770)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |  MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | ) ) ) ) | Judge Patti B. Saris |

## CERTIFICATE OF GOOD STANDING

Robert Lopez, an attorney with the firm of Hagens Berman Sobol Shapiro, LLP, 1301 Fifth Avenue, Suite 2900, Seattle, WA 98101, hereby certifies:

1. I am a member of the Bar of the State of Washington;

2. I am a member of the Bar in good standing in the jurisdiction in which I have been admitted to practice (*see* attached);

3. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction; and

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Under penalty of perjury this 15th day of July, 2005.

Respectfully submitted,

By _____
Robert Lopez
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

- 1 -

1534.16 0197 MTN.DOC

# CERTIFICATE OF GOOD STANDING

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

I, Bruce Rifkin, Clerk of the United States District Court for the Western District of Washington, Do Hereby Certify that Robert F Lopez was admitted to practice in said Court on 6/2/1995 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on July 12, 2005.

Bruce Rifkin
Clerk

By _____
            Deputy Clerk