# EXHIBIT 4

Case 1:01-cv-12257-PBS   Document 1598-4   Filed 07/20/05   Page 2 of 9

Greg Looney · · · · · · · · HIGHLY CONFIDENTIAL · · · · · · · · May 12, 2005
· · · · · · · · · · · · · · Wilmington, Delaware

```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF MASSACHUSETTS

 3

      In Re:  PHARMACEUTICAL        : MDL DOCKET NO.
 4                                  : CIVIL ACTION #
      INDUSTRY AVERAGE WHOLESALE    : 01CV12257-PBS
 5                                  :
      PRICE LITIGATION              : HIGHLY CONFIDENTIAL
 6
 7    ---------------------------------------------------

      THIS DOCUMENT RELATES TO:         CERTIFIED COPY
 8
      ALL ACTIONS

 9    ---------------------------------------------------

10              VOLUME I - Pages 1 to 152

11

12              RULE 30(b)(6) deposition of ASTRAZENECA,

13    by and through its corporate designee, GREG LOONEY,

14    taken pursuant to notice at the law offices of Morris,

15    Nichols, Arsht & Tunnell, 1201 North Market Street,

16    18th Floor, Wilmington, Delaware, beginning at 9:30

17    a.m., on Thursday, May 12, 2005, before Julie H.

18    Parrack, Registered Merit Reporter, Certified Realtime

19    Reporter and Notary Public, there being present:

20                        - - -

21

22
```

                                                                    5

 1    A.    Yes.

 2    Q.    Can you trace your employment history with its

 3    predecessors from the beginning?

 4    A.    Sure.  In 1992 I started with the former

 5    Astra/Merck, which was a division of Merck & Company

 6    at the time.  And I don't know the exact date, but

 7    sometime in the late '90s, Astra/Merck became wholly

 8    owned by Astra Pharmaceuticals.  And then the merger

 9    with Zeneca and Astra in 1999 resulted in AstraZeneca,

10    and I was there throughout that entire time period.

11    Q.    And what was your position, your first position

12    with Astra/Merck?

13    A.    Business Manager.

14    Q.    What were your responsibilities?

15    A.    I was responsible for managing the finances of

16    the region, doing analytics within the region, and I

17    also was responsible for calling on some key accounts

18    within the region, and negotiating managed care

19    contracts with regional accounts, managed care

20    accounts within the region were the primary

21    responsibilities, among other things.

22    Q.    How long were you business manager?

# EXHIBIT 5

```
                                                                    1
 1                IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF MASSACHUSETTS
 3                                        CERTIFIED COPY
       In Re:  PHARMACEUTICAL           : MDL DOCKET NO.
 4                                      : CIVIL ACTION #
       INDUSTRY AVERAGE WHOLESALE       : 01CV12257-PBS
 5                                      :
       PRICE LITIGATION                 : HIGHLY CONFIDENTIAL
 6
 7     ---------------------------------------------------
       THIS DOCUMENT RELATES TO:
 8
       ALL ACTIONS
 9     ---------------------------------------------------
10
11              Deposition of JAMES F. LIEBMAN, taken
12     pursuant to notice at the law offices of Morris, Nichols,
13     Arsht & Tunnell, 1201 North Market Street, 18th Floor,
14     Wilmington, Delaware, beginning at 9:30 a.m., on Friday,
15     February 11, 2005, before Julie H. Parrack, Registered Merit
16     Reporter and Notary Public, there being present:
17                       - - -
18
19
20
21
22
```

1   BY MS. FEGAN:

2       Q.  Good morning, Mr. Liebman.

3       A.  Hi, how are you?

4       Q.  My name is Beth Fegan.  I represent the plaintiffs in
5   this case.

6           Could you tell me where you live?

7       A.  I live in St. Louis, Missouri.

8       Q.  How long have you lived there?

9       A.  Fifty-eight years.

10      Q.  Who are you employed by?

11      A.  AstraZeneca.

12      Q.  How long have you been employed by AstraZeneca?

13      A.  Thirty-four years.

14      Q.  Could you tell me about your education from college
15  on?

16      A.  I have a BS in education.  That's from Southeast
17  Missouri, and I then went into the Army for two years, and
18  then joined what was then Stuart Pharmaceuticals.

19      Q.  What was your first position at Stuart
20  Pharmaceuticals?  And what year was that?

21      A.  1971.  I was a sales representative.

22      Q.  What were your responsibilities as sales

# EXHIBIT 6

```
                                                                    1
 1              IN THE UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF MASSACHUSETTS
 3
        In Re:  PHARMACEUTICAL         : MDL DOCKET NO.
 4                                     : CIVIL ACTION #
        INDUSTRY AVERAGE WHOLESALE     : 01CV12257-PBS
 5                                     :
        PRICE LITIGATION               : HIGHLY CONFIDENTIAL
 6
 7      ------------------------------------------------------
        THIS DOCUMENT RELATES TO:
 8                                        CERTIFIED
        ALL ACTIONS                         COPY
 9      ------------------------------------------------------
10
11              30(b)(6) Deposition of AZTRAZENECA, taken
12      by and through its corporate designee, ALAN J. MILBAUER,
13      taken pursuant to notice at the law offices of Morris,
14      Nichols, Arsht & Tunnell, 1201 North Market Street, 17th
15      Floor, Wilmington, Delaware, beginning at 10:12 a.m., on
16      Wednesday, October 27, 2004, before Julie H. Parrack,
17      Registered Merit Reporter and Notary Public, there being
18      present:
19                                - - -
20
21
22
```

```
 1    A.   Sorbitrate.
 2    Q.   Sorbitrate?
 3    A.   Yeah, S-O-R-B-I-T-R-A-T-E.
 4    Q.   Is Atlas Chemical Industries still in existence
 5  today?
 6    A.   No.
 7    Q.   Did it go out of business or was it bought out?
 8    A.   It was bought.
 9    Q.   Who bought it?
10    A.   ICI.
11    Q.   When?
12    A.   1971.
13    Q.   And you went to work for ICI?
14    A.   Yes.  I retained -- I remained working for the
15  company.
16    Q.   So I understand, did it become an Atlas Chemical
17  Industries division of ICI or was it merged into ICI?
18    A.   It was acquired and I think the name Atlas
19  Chemical went away.  My recollection, it may have been --
20  one of the divisions may have still retained like Atlas
21  Powder or something.  But it became ICI.
22    Q.   Did ICI buy Atlas in its entirety?
```