UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

CIVIL ACTION NO.
01-12257-PBS
MDL NO. 1456

### ORDER OF CONSOLIDATION

The following cases are consolidated with civil action number 01-12257-PBS: 05-11180, 05-11181, 05-11182, 05-11183, 05-11184, 05-11185, 05-11186, 05-11187, 05-11188, 05-11189, 05-11190, 05-11191, 05-11192, 05-11193, 05-11194, 05-11195, 05-11196, 05-11197, 05-11198, 05-11368, 05-11369, 05-11370, 05-11371.  All future pleadings will be docketed in civil action number 01-12257-PBS which has been designated the Lead Case.

_____
Patti B. Saris
United States District Judge

Copies to: All Counsel

July 20, 2005