## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                :

|  |  |
|---|---|
| In Re:  PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | **MDL NO. 1456** |
| | **Master File No. 01-CV-12257-PBS** |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | **Judge Patti B. Saris** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DEY, INC. AND DEY, L.P.'S CONSENT MOTION FOR AN
### EXTENSION OF TIME TO OPPOSE PLAINTIFFS' MOTION TO COMPEL

        Dey, Inc. and Dey, L.P. ("Dey") hereby move, with the consent of Plaintiffs, for an extension of time to August 1, 2005 to oppose Plaintiffs' Motion to Compel the Production of Documents in the Manner Required by Federal Rule of Civil Procedure 34(b) and the Production of Optical Character Recognition for Electronic Documents, as that motion relates to Dey's production of documents in response to Plaintiffs' Omnibus Requests for Production.  The parties have been discussing a resolution of this dispute and believe such resolution is imminent. No further extensions of time are anticipated.

Accordingly, Dey hereby moves for entry of the proposed scheduling order attached hereto.

Dated:    July 21, 2005

                                        Respectfully submitted,

                                        KELLEY DRYE & WARREN LLP


                                        By:____/s Philip D. Robben_____

                                            Paul F. Doyle
                                            Christopher C. Palermo
                                            Philip D. Robben

                                        101 Park Avenue
                                        New York, New York  10178
                                        Telephone:  (212) 808-7800
                                        Facsimile:  (212) 808-7897

                                        Attorneys for Dey, Inc. and Dey, L.P.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for Plaintiffs assents to this motion.

     /s Philip D. Robben   
Philip D. Robben

## CERTIFICATE OF SERVICE

I certify that on July 21, 2005, a true and correct copy of the foregoing Consent Motion for an Extension of Time to Oppose Plaintiffs' Motion to Compel was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

     /s Philip D. Robben   
Philip D. Robben
