UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CLASS ACTIONS CONSOLIDATED UNDER Master File No. 01-CV-12257-PBS | MDL NO. 1456<br><br>Master File No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## [PROPOSED] SCHEDULING ORDER

IT IS HEREBY ORDERED that Dey, Inc. and Dey, L.P. shall be granted an extension to August 1, 2005 to file any opposition to Plaintiffs' Motion to Compel the Production of Documents in the Manner Required by Federal Rule of Civil Procedure 34(b) and the Production of Optical Character Recognition for Electronic Documents.

Dated: July ____, 2005

_____
Hon. Marianne B. Bowler
United States Magistrate Judge