UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | |

MDL No. 1456

CIVIL ACTION:  01-CV-12257-PBS

Judge Patti B. Saris

**PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' SUPPLEMENTAL FACTUAL AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs HEREBY MOVE THE Court to file a short memorandum (less than ten pages) containing facts, ascertained after the class certification argument, that have a direct bearing on class certification.  The memorandum addresses facts bearing on three issues:  (1) Defendants' studies and documents indicating that in the retail market pharmacy reimbursement is based on a "standard formula" using AWP, since "AWP is the *foundation* for reimbursement for most third party payors," (2) Defendants' documents admitting that in the physician-administered market doctors are "reimbursed by a predetermined formula based on the average wholesale price,"; and (3) evidence going to the credibility of Mr. Bell, defendants' lead tutorial expert.  Mr. Bell, as a consultant to BMS, advised BMS on how to market the spread and to hide this illegal behavior by making sure "no printed materials were created."  In other words Mr. Bell while purporting to be an expert was actually a participant in the activities at issue.

Plaintiffs are cognizant of the extensive record already before the Court.  However, the documents contained in the proposed submission are highly probative of the points made in

- 1 -

- 2 -

plaintiffs' submissions and are contrary to the positions taken by defendants' through their experts. Plaintiffs pared this material down to just nine pages.

| | |
|---|---|
| DATED: July 21, 2005 | By   /s/ Steve W. Berman   <br>    Thomas M. Sobol (BBO#471770)<br>    Edward Notargiacomo (BBO#567636)<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA  02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003<br>**LIAISON COUNSEL**<br><br>Steve W. Berman<br>Sean R. Matt<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA  98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br><br>Elizabeth Fegan<br>Hagens Berman Sobol Shapiro LLP<br>60 W. Randolph Street, Suite 200<br>Chicago, IL  60601<br>Telephone: (312) 762-9235<br>Facsimile: (312) 762-9286<br><br>Eugene A. Spector<br>Jeffrey Kodroff<br>Spector, Roseman & Kodroff, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA  19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611 |

- 3 -

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer F. Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Samuel D. Heins
Alan I. Gilbert
Susan E. MacMenamin
Heins, Mills & Olson, P.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' SUPPLEMENTAL FACTUAL AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on July 21, 2005, a copy to Verilaw Technologies for Posting and notification to all parties

By      **/s/ Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

- 4 -