UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | **MDL NO. 1456** |
| **THIS DOCUMENT RELATES TO:** | **Master File No.: 01-12257-PBS**<br>**Judge Patti B. Saris** |
| **THE CITY OF NEW YORK,**<br>                       Plaintiff,<br>v.<br>**ABBOTT LABORATORIES, INC.,** *et al.***,**<br>                       Defendants. | **S.D.N.Y. Case No. 04-cv-06054** |
| **COUNTY OF ROCKLAND,**<br>                       Plaintiff,<br>v.<br>**ABBOTT LABORATORIES, INC.,** *et al.***,**<br>                       Defendants. | **S.D.N.Y. Case No. 03-cv-7055** |
| **COUNTY OF WESTCHESTER,**<br>                       Plaintiff,<br>v.<br>**ABBOTT LABORATORIES, INC.,** *et al.***,**<br>                       Defendants. | **S.D.N.Y. Case No. 03-cv-6178** |

**NOTICE OF WITHDRAWAL OF APPEARANCE (PRO HAC VICE)
OF MICHAEL J. RINALDI AND AMEER F. GOPALANI**

TO THE CLERK OF THE ABOVE-NAMED COURT AND COUNSEL OF RECORD:

Please take notice of the withdrawal of appearance of Michael J. Rinaldi and Ameer F. Gopalani as counsel, *pro hac vice*, for Defendant ETHEX Corporation. Attorneys Scott A. Birnbaum, Robert N. Feldman, and Melissa M. Longo of Birnbaum & Godkin, L.L.P., and Attorneys Robert S. Litt (*pro hac vice*), Steven S. Diamond (*pro hac vice*), Drew A. Harker (*pro hac vice*), and Justin S. Antonipillai (*pro hac vice*), and of Arnold & Porter LLP, will continue as counsel for ETHEX Corporation.

Dated: July 22, 2005

                                              Respectfully submitted,

                                              ETHEX CORPORATION

                                              By its attorneys,

                                              /s/ Scott A. Birnbaum
                                              Scott A. Birnbaum (BBO # 543834)
                                              Robert N. Feldman (BBO # 630734)
                                              Melissa M. Longo (BBO# 647649)
                                              BIRNBAUM & GODKIN, LLP
                                              280 Summer Street
                                              Boston, MA 02210-1108
                                              (617) 307-6100

Of counsel:

Robert S. Litt (*pro hac vice*)
Steven S. Diamond (*pro hac vice*)
Drew A. Harker (*pro hac vice*)
Justin S. Antonipillai (*pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington DC 20004-1206
(202) 942-5000

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was delivered on July 22, 2005 to all counsel of record by electronic service pursuant to the Court's Case Management Order No. 2.

    /s/ Scott A. Birnbaum
    Scott A. Birnbaum