UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. No. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

**NOTICE OF AMENDED SERVICE OF MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL THE SUPPLEMENTATION OF ASTRAZENECA'S PRIVILEGE LOGS OR, IN THE ALTERNATIVE, TO COMPEL THE PRODUCTION OF INADEQUATELY DESCRIBED DOCUMENTS**

To: All counsel of record via VeriLaw

Please take notice that on July 25, 2005, we caused to be filed with the Clerk of the Court of the United States District Court for the District of Massachusetts and to be served on all counsel the attached Memorandum in Support of Plaintiffs' Motion to Compel the Supplementation of AstraZeneca's Privilege Logs Or, In the Alternative, to Compel the Production of Inadequately Described Documents. This memorandum was originally filed and served on July 18, 2005, but page four of the memorandum was inadvertently omitted.

Plaintiffs' Memorandum is being filed served without exhibits, which were served on July 18, 2005 via United States mail.

DATED: July 25, 2005

By: _____
Thomas M. Sobol
Edward Notargiacomo
**Hagens Berman Sobol Shapiro LLP**
One Main Street, 4th Floor
Cambridge, MA 02142

*Liaison Counsel*

Steve W. Berman
Sean R. Matt
**Hagens Berman Sobol Shapiro LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Elizabeth A. Fegan
**Hagens Berman Sobol Shapiro LLP**
60 W. Randolph, Suite 200
Chicago, IL 60601

Samuel Heins
**Heins Mills & Olson, P.L.C.**
3550 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402

Jeff Kodroff
John Macoretta
**Spector, Roseman & Kodroff, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Kenneth A. Wexler
Jennifer Fountain Connolly
**The Wexler Firm LLP**
One North LaSalle, Suite 2000
Chicago, IL 60602

Marc H. Edelson
Allan Hoffman
**Hoffman & Edelson LLC**
45 West Court Street
Doylestown, PA 18901

## CERTIFICATE OF SERVICE BY VERILAW

Docket No. MDL 1456

      I, Jennifer Fountain Connolly, hereby certify that I am one of plaintiffs' attorneys and that, on July 25, 2005, I caused a copy of **Notice of Amended Service of Memorandum of Law in Support of Plaintiffs' Motion to Compel the Supplementation of AstraZeneca's Privilege Logs or, in the Alternative, to Compel the Production of Inadequately Described Documents** to be served on all counsel of record by causing same to be posted electronically via Verilaw.

_____
Jennifer Fountain Connolly

3