## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | **MDL NO. 1456** |
| **THIS DOCUMENT RELATES TO:** | **Master File No.: 01-12257-PBS** <br> **Judge Patti B. Saris** |
| **ALL ACTIONS** | FILING FEE PAID: <br> RECEIPT # 65855 <br> AMOUNT $ 50.00 <br> BY DPTY CLK <br> DATE 7/26/05 |

### NOTICE OF APPEARANCE FOR DEFENDANT
### ENDO PHARMACEUTICALS INC., ADMISSION *PRO HAC VICE*

The following submission for admission *pro hac vice* is made pursuant to Case

Management Order No. 1, section V., paragraph 16, which states:

> Each attorney not a member of the Bar of this Court who is
> acting as counsel for a Plaintiff or Defendant herein and
> who is in good standing in any district court of the United
> States shall be deemed admitted *pro hac vice* to practice
> before this Court in connection with this action upon
> payment of the appropriate filing fee.

Attached is a Certificate in Support of Application for Admission *Pro Hac Vice* of

David D. Fauvre as counsel for Endo Pharmaceuticals Inc. in this action.

Dated: July 25, 2005

Respectfully submitted,

David D. Fauvre
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202)942-5041 (phone)
(202)942-5999 (fax)

*Attorneys for defendant Endo*
*Pharmaceuticals Inc.*