# CERTIFICATE OF SERVICE

I, David D. Fauvre, hereby certify that on this 25th day of July, 2005, I caused a true and correct copy of the NOTICE OF APPEARANCE FOR DEFENDANT ENDO PHARMACEUTICALS INC., ADMISSION *PRO HAC VICE*, and CERTIFICATE IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE* OF DAVID D. FAUVRE to be served on all counsel of record by electronic service pursuant to paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

David D. Fauvre