# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) <br> ) MDL NO. 1456 <br> ) <br> ) CIVIL ACTION: 01-CV-12257-PBS <br> ) <br> ) Judge Patti B. Saris <br> ) |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Marisa L. Jaffe on behalf of Defendant Bayer Corp. ("Bayer") in the above-captioned action. All other counsel of record for Bayer shall continue to appear on behalf of Bayer in this matter.

Dated: August 1, 2005

/s/ Marisa L. Jaffe_____
Marisa L. Jaffe (BBO# 647401)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

## CERTIFICATE OF SERVICE

I certify that on August 1, 2005, I caused a true and correct copy of this Withdrawal of Appearance to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Marisa L. Jaffe_____
Marisa L. Jaffe

HWD2 1038931v2