**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) | MDL No. 1456 |
| | ) | CIVIL ACTION: 01-CV-12257 PBS |
| THIS DOCUMENT RELATES TO Master File No. 01-CV-12257-PBS | ) | Judge Patti B. Saris |
| | ) | Chief Mag. Judge Marianne B. Bowler |

**STATUS REPORT AUGUST 1, 2005**

Pursuant to the Court's June 17, 2004 Procedural Order, the undersigned counsel for Plaintiffs and Defendants hereby submit the attached status report to the Court listing the status of all pending motions to date.

Respectfully Submitted,

PLAINTIFFS' LEAD COUNSEL
ON BEHALF OF ALL PLAINTIFFS

By **/s/ Thomas M. Sobol** DATED: August 1, 2005

Thomas M. Sobol, Esq. (BBO# 471770)
Edward Notargiacomo, Esq. (BBO# 567636)
**HAGENS BERMAN LLP**
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman, Esq.
Sean R. Matt, Esq.
Kevin P. Roddy, Esq.
**HAGENS BERMAN LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Samuel Heins, Esq.
Bryan L. Crawford, Esq.
Daniel E. Gustafson, Esq.
**HEINS, MILLS & OLSON, P.C.**
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

Marc H. Edelson, Esq.
**HOFFMAN & EDELSON**
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler, Esq.
Elizabeth Fegan Hartweg, Esq.
**THE WEXLER FIRM**
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Eugene A. Spector, Esq.
Jeffrey L. Kodroff, Esq.
John A. Macoretta, Esq.
**SPECTOR, ROSEMAN & KODROFF, P.C**.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

ON BEHALF OF DEFENDANTS

By **/s/ Nicholas C. Theodorou** DATED: August 1, 2005

Nicholas C. Theodorou, Esq. (BBO# 496730)
Jessica Barnett, Esq. (BBO# 650535)
**FOLEY HOAG, LLP**
155 Seaport Boulevard
Boston, MA 02210

D. Scott Wise, Esq. (admitted *pro hac vice*)
Kimberley Harris, Esq. (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL**
450 Lexington Avenue
New York, NY 10017
Attorneys for Defendant AstraZeneca Pharmaceuticals I

**CERTIFICATE OF SERVICE**

I hereby certify that I, Thomas M. Sobol, an attorney, caused a true and correct copy of the foregoing Status Report to be served on all counsel of record electronically on August 1, 2005suant to Section D of Case Management Order No. 2.

**/s/ Thomas M. Sobol**
Thomas M. Sobol, Esq.
**HAGENS BERMAN LLP**
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

# MDL 1456 STATUS CHART – GOVERNMENT ENTITY CASES

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Montana v. Abbott Labs., Inc. et al.** | 02-CV-12084-PBS | Removed to D. Mont. | • November 24, 2004 – **Watson Pharmaceuticals, Inc.'s Motion to Dismiss the State of Montana's Second Amended Complaint *sub judice*** <br> o December 8, 2004 – State of Montana's Opposition to Motion to Dismiss the State of Montana's Second Amended Complaint <br> o December 16, 2004 – Watson Pharmaceuticals, Inc.'s Reply Memorandum in Support of Motion to Dismiss the State of Montana's Second Amended Complaint (leave to file granted December 21, 2004) <br> o June 16, 2005 – Motion referred to Magistrate Judge Marianne B. Bowler. <br> o Motion hearing held on July 14, 2005 <br> • July 29, 2005 – **Defendants' Motion to Compel Discovery from Plaintiffs the State of Nevada and the State of Montana** |
| **Nevada v. American Home Products, Inc. et al ("Nevada II")** | 02-CV-12086-PBS | Removed to D. Nev. | • November 24, 2004 – **Watson Pharmaceuticals, Inc.'s Motion to Dismiss the State of Nevada's Amended Complaint *sub judice*** <br> o December 8, 2004 – State of Nevada's Opposition to Motion to Dismiss the State of Nevada's Second Amended Complaint <br> o December 16, 2004 – Watson Pharmaceuticals, Inc.'s Reply Memorandum in Support of Motion to Dismiss the State of Nevada's Second Amended Complaint (leave to file granted December 21, 2004) <br> o June 16, 2005 – Motion referred to Magistrate Judge Marianne B. Bowler. <br> o Motion hearing held on July 14, 2005 <br> • July 29, 2005 – **Defendants' Motion to Compel Discovery from Plaintiffs the State of Nevada and the State of Montana** |

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **California *ex rel.* Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs., Inc. et al.** | 03-CV-11226-PBS | Removed to C.D. Cal. | • No pending motions |
| **Alabama v. Abbott Laboratories, Inc., Case No. 2:05 CV 647-M;**<br><br>**Illinois v. Abbott Laboratories, Inc., Case No. 05C 4056;**<br><br>**Kentucky v. Abbott Laboratories, Inc., Case No. 3:05-CV-48;**<br><br>**Kentucky v. Warrick Pharmaceuticals Corp., Case No. 05-CV-49;**<br><br>**Kentucky v. Alpharma Inc., Case No. 05CV-047-KKC;**<br><br>**New York v. Aventis, Case No. 05-CV-0874;**<br><br>**New York v. GlaxoSmithKline PLC, Case No. 05-CV-0874;**<br><br>**New York v. Pharmacia Corp., Case No. 05-CV-0874;**<br><br>**Pennsylvania v. TAP Pharmaceutical Products, Inc., Case No. 05CV 3605;**<br><br>**Wisconsin v. Abbott Laboratories, Inc., Case No. 05 C 0408 C;**<br><br>**Minnesota v. Pharmacia Corp., Case No. 05-CV-1394** | n/a | Removed to M.D. Ala.<br><br>Removed to N.D. Ill.<br><br>Removed to E.D. Ky.<br><br>Removed to E.D. Ky.<br><br>Removed to E.D. Ky.<br><br>Removed to N.D.N.Y.<br><br>Removed to N.D.N.Y.<br><br>Removed to N.D.N.Y.<br><br>Removed to E.D. Pa.<br><br>Removed to W.D. Wis.<br><br>Removed to D. Minn. | • July 13, 2005 – Notices of Removal filed (based on *Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Mfg.*, 125 S. Ct. 2363 (June 13, 2005))<br><br>• July 15, 2005 – Notice of Related Action filed with the Judicial Panel on Multidistrict Litigation<br>o July 18, 2005, Amended Notice of Related Action filed with the Judicial Panel on Multidistrict Litigation |
| **County of Nassau v. Abbott Labs., Inc. et al.** | n/a | E.D.N.Y. | • No pending motions |

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
| --- | --- | --- | --- |
| **County of Erie v. Abbott Labs., Inc. et al.** | n/a | W.D.N.Y. | • April 18, 2005 – Notice of Related Action filed with the Judicial Panel on Multidistrict Litigation<br>o May 12, 2005 – Judicial Panel on Multidistrict Litigation conditionally transferred this action pursuant to Conditional Transfer Order No. 21<br>▪ June 8, 2005 – Plaintiff filed a Motion to Vacate the Portion of Conditional Transfer Order No. 21 that Relates to the County of Erie<br>▪ June 27, 2005 – Defendants' opposition to Plaintiff's Motion to Vacate the Portion of Conditional Transfer Order No. 21 that Relates to the County of Erie |

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated County Case:**<br>**City of New York** (S.D.N.Y.)<br>**County of Albany** (N.D.N.Y.)<br>**County of Allegany** (W.D.N.Y.)<br>**County of Broome** (N.D.N.Y.)<br>**County of Cattaraugus** (W.D.N.Y.)<br>**County of Cayuga** (N.D.N.Y.)<br>**County of Chautauqua** (W.D.N.Y.)<br>**County of Chenango** (N.D.N.Y.)<br>**County of Fulton** (N.D.N.Y.)<br>**County of Genesee** (W.D.N.Y.)<br>**County of Greene** (N.D.N.Y.)<br>**County of Herkimer** (N.D.N.Y.)<br>**County of Jefferson** (N.D.N.Y.)<br>**County of Madison** (N.D.N.Y.)<br>**County of Monroe** (W.D.N.Y.)<br>**County of Niagara** (N.D.N.Y.)<br>**County of Oneida** (N.D.N.Y.)<br>**County of Onondoga** (N.D.N.Y.)<br>**County of Putnam** (S.D.N.Y.)<br>**County of Rensselaer** (N.D.N.Y.)<br>**County of Rockland** (S.D.N.Y,)<br>**County of St. Lawrence** (N.D.N.Y,)<br>**County of Saratoga** (N.D.N.Y.)<br>**County of Steuben** (W.D.N.Y.)<br>**County of Suffolk** (E.D.N.Y.)<br>**County of Tompkins** (N.D.N.Y.)<br>**County of Warren** (N.D.N.Y.)<br>**County of Washington** (N.D.N.Y.)<br>**County of Wayne** (W.D.N.Y.)<br>**County of Westchester** (S.D.N.Y.)<br>**County of Yates** (W.D.N.Y.) | n/a | E.D.N.Y.<br>N.D.N.Y.<br>S.D.N.Y.<br>W.D.N.Y. | • March 30, 2005 –**County of Suffolk's Motion to Renew Its Second Motion to Compel the Production of Discovery From the Schering-Plough Corporation *sub judice*** (Magistrate Judge Bowler)<br>o April 6, 2005 – Schering Plough's Opposition to County of Suffolk's Motion to Renew Its Second Motion to Compel the Production of Discovery<br><br>• June 15, 2005 – Redacted Consolidated Complaint filed in the United States District Court for the District of Massachusetts<br>o June 15, 2005 – Plaintiffs' Motion for Leave to File Consolidated Complaint Under Seal<br>o June 22, 2005 – Corrected Consolidated Complaint filed in the United States District Court for the District of Massachusetts<br>o June 23, 2005 – Motion for Leave to File Consolidated Complaint Under Seal Denied. Defendants seeking redactions ordered to file affidavits within ten days.<br>o July 11, 2005 – Order modifying June 23, 2005 Order and extending time to file affidavits.<br>o July 20, 2005 – Defendants' Motion to Compel Disclosure from Plaintiffs and for an Extension of Time to Comply with July 8, 2005 Order<br>o July 29, 2005 – Plaintiffs' Opposition to Defendants' Motion to Compel Disclosure and for Extension of Time to Comply with July 8, 2005 Order |

# MDL 1456 STATUS CHART – PRIVATE CLASS CASES

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action** | Master File<br>01-CV-12257-PBS | D. Mass. pursuant to JPML Order | • May 3, 2004 – **Plaintiffs' Motion to Compel The Production of Documents Created During the Relevant Time Period from Defendants Abbott Laboratories, AstraZeneca, Schering Plough, Sicor and Together Rx Defendants *sub judice*** (Magistrate Judge Bowler)<br>o May 17, 2004 – Certain Defendants' Notice of Opposition to Plaintiffs' Motion to Compel the Production of Certain Documents and Consent Motion for an Extension of Time<br>o May 26, 2004 – Notice of Withdrawal of Plaintiffs' Motion to Compel the Production of Documents Created During the Relevant Time Period Directed at Defendant Schering–Plough *(Note: withdrawal applies only to Schering-Plough)*<br>o May 27, 2004 – Consent Motion for an Extension of Time to Oppose the Motion to Compel<br>o May 27, 2004 – Opposition of the Together Rx Defendants to Plaintiffs' Motion to Compel the Production of Documents<br>o May 28, 2004 – Notice Of Withdrawal Of Plaintiffs' Motion To Compel The Production Of Documents Created During The Relevant Time Period Directed at Defendant Abbott Laboratories *(Note: withdrawal applies only to Abbott Laboratories)*<br>o June 8, 2004 – Notice of Withdrawal of Plaintiffs' Motion to Compel the Production of Documents Created During the Relevant Time Period Directed at Defendant AstraZeneca. *(Note: withdrawal applies only to AstraZeneca)*<br>o June 9, 2004 – Plaintiffs' Reply Memorandum In Support of Motion To Compel The Production of Documents Created During The Relevant Time Period From The Together Rx Defendants<br>o June 22, 2004 – Order granting Plaintiffs' Motion to Withdraw Motion to Compel Directed at Abbott Laboratories<br>o June 22, 2004 – Order granting AstraZeneca's Assented to Motion for Extension of Time to File Response to Plaintiffs' Motion to Compel<br>o June 22, 2004 – Order finding as Moot AstraZeneca's Motion for Extension of Time to Oppose Plaintiffs' Motion to Compel<br>o Awaiting scheduling of hearing or ruling by Court as to Together Rx Defendants. |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | • September 3, 2004 – **Plaintiffs' Motion for Class Certification *sub judice*** (Judge Saris)<br>o October 25, 2004 – Track 1 Defendants' Consolidated and Individual Opposition to Plaintiffs' Motion for Class Certification, with supporting declarations and exhibits<br>o December 17, 2004 – Plaintiffs' Amended Motion for Class Certification<br>o December 17, 2004 – Plaintiffs' Reply Memoranda to Consolidated and Individual Oppositions to Plaintiffs' Motion for Class Certification<br>o January 21, 2005 – Track 1 Defendants' Consolidated and Individual Surreplies to Plaintiffs' Motion for Class Certification, with supporting declarations and exhibits<br>o February 8, 2005 – Memorandum of the Attorney General of the Commonwealth of Pennsylvania in Opposition to Class Certification<br>o February 10, 2005 – State of California's and Relator's Statement of Position Regarding Certification of Class<br>o March 10, 2005 – Track 1 Defendants' Comments on the Report of Dr. Ernst R. Berndt<br>o March 10, 2005 – Plaintiffs' Memorandum Regarding the Berndt Report<br>o March 25, 2005 –Order of Judge Patti B. Saris striking Rebuttal Declaration of Raymond S. Hartman in Response to the Sur-Reply Declaration of Steven J. Young.<br>o July 8, 2005 -- Defendants' Motion to Supplement the Record With Evidence Recently Made Available and Highly Relevant to the Court's Class Certification Decision (with Motion to File Under Seal)<br>▪ July 21, 2005 -- Plaintiffs' Response to Defendants' Motion to Supplement the Record<br>▪ July 22, 2005 – Defendants' motions granted<br>o July 21, 2005 – **Plaintiffs' Motion to File Plaintiffs' Supplemental Factual Authorities Based on New Evidence Submitted in Support of Plaintiffs' Motion for Class Certification (with Motion to File Under Seal)**<br>o July 29, 2005 – Plaintiffs' Motion For A Status Conference To Address Issues Relating To Pending Class Certification Motion<br>o August 1, 2005 – Notice of Supplemental Authority in Support of Plaintiffs' Motion for Class Certification |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | • October 25, 2004 – **Track 1 Defendants' Motion to Strike the Declaration of Raymond S. Hartman *sub judice*** (Judge Saris)<br>o December 17, 2004 – Plaintiffs' Memorandum in Opposition to Motion to Strike the Declaration of Raymond S. Hartman<br>o January 21, 2005 – Track 1 Defendants' Reply in Support of Their Motion to Strike the Declaration of Raymond S. Hartman<br><br>• December 17, 2004 – **Plaintiffs' Motion to Strike the Declaration of Eric M. Gaier, Ph.D *sub judice*** (Judge Saris)<br>o January 21, 2005 – Track 1 Defendants' Opposition to Plaintiffs' Motion to Strike the Declaration of Eric M. Gaier, Ph.D<br>o February 2, 2005 – Plaintiffs' Reply in Support of Their Motion to Strike the Declaration of Eric M. Gaier, Ph.D<br><br>• December 17, 2004 – **Plaintiffs' Motion to Strike the Declaration of Steven J. Young *sub judice*** (Judge Saris)<br>o January 21, 2005 – Track 1 Defendants' Opposition to Plaintiffs' Motion to Strike the Declaration of Steven J. Young<br>o February 4, 2005 – Plaintiffs' Reply in Support of Their Motion to Strike the Declaration of Steven J. Young<br><br>• December 17, 2004 – **Plaintiffs' Motion to Strike Portions of the Declaration of Robert P. Navarro *sub judice*** (Judge Saris)<br>o January 21, 2005 – Track 1 Defendants' Opposition to Plaintiffs' Motion to Strike Portions of the Declaration of Robert P. Navarro<br>o February 2, 2005 – Plaintiffs' Reply in Support of Their Motion to Strike Portions of the Declaration of Robert P. Navarro<br><br>• February 3, 2005 – **Plaintiffs' Motion to Compel and for Finding that AstraZeneca's Pricing, Marketing, and Sales of its Products are not Protected by the Attorney-Client Privilege *sub judice*** (Magistrate Judge Bowler)<br>o February 24, 2005 – AstraZeneca Pharmaceuticals LP's Opposition to Plaintiffs' Motion to Compel and for Finding that AstraZeneca's Pricing, Marketing, and Sales of its Products are not Protected by the Attorney-Client Privilege, and Cross-Motion for a Protective Order Relating to the April 2, 2004 Amended Notice of Rule 30(b)(6) Deposition |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | o March 20, 2005 – Reply in Support of Plaintiffs' Motion to Compel and For Finding That Documents and Testimony Related to AstraZeneca's Pricing, Marketing and Sales of Its Products Are Not Protected by the Attorney-Client Privilege and Opposition to AstraZeneca's Cross-Motion for a Protective Order<br>o May 31, 2005 – Affidavit of Stuart Fullerton in response to Court Order dated May 17, 2005<br><br>• February 23, 2005 – **Third Party Schaller Anderson Inc.'s Objection and Motion to Quash Plaintiffs' Subpoena**<br><br>• March 10, 2005 – **Plaintiffs' Motion to Strike Sur-Reply Declaration of Steven J. Young *sub judice***<br>o April 7, 2005 – Track 1 Defendants' Opposition to Plaintiffs' Motion to Strike Sur-Reply Declaration of Steven J. Young<br>o April 27, 2005 – **Order** Granting Track 1 Defendants' Motion to File under Seal Memorandum of Law in Opposition to Plaintiff's Motion to Strike the Sur-Reply Declaration of Steven J. Young.<br><br>• March 14, 2005 – **Plaintiffs' Motion for Sanctions Based on Defendants' Submittal of Sur-Reply Declaration of Steven J. Young *sub judice***<br>o April 7, 2005 -- Track 1 Defendants' Opposition to Plaintiffs' Motion to Strike Sur-Reply Declaration of Steven J. Young<br>o April 27, 2005 – **Order** Granting Track 1 Defendants' Motion to File under Seal Memorandum of Law in Opposition to Plaintiff's Motion to Strike the Sur-Reply Declaration of Steven J. Young.<br><br>• March 21, 2005 – **B. Braun Medical Inc.'s Motion to Dismiss the Second Amended Master Consolidated Class Action Complaint *sub judice***<br>o April 4, 2005 – Class Plaintiffs' Opposition to B. Braun Medical Inc.'s Motion to Dismiss the Second Amended Master Consolidated Class Action Complaint<br>o April 27, 2005 – B. Braun Medical Inc.'s Reply Memorandum in Support of Its Motion to Dismiss the Second Amended Master Consolidated Class Action Complaint<br>o June 7, 2005 – Motion referred to Magistrate Judge Marianne B. Bowler<br>o June 17, 2005 – Class Plaintiffs' Notice of Supplemental Authority in Support of Their Opposition to B. Braun Medical Inc.'s Motion to |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| | | | Dismiss the Second Amended Master Consolidated Class Action Complaint<br>o June 28, 2005 – B. Braun Medical Inc.'s Response to Plaintiffs' Notice of Supplemental Authority in Support of Their Opposition to B. Braun Medical Inc.'s Motion to Dismiss the Second Amended Master Consolidated Class Action Complaint<br>o Motion hearing held on July 14, 2005<br><br>• May 23, 2005 **– B. Braun Medical Inc.'s Motion for a Protective Order Staying Discovery Pending Resolution of its Motion to Dismiss *sub judice*** (Magistrate Judge Bowler)<br>o June 6, 2005 – Plaintiffs' Opposition to B. Braun Medical Inc.'s Motion for a Protective Order Staying Discovery Pending Resolution of its Motion to Dismiss<br><br>• June 14, 2005 – **Defendant Sicor Inc. and Sicor Pharmaceuticals, Inc.'s motion for Protective Order with Memorandum in Support** *sub judice* (Magistrate Judge Bowler)<br>o June 28, 2005 – Plaintiffs' Response to Sicor's Motion for Protective Order<br>o July 7, 2005 – **Motion for Leave to File Reply to Plaintiffs' Response to Sicor's Motion for Protective Order**<br><br>• July 6, 2005 – **Plaintiffs' Motion for Leave to Set Aside the Ten Deposition Limit with Respect to Defendant AstraZeneca *sub judice*** (Magistrate Judge Bowler)<br>o July 20, 2005 – AstraZeneca Pharmaceutical LP's Opposition to Plaintiffs' Motion for Leave to Set Aside the Ten Deposition Limit with Respect to Defendant AstraZeneca<br>o July 21, 2005 – Plaintiffs' Notice Regarding Their Motion for Leave to Set Aside the Ten Deposition Limit with Respect to Defendant AstraZeneca and Emergency Request for Immediate Oral Argument<br>o July 22, 2005 – Response of AstraZeneca Pharmaceuticals LP to Plaintiffs' Emergency Request for Immediate Oral Argument with Respect to Plaintiffs' Motion to Set Aside the Ten Deposition Limit<br><br>• July 18, 2005 – **Plaintiffs' Motion to Compel the Supplementation of AstraZeneca's Privilege Logs, or in the Alternative, to Compel the** |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| | | | **Production of Inadequately Described Documents *sub judice*** (Magistrate Judge Bowler)<br>o August 1, 2005 – AstraZeneca Pharmaceuticals LP's Opposition to Plaintiffs' Motion to Compel the Supplementation of AstraZeneca's Privilege Logs, or in the Alternative, to Compel the Production of Inadequately Described Documents<br>• July 21, 2005 – **Track 1 Defendants' Motion to Compel Plaintiffs to Answer Two Interrogatories Which Seek the Identity of the Drugs that Plaintiffs Allege Were "Unaffected By the AWP Scheme"**<br>• July 28, 2005 -- **Plaintiffs' Motion to Compel Deposition of Erik Q. Schultz and For Order Assessing Fees and Costs** |
| **International Union of Operating Engineers, Local No. 68 Welfare Fund v. AstraZeneca PLC et al.** | 04-11503-PBS | Removed to D.N.J. | • **Motion to Remand** filed in District of New Jersey prior to transfer; briefed while pending in District of New Jersey<br>o April 22, 2005 – Supplemental Brief in Support of Motion for Remand by Plaintiff International Union of Operating Engineers Local No. 68 Welfare Fund<br>o May 3, 2005 – Rejection of Supplemental Brief in Support of Motion for Remand by Plaintiff International Union of Operating Engineers Local No. 68 Welfare Fund<br>o May 6, 2005 – Supplemental Brief in Opposition to Motion for Remand by Plaintiff International Union of Operating Engineers Local No. 68 Welfare Fund due to be filed<br>o June 1, 2005 – Supplemental Brief in Support of Motion for Remand by Plaintiff International Union of Operating Engineers Local No. 68 Welfare Fund re-filed<br>o July 20, 2005 – Notice of Supplemental Authority |