UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL. No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL THE SUPPLEMENTATION OF ASTRAZENECA'S PRIVILEGE LOGS OR, IN THE ALTERNATIVE, TO COMPEL THE PRODUCTION OF INADEQUATELY DESCRIBED DOCUMENTS**

Plaintiffs, by their attorneys, respectfully move this Court for leave to file a reply brief in support of Plaintiffs' Motion to Compel the Supplementation of AstraZeneca's Privilege Logs, Or, In The Alternative, To Compel the Production of Inadequately Described Documents ("Motion to Compel").

1. Local Rule 7.1(b)(2) requires that additional papers, "whether in the form of a reply or otherwise, may be submitted only with leave of Court."

2. In its opposition to plaintiffs' Motion to Compel AstraZeneca makes various arguments about, among others, the accuracy of the appendices attached to plaintiffs' Motion to Compel. These arguments merit the filing of a reply brief.

3. Neither this Court nor any party will be prejudiced by the filing of this reply brief. Plaintiffs anticipate that their reply will be short and request only until July 15, 2005 to file it.

4. Plaintiffs attempted to confer with AstraZeneca before the filing of this motion; however, AstraZeneca did not respond to indicate whether it would oppose the relief requested herein.

WHEREFORE plaintiffs respectfully request that this Court grant them leave to file a reply brief in support of their Motion to Compel, and all other relief that this Court deems just and proper.

Dated: August 9, 2005

By: /s/ Jennifer F. Connolly
One of Plaintiffs' Counsel

Kenneth A. Wexler
Jennifer Fountain Connolly
Ricardo Meza
THE WEXLER FIRM LLP
One N. LaSalle, Suite 2000
Chicago, IL 60602

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
60 W. Randolph St., Suite 200
Chicago, IL 60601

## CERTIFICATE OF SERVICE BY VERILAW

Docket No. MDL 1456

I, Jennifer Fountain Connolly, hereby certify that I am one of plaintiffs' attorneys and that, on August 9, 2005, I caused copies of *Plaintiffs' Motion for Leave to File Reply Brief in Support of Plaintiffs' Motion to Compel the Supplementation of AstraZeneca's Privilege Logs or, in the Alternative, to Compel the Production of Inadequately Described Documents* to be served on all counsel of record by causing same to be posted electronically via Verilaw.

_____
Jennifer Fountain Connolly