# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | Hon. Patti B. Saris<br>Chief Mag. Judge Marianne B. Bowler |

## TRACK 1 DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL

The Track 1 Defendants,[1] by their attorneys, hereby move this Court for leave to file under seal the Track 1 Defendants' Memorandum in Response to Plaintiffs' Motion to Supplement the Record (the "Memorandum in Response") and the deposition testimony attached to the Andrew D. Schau declaration.

Pursuant to the Protective Order entered by this Court on December 13, 2002 (the "MDL Protective Order"), the parties in the above captioned cases and non-party witnesses have designated many documents and other information produced in these cases as either "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL." The Memorandum in Response incorporates – either directly or indirectly – information that has been designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL." The Memorandum in Response includes references to contractual terms, reimbursement data, and financial information that defendants and non-party witnesses deem highly proprietary. Pursuant to paragraph 15 of the MDL

---

[1] The Track 1 Defendants are: AstraZeneca, the BMS Group, SmithKlineBeecham d/b/a GlaxoSmithKline, the Johnson & Johnson Group, and the Schering-Plough Group.

Protective Order, any document or pleading containing quotes from or otherwise referencing such information shall be filed under seal.

In addition, the parties in the above captioned cases have at times designated deposition testimony as either "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL." The deposition excerpts from the depositions of Gary M. Owens, Vice President of Medical Management for Independence Blue Cross, taken on July 22, 2005 and Susan Johnson, Aetna Medical Support Manager, taken on March 16, 2005, which are quoted throughout the Memorandum in Response and which are attached as exhibits to the Andrew D. Schau declaration dated August 3, 2005, were both designated "HIGHLY CONFIDENTIAL" by those third parties. As such, Pursuant to paragraph 14 of the MDL Protective Order, this deposition testimony shall be filed under seal.

WHEREFORE, the Track 1 Defendants respectfully request that this Court grant them leave to file the Memorandum in Response and deposition testimony attached as exhibits to the Andrew D. Schau declaration under seal. The Track 1 Defendants will prepare and file a redacted version of the Memorandum in Response in the public file.

Respectfully submitted,

**ON BEHALF OF THE TRACK 1 DEFENDANTS**

/s/ Andrew D. Schau
William F. Cavanaugh, Jr. (admitted *pro hac vice*)
Andrew D. Schau (admitted *pro hac vice*)
Erik Haas (admitted *pro hac vice*)
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Tel: (212) 336-2000
Fax: (212) 336-2222
Attorneys for the Johnson & Johnson Group

Mark D. Seltzer
Seth Kosto
HOLLAND & KNIGHT LLP
10 St. James Ave.
Boston, MA 02116

Mark H. Lynch
Geoffrey E. Hobart
Ronald G. Dove, Jr.
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-7566

Frederick G. Herold
DECHERT LLP
975 Page Mill Road
Palo Alto, CA 94304-1013
Attorneys for SmithKlineBeecham Corp.
d/b/a GlaxoSmithKline

Nicholas C. Theodorou
Lucy Fowler
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110

D. Scott Wise
Michael Flynn
Kimberley Harris
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
Attorneys for AstraZeneca Pharmaceuticals LP

Steven M. Edwards
Lyndon M. Tretter
HOGAN & HARTSON, LLP
875 Third Avenue, Suite 2600
New York, NY 10022
Attorneys for the Bristol-Myers Squibb Co.,
Oncology Therapeutics Network Corp.,
Apothecon, Inc.

John T. Montgomery
Steven Kaufman
ROPES & GRAY LLP
One International Place
Boston, MA 02110
Attorneys for Schering-Plough Corp. and Warrick
Pharmaceuticals Corp.

Dated: August 3, 2005

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for defendants attempted to confer with counsel for plaintiff on this motion, but was unable to reach counsel for plaintiff.

/s/ Andrew D. Schau
Andrew D. Schau

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2005 I caused a true and correct copy of Track 1 Defendants' Motion for Leave to File Under Seal to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/Andrew D. Schau
Andrew D. Schau