UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

MDL No. 1456
CIVIL Action: 01-CV-12257
Judge Patti B. Saris

THIS DOCUMENT RELATES TO:
ALL ACTIONS

### MOTION TO PERMIT LISA A. ESTRADA TO APPEAR PRO HAC VICE

Pursuant to Rule 83.5.3 of the Local Rules of this Court, the undersigned counsel hereby move that Lisa A. Estrada of Arent Fox, PLLC, 1050 Connecticut Ave., NW, Washington, DC 20036, be permitted to appear and participate *pro hac vice* as counsel for the Defendant, Chiron Corp. in the above-captioned action.

In support of this motion, undersigned counsel states the following:

1. Ms. Estrada is a member in good standing of the bar of Virginia, attached hereto as Exhibit A.
2. Ms. Estrada is an associate at the law firm of Arent Fox, PLLC.
3. There are no disciplinary proceedings pending against Ms. Estrada as a member of any bar in any jurisdiction.
4. Ms. Estrada has reviewed and is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

FEE PAID:
RECEIPT # 66118
AMOUNT $ 50.00
BY DPTY CLK  moK
8/08/05

Lisa A. Estrada
**ARENT FOX PLLC**
1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339
Tel. (202) 857-6188
Fax. (202) 857-6395

Dated: August 5, 2005

Counsel for Chiron Corporation

LDR/150107.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered on August 5, 2005 to all counsel of record by electronic service pursuant to the Court's Case Management Order No. 2.

John J. Dowd