UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

MDL No. 1456
CIVIL Action: 01-CV-12257
Judge Patti B. Saris

THIS DOCUMENT RELATES TO:
ALL ACTIONS

### NOTICE OF APPEARANCE FOR DEFENDANT
### CHIRON CORPORATION ADMISSION *PRO HAC VICE*

The following submission for admission *pro hac vice* is made pursuant to Case Management Order No. 1, section V, paragraph 16, which states:

> Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee.

Attached is an Affidavit in Support of Application for Admission *Pro Hac Vice* of D. Jacques Smith as counsel for Chiron Corporation in this action.

Dated: August 5, 2005

Respectfully submitted,

/s/ D. Jacques Smith
D. Jacques Smith
**ARENT FOX PLLC**
1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339
Tel. (202) 857-6154
Fax. (202) 857-6395

Counsel for Chiron Corporation

FEE PAID:
RECEIPT # 66117
AMOUNT $ 50.00
BY DPTY CLK MOK
DATE 8/08/05

LDR/150107.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered on August 5, 2005 to all counsel of record by electronic service pursuant to the Court's Case Management Order No. 2.

/s/ John J. Dowd
John J. Dowd

LDR/150107.1