UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 CIVIL ACTION NO. 01-12257 |
| THIS DOCUMENT RELATES TO: STATE OF CALIFORNIA, EX REL. VEN-A-CARE v. ABBOTT LABORATORIES, ET AL. | |

**PROCEDURAL ORDER**

August 2, 2005

Saris, U.S.D.J.

Plaintiff State of California, ex re. Ven-A-Care has repeatedly filed notice with the Court that it intends to file an amended complaint, but thus far has failed to do so. (E.g., Nov. 1, 2004 Status Report.) Plaintiff is instructed to file an amended complaint within 30 days of this Order or face dismissal with prejudice.

/s/ Patti B Saris
United States District Judge