# Exhibit 1

# THE | WEXLER | FIRM

One North LaSalle Street
Suite 2000
Chicago, Illinois 60602

T: (312) 346-2222  | F: (312) 346-0022 | www.wexlerfirm.com

## Facsimile Cover Sheet

To:     Elizabeth A. Fegan          Fax No.:   (312) 762-9286

From:   Edward A. Wallace

Date:   August 3, 2005

Re:     AWP

Total Number of Pages Including Cover Page:    2

Remarks:   Please see the attached.

In case of difficulty in transmission, please call (312) 346-2222.

The information contained in this facsimile message is subject to the attorney-client privilege or is otherwise privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify The Wexler Firm by telephone and return the original message to the above address via the United States Mail. Thank You.



# FEDERAL PROCESS SERVER
## Commonwealth of Pennsylvania

COUNTY OF PHILADELPHIA

UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF PENNSYLVANIA

**In the matter of:** IN RE: Pharmaceutical Industry Average Wholesale Price Litigation

_____ (PLAINTIFF)

No. MDL 1456
PENDING IN THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

VS.

_____ (DEFENDANT)

## Affidavit of Service

I declare that I am a citizen of the United States, and a competent adult over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served __Erik Q. Schultz__
NAME OF PERSON / ENTITY BEING SERVED PROCESS
with the (documents) Subpoena

**At home** __444 Valleybrook Rd, Media, PA__
**Place of Business** _____
**Other** _____
**On** __7/31/05__   __3:45__   __P__ :M      Subpoena No.: _____
   DATE         TIME

**Manner of Service:**
(1) __XXXXX__ Witness(es) personally served.
(2) _____ Adult family member with whom said Witness(s) reside. Relationship: _____
(3) _____ Adult in charge of Witness(s) residence who refused to give name or relationship.
(4) _____ Manager/Clerk of place of lodging in which Witness(s) reside(s).
(5) _____ Agent or person in charge of Witness(s) office or usual place of business.
(6) _____ By posting copies in a conspicuous manner to the address of the person / entity be served.
(7) _____ Others: _____

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on

__8/1/05__ at __PHILA__   __PA__
DATE        CITY      STATE

_signature_
SIGNATURE OF PROCESS SERVER

DUDLEY G. BROWN
PRINT NAME

State of PENN
County of PHILA

Subscribed and sworn before me, a notary public, this __1st__ day of __Aug 2005__

WITNESS MY HAND AND OFFICIAL SEAL

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DELORES D MOORE, Notary Public
City of Philadelphia, Phila County
My Commission Expires September 1, 2008

_signature_
NOTARY PUBLIC

# Exhibit 2



ELIZABETH A. FEGAN
312.762.9235
beth@hagens-berman.com

**HAGENS BERMAN
SOBOL SHAPIRO LLP**

August 10, 2005

*Via Overnight Delivery*

Mr. Timothy M. Kolman
229 North Flower Mills Road
Langhorne, PA 19047

Re: **In re Pharmaceutical Industry AWP Litigation**

Dear Mr. Kolman:

Enclosed please find a copy of the Affidavit of Service showing personal service on Mr. Eric Schultz of the Subpoena for deposition and documents, scheduling his deposition for August 16, 2005 in Philadelphia, Pennsylvania.

As I previously advised you by voicemail, if you wish to speak to me about this matter, please call my cell phone at 312.731.2433.

Sincerely,

Elizabeth A. Fegan

BF:bf

Enclosure

cc: Kimberly Harris and Trisha Lawson (via facsimile w/encl.)
    Kenneth A. Wexler (via facsimile w/o encl.)

# Exhibit 3

**Carrie Flexer**

-----Original Message-----
From: Trisha Lawson [mailto:tllawson@dpw.com]
Sent: Friday, August 12, 2005 4:22 PM
To: Beth Fegan; kawexler@wexlerfirm.com
Subject: Erik Schultz

Beth and Ken,

I called earlier to let you know that it is my understanding that it is Erik Schultz's position that he was not served with the subpoena and therefore does not intend to appear on Tuesday.

Trisha

# Exhibit 4

**Carrie Flexer**

-----Original Message-----
From: Trisha Lawson [mailto:trisha.lawson@dpw.com]
Sent: Saturday, August 13, 2005 11:47 AM
To: Beth Fegan; tllawson@dpw.com; Ken Wexler
Subject: Re: Erik Schultz


I spoke to them and was told that he would not be appearing Tuesday (and that he didn't get the subpoena). I said I was going to let you know.

I know your affidavit of service says he was personally served, but I wouldn't make the trip.

-----Original Message-----
From: "Beth Fegan" <beth@hbsslaw.com>
Date: Sat, 13 Aug 2005 09:09:44
To:<tllawson@dpw.com>, <kawexler@wexlerfirm.com>
Subject: Re: Erik Schultz

Trisha,
I'm trying to save costs, but on the other hand don't want to not show up if he's playing me.

So, what is the basis of your understanding that Mr. Schultz is not showing up, ie did he or his attorney leave a voicemail or speak to someone and, if so, to whom?

Thanks,
Beth



-----Original Message-----
From: Beth Fegan <beth@hbsslaw.com>
To: 'tllawson@dpw.com' <tllawson@dpw.com>; 'kawexler@wexlerfirm.com' <kawexler@wexlerfirm.com>

1

Sent: Fri Aug 12 16:55:00 2005
Subject: Re: Erik Schultz

Thanks.


-----Original Message-----
From: Trisha Lawson <tllawson@dpw.com>
To: Beth Fegan <beth@hbsslaw.com>; kawexler@wexlerfirm.com <kawexler@wexlerfirm.com>
Sent: Fri Aug 12 14:22:20 2005
Subject: Erik Schultz

Beth and Ken,

I called earlier to let you know that it is my understanding that it is Erik Schultz's position that he was not served with the subpoena and therefore does not intend to appear on Tuesday.

Trisha

2