# Appendix J

# Filed Under Seal