UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS. | Judge Patti B. Saris<br>Chief Mag. Judge Marianne B. Bowler |

**[PROPOSED] ORDER GRANTING
<u>PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL</u>**

Having considered Plaintiffs' Motion for Leave to File Under Seal, it is hereby

ORDERED:

1. Plaintiffs' Motion is granted.

2. Plaintiffs may file Appendix J to their Reply in Support of Plaintiffs' Motion to Compel the Supplementation of AstraZeneca's Privilege Logs or, in the Alternative, to Compel the Production of Inadequately Described Documents under seal.

DATED: _____    _____
　　　　　　　　　　　　　　　　　　　　　　Hon. Marianne B. Bowler
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge