### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ALL ACTIONS ) <br> ) <br> ) | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS <br><br> Hon. Patti B. Saris |

### MOTION TO ADMIT KELLY J. DAVDISON PRO HAC VICE
### ON BEHALF OF WYETH AND WYETH PHARMACEUTICALS

Pursuant to Local Rule 85.5.3 and the Court's Case Management Order No. 1, Defendants Wyeth and Wyeth Pharmaceuticals respectfully move this Court to grant Kelly J. Davidson, an attorney with the law firm of Ober, Kaler, Grimes & Shriver, 120 E. Baltimore Street, Baltimore, MD 21202, leave to appear and participate on their behalf as counsel *pro hac vice* in the above-captioned action. Ms. Davidson has executed a Certificate in accordance with Local Rule 85.5.3, which is submitted herewith.

Dated: August 8, 2005

Respectfully Submitted,

WYETH AND WYETH PHARMACEUTICALS

By its Attorneys:

_____/s/_____
Kelly J. Davidson
OBER, KALER GRIMES & SHRIVER
A Professional Corporation
120 E. Baltimore Street
Baltimore, MD 21202

Tel: (410) 685-1120
Fax: (443) 263-7595

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2005, a true and correct copy of the foregoing Motion to Admit Kelly J. Davidson *Pro Hac Vice* on Behalf of Wyeth and Wyeth Pharmaceuticals was served upon all counsel of record by electronic service, in accordance with Case Management Order No. 2, by sending a copy to Verilaw Technologies for posting and notification to all parties.

/s/
Kelly J. Davidson