# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ALL ACTIONS ) | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS <br><br> Hon. Patti B. Saris |

## CERTIFICATE OF GOOD STANDING FOR KELLY J. DAVIDSON

Kelly J. Davidson, an attorney with the firm of Ober, Kaler, Grimes & Shriver, 120 E. Baltimore Street, Baltimore, Maryland, 21202, hereby certifies:

1. I am a member in good standing of the State Bar of Maryland.

2. I have been admitted to practice in the Court of Appeals of the State of Maryland, the United States District Court for the District of Maryland, the United States Court of Appeals for the Fourth Circuit and the United States Court of Appeals for the District of Columbia.

3. I am a member in good standing in the courts listed above.

4. I am not suspended or disbarred in any court and have never been the subject of a professional disciplinary proceedings.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 8th day of August, 2005.

By: _____/s/_____
Kelly J. Davidson