UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) | MDL No. 1456 |
| ) | CIVIL ACTION: 01-CV-12257-PBS |
| ) | |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS ) ) ) | Chief Mag. Judge Marianne B. Bowler |

### DECLARATION OF ALLAN HOFFMAN

I, Allan Hoffman, declare as follows:

1.  Pursuant to Local Rule 7.1 of the District of Massachusetts, I have conferred with counsel for the Defendant regarding the issues raised in the foregoing Motion and attempted to resolve or narrow the issues.

2.  To date, the parties have been unable to resolve these issues despite several attempts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 16, 2005

    /s/ Allan Hoffman

Allan Hoffman