UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL NO. 1456 CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) | JUDGE PATTI B. SARIS |

## MOTION TO PERMIT JOSEPH G. MATYE TO APPEAR PRO HAC VICE

Pursuant to Rule 83.5.3(b) of the Local Rules of this Court, David M. Glynn, a counsel of record for defendants Aventis Pharmaceuticals Inc. hereby moves this Court to permit Joseph G. Matye to appear on its behalf as counsel *pro hac vice* in the above-captioned action.

In support of this motion, undersigned counsel states the following:

1. The undersigned is a member in good standing of the bar of this Court.

2. Mr. Matye is a member in good standing of the bar of Missouri.

3. Mr. Matye is a partner at the law firm of Shook, Hardy & Bacon L.L.P.

4. There are no disciplinary proceedings pending against Mr. Matye as a member of any bar in any jurisdiction.

5. Mr. Matye has indicated in his Certificate attached hereto that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. Mr. Matye's Certificate in Support Of Motion To Permit Counsel To Appear Pro Hac Vice is attached hereto behind Tab A; a Proposed Order is attached behind Tab B.

2

Dated: August 16, 2005                                           Respectfully submitted,

/s/ David M. Glynn
**Michael DeMarco (BBO #119960)**
**mdemarco@klng.com**
**Jeffrey S. King (BBO #559000)**
**jking@klng.com**
**David M. Glynn (BBO #650964)**
**dglynn@klng.com**
**Cara E. Corbett (BBO #654852)**
**ecorbett@klng.com**
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109-1808
Telephone: (617) 261-3100

2

1728143v1