**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) AVERAGE WHOLESALE PRICE ) LITIGATION ) ) THIS DOCUMENT RELATES TO: ) ALL ACTIONS ) | MDL NO. 1456 CIVIL ACTION: 01-CV-12257-PBS JUDGE PATTI B. SARIS |

### [PROPOSED] ORDER

COMES NOW, this _____ day of _____, 2005, upon consideration of Motion to Permit Joseph G. Matye to Appear Pro Hac Vice, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is granted and that Joseph G. Matye may appear and practice in this Court in the above-captioned matter.

_____
United States District Judge