## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL NO. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | ) Judge Patti B. Saris ) ) |

## PLAINTIFFS' OPPOSITION TO DEFENDANT GLAXOSMITHKLINE, INC.'S MOTION FOR A PROTECTIVE ORDER TO PROHIBIT THE DEPOSITIONS OF URSULA BARTELS AND ADRIANNA CARTER

In 1995, former SmithKline Beecham ("SKB") and Glaxo, Inc., then rivals but now the merged singled entity GlaxoSmithKline, Inc. ("GSK"), exchanged a series of written and verbal communications in which each accused the other of AWP manipulation and marketing the spread. Glaxo charged SKB with distributing written sales literature that promoted Kytril based on how oncology clinics could "increase their 'profits' from Medicare through the use of Kytril" which, Glaxo stated, "raises significant fraud and abuse issues." *Ex. A* at 2. SKB accused Glaxo of raising the AWP for Zofran without raising Zofran's actual acquisition cost for the sole purpose of "increas[ing] the amount of reimbursement available to physicians from Medicare and other third party payors whose reimbursement is based on AWP" and "induc[ing] physicians to purchase Zofran based on the opportunity to receive increased reimbursement . . . ." *Ex. C* at 2. These are precisely the allegations of wrongdoing against GSK set forth in plaintiffs' Amended Master Consolidated Complaint ("AMCC").

The communications were issued or prepared through members of each company's in-house legal staff, Ursula Bartels for SKB and Adrianna Carter for Glaxo. Over the course of discovery, plaintiffs have noticed and requested dates for the depositions of Ms. Bartels and Ms.

Carter. GSK has refused to produce these witnesses, arguing that most of what they know is privileged and what they know that is not privileged be discovered from other sources. GSK has now moved for a court order preventing these depositions on these grounds, even though it admits or does not dispute the following:

- The written communications about which deposition discovery is sought are not privileged.

- Ms. Bartels and Ms. Carter possess other relevant non-privileged information relating to the communications.

- The communications did not concern or result in litigation or legal action of any kind. Instead, the companies intentionally concealed their dispute from the government. As Ms. Bartels wrote on February 22, 1995, "we appreciate your bringing these matters to our attention. We are in agreement that self-policing is in the best interest of the industry." *Ex. C at 1.*

- The communications are highly relevant to plaintiffs' case. GSK acknowledges that they are a "focal point" of plaintiffs' complaint. *GSK's Motion* at 2.

- The relevant non-privileged information possessed by Ms. Bartels and Ms. Carter has not been disclosed by any other witness, and the last remaining witness scheduled to testify who was involved in the marketing of Zofran during this era has stated through counsel his intention to refuse to answer any questions based on the Fifth Amendment.

Notwithstanding these admissions, and without submission of any verification from Ms. Bartels or Ms. Carter supporting the assertions as to what they did or knew, GSK takes the extreme position that not a single question may be asked of either witness. GSK has failed to to show that the attorney-client privilege and attorney work product doctrine shields all communications and activities involving Ms. Bartels and Ms. Carter. *Amgen, Inc. v. Hoechst Marion Roussel, Inc.,* 190 F.R.D. 287, 289 (D. Mass. 2000). GSK should be directed to permit these long-noticed depositions to proceed and to raise legitimate objections based on privilege, if any, as they arise. *See Moloney v. United States,* 204 F.R.D. 16, 20 (D. Mass. 2001

# FACTS

### A.    Background

Plaintiffs allege that Glaxo and SKB, the predecessors of GSK, engaged in a scheme to inflate and market the spread between the price at which they sold their competing drugs Zofran and Kytril and the AWP at which purchasing oncology clinics were reimbursed.  Glaxo's and SKB's purpose in engaging in this scheme was to win the competition for market share while shifting the cost of this competition from their own budgets to the budgets of Medicare, insurers, employers, and consumers.  The evidence developed to date shows that spread manipulation and marketing infected every aspect of the promotion of Zofran and Kytril and that those responsible for devising and implementing these schemes knew they were wrong.  The communications between SKB and Glaxo, and the events surrounding those communications, evidence defendants' wrongdoing and their consciousness of it.

### B.    The Exchange of Accusations of Wrongdoing by GSK's Predecessors

In an exchange of letters and telephone communications during the winter and spring of 1995, Glaxo and SKB accused each other of the very spread marketing activity that plaintiffs now allege was committed by the GSK predecessors, and supplied each other with proof of their accusations.

In its first letter, dated February 6, 1995, Glaxo presented evidence it had uncovered and accused SKB sales representatives of using written cost comparisons showing relative profitability of Zofran and Kytril to demonstrate "how institutions can increase their 'profits' from Medicare."  The evidence – set forth as attachments to the letter and indisputably not privileged – consisted of, among other things, a document entitled "Kytril Profit," which sets a comparison of Kytril and Zofran on the basis of four categories: AWP, WAC, Actual Cost, and

Profit.  Glaxo said that SKB's conduct "raises significant fraud and abuse concerns."  *See* Letter

from Timothy D. Proctor to J. Charles Wakerly, dated February 6, 1995.  *Ex. A.*

In response, Ms. Bartels immediately telephoned Ms. Carter, as is memorialized in Ms.

Carter's letter dated February 7, 1995.  *Ex. B.*  Then, two weeks later, writing for SKB, Ms.

Bartels accused Glaxo of engaging in identical conduct, providing non-privileged spread

comparison materials used by Glaxo representatives that it uncovered showing how oncologists

could obtain greater profit from Medicare reimbursement by prescribing Zofran instead of Kytril.

*See* Letter from Ms. Bartels to Mr. Proctor, dated February 22, 1995.  *Ex. C.*  Ms. Bartels also

accused Glaxo of pricing fraud, increasing its AWP for Zofran while simultaneously lowering

the actual acquisition cost in order to promote Zofran at the expense of Medicare, third-party

payors, and consumers.  Here is what she wrote:

> In an apparent effort to increase reimbursement to physicians and clinics,
> effective 1/10/95, Glaxo increased AWP by 8.5%, while fully discounting this increase to
> physicians.  The latter was accomplished by a 14% rebate available to wholesalers on all
> non-hospital Zofran sales of the multi-dose vial.  The net effect of these adjustments is to
> increase the amount of reimbursement available to physicians from Medicare and other
> third party payors whose reimbursement is based on AWP.  Since the net price paid to
> Glaxo for the non-hospital sales of the Zofran multi-dose vial is actually lower, it does
> not appear that the increase in the AWP was designed to increase revenue per unit to
> Glaxo.  Based on any other tenable explanation, this adjustment appears to reflect an
> intent to induce physicians to purchase Zofran based on the opportunity to receive
> increased reimbursement from Medicare and other third party payors.  In fact, we have
> had numerous verbal reports from the field concerning Glaxo representatives who are
> now selling Zofran based on the opportunity for physicians to receive a higher
> reimbursement from Medicare and other third-party payors while the cost to the
> physician of Zofran has not changed.

Ms. Carter responded to Ms. Bartels on behalf of Glaxo on April 25, 1995.  Ms. Carter

acknowledged to that Glaxo had increased the AWP for Zofran without actually increasing the

cost to oncology clinics.  Ms. Carter also admitted that Glaxo's sales representatives were also

"explaining the relationship between price and Medicare reimbursement for Zofran to

physicians."   Ms. Carter then provided Ms. Bartels with additional non-privileged evidence of

unlawful promotional materials being used by SKB sales representatives, including a comparison

of the "profit from Zofran" and the "profit from Kytril." *See* Letter from Ms. Carter to Ms.

Bartels dated April 25, 1995. *Ex D.*

Ms. Carter and Ms. Bartels continued their exchanges on May 30, 1995, and until July

24, 1995, when the matter was inexplicably, but quietly, "close[d]." *Ex. E.*

C.   *Plaintiffs' Complaint*

In the AMCC dated June 12, 2003, plaintiffs set forth the correspondence between Ms.

Bartels and Ms. Carter in detail and alleged that the correspondence, and the action or and non-

action taken by Glaxo and SKB based on the correspondence, demonstrate that "each company

was engaged in an ongoing scheme to defraud the Plaintiffs and Class." AMCC ¶¶ 405-09. *Ex.*

*F.* In fact, the precise misconduct alleged in the communications between Glaxo and SKB, now

denied by the single entity they have become, is the misconduct alleged by in AMCC.

D.   *Efforts to Discover the Underlying Facts*

Throughout discovery, plaintiffs have sought to obtain discovery concerning the

allegations of misconduct asserted by Bartels and Carter.  On March 16, 2005, plaintiffs took the

deposition of William DeVinney.  Mr. DeVinney served as Area Vice President in charge of

sales during the period in which the letters were exchanged.  Mr. DeVinney testified that he

received reports from his field sales force of Glaxo representatives marketing Zofran based on

the spread, but either as a result of lack of knowledge, lack of memory, or the assertion of

privilege, could not testify with any specificity what evidence he received, or what he did with

the evidence.  DeVinney also testified that he received a copy of Glaxo's February 22, 1995

letter and attachments, but could not recall whether he had received any of the other letters or

attachments, including the April 25, 1995 letter that identified spread marketing activity by specific SmithKline Beecham sales representatives.

Plaintiffs also took the deposition of Ken Marshall, a Glaxo product manager during 1995. Mr. Marshall, despite efforts to refresh his recollection, could not recall with any specificity whether he had seen the communications exchanged between Mr. Bartels and Mr. Carter or the attachments to those communications.

On June 16, 2005, plaintiffs noticed the deposition of David Cory, another Zofran Product Manager who worked for Glaxo alongside Marshall in 1995. After several discussions between counsel concerning a date for Mr. Cory's deposition, in early August 2005, GSK stated that it did not represent Mr. Cory and provided the name of his attorney. Plaintiffs immediately subpoenaed Mr. Cory for deposition on August 29, 2005. Mr. Cory's counsel has asserted that Mr. Cory will not answer any questions concerning his employment by Glaxo or his work on the Zofran marketing team based on the protections provided under the Fifth Amendment.

## ARGUMENT

The party claiming the privilege bears the burden of demonstrating by a fair preponderance of the evidence that the privilege applies and has not been waived. *Amgen, Inc. v. Hoechst Marion Roussel, Inc.,* 190 F.R.D. 287, 289 (D. Mass. 2000). Because GSK has failed to meet its burden, the Court should deny GSK's motion and allow the depositions to proceed.

A.      *The Witnesses are in Possession of Non-Privileged Communications*

Not all communications made or received by a lawyer are privileged. The attorney client privilege protects communications made between an attorney and a client for the sake of obtaining legal advice. *Amgen, Inc. v. Hoechst Marion Roussel, Inc.,* 190 F.R.D. at 289 (citing *Upjohn Co. v. United States*, 449 U.S. 383, 389 (1981)). It does not apply to communications

which are not confidential. *Winchester Capital Management Co. v. Manufacturers Hanover Trust Co.,* 144 F.R.D. 170, 174 (D. Mass. 1992) (information which is communicated to the public or others is not privileged."). It also does not apply to non-privileged documents or information simply because they were sent to or received by a lawyer. *See Matter of Grand Jury Subpoenas,* 959 F.2d 1158, 1165-66 (2d Cir. 1992) (privilege protects only confidential communications, not the information itself). Because this privilege blocks the full disclosure of relevant information, it must be narrowly construed. *FDIC v. R.W. Beck, Inc.,* Case No. 01-cv-11982-RGS, 2004 U.S. Dist. LEXIS 12128, at *3 (D. Mass July 1, 2004) (quoting *In re XYZ Corp.,* 348 F.3d 16, 22 (1st Cir., 2003)).

It is clear based on these principles that GSK's application for a protective order is without merit. To begin with, there is no dispute that the communications themselves are not privileged. Because of the central relevance of the communications to the allegations set forth in the AMCC, a basic inquiry is required: who prepared, received and reviewed the written communications, and what were the circumstances that gave rise to their exchange. There are no more appropriate witnesses to answer these questions than the authors of the letters themselves. The letters also reflect the existence of interstitial telephone communications between the adverse parties. Again, there are no parties better suited to testify concerning these communications than Ms. Bartels and Ms. Carter. GSK has no reasonable opposition to this discovery, and offers none.

The letters also contain lengthy attachments. The attachments themselves are not privileged and the sending of the attachments to Ms. Bartels and Ms. Carter by other SKB and Glaxo employees do not make them so. Discovery of how Ms. Bartels and Ms. Carter obtained

these attachments, from whom, and the circumstances of their recovery, are areas for legitimate non-privileged discovery.

   B.      *GSK Has Not Established that Any of the Communications Are Privileged*

While the privilege is often discernable from the relationship between client and outside counsel, the mere assertion of that the communication was involved an attorney does not make it so. *Winchester Capital Management Co. v. Manufacturers Hanover Trust Co.,* 144 F.R.D. at 174 ("A mere showing that the communication was from client to attorney does not suffice, but the circumstances indicating the intention of secrecy must appear"), citing McCormick, *Evidence,* § 91, (pp. 187-88). Further, additional considerations are involved when an attorney is in-house counsel for a corporation. The attorney-client privilege protects communications made between an attorney and a client only for the sake of obtaining legal advice; it does not apply to communications concerning the gathering of business facts, even when the fact gathering is undertaken by an attorney. *Vijay Borase v. M/A COM, Inc.,* 171 F.R.D. 10, 14 (D. Mass. 1997)*; see Mission Nat'l Insurance Co. v. Lilly,* 112 F.R.D. 160, 163-64 (D. Minn. 1986) (where investigation by in-house counsel included non-legal opinions, as opposed to legal or trial matters, it was "ordinary business . . . outside the scope of the asserted privileges."). Privilege assertions must be examined carefully when asserted on behalf of in-house counsel. *See, e.g., Vijay Borase,* 171 F.R.D. at 14 (citing *Texaco Puerto Rico, Inc. v. Dep't of Consumer Affairs,* 69 F.3d 867, 884 (1st Cir. 1995)).

Similarly, the work-product doctrine protects only those activities undertaken "because of actual or impending litigation." *In re Lernout & Hauspie Secs. Litig.,* 222 F.R.D. 29, 36 (D. Mass. 2004) (citing *Maine v. US DOI,* 298 F.3d 60 (1st Cir. 2003). It does not cover the work product of attorneys engaged in competitive disputes.

GSK argues that because the communications were prepared by or issued through former company counsel, any investigation or communications concerning the communications are privileged. But GSK has done nothing beyond mere assertion to establish the predicate to assert the privilege. The Court has no information to determine the extent to which the alleged internal communications were communicated externally. Beyond establishing authentication and the basic facts surrounding the communications, plaintiffs are entitled to make inquiry sufficient to test the assertion of privilege.

The assertion of privilege is particularly subject to question in light of the established facts that (1) both Ms. Bartels and Ms. Carter were in-house counsel, and (2) there was no litigation threatened or pending in connection with the exchange of communications, and no litigation, in fact, was ever commenced. There is little in the letters to suggest that the activities undertaken in connection with the 1995 exchange involved the tendering of legal advice. What was undertaken, albeit by lawyers, was an investigation concerning competitive business activity, and a dispute concerning competitive business activity. As to whether there was any litigation or regulatory activity, or even a legitimate threat of it, the answer is clearly no. No complaint was ever made, and the matter was closed without any disclosure to governmental investigators or regulators, or to the public. Ms. Bartels' letter dated February 22, 1995 puts to rest any suggestion that the parties intended to take their complaints to the courts, stating "permit me to say that we appreciate your bringing these matters to our attention. We are in agreement that self-policing is in the best interest of the industry." It is clear that the exchange concerns a business dispute between competitors, not assertion of legal claims.

C.     *Through Selective Disclosure Any Privilege That May Have Existed Was Waived*

To the extent that insulation from disclosure attaches to company activity because the activity is investigated by a lawyer, the use of the investigation to defend against allegations of wrongdoing can effect a waiver of the attorney client privilege or work-product doctrines. *See Brownell v. Roadway Package Sys.*, 185 F.R.D. 19, 25 (N.D.N.Y. 1999) (finding that a corporation had waived the attorney-client privilege for statements made by its employees to counsel in the course of a pre-complaint investigation by asserting the adequacy of its investigation as an affirmative defense to plaintiff's complaint).   Further, disclosures made by the competing companies in trading accusations may also effectively waive any privilege that might attach to testimony concerning the source of the information which formed the basis for the accusations. *See Permian Corp. v. United States*, 665 F.2d 1214, 1221 (D.C. Cir. 1981) ("a client cannot be permitted to pick and choose among his opponents, waiving the privilege for some and resurrecting the claim of confidentiality to obstruct others, or to invoke the privilege as to communications whose confidentiality has already been compromised for his own benefit"). *See also In re Keeper of the Records of XYZ Corp. v. United States,* 348 F.3d 16, 24 (1st Cir. 2003) (when party asserting privilege places the protected information in issue, to allow privilege to shield disclosure of that information would be unfair to the opposing party.)   It is manifestly unfair for GSK to use the attorney-client privilege to "kidnap the truth seeking process." *Id.*   If GSK seeks to use its purportedly lawyer directed conduct as a sword, it may not use privilege as a shield against its scrutiny.

In this case, through the assertion of investigatory activity and disclosure and selective waiver of the results of that activity to deflect each others accusations, and Glaxo and SKB effectively waived any privilege that may have existed.

D.   *The Discovery Sought is Unavailable from Any Other Source*

GSK argues that no discovery should be permitted against Ms. Bartels and Ms. Carter because the information as to SKB's and Glaxo's fact-finding concerning these particular AWP manipulation and spread marketing activities are available from other sources. GSK's argument is misplaced for two reasons. First, in fact, plaintiffs have undertaken efforts to discover the facts concerning the 1995 exchange from other sources, but have not obtained the information sought. Plaintiffs have asked numerous witnesses involved in the sale and marketing of Zofran and Kytril during the period covered by the communications exchange about the facts underlying the communications, but have not identified witnesses with the knowledge that would obviously be held by the authors of the letters. The remaining Glaxo witness from the 1995 era has stated he with assert the Fifth Amendment and will answer no questions.

Second, the cases GSK offers the Court for the proposition that the depositions should be blocked are inconsistent with the position it asserts. GSK's reliance on *Dunkin' Donuts, Inc. v. Mandorico, Inc.* 181 F.R.D. 208 (D.P.R. 1998) is misplaced. To begin with, *Dunkin' Donuts'* involved an effort to depose and disqualify the defendant's *current* attorney. That was the source of the Court's concern with disruption. In this case, both Bartels and Carter are no longer employed by GSK. More importantly, in *Dunkin Donuts,* the defendant argued that there was "no basis for deposing nor disqualifying their attorney, since his involvement was limited to providing legal advice to his client and following its instructions." *Id.* at 211. GSK admits here that Ms. Bartels' and Ms. Carter's roles were not so limited. *See, e.g., GSK Motion* at 10 ("The areas plaintiffs would explore during the depositions implicate, *in large part,* attorney-client communications"). Nor does *Shelton v. American Motors Corp.*, 805 F. 2d 1323 (8th Cir. 1986) support their extreme position that not a single question may be posed to Ms. Bartels and Ms.

Carter.  In that case, the plaintiffs *deposed* the defendant's counsel – not a general counsel handling business matters, but a litigation attorney – and the case involved whether particular questions were appropriate.  *Id. at* 1325-26.

Plaintiffs have undertaken sufficient efforts to discover the information sought through the depositions of Ms. Bartels and Ms. Carter.  It is time for GSK to produce the central witnesses.

E.      *The Depositions Should be Permitted to Proceed*

If there are questions posed to Ms. Bartels and Ms. Carter at their depositions that raise privilege concerns, the appropriate course is for GSK to object to those questions and, if necessary, direct the witnesses not to answer based on privilege.  The appropriate course is to proceed with the depositions and address questions of privilege as they arise.  *See Moloney v. United* States, 204 F.R.D. 16, 20 (D. Mass. 2001) (quoting with approval 6 *Moore's Federal Practice, 24* § 26.90[1] (Matthew Bender 3d ed.)).  Blanket assertions to invoke privilege will not suffice.

**CONCLUSION**

For the foregoing reasons, plaintiffs' respectfully request that GSK's motion for a protective order be denied.

Respectfully submitted,


By /s/ **David Nalven**
    Thomas M. Sobol
    David S. Nalven
    Edward Notargiacomo
    Hagens Berman Sobol Shapiro LLP
    One Main Street
    Cambridge, MA  02142
    Telephone: (617) 482-3700
    Facsimile: (617) 482-3003

    Steve W. Berman
    Sean R. Matt
    Hagens Berman Sobol Shapiro LLP
    1301 Fifth Avenue, Suite 2900
    Seattle, WA  98101
    Telephone: (206) 623-7292
    Facsimile: (206) 623-0594

    *LIAISON AND CO-LEAD COUNSEL*


Dated: August 17, 2005


## CERTIFICATE OF SERVICE


Docket No. MDL 1456


    I, David S. Nalven, hereby certify that I am one of plaintiffs' attorneys and that, on August 17, 2005, I caused copies of Plaintiffs' Opposition to Defendant GlaxoSmithKline', Inc.'s Motion for a Protective Order to Prohibit The Depositions of Ursula Bartels and Adrianna Carter to be served via VeriLaw on all counsel of record.


                **/s/ David S. Nalven**

Dated: August 17, 2005

# EXHIBIT A



*Glaxo*

Timothy D. Proctor
Senior Vice President, General Counsel & Secretary

February 6, 1995



Copy letter plus F-J

J. Charles Wakerly, Esq.
Senior Vice President, Director and
    General Counsel-U.S.
SmithKline Beecham
One Franklin Plaza
P.O. Box 7929
Philadelphia, PA 19101

Dear Mr. Wakerly:

The purpose of this letter is to advise you of Glaxo Inc.'s intent to pursue with FDA's Division of Drug Marketing, Advertising and Communications (DDMAC) and other appropriate government agencies several issues pertaining to the advertising and marketing of Kytril™ (granisetron HCL) Injection. I am advising you of this plan of action to provide SmithKline Beecham with the opportunity to address our concerns and thus preclude the need for FDA or other governmental involvement.

Our concerns relate to the following:  1) Inclusion of unapproved doses in Kytril promotional pieces. These pieces are also substantially lacking in fair balance. 2) Dissemination of false and misleading information, including comparative data pertaining to Zofran® (ondansetron HCL) through SKB sponsored symposium and speaker programs. 3) Distribution of "homemade" materials containing unsubstantiated cost comparisons and cost effectiveness claims. 4) Promotion of unapproved Kytril Tablets.

    1.  <u>Promotion of Unapproved Kytril Doses</u>

With few exceptions, Kytril promotional pieces such as Slim Jims, journal ads, and detail aids contain extensive references to an unapproved 40 mcg/kg dose of Kytril. As an example, a recently issued Slim Jim (copy attached as Exhibit A) presents data on page 2 which purports to reconfirm the "24-hour effectiveness [of Kytril] with a single 10 mcg/kg dose." Under this heading are two bar charts which present data on both the approved 10 mcg/kg dose as well as the 40 mcg/kg dose. Additional mentions of the 40 mcg/kg dose are included on pages 5, 6, and 7 of this piece. A similar pattern

HIGHLY
CONFIDENTIAL

GSK- MDL- **KYO4**
000344

Glaxo Inc   Five Moore Drive   Research Triangle Park, North Carolina 27709   919 248-2505   Fax 919 248-7560

J. Charles Wakerly, Esq.
February 6, 1995
Page 2

can be seen in an earlier Slim Jim (see Exhibit B) where data on the 40 mcg/kg  dose is
presented on pages 7, 9, 10, 11, and 12 as well as in journal ads for Kytril (see
Exhibit C) where much of the same data is presented.  It is our understanding from
DDMAC that references to off-label doses are not permissible in promotional pieces.

    We have also been advised by DDMAC that presentations providing efficacy
parameters measured by antiemetic response rates must be fair balanced by inclusion
of all data relating to failures.  Failure rates have not been included with the
presentations of the response rates for Kytril in either of the above-mentioned Slim
Jims.  This information has also been omitted from the Kytril journal ads.  It therefore
appears to us that substantially all Kytril promotional pieces are lacking in fair balance.

    2.    <u>Distribution of Misleading "Homemade" Cost Comparisons</u>

    Glaxo's sales representatives have encountered a substantial amount of what
appear to be "homemade" Kytril vs. Zofran cost comparisons.  It is our understanding
that many of these pieces have been generated through a company-provided lap top
computer program.  We are confident that DDMAC would agree with us that these
pieces and the computer program through which some of them have been generated
are objectionable for a number of reasons, including lack of accuracy, lack of
references of sources of price data, the implication that Kytril and Zofran provide equal
efficacy when no such support for such a claim is provided, and the lack of adequate
disclaimers.  (See July 19, 1994 Warning Letter from FDA to Eli Lilly and Company
specifying required disclaimers for such price comparisons.)  In addition, some of these
homemade presentations, contrary to Kytril's labeling, promote the use of the single
dose vial of Kytril as a multidose vial.

    Other examples of these homemade cost comparison pieces include
unsubstantiated product claims (see Exhibit D), stability data which is contrary to that
provided in the PI (see Exhibit E), and unsubstantiated cost effectiveness claims (see
Exhibit L).  Another theme seen in these pieces is the promotion of unapproved doses
for both Kytril and Zofran and statements that the products are equal in efficacy.
Letters authored by your Drug Information Department are sometimes included with
these materials which invariably lack both fair balance and complete prescribing
information.  These homemade pieces impose liability on SKB for the mislabeling of
both Kytril and Zofran.  In addition, a significant number of these pieces (see Exhibits
F-J) contain direct statements or make references as to how institutions can increase
their "profits" from Medicare through the use of Kytril.  Some even go so far as to
recommend that the medical professional use one vial of Kytril for two patients (see
Exhibit F) but charge Medicaid for three vials.  This raises significant fraud and abuse
issues which I am sure you will want to investigate.

HIGHLY
CONFIDENTIAL

GSK- MDL- **KYO4**
000345

J. Charles Wakerly, Esq.
February 6, 1995
Page 3

A number of these improper price comparisons have been brought to our attention. Examples of nine of these comparisons are attached for your reference as Exhibits E-M with an additional three-four included in Exhibit N.

3.    Dissemination of Misleading Data Through Symposium and Conferences Sponsored by SKB

We are also been made aware that SKB is disseminating much of the same information outlined in number 1 above through company-sponsored symposium and conferences. As an example, attached as Exhibit O are copies of the invitation and slides from a conference entitled "Efficacy and Safety of Granisetron in the Prophylaxis of Acute Nausea and Vomiting Induced by Chemotherapy". The invitation is on SKB letterhead and indicates that the guest speaker will be Dr. Carl J. Friedman, Group Director, Clinical Investigation, SmithKline Beecham Pharmaceuticals. Dr. Friedman's slides include data on the 40 mcg/kg dose and other unapproved doses of 5, 20, and 160 mcg/kg and data on complete response rates which does not include information on failures. These slides also include comparisons between the combination of metoclopramide and dexamethasone versus the combination of chlorpromazine and dexamethasone as antiemetic agents. Labeling for these products do not include approval for combination therapy in the treatment of cancer chemotherapy induced emesis. The slide presentation also includes unreferenced price information on Zofran. Presentation of false and misleading information through company-sponsored "scientific exchanges" was the subject of a recent Warning Letter to Burroughs Wellcome [see December 1, 1994 letter to Burroughs Wellcome concerning Lamictal (lamotrigine) Tablets].

A more extensive body of misleading information is presented in an SKB-sponsored program entitled "Chemotherapy Induced Nausea and Vomiting-Past and Present" (see Exhibit P). This presentation is objectionable because it raises many of the same issues described above: unsupported superiority claims, references to unapproved combination therapy, and unapproved doses for both Zofran and Kytril, and a lack of fair balance. Since this symposium does not appear to satisfy FDA's Draft Policy on Industry Supported Scientific and Educational Activities, all of these slides are promotional labeling and violate FDA's rules on promotion.

4.    Promotion of Unapproved Tablet Form of Kytril

We have most recently been made aware of the fact that SKB representatives are promoting Kytril Tablets. An article entitled "Oral granisetron alone and in combination with dexamethasone: A double-blind randomized comparison against high-dose metocloparamide plus dexamethasone in prevention of cisplatin-induced emesis," attached as Exhibit Q, was delivered to a health care professional by an SKB

HIGHLY
CONFIDENTIAL

GSK- MDL- **KYO4**
000346

J. Charles Wakerly, Esq.
February 6, 1995
Page 4

representative last month.  Also in November, during a presentation sponsored by SKB at an "Oncology Nurses Appreciation Night" in Omaha, Nebraska (see Exhibit R) mention was made by the presenter of the upcoming approval of Kytril Tablets.  A similar presentation was also made at another "Nurses Appreciation Night" held in Vermont (see Exhibit S).  We also understand that these events are also being used to present misleading information about Zofran, including a claim that the longer half life of Kytril results in better efficacy than Zofran.

Obviously, there is, in our view, a high level of objectionable ongoing activity by SKB which must be addressed. We are prepared to seek redress of these concerns with the FDA or other appropriate body.  However, we are willing initially to give you an opportunity to resolve our concerns prior to governmental involvement.  I would like a satisfactory response to the issues raised here by February 10, 1995.  Otherwise, we will move forward with our plans to raise these issues with DDMAC.

Sincerely,

Attachments

HIGHLY
CONFIDENTIAL

GSK- MDL- **KYO4**
000347

A

**HIGHLY
CONFIDENTIAL**

GSK- MDL- **KYO4**
000348





## NEW DATA RECONFIRM

### *24-hour effectiveness with a single 10 µg/kg dose*



*Antiemetic response after 24 hours[1]*

Ondansetron was administered according to the regimen recommended at the time the study was initiated.

### *In a large, randomized, double-blind study...*

○ There were <u>no</u> significant differences between any of the treatment groups in the prevention of either nausea or vomiting[1]

○ Analysis of patients receiving ≥100 mg/m² cisplatin also revealed no significant differences in efficacy between groups[1]

○ The incidence of adverse events was similar in all three treatment groups[1]

Please see complete prescribing information on pages 10-14

2

3

HIGHLY
CONFIDENTIAL

GSK- MDL- **KYO4**
000350




## Prevention of emesis is a 24-hour challenge

### N&V typically occur early with cisplatin, and late in the first 24 hours after cyclophosphamide

Mean number of vomiting episodes per hour in patients without antiemetic therapy[1,2]



Cisplatin data adapted from Marrs[1] (cisplatin dose 100 mg/m²). Cyclophosphamide data adapted from Fetting et al[2] and collected over 3-hour intervals.

O  **Kytril is effective**[3,4] with chemotherapy regimens that cause nausea and vomiting early **or** late in the first day

## Long-lasting, 24-hour antiemetic protection

Percent of patients remaining free from vomiting after receiving Kytril prior to emetogenic chemotherapy[1]



Pools randomized, multicenter, controlled studies[1,4]. Kytril was administered without dexamethasone.

O  In three studies, there was no statistically significant difference in efficacy between doses of 10 and 40 µg/kg[1,5] (see page 2); therefore, the recommended dose is 10 µg/kg

O  The most frequently administered moderately emetogenic agent was IV cyclophosphamide (2600 mg/m²) in combination with other agents[1]

Please see complete prescribing information on pages 10-14

4

5

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000351



## Efficacy maintained during repeat-cycle chemotherapy

**Response to Kytril, by cycle, during repeat cycles of chemotherapy**



From an open-label study in which Kytril was administered as a single 10 µg/kg dose before each round of chemotherapy. Chemotherapeutic regimens included both high-dose cisplatin and moderately emetogenic chemotherapy.[1]

- ○ In three studies, there was no statistically significant difference in efficacy between doses of 10 and 40 µg/kg[1,3] (see page 2); therefore, the recommended dose is 10 µg/kg
- ○ All patients received a single dose of *Kytril* prior to each chemotherapy cycle

## Safety demonstrated in U.S. clinical trials and in widespread international use

**Principal adverse events\* in controlled clinical trials with Kytril (N=1268)[1]**

| | Percent of Patients Reporting\* |
|---|---|
| Headache | 14% |
| Asthenia | 5% |
| Somnolence | 4% |
| Diarrhea | 4% |
| Constipation | 3% |
| Fever[1] | 3% |

\*In the absence of a placebo group, there is uncertainty as to how many of these events should be attributed to Kytril, except for headache.
Headache during the first 7 days after administration of a single 40 µg/kg dose.
[1]Incidence of fever based on a total population of more than 3000 patients in single- and multiple-day studies with Kytril doses of 2 to 160 µg/kg.

- ○ Most adverse events were mild or moderate in severity[1]
- ○ Well tolerated by children 2 through 16 years of age[1]
  —Not studied in patients <2 years of age

Please see complete prescribing information on pages 10-14

4

7

**HIGHLY CONFIDENTIAL**

GSK- MDL- KYO4
000352



## One 10 µg/kg dose for all patients

- ○ Recommended dosage is a single 10 µg/kg dose infused over 5 minutes
- ○ No dosage adjustment is required for:
  - — Children (ages 2 through 16 years)
  - — Elderly patients
  - — Patients with renal failure
  - — Patients with hepatic impairment
- ○ One 10 µg/kg dose provides 24-hour protection with each chemotherapy administration

### Convenient administration

- ○ Infusion time is just 5 minutes
- ○ Infusion should begin any time within 30 minutes before initiation of chemotherapy
- ○ Kytril should be administered only on the day(s) chemotherapy is given

## Simple preparation

- ○ Kytril should be diluted at the time of administration in 0.9% NaCl or 5% dextrose to a total volume of 20 to 50 mL
- ○ Kytril has been shown to be stable for at least 24 hours when diluted in the IV solutions listed below and stored at room temperature under normal lighting conditions[1]

| IV solutions tested[1] | Containers tested[1] |
| --- | --- |
| 0.9% NaCl | Glass |
| Dextrose 5% | Polypropylene syringe |
| Sodium lactate infusion | Styrene/acrylic nitrile syringe |
| Mannitol 10% | PVC infusion bag |



- ○ As a general precaution, Kytril should not be mixed in solution with other drugs
- ○ Kytril is supplied in individually packaged 1 mL single-use vials at a concentration of 1 mg/mL
- ○ Vials containing Kytril should be stored at 30°C (86°F) or below, but not frozen, and should be protected from light

[1] Stability in each solution was tested in styrene/acrylic syringes, polypropylene syringes and glass at a granisetron concentration of 15 mg/mL for 48 hours under a variety of lighting conditions.[1] Stability in each type of container was tested at 0.9% NaCl at granisetron concentrations of 0.4 mg/mL and 0.04 mg/mL for 24 hours at room temperature under normal light.[1]

Please see complete prescribing information on pages 10-14.

8                                                      9

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000353

B

HIGHLY
CONFIDENTIAL

GSK- MDL- **KYO4**
000354



HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000355



INTRODUCING
*24 hours of confidence
in a single dose*

NEW

# KYTRIL™
*granisetron HCl*
Injection

- A new, 24-hour 5-HT₃ antiemetic
- 9-hour half-life¹ consistent with single-dose schedule
- Potent and selective 5-HT₃ inhibition²³
- Effective in patients treated with a broad range of chemotherapy agents, including high-dose cisplatin⁴⁵
- Prevents⁶⁷ the nausea and vomiting that may occur late in the first 24 hours with agents such as cyclophosphamide⁸

*One-dose convenience,
24-hour control*

Please see complete prescribing information on pages 16-20

3

HIGHLY
CONFIDENTIAL

GSK- MDL- **KYO4**
000356



NEW
**KYTRIL**
*granisetron HCl*
*Injection*

*One-dose convenience,*
*24-hour control*

## Prevention of emesis is a 24-hour challenge

### N&V may occur early with cisplatin



*Mean number of vomiting episodes per hour in patients without antiemetic therapy*

> Emesis occurs predominantly in the first 10 hours following cisplatin therapy

### ...and late in the first 24 hours after cyclophosphamide



*Mean number of vomiting episodes per hour in patients without antiemetic therapy*

> IV cyclophosphamide causes acute nausea and vomiting up to 24 hours after administration

> Kytril is effective with chemotherapy regimens that cause nausea and vomiting late in the first day

4

5

HIGHLY CONFIDENTIAL

GSK- MDL- **KYO4**
000357



## NEW KYTRIL™ granisetron HCl Injection

## One-dose convenience, 24-hour control

### Confident one-dose protection against high-dose cisplatin

*24-hour response to a single dose of Kytril in patients given high-dose cisplatin*



77%
15%
62%

Major response
(1 vomit, or more than mild nausea)

Complete response
(no vomiting and no more than mild nausea)

75-120 mg/m² cisplatin
(mean 96 mg/m²) (N=52)
Kytril dose 10 µg/kg

From a randomized, multicenter controlled study. Cisplatin was administered as a 3-hour infusion.

> All patients received Kytril *without* concomitant antiemetic therapy
> Patients received numerous concomitant emetogenic chemotherapies, including
> — Cyclophosphamide      — Pyrimidine analogs
> — Anthracyclines        — Nitrogen mustards

### ...and against moderately emetogenic chemotherapy

*24-hour response to a single dose of Kytril in patients given moderately emetogenic chemotherapy*



86%
18%
68%

Major response
(1 vomit, or more than mild nausea)

Complete response
(no vomiting and no more than mild nausea)

(N=133)
Kytril dose
40 µg/kg

From a randomized, multicenter controlled study. Kytril was administered as a single 10 µg/kg infusion.

> In two dose-ranging studies, there was no statistically significant difference in efficacy between doses of 10 and 40 µg/kg (see page 11); therefore, the recommended dose is 10 µg/kg
> All patients received Kytril *without* concomitant antiemetic therapy
> Patients received one or more of the following agents
>    — Carboplatin
>    — Low-dose cisplatin
>    — Cyclophosphamide
>    — Doxorubicin

6

7

HIGHLY
CONFIDENTIAL

GSK-MDL-KYO4
000358



# NEW

## KYTRIL
### granisetron HCl
#### Injection

## One-dose convenience, 24-hour control

---

### 24-hour protection against cisplatin-induced N&V

*Percent of patients remaining free from vomiting after a single dose of Kytril (N=52)[1]*



- ) All patients received Kytril without concomitant antiemetic therapy
- ) One dose of Kytril provides 24-hour protection against both nausea and vomiting due to high-dose cisplatin

### Protection against moderately emetogenic chemotherapy, even 18 to 24 hours after dosing

*Percent of patients remaining free from vomiting after a single dose of Kytril (N=133)[1]*



- ) In two dose-ranging studies, there was no statistically significant difference in efficacy between doses of 10 and 40 µg/kg[1] (see page 11); therefore, the recommended dose is 10 µg/kg
- ) A single dose of Kytril provides sustained protection even 18 to 24 hours after chemotherapy
- ) Kytril is effective with chemotherapy regimens that cause nausea and vomiting late in the first day

8

9

HIGHLY
CONFIDENTIAL

GSK- MDL- **KYO4**
000359



## Efficacy maintained during repeat-cycle chemotherapy

*Response to Kytril, by cycle, during repeat cycles of chemotherapy[1]*



From an open-label study in which kytril was administered as a single dose; chemotherapy regimens included both high-dose cisplatin and moderately emetogenic chemotherapy.[1]

> In two dose-ranging studies, there was no statistically significant difference in efficacy between doses of 10 and 40 µg/kg[1] (see page 11); therefore, the recommended dose is 10 µg/kg

> All patients received a single dose of Kytril prior to each chemotherapy cycle — No concomitant antiemetic therapy was given

10

## Dose-response profile

*24-hour complete response to varying doses of Kytril in patients given cisplatin[1]*



From a randomized, multicenter, controlled study utilizing cisplatin doses of 75 to 100 mg/m².[1]

> In two dose-ranging studies, there was no statistically significant difference in efficacy between doses of 10 and 40 µg/kg[1]; therefore, the recommended dose is 10 µg/kg

> Doses of 2 and 5 µg/kg have been shown to be significantly less effective than the 10 µg/kg dose[1]

11

HIGHLY
CONFIDENTIAL

GSK-MDL-**KYO4**
000360



**NEW**

**KYTRIL**
*granisetron HCl*
*Injection*

*One-dose convenience,*
*24-hour control*

## Safety demonstrated in U.S. clinical trials and in widespread international use

*Principal adverse events in clinical trials with Kytril (N=1268)[1]*

| | Percent of Patients Reporting* |
|---|---|
| Headache | 14% |
| Asthenia | 5% |
| Somnolence | 4% |
| Diarrhea | 4% |
| Constipation | 3% |
| Fever[1] | 3% |

Incidence occurring the first 3 days after administration of a single intravenous dose based on a total population of more than 5000 patients in single- and multiple-dose studies with total doses of 2 to 6 mg.

> Most adverse events were mild or moderate in severity

## Proven safety in children, the elderly and hepatically impaired patients

> Well tolerated by children 2 through 16 years of age[1]
> — Not studied in patients <2 years of age

> No significant differences in safety profile when administered to patients >65 years of age[1]

> No significant differences in safety profile when administered to patients with hepatic impairment

12

13

**HIGHLY CONFIDENTIAL**

GSK- MDL- **KYO4**
000361



## One-dose convenience, 24-hour control

> A new 24-hour 5-HT antiemetic

> Proven 24-hour protection with a single dose

> Effective in patients treated with high-dose cisplatin

> Prevents nausea and vomiting throughout the first 24 hours even with agents such as cyclophosphamide

> Convenient 5-minute infusion

> No dosage adjustment in children 2 through 16 years of age, the elderly or patients with renal failure or hepatic impairment

> Recommended dosage: a single 10 µg/kg dose on the days of chemotherapy given within 30 minutes prior to chemotherapy

**SB**
**SmithKline Beecham**
Pharmaceuticals

HIGHLY
CONFIDENTIAL

GSK- MDL- **KYO4**
000363

C

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000364



HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000365



## *Prevention of emesis*
## *is a 24-hour challenge*

### *N&V may occur early with cisplatin*



O Emesis occurs predominantly in the first 10 hours
following cisplatin therapy[8]

HIGHLY
CONFIDENTIAL

4



## ...and late in the first 24 hours after cyclophosphamide



*Adapted from Fetting et al[5] Data on incidence of vomiting with cyclophosphamide were collected over 3-hour intervals*

○ IV cyclophosphamide causes acute nausea and vomiting up to 24 hours after administration

○ *Kytril* is effective[6,7] with chemotherapy regimens that cause nausea and vomiting late in the first day[8]

**HIGHLY CONFIDENTIAL**

5

GSK- MDL- **KYO4** 000367



## Confident one-dose protection against high-dose cisplatin



**24-hour response to a single dose of Kytril in patients given high-dose cisplatin[1]**



O All patients received *Kytril* <u>without</u> concomitant antiemetic therapy

O Patients received numerous concomitant emetogenic chemotherapies, including:

— Cyclophosphamide     — Pyrimidine analogs
— Anthracyclines         — Nitrogen mustards

HIGHLY
CONFIDENTIAL

GSK- MDL- **KYO4**
000368



*One-dose convenience, 24-hour control*

*...and against*
*moderately emetogenic chemotherapy*



From a randomized, multicenter, controlled study
in which Kytril was administered as a single 40 μg/kg dose [a]

○ In two dose-ranging studies, there was no
statistically significant difference in efficacy
between doses of 10 and 40 μg/kg [b] (see page 11);
therefore, the recommended dose is 10 μg/kg

○ All patients received *Kytril* without concomitant
antiemetic therapy

○ Patients received one or more of the following agents

| | |
|---|---|
| — Carboplatin | — Doxorubicin |
| — Low-dose cisplatin | — Epirubicin |
| — Cyclophosphamide | — Nitrogen mustard |
| — Dacarbazine | |

7

HIGHLY
CONFIDENTIAL

GSK- MDL- **KY04**
000369



NEW
KYTRIL
granisetron HCl
injection

## 24-hour protection
### against cisplatin-induced N&V



*Percent of patients remaining free from vomiting after a single dose of Kytril (N=52)*

High-dose cisplatin 75-120 mg/m² (mean 96 mg/m²) Kytril was administered as a single 10 µg/kg dose

○ All patients received *Kytril* <u>without</u> concomitant antiemetic therapy

○ One dose of *Kytril* provides 24-hour protection against both nausea and vomiting due to high-dose cisplatin'

HIGHLY
CONFIDENTIAL

GSK- MDL- **KYO4**
000370



*One-dose convenience.
24-hour control*

## Protection against moderately emetogenic chemotherapy, even 18 to 24 hours after dosing



*Percent of patients remaining free from vomiting after a single dose of Kytril (N=133)*

73%

Time (hr) After Chemotherapy Administration

Kytril was administered as a single 40 µg/kg dose

○ **In two dose-ranging studies, there was no statistically significant difference in efficacy between doses of 10 and 40 µg/kg** [1] **(see page 11); therefore, the recommended dose is 10 µg/kg**

○ A single dose of *Kytril* provides sustained protection, even 18 to 24 hours after chemotherapy [1]

○ *Kytril* is effective [1] with chemotherapy regimens that cause nausea and vomiting late in the first day [1]

9

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000371

j



## *Efficacy maintained during repeat-cycle chemotherapy*



*Response to Kytril, by cycle, during repeat cycles of chemotherapy[1]*

From an open-label study in which Kytril was administered as a single 40 μg/kg dose, chemotherapy regimens included both high-dose cisplatin and moderately emetogenic chemotherapy[1]

○ In two dose-ranging studies, there was no statistically significant difference in efficacy between doses of 10 and 40 μg/kg[1,3] (see page 11); therefore, the recommended dose is 10 μg/kg

○ All patients received a single dose of *Kytril* prior to each chemotherapy cycle
— No concomitant antiemetic therapy was given

HIGHLY
CONFIDENTIAL

GSK-MDL-**KYO4**
000372



## Dose-response profile



**24-hour complete response to varying doses of Kytril in patients given cisplatin**

From a randomized, multicenter, controlled study utilizing cisplatin doses of 75 to 200 mg/m²

○ In two dose-ranging studies, there was no statistically significant difference in efficacy between doses of 10 and 40 µg/kg'; therefore, the recommended dose is 10 µg/kg

○ Doses of 2 and 5 µg/kg have been shown to be significantly less effective than the 10 µg/kg dose''

**HIGHLY CONFIDENTIAL**

GSK- MDL- **KYO4**
000373



## Safety demonstrated in U.S. clinical trials and in widespread international use

**Principal adverse events in clinical trials with Kytril (N=1268)[1]**

| | Percent of Patients Reporting[2] |
|---|---|
| Headache | 14% |
| Asthenia | 5% |
| Somnolence | 4% |
| Diarrhea | 4% |
| Constipation | 3% |
| Fever[3] | 3% |

[1] Incidence during the first 7 days after administration of a single 40 µg/kg dose.
[2] Incidence of fever based on a total population of more than 3000 patients in single- and multiple-day studies with Kytril doses of 2 to 160 µg/kg.

O Most adverse events were mild or moderate in severity[1]

HIGHLY
CONFIDENTIAL

GSK-MDL-KYO4
000374



*One-dose convenience,
24-hour control*

## Proven safety in children, the elderly
## and hepatically impaired patients

○ Well tolerated by children 2 through 16 years of age[1]
— Not studied in patients <2 years of age

○ No significant differences in safety profile when
administered to patients >65 years of age[10]

○ No significant differences in safety profile when
administered to patients with hepatic impairment[10]

HIGHLY
CONFIDENTIAL

13

GSK- MDL- **KYO4**
000375



## *Pharmacokinetics/pharmacology*

O The mean terminal phase plasma half-life of *Kytril* in cancer patients is 9.0 hours[1]

O Granisetron is a selective 5-HT₃ receptor antagonist[3]

O Granisetron has little or no affinity for[1]:
   — Other serotonin receptors
   — Alpha₁-, alpha₂- or beta-adrenoreceptors
   — Dopamine-D₂ receptor
   — Benzodiazepine or opioid receptors

HIGHLY
CONFIDENTIAL

14

GSK-MDL-**KYO4**
000376



*One-dose convenience*
*24-hour control*

## One dose for all patients

- ○ Recommended dosage is a single 10 μg/kg dose infused over 5 minutes

- ○ No dosage adjustment is required for:
  — Children (ages 2 through 16 years)
  — Elderly patients
  — Patients with renal failure
  — Patients with hepatic impairment

- ○ A single dose provides 24-hour protection with each chemotherapy administration

### Convenient administration

- ○ Infusion time just 5 minutes

- ○ Infusion should begin within 30 minutes before initiation of chemotherapy

- ○ *Kytril* should be administered only on the day(s) chemotherapy is given

References.
1. Data on file, SmithKline Beecham Pharmaceuticals 2. Upward RV, Arnold DJM, Link C et al The clinical pharmacology of granisetron (BRL 43694) a novel specific 5-HT₃ antagonist Eur J Cancer 1989;25(suppl 1):S12-S15 3. van Wijngaarden I, Tulp MThM Soudijn W The concept of selectivity in 5-HT receptor research Eur J Pharmacol Molecular Pharmacol 1990;188:301-313 4. Kamanabrou D on behalf of the Granisetron Study Group Intravenous granisetron—establishing the optimal dose Eur J Cancer 1992;28A(suppl 1):S6-S11 5. Navari RM, Plezia P, Kaplan HG et al Single-dose double-blind, multicenter study evaluating the efficacy and safety of intravenous (IV) granisetron in the prevention of cisplatin-induced nausea and vomiting Proc ASCO 1993:13:436 Abstract 6. Marty M on behalf of the Granisetron Study Group A comparison of granisetron as a single agent with conventional combination antiemetic therapies in the treatment of cytotoxic-induced emesis Eur J Cancer 1992;28A(suppl 1):S12-S16 7. Smith IE on behalf of the Granisetron Study Group A dose-finding study of granisetron, a novel antiemetic in patients receiving emetogenic chemotherapy J Cancer Res Clin Oncol 1993;119:350-354 8. Testing UH, Guchow LB, Feltstein MF et al The course of nausea and vomiting after high-dose cyclophosphamide Cancer Treatment Reports 1982;66:1487-1493 9. Martin M, on behalf of the Granisetron Study Group Chemotherapy-induced Emesis Madrid Spain University Hospital of Madrid 1993 Dissertation 10. Palmer R, Bennet S Safety of intravenous granisetron in elderly and hepatically impaired patients Proc ASCO 1993:12:438 Abstract

15

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000377

D

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000378

COMPARISON OF ONDANSITRON (ZOFRAN) AND GRANISITRON (KYTRIL)

HALF LIVES

ONDANSITRON  4.0 HRS      GRANISITRON  9.0 HRS

DOSING RECOMMENDATIONS

ONDANSITRON                    GRANISITRON

.15MG/KG AT 0, 4, & 8 HRS      .10 MCG/KG ONCE WITHIN
                               30 MINUTES OF CHEMOTHERAPY.

32MG ONCE 30 MINUTES PRIOR
TO CHEMO THERAPY.

 COST/ CHEMOTHERAPY TREATMENT

ONDANSITRON                    GRANISITRON

32MG ONCE  97.98        90KG PATIENT      89.02
                        80KG PATIENT      79.12
30 MG ONCE 91.85        70KG PATIENT      69.23
                        60KG PATIENT      59.34
                        50KG PATIENT      49.46
 .15/KG 0,4,8HRD

90KG      125.53
80KG      110.22
70KG       97.98
60KG       82.62
50KG       61.23


RESPONSE.RATES IN HIGH DOSE CISPLATIN >100MG

ONDANSITRON              GRANISTRON

COMPLETE RESPONSE 47-60%  COMPLETE RESPONSE 47-63%

MAJOR RESPONSE  55-72%   COMPLETE RESPONSE 63-77%

RESPONSE RATES ALL OTHER CHEMOTHERAPY.

ONDANSITRON              GRANISITRON

COMPLETE RESPONSE 65-75%  COMPLETE RESPONSE 77%

MAJOR RESPONSE    70-90%  COMPLETE RESPONSE 75-88%

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000379

E

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000380

### KYTRIL DOSING

10 MCG/KG
1MG/ML VIAL- $122.35 PER VIAL
INFUSED OVER 5 MINUTES
DILUTED IN .9% SODIUM CHLORIDE OR 5% DEXTROSE 20-50 ML'S
WHICH IS STABLE FOR AT LEAST 48 HRS AT ROOM TEMPERATURE.

Implementing Cost Effective Measures in the use of
Antiemetic Therapy:

KYTRIL- 10mcg/kg--1mg/ml vial--1000mcg per vial

### Standing Orders

| Patient Weight | Kytril Dose |
|---|---|
| 85-110 lbs. | .5cc/500mcg |
| 111-130 lbs. | .6cc/600mcg |
| 131-150 lbs. | .7cc/700mcg |
| 151-175 lbs. | .8cc/800mcg |
| 176-195 lbs. | .9cc/900mcg |
| 196-220 lbs. | 1.0cc/1000mcg |

Monday

| Day 1: | Wt. | Dose | Cost Per Patient |
|---|---|---|---|
| Patient 1 - | 150pds | = .7cc/700mcg | = $86.00 |
| Patient 2 - | 138pds | = .7cc/700mcg | = $86.00 |
| Patient 3 - | 185pds | = .9cc/900mcg | = $110.00 |
| Patient 4 - | 123pds | = .6cc/600mcg | = $74.00 |
| Patient 5 - | 170pds | = .8cc/800mcg | = $98.00 |

Totals for Day 1: = 3.7 vials/3700mcg's = $454.00

.3cc/300mcg is labeled and either left in syringe with cap
or diluted with D5W. This mixture is stable for at least
48hrs at room temperature.

Tuesday

HIGHLY
CONFIDENTIAL

| Day 2: | Wt. | Dose | Cost Per Patient |
|---|---|---|---|
| Patient 1 - | 140pds | = .3cc/300mcg (Day 1 mixture) +.4cc/400mcg= .7cc/700mcg | = $86.00 |
| Patient 2 - | 230pds | = 1.0cc/1000mcg | = $123.00 |

Totals for Day 2: = .4cc/400mcg + 1.0cc/1000mcg =
1.4 vials/1400mcg's used

Cost for Day 2 = $209.00

.6cc/600mcg is labeled and either left in syringe with cap or diluted with D5W. This mixture is stable for at least 48hrs at room temperature.

Wednesday

Day 3:-- No Chemo's scheduled

Thursday

| Day 4: | Wt. | Dose | Cost Per Patient |
|---|---|---|---|
| Patient 1 - | 117pds | = .6cc/600mcg (Day 2 Mixture) | = $74.00 |
| Patient 2 - | 167pds | = .8cc/800mcg | = $98.00 |
| Patient 3 - | 136pds | = .7cc/700mcg | = $86.00 |
| Patient 4 - | 150pds | = .7cc/700mcg | = $86.00 |
| Patient 5 - | 190pds | = .9cc/900mcg | = $110.00 |
| Patient 6 - | 143pds | = .7cc/700mcg | = $86.00 |

Total for Day 4: = .8cc/800mcg + .7cc/700mcg +
.7cc/700mcg + .9cc/900mcg +
.7cc/700mcg = 3.8 vials/3800mcg

Cost for Day 4 = $540.00

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000382

.2cc/200mcg is labeled and either left in syringe with cap
or diluted with D5W. This mixture is stable for at least
48hrs at room temperature.

**Friday**

| Day 5: | Wt. | Dose | Cost Per Patient |
|--------|-----|------|------------------|
| Patient 1 - | 172pds | = .2cc/200mcg<br>(Day 4 Mixture)<br>+ .6cc/600mcg<br>= .8cc/800mcg | = $98.00 |
| Patient 2 - | 145pds | = .7cc/700mcg | = $85.00 |
| Patient 3 - | 118pds | = .6cc/600mcg | = $74.00 |
| Patient 4 - | 131pds | = .7cc/700mcg | = $86.00 |

Totals for Day 5 = .6cc/600mcg + .7cc/700mcg +
.6cc/600mcg + .7cc/700mcg =
2.6 vials used

Cost for Day 5 - $344.00 (Patients 1 through 4)
+ $56.00 (.4cc of Kytril)
= $400.00

Totals for Kytril Usage:

17 Patients Treated with Kytril

Total Cost for Kytril:                    $1600.00
($122.35 per vial X 13 vials used)

Cost Comparison for Zofran:

Same 17 Patients Treated with Zofran

Dose- 32mg for all patients
32mg X 17 Patients = 544mg
544mg/40mg per vial = 13.6 vials
13.6 vials X $175.00 per vial

Total Cost for Zofran:                    $2380.00

Savings as a result of using Kytril:      $780.00

**HIGHLY
CONFIDENTIAL**

**KYTRIL DOSING**

1G MCG/KG
1MG/ML VIAL= $122.29 PER VIAL
INFUSED OVER 5 MINUTES
DILUTED IN .9% SODIUM CHLORIDE OR 5% DEXTROSE 20-50 ML'S
WHICH IS STABLE FOR AT LEAST 48 HRS AT ROOM TEMPERATURE.

Implementing Cost Effective Measures in the use of
Antiemetic Therapy:

KYTRIL- 10mcg/kg--1mg/ml vial--1000mcg per vial

**Monday**

| Day 1: | Wt. | Dose | Cost Per Patient |
|---|---|---|---|
| Patient 1 - 150pds/68kg | | .68cc/680mcg | = $84.00 |
| Patient 2 - 138pds/63kg | | .63cc/630mcg | = $77.00 |
| Patient 3 - 185pds/84kg | | .84cc/840mcg | = $103.00 |
| Patient 4 - 123pds/56kg | | .56cc/560mcg | = $69.00 |
| Patient 5 - 170pds/78kg | | .78cc/780mcg | = $96.00 |

**Totals for Day 1:** = 3.5 vials/3500mcg's= $429.00

.5cc/500mcg is labeled and either left in syringe with cap
or diluted with D5W. This mixture is stable for at least
48hrs at room temperature.

**Tuesday**

| Day 2: | Wt. | Dose | Cost Per Patient |
|---|---|---|---|
| Patient 1 - 140pds/64kg | | .5cc/500mcg | = $75.00 |
| | | (Day 1 mixture) | |
| | | +.14cc/140mcg= | |
| | | .64cc/640mcg | |
| Patient 2 - 210pds/96kg | | .96cc/960mcg | = $118.00 |

**Totals for Day 2:** = .14cc/140mcg +.96cc/960mcg =
1.1 vials/1100 mcg's used

Cost for Day 2   = $196.00

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000384

.9cc/900mcg is labeled and either left in syringe with cap
or diluted with D5W. This mixture is stable for at least
48hrs at room temperature.

**Wednesday**

Day 3:-- No Chemo's scheduled

**Thursday**

| Day 4: | Wt. | Prep | Cost Per Patient |
|---|---|---|---|
| Patient 1 - 117pds/53kg | = | .9cc/900mcg (Day 2 Mixture) minus .53cc/530mcg (Patient 1 Dose) equals .37cc | = $65.00 |
| Patient 2 - 167pds/76kg | = | .37cc/370mcg (Day 2 Mixture) + .39cc/390mcg= .76cc/760mcg | = $93.00 |
| Patient 3 - 136pds/62kg | = | .62cc/620mcg | = $76.00 |
| Patient 4 - 150pds/68kg | = | .68cc/680mcg | = $84.00 |
| Patient 5 - 190pds/87kg | = | .87cc/870mcg | = $107.00 |
| Patient 6 - 143pds/65kg | = | .65cc/650mcg | = $80.00 |

Total for Day 4: = .39cc/390mcg + .62cc/620mcg +
.68cc/680mcg + .87cc/870mcg +
.65cc/650mcg = 3.2 vials/3200mcg

Cost for Day 4    =   $505.00

.8cc/800mcg is labeled and either left in syringe with cap
or diluted with D5W. This mixture is stable for at least
48hrs at room temperature.

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000385

**Friday**

<u>Day 5:</u>          <u>Wt.</u>          <u>Dose</u>          <u>Cost Per Patient</u>

Patient 1 - 172pds/79kg = .8cc/800mcg    =  $99.00
                       (Day 4 Mixture)
                       Round up from
                       .79cc/790mcg

Patient 2 - 145pds/66kg = .66cc/660mcg   =  $81.00

Patient 3 - 118pds/54kg = .54cc/540mcg   =  $66.00

Patient 4 - 131pds/60kg = .60cc/600mcg   =  $74.00


<u>Totals for Day 5</u> = .66cc/660mcg + .54cc/540mcg +
                .60cc/600mcg = 1.8 vials used

Cost for Day 5 - $320.00 (Patients 1 through 4)
              + $25.00 (.2 cc of Kytril)
              = $345.00


<u>Totals for Kytril Usage:</u>

17 Patients Treated with Kytril

Total Cost for Kytril:            $1475.00
($122.35 per vial X 12 vials used)

Cost Comparison for Zofran:

Same 17 Patients Treated with Zofran

Dose- 32mg for all patients
      32mg X 17 Patients = 544mg
      544mg/40mg per vial= 13.6 vials
      13.6 vials X $175.00 per vial

Total Cost for Zofran:            $2380.00


Savings as a result of using Kytril:    $905.00

HIGHLY
CONFIDENTIAL

F

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000387

## COST VS PROFIT

|                          | KYTRIL                    | ZOFRAN                                                                 |
|--------------------------|---------------------------|-----------------------------------------------------------------------|
| APPROX. COST PER VIAL    | 120.00                    | 170.00                                                                |
| DOSE                     | 10mcg per/kg              | 32mg                                                                  |
| av. pt weight            | 140-150 lbs               |                                                                       |
| dose                     | .6-.7 mg                  | 32mg                                                                  |
| # vials                  | 2 vials                   | 2 vials                                                               |
| out of pocket expenses   | 240.00                    | 340.00                                                                |
| can bill medicare        | $168x3pts= $498.00        | $7x32mg= $224x2pts= $448.00 +16mg extra x $7= $112.00                 |
| reimbursed 80%           | $403.20                   | $448.00                                                               |
| less cost                | $240.00                   | $340.00                                                               |
| PROFIT                   | $163.20                   | $108.00                                                               |

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000388

# The Pharmacologic Profile of Granisetron (Kytril)

Paul L.R. Andrews

THE DISCOVERY of the antiemetic properties of serotonin-type 3 (5-hydroxytryptamine₃) receptor antagonists and their relationship to the control of chemotherapy- and radiotherapy-induced nausea and vomiting has altered the approach to the treatment of cancer therapy-related emesis.[1] As a class, the selective 5-HT₃ receptor antagonists offer clear advantages over conventional antiemetics in the prevention of acute episodes of nausea and vomiting induced by cancer treatment. Individually, potentially important differences in their preclinical pharmacologic profiles have emerged and initial head-to-head clinical comparisons have suggested that there also may be significant differences in clinical performance requiring further investigation.[2]

Granisetron (Kytril; SmithKline Beecham Pharmaceuticals, Philadelphia, PA) is a potent and highly selective 5-HT₃ receptor antagonist with demonstrated antiemetic activity in patients receiving cisplatin and non-cisplatin chemotherapy.[3] This paper reviews the pharmacologic profile of granisetron, including its high selectivity, potency, long duration of action, dose response linearity, and pharmacokinetic profile, which permits convenient once-daily dosing.

## OVERVIEW OF 5-HT₃ RECEPTOR ANTAGONISTS

Emesis caused by cytotoxic agents has been attributed to peripheral effects on the gut, as well as to central effects on the area postrema in the medulla and the subjacent nucleus tractus solitarius. A feature common to all these proposed sites is the presence of an abundance of 5-HT₃ receptors. Although the exact site of action of the 5-HT₃ receptor antagonists has yet to be conclusively defined, the published literature favors a peripheral site of action at 5-HT₃ receptors on vagal afferent neurons located in the upper gut. These neurons project to brain stem structures sensitive to emetic stimuli that are involved in the coordination of the motor components of an emetic response.[4]

The discovery of selective 5-HT₃ receptor antagonists for the control of cancer therapy-related emesis was pioneered by studies which demonstrated that high doses of metoclopramide had

antiserotonergic activity at neural 5-HT₃ receptors.[5] The effect of high-dose metoclopramide (>2 mg/kg intravenously) in preventing cisplatin-induced emesis was later demonstrated in a clinical trial conducted by Gralla et al,[6] although the mechanism by which these high doses prevented emesis was not hypothesized. In 1986, Miner and Sanger[7] published their findings of two important advances in the understanding of antiemetic treatment: that mechanisms other than dopamine-receptor antagonism were responsible for the efficacy of high-dose metoclopramide in the prophylaxis of cisplatin-induced emesis and that the antiemetic efficacy of high-dose metoclopramide was most probably due to antagonism of 5-HT₃ (known at the time as 5HT-M) receptors. These conclusions resulted in a concentrated effort to identify specific antiemetic agents acting as antagonists at the 5-HT₃ receptor, and the development of more selective 5-HT₃ receptor antagonists has resulted in the synthesis of several clinically effective compounds. Granisetron was the first selective 5-HT₃ receptor antagonist investigated solely for its antiserotonergic antiemetic potential. Currently, only granisetron and ondansetron hydrochloride (Zofran; Cerenex Pharmaceuticals, Research Triangle Park, NC) are available in the United States for the prevention of chemotherapy-induced emesis. Tropisetron and dolasetron are still under investigation, although tropisetron is widely available in Europe.

Granisetron, ondansetron, tropisetron, and dolasetron are all 5-HT₃ receptor antagonists, however, there are differences in their binding-affinity and pharmacokinetic profiles that may translate to differences in their clinical efficacy and safety profiles. Ondansetron has been shown to have detectable (pK₁ > 5) binding at several non-5-HT₃ binding sites, although it is relatively selective for 5-HT₃ binding sites.[8] Ondansetron also

From the Department of Physiology, St George's Hospital Medical School, University of London, Tooting, London, UK.

Address reprint requests to Paul L.R. Andrews, PhD, St George's Hospital Medical School, University of London, Cranmer Terrace, Tooting, London SW17 0RE, UK.

Copyright © 1994 by W.B. Saunders Company
0093-7754/94/2103-0502$05.00/0

3

HIGHLY CONFIDENTIAL

GSK- MDL- KYO4
000389

emesis.[3,21] The two studies discussed below were pivotal in demonstrating granisetron's high selectivity and affinity for 5-HT$_3$ receptors.

Blower conducted binding studies in the rat brain to determine the affinity of granisetron for numerous radiolabeled receptors using a variety of ligands.[22] Granisetron possessed 4,000 to 40,000 times greater affinity for 5-HT$_3$ receptors than for any other receptor type studied. It was concluded that doses of granisetron that in vivo produced blockade of 5-HT$_3$ receptors would have no significant activity at other receptors. In independent radioligand-binding studies conducted by Van Wijngaarden et al,[8] granisetron was highly selective for 5-HT$_3$ receptors and had no detectable activity at any of the other receptors investigated (Table 1). In contrast, ondansetron had detectable binding (pK$_i$ > 5) at 5-HT$_{1A}$, 5-HT$_{1C}$, α-adrenergic, and opioid μ receptor sites, while tropisetron had weak pharmacologic activity at 5-HT$_3$ and detectable binding at 5-HT re-uptake sites.[8] These studies indicate that granisetron is more selective for 5-HT$_3$ receptors.

Recent studies have investigated the role of 5-HT receptors in the regulation of 5-HT release from enterochromaffin cells. Gebauer et al[15] studied the spontaneous release of endogenous 5-HT from enterochromaffin cells and the effects of 5-HT$_3$ and 5-HT$_4$ receptor agonists and antagonists. Using vascularly perfused isolated guinea pig small intestine, it was demonstrated that the 5-HT$_3$ receptor agonist 2-methyl-5-HT increased the spontaneous release of endogenous 5-HT. The effect was antagonized by nanomolar concentrations of granisetron, tropisetron, and MDL 72 222; however, ondansetron 0.1 and 1 μmol/L did not affect the release of 5-HT. When the 5-HT$_4$ receptor agonists 5-methoxytryptamine, BIMU8, and cisapride were introduced, 5-HT release was reduced. Tropisetron 1 and 10 μmol/L (concentrations with antagonist effects at 5-HT$_4$ receptors) enhanced release; the 5-HT$_1$/5-HT$_2$ receptor antagonist, methiothepine, did not affect the release of 5-HT. These results suggest that stimulation of 5-HT$_3$ receptors triggers a positive feedback mechanism that increases 5-HT release, whereas stimulation of 5-HT$_4$ receptors inhibits or reduces release. The results also suggest that 5-HT$_3$ receptors on the enterochromaffin cells differ from neuronal 5-HT$_3$ receptors because of the failure of ondansetron, but not granisetron or tropisetron, to block these receptors, although ondansetron has been shown to block neuronal 5-HT$_3$ receptors,[23] including those on abdominal vagal afferents.[24]

## PRECLINICAL COMPARATIVE PHARMACODYNAMICS

The literature contains a number of publications on the preclinical pharmacology, clinical efficacy, and pharmacodynamic properties of both granisetron and ondansetron. To understand the differences between these agents, Andrews et al[25] conducted a comparative preclinical study with granisetron and ondansetron against cisplatin- and radiation-induced (2 Gy, total body irradiation, x-rays) emesis.

The ferret emesis model, together with a retrospective analysis of the published literature, was used to compare the preclinical efficacy, potency, duration of action, and dose response characteristics of granisetron and ondansetron over a wide

| | S-HT | | | | | | Rest[a] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1A | 1B | 1C | 1D | 2 | 3 | Upt | Ach | α$_1$ | α$_2$ | β$_{1,2}$ | GABA | Gly | H$_1$ | T | σ |
| Granisetron | L | L | L | L | L | 8.42 | L | L | L | L | L | L | L | L | L | L |
| Ondansetron | L | 5.43 | 5.31 | L | L | 8.07 | L | L | 5.44 | L | L | L | L | L | L | 5.59 |
| Tropisetron | L | L | L | L | L | 8.81 | 6.16 | L | L | L | L | L | L | L | L | L |

Table 1. Receptor Binding Profile of 5-HT$_3$ Antagonists

NOTE: Affinities are expressed as pK$_i$ values (−log K$_i$ in nmol/L), which are the means of at least three determinations.
L, No or weak affinity (pK$_i$ ≤ 5.0).
Abbreviations: Upt, 5-HT uptake site; Ach, acetylcholine; GABA, γ-aminobutyric acid; Gly, glycine.
[a] No or weak affinity (pK$_i$ ≤ 5.0) for D$_1$, D$_2$, r, δ, B$_2$, thyrotropin-releasing hormone, and cholecystokinin subtype A and B receptors.
Adapted and reprinted from the European Journal of Pharmacology,[8] with kind permission from Elsevier Science, Amsterdam, The Netherlands.

HIGHLY
CONFIDENTIAL

clearance of granisetron remained generally unchanged over this dose range.[29] Similar observations were made in Japanese volunteers over a dose range of 10 to 80 μg/kg.[35,36] Hence, granisetron possesses essentially linear kinetics over a wide dose range.

A comparison of pharmacokinetics in healthy male and female volunteers has demonstrated a transitory effect of gender on $C_{max}$, with the value being higher in males than in females. No other differences were apparent.[30]

Elimination of granisetron occurs primarily via hepatic metabolism.[28] After administration of single intravenous doses to healthy male volunteers, mean urinary recoveries of unchanged drug representing up to 17% of a dose of granisetron has been observed.[29,31] Hence, no relationships have been observed between creatinine clearance and the clearance of granisetron in cancer patients.[34]

Table 4 summarizes the results from a number of studies that determined the mean plasma elimination half-life ($t_{1/2}$) for granisetron administered as a single intravenous dose (40 μg/kg) in healthy volunteers and in cancer patients. As indicated, the $t_{1/2}$ for granisetron in Western studies was approximately 4 to 5 hours in healthy volunteers and 9 to 12 hours in cancer patients. Such differences between patients with malignancies and healthy volunteers are common and may potentially be caused by one of several underlying factors. These factors include differences in elimination caused by the underlying malignancy, possible drug interactions with cytotoxic chemotherapeutics, or changes in the binding characteristics of plasma proteins.[33]

In some pharmacokinetic studies to date,[29-31,33,35,36] there were wide intersubject differences in plasma half-life and total plasma clearance among individual healthy volunteers and cancer patients. Nevertheless, the pharmacokinetics of granisetron are consistent with the use of granisetron as a single-dose antiemetic administered immediately prior to chemotherapy. Linear pharmacokinetics with generally rapid elimination combined with good tolerability contribute to a good safety profile for the drug. Granisetron has been shown to be consistently effective, with a long duration of action. The variability in pharmacokinetic parameters does not appear to adversely affect efficacy because no clear relationship between plasma concentrations and antiemetic effect is apparent. No dosage adjustments appear necessary because of age, site of malignancy, or renal or hepatic status.

Table 4. Mean Elimination Half-Life of 40 μg/kg Granisetron in Healthy Volunteers and Cancer Patients After the Administration of a Single Intravenous Dose

| Source | No. of Subjects | $t_{1/2}$ (hr) |
|---|---|---|
| **Western studies** | | |
| **Healthy male volunteers** | | |
| Zussman et al, 1988[31] | 5 | 4.0 |
| Allen et al, 1992[30] | 17 | 5.0 |
| **Cancer patients** | | |
| Cassidy et al, 1988[29] | 14 | 9.0 |
| Carmichael et al, 1989[34] | 14 | 10.6 |
| Addelman et al, 1990[33] | 12 | 11.6 |
| **Japanese studies** | | |
| **Healthy male volunteers** | | |
| Koyanagi et al, 1990[35] | 12 | 3.2 |
| Kumakura et al, 1990[36] | 6 | 3.1 |

Table 3. Mean Dose–Normalized Area Under the Plasma Concentration Time Curve Values of Granisetron in Healthy Volunteers After the Administration of a Single Intravenous Dose

| Source | No. of Subjects | Dose (μg/kg) | Dose Normalized AUC ((ng/hr/mL)/ (μg/kg)) |
|---|---|---|---|
| **Western volunteers** | | | |
| Allen et al, 1990[30] | 6 | 30 | 2.1 |
| | 4 | 40 | 2.7 |
| | 8 | 50-130 | 3.3 |
| | 8 | 150-230 | 2.5 |
| | 8 | 270-300 | 3.3 |
| **Japanese volunteers** | | | |
| Koyanagi et al, 1990[35] | 12 | 20 | 1.5 |
| | 12 | 40 | 1.6 |
| Kumakura et al, 1990[36] | 6 | 10 | 1.3 |
| | 6 | 20 | 2.3 |
| | 6 | 40 | 1.6 |
| | 6 | 80 | 1.1 |

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000391

# Granisetron (Kytril) Clinical Safety and Tolerance

Stephen Dilly

EFFECTIVE and safe control of the nausea and vomiting often associated with cytotoxic chemotherapy is an important issue for both the cancer patient and the physician. Since the time when prochlorperazine first came into use as an antiemetic for cancer patients in the early 1960s,[1,2] numerous other agents, in a variety of pharmacological classes, have been identified as having antiemetic efficacy. These include butyrophenones (droperidol and haloperidol), cannabinoids (tetrahydrocannabinol and nabilone), glucocorticoids (methylprednisolone and dexamethasone), and benzamides (metoclopramide and domperidone). While the effectiveness of the agents available to control nausea and vomiting has greatly improved since the 1960s, the same cannot be said for the side effect profiles of these agents, that is, until the relatively recent arrival of the 5-HT$_3$ antagonists (ondansetron, granisetron, and tropisetron).

Until the introduction of the 5-HT$_3$ antagonists, metoclopramide was the drug of choice because it was the most effective and worked well in combination with other antiemetic agents. Metoclopramide primarily acts to block dopamine receptors, but at high doses it also blocks neuronal 5-hydroxytryptamine (5-HT) receptors, producing inhibition of cytostatic-induced nausea and vomiting.[3] Although high-dose metoclopramide is effective in more than 60% of patients receiving cisplatin, effective doses are often associated with dose-limiting side effects, including extrapyramidal reactions, sedation, and diarrhea.[4-6]

Granisetron (Kytril; SmithKline Beecham Pharmaceuticals, Philadelphia, PA) is a potent and highly selective 5-HT$_3$ antagonist that has been shown to prevent nausea and vomiting following a single dose in patients receiving cisplatin, with efficacy equal to that of the combination of high-dose intravenous metoclopramide plus dexamethasone.[7] Because granisetron is a very selective 5-HT$_3$ antagonist, the disturbing central nervous side effects of dopamine antagonism, specifically dyskinesia, are avoided and prokinetic activity is minimized. Granisetron also has been shown to be superior to a regimen of chlorpromazine and dexamethasone in preventing nausea and vomiting in adults and children receiving moderately emetogenic chemotherapy, without causing the disturbing side effects of these agents, such as somnolence.[8]

The purpose of this review is to detail the clinical safety and tolerance of intravenous granisetron from worldwide studies in healthy volunteers and cancer patients.

## GRANISETRON TOLERABILITY PROFILE

The clinical safety of intravenous (IV) granisetron was initially assessed in a series of single-blind, ascending dose, placebo-controlled crossover studies in healthy male volunteers.[9] The dose ranges used in these studies were 2.5 to 300 $\mu$g/kg (as 30-minute, constant-rate IV infusions) and 50 to 160 $\mu$g/kg (as 3-minute, constant-rate IV infusions). The effects of repeated IV administration of granisetron were also assessed at dosages up to 160 $\mu$g/kg twice a day for 7 days.

In the single-dose studies, granisetron was very well tolerated, even at the highest doses, with no serious adverse events reported. The only adverse event reported consistently more often with granisetron than placebo was constipation, which generally subsided spontaneously after 24 to 72 hours. Headache occurred more often in the granisetron group than in placebo group; however, there was no clear relationship between dose and the occurrence of headache.

Granisetron was also well tolerated in the repeat-dose studies. Again, constipation was the only adverse event reported consistently more often with granisetron than with placebo, but none of the volunteers required treatment with a laxative or left the study because of constipation. A transient and self-limiting elevation in alanine transaminase (ALT) and aspartate transaminase (AST) was noted in two volunteers after repeated dosing with 160 $\mu$g/kg twice a day for 7 days.

Results of single- and repeat-dose tolerance studies showed that no consistent or clinically

From the Departments of Clinical Investigation and CNS and GI Clinical Research, Development and Medical Affairs North America, SmithKline Beecham Pharmaceuticals, Reigate, Surrey, England.

Address reprint requests to Stephen Dilly, MD, PhD, SmithKline Beecham Pharmaceuticals, 47-49 London Rd, Reigate, Surrey, RH2 9PQ England.

Copyright © 1994 by W.B. Saunders Company
0093-7754/94/2103-0503$05.00/0

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000392

# Further Profiles of Granisetron (Kytril): Effect on Quality of Life and Pharmacoeconomics

Peter D. Eisenberg

THE CONTROL OF chemotherapy-induced nausea and vomiting is much more effective with the 5-HT$_3$ (serotonin) receptor antagonists. Granisetron (Kytril; SmithKline Beecham Pharmaceuticals, Philadelphia, PA) is the second serotonin receptor antagonist to be available in the United States. Certain features of granisetron as an antiemetic in general and as a serotonin receptor antagonist specifically may have significant impact on patients psychologically as well as on their well being. Granisetron may prove to be a more effective antiemetic from an economic perspective, which is the subject of this report.

## QUALITY OF LIFE

To a cancer patient, "quality of life" is an important term. While physicians are concerned with tumor size, response rates, and survival patients are equally concerned with how they feel. The importance of the perception of quality of life was reported recently by Coates et al, who enrolled 308 patients with advanced breast cancer into a study of the relationship between quality of life and survival.[1] A univariate analysis of baseline scores for more than 220 patients who completed baseline self-assessment forms showed that, except for pain, quality of life indicators were significant predictors of overall survival. The quality of life indicators include nausea and vomiting (P = .004), appetite (P < .001), physical well being (P < .001), mood (P = .003), and pain (P = .428); the overall quality of life index was also significant (P < .001). As quality of life scores changed due to progressive disease, a significant association remained between survival, baseline scores, and change in scores for physical well being (P = .011), mood (P = .014), pain (P = .008), and the overall quality of life index (P < .001). This study emphasizes the importance of the quality of life factor to the cancer patient.

It has been reported that nausea and vomiting are among the most undesirable side effects of chemotherapy.[2,3] In a recent quality of life study, Lindley et al reported that quality of life scores decreased significantly (P < .01) from before chemotherapy to 3 days after chemotherapy for patients who vomited, and that nausea and vomiting were significant factors in the reduction of quality of life.[4] Patients who did not vomit had no difference in their prechemotherapy and postchemotherapy quality of life scores.

Granisetron, with its long duration of action, has been shown to effectively prevent nausea and vomiting in the majority of patients who received a single 40 µg/kg dose before receiving chemotherapy.[5-17] A dose-ranging study has demonstrated that granisetron 10 µg/kg is as effective as 40 µg/kg.[18] Efficacy was not dependent on the chemotherapy agent (high-dose cisplatin, low-dose cisplatin, cyclophosphamide, etc) or on whether chemotherapy was administered on a single day or on multiple days of a cycle.

Symptoms of vomiting have repercussions beyond the initial 24 hours following chemotherapy administration. The poor control of vomiting at the time chemotherapy is administered has been shown to be associated with delayed emesis and anticipatory emesis.[19-22] In studies in which patients who received one 40 µg/kg dose of granisetron were followed beyond the initial 24-hour postchemotherapy period, 33.5% of patients who received high-dose cisplatin and 56% of patients who received cyclophosphamide-based chemotherapy did not vomit for the entire week after treatment.[11] The use of granisetron has been shown to reduce the incidence of anticipatory nausea and vomiting from 24% of patients the rate expected without good control of emesis, to 4.6%.[23]

Appetite is another measurement of quality of life. The ability to eat and drink has psychological effects beyond the physical concerns of weight loss and dehydration in an already debilitated patient. In a study of granisetron that included the presence of anorexia as a measurement of quality of life, 62% of patients who received a single 40 µg/kg dose of granisetron were able to eat at some

From Marin Oncology Associates, Greenbrae, CA.

Address reprint requests to Peter D. Eisenberg, MD, Marin Oncology Associates, Inc, 1350 S Eliseo Dr, Suite 200, Greenbrae, CA 94904-2007.

Copyright © 1994 by W.B. Saunders Company
0093-7754/94/2103-0506$05.00/0

26

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000393

time during the 24 hours immediately following chemotherapy with high-dose cisplatin.[13]

The effect of granisetron on quality of life may extend to patient preference. Two recently completed clinical trials compared the efficacy of serotonin receptor antagonists in the prevention of chemotherapy-induced vomiting, and included an assessment of patient preference. Jantunen et al performed a randomized, prospective, cross-over study of granisetron, tropisetron, and ondansetron in 166 patients scheduled to receive moderately emetogenic chemotherapy.[14] Each antiemetic was administered intravenously as a single dose before chemotherapy. Of the 130 patients evaluable for efficacy and who received each serotonin receptor antagonist, 54 (42%) preferred granisetron; 22 (17%) preferred ondansetron, and 20 (15%) preferred tropisetron; 34 (26%) had no preference. The investigators conclude that patient preference for granisetron may have been influenced by the significantly lower failure rate compared with ondansetron and tropisetron.

A double-blind, randomized, cross-over comparison of granisetron and ondansetron in a 5-day fractionated chemotherapy regimen was completed recently in Europe.[15] A double-dummy technique was used so that patients received three infusions (5 minutes before chemotherapy, and 8 and 16 hours later), whether they received granisetron (granisetron, placebo, placebo) or ondansetron (ondansetron, ondansetron, ondansetron). Approximately 90% of patients in both groups were complete responders at 24 hours, but significantly more patients (P = .04) preferred granisetron to ondansetron, 34% (105 of 305 patients) to 26% (79 of 305 patients), respectively; 39% of patients had no preference. Future studies may help explain why significantly more patients preferred granisetron to ondansetron despite similar dosage regimens and efficacy results.

## PHARMACOECONOMICS

With the increasing scrutiny of health care costs in the United States today, the cost of a particular antiemetic therapy must be evaluated carefully. Factors regarding antiemetic therapy include not only the direct cost of an antiemetic, but also costs for treating complications of vomiting, such as aspiration pneumonia, dehydration, malnutrition, and electrolyte imbalances.[26] Time of medical staff is another direct cost that may be considerable.[27]

Indirect costs include the implications of anticipatory nausea and vomiting that may disrupt scheduled chemotherapy and interfere with potentially curative treatment. These costs are difficult to quantify, but should be taken into overall consideration.

When ondansetron became available, a number of pharmacoeconomic studies examined the relatively high cost compared with metoclopramide regimens.[27,28] The conclusion of these studies was that the overall cost of ondansetron was not significantly greater than metoclopramide when all factors were considered. These same conclusions have been reported for pharmacoeconomic studies of granisetron conducted in Europe.[23,39]

Jones et al[39] constructed a treatment model to represent a baseline of efficacy and costs for treating patients with conventional antiemetics, eg, metoclopramide. This was compared with patients who might be expected to benefit from antiemetic treatment with serotonin receptor antagonists. Substantial clinical benefit was noted with the use of serotonin receptor antagonists, with an increase of 3% to 10% in total treatment cost.

Kirchner et al[23] reported a small study of Swiss patients who received a single prechemotherapy intravenous dose of 40 µg/kg granisetron (N = 12) or a 3 mg/kg metoclopramide (N = 11) intravenous loading dose, with an optional dose reduction to 2 mg/kg, followed by 4 mg/kg intravenously infused over 8 hours, plus intravenous dexamethasone 12 mg. Patients received 5-day fractionated chemotherapy and therefore were treated with the antiemetics for 5 consecutive days. The investigators concluded that the costs for granisetron were similar to metoclopramide and dexamethasone in treating chemotherapy-induced emesis. While the cost of therapy ratio for metoclopramide and dexamethasone to granisetron was 1:1.07, granisetron had no limiting side effects, unlike metoclopramide and dexamethasone. In the metoclopramide and dexamethasone group, six of 11 patients were withdrawn from the study because of adverse events or lack of efficacy, which necessitated additional medication and added to the cost of treatment. None of the granisetron patients were withdrawn and 83% of daily treatments were effective with only one dose of granisetron.

In two recent cost analysis studies of ondansetron, it was concluded that close monitoring

HIGHLY CONFIDENTIAL

GSK- MDL- KYO4 000394

10. Diehl V, on behalf of the Granisetron Study Group: Fractionated chemotherapy—Granisetron or conventional antiemetics? Eur J Cancer 28A S22-S28, 1992 (suppl 1)

11. Kamanabrou D, on behalf of the Granisetron Study Group: Intravenous granisetron—Establishing the optimal dose. Eur J Cancer 28A S6-S11, 1992 (suppl 1)

12. Le Bonnec M, Marx M, Dieras V, et al: Granisetron versus standard anti-emetics in the prophylactic treatment of chemotherapy-induced emesis. Proceedings of the 15th International Cancer Congress Hamburg, Germany, SmithKline Beecham Satellite Symposium, 1990, p 35 (abstr)

13. Lemerle J, Amaral D, Southall DP, et al: Efficacy and safety of granisetron in the prevention of chemotherapy-induced emesis in paediatric patients. Eur J Cancer 27:1081-1083, 1991

14. Marty M, on behalf of the Granisetron Study Group: A comparative study of the use of granisetron, a selective 5-HT3 antagonist, versus a standard anti-emetic regimen of chlorpromazine plus dexamethasone in the treatment of cytostatic-induced emesis. Eur J Cancer 26:S28-S32, 1990 (suppl 1)

15. Navari RM, Kaplan HG, Gralla RJ, et al: Efficacy and safety of granisetron, a selective 5-HT3 antagonist, in the prevention of nausea and vomiting induced by high-dose cisplatin. J Clin Oncol 1994 (in press)

16. Oberling F, Taboru MV, on behalf of the Granisetron Study Group: Granisetron in the prevention of cytostatic-induced emesis. Proceedings of the 15th International Cancer Congress, Hamburg, Germany, SmithKline Beecham Satellite Symposium, 1990, p 42

17. Soukop M, on behalf of the Granisetron Study Group: A comparison of two dose levels of granisetron in patients receiving high-dose cisplatin. Eur J Cancer 26 S15-S29, 1990 (suppl 1)

18. Sumunaga M, Furue H, Taguchi T, et al: A double-blind placebo-controlled study to determine the efficacy of granisetron in the prophylaxis of cisplatin-induced emesis. Proceedings of the 15th International Cancer Congress Hamburg, Germany, SmithKline Beecham Satellite Symposium, 1990, p 34 (abstr)

19. Andrykowski MA: Defining anticipatory nausea and vomiting: differences among cancer chemotherapy patients who report pretreatment nausea. J Behav Med 11:59-69, 1988

20. Gralla RJ, Tyson LB, Kris MG, et al: The management of chemotherapy-induced nausea and vomiting. Med Clin North Am 71 289-301, 1967

21. Kris MG, Gralla RJ, Clark RA, et al: Incidence, course, and severity of delayed nausea and vomiting following the administration of high-dose cisplatin. J Clin Oncol 3:1379-1384, 1985

22. Pickett M: Determinants of anticipatory nausea and anticipatory vomiting in adults receiving cancer chemotherapy. Cancer Nurs 14:334-343, 1991

23. Kirchner V, Aapro M, Alberto P, et al: The cost-effectiveness of granisetron compared to metoclopramide with dexamethasone. Proc Am Soc Clin Oncol 11:379, 1992 (abstr)

24. Jantunen IT, Muhonen TT, Kataja VV, et al: 5-HT₃ receptor antagonists in the prophylaxis of acute vomiting induced by moderately emetogenic chemotherapy—A randomised study. Eur J Cancer 29A:1669-1672, 1993

25. Noble A, Bremer K, Goedhals L, et al: A double blind, randomised, crossover comparison of granisetron and ondansetron in 5-day fractionated chemotherapy: Assessment of efficacy, safety and patient preference. Eur J Cancer (in press)

26. Joss RA, Brand BC, Buser KS, et al: The symptomatic control of cytotoxic drug-induced emesis: A recent history and review. Eur J Cancer 16 S2-S8, 1990 (suppl 1)

27. Plosker GL, Milne RJ: Ondansetron, a pharmacoeconomic and quality-of-life evaluation of its antiemetic activity in patients receiving cancer chemotherapy. Pharmacoeconomics 2 285-304, 1992

28. Burton MJ, O'Brien B): Economic evaluation of ondansetron. Preliminary analysis using clinical trial data prior to price setting. Br J Cancer 66 S64-S67, 1992 (suppl 19)

29. Jones AL, Lee GJ, Bosanquet N: The budgetary impact of 5-HT3 receptor antagonists in the management of chemotherapy-induced emesis. Eur J Cancer 29A 51-56, 1992

30. Chapman SM, Pruemer JM: Ondansetron use in a major university teaching hospital. Am J Hosp Pharm 50 670-674, 1993

31. Peters MD, Long KS, Patel HS, et al: Multicenter evaluation of ondansetron use in hospitalized oncology patients. Am J Hosp Pharm 50 1164-1170, 1993

32. Bonneterre J, Hecquet B, for the French Northern Oncology Group: Granisetron IV compared with ondansetron IV plus tablets in the prevention of nausea and vomiting induced by a moderately emetogenic chemotherapy regimen. A randomised cross-over study. Presented at a satellite to the 7th ECCO meeting, Jerusalem, Israel, 1993, pp 22-24

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000395

**KYTRIL VIAL USAGE**

**SITUATION A:**

PATIENT #1 WEIGHS 60 KG  =  600MCG OF KYTRIL

PATIENT #2 WEIGHS 70 KG  =  700MCG OF KYTRIL

PATIENT #3 WEIGHS 60 KG  =  600MCG OF KYTRIL

PATIENT #4 WEIGHS 80 KG  =  800MCG OF KYTRIL

                         --------------------

**2700MCG OF KYTRIL NEEDED**

***YOU CAN USE ONLY THREE VIALS OF KYTRIL FOR FOUR PATIENTS
(WITH 300MG REMAINING FOR YET ANOTHER PATIENT)

**SITUATION B:**

PATIENT #1 WEIGHS 80 KG  =  800MCG OF KYTRIL

PATIENT #2 WEIGHS 80 KG  =  800MCG OF KYTRIL

PATIENT #3 WEIGHS 80 KG  =  800MCG OF KYTRIL

PATIENT #4 WEIGHS 60 KG  =  600MCG OF KYTRIL

                         ------------------

**3000MCG OF KYTRIL NEEDED**

***YOU CAN USE THREE VIALS OF KYTRIL FOR 4 PATIENTS.

**HIGHLY
CONFIDENTIAL**

GSK- MDL- **KYO4**
000396

## REIMBURSEMENT, PROFIT AND PATIENT EXPENSE

### KYTRIL VS ZOFRAN

| | | |
|---|---|---|
| PRICE PER VIAL | $114.15 | $172.92 |
| AWP FOR ENTIRE VIAL | $166.00 | $207.60 |
| MEDICARE REIMBURSEMENT BASE | $166.00 | $5.19 PER MG GIVEN |
| 80% OF AWP REIMBURSEMENT | $132.80 | $166.08 FOR 40MG |
| OFFICE FEE INCLUDES 18% SURCHARGE | $195.88 | $244.97 |
| OFFICE PROFIT PER CLAIM | $61.73 | $72.15 |
| PATIENT OUT OF POCKET EXPENSE | $63.08 | $78.69 |

***YOU MAKE MORE PROFIT AND THE PATIENT PAYS LESS FOR TREATMENT.

HIGHLY
CONFIDENTIAL

GSK-MDL-KYO4
000397

### KYTRIL COST ANALYSIS

|  | KYTRIL | ZOFRAN |
|---|---|---|
| VIAL SIZE | 1 MG | 40 MG |
| PRICE PER VIAL | $114.15 | $172.92 |
| DOSE | 10MCG/KG | 30MG |
| AVERAGE DOSES PER VIAL | 1.45 | 1.33 |
| AVERAGE COST PER DOSE | $79.00 | $130.00 |

****KYTRIL SAVES YOU $51.00 PER DOSE PER PATIENT!******

IF YOU HAVE 10 PATIENTS ON KYTRIL INSTEAD OF ZOFRAN YOU
SAVE $510.00.  IF YOU TREAT 40 PATIENTS PER MONTH, YOU
SAVE $2,040.00.

**HIGHLY
CONFIDENTIAL**

GSK- MDL- KYO4
000398

-4-

Table 2
*Kytril* Injection Stability in Syringes

| Syringe | Capacity | Diluent | Amount of *Kytril* Injection added to Syringes |
|---------|----------|---------|-----------------------------------------------|
| Polypropylene (Monoject®) | 60 ml | 0.9% Sodium Chloride | 24 mg  2 4 mg |
| Polypropylene (Plastipack®) | 50 ml | 0.9% Sodium Chloride | mg  2.4 mg |
| Polypropylene (Becton Dickinson) | 5 ml | 0.9% Sodium Chloride | 3 mg  1 mg |
| Polypropylene (Becton Dickinson) | 5 ml | Bacteriostatic Water for Injection, USP | 3 mg  1 mg |
| Polypropylene (Becton Dickinson) | 5 ml | 5% Dextrose | 3 mg  1 mg |

No changes in the color or clarity of the solutions were noted after storage for 24 hours in each of these studies. In addition, no significant reductions in granisetron concentrations were noted. Thus, *Kytril* Injection is physically and chemically compatible with these solutions for 24 hours in 50 ml PVC bags and in polypropylene syringes.[8,9]

Effects of Freezing and Refrigeration on
*Kytril* Stability

The stability of granisetron was examined after storage in each of the following conditions:

    a) freezing (-20° C) for 30 days, followed by refrigeration (4° C) for 7 days, followed by storage at room temperature for 3 days;

    b) refrigeration for 7 days, followed by storage at room temperature for 3 days; and

    c) storage at room temperature for 3 days.

Each of these studies were repeated to reflect the following variables: a) an initial granisetron concentration of 0.056 mg/ml or 0.15 mg/ml; b) dilution of *Kytril* in normal saline or in 5% dextrose; c) storage in PVC bags or in polypropylene syringes; and d) storage with or without protection from light.[10]

After storage of *Kytril* Injection in each of these conditions, the final concentration of granisetron was greater than 95% of the initial concentration. Thus, granisetron is stable under each of these storage conditions.

HIGHLY
CONFIDENTIAL

GSK- MDL- **KYO4**
000399

G

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000400

## KYTRIL PROFIT

| | | AWP | WAC | ACTUAL COST | PROFIT |
|---|---|---|---|---|---|
| **KYTRIL** | | | | | |
| 1mg | | $166.00 | $132.80 | $119.29 | $46.71 |
| 0.7mg (avg dose) | | $166.00 | $132.80 | $83.50 | $82.40 |
| | | | | | |
| **ZOFRAN** | | | | | |
| 40mg | 93 | $207.50 | $172.92 | | $34.58 |
| | 94 | $214.76 | $178.97 | | $35.79 |
| 32mg | 93 | $166.00 | $138.33 | | $27.67 |
| | 94 | $171.80 | $143.18 | | $28.62 |
| 24mg | | $124.50 | $103.80 | | $20.70 |

**HIGHLY
CONFIDENTIAL**

GSK- MDL- **KYO4**
000401

H

HIGHLY
CONFIDENTIAL

GSK- MDL- **KYO4**
000402

## VANDERBILT UNIVERSITY HOSPITAL

|  | KYTRIL | ZOFRAN |
|---|---|---|
| CONTRACT COST | $105.00 | $172.92 |
| MEDICARE ALLOWABLE REIMBURESEMENT | $126.90 + 10% = $139.59 | $5.01/MG |
| RE: @ 80% | $111.67/VIAL | $4.01/MG |
| PT: COPAY @ 20% | $27.92 | $1.00/MG |

|  | VIAL | 32MG |
|---|---|---|
| VANDERBILT'S  RE: | $111.67 | $128.32 |
| COST: | 105.00 | 138.34 |
| NET: | $  6.67 | $(10.02) |
| PT COPAY: | 27.92 | 32.00 |
|  | $ 34.59 | $ 21.98 |

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000403

HIGHLY
CONFIDENTIAL

GSK- MDL- **KYO4**
000404

# KYTRIL COST ANALYSIS

## Zofran

cost:  $187.92 per 40mg vial
$187.92/40mg=$4.70 per mg

20mg dose=$94.00

reimbursement:  $5.19 per mg @ 20mg = $103.80 per patient

margin to apply overhead:  $103.80(reimbursment)
−$94.00(cost)
-------------------------
$9.00 per patient

## Kytril

cost:  $119.70 per 1ml vial

reimbursement:  $166.00 per patient

margin to apply overhead:  $166.00(reimbu: ament)
−$119.70(cost)
-------------------------
$46.30 per patient

USING KYTRIL OVER ZOFRAN GIVES YOU $35.30 PER PATIENT.

THE BIG PICTURE:

USING $500,000 PER YEAR OF ZOFRAN = 5321 DOSES
USING KYTRIL: 5321 DOSES X $35.30(SAVINGS) = $187,831

USING $1,000,000 PER YEAR OF ZOFRAN = 10642 DOSES
USING KYTRIL: 10642 DOSES X $35.30(SAVINGS) = $375,662

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000405

J

HIGHLY
CONFIDENTIAL

GSK- MDL- **KYO4**
000406

# KYTRIL PATIENT INFORMATION

Physicians are now prescribing a safe new medication called KYTRIL in the prevention of chemotherapy - induced nausea and vomitting.  KYTRIL is administered into the I.V. line and infuses quickly over a short duration.  KYTRIL is administered by the health care professional prior to starting the chemotherapy. KYTRIL is given with every cycle of chemotherapy, and can be given to all age groups from age 2 and up.  The most common patient complaint offered to the health care provider is headaches which is usually mild to moderate.  Most patients recommend KYTRIL to other patients.



NEW
KYTRIL
granisetron HCl
Injection

**HIGHLY
CONFIDENTIAL**

GSK- MDL- **KYO4**
000407

To:

From: MCLEAN, TOM

Date: 10/17/94

Subject: KYTRIL PROFIT MODEL

| KYTRIL DOSE | | AWP | WAC | ACT. COST | PROFIT |
|---|---|---|---|---|---|
| 1MG | | 166.00 | 132.80 | | 34.20-20% |
| 1MG. | | | (OSH) | 120.00AVG. | 46.00 |
| .7MG | | | (OSH) | 85.00AVG. | 81.00 |
| (AVG. DOSE WHEN POOLING) | | | | | |
| ZOFRAN DOSE | | | | | |
| 40MG | 1993 | 207.50 | 172.91 | | 34.59-16% |
| | 1994 | 214.76 | 178.97 | | -16% |
| 32MG | | 166.00 | 138.33 | | 26.67 |
| | | 171.80 | 143.18 | | 28.62 |
| 24MG | | 124.50 | 103.80 | | 20.70 |
| | | 128.84 | 107.39 | | 21.45 |

MEDICARE/MEDICAID REIMBURSMENT

80% OF AWP

DOCTORS LOSE ON AVG. 4% EVERYTIME THEY USE ZOFRAN IN ONE OF THESE PATIENTS

KYTRIL AWP OF 166.00 WITH 80% REIMBURSED IS 132.80. THEY ARE PAYING ANYWHE[R]E FROM 120.00 TO 114.00. THAT IS NOT CONSIDERING IF THEY POOL THE DOSE THE P[R] IS EVEN GREATER.
THE REIMBURSEMENT ON ZOFRAN IS 4.35/MG.

| ZOFRAN DOSE | AWP | COST | REIMBURSEMENT |
|---|---|---|---|
| 32MG | 171.80 | 143.18 | 139.20 |
| 24MG | 128.84 | 107.39 | 104.40 |
| 10MG | 53.70 | 44.74 | 43.50 |

HOPE THIS HELPS, CALL ME IF YOU HAVE ANY QUESTIONS OR IDEAS.
           SMITTY

DISTRIBUTION LIST:
    TO: BARGO, WALLACE
    TO: HARTE, DON
    TO: MCLEAN, TOM
    TO: RUSSELL, DAVID
    TO: RUST, TERRY
    TO: TOTTY, JERRY
    TO: TUCKER, JOHN
    TO: LARSON, STEVE

DISTRIBUTION LIST:
    TO: GRIFFITH, GEORGE
    TO: MCNEILL, STEVEN
    TO: ROCKER, CHIP

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000408

| | | | |
|---|---|---|---|
| Kytril Cost | $116.00 | Monthly Cost Savings | $4,050.00 |
| Zofran Cost | $170.00 | Annual Cost Savings | $48,600.00 |
| Monthly Usage | 100 | | |
| Percent Kytril | 75% | | |

### Monthly Cost Savings

| Usage/Month | 20% | 40% | 60% | 80% | 100% |
|---|---|---|---|---|---|
| 100 | 1,080.00 | 2,160.00 | 3,240.00 | 4,320.00 | 5,400.00 |
| 5 | 54.00 | 108.00 | 162.00 | 216.00 | 270.00 |
| 10 | 108.00 | 216.00 | 324.00 | 432.00 | 540.00 |
| 15 | 162.00 | 324.00 | 486.00 | 648.00 | 810.00 |
| 20 | 216.00 | 432.00 | 648.00 | 864.00 | 1,080.00 |
| 25 | 270.00 | 540.00 | 810.00 | 1,080.00 | 1,350.00 |
| 30 | 324.00 | 648.00 | 972.00 | 1,296.00 | 1,620.00 |
| 50 | 540.00 | 1,080.00 | 1,620.00 | 2,160.00 | 2,700.00 |
| 75 | 810.00 | 1,620.00 | 2,430.00 | 3,240.00 | 4,050.00 |
| 100 | 1,080.00 | 2,160.00 | 3,240.00 | 4,320.00 | 5,400.00 |

### ANNUAL Cost Savings

| Usage/Month | 20% | 40% | 60% | 80% | 100% |
|---|---|---|---|---|---|
| 100 | 12,960.00 | 25,920.00 | 38,880.00 | 51,840.00 | 64,800.00 |
| 5 | 648.00 | 1,296.00 | 1,944.00 | 2,592.00 | 3,240.00 |
| 10 | 1,296.00 | 2,592.00 | 3,888.00 | 5,184.00 | 6,480.00 |
| 15 | 1,944.00 | 3,888.00 | 5,832.00 | 7,776.00 | 9,720.00 |
| 20 | 2,592.00 | 5,184.00 | 7,776.00 | 10,368.00 | 12,960.00 |
| 25 | 3,240.00 | 6,480.00 | 9,720.00 | 12,960.00 | 16,200.00 |
| 30 | 3,888.00 | 7,776.00 | 11,664.00 | 15,552.00 | 19,440.00 |
| 50 | 6,480.00 | 12,960.00 | 19,440.00 | 25,920.00 | 32,400.00 |
| 75 | 9,720.00 | 19,440.00 | 29,160.00 | 38,880.00 | 48,600.00 |
| 100 | 12,960.00 | 25,920.00 | 38,880.00 | 51,840.00 | 64,800.00 |

GSK- MDL- KYO4
000409

HIGHLY
CONFIDENTIAL

TOTAL P.03

**K**

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000410

Hospital name:
Hospital location:

### Kytril vs Zofran Cost Analysis

Assumptions:

| | |
|---|---|
| 1mg/day of Kytril = 32mg/day of Zofran | |
| Cost of Kytril 1mg vial | $104.09 |
| Cost of Zofran 40mg vial: | $172.00 |
| Cost per Admin: | $5.00 |
| Av. Weight of patients in Lbs: | 150 |

ZOFRAN:

| Zofran Mg/Day | Total Zo $/Day | # Zofran Admins | Total Zo. Admin $ | Total Daily Zo $ | # Days | Total Yearly Zo $ |
|---|---|---|---|---|---|---|
| 32 | $137.60 | 1 | 5.00 | $142.60 | 50 | $7,130.00 |
| 24 | $103.20 | 1 | 5.00 | $108.20 | 150 | $16,230.00 |
| 40 | $172.00 | 1 | 5.00 | $177.00 | 5 | $885.00 |
| 30 | $129.00 | 3 | 15.00 | $144.00 | 1,500 | $216,000.00 |
| 20 | $86.00 | 1 | 5.00 | $91.00 | 5 | $455.00 |
| | $0.00 | | 0.00 | $0.00 | | $0.00 |

| Totals: | | | | | 1,710 | $240,700.00 |
|---|---|---|---|---|---|---|

KYTRIL:

| Average Pt. in Kg. | Kytril Mg/Day | Total Ky $/Day | # Kytril Admins | Total Ky Admin $ | Total Daily Ky $ | # Days | Total Yearly Ky $ |
|---|---|---|---|---|---|---|---|
| 68 | 0.68 | $70.97 | 1 | $5.00 | $75.97 | 1,710 | $129,909.45 |

| Zofran Total $ | Kytril Total $ | TOTAL SAVINGS W/KYTRIL | | % SAVINGS |
|---|---|---|---|---|
| $240,700 | $179,909 | $110,791 | | 46.0% |

HIGHLY
CONFIDENTIAL

GSK- MDL- **KYO4**
000411

August 25, 1994

## KYTRIL STOCKING HOSPITAL UPDATE

1. **Yale- New Haven, CT.** In the beginning of August, they chose Kytril as their 5-HT-3 receptor antagonist of choice. To date, they have used Kytril on approximately 200 patients. They are standardizing the dose: 700mcg for patients 40-70 kg;1000 mcg for patients 71-100 kg.

2. **Mass General Hospital, Boston, MA.** They went to Kytril preferred in July. So far they have ordered over $100,000 of Kytril.

3. **Hartford Hospital, Hartford, CT.** They switched from Zofran to Kytril in May. They are batching the Kytril, as well as standardizing the dose. For patients up to 150 lbs they will receive a 700 mcg dose.
   Rich Gannon, Pharm.D., is doing a DUE on Kytril. He can be reached at (203)545-2221.

4. **Memorial-Sloane Kettering, NYC,NY**
   They have also made the conversion from Zofran to Kytril. To date they have used over $350,000 of Kytril. For medical oncology they are using the 10 mcg/kg dose.
   Jane Nolte,Pharm.D. will take calls, (212)639-7552.

5. **M.D. Anderson in Texas**
   They are using Kytril, including for pediatric and bone marrow transplant patients.
   Roger Anderson, Pharmacy Director or Bill Dana, Clinical pharmacist will take calls (713)792-2870.

6. **St. Vincents Hospital, Worcester, MA**
   They have converted to Kytril preferred status. So far their conversion to Kytril has approached the 95% rate.

7. **St. Raphael's, New Haven,CT**
   They have converted from Zofran to Kytril in July. So far they have treated about 150 patients on Kytril. Jerry Bowman is the director of pharmacy.

HIGHLY
CONFIDENTIAL

GSK- MDL- **KYO4**
000412

L

*HIGHLY*
*CONFIDENTIAL*

GSK- MDL- **KYO4**
000413

# KYTRIL VS. ZOFRAN

**Assumptions**

|                   | 70 KG PATIENT |
|-------------------|---------------|
| Body Weight (lbs) | 154           |
| Zofran Price      | $168.00       |
| Kytril Price      | $120.00       |

| # Doses Annually | ZOFRAN 32MG $ Volume | ZOFRAN .15mg/kgx3 $ Volume | KYTRIL 10 mcg/kg $ Volume | 32MG VS 10MCG/KG Savings 37.5% |
|------|---------|---------|---------|---------|
| 1    | $134    | $132    | $84     | $50     |
| 30   | $4,032  | $3,969  | $2,520  | $1,512  |
| 60   | $8,064  | $7,938  | $5,040  | $3,024  |
| 90   | $12,096 | $11,907 | $7,560  | $4,536  |
| 120  | $16,128 | $15,876 | $10,080 | $6,048  |
| 150  | $20,160 | $19,845 | $12,600 | $7,560  |
| 200  | $26,880 | $26,460 | $16,800 | $10,080 |
| 250  | $33,600 | $33,075 | $21,000 | $12,600 |
| 300  | $40,320 | $39,690 | $25,200 | $15,120 |
| 350  | $47,040 | $46,305 | $29,400 | $17,640 |
| 400  | $53,760 | $52,920 | $33,600 | $20,160 |
| 450  | $60,480 | $59,535 | $37,800 | $22,680 |
| 500  | $67,200 | $66,150 | $42,000 | $25,200 |
| 550  | $73,920 | $72,765 | $46,200 | $27,720 |
| 600  | $80,640 | $79,380 | $50,400 | $30,240 |

| | ZOFRAN 32MG | ZOFRAN .15mg/kgx3 | KYTRIL |
|---|---|---|---|
| 1200 DOSES/YEAR = | $160,800 | $158,400 | $100,800 |
| (23 doses/week) | -100,800 | -100,800 | |
| **KYTRIL SAVINGS** | $60,000 | $57,600 | |

## TIME SAVED IN NURSING HOURS:  INFUSION TIME COMPARISON

**KYTRIL = 5 MINUTES**                    ZOFRAN = 15 MINUTES

1200 doses/year = 6000 minutes      1200 doses/year = 18,000 minutes

THE KYTRIL SHORTER INFUSION TIME TRANSLATES INTO A SAVINGS OF 12,000 MIN
OR 200 NURSING HOURS SAVED BY ADMINISTERING KYTRIL INSTEAD OF ZOFRAN.

CONCLUSION:   KYTRIL IS AS EFFECTIVE AS ZOFRAN, IS EASIER TO ADMINISTER,
----------        AND IS SIGNIFICANTLY MORE COST EFFECTIVE!

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000414

M

HIGHLY
CONFIDENTIAL

GSK- MDL- **KYO4**
000415

## Kytril vs. ondansetron
### an 'Apples to Apples' comparison of the 5HT-3 antagonists' costs

|  | Kytril[1] | ondansetron |
|---|---|---|
| Vial[2] | 1mg/mL | 40mg/20mL |
| Cost/vial[3] | 120.35 | 172.92 |

*scenario #1*   Dosing at FDA approved amounts.

|  | | |
|---|---|---|
| Dose | 0.7g[4] | 32mg[5] |
| Cost/patient | 84.25 | 138.34 |
| Savings | 54.09 | - - - - - - |

*scenario #2*   2/3 of the FDA approved doses of each drug.

|  | | |
|---|---|---|
| Dose | 0.5mg | 24mg |
| Cost/patient | 60.18 | 103.75 |
| Savings | 43.57 | - - - - - - |

*scenario #3*   1/2 of the FDA approved doses of each drug.

|  | | |
|---|---|---|
| Dose | 0.35mg | 16mg |
| Cost/patient | 42.13 | 69.17 |
| savings | 27.05 | - - - - - - |

---

[1] all of Kytril's dosing is based on an average patient body weight of 70kg.
[2] for all calculations, these vial volumes are constant.
[3] based on average contracted pricing information for both drugs, also constant throughout these scenarios.
[4] 10mcg/kg Kytril for all patients.
[5] the only FDA -approved single dosing for ondansetron.

GSK- MDL- **KYO4**
000416

**HIGHLY
CONFIDENTIAL**

Additional benefits for Hospital Formulary consideration

1. No promotion or indication of Kytril for Post Operative Nausea and vomiting.

2. No promotion of Kytril for Delayed Onset Nausea and Vomiting.

3. Reduced Nursing  administration costs--5 minute infusion time Kytril vs. 15 minute infusion time for ondansetron.

4. Kytril's 9 hour 1/2 life vs. ondansetron's 4 hour 1/2 life.

5. Price reduction on Compazine--see contract.

6. SmithKline Beecham will provide Kytril free of charge for indigent patients--see SB access to care application form.

HIGHLY
CONFIDENTIAL

GSK- MDL- **KYO4**
000417



GSK- MDL- **KYO4**
000418



# Nausea and Vomiting:

## What You Should Know

Prevention, Care and Comfort for Patients and Their Families

SK&F

SmithKline & French Laboratories

© SmithKline Beckman Corporation, 1987

CZ-277 July 1987     Printed in U.S.A.

HIGHLY CONFIDENTIAL

GSK-MDL-KYO4
000419

## What is nausea and vomiting?

You have probably had nausea before. Nausea is that "sick" or uncomfortable feeling in your stomach that often goes along with vomiting.

Vomiting, or "throwing up," is also something most people have experienced at some time.

Many cancer patients have nausea and/or vomiting at some time during their treatment. It is an unpleasant experience, but there are ways to reduce the number of times it occurs.

## Why do nausea and vomiting occur?

Nausea and vomiting are ways that your body reacts to stress. The stress may be physical or emotional.

Examples of *physical* stress that can cause nausea and vomiting include common problems like eating or drinking too much or a bad case of the flu. More severe physical stress such as a broken bone or surgery often causes nausea and vomiting.

The physical stress of some forms of cancer can cause nausea and vomiting. And the therapy (drugs and/or radiation) creates an additional stress.

Everyone reacts to *emotional* stress in different ways. Some people cry, some get very angry, and others may get very nauseated or even vomit.

No one knows *exactly* how nausea and vomiting occur. We do know that there are two

2

different centers in the brain which can send out the signals that cause nausea and vomiting. And we know some of the things that act on these centers to make them send signals. We also know that some drugs can act on these centers to reduce, or stop, nausea and vomiting.

Some of the reasons cancer and cancer treatment cause nausea and vomiting include:

- certain chemotherapy agents which can trigger the vomiting center

- stimulation of the vomiting centers in the brain by chemicals released when cancer cells are destroyed by chemotherapy or radiation therapy

- radiation, which can cause nausea and vomiting through its direct effects on the esophagus, stomach, intestines and/or the head

- chronic pain

- fatigue associated with cancer treatment

- taste and smell changes

- negative past experiences associated with cancer therapy

Some cancer patients suffer nausea and vomiting just at the thought of having their drug treatments. This problem, known as "anticipatory nausea and vomiting," results from anxiety (emotional stress) about receiving treatments and the expectation (or *anticipation*) of being sick afterward.

3

HIGHLY CONFIDENTIAL

GSK- MDL- **KYO4**
000420

## What can I do if I experience nausea and vomiting?

The following suggestions have helped many people reduce the problem of nausea and vomiting. You will probably need to experiment to find what works best for you.

Remember, if vomiting is severe, call your physician or nurse.

### How should I eat when I'm feeling nauseated?

- Eat small portions, slowly.
- Eat dry foods, such as toast or crackers.
- Drink liquids such as ginger ale, colas and fruit juices to reduce nausea. Also try clear soups, gelatin, tea and popsicles. Sip slowly.
- Eat cold or room temperature foods such as sandwiches, cereals, salads and desserts.

### What should I avoid?

- spicy foods (pizza, chili, etc.).
- fatty, fried or greasy foods (french fries, butter, cheese, etc.).
- red meats (foods that are hard to digest are more likely to upset your stomach).
- foods with a strong odor. Your sense of smell can trigger an attack of nausea and vomiting.

4

- your favorite foods. If the foods you like best become associated with nausea, you may not be able to eat them when you are feeling well.

### What should I eat on the day of my chemotherapy treatment?

- Eat light meals.
- Avoid foods that are fatty (for example, fried foods or dairy products) or have a lot of acid (orange juice, salads with vinegar, etc.).
- Try not to eat or drink anything for 1-2 hours before and after your treatment.

### Should I try to eat or drink anything if I am vomiting?

No. Do not try to eat or drink anything while you are vomiting or for several hours afterward. When you are feeling better, start with small sips of liquids.



5

HIGHLY CONFIDENTIAL

GSK- MDL- KYO4
000421

## What else can I do?

In addition to adjusting your diet to help reduce nausea and vomiting, there are also many other ways for you to manage these side effects.

- Avoid lying flat immediately after eating. Keep your head elevated at least 4 inches.

- Limit unpleasant odors, sights and sounds that may aggravate nausea.

- Remove dentures, retainers or any other foreign objects prior to receiving treatment.

- If taste changes occur in your mouth, suck on hard candy, such as a peppermint.

- If possible, open a window, allowing fresh air to circulate.

- Breathe through your mouth during times of severe nausea, until the feeling passes.

- Rinse your mouth out frequently to avoid unpleasant, sour taste.

- Avoid excessive activity and sudden movements that may interfere with your sense of balance.

- Allow adequate rest periods between your normal activities.

- Try to sleep through times of increased nausea, if you can.

- Take part in diversional activities, such as TV, games, music, handwork or conversation.

- Have a friend or family member stay with you for support and reassurance.

- Learn methods to control your nausea such as relaxation techniques, guided visual imagery and hypnosis. These measures, which focus on muscle relaxation and images of pleasant places and thoughts, can be started with the assistance of your nurse or physician.



6

7

HIGHLY CONFIDENTIAL

GSK- MDL- KYO4
000422

### Are there medications that can help?

Yes. Drugs called antiemetics (*anti*=against and *emetic*=things that cause vomiting) are used to control or minimize nausea and vomiting. There are a variety of these medications available to treat nausea and vomiting.

Antiemetics work by blocking or inhibiting messages from reaching the parts of the brain which control nausea and vomiting. Your doctor will choose which drug or combination of drugs is most appropriate for you, based on an individual evaluation and your planned therapy regimen.

Antiemetics are usually given before the start of a chemotherapy or radiation therapy session and continued at regularly prescribed intervals to be most effective. You should continue to take your antiemetic medication according to the schedule you are given, even if you feel fine. The need for antiemetic drugs may last for as long as two or three days following a chemotherapy treatment.

For convenience, sustained-release anti-emetics (long-acting "time" capsules) can provide relief of nausea and vomiting for up to 12 hours. This may eliminate the need for taking medication more often. Your physician may also give you rectal suppositories of the same antiemetic to use if you are vomiting and a capsule is not likely to stay down.

Most antiemetics cause a mild sedation or tiredness, especially during the first few days of taking the drug. Activities such as driving a car should be avoided until your particular reaction to the drug can be determined.

If you work closely with the health care team throughout your cancer treatment, the most effective drugs, dose and administration schedule can be worked out to control the nausea and vomiting which may occur. Don't suffer silently. If your medication isn't working, let your treatment team know. They are there to help.



8

9

HIGHLY CONFIDENTIAL

GSK- MDL- **KYO4**
000423

This booklet is provided as a service from
Smith Kline & French Laboratories
Makers of Fine Pharmaceuticals

Authors

Lois Adcock, R.N., M.S.N., O.C.N.

Michelle Ferguson, R.N., M.S.N.

Joanne Huhn, R.N., M.S.N.

Kathleen McNamara, R.N., M.S.N.

Lisa Petak, R.N., M.S.N.

JoAnn Wagner, R.N., M.S.N.

University of Pennsylvania
School of Nursing

Editorial Consultants

Ruth McCorkle, R.N., Ph.D.

Gloria Hagopian, R.N., Ed.D.





10



HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000424

## DOSING & ADMINISTRATION
## COMPARISON

|  | KYTRIL (granisetron) | ZOFRAN (ondansetron) | |
|---|---|---|---|
| Half-Life | 9hrs | 4hrs | |
| Dose-adults | 10mcg/Kg/day single dose | 0.15mg/Kg at 0,4,8hrs . or 32mg single dose | |
| Dose-pediatrics | 10mcg/Kg/day single dose | 0.15mg/Kg at 0,4,8hrs | |
| Dose-hepatically impaired | 10mcg/Kg/day single dose | 8mg single dose | |
| Dose-renally impaired | 10mcg/Kg/day single dose | No data | |
| Infusion time | 5 minutes | 15 minutes | |
| Dilution | 20-50ml of 5% dextrose or 0.9% saline. | 50ml of 5% dextrose or 0.9% saline | |
| Stabilty when mixed | 24hrs at room temperature. | Do not use beyond 24hrs. | |
| Vial size | 1mg/1ml single dose | 40mg/20ml multi-dose | |
| Dose used | 10mcg/Kg single dose | 0.15mg/Kg 3 dose | 32mg single dose |
| 15Kg( 33lbs) | 0.15mg | 6.75mg | |
| 30Kg( 66lbs) | 0.30mg | 13.5 mg | |
| 50Kg(110lbs) | 0.50mg | 22.5 mg | 32mg |
| 71Kg(157lbs) | 0.71mg | 32.0 mg | 32mg |
| 100Kg(220lbs) | 1.0 mg | 45.0 mg | 32mg |

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000425

COST COMPARISON
BASED ON ZOFRAN COST OF $172/40mg/20ml VIAL
KYTRIL COST OF $119/1mg/1ml VIAL

| Patient Size | Kytril Cost 10mcg/Kg | Zofran Cost | |
|---|---|---|---|
| | | 0.15mg/Kgx3 | 32mg |
| 15Kg(33lbs) | $17.85(.15mg) | $29.03(6.75mg) | |
| 30Kg(66lbs) | $35.70(.30mg) | $58.06(13.5mg) | |
| 50Kg(110lbs) | $59.50(.50mg) | $96.75(22.5mg) | $137.60 |
| 71Kg(157lbs) | $84.49(.71mg)* | $137.60(32mg) | $137.60 |
| 100Kg(220lbs) | 119.00(1.0mg) | $193.50(45mg) | $137.60 |

*Cost Savings=38.6%


KYTRIL REIMBURSEMENT INFORMATION


KYTRIL J CODE - J 3490

REIMBURSEMENT QUESTIONS FOR KYTRIL - 1-800-699-3806

Most insurance companies, Medicare, and Medicaid will
reimburse at 80% of the Actual Wholesale Price which is
$166.00 for Kytril, or $132.80.

The unit if reimbursement is the 1mg/1ml single dose vial
for all doses.( the 1mg/1ml single dose vial is enough for a
220 pound person)


HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000426



# KYTRIL™

*granisetron*
*hydrochloride*
*Injection*

**DOSAGE AND ADMINISTRATION**
The recommended dosage for Kytril Injection is 10 mcg/kg
infused intravenously over 5 minutes, beginning within 30
minutes before initiation of chemotherapy, and only on the
day(s) chemotherapy is given.

| kg. | lbs. | mcg | ml |
|-----|------|-----|-----|
| 5 | 11 | 50 | 0.05 |
| 6 | 13 | 60 | 0.06 |
| 7 | 15 | 70 | 0.07 |
| 8 | 18 | 80 | 0.08 |
| 9 | 20 | 90 | 0.09 |
| 10 | 22 | 100 | 0.10 |
| 11 | 24 | 110 | 0.11 |
| 12 | 26 | 120 | 0.12 |
| 13 | 29 | 130 | 0.13 |
| 14 | 31 | 140 | 0.14 |
| 15 | 33 | 150 | 0.15 |
| 16 | 35 | 160 | 0.16 |
| 17 | 37 | 170 | 0.17 |
| 18 | 40 | 180 | 0.18 |
| 19 | 42 | 190 | 0.19 |
| 20 | 44 | 200 | 0.20 |
| 21 | 46 | 210 | 0.21 |
| 22 | 49 | 220 | 0.22 |
| 23 | 51 | 230 | 0.23 |
| 24 | 53 | 240 | 0.24 |
| 25 | 55 | 250 | 0.25 |
| 26 | 57 | 260 | 0.26 |
| 27 | 60 | 270 | 0.27 |
| 28 | 62 | 280 | 0.28 |
| 29 | 64 | 290 | 0.29 |
| 30 | 66 | 300 | 0.30 |
| 31 | 68 | 310 | 0.31 |
| 32 | 71 | 320 | 0.32 |
| 33 | 73 | 330 | 0.33 |
| 34 | 75 | 340 | 0.34 |
| 35 | 77 | 350 | 0.35 |
| 36 | 79 | 360 | 0.36 |
| 37 | 82 | 370 | 0.37 |
| 38 | 84 | 380 | 0.38 |
| 39 | 86 | 390 | 0.39 |
| 40 | 88 | 400 | 0.40 |
| 41 | 90 | 410 | 0.41 |
| 42 | 93 | 420 | 0.42 |
| 43 | 95 | 430 | 0.43 |
| 44 | 97 | 440 | 0.44 |
| 45 | 99 | 450 | 0.45 |
| 46 | 101 | 460 | 0.46 |
| 47 | 104 | 470 | 0.47 |
| 48 | 106 | 480 | 0.48 |
| 49 | 108 | 490 | 0.49 |
| 50 | 110 | 500 | 0.50 |
| 51 | 112 | 510 | 0.51 |
| 52 | 115 | 520 | 0.52 |
| 53 | 117 | 530 | 0.53 |

**HIGHLY
CONFIDENTIAL**

GSK- MDL- KYO4
000427



| | | | |
|---|---|---|---|
| 54 | 119 | 540 | 0.54 |
| 55 | 121 | 550 | 0.55 |
| 56 | 123 | 560 | 0.56 |
| 57 | 126 | 570 | 0.57 |
| 58 | 128 | 580 | 0.58 |
| 59 | 130 | 590 | 0.59 |
| 60 | 132 | 600 | 0.60 |
| 61 | 134 | 610 | 0.61 |
| 62 | 137 | 620 | 0.62 |
| 63 | 139 | 630 | 0.63 |
| 64 | 141 | 640 | 0.64 |
| 65 | 143 | 650 | 0.65 |
| 66 | 146 | 660 | 0.66 |
| 67 | 148 | 670 | 0.67 |
| 68 | 150 | 680 | 0.68 |
| 69 | 152 | 690 | 0.69 |
| 70 | 154 | 700 | 0.70 |
| 71 | 157 | 710 | 0.71 |
| 72 | 159 | 720 | 0.72 |
| 73 | 161 | 730 | 0.73 |
| 74 | 163 | 740 | 0.74 |
| 75 | 165 | 750 | 0.75 |
| 76 | 168 | 760 | 0.76 |
| 77 | 170 | 770 | 0.77 |
| 78 | 172 | 780 | 0.78 |
| 79 | 174 | 790 | 0.79 |
| 80 | 176 | 800 | 0.80 |
| 81 | 179 | 810 | 0.81 |
| 82 | 181 | 820 | 0.82 |
| 83 | 183 | 830 | 0.83 |
| 84 | 185 | 840 | 0.84 |
| 85 | 187 | 850 | 0.85 |
| 86 | 190 | 860 | 0.86 |
| 87 | 192 | 870 | 0.87 |
| 88 | 194 | 880 | 0.88 |
| 89 | 196 | 890 | 0.89 |
| 90 | 198 | 900 | 0.90 |
| 91 | 201 | 910 | 0.91 |
| 92 | 203 | 920 | 0.92 |
| 93 | 205 | 930 | 0.93 |
| 94 | 207 | 940 | 0.94 |
| 95 | 209 | 950 | 0.95 |
| 96 | 212 | 960 | 0.96 |
| 97 | 214 | 970 | 0.97 |
| 98 | 216 | 980 | 0.98 |
| 99 | 218 | 990 | 0.99 |
| 100 | 220 | 1000 | 1.00 |

**HIGHLY CONFIDENTIAL**

GSK- MDL- KYO4
000428

Compatibility and Stability of 'Kytril' Injection
with Intravenous Fluids

Compatibility and stability data for 'Kytril' Injection are presented below. Several intravenous
(IV) fluids were tested using three infusion containers under varying storage conditions for up
to 48 hours. In all cases, granisetron was diluted to a nominal concentration of 0.15 mg/ml.

The infusion (dilution) fluids used were as follows:

- 0.9% Sodium Chloride (normal saline, NSS)
- 5% Dextrose in Water ($D_5W$)
- 4% Dextrose/0.18% Saline
- Sodium Lactate Infusion
- Mannitol 10%
- Hartmann's Solution (Ringer's Lactate, Lactated Ringer's, Compound Sodium Lactate Solution)[4]

Infusion containers used included:

- Glass flasks
- Styrene acrylic nitrile syringe
- Polypropylene syringe

HIGHLY
CONFIDENTIAL

Storage conditions tested:

- 5° C (dark)
- Ambient temperature, protected from light
- Ambient temperature in a mixture of daylight and ambient fluorescent light
- Cycled between 5° C (dark) and ambient temperature (fluorescent light)

Study results demonstrated that 'Kytril' Injection was physically compatible, ie, there were no
changes in the appearance or pH of the solutions used, and chemically stable, ie, there was no
change from the initial granisetron content after 48 hours, in the containers tested and under
the above-mentioned storage conditions.

'Kytril' Injection should be used immediately after preparation. If proper precautions are
taken to avoid microbiological contamination during mixing, a 24-hour shelf life may be
assigned to diluted solutions.[5] This recommendation (24 hour stability), as previously
mentioned, is stated in the enclosed prescribing information.

Compatibility and Stability of 'Kytril' Injection
with Different Types of Infusion Equipment

In an attempt to evaluate the compatibility of 'Kytril' Injection with various types of infusion
equipment, investigators placed solutions of granisetron in 0.9% saline in a PVC (polyvinyl
chloride) infusion bag as well as in polypropylene syringes. The following table presents the
concentrations of granisetron used, the types of syringes and PVC bag (along with the
respective manufacturers), the length of the storage period and the appearance of the solutions
and the granisetron content at the beginning and end of the study time.

GSK- MDL- KYO4
000429



### Compatibility with Infusion Equipment

| Container | Capacity | Granisetron content (nominal) | Storage period | Appearance | Granisetron content (% initial) |
|---|---|---|---|---|---|
| Polypropylene Syringe, ('Monoject', Model #560125, Sherwood Medical) | 60 ml | 0.40 mg/ml<br><br>0.04 mg/ml | Initial & 24 hrs<br><br>Initial & 24 hrs | After 24 hrs, clear color-less solutions seen with both concen-trations, as initially | 100 |
| Polypropylene Syringe ('Plastipak', Model #5663, Becton Dickinson) | 50 ml | 0.40 mg/ml<br><br>0.04 mg/ml | Initial & 24 hrs<br><br>Initial & 24 hrs | After 24 hrs, clear color-less solutions seen with both concen-trations, as initially | 100 |
| PVC infusion bag ('Viaflex' mini-bag, Travenol) | 50 ml | 0.40 mg/ml<br><br>0.04 mg/ml | Initial & 24 hrs<br><br>Initial & 24 hrs | After 24 hrs, clear color-less solutions seen with both concen-trations, as initially | 100 |

As depicted in the above table, granisetron showed no evidence of chemical degradation or physical incompatibility following storage for 24 hours in plastic syringes or plastic infusion bags. Therefore, 'Kytril' Injection would remain physically compatible and chemically stable for 24 hours following storage in any of the above mentioned plastic containers.

### Compatibility and Stability with Dexamethasone

In a study conducted by SmithKline Beecham Pharmaceuticals,[6] 'Kytril' Injection and dexamethasone sodium phosphate (two concentrations) were diluted with various volumes of 0.9% sodium chloride and glucose intravenous infusions and stored for 24 hours at 4° C and 30° C. The concentrations of active ingredients used were 'Kytril' Injection, 3 mg granisetron (as the hydrochloride) in 3 ml, dexamethasone sodium phosphate, 6.6 mg dexamethasone in

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000430



2 ml and dexamethasone sodium phosphate, 100 mg dexamethasone in 5 ml. As previously mentioned, the FDA approved dose of 'Kytril' in the U.S. is 10 mcg/kg.

The solutions were tested initially and then after 24 hrs at 4°C and 30°C. Granisetron was assayed by high-performance liquid chromatography (HPLC) for content and degradation profile using the current SmithKline Beecham registered methods[5] for 'Kytril' Injection. No interference was found from either dilution mediums. The dexamethasone content was determined using the methodology given in the USP XXII monograph for Dexamethasone Sodium Phosphate Injection. This HPLC method is specific for dexamethasone.

**Solutions tested**

| | Compatibility solution (Diluent) | Granisetron content | Dexamethasone content |
|---|---|---|---|
| 1 | ("maximum" concentration in saline) | 3 mg/25 ml 0.9% Sodium chloride | 100 mg/ 25 ml 0.9% Sodium chloride |
| 2 | ("minimum" concentration in saline) | 3 mg/500 ml 0.9% Sodium chloride | 6.6 mg/500 ml 0.9% Sodium chloride |
| 3 | ("maximum" concentration in glucose) | 3 mg/25 ml Glucose Infusion | 100 mg/25 ml Glucose Infusion |
| 4 | ("minimum" concentration in glucose) | 3 mg/500 ml Glucose Infusion | 6.6 mg/500 ml Glucose Infusion |

Results from these tests demonstrated that 'Kytril' Injection and dexamethasone combinations are both physically and chemically stable when mixed in the concentration ranges tested in either 0.9% Sodium Chloride Intravenous Infusion, BP (British Pharmacopoeia) or in 5% Glucose Intravenous Infusion, BP, for up to 24 hours at 30°C, unprotected from light.[5]

HIGHLY
CONFIDENTIAL

GSK- MDL- **KYO4**
000431



# NEW
# KYTRIL™
## granisetron HCl
### Injection

## *One-dose convenience, 24-hour control*

## *Cost Calculator*

### Current cost for ondansetron

$\underline{\textbf{32}}$ mg × \$ $\underline{\textbf{4.45}}$ /mg = $\underline{\textbf{142.40}}$

Dose           Cost/mg*          Cost per patient

( $\underline{\textbf{178.}^{00}}$ vial )

### Current cost for *Kytril*

\$ $\underline{\textbf{120.35}}$ = $\underline{\textbf{120.35}}$

Cost/vial*         Cost per patient

$\underline{\textbf{22.05}}$ ( 15 % less Exprnt

**Cost difference**

*Based on actual purchase price specific to this institution

The most common side effects¹ in chemotherapy patients who received *Kytril* are headache (14%), asthenia (5%), somnolence (4%), diarrhea (4%) and constipation (3%)

**HIGHLY CONFIDENTIAL**

In the absence of a placebo group there is uncertainty as to how many of these events should be attributed to Kytril except for headache.

NOTE TO PHARMACEUTICAL CONSULTANT When this information is shown to physicians complete prescribing information must be presented

GSK- MDL- KYO4
000432

SB SmithKline Beecham Pharmaceuticals

KY1054 May 1994          ©SmithKline Beecham 1994          Printed in U.S.A.

### Kytril vs. Zofran

Assumptions    45 kg

Body Weight (lbs)    100    Maximum Zofran dose cost-comparable to
Zofran Price    $180.00    full Kytril dose:
Kytril Price    $126.00

12.7 mg

| # Doses Annually | Zofran 32 mg $ Volume | Zofran .15 mg/kg x 3 $ Volume | Kytril 10 mcg/kg $ Volume | Savings 60.2% |
|---|---|---|---|---|
| 1 | $144 | $92 | $57 | $87 |
| 30 | $4,320 | $2,761 | $1,718 | $2,602 |
| 60 | $8,640 | $5,523 | $3,436 | $5,204 |
| 90 | $12,960 | $8,284 | $5,155 | $7,805 |
| 120 | $17,280 | $11,045 | $6,873 | $10,407 |
| 150 | $21,600 | $13,807 | $8,591 | $13,009 |
| 200 | $28,800 | $18,409 | $11,455 | $17,345 |
| 250 | $36,000 | $23,011 | $14,318 | $21,682 |
| 300 | $43,200 | $27,614 | $17,182 | $26,018 |
| 350 | $50,400 | $32,216 | $20,045 | $30,355 |
| 400 | $57,600 | $36,818 | $22,909 | $34,691 |
| 450 | $64,800 | $41,420 | $25,773 | $39,027 |
| 500 | $72,000 | $46,023 | $28,636 | $43,364 |
| 550 | $79,200 | $50,625 | $31,500 | $47,700 |
| 600 | $86,400 | $55,227 | $34,364 | $52,036 |



HIGHLY CONFIDENTIAL

| Kytril Cost | $118.03 | Monthly Cost Savings | $780.78 |
| Zofran Cost | $173.80 | Annual Cost Savings | $9,369.36 |
| Monthly Usage | 28 VIALS | | |
| Percent Kytril | 50% | | |

### Monthly Cost Savings

| Usage/Month | 20% | 40% | 60% | 80% | 100% |
|---|---|---|---|---|---|
| 28 | 312.31 | 624.62 | 936.94 | 1,249.25 | 1,561.56 |
| 5 | 55.77 | 111.54 | 167.31 | 223.08 | 278.85 |
| 10 | 111.54 | 223.08 | 334.62 | 446.16 | 557.70 |
| 15 | 167.31 | 334.62 | 501.93 | 669.24 | 836.55 |
| 20 | 223.08 | 446.16 | 669.24 | 892.32 | 1,115.40 |
| 25 | 278.85 | 557.70 | 836.55 | 1,115.40 | 1,394.25 |
| 30 | 334.62 | 669.24 | 1,003.86 | 1,338.48 | 1,673.10 |
| 50 | 557.70 | 1,115.40 | 1,673.10 | 2,230.80 | 2,788.50 |
| 75 | 836.55 | 1,673.10 | 2,509.65 | 3,346.20 | 4,182.75 |
| 100 | 1,115.40 | 2,230.80 | 3,346.20 | 4,461.60 | 5,577.00 |

### ANNUAL Cost Savings

| Usage/Month | 20% | 40% | 60% | 80% | 100% |
|---|---|---|---|---|---|
| 28 | 3,747.74 | 7,495.49 | 11,243.23 | 14,990.98 | 18,738.72 |
| 5 | 669.24 | 1,338.48 | 2,007.72 | 2,676.96 | 3,346.20 |
| 10 | 1,338.48 | 2,676.96 | 4,015.44 | 5,353.92 | 6,692.40 |
| 15 | 2,007.72 | 4,015.44 | 6,023.16 | 8,030.88 | 10,038.60 |
| 20 | 2,676.96 | 5,353.92 | 8,030.88 | 10,707.84 | 13,384.80 |
| 25 | 3,346.20 | 6,692.40 | 10,038.60 | 13,384.80 | 16,731.00 |
| 30 | 4,015.44 | 8,030.88 | 12,046.32 | 16,061.76 | 20,077.20 |
| 50 | 6,692.40 | 13,384.80 | 20,077.20 | 26,769.60 | 33,462.00 |
| 75 | 10,038.60 | 20,077.20 | 30,115.80 | 40,154.40 | 50,193.00 |
| 100 | 13,384.80 | 26,769.60 | 40,154.40 | 53,539.20 | 66,924.00 |

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000434

REIMBURSEMENT:
--------------
* JCODE FOR MEDICARE IS J03490
* MEDICAID REIMBURSEMENT IS AUTOMATIC
* ACCESS TO CARE PROGRAM FOR INDIGENT PATIENTS
  PHONE # FOR HOSPITALS IS 800-866-6273
  PHONE # FOR M.D.'S IS 800-729-4544

TIPS TO EXPEDITE MEDICARE AND MEDICAID CLAIMS:
* MEDICARE-USE ABOVE TEMPORARY JCODE AND WRITE ON THE FORM "KYTRIL
  RECENTLY APPROVED BY FDA" (SHOULD TAKE 35 DAYS TO GET REIMBURSEMENT)
* MEDICAID-PUT KYTRIL NDC # 0029-4149-01 ON CLAIM ... FOR QUESTIONS
  REGARDING MEDICARE AND MEDICAID, CALL 800-699-3806

ADVANTAGES:
-----------

KYTRIL REPRESENTS AN ADVANCEMENT IN THE TREATMENT OF CINV, IT REPRESENTS
THE NEXT GENERATION OF 5HT3 AGONISTS
* EXTENDED HALF LIFE, MORE THAN DOUBLING THAT OF THE OTHER 5HT3
* TRUE 24 HOUR CONTROL
* EASE OF ADMINISTRATION (1 DOSE FOR EVERYONE, AND A 5 MINUTE INFUSION)
* STRINGENT EVALUATION CRITERIA (NO DEX., NO VOMITS ALLOWED) TO ESTABLISH
  EFFICACY.
* BENIGN SAFETY PROFILE.

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000435



$$ DOLLARS SAVED BY KYTRIL

KYTRIL VS. ZOFRAN
COST SAVINGS / MONTH

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000436

**HIGHLY
CONFIDENTIAL**

GSK- MDL- **KYO4**
000437

# EXHIBIT B

SENT BY:                    2- 7-95 ; 2:19PM ;   SMITHKLINE BEECHAM→          919 549 9074;# 2/ 2

## SB
## SmithKline Beecham



Via Facsimile
and First Class Mail

February 7, 1995

Arianna Carter
Associate General Counsel
Glaxo Inc.
Five Moore Drive
Research Triangle Park, NC 27709

Re: Promotional Complaint

Dear Ms. Carter:

This will confirm our telephone conversation of this morning regarding Tim Proctor's recent letter. In order for SB to perform any meaningful investigation of the claims made in that letter, we are in need of additional information. Specifically, in reference to the "homemade" materials that you reference as attachments "D" through "N" and "Q", we are interested in receiving information regarding (i) the location where these materials were allegedly left; (ii) the name of the physician or other healthcare professional to whom they were allegedly delivered; (iii) the date on which they were either delivered or retrieved; and (iv) the name of the SB representative, if known.

Use of "homemade" promotional materials is against SB policy. As I am sure that you can appreciate, if these materials are being generated by SB sales consultants, we are interesting in identifying them and taking appropriate disciplinary action. To that end, I will look forward to receiving any additional information that you may be able to provide.

Very truly yours,

Ursula B. Bartels
Vice President and
Associate General Counsel

One Franklin Plaza, PO Box 7929, Philadelphia, PA 19101.  Telephone (215) 751 4000   Fax (215) 751 3400.

Produced subject to Protective Order entered
in In Re: Pharmaceutical Industry Average
Wholesale Price Litigation, MDL No. 1456, Civil Action
No. 01-CV-12257-PBS, United States District
Court for the District of Massachusetts

**HIGHLY
CONFIDENTIAL** REDACTED MATERIAL

GSK-MDL-ZN02- 101584

bcc:



| George Abercrombie | A3421 |
| Tim Arendt | F1191 |
| Chuck Bramlage | F1170 |
| Clint Burrus | A3416 |
| David Cory | F1190 |
| Jim Daly | A3424 |
| Mike duToit | A2136 |
| Chris Foy | A3442 |
| Mark Glackin | F1218 |
| Jackie Hall | A3555 |
| Doug Helling | F1198 |
| Stan Hull | B2118 |
| Gary Kirby | A3438 |
| Ken Lowry | CN216 |
| Ken Marshall | F1193 |
| Lu McLeod | A3408 |
| Allison Micich | F1217 |
| Gil Mott | A3446 |
| Rick Painter | F1199 |
| Mike Pucci | O305 |
| Fred Schmid | F1196 |
| Steve Skolsky | F1169 |
| Ron Stanton | A3450 |
| Steve Stefano | A3404 |
| Patty Tootle | F1195 |
| Tim Tyson | A3454 |

Produced subject to Protective Order entered
in In Re: Pharmaceutical Industry Average
Wholesale Price Litigation, MDL No. 1456, Civil Action
No. 01-CV-12257-PBS, United States District
Court for the District of Massachusetts

# HIGHLY
# CONFIDENTIAL

GSK-MDL-ZN02- 101585

# EXHIBIT C





Ursula B. Bartels
Vice President and Associate General Counsel

SENT VIA EXPRESS MAIL

February 22, 1995

Timothy D. Proctor
Senior Vice President, General Counsel and Secretary
Glaxo Inc.
Five Moore Drive
Research Triangle Park, NC 27709

Dear Tim:

This is in response to your letter to Charles Wakerley dated February 6, 1994 regarding Kytril promotion. First, permit me to say that we appreciate your bringing these matters to our attention. We are in agreement that self-policing on these matters is in the best interest of the industry. To that end, in addition to responding to your letter, I have taken this opportunity to alert you to some ongoing concerns of SB relating to Zofran promotion, including: a homemade cost comparison piece that is very similar to the ones to which you have objected; a Fraud & Abuse concern regarding non-hospital reimbursement; and a promotional concern relating to several symposia sponsored by your subsidiary, Cerenex.

You letter was divided into four issues, which I will address in the order in which you raised them.

1. Alleged Promotion of Unapproved Kytril Doses

Your letter states that our promotional pieces contain data relating a 40 mcg./kg dose of Kytril. This was of concern to you since the approved dose of Kytril is 10 mcg./kg. As you may know, most of the clinical studies performed with Kytril were done with the 40 mcg dose. Dose ranging studies showed the doses of 10 mcg/kg and 40 mcg/kg to have comparable efficacy, and 10 mcg/kg was ultimately selected as the appropriate dosage. FDA has permitted us to use the 40 mcg data with appropriate statements, including the statement that "There was no statistically significant difference between the effect of these doses. Therefore the 10 mcg/kg was selected

**HIGHLY
CONFIDENTIAL**

as the recommended dose." All FDA guidelines regarding the use of the 40 mcg. data were observed in the production of the pieces that you referenced in your letter. Indeed, two of the pieces, the launch sales aid and Slim Jim KY1014, were pre-cleared with DDMAC at the time of the launch.

2. "Homemade" Cost Comparisons

My concern over these "homemade" pieces, particularly the Fraud & Abuse considerations that you point out, prompted me to call you on the date that I received your letter. At your suggestion, I spoke to Glaxo Associate General Counsel Adrianna Carter, and requested that she facilitate our further investigation of these materials by providing us with any further details Glaxo might have regarding where the pieces were found, who created them, etc. I have confirmed this request to Ms. Carter in writing. Any help that you could provide would be most appreciated.

Without more information, we are unable to confirm that any of these materials were generated by our sales consultants. We are further unable to explore what was intended by the content of these materials in respect of reimbursement issues. Notwithstanding these qualifications, our concern over the possibility of such potential violations prompted us to issue a phonemail broadcast reminder to all SB sales consultants. On February 7, 1995, SB Vice President of Sales, Walter Graham, strongly reminded all SB consultants that the use of "homemade" promotional materials and/or any encouragement of improper billing practices by physicians are serious breaches of SB policy and could subject the violator to discipline, up to and including termination of employment. The phonemail was followed-up by a memo to sales management.

Regarding similar concerns, we would like to draw your attention to reports we are receiving from our field force regarding reimbursement issues. In an apparent effort to increase reimbursement to physicians and clinics, effective 1/10/95, Glaxo increased AWP for Zofran by 8.5%, while simultaneously fully discounting this increase to physicians. The latter was accomplished by a 14% rebate available to wholesalers on all non-hospital Zofran sales of the multi-dose vial. The net effect of these adjustments is to increase the amount of reimbursement available to physicians from Medicare and other third party payors whose reimbursement is based on AWP. Since the net price paid to Glaxo for the non-hospital sales of the Zofran multi-dose vial is actually lower, it does not appear that the increase in AWP was designed to increase revenue per unit to Glaxo. Absent any other tenable explanation, this adjustment appears to reflect an intent to induce physicians to purchase Zofran based on the opportunity to receive increased reimbursement from Medicare and other third party payors. In fact, we have had numerous verbal reports from the field concerning Glaxo representatives who

HIGHLY
CONFIDENTIAL

GSK- MDL- KY04
000541

are now selling Zofran based on the opportunity for physicians to receive a higher reimbursement from Medicare and other third-party payors while the cost to the physician of Zofran has not changed.

Attachment 1 is an example of the kind of "homemade" cost comparisons that were being disseminated in the field by Glaxo representatives prior to the recent change in AWP. The piece contains two overt factual inaccuracies that are misleading to the reader. First, Kytril is an infusion, not an IV push as suggested in the piece. Second, the Kytril "J" code went into effect January 1, 1995. We will provide you with any more recent examples that are picked up in the field. To the extent that details are available regarding any such materials, we will be happy to provide them to you in order to facilitate your investigation.

3. Promotion in Symposia and Conferences

Under this heading you reference slides from a presentation made by Dr. Carl Friedman nearly a year ago (March 10, 1994) in Puerto Rico. With respect to your concern regarding the use of 40 mcg. data in this presentation, please refer to the information set forth above in paragraph 1.

Dr. Friedman's objective in this presentation was to give oncologists a basic understanding of SB's clinical trials with Kytril Injection. To that end, the slides referenced SB's clinical trials of Kytril versus chlorpromazine/dexamethasone. As you may be aware, these trials are included in the Kytril labeling. Additionally, the slides from this talk received the benefit of review and comment by DDMAC in connection with a separate presentation by another presenter. The one item included in Dr. Friedman's talk that was absent from the materials that received FDA review was the slide on Kytril versus metoclopramide/dexamethasone. As part of this investigation of the concerns raised by your letter, we have drawn this slide to the attention of Dr. Friedman and our Kytril Product team. To the extent that it contains information that is not part of the permitted labeling, it will not be used for promotional purposes.

The unreferenced pricing information which you included as part of Exhibit "O" was not part of Dr. Friedman's presentation. We are treating that piece as part of the materials addressed in point 2, above.

The second program to which you objected under this heading is a symposium entitled "Chemotherapy Induced Nausea and Vomiting - Past and Present". This CE accredited program was presented by the Oncology Nurses Association ("ONA") in association with Scientific Therapeutics Information, Inc. ("STI") in connection with the Oncology Nursing Society's 19th Annual Congress on May 5, 1994.

**HIGHLY
CONFIDENTIAL**

GSK- MDL- KYO4
000542

bcc:
Walt Graham
Bill DeVinney
Howard Pien
Jerry Karabelas
Colleen Bennett
Carl Friedman
Olivia Pinkett
Bob Pcwell
Dick Van Thiel

**HIGHLY
CONFIDENTIAL**

GSK- MDL- **KYO4**
000543



**SmithKline Beecham**

Ursula B. Bartels
Vice President and Associate General Counsel

RECEIVED

FEB 2 3 1995

R. H. VAN THIEL

SENT VIA EXPRESS MAIL

February

Timothy D. Proctor
Senior Vice President, General Counsel and Secretary
Glaxo Inc.
Five Moore Drive
Research Triangle Park, NC 27709

Dear Tim:

This is in response to your letter to Charles Wakerley dated February 6, 1994 regarding Kytril promotion. First, permit me to say that we appreciate your bringing these matters to our attention. We are in agreement that self-policing on these matters is in the best interest of the industry. To that end, in addition to responding to your letter, I have taken this opportunity to alert you to some ongoing concerns of SB relating to Zofran promotion, including: a homemade cost comparison piece that is very similar to the ones to which you have objected; a Fraud & Abuse concern regarding non-hospital reimbursement; and a promotional concern relating to several symposia sponsored by your subsidiary, Cerenex.

You letter was divided into four issues, which I will address in the order in which you raised them.

1. Alleged Promotion of Unapproved Kytril Doses

Your letter states that our promotional pieces contain data relating a 40 mcg./kg dose of Kytril. This was of concern to you since the approved dose of Kytril is 10 mcg./kg. As you may know, most of the clinical studies performed with Kytril were done with the 40 mcg dose. Dose ranging studies showed the doses of 10 mcg/kg and 40 mcg/kg to have comparable efficacy, and 10 mcg/kg was ultimately selected as the appropriate dosage. FDA has permitted us to use the 40 mcg data with appropriate statements, including the statement that "There was no statistically significant difference between the effect of these doses. Therefore the 10 mcg/kg was selected

**HIGHLY
CONFIDENTIAL**

GSK-MDL-KYO1
005532

as the recommended dose." All FDA guidelines regarding the use of the 40 mcg. data were observed in the production of the pieces that you referenced in your letter. Indeed, two of the pieces, the launch sales aid and Slim Jim KY1014, were pre-cleared with DDMAC at the time of the launch.

2. "Homemade" Cost Comparisons

My concern over these "homemade" pieces, particularly the Fraud & Abuse considerations that you point out, prompted me to call you on the date that I received your letter. At your suggestion, I spoke to Glaxo Associate General Counsel Adrianna Carter, and requested that she facilitate our further investigation of these materials by providing us with any further details Glaxo might have regarding where the pieces were found, who created them, etc. I have confirmed this request to Ms. Carter in writing. Any help that you could provide would be most appreciated.

Without more information, we are unable to confirm that any of these materials were generated by our sales consultants. We are further unable to explore what was intended by the content of these materials in respect of reimbursement issues. Nothwithstanding these qualifications, our concern over the possibility of such potential violations prompted us to issue a phonemail broadcast reminder to all SB sales consultants. On February 7, 1995, SB Vice President of Sales, Walter Graham, strongly reminded all SB consultants that the use of "homemade" promotional materials and/or any encouragement of improper billing practices by physicians are serious breaches of SB policy and could subject the violator to discipline, up to and including termination of employment. The phonemail was followed-up by a memo to sales management.

Regarding similar concerns, we would like to draw your attention to reports we are receiving from our field force regarding reimbursement issues. In an apparent effort to increase reimbursement to physicians and clinics, effective 1/10/95, Glaxo increased AWP for Zofran by 8.5%, while simultaneously fully discounting this increase to physicians. The latter was accomplished by a 14% rebate available to wholesalers on all non-hospital Zofran sales of the multi-dose vial. The net effect of these adjustments is to increase the amount of reimbursement available to physicians from Medicare and other third party payors whose reimbursement is based on AWP. Since the net price paid to Glaxo for the non-hospital sales of the Zofran multi-dose vial is actually lower, it does not appear that the increase in AWP was designed to increase revenue per unit to Glaxo. Absent any other tenable explanation, this adjustment appears to reflect an intent to induce physicians to purchase Zofran based on the opportunity to receive increased reimbursement from Medicare and other third party payors. In fact, we have had numerous verbal reports from the field concerning Glaxo representatives who

**HIGHLY
CONFIDENTIAL**

**GSK-MDL-KYO1**
005533

are now selling Zofran based on the opportunity for physicians to receive a higher reimbursement from Medicare and other third-party payors while the cost to the physician of Zofran has not changed.

Attachment 1 is an example of the kind of "homemade" cost comparisons that were being disseminated in the field by Glaxo representatives prior to the recent change in AWP.  The piece contains two overt factual inaccuracies that are misleading to the reader.  First, Kytril is an infusion, not an IV push as suggested in the piece.  Second, the Kytril "J" code went into effect January 1, 1995.  We will provide you with any more recent examples that are picked up in the field.  To the extent that details are available regarding any such materials, we will be happy to provide them to you in order to facilitate your investigation.

3. Promotion in Symposia and Conferences

Under this heading you reference slides from a presentation made by Dr. Carl Friedman nearly a year ago (March 10, 1994) in Puerto Rico.  With respect to your concern regarding the use of 40 mcg. data in this presentation, please refer to the information set forth above in paragraph 1.

Dr. Friedman's objective in this presentation was to give oncologists a basic understanding of SB's clinical trials with Kytril Injection.  To that end, the slides referenced SB's clinical trials of Kytril versus chlorpromazine/dexamethasone.  As you may be aware, these trials are included in the Kytril labeling.  Additionally, the slides from this talk received the benefit of review and comment by DDMAC in connection with a separate presentation by another presenter.  The one item included in Dr. Friedman's talk that was absent from the materials that received FDA review was the slide on Kytril versus metoclopramide/dexamethasone.  As part of this investigation of the concerns raised by your letter, we have drawn this slide to the attention of Dr. Friedman and our Kytril Product team.  To the extent that it contains information that is not part of the permitted labeling, it will not be used for promotional purposes.

The unreferenced pricing information which you included as part of Exhibit "O" was not part of Dr. Friedman's presentation.  We are treating that piece as part of the materials addressed in point 2, above.

The second program to which you objected under this heading is a symposium entitled "Chemotherapy Induced Nausea and Vomiting - Past and Present".  This CE accredited program was presented by the Oncology Nurses Association ("ONA") in association with Scientific Therapeutics Information, Inc. ("STI") in connection with the Oncology Nursing Society's 19th Annual Congress on May 5, 1994.

HIGHLY
CONFIDENTIAL

GSK-MDL-KYO1
005534

Contrary to the suggestion made in your letter, our investigation has disclosed that this symposium was conducted pursuant to a Grant Agreement that conforms in all respects to FDA's Draft Policy on Industry Supported Scientific and Educational Activities ("Draft Policy"). Consistent with that Draft Policy, ONA/STI had complete control over the content of the program, and the agreements specifically recite that "[t]he program will be independent of SB's influence".

Finally, we note that Glaxo's Cerenex Pharmaceuticals division sponsored no fewer than four symposia at the same conference. (See Attachment 2). In fact, three of the four symposia appear to be repeat performances of the same presentation, held from 6:00 to 8:00 on the three successive mornings of the conference. As you know, FDA's Draft Policy notes that repeated performances are a primary factor to be considered in determining the "independence" of a particular program. In fact, the Draft Policy states that "If multiple performances of the same program are held, the agency may exercise a higher level of scrutiny compared with single programs." (57 FR 56412, 56413 (November 27, 1992)).

4. Promotion of Unapproved Tablet Form of Kytril

Your letter states that a journal article on the topic of Kytril oral was "delivered to a healthcare professional by an SKB representative last month". As noted above, I requested that Ms. Carter send me any additional information that she can find regarding this alleged incident. Upon receipt of such information, we will investigate the matter further and take whatever actions are warranted. Consistent with federal law and regulations, it is against SB policy for employees to commercialize unapproved products or indications.

I hope that you find this letter to be responsive to your concerns. To the extent that you are able to provide us with any additional details, we will continue our investigation and provide you with a further reply if warranted. Regarding the issues raised in connection with Glaxo promotion, we would appreciate your assurances that appropriate investigation and follow-up will occur.

Very truly yours,

Ursula B. Bartels

cc: Charles Wakerley

Enclosure

GSK-MDL-KYO1
005535

HIGHLY
CONFIDENTIAL

bcc:
Walt Graham
Bill DeVinney
Howard Pien
Jerry Karabelas
Colleen Bennett
Carl Friedman
Olivia Pinkett
Bob Powell
Dick Van Thiel

GSK-MDL-KYO1
005536

HIGHLY
CONFIDENTIAL

1

HIGHLY
CONFIDENTIAL

GSK-MDL-KYO1
005537

Attachment 1

ZOFRAN AWP=$214/40MG=$5.35/MG
$171.20/32MG   80%(AWP)=$136.96

KYTRIL AWP $166/ML
$132.80/10McGM

ZOFRAN CONTRACT $172/40MG=$4.30MG
$137.60/32MG

ZOFRAN 32MG=$137.60
KYTRIL 10McGM=$132.80   DIFF $4.80

REIMB: ZF-CHEMO INFUSION 1HR (CODE 96410)
$44.95 X 80%=$35.96
KYTRIL IV PUSH   $25.90 X 80%=$20.72
DIFF REIMB   $15.24
Z-CODE ZOFRAN J-2405
KYTRIL CANNOT APPLY FOR J CODE TILL APRIL 1995 WILL
BE JAN 1996 TO RECEIVE CODE

ZOFRAN MDV* CONTAINS PRESERVATIVES* CAN USE LEFTOVER
MEDICATION AFTER 24HRS* ELIMINATES ANY WASTE*
KYTRIL SDV* MUST DISCARD AFTER OPENED IN 23HRS*

MEDICARE FEE SCHEDULE RESTRICTIONS: MEMO AUG 1992
SEPARATE PAYMENTS MAY BE MADE FOR EACH CHEMO AGENT
FURNISHED ON DAY OF CHEMOTHERAPY ADMINISTERED USING
HCPCS CODES TO BILL FOR DRUGS USED. IF,HOWEVER, MULTIPLE
DRUGS ARE FURNISHED SEPARATELY, ONLY A SINGLE CHEMO
THERAPY ADMINISTRATION CODE SHOULD BE USED. THEREFORE,
IF MULTIPLE DRUGS ARE ADMINISTERED BY *PUSH* TECHNIQUE,
ONLY ONE ADMINISTRATION CODE WILL BE RECOGNIZED.
SIMILARLY, IN CASES WHERE CHEMOTHERAPY ADMINISTRATION
FOR ONE DRUG IS BY INFUSION AND FOR ANOTHER DRUG BY
PUSH, ONLY THE INFUSION CODE WILL BE REIMBURSED.
* reimbursement greater for infusion

HIGHLY
CONFIDENTIAL

GSK-MDL-KYO1
005538

2

*HIGHLY CONFIDENTIAL*

GSK-MDL-KYO1
005539

Attachment 2

ONCOLOGY NURSING SOCIETY 19TH ANNUAL CONGRESS
MAY 4-7, 1994/CINCINNATI, OHIO

ANCILLARY EDUCATIONAL PROGRAMS SCHEDULE

| DATE | TIME | EDUCATIONAL PROGRAM/SPONSOR |
|------|------|------------------------------|
| WEDNESDAY, MAY 4 | 6:00 AM - 8:00 AM | SYMPOSIA<br>Sponsored by CEREMEX PHARMACEUTICALS |
| | 6:00 AM - 8:00 AM | EMPOWERING THE NURSE: APPLYING NEW FINDINGS<br>TO CLINICAL PRACTICE<br>Sponsored by AMGEN |
| | 6:30 AM - 8:30 AM | COMMUNICATING ABOUT NSCLC: THE NURSING ROLE IN<br>HELPING PATIENTS UNDERSTAND<br>SPONSORED BY BURROUGHS WELLCOME CO. |
| | 6:30 AM - 9:00 AM | SYMPOSIA<br>Sponsored by ROCHE |
| | 1:00 PM - 3:00 PM | SYMPOSIA<br>Sponsored by ROCHE |
| | 7:00 PM - 10:00 PM | THE AHCPR CHRONIC CANCER PAIN MANAGEMENT GUIDELLINES:<br>MOVING FROM THE BOOKSHELF INTO PRACTICE<br>Sponsored by THE PURDUE FREDERICK COMPANY |

GSK-MDL-KYO1
005540

HIGHLY
CONFIDENTIAL

ONCOLOGY NURSING SOCIETY 19TH ANNUAL CONGRESS
MAY 4-7, 1994/CINCINNATI, OHIO

ANCILLARY EDUCATIONAL PROGRAMS SCHEDULE

| DATE | TIME | EDUCATIONAL PROGRAM/SPONSOR |
|---|---|---|
| THURSDAY, MAY 5 | 6:00 AM - 8:00 AM | SYMPOSIA<br>Sponsored by CERENEX PHARMACEUTICALS |
| | 6:00 AM - 8:30 AM | FIGHTING FATIGUE: NURSING ISSUES IN CANCER MANAGEMENT<br>Sponsored by ORTHO BIOTECH, INC. |
| | 6:00 AM - 8:30 AM | BREAST CANCER REHABILITATION: EXPLORING THE ROLE OF THE<br>MASTECTOMY NURSE PROSTHETIST<br>Sponsored by COLOPLAST |
| | 6:00 AM - 8:30 AM | COMMUNICATING ABOUT NSCLC: THE NURSING ROLE IN<br>HELPING PATIENTS UNDERSTAND<br>Sponsored by BURROUGHS WELLCOME CO. |
| | 7:00 AM - 8:30 AM | MULTI CHANNEL TECHNOLOGY IN THE BONE MARROW PATIENT<br>Sponsored by ABBOTT, HOSPITAL PRODUCTS DIVISION |
| | 1:00 PM - 3:00 PM | SYMPOSIA<br>Sponsored by JANSSEN PHARMACEUTICA |
| | 1:15 PM - 2:45 PM | UNIT BASED NURSING RESEARCH<br>Sponsored by NATIONAL INSTITUTE OF HEALTH,<br>CLINICAL CENTER NURSING DEPARTMENT |
| | 5:00 PM - 9:00 PM | CHEMOTHERAPY-INDUCED NAUSEA AND VOMITING:<br>PAST AND PRESENT<br>Sponsored by SMITH KLINE BEECHAM PHARMACEUTICALS |
| | 5:45 PM - 10:00 PM | KEEPING PACE WITH PAIN MANAGEMENT<br>Sponsored by KNOLL PHARMACEUTICAL COMPANY |
| | 6:30 PM - 9:00 PM | COMMUNICATING ABOUT NSCLC: THE NURSING ROLE IN<br>HELPING PATIENTS UNDERSTAND<br>SPONSORED BY BURROUGHS WELLCOME CO. |

DWU/4U (12/3/94)

HIGHLY
CONFIDENTIAL

GSK-MDL-KYO1
005541

ONCOLOGY NURSING SOCIETY 19TH ANNUAL CONGRESS
MAY 4-7, 1994/CINCINNATI, OHIO

## ANCILLARY EDUCATIONAL PROGRAMS SCHEDULE

| DATE | TIME | EDUCATIONAL PROGRAM/SPONSOR |
|---|---|---|
| FRIDAY, MAY 6 | 6:00 AM - 8:00 AM | SYMPOSIA<br>Sponsored by CERENEX PHARMACEUTICALS |
| | 6:00 AM - 8:30 AM | COMMUNICATING ABOUT NSCLC: THE NURSING ROLE IN HELPING PATIENTS UNDERSTAND<br>Sponsored by BURROUGHS WELLCOME CO. |
| | 6:00 AM - 8:30 AM | BREAST CANCER REHABILITATION: EXPLORING THE ROLE OF THE MASTECTOMY NURSE PROSTHETIST<br>Sponsored by COLOPLAST |
| | 6:00 AM - 8:30 AM | ORAL SYMPTOMS MANAGEMENT FOR IMPROVING PATIENT QUALITY OF LIFE<br>Sponsored by UNIMED, INC. |
| | 6:30 AM - 8:30 AM | PATIENT DIRECTIVES IN CANCER CARE: ETHICS AND DECISION-MAKING<br>Sponsored by WYETH-AYERST LABORATORIES |
| | 7:00 AM - 8:30 AM | ONCC BREAKFAST<br>Sponsored by WYETH-AYERST LABORATORIES |
| | 1:00 PM - 3:00 PM | PRIVATE PRACTICE NURSING<br>Sponsored by PHARMACIA ADRIA |
| | 1:15 PM - 2:45 PM | COMFORTING CHILDREN DURING RADIO-THERAPY<br>Sponsored by SCHERING |
| | 6:30 PM - 9:00 PM | COMMUNICATING ABOUT NSCLC: THE NURSING ROLE IN HELPING PATIENTS UNDERSTAND<br>Sponsored by BURROUGHS WELLCOME CO. |
| SATURDAY, MAY 7 | 5:00 PM - 9:00 PM | QUALITY OF LIFE ISSUES DURING THE ACUTE AND LONG-TERM SURVIVORSHIP PERIOD: PATIENT STORIES<br>Sponsored by CERENEX PHARMACEUTICALS, DIVISION OF GLAXO, INC. |

HIGHLY
CONFIDENTIAL

GSK-MDL-KYO1
005542

# EXHIBIT D



*Glaxo*



Adrianna L. Carter
Assistant General Counsel

April 25, 1995



Ursula B. Bartels, Esq.
Vice President and Associate
      General Counsel
SmithKline Beecham
One Franklin Plaza
P.O. Box 7929
Philadelphia, PA 19101

Dear Ms. Bartels:

This is in response to your February 22 letter to Timothy Proctor which was in response
to a letter from Mr. Proctor dated February 6, 1995.  We appreciate your prompt
response and the actions you have taken to address some of the issues identified in
Mr. Proctor's letter.  However, it is clear from your letter, and we would agree, that
several key issues remain unresolved.  These issues are addressed below.

1.    Promotion of Unapproved Kytril™ (granisetron HCL) Doses

Your response to our objection to the use of unapproved doses and the omission of fair
balance in Kytril promotional pieces was that the FDA had essentially reviewed and
approved the data presentations used to promote Kytril.  This raises the issue of
fairness for Glaxo since the FDA has recently objected to the distribution of dose
ranging studies for Zofran® (ondansetron hcl) on the grounds that the studies contain
unapproved doses.  In addition, the FDA has apparently imposed upon Glaxo a more
stringent standard for fair balance in promotional pieces.  Given this, we will pursue
these issues directly with DDMAC from the standpoint that the restrictions imposed on
Zofran in these areas should be no more restrictive than those applicable to Kytril.

2.    Distribution of "Homemade" Cost Comparisons

Attachment A is being provided in response to your request for additional information
regarding the examples included in the February 6 letter of improper homemade cost

                                                       GSK- MDL- **KYO3**
                                                             000194

HIGHLY
CONFIDENTIAL

Glaxo Inc.  ·  Five Moore Drive  ·  Research Triangle Park, North Carolina 27709  ·  919 248-2751  ·  Fax 919 549-5074

Ursula B. Bartels, Esq.
April 25, 1995
Page 2

comparisons distributed to health care professionals by SKB representatives. This attachment includes, where this information was available, the names of the cities where the homemade pieces (which were included as attachments to Mr. Proctor's February 6 letter) were discovered. In a few cases, we were able to identify and have provided to you the name of the SKB representative who left the materials. I have also included as Exhibit A1 a recent example of the type of homemade materials described in the February 6 letter. As you can see, this one includes the business card of the SKB representative who distributed the piece. This piece contains a price comparison that does not meet the standards set out by FDA. In addition, false and misleading statements are made about Zofran, including a statement that retreatment with tablets is required when Zofran is administered. Exhibit A2 is another example of an inappropriate price comparison. The comparison, along with a copy of a letter from M. D. Anderson Cancer Center and the antimetic guidelines for Sloan Kettering, were left by Stan Wallace of Decatur, Alabama with the Tennessee Valley Blood and Cancer Center. Exhibit A3 is another recent example left by an SKB representative in the Tidewater, Virginia area. Exhibit A4 which provides out of label stability information on Kytril was left recently by An SKB representative named Jack W. Griffith.

Your letter of February 22 included a homemade piece allegedly left with a healthcare professional by a Cerenex representative. As stated in your letter, it is difficult if not impossible to investigate these cases when no information as to the place and parties involved is provided. Therefore, we are requesting that any available information, including the place and date when the material was left, along with the and name of the individual who allegedly left the piece, be provided to us. Glaxo has a strict policy prohibiting the use and/or distribution of homemade materials. Our representatives have been recently reminded of this policy by voice mail and through a written communication which required a written acknowledgment of their receipt and understanding of this policy. For this reason, we are particularly interested in the date this sheet was allegedly distributed.

3.      Fraud and Abuse Issues

Your letter of February 22 states your concern regarding reimbursement issues associated with its recent price increase for Zofran Injection. According to this letter, "this [price] adjustment appears to reflect an intent to induce physicians to purchase Zofran based on the opportunity to receive increased reimbursement to Medicare. . ." and Glaxo representatives "are now selling Zofran based on the opportunity for physicians to receive a higher reimbursement from Medicare and other third-party payers while the cost to the physician of Zofran has not changed." We do not agree with the implication that a routine, across the board price increase on a product represents illegal remuneration. It is true that, despite a price increase, some physicians and other healthcare professionals will not see the higher price as the result of rebates or other incentives. Any rebates or other incentives offered by Glaxo to

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO3
000195

Ursula B. Bartels, Esq.
April 25, 1995
Page 3

providers comply with the requirements of Section 1128(b) of the Social Security Act applicable discount "safe harbor" regulations in 42 C.F.R. §1001.952 (h).  It is also true that our sales representatives have been explaining the relationship between the price and Medicare reimbursement for Zofran to physicians.  However, unlike SKB personnel, Glaxo representatives are not promoting Zofran on the grounds that the Medicare "profit" is more favorable than those for competing products.

In addition, SKB representatives have been instructing physicians to use one vial of Kytril for two or three patients and file claims indicating that they had in fact used one separate vial for each patient.  This is reflected in some of the homemade pieces included in Tim Proctor's February 6 letter.  We, nevertheless, appreciate the actions described in your letter to put an end to these activities.  Unfortunately, despite your efforts, these activities are still ongoing.  As an example, I have included as Exhibit A5 a copy of a homemade piece which was left by an SKB representative named M. J. Bartolomeo at a doctor's office in Michigan.  The piece presents (incorrect) "profit" comparisons between Zofran and Kytril and also incorrectly indicates that Kytril is reimbursed at 100% while Zofran is reimbursed at the 80% level.  The piece also recommends unapproved dosage levels for Kytril.  Exhibit A6 includes examples of materials being left with physicians containing false and misleading comparisons between granisetron and Zofran.

4.    Promotion in Symposia and Conferences

The letter of February 7 also objected to a symposium entitled "Chemotherapy Induced Nausea and Vomiting-Past and Present."  This symposium presented unapproved objectionable claims for Kytril, including comparative comparisons between Kytril and Zofran.  Your response was that the symposium "conforms in all respects to the FDA's Draft Policy on Industry Supported Scientific and Educational Activities ('Draft Policy')."  That policy states that the agency will not attempt to regulate programs that are educational and nonpromotional in nature.  The Draft Policy also expresses a strong willingness to examine all relevant facts including the existence of a written agreement to determine if, in fact, a program is independent.  Areas of inquiry would include the level of involvement of the supporting company of the program content and objectivity and balance "when a product marketed by the company or in competition with such product is to be the subject of substantial discussion."

The presentation given by Lorraine Baltzer Cleri as part of this symposium would not meet the standards set out by the FDA.  Ms. Cleri's presentation was clearly a promotional discussion of Kytril.  The introduction to the presentation includes statements such as, "Studies in the ferret have also shown that the duration of effect of granisetron is twice that see with ondansetron." and "In this study, more patients preferred granisetron over the other two agents (P<.001)."  The introduction and the slides also include extensive materials regarding a comparison of higher than approved

HIGHLY
CONFIDENTIAL

Ursula B. Bartels, Esq.
April 25, 1995
Page 4

doses of Kytril with lower than approved doses of Zofran.  It is also obvious that some of Ms. Cleri's slides had been prepared by SKB.  At least one of them can be found in the SKB-generated presentation of Dr. Friedman which was included in the February 6 letter to Mr. Wakerley as Exhibit "O".  Given this, our position remains that SKB is improperly using company-sponsored symposia to disseminate inappropriate and misleading information on Zofran and Kytril.  More recently, SKB representatives in the Cincinnati and Dayton, Ohio areas have used meetings, which included dinner and a Broadway show, to compare an out of label dose of Zofran (8 mg) with an out of label dose of Kytril (3 mg).  The Pharm D making this presentation also included in the presentation a cost comparison between Zofran and Kytril.  I have also included as Exhibit B a copy of a booklet entitled "Symposium Highlights Bulletin" which was mailed out to members of ASHP.  The Bulletin contains highlights of a December 7, 1994 SKB sponsored ASHP symposium entitled "Therapeutic Consideration for Antiemetic Therapy in Oncology Patients."  Like the symposium described above, this presentation appears to be nothing more than a promotional program for Kytril.  Invalid or out of label information was presented on Kytril and Zofran.  The summary ends with a discussion which purports to prove that granisetron is more cost effective than ondansetron.  This is another example of a program that does not meet the FDA standards for independent programs.

Your February 22 letter indicates that you may have some concerns about the Glaxo symposia held during the same meeting as the one described above.  Attached as Exhibit B1 is a copy of the pamphlet which described these symposia.  These three symposia, entitled "The Cancer Experience in the Family," "Aggressive Cancer Treatment: Spotlight on Quality of Life," and "Nausea and Vomiting: Combining Holistic Care with Scientific Knowledge," met all the standards for independence and did not serve as vehicles to make promotional presentations on Zofran.

5.      Promotion of Kytril Tablets

Finally, your letter of February 22 requested additional information on the preapproval promotion of Kytril Tablets.  The reprint entitled: Oral granisetron alone and in combination with dexamethasone: "A double-blind randomized comparison against high dose metoclopramide plus dexamethasone in prevention of cisplatin-induced emesis" which was included as Exhibit O of the February 6 letter was most recently left with an account in early February by Glenda Lewis, a SKB representative.  I have also attached as Exhibit C a copy of a flyer handed out by an SKB representative named Phil Ra.  As you can see, the flyer is an invitation to a presentation on Kytril Tablets.  The Cincinnati/Dayton, Ohio meetings described above have also included a preapproval discussion on the use of Kytril Tablets.

HIGHLY
CONFIDENTIAL

Ursula B. Bartels, Esq.
April 25, 1995
Page 5

As stated previously, we do appreciate the response we have gotten to date to our concerns.  I look forward to resolving the remaining issues in a similar, expeditious manner.

Very truly yours,

Adrianna L. Carter

ALC/mj

Attachments

**HIGHLY
CONFIDENTIAL**

GSK- MDL- **KYO3**
000198

| Attachment | Area | SKB Rep |
|------------|------|---------|
| D | Miami, VA | |
| E | Ocean County, NJ | |
| F | Denville, NJ | Heidi Haas |
| G | Escondido, CA | |
| H | Nashville, TN | |
| I | _____ | |
| J | Brunswick, GA | |
| K | Taunton, MA | |
| L | Denville, NJ | Heidi Haas |
| M | Darien, IL | |
| N | Portland, OR (Kytril v. Zofran cost sheet) Philadelphia, PA | |

("Monthly Cost Savings")
    Midland, TX

(Cost Calculator Sheet-Kytril)
    Ocean County, NJ

*HIGHLY
CONFIDENTIAL*

GSK- MDL- **KYO3**
000199

EXHIBIT Al

**SB**
**SmithKline Beecham**
*Pharmaceuticals*

**Jim Dymski**
Senior Pharmaceutical Consultant
Hospital Product Specialist

427 Hogestown Road, Mechanicsburg, PA 17055
Telephone (717) 691 1196. Regional Office (609) 596 5338.

1/16/95

Diane,

Here is the information we spoke
about on the phone last week.
I have continued to try to get
in contact w/ Rich in Pharmacy
with no luck @ all.

I hope a direct request from
Dr Carter to have Kytril
available for use in both office
and hospital will be the
step to have Kytril available
for your evaluation.

Price information is as follows
$173.00 for Zofran 40mg multi use vial
$132.00 for Kytril

* Various cost comparison for different pts.

32mg Zofran = $139.20 per patient
.7 mg of Kytril = 92.40 per patient
70 kg pt 10 mg/kg $46.80 per patient savings

24 mg Zofran = $104.40 per patient
.7 mg of Kytril = 92.40 per patient
70 kg pt 10 mg/kg $12.00 per patient savings

© 1996 DAY RUNNER, INC. All Rights Reserved.          ORDER No. 031-2

HIGHLY
CONFIDENTIAL

GSK- MDL- **KYO3**
000200

Dosing of Kytril is based on
patient weight 10 umg/kg.

Cost savings not noticed right up
front is the lack of readministering.
Kytril doesn't need to be
readministered, Zofran may need
oral tablet follow up. Kytril
has the advantage of much longer
half life.

Jim

P.S. See you thurs @ CPOB.

HIGHLY
CONFIDENTIAL

© 1988, DAY RUNNER, INC. All Rights Reserved.          ORDER No. 031-3

GSK- MDL- KYO3
000201

EXHIBIT A2

$ 16,796.00 **PROCRIT**
**EPOETIN ALFA**

Available in 2000, 3000, 4000, and 10,000 U/mL single-use vials.
Supplied in packages of six.

KYTRIL = 1 mg Vial per patient
$115.00 — per vial cost
$166.00 — Medicare allowance
$51.00 — profit

ZOFRAN — 32 mis per patient
$128.00 — cost for 32 mg
166.08 — medicare allowance
$38.08 — profit

$51.00 — profit from Kytril
$38.02 — profit from Zofran
$12.92 more per Kytril pt

$12.92
× 25 — medicare patents per wk
$323.00 — per week
× 52.00 — weeks per year
$16,796 —

HIGHLY
CONFIDENTIAL

## THE UNIVERSITY OF TEXAS
## M.D. ANDERSON CANCER CENTER

Division of Pharmacy-80

April 13, 1994

# M E M O R A N D U M

**TO:**    Michael J. Keating, M.D.
Chairman, Pharmacy and Therapeutics Committee

**FROM:**    Roger W. Anderson
Head, Division of Pharmacy

**SUBJ:**    Formulary Status of Granisetron (Kytril®) Injection

Following the preliminary review of granisetron injection at the March 2, 1994 Pharmacy and Therapeutics Committee meeting, we have conducted an extensive analysis of this agent. Emphasis of this review has been on the potential therapeutic and fiscal impact of this anti-emetic agent for our patients and the institution. The initial Pharmacy and Therapeutics Committee recommendation was to take no formulary action until specific pricing information is available and until efforts toward comparative ondansetron-granisetron clinical trials are pursued. A protocol for a comparative ondansetron-granisetron clinical trial (co-sponsored by Glaxo and Smith Kline-Beecham, including free drug) will be submitted to the Surveillance Committee in April. In addition, a price quote was given to us on April 12, 1994. Conversion of current IV ondansetron doses of 30mg/day to granisetron 1mg IV (fixed dose) would result in an annual cost savings of approximately 1.5 million dollars. Discussions with personnel at Memorial Sloan-Kettering reveal that preliminary use (approximately 40 patients) of granisetron 1mg IV with dexamethasone 20mg has been as effective as ondansetron 30mg plus dexamethasone. Also, no additional daily granisetron doses have been required.

Based on the economic impact of this solid price quote for granisetron, and on preliminary clinical findings, I feel that we should pursue the immediate addition of granisetron to the formulary and to closely monitor and document the efficacy of this agent.

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO3
000203

*Sloan Kettering*

## MSKCC ANTIEMETIC GUIDELINES

*Adult*

### ACUTE EMESIS REGIMEN:

#### Dexamethasone Plus a Serotonin Antagonist

All adult patients receiving granisetron or ondansetron should be treated concomitantly with DEXAMETHASONE. An exception exists for Leukemia, Lymphoma, Multiple Myeloma and Bone Marrow Transplant Patients for whom specific protocols should be referred to.

DEXAMETHASONE     20 mg IV x 1 given 15 minutes prior to chemotherapy. Administer over 15 minutes.

#### Highly Emetogenic:

GRANISETRON     10 mcg/kg IVPB 30 minutes before chemotherapy x 1 dose. Administer over 5 minutes

#### Moderately Emetogenic:

GRANISETRON     10 mcg/kg IVPB 30 minutes before chemotherapy x 1 dose. Administer over 5 minutes.

#### Mildly Emetogenic:

ONDANSETRON     8 mg IVPB 30 minutes before chemotherapy x 1 dose. Administer over 15 minutes.

#### Continuous Infusion:

ONDANSETRON     8 mg IVPB given 30 minutes prior to chemotherapy on Day 1 only. Administer over 15 minutes. Follow immediately with:

ONDANSETRON     25 mg/250 cc $D_5W$ to infuse at 10 cc/hour (Rate 1 mg/hour) for 24 hours x _____ days.

### BREAKTHROUGH EMESIS REGIMEN:

If a patient requests additional antiemetics or vomits ≥ 3 times, give:

Metoclopramide     (2 mg/kg) _____ mg IVPB x 1 dose then q 3 - 4 hours, PRN ONLY for nausea and vomiting.

Diphenhydramine     50 mg IV every 30 minutes PRN ONLY for restless or acute dystonic reactions.

### DELAYED EMESIS REGIMEN:

To begin at 6 am the day following chemotherapy:

Metoclopramide     (0.5 mg/kg) _____ mg IV QID x 1 day (Day 1), then
(0.5 mg/kg) _____ mg IV/PO QID x 1 day (Day 2).

Dexamethasone     8 mg IV BID x 1 day (Day 1), then
8 mg PO/IV BID x 1 day (Day 2), then
4 mg PO IV BID x 2 days (Days 3 & 4)

Diphenhydramine     50 mg PO every 4 hours PRN for restlessness or acute dystonic reactions

**HIGHLY CONFIDENTIAL**

*Pediatrics*

GRANISETRON     20 mcg/kg IVPB 30 minutes before chemotherapy x 1 dose. Administer over 5 minutes.

GSK- MDL- **KYO3**
000204

EXHIBIT A3

## SB
## SmithKline Beecham
### Pharmaceuticals

ANTI-EMETIC COST ANALYSIS

| PRODUCT | COST/VIAL | AVG/DOSE | COST/DOSE | % |
|---------|-----------|----------|-----------|---|
| KYTRIL (GRANISETRON) 1MG/1ML VIAL | $111.95 | 0.7MG | $78.37 | 36% |
| ZOFRAN (ONDANSETRON) 2MG/20ML VIAL | $161.00 | 32MG | $128.80 | – |

3/1  ↑ 172.92                    131.33

| TOTAL VIALS PURCHASED | ZOFRAN $ | KYTRIL $ | SAVINGS WITH KYTRIL |
|-----------------------|----------|----------|---------------------|
| 450 | $72,450 | $50,400 | $22,050 |
| 500 | 80,500 | 56,000 | 24,500 |
| 550 | 88,550 | 61,600 | 26,950 |
| 600 | 96,660 | 67,200 | 29,400 |
| 650 | 104,650 | 72,800 | 31,850 |
| 700 | 112,700 | 78,400 | 34,300 |
| 750 | 120,750 | 84,000 | 36,750 |
| 800 | 123,300 | 89,600 | 39,200 |

*DRUG COSTS FROM FLORIDA INFUSION ON JANUARY 31, 1995.

*AVERAGE DOSE COMPARISON BASED ON A 70 KG PATIENT.

*ZOFRAN PRICE DOES NOT INCLUDE A 8.5% INCREASE STARTING ON FEBRUARY 1, 1995.

**HIGHLY CONFIDENTIAL**

GSK- MDL- **KYO3**
000205



**SmithKline Beecham**
**Pharmaceuticals**

EXHIBIT A4

**Jack W. Griffith**
Senior Key Physician Specialist

P.O. Box 749, Redlands, CA 92373
Regional Office (714) 588 1525.

*ETODOLAC* TABLETS **400** mg

5 5 llbs    1/4

1 1 0        il

1 6 5        3/4

2 2 0        1 ml

K y tril

Room typ   3 days
Refer       7 in
Frozen      30 days

**WYETH-AYERST**

*A·H·ROBINS*



**HIGHLY
CONFIDENTIAL**



**SmithKline Beecham**
*Pharmaceuticals*

March 21, 1995

I am writing in response to your request for information regarding the efficacy and safety of *Kytril* (granisetron hydrochloride, SmithKline Beecham Pharmaceuticals) Tablets for the prevention of nausea and vomiting associated with emetogenic chemotherapy.

### Overview of *Kytril* Tablets

Granisetron is a potent and highly selective antagonist of the serotonin-3 (5-HT$_3$) subtype of serotonin receptor and has negligible affinity for other receptors, including other subtypes of serotonin receptors and dopamine-2 receptors. In preclinical studies, granisetron produced an insurmountable blockade of vagus nerve 5-HT$_3$ receptors at serotonin concentrations of up to 100 micromolar.[1,2]

*Kytril* Tablets are indicated for the prevention of nausea and vomiting associated with initial and repeat courses of emetogenic cancer therapy, including high-dose cisplatin. The efficacy of oral *Kytril* in preventing nausea and vomiting associated with emetogenic chemotherapy has been documented in several small preliminary studies,[3-6] and in large randomized, double-blinded studies.[7-12] The recommended regimen for *Kytril* Tablets is two 1 mg tablets given on each day of chemotherapy administration.

HIGHLY
CONFIDENTIAL

GSK- MDL- **KYO3**
'000207

One Franklin Plaza, PO Box 7929, Philadelphia, PA 19101    Telephone (215) 751 4000    Fax (215) 751 3400

- 2 -

The first tablet should be given up to 1 hour prior to chemotherapy and the second tablet should be given 12 hours after the first dose.[13] No dosage adjustment is recommended for elderly patients, or for patients with renal or hepatic impairment.

*Kytril* Tablets have been well tolerated in clinical trials. The most common adverse events noted during therapy with *Kytril* were constipation and headache. Other events reported include asthenia, abdominal pain, diarrhea and dizziness;[13] however, a causal relation of these events with *Kytril* Tablets is unclear.

*Kytril* is also available as an injectable product which is indicated for the prevention of nausea and vomiting associated with initial and repeat courses of emetogenic cancer therapy, including high-dose cisplatin. The recommended regimen of *Kytril* Injection is a single 10 mcg/kg dose infused intravenously (IV) over 5 minutes, beginning within 30 minutes prior to the initiation of chemotherapy, and given only on the day(s) of chemotherapy.[14]

### Dose-Ranging Studies

In a pilot study, 42 patients received one of the following oral *Kytril* regimens beginning 1 hour prior to the administration of chemotherapy: 0.25 mg x 1, 0.5 mg x 1, 1 mg twice daily x 2 doses or 2.5 mg twice daily x 2 doses.[3] Patients eligible for this study were chemotherapy naive and were to receive a cisplatin regimen ($\geq$ 50 mg/m²). Seven of the 9 patients who received the 2.5 mg regimen were classified as complete responders at 24 hours; an identical rate of complete response was noted with the 1 mg regimen. In contrast, only 1 of 12 patients who received the 0.25 mg dose and 2 of 12 patients who received the 0.5 mg doses were classified as complete responders to oral *Kytril*.

In a subsequent double blind study, the efficacy of oral *Kytril* was examined in 930 chemotherapy-naive patients (at least 18 years of age) who were scheduled to receive moderately emetogenic chemotherapy.[7-9] The chemotherapeutic agents permitted were:

- carboplatin ($\geq$ 300 mg/m²);
- cisplatin ($\geq$ 20 mg/m² and $\leq$ 50 mg/m²);
- cyclophosphamide (oral $\geq$ 100 mg/m²/day; intravenous $\geq$ 500 mg/m²);
- dacarbazine ($\geq$ 350 mg/m² and $\leq$ 500 mg/m²);
- doxorubicin ($\geq$ 40 mg/m² if used alone or $\geq$ 25 mg/m²); and
- epirubicin ($\geq$ 75 mg/m² if used alone or $\geq$ 50 mg/m²).



HIGHLY CONFIDENTIAL

- 3 -

The patients were randomized to receive oral *Kytril* at a dose of 0.25 mg, 0.5 mg, 1 mg or 2 mg twice daily for 7 days.[7-9]  The first dose of *Kytril* was administered 1 hour prior to the administration of chemotherapy and the subsequent doses were given at 12 hour intervals. The primary efficacy parameters were the proportion of patients who had a complete response (defined as no vomiting, no worse than mild nausea, received no additional antiemetics and not withdrawn from the study), the proportion of patients who had no vomiting and the proportion of patients who had no nausea at 24 hours.  In addition, the proportion of patients who had total control of nausea and vomiting (no vomiting, no nausea and no use of additional antiemetics) was also noted.  The response rates are provided in Table 1.[7,9]

Table 1
Response at 24 Hours

| Efficacy parameter | Dose of *Kytril* | | | |
| --- | --- | --- | --- | --- |
| | 0.25 mg bid (n=229) | 0.5 mg bid (n=235) | 1 mg bid (n=233) | 2 mg bid (n=233) |
| Complete response | 61% | 70%* | 81%*# | 72%* |
| No vomiting | 66% | 77%* | 88%* | 79%* |
| No nausea | 48% | 57% | 63%* | 54% |
| Total control | 45% | 55% | 60%* | 52% |

*$p < 0.01$, versus 0.25 mg bid
#$p < 0.01$, versus 0.5 mg bid

This study demonstrates that dosage regimens of 0.5 mg bid and greater were more effective than 0.25 mg bid; however, only the 1 mg bid regimen was superior to the 0.25 mg bid dosage on all efficacy parameters.  The complete response rates were not altered significantly if the 121 patients who received oral cyclophosphamide as their primary chemotherapy agent are excluded from analysis.[7,9]  Thus, the 1 mg bid dosage was the most effective regimen studied.

### Efficacy in
### Moderately Emetogenic Chemotherapy

The efficacy of oral *Kytril* in preventing nausea and vomiting associated with moderately emetogenic chemotherapy has been demonstrated in 3 double-blind studies, including the previously described dose-ranging study.[7,8,11,12]

**HIGHLY
CONFIDENTIAL**

GSK- MDL- **KYO3**
000209

In a second multicenter study, oral *Kytril* was compared with oral *Compazine* (prochlorperazine, SmithKline Beecham Pharmaceuticals) in 230 chemotherapy-naive patients ($\geq$ 18 years of age) who were scheduled to receive moderately emetogenic chemotherapy.[7,11] These patients were randomized to receive either 1 mg bid of *Kytril* Tablets or 10 mg bid of *Compazine* Spansules for 7 days. The permitted chemotherapy agents were identical to those listed for the prior study, with the exception that oral cyclophosphamide and epirubicin were not allowed. The primary endpoints for efficacy were the proportion of patients who had total control of nausea and vomiting (as previously defined) and the proportion who had a complete response (as previously defined) at 24 hours. Secondary endpoints included the percentage of patients who had no emesis, no nausea or no use of additional antiemetics in the first 24 hours and the time to first nausea or vomiting. The results of this study are summarized in Table 2.

Table 2
**Response to Oral *Kytril* or Oral *Compazine* at 24 Hours**

| Efficacy parameter | Study Group | |
|---|---|---|
| | Oral *Kytril* 1 mg bid (n=119) | Oral *Compazine* 10 mg bid (n=111) |
| Total control | 58%* | 33% |
| Complete response | 74%* | 41% |
| No vomiting | 82%* | 48% |
| No nausea | 58%* | 35% |
| No additional antiemetics | 94%* | 79% |

*p < 0.034

As noted in Table 2, *Kytril* was more effective than *Compazine* in each of the efficacy parameters at 24 hours. In addition, the time to first emesis or first nausea was significantly delayed in the patients treated with *Kytril* Tablets compared to those treated with *Compazine* (p < 0.02). On day 2, significantly more *Kytril*- (82%) than *Compazine*-treated (68%) patients were free from emesis (p = 0.016); however, no significant differences were noted in the proportion of patients who were free from nausea (53% vs 49%, respectively). The proportion of patients who were free from emesis or nausea on the subsequent days (days 3-7) did not differ between the two groups. Yet, the rate of complete response at 7 days favored *Kytril* over *Compazine* (47% vs 32%, respectively, p < 0.033). Thus, *Kytril* at a dose of 1 mg bid was more effective than *Compazine* 10 mg bid in the prevention of nausea and vomiting associated with moderately emetogenic chemotherapy.

HIGHLY
CONFIDENTIAL

GSK- MDL- **KYO3**
000210

- 5 -

In a third study, two regimens of oral *Kytril* were examined in 697 chemotherapy-naive patients who were scheduled to receive a moderately emetogenic chemotherapy regimen.[7,12] Beginning 1 hour prior to chemotherapy administration, the patients received either 1 mg bid or 2 mg once daily of oral *Kytril* in a randomized, double-blind fashion.  Once again, the efficacy measures included the proportion of patients who experienced total control of nausea and vomiting (as defined previously), and the proportion who had no nausea, no vomiting or no use of rescue medications.  The results are presented in Table 3.

Table 3
**Response to Oral *Kytril* at 24 Hours**

| Efficacy parameter | Study Group | |
| --- | --- | --- |
| | Oral *Kytril* 1 mg bid (n=354) | Oral *Kytril* 2 mg once daily (n=343) |
| Total control | 51% | 50% |
| No vomiting | 82% | 77% |
| No nausea | 51% | 53% |
| No additional antiemetics | 80% | 79% |

No statistically significant differences were noted between the two treatment groups on any of the efficacy variables.

**Efficacy in
Highly Emetogenic Chemotherapy**

The efficacy of oral *Kytril* was examined in a double-blinded study of 357 chemotherapy naive patients who were scheduled to receive a cisplatin-based chemotherapy regimen (mean cisplatin dose for each group was approximately 80 mg/m$^2$).[7,10]  Eligible patients were randomized to receive one of the following three antiemetic regimens:

   a) oral *Kytril* 1 mg bid beginning 1 hour prior to the initiation of chemotherapy and
      continuing for a total of 7 days,

   b) oral *Kytril* as described above plus a single 12 mg IV infusion of dexamethasone given
      5 minutes prior to chemotherapy, or

**HIGHLY
CONFIDENTIAL**

- 6 -

  c) intravenous metoclopramide (3 mg/kg just prior to chemotherapy followed by 4 mg/kg given as an 8 hour continuous infusion) plus a single dose of dexamethasone as described above; followed by an oral regimen of metoclopramide (10 mg tid) on days 1-6 (total regimen of 7 days).

Once again, the primary efficacy parameters (as previously defined) were the proportion of patients with total control of nausea and vomiting, complete response, no vomiting and no nausea at 24 hours.  The results of this study are shown in Table 4.[7,10]

Table 4
Response Rates at 24 Hours

| Efficacy parameter | Treatment Group | | |
|---|---|---|---|
| | *Kytril* (n=119) | *Kytril* + dex (n=117) | Metoclopramide/dex (n=121) |
| Total control | 44% | 55%* | 37% |
| Complete response | 52% | 65%# | 52% |
| No vomiting | 56% | 66% | 52% |
| No nausea | 45% | 57% | 39% |

*p = 0.007 vs metoclopramide + dexamethasone
#p = 0.044 vs *Kytril* & vs metoclopramide + dexamethasone

This study revealed no significant differences between the effectiveness of *Kytril* and intravenous metoclopramide plus dexamethasone in preventing acute nausea and vomiting. However, the addition of dexamethasone to oral *Kytril* significantly improved the rate of total control over metoclopramide plus dexamethasone, and the rate of complete response over *Kytril* alone and over metoclopramide/dexamethasone.[7,10]

**Summary of Efficacy**

*Kytril*, at an oral dose of 1 mg bid, is an effective antiemetic in patients who are receiving moderately emetogenic or highly emetogenic chemotherapy. Oral *Kytril* was more effective than oral *Compazine* (10 mg bid) and was as effective as high-dose intravenous metoclopramide plus dexamethasone in preventing chemotherapy-induced nausea and vomiting.

HIGHLY
CONFIDENTIAL

GSK- MDL- **KYO3**
000212

- 7 -

## General Safety

Oral *Kytril* was administered to over 2600 patients in clinical trials and was generally well tolerated. Table 5 notes the most common adverse events ($\geq$ 5%) which occurred in patients treated with *Kytril* (1 mg bid for 1, 7 or 14 days) or with a comparator antiemetic regimen or with placebo.[13]

Table 5

| Adverse event | Oral *Kytril* 1 mg bid (n=978) | Comparator* (n=599) | Placebo (n=185) |
|---|---|---|---|
| Headache | 21% | 13% | 12% |
| Constipation | 18% | 16% | 9% |
| Asthenia | 14% | 10% | 4% |
| Diarrhea | 8% | 10% | 4% |
| Abdominal pain | 6% | 6% | 3% |

*Metoclopramide/dexamethasone; phenothiazines/dexamethasone; dexamethasone; prochlorperazine

Of 1836 patients treated with *Kytril* during Phase II and Phase III studies (doses ranging from 0.25 to 20 mg daily), only 3.2% withdrew secondary to adverse events. In contrast, 5.8% of the patients treated with metoclopramide and dexamethasone withdrew secondary to adverse events while 3.7% of the placebo recipients withdrew because of adverse events.[7] The incidences of serious adverse events were 2.7%, 2.5% and 2.2% in the patients who received *Kytril*, metoclopramide plus dexamethasone and placebo, respectively. These serious adverse events included fever, leukopenia and thrombocytopenia, none of which were considered to be related to *Kytril* therapy.[7]

## Overdosage

There were no cases of overdosage with oral *Kytril* during clinical trials. Yet, doses of up to 10 mg bid x 7 days were utilized in some studies, without any apparent change in the incidence or severity of adverse events.[7]

**HIGHLY
CONFIDENTIAL**

GSK- MDL- **KYO3**
000213

- 8 -

## Special Populations

### Elderly

Of the 1714 patients who received oral *Kytril* alone, 17% were at least 65 years of age or older. The overall rate of adverse events was similar in the elderly patients (60%) as in those who were less than 65 years of age (62%). Although diarrhea was more common in elderly subjects, headache was more common in patients less than 65 years of age. In either case, these events were generally of a mild to moderate intensity. No significant differences in laboratory values were noted between elderly and younger patients.[7]

### Hepatically Impaired Patients

Patients with hepatic impairment (defined as liver function tests at least twice the upper limit of normal) represented 4.3% of the 1714 patients who received oral *Kytril* alone. Once again, the rates of adverse events in these patients did not differ significantly from patients with normal liver function tests (62% in each group). Fever, liver function test abnormalities and anemia were more common in the hepatically impaired patients; however, these events were most likely a reflection of the underlying hepatic disorder.[7]

## Summary

*Kytril* Tablets are safe and effective for the prevention of nausea and vomiting associated with emetogenic cancer therapy. The recommended regimen for *Kytril* Tablets is two 1 mg tablets given on the days of chemotherapy. The first tablet should be given up to 1 hour prior to chemotherapy, and the second tablet should be taken 12 hours after the first. No dosage adjustment is recommended for the elderly or for patients with renal or hepatic impairment.[13] The most commonly reported adverse events associated with the use of *Kytril* Tablets were headache and constipation.

**HIGHLY
CONFIDENTIAL**

GSK- MDL- **KYO3**
000214

- 9 -

We appreciate your interest in *Kytril* Tablets.  Please consult the enclosed prescribing information before initiating therapy in your patients.  If you have any further questions regarding our products or would like a copy of any of the referenced publications, please contact the Product Information Department at 1-800-366-8900, ext. 5231.

Sincerely,

Thomas G. Cantu, Pharm.D.
Senior Drug Information Product Specialist
Gastrointestinal/Rheumatology Group
Product Information Department
Product Professional Services

Carl J. Friedman, M.D.
Group Director
GI and Metabolism,
Clinical Research, Development
and Medical Affairs, N.A.

TGC\CJF:jsm
Encls:

**HIGHLY
CONFIDENTIAL**

GSK- MDL- **KYO3**
000215

- 10 -

References:

1. Newberry NR, Watkins CJ, Sprosen TS, et al. BRL 46470 potently antagonizes neural responses activated by 5-HT₃ receptors. *Neuropharmacology* 1993;32(8):729-735.

2. Elliott P, Seemungal BM, Wallis, DI. Antagonism of the effects of 5-hydroxtryptamine on the rabbit isolated vagus nerve by BRL 43694 and metoclopramide. *Naunyn-Schmiederberg's Arch Pharmacol* 1990;341:503-509.

3. Heron JF. Pilot studies with oral granisetron in cisplatin-treated patients. Proc 15th Int Cancer Congr 1990:28-30. KYT 397

4. Joss R, Buser K, Piguet D, et al. Oral granisetron in patients receiving moderately emetogenic chemotherapy. Proc 17th Congr Eur Soc Med Oncol 1992;1:1. KYT 172

5. Hacking A. The efficacy and safety of prophylactic oral granisetron (a selective 5-HT3 antagonist) in the control of cytotoxic drug-induced emesis. Proc 15th Int Cancer Congr 1990:38. KYT 387

6. Suminaga M, Furue H, Niitani H, et al. A double-blind placebo-controlled study to determine the efficacy of oral granisetron in the prophylaxis of cisplatin-induced nausea and vomiting. Proc 18th Int Cancer Congr 1993:788. KYT 321

7. Data on file: SmithKline Beecham Pharmaceuticals, Philadelphia, PA.

8. Hacking A, Granisetron Study Group. Oral granisetron - simple and effective: a preliminary report. *Eur J Cancer* 1992;28A(Suppl 1):s28-s32. KYT 158

9. Bleiberg HH, Spielmann M, Falkson G, et al. Antiemetic treatment with oral granisetron in patients receiving moderately emetogenic chemotherapy: a dose-ranging study. *Clin Ther* 1995;17:38-51.

10. Heron JF, Goedhals L, Jordaan JP, et al. Oral granisetron alone and in combination with dexamethasone: a double-blind randomized comparison against high-dose metoclopramide plus dexamethasone in prevention of cisplatin-induced emesis. *Ann Oncol* 1994;5:579-584.

11. Medler EM, Gruben D, Johnsonbaugh RE, et al. Acute antiemetic response to oral granisetron superior to oral prochlorperazine in patients receiving moderaly emetogenic chemotherapy. *Ann Oncol* 1994;5(Suppl 8):205. [abstract P1033]

12. Johnsonbaugh RE, Mason BA, Friedman CJ, et al. Oral granisetron once daily provides effective antiemesis in patients receiving moderately emetogenic chemotherapy. *Ann Oncol* 1994;5(Suppl 8):205. [abstract P1032]

GSK- MDL- **KYO3**
000216

**HIGHLY CONFIDENTIAL**

- 11 -

13. *Kytril* (granisetron hydrochloride, SmithKline Beecham Pharmaceuticals) Tablets Prescribing Information, Mar 1995.

14. *Kytril* (granisetron hydrochloride, SmithKline Beecham Pharmaceuticals) Injection Prescribing Information, Aug 1994.

Encls:  KRL 0

**HIGHLY
CONFIDENTIAL**

GSK- MDL- **KYO3**
000217

KY:L1T                                                          50117US

PRESCRIBING INFORMATION                                   680059

# KYTRIL®
## granisetron hydrochloride Tablets

### DESCRIPTION

*Kytril* Tablets contain granisetron hydrochloride, an antinauseant and antiemetic agent. Chemically it is endo-N-(9-methyl-9-azabicyclo [3.3.1] non-3-yl)-1-methyl-1H-indazole-3-carboxamide hydrochloride with a molecular weight of 348.9 (312.4 free base). Its empirical formula is $C_{18}H_{24}N_4O \cdot HCl$, while its chemical structure is:



granisetron hydrochloride

Granisetron hydrochloride is a white to off-white solid that is readily soluble in water and normal saline at 20°C.

Tablets for Oral Administration: Each white, triangular, biconvex, film-coated *Kytril* Tablet contains 1.12 mg granisetron hydrochloride equivalent to granisetron, 1 mg. Inactive ingredients are: hydroxypropyl methylcellulose, lactose, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polysorbate 80, sodium starch glycolate and titanium dioxide.

### CLINICAL PHARMACOLOGY

Granisetron is a selective 5-hydroxytryptamine₃ ($5-HT_3$) receptor antagonist with little or no affinity for other serotonin receptors, including $5-HT_1$; $5-HT_{1A}$; $5-HT_{1B/C}$; $5-HT_2$; for alpha₁-, alpha₂- or beta-adrenoceptors; for dopamine-$D_2$, or for histamine-$H_1$; benzodiazepine; picrotoxin, or opioid receptors.

Serotonin receptors of the $5-HT_3$ type are located peripherally on vagal nerve terminals and centrally in the chemoreceptor trigger zone of the area postrema. During chemotherapy that induces vomiting, mucosal enterochromaffin cells release serotonin, which stimulates $5-HT_3$ receptors. This evokes vagal afferent discharge, inducing vomiting. Animal studies demonstrate that, in binding to $5-HT_3$ receptors, granisetron blocks serotonin stimulation and subsequent vomiting after emetogenic stimuli such as cisplatin. In the ferret animal model, a single granisetron injection prevented vomiting due to high-dose cisplatin or arrested vomiting within 5 to 30 seconds.

In most human studies, granisetron has had little effect on blood pressure, heart rate or ECG. No evidence of an effect on plasma prolactin or aldosterone concentrations has been found in other studies.

Following single and multiple oral doses, *Kytril* slowed colonic transit in normal volunteers. However, *Kytril* had no effect on oro-cecal transit time in normal volunteers when given as a single intravenous (IV) infusion of 50 mcg/kg or 200 mcg/kg.

#### Pharmacokinetics
In healthy volunteers and adult cancer patients undergoing chemotherapy, administration of oral *Kytril* produced the following mean pharmacokinetic data:

**Table 1. Pharmacokinetic Parameters (Median [range]) Following Oral Kytril (granisetron hydrochloride)**

| | Peak Plasma Concentration (ng/mL) | Terminal Phase Plasma Half-Life (h) | Total Clearance (L/h/kg) | Total Volume of Distribution (L/kg) |
|---|---|---|---|---|
| Cancer Patients 1.0 mg b.i.d., 7 days (n=27) | 5.99 [0.63 to 30.9] | N.D.* | N.D. | 0.52 [0.09 to 7.37] |
| Volunteers single 1.0 mg dose (n=39) | 3.63 [0.27 to 9.14] | 6.23 [0.96 to 19.9] | 3.94 [1.89 to 39.4] | 0.41 [0.11 to 24.6] |

* Not determined after oral administration; following a single intravenous dose of 40 mcg/kg, terminal phase half-life was determined to be 8.95 hours.

N.D. Not determined

The effects of gender on the pharmacokinetics of oral *Kytril* have not been studied. However, after intravenous infusion of *Kytril*, no difference in mean AUC was found between males and females, although males had a higher $C_{max}$ generally.

When oral *Kytril* was administered with food, AUC was decreased by 5% and $C_{max}$ increased by 30% in non-fasted healthy volunteers who received a single dose of 10 mg.

Granisetron metabolism involves N-demethylation and aromatic ring oxidation followed by conjugation. Animal studies suggest that some of the metabolites may also have $5-HT_3$ receptor antagonist activity.

Clearance is predominantly by hepatic metabolism. In normal volunteers, approximately 11% of the orally administered dose is eliminated unchanged in the urine in 48 hours. The remainder of the dose is excreted as metabolites, 48% in the urine and 38% in the feces.

*In vitro* liver microsomal studies show that granisetron's major route of metabolism is inhibited by ketoconazole, suggestive of metabolism mediated by the cytochrome P-450 3A subfamily.

Plasma protein binding is approximately 65% and granisetron distributes freely between plasma and red blood cells.

In the elderly and in patients with renal failure or hepatic impairment, the pharmacokinetics of granisetron was determined following administration of intravenous *Kytril*.

Elderly: The ranges of the pharmacokinetic parameters in elderly volunteers (mean age 71 years), given a single 40 mcg/kg intravenous dose of *Kytril* Injection, were generally similar to those in younger healthy volunteers; mean values were lower for clearance and longer for half-life in the elderly

---

Renal Failure Patients: Total clearance of granisetron was not affected in patients with severe renal failure who received a single 40 mcg/kg intravenous dose of *Kytril* Injection.

Hepatically Impaired Patients: A pharmacokinetic study with intravenous *Kytril* in patients with hepatic impairment due to neoplastic liver involvement showed that total clearance was approximately halved compared to patients without hepatic impairment. Given the wide variability in pharmacokinetic parameters noted in patients and the good tolerance of doses well above the recommended 1.0 mg b.i.d. dose, dosage adjustment in patients with possible hepatic functional impairment is not necessary.

Pediatrics: The pharmacokinetics of granisetron has not been adequately studied in children.

### CLINICAL TRIALS

Oral *Kytril* prevents nausea and vomiting associated with emetogenic cancer therapy as shown by 24-hour efficacy data from three double-blind studies. The first trial compared oral *Kytril* doses of 0.25 to 2.0 mg b.i.d., in 930 cancer patients receiving, principally, cyclophosphamide, carboplatin and cisplatin (20 mg/m² to 50 mg/m²). Efficacy was based on: complete response (i.e., no vomiting, no moderate or severe nausea, no rescue medication), no vomiting and no nausea. Table 2 summarizes the results of this study.

**Table 2. Prevention of Nausea and Vomiting 24 Hours Post-Chemotherapy[1]**

| | Percentages of Patients Oral Kytril Dose | | | |
|---|---|---|---|---|
| Efficacy Measures | 0.25 mg b.i.d. (n=225) % | 0.5 mg b.i.d. (n=225) % | 1.0 mg b.i.d. (n=233) % | 2.0 mg b.i.d. (n=233) % |
| Complete Response[2] | 61 | 70* | 81*† | 72* |
| No Vomiting | 66 | 77* | 88* | 79* |
| No Nausea | 48 | 57 | 63* | 54 |

1. Chemotherapy included oral and injectable cyclophosphamide, carboplatin, cisplatin (20 mg/m² to 50 mg/m²), dacarbazine, doxorubicin, epirubicin.
2. No vomiting, no moderate or severe nausea, no rescue medication.
* Statistically significant (P<0.01) vs. 0.25 mg b.i.d.
† Statistically significant (P<0.01) vs. 0.5 mg b.i.d.

A second double-blind, randomized trial compared oral *Kytril* 1.0 mg b.i.d. with prochlorperazine sustained release capsules 10.0 mg b.i.d., in 230 cancer patients receiving moderately emetogenic chemotherapeutic agents. Oral *Kytril* was significantly better than prochlorperazine in preventing nausea and vomiting (see Table 3).

**Table 3. Prevention of Nausea and Vomiting 24 Hours Post-Chemotherapy[1]**

| | Percentages of Patients Antiemetic Regimen | |
|---|---|---|
| Efficacy Measures | Kytril 1.0 mg b.i.d. (n=119) % | Prochlorperazine 10.0 mg b.i.d. (n=111) % |
| Complete Response[2] | 74* | 41 |
| No Vomiting | 82* | 48 |
| No Nausea | 58* | 35 |

1. Chemotherapy included injectable cyclophosphamide, carboplatin, cisplatin (20 mg/m² to 50 mg/m²), dacarbazine, doxorubicin, epirubicin.
2. No vomiting, no moderate or severe nausea, no rescue medication.
* Statistically significant (P<0.001) vs. prochlorperazine.

A third double-blind trial compared oral *Kytril* 1.0 mg b.i.d. relative to placebo (historical control), in 119 cancer patients receiving high-dose cisplatin (mean dose 80 mg/m²). At 24 hours, oral *Kytril* 1.0 mg b.i.d. was significantly (P<0.001) superior to placebo (historical control) in all efficacy parameters: complete response (52%), no vomiting (56%) and no nausea (45%). The placebo rates were 7%, 14% and 7%, respectively, for the three efficacy parameters.

No controlled study comparing granisetron injection with the oral formulation to prevent chemotherapy-induced nausea and vomiting has been performed.

### INDICATIONS AND USAGE

*Kytril* (granisetron hydrochloride) is indicated for the prevention of nausea and vomiting associated with initial and repeat courses of emetogenic cancer therapy, including high-dose cisplatin.

### CONTRAINDICATIONS

*Kytril* is contraindicated in patients with known hypersensitivity to the drug or any of its components.

### PRECAUTIONS

#### Drug Interactions
Granisetron does not induce or inhibit the cytochrome P-450 drug-metabolizing enzyme system. There have been no definitive drug-drug interaction studies to examine pharmacokinetic or pharmacodynamic interaction with other drugs but, in humans, *Kytril* Injection has been safely administered with drugs representing benzodiazepines, neuroleptics and anti-ulcer medications commonly prescribed with antiemetic treatments. *Kytril* Injection also does not appear to interact with emetogenic cancer chemotherapies. Because granisetron is metabolized by hepatic cytochrome P-450 drug-metabolizing enzymes, inducers or inhibitors of these enzymes may change the clearance and, hence, the half-life of granisetron.

#### Carcinogenesis, Mutagenesis, Impairment of Fertility
In a 24-month carcinogenicity study, rats were treated orally with granisetron 1, 5 or 50 mg/kg/day (6, 30 or 300 mg/m²/day). The 50 mg/kg/day dose was reduced to 25 mg/kg/day (150 mg/m²/day) during week 59 due to toxicity. For a 50 kg person of average height (1.46m² body surface area), these doses represent 4, 20 and 101 times the recommended clinical dose (1.48 mg/m², oral) on a body surface area basis. There was a statistically significant increase in the incidence of hepatocellular carcinomas and adenomas in males treated with 5 mg/kg/day (30 mg/m²/day, 20 times the recommended human dose based on body surface area) and above, and in females treated with 25 mg/kg/day (150 mg/m²/day, 101 times the recommended human dose based on body surface area). No increase in liver tumors was observed at a dose of 1 mg/kg/day (6 mg/m²/day, 4 times the recommended human dose based on body surface area) in males and 5 mg/kg/day (30 mg/m²/day, 20 times the recommended human dose based on body surface area) in females. In a 12-month oral toxicity study, treatment with granisetron 100 mg/kg/day (600 mg/m²/day, 405 times the recommended human dose based on body surface area) produced hepatocellular adenomas in male and female rats while no such

HIGHLY CONFIDENTIAL

GSK-MDL-KYO3
000218

tumors were found in the control rats. A 24-month mouse carcinogenicity study of granisetron did not show a statistically significant increase in tumor incidence, but the study was not conducted.

Because of the tumor findings in rat studies, Kytril (granisetron hydrochloride) Tablets should be prescribed only at the dose and for the indication recommended (see INDICATIONS AND USAGE, and DOSAGE AND ADMINISTRATION).

Granisetron was not mutagenic in in vitro Ames test and mouse lymphoma cell forward mutation assay, and in vivo mouse micronucleus test and in vitro and ex vivo rat hepatocyte UDS assays. It, however, produced a significant increase in UDS in HeLa cells in vitro and a significant increased incidence of cells with polyploidy in an in vitro human lymphocyte chromosomal aberration test.

Granisetron at oral doses up to 100 mg/kg/day (600 mg/m²/day, 405 times the recommended human dose based on body surface area) was found to have no effect on fertility and reproductive performance of male and female rats.

**Pregnancy**
Teratogenic Effects. Pregnancy Category B. Reproduction studies have been performed in pregnant rats at oral doses up to 125 mg/kg/day (750 mg/m²/day, 507 times the recommended human dose based on body surface area) and pregnant rabbits at oral doses up to 32 mg/kg/day (378 mg/m²/day, 255 times the recommended human dose based on body surface area) and have revealed no evidence of impaired fertility or harm to the fetus due to granisetron. There are, however, no adequate and well-controlled studies in pregnant women. Because animal reproduction studies are not always predictive of human response, this drug should be used during pregnancy only if clearly needed.

**Nursing Mothers**
It is not known whether granisetron is excreted in human milk. Because many drugs are excreted in human milk, caution should be exercised when Kytril is administered to a nursing woman.

**Pediatric Use**
Safety and effectiveness in children have not been established.

**Geriatric Use**
During clinical trials, 325 patients 65 years of age or older received oral Kytril; 298 were 65 to 74 years of age and 27 were 75 years of age or older. Efficacy and safety were maintained with increasing age.

**ADVERSE REACTIONS**
Over 2,600 patients have received oral Kytril in clinical trials with emetogenic cancer therapies consisting primarily of cyclophosphamide or cisplatin regimens.

In patients receiving oral Kytril 1 mg b.i.d. for 1, 7 or 14 days, the following table lists adverse experiences reported in more than 5% of the patients with comparator and placebo incidences.

Table 4. Principal Adverse Events in Clinical Trials

| | Percent of Patients with Event | | |
|---|---|---|---|
| | Oral Kytril[1] 1 mg b.i.d. (n=978) | Comparator[2] (n=689) | Placebo (n=185) |
| Headache[3] | 21% | 13% | 12% |
| Constipation | 18% | 16% | 9% |
| Asthenia | 14% | 10% | 4% |
| Diarrhea | 8% | 10% | 4% |
| Abdominal pain | 6% | 6% | 3% |

1. Adverse events were recorded for 7 days when oral Kytril was given on a single day and for up to 28 days when oral Kytril was administered for 7 or 14 days.
2. Metoclopramide/dexamethasone; phenothiazines/dexamethasone; dexamethasone alone; prochlorperazine.
3. Usually mild to moderate in severity.

Other adverse events reported in clinical trials were:

**Gastrointestinal:** In single-day dosing studies in which adverse events were collected for 7 days, nausea (15%) and vomiting (9%) were recorded as adverse events after the 24-hour efficacy assessment period.

**Hepatic:** In comparative trials, elevation of AST and ALT (>2 times the upper limit of normal) following the administration of oral Kytril occurred in 5% and 6% of patients, respectively. These frequencies were not significantly different from those seen with comparators (AST: 2%; ALT: 9%).

**Cardiovascular:** Hypertension (1%), hypotension, angina pectoris, atrial fibrillation and syncope have been observed rarely.

**Central Nervous System:** Dizziness (3%), insomnia (3%), anxiety (2%), somnolence (1%). One case compatible with but not diagnostic of extrapyramidal symptoms has been reported in a patient treated with oral Kytril.

**Hypersensitivity:** Rare cases of hypersensitivity reactions, sometimes severe (e.g., anaphylaxis, shortness of breath, hypotension, urticaria) have been reported.

**Other:** Fever (5%). Events often associated with chemotherapy also have been reported: leukopenia (11%), decreased appetite (5%), anemia (4%), alopecia (3%), thrombocytopenia (3%).

Over 5,000 patients have received injectable Kytril in clinical trials.

Table 5 gives the comparative frequencies of the five commonly reported adverse events (23%) in patients receiving Kytril Injection, 40 mcg/kg, in single-day chemotherapy trials. These patients received chemotherapy, primarily cisplatin, and intravenous fluids during the 24-hour period following Kytril Injection administration.

Table 5. Principal Adverse Events in Clinical Trials—Single-Day Chemotherapy

| | Percent of Patients with Event | |
|---|---|---|
| | Kytril Injection[1] 40 mcg/kg (n=1,268) | Comparator[2] (n=422) |
| Headache | 14% | 6% |
| Asthenia | 5% | 6% |
| Somnolence | 4% | 15% |
| Diarrhea | 4% | 6% |
| Constipation | 3% | 3% |

1. Adverse events were generally recorded for 7 days post-Kytril Injection administration.
2. Metoclopramide/dexamethasone and phenothiazines/dexamethasone

In the absence of a placebo group, there is uncertainty as to how many of these events should be attributed to Kytril, except for headache which was clearly more frequent than in comparison groups.

**OVERDOSAGE**
There is no specific treatment for granisetron hydrochloride over-

dosage. In case of overdosage, symptomatic treatment should be given. Overdosage of up to 38.5 mg of granisetron hydrochloride injection has been reported without symptoms or only the occurrence of a slight headache.

**DOSAGE AND ADMINISTRATION**
The recommended adult dosage of oral Kytril (granisetron hydrochloride) is 1 mg twice daily. The first 1 mg tablet is given up to 1 hour before chemotherapy, and the second tablet, 12 hours after the first, only on the day(s) chemotherapy is given. Continued treatment, while not on chemotherapy, has not been found to be useful.

Use in the Elderly, Renal Failure Patients or Hepatically Impaired Patients: No dosage adjustment is recommended. (See CLINICAL PHARMACOLOGY, Pharmacokinetics.)

Pediatric Use: Data on oral Kytril are not available.

**HOW SUPPLIED**
Tablets: White, triangular, biconvex, film-coated tablets debossed K1 on one face: 1 mg in Unit-of-Use Packages of 2; in Single Unit Packages of 20 (intended for institutional use only).

1 mg Unit-of-Use 2's: NDC 0029-4151-39
1 mg SUP 20's: NDC 0029-4151-05

Store between 15° and 30°C (59° and 86°F). Protect from light.

DATE OF ISSUANCE MAR. 1995
©SmithKline Beecham, 1995

Manufactured in Crawley, UK, by
SmithKline Beecham Pharmaceuticals
for SmithKline Beecham Pharmaceuticals
Philadelphia, PA 19101
KY:L1T
680059



HIGHLY
CONFIDENTIAL

GSK- MDL- KYO3
000219

HIGHLY
CONFIDENTIAL

Kytril 1 mg Vial (1mg/m)

(1mg)

Cost
113.30

Reimbursement
166 (AWP)

Profit
$53 —

C.7mg ($113 x .7) $79.10

166 (AWP)

$86.00

Zofran @ 40mg vial

Cost (@1.69)
(32mg) ($1.69 x 80%) 135.20

Reimbursement
($5.40 x 32) 172.80

Profit
37.60

**SB**
**SmithKline Beecham**
*Pharmaceuticals*

**Michael J. Di Bartolomeo**
Senior Pharmaceutical Consultant

2460 Waltham, Troy, MI 48098
Telephone (810) 528 2476  Beeper (810) 409 9527

GSK- MDL- **KYO3**
000220

HIGHLY
CONFIDENTIAL

# Efficacy Of *KYTRIL* Tablets at 24 Hours

## Compared To *KYTRIL* IV and Zofran IV

| Drug Regimen | Dose | Total Control | Cisplatin Dose (mg/m²) | Study |
|---|---|---|---|---|
| *Kytril* tablets | 1 mg BID | 44% *(no vomiting, no nausea, no rescue)* | 81 | 022 |
| *Kytril* IV | 10 µg/kg | 38% | 81.5 | 251 |
| Zofran IV | 0.15 mg/kg (0,4,8 hrs) | 39% | 81.5 | 251 |

GSK- MDL- **KYO3**
000221

HIGHLY
CONFIDENTIAL

# 5-HT 3 Comparison
## Adverse Drug Reactions

| Reaction | Granisetron n = 1,268 | Ondansetron n = 547 |
|---|---|---|
| Headache | 14% | 17% |
| Diarrhea | 4% | 16% |
| Fever | 3% | 8% |
| Constipation | 3% | 11% |
| Increased LFT's | 3% | 1-2% |

Reference: Zofran and Kytril Package Inserts

GSK- MDL- KYO3
000222

HIGHLY
CONFIDENTIAL

# Pharmacokinetic Comparison
## Granisetron versus Ondansetron

| Parameter | Ondansetron | Granisetron |
|---|---|---|
| Half-Life | | |
| Normal | 3.5 hours | 5 hours |
| Cancer | 4 hours | 9 hours |
| Peds | 2.4 hours | |
| Metabolism | Hepatic | Hepatic |
| Clearance | Decreased in liver impairment; Increased in peds | Decreased in liver impairment |
| Bioavailability | 56% | |

GSK- MDL- **KYO3**
000223

EXHIBIT B

# SYMPOSIUM HIGHLIGHTS
# BULLETIN

## THERAPEUTIC CONSIDERATIONS FOR ANTIEMETIC THERAPY IN ONCOLOGY PATIENTS

Highlights of a symposium, sponsored by SmithKline Beecham Pharmaceuticals, which was held December 7, 1994, at the American Society of Health-System Pharmacists Midyear Clinical Meeting in Miami Beach, Florida



**HIGHLY CONFIDENTIAL**

**PROGRAM FACULTY:**
Michael Gosland, PharmD
*Assistant Professor
University of Kentucky
College of Pharmacy and Medicine
Lucille P. Markey Cancer Center*

## Symposium Highlights

- Nausea and vomiting are the most feared treatment-related side effects of cancer chemotherapy.

- Suboptimal antiemetic therapy can result in physical and psychological complications and reduced quality of life.

- Factors have been identified that place patients at high risk for emesis.

- The emetogenic potential of chemotherapeutic agents increases with combination therapies and high-dose regimens.

- Pharmacokinetic differences between granisetron and ondansetron exist, but clinical significance has not yet been determined.

- The pharmacodynamic differences between granisetron and ondansetron have been well characterized in several pre-clinical models. These differences may become important when dose reductions of 5–HT$_3$–receptor antagonists are evaluated in the clinical setting.

- Granisetron doses above 10 $\mu$g/kg do not result in improved efficacy.

- Oral administration of 5–HT$_3$–receptor antagonists may offer clinical and economic benefits.

- 5–HT$_3$–receptor antagonists should be used only for acute chemotherapy-induced nausea and vomiting.

- The combination of a corticosteroid plus a 5–HT$_3$–receptor antagonist results in improved efficacy and reduced cost.

GSK- MDL- KYO3
000224

## Introduction

According to a 1983 study,[1] nausea and vomiting are the two most feared chemotherapy-related side effects in patients with cancer, surpassing even hair loss, going to treatments, treatment duration, and hypodermic injection, explained Michael P. Gosland, PharmD, Assistant Professor at the University of Kentucky College of Pharmacy and Medicine and the Lucille P. Markey Cancer Center. The 5–HT$_3$–receptor antagonists have revolutionized the prevention of chemotherapy-induced nausea and vomiting and are freeing many patients from these two important side effects.

These and other issues were discussed by Dr. Gosland during a symposium entitled "Therapeutic Considerations for Antiemetic Therapy in Oncology Patients" that was held on December 7, 1994 during the American Society of Health-System Pharmacists Midyear Clinical Meeting in Miami Beach, Florida. This Highlights Bulletin summarizes the most important points made by Dr. Gosland.

## Consequences of Suboptimal Antiemetic Therapy

According to Dr. Gosland, an important part of the management of the patient undergoing cancer chemotherapy is control of nausea and vomiting. The consequences of suboptimal antiemetic therapy can be debilitating and can adversely affect cancer treatment. Physical consequences include dehydration, electrolyte imbalance, and accelerated weight loss. Anticipatory emesis, loss of confidence in the treatment and in care givers, and noncompliance with further chemotherapy are among the psychological consequences. These physical and psychological effects can negatively impact quality of life.

## Considerations for Antiemetic Therapy

Factors that need to be considered in the prevention of chemotherapy-induced nausea and vomiting include patient-specific risk factors and the emetic potential of the individual chemotherapeutic agent. In general, younger patients and females are at greater risk of chemotherapy-induced emesis than older patients or males. Individuals who do not drink alcoholic beverages are also at higher risk for emesis, as are patients with a prior history of poor emetic control, motion sickness, and emesis during pregnancy.

Along with these patient-specific risk factors, the chemotherapeutic agent also plays an important role in the risk of emesis.

## Emetogenic Potential of Selected Chemotherapeutic Agents

Chemotherapy is generally categorized from high to low emetogenic potential based on the incidence of emesis observed if no antiemetics are used. Cisplatin, for example, is categorized as highly emetogenic and 90% of patients will develop emesis if no antiemetic therapy is given. In contrast, vincristine has a low emetogenic potential with less than 10% of patients developing emesis. The emetogenic potential of various chemotherapeutic agents is summarized in Table 1. This table depicts the emesis potential based on individual drugs, however, most chemotherapeutic agents are administered in combination regimens. When combining agents, it is important to base the emetogenic potential on the most emetogenic agent administered. If a regimen consists of two moderately emetogenic agents administered concomitantly, such as cyclophosphamide (400 to 599 mg/M$^2$) with doxorubicin (40 mg/M$^2$) for the treatment of breast cancer, the combined regimen is actually moderately highly emetogenic and may require more aggressive antiemetic therapy. Finally, emetogenic potential also is dose-related. For example, although cisplatin generally is considered highly emetogenic, doses ranging from ≥ 20 mg/M$^2$ to ≤ 50 mg/M$^2$ are actually moderately emetogenic.

These considerations are particularly important when using antiemetics for the bone marrow transplantation population, in which dose-intensive chemotherapy is used. These guidelines of emetogenic potential can help the clinician when prescribing antiemetics. When using those agents classified as having moderately low emetogenic potential, aggressive antiemetic therapy with 5–HT$_3$–receptor antagonists is generally not needed. Antiemetics often are not needed at all in those patients receiving agents having low emetogenic potential.

**HIGHLY CONFIDENTIAL**

| High (>90%) | Moderately High (60% to 90%) | Moderate (30% to 60%) | Moderately Low (10% to 30%) | Low (<10%) |
|---|---|---|---|---|
| Cisplatin | Carmustine | 5–Fluorouracil | Bleomycin | Busulfan |
| Dacarbazine | Lomustine | Doxorubicin | Hydroxyurea | Chlorambucil |
| Mechlorethamine | Cyclophosphamide | Daunorubicin | Melphalan | Thioguanine |
| Streptozocin | Dactinomycin | Asparaginase | Etoposide | Vincristine |
| Cytarabine (>500 mg/m$^2$) | Plicamycin | Mitomycin | Cytarabine | Estrogens |
| | Procarbazine | Altretamine | Methotrexate | Progestins |
| | Methotrexate (>200 mg/m$^2$) | | Thiotepa | Corticosteroids |
| | | | Vinblastine | Androgens |

*Table 1. Emetogenic Potential of Chemotherapeutic Agents[2] (adapted with permission)*

GSK- MDL- **KYO3**
000225

## 5–HT₃–Receptor Antagonists

The 5–HT₃–receptor antagonists block serotonin receptors on vagal afferent nerves in the gastrointestinal tract and at the chemoreceptor trigger zone located in the area postrema. Two 5–HT₃–receptor antagonists are commercially available (ondansetron HCL, Zofran®, Cerenex; granisetron HCL, Kytril®, SmithKline Beecham) and others are undergoing clinical investigation (eg, tropisetron, dolasetron). The side effects associated with most 5–HT₃–receptor antagonists are mild and include diarrhea, headache, sedation, dizziness, and xerostomia. Although the half-lives of granisetron (9 hours) and ondansetron (4 hours) in cancer patients are substantially different, the significance of this has not been demonstrated in clinical trials. Both drugs are usually administered as a single, one-time dose prior to chemotherapy. While the clinical significance of the pharmacokinetic differences between ondansetron and granisetron have yet to be determined, the pharmacodynamic differences between the two agents may be important in some situations.

Pre-clinical pharmacology studies using the ferret model have shown that granisetron follows a linear dose-response curve, whereas ondansetron follows a nonlinear pattern.[3] With granisetron, as the dose inceases, there is a linear decrease in the mean number of episodes of chemotherapy-induced emesis. In the ferret, ondansetron initially reduced the number of vomits, then as the dose of ondansetron was escalated, an increase in emesis was observed before the emetic response was totally abolished. The ondansetron nonlinear dose-response relationship may become a problem depending on the dose of ondensetron used and the concentration of ondansetron achieved. While this phenomenon is not observed at the currently approved dose (ie, 32 mg), with the practice of "down-dosing" ondansetron, inadequate control of chemotherapy-induced emesis may occur. Well controlled clinical trials are needed to adequately assess the efficacy of ondansetron dose reductions.

Dr. Gosland reviewed recent research documenting the lack of improvement in therapeutic response with granisetron doses in excess of 10 µg/kg. Granisetron doses of 5, 10, 20 and 40 µg/kg were evaluated in 184 patients treated with a highly emetogenic regimen (mean cisplatin dose of 98 mg/M² with or without other chemotherapeutic agents).[4] The complete response rate (defined as no vomiting or retching and no use of rescue medications) was 18% at the 5 µg/kg dose, 41% at the 10 µg/kg dose, 40% at the 20 µg/kg dose, and 47% at the 40 µg/kg dose. Nausea-free-response was seen in 15% of patients at the 5 µg/kg dose and in 35%, 38%, and 43% of patients at the 10, 20, and 40 µg/kg doses, respectively. Statistically significant differences in acute nausea and vomiting control were observed between the 5 µg/kg and 10 µg/kg, and the 20 µg/kg and 40 µg/kg doses. There were no significant differences between the 10 µg/kg dose and the 20 µg/kg and 40 µg/kg doses.

## Benefits of Oral Therapy with 5–HT₃-Receptor Antagonists

According to Dr. Gosland, oral administration of 5–HT₃-receptor antagonists may offer clinical and economic advantages relative to intravenous administration. The economic advantage is derived from the greater ease of administering an oral versus a parenteral product and the improved clinical response associated with the oral product. The improved clinical response may be due to the direct effects of the 5-HT₃-receptor antagonists on serotonin receptors in the gut.

The use of oral ondansetron at doses of 4 to 8 mg TID has been limited primarily to the control of emesis in the moderately emetogenic chemotherapy regimens. Complete response rates (no emesis or rescue medications needed) of 65%[3,6] have been achieved. A similar response is seen with moderately emetogenic chemotherapy regimens using oral granisetron at a dose of 1 mg BID.[7]

A recent study with oral granisetron by Heron and colleagues[8] demonstrated that oral granisetron may also be effective in the prevention of nausea and vomiting associated with highly emetogenic chemotherapy. In this study, 357 patients receiving cisplatin-containing chemotherapy (mean dose 81 mg/M²) were randomized to either oral granisetron alone (1 mg BID), oral granisetron (1 mg BID) with dexamethasone (12 mg x 1 dose prior to chemotherapy), or dexamethasone (12 mg x 1 dose prior to chemotherapy) with high-dose metoclopramide (8 hour infusion of 4 mg/kg followed by 10 mg orally TID). The complete response rate (no nausea or vomiting during the first 24 hours) was 37.5% in the metoclopramide plus dexamethasone group, 43.7% in patients treated with granisetron alone, and 54.7% in patients treated with granisetron plus dexamethasone. There was a statistically significant benefit with the combination of oral granisetron and dexamethasone versus the other two therapies. This study was unique in that the data were analyzed based on certain patient populations with risk factors for emesis. They found that patients under the age of 45 years and females had a significantly higher overall rate of chemotherapy-induced emesis compared to other groups.

These high risk patients also benefited the most from the granisetron and dexamethasone therapy. This study showed that an oral antiemetic can be used to prevent acute nausea and vomiting associated with cisplatin. Although more research is needed in this area, oral 5–HT₃–receptor antagonists may offer an economic and therapeutic advantage in the prevention of chemotherapy-induced acute nausea and vomiting.

## Considerations for Analysis of Antiemetic Research

Dr. Gosland suggested that caution be exercised when comparing efficacy results among clinical trials because the response criteria used may differ. Both nausea and vomiting should be assessed when evaluating antiemetic efficacy. However, some investigators

**HIGHLY CONFIDENTIAL**

3

GSK- MDL- **KYO3**
000226

report vomiting episodes only, while others report both the degree of nausea and the number of vomiting episodes when grading the response to 5–$HT_3$–receptor antagonists (Table 2).

5–$HT_3$–receptor antagonists are highly effective in the prevention of chemotherapy-induced acute nausea and vomiting, however, controlled clinical trials do not support the use of these agents in patients who develop emesis or in the prevention of delayed nausea and vomiting. Therefore, these agents should only be used in the prevention of acute nausea and vomiting associated with chemotherapy.

Delayed nausea and vomiting occurs more than 24 hours after chemotherapy administration, whereas acute effects occur less than 24 hours after chemotherapy. Most often, delayed effects consist primarily of nausea and not vomiting. Treatment for delayed nausea can include dopamine antagonists (eg, prochlorperazine or metoclopramide) and corticosteroids (eg, dexamethasone).

### Cost-Effectiveness of Antiemetic Therapy

Cost-effectiveness is of growing importance in formulary decisions. Cost-effectiveness considers not only the cost of the drugs used in managing nausea and vomiting, but the costs associated with inadequate control. For example, despite the increase in the cost of drug, the addition of dexamethasone to ondansetron results in improved cost-effectiveness because of improved outcomes (ie, control of nausea and vomiting) compared with the use of ondansetron alone.[10] Dexamethasone has also been shown to improve outcomes when used with granisetron.[11] The comparative cost-effectiveness of granisetron and ondansetron was evaluated at the University of Kentucky Lucille P. Markey Cancer Center. The results showed that both agents were equally effective in the prevention of emesis associated with moderately-highly as well as highly emetogenic chemotherapy regimens. When the analyses included the cost of the initial antiemetic agents used, as well as any rescue antiemetics used, the results revealed that granisetron (10 $\mu$g/kg) was more cost-effective than ondansetron (32 mg).

### Summary

In conclusion, Dr. Gosland stated that "5–$HT_3$–receptor antagonists have revolutionized the prevention of chemotherapy-induced nausea and vomiting and that more well-controlled trials are needed to compare the cost-effectiveness of these agents." ∎

*Table 2. Efficacy Assessment in Clinical Trials with 5–$HT_3$–Receptor Antagonists[a] (adapted with permission)*

| Response | Granisetron | Ondansetron |
|---|---|---|
| Complete | No vomiting and no or mild nausea | No emetic episodes |
| Major | 1 episode of vomiting or moderate to severe nausea | 1 to 2 emetic episodes |
| Minor | 2 to 4 vomits | 3 to 5 emetic episodes |
| Failure | > 4 vomits | > 5 emetic episodes |

**HIGHLY CONFIDENTIAL**

### References

1. Coates A, Abraham S, Kaye SB, et al. On the receiving end—patient perception of the side effects of cancer chemotherapy. Eur J Clin Oncol 1983;19:203–208.
2. Craig JB, Powell BL. Review: the management of nausea and vomiting in clinical oncology. Am J Med Sci 1987;293:34–44.
3. Andrews PLR, Bhandari P, Davey PT, Bingham S, Marr HE, Blower PR. Are all 5–$HT_3$–receptor antagonists the same? Eur J Cancer 1992;28A(suppl 1):S2–S6.
4. Navari RM, Kaplan HG, Gralla RJ, Grunberg SM, Palmer R, Fitts D. Efficacy and safety of granisetron, a selective 5–hydroxytryptamine–3 receptor antagonist, in the prevention of nausea and vomiting induced by high-dose cisplatin. J Clin Oncol 1994;12:2204–2210.
5. Cubeddu LX, Pendergrass K, Ryan T, et al. Efficacy of oral ondansetron, a selective antagonist of 5–$HT_3$–receptors, in the treatment of nausea and vomiting associated with cyclophosphamide-based chemotherapies. Am J Clin Oncol 1994;17(2):137–146.
6. Beck TM, Ciociola AA, Jones SE, et al. Efficacy of oral ondansetron in the prevention of emesis in outpatients receiving cyclophosphamide-based chemotherapy. Ann Intern Med 1993;118:407–413.
7. Hacking A, Granisetron Study Group. Oral granisetron—simple and effective: a preliminary report. Eur J Cancer 1992;28A(suppl 1):S28–S32.
8. Heron JF, Goedhals L, Jordaan JP, Cunningham J, Cedar E, Granisetron Study Group. Oral granisetron alone and in combination with dexamethasone: a double-blind randomized comparison against high-dose metoclopramide plus dexamethasone in prevention of cisplatin-induced emesis. Ann Oncol 1994;5:579–584.
9. Aapro M. Methodological issues in antiemetic studies. Investigational New Drugs 1993;11:243–253.
10. Bleiberg H, Autier P, Michaux D. Cost-effectiveness analysis of antiemetic treatment. Support Care Cancer 1994;2:145–149.
11. The Italian Group for Antiemetic Research. Dexamethasone, granisetron, or both for the prevention of nausea and vomiting during chemotherapy for cancer. N Engl J Med 1995;332:1–5.



For further information, please contact Leigh Beck of Medical Education Systems, Inc. at (215) 665-1060.

Medical Education Systems, Inc.

1800 John F. Kennedy Boulevard, Suite 1500
Philadelphia, PA 19103-7415

**4**

FEB 28 '95  12:37PM MKT COMMUNICATIONS                                    P.2/5

# ONCOLOGY NURSING SOCIETY *Breakfast Series*

May 4-6, 1994
Cincinnati, Ohio

This program is being held in conjunction with the 19th Annual Congress of the Oncology Nursing Society.

**Strategic Implications International**
2400 Research Blvd., Suite 260
Rockville, MD 20850

FIRST CLASS MAIL
US POSTAGE
PAID
ROCKVILLE, MD
PERMIT #4297

EXHIBIT B1

**HIGHLY
CONFIDENTIAL**

*Your invitation is enclosed*

GSK- MDL- **KYO3**
000228

## OBJECTIVES

### The Cancer Experience In the Family
*Patricia F. Jassak, R.N, M.S., O.C.N.*

Upon completion of this presentation, participants will be able to:

- Describe and explore the impact of cancer on families.
- Demonstrate an understanding of strategies used in family assessment.
- Identify family-centered interventions appropriate throughout the cancer experience.

### Aggressive Cancer Treatment: Spotlight on Quality of Life
*Patti Palmer, R.N., M.S., O.C.N.*

Upon completion of this presentation, participants will be able to:

Identify two nursing care issues that must be addressed in patients receiving aggressive cancer treatment.
Name one method of Quality of Life Assessment for patients receiving aggressive therapy.
Understand the medical rationale for using aggressive therapy and name one patient education strategy for helping a patient receiving therapy understand the rationale for that therapy.

### Nausea and Vomiting: Combining Holistic Care with Scientific Knowledge
*Susan A. DiStasio, R.N., M.S., O.C.N.*

Upon completion of this presentation, participants will be able to:

Describe six key components of a comprehensive nursing assessment designed to identify the patient at risk for chemotherapy-induced nausea and vomiting.
State the specific and clinical rationale for two specific antiemetic regimens.
Describe two non-pharmacological methods of controlling chemotherapy-induced nausea and vomiting.

FEB 28 '95  12:38PM  MKT COMMUNICATIONS                                          P.3/5

# Registration Form

Please complete this form and fax to (301) 216-0640
or call (301) 990-8500

NAME

ADDRESS

CITY/STATE/ZIP

AFFILIATION

TELEPHONE NUMBER

Which hotel will you be staying at in the Cincinnati area?

To reserve your space, please check ONE location for each seminar.

**MAY 1994**

| | 4th | 5th | 6th |
|---|---|---|---|
| The Cancer Experience in the Family | Clarion Hotel | Omni Plaza | Hyatt Regency |
| Aggressive Cancer Treatment: Spotlight on Quality of Life | Omni Plaza | Hyatt Regency | Clarion Hotel |
| Nausea and Vomiting: Combining Holistic Care with Scientific Knowledge | Hyatt Regency | Clarion Hotel | Omni Plaza |

HIGHLY
CONFIDENTIAL

## FACULTY

**Program Director**
Judi Johnson, Ph.D., R.N., F.A.A.N.
Consultant
HealthQuest
Minneapolis, Minnesota

Patricia F. Jassak, R.N., M.S., O.C.N.
Oncology Clinical Nurse Specialist
Loyola University Medical Center
Maywood, Illinois

Patti Palmer, R.N., M.S., O.C.N.
Medical Oncology & Bone Marrow Transplant
Clinical Nurse Specialist
University of California Davis Medical Center
Davis, California

Susan A. DiStasio, R.N., M.S., O.C.N.
Clinical Research Nurse
Yale Comprehensive Cancer Center
Yale University
New Haven, Connecticut

## HOTEL LOCATIONS

**The Clarion Hotel**
Grand Ballroom A
141 West 6th Street
Cincinnati, Ohio 45202
(513) 352-2100

**The Hyatt Regency Hotel**
Buckeye Ballroom A-B
151 West 5th Street
Cincinnati, Ohio 45202
(513) 579-1234

**The Omni Netherland Plaza**
Pavilion Ballroom
35 West 5th Street
Cincinnati, Ohio 45202
(513) 421-9100

## ACCREDITATION

An application for continuing education credit
has been filed with the Oncology Nursing
Society's Education Department.

Cerenex™ Pharmaceuticals has been given meeting space to
provide an educational offering during the ONS 19th Annual
Congress. The Oncology Nursing Society's approval of a
meeting space does not imply product endorsement nor does
the Oncology Nursing Society assume responsibility for the
educational content.

## May 1994

6:30 am – 7:00 am Complimentary Breakfast
7:00 am – 8:00 am Seminar

| | May 4 | May 5 | May 6 |
|---|---|---|---|
| The Cancer Experience in the Family (Patricia F. Jassak, R.N., M.S., O.C.N.) | Clarion Hotel | Omni Netherland | Hyatt Regency |
| Aggressive Cancer Treatment: Spotlight on Quality of Life (Patti Palmer, R.N., M.S., O.C.N.) | Omni Netherland | Hyatt Regency | Clarion Hotel |
| Nausea and Vomiting: Combining Holistic Care with Scientific Knowledge (Susan A. DiStasio, R.N., M.S., O.C.N.) | Hyatt Regency | Clarion Hotel | Omni Netherland |

*Space at the Hyatt Regency Hotel is limited to 140 participants. If space is
unavailable, you will be notified and given your second choice location.

Sponsored by Cerenex™ Pharmaceuticals, Division of Glaxo Inc.

GSK- MDL- KYO3
000229

FEB 28 '95 12:38PM MKT COMMUNICATIONS                                P.4/5

*You are cordially invited to a dinner symposium*

## Quality of Life Issues During the Acute and Long-term Survivorship Period: Patient Stories



*"Nurse Helen" by Darcy Lynn*

5:45 pm – 8:30 pm
Saturday, May 7, 1994
The Hyatt Regency Hotel  •  Regency Ballroom B-G
Cincinnati, Ohio



*This program is being held in conjunction with the Oncology Nursing Society's 19th Annual Congress.*

**HIGHLY CONFIDENTIAL**

Before faxing, please detach by cutting along dotted line.

# RSVP

Quality of Life Issues During the Acute and
Long-term Survivorship Period: Patient Stories
5:45 pm - 8:30 pm
Saturday, May 7, 1994
The Hyatt Regency Hotel  •  Regency Ballroom B-G
Cincinnati, Ohio

☐  I will attend the symposium.

☐  I would like to attend but am undecided at this time.

Name _____

Affiliation _____

Address _____

Telephone ( ) _____  Fax ( ) _____

Number of persons attending _____

Name of your hotel in Cincinnati _____

*A complimentary dinner will be served.*

**To guarantee your space and course materials, please pre-register by faxing this form to (301) 670-0904 or by calling (301) 990-7439 by May 6, 1994.**



Supported by an educational grant from
Cerenex™ Pharmaceuticals, Division of Glaxo Inc.

GSK- MDL- **KYO3**
000230

## FACULTY

**Marie Whedon, RN, MSN, OCN**
Hematology/Oncology Clinical Nurse Specialist
Dartmouth-Hitchcock Medical Center
Lebanon, New Hampshire

**Darcy Lynn**
Ms. Lynn is an artist and author of
*Myself Resolved: An Artist's Experience with Lymphoma.*



**Diane Stearns, RN, BSN, OCN**
Bone Marrow Transplant Nurse Clinician
Dartmouth-Hitchcock Medical Center
Lebanon, New Hampshire





An application for continuing education
accreditation has been filed with the Continuing
Education Office of the Oncology Nursing Society.

Cerenex™ Pharmaceuticals has been given meeting space to provide
an educational offering during the ONS 19th Annual Congress. The
Oncology Nursing Society's approval of meeting space does not
imply product endorsement nor does the Oncology Nursing Society
assume responsibility for the educational content.

## PROGRAM

**HIGHLY
CONFIDENTIAL**

5:45 pm - 6:30 pm
*Full complimentary dinner*

6:30 pm - 6:35 pm
*Welcome & Introductions*
Marie Whedon, RN, MSN, OCN

6:35 pm - 7:05 pm
*Caring for the Person: The Nurse's Challenge*
Marie Whedon, RN, MSN, OCN

7:05 pm - 7:45 pm
*Healing Through Art*
Darcy Lynn

7:45 pm - 8:20 pm
*Analysis of a Journey of Cancer Survivorship*
Diane Stearns, RN, BSN, OCN

8:20 pm - 8:30 pm
*Questions & Answers / Evaluations*


GSK- MDL- **KYO3**
000231

EXHIBIT C

# SMITHKLINE BEECHAM
# PHARMACEUTICALS
# INVITATION
# TO

HIGHLY CONFIDENTIAL

# NURSING ADVISORY BOARD MEETING

# FEATURING
# MICHAEL VINDHAUSER PhD

# TOPIC OF DISCUSSION:
# KYTRIL ORAL TABLETS

# FEBRUARY 22, 1995

**SB**
**SmithKline Beecham**
*Pharmaceuticals*

**Phil Ra**
Senior Pharmaceutical Consultant

2140 South Lake Court, Findlay, OH 45840
Telephone (419) 425 6734, Regional Office (513) 722 5364
Beeper (419) 998 1317

NK UNKLE'S
ONROE STREET

GSK- MDL- KYO3
000232

# 6:30 COCKTAILS
# 7:00 DINNER & DISCUSSION
# RSVP: YOUR SMITHKLINE BEECHAM REP

# EXHIBIT E



## SB
## SmithKline Beecham

**Ursula B. Bartels**
Vice President and Associate General Counsel



EXHIBIT
De Vinney #16
3-16-05

May 30, 1995

Adrianna L. Carter
Assistant General Counsel
Glaxo Wellcome
Five Moore Drive
Research Triangle Park, NC  27709

Dear Adrianna:

Please excuse this belated acknowledgment of your last correspondence.  I did want to let you know, however, that we are in the process of reviewing your letter, and will be back to you in due course.  Given recent events at Glaxo, I imagine that you are not lacking for activities to keep you busy!

Regards,

Ursula B. Bartels
Vice President &
Associate General Counsel

cc: Charles Wakerley

**HIGHLY CONFIDENTIAL**

GSK- MDL- **KYO3**
000193

v:\uspharm\bartels\corres\6-26ac.doc

One Franklin Plaza  PO Box 7929, Philadelphia, PA 19101-7929  Telephone (215) 751-5066  Fax (215) 751-5359

EXHIBIT
DeVinney #17
3-16-05
PENGAD 800-631-6989

SEP 18 '95  10:03AM GLAXO LEGAL                                          P.2

## SB
## SmithKline Beecham

AUG 1 1995

CC:

Dean Mitchell
Steve Skelsky
Chuck Bramlage
Rich Painter

July 24, 1995

Adrianna L. Carter
Assistant General Counsel
Glaxo Wellcome
Five Moore Drive
Research Triangle Park, NC 27709

Dear Adrianna:

This supplements my letter to you of May 30, 1995, which was in reply to your correspondence of April 25, 1995. Much of the contents of your letter was a reprise of concerns raised in Mr. Proctor's earlier correspondence, and has already been addressed in detail in my reply of February 22, 1995. Nevertheless, consistent with our internal policies, we conducted a review of the issues you raised in order to insure that our current promotional practices are consistent with applicable law and regulation.

First, regarding reimbursement issues, we appreciate your efforts to identify the individuals that were associated with the materials about which you have complained. We have confirmed that none of these materials, nor anything similar, is currently in use by the individuals identified, or as far as we have been able to determine, by any other employees at SB. Efforts continue to be undertaken by our management to insure that all promotional materials are consistent with FDA as well as other applicable laws and regulations, including the Anti-Kickback law.

Your letter continues to raise concerns about a symposia which took place at the Oncology Nursing Society's 19th Annual Congress on May 5, 1994. Specifically, you assert that certain scientific information which purportedly came from a presentation at that meeting "was clearly a promotional discussion of Kytril" and "would not meet the standards set out by FDA." To the contrary, as noted in our

One Franklin Plaza, PO Box 7929, Philadelphia, PA 19101   Telephone (215) 751-4000.   Fax (215) 751-3400.

## REDACTED MATERIAL

## HIGHLY
## CONFIDENTIAL

Produced subject to Protective Order entered
in In Re: Pharmaceutical Industry Average
Wholesale Price Litigation, MDL No. 1456, Civil Action
No. 01-CV-12257-PBS, United States District
Court for the District of Massachusetts

GSK-MDL-ZN02- 036065

SEP 18 '95  10:03AM GLAXO LEGAL                                        P.3

previous response, this symposium was conducted pursuant to a Grant Agreement that conforms in all respects to FDA's Draft Policy on Industry Supported Scientific and Educational Activities ("Draft Policy"). Consistent with that Draft Policy, ONA/STI had complete control over the content of the program, and the agreements specifically recite that "[t]he program will be independent of SB's influence".

Your letter raised a concern regarding purported distribution, in two instances, of an off-label journal article entitled "A Double-blind randomized comparison against high dose metoclopramide plus dexamethazone in prevention of cisplatin induced emesis". Although that journal article is available from our Product Information Department in response to unsolicited medical inquiries from physicians, it has not been distributed to the sales force for distribution. The copy that the field force received for background information was clearly marked across the front "Not for Distribution". Since that notation does not appear on the copy referenced in your letter as Exhibit "Q", it appears that the article was not in fact distributed by the SB field force, but was otherwise obtained by the physician.

Finally, you raise a concern about pre-approval promotion of Kytril Oral tablets based on a flyer attached to your letter as Exhibit "C". Because of the delay in FDA's approval of Kytril Oral, the meeting announced in Exhibit C focused exclusively on Kytril IV, and the oral was not mentioned.

In our view this closes the matters currently at issue.

Sincerely,

Ursula B. Bartels
Vice President &
Associate General Counsel

Produced subject to Protective Order entered
in In Re: Pharmaceutical Industry Average
Wholesale Price Litigation, MDL No. 1456, Civil Action
No. 01-CV-I2257-PBS, United States District
Court for the District of Massachusetts

**HIGHLY
CONFIDENTIAL**

GSK-MDL-ZN02- 036066

# EXHIBIT F

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

MDL No. 1456

CIVIL ACTION: 01-CV-12257-PBS

Judge Patti B. Saris

<u>FILED UNDER SEAL</u>

THIS DOCUMENT RELATES TO
ALL CLASS ACTIONS

**<u>AMENDED MASTER CONSOLIDATED CLASS ACTION COMPLAINT</u>**

- 1 -

much additional revenue and "spread per patient" a medical provider would make by using
Kytril® due to its larger spread.  It stated:

> Kytril reimbursement for 5 patients treated $540.00 - Kytril 6
> treated patients $423.12
>
> Difference = $117.00 every 6 patients.
>
> Use 5ht3 5 times a day = $2,340.00 month.  $28,080.00 year more!

(P007015-P007490, at P007117).

404.   Other internal SKB documents entitled "Cost v. Profit" and "Kytril Profit Model"
compare Kytril® and Zofran® to demonstrate how much additional profit/revenue the medical
provider will receive by using Kytril®.

### 7.   General Counsel Correspondence Between Glaxo and SKB

405.   Most revealing is an exchange of correspondence between counsel for Glaxo and
SKB over Zofran® and Kytril® in which each accuse the other of fraud.

406.   On February 6, 1995, Timothy D. Proctor, Senior Vice President, General
Counsel and Secretary for Glaxo, sent a letter to J. Charles Wakerly, Senior Vice President,
Director and General Counsel of SKB informing him of "several issues pertaining to the
advertising and marketing of Kytril":

> Glaxo's sales representatives have encountered a substantial
> amount of what appear to be "homemade" Kytril vs. Zofran cost
> comparisons.  It is our understanding that many of these pieces
> have been generated through a company-provided lap top
> computer program.
>
> . . . .
>
> In addition, a significant number of these pieces (see Exhibits F-J)
> contain direct statements or make references as to how institutions
> can increase their "profits" from Medicare through the use of
> Kytril.  Some even go so far as to recommend that the medical
> professional use one vial of Kytril for two patients (see Exhibit F)
> but charge Medicaid for three vials.  This raises significant fraud
> and abuse issues which I am sure you will want to investigate."

(P007015-P007490, at P007123-P007126).

AMENDED MASTER CONSOLIDATED                    - 132 -
CLASS ACTION COMPLAINT

407.    On February 22, 1995, Ursualy B. Bartels, Vice President and Associate General Counsel for SKB, wrote in response that SKB was investigating Glaxo's claims and asked whether Glaxo had specific information regarding the improper marketing of Kytril.  Mr. Bartels also accused Glaxo of using false and misleading marketing materials regarding Zofran that rely on the medical providers' ability to garner more profit.  Specifically, he stated:

> Regarding similar concerns, we would like to draw your attention to reports we are receiving from our field force regarding reimbursement issues.  In an apparent effort to increase reimbursement to physicians and clinics, effective 1/10/95, Glaxo increased AWP for Zofran by 8.5%, while simultaneously fully discounting this increase to physicians.  The latter was accomplished by a 14% rebate available to wholesalers on all non-hospital Zofran sales on the multi-dose vial. ***The net effect of these adjustments is to increase the amount of reimbursement available to physicians from Medicare and other third party payors whose reimbursement is based on AWP.***  Since the net price paid to Glaxo for the non-hospital sales of the Zofran multi-dose vial is actually lower, it does not appear that the increase in AWP was designed to increase revenue per unit to Glaxo. ***Absent any other tenable explanation, this adjustment appears to reflect an intent to induce physicians to purchase Zofran based on the opportunity to receive increased reimbursement from Medicare and other third party payors.  In fact, we have had numerous verbal reports from the field concerning Glaxo representatives who are now selling Zofran based on the opportunity for physicians to receive a higher reimbursement from Medicare and other third-party payors while the cost to the physician of Zofran has not changed***.

(P007015-007490, at P007478-P007481) (emphasis added).

408.    On April 25, 1995, Adrianna L. Carter, Glaxo Assistant General Counsel, responded to SKB's February 22, 1995 letter.  Ms. Carter provided, pursuant to SKB's request, numerous additional examples of false and misleading marketing materials concerning "cost comparisons distributed to health care professionals by SmithKline representatives."  Ms. Carter also denied SKB's allegations regarding "fraud and abuse" over the price increase of Zofran.  However, Ms. Carter did admit that the AWP price increase for Zofran® does not affect the

actual cost to medical providers and that Glaxo's sales representatives were using the "spread" to gain market share. Specifically, Ms. Carter stated:

> It is true that, despite a price increase, some physicians and other healthcare professionals will not see the higher price as the result of rebates or other incentives.
>
> *     *     *
>
> It is also true that our sales representatives have been explaining the relationship between the price and Medicare reimbursement for Zofran to physicians.
>
> *     *     *
>
> Finally, Ms. Carter stated that despite SKB's assertions that any alleged improper marketing of Kytril would end, "Unfortunately, despite your efforts, these activities are still ongoing."

(P007015-007490, at P007127-P007131).

409.    The fact that Glaxo and SKB each accused the other of similar conduct, but neither took any action to bring it to the attention of the public or the appropriate authorities, is evidence that each of them were engaged in an ongoing scheme to defraud the Plaintiffs and Class.

## 8.    Other Improper Incentives

410.    In addition to marketing the spread on its products, the GSK Group has also used other methods to induce physicians and other intermediaries to use its drugs such as rebates and free samples in order to increase the spread between acquisition costs and reimbursement.

411.    In an e-mail by GSK account representative Paul J. Ostruszka explaining how he was able to increase the market share of Zofran over Anzimet, among the suggested techniques he recommends to his fellow GSK account reps is "Ask your customers how much JUST 1 FREE Zofran Tablet Sample is WORTH" (emphasis in original). This e-mail was later forwarded to the entire Zofran team. (GSK-MDL-ZN02-077634).