UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ALL ACTIONS ) <br> ) | MDL No. 1456 <br> CIVIL Action: 01-CV-12257 <br> Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Ronald L. Castle of Arent Fox, PLLC, as counsel for the Defendant, Chiron Corp. The existing appearance of D. Jacques Smith remains in effect and is not affected by this withdrawal.

                                                                                           Respectfully submitted,

                                                                                          /s/ D. Jacques Smith
                                                                                         D. Jacques Smith
                                                                                         **ARENT FOX PLLC**
                                                                                         1050 Connecticut Ave., N.W.
                                                                                         Washington, D.C. 20036-5339
                                                                                         Tel. (202) 857-6154
                                                                                         Fax. (202) 857-6395

Dated: August 17, 2005                        Counsel for Chiron Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered on August 17, 2005 to all counsel of record by electronic service pursuant to the Court's Case Management Order No. 2.

    /s/ D. Jacques Smith
D. Jacques Smith