```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| IN RE:  PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>**ALL ACTIONS** | MDL NO. 1456<br>CIVIL ACTION NO.<br>01-12257 |

## **NOTICE**

August 18, 2005

Saris, U.S.D.J.

Pursuant to 28 U.S.C. § 455(f), on behalf of my husband, children, and myself, I waive any past, present and future financial interest in the proposed class or classes.

**S/PATTI B. SARIS**
United States District Judge