## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS. | Judge Patti B. Saris<br>Chief Mag. Judge Marianne B. Bowler |

### CERTIFICATE OF SERVICE

I, Jennifer Fountain Connolly, hereby certify that I am one of plaintiffs' attorneys and that, on August 15, 2005, I caused copies of Appendix J to Reply in Support of Plaintiffs' Motion to Compel the Supplementation of AstraZeneca's Privilege Logs or, in the Alternative, to Compel the Production of Inadequately Described Documents, to be served on:

>D. Scott Wise
>Kimberley D. Harris
>Davis, Polk & Wardwell
>450 Lexington Avenue
>New York, NY 10017

by Federal Express; and on counsel of record per the attached service list by placing same in sealed envelopes, affixing proper first class postage, and depositing same in the United States Mail in Chicago, Illinois.

Dated: August 15, 2005

*/s/ Jennifer F. Connolly*

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One N. LaSalle Street, Suite 2000
Chicago, IL 60602
(312) 346-2222 – Telephone
(312) 346-0022 – Facsimile

# SERVICE LIST

*In re: Pharmaceutical Industry Average Wholes Price Litigation*
MDL No. 1456

***Counsel for MDL Plaintiffs***

Steve W. Berman
**Hagens Berman Sobol Sharpiro LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101

***Counsel for Abbott and TAP***

Beth A. O'Connor
**Jones Day**
77 W. Wacker Drive
Chicago, IL  60601-7692

***Counsel for MDL Plaintiffs***

Marc H. Edelson
**Hoffman & Edelson LLC**
45 West Court Street
Doylestown, PA 18901

***Counsel for The BMS Group***

Steven M. Edwards
**Hogan & Hartson, LLP**
875 Third Avenue, Suite 2600
New York, NY 10022

***Counsel for MDL Plaintiffs***

Samuel D. Heins
**Heins, Mills & Olson, PLC**
3550 IDS Center
80 S. Eighth Street
Minneapolis, MN  55402

***Counsel for Dey, Inc.***

Steve Hudspeth
**Coudert Brothers**
1114 Avenue of the Americas
New York, NY  10036

***Counsel for The Aventis Group***

Michael L. Koon
**Shook Hardy & Bacon LLP**
2555 Grand Boulevard
Kansas City, MO  64108-2613

***Counsel for The Fujisawa Group***

Andrew L. Hurst
**Reed Smith, LLP**
1301 K Street, N.W.
Suite 1100, East Tower
Washington, DC  20005

***Counsel for The Schering-Plough Group***

Brian T. O'Conner
**Ropes & Gray**
One International Place
Boston, MA  02110

***Counsel for The GSK Group***

Ethan M. Posner
**Covington & Burling**
1201 Pennsylvania Avenue, NW
PO Box 7566
Washington, DC 20004-2401

***Counsel for Bayer***

Richard D. Raskin
**Sidley Austin Brown & Wood**
Bank One Plaza
10 S. Dearborn Street
Chicago, IL  60603

***Counsel for The Aventis Group***

Paul S. Schleifman
**Shook, Hardy & Bacon, LLP**
600 14th Street, NW
Suite 800
Washington, DC 20005

*Counsel for Baxter*

Merle DeLancy
**Dickstein Shapiro Morin & Oshinsky LLP**
2101 L Street, NW
Washington, DC 20037

*Counsel for MDL Plaintiffs*

Thomas M. Sobol
**Hagens Berman Sobol Sharpiro LLP**
One Main Street
4th Floor
Cambridge, MA 02142

*Counsel for MDL Plaintiffs*

Jeffrey Kodroff
**Spector, Roseman & Kodroff, P.C.**
1818 Market Street
Suite 2500
Philadelphia, PA 19103

*Counsel for Takeda Chemical Industry, Ltd.*

Robert R. Stauffer
**Jenner & Block**
One IBM Plaza, Suite 4400
Chicago, IL 60611

*Counsel for Immunex*

Matthew M. Strickler
**Ballard, Spahr, Andrews & Ingersoll**
1735 Market Street, 51st Floor
Philadelphia, PA 19103

*Counsel for AstraZeneca.*

D. Scott Wise
Kimberley D. Harris
**Davis, Polk & Wardwell**
450 Lexington Avenue
New York, NY 10017

*Counsel for MDL Plaintiffs*

Anthony Bolognese
**Bolognese & Associates, LLC**
One Penn Center
1617 JFK Boulevard, Suite 650
Philadelphia, PA 19103

*Counsel for MDL Plaintiffs*

Dennis Stewart
**Hulett Harper LLP**
550 West C. Street, Suite 1770
San Diego, CA 92101

*Counsel for MDL Plaintiffs*

Mark A. Griffin
**Keller Rohrback, LLP**
1201 Third Avenue, Suite 3200
Seattle, WA 98101

*Counsel for MDL Plaintiffs*

Robert Piper
**Piper & Associates**
624 Pierre Avenue
Shreveport, LA 71103

*Counsel for MDL Plaintiffs*

Dianne Nast
**Roda & Nast PC**
801 Estelle Drive
Lancaster, PA 17552

*Counsel for MDL Plaintiffs*

Natalie F. Bennett
**Sherperd, Finkelman, Miller & Shah, LLC**
35 E. State Street
Media, PA 19063

*Counsel for MDL Plaintiffs*

Ira N. Richards
**Trujillo Rodriguez & Richards LLC**
The Penthouse
226 West Rittenhouse Square
Philadelphia, PA 19103

*Counsel for The Fujisawa Group*

Joseph L. Kociubes
**Bingham McCutchen, LLP**
150 Federal Street
Boston, MA  02110

*Counsel for The GSK Group*

Frederick G. Herold
**Dechert Price & Rhoads**
1717 Arch Street
Bell Atlantic Tower
Philadelphia, PA  19103-279?

*Counsel for Baxter*

Peter E. Gelhaar
**Donnelly Conroy & Gelhaar, LLP**
One Beacon Street, 33rd Floor
Boston, MA  02108

*Counsel for The BMS Group*

Thomas E. Dwyer
**Dwyer & Collora, LLP**
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210

*Counsel for AstraZeneca*

Nicholas C. Theodorou
**Foley Hoag LLP**
155 Seaport Boulevard
Boston, MA 02210

*Counsel for Immunex*

Gary Ronan
**Goulston & Storrs**
400 Atlantic Avenue
Boston, MA  02110

*Counsel for Watson*

Douglas Farquhar
**Hyman, Phelps & McNamara, PC**
700 13th Street, NW
Suite 1200
Washington, DC  20005

*Counsel for Amgen*

Douglas Brooks
**Kelly, Libby & Hoopes, PC**
175 Federal Street
Boston, MA  02110

*Counsel for Hofman-La Roche Inc.*

John D. Shakow
**King & Spalding LLP**
1730 Pennsylvania Avenue, NW
Washington, DC  20016

*Counsel for Braun*

Dan Attridge
**Kirkland & Ellis LLP**
655 Fifteenth Street, NW
Washington, DC  20005

*Counsel for The Pharmacia Group*

Mark D. Smith
**Laredo & Smith LLP**
15 Broad Street, Suite 600
Boston, MA  02109

*Counsel for Watson*

Robert A. Griffith
**Law Office of Robert A. Griffith**
67 Batterymarch Street, Suite 400
Boston, MA  02110

*Counsel for The Pharmacia Group*

Alicia Friend
**Morgan Lewis and Bockius**
1701 Market Street
Philadelphia, PA  19103

*Counsel for The Johnson & Johnson Group*

Erik Haas
**Patterson, Belknap, Webb & Tyler LLP**
1133 Avenue of the Americas
New York, NY  10036

3

*Counsel for Hoffman-La Roche, Inc.*

Matthew J. Griffin
**Peabody & Arnold LLP**
30 Rowes Wharf
Boston, MA  02110

*Counsel for Immunex*

David J. Burman
**Perkins Coie**
1201 Third Avenue, Suite 4800
Seattle, WA  98101

*Counsel for The Sicor Group*

**Piper Rudnick LLP**
One International Place, 21st Flr.
Boston, MA  02110

*Counsel for The Sicor Group*

James W. Matthews
**Sherin and Lodgen LLP**
101 Federal Street, Suite 3000
Boston, MA  02110

*Counsel for Abbott*

Mathew Wolfman
**Testa, Hurwitz and Thibeault, LLP**
125 High Street
Boston, MA  02110

*Counsel for Novartis*

Saul Morgenstern
**Kaye Scholer LLP**
425 Park Avenue
New York, NY  10022

*Counsel for The Aventis Group*

Jeffrey King
**Kirkpatrick & Lockhart Nicholson Graham LLP**
75 State Street
Boston, MA  02109

*Counsel for Dey*

Williams A. Escobar
**Kelley Drye & Warren LLP**
101 Park Avenue
New York, NY  10178

*Counsel for Bayer*

Marisa L. Jaffe
**Nixon Peabody LLP**
100 Summer St.
Boston MA 02110-2131

*Counsel for MDL Plaintiffs*

Elizabeth A. Fegan
**Hagens Berman Sobol Shapiro LLP**
60 W. Randolph, Suite 200
Chicago, IL  60601

*Counsel for Amgen*

Joseph H. Young
**Hogan & Hartson, LLP**
111 S. Calvert Street, Suite 1600
Baltimore, MD  21202

4