UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 ) ) ) ) | Judge Patti B. Saris |

## DEFENDANT AVENTIS PHARMACEUTICALS INC.'S RESPONSE TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS TO ALL DEFENDANTS RELATING TO IMS DATA

It is unclear whether Plaintiffs intended to direct their Request For Production of Documents To All Defendants ("Request") to Aventis Pharmaceuticals Inc. ("Aventis"). To the extent the Request is directed to Aventis, Aventis states initially that this Request is inappropriate because the Request is limited to drugs manufactured by Track 1 Defendants. Nevertheless, in order to preserve its objections, pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Aventis hereby submits the following answers and objections to Plaintiffs' Request.

### GENERAL OBJECTIONS

A.            Aventis objects to the definitions of "Document(s)," "All documents," "Defendant," "You," and "Your" to the extent they seek to impose discovery obligations that are broader than, or inconsistent with, the requirements of the Federal Rules of Civil Procedure and this Court's Local Rules and Orders.  Aventis further objects to these definitions on the grounds that they are vague and ambiguous.  Aventis further objects to these definitions to the extent they seek documents or information protected from disclosure under the attorney-client privilege, the

1736029v1

attorney work-product doctrine, the joint defense privilege, the common interest doctrine, or any other legally recognized privilege, immunity or exemption from discovery.

B.   Aventis objects to the Plaintiffs' description of the relevant time period as overly broad, unduly burdensome, harassing, and seeking documents that are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Aventis further objects to Plaintiffs' description as vague and ambiguous in that the definition is premised upon the date of manufacture of products not manufactured by Aventis.

Aventis reserves the right to assert additional objections to this Request as appropriate and to supplement these objections and the response.

## SPECIFIC OBJECTIONS TO REQUEST

Subject to and in accordance with the foregoing General Objections, Aventis responds as follows:

### REQUEST FOR PRODUCTION NO. 1:

With respect to the drugs on Exhibit A, the following IMS reports or data for each such drug:

(a) National Prescription Audit (NPA, or NPA Plus):
 • Timeframe: Monthly
 • Data elements: TRX, Extended Units TRX, NRX, Dollars
 • By Form (*e.g.*, tablets, capsules, injectable, etc.)
 • By Strength (*e.g.*, 15 mg, 30 mg, etc.

(b) National Sales Perspective (previously the Retail and Provider Perspective):
 • Timeframe: Monthly
 • Data elements: Units, Extended Units, Dollars
 • By NDC or its equivalent
 • By Form
 • By Strength

(c) Method of Payment Data (from the "MSA" product and/or the NPA NRX data):
 • Any reports or data

(d) Generic Spectra

1736029v1

- Any reports or data

**RESPONSE:** In addition to its General Objections, Aventis objects to this Request because it: (i) is not limited to Aventis's drugs listed in Exhibit A of the AMCC or to the department at Aventis that sells such drugs; (ii) is overly broad and unduly burdensome, particularly to the extent it seeks information relating to drugs not manufactured by Aventis and information created prior to the statutes of limitations applicable to Plaintiffs' claims or after Plaintiffs filed their original complaint; (iii) seeks information outside of Aventis's custody, care or control; (iv) seeks confidential and/or proprietary information; and (v) seeks information that is not relevant nor reasonably calculated to lead to the discovery of admissible evidence.

Dated: August 18, 2005                                  Respectfully Submitted,

*[signature]*

Joseph G. Matye
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of August, 2005, a true and correct copy of DEFENDANT AVENTIS PHARMACEUTICALS INC.'S RESPONSE TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS TO ALL DEFENDANTS RELATING TO IMS DATA was served upon all counsel of record by electronic service pursuant to CMO No. 2, by causing a copy to be sent to Verilaw Technologies for posting and notification.

                                        _____
                                        Attorney for Defendant Aventis Pharmaceuticals Inc.