UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ) | |
| IN RE PHARMACEUTICAL INDUSTRY ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | CIVIL ACTION: 01-CV-12257-PBS |
| ) | |
| THIS DOCUMENT RELATES TO: ) | JUDGE PATTI B. SARIS |
| ALL ACTIONS ) | |
| ) | |

## MOTION TO PERMIT BRIAN G. FEDOTIN
## TO APPEAR PRO HAC VICE

Pursuant to Rule 83.5.3(b) of the Local Rules of this Court, David M. Glynn, a counsel of record for defendants Aventis Pharmaceuticals Inc. hereby moves this Court to permit Brian G. Fedotin to appear on its behalf as counsel *pro hac vice* in the above-captioned action.

In support of this motion, undersigned counsel states the following:

1. The undersigned is a member in good standing of the bar of this Court.

2. Mr. Fedotin is a member in good standing of the bar of Missouri.

3. Mr. Fedotin is a partner at the law firm of Shook, Hardy & Bacon L.L.P.

4. There are no disciplinary proceedings pending against Mr. Fedotin as a member of any bar in any jurisdiction.

5. Mr. Fedotin has indicated in his Certificate attached hereto that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. Mr. Fedotin's Certificate in Support Of Motion To Permit Counsel To Appear Pro Hac Vice is attached hereto behind Tab A; a Proposed Order is attached behind Tab B.

1

Dated: August ___, 2005                                     Respectfully submitted,

                                                 /s/ David M. Glynn
                                                 **Michael DeMarco (BBO #119960)**
                                                        mdemarco@klng.com
                                                 **Jeffrey S. King (BBO #559000)**
                                                            jking@klng.com
                                                 **David M. Glynn (BBO #650964)**
                                                       dglynn@klng.com
                                                 **Cara E. Corbett (BBO #654852)**
                                                       ecorbett@klng.com
                                                 KIRKPATRICK & LOCKHART
                                               NICHOLSON GRAHAM LLP
                                               75 State Street
                                               Boston, MA 02109-1808
                                               Telephone: (617) 261-3100

1742919v1