**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION  ) ) ) ) | MDL NO. 1456  CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) | JUDGE PATTI B. SARIS |

**[PROPOSED] ORDER**

COMES NOW, this _____ day of _____, 2005, upon consideration of Motion to Permit Brian G. Fedotin to Appear Pro Hac Vice, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is granted and that Brian G. Fedotin may appear and practice in this Court in the above-captioned matter.

_____
United States District Judge

1728200v1