BILL LOCKYER, Attorney General
of the State of California
THOMAS A. TEMMERMAN, S.B. No. 62986
Senior Assistant Attorney General *(Ret.)*
BRIAN V. FRANKEL, S.B. No. 116802
Supervising Deputy Attorney General
ELISEO SISNEROS, S.B. No. 99138
Deputy Attorney General
TIMOTHY FOOTE, S.B. No. 115621
Deputy Attorney General
JOHN FISHER, S.B. No. 156183
Deputy Attorney General
DENNIS T. FENWICK, S.B. No. 149300
Deputy Attorney General
SIOBHAN FRANKLIN, S.B. No. 175747
Deputy Attorney General
NICHOLAS PAUL, S.B. No. 190605
Deputy Attorney General
1455 Frazee Road, Suite 315
San Diego, CA  92108
Tel:  (619) 688-6800
Fax:  (619) 688-4200

Attorneys for STATE OF CALIFORNIA

JAMES J. BREEN
The Breen Law Firm, P.A.
5755 Northpoint Parkway, Suite 39
Alpharetta, GA. 30022
Tel:  (770) 740-0008
Fax:  (770) 740-9109

Attorneys for the Qui Tam Plaintiff,
Other Counsel listed in signature page

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, ex rel. VEN-A-CARE OF THE FLORIDA KEYS, INC., a Florida Corporation,<br><br>          Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, INC.; AMGEN, INC.; ARMOUR PHARMACEUTICAL CO.; AVENTIS BEHRING, L.L.C.; AVENTIS PHARMACEUTICALS, INC.; B. BRAUN MEDICAL, INC.; B. BRAUN OF AMERICA, INC.; BAXTER HEALTHCARE CORP.; BEDFORD LABORATORIES; BEN VENUE LABORATORIES, INC.; BOEHRINGER | **MDL No. 1456**<br>**Master File No. 01-12257-PBS**<br><br>**(Original Central District of California No. 03-CV-2238)**<br><br>**Judge Patti B. Saris**<br><br>**MOTION FOR LEAVE TO FILE UNREDACTED EXHIBITS TO FIRST AMENDED COMPLAINT IN INTERVENTION UNDER SEAL** |

| | |
|---|---|
| INGELHEIM CORP.; BOEHRINGER INGELHEIM PHARMACEUTICALS INC.; BRISTOL-MYERS SQUIBB COMPANY a/k/a BRISTOL-MYERS ONCOLOGY DIVISION/HIV PRODUCTS; C.H. BOEHRINGER SOHN GRUNDSTUCKSVERWALTUNG GMBH & CO. KG; DEY, INC.; DEY, L.P.; EMD, INC.; GENEVA PHARMACEUTICALS INC.; GENSIA  INC.; GENSIA SICOR, INC.; GLAXO WELLCOME INC. f/k/a BURROUGHS WELLCOME CO.; GLAXOSMITHKLINE PLC;  HOECHST MARION ROUSSEL, INC.; IMMUNEX CORP.; LIPHA, S.A.; McGAW, INC.; MERCK KGaA; MYLAN LABORATORIES, INC.; MYLAN PHARMACEUTICALS, INC.;  NOVARTIS AG; PHARMA INVESTMENT, LTD.; ROXANE LABORATORIES, INC.; SANDOZ, INC.; SCHERING-PLOUGH CORP.; SICOR, INC. f/k/a GENSIA PHARMACEUTICALS, INC.; SMITHKLINE BEECHAM CORPORATION d/b/a  GLAXOSMITHKLINE; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; WARRICK PHARMACEUTICALS CORP.; Z.L.B. BEHRING,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to Paragraph 15 of the Protective Order entered by this Court on December 13, 2002 (the "Protective Order"), Plaintiff STATE OF CALIFORNIA and *qui tam* plaintiff Ven-A-Care of the Florida Keys (hereinafter, "Plaintiffs") respectfully move this Court for leave to file unredacted Exhibits A through K and Exhibits M through R to their First Amended Complaint in Intervention under seal.

The First Amended Complaint in Intervention includes information depicting the pricing of certain drugs, identified in Exhibits A through K and Exhibits M through R, which have been identified by Defendants as "Confidential" pursuant to the terms of the Protective Order. Paragraph 15 of the Protective Order mandates that any document containing such information be filed under seal. Plaintiffs hereby comply with the terms of the Protective Order. At this time, Plaintiffs take no position as to whether the pricing information so designated by Defendants is in fact "Confidential," and explicitly reserve the right to challenge each such

designation in accordance with the terms of the Protective Order at a subsequent stage in the litigation of this action, should Plaintiffs deem such challenge appropriate and necessary. In the interest of giving Defendants the opportunity to challenge any public disclosure of the designated information, Plaintiffs respectfully request leave to file Exhibits A through K and Exhibits M through R of their First Amended Complaint in Intervention under seal. As appropriate, copies will also be individually served on each Defendant to whom a particular exhibit applies, *i.e.*, an unredacted version of Exhibit A will be served on Defendant Abbott Laboratories, Inc., but no other Defendants, and so forth.

In accordance with Paragraph 29 of the Protective Order, Plaintiffs have also filed redacted versions of Exhibits A through K and Exhibits M through R with the First Amended Complaint in Intervention, along with Exhibit L, for use as a public version pending the Court's ruling on the instant Motion. Exhibit L to the First Amended Complaint in Intervention does not contain confidential information.

A proposed order is attached hereto.

Dated: August 25, 2005

    BILL LOCKYER
    Attorney General of the State of California

    THOMAS A. TEMMERMAN,
    Senior Assistant Attorney General *(Ret.)*

    BRIAN V. FRANKEL
    Supervising Deputy Attorney General

    ELISEO SISNEROS
    Deputy Attorney General

    TIMOTHY FOOTE
    Deputy Attorney General

    JOHN FISHER
    Deputy Attorney General

    DENNIS T. FENWICK
    Deputy Attorney General

    SIOBHAN FRANKLIN
    Deputy Attorney General

NICHOLAS PAUL
Deputy Attorney General

For the State of California and qui tam Plaintiff Ven-A-Care of the Florida Keys, Inc.,

*[signature]*

_____
BRIAN V. FRANKEL
Supervising Deputy Attorney General
1455 Frazee Road, Suite 315
San Diego, CA 92108
Tel: (619) 688-6065
Fax: (619) 688-4200

Attorneys for the Qui Tam Plaintiff

JAMES J. BREEN
The Breen Law Firm, P.A.
5755 Northpoint Parkway, Suite 39
Alpharetta, GA. 30022
Tel: (770) 740-0008
Fax: (770) 740-9109

THOMAS V. GIRARDI, S.B. No. 36603
HOWARD B. MILLER, S.B. No. 31392
Girardi & Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017-1904
Tel: (213) 489-3330
Fax: (213) 481-1554

WALTER J. LACK, S.B. No. 57550
ADAM D. MILLER, S.B. No. 141808
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067-4107
Tel: (310) 552-3800
Fax: (310) 552-9434

BRUCE L. SIMON, S.B. No. 96241
ROBERT G. RETANA, S.B. No. 148677
Cotchett Pitre Simon & McCarthy
840 Malcolm Rd., Suite 200
Burlingame, CA 94010-1413
Tel: (650) 697-6000
Fax: (650) 697-0577

SHERRIE R. SAVETT
GARY L. AZORSKY
SUSAN SCHNEIDER THOMAS
ROSLYN G. POLLACK
JOY P. CLAIRMONT
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103
Tel:  (215) 875-3000
Fax:  (215) 875-4604

5

## CERTIFICATE OF SERVICE

I, BRIAN V. FRANKEL, hereby certify that on August 25, 2005, I caused a true and correct copy of the foregoing, **MOTION FOR LEAVE TO FILE UNREDACTED EXHIBITS TO FIRST AMENDED COMPLAINT IN INTERVENTION UNDER SEAL, AND [PROPOSED] ORDER** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to Verilaw Technologies for posting and notification to all parties.

Dated: August 25, 2005

_____
BRIAN V. FRANKEL
Supervising Deputy Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
1455 Frazee Road, Suite 315
San Diego, CA  92108
Tel: (619) 688-6065
Fax: (619) 688-4200