BILL LOCKYER, Attorney General
of the State of California
THOMAS A. TEMMERMAN, S.B. No. 62986
Senior Assistant Attorney General *(Ret.)*
BRIAN V. FRANKEL, S.B. No. 116802
Supervising Deputy Attorney General
ELISEO SISNEROS, S.B. No. 99138
Deputy Attorney General
TIMOTHY FOOTE, S.B. No. 115621
Deputy Attorney General
JOHN FISHER, S.B. No. 156183
Deputy Attorney General
DENNIS T. FENWICK, S.B. No. 149300
Deputy Attorney General
SIOBHAN FRANKLIN, S.B. No. 175747
Deputy Attorney General
NICHOLAS PAUL, S.B. No. 190605
Deputy Attorney General
1455 Frazee Road, Suite 315
San Diego, CA  92108
Tel:  (619) 688-6800
Fax:  (619) 688-4200

Attorneys for STATE OF CALIFORNIA

JAMES J. BREEN
The Breen Law Firm, P.A.
5755 Northpoint Parkway, Suite 39
Alpharetta, GA. 30022
Telephone:  (770) 740-0008
FAX:  (770) 740-9109

Attorneys for the Qui Tam Plaintiff,
Other Counsel listed in signature page

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, ex rel. VEN-A-CARE OF THE FLORIDA KEYS, INC., a Florida Corporation,<br><br>                            Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, INC.; AMGEN, INC.; ARMOUR PHARMACEUTICAL CO.; AVENTIS BEHRING, L.L.C.; AVENTIS PHARMACEUTICALS, INC.; B. BRAUN MEDICAL, INC.; B. BRAUN OF AMERICA, INC.; BAXTER HEALTHCARE CORP.; BEDFORD LABORATORIES; BEN VENUE LABORATORIES, INC.; BOEHRINGER | **MDL No. 1456**<br>**Master File No. 01-12257-PBS**<br><br>**(Original Central District of California No. 03-CV-2238)**<br><br>**Judge Patti B. Saris**<br><br>**NOTICE OF MOTION FOR LEAVE TO FILE UNREDACTED EXHIBITS TO FIRST AMENDED COMPLAINT IN INTERVENTION UNDER SEAL** |

1

| | |
|---|---|
| INGELHEIM CORP.; BOEHRINGER INGELHEIM PHARMACEUTICALS INC.; BRISTOL-MYERS SQUIBB COMPANY a/k/a BRISTOL-MYERS ONCOLOGY DIVISION/HIV PRODUCTS; C.H. BOEHRINGER SOHN GRUNDSTUCKSVERWALTUNG GMBH & CO. KG; DEY, INC.; DEY, L.P.; EMD, INC.; GENEVA PHARMACEUTICALS INC.; GENSIA  INC.; GENSIA SICOR, INC.; GLAXO WELLCOME INC. f/k/a BURROUGHS WELLCOME CO.; GLAXOSMITHKLINE PLC;  HOECHST MARION ROUSSEL, INC.; IMMUNEX CORP.; LIPHA, S.A.; McGAW, INC.; MERCK KGaA; MYLAN LABORATORIES, INC.; MYLAN PHARMACEUTICALS, INC.;  NOVARTIS AG; PHARMA INVESTMENT, LTD.; ROXANE LABORATORIES, INC.; SANDOZ, INC.; SCHERING-PLOUGH CORP.; SICOR, INC. f/k/a GENSIA PHARMACEUTICALS, INC.; SMITHKLINE BEECHAM CORPORATION d/b/a  GLAXOSMITHKLINE; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; WARRICK PHARMACEUTICALS CORP.; Z.L.B. BEHRING,<br><br>              Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

To:     All Counsel of Record,

Please take notice that on August 25, 2005, we are submitting to the Clerk of the District Court of Massachusetts, under seal, unredacted Exhibits A through K and Exhibits M through R to the Plaintiffs' First Amended Complaint in Intervention, filed August 24, 2005 (August 25, Boston time), pending a decision by the Court in response to Plaintiffs' Motion For Leave To File Unredacted Exhibits Under Seal (Motion).  The Motion is being filed on August 25, 2005, accompanied by a proposed order.

Dated:  August 25, 2005

                                                                        BILL LOCKYER
                                                                        Attorney General of the State of California

                                                                        THOMAS A. TEMMERMAN,
                                                                        Senior Assistant Attorney General *(Ret.)*

BRIAN V. FRANKEL
Supervising Deputy Attorney General

ELISEO SISNEROS
Deputy Attorney General

TIMOTHY FOOTE
Deputy Attorney General

JOHN FISHER
Deputy Attorney General

DENNIS T. FENWICK
Deputy Attorney General

SIOBHAN FRANKLIN
Deputy Attorney General

NICHOLAS N. PAUL
Deputy Attorney General

For the State of California and qui tam Plaintiff
Ven-A-Care of the Florida Keys, Inc.,

_____
BRIAN V. FRANKEL
Supervising Deputy Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
OFFICE OF THE ATTORNEY GENERAL
California Department of Justice
1455 Frazee Road, Suite 315
San Diego, CA  92108
Tel:  (619) 688-6065
Fax:  (619) 688-4200


Attorneys for the Qui Tam Plaintiff

JAMES J. BREEN
The Breen Law Firm, P.A.
5755 Northpoint Parkway, Suite 39
Alpharetta, GA. 30022
Tel:  (770) 740-0008
Fax:  (770) 740-9109

THOMAS V. GIRARDI, S.B. No. 36603
HOWARD B. MILLER, S.B. No. 31392
Girardi & Keese
1126 Wilshire Blvd.
Los Angeles, CA  90017-1904
Tel:  (213) 489-3330
Fax:  (213) 481-1554

3

WALTER J. LACK, S.B. No. 57550
ADAM D. MILLER, S.B. No. 141808
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA  90067-4107
Tel:  (310) 552-3800
Fax:  (310) 552-9434

BRUCE L. SIMON, S.B. No. 96241
ROBERT G. RETANA, S.B. No. 148677
Cotchett Pitre Simon & McCarthy
840 Malcolm Rd., Suite 200
Burlingame, CA  94010-1413
Tel:  (650) 697-6000
Fax:  (650) 697-0577

SHERRIE R. SAVETT
GARY L. AZORSKY
SUSAN SCHNEIDER THOMAS
ROSLYN G. POLLACK
JOY P. CLAIRMONT
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103
Tel:  (215) 875-3000
Fax:  (215) 875-4604

## CERTIFICATE OF SERVICE

I, BRIAN V. FRANKEL, hereby certify that on August 25, 2005, I caused a true and correct copy of the foregoing, **NOTICE OF MOTION FOR LEAVE TO FILE UNREDACTED EXHIBITS TO FIRST AMENDED COMPLAINT IN INTERVENTION UNDER SEAL,** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to Verilaw Technologies for posting and notification to all parties.

Dated: August 25, 2005

*/s/ Brian V. Frankel*
BRIAN V. FRANKEL
Supervising Deputy Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
OFFICE OF THE ATTORNEY GENERAL
1455 Frazee Road, Suite 315
San Diego, CA  92108
Tel: (619) 688-6065
Fax: (619) 688-4200