UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, ex rel. VEN-A-CARE OF THE FLORIDA KEYS, INC., a Florida Corporation, | ) ) ) **MDL No. 1456** |
| | ) **Master File No. 01-12257-PBS** |
| Plaintiffs, | ) |
| | ) **(Original Central District of California** |
| v. | ) **No. 03-CV-2238)** |
| | ) |
| ABBOTT LABORATORIES, INC.; AMGEN, INC.; ARMOUR PHARMACEUTICAL CO.; AVENTIS BEHRING, L.L.C.; AVENTIS PHARMACEUTICALS, INC.; B. BRAUN MEDICAL, INC.; B. BRAUN OF AMERICA, INC.; BAXTER HEALTHCARE CORP.; BEDFORD LABORATORIES; BEN VENUE LABORATORIES, INC.; BOEHRINGER INGELHEIM CORP.; BOEHRINGER INGELHEIM PHARMACEUTICALS INC.; BRISTOL-MYERS SQUIBB COMPANY a/k/a BRISTOL-MYERS ONCOLOGY DIVISION/HIV PRODUCTS; C.H. BOEHRINGER SOHN GRUNDSTUCKSVERWALTUNG GMBH & CO. KG; DEY, INC.; DEY, L.P.; EMD, INC.; GENEVA PHARMACEUTICALS INC.; GENSIA  INC.; GENSIA SICOR, INC.; GLAXO WELLCOME INC. f/k/a BURROUGHS WELLCOME CO.; GLAXOSMITHKLINE PLC;  HOECHST MARION ROUSSEL, INC.; IMMUNEX CORP.; LIPHA, S.A.; McGAW, INC.; MERCK KGaA; MYLAN LABORATORIES, INC.; MYLAN PHARMACEUTICALS, INC.;  NOVARTIS AG; PHARMA INVESTMENT, LTD.; ROXANE LABORATORIES, INC.; SANDOZ, INC.; SCHERING-PLOUGH CORP.; SICOR, INC. f/k/a GENSIA PHARMACEUTICALS, INC.; SMITHKLINE BEECHAM CORPORATION d/b/a  GLAXOSMITHKLINE; TEVA | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Judge Patti B. Saris** **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE UNREDACTED EXHIBITS TO FIRST AMENDED COMPLAINT IN INTERVENTION UNDER SEAL** |

1

```
PHARMACEUTICAL INDUSTRIES, LTD.;    )
WARRICK PHARMACEUTICALS CORP.;      )
Z.L.B. BEHRING,                     )
                                    )
                Defendants.         )
```

Having considered the above captioned Plaintiffs' submission, IT IS HEREBY

ORDERED:

Plaintiffs' Motion for Leave to File Unredacted Exhibits to the First Amended Complaint in Intervention Under Seal is GRANTED.  Plaintiffs may file Exhibits A through K and Exhibits M through R under seal.


Dated:_____           _____
                                      Hon. Patti B. Saris
                                      United States District Judge