UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257-PBS |

**NOTICE OF APPEARANCE OF THEODORE M. HESS-MAHAN ON BEHALF OF
<u>NON-PARTY EMPIRE BLUE CROSS BLUE SHIELD</u>**

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Theodore M. Hess-Mahan of the law firm of Shapiro Haber & Urmy LLP, Exchange Place, 53 State Street, Boston, Massachusetts 02109, (617) 439-3939, as counsel for non-party Empire Blue Cross Blue Shield in the above-captioned matter.

Dated: August 26, 2005               Respectfully submitted,

                          <u>**/s/Theodore M. Hess-Mahan**</u>
                          Theodore M. Hess-Mahan (BBO #557109)
                          SHAPIRO HABER & URMY LLP
                          53 State Street
                          Boston, Massachusetts 02109
                          (617) 439-3939

                          Attorneys for Empire Blue Cross Blue Shield