# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS. | Judge Patti B. Saris |
| | Magistrate Judge Marianne B. Bowler |

## [PROPOSED] ORDER GRANTING
## PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Having considered Plaintiffs' Motion for Leave to File Under Seal, it is hereby

ORDERED:

1.    Plaintiffs' Motion is granted.

2.    Plaintiffs may file their Motion to Compel Parexel International Corporation To

Comply With Fed. R. Civ. P. 30(b)(6), and its attached exhibits, under seal.

DATED: _____    _____

Hon. Marianne B. Bowler
United States Magistrate Judge