UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris<br><br>Chief Mag. Judge Marianne B. Bowler |
| THIS DOCUMENT RELATES TO THE AMENDED MASTER CONSOLIDATED CLASS ACTION | |

## STIPULATION OF ADJOURNMENT OF TIME TO RESPOND TO MOTION TO COMPEL AND ADJOURN

WHEREAS Plaintiffs filed a Motion To Compel The Johnson & Johnson Group To Produce Documents And For An Extension Of Discovery on August 16, 2005 (the "Motion to Compel and Adjourn");

WHEREAS the parties met and conferred on August 29, 2005 pursuant to the Local Rules in connection with defendants Johnson & Johnson and Ortho Biotech Product L.P.'s (OBP) proposed cross-motion for sanctions;

WHEREAS the time for OBP to respond to plaintiffs' Motion to Compel and Adjourn runs on August 30, 2005; and

WHEREAS the parties are engaged in discussions to resolve plaintiffs' pending Motion to Compel and Adjourn and OBP's proposed cross motion for sanctions.

- 1 -

1211087v1

THEREFORE, it is hereby stipulated and agreed that the time for OBP to respond to plaintiffs' Motion To Compel and Adjourn is adjourned until August 31, 2005.

Dated: New York, New York
August 30, 2005

| | |
|---|---|
| **PATTERSON, BELKNAP, WEBB & TYLER, LLP** | **HOFFMAN & EDELSON, LLC** |
| By: _/s/ Erik Haas_<br>ERIK HAAS | By: _/s/ Allan Hoffman_<br>ALLAN HOFFMAN |
| 1133 Avenue of the Americas<br>New York, New York 10036<br>(212) 336-2000<br>*Attorneys for Plaintiffs*<br>*Johnson & Johnson & Ortho*<br>*Biotech Products L.P.* | 45 West Court Street<br>Doylestown, PA 18901<br>(215) 230 8043<br>*Attorneys for Plaintiffs* |