# Exhibit A

**Jennifer F. Connolly**

| | |
|---|---|
| From: | Kim Harris [kim.harris@dpw.com] |
| Sent: | Wednesday, August 10, 2005 12:41 PM |
| To: | Jennifer F. Connolly |
| Cc: | Kenneth A. Wexler; Trisha Lawson; Monica Lamb |
| Subject: | Re: Third parties AZ is representing |

Jennifer,

I apologize for not responding to your letter sooner. I will be getting out a letter tomorrow. The essence of that letter will be to confirm the position we have previously taken: we will not agree to schedule any additional depositions of current or former AstraZeneca employees represented by Davis Polk, including Carol Ryan, beyond the number we have previously agreed upon.


-----Original Message-----
From: "Jennifer F. Connolly" <JFConnolly@wexlerfirm.com>
Date: Wed, 10 Aug 2005 10:22:54
To:<kim.harris@dpw.com>
Cc:"Kenneth A. Wexler" <kwexler@wexlerfirm.com>
Subject: Third parties AZ is representing

Kim -

Please let me know if AZ intends to take the position that it will not schedule the depositions of third parties, such as former sales reps, who Davis Polk represents. We also need to know whether, now that DP represents Carol Ryan, you intend to schedule her deposition.

Thanks -
Jennifer

Jennifer Fountain Connolly
T H EW E X L E RF I R M LLP
One North LaSalle St., Suite 2000
Chicago, ILš 60602
(312) 346-2222
(312) 261-6195 (direct)
(312) 346-0022 (facsimile)
www.wexlerfirm.com
š