UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) MDL No. 1456 ) ) Master File No. 01-CV-12257-PBS ) |
| THIS DOCUMENT RELATES TO: (All Actions) | ) Judge Patti B. Saris ) ) |

## DECLARATION OF LYNDON TRETTER

I, LYNDON TRETTER, declare as follows:

1. I am a Member of Hogan & Hartson and represent defendants Bristol-Myers Squibb Company ("BMS"), Oncology Therapeutics Network Corp. ("OTN") and Apothecon, Inc. in this litigation.

2. In April 2005 I attended the deposition of OTN employee Marsha Peterson, which was held at the offices of Hagens Berman in Seattle.

3. Plaintiffs' counsel taking that deposition was Sean Matt of Hagens Berman. Mr. Matt was assisted at the deposition by one Mark E. Duxbury. Mr. Duxbury handed me a business card at the deposition identifying him as a "Senior Pharmaceutical Investigator/Consultant".

4. I understand that Mr. Duxbury has attended at least one other deposition of a defendant in this case (that of BMS employee Douglas Soule) where he was similarly assisting plaintiffs' counsel and where his attendance was noted on the record.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Lyndon M. Tretter

Executed on this 30th day of August 2005

1210557v1