# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>State of California, *ex rel.* Ven-A-Care v.<br>Abbott Laboratories, *et al.*<br>CASE #: 1:03-cv-11226-PBS | |

## STATE OF CALIFORNIA'S AND RELATOR'S STATUS REPORT-SEPTEMBER 1, 2005

The undersigned counsel, on behalf of plaintiffs STATE OF CALIFORNIA ("CALIFORNIA") and Relator, VEN-A-CARE OF THE FLORIDA KEYS, INC. ("VEN-A-CARE" or "RELATOR"), hereby submit the attached Status Report to the Court in accordance with the Court's June 17, 2004 Procedural Order.

                                        Respectfully submitted,

                                        BILL LOCKYER
                                        Attorney General for the State of California

Dated: September 1, 2005            By:    /s/ Brian V. Frankel
                                        BRIAN V. FRANKEL
                                        CA State Bar No.: 116802
                                        Supervising Deputy Attorney General
                                        Bureau of Medi-Cal Fraud & Elder Abuse
                                        OFFICE OF THE ATTORNEY GENERAL
                                        California Department of Justice
                                        1455 Frazee Road, Suite 315
                                        San Diego, California 92108
                                        Tel: (619) 688-6065
                                        Fax: (619) 688-4200

                                        **Attorneys for Plaintiff,**
                                        **STATE OF CALIFORNIA**

-2-

                        THE BREEN LAW FIRM, P.A.

Dated: September 1, 2005        By:   /s/ James J. Breen
                                        JAMES J. BREEN
                                        FL Bar No. 297178
                                        5755 No. Point Parkway, Suite 39
                                        Alpharetta, Georgia 30022
                                        Tel: (770) 740-0008
                                        Fax: (770) 740-9109

                                        **Attorneys for Relator,**
                                        **VEN-A-CARE OF THE FLORIDA KEYS, INC.**

-3-

## MDL 1456 Status Report
### State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories, *et al.*
### Case No.:  1:03-cv-11226-PBS

**First Amended Complaint in Intervention:**

Plaintiffs filed a First Amended Complaint in Intervention on August 25, 2005.

**Motion to File Unredacted Exhibits Under Seal:**

On August 25, 2005, plaintiffs filed a motion to file unredacted Exhibits under seal.  The Exhibits are Exhibits A-K and Exhibits M-R to the First Amended Complaint in Intervention. Redacted versions of such Exhibits were filed and served on August 25, 2005, along with the First Amended Complaint in Intervention.  Copies of the unredacted exhibits were lodged with the Court under seal on August 25, 2005, for the Court's consideration.

**Anticipated Filings:**

The Attorney General of California will be filing additional motions/pleadings, under seal when necessary, to dispose of the state's interests in matters remaining under seal.  In addition, plaintiffs will request a Status Conference and the entry of a Case Management Order by a motion to be filed after the defendants named in the First Amended Complaint in Intervention have been served and can participate.

-4-

## CERTIFICATE OF SERVICE

I, Brian V. Frankel, hereby certify that on September 1, 2005, I caused a true and correct copy of the foregoing, **STATE OF CALIFORNIA'S AND RELATOR'S STATUS REPORT-SEPTEMBER 1, 2005,** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to Verilaw Technologies (or LexisNexis File & Serve, Verilaw's successor) for posting and notification to all parties.

Dated:  September 1, 2005             /s/ Brian V. Frankel
                                                                 BRIAN V. FRANKEL
Supervising Deputy Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
OFFICE OF THE ATTORNEY GENERAL
California Department of Justice
1455 Frazee Road, Suite 315
San Diego, CA  92108
Tel:  (619) 688-6065
Fax:  (619) 688-4200