UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE<br>LITIGATION | MDL NO. 1456<br>CIVIL ACTION NO.<br>01-12257 |

THIS DOCUMENT RELATES TO:
**ALL ACTIONS:**

## NOTICE

September 6, 2005

**BOWLER, U.S.M.J.**

Pursuant to 28 U.S.C. §455(f), I waive any past, present and future financial interest in the proposed class or classes.

/s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
U.S. Magistrate Judge