UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS. | Judge Patti B. Saris<br>Magistrate Judge Marianne B. Bowler |

### NOTICE OF PLAINTIFFS' WITHDRAWAL OF THEIR MOTION TO COMPEL PAREXEL INTERNATIONAL CORPORATION TO COMPLY WITH FED. R. CIV. P. 30(b)(6)

To all parties and their counsel of record via VeriLaw:

PLEASE TAKE NOTICE that plaintiffs hereby withdraw their Motion to Compel Parexel International Corporation to Comply with Fed. R. Civ. P. 30(b)(6) [Docket No. 1685] without prejudice.

DATED: September 9, 2005

By: _____
Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One N. LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

## CERTIFICATE OF SERVICE

Docket No. MDL 1456

I, Jennifer Fountain Connolly, hereby certify that I am one of plaintiffs' attorneys and that, on September 9, 2005, I caused copies of *Notice of Plaintiffs' Withdrawal of Their Motion to Compel Parexel International Corporation to Comply With Fed. R. Civ. P. 30(b)(6)* to be served on all counsel of record via VeriLaw and via facsimile on:

>Michael S. Gardener
>Meredith M. Leary
>Mintz, Levin, Cohen, Ferris, Glovsky and Popeo, P.C.
>One Financial Center
>Boston, MA  02111

*/s/ Jennifer F. Connolly*
Jennifer Fountain Connolly