**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 <br> ) Master File No. 01-12257-PBS <br> ) <br> ) (Original Central District of California <br> ) No. 03-CV-2238) <br> ) |
| THIS DOCUMENT RELATES TO: <br> State of California, *ex rel*. Ven-A-Care v. Abbott Laboratories, *et al*. <br> CASE #: 1:03-cv-11226-PBS | ) Judge Patti B. Saris <br> ) <br> ) NOTICE OF MOTION FOR LEAVE TO <br> ) FILE "STATE OF CALIFORNIA'S <br> ) ELECTION TO DECLINE AS TO <br> ) CERTAIN DEFENDANTS AND <br> ) ALLEGATIONS" UNDER SEAL |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that on September 9, 2005, the State of California filed the following documents: "Motion for Leave to File 'State of California's Election to Decline as to Certain Defendants and Allegations' Under Seal"; and "[Proposed] Order Granting Motion For Leave to File 'State of California's Election to Decline as to Certain Defendants and Allegations' Under Seal".

In conjunction with such motion, the State of California will be submitting to the Clerk of the District Court of Massachusetts, under seal, the "State of California's Election to Decline as to Certain Defendants and Allegations", for the Court's consideration pending a decision by the

/ / /

/ / /

/ / /

/ / /

Court in response to the State of California's motion. Such submission is expected to occur on or about September 12, 2005.

                BILL LOCKYER
                Attorney General of the State of California

Dated:  September 9, 2005       /s/ Brian V. Frankel
                BRIAN V. FRANKEL
                Supervising Deputy Attorney General
                Bureau of Medi-Cal Fraud & Elder Abuse
                OFFICE OF THE ATTORNEY GENERAL
                California Department of Justice
                1455 Frazee Road, Suite 315
                San Diego, CA  92108
                Tel:  (619) 688-6065
                Fax:  (619) 688-4200

## CERTIFICATE OF SERVICE

I, BRIAN V. FRANKEL, hereby certify that on September 9, 2005, I caused a true and correct copy of the foregoing, **NOTICE OF MOTION FOR LEAVE TO FILE "STATE OF CALIFORNIA'S ELECTION TO DECLINE AS TO CERTAIN DEFENDANTS AND ALLEGATIONS" UNDER SEAL,** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to Verilaw Technologies for posting and notification to all parties.

Dated:  September 9, 2005          /s/ Brian V. Frankel
                                   BRIAN V. FRANKEL
                                   Supervising Deputy Attorney General
                                   Bureau of Medi-Cal Fraud & Elder Abuse
                                   OFFICE OF THE ATTORNEY GENERAL
                                   1455 Frazee Road, Suite 315
                                   San Diego, CA   92108
                                   Tel:  (619)  688-6065
                                   Fax:  (619) 688-4200