UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO THE AMENDED MASTER CONSOLIDATED CLASS ACTIONS | **Honorable Patti B. Saris**<br><br>**Chief Magistrate Judge Marianne B. Bowler** |

### ASSENTED TO MOTION FOR CONTINUANCE OF HEARING DATE AND FOR PLAINTIFFS' TIME TO RESPOND TO DEFENDANT'S CROSS-MOTION

The parties hereby move the Court as follows:

1.  On August 16, 2005, Plaintiffs filed a Motion to Compel the Johnson & Johnson Group To Produce Documents And For an Extension of Discovery (the "Plaintiffs' Motion").

2.  On August 31, 2005, Defendant filed its response in opposition thereto and cross-motion for sanctions (the "Defendant's Cross-Motion").

3.  On September 1, 2005, the Court issued a Notice of Hearing on Plaintiffs' Motion set for September 19, 2005 at 11:00 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler.

4.  The time for plaintiffs to respond to Defendant's Cross-Motion runs on September 14, 2005.

5.  The parties are engaged in discussions to resolve the above-filed motions.

6.  The parties move this Court to continue the hearing date until Thursday, September 29, 2005 at 3:00 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler.

7. The parties move this Court to adjourn the time for Plaintiffs to respond to Defendant's Cross-Motion until September 23, 2005.

Dated: September 14, 2005

| | |
|---|---|
| **PATTERSON, BELKNAP,**<br>**WEBB & TYLER LLP** | **HOFFMAN & EDELSON, LLC** |
| By: _____<br>ANDREW D. SCHAU | By: _____<br>ALLAN M. HOFFMAN |
| 1133 Avenue of the Americas<br>New York, New York 10036<br>(212) 336-2000 | 45 West Court Street<br>Doylestown, PA 18901<br>(215) 230-8043 |
| *Attorneys for Johnson & Johnson &*<br>*Ortho Biotech Products, L.P.* | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that I, Allan M. Hoffman, an attorney, caused a true and correct copy of the foregoing **ASSENTED TO MOTION FOR CONTINUANCE OF HEARING DATE AND FOR PLAINTIFFS' TIME TO RESPOND TO DEFENDANT'S CROSS-MOTION** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No.2, by sending on September 14, 2005, a copy to Verilaw Technologies for Posting and notification to all parties.

By: /s/ Allan M. Hoffman
Allan M. Hoffman
HOFFMAN & EDELSON, LLC
45 West Court Street
Doylestown, PA 18901
Telephone: 215-230-8043
Telecopier: 215-230-8735

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO THE AMENDED MASTER CONSOLIDATED CLASS ACTIONS | Honorable Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |

## ORDER

And Now, this _____ day of September, 2005, upon consideration of the parties' Assented To Motion for Continuance of Hearing Date and for Plaintiffs' Time To Respond To Defendant's Cross-Motion, it is hereby ORDERED that:

1. The motion is GRANTED;

2. The hearing date is continued until Thursday, September 29, 2005 at 3:00 PM in Courtroom 25.

3. The time for Plaintiffs to respond to Defendant's Cross-Motion is adjourned until September 23, 2005.

_____
Bowler, Magistrate Judge