## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | Civil Action No. 01-CV-12257 PBS<br><br>Judge Patti B. Saris<br>Chief Magistrate Judge Marianne B. Bowler |

## MOTION TO SUBSTITUTE APPEARANCE OF COUNSEL

Now comes Jacob T. Elberg, on behalf of the law firm of Dwyer & Collora, LLP, and moves to substitute his appearance for attorney Joseph E. Haviland in the above captioned matter.

As reason for this motion, counsel states that Mr. Haviland unexpectedly passed away on September 1, 2005. The appearance of attorney Jacob T. Elberg is attached.

Respectfully submitted,

/s/ Jacob T. Elberg
Jacob T. Elberg (BBO 657469)
**DWYER & COLLORA, LLP**
600 Atlantic Avenue
Boston, MA 02210
(617) 371.1000

*Attorneys for Defendants Bristol-Myers Squibb Co.*

September 15, 2005

\\\NY - 58559/0059 - 849318 v3