UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) |
|  | MDL No. 1456 |
|  | Civil Action No.: 01-cv-12257-PBS |
|  | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) ) |

## NOTICE OF APPEARANCE

Now comes the undersigned, Jacob T. Elberg, and hereby enters his appearance on behalf of Bristol-Myers Squibb Co. in the above-entitled matter.

                 _____/s/ Jacob T. Elberg_____
                 Jacob T. Elberg (BBO No. 657469)
                 **DWYER & COLLORA, LLP**
                 600 Atlantic Avenue
                 Boston, MA 02210
                 (617) 371.1000

                 *Attorneys for Defendants Bristol-Myers Squibb Co.*

September 15, 2005