UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 Civil No. 1:01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | 1:05-CV-11795-PBS |
| *State of Florida, et al. v. Alpharma, Inc., et al.* | Judge Patti B. Saris |

**NOTICE OF APPEARANCE**

Please enter my appearance as attorney for the Relator, Ven-A-Care of the Florida Keys, Inc., in the above-entitled action.

Respectfully submitted,

/s/ Jonathan Shapiro
Jonathan Shapiro
BBO No. 454220
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: September 15, 2005