**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE:  PHARMACEUTICAL INDUSTRY | ) |
| AVERAGE WHOLESALE PRICE | ) MDL NO. 1456 |
| LITIGATION | ) |
| | ) CIVIL ACTION: 01-CV-12257-PBS |
| | ) |
| THIS DOCUMENT RELATES TO: | ) Judge Patti B. Saris |
| ALL CLASS ACTIONS | ) |
| | ) |

**PLAINTIFFS' ASSENTED-TO MOTION TO WITHDRAW WITHOUT PREJUDICE**
**PLAINTIFFS' MOTION TO COMPEL THE DEPOSITION OF ERIK Q. SCHULTZ**
**AND FOR ORDER ASSESSING FEES AND COSTS**

Plaintiffs respectfully request that this Court allow Plaintiffs to withdraw Plaintiffs'

Motion to Compel the Deposition of Erik Q. Schultz and For Order Assessing Fees and Costs

scheduled for oral argument before Magistrate Judge Bowler on Monday, September 19, 2005.

Plaintiffs seek to withdraw their Motion without prejudice at this time because Mr.

Schultz appeared for his deposition on Tuesday, September 13, 2005 in Phoenix, Arizona.

During the course of the deposition, Mr. Schultz disclosed that he is currently employed by

McKesson Corporation, but that McKesson was not aware he was giving testimony in this

matter.  Because McKesson would likely be a subject matter of testimony during the deposition,

Plaintiffs' lawyer Elizabeth A. Fegan immediately stopped the deposition and contacted

McKesson's counsel.  Pursuant to agreement of all counsel present and McKesson's counsel, the

deposition was suspended temporarily to allow attorneys for McKesson Corporation to prepare,

attend and participate in light of Mr. Schultz's current employment with McKesson.

McKesson's attorneys have agreed to arrange for a mutually convenient date for the

continuation of the deposition and to secure Mr. Schultz's attendance.   As a result of Mr.

Schultz's appearance and the agreement to continue the deposition, plaintiffs suggest that this

matter may be removed from the Court's hearing calendar.

     Dated: September 16, 2005

                    Respectfully submitted,


                   By **/s/ Steve W. Berman**
                     Thomas M. Sobol
                     David S. Nalven
                     Edward Notargiacomo
                     Hagens Berman Sobol Shapiro LLP
                     One Main Street
                     Cambridge, MA  02142
                     Telephone: (617) 482-3700
                     Facsimile: (617) 482-3003

                     Steve W. Berman
                     Sean R. Matt
                     Hagens Berman Sobol Shapiro LLP
                     1301 Fifth Avenue, Suite 2900
                     Seattle, WA  98101
                     Telephone: (206) 623-7292
                     Facsimile: (206) 623-0594

                     Elizabeth A. Fegan
                     Hagens Berman Sobol Shapiro LLP
                     60 W. Randolph, Suite 200
                     Chicago, IL 60601
                     Telephone: (312) 762-9235
                     Facsimile: (312) 762-9286

                     *LIAISON AND CO-LEAD COUNSEL*

                     Eugene A. Spector
                     Jeffrey Kodroff
                     Spector, Roseman & Kodroff, P.C.
                     1818 Market Street, Suite 2500
                     Philadelphia, PA  19103
                     Telephone: (215) 496-0300
                     Facsimile: (215) 496-6611

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Samuel Heins
Brian Williams
Heins, Mills & Olson, P.C.
700 Northstar East
608 Second Avenue South
Minneapolis, MN  55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

CO-LEAD COUNSEL

## CERTIFICATE OF SERVICE

Docket No. MDL 1456

I, Elizabeth A. Fegan, hereby certify that I am one of plaintiffs' attorneys and that on September 16, 2005, I caused copies of Plaintiffs' Assented-To Motion To Withdraw Motion To Compel Deposition of Erik Q. Schultz and For Order Assessing Fees and Costs to be served via facsimile on the following counsel:

Lori A. Schechter
Morrison Foerster
425 Market Street
San Francisco, California 94105-2482
Phone: (415) 268-7000
Fax: (415) 268-7522

Steve Kaus
Cooper, White & Cooper
201 California Street, Seventeenth Floor
San Francisco, California 94111
Phone: (415) 433-1900
Fax: (415) 433-5530

*Counsel for McKesson Corporation*

D. Scott Wise
Kimberly Harris
Trisha Lawson
Monica Lamb
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Phone: 212 450 4000
Fax: 212 450 3800

*Counsel for AstraZeneca*

and on all other counsel of record via Verilaw on September 17,2005 or the first date on which Verilaw had transitioned to Lexis/Nexis File & Serve and was again functional.

    **/s/ Elizabeth A. Fegan**

Dated: September 16, 2005