UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
                                      )
In Re: PHARMACEUTICAL INDUSTRY        )
AVERAGE WHOLESALE PRICE               )
LITIGATION                            )  MDL No. 1456
                                      )
                                      )  Master File No. 01-CV-12257-PBS
                                      )
------------------------------------- x
                                      )  Judge Patti B. Saris
                                      )
This Document Relates to:             )
                                      )
*International Union of Operating*    )
*Engineers, Local No. 68 Welfare*     )
*Fund v. AstraZeneca PLC et al.,*     )
*Civil Action No. 04-11503-PBS*       )
------------------------------------- x

## RESPONSE OF ASTRAZENECA PHARMACEUTICALS LP TO COURT ORDER DATED AUGUST 19, 2005

Counsel for AstraZeneca Pharmaceuticals LP respectfully submits the attached Declarations of D. Scott Wise, Eric D. Gill and John C. Dodds in response to the Court's Order dated August 19, 2005.

Respectfully submitted,

September 19, 2005                By: __/s/ Lucy Fowler_____

Nicholas C. Theodorou (BBO # 496730)
Lucy Fowler (BBO # 647929)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA 02210

D. Scott Wise
Kimberley D. Harris
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
*Attorneys for AstraZeneca Pharmaceuticals LP*

**CERTIFICATE OF SERVICE**

I certify that on September 19, 2005, a true and correct copy of the foregoing Notice of Supplemental Authority was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

/s/ Lucy Fowler

Lucy Fowler