UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257-PBS |

### NON-PARTY EMPIRE BLUE CROSS BLUE SHIELD'S ASSENTED TO MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF MOTION TO QUASH SUBPOENA SEEKING DEPOSITION TESTIMONY AND FOR A PROTECTIVE ORDER

Pursuant to Local Rule 7.1(B)(3), Empire Blue Cross Blue Shield ("Empire"), a non-party in this action, hereby moves this Court for leave to file a reply memorandum of law in further support of its Motion to Quash Subpoena Seeking Deposition Testimony and for a Protective Order.

The parties's counsel have conferred and defendants have assented to this motion.

Dated: September 20, 2005         EMPIRE BLUE CROSS BLUE SHIELD

By its attorneys,

**/s/Theodore M. Hess-Mahan**
Thomas V. Urmy, Jr. (BBO #506620)
Theodore M. Hess-Mahan (BBO #557109)
Todd S. Heyman (BBO #643804)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, Massachusetts 02109
(617) 439-3939

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify that the parties' counsel conferred in a good faith effort to narrow or resolve the issues raised in this motion. Defendants have assented to this motion.

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan