# SHAPIRO HABER & URMY LLP

Attorneys at Law

Thomas G. Shapiro
Edward F. Haber
Thomas V. Urmy, Jr.
Michelle H. Blauner
Theodore M. Hess-Mahan
Christine E. Morin
Todd. S. Heyman
Matthew L. Tuccillo

*Counsel*

Lawrence D. Shubow
Alfred J. O'Donovan

E-mail:
shu@shulaw.com

August 3, 2004

**BY FEDERAL EXPRESS AND FAX**

Clay Everett, Esq.
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington D.C., 20004

Re: AWP Litigation

Dear Clay:

Enclosed please find the following documents:

1. Documents Inadvertently Omitted from the Lupron Production: EMP001015, EMP009780-EMP009786, EMP009894, EMP0012549, EMP0013625-EMP0014815, NEB000443, NEB002299-NEB002304, NEB002306-NEB002316, NEB002318-NEB002328, LA0000630, LA0014816-LA0015936, LA0017145, LA0018472, LA0019433-LA0019447, LA0019909-LA0019916, LA0019943, LA0021658, LA0022467, and LA0023153-LA0023165. We are in the process of getting EMP0013625 - EMP0013643, NEB 0002305, and NEB 0002317 from Dewey Ballantine.

2. Additional Pharmacy Contracts from Empire Blue Cross Blue Shield, Horizon Healthcare, Blue Cross Blue Shield of Nebraska, and Blue Cross Blue Shield of Tennessee. We will provide you with other pharmacy contracts as we receive them.

3. Empire Blue Cross Blue Shield's Production of documents responsive to the subpoena requests it received that were among the categories of

SHAPIRO HABER & URMY LLP

documents identified in your July 22, 2004 letter. We anticipate providing you the remainder of Empire's documents shortly.

Finally, I have not produced several privileged documents from Empire's production. I will have a privilege log prepared shortly. In the interest of providing you the enclosed documents as quickly as possible, I have not waited until the completion of the privilege log.

I will be out of the office for the remainder of the week but Tom Urmy will be available. I will return to the office on Monday. Should you have any questions, please do not hesitate to contact me

Sincerely,

Todd S. Heyman