# EXHIBIT E

# Confidential–To Be Filed Under Seal Pursuant to Court Order