UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) ) Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | ) ) ) Chief Mag. Judge Marianne B. Bowler ) |

### JOHNSON & JOHNSON DEFENDANTS' MOTION TO DETERMINE THE SUFFICIENCY OF PLAINTIFFS' RESPONSES TO (1) REQUESTS FOR ADMISSIONS AND INTERROGATORIES CONCERNING REMICADE, AND (2) REQUESTS FOR ADMISSIONS AND INTERROGATORIES CONCERNING PROCRIT

The Johnson & Johnson Defendants[1] respectfully move this Court for an order compelling plaintiffs to provide substantive responses to (1) The J&J Defendants' Requests for Admissions and Interrogatories Concerning Remicade dated August 1, 2005; and (2) The J&J Defendants' Requests for Admissions and Interrogatories Concerning Procrit dated August 1, 2005; and for such other and further relief as the Court deems just and appropriate. The grounds for this motion are set forth in the accompanying memorandum of law, declaration of Andrew D. Schau, and exhibits thereto.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d) the undersigned counsel hereby request oral argument on the issues set forth in this motion and the accompanying memorandum of law and exhibits.

---

[1] Johnson & Johnson, Centocor, Inc., Janssen Pharmaceutica Products, L.P., Ortho Biotech Products, L.P., Ortho McNeil Pharmaceuticals, Inc., McNeil Consumer & Specialty Pharmaceuticals, Ortho Neutrogena, and Johnson & Johnson Healthcare Systems, Inc.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel hereby certify that counsel for the J&J defendants conferred with counsel for plaintiffs regarding the issues addressed in this motion, but were unable to resolve or further narrow the issues.

Dated: September 21, 2005

                                              Respectfully submitted,

                                              /s/ Andrew D. Schau
                                        Andrew D. Schau (admitted *pro hac vice*)
                                        Erik Haas (admitted *pro hac vice*)
                                        Adeel A. Mangi (admitted *pro hac vice*)
                                        PATTERSON, BELKNAP, WEBB & TYLER LLP
                                        1133 Avenue of the Americas
                                        New York, NY  10036-6710
                                        (212) 336-2000

                                        *Attorneys for Defendants Johnson &*
                                        *Johnson, Johnson & Johnson Health Care*
                                        *Systems, Inc., Centocor Inc. Ortho Biotech*
                                        *Products L.P., Janssen Pharmaceutica L.P.,*
                                        *Ortho Neutrogena Inc., Ortho McNeil*
                                        *Pharmaceutical Inc. and McNeil-PPC*

1215789v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: THE AMENDED MASTER CONSOLIDATED CLASS ACTION | Judge Patti B. Saris |
| | Chief Mag. Judge Marianne B. Bowler |

**[PROPOSED] ORDER GRANTING THE JOHNSON & JOHNSON DEFENDANTS' MOTION TO DETERMINE THE SUFFICIENCY OF PLAINTIFFS' ANSWERS AND OBJECTIONS TO (1) REQUESTS FOR ADMISSIONS AND INTERROGATORIES CONCERNING REMICADE, AND (2) REQUESTS FOR ADMISSIONS AND <u>INTERROGATORIES CONCERNING PROCRIT</u>**

Having considered each of the parties' submissions with respect to Johnson & Johnson Defendants' Motion To Determine The Sufficiency Of Plaintiffs' Answers And Objections To (1) Requests For Admissions And Interrogatories Concerning Remicade, And (2) Requests For Admissions And Interrogatories Concerning Procrit, the Court hereby grants the motion and orders plaintiffs to provide substantive responses to the requests at issue within fourteen days of this order.

Dated: _____

                                                                                                                       _____
                                                                                                                       Hon. Marianne B. Bowler
                                                                                                                       United States Magistrate Judge

1215789v1

## CERTIFICATE OF SERVICE

I certify that on September 21, 2005, a true and correct copy of the forgoing JOHNSON & JOHNSON DEFENDANTS' MOTION TO DETERMINE THE SUFFICIENCY OF PLAINTIFFS' ANSWERS AND OBJECTIONS TO (1) REQUESTS FOR ADMISSIONS AND INTERROGATORIES CONCERNING REMICADE, AND (2) REQUESTS FOR ADMISSIONS AND INTERROGATORIES CONCERNING PROCRIT was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

/s/ Andrew D. Schau
Andrew Schau