UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL NO. 1456 Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS ) ) ) ) | Hon. Patti B. Saris Chief Mag. Judge Marianne B. Bowler |

## ASTRAZENECA PHARMACEUTICAL LP'S
## MOTION FOR LEAVE TO FILE UNDER SEAL

AstraZemeca Pharmaceutical LP, by its attorneys, hereby moves this Court for leave to file under seal the Declaration of Trisha Lawson in Support of AstraZeneca Pharmaceutical LP's Memorandum of Law in Opposition to Plaintiffs' Motion to Compel Deposition of David Brennan and Supplement to Plaintiffs' Motion for Leave to Set Aside the Ten Deposition Limit with Respect to Defendant AstraZeneca Regarding 30(b)(6) Deposition Related to Sales Training and the exhibits attached to the Trisha Lawson Declaration.

Pursuant to the Protective Order entered by this Court on December 13, 2002 (the "MDL Protective Order"), the parties in the above captioned cases and non-party witnesses have designated many documents and other information produced in these cases as either "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL." The Trisha Lawson Declaration and exhibits thereto incorporates – either directly or indirectly – information that has been designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL." Pursuant to paragraph 15 of the MDL Protective Order, any document or pleading containing quotes from or otherwise referencing such information shall be filed under seal.

B3095989.1

WHEREFORE, AstraZeneca Pharmaceuticals LP respectfully requests that th

Court grant it leave to file the Trisha Lawson Declaration and attached exhibits under seal.

Dated:  Boston, Massachusetts
         September 16, 2005

                                    Respectfully Submitted,

                                    By:  _____

                                    Nicholas C. Theodorou (BBO #496730)
                                    Lucy Fowler (BBO #647929)
                                    FOLEY HOAG LLP
                                    155 Seaport Blvd.
                                    Boston, Massachusetts 02210
                                    Tel: (617) 832-1000

                                    D. Scott Wise
                                    Kimberley Harris
                                    DAVIS POLK & WARDWELL
                                    450 Lexington Avenue
                                    New York, New York 10017
                                    Tel: (212) 450-4000

                                    Attorneys for AstraZeneca
                                    Pharmaceuticals LP

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for defendant conferred with counsel for plaintiff on this motion, and plaintiffs state although plaintiffs hav not yet seen the Lawson Declaration and therefore cannot determine if AstraZeneca's request file under seal is appropriate, in the interest of cooperation and efficiency, plaintiffs do not oppose AstraZeneca's motion. Plaintiffs do, however, reserve the right to challenge AstraZeneca's designation if they subsequently deem a challenge appropriate.

*/s/ Lucy Fowler*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on September 16, 2005, a copy to Verilaw Technologies for posting and notification t all parties.

*/s/ Lucy Fowler*