# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) ) Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO THE AMENDED MASTER CONSOLIDATED CLASS ACTION | ) ) ) Chief Mag. Judge Marianne B. Bowler ) ) |

## NOTICE OF WITHDRAWAL OF CROSS MOTION FOR SANCTIONS BY JOHNSON & JOHNSON, ORTHO BIOTECH PRODUCTS, L.P.

To all parties and their counsel of record via Verilaw:

Please take notice that Johnson & Johnson and Ortho Biotech Products, L.P. hereby withdraw their Cross-Motion for Sanctions [Docket No. 1690] without prejudice.

Dated: September 23, 2005

                                           /s/ Andrew D. Schau
                                 Andrew D. Schau (admitted *pro hac vice*)
                                 Erik Haas (admitted *pro hac vice*)
                                 Adeel A. Mangi (admitted *pro hac vice*)
                                 PATTERSON, BELKNAP, WEBB & TYLER LLP
                                 1133 Avenue of the Americas
                                 New York, NY  10036-6710
                                 (212) 336-2000

                                 *Attorneys for Defendants Johnson &*
                                 *Johnson and Ortho Biotech Products L.P.*

## CERTIFICATE OF SERVICE

I certify that on September 23, 2005, a true and correct copy of the forgoing Notice of Withdrawal of Cross Motion for Sanctions by Johnson & Johnson, Ortho Biotech Products, L.P. was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

/s/ Andrew D. Schau
Andrew D. Schau

1217479v1