UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In Re: PHARMACEUTICAL INDUSTRY : MDL NO. 1456
AVERAGE WHOLESALE PRICE :
LITIGATION : Master File No. 01-CV-12257-PBS
:
: Judge Patti B. Saris
:
:

## MOTION OF SETH B. KOSTO, ESQ. TO WITHDRAW
## AS COUNSEL FOR DEFENDANT GLAXOSMITHKLINE

Pursuant to this Court's Local Rule 83.5.2, undersigned counsel respectfully moves this Court to permit him to withdraw as counsel for Defendant SmithKlineBeecham Corporation d/b/a GlaxoSmithKline ("GSK"). As grounds therefor, undersigned counsel states as follows:

1.   As of October 5, 2005, undersigned counsel is leaving the employment of Holland & Knight LLP.

2.   Defendant GSK will continue to be represented by several counsel of record from Holland & Knight LLP, including Mark D. Seltzer, Esq., Brian French, Esq. and Mona Patel, Esq.

3.   A copy of this motion has been served on undersigned counsel's client and all other parties.

WHEREFORE, undersigned counsel requests that this Court allow the above motion to withdraw as counsel for Defendant GlaxoSmithKline.

        Respectfully submitted,

        SMITHKLINEBEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,

        **BY:** /s/ Seth B. Kosto_____
Mark D. Seltzer, BBO#556341
Brian French, BBO#637856
Mona Patel, BBO# 641007
Seth B. Kosto, BBO#641044
Holland & Knight LLP
10 St. James Avenue
Boston, MA  02116
Tel: (617) 854-1419
Fax: (617) 523-6850

Mark H. Lynch
Ethan M. Posner
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004
Tel: (202) 662-5544

Frederick G. Herold
Dechert LLP
975 Page Mill Road
Palo Alto, CA  94304
Tel: (650) 813-4930

DATE: September 26, 2005    *Counsel for SmithKline Beecham Corp., d/b/a GlaxoSmithKline*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 26, 2005, I caused a true and correct copy of Motion of Seth B. Kosto, Esq. To Withdraw As Counsel For Defendant GlaxoSmithKline to be served on: (1) Defendant GlaxoSmithKline; and (2) all counsel of record by electronic service pursuant to Case Management Order No. 2.

      /s/ Seth B. Kosto
      Seth B. Kosto

# 3252991_v1