# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *IN RE* PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | **MDL No. 1456** <br> Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris <br><br> Chief Magistrate Judge Marianne B. Bowler |

## NOTICE OF APPEARANCE

Please enter the appearance of Christopher P. Sullivan as counsel of record on behalf of non-parties and absent class members Blue Cross and Blue Shield of Vermont, Carefirst Blue Cross Blue Shield, Hawaii Medical Service Association, Excellus Blue Cross Blue Shield, Mutual of Omaha Insurance Company and Blue Cross Blue Shield of Massachusetts.

Respectfully submitted,

ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

/s/Christopher P. Sullivan_____
Christopher P. Sullivan, Esq. (BBO 485120)
Anthony A. Froio, Esq. (BBO No. 554708)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel. (617) 267-2300

DATED: September 26, 2005
BN1 35026329.1