UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *IN RE* PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |
| | Chief Magistrate Judge Marianne B. Bowler |

### [PROPOSED] ORDER

AND NOW, this ____ day of _____, 2005 after consideration of the Third Party Health Plans' Motion to Quash Subpoenas and for Protective Order, it is hereby ORDERED, ADJUDGED AND DECREED that said Motion is GRANTED.

By: _____
Marianne B. Bowler
Chief Magistrate Judge

DCI 45675887.1