UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

### MOTION FOR ADMISSION *PRO HAC VICE* OF NATHAN COHEN

Pursuant to Local Rule 83.5.3(b), Benjamin M. Stern, an associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, a member of the bar of this Court, and an attorney of record for Novartis Pharmaceuticals Corporation ("Novartis"), hereby moves for the admission *pro hac vice* of Nathan Cohen as counsel for Novartis in this action.

In support of this motion, Mr. Cohen has certified that: (1) he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts. Mr. Cohen's certification is attached as Exhibit A to this motion.

    Respectfully submitted,

    /s/ Benjamin M. Stern
    Karen F. Green (BBO #209050)
    Benjamin M. Stern (BBO #646778)
    Wilmer Cutler Pickering Hale and Dorr LLP
    60 State Street
    Boston, MA 02109
    (617) 526-6000

Dated: September 27, 2005

- 2 -

## CERTIFICATE OF SERVICE

     I, Benjamin M. Stern, certify that, on this September 27, 2005, a copy of the foregoing document has been served on counsel of record by electronic means pursuant to the Court's Case Management Order dated July 23, 2002.

                                                  /s/ Benjamin M. Stern
                                                  Benjamin M. Stern