# Exhibit A

7/26

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Erica Smith-Klocek**
215-963-5364
esklocek@morganlewis.com

FILED
JUL 2 7 2005
HAGENS BERMAN LLP

July 26, 2005

## VIA TELECOPY AND OVERNIGHT DELIVERY

Steve W. Berman, Esquire
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101

Re:   In re Pharmaceutical Industry AWP Litigation, MDL No. 1456

Dear Steve:

Enclosed are three CDs containing a production of documents from Pharmacia bearing the
document identification numbers PH-037106 through PH-063479, inclusive.

I have also enclosed a list of the package sizes of each NDC for which we provided data last
summer, numbered PH-063480 through PH-063485. The AMP data contained in that set was at
a per-unit (ie: per pill) basis, while the WAC and AWP information was for the entire package.
We continue to follow up on the issues identified in your earlier letter regarding areas of missing
data.

Very truly yours,

Erica Smith-Klocek

ESK/ss

Enclosures

cc:   John C. Dodds, Esquire (w/o enclosures)
      Scott A. Stempel, Esquire (w/o enclosures)

Pfizer and Pharmacia Drugs -- Package Sizes

| | | | | | |
|---|---|---|---|---|---|
| ACCUPRIL | TAB | 10MG | 00071-0530-23 | 90.00 | Pfizer |
| ACCUPRIL | TAB | 10MG | 00071-0530-40 | 100.00 | Pfizer |
| ACCUPRIL | TAB | 20MG | 00071-0532-23 | 90.00 | Pfizer |
| ACCUPRIL | TAB | 20MG | 00071-0532-40 | 100.00 | Pfizer |
| ACCUPRIL | TAB | 20MG | 00071-0532-23 | 90.00 | Pfizer |
| ACCUPRIL | TAB | 40MG | 00071-0535-23 | 90.00 | Pfizer |
| ACCUPRIL | TAB | 5MG | 00071-0527-23 | 90.00 | Pfizer |
| ACCUPRIL | TAB | 5MG | 00071-0527-40 | 100.00 | Pfizer |
| ACCURETIC | TAB | 10MG/12.5MG | 00071-0222-06 | 30.00 | Pfizer |
| ACCURETIC | TAB | 10MG/12.5MG | 00071-0222-23 | 90.00 | Pfizer |
| ACCURETIC | TAB | 20MG/12.5MG | 00071-0220-06 | 30.00 | Pfizer |
| ACCURETIC | TAB | 20MG/12.5MG | 00071-0220-23 | 90.00 | Pfizer |
| ACCURETIC | TAB | 20MG/25MG | 00071-0223-06 | 30.00 | Pfizer |
| ACCURETIC | TAB | 20MG/25MG | 00071-0223-23 | 90.00 | Pfizer |
| CARDURA | TAB | 1MG | 00049-2750-41 | 100.00 | Pfizer |
| CARDURA | TAB | 1MG | 00049-2750-66 | 100.00 | Pfizer |
| CARDURA | TAB | 2MG | 00049-2760-41 | 100.00 | Pfizer |
| CARDURA | TAB | 2MG | 00049-2760-66 | 100.00 | Pfizer |
| CARDURA | TAB | 4MG | 00049-2770-41 | 100.00 | Pfizer |
| CARDURA | TAB | 4MG | 00049-2770-66 | 100.00 | Pfizer |
| CARDURA | TAB | 8MG | 00049-2780-41 | 100.00 | Pfizer |
| CARDURA | TAB | 8MG | 00049-2780-66 | 100.00 | Pfizer |
| CELONTIN | CAP | 150MG | 00071-0537-24 | 100.00 | Pfizer |
| CELONTIN | CAP | 300MG | 00071-0525-24 | 100.00 | Pfizer |
| DILANTIN | CAP | 100MG | 00071-0362-24 | 100.00 | Pfizer |
| DILANTIN | CAP | 100MG | 00071-0362-32 | 1,000.00 | Pfizer |
| DILANTIN | CAP | 100MG | 00071-0362-40 | 100.00 | Pfizer |
| DILANTIN | CAP | 100MG | 00071-0362-41 | 84.00 | Pfizer |
| DILANTIN | CAP | 100MG/16MG | 00071-0375-24 | 100.00 | Pfizer |
| DILANTIN | CAP | 100MG/16MG | 00071-0375-32 | 1,000.00 | Pfizer |
| DILANTIN | CAP | 100MG/32MG | 00071-0531-24 | 100.00 | Pfizer |
| DILANTIN | CAP | 100MG/32MG | 00071-0531-32 | 1,000.00 | Pfizer |
| DILANTIN | CAP | 100MG/32MG | 00071-0531-40 | 100.00 | Pfizer |
| DILANTIN | SUS | 125MG/5ML | 00071-2214-20 | 240.00 | Pfizer |
| DILANTIN | SUS | 125MG/5ML | 00071-2214-40 | 500.00 | Pfizer |
| DILANTIN | INJ | 250MG | 00071-4475-45 | 125.00 | Pfizer |
| DILANTIN | CAP | 30MG | 00071-0365-24 | 100.00 | Pfizer |
| DILANTIN | CAP | 30MG | 00071-0365-32 | 1,000.00 | Pfizer |
| DILANTIN | CAP | 30MG | 00071-0365-40 | 100.00 | Pfizer |
| DILANTIN | PEDLIQ | 30MG/5ML | 00071-2315-20 | 240.00 | Pfizer |
| DILANTIN | PEDLIQ | 30MG/5ML | 00071-2315-40 | 500.00 | Pfizer |
| DILANTIN | TAB | 50MG | 00071-0007-24 | 100.00 | Pfizer |
| DILANTIN | TAB | 50MG | 00071-0007-40 | 100.00 | Pfizer |
| DILANTIN | INJ | 50MG/1ML | 00071-4488-41 | 20.00 | Pfizer |
| DILANTIN | INJ | 50MG/1ML | 00071-4488-45 | 50.00 | Pfizer |
| DILANTIN | INJ | 50MG/1ML | 00071-4488-47 | 20.00 | Pfizer |
| DILANTIN | INJ | 50MG/1ML | 00071-4488-46 | 50.00 | Pfizer |
| ESTROSTEP FE | TAB | 1MG/20MG | 00071-0928-15 | 840.00 | Pfizer |
| ESTROSTEP FE | TAB | 1MG/20MG | 00071-0928-47 | 140.00 | Pfizer |
| FEMHRT | TAB | 1MG/5MCG | 00071-0144-23 | 90.00 | Pfizer |
| FEMHRT | TAB | 1MG/5MCG | 00071-0144-45 | 140.00 | Pfizer |

**PH-063480**

Pfizer and Pharmacia Drugs -- Package Sizes

| NDCNAME | FORM | STR | FX | SIZE | MFR |
|---------|------|-----|-----|------|-----|
| LIPITOR | TAB | 10MG | 00071-0155-23 | 90.00 | Pfizer |
| LIPITOR | TAB | 10MG | 00071-0155-34 | 5,000.00 | Pfizer |
| LIPITOR | TAB | 10MG | 00071-0155-40 | 100.00 | Pfizer |
| LIPITOR | TAB | 20MG | 00071-0156-23 | 90.00 | Pfizer |
| LIPITOR | TAB | 20MG | 00071-0156-40 | 100.00 | Pfizer |
| LIPITOR | TAB | 20MG | 00071-0156-94 | 5,000.00 | Pfizer |
| LIPITOR | TAB | 40MG | 00071-0157-23 | 90.00 | Pfizer |
| LIPITOR | TAB | 40MG | 00071-0157-73 | 500.00 | Pfizer |
| LIPITOR | TAB | 80MG | 00071-0158-23 | 90.00 | Pfizer |
| LIPITOR | TAB | 80MG | 00071-0158-73 | 500.00 | Pfizer |
| LOPID | CAP | 300MG | 00071-0669-24 | 100.00 | Pfizer |
| LOPID | CAP | 300MG | 00071-0669-30 | 500.00 | Pfizer |
| LOPID | TAB | 600MG | 00071-0737-20 | 60.00 | Pfizer |
| LOPID | TAB | 600MG | 00071-0737-30 | 500.00 | Pfizer |
| LOPID | TAB | 600MG | 00071-0737-40 | 100.00 | Pfizer |
| MINIZIDE | CAP | 1MG | 00069-4300-66 | 100.00 | Pfizer |
| MINIZIDE | CAP | 1MG | 00663-4300-66 | 100.00 | Pfizer |
| MINIZIDE | CAP | 1MG | 00663-4300-66 | 100.00 | Pfizer |
| MINIZIDE | CAP | 2MG | 00069-4320-66 | 100.00 | Pfizer |
| MINIZIDE | CAP | 2MG | 00663-4320-66 | 100.00 | Pfizer |
| MINIZIDE | CAP | 2MG | 00663-4320-66 | 100.00 | Pfizer |
| MINIZIDE | CAP | 5MG | 00069-4360-66 | 100.00 | Pfizer |
| MINIZIDE | CAP | 5MG | 00663-4360-66 | 100.00 | Pfizer |
| MINIZIDE | CAP | 5MG | 00663-4360-66 | 100.00 | Pfizer |
| NARDIL | TAB | 15MG | 00071-0270-24 | 100.00 | Pfizer |
| NARDIL | TAB | 15MG | 00071-0350-24 | 100.00 | Pfizer |
| NEURONTIN | CAP | 100MG | 00071-0803-24 | 100.00 | Pfizer |
| NEURONTIN | CAP | 100MG | 00071-0803-40 | 50.00 | Pfizer |
| NEURONTIN | ORAL SOL | 250MG/5ML | 00071-2012-23 | 470.00 | Pfizer |
| NEURONTIN | CAP | 300MG | 00071-0805-24 | 100.00 | Pfizer |
| NEURONTIN | CAP | 300MG | 00071-0805-40 | 50.00 | Pfizer |
| NEURONTIN | CAP | 400MG | 00071-0806-24 | 100.00 | Pfizer |
| NEURONTIN | CAP | 400MG | 00071-0806-40 | 50.00 | Pfizer |
| NEURONTIN | TAB | 600MG | 00071-0416-24 | 100.00 | Pfizer |
| NEURONTIN | TAB | 600MG | 00071-0513-24 | 100.00 | Pfizer |
| NEURONTIN | TAB | 800MG | 00071-0426-24 | 100.00 | Pfizer |
| NEURONTIN | TAB | 800MG | 00071-0401-24 | 100.00 | Pfizer |
| NITROSTAT | SUBTAB | 0.15MG | 00071-0568-13 | 100.00 | Pfizer |
| NITROSTAT | SUBTAB | 0.15MG | 00071-0568-24 | 100.00 | Pfizer |
| NITROSTAT | TAB | 0.3MG | 00071-0417-24 | 100.00 | Pfizer |
| NITROSTAT | SUBTAB | 0.3MG | 00071-0569-24 | 100.00 | Pfizer |
| NITROSTAT | TAB | 0.4MG | 00071-0418-13 | 100.00 | Pfizer |
| NITROSTAT | TAB | 0.4MG | 00071-0418-24 | 100.00 | Pfizer |
| NITROSTAT | SUBTAB | 0.4MG | 00071-0570-13 | 100.00 | Pfizer |
| NITROSTAT | SUBTAB | 0.4MG | 00071-0570-24 | 100.00 | Pfizer |
| NITROSTAT | TAB | 0.6MG | 00071-0419-24 | 100.00 | Pfizer |
| NITROSTAT | SUBTAB | 0.6MG | 00071-0571-24 | 100.00 | Pfizer |
| NITROSTAT | SUBTAB | 0.6MG | 00071-0571-13 | 100.00 | Pfizer |
| NITROSTAT | INJ | 100MG/10ML | 00071-4579-35 | 1.00 | Pfizer |
| NITROSTAT | INJ | 100MG/10ML | 00071-4579-45 | 100.00 | Pfizer |
| NITROSTAT | EXTONT | 30GM | 00071-3001-13 | 1.00 | Pfizer |

**PH-063481**

Pfizer and Pharmacia Drugs -- Package Sizes

| | | | | | |
|---|---|---|---|---|---|
| NITROSTAT | INJ | 50MG/10ML | 00071-4575-10 | 100.00 | Pfizer |
| NITROSTAT | INJ | 50MG/10ML | 00071-4575-36 | 1.00 | Pfizer |
| NITROSTAT | INJ | 50MG/10ML | 00071-4575-45 | 100.00 | Pfizer |
| NITROSTAT | EXTONT | 60GM | 00071-3001-15 | 1.00 | Pfizer |
| NITROSTAT | INJ | 8MG/10ML | 00071-4572-10 | 100.00 | Pfizer |
| NITROSTAT | INJ | 8MG/10ML | 00071-4572-36 | 1.00 | Pfizer |
| RENESE | TAB | 1MG | 00069-3750-66 | 100.00 | Pfizer |
| RENESE | TAB | 2.25MG | 00069-4460-66 | 100.00 | Pfizer |
| RENESE | TAB | 2.25MG | 00069-4460-82 | 1,000.00 | Pfizer |
| RENESE | TAB | 2MG | 00069-3760-66 | 100.00 | Pfizer |
| RENESE | TAB | 4MG | 00069-3770-66 | 100.00 | Pfizer |
| RESCRIPTOR | TAB | 100MG | 00009-3761-03 | 360.00 | Pfizer |
| RESCRIPTOR | TAB | 100MG | 63010-0020-36 | 360.00 | Pfizer |
| RESCRIPTOR | TAB | 200MG | 00009-7576-01 | 180.00 | Pfizer |
| RESCRIPTOR | TAB | 200MG | 63010-0021-18 | 180.00 | Pfizer |
| VIRACEPT | TAB | 250MG | 63010-0010-27 | 270.00 | Pfizer |
| VIRACEPT | TAB | 250MG | 63010-0010-30 | 300.00 | Pfizer |
| VIRACEPT | PWDR | 50MG/1GM | 63010-0011-90 | 144.00 | Pfizer |
| ZARONTIN | CAP | 250MG | 00071-0237-24 | 100.00 | Pfizer |
| ZARONTIN | SYRUP | 250MG/5ML | 00071-2418-23 | 480.00 | Pfizer |
| ZITHROMAX | ORAL SUSP | 1200MG | 00069-3140-19 | 30.00 | Pfizer |
| ZITHROMAX | EA | 1GM | 00069-3051-07 | 10.00 | Pfizer |
| ZITHROMAX | EA | 1GM | 00069-3051-75 | 3.00 | Pfizer |
| ZITHROMAX | ORAL SUSP | 200MG/5ML | 00069-3120-19 | 15.00 | Pfizer |
| ZITHROMAX | ORAL SUSP | 200MG/5ML | 00069-3130-19 | 22.50 | Pfizer |
| ZITHROMAX | CAP | 250MG | 00069-3050-30 | 30.00 | Pfizer |
| ZITHROMAX | CAP | 250MG | 00069-3050-34 | 18.00 | Pfizer |
| ZITHROMAX | CAP | 250MG | 00069-3050-50 | 50.00 | Pfizer |
| ZITHROMAX | CAP | 250MG | 00069-3050-86 | 50.00 | Pfizer |
| ZITHROMAX | TAB | 250MG | 00069-3060-30 | 30.00 | Pfizer |
| ZITHROMAX | TAB | 250MG | 00069-3060-75 | 18.00 | Pfizer |
| ZITHROMAX | TAB | 250MG | 00069-3060-86 | 50.00 | Pfizer |
| ZITHROMAX | ORAL SUSP | 300MG | 00069-3110-19 | 15.00 | Pfizer |
| ZITHROMAX | TAB | 500MG | 00069-3070-30 | 30.00 | Pfizer |
| ZITHROMAX | TAB | 500MG | 00069-3070-75 | 9.00 | Pfizer |
| ZITHROMAX | TAB | 500MG | 00069-3070-86 | 50.00 | Pfizer |
| ZITHROMAX | TAB | 600MG | 00069-3080-30 | 30.00 | Pfizer |
| ZITHROMAX I.V. | VIAL | 500MG | 00069-3150-14 | 10.00 | Pfizer |
| ZITHROMAX I.V. | VIAL | 500MG | 00069-3150-83 | 10.00 | Pfizer |
| ZOLOFT | TAB | 100MG | 00049-4910-41 | 100.00 | Pfizer |
| ZOLOFT | TAB | 100MG | 00049-4910-50 | 50.00 | Pfizer |
| ZOLOFT | TAB | 100MG | 00049-4910-66 | 100.00 | Pfizer |
| ZOLOFT | TAB | 100MG | 00049-4910-73 | 500.00 | Pfizer |
| ZOLOFT | TAB | 100MG | 00049-4910-94 | 5,000.00 | Pfizer |
| ZOLOFT | ORAL CONC | 20MG/ML | 00049-4940-23 | 60.00 | Pfizer |
| ZOLOFT | TAB | 25MG | 00049-4960-50 | 50.00 | Pfizer |
| ZOLOFT | TAB | 50MG | 00049-4900-41 | 100.00 | Pfizer |
| ZOLOFT | TAB | 50MG | 00049-4900-50 | 50.00 | Pfizer |
| ZOLOFT | TAB | 50MG | 00049-4900-66 | 100.00 | Pfizer |
| ZOLOFT | TAB | 50MG | 00049-4900-73 | 500.00 | Pfizer |
| ZOLOFT | TAB | 50MG | 00049-4900-94 | 5,000.00 | Pfizer |

**PH-063482**

Pfizer and Pharmacia Drugs -- Package Sizes

| | | | | | |
|---|---|---|---|---|---|
| ZYRTEC | TAB | 10MG | 00069-5510-66 | 100.00 | Pfizer |
| ZYRTEC | SYRUP | 1MG/1ML | 00069-5530-47 | 120.00 | Pfizer |
| ZYRTEC | SYRUP | 1MG/1ML | 00069-5530-93 | 480.00 | Pfizer |
| ZYRTEC | TAB | 5MG | 00069-5500-66 | 100.00 | Pfizer |
| ZYRTEC-D | TAB | 5MG | 00069-1630-66 | 100.00 | Pfizer |
| ADRIAMYCIN | EA | 10 MG | 00013-1086-91 | 1.00 | Pharmacia |
| ADRIAMYCIN | ML | 10 MG | 00013-1136-91 | 5.00 | Pharmacia |
| ADRIAMYCIN | ML | 10 MG | 00013-1236-91 | 5.00 | Pharmacia |
| ADRIAMYCIN | EA | 150 MG | 00013-1116-83 | 1.00 | Pharmacia |
| ADRIAMYCIN | ML | 150 MG | 00013-1286-83 | 75.00 | Pharmacia |
| ADRIAMYCIN | EA | 20 MG | 00013-1096-91 | 1.00 | Pharmacia |
| ADRIAMYCIN | EA | 20 MG | 00013-1096-94 | 26.00 | Pharmacia |
| ADRIAMYCIN | ML | 20 MG | 00013-1246-91 | 10.00 | Pharmacia |
| ADRIAMYCIN | ML | 200 MG | 00013-1166-83 | 100.00 | Pharmacia |
| ADRIAMYCIN | ML | 200 MG | 00013-1266-83 | 100.00 | Pharmacia |
| ADRIAMYCIN | EA | 50 MG | 00013-1106-79 | 1.00 | Pharmacia |
| ADRIAMYCIN | ML | 50 MG | 00013-1256-79 | 25.00 | Pharmacia |
| ADRIAMYCIN | ML | 75 MG | 00013-1176-87 | 37.50 | Pharmacia |
| ADRIAMYCIN | ML | N/A | 00013-1146-91 | 10.00 | Pharmacia |
| ADRIAMYCIN | ML | N/A | 00013-1146-94 | 1.00 | Pharmacia |
| ADRIAMYCIN | ML | N/A | 00013-1156-79 | 25.00 | Pharmacia |
| ADRIAMYCIN | ML | N/A | 00013-1006-91 | 1.00 | Pharmacia |
| ADRIAMYCIN | ML | N/A | 00013-1016-79 | 1.00 | Pharmacia |
| ADRIAMYCIN | ML | N/A | 00013-1076-94 | 1.00 | Pharmacia |
| ADRUCIL | ML | 2.5 GR | 00013-1046-94 | 50.00 | Pharmacia |
| ADRUCIL | ML | 5 GR | 00013-1056-91 | 1.00 | Pharmacia |
| ADRUCIL | ML | 5 GR | 00013-1056-94 | 100.00 | Pharmacia |
| ADRUCIL | ML | 500 MG | 00013-1036-91 | 10.00 | Pharmacia |
| ADRUCIL | ML | 500 MG | 00013-1036-95 | 1.00 | Pharmacia |
| ADRUCIL | ML | N/A | 00013-1026-91 | 26.00 | Pharmacia |
| AMPHOCIN | EA | 50 MG | 00013-1405-44 | 1.00 | Pharmacia |
| BLEOMYCIN | EA | 15 IU | 00013-1616-78 | 1.00 | Pharmacia |
| BLEOMYCIN | EA | 30 IU | 00013-1636-86 | 1.00 | Pharmacia |
| CELEBREX | CAP | 100 MG | 00025-1520-31 | 100.00 | Pharmacia |
| CELEBREX | CAP | 100 MG | 00025-1520-34 | 100.00 | Pharmacia |
| CELEBREX | CAP | 100 MG | 00025-1520-51 | 500.00 | Pharmacia |
| CELEBREX | CAP | 200 MG | 00025-1525-31 | 100.00 | Pharmacia |
| CELEBREX | CAP | 200 MG | 00025-1525-34 | 100.00 | Pharmacia |
| CELEBREX | CAP | 200 MG | 00025-1525-51 | 500.00 | Pharmacia |
| CELEBREX | CAP | 400 MG | 00025-1530-01 | 100.00 | Pharmacia |
| CELEBREX | CAP | 400 MG | 00025-1530-02 | 60.00 | Pharmacia |
| CLEOCIN | ML | 1 PCT | 00009-3116-01 | 30.00 | Pharmacia |
| CLEOCIN | ML | 1 PCT | 00009-3116-02 | 60.00 | Pharmacia |
| CLEOCIN | ML | 1 PCT | 00009-3116-14 | 60.00 | Pharmacia |
| CLEOCIN | ML | 1 PCT | 00009-3329-01 | 60.00 | Pharmacia |
| CLEOCIN | GM | 1 PCT | 00009-3331-01 | 60.00 | Pharmacia |
| CLEOCIN | GM | 1 PCT | 00009-3331-02 | 30.00 | Pharmacia |
| CLEOCIN | SUP | 100 MG | 00009-7667-01 | 3.00 | Pharmacia |
| CLEOCIN | CAP | 150 MG | 00009-0225-01 | 16.00 | Pharmacia |
| CLEOCIN | CAP | 150 MG | 00009-0225-02 | 100.00 | Pharmacia |
| CLEOCIN | CAP | 150 MG | 00009-0225-03 | 100.00 | Pharmacia |

**PH-063483**

Pfizer and Pharmacia Drugs -- Package Sizes

| | | | | | |
|---|---|---|---|---|---|
| CLEOCIN | GM | 2 PCT | 00009-3448-01 | 40.00 | Pharmacia |
| CLEOCIN | GM | 2 PCT | 00009-3448-04 | 21.00 | Pharmacia |
| CLEOCIN | CAP | 300 MG | 00009-0395-02 | 100.00 | Pharmacia |
| CLEOCIN | CAP | 300 MG | 00009-0395-13 | 16.00 | Pharmacia |
| CLEOCIN | CAP | 300 MG | 00009-0395-14 | 100.00 | Pharmacia |
| CLEOCIN | ML | 600 MG | 00009-3375-01 | 50.00 | Pharmacia |
| CLEOCIN | ML | 600 MG | 00009-3375-02 | 1,200.00 | Pharmacia |
| CLEOCIN | CAP | 75 MG | 00009-0331-02 | 100.00 | Pharmacia |
| CLEOCIN | ML | 75 MG/5ML | 00009-0760-04 | 100.00 | Pharmacia |
| CLEOCIN | ML | 900 MG | 00009-0902-11 | 6.00 | Pharmacia |
| CLEOCIN | ML | 900 MG | 00009-0902-18 | 150.00 | Pharmacia |
| CLEOCIN | ML | 900 MG | 00009-3382-01 | 50.00 | Pharmacia |
| CLEOCIN | ML | 900 MG | 00009-3382-02 | 1,200.00 | Pharmacia |
| CLEOCIN | ML | 900 MG | 00009-3447-01 | 6.00 | Pharmacia |
| CLEOCIN | ML | 900 MG | 00009-3447-03 | 150.00 | Pharmacia |
| CYTOSAR | EA | 1 G | 00009-3295-01 | 1.00 | Pharmacia |
| CYTOSAR | EA | 2 G | 00009-3296-01 | 1.00 | Pharmacia |
| CYTOSAR | EA | 500 MG | 00009-0473-01 | 1.00 | Pharmacia |
| CYTOSAR-U | EA | 100 MG | 00009-0373-01 | 1.00 | Pharmacia |
| DEPO-TESTOST | ML | 100 MG/ML | 00009-0347-02 | 10.00 | Pharmacia |
| DEPO-TESTOST | ML | 200 MG/ML | 00009-0417-01 | 1.00 | Pharmacia |
| DEPO-TESTOST | ML | 200 MG/ML | 00009-0417-02 | 10.00 | Pharmacia |
| NEOSAR | EA | 1 GR | 00013-5636-70 | 1.00 | Pharmacia |
| NEOSAR | EA | 100 MG | 00013-5606-93 | 1.00 | Pharmacia |
| NEOSAR | EA | 2 GR | 00013-5646-70 | 1.00 | Pharmacia |
| NEOSAR | EA | 200 MG | 00013-5616-93 | 1.00 | Pharmacia |
| NEOSAR | EA | 500 MG | 00013-5626-93 | 1.00 | Pharmacia |
| SOLU-CORTEF | EA | 100 MG | 00009-0825-01 | 1.00 | Pharmacia |
| SOLU-CORTEF | EA | 100 MG | 00009-0900-13 | 1.00 | Pharmacia |
| SOLU-CORTEF | EA | 100 MG | 00009-0900-15 | 2.00 | Pharmacia |
| SOLU-CORTEF | EA | 100 MG | 00009-0900-20 | 25.00 | Pharmacia |
| SOLU-CORTEF | EA | 1000 MG | 00009-0920-03 | 1.00 | Pharmacia |
| SOLU-CORTEF | EA | 250 MG | 00009-0909-08 | 1.00 | Pharmacia |
| SOLU-CORTEF | EA | 250 MG | 00009-0909-09 | 2.00 | Pharmacia |
| SOLU-CORTEF | EA | 250 MG | 00009-0909-16 | 25.00 | Pharmacia |
| SOLU-CORTEF | EA | 500 MG | 00009-0912-05 | 1.00 | Pharmacia |
| SOLU-MEDROL | EA | 1 G | 00009-0698-01 | 1.00 | Pharmacia |
| SOLU-MEDROL | EA | 1 G | 00009-3389-01 | 1.00 | Pharmacia |
| SOLU-MEDROL | EA | 1000 MG | 00009-0911-05 | 1.00 | Pharmacia |
| SOLU-MEDROL | EA | 125 MG | 00009-0190-09 | 1.00 | Pharmacia |
| SOLU-MEDROL | EA | 125 MG | 00009-0190-10 | 1.00 | Pharmacia |
| SOLU-MEDROL | EA | 125 MG | 00009-0190-16 | 25.00 | Pharmacia |
| SOLU-MEDROL | EA | 2 G | 00009-0796-01 | 1.00 | Pharmacia |
| SOLU-MEDROL | EA | 2 G | 00009-0988-01 | 1.00 | Pharmacia |
| SOLU-MEDROL | EA | 40 MG | 00009-0113-12 | 1.00 | Pharmacia |
| SOLU-MEDROL | EA | 40 MG | 00009-0113-13 | 1.00 | Pharmacia |
| SOLU-MEDROL | EA | 40 MG | 00009-0113-19 | 25.00 | Pharmacia |
| SOLU-MEDROL | EA | 500 MG | 00009-0758-01 | 1.00 | Pharmacia |
| SOLU-MEDROL | EA | 500 MG | 00009-0765-02 | 1.00 | Pharmacia |
| SOLU-MEDROL | EA | 500 MG | 00009-0887-01 | 1.00 | Pharmacia |
| TOPOSAR | ML | 100 MG | 00013-7336-91 | 5.00 | Pharmacia |

**PH-063484**

Pfizer and Pharmacia Drugs -- Package Sizes

| NAME | UOM | STRENGTH | NDC | SIZE | COMPANY |
|------|-----|----------|-----|------|---------|
| TOPOSAR | ML | 200 MG | 00013-7346-94 | 10.00 | Pharmacia |
| TOPOSAR | ML | 500 MG | 00013-7356-88 | 25.00 | Pharmacia |
| VINCASAR | ML | 1 MG/ML | 00013-7456-86 | 1.00 | Pharmacia |
| VINCASAR | ML | 2 MG/ML | 00013-7466-86 | 2.00 | Pharmacia |

**PH-063485**

JUL-08-2005  11:01      MORGAN LEWIS PHILADELPHIA          215 963 5001   P.02/02

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Erica Smith-Klocek**
215-963-5364
esklocek@morganlewis.com

July 8, 2005

**VIA TELECOPY**

Steve W. Berman, Esquire
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA  98101

Re:   AWP Litigation

Dear Steve:

I write in response to your letter to Scott Stempel dated July 7, 2005.  We are preparing a production with respect to the drugs named in paragraph 115 of the Second Amended Master Consolidated Class Action Complaint.  If there are additional physician-administered Pharmacia drugs at issue, please let me know.

Very truly yours,

Erica Smith-Klocek

ESK/ss

cc:    Scott A. Stempel, Esquire

Philadelphia   Washington   New York   Los Angeles   San Francisco   Miami   Pittsburgh   Princeton
Chicago   Palo Alto   Dallas   Harrisburg   Irvine   Boston   London   Paris   Brussels   Frankfurt   Tokyo

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Erica Smith-Klocek**
215-963-5364
esklocek@morganlewis.com

July 5, 2005

## VIA TELECOPY

Steve W. Berman, Esquire
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA  98101

Re:    AWP Litigation

Dear Steve:

I write in response to your letter to Scott Stempel dated July 1, 2005.  We are in the process of preparing a production and expect to begin rolling documents to you in the next two to three weeks.  In order to keep this process moving along, it would be helpful if you could provide a list of the Pharmacia drugs that plaintiffs consider to be physician-administered.

Very truly yours,

Erica Smith-Klocek

ESK/ss

cc:    Scott A. Stempel, Esquire

Philadelphia  Washington  New York  Los Angeles  San Francisco  Miami  Pittsburgh  Princeton
Chicago  Palo Alto  Dallas  Harrisburg  Irvine  Boston  London  Paris  Brussels  Frankfurt  Tokyo



**HAGENS BERMAN**
**SOBOL SHAPIRO LLP**

STEVE W. BERMAN
DIRECT • (206) 224-9320
STEVE@HBSSLAW.COM

July 1, 2005

**_Via Facsimile_**

Mr. Scott A. Stempel
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave. NW
Washington, D.C. 20004

     Re:    <u>AWP Litigation</u>

Dear Scott:

     We have written several times to get the Pharmacia document production rolling. Unless we receive a commitment to begin receipt of documents we will be forced to make a motion for sanctions for failure to comply with CMO 10.

     Sincerely,

     Steve W. Berman

ATTORNEYS AT LAW                    SEATTLE   LOS ANGELES   CAMBRIDGE   PHOENIX   CHICAGO
T 206.623.7292    F 206.623.0594
1301 FIFTH AVENUE   SUITE 2900   SEATTLE, WASHINGTON 98101
www.hagens-berman.com

1534.16 0347 LTR.DOC



**HAGENS BERMAN
SOBOL SHAPIRO LLP**

hbsslaw.com
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

STEVE W. BERMAN
(206) 224-9320
steve@hbsslaw.com

June 9, 2005

***Via Facsimile***

Mr. Scott A. Stempel
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave. NW
Washington, D.C.  20005

      Re:    <u>Pharmacia/Pfizer - AWP Litigation</u>

Dear Scott:

      We need to get moving on the production and the witnesses whose depositions we have noticed.  Please get back to me.  (See my letters of 5/13, 5/19, 5/23, and 5/31).

                               Sincerely,

                               Steve W. Berman

SWB:hw



**HAGENS BERMAN**
**SOBOL SHAPIRO LLP**

hbsslaw.com
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

STEVE W. BERMAN
(206) 224-9320
steve@hbsslaw.com

May 31, 2005

**_Via Facsimile_**

Mr. Scott A. Stempel
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave. NW
Washington, D.C.  20005

Re:    AWP Litigation

Dear Scott:

As a follow up to earlier letters we need to get the document production rolling.

Please propose some dates for a 30(b)(6) or we will have to simply set them.

Sincerely,

Steve W. Berman

SWB:hw

1534.16 0330 LTR.DOC

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Erica J. Smith-Klocek
215.963.5364

JUN 0 5 2005

May 31, 2005

**VIA FACSIMILE AND MAIL**

Steve W. Berman, Esquire
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Re:     In re Pharmaceutical Industry AWP Litigation

Dear Steve:

I write in response to your letters to Scott Stempel dated May 23, 2005 and May 31, 2005. We are in the process of following up on the "gaps" noted in the attachment to the May 23 letter. We will follow up with you once we have determined what data is available, and when it can be produced.

I also write to confirm that, pursuant to the meet and confer between the parties on May 19, 2005, the 30(b)(6) depositions noticed to Pfizer Inc. and Pharmacia Corporation in Seattle, Washington, will not be going forward on June 1, 2005. We will contact you later this week to follow up on proposed topics, venue and dates.

Sincerely,

Erica J. Smith-Klocek

ESK

c:     John C. Dodds, Esquire
       Scott A. Stempel, Esquire

Philadelphia   Washington   New York   Los Angeles   San Francisco   Miami   Pittsburgh   Princeton
Chicago   Palo Alto   Dallas   Harrisburg   Irvine   Boston   London   Paris   Brussels   Frankfurt   Tokyo



**HAGENS BERMAN**
SOBOL SHAPIRO LLP

hbsslaw.com
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

STEVE W. BERMAN
(206) 224-9320
steve@hbsslaw.com

May 23, 2005

***Via Facsimile***

Mr. Scott A. Stempel
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave. NW
Washington, D.C. 20005

Re:   AWP Litigation

Dear Scott:

Here are the gaps in the data.

Sincerely,

Steve W. Berman

SWB:hw

Attachment

1534.16 0321 LTR.DOC

**Pfizer Family**
**AWP Track 2 Defendant Data Preliminary Assessment**
**5/20/05**

A. Direct Sales Data

    1. Bates #: PF001865 – 1869.
    2. Timeframe: Generally, 1997 to 2003.
    3. Notes:
        a. Includes field names and descriptions.
        b. Raw data are in a text file format – convenient for importing.
    4. Gaps:
        **a. We do not have data prior to 1997.**
        **b. Customer class of trade information is missing from all files.**
        **c. See Attachment A below for a list of other details we are missing.**

B. Chargeback/Indirect Sales Data

    1. Bates #: PF001865 – 1869.
    2. Timeframe: Generally, 1997 to 2003.
    3. Notes:
        a. Includes field names and descriptions.
        b. Raw data are in a text file format – convenient for importing.
    4. Gaps:
        **a. We do not have data prior to 1997.**
        **b. We do not have for Pfizer legacy[1] products in 1997.  Accompanying documentation states that chargeback data are not available for this year.**
        **c. Customer class of trade information is missing from all files.**

C. Rebate Data and Administrative Fee Data

    **1. We do not have any electronic rebate or administrative fee data.**

D. **Summary of Gaps**

    **1. We do not have sales or chargeback data prior to 1997.**
    **2. Customer class of trade information is missing from all direct sales and chargeback files.**
    **3. We do not have chargeback data in 1997 for Pfizer legacy products, though documentation states those data are not available.**
    **4. We do not have any electronic rebate or administrative fee data.**
    **5. See Attachment A below for a list of other details that are missing from the direct sales data.**

---

[1] The data we have received are broken up into separate groups of files for each of the Pfizer family manufacturers: Pfizer, Pharmacia, Parke-Davis/Agouron and Searle (for Celebrex in 1999 and 2000, before it was folded into the Pfizer database).

**Attachment A: Other Details Missing from Pfizer Family Direct Sales Data**
(An "**X**" indicates the item is *missing*.)

1. Customer Identification Information (e.g. customer names and customer ID codes)

| Manufacturer | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|
| Pfizer | | X | X | X | X | X | X |
| Parke-Davis / Agouron | X | X | X | X | X | X | X |
| Pharmacia | | | | | X | X | X |
| Searle (Celebrex) | n/a | n/a | | | n/a | n/a | n/a |

2. Transaction Codes (e.g. sale, return, adjustment, etc.)

| Manufacturer | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|
| Pfizer | | | | | | | |
| Parke-Davis / Agouron | | | | | | | |
| Pharmacia | X | X | X | X | | | |
| Searle (Celebrex) | n/a | n/a | X | X | n/a | n/a | n/a |



**HAGENS BERMAN**
SOBOL SHAPIRO LLP

hbsslaw.com
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

STEVE W. BERMAN
(206) 224-9320
steve@hbsslaw.com

May 19, 2005

*__Via Facsimile__*

Mr. Scott A. Stempel
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave. NW
Washington, D.C.  20005

      Re:   <u>AWP Litigation</u>

Dear Scott:

      This is a follow up to our brief meet and confer.

      1.    Data:  You are correct that we have some data.  Our experts tell me we are missing rebate and administrative fee data.  I will get you a letter with some precision on this next week.

      2.    We will want to pursue discovery on all physician administered drugs.  In that regard we want to discuss your responses to RFP's 10 and 43-49 of the omnibus set, as well as timing, location and other logistical issues.

      3.    We do want to schedule 30(b)(6) depositions on these drugs.

      4.    On retail drugs we will want to pursue discovery on Estrostep.  Once we get more final data we can pinpoint other retail drugs.

              Sincerely,

              Steve W. Berman

SWB:hw

1534.16 0319 LTR.DOC



**HAGENS BERMAN**
**SOBOL SHAPIRO LLP**

hbsslaw.com
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

SEAN R. MATT
(206) 224-9327
sean@hbsslaw.com

May 17, 2005

**Via Facsimile**

Mr. Mark D. Smith
Laredo & Smith LLP
15 Broad Street, Suite 600
Boston, MA 02109

      Re:    <u>In re Pharmaceutical Industry AWP Litigation</u>
                Data Requests to Pharmacia

Dear Mark:

      We have not yet had a response from you in regard to our letter of April 20 and the Rule 30(b)(6) deposition notice contained therein. Please contact us this week to discuss these matters.

                Sincerely,

                Sean R. Matt

cc:    Steve W. Berman, Esq.

1534.16 0315 LTR.DOC



**HAGENS BERMAN**
SOBOL SHAPIRO LLP

hbsslaw.com
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

STEVE W. BERMAN
(206) 224-9320
steve@hbsslaw.com

May 13, 2005

***Via Facsimile***

Mr. Scott A. Stempel
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave. NW
Washington, D.C.  20005

Re:    AWP Litigation

Dear Mr. Stempel:

Please get back to me on when we can receive the data referred to in my letter of
April 20, 2005, as well as dates for the 30(b)(6) we noticed.

Sincerely,

Steve W. Berman

SWB:hw

1534.16 0308 LTR.DOC



**HAGENS BERMAN**
SOBOL SHAPIRO LLP

hbsslaw.com
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

STEVE W. BERMAN
(206) 224-9320
steve@hbsslaw.com

May 13, 2005

***Via Facsimile***

Mr. John C. Dodds
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19102

      Re:   AWP Litigation

Dear Mr. Dodds:

      Please get back to me on when we can receive the data referred to in my letter of April 20, 2005, as well as dates for the 30(b)(6) we noticed.

                     Sincerely,

                     Steve W. Berman

SWB:hw

1534.16 0309 LTR.DOC



**HAGENS BERMAN**
SOBOL SHAPIRO LLP

hbsslaw.com
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

STEVE W. BERMAN
(206) 224-9320
steve@hbsslaw.com

May 13, 2005

***Via Facsimile***

Mr. John C. Dodds
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19102

      Re:    AWP Litigation

Dear Mr. Dodds:

      This is a follow up to my April 21, 2005 letter regarding a meet and confer on Pharmacia and Pfizer's responses to the omnibus requests.

                Sincerely,

                Steve W. Berman

SWB:hw



**HAGENS BERMAN**
**SOBOL SHAPIRO LLP**

hbsslaw.com
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

STEVE W. BERMAN
(206) 224-9320
steve@hbsslaw.com

April 21, 2005

**_Via Facsimile_**

Mr. John C. Dodds
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19102

     Re:   <u>AWP</u>

Dear John:

     Plaintiffs request a meet and confer on Pharmacia's and Pfizer's response to plaintiffs' Omnibus requests and your response dated May 3, 2004.

     In addition to discussing the location of responsive documents we also wish to discuss responses to interrogatories.

     Sincerely,

     Steve W. Berman

SWB:dld

1534.16 0293 LTR.DOC



**HAGENS BERMAN
SOBOL SHAPIRO LLP**

hbsslaw.com
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

SEAN R. MATT
(206) 224-9327
sean@hbsslaw.com

April 20, 2005

**Via Facsimile**

Mr. Mark D. Smith
Laredo & Smith LLP
15 Broad Street, Suite 600
Boston, MA 02109

> Re:   In re Pharmaceutical Industry AWP Litigation

Dear Mark:

As you are aware, the Court has issued CMO No. 14, which sets forth various pre-trial deadlines for the Phase II defendants, including a discovery cut-off of December 3, 2005. Plaintiffs have served your client, Pharmacia, with multiple requests for production and interrogatories that seek, among other things, financial data relating to the sales of drugs that are the subject of the AMCC (the "Subject Drugs"). Indeed, Plaintiffs' requests that Pharmacia produce financial information date back to June 2003.[1]

Based on experience gained by working with the Phase I defendants, Plaintiffs have refined their requests for sales-related data. For each of the Subject Drugs (by NDC), please provide the following information in ASCII text file or similar electronic format for the relevant time period:

> (a)   All sales transaction data (as well as any discounts or any other price adjustments or offsets contained in the transaction data), including (i) price, (ii) number of units sold, (iii) transaction date, (iv) information sufficient to identify the type of transaction (*e.g.*, a sale, a return, etc.), (v) information sufficient to identify the product (*e.g.*, NDC, product description, form, strength, etc.), (vi) information sufficient to identify the customer,

---

[1] Plaintiffs' prior requests for financial data can be found in discovery sets served on your client on June 17, 2003 (Request Nos. 27-28); June 19, 2003 (Request Nos. 19, 34 and 35); December 3, 2003 (Request Nos. 18, 33-34; Interog. No. 1); and March 31, 2004 (Request Nos. 25-28; Interog. No. 1).

1534.16 0287 LTR.DOC

April 20, 2005
Page 2

(vii) class of trade designations, and (viii) information sufficient to identify whether the units sold were intended for repackaging, along with the name of the repackager to which the units were sold.

(b) All chargeback transactions, including (i) amount, (ii) date of credit, and (iii) information sufficient to identify the customer, class of trade designations (if any), and wholesaler to which the chargeback was paid, and (iv) the underlying contract price paid by the ultimate customer.

(c) All rebate transactions, including (i) amount, (ii) date of rebate, (iii) information sufficient to identify the type of rebate, (iv) information sufficient to identify the customer, and (v) class of trade designations (if any).

(d) All administrative fee transactions, including (i) amount, (ii) date of payment, (iii) information sufficient to identify the type of administrative fee (if applicable), (iv) information sufficient to identify the customer, and (v) class of trade designations (if any).

(e) Any other discounts not reflected in the above (a through d), including but not limited to discounts achieved through bundling one product with another.

(f) Include complete documentation for all items above (a through e) such as lists of fields, descriptions of information contained in those fields (*e.g.*, field lengths, formats, etc.), and descriptions of any codes used in any fields (such as class of trade designations).

Exclude all sales to government entities (*e.g.,* State Agencies, Veteran's Administration Facilities, Military, Federal Government Programs, Public Health Service, etc.). Sales to all other entities should be included, including sales to hospitals.

Plaintiffs request that Pharmacia produce this data in the above-requested format within 30 days. If you will be unable to provide this information within 30 days for all of the Subject Drugs, Plaintiffs ask that Pharmacia first produce the requested data for all physician-administered drugs within 30 days, followed by a supplemental production of data for the remaining drugs 30 days thereafter.

April 20, 2005
Page 3

     We have also enclosed Rule 30(b)(6) deposition notices on this topic so that Plaintiffs can learn about the manner in which Pharmacia maintains sales data for its Subject Drugs.

                Sincerely,

                Sean R. Matt

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com



**Morgan Lewis**
COUNSELORS AT LAW

**John C. Dodds**
215.963.4942
jdodds@morganlewis.com



October 20, 2003

**VIA TELEFAX/U.S. MAIL**

Steve W. Berman, Esquire
Hagens Berman LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Re:   **In re: Pharmaceutical Industry Average Wholesale Price Litigation
        MDL No. 1456**

Dear Steve:

I have your October 15, 2003 letter. I believe that the Court's September 30, 2003 Order (copy attached) disposes of this issue. Please call me to discuss it if you disagree.

Very truly yours,

John C. Dodds

JCD/kd

10/02/03
05:16 PM ET
AWP-MDL No. 1456

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS |  |

*Denied Patti B. Saris*

*9/30/03*

## PLAINTIFFS' [CORRECTED] MOTION TO COMPEL COMPLIANCE WITH CMO NO. 7 AGAINST DEFENDANTS ABBOTT, DEY, SHERING-PLOUGH AND WARRICK

Plaintiffs respectfully move this Court for an Order requiring Defendants Abbott, Dey, Schering-Plough and Warrick to comply with Case Management Order No. 7, Section II, paragraph 3, which requires "all non-dismissed defendants to supplement their document production" within 30 days by producing any documents produced by a "non-dismissed defendant in response to subpoenas issued by the House Energy and Commerce Committee . . . ."

Each of the aforementioned Defendants have received a letter from the U.S. House Committee on Energy and Commerce on June 26, 2003 requesting the production of documents relating to AWP issues. Each of these Defendants has refused to supplement their document production to Plaintiffs in accordance with CMO No. 7 claiming that because they are manufacturers of multi-source drugs, Section II, paragraph 3 of CMO No. 7 does not apply to them. Plaintiffs disagree.

- 1 -

1534.16 0031 MTN.DOC

5



**BOSTON   LOS ANGELES   PHOENIX   SEATTLE**

**hagens-berman.com**
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

STEVE W. BERMAN
(206) 224-9320
steve@hagens-berman.com

October 15, 2003

***Via Facsimile***

Mr. John C. Dodds
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19102

     Re:    <u>AWP/MDL Litigation</u>

Dear John:

     We should have received documents from Pharmacia that were produced to the House Commerce committee by now.  Where are they.

     Sincerely,

     Steve W. Berman

SWB:hw

1534.16 0029 LTR.DOC



**BOSTON   LOS ANGELES   PHOENIX   SEATTLE**

**hagens-berman.com**
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

STEVE W. BERMAN
(206) 224-9320
steve@hagens-berman.com

September 18, 2003

***Via Facsimile***

Mr. John C. Dodds
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103

      Re:    CMO 7-Pharmacia

Dear John:

      Case Management Order No. 7, paragraph 3, requires production within 30 days of the order, not 30 days after the production. Plaintiffs don't see, even if there was ambiguity, why it would take 30 days to produce something already gathered.

      I suggest that the documents be sent to the HB Boston office by September 25, 2003.

            Sincerely,

            Steve W. Berman

SWB:hw

1666.10 0002 LTR.DOC

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**John C. Dodds**
215.963.4942
jdodds@morganlewis.com

## RECEIVED

SEP    2003

HAGENS BERMAN, LLP

September 16, 2003

**VIA TELEFAX/U.S. MAIL**

Steve W. Berman, Esquire
Hagens Berman LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

**Re:    In re: Pharmaceutical Industry Average Wholesale Price Litigation**
**MDL No. 1456**

Dear Steve:

On behalf of Pharmacia Corporation, I am writing to respond to your September 10, 2003 letter. Pharmacia produced documents to the House Energy and Commerce Committee on Monday, September 8, 2003. We intend to produce these documents to plaintiffs within thirty (30) days of that date, as required by CTO #7.

Please call me if you would like to discuss this issue.

Very truly yours,

John C. Dodds

John C. Dodds

JCD/vdh

c:    All Counsel of Record (via Verilaw)



**HAGENS BERMAN LLP**
*Attorneys at Law*

**BOSTON   LOS ANGELES   PHOENIX   SEATTLE**

hagens-berman.com
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

STEVE W. BERMAN
(206) 224-9320
steve@hagens-berman.com

August 11, 2003

*__Via Facsimile & Verilaw__*

Mr. D. Scott Wise
Davis Polk & Wardwell
450 Lexington Ave
New York, NY  10017

Re:    AWP

Dear Scott:

Following Judge Saris' Case Management Order [7] of September 7, 2003, we have reviewed the Master Consolidated Complaint in the AWP-MDL litigation in order to discern those drugs for which discovery can proceed at the present time. Accordingly, our understanding is that beyond those defendants with whom we have reached an agreement as to the scope of discovery prior to Order No. 7, discovery will proceed with regards to two additional drugs: Pharmacia Group's Solu-Medrol and Schering-Plough Group's Proventil. Attached is a chart summarizing our position.

In addition, the following defendants will be producing discovery consisting of material produced in response to the House Energy and Commerce Committee or any governmental agency within thirty days. This applies to Abbott, Aventis, Behring, Baxter, Boehringer, Braun, Day, Fujisawa, Immunex, Pharmacia, Schering-Plough, and Watson, to the extent they have provided responsive information to governmental agencies.

Please circulate this to your colleagues and let us know if there is any disagreement.

Mr. D. Scott Wise
August 11, 2003
Page 2

As to defendants who will be producing pursuant to Section II.3 of CMO No. 7, please let me know of the anticipated time, place, volume, etc. of the production and someone from our side will then follow up.

Sincerely,

Steve W. Berman

SWB:tw

## SUMMARY CHART OF DRUGS FOR WHICH DISCOVERY CAN PROCEED PURSUANT TO CASE MANAGEMENT ORDER [7]

| DEFENDANT | DRUG(S) | NOTES |
|---|---|---|
| Abbott | None* | |
| Amgen | | No discovery sought |
| AstraZeneca | | Agreement as to discovery has been reached |
| Aventis Group | | Agreement on discovery as to Aventis's parent owner has been reached |
| Baxter | None* | |
| Bayer | | No discovery sought |
| Boehringer Group | None* | |
| B. Braun | None* | |
| BMS Group | | Agreement as to discovery has been reached |
| Dey | None* | |
| Fujisawa | None* | |
| GSK Group | | Agreement as to discovery has been reached |
| Hoffman La Roche | | No discovery sought |
| Immunex | | Agreement as to discovery has been reached |
| Johnson & Johnson | | Agreement as to discovery has been reached |
| Novartis | | No discovery sought |
| Pfizer | | No discovery sought |
| Pharmacia Group | Solu-Medrol | |
| Schering-Plough Group | Proventil | |
| Sicor Group | | No discovery sought. |
| Tap | | No discovery sought. |
| Watson | None* | |

\* This does not include documents that must be produced pursuant to Section II.3 of CMO No. 7.



**BOSTON   LOS ANGELES   PHOENIX   SEATTLE**

**hagens-berman.com**
225 FRANKLIN STREET, 26TH FLOOR • BOSTON, MA 02110
(617) 482-3700 • FAX (617) 482-3003

THOMAS M. SOBOL
(617) 217-2082
tom@hagens-berman.com

November 6, 2002

**VIA FACSIMILE**

Scott A. Stempel                     Mark D. Smith
Morgan, Lewis & Bockius, LLP         Faxon & Laredo, LLP
1111 Pennsylvania Avenue, N.W.       15 Broad Street, Suite 600
Washington, DC 20004                 Boston, MA 02109-3803

John C. Dodds
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadephia, PA 19103

     Re:     In Re: Pharmaceutical Industry Average Wholesale Price Litigation
            MDL No. 1456
            *Attorneys for Pharmacia Corp.; Pharmacia & Upjohn, Inc.; Pfizer, Inc.*

Dear Counsel:

       This letter is to discuss the implementation of Case Management Order No. 5.

       As you are aware, on October 28, 2002 the Court entered an order requiring each Defendant to produce, on or before December 16, 2002, two specified categories of documents relating to (i) existing or previous investigations, and (ii) other legal proceedings. To make sure that the production occurs smoothly, I think it makes sense for us to discuss the method for document production by your clients.

       Accordingly, you should expect a telephone call from one of Plaintiffs' co-lead counsel in the next couple of days to discuss the document production. It would be helpful if you had available for our discussion certain basic information relating to the documents, including: (i) whether documents responsive to the Order exist, and if so, a basic description of the existing or previous investigations and/or other legal proceedings in which the documents were previously



Counsel
November 6, 2002
Page 2

produced; (ii) an estimate of the magnitude of the prior production or productions (whether in boxes, documents or pages); (iii) whether the documents exist in hardcopy and/or electronic format; (iv) whether any existing document indices exist with respect to the documents, and (v) the location of the documents to be produced.

I addressed previously the issue of the protective order. My office has heard from the sub-committee for the Defendants, and my hope is that we are able to resolve those issues in the meanwhile as well.

Very truly yours,

*Thomas M. Sobol* (aa)

Thomas M. Sobol

TMS:aa

cc:     All Counsel

# Exhibit B

Copn

## HOGAN & HARTSON
### L.L.P.

JUN 2 4 2005

JOSEPH H. YOUNG
PARTNER
(410) 659-2775
JHYOUNG@HHLAW.COM

111 SOUTH CALVERT STREET, SUITE 1600
BALTIMORE, MARYLAND 21202
TEL  (410) 659-2700
FAX  (410) 539-6981
WWW.HHLAW.COM

June 23, 2005

*CONTAINS HIGHLY CONFIDENTIAL*
*INFORMATION; SUBJECT TO*
*PROTECTIVE ORDER ENTERED*
*IN MDL NO. 1456*

*BY FEDERAL EXPRESS*

Steve W. Berman, Esquire
Hagens Berman Sobol Shapiro, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101

> **Re:   Amgen Inc. Data Production – Average Wholesale
> Pricing Litigation, MDL No. 1456**

Dear Steve:

As discussed previously, I am forwarding herewith sales and related data responsive to the plaintiffs' requests for production of documents in the MDL proceedings in Boston.  I am also enclosing related documentation in connection with each of the separate data disks to be used in interpreting the data.  For ease of reference, the materials being produced herewith have been labeled, "AMGN_AWP_09000001 through AMGN_AWP_09000050."

In an effort to assist your review of this information, and based on our understanding of the Company's systems, I am providing the following description of the materials bering produced with this letter:

1.     JDE-Sales.  The JDE-Sales data contains records from Amgen's J. D. Edwards System related to sales and returns for certain of Amgen's commercial products.  JDE records transactions with direct customers, including wholesalers and health care providers.  The date range for this data production is

WASHINGTON, DC

BERLIN   BRUSSELS   LONDON   PARIS   BUDAPEST   PRAGUE   WARSAW   MOSCOW   BEIJING   TOKYO
NEW YORK   BALTIMORE   McLEAN   MIAMI   DENVER   BOULDER   COLORADO SPRINGS   LOS ANGELES

HOGAN & HARTSON L.L.P.

*CONTAINS HIGHLY CONFIDENTIAL
INFORMATION; SUBJECT TO PROTECTIVE
ORDER ENTERED IN MDL NO. 1456*

Steve W. Berman, Esquire
June 23, 2005
Page 2

8/13/93 (beginning of system) through 12/31/01.[1]  Each of the following products is
included in this data set: Aranesp, Epogen, Kineret, Neupogen, and Neulasta.

      2.     JDE-Credits.  The  JDE-Credits data contains records from
Amgen's JDE System related to credits for a variety of payments to direct
customers.  Invoices tracked by this data are dated from 8/13/93 (beginning of
system) through 12/31/01, and include credits related to chargebacks, wholesaler
rebates, and contractual payments related to sales of Aranesp, Epogen, Kineret,
Neupogen, and Neulasta.

      3.     CCS-Chargebacks.  The CCS Chargebacks data contains records
from Amgen's Contract and Chargeback System.  This system tracks requests from
wholesalers for reimbursement of the difference between the contracted price at
which a product is sold to Amgen customers and the price that the wholesaler paid
for that product.  Transactions tracked in this data set cover the time frame from
4/1/94 through 12/31/01, and include sales of Aranesp, Epogen, Kineret, Neupogen,
and Neulasta.

      4.     CCSCR-Check Register.  The CCS Check Register data contains
data from Amgen's CCS System tracking checks issued for payments under
Amgen's sales contracts.  The data relates to payments made from 1/4/94 (beginning
of the system) through 12/31/01, and relates to contract sales of Aranesp, Epogen,
Kineret, Neupogen, and Neulasta.

      5.     Excel Check Register.  The Excel Check Register contains data
in Excel file format from 1/91 through 12/01, and records contractual payments
made to customers.  There is some overlap or duplication of payments between the
Excel Check Register and the CCS-Check Register.

      6.     Payment Statement Calculations.  The Payment Statement
Calculations contain image files of Amgen's Payment Statement Calculations
related to payments made to Amgen customers pursuant to sales contracts for
certain Amgen commercial products.  The reports cover the time frame from Q1

---

[1]    All data in this production is being provided without waiver of any objections
that Amgen has made regarding scope and time frame of plaintiffs' requests.

HOGAN & HARTSON L.L.P.

*CONTAINS HIGHLY CONFIDENTIAL
INFORMATION; SUBJECT TO PROTECTIVE
ORDER ENTERED IN MDL NO. 1456*

Steve W. Berman, Esquire
June 23, 2005
Page 3

1998 (when reports became available electronically) through Q4 2001 and relate to sales of Aranesp, Epogen, Kineret, Neupogen, and Neulasta.

7.   CCS Nominal.  The CCS Nominal data set contains records from Amgen's CCS System describing customers and contracts.  It contains tables identifying contracts, contracted product pricing, contractual rebates, customer information, and related information to facilitate linking of data between different systems.  The information contained in the production set covers customer relationships from 1/1/91 through 12/31/01.  Although the CCS System did not come online until 1994, certain descriptive information relating to contacts and customer relationships prior to that time has been entered into the system.

In addition, and as noted, we are also producing entity relationship diagrams and tables relating to field names and field descriptions for each of the data sets, to assist you in reviewing and interpreting the data.  As you, Steve Barley, and I discussed during our telephone conference several weeks ago, we would be happy to arrange for an informal discussion between consultants and/or information systems analysts or technicians should you or your consultants have questions relating to this production.

The information set forth in this letter and in the accompanying CDs and related documents have been designated "Highly Confidential" pursuant to the terms of the Protective Order entered in MDL No. 1456 and should be handled accordingly.  If you have any questions in this regard, please let me know.

As always, should you have any questions regarding this production or any aspect of the case, please feel free to call Steve Barley me.

Very truly yours,

Joseph H. Young

JHY/ct
Enclosures
cc:   Steven F. Barley, Esquire



**HAGENS BERMAN**
SOBOL SHAPIRO LLP

hbsslaw.com
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

STEVE W. BERMAN
(206) 224-9320
steve@hbsslaw.com

May 13, 2005

*Via Facsimile*

Mr. Frank A. Libby
Kelly Libby & Hoopes, P.C.
175 Federal Street, 8th Floor
Boston, MA 02110

                Re:    AWP Litigation

Dear Mr. Libby:

        We are awaiting your response to my letter of April 21, 2005 regarding a meet and confer.

                                Sincerely,

                                Steve W. Berman

SWB:hw

1534.16 0310 LTR.DOC



**HAGENS BERMAN**
**SOBOL SHAPIRO LLP**

hbsslaw.com
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA  98101
(206) 623-7292 • FAX (206) 623-0594

STEVE W. BERMAN
(206) 224-9320
steve@hbsslaw.com

May 13, 2005

**_Via Facsimile_**

Mr. Frank A. Libby
Kelly Libby & Hoopes, P.C.
175 Federal Street, 8th Floor
Boston, MA  02110

            Re:    <u>AWP Litigation</u>

Dear Mr. Libby:

        We are awaiting your response to my letter of April 21, 2005 regarding a meet and confer.

                            Sincerely,

                            Steve W. Berman

SWB:hw

1534.16 0310 LTR.DOC



**HAGENS BERMAN**
SOBOL SHAPIRO LLP

hbsslaw.com
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

STEVE W. BERMAN
(206) 224-9320
steve@hbsslaw.com

May 13, 2005

***Via Facsimile***

Mr. Frank A. Libby
Kelly Libby & Hoopes, P.C.
175 Federal Street, 8th Floor
Boston, MA  02110

      Re:    <u>AWP Litigation</u>

Dear Mr. Libby:

      Please get back to me on when we can receive the data referred to in my letter of April 20, 2005, as well as dates for the 30(b)(6) we noticed.

                        Sincerely,

                        Steve W. Berman

SWB:hw

1534.16 0505 LTR.DOC



**HAGENS BERMAN
SOBOL SHAPIRO LLP**

hbsslaw.com
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

STEVE W. BERMAN
(206) 224-9320
steve@hbsslaw.com

April 21, 2005

*Via Facsimile*

Mr. Frank A. Libby
Kelly Libby & Hoopes
175 Federal Street
Boston, MA  02110

> Re:   AWP

Dear Mr. Libby:

Plaintiffs wish to have a meet and confer regarding Amgen's responses to plaintiffs' Omnibus requests.  Your response was dated June 4, 2004.

In addition to discussing logistics of the production we want to discuss responses to RFP Nos. 8, 10, 11, 13, 19 (which seems to limit the response), 22, 28 (there is nothing ambiguous in the industry with respect to "rebates, chargebacks, discounts, allowances, credits, price/volume discounts"), 36, 38, 39, 42 (don't agree to time cutoff), 49 (spread is not an ambiguous term), 52, 62 (should read the "use of AWP by any participant ..."), 70-72 (please propose a sampling method), 75-76 (a sampling won't suffice, we want financial information on fees paid to PBMs), 78-79 (same) (the notion that terms such as "administrative fees" are vague is frivolous) and Interrogatory No. 6.

Sincerely,

Steve W. Berman

SWB:dld

1534.16 0294 LTR.DOC



**HAGENS BERMAN**
**SOBOL SHAPIRO LLP**

hbsslaw.com
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

STEVE W. BERMAN
(206) 224-9320
steve@hbsslaw.com

April 20, 2005

**Via Facsimile**

Mr. Frank A. Libby, Jr.
Kelly, Libby & Hoopes, P.C.
175 Federal Street, 8th Floor
Boston, MA  02110

> Re:   In re Pharmaceutical Industry AWP Litigation

Dear Frank:

As you are aware, the Court has issued CMO No. 14, which sets forth various pre-trial deadlines for the Phase II defendants, including a discovery cut-off of December 3, 2005. Plaintiffs have served your client, Amgen, with multiple requests for production and interrogatories that seek, among other things, financial data relating to the sales of drugs that are the subject of the AMCC (the "Subject Drugs"). Indeed, Plaintiffs' requests that Amgen produce financial information date back to June 2003.[1]

Based on experience gained by working with the Phase I defendants, Plaintiffs have refined their requests for sales-related data. For each of the Subject Drugs (by NDC), please provide the following information in ASCII text file or similar electronic format for the relevant time period:

   (a)   All sales transaction data (as well as any discounts or any other price adjustments or offsets contained in the transaction data), including (i) price, (ii) number of units sold, (iii) transaction date, (iv) information sufficient to identify the type of transaction (*e.g.*, a sale, a return, etc.), (v) information sufficient to identify the product (*e.g.*, NDC, product description, form, strength, etc.), (vi) information sufficient to identify the customer,

---

[1] Plaintiffs' prior requests for financial data can be found in discovery sets served on your client on June 17, 2003 (Request Nos. 27-28); June 19, 2003 (Request Nos. 19, 34 and 35); December 3, 2003 (Request Nos. 18, 33-34; Interog. No. 1); and March 31, 2004 (Request Nos. 25-28; Interog. No. 1).

Mr. Frank A. Libby, Jr.
April 20, 2005
Page 2

        (vii) class of trade designations, and (viii) information sufficient to identify whether the units sold were intended for repackaging, along with the name of the repackager to which the units were sold.

(b)    All chargeback transactions, including (i) amount, (ii) date of credit, and (iii) information sufficient to identify the customer, class of trade designations (if any), and wholesaler to which the chargeback was paid, and (iv) the underlying contract price paid by the ultimate customer.

(c)    All rebate transactions, including (i) amount, (ii) date of rebate, (iii) information sufficient to identify the type of rebate, (iv) information sufficient to identify the customer, and (v) class of trade designations (if any).

(d)    All administrative fee transactions, including (i) amount, (ii) date of payment, (iii) information sufficient to identify the type of administrative fee (if applicable), (iv) information sufficient to identify the customer, and (v) class of trade designations (if any).

(e)    Any other discounts not reflected in the above (a through d), including but not limited to discounts achieved through bundling one product with another.

(f)    Include complete documentation for all items above (a through e) such as lists of fields, descriptions of information contained in those fields (*e.g.*, field lengths, formats, etc.), and descriptions of any codes used in any fields (such as class of trade designations).

Exclude all sales to government entities (*e.g.*, State Agencies, Veteran's Administration Facilities, Military, Federal Government Programs, Public Health Service, etc.). Sales to all other entities should be included, including sales to hospitals.

       Plaintiffs request that Amgen produce this data in the above-requested format within 30 days. If you will be unable to provide this information within 30 days for all of the Subject Drugs, Plaintiffs ask that Amgen first produce the requested data for all physician-administered drugs within 30 days, followed by a supplemental production of data for the remaining drugs 30 days thereafter.

Mr. Frank A. Libby, Jr.
April 20, 2005
Page 3

     We have also enclosed Rule 30(b)(6) deposition notices on this topic so that
Plaintiffs can learn about the manner in which Amgen maintains sales data for its Subject
Drugs.

               Sincerely,

               Steve W. Berman



# HOGAN & HARTSON
### L.L.P.

JOSEPH H. YOUNG
PARTNER
(410) 659-2775
JHYOUNG@HHLAW.COM

111 SOUTH CALVERT STREET, SUITE 1600
BALTIMORE, MARYLAND 21202
TEL (410) 659-2700
FAX (410) 539-6981
WWW.HHLAW.COM

September 2, 2004

***VIA VERILAW***

Steve W. Berman, Esquire
Hagens Berman, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Re:   In re Average Wholesale Pricing Litigation, MDL No. 1456

Dear Steve:

In response to your letter, and as I mentioned in my voicemail message to you yesterday evening, you are correct that Amgen agreed that it would not object to your filing of a surreply, should plaintiffs elect to do so.  That remains the case.  In the event plaintiffs decide to file a surreply, you are obviously authorized to represent in your motion for leave to file that Amgen has assented to the filing of the memorandum.

Please feel free to call me if you have any questions.

Very truly yours,

Joseph H. Young

JHY:jvd

WASHINGTON, DC

BERLIN   BRUSSELS   LONDON   PARIS   BUDAPEST   PRAGUE   WARSAW   MOSCOW   BEIJING   TOKYO
\\\BA - 56360/0066 - 1788524NEW YORK   BALTIMORE   McLEAN   MIAMI   DENVER   BOULDER   COLORADO SPRINGS   LOS ANGELES



HAGENS BERMAN LLP
Attorneys at Law

CAMBRIDGE   LOS ANGELES   PHOENIX [PLLC]   SEATTLE

**hagens-berman.com**
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

STEVE W. BERMAN
(206) 224-9320
steve@hagens-berman.com

September 1, 2004

**VIA VERILAW**

Joseph H. Young
HOGAN & HARTSON LLP
111 South Calvert Street, Suite 1600
Baltimore, MD 21202

      Re:    In re Pharmaceutical Industry Average Wholesale Price Litigation
              MDL No. 1456

Dear Mr. Young:

      In your recent filing, you represent that plaintiffs assented to the reply. That is partially correct — plaintiffs, per my voicemail, agreed so long as Amgen agrees to allow a surreply. This was not mentioned in the papers which I assume was an oversight.

      Can you please correct this?

                      Sincerely,

                      Steve W. Berman

SWB:taw



# HOGAN & HARTSON
L.L.P.

JOSEPH H. YOUNG
PARTNER
(410) 659-2776
JHYOUNG@HHLAW.COM

December 3, 2003

111 SOUTH CALVERT STREET, SUITE 1600
BALTIMORE, MARYLAND 21202
TEL (410) 659-2700
FAX (410) 539-6981
WWW.HHLAW.COM

Steve W. Berman, Esq.
Hagens Berman, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Re:  In re Average Wholesale Pricing Litigation, MDL No. 1456

Dear Steve:

I am writing in response to your letter of November 25, 2003, regarding the scope of discovery to which you believe plaintiffs are now entitled following Judge Saris' comments from the bench during the November 21, 2003 hearing. You identify six Amgen products as to which you contend discovery can now proceed: Epogen, Enbrel, Kineret, Aranesp, Neulasta, and Neupogen.

The first three of these products—Epogen, Enbrel and Kineret—fall outside the Court's comments regarding drugs subject to discovery. As plaintiffs concede in the Amended Master Consolidated Complaint, Epogen is not reimbursed in the Medicare Part B context based upon AWP. *See* AMCC ¶ 217 n. 1. Moreover, Enbrel and Kineret are self-administered drugs and thus are not reimbursed under Medicare Part B. Accordingly, under no circumstances should discovery proceed as to these three products at this time.

As to the remaining three Amgen products, we believe that no discovery should be pursued until Judge Saris has ruled on Amgen's pending motion for a continued limited stay of discovery.

Please let me know if you disagree with Amgen's position as set forth herein.

Very truly yours,

Joseph H. Young

JHY/ct
cc:   John B. Moriarty, Esquire
      Steven F. Barley, Esquire

WASHINGTON, DC

BRUSSELS  LONDON  PARIS*  BUDAPEST*  PRAGUE*  WARSAW  MOSCOW  TOKYO
NEW YORK  BALTIMORE  McLEAN  MIAMI  DENVER  BOULDER  COLORADO SPRINGS  LOS ANGELES
WASHINGTON OFFICE: 555 THIRTEENTH STREET NW, WASHINGTON DC 20004-1109   TEL: (202) 637-5600  FAX: (202) 637-5910
*Affiliated Office





**BOSTON  LOS ANGELES  PHOENIX  SEATTLE**

**hagens-berman.com**
225 FRANKLIN STREET, 26TH FLOOR · BOSTON, MA 02110
(617) 482-3700 · FAX (617) 482-3003

THOMAS M. SOBOL
(617) 217-2082
tom@hagens-berman.com

November 6, 2002

**VIA FACSIMILE**

Steven F. Barley
Joseph H. Young
Hogan & Hartson, LLP
111 South Calvert Street
Suite 1600
Baltimore, MD 21202

Frank A. Libby, Jr.
Douglas S. Brooks
Kelly, Libby & Hoopes
175 Federal Street
Boston, MA 02110

> Re:    In Re: Pharmaceutical Industry Average Wholesale Price Litigation
>        MDL No. 1456
>        *Attorneys for Amgen, Inc.*

Dear Counsel:

This letter is to discuss the implementation of Case Management Order No. 5.

As you are aware, on October 28, 2002 the Court entered an order requiring each Defendant to produce, on or before December 16, 2002, two specified categories of documents relating to (i) existing or previous investigations, and (ii) other legal proceedings. To make sure that the production occurs smoothly, I think it makes sense for us to discuss the method for document production by your clients.

Accordingly, you should expect a telephone call from one of Plaintiffs' co-lead counsel in the next couple of days to discuss the document production. It would be helpful if you had available for our discussion certain basic information relating to the documents, including: (i) whether documents responsive to the Order exist, and if so, a basic description of the existing or previous investigations and/or other legal proceedings in which the documents were previously



Counsel
November 6, 2002
Page 2

produced; (ii) an estimate of the magnitude of the prior production or productions (whether in boxes, documents or pages); (iii) whether the documents exist in hardcopy and/or electronic format; (iv) whether any existing document indices exist with respect to the documents, and (v) the location of the documents to be produced.

I addressed previously the issue of the protective order. My office has heard from the sub-committee for the Defendants, and my hope is that we are able to resolve those issues in the meanwhile as well.

Very truly yours,

*Thomas M. Sobol* (aa)

Thomas M. Sobol

TMS:aa

cc:    All Counsel