UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

CIVIL ACTION NO.
01-12257-PBS
MDL NO. 1456

## ORDER OF REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

SARIS, D.J.

     In light of the memorandum and order dated August 16, 2005, the Court orders parties in the First Track of this litigation to meet again with Resolutions LLC (Eric Green) to attempt resolution of the remaining issues.

     /s/ Patti B. Saris
 Patti B. Saris
United States District Judge

September 28, 2005