UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS |
| ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ALL ACTIONS ) <br> ) | Hon. Patti B. Saris |

**NOTICE OF APPEARANCE FOR DEFENDANT SANDOZ INC., AND REQUESTS FOR ADMISSION PRO HAC VICE**

Notice is hereby given that undersigned counsel appears for Defendant Sandoz Inc. in all actions in the above matter. Further, undersigned counsel request admission pro hac vice pursuant to Case Management Order ("CMO") No. 1, section V., paragraph 16, which states:

> Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted pro hac vice to practice before this Court in connection with this action upon payment of the appropriate filing fee.

Pursuant to CMO No. 1, attached as Exhibits A through D hereto are the Declarations in Support of the Applications for Admission Pro Hac Vice of Wayne A. Cross, Michael J. Gallagher, Paul Olszowka, and Sheryl L. Dickey.

Dated: September 22, 2005

Respectfully Submitted,

/s/ Wayne Cross

Wayne Cross
Michael J. Gallagher
Paul Olszowka
Sheryl L. Dickey
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Tel: (212)819-8797
Fax: (212) 354-8113