**EXHIBIT 1**

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, **J. Michael McMahon**, Clerk of this Court, certify that

**WAYNE ALAN CROSS**, Bar # **WC3027**

was duly admitted to practice in this Court on

**JULY 11th, 1972**, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York    on  SEPTEMBER 13th, 2005

J. MICHAEL McMAHON
Clerk

by: _____
Deputy Clerk