**EXHIBIT B**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) Hon. Patti B. Saris ) ) ) ) ) |

### DECLARATION OF MICHAEL J. GALLAGHER IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

Michael J. Gallagher, an attorney with the firm of White & Case LLP, 1155 Avenue of the Americas, New York, NY 10036, hereby declares:

1. I am a member in good standing of the State Bars of New York and New Jersey; however, I am administratively ineligible to practice law in New Jersey pursuant to New Jersey Rule of Court 1:21-1(a) (a copy of which is attached hereto as Exhibit 2).

2. I have been admitted to practice in the United States District Court for the Eastern District of New York, United States District Court for the Southern District of New York, United States Court of Appeals for the Ninth Circuit, and the United States Court of Appeals for the Eleventh Circuit.

3. I am a member in good standing in the courts listed above.

4. I am not suspended or disbarred in any court and have never been the subject of a professional disciplinary proceeding.

5. Attached hereto as Exhibit 3 is a Certificate of Good Standing of the Bar of the United States District Court of the Southern District of New York of which I am a member.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty or perjury that the foregoing is true and correct.

Dated:   New York, New York
         September 22, 2005.

_____
Michael J. Gallagher

2