**EXHIBIT 3**

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, _____J. Michael McMahon_____, Clerk of this Court, certify that

_____MICHAEL  JOHN  GALLAGHER_____, Bar # _____MG2165_____

was duly admitted to practice in this Court on

_____DECEMBER  6ᵗʰ,  1994_____, and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
           New York, New York         on    SEPTEMBER  13ᵗʰ, 2005

_____J. MICHAEL McMAHON_____  by: _____
           Clerk                              Deputy Clerk