**EXHIBIT C**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ALL ACTIONS ) <br> ) <br> ) | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS <br><br> Hon. Patti B. Saris |

**DECLARATION OF PAUL OLSZOWKA IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE**

Paul Olszowka, an attorney with the firm of White & Case LLP, 1155 Avenue of the Americas, New York, NY 10036, hereby declares:

1. I am a member in good standing of the State Bar of New York and State Bar of Wisconsin.

2. I have been admitted to practice in the United States District Court for the Southern District of New York.

3. I am a member in good standing in the courts listed above.

4. I am not suspended or disbarred in any court and have never been the subject of a professional disciplinary proceeding.

5. Attached hereto as Exhibit 4 is a Certificate of Good Standing of the Bar of the United States District Court of the Southern District of New York of which I am a member.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty or perjury that the foregoing is true and correct.

Dated:     New York, New York
           September 22, 2005.

_____
Paul Olszowka