**EXHIBIT 4**

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, _____J. Michael McMahon_____, Clerk of this Court, certify that

_____PAUL  T.  OLSZOWKA_____, Bar # _____PO0587_____

was duly admitted to practice in this Court on

_____JANUARY  9th,  2001_____, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
          New York, New York          on   SEPTEMBER  13th, 2005

**J. MICHAEL McMAHON**
Clerk                              by: _____
                                          Deputy Clerk