**EXHIBIT 5**

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, _____ J. Michael McMahon _____, Clerk of this Court, certify that

_____ SHERYL   LYNN   DICKEY _____, Bar # _____ SD3019 _____

was duly admitted to practice in this Court on

_____ JUNE  3rd,  2003 _____, and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
           New York, New York          on   SEPTEMBER  13th, 2005

**J. MICHAEL McMAHON**                by: _____
Clerk                                       Deputy Clerk