01cv12257

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2005, I caused a true and correct copy of the NOTICE OF APPEARANCE FOR SANDOZ INC., AND REQUESTS FOR ADMISSION PRO HAC VICE, and EXHIBITS hereto to be served on all counsel of record by electronic service, accordance with Case Management Order No.2, by sending a copy to Verilaw Technologies for posting and notification to all parties.

Sheryl Dickey