UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY )<br>AVEREAGE WHOLESALE PRICE )<br>LITIGATION ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: )<br>ALL ACTIONS ) | Hon. Patti B. Saris |

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT SANDOZ INC.**

Pursuant to Local Rule 7.3(A) of the United States District Court for the District of Massachusetts, defendant Sandoz Inc. ("Sandoz") hereby states that the parent corporation of Sandoz is Novartis Pharmaceuticals Corporation. No other company owns ten percent or more of the stock of Sandoz. The ultimate, indirect parent corporation of Sandoz is Novartis AG.

September 22, 2005

Respectfully Submitted,

Wayne A. Cross
Michael J. Gallagher
Paul Olszowka
Sheryl Dickey
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
Tel.: (212) 819-8200
Fax: (212) 354-8113

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2005, I caused a true and correct copy of the CORPORATE DISCLOSURE STATEMENT hereto to be on served on all counsel of record by electronic service, accordance with Case Management Order No.2, by sending a copy to Verilaw Technologies for posting and notification to all parties.

Sheryl L. Dickey