# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | **MDL NO. 1456** |
| **THIS DOCUMENT RELATES TO:** | **Master File No.: 01-12257-PBS** <br> **Judge Patti B. Saris** |
| **THE CITY OF NEW YORK,** <br><br> Plaintiff, <br><br> v. <br><br> **ABBOTT LABORATORIES, INC.,** *et al.*, <br><br> Defendants. | **S.D.N.Y. Case No. 04-cv-06054** |
| **COUNTY OF ROCKLAND,** <br><br> Plaintiff, <br><br> v. <br><br> **ABBOTT LABORATORIES, INC.,** *et al.*, <br><br> Defendants. | **S.D.N.Y. Case No. 03-cv-7055** |
| **COUNTY OF WESTCHESTER,** <br><br> Plaintiff, <br><br> v. <br><br> **ABBOTT LABORATORIES, INC.,** *et al.*, <br><br> Defendants. | **S.D.N.Y. Case No. 03-cv-6178** |

**ETHEX CORPORATION'S MOTION FOR
ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Local Rule 83.5.3, the undersigned, a member in good standing of this Court, respectfully prays for the admission *pro hac vice* of Attorney Joseph M. Meadows, of the law firm of Arnold & Porter LLP, to act as counsel for Defendant ETHEX Corporation. Attorney Meadows has executed a Certificate in accordance with Local Rule 83.5.3, which is submitted herewith. The necessary fees will be submitted under separate cover.

        Respectfully submitted,

        ETHEX CORPORATION

        By its attorneys,

        /s/ Melissa M. Longo
        Scott A. Birnbaum (BBO # 543834)
        Robert N. Feldman (BBO # 630734)
        Melissa M. Longo (BBO # 647649)
        BIRNBAUM & GODKIN, LLP
        280 Summer Street
        Boston, MA 02210-1108
        (617) 307-6100

Dated: September 29, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered to all counsel of record on September 29, 2005, by electronic service pursuant to the Court's Case Management Order No. 2.

        /s/ Melissa M. Longo
        Melissa M. Longo