# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | **MDL NO. 1456** |
| **THIS DOCUMENT RELATES TO:** | **Master File No.: 01-12257-PBS**<br>**Judge Patti B. Saris** |
| **THE CITY OF NEW YORK,**<br><br>                            Plaintiff,<br><br>v.<br><br>**ABBOTT LABORATORIES, INC.,** *et al.***,**<br><br>                            Defendants. | **S.D.N.Y. Case No. 04-cv-06054** |
| **COUNTY OF ROCKLAND,**<br><br>                            Plaintiff,<br><br>v.<br><br>**ABBOTT LABORATORIES, INC.,** *et al.***,**<br><br>                            Defendants. | **S.D.N.Y. Case No. 03-cv-7055** |
| **COUNTY OF WESTCHESTER,**<br><br>                            Plaintiff,<br><br>v.<br><br>**ABBOTT LABORATORIES, INC.,** *et al.***,**<br><br>                            Defendants. | **S.D.N.Y. Case No. 03-cv-6178** |

**NOTICE OF APPEARANCE FOR DEFENDANT**
**<u>ETHEX CORP., ADMISSION *PRO HAC VICE*</u>**

The following submission for admission *pro hac vice* is made pursuant to Case Management Order No. 1, section V., paragraph 16.

Attached is an Certificate of Good Standing in support of application for admission *pro hac vice* of Joseph M. Meadows as counsel for ETHEX Corp. in this action.

Dated: September 29, 2005  
       Washington, D.C.

Respectfully submitted,

/s/Joseph Meadows  
JOSEPH M. MEADOWS

ARNOLD & PORTER LLP  
555 12th Street, N.W.  
Washington, D.C. 20004  
(202) 942-5000 (telephone)  
(202) 942-5999 (facsimile)

*Attorneys for defendant ETHEX Corp.*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered on September 29, 2005 to all counsel of record by electronic service pursuant to the Court's Case Management Order No. 2.

/s/ Melissa M. Longo_____  
Melissa M. Longo