# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | **MDL NO. 1456** |
| **THIS DOCUMENT RELATES TO:** | **Master File No.: 01-12257-PBS**<br>**Judge Patti B. Saris** |
| **THE CITY OF NEW YORK,**<br><br>                           Plaintiff,<br><br>v.<br><br>**ABBOTT LABORATORIES, INC.,** *et al.*,<br><br>                           Defendants. | **S.D.N.Y. Case No. 04-cv-06054** |
| **COUNTY OF ROCKLAND,**<br><br>                           Plaintiff,<br><br>v.<br><br>**ABBOTT LABORATORIES, INC.,** *et al.*,<br><br>                           Defendants. | **S.D.N.Y. Case No. 03-cv-7055** |
| **COUNTY OF WESTCHESTER,**<br><br>                           Plaintiff,<br><br>v.<br><br>**ABBOTT LABORATORIES, INC.,** *et al.*,<br><br>                           Defendants. | **S.D.N.Y. Case No. 03-cv-6178** |

**ETHEX CORPORATION'S MOTION FOR**
**ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Local Rule 83.5.3, the undersigned, a member in good standing of this Court, respectfully prays for the admission *pro hac vice* of Attorney Emily Glatfelter, of the law firm of Arnold & Porter LLP, to act as counsel for Defendant ETHEX Corporation. Attorney Glatfelter has executed a Certificate in accordance with Local Rule 83.5.3, which is submitted herewith. The necessary fee will be submitted under separate cover.

> Respectfully submitted,
>
> ETHEX CORPORATION
>
> By its attorneys,
>
> /s/ Melissa M. Longo
> Scott A. Birnbaum (BBO # 543834)
> Robert N. Feldman (BBO # 630734)
> Melissa M. Longo (BBO # 647649)
> BIRNBAUM & GODKIN, LLP
> 280 Summer Street
> Boston, MA 02210-1108
> (617) 307-6100

Dated: September 29, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered to all counsel of record on September 29, 2005, by electronic service pursuant to the Court's Case Management Order No. 2.

> /s/ Melissa M. Longo
> Melissa M. Longo