UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | **MDL NO. 1456** |
| **THIS DOCUMENT RELATES TO:** | **Master File No.: 01-12257-PBS**<br>**Judge Patti B. Saris** |
| **THE CITY OF NEW YORK,**<br>                    Plaintiff,<br>v.<br>**ABBOTT LABORATORIES, INC.,** *et al.***,**<br>                    Defendants. | **S.D.N.Y. Case No. 04-cv-06054** |
| **COUNTY OF ROCKLAND,**<br>                    Plaintiff,<br>v.<br>**ABBOTT LABORATORIES, INC.,** *et al.***,**<br>                    Defendants. | **S.D.N.Y. Case No. 03-cv-7055** |
| **COUNTY OF WESTCHESTER,**<br>                    Plaintiff,<br>v.<br>**ABBOTT LABORATORIES, INC.,** *et al.***,**<br>                    Defendants. | **S.D.N.Y. Case No. 03-cv-6178** |

**CERTIFICATE OF GOOD STANDING OF
<u>EMILY N. GLATFELTER IN SUPPORT OF ADMISSION *PRO HAC VICE*</u>**

I, Emily N. Glatfelter, hereby certify pursuant to Case Management Order No. 1, entered in the above captioned action that:

1. I am an associate with the firm of Arnold & Porter LLP, attorneys for ETHEX Corp. in the above captioned action.

2. I am a member in good standing of the bar of the United States District Court for the District of Maryland.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. I have never been the subject of a professional disciplinary proceeding.

/s/ Emily N. Glatfelter
Emily N. Glatfelter

Dated: September 29, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered on September 29, 2005 to all counsel of record by electronic service pursuant to the Court's Case Management Order No. 2.

/s/ Melissa M. Longo_____
Melissa M. Longo