UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

. MDL No. 1456

Civil Action No. 01-CV-12257-PBS

THIS DOCUMENT RELATES TO:
International Union of Operating Engineers,
Local No. 68 Welfare Fund v. AstraZeneca PLC
Et al. Civil Action No. 04-11503-PBS

Hon. Patti B. Saris

## MOTION TO QUASH

Defendant, Stanley C. Hopkins, moves this court to quash Co-Defendant AstraZeneca's First

Request for Production of Documents, as well as its Notice of Subpoena ad Testificandum and Duces

Tecum for Dr. Hopkins' undersigned counsel.[1]  In the event this Court requires oral argument in this

matter, Dr. Hopkins requests that he be allowed to appear by telephone, as this litigation and its

predecessor litigation has already caused him tremendous economic hardship.

### Memorandum of Law

Defendant AstraZeneca has served Dr. Hopkins with a Request for Production of Documents

(Request), and has served counsel for Dr. Hopkins with a Notice of Subpoena ad Testificandum and

Duces Tecum (Deposition).  Put simply, the Request seeks documents reflecting settlement discussions

between New Jersey class action counsel (Donald Havilland) and counsel for Dr. Hopkins (the

undersigned).  The subpoena for the deposition of Dr. Hopkins' counsel seeks essentially the same

information.  Based upon discussions between the undersigned and counsel for AstraZeneca, the

document request and depositions are designed to establish that Dr. Hopkins was fraudulently joined as a

defendant in a New Jersey Superior Court action (which was removed from the New Jersey state court to

New Jersey federal court and then transferred to this MDL Court).

---

[1] The undersigned has not been admitted *pro hac vice* in this litigation, but understands this Court has
entered an order permitting all counsel hailed involuntarily into this MDL to appear pro hac vice.

Both the Request, as well as the Deposition, should be quashed.  First, the Request as well as the Deposition seek to have counsel produce evidence of settlement communications with Plaintiffs' counsel. To the extent such communications occurred, they are protected by Fed. R. Evid. 408 (Compromise and Offers to Compromise).  Moreover, the Deposition seeks to inquire into why the undersigned declined to consent to removal.  This will necessarily require disclosure of attorney thought processes and mental impressions (work product privilege) and conversations between Dr. Hopkins and his counsel (attorney client privilege).[2]

To the extent counsel for AstraZeneca seeks to elicit information concerning when Dr. Hopkins was served, that information is clearly set forth in Dr. Hopkins's Joinder in Plaintiffs' Motion for Remand (Exhibit 1).  The facts relevant to that inquiry are as follows:  Counsel for Dr. Hopkins had agreed to accept service of the New Jersey Class Action Complaint on July 3, 2003.  Counsel for Dr. Hopkins did not consent to removal to federal district court on that date or any other date.  The only notes in counsel's possession reflecting any conversation with counsel for AstraZeneca are notes of a telephone conversation with Eric Gill of Davis Polk, dated July 3, 2003, the date the undersigned agreed to accept service.  Those notes are sketchy, but reflect that Mr. Gill informed the undersigned that the New Jersey State Court lawsuit in which Dr. Hopkins had been named was part of a larger MDL in Boston (this case), that AstraZeneca was involved in ongoing settlement negotiations with Plaintiffs in the MDL, and asking the undersigned whether Dr. Hopkins had properly been served.  Those notes reflect no discussion whatsoever concerning removal or the consent for the same.  Although undersigned has no independent recollection of that July 3, 2003, conversation, undersigned counsel does know neither Dr. Hopkins nor the undersigned ever consented to removal to federal court.

## Conclusion

---

[2]   If AstraZeneca contends Dr. Hopkins was joined by the Plaintiffs for the purpose of defeating the federal court's diversity jurisdiction, the Court should be aware that Dr. Hopkins is a Florida resident who was named in a New Jersey state court action by New Jersey plaintiffs.  If anything, Dr. Hopkins created a diversity problem for the New Jersey plaintiffs.

Dr. Hopkins' association with AstraZeneca has presented severe financial hardship to Dr.

Hopkins. Dr. Hopkins has already been deposed in this case. The current document request and

subpoena are not only irrelevant, they seek privileged information. Moreover, any information relevant to

AstraZeneca's opposition to remand is set forth in this motion to Quash and in Exhibit 1. Requiring

counsel for Dr. Hopkins to attend a deposition simply to repeat those facts is an unnecessary and abusive

waste of resources. The Motion to Quash should be granted.

Dr. Hopkins requests any necessary hearing on this issue be conducted telephonically.


Dated: September 27, 2005                    Respectfully submitted,

                                             _____
                                             Jack E. Fernandez
                                             Zuckerman Spaeder, LLP
                                             101 E. Kennedy Blvd., Suite 1200
                                             Tampa, FL 33602
                                             Telephone: 813-221-1010
                                             Facsimile: 813-223-7961

                                             Counsel for Defendant Stanley C.
                                             Hopkins, M.D.


## CERTIFICATE OF SERVICE

I hereby certify that a complete and accurate copy of the foregoing has been furnished by U.S.

Mail to all counsel of record on the attached counsel list this 27th day of September, 2005.

                                             _____
                                             Attorney

## Service List

Shanin Specter, Esq.
TerriAnne Benedetto, Esq.
KLINE & SPECTER, P.C.
1800 Chapel Avenue, Suite 302
Cherry Hill, NJ 08002

David J. Cooner, Esquire
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Post Office Box 652
Newark, NJ 07101-0652

Terry K. Sherman, Esquire
52 West Whittier Street
Columbus, OH 43206

Joshua T. Buchman, Esquire
MCDERMOTT, WILL & EMERY
227 West Monroe Street
Chicago, IL 60606-5096

Steven M. Edwards, Esquire
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022

John C. Dodds, Esquire
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103-2921

Paul J. Coval, Esquire
VORYS, SATER, VORYS, SATER,
SEYMOUR AND PEASE LLP
52 East Gay Street
Post Office Box 1008
Columbus, OH 43216-1003

Thomas P. McGonigle, Esquire
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

David J. Burman, Esquire
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099

John E. Keefe, Jr., Esquire
LYNCH & MARTIN
830 Broad Street
Shrewsbury, NJ 07702

Kimberly Harris, Esquire
DAVIS POLK & WARDELL
450 Lexington Avenue
New York, NY 10017

Merle M. DeLancey, Jr., Esquire
DICKSTEIN, SHAPIRO MORIN &
OSHINSKY, LLP
2101 L Street N.W.
Washington, DC 20037

Andrew D. Schau, Esquire
PATTERSON, BELKNAP, et al.
1133 Avenue of the Americas
New York, NY 10036-6710

Michael T. Scott, Esquire
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

Kirke M. Hasson, Esquire
PILLSBURY WINTHROP, LLP
50 Fremont Street
San Francisco, CA 94105

Paul Schleifman, Esquire
SHOOK, HARDY & BACON, LLP
One Kansas City Place One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118

Kathleen M. McGuan, Esquire
REED SMITH LLP
1301 K Street NW
Suite 1100 -- East Tower
Washington, DC 20005

Colleen M. Hennessey, Esquire
PEABODY & ARNOLD, LLP
30 Rowes Wharf
Boston, MA 02110

Raymond A. Gill, Jr., Esquire
GILL & CHAMAS
655 Florida Grove Road
Post Office Box 760
Woodbridge, NJ 07095

Michael Mustokoff, Esquire
DUANE MORRIS LLP
One Liberty Place, Suite 4200
Philadelphia, PA 19103-7396

Richard D. Raskin, Esquire
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 S. Dearborn Street, 48th Floor
Chicago, IL 60603

Joseph H. Young, Esquire
HOGAN & HARTSON, LLP
111 S. Calvert Street, Suite 1600
Baltimore, MD 21202

Scott A. Stempel, Esquire
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue
Washington, DC 20004-2921

Frederick G. Herold, Esquire
DECHERT, PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Stephen M. Hudspeth, Esquire
Coudert Brothers LLP
The Grace Guilding
1114 Avenue of the Americas
New York, NY 10036-7703

Nancy L. Newman, Esquire
KNAPP, PETERSON AND CLARK
500 North Brand Boulevard, 20th Floor
Glendale, CA 91203

Brien T. O'Connor, Esquire
ROPES & GRAY
One International Place
Boston, MA 02110

Robert R. Stauffer, Esquire
JENNER & BLOCK
One IBM Plaza, 45TH Floor
330 N. Wabash Avenue
Chicago, IL 60611

Daniel E. Reidy
JONES DAY REAVIS & POGUE
77 West Wacker
Chicago, IL 60601-1692

S. Craig Holden, Esquire
OBER KALER GRIMES & SCHRIVER
120 E. Baltimore Street
Baltimore, MD 2102

David J. Cerveny, Esquire
HALE & DORR, LLP
60 State Street
Boston, MA 02109

John M. Spinnato
SANOFI-SYNTHELABO INC.
90 Park Avenue
New York, New York  10016

Dennis M. Duggan, Jr., Esq.
NIXON PEABODY, LLP
101 Federal Street
Boston, MA 02210

Nicholas C. Theodorou, Esquire
Lucy Fowler, Esquire
Foley Hoag LLP
1555 Seaport Blvd.
Boston, MA 02110

Ronald J. Ranta, Esquire
Fisette & Ranta
110 Cummings Center, Suite 221B
Beverly, MA 01915

Attorney General, State of Connecticut
55 Elm Street
P. O. Box 120
Hartford, CT 06140

Bolognese & Associates, LLC
One Penn Center
Suite 650
Philadelphia, PA 19103

Heins Mills & Olson, P.L.C.
700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

Hoffman & Edelson, LLC
45 West Court Street
Doylestown, PA 18901

Hulett Harper LLP
550 West C Street
Suite 1770
San Diego, CA 92101

Keller Rohrback, L.L.P.
1201 Thirda Avenue, Suite 3200
Seattle, WA 98101

Kirby, McInerney & Squire, LLP
830 Third Ave., 10th Floor
New York, NY 10022

Moscone, Emblidge & Quadra, LLP
180 Montgomery Street, Suite 1240
San Francisco, CA 94101

Murray & Howard, LLP
436 14th Street, Suite 1413
Oakland, CA 94102

Piper & Associates
624 Pierre Avenue
Shreveport, LA 71103

Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17552

Rossbacher & Assoc.
811 Wilshire Boulevard, Suite 1650
Los Angeles, CA 90017

Shepherd, Finkelman, Miller & Shah, LLC
35 E. State Street
Media, PA 19063

Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Squitieri & Fearon, LLP
521 Fifth Ave., 26th Floor
New York, NY 10175

Stern Shapiro Weissberg & Garin
90 Canal Street
Boston, MA 02114

Trujillo Rodriguez & Richards, LLC
3 Kings Highway East
Haddonfield, NJ 08033

Weller, Green, Toups & Terrell, LLP
2615 Calder, Suite 400
Post Office Box 350
Beaumont, TX 77704

Arent Fox Kintner Plotkin & Kahn PLLC
1050 Connecticut Ave., NW
Washington, DC 20036

Arnold & Porter/Endo
555 12th Street NW
Washington, DC 20004

Ballard Spahr Andress & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Baxter Healthcare Corp.
One Baxter Parkway
Deerfield, IL 60015

Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110

Chiron Corporation
4560 Horton Street
MX/R-422
Emeryville, CA 94608

Coudert Brothers
1114 Avenue of the Americas
New York, NY 10036

Covington and Burling
1201 Pennsylvanie Avenue, NW
Washington, DC 20004

DKW Law Group, PC
58th Floor, U.S. Steel Tower
600 Grant Street
Pittsburg, PA 15219

Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108

Dornbush Mensch Mandelstam & Schaeffer,
LLP
747 Thirda Avenue
New York, NY 10017

Dwyer & Collora, LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Gibbons, Del Deo, Dolan, et al.
One Riverfront Plaza
Newark, NJ 07102

Goulston & Storrs
400 Atlantic Avenue
Boston, MA 02110

Greenberg Traurig, LLP
One International Place
Boston, MA 02110

Hughes Hubbard & Reed
1775 I Street NW
Washington, DC 20006

Hyman, Phelps & McNamara, PC
700 13th Street N.W.
Suite 1200
Washington, DC 20005

Irell & Manella, LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Kelly, Libby & Hoopes, P.C.
175 Federal Street
Boston, MA 02110

King & Spalding, LLP
1730 Pennsylvania Avenue NW
Washington, DC 20016

Kirkland & Ellis, LLP
655 Fifteenth Street, NW
Washington, DC 20005

Kirkpatrick & Lockhart Nicholson Graham, LLP
75 State Street
Boston, MA 02109

Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109

Law Office of Robert A. Griffith
67 Batterymarch Street
Suite 400
Boston, MA 02110

Mintz, Levin Cohn, et al.
701 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC 20004

Morgan, Lewis & Bockius LLP
300 South Grand Avenue
Suite 220
Los Angele4s, CA 90071

Morrison & Foerster – AWP
5200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202

Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210

Ober, Kaler, et al.
120 E. Baltimore Street
Baltimore, MD 21202

Patterson, Belknap et al.
1133 Avenue of the Americas
New York, NY 10036

Peabody & Arnold, LLP
30 Rowes Warf
Boston, MA 02110

Perkins Coie
1201 Third Avenue, Suite 4800
Seattle, WA 98101

Pillsbury Winthrop LLP
2550 Hanover Street
Palo Alto, CA 94304

Piper Rudnick LLP
One International Place
21st Floor
Boston, MA 02110

Reed Smith, LLP
1301 K Street, N.W.
Suite 1100 East Tower
Washington, DC 20005

Ropes and Gray
One International Place
Boston, MA 02110

Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110

Shook Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108

Sidley Austin Brown & Wood
10 S. Dearborn Street
Chicago, IL 60603

Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110

Vorys, Sater, et al.
52 East Gay Street
Post Office Box 1008
Columbus, OH 43216

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Williams & Connolly LLP
725 12th Street NW
Washington, DC 20005

Wilmer Cutler et al.
60 State Street
Boston, MA 02109