IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Civil Action: 01-CV-12257 (PBS)  Judge Patti B. Saris |

### NOTICE OF APPEARANCE FOR DEFENDANT ORGANON PHARMACEUTICALS USA, INC. ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b) and this Court's Case Management Order No. 1, section V, paragraph 16, entered on June 14, 2002, William P. Campos and Jennifer Aurora, attorneys at the law firm of Sedgwick, Detert, Moran and Arnold LLP located in New York, NY, hereby enter their appearances on behalf of Organon Pharmaceuticals USA, Inc. in the above caption matter.

William P. Campos and Jennifer Aurora are not members of the bar of the United States District Court for the District of Massachusetts but seek admission *pro hac vice* in accordance with the procedure set forth in this Court's Case Management Order No. 1. The accompanying certificates of counsel certify that these attorneys are members in good standing of their respective bars and are familiar with the Local Rules of this Court.

A check in the amount of $100.00 ($50.00 filing fee/movant) will be forwarded for their respective admissions *pro hac vice*.

NY/462007v1

WHEREFORE, the undersigned counsel respectfully moves for the admission of William P. Campos and Jennifer Aurora to practice before this Court *pro hac vice*.

Dated: September 28, 2005

        Respectfully submitted,

        SEDGWICK, DETERT, MORAN & ARNOLD LLP

        By: _____
        William P. Campos
        Jennifer Aurora
        SEDGWICK, DETERT, MORAN & ARNOLD LLP
        125 Broad Street, 39th Floor
        New York, New York  10004-2400
        Telephone No. (212) 422-0202
        Facsimile No. (212) 422-0925

        Attorneys for Defendant
        ORGANON PHARMACEUTICALS USA, INC.