IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Civil Action: 01-CV-12257 (PBS) Judge Patti B. Saris |

### CERTIFICATE OF JENNIFER AURORA

I, Jennifer Aurora, hereby certify pursuant to Case Management Order 1, section V, entered in the above-captioned action that:

1. I am an attorney at the law firm of Sedgwick, Detert, Moran & Arnold LLP, 125 Broad Street, New York, NY 10004, attorneys for Organon Pharmaceuticals USA Inc.

2. I am a member of the Bars of the States of New York and New Jersey, and the United States District Courts for the Southern and Eastern Districts of New York.

3. I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice and there are no disciplinary proceedings against me as a member of the Bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 28th day of September 2005.

_____
JENNIFER AURORA

NY/462012v1