01cv12257 PBS

## CERTIFICATE OF SERVICE

I, Jennifer Aurora, certify that, on this 28th day of September 2005, a copy of the foregoing document has been served on counsel of record by electronic means pursuant to the Court's Case Management Order dated July 23, 2002.

*Jennifer Aurora*

NY/462452v1