UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | | |

**PLAINTIFFS' ASSENTED TO MOTION FOR AN EXTENSION OF TIME TO RESPOND TO J&J DEFENDANTS' MOTION TO DETERMINE THE SUFFICIENCY OF PLAINTIFFS' RESPONSES TO REQUEST FOR ADMISSIONS AND INTERROGATORIES CONCERNING REMICADE AND PROCRIT**

Plaintiffs, by their undersigned counsel, hereby move for an extension of time to respond to the Johnson & Johnson ("J&J") Defendants' Motion to Determine the Sufficiency of Plaintiffs' Responses to Requests for Admissions and Interrogatories Concerning Remicade and Procrit, filed September 21, 2005.

Currently, Plaintiffs' Response is due on Wednesday, October 5, 2005. Plaintiffs ask for an extension of time, until Friday, October 7, 2005 to respond to J&J's motion. J&J consents to the proposed extension of time.

Date: October 5, 2005

/s/ John Macoretta
Jeffrey L. Kodroff
John A. Macoretta
**SPECTOR ROSEMAN & KODROFF**
1818 Market Street
Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300

Marc H. Edelson
Allan Hoffman
**Hoffman & Edelson**
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043

Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
**Hagens Berman Sobol Shapiro LLP**
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700

Steve W. Berman
Sean R. Matt
Robert Gaudet
**Hagens Berman Sobol Shapiro  LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292

Samuel Heins
**Heins, Mills & Olson, P.C.**
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-4605

Kenneth A. Wexler
**The Wexler Firm, LLP**
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2005, I served true and correct copies of the foregoing Plaintiffs' Consent Motion for an Extension of Time to Response to J&J Defendants' Motion to Determine the Sufficiency of Plaintiffs' Responses to Request for Admissions and Interrogatories Concerning Remicade and Procrit via electronic service on all counsel of record.

      /s/ John Macoretta
John A. Macoretta
**SPECTOR ROSEMAN & KODROFF**
1818 Market Street
Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300