## CERTIFICATE OF SERVICE

    I hereby certify that on this 6th day of October, 2005, a true and correct copy of MOTION FOR ENTRY OF JOINT STIPULATION TO STAY THE DEADLINE FOR DEFENDANT ABBOTT LABORATORIES INC. TO RESPOND TO THE FIRST AMENDED COMPLAINT IN INTERVENTION was served upon all counsel of record by electronic service pursuant to CMO No. 2, by causing a copy to be sent to Lexis/Nexis for posting and notification.

                                                  Attorney for Defendant Abbott Laboratories Inc.

CHI-1500117v1