# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br>  ) <br> THIS DOCUMENT RELATES TO: ) <br>  ) <br> International Union of Operating ) <br> Engineers, Local No. 68 Welfare ) <br> Fund v. AstraZeneca PLC et al. ) <br> Civil Action No. 04-11503-PBS ) <br>  ) | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS |

### AFFIDAVIT OF TERRY K. SHERMAN

STATE OF OHIO       )
                    ) ss.:
COUNTY OF FRANKLIN  )

TERRY K. SHERMAN, being duly sworn, deposes and says:

1. I am an attorney licensed to practice in the State of Ohio.

2. Prior to and during July 2003, I represented Dr. Robert A. Berkman as a defendant in a criminal case in United States District Court, District of Delaware. During July 2003, I assisted in the representation and acted on behalf of Dr. Berkman in the above-captioned action (the "New Jersey Action").

3. On or several days prior to July 9, 2003, I had a telephone conversation with Donald E. Haviland, Jr., counsel for plaintiffs in the New Jersey Action. Mr. Haviland asked if I would accept service of the summons and complaint in the New Jersey Action on behalf of Dr. Berkman. I told Mr.

    Haviland that I would not accept service on behalf of Dr. Berkman. I never accepted service of the summons and complaint in the New Jersey Action on behalf of Dr. Berkman.

4. Also during this telephone conversation, Mr. Haviland informed me that plaintiffs were not interested in Dr. Berkman as a defendant in the New Jersey Action, but instead as a fact witness. He told me that the action had been filed in New Jersey state court and that plaintiffs were interested in keeping the case in state court. Mr. Haviland suggested that it would be in Dr. Berkman's best interest for the case to remain in state court in New Jersey.

5. On July 8, 2003, Mr. Haviland sent to me (and the other counsel for the doctor defendants in the New Jersey Action) via facsimile a letter that, among other things, suggested that I send a letter to the clerk of the United States District Court, District of New Jersey, which informed the court that Dr. Berkman did not consent to federal jurisdiction. (Letter attached as Exhibit A.) Mr. Haviland's letter included proposed language that I should use in drafting and sending such a letter to the court.

6. On July 9, 2003, I sent to the clerk of the United States District Court in New Jersey a letter, based on the language proposed by Mr. Haviland, that informed the court that Dr. Berkman did not consent to federal jurisdiction in the New Jersey Action and desired that the action proceed in New Jersey state court, Monmouth County. (Letter attached as Exhibit B.)

2

7. At some point towards the end of July 2003, I ceased assisting in the representation of Dr. Berkman in the above-captioned action.

Terry K. Sherman

Sworn to before me this
27th day of September, 2005.

Kathleen M. Smith
Notary Public

NOTARY PUBLIC, STATE OF OHIO
My comm. expiration date 10-31-07

3

# EXHIBIT 2

## KLINE & SPECTER
*A Professional Corporation*
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19102
Telephone: 215-772-1000
Direct Facsimile: 215-735-0937
www.klinespecter.com

### FAX COVER SHEET

July 8, 2003

Sender: Donald E. Haviland, Jr., Esquire
File: *In re AWP Litigation*

Our File No.: 200700

| RECIPIENTS | REPRESENTS | TELEPHONE | TELEFAX |
|---|---|---|---|
| Michael Mustokoff, Esquire<br>DUANE MORRIS LLP<br>One Liberty Place, Suite 4200<br>Philadelphia, PA 19103-7396<br>215-979-1810 | Dr. Saad Antoun | 215-979-1000 | 215-979-1020 |
| Jack Fernandez, Esquire<br>ZUCKERMAN, SPAEDER, LLP<br>101 E. Kennedy Blvd., Suite 1200<br>Tampa, FL 33602 | Dr. Stanley Hopkins | 813-221-1010 | 813-223-7961 |
| Terry K. Sherman, Esquire<br>52 West Whittier Street<br>Columbus, OH 43206 | Dr. Robert Berkman | 614-444-8800 | 614-445-9487 |
| John E. Keefe, Jr., Esquire<br>LYNCH, MARTIN, KANE, KUPER,<br>KEEFE & BARTELS, LLC<br>830 Broad Street<br>Shrewsbury, NJ 07702 | | 732-224-9400 | 732-224-9494 |

Pages: 3 (including cover).
Comments: Original ☐ will ☒ will not follow.

If you do not receive all the pages, please call:
Kathy (215-772-1398), Judy (215-772-2479), Deb (215-772-2483) or Jennifer (215-772-2482).

### ☞ ATTENTION ☜

CHECK TO MAKE CERTAIN THAT YOU ARE THE INTENDED RECIPIENT OF THIS DOCUMENT.
*The information contained in this transmission is intended for the sole use of the individual or entity to whom it is addressed, and may contain information that is attorney-client privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that this is not a waiver of any privilege, that you are not authorized to review or reveal the following pages, and that dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by collect call and return this original transmission to us by mail at the above address. Thank you.*

BERK 0000005
CONFIDENTIAL

SEP-21-2005 WED 12:56 PM CLOPPERT LAW          FAX NO. 614 621 6963          P. 08

JUL. 8, 2003  4:58PM   KLINE-SPECTER-P.C.                      NO. 326   P. 2

**KLINE & SPECTER**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102

DONALD E. HAVILAND, JR.

Direct Fax: 215-734-0057

215-772-1000
FAX: 215-772-1359

Donald.Haviland@klinespecter.com

July 8, 2003

**VIA FACSIMILE**

Michael Mustokoff, Esquire
Duane Morris LLP
One Liberty Place, Suite 4200
Philadelphia, Pennsylvania 19103-7396

  Re: *International Union of Operating Engineers, Local No 68 Welfare Fund
    v. AstraZeneca Pharmaceuticals, L.P., et al.;* C.A. No. C-193-03

Dear Mike:

  Per our telephone conversation this afternoon, and our discussion about the need for you and counsel for the other doctor-defendants to determine whether or not to consent to federal court jurisdiction in this case, the following is language we would propose to be put in a letter to the federal court and plaintiff's counsel indicating your lack of consent to federal jurisdiction:

> "This should serve to confirm that my client, Dr. _____,
> does not consent to the jurisdiction of the federal court in this case
> pursuant to 28 U.S.C. §1446. Instead, my client desires to have this
> case proceed in New Jersey state court, Monmouth County as
> originally filed."

The same letter should be faxed to the following, with a carbon-copy to plaintiff's counsel:

    William T. Walsh, Clerk
    United States District Court
    District of New Jersey
    Martin Luther King Federal Bldg
    and United States Courthouse
    50 Walnut Street
    Newark, NJ 07102
    (973) 645-6659 Facsimile

  In addition, in order to short-change the process for resolving the plaintiff's motion for a temporary restraining order against Dr. Antoun, if you are inclined to do so, I would suggest you add additional language to the effect that Dr. Antoun either consents to or does not oppose the entry of

BERK 0000006
CONFIDENTIAL

Kline & Specter
A PROFESSIONAL CORPORATION

Michael Mustokoff, Esquire
DUANE MORRIS LLP
July 8, 2003
Page 2

---

a temporary restraining order against him. If you would like to add additional language to the effect that Dr. Antoun consents to the same because he has been complying with the law since the time of his criminal prosecution, or other favorable language, I would have no objection to the additional language for the benefit of your client.

As we discussed, we need a letter indicating your intention with respect to the federal removal by tomorrow morning in order to have it available at the conference with the federal court on our emergency Motion for Remand. We would ask the same expedited consideration from both Jack Fernandez and Terry Shennan on behalf of their respective clients.

Please feel free to give me a call if you have any questions concerning the foregoing. Otherwise, I look forward to hearing from you on these issues.

Yours sincerely,

DONALD E. HAVILAND, JR.

DEH/jn
cc: Jack Fernandez, Esquire (via facsimile)
    Terry Shennan, Esquire (via facsimile)
    John R. Keefe, Jr., Esquire (via facsimile)

BERK 0000007
CONFIDENTIAL

# EXHIBIT 3

09/16/2005 14:15 FAX 212 450 5788      DTW 30-51                              ☒001
                    LAW OFFICE          #144459497    07/09/03  11:46am  P. 002

2628/2.31

# Terry K. Sherman
## Trial Attorney

52 West Whittier Street
Columbus, Ohio 43215-2508

Ofc (614) 444-8800
Fax (614) 445-6307
Emergency (614) 430-2542
W:http://www.terrykshermanlaw.com

July 9, 2003

William Holland, Deputy Clerk
Office of the Clerk
United States District Court
Clarkson S. Fisher U. S. Court House &
    Federal Bldg.
402 East State Street
Trenton, NJ 08608

RE:   International Union of Operating Engineers, Local No. 68
      Welfare Fund v. AstraZeneca Pharmaceuticals, L.P., et al.

Dear Mr. Holland:

  The undersigned represents Dr. Robert Berkman, of Columbus, Ohio, in the above-referenced matter which was removed to federal court on Thursday, July 3, 2003. This letter serves as notice that my client, Dr. Robert Berkman, does not consent to the jurisdiction of the federal court in this case pursuant to 28 U.S.C. §1446. Instead, Dr. Berkman desires to have this case proceed in New Jersey State Court, Monmouth County, as originally filed.

  Should you have any questions or are in need of any additional information, please do not hesitate to advise.

Very truly yours,

*[signature]*

Terry K. Sherman

TKS:kms

cc:   David J. Cooner, Esq.
      Donald E. Haviland, Jr., Esq.
      Dr. Robert Berkman

7/9/03

BERK 0000004
CONFIDENTIAL