# Supreme Court of Florida
## Certificate of Good Standing

*I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### BERNABE ANTONIO ICAZA

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **September 17, 2003**, *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this September 16, 2005.*

Deputy Clerk

Clerk of the Supreme Court of Florida.



William M. McCool, Clerk of Court
111 North Adams St.
Tallahassee, Florida 32301
(850) 521-3501

# CERTIFICATE OF GOOD STANDING

I, WILLIAM M. McCOOL, Clerk of the United States District Court for the Northern District of Florida, DO HEREBY CERTIFY THAT

**BERNABE ANTONIO ICAZA, Florida Bar Number 0647871**, was duly admitted to practice in said Court on **August 22, 2005**, and is in good standing as a member of the bar of said Court.

**WILLIAM M. McCOOL, CLERK OF COURT**

September 26, 2005
DATE:

s/ *Valerie J. Rhaburn*
Deputy Clerk: Valerie Rhaburn

---

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Cou*

Pensacola Division (850) 435-8440 • Gainesville Division (352) 380-2400 • Panama City Division (850) 769-4 56