# Supreme Court of Florida
## Certificate of Good Standing

*I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, d( hereby certify that*

**MARY SIEGER MILLER**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **November 30, 1988**, *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this September 16, 2005.*

By: [signature]
Chief Deputy Clerk

_____
Clerk of the Supreme Court of Florida.



William M. McCool, Clerk of Court
111 North Adams St.
Tallahassee, Florida 32301
(850) 521-3501

# CERTIFICATE OF GOOD STANDING

I, WILLIAM M. McCOOL, Clerk of the United States District Court for the Northern District of Florida, DO HEREBY CERTIFY THAT

**MARY SIEGER MILLER, Florida Bar Number 0780420**, was duly admitted to practice in said Court on **September 19, 2003**, and is in good standing as a member of the bar of said Court.

WILLIAM M. McCOOL , CLERK OF COURT

September 26, 2005
DATE:

s/ *Valerie J. Rhaburn*
Deputy Clerk: Valerie Rhaburn

The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.

Pensacola Division (850) 435-8440 • Gainesville Division (352) 380-2400 • Panama City Division (850) 769-4556