**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

**MOTION FOR ADMISSION *PRO HAC VICE* OF**
**CHARLES GRAYBOW AND KATHRYN PARENTE**

Pursuant to Local Rule 83.5.3(b), Benjamin M. Stern, an associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, a member of the bar of this Court, and an attorney of record for Novartis Pharmaceuticals Corporation ("Novartis"), hereby moves for the admission *pro hac vice* of Charles Graybow and Kathryn Parente as counsel for Novartis in this action.

In support of this motion, Mr. Graybow and Ms. Parente have both certified that: (1) they are a member of the bar in good standing in every jurisdiction where they have been admitted to practice; (2) there are no disciplinary proceedings pending against them as a member of the bar in any jurisdiction; and (3) they are familiar with the Local Rules of the United States District Court for the District of Massachusetts. Mr. Graybow's certification is attached hereto as Exhibit A and Ms. Parente's certification is attached as Exhibit B.

- 2 -

          Respectfully submitted,

          /s/ Benjamin M. Stern_____
          Karen F. Green (BBO #209050)
          Benjamin M. Stern (BBO #646778)
          Wilmer Cutler Pickering Hale and Dorr LLP
          60 State Street
          Boston, MA 02109
          (617) 526-6000

Dated:  October 17, 2005

**CERTIFICATE OF SERVICE**

    I, Benjamin M. Stern, certify that, on this October 17, 2005, a copy of the foregoing document has been served on counsel of record by electronic means pursuant to the Court's Case Management Order dated July 23, 2002.

                                             /s/ Benjamin M. Stern
                                             Benjamin M. Stern