# Appendix B to the Third Amended Master Consolidated Complaint

**AMENDED LIST OF**
**PURCHASES MADE BY PLAINTIFFS**
**OF DRUGS MANUFACTURED/DISTRIBUTED BY ABBOTT**

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| ABBOTT | A-Methapred | methylprednisolone sodium succinate | | X | | | | | |
| | Aminosyn | amino acid | | | | | | | |
| | Biaxin* | clarithromycin | X | X | X | X | X | X | |
| | Calcijex | calcitrol | | | | | | | |
| | Depakote* | divalproex sodium | X | X | X | X | X | X | |
| | Ery-tab | erythromycin, enteric-coated | X | X | X | X | X | X | |
| | Erythromycin | erythromycin base | X | X | X | | X | X | |
| | Liposyn II | fat emulsion | | | | | | | |
| | Prevacid | lansoprazole | | X | | X | | | |
| | | acetylcysteine | | | | | | | |
| | | acyclovir sodium | | | | | | | |
| | | amikacin sulfate | | | | | | | |
| | | cimetidine hydrochloride | | | | | | | |
| | | clindamycin phosphate | | | | | | | |
| | | destrose sodium chloride | | | | | | | |
| | | dextrose | | | | | | | |
| | | diazepam | | | X | | | | |

X Denotes purchase of the particular drug by Plaintiff

* Denotes drug covered by Together Rx Program.

1534.16 0079 BSC.DOC

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| | | fentanyl citrate | | | | | | | |
| | | furosemide | | | | | | | |
| | | gentamicin sulfate | X | | | | | | |
| | | heparin sodium or heparin lock flush | X | | | X | | | |
| | | leucovorin calcium | | | | | | | |
| | | lorazepam | X | | | | | | |
| | | sodium chloride | | | X | | | X | |
| | | tobramycin sulfate | X | | | | | | |
| | | vancomycin hydrochloride | | | | | | | |

X Denotes purchase of the particular drug by Plaintiff

* Denotes drug covered by Together Rx Program.

1534.16 0079 BSC.DOC

3

**PURCHASES MADE BY PLAINTIFFS
OF DRUGS MANUFACTURED/DISTRIBUTED BY AMGEN**

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| AMGEN | Aranesp | darbepoetin alfa albumi | X | | | | | | |
| | Enbrel | etanercept | X | | X | | | | |
| | Epogen | epoetin alfa | X | | X | | | | |
| | Kineret | anakinra | X | | X | | | | |
| | Neulasta | pegfilgrastim | X | | | | | | |
| | Neupogen | filgrastim | X | X | X | X | | | |

X Denotes purchase of the particular drug by Plaintiff
* Denotes drug covered by Together Rx Program.
1534.16 0079 BSC.DOC

4

## PURCHASES MADE BY PLAINTIFFS
## OF DRUGS MANUFACTURED/DISTRIBUTED BY ASTRAZENECA

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| ASTRAZENECA | Accolate* | zafirlukast | X | X | X | X | | X | |
| | Armidex* | anastrozole | | | | | X | | |
| | Atacand* | candesartan cilexetil | X | X | X | X | X | X | |
| | Atacand HCT* | candesartan cilexetil-hydrocholorothiazide | X | | X | X | X | X | |
| | Casodex* | bicalutamide | X | X | X | X | X | X | |
| | Diprivan | propofol | | | | | | | |
| | Entocort* | budesonide | X | X | X | | | X | |
| | Nexium* | esomeprazole magnesium | X | X | X | X | X | X | X |
| | Nolvadex* | tamoxifen citrate | X | | X | | | X | |
| | Prilosec* | omeprazole | X | X | X | X | X | X | X |
| | Pulmicort* | budesonide (inh) | X | X | X | | X | X | |
| | Rhinocort* | budesonide (nasal) | X | X | X | X | X | X | |
| | Seroquel* | quetiapine fumarate | X | X | X | X | X | X | |
| | Toprol* | metoprolol succinate | X | X | X | X | X | X | |
| | Zestril | lisinopril | X | X | X | X | X | X | |
| | Zoladex | goserelin acetate | | | X | | | | |
| | Zomig* | zolmitriptan | X | X | X | X | X | X | |

X Denotes purchase of the particular drug by Plaintiff

* Denotes drug covered by Together Rx Program.

1534.16 0079 BSC.DOC

**PURCHASES MADE BY PLAINTIFFS
OF DRUGS MANUFACTURED/DISTRIBUTED BY THE AVENTIS GROUP**

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| AVENTIS GROUP (Aventis, Pharma, Hoechst & Behring) | Allegra * | fexofenadine | X | X | X | X | X | X | |
| | Allegra-D* | fexofenadine pseudoephedrine | X | X | X | X | X | X | |
| | Amaryl | glimepiride | X | X | X | X | X | X | |
| | Anzemet* | dolasetron mesylate | X | | X | X | | X | |
| | Arava* | leflunomide | X | | X | X | | X | |
| | Azmacort* | triamcinolone aceonide (inh) | X | X | X | X | X | X | |
| | Calcimar | calcitonin salmon | | | | X | | | |
| | Carafate* | sucralfate | X | X | X | | | X | |
| | Cardizem | diltiazem | | X | | | X | X | |
| | Gammar-PI.V | immune globulin | | | | | | | |
| | Intal | cromolyn sodium | | X | | X | | X | |
| | Nasacort* | triamcinolone acetonide (nasal) | X | X | X | X | X | X | |
| | Taxotere | docetaxel | | | | | | | |
| | Trental* | pentoxifylline | X | X | X | | | X | |

X Denotes purchase of the particular drug by Plaintiff

* Denotes drug covered by Together Rx Program.

1534.16 0079 BSC.DOC

**PURCHASES MADE BY PLAINTIFFS**
**OF DRUGS MANUFACTURED/DISTRIBUTED BY BAXTER**

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| BAXTER | Aggrastat | | | | | | | | |
| | Ativan | lorazepam | X | X | X | X | | X | |
| | Bebulin VH | factor ix (systemic) | | | | | | | |
| | Brevibloc | esmolol hcl | | | | | | | |
| | Buminate | albumin (human) | | | | | | | |
| | Claforan | cephalosporin (Systemic) | | | | | | | |
| | Gammagard S/D | immune globulin solution | | | | | | | |
| | Gentran | | | | | | | | |
| | Holoxan/ifex | | | | | | | | |
| | Iveegam EN | Immune globulin iv | | | | | | | |
| | Osmitrol | | | | | | | | |
| | Recombinate | factor viii | | | | | | | |
| | Travenol | | | | | | | | |
| | Vancocin HCl | Vancomycin hydrochloride | | | | X | | X | |
| | | cisplatin | | | | | | | |
| | | dextrose | | | | | | | |
| | | dextrose sodium chloride | | | | | | | |

X Denotes purchase of the particular drug by Plaintiff

* Denotes drug covered by Together Rx Program.

1534.16 0079 BSC.DOC

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Plttf. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| | | doxorubicin hcl | | | | | | | |
| | | gentamicin | | | | | | | |
| | | heparin | | | | | | | |
| | | sodium chloride | X | X | X | | | X | |

X Denotes purchase of the particular drug by Plaintiff

* Denotes drug covered by Together Rx Program.

## PURCHASES MADE BY PLAINTIFFS
## OF DRUGS MANUFACTURED/DISTRIBUTED BY BAYER

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| BAYER | Cipro | ciprofloxacin or ciprofloxacin hcl | X | X | X | X | X | X | |
| | Cipro XR | ciprofloxacin hcl-ciprofloxacin betaine | | | | | X | X | |
| | DTIC-Dome | dacarbazine | | | | | | | |
| | Gamimune N | immune globulin (human) iv | | | | | | | |
| | Koate-HP | antihemophilic factor (human) | | | | | | | |
| | Kogenate | antihemophilic factor (recombinant) | | | | | | | |
| | Mithracin | plicamycin | | | | | | | |

X Denotes purchase of the particular drug by Plaintiff

* Denotes drug covered by Together Rx Program.

1534.16 0079 BSC.DOC

**PURCHASES MADE BY PLAINTIFFS**
**OF DRUGS MANUFACTURED/DISTRIBUTED BY THE BOEHRINGER GROUP**

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| BOEHRINGER GROUP (Boehringer, Ben Venue, Bedford) | Viramune | nevirapine | X | | X | X | | X | |
| | | acycolvir sodium | | | | | | | |
| | | amikacin sulfate | | | | | | | |
| | | cytaribine | | | | | | | |
| | | doxorubicin hydrochloride | | | | | | | |
| | | etoposide | | | | | | | |
| | | leucovorin calcium | | | | | | | |
| | | methyltraxate sodium | | | | | | | |
| | | mitomycin | | | | | | | |
| | | vinblastine | | | | | | | |
| | | vinblastine sulfate | | | | | | | |
| | Atrovent | | | | | | | | X |

X Denotes purchase of the particular drug by Plaintiff

\* Denotes drug covered by Together Rx Program.

1534.16 0079 BSC.DOC

**PURCHASES MADE BY PLAINTIFFS**
**OF DRUGS MANUFACTURED/DISTRIBUTED BY BRAUN**

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| BRAUN | | dextrose | | | | | | | |
| | | dextrose in lactated ringers | | | | | | | |
| | | dextrose w/ sodium chloride | | | | | | | |
| | | heparin sodium (porcine) in d5w | | | | | | | |
| | | sodium chloride | | | | | | X | |
| | | sodium chloride (gu irrigant) | X | X | X | | | | |
| | | | | | | | | | |

X Denotes purchase of the particular drug by Plaintiff

* Denotes drug covered by Together Rx Program.

1534.16 0079 BSC.DOC

## PURCHASES MADE BY PLAINTIFFS
## OF DRUGS MANUFACTURED/DISTRIBUTED BY THE BMS GROUP

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| BMS GROUP | Avapro | irbesartan | X | X | X | . | X | X | |
| | Blenoxane | bleomycin sulfate | X | | | | | | |
| | Buspar* | buspirone hcl | X | X | X | X | X | X | |
| | Carboplatin | paraplatin | | | X | | | | |
| | Cefzil* | cefprozil | X | X | X | X | X | X | |
| | Coumadin* | warfarin sodium | X | X | X | X | | X | |
| | Cytoxan | cyclopho-sphamide | X | | X | | | | |
| | Etopophos | etoposide phosphate | | | | | | | |
| | Glucophage* | meformin hcl | X | X | X | X | X | X | |
| | Monopril* | fosinopril sodium | X | X | X | X | X | X | |
| | Monopril HCT | fosinopril sodium & hydrochloro-thiazide | X | | X | | X | | |
| | Plavix | clopidogrel bisulfate | X | X | X | X | X | X | X |
| | Rubex | doxorubicin hcl | | | | | | | |
| | Serzone* | nefazodone hcl | X | X | X | X | X | X | |
| | Taxol | paclitaxel | | | X | | | | |
| | Tequin* | gatifloxacin | X | X | X | | X | X | X |
| | Vepesid | etoposide | X | | X | | | | |
| | Videx EC | didanosine | X | | X | | X | X | |

X Denotes purchase of the particular drug by Plaintiff

* Denotes drug covered by Together Rx Program.

1534.16 0079 BSC.DOC

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| | | amikacin sulfate | | | | | | | |
| | | amphotercin b | | | | | | | |

## PURCHASES MADE BY PLAINTIFFS
## OF DRUGS MANUFACTURED/DISTRIBUTED BY DEY

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| DEY | | acetylcysteine | X | | X | | | X | |
| | | albuterol or albuterol sulfate | X | X | X | | X | X | |
| | | cromolyn sodium | X | | X | | | | |
| | | ipratropium bromide | X | X | X | | | X | |
| | | metaproterenol sulfate | | | | | | | |

X Denotes purchase of the particular drug by Plaintiff

\* Denotes drug covered by Together Rx Program.

1534.16 0079 BSC.DOC

**PURCHASES MADE BY PLAINTIFFS**
**OF DRUGS MANUFACTURED/DISTRIBUTED BY THE FUJISAWA GROUP**

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| FUJISAWA GROUP (Fujisawa, Pharmaceutical, Fujisawa Healthcare | Aristocort | triamcinolone, triamcinolone diacetate or triamcinolone acetonide | | | | X | | X | |
| & Fujisawa USA) | Aristospan | triamcinolone hexacetonide | | | | | | | |
| | Cefizox | ceftizoxime sodium or ceftizoxime in d5w | | | | | | | |
| | Cyclocort | amcinonide | X | X | X | X | X | X | |
| | Lyphocin | vancomycin hydrochloride | | | | | | | |
| | Nebupent | pentamidine isothionate | | | | | | | |
| | Pentam 3000 | pentamidine isothionate | | | | | | | |
| | Prograf | tacrolimus | X | | X | X | | X | |
| | | vinblastine sulfate | | | | | | | |
| | | acyclovir sodium | | | | | | | |
| | | dexamethasone sodium phosphate | | | | | | | |
| | | doxorubicin hydrochloride | | | | | | | |
| | | fluorouracil | | | | | | | |
| | | gentamicin sulfate | X | | | | | | |

X Denotes purchase of the particular drug by Plaintiff

\* Denotes drug covered by Together Rx Program.

1534.16 0079 BSC.DOC

**PURCHASES MADE BY PLAINTIFFS**
**OF DRUGS MANUFACTURED/DISTRIBUTED BY THE GSK GROUP**

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| GSK GROUP (GlaxoSmithKline, | Advair Diskus | salmeterol-fluticasone | X | X | X | X | X | X | |
| SmithKline, Beecham, Glaxo | Agenerase* | amprenavir | X | | | | | X | |
| Welcome) | Alkeran* | melphalan | X | X | X | | | X | |
| | Amerge* | naratriptan succinate | X | X | X | X | X | X | |
| | Beconase AQ* | beclomethasone dipropionate monohydrate | X | X | X | X | X | X | |
| | Ceftin* | cefuroxime axetil | X | X | X | X | X | X | |
| | Combivir* | lamivudine-zidovudine | X | | X | X | X | X | |
| | Daraprim* | pyrimethamine | X | | | | | | |
| | Epivir* | lamivudine | X | | X | | | X | |
| | Flonase* | fluticasone propionate (nasal) | X | X | X | | X | X | |
| | Flovent* | fluticasone propionate (inh) | X | X | X | X | X | X | |
| | Imitrex* | sumatriptan or sumatriptan succinate | X | X | X | X | X | X | |

X Denotes purchase of the particular drug by Plaintiff
\* Denotes drug covered by Together Rx Program.

1534.16 0079 BSC.DOC

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| | Kytril | granisetron hcl | X | | X | | X | X | |
| | Lamictal* | lamotrigine | X | X | X | X | | X | |
| | Lanoxin* | digoxin | X | X | X | X | X | X | |
| | Leukeran* | chlorambucil | X | | X | | | | |
| | Mepron* | atovaquone | X | | X | | | X | |
| | Myleran* | busulfan | | | | | | | |
| | Navelbine | vinorelbine tartrate | | | X | | | | |
| | Paxil* | paroxetine hcl | X | X | X | X | X | X | |
| | Purinethol* | mercaptopurine | X | X | X | | | X | |
| | Relenza* | zanamivir | X | X | X | | | X | |
| | Retrovir* | zidovudine | X | | X | | | X | |
| | Serevent* | salmeterol xinofoate | X | X | X | X | X | X | |
| | Trizivir* | abacavir sulfate-lamivudine-zidovudine | X | | X | | X | X | |

X Denotes purchase of the particular drug by Plaintiff
* Denotes drug covered by Together Rx Program.

1534.16 0079 BSC.DOC

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| | Valtrex* | valacyclovir hcl | X | X | X | X | X | X | |
| | Ventolin HFA* | albuterol sulfate | X | X | X | X | | X | |
| | Wellbutrin* | bupropion hcl | X | X | X | X | X | X | |
| | Zantac | rantidine hydrochloride | X | X | X | X | X | X | |
| | Ziagen | abacavir sulfate | X | | X | | | X | |
| | Zofran* | ondansetron hcl | X | X | X | X | | X | |
| | Zofran ODT | ondansetron | X | | X | | | X | |
| | Zovirax* | acyclovir | X | X | X | X | X | X | |
| | Zyban* | buproprion hcl | | | X | | X | X | |
| | | thioguanine | | | | | | X | |

X Denotes purchase of the particular drug by Plaintiff
* Denotes drug covered by Together Rx Program.
1534.16 0079 BSC.DOC

18

**PURCHASES MADE BY PLAINTIFFS**
**OF DRUGS MANUFACTURED/DISTRIBUTED BY HOFFMAN-LA ROCHE**

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| HOFFMAN-LA ROCHE | Cellcept | mycophenolate mofetil | X | X | X | | X | X | |
| | Cellcept IV | mycophenalate mofetil hcl | | | | | | | |
| | Kytril | granisetron hcl | X | | X | | | X | |

X Denotes purchase of the particular drug by Plaintiff

\* Denotes drug covered by Together Rx Program.

1534.16 0079 BSC.DOC

**PURCHASES MADE BY PLAINTIFFS**
**OF DRUGS MANUFACTURED/DISTRIBUTED BY IMMUNEX**

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| IMMUNEX | Leukine | sagramostin | | | | | | | |
| | Novantrone | mitoxane hydrochloride | | | X | | | | |
| | Thioplex | lyophilized thiotepa | X | | | | | | |
| | | leucovorin calcium | | | X | | | | |
| | | methotrexate sodium | X | | X | | | | |

X Denotes purchase of the particular drug by Plaintiff

\* Denotes drug covered by Together Rx Program.

1534.16 0079 BSC.DOC

20

## PURCHASES MADE BY PLAINTIFFS
## OF DRUGS MANUFACTURED/DISTRIBUTED BY THE JOHNSON & JOHNSON GROUP

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| JOHNSON & JOHNSON GROUP (J&J, Ortho and Centocor) | Aciphex* | rabeprazole sodium | X | X | X | X | X | | |
| | Bicitra* | sodium citrate & citric acid | X | | | | | X | |
| | Duragesic* | fentanyl | X | X | X | X | X | X | |
| | Elmiron* | pentosan polysulfate sodium | X | X | X | | | X | |
| | Erycette* | erythromycin | X | | X | | | | |
| | Flexeril* | cyclobenzaprine | X | | X | X | | X | |
| | Floxin* | ofloxacin | X | X | X | X | X | X | |
| | Grifulvin* | griseofulvin microsize | X | | X | X | X | X | |
| | Haldol* | haloperidol lactate | X | | X | | | | |
| | Haldol Decanoate* | haloperidol decanoate | X | | | | | | |
| | Levaquin* | levofloxacin | X | X | X | X | X | X | |

X Denotes purchase of the particular drug by Plaintiff

* Denotes drug covered by Together Rx Program.

1534.16 0079 BSC.DOC

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| | Monistat* | miconazole nitrate | X | X | X | X | | | |
| | Mycelex* | clotrimazole | X | X | X | X | | X | |
| | Pancrease* | amylase-lipase-protease | X | | X | X | | X | |
| | Parafon Fort* | chlorzoxazone | X | | X | X | | X | |
| | Polycitra* | potassium & sodium citrates w/ citric acid | X | | X | | | X | |
| | Procrit | epoetin alfa | X | | X | | | | |
| | Regranex* | becaplermin | X | | X | X | | X | |
| | Remicade | | X | | X | | | | |
| | Reminyl* | galantamine hydrobromide | X | | X | | | X | |
| | Renova* | tretinoin | X | X | X | | | X | |
| | Retin-A* | tretinoin | X | X | X | X | | X | X |
| | Retin-A Micro* | tretinoin microsphere | X | X | X | X | X | X | |
| | Risperdal* | risperidone | X | X | X | X | X | X | |

X Denotes purchase of the particular drug by Plaintiff

* Denotes drug covered by Together Rx Program.

1534.16 0079 BSC.DOC

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| | Spectazole* | econazole nitrate | X | X | X | X | X | X | |
| | Sporanox* | itraconazole | X | X | X | X | | X | |
| | Terazol* | terconazole vaginal | X | X | X | X | X | X | |
| | Testoderm* | testosterone | X | X | X | X | | X | |
| | Tolectin* | tolmetin sodium | X | | X | X | | | |
| | Topamax* | topiramate | X | X | X | X | X | X | |
| | Tylox* | acetaminophen w/ codeine | X | X | X | X | | X | |
| | Tylenol with codeine | | | | X | X | | X | |
| | Ultracet* | tramadol-acetaminophen | X | X | X | | X | X | |
| | Ultram* | tramadol hcl | X | X | X | X | X | X | |
| | Urispas | flavoxate hydrochloride | X | | | | | | |
| | Vascor* | bepridil hcl | X | | | | | X | |

X Denotes purchase of the particular drug by Plaintiff

* Denotes drug covered by Together Rx Program.

1534.16 0079 BSC.DOC

## PURCHASES MADE BY PLAINTIFFS
### OF DRUGS MANUFACTURED/DISTRIBUTED BY NOVARTIS

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| NOVARTIS | Clozaril* | clozapine | X | X | X | | | X | |
| | Combipatch* | estradiol & norethindrone acetate | X | X | X | X | X | X | |
| | Comtan* | entacapone | X | | | X | | X | |
| | Estraderm* | estradiol | X | X | X | X | | X | |
| | Exelon* | rivastigmine tartrate | X | | X | | | X | |
| | Femara* | letrozole | X | | X | | | X | |
| | Lamisil* | terbinafine hcl | X | X | X | X | X | X | |
| | Lamprene* | clofazimine | | | | | | | |
| | Lescol* | fluvastatin sodium | X | X | X | X | X | X | |
| | Lotensin* | benazepril hcl | X | X | X | X | X | X | |
| | Lotensin HCT* | benazepril & hctz | X | | X | X | | X | |
| | Lotrel* | amlodipine besylate-benazepril hcl | X | X | X | X | X | X | |

X Denotes purchase of the particular drug by Plaintiff

* Denotes drug covered by Together Rx Program.

1534.16 0079 BSC.DOC

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| | Miacalcin* | calcitonin (salmon) | X | | X | X | X | X | |
| | Parlodel* | bromocriptine mesylate | X | X | X | | X | X | |
| | Ritalin* | methylphenidate hcl | X | | X | X | | X | |
| | Starlix* | nateglinide | X | X | X | | X | X | X |
| | Tegretol* | carbamazepine | X | X | X | X | X | X | |
| | Trileptal | oxcarbazepine | X | X | X | | X | X | |
| | Vivelle | estradiol | X | | X | | X | X | |
| | Vivelle-DOT | estradiol | X | | X | X | X | X | |

X Denotes purchase of the particular drug by Plaintiff

* Denotes drug covered by Together Rx Program.

1534.16 0079 BSC.DOC

**PURCHASES MADE BY PLAINTIFFS
OF DRUGS MANUFACTURED/DISTRIBUTED BY PFIZER**

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| PFIZER | Accupril | quinapril hcl | X | X | X | X | | X | |
| | Cardura | doxazosin mesylate | X | X | X | X | X | X | |
| | Estrostep FE | norethindrone-ethinyl estradiol-fe | | X | X | X | | X | |
| | Femhrt 1/5 | ethinyl estradiol-norethindrone acetate | X | X | X | X | X | X | |
| | Lipitor | atorvastatin calcium | X | X | X | X | X | X | X |
| | Nardil | phenelzine sulfate | X | | X | | | X | |
| | Neurontin | gabapentin | X | X | X | X | X | X | |
| | Zithromax | azithromycin | X | X | X | X | X | X | |
| | Zoloft | sertraline hcl | X | X | X | X | X | X | X |
| | Zyrtec | cetirizine hcl | X | X | X | X | X | X | |

X Denotes purchase of the particular drug by Plaintiff

\* Denotes drug covered by Together Rx Program.

1534.16 0079 BSC.DOC

**PURCHASES MADE BY PLAINTIFFS**
**OF DRUGS MANUFACTURED/DISTRIBUTED BY THE PHARMACIA GROUP**

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| PHARMACIA GROUP | Adriamycin | doxorubicin hydrochloride | | | | | | | |
| (Pharmacia and Pharmacia &Upjohn) | Adrucil | fluorouracil | | | | | | | |
| | Amphocin | amphotericin b | | | | | | | |
| | Cleocin-T | clindamycin phosphate (topical) | X | X | X | X | X | X | |
| | Celebrex | celecoxib | X | X | X | X | X | X | |
| | Cytosar-U | cytarabine | | | | | | | |
| | Depo-Testosterone | testosterone cypionate | X | X | X | X | | | |
| | Neosar | cyclophospamide | | | | | | | . |
| | Solu-Cortef | hydrocortisone sodium succinate | X | | X | | . | | |
| | Solu-Medrol | methylprednisolone sodium succinate | X | | X | | | | |
| | Toposar | etoposide | | | | | | | |
| | Vincasar | vincristine sulfate | | | | | | | |
| | | bleomycin sulfate | | | | | | | |

X Denotes purchase of the particular drug by Plaintiff

\* Denotes drug covered by Together Rx Program.

1534.16 0079 BSC.DOC

## PURCHASES MADE BY PLAINTIFFS
## OF DRUGS MANUFACTURED/DISTRIBUTED BY THE SCHERING-PLOUGH GROUP

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| SCHERING-PLOUGH GROUP | Clarinex | desloratadine | X | X | X | | X | X | X |
| (Schering-Plough and Warrick) | Claritin | loratadine | X | X | X | X | X | X | |
| | Claritin-D | loratadine & pseudoephedrine | X | X | X | X | X | X | |
| | Diprolene | aug betamethasone dipropionate | X | X | X | X | X | X | |
| | Diprosone | betamethasone dipropionate | X | | X | | | X | |
| | Elocon | mometasone furoate | X | X | X | X | X | X | |
| | Eulexin | flutamide | X | | X | | | | |
| | Integrilin | eptifibatide | | | | | | | |
| | Intron-A | interferon alfa-2b | X | | | X | | | |
| | K-Dur | | | | | | | | X |
| | Lotrisone | clotrimazole w/ betamethasone | X | X | X | X | X | X | |
| | Nasonex | mometasone furoate (nasal) | X | X | X | X | X | X | |
| | Peg-Intron | peginterferon alfa-2b | X | | X | | X | | |
| | Proventil | albuterol | X | X | X | X | X | X | |
| | Rebetol | ribavirin | X | | X | | X | X | |
| | Sebizon | sulfacetamide sodium | X | | X | | | | |

X Denotes purchase of the particular drug by Plaintiff

* Denotes drug covered by Together Rx Program.

1534.16 0079 BSC.DOC

28

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| | Temodar | temozolomide | X | | X | | | X | |
| | Trinalin Rep | azatadine & pseudoephedrine | X | | X | | | X | |
| | Vanceril | beclomethosone (nasal) | X | X | X | X | X | X | |
| | | clotrimazole | | X | | | | | |
| | | griseofulvin ultramicro crystalline | | | | | | | |
| | | oxaprozin | | | | | | | |
| | | perphenazine | | X | | | | | |
| | | theophylline | | X | | | | | |
| | | albuterol | X | X | X | X | X | X | |
| | | sodium chloride | | | | X | | X | |
| | | ismn | | | | | | | |
| | | potassium chloride | | | | X | X | X | |
| | | sulcrafate | | | | | | | |

X Denotes purchase of the particular drug by Plaintiff

\* Denotes drug covered by Together Rx Program.

1534.16 0079 BSC.DOC

29

**PURCHASES MADE BY PLAINTIFFS**
**OF DRUGS MANUFACTURED/DISTRIBUTED BY THE SICOR GROUP**

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| SICOR GROUP (Sicor, Gensia and Gensia-Sicor) | | acyclovir sodium | | | | | | | |
| | | amikacin sulfate | | | | | | | |
| | | amphotericin b | | | | | | | |
| | | doxorubicin hydrochloride | | | | | | | |
| | | etoposide | | | | | | | |
| | | leucovorin calcium | X | | | | | | |
| | | pentamidine isethionate | | | | | | | |
| | | tobramycin sulfate | X | | | | | | |

X Denotes purchase of the particular drug by Plaintiff

\* Denotes drug covered by Together Rx Program.

1534.16 0079 BSC.DOC

**PURCHASES MADE BY PLAINTIFFS**
**OF DRUGS MANUFACTURED/DISTRIBUTED BY TAP**

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| TAP | Prevacid | lansoprazole | X | X | X | X | X | X | |

X Denotes purchase of the particular drug by Plaintiff

\* Denotes drug covered by Together Rx Program.

1534.16 0079 BSC.DOC

## PURCHASES MADE BY PLAINTIFFS
## OF DRUGS MANUFACTURED/DISTRIBUTED BY WATSON

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| WATSON | Ferrlecit | sodium ferric gluconate complex in sucrose injection | | | | | | | |
| | InfeD | iron dextran | X | | | | | | |
| | | dexamethasone acetate | X | | X | | | | |
| | | dexamethasone sodium phosphate | | | | X | | | |
| | | diazepam | X | X | X | X | | | |
| | | estradiol | X | | X | | X | X | |
| | | gentamicin sulfate | X | | X | X | | | |
| | | lorazepam | X | X | X | | X | X | |
| | | propanolol hcl | | | | | | | |
| | | ranitidine hcl | X | | | | | X | |
| | | vancomycin hcl | | | | | | | |
| | | fluphenazine hcl | X | | | | | | |
| | | gemfibrozil | X | | | | | | |
| | | imipramine hcl | | | | | | | |
| | | nadolol | X | | X | | | | |
| | | perphenazine | | | | | | | |

X Denotes purchase of the particular drug by Plaintiff

* Denotes drug covered by Together Rx Program.

1534.16 0079 BSC.DOC

| Manufacturer | Brand Name (if applicable) | Generic Name | UFCW | TCBW | THWF | CMHV | MAN | PFTHW | Indiv. Pltff. Purchaser |
|---|---|---|---|---|---|---|---|---|---|
|  |  | verapamil hcl | X |  |  |  |  | X |  |

X Denotes purchase of the particular drug by Plaintiff

\* Denotes drug covered by Together Rx Program.

1534.16 0079 BSC.DOC