UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *IN RE:* PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL Docket No. 1456 |
| | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Judge Patti B. Saris |
| | Chief Mag. Judge Marianne B. Bowler |

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Thomas J. Poulin, hereby certify that:

1. I was admitted to the bar of the District of Columbia in 2001, the United States District Court for the District of Columbia in 2001, the State of Maine in 1988 and the United States District Court for the State of Maine in 1988.

2. I am a member in good standing in every jurisdiction where I have been admitted to practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm address and telephone number is as follows:

   Thomas J. Poulin
   Robins, Kaplan, Miller & Ciresi L.L.P.
   1801 K Street N.W.
   Suite 1200
   Washington, DC 20006
   Tel. (202) 775-0725
   Fax (202) 223-8604

_____
Thomas J. Poulin

Dated: October 14, 2005