

**Kirkpatrick & Lockhart Nicholson Graham LLP**

75 State Street
Boston, MA 02109-1808
617 261 3100
Fax 617 261.3175
www.klng.com

September 26, 2005

Michael DeMarco

617.951.9111
Fax: 617.261.3175
mdemarco@klng.com

John A. Macoretta, Esq.
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Re:   In re Pharmaceutical Industry Average Wholesale Price Litigation, MDL 1456

Dear Mr. Macoretta:

As you know, Local Rule 26.1(C) provides: "Unless the judicial officer orders otherwise, the number of discovery events shall be limited for each side (or group of parties with a common interest) to ten (10) depositions, ..." Based upon the depositions already taken by plaintiffs and those now scheduled, plaintiffs have exhausted their ten depositions as to Aventis Pharmaceuticals Inc., to wit:

1.  April 20, 2005, Rule 30(b)(6) Deposition Notice Regarding Sales-Related Financial Data (plaintiffs deposed designees Barbara Goetz and Dave Iuliani on July 28, 2005);

2.  May 13, 2005, Rule 30(b)(6) Notice (plaintiffs deposed designee Claire Brunken on July 22, 2005; designee Herve Gisserot on August 12, 2005; designee Herve Hoppenot on August 29, 2005; and the deposition of designee Christophe Bianchi is scheduled for October 28, 2005);

3.  July 1, 2005, Notice of Deposition for John Cervione (deposed August 8, 2005);

4.  July 1, 2005, Notice of Deposition for Rebecca Hayes (deposed September 8, 2005);

5.  July 25, 2005, Notice of Deposition of David Pickhardt (originally scheduled for September 2, 2005 but continued at plaintiffs' request; tentatively scheduled for November 11, 2005);

6.  August 11, 2005, Subpoena requiring deposition testimony of John Leone on September 13, 2005 (continued at plaintiffs' request; now scheduled for November 23, 2005);

7.  August 11, 2005, Notice of Deposition of Ms. Pauline Chrenko (deposed September 14, 2005);

8.  August 19, 2005, Notice of Deposition to Ron Corpora (scheduled for October 12, 2005);



**Kirkpatrick & Lockhart Nicholson Graham LLP**

John A. Macoretta, Esq.
September 26, 2005
Page 2

9.  September 2, 2005, Notice of Deposition of James J. Rademaker (scheduled for September 30, 2005);

10. September 14, 2005, Notice of Deposition for Mike Leach (scheduled for October 20, 2005).

Aventis may produce additional corporate designees pursuant to the Rule 30(b)(6) notices previously served, as necessary. We felt, however, that it was appropriate to provide this courtesy letter to you at this time to avoid later confusion about our deposition discovery obligations.

Please do not hesitate to contact me if you have any questions or comments.

Very truly yours,

Michael DeMarco

MDM/skl