LAW OFFICES

# Spector, Roseman & Kodroff

EUGENE A. SPECTOR
ROBERT M. ROSEMAN ••
JEFFREY L. KODROFF
JEFFREY J. CORRIGAN ™
THEODORE M. LIEVERMAN •
ANDREW D. ABRAMOWITZ • • •
JOHN A. MACORETTA •
WILLIAM G. CALDES •
DAVID J. COHEN •
DAVID FELDERMAN •
SIMON BAHNE PARIS °°
DANIEL J. MIRARCHI
PATRICK HOWARD •
JENNIFER L. ENCK
RACHEL E. KOPP •

• MEMBER OF PA & NJ BAR
•• MEMBER OF PA & NY BAR
••• MEMBER OF MD BAR
°° MEMBER OF NY & NJ BAR
°°° MEMBER OF NJ & FL BAR

A PROFESSIONAL CORPORATION
1818 MARKET STREET, SUITE 2500
PHILADELPHIA, PA 19103
(215) 496-0300
FAX (215) 496-6611
E-MAIL: CLASSACTION@SRK-LAW.COM

*RECEIVED OCT 03 2005*

JAY S. COHEN
OF COUNSEL

Direct E-Mail:
jmacoretta@srk-law.com

September 30, 2005

Michael DeMarco
Kirkpatrick & Lockhart Nicholson Graham, LLP
75 State Street
Boston, MA 02109

> Re:  *In re Pharmaceutical Industry Average Wholesale Price Litigation, MDL 1456,*
> *State of Connecticut v. Aventis Pharmaceuticals*

Dear Mr. DeMarco:

This is in response to your letter of September 26, 2005 concerning plaintiffs' depositions against your client, Aventis. Initially, I suggest you review the transcript of the September 19, 2005 hearing before Magistrate Judge Bowler, in which she rejected the same ridiculous argument concerning deposition limits under the Local Rules as asserted by AstraZeneca.

I will not provide you with the full list of reasons why you are wrong in your assertion that the plaintiffs are not entitled to conduct any depositions beyond those that have already been noticed. I will however highlight the fact that several of the deponents produced by Aventis, specifically Mr. Cervione, have been completely unknowledgeable regarding the subject matter they were offered for. I would further reference the fact that discovery is ongoing in both the AWP and Connecticut Actions. Under Connecticut Rules, there is no limit on the number of depositions a party can take. Plaintiffs also highlight Aventis' ongoing failure to comply with CMO 10 concerning the timely production of Rule 30(b)(6) witnesses.

Essentially, plaintiffs believe your position is meritless. If you believe Local Rule 26.1(c) applies to this matter, we suggest that you file the appropriate Protective Order.

Michael DeMarco
September 30, 2005
Page 2


     If you have some specific concern or proposal regarding the scope or nature of discovery, we are willing to discuss such issues with you.

Sincerely,

John A. Macoretta

JAM/mac

cc:    James Miller
       Clare Kindall


G:\CLIENTS\AWP Omnibus\Aventis\Correspondence\DeMarco ltr 09-29-05.wpd