# Exhibit A



- » Company Information
  - Who We Are
  - Board of Directors
  - Executive Profiles
  - Office Locations
  - Our History
  - Related IMS Websites
  - Social Responsibility
- » **Press Room**
- » **Investor Center**
- » **Corporate Governance**
- » **Careers**
- » **Privacy Commitment**

**Related Information**

- IMS & FIP CPS Prize Announced
- IMS Global Insights
- "Intelligence. Applied." Read the IMS 2004 Annual Review.
- Glance at IMS Facts
- Learn About Our History
- Articles & Publications

» SEARCH    » CONTACT US

## IMS is the one global source for pharmaceutical market intelligence, providing critical information, analysis and services that drive decisions and shape strategies.

IMS is the one global source for pharmaceutical market intelligence, providing critical information, analysis and services that drive decisions and shape strategies.

Just about every major pharmaceutical and biotech company in the world is a customer of IMS. Our unique mix of experience and expertise makes us the right choice for help in optimizing portfolios ... ensuring successful launches ... managing brands ... and improving the effectiveness of sales teams. What makes IMS such a valuable resource?

- Our global reach, with a presence in over 100 countries.
- 50 years of industry experience.
- Unmatched data resources and the advanced analytics and consulting expertise to put it all in context.
- A strategic commitment to viewing every business need and issue from our customers' point of view.
- A continuum of capabilities – from data and applications to services and consulting – that enable us to create tailored offerings designed to match core activities common to all pharmaceutical companies.

We've forged long-term relationships with the industry's decision-makers, who view IMS as a valuable partner.

Home | Contact | Search | Site Map | Help/FAQ | Privacy
Copyright © 2005 IMS Health Incorporated. All rights reserved.

» IMS websites    Search

**ims** | INTELLIGENCE. APPLIED.

ABOUT US    SOLUTIONS    CONSULTING    PARTNERS    Investors    Media

### Company Information

» **Company Information**

- Who We Are
- Board of Directors
- Executive Profiles
- Office Locations
- Our History
- Related IMS Websites
- Social Responsibility

» **Press Room**
» **Investor Center**
» **Corporate Governance**
» **Careers**
» **Privacy Commitment**

**Related Information**

- "Intelligence. Applied." Read the IMS 2004 Annual Review.
- Glance at IMS Facts
- Learn About Our History
- Articles & Publications

» SEARCH    » CONTACT US

## Who We Are

IMS is the leading provider of business intelligence and strategic consulting services for the pharmaceutical and healthcare industries. We are a global company, with 6,400 employees and a presence in 100+ countries worldwide.

Our business begins with the data we gather on an unmatched scale. It's the raw material we collect from 29,000 data suppliers at 225,000 supplier sites worldwide. We monitor 75 percent of prescription drug sales in over 100 countries, and 90 percent of U.S. sales. We track 1 million+ products from more than 3,000 active drug manufacturers. We conduct medical audits in over 45 countries. We process 1 billion transactions a month. And the 60+ terabytes of information in our databases are accessible to customers around the clock.

But data is only the beginning of what we do. Our experts check it, refine it, and turn facts and figures into trends, perspectives and forecasts. We examine market share, sales volumes, pricing patterns, promotional effectiveness and more. Then we transform this data into customized offerings that provide customers with objective, independent perspectives, insights and advice.

We look at our customers' business in terms of their most critical issues – and put together custom solutions that tap our broad array of capabilities, helping them address issues and achieve objectives.

Home | Contact | Search | Site Map | Help/FAQ | Privacy
Copyright © 2005 IMS Health Incorporated. All rights reserved.