IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Civil Action: 01-CV-12257 (PBS) Judge Patti B. Saris |

### NOTICE OF APPEARANCE FOR DEFENDANT ORGANON PHARMACEUTICALS USA, INC. ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b) and this Court's Case Management Order No. 1, section V, paragraph 16, entered on June 14, 2002, David M. Covey, member of the law firm of Sedgwick, Detert, Moran and Arnold LLP located in New York, NY, hereby enters his appearance on behalf of Organon Pharmaceuticals USA, Inc. in the above caption matter.

David M. Covey is not a member of the bar of the United States District Court for the District of Massachusetts but seeks admission *pro hac vice* in accordance with the procedure set forth in this Court's Case Management Order No. 1. The accompanying certificate of counsel certifies that this attorney is a member in good standing of his respective bars and is familiar with the Local Rules of this Court.

A check in the amount of $50.00 will be forwarded for his admission *pro hac vice*.

NY/462578v1

WHEREFORE, the undersigned counsel respectfully moves for the admission of David M. Covey to practice before this Court *pro hac vice*.

Dated: October 17, 2005

                                                           Respectfully submitted,

                                                           SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                        By: _____
                                                David M. Covey
                                                SEDGWICK, DETERT, MORAN & ARNOLD LLP
                                                125 Broad Street, 39th Floor
                                                New York, New York  10004-2400
                                                Telephone No. (212) 422-0202
                                                Facsimile No. (212) 422-0925

                                                Attorney for Defendant
                                                ORGANON PHARMACEUTICALS USA, INC.

NY/462578v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served electronically via LexisNexis File & Serve on all enrolled 18th October 2005.

_Jennifer Aurora_

NY/462578v1