IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Civil Action: 01-CV-12257 (PBS) Judge Patti B. Saris |

### CERTIFICATE OF DAVID M. COVEY

I, David M. Covey, hereby certify pursuant to Case Management Order 1, section V, entered in the above-captioned action that:

1. I am member of the law firm of Sedgwick, Detert, Moran & Arnold LLP, 125 Broad Street, New York, NY 10004, attorneys for Organon Pharmaceuticals USA, Inc.

2. I am a member of the Bars of the State of New York, and the United States District Courts for the Southern and Eastern Districts of New York.

3. I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice and there are no disciplinary proceedings against me as a member of the Bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 17th day of October 2005.

David. M. Covey

NY/462581v1