Your transaction has been successfully submitted to LexisNexis File & Serve. Your transaction information appears below. To print this information for your records, click anywhere on the transaction information, then click the browser Print button.
To perform another transaction, click **Begin a New Transaction.**
To exit File & Serve, click **Return to My File & Serve.**

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 7121554 |
| **Submitted by:** | Jennifer Aurora, Sedgwick Detert Moran & Arnold LLP-San Francisco |
| **Authorized by:** | Jennifer Aurora, Sedgwick Detert Moran & Arnold LLP-San Francisco |
| **Authorize and file on:** | Oct 18 2005 1:20PM EDT |

| | |
|---|---|
| **Court:** | MA US District Court E-Service |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Pharmaceutical AWP |
| **Case Type:** | Antitrust |
| **Case Number:** | All Cases-AWP |
| **Case Name:** | A W P MDL No 1456 |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | 1934-126331 |

**Documents List**
**2 Document(s)**

**Attached Document, 3 Pages   Document ID: 4412755**                     View Original   View PDF

| **Document Type:** | **Access:** | **Transaction Fee:** | **Linked:** |
|---|---|---|---|
| Other Filed Document | Secure Public | $0.00 | |

**Document title:**
Notice of Appearance for Defendant Organon Pharmaceuticals USA, Inc. Admission Pro Hac Vice of David M. Covey.

**Attached Document, 1 Pages   Document ID: 4412769**                     View Original   View PDF
Related Document ID: 4412755

| **Document Type:** | **Access:** | **Transaction Fee:** | **Linked:** |
|---|---|---|---|
| Other Filed Document | Secure Public | $0.00 | |

**Document title:**
Certificate of David M. Covey.

Expand All

**☐ Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Party Not Named | Interested Party | Campos, William | Sedgwick Detert Moran & Arnold LLP-San Francisco | Attorney in Charge |

**☐ Recipients (346)**

   **☐ Service List (346)**

| Delivery Option | Party | Party Type | Attorney | Firm | Attorney Type | Method |
|---|---|---|---|---|---|---|
| Service | Party Not Named | Interested Party | Galloway, Jeff H | Hughes Hubbard & Reed LLP-New York | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Toups, Mitchell A | Weller Green Toups & Terrell LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Kizis, Lynne | Wilentz Goldman & Spitzer | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Edwards, Steven M | Davis Weber & Edwards PC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Audet, William | Alexander Hawes & Audet LLP-San Jose | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Richards, Ira Neil | Trujillo Rodriguez & Richards LLC | Attorney in Charge | E-Service |

| Service | Party Not Named | Interested Party | Matt, Sean R | Hagens Berman Sobol Shapiro LLP | Attorney in Charge | E-Service |
|---|---|---|---|---|---|---|
| Service | Party Not Named | Interested Party | Rodriguez, Lisa J | Rodriguez & Richards LLC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Stern, Jonathan | Arnold & Porter LLP-DC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Walker, Karen N | Kirkland & Ellis LLP-DC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Shakow, John | King & Spalding-DC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Fisher, John P | CA Dept of Justice-Bureau of Medi-Cal Fraud | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Murphy, James | Murphy, James | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Kass, Colin Ryle | Kirkland & Ellis LLP-DC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Heard, Eden | Dickstein Shapiro Morin & Oshinsky | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Wexler, Kenneth A | Wexler Firm LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Edelson, Marc | Hoffman & Edelson LLC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Williams, Brian L | Heins Mills & Olson PLC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Funkhouser, Robert | Hughes Hubbard & Reed LLP-New York | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Coval, Paul J | Vorys Sater Seymour & Pease LLP-Columbus | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Miller, Darrell A H | Vorys Sater Seymour & Pease LLP-Columbus | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Reynolds, Tina D | Dickstein Shapiro Morin & Oshinsky | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Benedetto, TerriAnne | Kline & Specter | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Haviland, Donald E | Kline & Specter | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Russo, Lee Ann | Russo, Lee Ann | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | O'Connor, Beth | Jones Day-Chicago | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Harris, Kimberley D | Davis Polk & Wardwell | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Stempel, Scott A | Morgan Lewis & Bockius LLP-DC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Dodds, John C | Morgan Lewis & Bockius-Philadelphia | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Cavanaugh, William F | Patterson Belknap Webb & Tyler | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Schau, Andrew | Patterson Belknap Webb & Tyler | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Mangi, Adeel | Patterson Belknap Webb & Tyler | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Sherman, Robert P | Nixon Peabody LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Raskin, Richard D | Sidley Austin Brown & Wood LLP-Chicago | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Giardina, David C | Giardina, David C | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Montgomery, John T | Ropes & Gray | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | O'Connor, Brien T | Ropes & Gray | Attorney in Charge | E-Service |

| Service | Party Not Named | Interested Party | Baranski, Jason E | Morgan Lewis & Bockius-Philadelphia | Attorney in Charge | E-Service |
|---|---|---|---|---|---|---|
| Service | Party Not Named | Interested Party | Heuer, Kimberly K | Morgan Lewis & Bockius-Philadelphia | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Porcelli, Anthony C | Jenner & Block LLP-Chicago | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Djordjevic, Nada | Jenner & Block LLP-Chicago | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Stauffer, Robert R | Jenner & Block LLP-Chicago | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Banich, Terence G | Jenner & Block LLP-Chicago | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Torregrossa, Brennan | Dechert LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Lee, Thomas | Dechert LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Pelayo, Carlos M | Davis Polk & Wardwell | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Herold, Fred | Dechert LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Jackson, J Andrew | Dickstein Shapiro Morin & Oshinsky | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Rees, Jonathan T | Hogan & Hartson LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Koon, Michael | Shook Hardy & Bacon LLP-Kansas City | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Robben, Philip D | Kelley Drye & Warren LLP-New York | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Hurst, Andrew L | Reed Smith LLP-Washington | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Scott, Michael T | Reed Smith LLP-Philadelphia | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Burman, David J | Perkins Coie LLP-Seattle | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Philippides, Zoe | Perkins Coie LLP-Seattle | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Haas, Erik | Patterson Belknap Webb & Tyler | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Lynch, Mark | Covington & Burling | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Posner, Ethan M | Covington & Burling | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Dove, Ronald G | Covington & Burling | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Hobart, Geoffrey | Covington & Burling | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Young, Joseph H | Hogan & Hartson LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Barley, Steven F | Hogan & Hartson LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Edwards, Steven M | Hogan & Hartson LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Tretter, Lyndon M | Hogan & Hartson LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Zucker, James Steven | Hogan & Hartson LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Berman, Steve | Hagens Berman Sobol Shapiro LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Litow, Jason R | Covington & Burling | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Sipos, Charles C | Perkins Coie LLP-Seattle | Attorney in Charge | E-Service |

| Service | Party Not Named | Interested Party | Davidson, Kelly J | Ober Kaler Grimes & Shriver-Baltimore | Attorney in Charge | E-Service |
|---|---|---|---|---|---|---|
| Service | Party Not Named | Interested Party | Hack, Elizabeth I | Sonnenschein Nath & Rosenthal LLP-DC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Bapooji, Anita | Goodwin Procter LLP-Boston | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Savage, Joseph | Goodwin Procter LLP-Boston | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Muehlberger, James | Shook Hardy & Bacon LLP-Kansas City | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Rowe, Elizabeth | Shook Hardy & Bacon LLP-Kansas City | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Feingold, Jessica | Hogan & Hartson LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Giuliana, Antonia | Kelley Drye & Warren LLP-New York | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Daly, James R | Jones Day-Chicago | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Rosenfeld, Daniel E | Kirkpatrick & Lockhart Nicholson Graham LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Christmas, Daniel P | Ropes & Gray | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Hoffman, Allan | Hoffman & Edelson LLC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | George, Scott | Sheller Ludwig & Badey PC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Townsend, John M | Hughes Hubbard & Reed LLP-Washington | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Reznick, Robert P | Hughes Hubbard & Reed LLP-Washington | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Harper, Blake M | Hulett Harper Stewart LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Zalesky, Emiley | Ropes & Gray | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Christofferson, Eric P | Ropes & Gray | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Mayer, Kirsten V | Ropes & Gray | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Sarnelli, Jennifer | Wilentz Goldman & Spitzer | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | O'Sullivan, Kathleen M | Perkins Coie LLP-Seattle | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Provencio, Carlos | Shook Hardy & Bacon LLP-Kansas City | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Poindexter, Carol | Shook Hardy & Bacon LLP-Kansas City | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Garrett, Celia | Shook Hardy & Bacon LLP-Kansas City | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Hudson, Christine | Hudson, Christine | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Eiszner, James R | Shook Hardy & Bacon LLP-Kansas City | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | McGee, Jennifer | Shook Hardy & Bacon LLP-Kansas City | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Matye, Joseph G | Shook Hardy & Bacon LLP-Kansas City | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Roberts, Kristina | Roberts, Kristina | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Macer, Pam | Shook Hardy & Bacon LLP-Kansas City | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | McCully, Rob | Shook Hardy & Bacon LLP-Kansas City | Attorney in Charge | E-Service |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | Party Not Named | Interested Party | Long, Shana | Shook Hardy & Bacon LLP-Kansas City | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Dungan, Stacey | Shook Hardy & Bacon LLP-Kansas City | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Killoren, Tiffany | Shook Hardy & Bacon LLP-Kansas City | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Kelly, Anne E | Hogan & Hartson LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Wren, Christopher | Wren, Christopher | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Trilling, Helen R | Hogan & Hartson LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Hoang, Hoa | Hogan & Hartson LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Lazris, Mitchell J | Hogan & Hartson LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Kawatra, Sandhya P | Hogan & Hartson LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Immelt, Stephen J | Hogan & Hartson LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Sweeney, Thomas J | Hogan & Hartson LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Wolfman, Matthew | Testa Hurwitz & Thibeault LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Ryan, David M | Nixon Peabody LLP-Boston | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Duggan, Dennis M | Nixon Peabody LLP-Boston | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Tearney, Melissa B | Nixon Peabody LLP-Boston | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Smith-Klocek, Erica | Morgan Lewis & Bockius-Philadelphia | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Everett, John Clayton | Morgan Lewis & Bockius-Philadelphia | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Murray, Brian J | Jones Day-Chicago | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Fiorentinos, Irene | Jones Day-Chicago | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Winchester, Jason | Jones Day-Chicago | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Witten, Jesse | Jones Day-Chicago | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Glauberman, Kelly P | Glauberman, Kelly P | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Dahl, Laura | Jones Day-Chicago | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Cook, Robert Christopher | Cook, Robert Christopher | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Fumerton, Tara | Jones Day-Chicago | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Citera, Toni-Ann | Jones Day-DC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Graham, David F | Sidley Austin Brown & Wood LLP-Chicago | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Doss, Mike | Sidley Austin Brown & Wood LLP-Chicago | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Stein, Scott D | Sidley Austin Brown & Wood LLP-Chicago | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Merkl, Neil | Kelley Drye & Warren LLP-New York | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Escobar, William A | Kelley Drye & Warren LLP-New York | Attorney in Charge | E-Service |

| Service | Party Not Named | Interested Party | Solomont, Charles | Bingham McCutchen LLP-Boston | Attorney in Charge | E-Service |
|---|---|---|---|---|---|---|
| Service | Party Not Named | Interested Party | Kociubes, Joseph | Bingham McCutchen LLP-Boston | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Murrane, Mary | Bingham McCutchen LLP-Boston | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Rutkowski, Rheba | Bingham McCutchen LLP-Boston | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | McChesney, Elaine | Bingham McCutchen LLP-Boston | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Levy, Bruce A | Gibbons Del Deo Dolan Griffiner & Vecchione | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Mara, Jennifer | Gibbons Del Deo Dolan Griffiner & Vecchione | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Berman, Mark A | Gibbons Del Deo Dolan Griffiner & Vecchione | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Stern, Benjamin M | Wilmer Cutler Pickering Hale & Dorr LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Hale, Edward E | Wilmer Cutler Pickering Hale & Dorr LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Burling, James C | Wilmer Cutler Pickering Hale & Dorr LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Green, Karen F | Wilmer Cutler Pickering Hale & Dorr LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Lee, William F | Wilmer Cutler Pickering Hale & Dorr LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Ronan, Gary | Goulston & Storrs PC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Sartory, Thomas | Goulston & Storrs PC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Gelhaar, Peter Erich | Donnelly Conroy & Gelhaar LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Fowler, Lucy | Foley Hoag LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Theodorou, Nicholas C | Foley Hoag LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Shapiro, Jonathan | Stern Shapiro Weissberg & Garin LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Matthews, James W | Sherin & Lodgen LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Zorn, Pamela A | Sherin & Lodgen LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Muldoon, Robert J | Sherin & Lodgen LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Bennett, Natalie Finkelman | Shepherd Finkelman Miller & Shah LLC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Antonipillai, Justin | Arnold & Porter LLP-DC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Dubin, Rebecca | Arnold & Porter LLP-DC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Litt, Robert | Arnold & Porter LLP-DC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Maxwell, Rosemary | Arnold & Porter LLP-DC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Rossbacher, Henry | Rossbacher & Assoc | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Cahill, James | Rossbacher & Assoc | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Khachaturian, Talin | Rossbacher & Assoc | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Rosenfeld, S | Rosenfeld & Rafik | Attorney in Charge | E-Service |

| Service | Party Not Named | Interested Party | Gallucci, Daniel N | RodaNast PC | Attorney in Charge | E-Service |
|---|---|---|---|---|---|---|
| Service | Party Not Named | Interested Party | Nast, Dianne M | RodaNast PC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Nast, Michael G | RodaNast PC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Piper, Robert E | Piper & Associates | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Hennessey, Colleen M | Peabody & Arnold LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Griffin, Matthew J | Peabody & Arnold LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Beyers, Carol | New York State Attorney Generals Office-Consumer Frauds | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Cohn, Debra | New York State Attorney Generals Office-Consumer Frauds | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Kirkland, Galen | New York State Attorney Generals Office-Consumer Frauds | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Baker, Joseph | New York State Attorney Generals Office-Consumer Frauds | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Barbaro, Matthew | New York State Attorney Generals Office-Consumer Frauds | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Lupinetti, Patrick | New York State Attorney Generals Office-Consumer Frauds | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Firestein, Rose | New York State Attorney Generals Office-Consumer Frauds | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Stark, Shirley | New York State Attorney Generals Office-Consumer Frauds | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Conway, Thomas | New York State Attorney Generals Office-Consumer Frauds | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Howard, Derek G | Murray & Howard LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Murray, Gilmur R | Murray & Howard LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | McGinty, Kevin M | Mintz Levin Cohn Ferris Glovsky & Popeo PC-DC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Cowan, William M | Mintz Levin Cohn Ferris Glovsky & Popeo PC-DC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Davis, William A | Mintz Levin Cohn Ferris Glovsky & Popeo PC-DC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Smith, Mark D | Laredo & Smith LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Stack, Kevin J | Knapp Petersen & Clarke | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Bierman, Aimee E | Kirkpatrick & Lockhart Nicholson Graham LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Rosenfeld, Arnold R | Kirkpatrick & Lockhart Nicholson Graham LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Glynn, David M | Kirkpatrick & Lockhart Nicholson Graham LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | King, Jeffrey S | Kirkpatrick & Lockhart Nicholson Graham LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Allensworth, R Bruce | Kirkpatrick & Lockhart Nicholson Graham LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Hovan, Aaron D | Kirby McInerney & Squire LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Carroll, James P | Kirby McInerney & Squire LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Cicala, Joanne M | Kirby McInerney & Squire LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Brooks, Douglas S | Kelly Libby & Hoopes PC | Attorney in Charge | E-Service |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | Party Not Named | Interested Party | Griffin, Mark A | Keller Rohrback LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Farrow, Ray | Keller Rohrback LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Copley, T | Keller Rohrback LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Frei-Pearson, Jeremiah Lee | Kaye Scholer LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Morgenstern, Saul P | Kaye Scholer LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Farquhar, Douglas B | Hyman Phelps & McNamara PC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Fleder, John R | Hyman Phelps & McNamara PC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Griffith, Robert | Griffith, Robert | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Georgopoulos, Evan | Greenberg Traurig LLP-Boston | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Greenberg, Gary R | Greenberg Traurig-Main Account | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Cohen, Jonathan D | Greenberg Traurig-Main Account | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Scerra, Louis J | Greenberg Traurig-Main Account | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Dwyer, Thomas E | Dwyer & Collora LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | McShane, Michael | Alexander Hawes & Audet LLP-San Francisco | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Rafferty, Brian | Dornbush Schaeffer Strongin & Weinstein LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Weinstein, Herschel S | Dornbush Schaeffer Strongin & Weinstein LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Venaglia, Peter | Dornbush Schaeffer Strongin & Weinstein LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | LaDuca, Charles | Cuneo Gilbert & LaDuca LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Kindall, Clare E | Attorney General Office-Hartford | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Cole, Michael E | Attorney General Office-Hartford | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Deichert, Robert J | Attorney General Office-Hartford | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Barnett, Alexander | Barnett, Alexander | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Flannery, Michael | Carey & Danis LLC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Berumen, Adelina O | CA Dept of Justice-Bureau of Medi-Cal Fraud | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Frankel, Brian V | CA Dept of Justice-Bureau of Medi-Cal Fraud | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Fenwick, Dennis T | CA Dept of Justice-Bureau of Medi-Cal Fraud | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Sisneros, Eliseo Z | CA Dept of Justice-Bureau of Medi-Cal Fraud | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Temmerman, Thomas A | CA Dept of Justice-Bureau of Medi-Cal Fraud | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Foote, Timothy C | CA Dept of Justice-Bureau of Medi-Cal Fraud | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Haber, Darcy | Hagens Berman Sobol Shapiro LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Nalven, David | Hagens Berman Sobol Shapiro LLP | Attorney in Charge | E-Service |

| Service | Party Not Named | Interested Party | Cummings, Deirdre | Hagens Berman Sobol Shapiro LLP | Attorney in Charge | E-Service |
|---|---|---|---|---|---|---|
| Service | Party Not Named | Interested Party | Notargiacomo, Edward | Hagens Berman Sobol Shapiro LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Hams, Marcia | Hagens Berman Sobol Shapiro LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Berger, Martin | Berger, Martin | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Burns, Paul | Hagens Berman Sobol Shapiro LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Swan, Tom | Hagens Berman Sobol Shapiro LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Bolognese, Anthony | Bolognese & Associates LLC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Grabar, Joshua | Bolognese & Associates LLC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Sitarchuk, Eric | Ballard Spahr Andrews & Ingersoll LLP-Philadelphia | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Karpa, Jill | Amgen Inc | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Stephens, Jody | Stephens, Jody | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Klein, Keith | Amgen Inc | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Quadra, James | Moscone Emblidge & Quadra LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Sanford, Robert | Moscone Emblidge & Quadra LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Kodroff, Jeffrey L | Spector Roseman & Kodroff PC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Macoretta, John A | Spector Roseman & Kodroff PC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Franklin, Kay | Morrison & Foerster LLP-Denver | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Schechter, Lori A | Morrison & Foerster LLP-San Francisco | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Hayes, James V | Williams & Connolly LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Dueffert, Paul | Williams & Connolly LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Cooper, Richard | Williams & Connolly LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Umin, Steven M | Williams & Connolly LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Hudspeth, Stephen M | Coudert Brothers LLP-Denver | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Armstrong, Katherine | Skadden Arps Slate Meagher & Flom LLP-New York | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Birnbaum, Sheila L | Skadden Arps Slate Meagher & Flom LLP-New York | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Ridley, Augusta | King & Spalding-DC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Rodriguez, Grace M | King & Spalding-DC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Mitchell, Cheryl A | Reed Smith LLP-Washington | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Miller, Robert J | Reed Smith LLP-Washington | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Henn, Emily | Covington & Burling | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Schmidt, Paul | Covington & Burling | Attorney in Charge | E-Service |

| Service | Party Not Named | Interested Party | Duffy, James J | Davis Polk & Wardwell | Attorney in Charge | E-Service |
|---|---|---|---|---|---|---|
| Service | Party Not Named | Interested Party | Winnick, Jared R | Davis Polk & Wardwell | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Prinzo, Kristi T | Davis Polk & Wardwell | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Lamb, Monica | Davis Polk & Wardwell | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Wise, Scott | Davis Polk & Wardwell | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Fullerton, Stuart | Davis Polk & Wardwell | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Attridge, Daniel | Kirkland & Ellis LLP-DC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Atkins, Jennifer | Kirkland & Ellis LLP-DC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Ewing, Korin | Kirkland & Ellis LLP-DC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Pegan, Lidja | Kirkland & Ellis LLP-DC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Ryland, Robert S | Kirkland & Ellis LLP-DC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Milem, Anne | Milem, Anne | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Short, Larri A | Arent Fox PLLC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Sievert, Anthony J | Wexler Firm LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Wallach, Jason | Dickstein Shapiro Morin & Oshinsky | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Morgan, Peter | Dickstein Shapiro Morin & Oshinsky | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Lubetzky, Darren H | Jenner & Block LLP-Chicago | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Teitelman, Robert B | Attorney General Office-Hartford | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Seltzer, Mark D | Holland & Knight LLP-Boston | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Brozan, Alex | Prescription Access Litigation | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Petouvis, Gregory M | Hogan & Hartson LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Mizell, Nicholas P | Shook Hardy & Bacon LLP-Kansas City | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Barnett, Jessica V | Foley Hoag LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Thomas, Abim E | Ropes & Gray | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Kaufman, Steve | Kaufman, Steve | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Pulis, Christy | Shook Hardy & Bacon LLP-Kansas City | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Gagnon, Joseph A | Shook Hardy & Bacon LLP-Kansas City | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Curry, Kelli | Shook Hardy & Bacon LLP-Kansas City | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Parekh, Niraj | Patterson Belknap Webb & Tyler | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Carr, Shaun | Patterson Belknap Webb & Tyler | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Mejia, Van | Patterson Belknap Webb & Tyler | Attorney in Charge | E-Service |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | Party Not Named | Interested Party | Healey, Maura T | Wilmer Cutler Pickering Hale & Dorr LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Fauvre, David | Arnold & Porter LLP-DC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Bagley, Grant | Arnold & Porter LLP-DC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Richardson, Joel | Arnold & Porter LLP-DC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Perkins, Nancy | Arnold & Porter LLP-DC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Cortez, Nathan | Arnold & Porter LLP-DC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Coons, Michael | Kirby McInerney & Squire LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Ferrandino, Margo G | Kaye Scholer LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Vant, James M | Greenberg Traurig-Main Account | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Paul, Nicholas N | CA Dept of Justice-Bureau of Medi-Cal Fraud | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Franklin, Siobhan A | CA Dept of Justice-Bureau of Medi-Cal Fraud | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Giori, Suzanne | Giori, Suzanne | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | McNeely, Hugh E | Hagens Berman Sobol Shapiro LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Oakes, John | Oakes, John-Thousand Oaks | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Cheung, Tiffany | Morrison & Foerster LLP-San Francisco | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Roberts, Thomas | Williams & Connolly LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | James, Osamudia R | King & Spalding-DC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Patel, Shamir | Dickstein Shapiro Morin & Oshinsky | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Demarco, Michael | Kirkpatrick & Lockhart Nicholson Graham LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Finberg, Elizabeth | Sonnenschein Nath & Rosenthal LLP-DC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Burch, Holly M | Reed Smith LLP-Washington | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Smith, Robert M | Smith, Robert M-Kansas City | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | MacMenamin, Susan E | Heins Mills & Olson PLC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Woodward, David R | Heins Mills & Olson PLC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Ruan, Matthew W | Heins Mills & Olson PLC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Felt, Barbara J | Heins Mills & Olson PLC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Ledahl, Brian | Irell & Manella LLP-Los Angeles | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Lopez, Robert | Hagens Berman Sobol Shapiro LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Estrada, Lisa | Arent Fox PLLC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Birnbaum, Scott A | Birnbaum & Godkin LLP-Boston | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Nesbitt, Amber M | Wexler Firm LLP | Attorney in Charge | E-Service |

| Service | Party Not Named | Interested Party | Meza, Ricardo | Meza, Ricardo | Attorney in Charge | E-Service |
|---|---|---|---|---|---|---|
| Service | Party Not Named | Interested Party | Artinoff, Garo | Hogan & Hartson LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Friday, Kim | Wilmer Cutler Pickering Hale & Dorr LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | McNair, Andy D | Sidley Austin Brown & Wood LLP-Chicago | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Aoyagi, Melissa | Davis Polk & Wardwell | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Walker, Jennifer A | Hogan & Hartson LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Knox, Michael D | Lionel Sawyer & Collins | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Wilt, Allen J | Lionel Sawyer & Collins | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Skibell, Reid | Davis Polk & Wardwell | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Bloch, David | Davis Polk & Wardwell | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Rodrigues, Jared | Dickstein Shapiro Morin & Oshinsky | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Clines, Peter J | Attorneys Office-Nassau County | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Freeman Gans, Nancy | Moulton & Gans PC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Dickey, Sheryl | White & Case LLP-New York | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Golden, Roberta | Kline & Specter | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Baldwin, Kila B | Kline & Specter | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Negrin, Richard | Morgan Lewis & Bockius LLP-Los Angeles | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Freind, Alicia M | Morgan Lewis & Bockius-Philadelphia | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Kriger, Ryan G | Milberg Weiss Bershad & Schulman LLP-New York | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Buchman, Michael | Milberg Weiss Bershad & Schulman LLP-New York | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Haeusler, Rita | Hughes Hubbard & Reed-Los Angeles | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | O'Connor, Matthew | Covington & Burling | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Blair, Sam B | Baker Donelson Bearman Caldwell & Berkowitz PC-Memphis | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Miller, Adam | Engstrom Lipscomb & Lack | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Ebbs, Cynthia Lynn | Dornbush Schaeffer Strongin & Weinstein LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Meadows, Joseph | Arnold & Porter LLP-DC | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Fedotin, Brian | Shook Hardy & Bacon LLP-Kansas City | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Parente, Kathryn | Kaye Scholer LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Elberg, Jacob | Dwyer & Collora LLP | Attorney in Charge | E-Service |
| Service | Party Not Named | Interested Party | Thomas, Susan | Berger & Montague PC | Attorney in Charge | E-Service |

Additional Recipients (0)

[+] **Case Parties**

[ Begin a New Transaction ]   [ Return to My File & Serve ]   [ Print ]