UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ALL ACTIONS ) <br> ) <br> ) <br> _____ ) | MDL No. 1456 <br><br> Master File No. 01-CV-12257 <br><br> Judge Patti B. Saris |

## CORPORATE DISCLOSURE STATEMENT
## OF UNITEDHEALTHCARE, INC. AND
## <u>UNITED HEALTHCARE INSURANCE COMPANY</u>

Pursuant to Local Rule 7.3(A), UnitedHealthcare, Inc. and United HealthCare Insurance Company make the following disclosures:

UnitedHealth Group Incorporated is the corporate parent and sole shareholder of United HealthCare Services, Inc., which is the corporate parent and sole shareholder of UnitedHealthcare, Inc.

United HealthCare Services, Inc. is the corporate parent and sole shareholder of UHIC Holdings, Inc., which is the corporate parent and sole shareholder of United HealthCare Insurance Company.

UnitedHealth Group Incorporated is publicly traded on the New York Stock Exchange. No other publicly held company owns ten percent or more of the stock of UnitedHealthcare, Inc. or United HealthCare Insurance Company.

Dated:  October 26, 2005

Respectfully submitted,

MANCHEL & BRENNAN, P.C.

_____/s/ Julie B. Brennan_____
Julie B. Brennan (BBO # 564101)
199 Wells Avenue, Suite 301
Newton, Massachusetts 02459
Tel:  (617) 796-8920
Fax: (617) 796-8921

Thomas F. Fitzgerald
Michael J. Prame
Lars C. Golumbic
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, NW
Washington, DC  20006
Tel: (202) 857-0620
Fax: (202) 659-4503

Attorneys for UnitedHealthcare, Inc. and United HealthCare Insurance Company