## CERTIFICATE OF SERVICE

I certify that on October 26, 2005, a true and correct copy of the foregoing Consolidated Memorandum of Law in Opposition to Defendants' Motion to Compel, Declaration of Michael J. Prame and exhibits thereto, and Corporate Disclosure Statement of UnitedHealthcare, Inc. and United HealthCare Insurance Company were served on all counsel of record by electronic service pursuant to Case Management Order No. 2.  A copy of the same was served on counsel for Patterson Belknap Webb & Tyler LLP by electronic service and also by first class mail.

                                                /s/ Julie B. Brennan
                                                Julie B. Brennan