IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## MOTION FOR ADMISSION OF SHANIN SPECTER *PRO HAC VICE*

Petitioner, Shanin Specter, Esquire of the law firm of Kline & Specter, a Professional Corporation, by and through the undersigned counsel, Fisette & Ranta, respectfully requests that Shanin Specter be admitted to practice before the United States District Court for the District of Massachusetts, pursuant to LR, D.Mass. 83.5.3, and pursuant to this Court's Case Management Order No. 1, ¶ 16. The undersigned avers as follows:

1.  Petitioner, Shanin Specter, Esquire, represents the consumer class representatives identified in the Third Amended Master Consolidated Class Action Complaint.

2.  Mr. Specter has been admitted to practice within this District *pro hac vice* in *In re Lupron® Marketing and Sales Practices Litig.*, MDL 1430 (D. Mass.), for a limited purpose.

3.  As stated in Mr. Specter's Affidavit attached hereto, he is a member in good standing of the bars of the the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Western District of Pennsylvania, the United States District Court for the Middle District of Pennsylvania, the United States Court of Appeals for the Third Circuit, and the United States Court of Appeals for the Ninth Circuit, as well as the bar of the Commonwealth

of Pennsylvania. Further, there are no disciplinary actions pending against Mr. Specter in any jurisdiction.

4. Mr. Specter is familiar with the Local Rules of the United States District Court for the District of Massachusetts, and agrees to abide by them.

5. A check in the amount of $50.00 is being forwarded for this admission *pro hac vice*.

WHEREFORE, the undersigned counsel respectfully moves Mr. Specter's admission to this Court, pursuant to LR, D. Mass. 83.5.3.

Dated: 10/27/05

Respectfully,

Ronald J. Ranta, Esquire
FISETTE & RANTA
222 Rosewood Drive, 10th Floor
Danvers, MA 01923
978-750-8701 telephone
978-750-8702 facsimile

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

### AFFIDAVIT OF SHANIN SPECTER
### IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, SHANIN SPECTER, declare as true and correct that:

1. I am and have been a member in good standing of the bar of the Commonwealth of Pennsylvania since 1984.

2. I am and have been a member in good standing of the bar of the United States District Court for the Eastern District of Pennsylvania since 1984.

3. I am and have been a member in good standing of the bar of the United States District Court for the Western District of Pennsylvania since 1984.

4. I am and have been a member in good standing of the bar of the United States Court of Appeals for the Third Circuit since 1986.

5. I am and have been a member in good standing of the bar of the United States Court of Appeals for the Ninth Circuit since 1998.

6. I am and have been a member in good standing of the bar of the United States District Court for the Middle District of Pennsylvania since 1999.

7. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

8. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and agreed to abide by them.

Dated: 10/26/05

_____
**SHANIN SPECTER**

Sworn to and subscribed before
me this 26th day
of October, 2005.

_____
Kathleen M. Spurka
Notary Public

My commission expires on:

```
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KATHLEEN M. SPURKA, Notary Public
City of Philadelphia, Phila. County
My Commission Expires January 8, 2008
```

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## ORDER

**AND NOW**, this _____ day of _____, 2005, it is hereby **ORDERED AND DECREED** that Shanin Specter, Esquire of the law firm Kline & Specter, P.C. is granted *pro hac vice* admission, pursuant to LR, D. Mass. 83.5.3.

BY THE COURT:

_____ J.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Admission of Shanin Specter, *Pro Hac Vice* was served on all counsel via LexisNexis pursuant to Case Management Order No. 2.

Dated: 10/27/05

Respectfully submitted,

TerriAnne Benedetto, Esquire
**KLINE & SPECTER**
1800 Chapel Avenue, Suite 302
Cherry Hill, NJ 08002
856-662-1180 telephone
856-662-1184 facsimile