IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

**MOTION FOR ADMISSION OF DONALD E. HAVILAND, JR. *PRO HAC VICE***

Petitioner, Donald E. Haviland, Jr., Esquire of the law firm of Kline & Specter, a Professional Corporation, by and through the undersigned counsel, Fisette & Ranta, respectfully requests that Donald E. Haviland, Jr., be admitted to practice before the United States District Court for the District of Massachusetts, pursuant to LR, D.Mass. 83.5.3, and pursuant to this Court's Case Management Order No. 1, ¶ 16. The undersigned avers as follows:

1. Petitioner, Donald E. Haviland, Jr., Esquire, represents the consumer class representatives identified in the Third Amended Master Consolidated Complaint.

2. Mr. Haviland was admitted to practice before this Court *pro hac vice* in this case for a limited purpose respecting his representation of Office of the Attorney General for the Commonwealth of Pennsylvania as an Intervenor regarding the Commonwealth's objection to the certification of a class which would purportedly include the Commonwealth. *See* Order dated February 15, 2005.

3. As stated in Mr. Haviland's Affidavit attached hereto, he is a member in good standing of the bars of the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the District of New Jersey, and the United States District Court for

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## AFFIDAVIT OF DONALD E. HAVILAND, JR.
## IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, DONALD E. HAVILAND, JR., declare as true and correct that:

1. I am and have been a member in good standing of the bar of the Commonwealth of Pennsylvania since 1992.

2. I am and have been a member in good standing of the bar of the United States District Court for the Eastern District of Pennsylvania since 1993.

3. I am and have been a member in good standing of the bar of the State of New Jersey since 1994.

4. I am and have been a member in good standing of the bar of the United States District Court for the District of New Jersey since 1994.

5. I am and have been a member in good standing of the bar of the United States District Court for the Eastern of Wisconsin since 2001.

6. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and agreed to abide by them.

Dated: 10/27/05

DONALD E. HAVILAND, JR.

Sworn to and subscribed before me this 27th day of October, 2005.

Kathleen M Spurka
Notary Public

My commission expires on:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KATHLEEN M. SPURKA, Notary Public
City of Philadelphia, Phila. County
My Commission Expires January 8, 2008

2

the Eastern District of Wisconsin, as well as the bars of the Commonwealth of Pennsylvania and the State of New Jersey. Further, there are no disciplinary actions pending against Mr. Haviland in any jurisdiction.

4. Mr. Haviland is familiar with the Local Rules of the United States District Court for the District of Massachusetts, and agrees to abide by them.

5. A check in the amount of $50.00 is being forwarded for this admission *pro hac vice*.

WHEREFORE, the undersigned counsel respectfully moves Mr. Haviland's admission to this Court, pursuant to LR, D.Mass. 83.5.3.

Dated: 10/27/05

Respectfully submitted,

Ronald J. Ranta, Esquire
FISETTE & RANTA
222 Rosewood Drive, 10th Floor
Danvers, MA 01923
978-750-8701 telephone
978-750-8702 facsimile

2

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## ORDER

**AND NOW**, this         day of                    , 2005, it is hereby **ORDERED AND DECREED** that Donald E. Haviland, Jr., Esquire of the law firm Kline & Specter, P.C. is granted *pro hac vice* admission, pursuant to LR, D. Mass. 83.5.3.

BY THE COURT:

_____
J.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Admission of Donald E. Haviland, Jr. *Pro Hac Vice* was served on all counsel via LexisNexis pursuant to Case Management Order No. 2.

Dated: 10/27/05

Respectfully submitted,

TerriAnne Benedetto, Esquire
**KLINE & SPECTER**
1800 Chapel Avenue, Suite 302
Cherry Hill, NJ 08002
856-662-1180 telephone
856-662-1184 facsimile