IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

**MOTION FOR ADMISSION OF TERRIANNE BENEDETTO *PRO HAC VICE***

Petitioner, TerriAnne Benedetto, Esquire of the law firm of Kline & Specter, a Professional Corporation, by and through the undersigned counsel, Fisette & Ranta, respectfully requests that TerriAnne Benedetto, be admitted to practice before the United States District Court for the District of Massachusetts, pursuant to LR, D. Mass. 83.5.3, and pursuant to this Court's Case Management Order No. 1, ¶ 16. The undersigned avers as follows:

1. Petitioner, TerriAnne Benedetto, Esquire, represents the consumer class representatives identified in the Third Amended Master Consolidated Class Action Complaint.

2. Ms. Benedetto has been admitted to practice before this Court *pro hac vice* in this case respecting her representation of International Union of Operating Engineers, Local No. 68 Welfare Fund in connection with that entity's motion for remand. *See* Order dated April 19, 2005.

3. As stated in Ms. Benedetto's Affidavit attached hereto, she is a member in good standing of the bars of the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the District of New Jersey, and the United States District Court for the Western District of Wisconsin, as well as the bars of the Commonwealth of Pennsylvania and

the State of New Jersey. Further, there are no disciplinary actions pending against Ms. Benedetto in any jurisdiction.

4. Ms. Benedetto is familiar with the Local Rules of the United States District Court for the District of Massachusetts, and agrees to abide by them.

5. A check in the amount of $50.00 is being forwarded for this admission *pro hac vice.*

WHEREFORE, the undersigned counsel respectfully moves Ms. Benedetto's admission to this Court, pursuant to LR, D. Mass. 83.5.3.

Dated: 10/27/05

Respectfully submitted,

Ronald J. Ranta, Esquire
FISETTE & RANTA
222 Rosewood Drive, 10th Floor
Danvers, MA 01923
978-750-8701 telephone
978-750-8702 facsimile

2

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## AFFIDAVIT OF TERRIANNE BENEDETTO
## IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, TERRIANNE BENEDETTO, declare as true and correct that:

1. I am and have been a member in good standing of the bar of the Commonwealth of Pennsylvania since 1990.

2. I am and have been a member in good standing of the bar of the United States District Court for the Eastern District of Pennsylvania since 1991.

3. I am and have been a member in good standing of the bar of the State of New Jersey since 1991.

4. I am and have been a member in good standing of the bar of the United States District Court for the District of New Jersey since 1991.

5. I am and have been a member in good standing of the bar of the United States District Court for the Western District of Wisconsin since 1995.

6. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and agree to abide by them.

Dated: 10/27/05

_____
TERRIANNE BENEDETTO

Sworn to and subscribed before
me this _____27th_____ day
of ____October____, 2005.

_____
Notary Public

My commission expires on:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KATHLEEN M. SPURKA, Notary Public
City of Philadelphia, Phila. County
My Commission Expires January 8, 2008

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

## ORDER

**AND NOW**, this       day of                       , 2005, it is hereby **ORDERED AND DECREED** that TerriAnne Benedetto of the law firm Kline & Specter, P.C. is granted *pro hac vice* admission, pursuant to LR, D. Mass. 83.5.3.

BY THE COURT:

_____
J.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Admission of TerriAnne Benedetto, *Pro Hac Vice* was served on all counsel via LexisNexis pursuant to Case Management Order No. 2.

Dated: 10/27/05

Respectfully submitted,

TerriAnne Benedetto, Esquire
**KLINE & SPECTER**
1800 Chapel Avenue, Suite 302
Cherry Hill, NJ 08002
856-662-1180 telephone
856-662-1184 facsimile