# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  PHARMACEUTICAL INDUSTRY  ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | Master File No. 01-CV-12257 |
| _____ ) | |
| ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ) | |
| ) | Chief Mag. Judge Marianne B. Bowler |
| ) | |
| ALL ACTIONS ) | |
| ) | |
| ) | |
| _____ ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Julie B. Brennan as counsel of record on behalf of third parties UnitedHealthcare, Inc. and United HealthCare Insurance Company.


Dated:  October 27, 2005          Respectfully submitted,

UNITEDHEALTHCARE, INC. &
UNITED HEALTHCARE INS. COMPANY,

By its attorneys,


            /s/ Julie B. Brennan
Julie B. Brennan (BBO # 564101)
Manchel & Brennan, P.C.
199 Wells Avenue, Suite 301
Newton, Massachusetts 02459
Tel:  (617) 796-8920
Fax: (617) 796-8921