**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE:  PHARMACEUTICAL INDUSTRY ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE                    ) | |
| LITIGATION                                              ) | Master File No. 01-CV-12257 |
| _____ ) | |
| ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:            ) | |
| ) | Chief Mag. Judge Marianne B. Bowler |
| ) | |
| ALL ACTIONS                                         ) | |
| ) | |
| ) | |
| _____ ) | |

**MOTION TO ADMIT THOMAS F. FITZGERALD,
MICHAEL J. PRAME, AND LARS C. GOLUMBIC *PRO HAC VICE* ON BEHALF
OF UNITEDHEALTHCARE, INC. AND UNITED HEALTHCARE INSURANCE CO.**

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby move that Thomas

F. Fitzgerald, Michael J. Prame, and Lars C. Golumbic of Groom Law Group, Chartered,

1701 Pennsylvania Avenue, N.W., Washington, D.C. 20006, Tel: 202-857-0620, Fax:

202-659-4503, be permitted to appear and participate in this action *pro hac vice* as

counsel for third parties UnitedHealthcare, Inc. and United HealthCare Insurance

Company, in association with the law firm of Manchel & Brennan, P.C., by attorney Julie

B. Brennan.  The accompanying certificates of counsel certify that these attorneys are

members in good standing of their respective bars and are familiar with the Local Rules

of this Court.  A check in the amount of $150.00 is being forwarded simultaneously with

this motion for these attorneys' respective admissions *pro hac vice.*

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for third

parties has conferred with counsel for Defendants UnitedHealthcare, Inc. and United

Healthcare Insurance Company, and there is no objection to this Motion to Admit *Pro Hac Vice.*

WHEREFORE, the undersigned counsel respectfully moves for the admission of Thomas F. Fitzgerald, Michael J. Prame and Lars C. Golumbic to practice before this Court *pro hac vice.*

Dated:  October 27, 2005        Respectfully submitted,

UNITEDHEALTHCARE, INC. &
UNITED HEALTHCARE INS. COMPANY

By its attorneys,


_____/s/ Julie B. Brennan_____
Julie B. Brennan (BBO # 564101)
Manchel & Brennan, P.C.
199 Wells Avenue, Suite 301
Newton, Massachusetts 02459
Tel:  (617) 796-8920
Fax: (617) 796-8921

ii