# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ) <br> ALL ACTIONS ) <br> ) <br> ) <br> _____ ) | MDL No. 1456 <br><br> Master File No. 01-CV-12257 <br><br> Judge Patti B. Saris <br><br> Chief Mag. Judge Marianne B. Bowler |

**CERTIFICATE IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE**

I, Thomas F. Fitzgerald, hereby certify pursuant to Local Rule 83.5.3(b) that:

1. I am an attorney admitted to practice before the courts of Maryland, the District of Columbia and the United States District Court for the District of Columbia;

2. I am a member of the bar in good standing in each of these jurisdictions;

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5. I represent UnitedHealthcare, Inc. and United HealthCare Insurance Company in this action.

Signed under the pains and penalties of perjury of the laws of the State of Massachusetts on this 27th day of October, 2005.

                                                        /s/ Thomas F. Fitzgerald<br>
                                                           Thomas F. Fitzgerald