# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE:  PHARMACEUTICAL INDUSTRY | ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | Master File No. 01-CV-12257 |
| _____ | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | Chief Mag. Judge Marianne B. Bowler |
| | ) | |
| ALL ACTIONS | ) | |
| | ) | |
| _____ | ) | |

## CERTIFICATE IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

I, Michael J. Prame, hereby certify pursuant to Local Rule 83.5.3(b) that:

1.      I am an attorney admitted to practice before the State Courts of New York and Maryland, the District of Columbia, the United States District Courts for the Southern, Eastern, and Western Districts of New York, the United States District Court for the District of Maryland, the United States District Court for the District of Columbia, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fifth Circuit, and the United States Court of Appeals for the District of Columbia Circuit;

2.      I am a member of the bar in good standing in each of these jurisdictions;

3.      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

4.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5.      I represent UnitedHealthcare, Inc. and United HealthCare Insurance Company in this action.

Signed under the pains and penalties of perjury of the laws of the State of Massachusetts on this 27th day of October, 2005.

                                                  /s/ Michael J. Prame
                                                  Michael J. Prame