# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> _____ ) <br>  ) <br> THIS DOCUMENT RELATES TO: ) <br>  ) <br>  ) <br> ALL ACTIONS ) <br>  ) <br>  ) <br> _____ ) | MDL No. 1456 <br><br> Master File No. 01-CV-12257 <br><br> Judge Patti B. Saris <br><br> Chief Mag. Judge Marianne B. Bowler |

**CERTIFICATE IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE**

I, Lars C. Golumbic, hereby certify pursuant to Local Rule 83.5.3(b) that:

1. I am an attorney admitted to practice before the State Courts of Virginia, the District of Columbia, the United States District Court for the Eastern and Western Districts of Virginia, the United States District Court for the Eastern District of Wisconsin, and the United States Court of Appeals for the Second Circuit;

2. I am a member of the bar in good standing in each of these jurisdictions;

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5. I represent UnitedHealthcare, Inc. and United HealthCare Insurance Company in this action.

Signed under the pains and penalties of perjury of the laws of the State of Massachusetts on this 27th day of October, 2005.

                                                                /s/ Lars C. Golumbic
                                                                Lars C. Golumbic