## CERTIFICATE OF SERVICE

I certify that on October 27, 2005, a true and correct copy of the foregoing Notice of Appearance, Motion to Admit *Pro Hac Vice*, and accompanying Certificates of Good Standing of Thomas F. Fitzgerald, Michael J. Prame and Lars C. Golumbic were served on all counsel of record by electronic service pursuant to Case Management Order No. 2. A copy of the same was served on counsel for Patterson Belknap Webb & Tyler LLP by electronic service and also by first class mail.

                                                       /s/ Julie B. Brennan
                                                       Julie B. Brennan