# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| THIS DOCUMENT RELATES TO: | Civil Action No. 01-CV-12257<br>Judge Patti B. Saris |
| COUNTY OF CHENANGO v. ABBOTT LABORATORIES, INC., et al. | |
| S.D.N.Y. Case No. 05-cv-354 | |

# <u>AFFIDAVIT OF SERVICE</u>

Kirby McInerney & Squire, LLP
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 371-6600

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ NORTHERN _____        District of        _____ NEW YORK _____

COUNTY OF CHENANGO

V.

ABBOTT LABORATORIES, INC.  ALCON
LABORATORIES, INC., et al. (SEE ATTACHED)

### SUMMONS IN A CIVIL ACTION

CASE NUMBER:    $OS-CV-354$

TJM / DEP

TO: (Name and address of Defendant)

(SEE ATTACHED)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joanne M. Cicala, Esq.
Aaron D. Hovan, Esq.
KIRBY McINERNEY & SQUIRE, LLP
830 Third Avenue, 10th Floor
New York, New York 10022
(212) 371-6600

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

LAWRENCE K. BAERMAN

CLERK

MAR 2 2005

DATE

Wendy Lindehoog

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

Index No. 01-12257 PBS

THIS DOCUMENT RELATES TO:

**AFFIDAVIT OF SERVICE**

COUNTY OF CHENANGO v. ABBOTT
LABORATORIES, INC., et al.

S.D.N.Y. Case No. 05-cv-354

STATE OF NEW YORK    ·)
                      ) ss.:
COUNTY OF NEW YORK )

I, LOGAN MORRIS, says:

I am over the age of eighteen, am not a party to this action, and resides in the county of Kings.   On July 19, 2005, I served true and complete copies of the attached SUMMONS AND COMPLAINT upon AGOURON PHARMACEUTICALS, INC. Care of PFZER, INC., 235 E 42nd Street, NY, NY 10017.  By delivering said true copies to Ms. Tange Williams.  Ms Williams is black female, 5'7" and 165 pounds. On July 20, 2005.  I also served true and complete copies of the said SUMMONS AND COMPLAINT upon Ms. Rochelle Brown, of Pfzer Inc's legal division located at 150 E 42nd Street, NY, NY 10017.  Ms Brown stated that she was authorized to accept service and that she had received the set I served on Ms Williams. Ms. Brown is a black female 5'6" tall, 140 pounds and wears glasses.

LOGAN MORRIS

Sworn to before me this
21st day of July, 2005.

Notary Public

MARIANNE SADECKI
Notary Public, State of New York
No. 14-4869982
Qualified in Dutchess County
Commission Expires Sept. 8, 2006

# AFFIDAVIT OF PROCESS SERVER

### In The United States District Court for the Northern District of New York

County of Chenango
Plaintiff(s)

v

Abbott Laboratories, Inc., et al
Defendant(s)

Case No: 05-CV-354

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.  And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:**  I served AstraZeneca

With the (documents)  Summons in a Civil Action; and Complaint

Person Served:  Sue Martin, Legal Administrator duly authorized to accept service

Service Address:  1800 Concord Pike, Wilmington, Delaware  19850

Date of Service:  July 19, 2005         Time of Service:  3:30 p.m.

**Manner of Service:**  (X) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.
**Non-Service:**  After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address        ( ) Evading                   ( ) Moved, left no forwarding
( ) Address does not exist     ( ) Service canceled by Litigant  ( ) Unable to serve in a timely fashion
( ) Other

**Description:**  Age: 59   Sex: F   Race:  W        Hgt. 5'7"       Wgt: 149      Hair: Blonde   Glasses:  No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

July 20, 2005         at     Wilmington,      Delaware
Date                          City              State

_Richard Torpey, Process Server_

State of Delaware
County of New Castle

Subscribed and sworn before me, a Notary Public of the State of Delaware on July 20, 2005

**Witness My Hand and Official Seal To**

Kimberly J. Ryan, My Commission Expires 6/15/08
Notary Public, State of Delaware

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008
4/15/08

UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF NEW YORK
*NORTHERN* -------------------------------------x

COUNTY OF CHENANGO

Index No. 05-CV-354

Vs.

ABBOTT LABORATORIES, INC ALCON
LABORATORIES, INC. et. al.
-----------------------------------------------------------x

STATE OF ILLINOIS  )
                   ) ss.:
COUNTY OF COOK   )

Barnett Kolton, being duly sworn deposes and says that: Deponent is not a party to this

action, and is over 18 years of age and is a resident of the State of Illinois.

On Tuesday, July 19, 2005, at approximately _*4:25 P*_.m. at 100 Abbott Park Road,

Abbott Park, IL, Deponent served the within Summons in a Civil Case and Complaint upon Abbott

Laboratories Inc., by delivering to and leaving with *(person served)* _*CINDY BENETT*_,

*(title)* _*PARALEGAL*_, a true and correct copy of said documents.

At the time of said service, *(Person served)* _*CINDY BENETT*_ stated that

(s)he was duly authorized to accept service of legal process for Abbott Laboratories Inc.

*(person served)* _*CINDY BENETT*_ is described as a _*W*_ (fe)male,

approximately _*30*_ years of age, _*130*_ lbs., _*5' 5*_ " tall, with _*BLACK*_ hair.

*(other features)* _____ .


_*Barnett Kolton*_
(PROCESS SERVER'S SIGNATURE)

Barnett Kolton


Sworn to before me this
_22_ day of July, 2005

_*Alria Heda*_
Notary Public

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
~~NORTHERN~~
-----------------------------------------------x

COUNTY OF CHENANGO

Index No. 05-CV-354

Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-----------------------------------------------x

STATE OF NEW JERSEY )
                    ) ss.:
COUNTY OF           )

_Gerald Jacuk_ , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey. On _Tues_ , July _19_ , 2005, at approximately _12:00 p_ .m., at

(place served) _1 Executive Dr. Fort Lee, NJ_

Deponent served the within Summons in a Civil Case and Complaint upon

_Alpharma Inc_ , by delivering to and leaving with

(Person served) _Carolina Vergara_ , (title) _Office Manager_

a true and correct copy of said documents.

At the time of said service, (Person served) _Carolina Vergara_ stated that

(s)he was duly authorized to accept service of legal process for _Alpharma Inc._

(person served) _Carolina Vergara_ is described as a _White_ (fe)male,

approximately _35_ years of age, _170_ lbs., _5_ . _6_ " tall, with _Brn_ hair.

(other features) _____ .

_____
(PROCESS SERVER'S SIGNATURE)

_Gerald Jacuk_
Print Name

Sworn to before me this
_22_ day of July, 2005

_____
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NORTHERN
-----------------------------------------------------------x

COUNTY OF CHENANGO

Index No. 05-CV-354

Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-----------------------------------------------------------x

STATE OF NEW JERSEY    )
                       ) ss.:
COUNTY OF              )

_John Hotz_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey.   On _Tues_____, July _19_, 2005, at approximately _1:10 P_.m., at

(place served) _300-400 Somerset Corp, Bridgewater, nj_

Deponent served the within Summons in a Civil Case and Complaint upon

_Aventis Pharmaceutical Inc_ by delivering to and leaving with

(Person served) _Laura Nigro_, (title) _Legal Asst_,

a true and correct copy of said documents.

At the time of said service, (Person served) _Laura Nigro_____ stated that

(s)he was duly authorized to accept service of legal process for _Aventis Pharmaceutical Inc_

(person served) _Laura Nigro_____ is described as a _White_ (fe)male,

approximately _45_ years of age, _130_ lbs., _5_._3_ " tall, with _Brn_ hair.

(other features) _____.

_John Hotz_
(PROCESS SERVER'S SIGNATURE)

_John Hotz_
Print Name

Sworn to before me this
_22_ day of July, 2005

_[signature]_
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
*NORTHERN* ----------------------------------x

COUNTY OF CHENANGO

Index No. 05-CV-354

Vs.

ABBOTT LABORATORIES, INC ALCON
LABORATORIES, INC. et. al.
----------------------------------------------------------x

STATE OF ILLINOIS   )
                    ) ss.:
COUNTY OF COOK   )

Barnett Kolton, being duly sworn deposes and says that: Deponent is not a party to this

action, and is over 18 years of age and is a resident of the State of Illinois.

On Tuesday, July 19, 2005, at approximately _2 : 40 P_.m. at One Baxter Parkway,

Deerfield, IL 60015, Deponent served the within Summons in a Civil Case and Complaint upon Baxter

Healthcare Corporation, by delivering to and leaving with *(person served)* _DEBBIE   FREEBAIRN_

*(title)* _PARALEGAL_. a true and correct copy of said documents.

At the time of said service, *(Person served)* _DEBBIE   FREE BAIRN_ stated that

(s)he was duly authorized to accept service of legal process for Baxter Healthcare Corporation.

*(person served)* _DEBBIE   FREE BAIRN_ is described as a _W_ (fe)male,

approximately _45_ years of age, _140_ lbs., _5' 6_ " tall, with _BROWN_ hair.

*(other features)* _____ .


_Barnett Kolton_
(PROCESS SERVER'S SIGNATURE)

Barnett Kolton


Sworn to before me this
22 day of July, 2005

_Alicia Hyden_
Notary Public

"OFFICIAL SEAL"
ALYCIA HAYDEN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8/10/200?

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
(NORTHERN) ------------------------------------------x
COUNTY OF CHENANGO

           Index No. 05-CV-354

       Vs.

ABBOTT LABORATORIES, INC ALCON
LABORATORIES, INC. et. al.
------------------------------------------------x
STATE OF ILLINOIS  )
          ) ss.:
COUNTY OF COOK  )

Barnett Kolton, being duly sworn deposes and says that: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of Illinois.

On Tuesday, July 19, 2005, at approximately _2 : 46 P_.m. at One Baxter Parkway, Deerfield, IL 60015, Deponent served the within Summons in a Civil Case and Complaint upon Baxter International Inc., by delivering to and leaving with (person served) _DEBBIE FREEBAIRN_ (title) _PARALEGAL_ , a true and correct copy of said documents.

At the time of said service, (Person served) _DEBBIE FREEBAIRN_ stated that (s)he was duly authorized to accept service of legal process for Baxter International Inc..

(person served) _DEBBIE FREEBAIRN_ is described as a _W_ (fe)male, approximately _45_ years of age, _140_ lbs., _5' 6_ " tall, with _BROWN_ hair.

(other features) _____.

                   _Barnett H. Kolton_
                (PROCESS SERVER'S SIGNATURE)

                Barnett Kolton

Sworn to before me this
_22_day of July, 2005

_____
Notary Public

OFFICIAL
ALYONA H. ...
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES ...

UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF NEW YORK
*NORTHERN*
------------------------------------------------x
COUNTY OF CHENANGO

Index No. 05-CV-354

     Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
------------------------------------------------x
STATE OF PENNSYLVANIA )
               ) ss.:
COUNTY OF *AllAgheny* )


      CARMEN J CICCARELLI , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Pennsylvania.
      On Tuesday, July 19, 2005, at approximately __1:20 P.m., at 100 Bayer Road,

Crafton, PA 15205, Deponent served the within Summons in a Civil Case and Complaint upon

Bayer Corporation, by delivering to and leaving with *(Person served)* JEFFREY GITCHEL .

*(title)* COUNSEL , a true and correct copy of said documents.

      At the time of said service, *(Person served)* JEFFREY GITCHEL stated that

~~(s)~~he was duly authorized to accept service of legal process for Bayer Corporation.

      JEFFREY GITCHEL *(Person served)* is described as a WHITE

~~(fe)~~male, approximately __AO__ years of age, __160__ lbs., __5' 7__ " tall, with

BLACK hair. *(other features)* _____ .


                    (PROCESS SERVER'S SIGNATURE)

                  CARMEN J CICCARELLI
                      Print Name

Sworn to before me this
19th day of July, 2005

Notary Public

Notarial Seal
J. Stauffer, Jr. Notary Public
Allegheny County
Commission Expires Oct. 31, 2009
Member, Pennsylvania Association Of Notaries

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

COUNTY OF CHENANGO

Index No. 05-CV-354

Vs.

ABBOTT LABORATORIES, INC., ALCON LABORATORIES, INC. et. al.

---------------------------------------------------------------x

STATE OF NEW YORK )
) ss.:
COUNTY OF QUEENS )

Andrew Bartley, being duly sworn deposes and says that: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

On Wednesday, July 20, 2005, at approximately 12:15 p.m., at 2 Quaker Road, Pomona, New York 10970, Deponent served the within Summons in a Civil Case and Complaint upon Barr Laboratories Inc., by delivering to and leaving with Vincent Combardi, Security Operations Coordinator, a true and correct copy of said documents.

At the time of said service, Vincent Combardi stated that he was duly authorized to accept service of legal process for Barr Laboratories Inc.

Vincent Combardi is described as a White male, approximately 37 years of age, 180-185 lbs., 5'7"-5'8" tall, black hair and wears glasses.

[signature]
Andrew Bartley

Sworn to before me this
22nd day of July, 2005

[signature] Karlene S Jackson
Notary Public

KARLENE S. JACKSON
Notary Public
State of New York, #01JA5083169
Qualified in Kings County
Commission Expires August 4, 2005

ORIGINAL

UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF NEW YORK
*NORTHERN*
-------------------------------------------------x
COUNTY OF CHENANGO

Index No. 05-CV-354

Vs.

ABBOTT LABORATORIES, INC ALCON
LABORATORIES, INC. et. al.
-------------------------------------------------x

STATE OF OHIO      )
                   ) ss.:
COUNTY *OF SUMMIT* )

_____JOHN APYNYS_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Ohio.

On Tuesday, July 19, 2005, at approximately __3:30 P__.m. at 300 Northfield Road,

Bedford, OH 44146, Deponent served the within Summons in a Civil Case and Complaint upon Ben

Venue Laboratories Inc., by delivering to and leaving with *(person served)* __KATHY RAMSEY__,

*(title)* __ADMINISTRATIVE ASSISTANT__, a true and correct copy of said document.

At the time of said service, *(Person served)* __KATHY RAMSEY__ stated that

(s)he was duly authorized to accept service of legal process for Ben Venue Laboratories Inc.

*(person served)* __KATHY RAMSEY__ is described as a __CAUCASIAN__ (fe)male,

approximately __50__ years of age, __150__ lbs., __5'4"__ tall, with __RED/GREY__ hair.

*(other features)* _____.

_____
(PROCESS SERVER'S SIGNATURE)

_____
JOHN APYNYS
Print Name

Sworn to before me this
19th day of July, 2005

Notary Public

PRIVATE PROCESS SERVER
STATE OF OHIO - ALL COUNTIES

UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF NEW YORK
*NORTHERN*-------------------------------------------------x

(Caption

                                        Index No. *05 – CV – 354*

    *COUNTY OF CHENANGO*   Plaintiff


              V.
*ABBOTT LABORATORIES INC . ET.AL.*
(Caption)
                        Defendants
----------------------------------------------------------x

STATE OF *MASSACHUSETTS* )
                                     ) ss.:
COUNTY *SUFFOLK*              )


        *DAVID E WALTERS*, being duly sworn deposes and says that: deponent is not a party

to this action, and is over 18 years of age and is a resident of the State of    *MASSACHUSETTS*


        On *WEDNESDAY JULY 20*, 2005 approximately *1:45* p.m. at (address

served) *10 CAMBRIDGE CENTER MA. 02142*, deponent served the within Summons in a Civil Case and

Complaint upon    *BIOGEN IDEC INC*          by delivering to and leaving with

(PERSON SERVED) *KEVIN FOLEY*  ,(TITLE) *PARALEGAL*        , a true and correct

copy of said document. At the time of said service, (PERSON SERVED)

*KEVIN FOLEY*          stated that __ he was duly authorized to accept service of legal

process for (Co served)  *BIOGEN IDEC INC*.

        (PERSON SERVED) *KEVIN FOLEY*      is described as a *WHITE*    male,

approximately *29* years of age, *240* lbs. *6* '*5*" tall, with *BLACK* hair and (OTHER FEATURES)

_____

                        *[signature]*
                        (PROCESS SERVER'S SIGNATURE)
                        (*DAVID E. WALTERS*)


Sworn to before me this
*30th* day of *July*    , 200*5*

*Patricia A. Farr*
Notary Public,
My Commission exp
        *7|25|08*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
*NORTHERN*
-----------------------------------------------------------x
COUNTY OF CHENANGO

                                              Index No. 05-CV-354

        Vs.

ABBOTT LABORATORIES, INC ALCON
LABORATORIES, INC. et. al.
-----------------------------------------------------------x
STATE OF CONNECTICUT )
                     ) ss.:
COUNTY FAIRFIELD     )

            Eric Rubin _____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Connecticut.

            On Monday, July 18, 2005, at approximately 1230 p.m. at One Commercial Plaza,

Hartford, CT 06103, Deponent served the within Summons in a Civil Case and Complaint upon

Boehringer Ingelheim Pharmaceuticals Inc., via Agent CT Corporation, by delivering to and leaving with

*(Person served)* ____Mary Foran_____  ____Sr. Fulfillment Agent__ *(Title)*.

a true and correct copy of said document. At the time of said service.

*(Person served)* _____Mary Foran_____ stated that (s)he was duly authorized to accept

service of legal process for Boehringer Ingelheim Pharmaceuticals Inc.

            _____Mary Foran_____ *(Person served)* is described as a _White_____

(fe)male, approximately ____35_____ years of age, ___130____ lbs., __5_ '_4__ " tall, with

_Blonde__ hair.

*(other features)* _____.

                              _____
                              (PROCESS SERVER'S SIGNATURE)
                              _____Eric Rubin_____
                                      Print Name

Sworn to before me this
19th day of July, 2005
_____
Notary Public

       Ksenia V. Rubin
      NOTARY PUBLIC
     State of Connecticut
My Commission Expires 12/31/07

UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF NEW YORK
_NORTHERN_
--------------------------------------------------------x
COUNTY OF CHENANGO

     Vs.

Index No. 05-CV-354

ABBOTT LABORATORIES, INC ALCON
LABORATORIES, INC. et. al.
--------------------------------------------------------x
STATE OF CONNECTICUT )
                ) ss.:
COUNTY FAIRFIELD     )

           Eric Rubin       , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Connecticut.

       On Monday, July 18, 2005, at approximately 12:30 pm. at One Commercial Plaza,

Hartford, CT 06103, Deponent served the within Summons in a Civil Case and Complaint upon

Boehringer Ingelheim Corp, via Agent CT Corporation, by delivering to and leaving with

_(Person served)_ Mary Foran      , Sr. Fulfillment Agent _(Title)_.

a true and correct copy of said document. At the time of said service,

_(Person served)_ Mary Foran     stated that (s)he was duly authorized to accept

service of legal process for Boehringer Ingelheim Corp.

      Mary Foran     _(Person served)_ is described as a  White

(fe)male. approximately  35  years of age.  130  lbs.,  5 , 4  " tall, with

Blonde   hair.

_(other features)_ _____ .

                    (PROCESS SERVER'S SIGNATURE)
                       Eric Rubin
                         Print Name

Sworn to before me this
19th day of July, 2005

Notary Public

    Ksenia V. Rubin
    NOTARY PUBLIC
    State of Connecticut
My Commission Expires 12/31/07

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

THIS DOCUMENT RELATES TO:

COUNTY OF CHENANGO v. ABBOTT
LABORATORIES, INC., et al.

S.D.N.Y. Case No. 05-cv-354

Index No. 01-12257 PBS

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

I, ANDREW MILLER, says:

I am over the age of eighteen, am not a party to this action, and am employed in the City, State, and County of New York.  On July 18, 2005, I served true and complete copies of the attached SUMMONS AND COMPLAINT upon BRISTOL-MYERS SQUIBB, CO. by delivering said true copies to Sattie Jarim, of CT CORPORATION, 111 Eighth Avenue, New York, NY 10011.  Ms. Jarim is 5'7" tall, wear glasses, and has black hair.

ANDREW MILLER

Sworn to before me this
19th day of July, 2005.

Notary Public

MARIANNE SADECKI
Notary Public, State of New York
No. 14-4869982
Qualified in Dutchess County
Commission Expires Sept. 8, 2006

UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF NEW YORK
_Northern_
------------------------------------------------x
COUNTY OF CHENANGO

Index No. 05-CV-354

Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
------------------------------------------------x
STATE OF PENNSYLVANIA    )
                         ) ss.:
COUNTY OF                )

_Matthew Kohlman_ , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Pennsylvania. On _TUES_ , July _19_ , 2005. at approximately _10:00_ _A_.m., at

(place served) _1050 Westlakes Dr., Berwyn, PA_

Deponent served the within Summons in a Civil Case and Complaint upon

_Dermik Laboratories_ , by delivering to and leaving with

(Person served) _Stephen Kanovsky_ (title) _Assoc. Gen. Counsel_

a true and correct copy of said documents.

At the time of said service, (Person served) _Stephen Kanovsky_ stated that

(s)he was duly authorized to accept service of legal process for _Dermik_ .

(person served) _Stephen Kanovsky_ is described as a _White_ (fe)male,

approximately _40_ years of age, _175_ lbs., _5_ . _9_ " tall, with _Brn_ hair.

(other features) _____ .

(PROCESS SERVER'S SIGNATURE)

_Matthew Kohlman_

Print Name

Sworn to before me this
_29_ day of July, 2005

Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
COUNTY OF CHENANGO

Index No. 05-CV-354

     Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-----------------------------------------------------------------x
STATE OF CALIFORNIA    )
                 ) ss.:
COUNTY OF SOLANO )

         Ray Lowe, being duly sworn deposes and says that: Deponent is not a party to this action,

and is over 18 years of age and is a resident of the State of California.

         On Tuesday, July 19, 2005, at approximately 12:41 p.m., at 2751 Napa Valley Corporate

Drive, Napa, CA 94558, Deponent served the within Summons in a Civil Case and Complaint upon Dey

Inc., by delivering to and leaving with John Scheels, a true and correct copy of said documents.

        At the time of said service, John Scheels, stated that he was duly authorized to accept service of

legal process for Dey Inc.

        John Scheels is described as a ____White____ male, approximately ___55___ years of

age, __240__ lbs., __6'3"__ " tall, with __white__ hair. *(other features)* _____ .


                             Ray Lowe
                          (PROCESS SERVER'S SIGNATURE)


                          Ray Lowe
Subscribed to and Sworn to before me on this 25th day of July, 2005, by RAY LOWE,
personally known to me to be the person who appeared before me.

WITNESS MY HAND AND SEAL.

Notary Public

JACQUELYNE L. LOWE
COMM. #1591134
NOTARY PUBLIC • CALIFORNIA
SOLANO COUNTY
Comm. Expires JULY 23, 2009

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of New York

Index Number: 05-CV-354 TJM/DEP

Date Filed: 3/21/2005

Plaintiff:
**County of Chenango**

vs.

Defendant:
**Abbott Laboratories, Inc., Alcon Laboratories, Inc., et al**

Received by Preemptive Process Servers, Inc. on the 19th day of July, 2005 at 8:59 am to be served on **ELI LILLY & COMPANY, LILLY CORPORATE CENTER, 893 S. DELAWARE STREET, INDIANAPOLIS, INDIANA 46285**.

I, Ron Haase, being duly sworn, depose and say that on the **19th day of July, 2005** at **2:22 pm, I:**

Delivered a true copy of the **Summons and Complaint** to Tim Campbell, Legal Associate at the aforementioned address, who stated that they were authorized to accept service.

**Description** of Person Served:  Age: 50,  Sex: M,  Race/Skin Color: Cauc,  Height: 6'3",  Weight: 235,  Hair: Brown,  Glasses: Y

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made.  I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

_Ron Haase_
**Ron Haase**
Process Server

Subscribed and Sworn to before me on the 20th day of July, 2005 by the affiant who is personally known to me.

_Nancy Bilby_
NOTARY PUBLIC

**Preemptive Process Servers, Inc.**
**176-37 120th Ave.**
**Jamaica, NY  11434**
**(718) 341-9960**

Our Job Serial Number: 2005004593
Ref: KMS-Chenango

NANCY BOTBYL
Notary Public- Seal
State of Indiana
My Commission Expires Jul 18, 2009

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
*NORTHERN*
-------------------------------------------------x
COUNTY OF CHENANGO

Index No. 05-CV-354

Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-------------------------------------------------x

STATE OF PENNSYLVANIA   )
                        ) ss.:
COUNTY OF               )

_Matthew Kohluan_ , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Pennsylvania. On _Tues_ , July _19_ , 2005, at approximately _9:30_ a.m., at

(place served) _100 Painters Dr. Chadds Ford, PA_

Deponent served the within Summons in a Civil Case and Complaint upon

_Endo Pharmaceuticals Inc_ , by delivering to and leaving with

(Person served) _Lashmna Duwe_ (title) _Receptionist_

a true and correct copy of said documents.

At the time of said service, (Person served) _Lashmna Duwe_ stated that

(s)he was duly authorized to accept service of legal process for _Endo_

(person served) _Lashmna Duwe_ is described as a _BLACK_ (fe)male,

approximately _35_ years of age, _140_ lbs., _5.4_ " tall, with _BLK_ hair.

(other features) _____ .

(PROCESS SERVER'S SIGNATURE)

_Matthew Kohluan_
Print Name

Sworn to before me this
_2_ day of July, 2005

_____
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

# AFFIDAVIT OF RETURN OF SERVICE

COUNTY OF ST. LOUIS

COUNTY OF CHENANGO v.
ABBOTT LABORATORIES, INC.,
ETAL
United States District Court
Northern District of New York
Case No.  05-CV-354

I, Matt Douglas, of Markell & Associates, Inc., being duly sworn upon his oath,

states that he is over the age of 21 years; and that he is a disinterested party to this action;

and that he served a copy of the attached Summons and Complaint on defendant ETHEX

CORPORATION, by personal service on STEVE RANDAZZO,  Person In

Charge/authorized to accept, at 1 Corporage Woods Drive, St. Louis, Missouri on July

21, 2005, 11:44 a.m.

MARKELL & ASSOCIATES, INC.

Matt Douglas

Sworn to before me on July 25, 2005,

Notary Public

```
" NOTARY SEAL "
John J. Roth . Notary Public
St. Louis County, State of Missouri
My Commission Expires 6/5/2009
Commission Number 05464356
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

THIS DOCUMENT RELATES TO:

COUNTY OF CHENANGO v. ABBOTT
LABORATORIES, INC., et al.

S.D.N.Y. Case No. 05-cv-354

Index No. 01-12257 PBS

## AFFIDAVIT OF SERVICE

ANDREW MILLER, being duly sworn, says:

Deponent is not a party of the action, is over the age of 18 years, is a resident of

Brooklyn, New York.

On July 18, 2005, deponent served the within SUMMONS AND COMPLAINT upon:

**Forest Laboratories, Inc.**
**909 Third Avenue**
**New York, NY 10022**

By delivering a true copy thereof personally to the above-named firm and leaving
same with Douglas Pettus, mail room manager, at the address indicated.

_Andrew Miller_
ANDREW MILLER

Sworn to before me this
_19_ day of July, 2005.

_Ileana Ramirez_
Notary Public

ILEANA RAMIREZ
Notary Public, State of New York
No. 01RA4740575
Appointed in Bronx County
My Commission expires 8/31/2005

AFFIDAVIT OF RETURN OF SERVICE


COUNTY OF ST. LOUIS                          COUNTY OF CHENANGO v.
                                             ABBOTT LABORATORIES, INC.,
                                             ETAL
                                             United States District Court
                                             Northern District of New York
                                             Case No.  05-CV-354



I, Matt Douglas, of Markell & Associates, Inc., being duly sworn upon his oath,

states that he is over the age of 21 years; and that he is a disinterested party to this action;

and that he served a copy of the attached Summons and Complaint on defendant

FOREST PHARMACEUTICALS, INC., by personal service on TERRY HOWELL,

Person In Charge/authorized to accept, 13600 Shoreline Drive, St. Louis, Missouri on

July 19, 2005, 12:31 p.m.



                                             MARKELL & ASSOCIATES, INC.


                                             _____
                                                     Matt Douglas


Sworn to before me on July 25, 2005,

_____
        Notary Public

```
" NOTARY SEAL "
John J. Roll    Notary Public
St. Louis County, State of Missouri
My Commission Expires 6/5/2009
Commission Number 05464356
```

UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF NEW YORK
*NORTHERN* ----------------------    ------------------x

COUNTY OF CHENANGO

Index No. 05-CV-354

Vs.

ABBOTT LABORATORIES, INC ALCON
LABORATORIES, INC. et. al.
----------------------------------------------------------------x

STATE OF ILLINOIS   )
                    ) ss.:
COUNTY OF COOK      )

Barnett Kolton, being duly sworn deposes and says that: Deponent is not a party to this

action, and is over 18 years of age and is a resident of the State of Illinois.

On Tuesday, July 19, 2005, at approximately *2 : 55 P*.m. at Three Parkway North,

Deerfield, IL 60015, Deponent served the within Summons in a Civil Case and Complaint upon Fujisawa

Healthcare Inc., by delivering to and leaving with *(person served)* *LINDA FRIEDMAN*

*(title)* *GENERAL COUNSEL*, a true and correct copy of said documents.

At the time of said service, *(Person served)* *LINDA FRIEDMAN* stated that

(s)he was duly authorized to accept service of legal process for Fujisawa Healthcare Inc.

*(person served)* *LINDA FRIEDMAN* is described as a *W* ((fe)male)

approximately *45* years of age, *150* lbs., *5' 5"* tall, with *BROWN* hair.

*(other features)* _____ .

_____
(PROCESS SERVER'S SIGNATURE)

Barnett Kolton

Sworn to before me this
*22* day of July, 2005

_____
Notary Public

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
*Northern*
-------------------------------------------------------x
COUNTY OF CHENANGO

Index No. 05-CV-354

Vs.

ABBOTT LABORATORIES, INC ALCON
LABORATORIES, INC. et. al.
-------------------------------------------------------x
STATE OF ILLINOIS )
                  ) ss.:
COUNTY OF COOK   )

Barnett Kolton, being duly sworn deposes and says that: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of Illinois.

On Tuesday, July 19, 2005, at approximately _2_ : _55_ _P_.m. at Three Parkway North, Deerfield, IL 60015, Deponent served the within Summons in a Civil Case and Complaint upon Fujisawa USA, Inc., by delivering to and leaving with *(person served)* _LINDA FRIEDMAN_ , *(title)* _GENERAL COUNSEL_, a true and correct copy of said documents.

At the time of said service, *(Person served)* _LINDA FRIEDMAN_ stated that (s)he was duly authorized to accept service of legal process for Fujisawa USA, Inc.

*(person served)* _LINDA FRIEDMAN_ is described as a _X_ (fe)male, approximately _45_ years of age, _150_ lbs., _5_ ' _5_ " tall, with _BROWN_ hair.

*(other features)* _____ .

_Barnett Kolton_
(PROCESS SERVER'S SIGNATURE)

Barnett Kolton

Sworn to before me this
_22_ day of July, 2005

_Olera Hyde_
Notary Public

OLERA HYDEN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6/18/07

UNITED STATES DISTRICT COURT
~~SOUTHERN~~ *NORTHERN* DISTRICT OF NEW YORK

-------------------------------------------------------------x

(Caption
*COUNTY OF SHENANGO* Plaintiff          Index No. *05 – CV – 354*

V.

*ABBOTT LABORATORIES INC ET AL*
(Caption)

                                        Defendants

-------------------------------------------------------------x

STATE OF *MASSACHUSETTS*
                         ) ss.:
COUNTY *SUFFOLK*         )

     *DAVID E WALTERS*, being duly sworn deposes and says that: deponent is not a party

to this action, and is over 18 years of age and is a resident of the State of *MASSACHUSETTS*

     On *WEDNESDAY , JULY 20* , 2005 approximately *1:30 p* .m. at (address

served) *1 KENDALL Sq MA 02139* , deponent served the within Summons in a Civil Case and

Complaint upon    *GENZYME CORPORATION*    by delivering to and leaving with

(PERSON SERVED) *MARY ELLEN MUCCI* ,(TITLE) *EXECUTIVE ASST*, a true and correct

copy of said document. At the time of said service, (PERSON SERVED)

*MARY ELLEN MUCCI*     stated that *s*he was duly authorized to accept service of legal

process for (Co served) *GENZYME CORP :* .

     (PERSON SERVED) *MARY ELLEN MUCCI* is described as a *WHITE* female,

approximately *40* years of age, *140* lbs., *5'7* " tall, with *BLONDE* hair and (OTHER FEATURES)

_____

                                       *David E Walt*
                              (PROCESS SERVER'S SIGNATURE)

Sworn to before me this
*20th* day of *July* , 200*5*

*Patricia A. Farr*
Notary Public
*My Commission exp 4/25/08*

UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF NEW YORK
_NORTHERN_ ------------------------------------------x

COUNTY OF CHENANGO

Vs.                                    Index No. 05-CV-354

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
---------------------------------------------------------x

STATE OF NEW JERSEY        )
                           ) ss.:
COUNTY OF                  )

_John Hotz_ , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey.  On _Tues_ , July _19_ , 2005, at approximately _2 35_ _p_.m., at

(place served) _95 Corporate Dr., Bridgewater, NJ_

Deponent served the within Summons in a Civil Case and Complaint upon

_Grunstone LTD_ , by delivering to and leaving with

(Person served) _Stephen Rhodes_ , (title) _Litigation Dept._ ,

a true and correct copy of said documents.

At the time of said service, (Person served) _Stephen Rhodes_ stated that

(s)he was duly authorized to accept service of legal process for _Grunstone LTD_ .

(person served) _Stephen Rhodes_ is described as a _White_ (s)male,

approximately _40_ years of age, _100_ lbs., _5_ _10_ " tall, with _Brn_ hair.

(other features) _____ .

_John Hotz_
(PROCESS SERVER'S SIGNATURE)

_John Hotz_
Print Name

Sworn to before me this
_22_ day of July, 2005

_(signature)_
Notary Public

DAMIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF NEW YORK
*NORTHERN*
---------------------------------------------------------x

COUNTY OF CHENANGO                              Index No. 05-CV-354

                    Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
---------------------------------------------------------x

STATE OF NEW JERSEY              )
                                 ) ss.:
COUNTY OF                        )

_Gerald Dacuk_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey. On _TUES_, July _19_, 2005, at approximately _11:00_ a.m., at _Hoffman-La-Roche, 340 Kingsland St, Nutley NJ_

(place served) _Hoffman-La-Roche, 340 Kingsland St, Nutley NJ_

Deponent served the within Summons in a Civil Case and Complaint upon

_Hoffman-LaRoche_, by delivering to and leaving with

(Person served) _Debra Marchuk_, (title) _Secretary_,

a true and correct copy of said documents.

        At the time of said service, (Person served) _Debra Marchuk_ stated that

(s)he was duly authorized to accept service of legal process for _Hoffman-La-Roche_

(person served) _Debra Marchuk_ is described as a _white_ (fe)male,

approximately _35_ years of age, _130_ lbs., 5 ' _8_ " tall, with _brown_ hair.

(other features) _____


                              _[signature]_
                              (PROCESS SERVER'S SIGNATURE)
                              _Gerald Dacuk_
                              Print Name

Sworn to before me this
_20_ day of July, 2005

_[signature]_
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF NEW YORK
*NORTHERN* -------------------------------------------x

COUNTY OF CHENANGO

Index No. 05-CV-354

Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
------------------------------------------------x

STATE OF WASHINGTON )
                          ) ss.:
COUNTY OF                 )

_J. Bradford_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Washington.   On Tuesday, July 19, 2005, at approximately 3:16 p.m., at _1201 Amgen_

_Ct. W. Seattle_____, WA _98119_, Deponent served the within

Summons in a Civil Case and Complaint upon Immunex Corp., by delivering to and leaving with

*(Person served)* _Laura Mulholland_, *(title)* _Associate Manager Law Administration_, a

true and correct copy of said documents.

At the time of said service, *(Person served)* _Laura Mulholland_ stated that

(s)he was duly authorized to accept service of legal process for Immunex Corp..

_Laura Mulholland_ *(Person served)* is described as a _Caucasian_

(fe)male, approximately _30_ years of age, _140_ lbs., _5' 6_ " tall, with

_Brown_ hair. *(other features)*

_____
(PROCESS SERVER'S SIGNATURE)

J. Bradford
Print Name

Sworn to before me this
_21_ day of July, 2005

_Ramona L Holmes_____
Notary Public

[Notary seal: RAMONA L. HOLMES — NOTARY PUBLIC — COMMISSION EXPIRES 11-18-07 — STATE OF WASHINGTON]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NORTHERN
------------------------------------------------------x

COUNTY OF CHENANGO                    Index No. 05-CV-354

        Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
------------------------------------------------------x

STATE OF NEW JERSEY     )
                   ) ss.:
COUNTY OF             )

        Janet Mullen , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey.    On  Tues , July 19, 2005, at approximately 11:45 A.m., at

(place served)  1135 Trinton-Harbourtown Rd. Titusville, NJ

Deponent served the within Summons in a Civil Case and Complaint upon Janssen Pharmaceutical Products, LP by delivering to and leaving with

(Person served)  Lisa Schmidt , (title) Dir. Global Chemical Quality Assurance

a true and correct copy of said documents.

    At the time of said service, (Person served) Lisa Schmidt stated that Janssen Pharmaceutical Prod LP

(s)he was duly authorized to accept service of legal process for

(person served) Lisa Schmidt is described as a White (fe)male,

approximately 35 years of age, 130 lbs., 5 . 5 " tall, with Brn hair.

(other features) _____

                    Janet E. Mullen
                  (PROCESS SERVER'S SIGNATURE)
                  Janet Mullen
                  Print Name

Sworn to before me this
2 2 day of July, 2005

_____
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK *NORTHERN*
-------------------------------------------------x

COUNTY OF CHENANGO

Index No. 05-CV-354

Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-------------------------------------------------x

| STATE OF NEW JERSEY | ) |
| | ) ss.: |
| COUNTY OF | ) |

*Janet Mullen*, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey.  On *Tues*, July *19*, 2005, at approximately *2:10 P*.m., at

(place served) *1 J + J Plaza, N. Brunswick, NJ*

Deponent served the within Summons in a Civil Case and Complaint upon

*Johnson & Johnson*, by delivering to and leaving with

(Person served) *Michelle Bacorn*, (title) *Paralegal*,

a true and correct copy of said documents.

At the time of said service, *(Person served)* *Michelle Bacorn* stated that

(s)he was duly authorized to accept service of legal process for *Johnson & Johnson*

(person served) *Michelle Bacorn* is described as a *White* (fe)male,

approximately *40* years of age, *110* lbs., *5 : 7* " tall, with *Blk* hair.

(other features) _____

(PROCESS SERVER'S SIGNATURE)

*Janet Mullen*
Print Name

Sworn to before me this
2 day of July, 2005

Notary Public

DAMIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

COUNTY OF CHENANGO

Index No. 05-CV-354

Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
------------------------------------------------------------x

STATE OF TENNESSEE   )
                     ) ss.:
COUNTY OF SULLIVAN  )

David E. Peters, being duly sworn deposes and says that: Deponent is not a party to this

action, and is over 18 years of age and is a resident of the State of Tennessee.

On Tuesday, July 19, 2005, at approximately __10 : 15  6__ a.m., at 501 Fifth Street,

Bristol, TN 37620, Deponent served the within Summons in a Civil Case and Complaint upon King

Pharmaceuticals Inc., by delivering to and leaving with Kurt J. Pomrenke, Esq., a true and correct

copy of said documents.

At the time of said service, Kurt J. Pomrenke, Esq., stated that he was duly authorized to accept

service of legal process for King Pharmaceuticals Inc.

Kurt J. Pomrenke, Esq., is described as a ___White___ male, approximately

__40__ years of age, __190__ lbs. __6'__ " tall, with __Brown__ hair.

(other features) _____

_____
(PROCESS SERVER'S SIGNATURE)

__David E Peters__
Print Name

Sworn to before me this
21 day of July, 2005

__Kathy D. Harrison__
Notary Public

KATHY D HARRISON
NOTARY
PUBLIC
AT
LARGE
EXP 6/26/2007
SULLIVAN COUNTY, TN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
*NORTHERN* ----------------------------------------x

COUNTY OF CHENANGO

Index No. 05-CV-354

Vs.

ABBOTT LABORATORIES, INC ALCON
LABORATORIES, INC. et. al.
-------------------------------------------x

STATE OF MARYLAND    )
*montgomery*         ) ss.:
COUNTY               )

_____Tom Chedester_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Maryland.

On Tuesday, July 19, 2005, at approximately _3_ :_19_ p.m. at One MedImmune Way,

Gaithersburg, MD 20878, Deponent served the within Summons in a Civil Case and Complaint upon

MedImmune Inc., by delivering to and leaving with *(person served)* _Derinda Haas_ ,

*(title)* _Asst. General Counsel_ a true and correct copy of said document.

At the time of said service, *(Person served)* _Derinda Haas_ stated that

(s)he was duly authorized to accept service of legal process for MedImmune Inc.

*(person served)* _Derinda Haas_ is described as a _white_ (fe)male,

approximately _48_ years of age, _130_ lbs., _5_ : _4_ " tall, with _brown_ hair,

*(other features)* _glasses_ .

_____Tm Chdstr_____
(PROCESS SERVER'S SIGNATURE)

_____Tom Chedester_____
Print Name

Sworn to before me this
_20_ day of July, 2005

_____
Notary Public

JANET M. SHIPE
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires September 1, 2006

UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF NEW YORK
NORTHERN ----------------------------------------x

COUNTY OF CHENANGO                              Index No. 05-CV-354

        Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
----------------------------------------------------x

STATE OF NEW JERSEY     )
                        ) ss.:
COUNTY OF               )

_John Hotz_ , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey. On _Tues_ , July _19_ , 2005, at approximately _11:25A_.m., at

(place served) _1 Merck Dr. Whitehouse Station, NJ_

Deponent served the within Summons in a Civil Case and Complaint upon

_Merck_ , by delivering to and leaving with

(Person served) _Connie Boyle_ (title) _Legal Asst_ ,

a true and correct copy of said documents.

        At the time of said service, (Person served) _Annie Boyle_ stated that

(s)he was duly authorized to accept service of legal process for _Merck_ .

(person served) _Connie Boyle_ is described as a _White_ (fe)male,

approximately _50_ years of age, _190_ lbs., _5 . 5_ " tall, with _Red_ hair.

(other features) _____

_____
(PROCESS SERVER'S SIGNATURE)

_John Hotz_
Print Name

Sworn to before me this
_22_ day of July, 2005

_____
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

COUNTY OF CHENANGO                                     Index No. 05-CV-354

      Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
----------------------------------------------------------------x
STATE OF TENNESSEE  )
             ) ss..
COUNTY OF SULLIVAN )

      David E. Peters, being duly sworn deposes and says that: Deponent is not a party to this

action  and is over 18 years of age and is a resident of the State of Tennessee.

      On Tuesday, July 19, 2005, at approximately __10:15 A.M__.m., at 501 Fifth Street,

Bristol, TN 37620, Deponent served the within Summons in a Civil Case and Complaint upon Monarch

Pharmaceuticals Inc., by delivering to and leaving with Kurt J. Pomrenke, Esq., a true and correct

copy of said documents.

      At the time of said service, Kurt J. Pomrenke, Esq., stated that he was duly authorized to accept

service of legal process for Monarch Pharmaceuticals Inc.

      Kurt J. Pomrenke, Esq., is described as a __White__ male, approximately

__40__ years of age, __190__ lbs., __6'__ tall, with __Brown__ hair.

*(other material)* _____

                     _David E Peters_
                     (PROCESS SERVER'S SIGNATURE)

                     DAVID E PETERS
                     Print Name

Sworn to before me this
21 day of July, 2005

_Kathy D. Harrison_
Notary Public

NOTARY
PUBLIC
AT
LARGE
EXP 6/26/2007
KATHY D HARRISON
SULLIVAN COUNTY TN

UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF NEW YORK
*Northern*
-----------------------------------------------------------x
COUNTY OF CHENANGO

Index No. 05-CV-354

Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-----------------------------------------------------------x
STATE OF PENNSYLVANIA )
                                        ) ss.:
COUNTY OF                       )

CARMEN J CICCARELLI , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Pennsylvania.
On Tuesday, July 19, 2005, at approximately  1 : 50 P.m., at 1500 Corporate Drive,

Ste 400, Canonsburg, PA 15317, Deponent served the within Summons in a Civil Case and Complaint

upon Mylan Laboratories Inc., by delivering to and leaving with *(Person served)* VICTORIA POLASKI

*(title)* LEGAL ASSISTANT          , a true and correct copy of said documents.

At the time of said service, *(Person served)* VICTORIA POLASKI          stated that

(s)he was duly authorized to accept service of legal process for Mylan Laboratories Inc..

VICTORIA POLASKI          *(Person served)* is described as a  WHITE

(fe)male, approximately  50      years of age,  170    lbs.,  5' 8 " tall, with

BLOND    hair. *(other features)* _____ .


                                    (PROCESS SERVER'S SIGNATURE)

                                    CARMEN J CICCARELLI
                                    Print Name

Sworn to before me this
19TH day of July, 2005


Notary Public

Notarial Seal
Robert ... Notary Public
... County
... Oct. 31, 2005
... Association Of Notaries

UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF NEW YORK
~~NORTHERN~~ ---------------------------------------------x

COUNTY OF CHENANGO

                                    Index No. 05-CV-354

        Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
---------------------------------------------------------x
STATE OF PENNSYLVANIA )
                      ) ss.:
COUNTY OF *Allegheny* )


        CARMEN J CICCARELLI , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Pennsylvania.
                On Tuesday, July 19, 2005, at approximately  1:50 P.m., at 1500 Corporate Drive,

Ste 400, Canonsburg, PA 15317, Deponent served the within Summons in a Civil Case and Complaint

upon Mylan Pharmaceuticals Inc., by delivering to and leaving with *(Person served)* VICTORIA POLASKI

*(title)* LEGAL ASSISTANT , a true and correct copy of said documents.

        At the time of said service, *(Person served)* VICTORIA POLASKI stated that

(s)he was duly authorized to accept service of legal process for Mylan Pharmaceuticals Inc.

        VICTORIA POLASKI  *(Person served)* is described as a WHITE

(fe)male, approximately  50  years of age, 170  lbs., 5'8" tall, with

BLOND hair. *(other features)* _____ .


                        (PROCESS SERVER'S SIGNATURE)

                        CARMEN J CICCARELLI
                        Print Name

Sworn to before me this
19th day of July, 2005

Notary Public

Notarial Seal
Robert D. ... Notary Public
Penn...
My Comm... es Oct 31, 2005
... Association Of Notaries

UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF NEW YORK
*Northern*
------------------------------------------------x
COUNTY OF CHENANGO

Index No. 05-CV-354

Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
------------------------------------------------x

STATE OF PENNSYLVANIA )
                      ) ss.:
COUNTY OF             )

_Matthew Kohluon_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Pennsylvania. On _Tues_, July _19_, 2005, at approximately _.00 P.m._, at

(place served) _1050 Camp Hill Rd. Ft. Washington, PA_

Deponent served the within Summons in a Civil Case and Complaint upon

_McNeil-PPC Inc_, by delivering to and leaving with

(Person served) _Alyson Keyes_, (title) _Dir of HR_,

a true and correct copy of said documents.

At the time of said service, *(Person served)* _Alyson Keyes_ stated that

(s)he was duly authorized to accept service of legal process for _McNeil-PPC Inc_

(person served) _Alyson Keyes_ is described as a _White_ (fe)male,

approximately _100_ years of age. _150_ lbs. _5_ ' _6_ " tall, with _Red_ hair.

(other features) _glasses_

(PROCESS SERVER'S SIGNATURE)

_Matthew Kohluon_
Print Name

Sworn to before me this
_22_ day of July, 2005

Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_NorTHern_ ------------------------------------------x

COUNTY OF CHENANGO

Index No. 05-CV-354

Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
---------------------------------------------------x

STATE OF NEW JERSEY )
) ss.:
COUNTY OF )

_John Hotz_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey.   On _WED_, July _20_, 2005, at approximately _2:50 P_.m., at

(place served) _1 Health Plaza, E. Hanover, NJ_

Deponent served the within Summons in a Civil Case and Complaint upon

_Novartis Pharmaceuticals_, by delivering to and leaving with

(Person served) _Chavna Gerstenhaber_ (title) _Legal Dep._,

a true and correct copy of said documents.

At the time of said service, (Person served) _Chavna Gerstenhaber_ stated that

(s)he was duly authorized to accept service of legal process for _Novartis_.

(person served) _Chavna Gerstenhaber_ is described as a _white_ (fe)male,

approximately _45_ years of age, _220_ lbs., _5_ ' _3_ " tall, with _brn_ hair.

(other features) _glasses_.

_(signature)_
(PROCESS SERVER'S SIGNATURE)

_John Hotz_
Print Name

Sworn to before me this
_22_ day of July, 2005

_(signature)_
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NORTHERN----------------------------------------------x
COUNTY OF CHENANGO

Index No. 05-CV-354

Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
----------------------------------------------------------x

STATE OF NEW JERSEY )
                     ) ss.:
COUNTY OF            )

_Gerald Dacuk_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey.   On _Tues_, July _19_, 2005, at approximately _1:30 P_.m., at

(place served) _56 Livingston Ave, Roseland, NJ_

Deponent served the within Summons in a Civil Case and Complaint upon

_Organon, USA_, by delivering to and leaving with

(Person served) _Chris Helmig_, (title) _Secretary_,

a true and correct copy of said documents.

        At the time of said service, (Person served) _Chris Helmig_ stated that

(s)he was duly authorized to accept service of legal process for _Organon USA_

        (person served) _Chris Helmig_ is described as a _White_ (fe)male,

approximately _30_ years of age, _130_ lbs., _6' 1_ " tall, with _Brn_ hair.

(other features) _____

(PROCESS SERVER'S SIGNATURE)

_Gerald Dacuk_
Print Name

Sworn to before me this
_31_ day of July, 2005

Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF NEW YORK
NORTHERN ----------------------------------------x

COUNTY OF CHENANGO                              Index No. 05-CV-354

            Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-------------------------------------------------------x

STATE OF NEW JERSEY    )
                       ) ss.:
COUNTY OF              )

_John Hotz_ , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey.   On _Tues_ , July _19_ , 2005, at approximately _12:50 P_ .m.. at

(place served) _H30 Rt 22, Bridgewater, NJ_

Deponent served the within Summons in a Civil Case and Complaint upon

_Ortho Biotech Products LP_ by delivering to and leaving with

(Person served) _Jelalo Cowin_ , (title) _VP, HR_ ,

a true and correct copy of said documents.

      At the time of said service, (Person served) _Jelalo Cowin_ stated that

(s)he was duly authorized to accept service of legal process for _Ortho Biotech Products LP_

      (person served) _Jelalo Cowin_ is described as a _Blk_ (fe)male,

approximately _61_ years of age, _225_ lbs., _0 . 2_ " tall, with _Blk_ hair.

. (other features) _glasses_

                              _John Hotz_
                              (PROCESS SERVER'S SIGNATURE)
                              _John Hotz_
                              Print Name

Sworn to before me this
_27_ day of July, 2005

_Mullen_
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NORTHER
-------------------------------------------------------x
COUNTY OF CHENANGO

Index No. 05-CV-354

Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-------------------------------------------------------x

STATE OF NEW JERSEY )
                     ) ss.:
COUNTY OF            )

_John Hotz_____ , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey. On _Tues__ July _19_, 2005, at approximately _11:58 A_.m., at

(place served) _1000 US Rt. 202 S. Raritan, NJ__

Deponent served the within Summons in a Civil Case and Complaint upon
_Ortho-McNeil Pharmaceuticals Inc_ by delivering to and leaving with

(Person served) _Michael Rhodes_ , (title) _Director__ ,

a true and correct copy of said documents.

At the time of said service, (Person served) _Michael Rhodes_ stated that

(s)he was duly authorized to accept service of legal process for _Ortho-McNeil Pharmaceuticals Inc_

(person served) _Michael Rhodes_ is described as a _White_ (fe)male,

approximately _60_ years of age, _210_ lbs., _6:3_ " tall, with _Brn_ hair.

(other features) _____ .

_John Hotz_
(PROCESS SERVER'S SIGNATURE)
_John Hotz_
Print Name

Sworn to before me this
22 day of July, 2005

_Mullen_
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
COUNTY OF CHENANGO

Index No. 05-CV-354

       Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
------------------------------------------------------------------x
STATE OF NEW YORK  )
              ) ss.:
COUNTY OF QUEENS  )

         Andrew Bartley, being duly sworn deposes and says that: Deponent is not a party to this

action, and is over 18 years of age and is a resident of the State of New York.

         On Wednesday, July 20, 2005, at approximately 11:49 p.m., at One Ram Ridge Road,

Spring Valley, New York 10977, Deponent served the within Summons in a Civil Case and Complaint

upon Par Pharmaceutical Inc., by delivering to and leaving with Carol Atkins, Security Officer, a true and

correct copy of said documents.

     At the time of said service, Carol Atkins stated that she was duly authorized to accept service

of legal process for Par Pharmaceutical Inc.

     Carol Atkins is described as a Black female, approximately 47 years of age, 155 lbs.,

5'5" tall, black hair and wears glasses.

                                 Andrew Bartley

Sworn to before me this
22nd day of July, 2005

Notary Public

**KARLENE S. JACKSON**
Notary Public
State of New York, #01JA5083169
Qualified in Kings County
Commission Expires August 4, 20 _05_

UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF NEW YORK
NORTHERN
-------------------------------------------------x
COUNTY OF CHENANGO

Vs.

Index No. 05-CV-354

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-------------------------------------------------x

STATE OF NEW JERSEY        )
                           ) ss.:
COUNTY OF                  )

_John Hotz_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey.  On _TUES____, July _14_, 2005, at approximately _2:35 P_.m., at

(place served) _95 Corporate Dr. Bridgewater, nj_

Deponent served the within Summons in a Civil Case and Complaint upon

_Pharmacia Corp_____, by delivering to and leaving with

(Person served) _Stephin Rhoades_ (title) _Litigation Dept._

a true and correct copy of said documents.

At the time of said service, (Person served) _Stephin Rhoades_ stated that

(s)he was duly authorized to accept service of legal process for _Pharmacia_

(person served) _Stephin Rhoades_ is described as a _White_ (fe)male,

approximately _40_ years of age, _100_ lbs., _5·10_ " tall, with _BRN_ hair.

(other features) _____.

_John Hotz_
(PROCESS SERVER'S SIGNATURE)

_John Hotz_
Print Name

Sworn to before me this
_22_ day of July, 2005

_____
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

THIS DOCUMENT RELATES TO:

COUNTY OF CHENANGO v. ABBOTT
LABORATORIES, INC., et al.

S.D.N.Y. Case No. 05-cv-354

Index No. 01-12257 PBS

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK )

      I, ANDREW MILLER, says:

      I am over the age of eighteen, am not a party to this action, and am employed in the City, State, and County of New York.  On July 18, 2005, I served true and complete copies of the attached **SUMMONS AND COMPLAINT** upon **PFIZER, INC.**, by personally delivering said true copies to Sattie Jarim, of CT CORPORATION, 111 Eighth Avenue, New York, NY 10011.  Ms. Jarim is 5'7" tall, wear glasses, and has black hair.

                                       _H Miller_

                                    ANDREW MILLER

Sworn to before me this

19th day of July, 2005.

_Marianne Sadecki_

Notary Public

MARIANNE SADECKI
Notary Public, State of New York
No. 14-4869982
Qualified in Dutchess County
Commission Expires Sept. 8, 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NORTHERN ----------------------------------------x
COUNTY OF CHENANGO

Index No. 05-CV-354

        Vs.

ABBOTT LABORATORIES, INC ALCON
LABORATORIES, INC. et. al.
----------------------------------------------------x
STATE OF CONNECTICUT )
                     ) ss.:
COUNTY FAIRFIELD     )

                    Eric Rubin               , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Connecticut.

            On Tuesday, July 19, 2005, at approximately __2 :41  P__ .m. at One Stamford Forum,

201 Tresser Blvd., Stamford, CT 06901, Deponent served the within Summons in a Civil Case and

Complaint upon Purdue Pharma, L.P., by delivering to and leaving with

*(Person served)* __Jenny  Bachman__                  ,*(title)* __Paralegal__              , a

true and correct copy of said document.

            At the time of said service, *(Person served)* __Jenny  Bachman__              stated that

(s)he was duly authorized to accept service of legal process for Purdue Pharma L.P.

        *(person served)* __Jenny  Bachman__          is described as a __White__   (fe)male,

approximately __40__   years of age, __110__   lbs., __5 ,  3__ " tall, with __Blonde__  hair.

*(other features)* _____ .

                            (PROCESS SERVER'S SIGNATURE)

                                __Eric  Rubin__
                                Print Name

    Sworn to before me this
19 __th__ day of July, 2005

    Notary Public

        Ksenia V. Rubin
        NOTARY PUBLIC
        State of Connecticut
My Commission Expires 12/31/07

UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF NEW YORK
NORTHERN ------------------------------------------x
COUNTY OF CHENANGO

Index No. 05-CV-354

Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-----------------------------------------------------x

STATE OF NEW JERSEY          )
                             ) ss.:
COUNTY OF                    )

*Gerald Dacuk*, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey.   On *TUES*, July *19*, 2005, at approximately *1:00* p.m., at

*(place served)*  *14 Commerce Dr. Ste 301, Cranford, nf*

Deponent served the within Summons in a Civil Case and Complaint upon

*Puripac Pharmaceutical Co* by delivering to and leaving with

*(Person served)*  *John LaRocca*, *(title)* *VP, Law*,

a true and correct copy of said documents.

At the time of said service, *(Person served)* *John LaRocca* stated that

(s)he was duly authorized to accept service of legal process for *Puripac Pharmaceutical Co*

*(person served)* *John LaRocca* is described as a *White* (fe)male,

approximately *40* years of age, *180* lbs., *6' 1"* tall, with *Dark BlK* hair.

*(other features)* _____

_____
(PROCESS SERVER'S SIGNATURE)

*Gerald Dacuk*
Print Name

Sworn to before me this
*22* day of July, 2005

_____
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1,

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
~~SOUTHERN DISTRICT OF NEW YORK~~
*NORTHERN* -------------------------------------------x

COUNTY OF CHENANGO

Index No. 05-CV-354

Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-------------------------------------------x

STATE OF NEW JERSEY    )
                       ) ss.:
COUNTY OF              )

*Gerald Darruk*, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey.    On *TUES*, July *19*, 2005, at approximately *11:00* A.m., at

(place served) *340 Kingsland St. Nutley, NJ*

Deponent served the within Summons in a Civil Case and Complaint upon

*Pirho Labs*, by delivering to and leaving with

(Person served) *Debra Marchuk*, (title) *Secretary*,

a true and correct copy of said documents.

    At the time of said service, (Person served) *Debra Marchuk* stated that

(s)he was duly authorized to accept service of legal process for *Pirho Labs*

(person served) *Debra Marchuk* is described as a *white* (fe)male,

approximately *35* years of age, *130* lbs., *5'8"* tall, with *brn* hair.

(other features) _____

(PROCESS SERVER'S SIGNATURE)

*Gerald Darruk*
Print Name

Sworn to before me this
*20* day of July, 2005

Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

---

COUNTY OF CHENANGO,

    Plaintiff(s)

        vs.

ABBOTT LABORATORIES, INC. ALCON
LABORATORIES, INC., et.al.,

    Defendants.

No.: 05-CV-354

**Affidavit of Service**

County: Franklin     ss
State:    Ohio

For Service Upon: **Roxane Laboratories, Inc..**

I, **Pamela Spires,** undersigned, do hereby attest and affirm that I was, at the time of service, over the age of 18, not a party to this action, and a citizen of the United States.

Documents to be Served: **Summons and Complaint.**

Place of Service:
The above-named papers were served at **1809 Wilson Avenue** in the City of **Columbus,** in the County of **Franklin,** in the State of **Ohio.**

Manner of Service: **Corporate.**
By delivering a true copy of the above document (s) to **Judy Orinski, Executive Director of Human Resources.**

Description: (all approx.)
Hgt. **5'3"** Wgt **140#** Sex **Female** Race **White** Age **50** Hair: **Blonde** Other:

Date of Service:
I do hereby attest and affirm that the above-referenced papers were served on the **19th** day of **July, 2005** at **2:05 p.m.**

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on **07/20/05.**

Subscribed and sworn before me
this _20th_, day of _July_____, 2005.

_Jennifer L. Ruckman_
Notary

**JENNIFER L. RUCKMAN**
**NOTARY PUBLIC • STATE OF OHIO**
**Recorded in Fairfield County**
**My commission expires Nov. 14, 2009**

_Pamela Spires_
Process Server
P. I. License No: 65-93-5982

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

THIS DOCUMENT RELATES TO:

COUNTY OF CHENANGO v. ABBOTT
LABORATORIES, INC., et al.

S.D.N.Y. Case No. 05-cv-354

Index No. 01-12257 PBS

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK )

        I, ANDREW MILLER, says:

        I am over the age of eighteen, am not a party to this action, and am employed in the City, State, and County of New York.  On July 19, 2005, I served true and complete copies of the attached SUMMONS AND COMPLAINT upon SANOFI-SYNTHELABO, INC. by personally delivering same to Anne Gregorakes of:

        CORPORATION SERVICE COMPANY
        1133 Avenue of the Americas, Ste. 3100
        New York, NY 10036

        Ms. Anne Gregorakes stated that she is authorized to accept service on behalf of SANOFI-SYNTHELABO, INC.

ANDREW MILLER

Sworn to before me this
20 day of July, 2005.

Notary Public

ILEANA RAMIREZ
Notary Public, State of New York
No. 01RA4740575
Appointed in Bronx County
My Commission expires 8/31/2005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NORTHERN
-------------------------------------------------------x

COUNTY OF CHENANGO

Index No. 05-CV-354

Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-------------------------------------------------------x

STATE OF NEW JERSEY )
                     ) ss.:
COUNTY OF            )

_Janet Mullen_ , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey. On _Tues_ , July _19_ , 2005, at approximately _12 00 P_ .m., at

(place served) _500 Carnegie Ctr, Ste 400, Princeton, NJ_

Deponent served the within Summons in a Civil Case and Complaint upon

_Sandoz, Inc_ _____ , by delivering to and leaving with

(Person served) _Lee Stoller_ , (title) _Asst. Gen. Counsel_ ;

a true and correct copy of said documents.

At the time of said service, (Person served) _Lee Stoller_ stated that

(s)he was duly authorized to accept service of legal process for _Sandoz Inc_

(person served) _Lee Stoller_ is described as a _White_ (fe)male,

approximately _40_ years of age, _180_ lbs, _5_ ' _7_ " tall, with _brn_ hair.

(other features) _Glasses_

_Janet E. Mull_
(PROCESS SERVER'S SIGNATURE)

_Janet Mullen_
Print Name

Sworn to before me this
_22_ day of July, 2005

_[signature]_
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NORTHERN
-----------------------------------------------------------x
COUNTY OF CHENANGO                    Index No. 05-CV-354

       Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-----------------------------------------------------------x

STATE OF NEW JERSEY     )
                          ) ss.:
COUNTY OF               )

       _Gerald Dacuk_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey.   On _TUES_, July _19_, 2005, at approximately _2:00_ P.m., at

_(place served)_ _2000 Galloping Hill Rd, Kenilworth, NJ_

Deponent served the within Summons in a Civil Case and Complaint upon

_Schering-Plough Corp_, by delivering to and leaving with

_(Person served)_ _Alice Corkery_, _(title)_ _Sr. Legal Asst._,

a true and correct copy of said documents.

      At the time of said service, _(Person served)_ _Alice Corkery_ stated that

(s)he was duly authorized to accept service of legal process for _Schering-Plough Corp_

     _(person served)_ _Alice Corkery_ is described as a _white_ (fe)male,

approximately _40_ years of age, _120_ lbs., _5_._2_ " tall, with _Brn_ hair.

_(other features)_ _____

                               _[signature]_
                     (PROCESS SERVER'S SIGNATURE)
                     _Gerald Dacuk_
                       Print Name

Sworn to before me this
_22_ day of July, 2005

_[signature]_
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
~~SOUTHERN~~ NORTHERN DISTRICT OF NEW YORK
---x
COUNTY OF CHENANGO

Index No. 05-CV-354

Vs.

ABBOTT LABORATORIES, INC., ALCON LABORATORIES, INC. et. al.
---x

STATE OF NEW JERSEY )
) ss.:
COUNTY OF )

Gerald Dacuk, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New Jersey.

On Tues, July 19, 2005, at approximately 2:00 P.m., at

*(place served)* 2000 Galloping Hill Rd. Kenilworth, NJ

Deponent served the within Summons in a Civil Case and Complaint upon

Sch Shering Corp, by delivering to and leaving with

*(Person served)* Alice Corkery, *(title)* Sr. Legal Asst.,

a true and correct copy of said documents.

At the time of said service, *(Person served)* Alice Corkery stated that (s)he was duly authorized to accept service of legal process for Shering Corp.

*(person served)* Alice Corkery is described as a white (fe)male, approximately 40 years of age, 120 lbs., 5'2" tall, with brn hair.

*(other features)* ______.

(PROCESS SERVER'S SIGNATURE)

Gerald Dacuk
Print Name

Sworn to before me this
22 day of July, 2005

Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF NEW YORK
*NOCTUERN* --------------------------------- ··-x

COUNTY OF CHENANGO

Index No. 05-CV-354

   Vs.

ABBOTT LABORATORIES, INC ALCON
LABORATORIES, INC. et. al.
-------------------------------------------------------x

STATE OF ILLINOIS )
           ) ss.:
COUNTY OF COOK )

   Barnett Kolton, being duly sworn deposes and says that: Deponent is not a party to this

action, and is over 18 years of age and is a resident of the State of Illinois.

   On Tuesday, July 19, 2005, at approximately _*3 : 45 P*_.m. at 675 North Field Drive,

Lake Forest, IL 60045, Deponent served the within Summons in a Civil Case and Complaint upon TAP

Pharmaceutical USA, by delivering to and leaving with *(person served)* _*DENISE GREEN*_

*(title)* _*ADMIN. ASST, LEGAL DEPT*_ a true and correct copy of said documents.

   At the time of said service, *(Person served)* _*DENISE GREEN*_ stated that

(s)he was duly authorized to accept service of legal process for TAP Pharmaceutical USA.

   *(person served)* _*DENISE GREEN*_ is described as a _*W*_ ((fe)male,)

approximately _*45*_ years of age, _*135*_ lbs., _*5' 6*_ " tall, with _*Brown*_ hair.

*(other features)* _____ .

                              _Barnett Kolton_
                         (PROCESS SERVER'S SIGNATURE.)

                              Barnett Kolton

Sworn to before me this
_22_ day of July, 2005

   _Mara Heder_
Notary Public

[Notary seal]
STATE OF ILL...

UNITED STATES DISTRICT COURT
~~SOUTHERN DISTRICT OF NEW YORK~~
_Northern_ -------------------------------x

COUNTY OF CHENANGO                    Index No. 05-CV-354

                    Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-----------------------------------------x

STATE OF PENNSYLVANIA    )
                         ) ss.:
COUNTY OF                )

_Matthew Kohlman_ , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Pennsylvania.   On _Tues_ , July _19_ , 2005, at approximately _12.05 P_ .m., at

_(place served)_  _425 Privet Rd. Horsham, PA_ .

Deponent served the within Summons in a Civil Case and Complaint upon

_Teva Pharmaceuticals USA INC_ by delivering to and leaving with

_(Person served)_ _Jenine Hunt_ , _(title)_ _Paralegal_ ,

a true and correct copy of said documents.

        At the time of said service, _(Person served)_ _Jenine Hunt_ stated that

(s)he was duly authorized to accept service of legal process for _Teva_

_(person served)_ _Jenine Hunt_ is described as a _White_ (fe)male,

approximately _30_ years of age, _160_ lbs., _5 . 9_ " tall, with _Blond_ hair.

_(other features)_ _____

                            _(signature)_

                    (PROCESS SERVER'S SIGNATURE)

                    _Matthew Kohlman_
                            Print Name

Sworn to before me this
_22_ day of July, 2005

_(signature)_
Notary Public

DAMIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF NEW YORK
N̶o̶r̶t̶h̶e̶r̶n̶ ----------------------------------------------x

COUNTY OF CHENANGO

Index No. 05-CV-354

Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-------------------------------------------------------------x

STATE OF PENNSYLVANIA )
                                      ) ss.:
COUNTY OF _Allaqheny_

CARMEN J CICCARELLI , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Pennsylvania.
          On Tuesday, July 19, 2005, at approximately ___1 : 50___ P.m., at 1500 Corporate Drive,

Ste 400, Canonsburg, PA 15317, Deponent served the within Summons in a Civil Case and Complaint

upon UDL Laboratories Inc., by delivering to and leaving with *(Person served)* VICTORIA POLASKI

*(title)* LEGAL ASSISTANT , a true and correct copy of said documents.

          At the time of said service, *(Person served)* VICTORIA POLASKI stated that

(s)he was duly authorized to accept service of legal process for UDL Laboratories Inc.

          VICTORIA POLASKI *(Person served)* is described as a WHITE

(fe)male, approximately ___50___ years of age, ___170___ lbs., __5'__ __8__ " tall, with

BLOND hair. *(other features)* _____ .

_____
(PROCESS SERVER'S SIGNATURE)

CARMEN J CICCARELLI
Print Name

Sworn to before me this
19TH day of July, 2005

_____
Notary Public

Notary Seal
Robert D. S...
Penn ...
My Commission ...  2005
Member, Pennsylvania Association Of Notaries

NORTHERN DISTRICT OF NEW YORK

## AFFIDAVIT

INDEX No 05-CV 354

State of Nevada    )
                        ss.
County of Washoe    )

NINA LAZETICH, being first duly sworn deposes and says:

That affiant is a citizen of the United States, over 18

years of age, licensed to serve civil process in the State

of Nevada under license #322, and not a party to, nor

interested in the within action affiant received the documents

on **Jul 18 2005 12:40PM** and on **Jul 19 2005 11:09AM**

affiant personally served a copy of the
SUMMONS IN A CIVIL ACTION; COMPLAINT

ON **MASON ULM, SUPERVISOR, [W/M, 6'0", 190LBS., BLACK HAIR, GLASSES] AUTHORIZED TO ACCEPT** ACCEPTED ON BEHALF OF WARRICK PHARMACEUTICALS CORPORATION

    12125   MOYA BLVD.
    RENO, NV 89506

    Affiant does hereby affirm under penalty of perjury that

the assertions of this affidavit are true.



                              NINA LAZETICH

Signed and sworn to before me on **Jul 20 2005**

by **NINA LAZETICH**

_____
Notary Public

STEPHANIE MARTELL
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No. 05-97425-2 - Expires June 9, 2009

Reno/Carson
Messenger
Service, Inc.
License #322

185 Martin St
Reno, NV 89509
775-322-2424

0192497 .PREE

RNPERSI 02/07/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NORTHERN
------------------------------------------------x
COUNTY OF CHENANGO

Index No. 05-CV-354

Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
------------------------------------------------x
STATE OF NEVADA )
                ) ss.:
COUNTY OF WASHOE )

            NINA LAZETICH          , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Nevada.

        On Tuesday, July 19, 2005, at approximately 11:09 a.m., at 12125 Moya Blvd., Reno,

NV 89505, Deponent served the within Summons in a Civil Case and Complaint upon Warrick

Pharmaceuticals Corp., by delivering to and leaving with Mason Ulm, a Supervisor, a true and correct

copy of said documents.

    At the time of said service, Mason Ulm, stated that he was duly authorized to accept service of

legal process for Warrick Pharmaceuticals Corp.

       MASON ULM                (Person served) is described as a   WHITE

(fe)male, approximately _____ years of age,   190   lbs.,   6 ' 0   " tall, with

  BLACK   hair. (other features)   WEARS GLASSES

                       (PROCESS SERVER'S SIGNATURE)

               NINA LAZETICH
                   Print Name

Sworn to before me this
21 day of July, 2005

Notary Public



STEPHANIE MARTELL
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 05-97425-2 - Expires June 9, 2009

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

COUNTY OF CHENANGO

      Vs.

ABBOTT LABORATORIES, INC ALCON
LABORATORIES, INC. et. al.
------------------------------------------------------------x

STATE OF CALIFORNIA   )
                     ) ss.:
COUNTY OF ORANGE   )

Index No. 05-CV-354

Surya Von Rosen, being duly sworn deposes and says that: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of California.

On Monday, July 18, 2005, at approximately 1:35 p.m., at 311 Bonnie Circle, Corona, CA 92880, Deponent served the within Summons in a Civil Case and Complaint upon Watson Pharmaceuticals Inc., by delivering to and leaving with David Buchen, General Counsel, a true and correct copy of said documents.

At the time of said service, David Buchen stated that he was duly authorized to accept service of legal process for Watson Pharmaceuticals, Inc.

David Buchen is described as a   WHITE   male, approximately   55   years of age, 200   lbs., 6 ' 1 " tall, (*other features*) _____.

_____
Surya Von Rosen
Registered Process Server, Solano County #1505

Sworn to before me this
___ day of _____, 2005

_____
Notary Public

AMANDA HELEN BYHAM
COMM. #1387473
Notary Public · California
Orange County
My Comm. Expires Nov. 26, 2006

State of California, County of   Orange
Subscribed and sworn to (or affirmed) before me
on this 5 day of August , 20 05 ,
by Surya Von Rosen ,
personally known to me or proved to me on the
basis of satisfactory evidence to be the person(s)
who appeared before me.
Signature: Amanda H. Byham

UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF NEW YORK
*NORTHERN* ------------------------------------------------x
COUNTY OF CHENANGO

Vs.                                          Index No. 05-CV-354

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-------------------------------------------------------------x
STATE OF NEW JERSEY        )
                           ) ss.:
COUNTY OF                  )

**Gerald Dacuk**, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey.      On **TUES**, July **19**, 2005, at approximately **2 :30 P**.m., at

(place served) **5 Giralda Farms, Madison nj**

Deponent served the within Summons in a Civil Case and Complaint upon

_**Wyeth**_, by delivering to and leaving with
(Person served) **Cari Ruzila**, (title) **Paralegal**,

a true and correct copy of said documents.

At the time of said service, (Person served) **Cari Ruzila** stated that

(s)he was duly authorized to accept service of legal process for **Wyeth**.

(person served) **Cari Ruzila** is described as a **White** (fe)male,

approximately **35** years of age, **100** lbs., 5 ' **2** " tall, with **Brn** hair.

(other features) **Glasses**.

_____
(PROCESS SERVER'S SIGNATURE)

**Gerald Dacuk**
Print Name

Sworn to before me this
___ day of July, 2005

_____
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

THIS DOCUMENT RELATES TO:

COUNTY OF CHENANGO V. ABBOTT
LABORATORIES, INC., ET AL.,

S.D.N.Y. Case No. 05-cv-354

MDL. NO. 1456

Civil Action No. 01-CV-12257
Judge Patti B. Saris

# AFFIDAVIT OF SERVICE
## UNDER THE HAGUE CONVENTION

Kirby McInerney & Squire, LLP
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 371-6600

SFP 2005-2511

CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention.
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

1) that the document has been served  the (date) **03 May 2005**
que le demande a ete executee            le (date)

-at (place, street, number) **980 Great West Road, Brentford, Middlesex, TW8**
-a (localite, rue, numero)

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of
the convention
selon les formes legales (article 5, alinea premier, lettre a)

~~b) in accordance with the following particular method~~
~~selon la forme particuliere suivante~~

~~c) by delivery to the addressee, who accepted it voluntarily~~
~~par remise simple~~
The documents referred to in the request have been delivered to:    **Glaxosmithkline Plc**
Les documents mentionnes dans la demande ont ete remis a:
- (identity and description of person)                                  **Janet Azzopardi**
- (identite et qualite de la personne)

- relationship to the addressee (family, business or other)            **Corporate Secretary**
- liens de parente de subordination ou autres avec
le desinataire de l'acts

~~2) that the document has not been served, by reason of the following facts:~~
~~que la demande n'a pas ete executee, en raison des faits suivants:~~

~~in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to~~
~~pay the expenses details in the attached statement.~~
~~Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de~~
~~rembourser les frais dont le detail figure au memoire ci-joint~~

Annexes
Documents returned                                      Done at London
Pieces renvoyees                                        fait a

                                                        the 9 May, 2005
                                                        le
in appropriate cases, documents
establishing the service:
le cas echeant, les documents                           Signature and/or stamp:
justicatifs de l'execution:                             Signature et/ou cachet:

0 9 MAY 2005

# SUMMARY OF THE DOCUMENT TO BE SERVED  2005   2511
## *ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents In civil or commercial
matters, signed at The Hague, November 15, 1965.

*Convention relative 'a la signification et a la notfrarion ~ l'e'stranger ties acres judiciaries et extrajudiciaries en matiere civile ou commerciale, signgee a La Haye, le 15 Novembre 1965.,*

### (article 5, fourth paragraph)
*(article 5. alinea 4)*

**Name and address of the requesting authority:**
Nom ei addressee tie l'autorite requirante:

Joanne M. Cicala, Esq., Kirby McInerney & Squire, LLP, 830 Third Ave.  NY 10022 (212) 371-6600

**Particulars of the parties:**
Identite des parties:

The County of Chanango v. Abbott Laboratories, Inc. et al.

## JUDICIAL DOCUMENT
*ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et obiet tie I'acte-*

To give notice to defendants of the institution against them of a claim for civil damages, and summons them to answer the complaint.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance le cas echeant le montant du litige:*

Plaintiffs are seeking relief as indicated on page 133 of the complaint; exact remedy will be determined in court.

**Date and place for entering appearance-**
*Date el lieu de la comparution:*

**Court which has given judgment**:**
*Juridiction qui a rendu la decision:*

Defendant has (20) days from receipt of summons to answer.

**Dale of judgment**:**
*Date de /a decision:*

**Time limits stated in the document**:**
*Indication des delias figurant dans l'acte:*

Defendant is required to file an Answer with the Court within (20) days after receiving the summons and complaint herein.

## EXTRAJUDICIAL DOCUMENT
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet l'acte:*

N/A

**Time limits stated in the document:****
*Indication des delias figurant dans l'acte:*

N/A

U.S. Department of Justice
United States Marshals Service



# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

### Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative 'a la signification et 'a la notification 'a l'etranger des actes judiciaires ou extrajudiciaires en matiere civile ou commerciale, signgee 'a La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identite et adresse du requerant*<br><br>Joanne M. Cicala, Esq.<br>KIRBY McINERNEY & SQUIRE<br>830 Third Avenue<br>New York, NY 10022 | Address of receiving authority<br>*Adresse de l'autorite destinataire*<br><br>The Senior Master of the Supreme Court of the Judiature<br>Royal Courts of Justice Strand<br>London WC2A 2LL, United Kingdom |
|---|---|

**The undersigned applicant has the honour to transmit-in duplicate-the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,**
**(identity and address)**

*Le requerant soussigne a l'honneur de faire parvenir-en double exemplaire-a l'autorite destinataire les documents ci-dessous enumeres. en la priant conformement a l'article 5 de la Convention precitee, d'en faire remettre sans remettre un exemplaire au destinataire, savoir:*

*(identite et adresse)*   GlaxoSmithKline P.L.C. ( "GSK") - 980 Great West Road, Brentford, Middlesex, EN, TW8 9, U.K.

☒ (a) in accordance with the provisions or sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  *a) selon les formes legales (article 5 alinea premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  *b) selon la forme particuliere suivante (article 5, aline'a premier, lettre b) :*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
  *c) le cas echeant, par remise simple (article 5, alinea 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes--with a certificate• a provided on the reverse side.**
*Cette autorite est priee de renvoyer ou de faire renvoyer au requerant un exemplaire de l'acte-et de ses annexes -avec l'attestation figurant au verso.*

| List of documents<br>*Enumuration der pieces* | Done at New York, NY , the 3-23-'05<br>*Fait 'a* , *le* |
|---|---|
| Complaint in Duplicate | |
| Summons in Duplicate | Signature and/or stamp<br>*Signature et/ ou cachet* |
| Certificate (un-executed) in Duplicte | |
| Executed "Request" in Duplicate | Joanne M. Cicala, Esq. |
| Executed "Summary" in Duplicate | |