UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

MDL. N0 1456

THIS DOCUMENT RELATES TO:

Civil Action No. 01-CV-12257-
Judge Patti B. Saris

COUNTY OF ONONDAGA V. ABBOTT
LABORATORIES, INC., ET AL.,
(N.D.N.Y Case No. CV-05-0088)

# AFFIDAVITS OF SERVICE

KIRBY McINERNEY & SQUIRE LLP
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 371-6600

UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

**COUNTY OF ONONDAGA**

Index No. 05-0088 FJS/GHL

V.

ABBOTT LABORATORIES, INC., ET AL.

-------------------------------------------------------x

STATE OF ᴵᴸᴸᴵᴺᴏᴵˢ )
) ss.:
COUNTY LAKE )

STEVE M. SEMENEK , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

ILLINOIS .

On August 31, 2005, at approximately 1:16 Pm. at 100 Abbott Park Road, Abbott

Park, IL 60064, Deponent served the within Summons in a Civil Case and Complaint upon **Abbott**

**Laboratories**, by delivering to and leaving with:

*(Person served)* CINDY A. BENNETT            PARALEGAL            *(Title)*,

a true and correct copy of said document. At the time of said service,

*(Person served)* CINDY A. BENNETT            stated that (s)he was duly authorized to accept

service of legal process for Abbott Laboratories.

CINDY A. BENNETT            *(Person served)* is described as a

WHITE      (fe)male, approximately 40      years of age, 135      lbs.,

5.3      " tall, with BROWN hair.

*(other features)* BROWN EYES

(PROCESS SERVER'S SIGNATURE)
STEVE M. SEMENEK
Print Name
ILLINOIS LICENSE #117-001118

Sworn to before me this
31 day of August , 2005

Notary Public

"OFFICIAL SEAL"
BRIAN MOY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2/10/2006

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| COUNTY OF ONODAGA | x | |
| | : | |
| Plaintiff, | : | |
| | : | 05-CV-0088 |
| v. | : | |
| | : | FJS/GHL |
| ABBOTT LABORATORIES, INC., | : | |
| AGOURON PHARMACEUTICALS, INC., | : | |
| ALCON LABORATORIES, INC., | : | **ACCEPTANCE OF SERVICE** |
| ALLERGAN, INC., ALPHAMARA INC., | : | |
| et al. | x | |
| | | |
| Defendants. | | |

I, John R. Fleder, attorney for defendants **Alpharma, Inc.** and **Purepac Pharmaceuticals Co.** in the above-captioned matter, hereby accept service of the Summons and Complaint in this action in conjunction with agreement by plaintiff County of Onodaga that **Alpharma, Inc.'s** and **Purepac Pharmaceuticals Co.'s** time to answer or otherwise respond shall be extended to a date set by order of Judge Saris in the District of Massachusetts in the action captioned *In re Pharmaceutical Industry Average Wholesale Price Litigation* (MDL 1456) or to a date to be agreed upon between defendants and plaintiff.

Date: April 7, 2005

John R. Fleder, Esq.
Hyman, Phelps & McNamara, P.C.
700 Thirteenth Street, N.W.
Suite 1200
Washington D.C. 20005

*Attorney for Defendants Alpharma, Inc. and
Purepac Pharmaceuticals Co.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| COUNTY OF ONODAGA | x | |
| | : | |
| Plaintiff, | : | |
| | : | 05-CV-0088 |
| v. | : | |
| | : | FJS/GHL |
| ABBOTT LABORATORIES, INC., | : | |
| AGOURON PHARMACEUTICALS, INC., | : | |
| ALCON LABORATORIES, INC., | : | **ACCEPTANCE OF SERVICE** |
| ALLERGAN, INC., ALPHAMARA INC., | : | |
| et al. | x | |
| Defendants. | | |

I, Carlos M. Pelayo, attorney for defendant **AstraZeneca Pharmaceuticals L.P.** in the above-captioned matter, hereby accept service of the Summons and Complaint in this action in conjunction with agreement by plaintiff County of Onodaga that **AstraZeneca Pharmaceuticals L.P.'s** time to answer or otherwise respond shall be extended to a date set by order of Judge Saris in the District of Massachusetts in the action captioned *In re Pharmaceutical Industry Average Wholesale Price Litigation* (MDL 1456) or to a date to be agreed upon between defendants and plaintiff.

Date: 7 April, 2005

Carlos M. Pelayo, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

*Attorney for Defendant AstraZeneca Pharmaceuticals L.P.*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| COUNTY OF ONODAGA | x | |
| | : | |
| Plaintiff, | : | |
| | : | 05-CV-0088 |
| v. | : | |
| | : | FJS/GHL |
| ABBOTT LABORATORIES, INC., | : | |
| AGOURON PHARMACEUTICALS, INC., | : | |
| ALCON LABORATORIES, INC., | : | **ACCEPTANCE OF SERVICE** |
| ALLERGAN, INC., ALPHAMARA INC., | : | |
| et al. | x | |
| Defendants. | | |

I, Joseph H. Young, attorney for defendant **Amgen, Inc.** in the above-captioned matter, hereby accept service of the Summons and Complaint in this action in conjunction with agreement by plaintiff County of Onodaga that **Amgen, Inc.'s** time to answer or otherwise respond shall be extended to a date set by order of Judge Saris in the District of Massachusetts in the action captioned *In re Pharmaceutical Industry Average Wholesale Price Litigation* (MDL 1456) or to a date to be agreed upon between defendants and plaintiff.

Date: April 1 2005

Joseph H. Young, Esq.
Hogan & Hartson LLP
111 South Calvert Street
Baltimore, MD 21202

*Attorney for Defendant Amgen, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COUNTY OF ONONDAGA      x | |
| : | |
| Plaintiff,      : | |
| : | 05-CV-0088 |
| v.      : | |
| : | FJS/GHL |
| ABBOTT LABORATORIES, INC.,      : | |
| AGOURON PHARMACEUTICALS, INC.,      : | |
| ALCON LABORATORIES, INC.,      : | **ACCEPTANCE OF SERVICE** |
| ALLERGAN, INC., ALPHAMARA INC.,      : | |
| et al.      x | |
| | |
| Defendants. | |

I, Richard D. Raskin, attorney for defendants **Allergan, Inc., Bayer Corporation and Novo Nordisk Pharmaceuticals, Inc**. in the above-captioned matter, hereby accept service of the Summons and Complaint in this action in conjunction with agreement by plaintiff County of Onondaga that **Allergan, Inc., Bayer Corporation and Novo Nordisk Pharmaceuticals, Inc.** time to answer or otherwise respond shall be extended to a date set by order of Judge Saris in the District of Massachusetts in the action captioned *In re Pharmaceutical Industry Average Wholesale Price Litigation* (MDL 1456) or to a date to be agreed upon between defendants and plaintiff.

Date: _____

_Richard D. Raskin_

Richard D. Raskin, Esq.
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

*Attorney for Defendants Allergan, Inc.,*
*Bayer Corporation and Novo Nordisk*
*Pharmaceuticals, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COUNTY OF ONODAGA | x |
| | : |
| Plaintiff, | : |
| | : 05-CV-0088 |
| v. | : |
| | : FJS/GHL |
| ABBOTT LABORATORIES, INC., | : |
| AGOURON PHARMACEUTICALS, INC., | : |
| ALCON LABORATORIES, INC., | : **ACCEPTANCE OF SERVICE** |
| ALLERGAN, INC., ALPHAMARA INC., | : |
| et al. | x |
| | |
| Defendants. | |

I, Jennifer H. McGee, attorney for defendants **Aventis Pharmaceuticals, Inc. and Dermik Laboratories, Inc.** in the above-captioned matter, hereby accept service of the Summons and Complaint in this action in conjunction with agreement by plaintiff County of Onodaga that **Aventis Pharmaceuticals, Inc.'s and Dermik Laboratories, Inc.'s** time to answer or otherwise respond shall be extended to a date set by order of Judge Saris in the District of Massachusetts in the action captioned *In re Pharmaceutical Industry Average Wholesale Price Litigation* (MDL 1456) or to a date to be agreed upon between defendants and plaintiff.

Date: _April 1, 2005_

_____

Jennifer H. McGee, Esq.
Shook, Hardy & Bacon LLP
Hamilton Square
600 14th Street N.W., Suite 800
Washington D.C. 20005-2004

*Attorney for Defendants Aventis Pharmaceuticals, Inc. and Dermik Laboratories, Inc.*

# Lawyers Support Service, LLC

3149 Dundee Road, Suite 323
Northbrook, IL 60062
888-206-9858
Fax 888-566-8069

## UNITED STATES DISTRICT COURT

**Case No.: 05CV0088**

### AFFIDAVIT OF SPECIAL PROCESS SERVER

SCOTT GARLAND being first duly sworn on oath deposes and says that he/she was appointed by the Court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee of Shadow Investigations, LLC., Department of Professional Regulation number 117-001147.

___ I. That he/she served the within AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT on the within named defendant, BAXTER INTERNATIONAL, INC., by leaving a copy of each with the said defendant personally on 03/17/2005.

___ II. That he/she served the within AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT on the within named defendant, BAXTER INTERNATIONAL, INC., by leaving a copy of each at his/her usual place of abode with MARCIA MELCHIN, AUTHORIZED AGENT, a person of the family age of 13 years or upwards and informed that person of the contents thereof on 03/17/2005, and that further he/she mailed a copy of each in a sealed envelope with postage paid addressed to the defendant BAXTER INTERNATIONAL, INC. at his/her usual place of abode on _____.

_X_ III. That he/she served the within AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT on the within named corporate defendant, BAXTER INTERNATIONAL, INC., by leaving a copy of each with MARCIA MELCHIN, AUTHORIZED AGENT, a person authorized to accept service and informed that person of the contents thereof on 03/17/2005.

_X_ IV. (a) That the sex, race and approximate age of the defendant or other person with whom he/she left the AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT are as follows:
   **Sex:** FEMALE   **Skin:** WHITE   **Approximate Age:** 45
   (b) That the place where (if possible in terms of an exact street address) and the date and time of the day when the AMENDED SUMMONS IN A CIVIL CASE & COMPLAINT was left with the defendant or other person are as follows:
   **Place:** ONE BAXTER PARKWAY, DEERFIELD, IL, 60015
   **Date:** 03/17/2005   **Time of Day:** 15:32

___ V. That he/she was unable to serve the within named defendant.

**Comments:**

Subscribed and sworn before me this
Date: 03/23/2005

File Number: 05CV0088

Signature of Process Server

Signature of Notary Public

OFFICIAL SEAL
HEATHER M LANGE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/04/08

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| COUNTY OF ONONDAGA | x | |
| | : | |
| Plaintiff, | : | |
| | : | 05-CV-0088 |
| v. | : | |
| | : | FJS/GHL |
| ABBOTT LABORATORIES, INC., | : | |
| AGOURON PHARMACEUTICALS, INC., | : | |
| ALCON LABORATORIES, INC., | : | **ACCEPTANCE OF SERVICE** |
| ALLERGAN, INC., ALPHAMARA INC., | : | |
| et al. | x | |
| Defendants. | | |

I, Merle M. DeLancey Jr., attorney for defendants **Baxter Healthcare Corporation and Baxter International, Inc.** in the above-captioned matter, hereby accept service of the Summons and Complaint in this action in conjunction with agreement by plaintiff County of Onondaga that **Baxter Healthcare Corporation's and Baxter International, Inc.'s** time to answer or otherwise respond shall be extended to a date set by order of Judge Saris in the District of Massachusetts in the action captioned *In re Pharmaceutical Industry Average Wholesale Price Litigation* (MDL 1456) or to a date to be agreed upon between defendants and plaintiff.

Date: _5/31/05_ 

Merle M. DeLancey Jr., Esq.
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street NW
Washington, DC 20037-1526

*Attorney for Defendants Baxter Healthcare*
*Corporation and Baxter International, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| COUNTY OF ONODAGA | x | |
| | : | |
| Plaintiff, | : | |
| | : | 05-CV-0088 |
| v. | : | |
| | : | FJS/GHL |
| ABBOTT LABORATORIES, INC., | : | |
| AGOURON PHARMACEUTICALS, INC., | : | |
| ALCON LABORATORIES, INC., | : | **ACCEPTANCE OF SERVICE** |
| ALLERGAN, INC., ALPHAMARA INC., | : | |
| et al. | x | |
| | | |
| Defendants. | | |

I, Peter J. Venaglia, attorney for defendants Forest Laboratories, Inc. and

Forest Pharmaceuticals, Inc. in the above-captioned matter, hereby accept service of the

Summons and Complaint in this action in conjunction with agreement by plaintiff County of

Onodaga that Forest Laboratories, Inc.'s and Forest Pharmaceuticals, Inc.'s time to answer or

otherwise respond shall be extended to a date set by order of Judge Saris in the District of

Massachusetts in the action captioned *In re Pharmaceutical Industry Average Wholesale Price*

*Litigation* (MDL 1456) or to a date to be agreed upon between defendants and plaintiff.

Date: 3/31/05

Peter J. Venaglia, Esq.
Dornbush Schaeffer Strongin
   & Weinstein, LLP
747 Third Avenue
New York, New York 10017

*Attorney for Defendants Forest Laboratories, Inc.*
*and Forest Pharmaceuticals, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COUNTY OF ONONDAGA | x |
| | : |
| Plaintiff, | : |
| | : 05-CV-0088 |
| v. | : |
| | : FJS/GHL |
| ABBOTT LABORATORIES, INC., | : |
| AGOURON PHARMACEUTICALS, INC., | : |
| ALCON LABORATORIES, INC., | : **ACCEPTANCE OF SERVICE** |
| ALLERGAN, INC., ALPHAMARA INC., | : |
| et al. | x |
| | |
| Defendants. | |

I, Paul J. Coval, attorney for defendants **Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc. and Roxanne Laboratories, Inc.** in the above-captioned matter, hereby accept service of the Summons and Complaint in this action in conjunction with agreement by plaintiff County of Onondaga that the foregoing defendants' time to answer or otherwise respond shall be extended to a date set by order of Judge Saris in the District of Massachusetts in the action captioned *In re Pharmaceutical Industry Average Wholesale Price Litigation* (MDL 1456) or to a date to be agreed upon between defendants and plaintiff.

Date: 6-1-05

Paul J. Coval, Esq.
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1088
Columbus, OH 43215-1008

*Attorney for Defendant Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc. and Roxanne Laboratories, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COUNTY OF ONODAGA | x : |
| Plaintiff, | : : |
| v. | : 05-CV-0088 : |
| | : FJS/GHL |
| ABBOTT LABORATORIES, INC., | : |
| AGOURON PHARMACEUTICALS, INC., | : |
| ALCON LABORATORIES, INC., | : **ACCEPTANCE OF SERVICE** |
| ALLERGAN, INC., ALPHAMARA INC., | : |
| et al. | x |
| Defendants. | |

I, Maura T. Healey, attorney for defendant **Biogen Idec, Inc.** in the above-captioned matter, hereby accept service of the Summons and Complaint in this action in conjunction with agreement by plaintiff County of Onodaga that **Biogen Idec, Inc.**'s time to answer or otherwise respond shall be extended to a date set by order of Judge Saris in the District of Massachusetts in the action captioned *In re Pharmaceutical Industry Average Wholesale Price Litigation* (MDL 1456) or to a date to be agreed upon between defendants and plaintiff.

Date: _4/4/05_

Maura T. Healey, Esq.
Wilmer Cutler Pickering Hale
  and Dorr LLP
60 State Street
Boston, MA 02109

*Attorney for Defendant Immunex Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

COUNTY OF ONONDAGA,

             vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
--------------------------------------------------------------x

Case No. 05-CV-008 8

STATE OF   CALIFORNIA   )
                     ) ss.:
COUNTY OF  SOLANO    )

          RAY LOWE      , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

    CALIFORNIA        .

      On  FRIDAY,    SEPTEMBER 30 , 2005, at approximately  11: 20 A .m., at

(*place served*)  2751 NAPA VALLEY CORPORATE DRIVE, NAPA, CALIFORNIA  ,

Deponent served the within Summons in a Civil Case and Complaint upon

        DEY INC.          , by delivering to and leaving with

(*Person served*)  JOHN SCHEELS     . (*title*)  ASSISTANT GENERAL COUNCIL ,

a true and correct copy of said documents.

     At the time of said service, (*Person served*)   JOHN SCHEELS   stated that

(x)he was duly authorized to accept service of legal process for  DEY INC.   .

    (*person served*)  JOHN SCHEELS   is described as a  WHITE  (fe)male,

approximately  58    years of age, 210    lbs.,  6' 3  " tall, with WHITE  hair.

(*other features*)  BEARD   .

                                                 
(PROCESS SERVER'S SIGNATURE)

RAY LOWE, REGISTERED PROCESS SERVER #185 SOLANO

                                    Print Name

Subscribed and Sworn to before me on the  30TH day
of  SEPTEMBER , 2005 by the affiant who is
personally known to me.

                        
NOTARY PUBLIC



JACQUELYNE L. LOWE
COMM. #1591134
NOTARY PUBLIC • CALIFORNIA
SOLANO COUNTY
Comm. Expires JULY 29, 2009

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COUNTY OF ONODAGA | x |
| | : |
| Plaintiff, | : |
| | : 05-CV-0088 |
| v. | : |
| | : FJS/GHL |
| ABBOTT LABORATORIES, INC., | : |
| AGOURON PHARMACEUTICALS, INC., | : |
| ALCON LABORATORIES, INC., | : **ACCEPTANCE OF SERVICE** |
| ALLERGAN, INC., ALPHAMARA INC., | : |
| et al. | x |
| | |
| Defendants. | |

I, E. Abim Thomas, attorney for defendant **Eisai, Inc.** in the above-captioned matter, hereby accept service of the Summons and Complaint in this action in conjunction with agreement by plaintiff County of Onodaga that **Eisai, Inc.'s** time to answer or otherwise respond shall be extended to a date set by order of Judge Saris in the District of Massachusetts in the action captioned *In re Pharmaceutical Industry Average Wholesale Price Litigation* (MDL 1456) or to a date to be agreed upon between defendants and plaintiff.

Date:  4/7/05

E. Abim Thomas, Esq.
Ropes & Gray LLP
One International Plaza
Boston, MA 02110

*Attorney for Defendant Eisai, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
COUNTY OF ONONDAGA,

Case No. 05-CV-008 8

vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-------------------------------------------------------------x
STATE OF                          )
                                  ) ss.:
COUNTY OF                         )

_Russell DAlonzo_ , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of _PA_

On _Sept 20_ , August ___, 2005, at approximately _51 A_ .m., at

(_place served_) _100 Printers Dr Chadsford PA 19317_

Deponent served the within Summons in a Civil Case and Complaint upon

_Endo Pharmaceutical Inc_ , by delivering to and leaving with

(_Person served_) _Jean McQueen_ , (_title_) _Legal Secretary_ ,

a true and correct copy of said documents.

At the time of said service, (_Person served_) _Jean McQueen_ stated that

(s)he was duly authorized to accept service of legal process for _Endo Pharmaceutical_ .

(_person served_) _Jean Mc Queen_ is described as a _N/E_ (fe)male,

approximately __55__ years of age, _170_ lbs., _6_ ' _0_ " tall, with _Blk_ hair.

(_other features_) __ _____ .

(PROCESS SERVER'S SIGNATURE)

_Russell R DAlonzo_
Print Name

Sworn to before me this
_21_ day of _Sept._ , 2005

_Michael Gerster_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MICHAEL B. GERSTEIN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 23, 2009

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

COUNTY OF ONONDAGA,

            vs.

Case No. 05-CV-008 8

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-------------------------------------------------------------x

STATE OF _Missouri_    )
                     ) ss.:
COUNTY OF _St. Louis_   )

           _John J. Roth_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_Missouri_.

        On _THURSDAY_, _September 29_, 2005, at approximately _1:42 p_.m., at

(place served) _One Corporate Woods Dr, St Louis, Mo 63044_

Deponent served the within Summons in a Civil Case and Complaint upon

_Fethex Corp_, by delivering to and leaving with

(Person served) _Steve Randazzo_, (title) _V.P._,

a true and correct copy of said documents.

        At the time of said service, (Person served) _Steve Randazzo_ stated that

(s)he was duly authorized to accept service of legal process for _Fethex Corp_.

        (person served) _Steve Randazzo_ is described as a _White_ (fe)male,

approximately _45_ years of age, _205_ lbs., _6_ ' _1_ " tall, with _Black_ hair.

(other features) _____.

                                          (PROCESS SERVER'S SIGNATURE)

                          _John J. Roth / Marshall & Asso_
                                   Print Name

Sworn to before me this
_30th_ day of _September_ 2005

_Donna Lee Smith_
Notary Public

DONNA LEE SMITH
St. Louis County
My Commission Expires
December 5, 2006

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| COUNTY OF ONODAGA | x | |
| | : | |
| Plaintiff, | : | |
| | : | 05-CV-0088 |
| v. | : | |
| | : | FJS/GHL |
| ABBOTT LABORATORIES, INC., | : | |
| AGOURON PHARMACEUTICALS, INC., | : | |
| ALCON LABORATORIES, INC., | : | **ACCEPTANCE OF SERVICE** |
| ALLERGAN, INC., ALPHAMARA INC., | : | |
| et al. | x | |
| | | |
| Defendants. | | |

I, William A. Davis, attorney for defendant **Eli Lilly and Company** in the above-captioned matter, hereby accept service of the Summons and Complaint in this action in conjunction with agreement by plaintiff County of Onodaga that **Eli Lilly and Company's** time to answer or otherwise respond shall be extended to a date set by order of Judge Saris in the District of Massachusetts in the action captioned *In re Pharmaceutical Industry Average Wholesale Price Litigation* (MDL 1456) or to a date to be agreed upon between defendants and plaintiff.

Date: 4·1·05

William A. Davis, Esq.
Mintz Levin Cohn Ferris
  Glovsky and Popeo, P.C.
701 Pennsylvania Avenue, N.W.
Washington D.C. 20004

*Attorney for Defendant Eli Lilly and Company*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| COUNTY OF ONODAGA | x | |
| | : | |
| Plaintiff, | : | |
| | : | 05-CV-0088 |
| v. | : | |
| | : | FJS/GHL |
| ABBOTT LABORATORIES, INC., | : | |
| AGOURON PHARMACEUTICALS, INC., | : | |
| ALCON LABORATORIES, INC., | : | **ACCEPTANCE OF SERVICE** |
| ALLERGAN, INC., ALPHAMARA INC., | : | |
| et al. | x | |
| | | |
| Defendants. | | |

I, Andrew L. Hurst, attorney for defendants **Fujisawa USA, Inc., Fujisawa**

**Healthcare, Inc. and Genentech, Inc.** in the above-captioned matter, hereby accept service

of the Summons and Complaint in this action in conjunction with agreement by plaintiff

County of Onodaga that **Fujisawa USA, Inc.'s, Fujisawa Healthcare, Inc.'s and**

**Genentech, Inc.'s** time to answer or otherwise respond shall be extended to a date set by

order of Judge Saris in the District of Massachusetts in the action captioned *In re*

*Pharmaceutical Industry Average Wholesale Price Litigation* (MDL 1456) or to a date to be

agreed upon between defendants and plaintiff.

Date: 4/4/05

Andrew L. Hurst, Esq.
Reed Smith LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington D.C. 20005

*Attorney for Defendants Fujisawa USA, Inc.,*
*Fujisawa Healthcare, Inc. and Genentech, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| COUNTY OF ONONDAGA, | ) |
| Plaintiff, | ) |
|  | ) 05-CV-0088 |
| v. | ) |
|  | ) FJS/GHL |
| ABBOTT LABORATORIES, INC., | ) |
| AGOURON PHARMACEUTICALS, INC., | ) **ACCEPTANCE OF SERVICE** |
| ALCON LABORATORIES, INC., | ) |
| ALLERGAN, INC., ALPHAMARA INC., | ) |
| et al. | ) |
| Defendants. | ) |

I, Eric P. Christofferson, attorney for defendant **Genzyme Corporation** in the above-captioned matter, hereby accept service of the Summons and Complaint in this action in conjunction with agreement by plaintiff County of Onondaga that **Genzyme Corporation's** time to answer or otherwise respond shall be extended to a date set by order of Judge Saris in the District of Massachusetts in the action captioned *In re Pharmaceutical Industry Average Wholesale Price Litigation* (MDL 1456) or to a date to be agreed upon between defendants and plaintiff.

Date: 4/12/05

Eric P. Christofferson, Esq.
Ropes & Gray LLP
One International Place
Boston, MA 02110

*Attorney for Defendant Genzyme Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
COUNTY OF ONONDAGA,

Case No. 05-CV-008 8

     vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
----------------------------------------------------------------x

STATE OF            )
                    ) ss.:
COUNTY OF       )

_Daniel Gurda_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of _NY_

On _MON Oct 30_, 2005, at approximately _4:40 P_.m., at

*(place served)* _340 Kingsland St., Nutley, NJ_

Deponent served the within Summons in a Civil Case and Complaint upon

_Hoffman La-Roche Labs_, by delivering to and leaving with

*(Person served)* _P. Barbieri_, *(title)* _Sr Counsel_,

a true and correct copy of said documents.

At the time of said service, *(Person served)* _P. Barbieri_ stated that

(s)he was duly authorized to accept service of legal process for _Hoffman La-Roche_

*(person served)* _P. Barbieri_ is described as a _W_(fe)male,

approximately _35_ years of age, _160_ lbs., _5_ ' _4_ " tall, with _Brn_ hair.

*(other features)* _glasses_.

_[signature]_
(PROCESS SERVER'S SIGNATURE)

_Daniel Gurda_
Print Name

Sworn to before me this
_14_ day of _Oct_, 2005

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

_[signature]_
Notary Public

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| COUNTY OF ONODAGA | x : | |
| Plaintiff, | : : | |
| | : | 05-CV-0088 |
| v. | : : | |
| | : | FJS/GHL |
| ABBOTT LABORATORIES, INC., | : | |
| AGOURON PHARMACEUTICALS, INC., | : | |
| ALCON LABORATORIES, INC., | : | **ACCEPTANCE OF SERVICE** |
| ALLERGAN, INC., ALPHAMARA INC., | : | |
| et al. | x | |
| Defendants. | | |

I, Zoe Philippides, attorney for defendant **Immunex Corporation** in the above-captioned matter, hereby accept service of the Summons and Complaint in this action in conjunction with agreement by plaintiff County of Onodaga that **Immunex Corporation's** time to answer or otherwise respond shall be extended to a date set by order of Judge Saris in the District of Massachusetts in the action captioned *In re Pharmaceutical Industry Average Wholesale Price Litigation* (MDL 1456) or to a date to be agreed upon between defendants and plaintiff.

Date: 4/11/05

Zoe Philippides, Esq.
Perkins Coie
1201 Third Avenue
Suite 4800
Seattle, WA 98101

*Attorney for Defendant Immunex Corporation*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COUNTY OF ONODAGA | x |
| Plaintiff, | : |
| v. | : 05-CV-0088 |
| | : FJS/GHL |
| ABBOTT LABORATORIES, INC., | : |
| AGOURON PHARMACEUTICALS, INC., | : |
| ALCON LABORATORIES, INC., | : **ACCEPTANCE OF SERVICE** |
| ALLERGAN, INC., ALPHAMARA INC., | : |
| et al. | x |
| Defendants. | |

I, Kurt Pomrenke, attorney for defendants **King Pharmaceuticals, Inc.** and

**Monarch Pharmaceuticals, Inc.** in the above-captioned matter, hereby accept service of the

Summons and Complaint in this action in conjunction with agreement by plaintiff County of

Onodaga that **King Pharmaceuticals, Inc.'s** and **Monarch Pharmaceuticals, Inc.'s** time to

answer or otherwise respond shall be extended to a date set by order of Judge Saris in the

District of Massachusetts in the action captioned *In re Pharmaceutical Industry Average*

*Wholesale Price Litigation* (MDL 1456) or to a date to be agreed upon between defendants and

plaintiff.

Date: 4/8/05

Kurt Pomrenke, Esq.
Legal Department
King Pharmaceuticals, Inc.
501 Fifth Street
Bristol, TN 37620

*Attorney for Defendants King Pharmaceuticals,*
*Inc. and Monarch Pharmaceuticals, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| COUNTY OF ONODAGA | x | |
| | : | |
| Plaintiff, | : | |
| | : | 05-CV-0088 |
| v. | : | |
| | : | FJS/GHL |
| ABBOTT LABORATORIES, INC., | : | |
| AGOURON PHARMACEUTICALS, INC., | : | |
| ALCON LABORATORIES, INC., | : | **ACCEPTANCE OF SERVICE** |
| ALLERGAN, INC., ALPHAMARA INC., | : | |
| et al. | x | |
| | | |
| Defendants. | | |

I, Andrew D. Schau, attorney for defendants **Johnson & Johnson, Janssen Pharmaceutica Products LP, McNeil-PPC, Inc., Ortho Biotech Products LP and Ortho-McNeil Pharmaceutical, Inc.** in the above-captioned matter, hereby accept service of the Summons and Complaint in this action in conjunction with agreement by plaintiff County of Onodaga that the foregoing defendants' time to answer or otherwise respond shall be extended to a date set by order of Judge Saris in the District of Massachusetts in the action captioned *In re Pharmaceutical Industry Average Wholesale Price Litigation* (MDL 1456) or to a date to be agreed upon between defendants and plaintiff.

Date:  4/1/05

Andrew D. Schau, Esq.
Patterson, Belknap, Webb
  & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

*Attorney for Defendants Johnson & Johnson,*
*Janssen Pharmaceutica Products LP,*
*McNeil-PPC, Inc., Ortho Biotech Products LP and*
*Ortho-McNeil Pharmaceutical, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | MDL No. 1456<br><br>Master File No.<br>01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| **THIS DOCUMENT RELATES TO:**<br><br>*County of Onondaga v. Abbott Laboratories, Inc., et al.*<br>D. Mass. C.A. No. 05-CV-10599-PBS | |

## ACCEPTANCE OF SERVICE

I, James M. Vant, attorney for defendants Mylan Laboratories Inc., Mylan Pharmaceuticals Inc., and UDL Laboratories, Inc. in the above-captioned matter, hereby accept service of the Summons and Complaint in this action in conjunction with agreement by plaintiff County of Onondaga that the foregoing defendants' time to answer or otherwise respond shall be extended to a date set by order of Judge Patti B. Saris in the District of Massachusetts in the action captioned In Re Pharmaceutical Industry Average Wholesale Price Litigation (MDL No. 1456, Master File No. 01-CV-12257-PBS) or to a date to be agreed upon between plaintiff and defendants.

Dated: June 1, 2005

James M. Vant (BBO #653616)
Greenberg Traurig, LLP
One International Place
Boston, MA  02110
Telephone: (617) 310-6000
Facsimile: (617) 310-6001

*Attorneys for Defendants Mylan Laboratories Inc., Mylan Pharmaceuticals Inc., and UDL Laboratories, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COUNTY OF ONONDAGA | x |
| | : |
| Plaintiff, | : |
| | : 05-CV-0088 |
| v. | : |
| | : FJS/GHL |
| ABBOTT LABORATORIES, INC., | : |
| AGOURON PHARMACEUTICALS, INC., | : |
| ALCON LABORATORIES, INC., | : **ACCEPTANCE OF SERVICE** |
| ALLERGAN, INC., ALPHAMARA INC., | : |
| et al. | x |
| | |
| Defendants. | |

I, John M. Townsend, attorney for defendant **Merck & Co.** in the above-captioned matter, hereby accept service of the Summons and Complaint in this action in conjunction with agreement by plaintiff County of Onodaga that **Merck & Co.** time to answer or otherwise respond shall be extended to a date set by order of Judge Saris in the District of Massachusetts in the action captioned *In re Pharmaceutical Industry Average Wholesale Price Litigation* (MDL 1456) or to a date to be agreed upon between defendants and plaintiff.

Date: *May 27, 2005*

John M. Townsend, Esq.
Hughes Hubbard & Reed
1775 I Street N.W.
Washington, D.C. 20006-2401

*Attorney for Defendants Merck & Co.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| COUNTY OF ONODAGA | x | |
| | : | |
| Plaintiff, | : | |
| | : | 05-CV-0088 |
| v. | : | |
| | : | FJS/GHL |
| ABBOTT LABORATORIES, INC., | : | |
| AGOURON PHARMACEUTICALS, INC., | : | |
| ALCON LABORATORIES, INC., | : | **ACCEPTANCE OF SERVICE** |
| ALLERGAN, INC., ALPHAMARA INC., | : | |
| et al. | x | |
| | | |
| Defendants. | | |

I, James V. Hayes, attorney for defendant **MedImmune, Inc.** in the

above-captioned matter, hereby accept service of the Summons and Complaint in this action in

conjunction with agreement by plaintiff County of Onodaga that **MedImmune, Inc.'s** time to

answer or otherwise respond shall be extended to a date set by order of Judge Saris in the

District of Massachusetts in the action captioned *In re Pharmaceutical Industry Average*

*Wholesale Price Litigation* (MDL 1456) or to a date to be agreed upon between defendants and

plaintiff.

Date: _April 11, 2005_

_James V. Hayes_
James V. Hayes, Esq.
Williams & Connolly, LLP
725 12th Street, N.W.
Washington D.C. 20005

*Attorney for Defendant MedImmune, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| COUNTY OF ONONDAGA | x | |
| | : | |
| Plaintiff, | : | |
| | : | 05-CV-0088 |
| v. | : | |
| | : | FJS/GHL |
| | : | |
| ABBOTT LABORATORIES, INC., | : | |
| AGOURON PHARMACEUTICALS, INC., | : | |
| ALCON LABORATORIES, INC., | : | **ACCEPTANCE OF SERVICE** |
| ALLERGAN, INC., ALPHAMARA INC., | : | |
| et al. | x | |
| | | |
| Defendants. | | |

I, Mark Godler, attorney for defendant **Novartis Pharmaceuticals Corporation** in the above-captioned matter, hereby accept service of the Summons and Complaint in this action in conjunction with agreement by plaintiff County of Onondaga that **Novartis Pharmaceuticals Corporation's** time to answer or otherwise respond shall be extended to a date set by order of Judge Saris in the District of Massachusetts in the action captioned *In re Pharmaceutical Industry Average Wholesale Price Litigation* (MDL 1456) or to a date to be agreed upon between defendants and plaintiff.

Date: June 1, 2005

Mark Godler, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

*Attorney for Defendant Novartis Pharmaceuticals Corporation*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| COUNTY OF ONONDAGA | x<br>:<br>: | |
| Plaintiff, | :<br>: | 05-CV-0088 |
| v. | :<br>: | FJS/GHL |
| ABBOTT LABORATORIES, INC.,<br>AGOURON PHARMACEUTICALS, INC.,<br>ALCON LABORATORIES, INC.,<br>ALLERGAN, INC., ALPHAMARA INC.,<br>et al. | :<br>:<br>:<br>:<br>x | **ACCEPTANCE OF SERVICE** |
| Defendants. | | |

I, Erica J. Smith-Klocek, attorney for defendants **Pfizer, Inc., Pharmacia Corporation, Algouron Pharmaceuticals, Inc. and Greenstone LTD** in the above-captioned matter, hereby accept service of the Summons and Complaint in this action in conjunction with agreement by plaintiff County of Onondaga that the foregoing defendants' time to answer or otherwise respond shall be extended to a date set by order of Judge Saris in the District of Massachusetts in the action captioned *In re Pharmaceutical Industry Average Wholesale Price Litigation* (MDL 1456) or to a date to be agreed upon between defendants and plaintiff.

Date: _5/31/05_

Erica J. Smith-Klocek, Esq.
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

*Attorney for Defendants Pfizer, Inc., Pharmacia Corporation, Algouron Pharmaceuticals, Inc. and Greenstone LTD*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| COUNTY OF ONONDAGA | X<br>: | |
| Plaintiff, | :<br>: | |
| v. | :<br>: | 05-CV-0088 |
| | :<br>: | FJS/GHL |
| ABBOTT LABORATORIES, INC.,<br>AGOURON PHARMACEUTICALS, INC.,<br>ALCON LABORATORIES, INC.,<br>ALLERGAN, INC., ALPHAMARA INC.,<br>et al. | :<br>:<br>:<br>:<br>X | **ACCEPTANCE OF SERVICE** |
| Defendants. | | |

I, Thomas J. Roberts, attorney for defendants **Par Pharmaceuticals, Inc.** in the above-captioned matter, hereby accept service of the Summons and Complaint in this action in conjunction with agreement by plaintiff County of Onondaga that **Par Pharmaceuticals, Inc.'s** time to answer or otherwise respond shall be extended to a date set by order of Judge Saris in the District of Massachusetts in the action captioned *In re Pharmaceutical Industry Average Wholesale Price Litigation* (MDL 1456) or to a date to be agreed upon between defendants and plaintiff.

Date:  5/31/05

Thomas J. Roberts, Esq.
Williams & Connolly, LLP
725 12th Street, N.W.
Washington D.C. 20005

*Attorney for Defendant Par Pharmaceuticals, Inc.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| COUNTY OF ONODAGA | x | |
| Plaintiff, | : | |
| | : | |
| v. | : | 05-CV-0088 |
| | : | |
| | : | FJS/GHL |
| ABBOTT LABORATORIES, INC., | : | |
| AGOURON PHARMACEUTICALS, INC., | : | |
| ALCON LABORATORIES, INC., | : | **ACCEPTANCE OF SERVICE** |
| ALLERGAN, INC., ALPHAMARA INC., | : | |
| et al. | x | |
| Defendants. | | |

I, Lori A. Schechter, attorney for defendant **Purdue Pharma, LP** in the
above-captioned matter, hereby accept service of the Summons and Complaint in this action in
conjunction with agreement by plaintiff County of Onodaga that **Purdue Pharma, LP's** time
to answer or otherwise respond shall be extended to a date set by order of Judge Saris in the
District of Massachusetts in the action captioned *In re Pharmaceutical Industry Average
Wholesale Price Litigation* (MDL 1456) or to a date to be agreed upon between defendants and
plaintiff.

Date: 4/5/05

Lori A. Schechter, Esq.
Morrison & Forester LLP
425 Market Street
San Francisco, CA 94105

*Attorney for Defendant Purdue Pharma, LP*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

COUNTY OF ONONDAGA,

Case No. 05-CV-008 8

vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-----------------------------------------------------------x

STATE OF                    )
                            ) ss.:
COUNTY OF                   )

_Daniel Guida_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_NY_

On _MON_, _Sept 3_, 2005, at approximately _4:40_ p.m., at

*(place served)* _340 Kingsland St, Nutley, NJ_

Deponent served the within Summons in a Civil Case and Complaint upon

_Roche Labs_, by delivering to and leaving with

*(Person served)* _P. Barbieri_, *(title)* _Sr Counsel_

a true and correct copy of said documents.

At the time of said service, *(Person served)* _P. Barbieri_ stated that

(s)he was duly authorized to accept service of legal process for _Roche Labs_.

*(person served)* _P. Barbieri_ is described as a _(x)_ (fe)male,

approximately _35_ years of age, _160_ lbs., _5_ ' _4_ " tall, with _Brn_ hair.

*(other features)* _glasses_.

_____
(PROCESS SERVER'S SIGNATURE)

_Daniel Guida_
Print Name

Sworn to before me this
_4_ day of _Oct_, 2005

_____
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

COUNTY OF ONONDAGA,                           Case No. 05-CV-008 8

      vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
---------------------------------------------------------------x

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF QUEENS    )

          Byran Smith, being duly sworn deposes and says that: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

          On October 3, 2005, 2005 at approximately 3:30 p.m. at 1133 Avenue of the Americas, Ste 3100, New York, New York 10036, Deponent served the within Summons and Complaint upon Sanofi-Synthelabo Inc., via Agent Corporation Service Company, by delivering to and leaving with John Pelletier, Customer Service Representative, a true and correct copy of said documents.

          At the time of said service, John Pelletier stated that he was authorized to accept service of process for Sanofi-Synthelabo Inc.

          John Pelletier is described as a White male, approximately 5'11"-6'1" tall, 210-230 lbs, 55-58 years old, black hair, balding and wears glasses.

                                    _Byran Smith_
                                      Byran Smith

Sworn to before me this
6th day of October, 2005

_Karlene s Jackson_
Notary Public

**KARLENE S. JACKSON**
Notary Public
State of New York, #01JA5083169
Qualified in Kings County
Commission Expires August 4, 20_05_

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| COUNTY OF ONODAGA | x | |
| Plaintiff, | : | |
| | : | 05-CV-0088 |
| v. | : | FJS/GHL |
| ABBOTT LABORATORIES, INC., | : | |
| AGOURON PHARMACEUTICALS, INC., | : | |
| ALCON LABORATORIES, INC., | : | **ACCEPTANCE OF SERVICE** |
| ALLERGAN, INC., ALPHAMARA INC., | : | |
| et al. | x | |
| Defendants. | | |

I, John Montgomery, attorney for defendants **Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation** in the above-captioned matter, hereby accept service of the Summons and Complaint in this action in conjunction with agreement by plaintiff County of Onodaga that **Schering Corporation's, Schering-Plough Corporation's and Warrick Pharmaceuticals Corporation's** time to answer or otherwise respond shall be extended to a date set by order of Judge Saris in the District of Massachusetts in the action captioned *In re Pharmaceutical Industry Average Wholesale Price Litigation* (MDL 1456) or to a date to be agreed upon between defendants and plaintiff.

Date: 4/05/05

John Montgomery, Esq.
Ropes & Gray LLP
One International Plaza
Boston, MA 02110

*Attorney for Defendants Schering Corporation,
Schering-Plough Corporation and Warrick
Pharmaceuticals Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
COUNTY OF ONONDAGA,

Case No. 05-CV-008 8

      vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
----------------------------------------------------------x
STATE OF          )
  *MASSACHUSETTS*  ) ss.:
COUNTY OF  *SUFFOLK*  )

       *DAVID E. WALTERS*, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

*MASSACHUSETTS*.

     On *THURSDAY SEPTEMBER 29*, 2005, at approximately *12:55* p.m., at

(place served) *ONE TECHNOLOGY PLACE, ROCKLAND MA 02370.*

Deponent served the within Summons in a Civil Case and Complaint upon

*SERONO INC*, by delivering to and leaving with

(Person served) *EILEEN ROSENBERG*, (title) *ASSOCIATE GENERAL COUNSEL*

a true and correct copy of said documents.

    At the time of said service, (Person served) *EILEEN ROSENBERG* stated that

(s)he was duly authorized to accept service of legal process for *SERONO INC*.

    (person served) *EILEEN ROSENBERG* is described as a *WHITE* (fe)male,

approximately *37* years of age, *135* lbs., *5'7"* tall, with *BROWN* hair.

(other features) _____.

                                   (PROCESS SERVER'S SIGNATURE)

                             *DAVID E. WALTERS*
                               Print Name

Sworn to before me this
*29TH* day of *SEPT*, 2005

*Patricia A. Farr*
Notary Public
My Commission exp.
7/25/08

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
COUNTY OF ONONDAGA,

Case No. 05-CV-008 8

vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-------------------------------------------------------------x

STATE OF _____ )
) ss.:
COUNTY OF _____ )

_Christopher Mullen_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of _PA_

On _MON_ _Sept_, _30_ 2005, at approximately _12:05_ p.m., at
(place served) _Franklin Plaza, Phila PA_,

Deponent served the within Summons in a Civil Case and Complaint upon _SmithKline_
_SmithKline Beecham Corp DBA GlaxoSmithKline_, by delivering to and leaving with
(Person served) _Jean Sherwood_, (title) _Admin. Asst_,

a true and correct copy of said documents.

At the time of said service, (Person served) _Jean Sherwood_ stated that

(s)he was duly authorized to accept service of legal process for _SmithKline_.

(person served) _Jean Sherwood_ is described as a _W_ (fe)male,

approximately _55_ years of age, _170_ lbs., _5_ ' _8_ " tall, with _brn_ hair.

(other features) _glasses_.

_____
(PROCESS SERVER'S SIGNATURE)
_Christopher Mullen_
Print Name

Sworn to before me this
_4_ day of _Oct_ , 2005

_____
Notary Public

JANET E. MULLEN
MY COMMISSION EXPIRES
MAY 17, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
COUNTY OF ONONDAGA,

Case No. 05-CV-008 8

vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-----------------------------------------------------------------x

STATE OF                    )
                            ) ss.:
COUNTY OF                   )

_Leonard Smith_ , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_Ill_ .

On _9-29-_ , 2005, at approximately _10:14_ A.m., at

(place served) _Tap Pharmaceutical Products_ ,

Deponent served the within Summons in a Civil Case and Complaint upon

_Donna Montyivias_ , by delivering to and leaving with

(Person served)_____ , (title) _Legal Dept_ ,

a true and correct copy of said documents.

At the time of said service, (Person served) _Donna Montyivias_ stated that

(s)he was duly authorized to accept service of legal process for _Tap Pharmaceutical_

(person served)_____ is described as a _/—_ (fe)male,

approximately _45_ years of age, _120_ lbs., _5'4"_ tall, with _Brn_ hair.

(other features) _____ .

_Leonard Smith_
(PROCESS SERVER'S SIGNATURE)

_Leonard Smith_
Print Name

Sworn to before me this
_29_ day of _sept_ , 2005

_signature_
Notary Public

OFFICIAL SEAL
MINDA SMITH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES JAN. 7, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

COUNTY OF ONONDAGA,

       vs.

Case No. 05-CV-008 8

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
------------------------------------------------------------x

STATE OF _California_    )
               ) ss.:
COUNTY OF _Orange_    )

       _Surya Von Rosen_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_California_.

       On _Monday_, ~~August~~ _October_ _3_, 2005, at approximately _10_ : _45_ a.m., at

(place served) _311 Bonnie Circle , Corona , CA   92880_.

Deponent served the within Summons in a Civil Case and Complaint upon

_Watson Pharma, Inc._____, by delivering to and leaving with

(Person served) _David A. Buchen_____ (title) _Se. V. P_____,

a true and correct copy of said documents.

       At the time of said service, (Person served) _David A. Buchen_ stated that

(s)he was duly authorized to accept service of legal process for _Watson Pharma, Inc._

    (person served) _David A. Buchen_ is described as a _W_ (fe)male.

approximately _55_ years of age, _200_ lbs., _6' 1"_ tall, with _light_ hair.

(other features) _____.

State of California, County of _Orange_
Subscribed and sworn to (or affirmed) before me
on this _5_ day of _October_, 20_05_,
by _Surya Von Rosen_,
personally known to me or proved to me on the
basis of satisfactory evidence to be the person(s)
who appeared before me.
Signature: _Amanda H. Byham_

Sworn to before me this
___ day of _____, 2005

_____
Notary Public

_(PROCESS SERVER'S SIGNATURE)_

_Surya Von Rosen_
Print Name

AMANDA HELEN BYHAM
COMM. #1387473
Notary Public · California
Orange County
My Comm. Expires Nov. 26, 2006

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
COUNTY OF ONONDAGA,

    vs.          Case No. 05-CV-008 8

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-------------------------------------------------------------x
STATE OF   _CALIFORNIA_   )
           ) ss.:
COUNTY OF   _ORANGE_    )

      _Surya Von Rosen_ _____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_____ _CALIFORNIA_ _____.

    On _MONDAY_ _____, ~~August~~ _OCTOBER_ _3_, 2005, at approximately _10 : 45 A_ .m., at

_(place served)_ _311 Bonnie Circle , Corona , CA   92880_ _____,

Deponent served the within Summons in a Civil Case and Complaint upon

_Watson Pharmaceuticals, Inc._ _____, by delivering to and leaving with

_(Person served)_ _David A. Buchen_ _____, _(title)_ _Sr. V. P_ _____,

a true and correct copy of said documents.

    At the time of said service, _(Person served)_ _David A. Buchen_ ____ stated that

(s)he was duly authorized to accept service of legal process for _Watson Pharmaceuticals, Inc._

   _(person served)_ _David A. Buchen_ _____ is described as a _W_ ____ (fe)male,

approximately _55_ ____ years of age, _200_ lbs., _6 ' 1_ " tall, with _light_ ____ hair.

_(other features)_ _____.

State of California, County of _Orange_
Subscribed and sworn to (or affirmed) before me
on this _05_ day of _October_ , 20 _05_ ,
by _Surya Von Rosen_
personally known to me or proved to me on the
basis of satisfactory evidence to be the person(s)
who appeared before me.
Signature: _Amanda A. Byham_

Sworn to before me this
____ day of _____, 2005

_____
Notary Public

         _____
         (PROCESS SERVER'S SIGNATURE)

          _Surya Von Rosen_
           Print Name

AMANDA HELEN BYHAM
COMM. #1387473
Notary Public · California
Orange County
My Comm. Expires Nov. 26, 2006

## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

MDL. NO. 1456

Civil Action No. 01-CV-12257
Judge Patti B. Saris

THIS DOCUMENT RELATES TO:

COUNTY OF ONONDAGA V. ABBOTT
LABORATORIES, INC., ET AL.,
(N.D.N.Y. Case No. CV-05-0088)

# AFFIDAVIT OF SERVICE
## UNDER THE HAGUE CONVENTION

Kirby McInerney & Squire, LLP
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 371-6600

RETURN COPY

2005 2510

## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ELEMENTS ESSENTIELS DE L'ACTE*

**Convention on the service abroad of judicial and extrajudicial documents In civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative 'a la signification et a la notfrarion ~ l'e'stranger ties acres judiciaries et extrajudiciaries en matiere civile ou commerciale, signgee a La Haye, le 15 Novembre 1965.,*

**(article 5, fourth paragraph)**
*(article 5. alinea 4)*

**Name and address of the requesting authority:**
Nom ei addressee tie l'autorite requirante:

Joanne M. Cicala, ESQ., Kirby  McInerney & Squire, LLP,  830 Third Ave. NY 10022  (212) 371-6600

**Particulars of the parties:**
Identite des parties:

The County of Onondaga v.  Abbott Laboratories, Inc. et al.

### JUDICIAL DOCUMENT
### *ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et obiet tie I'acte-*

To give notice to defendants of the institution against them of a claim for civil damages, and summons  them to answer the complaint.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance le cas echeant le montant du litige:*

Plaintiffs are seeking relief as indicated on page 134 of the complaint; exact remedy will be determined in court.

**Date and place for entering appearance-**
*Date el lieu de la comparution:*

**Court which has given judgment**:**
*Juridiction qui a rendu la decision:*

Defendant has (20) days from receipt of summons to answer. Case transferred to the District Court of Massachusetts (Boston).

**Dale of judgment**:**
*Date de /a decision:*

**Time limits stated in the document**:**
*Indication des delias figurant dans l'acte:*

Defendant is required to file an Answer with the Court within (20) days after receiving the summons and complaint herein.

### EXTRAJUDICIAL DOCUMENT
### *ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet l'acte:*

N/A

**Time limits stated in the document:**
*Indication des delias figurant dans l'acte:*

N/A

SFP 2005-2510

CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

1) that the document has been served  the (date) **03 May 2005**
que le demande a ete executee       le (date)

-at (place, street, number) **980 Great West Road, Brentford, Middlesex, TW8**
-a (localite, rue, numero)

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:
**a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention**
selon les formes legales (article 5, alinea premier, lettre a)

~~b) in accordance with the following particular method~~
~~selon la forme particuliere suivante~~

~~c) by delivery to the addressee, who accepted it voluntarily~~
~~par remise simple~~
The documents referred to in the request have been delivered to:   **Glaxosmithkline Plc**
Les documents mentionnes dans la demande ont ete remis a:
- (identity and description of person)                **Janet Azzopardi**
- (identite et qualite de la personne)

- relationship to the addressee (family, business or other)     **Corporate Secretary**
- liens de parente de subordination ou autres avec
le desinataire de l'acts

~~2) that the document has not been served, by reason of the following facts:~~
~~que la demande n'a pas ete executee, en raison des faits suivants:~~

~~in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.~~
~~Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure ci memoire ci-joint~~

Annexes
Documents returned
Pieces renvoyees                          Done at London
                                          fait a

in appropriate cases, documents          the 9 May, 2005
establishing the service:                le
le cas echeant, les documents
justicatifs de l'execution:              Signature and/or stamp:
                                         Signature et/ou cachet:

U 9 MAY 2005

U.S. Department of Justice
United States Marshals Service



# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative 'a la signification et 'a la notification 'a l'etranger des actes judiciaires ou extrajudiciaires en matiere civile ou commerciale, signgee 'a La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identite et adresse du requerant*<br><br>Joanne M. Cicala, Esq.<br>KIRBY McINERNEY & SQUIRE<br>830 Third Avenue<br>New York, NY 10022 | Address of receiving authority<br>*Adresse de l'autorite destinataire*<br><br>The Senior Master of the Supreme Court of the Judiature<br>Royal Courts of Justice Strand<br>London WC2A 2LL, United Kingdom |
|---|---|

**The undersigned applicant has the honour to transmit-in duplicate-the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,**
**(identity and address)**

*Le requerant soussigne a l'honneur de faire parvenir-en double exemplaire-a l'autorite destinataire les documents ci-dessous enumeres. en la priant conformement a l'article 5 de la Convention precitee, d'en faire remettre sans remettre un exemplaire au destinataire, savoir:*

*(identite et adresse)*  GlaxoSmithKline P.L.C. ( "GSK") - 980 Great West Road, Brentford, Middlesex, EN, TW8 9, U.K.

☒ (a) in accordance with the provisions or sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  *a) selon les formes legales (article 5 alinea premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  *b) selon la forme particuliere suivante (article 5, aline'a premier, lettre b) :*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
  *c) le cas echeant, par remise simple (article 5, alinea 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes--with a certificate• a provided on the reverse side.**
*Cette autorite est priee de renvoyer ou de faire renvoyer au requerant un exemplaire de l'acte-et de ses annexes -avec l'attestation figurant au verso.*

List of documents
*Enumuration der pieces*

Complaint in Duplicate

Summons in Duplicate

Certificate (un-executed) in Duplicte

Executed "Request" in Duplicate

Executed "Summary" in Duplicate

Done at New York, NY _____, the 3-23-'05 _____
*Fait 'a* _____ , *le*

Signature and/or stamp
*Signature et/ ou cachet*

Joanne M. Cicala, Esq.

*\*Delete if inappropriate*
*Rayer les mentions inutiles.*

USM Form 94
Est. 11/77, Automated 11/00
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)