UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| THIS DOCUMENT RELATES TO: | Civil Action No. 01-CV-12257 Judge Patti B. Saris |
| COUNTY OF CHAUTAQUA V. ABBOTT LABORATORIES, INC., et al., (W.N.D.Y. Case No. 05 cv 214) | |

# AFFIDAVIT OF SERVICE

Kirby McInerney & Squire, LLP
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 371-6600

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

THIS DOCUMENT RELATES TO:

COUNTY OF CHAUTAUQUA v. ABBOTT
LABORATORIES, INC., et al.

W.D.N.Y. Case No. 05-cv-214

Index No. 01-12257 PBS

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK )

I, RAYAN MILLER, says:

I am over the age of eighteen, am not a party to this action, and am employed in

the City, State, and County of New York.  On July 27, 2005, I served true and complete copies

of the attached SUMMONS AND COMPLAINT upon the corporation listed below:

AGOURON PHARMACEUTICALS. INC.,
c/o PFIZER INC.,
150 E. 42nd Street
New York NY 10017

by personally delivering said true copies to Rochelle Brown, of Pfizer's Legal Division.  Ms

Brown is a black female 5'6" tall, 140 pounds and wears glasses. Ms Brown stated that she was

authorized to accept service and also provide acknowledgment of service

RAYAN MILLER

Sworn to before me this
28 day of July, 2005.

Notary Public

MARIANNE SADECKI
Notary Public, State of New York
No. 14-4869982
Qualified in Dutchess County
Commission Expires Sept. 8, 2006

# States District Court

| WESTERN | DISTRICT OF | NEW YORK |

COUNTY OF CHAUTAUQUA

ORIGINAL

## SUMMONS IN A CIVIL CASE

**V.**

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC., et al. (SEE ATTACHED)
Agouron Pharmaceutical Inc.

CASE NUMBER:

05  CV  U 2148 (F)

TO: (Name and address of defendant)

(SEE ATTACHED)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joanne M. Cicala, Esq.
Aaron Hovan, Esq.
Kirby McInerney & Squire, LLP
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 371-6600

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE

MAR 2 9 2005

UNITED STATES DISTRICT COURT
~WESTERN~ DISTRICT OF NEW YORK
-----------------------------------------------------------x
COUNTY OF CHAUTAUQUA,

Index No. 05-CV-0214 S(F)

Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-----------------------------------------------------------x

STATE OF ILLINOIS )
                  ) ss.:
COUNTY OF ~COOK~ )
         *LAKE*

_____*BARNETT S. KOLTON*_____ being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Illinois.

On Wednesday, July 27, 2005, at approximately _4:25 P_m., at 100 Abbott Park

Road, Abbott Park, IL 60064, Deponent served the within Summons in a Civil Case and Complaint with

Exhibits upon Abbott Laboratories Inc., by delivering to and leaving with

*(Person served)* _CINDY BENNETT_ _____, *(title)* _PARALEGAL_ ,

a true and correct copy of said documents.

At the time of said service, *(Person served)* _CINDY BENNETT_ stated that

(s)he/was duly authorized to accept service of legal process for Abbott Laboratories, Inc.

*(person served)* _CINDY BENNETT_ is described as a _W_ (fe)male,

approximately _40_ years of age, _135_ lbs., _5' 6_ " tall, with _BLACK_ hair.

*(other features)* _____ .

_____*Barnett S. Kolton*_____
(PROCESS SERVER'S SIGNATURE)

_*BARNETT S. KOLTON*_
Print Name

Sworn to before me this
_29_ day of July, 2005

_*Alicia Hyder*_
Notary Public

"OFFICIAL SEAL"
ALICIA HAYDEN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8/16/2008

-------------------------------------------------------x

COUNTY OF    Chautauqua

      Vs.

05 CV 0214 S (F)

ABBOTT LABORATORIES, INC.. ALCON
LABORATORIES, INC. et. al.

-------------------------------------------------------x

STATE OF NEW JERSEY    )
                       ) ss.:

COUNTY OF    Camden     )

      Dacien John Mullen_____, being duly sworn deposes and says that:

Deponent is not a party to this action. and is over 18 years of age and is a resident of the State of

New Jersey.

      On _Wednesday_____, July _27_, 2005, at approximately _1: 30_ pm., at

_(place served)_ __1 Executive Drive, Fort Lee, NJ_____,

Deponent served the within Summons in a Civil Case and Complaint upon

__Alpharma, Inc._____, by delivering to and leaving with

_(Person served)_ __Lynne D. Block_____, _(title)_ ____Secretary_____,

a true and correct copy of said documents.

      At the time of said service, _(Person served)_ __Lynne D. Block_____ stated that

(s)he was duly authorized to accept service of legal process for __Alpharma, Inc._____.

      _(person served)_ D. Block_____ is described as a ____White_ (fe)male,

approximately __50__ years of age, _140_ lbs.. _5'8"_ " tall, with _grey_ hair.

_(other features)_ _____.

_(signature)_

(PROCESS SERVER'S SIGNATURE)

Dacien John Mullen

Print Name

Sworn to before me this
27th 27day of July, 2005

Notary Public

JANET E. MULLEN
MY COMMISSION EXPIRES
MAY 17, 2008

# AFFIDAVIT OF PROCESS SERVER

### In The United States District Court for the Western District of New York

Case No: 05 CV 0214 S(F)

County of Chautauqua
Plaintiff(s)
v
Abbott Laboratories, Inc., et al
Defendant(s)

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.  And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:**  I served AstraZeneca Pharmaceuticals L.P.

With the (documents)  Summons in a Civil Case: Complaint; and Amended Complaint

Person Served:  Mary Ann Snyder, Legal Administrator duly authorized to accept service

Service Address:  1800 Concord Pike, Wilmington, Delaware  19850

Date of Service:  July 27, 2005        Time of Service:  1:49 p.m.

**Manner of Service:**  (X) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.
**Non-Service:**  After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address          ( ) Evading                              ( ) Moved, left no forwarding
( ) Address does not exist      ( ) Service canceled by Litigant    ( ) Unable to serve in a timely fashion
( ) Other

**Description:**  Age: 41   Sex: F   Race:   W        Hgt. 5'7"        Wgt: 135      Hair: Brown       Glasses:  No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

| July 27, 2005 | at | Wilmington, | Delaware |
|---|---|---|---|
| Date | | City | State |

Richard Torpey, Process Server

State of Delaware
County of New Castle

Subscribed and sworn before me, a Notary Public of the State of Delaware on July 27, 2005

Witness My Hand and Official Seal To

Kimberly J. Ryan, My Commission Expires 6/15/08
Notary Public, State of Delaware



6/15/08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

COUNTY OF  Chautauqua                                    OSCV 0314 S(F)

      Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-------------------------------------------------------x

STATE OF NEW JERSEY      )
                  ) ss.:
COUNTY OF  Camden       )

              __Dacien John Mullen__, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey.

          On __Wednesday__, July _27_, 2005, at approximately _1 : 30_ pm., at
          300 Somerset Corporate Blvd., Bridgewater, NJ
*(place served)* _____

Deponent served the within Summons in a Civil Case and Complaint upon

          Aventis Pharmaceutical, Inc._____, by delivering to and leaving with

_____Laura Nigro_____, *(title)* ____Legal Assistant_____,
*(Person served)*

a true and correct copy of said documents.

      At the time of said service, *(Person served)* ____LAURA Nigro_____ stated that

(s)he was duly authorized to accept service of legal process for ___Aventis Pharmaceutical___.

      *(person served)* ___Laura Nigro_____ is described as a _White___ (fe)male,

approximately __30___ years of age, _135_ lbs., _5'4"_ " tall, with _brown_ hair.

*(other features)* _____.

                                   **(PROCESS SERVER'S SIGNATURE)**

                                   Dacien John Mullen
                                   Print Name

Sworn to before me this
27th day of July, 2005

*Notary Public*

JANET E. MULLEN
MY COMMISSION EXPIRES
MAY 17, 2008

UNITED STATES DISTRICT COURT
~WESTECN~ DISTRICT OF NEW YORK
------------------- -----------------------------------x

COUNTY OF CHAUTAUQUA,                          Index No. 05-CV-0214 S(F)

      Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-------------------------------------------------------------x

STATE OF ILLINOIS   )
                 ) ss.:
COUNTY OF COOK   )

        Marshall Grady_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Illinois.

      On Thursday July 28, 2005, at approximately 2 : 17 P.m., at One Baxter Parkway,

Deerfield, IL 60015, Deponent served the within Summons in a Civil Case and Complaint with

Exhibits upon Baxter Healthcare Corp. by delivering to and leaving with

(Person served) Diane Breckenfeld_____, . (title) Paralegal_____

a true and correct copy of said documents.

      At the time of said service. (Person served) Diane Breckenfeld_____ stated that

(s)he was duly authorized to accept service of legal process for Baxter International, Inc.

     (person served) Diane Breckenfeld____ is described as a White (fe)male,

approximately 58 years of age, 148 lbs., 5 . 9 " tall, with Gray hair.

(other features) _____

                           Marshall Grady
                         (PROCESS SERVER'S SIGNATURE)

                         Marshall Grady
                            Print Name

Sworn to before me this
29 day of July, 2005.

Rebecca Campana
Notary Public

"OFFICIAL SEAL"
REBECCA CAMPANA
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 09/24/2005

UNITED STATES DISTRICT COURT
~WESTECN~ DISTRICT OF NEW YORK
-------------------      --------------------------------x
COUNTY OF CHAUTAUQUA,

        Index No. 05-CV-0214 S(F)

     Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
------------------------------------------------------x

STATE OF ILLINOIS   )
              ) ss.:
COUNTY OF COOK    )

       __Marshall Grady__, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Illinois.

      On ` Thursday, July 28, 2005, at approximately __2 : 17__ p.m., at One Baxter Parkway,

Deerfield, IL 60015, Deponent served the within Summons in a Civil Case and Complaint with

Exhibits upon Baxter International Inc., by delivering to and leaving with

_(Person served)_ __Diane Breckenfeld__ . _(title)_ __Paralegal__

a true and correct copy of said documents.

     At the time of said service, _(Person served)_ __Diane Breckenfeld__ stated that

(s)he was duly authorized to accept service of legal process for Baxter International, Inc.

     _(person served)_ __Diane Breckenfeld__ is described as a __White__ (fe)male,

approximately __58__ years of age, __148__ lbs., __5__ ' __9__ " tall, with __Gray__ hair.

_(other features)_ _____ .

                      _Marshll Grdy_
                    (PROCESS SERVER'S SIGNATURE)

                    _Marshall Grady_
                       Print Name

Sworn to before me this
_24_ day of July, 2005

_Rebecca Campana_
Notary Public

"OFFICIAL SEAL"
REBECCA CAMPANA
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 08/24/2005

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

COUNTY OF **CHAUTAUQUA**                                  Index No. 05-CV-0214 S(F)

        Vs.
ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
------------------------------------------------------------X
STATE OF NEW YORK)
COUNTY OF QUEENS ) ss.:

        Andrew Bartley, being duly sworn deposes and says that: Deponent is not a party to this

action, and is over 18 years of age and is a resident of the State of New York.

        On July 27, 2005, at approximately 5:30 p.m., at 2 Quaker Road, Pomona, New

York 10970. Deponent served the within Summons in a Civil Case and Complaint upon Barr Laboratories

Inc., by delivering to and leaving with Rich Dunne, Security Operations Coordinator, a true and correct

copy of said documents.

        At the time of said service, Rich Dunne stated that he was duly authorized to accept service

of legal process for Barr Laboratories Inc.

        Rich Dunne is described as a White male, approximately 45-50 years of age, 175-180 lbs.,

5' 6" tall, and has bald head.

                                           Andrew Bartley

Sworn to before me this
29th day of July, 2005

Notary Public

**KARLENE S. JACKSON**
Notary Public
State of New York, #01JA5083169
Qualified in Kings County
Commission Expires August 4, 20 07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------x
COUNTY OF **CHAUTAUQUA**                    Index No. 05-CV-0214 S(F)

       Vs.
ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-----------------------------------------------------x
STATE OF PA                    )
COUNTY OF ALLEGHENY  ) ss.:

     CARMEN J CICCARELLI, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

PENNSYLVANIA

    On _____, July 27TH, 2005, at approximately 11 :05 A .m., at

(address) 100 BAYER RD  BLDG 14  GRAFTON PA 15205

Deponent served the within Summons in a Civil Case and Complaint upon (Defendant)

BAYER CORP _____, by delivering to and leaving with

(Person served) WILLIAM DODERO _____ (title) COUNSEL

a true and correct copy of said documents.

    At the time of said service, (Person served) WILLIAM DODERO

stated that (s)he was duly authorized to accept service of legal process for (Defendant)

BAYER CORP

(Person served) WILLIAM DODERO _____ is described as a (color/ race) WHITE

(fe)male, approximately 40 ____ years of age, 180 lbs., 5 ' 10 " tall, with

BLACK hair. (other features) _____

Notarial Seal
Robert D. Sta...
Penn Hill... ... Public
My Comm... ... County
(Mem... Penn... ... 31, 2005

Sworn to before me this
27TH day of July, 2005

Notary Public

(PROCESS SERVER'S SIGNATURE)

CARMEN J CICCARELLI
(Print Name)

ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
WESTERN
-----------------------------------------------x
COUNTY OF CHAUTAUQUA

                                           Index No. 05-CV-0214 S(F)

          Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-----------------------------------------------x

STATE OF OHIO              )
                           ) ss.:
COUNTY OF SUMMIT           )

          DAVID BLACKFORD        , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Ohio.

          On THURSDAY      , July 28 , 2005, at approximately 12: 20 P .m., at 300

Northfield Road, Bedford, OH 44146, Deponent served the within Summons in a Civil Case and

Complaint with attached Exhibits, upon Ben Venue Laboratories, Inc., by delivering to and leaving with

(Person served) KATHY RAMSEY          , (title) ADMINISTRATIVE ASSISTANT,

a true and correct copy of said documents.

          At the time of said service, (Person served) KATHY RAMSEY          stated that

(s)he was duly authorized to accept service of legal process for Ben Venue Laboratories, Inc..

          (person served) KATHY RAMSEY          is described as a CAUCASIAN (fe)male,

approximately 45      years of age, 145    lbs., 5' 6  " tall, with BLONDE  hair.

(other features) _____ .


                              _____
                              (PROCESS SERVER'S SIGNATURE)

                              DAVID BLACKFORD
                              Print Name

Sworn to before me this
29th day of July, 2005

_____
Notary Public                RICHARD D. PURSER, Notary Public
                             Residence - Medina County
                             State Wide Jurisdiction, Ohio
                             My Commission Expires 4-5-09

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
(Caption *County of Chautauqua*

                                        Index No. *05 - C V - 0214  S (F)*
                                    Plaintiff

              V.

(Caption) *Abbott Laboratories Inc.*
        *et al.*        Defendants
----------------------------------------------------------------x
STATE OF
   *Massachusetts*   ) ss.:
COUNTY                )
   *Suffolk*

          *David E. Walters*, being duly sworn deposes and says that: deponent is not a party

to this action, and is over 18 years of age and is a resident of the State of *Massachusetts* .


          On *Wednesday, July 27*, 2005 approximately *1:52* p.m. at (address

served) *10 Cambridge Center MA 02142*, deponent served the within Summons in a Civil Case and

Complaint upon *Biogen Idec Inc.* by delivering to and leaving with

(PERSON SERVED) *Jeanne Schmitter* ,(TITLE) *Exec. Asst. to General Couns.* a true and correct

copy of said document. At the time of said service, (PERSON SERVED)

*Jeanne Schmitter* stated that she was duly authorized to accept service of legal

process for (Co served) *Biogen Idec Inc*

          (PERSON SERVED) *Jeanne Schmitter* is described as a *white*  Female,

approximately *38* years of age, *140* lbs., *5'4"* tall, with *Blonde* hair and (OTHER FEATURES)

     *She wears glasses.*

                         *David E Walters*
                         (PROCESS SERVER'S SIGNATURE)
                         *David E Walters*


Sworn to before me this
*27* day of *July* , 200 *5*

*Patricia A Farr*
Notary Public
My Commission exp-
   *7/25/08*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
COUNTY OF CHAUTAUQUA

       Vs.

Index No. 05-CV-0214 S(F)

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
----------------------------------------------------------------x

STATE OF CONNECTICUT    )
                       ) ss.:
COUNTY OF FAIRFIELD     )

                  Eric Rubin       , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Connecticut.

          On Wednesday, July 27, 2005, at approximately 2 :00 p.m., at One Commercial

Plaza, Hartford, CT 06103, Deponent served the within Summons in a Civil Case and Complaint with

attached Exhibits, upon Boehringer Ingelheim Corp., via Agent, CT Corporation, by delivering to and

leaving with *(Person served)* Angie Farineau         *(title)*, Fulfillment Specialist

a true and correct copy of said documents.

       At the time of said service, *(Person served)* Angie Farineau       stated that

(s)he was duly authorized to accept service of legal process for Boehringer Ingelheim Corp.

      *(person served)* Angie Farineau       is described as a white  (fe)male,

approximately 25-35 years of age, 110 lbs., 5 ' 4 " tall, with black hair.

*(other features)* _____ .

                                   (PROCESS SERVER'S SIGNATURE)

                                      Eric Rubin
                                      Print Name

Sworn to before me this
28th day of July, 2005

Notary Public

Ksenia V. Rubin
NOTARY PUBLIC
State of Connecticut
My Commission Expires 12/31/07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
COUNTY OF CHAUTAUQUA

       Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
--------------------------------------------------------------x

Index No. 05-CV-0214 S(F)

STATE OF CONNECTICUT   )
                      ) ss.:
COUNTY OF FAIRFIELD     )

           Eric Rubin       , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Connecticut.

        On Wednesday, July 27, 2005, at approximately _2_ : _00_ p_.m., at One Commercial

Plaza, Hartford, CT 06103, Deponent served the within Summons in a Civil Case and Complaint with

attached Exhibits, upon Boehringer Ingelheim Pharmaceuticals Inc., via Agent, CT Corporation,

by delivering to and leaving with *(Person served)*__Angie Farineau_____,

*(title)* __Fulfillment Specialist___, a true and correct copy of said documents.

    At the time of said service, *(Person served)* ___Angie Farineau_____ stated that

(s)he was duly authorized to accept service of legal process for Boehringer Ingelheim Pharmaceuticals

Inc.

    *(person served)*____Angie Farineau_____ is described as a _white_ (fe)male.

approximately _25-35_____ years of age, ____110___ lbs., __5' 4_" tall, with _black____ hair.

*(other features)* _____ .

                       (PROCESS SERVER'S SIGNATURE)

                        Eric Rubin
                         Print Name

Sworn to before me this
28th__ day of July, 2005

Notary Public

Ksenia V. Rubin
NOTARY PUBLIC
State of Connecticut
My Commission Expires 12/31/07

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

THIS DOCUMENT RELATES TO:

COUNTY OF CHAUTAUQUA v. ABBOTT
LABORATORIES, INC., et al.

W.D.N.Y. Case No. 05-cv-397

Index No. 01-12257 PBS

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK )

I, ANDREW MILLER, says:

I am over the age of eighteen, am not a party to this action, and am employed in

the City, State, and County of New York.  On July 27, 2005, I served true and complete copies

of the attached **SUMMONS AND COMPLAINT** upon **BRISTOL-MYERS SQUIBB, CO.**,.by

personally delivering said true copies to Aixa Flores, process specialist, of CT CORPORATION,

111 Eighth Avenue, New York, NY 10011.  Ms. Solomon is 5'5"and Hispanic.

ANDREW MILLER

Sworn to before me this
29 day of July, 2005.

Notary Public

MARIANNE SADECKI
Notary Public, State of New York
No. 14-4869982
Qualified in Dutchess County
Commission Expires Sept. 8, 2006

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------- --------------------x

COUNTY OF   Chautauqua                                    05 CV 0214 SC(F)

    Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
---------------------------------------------------x

STATE OF PENNSYLVANIA    )
                    ) ss.:
COUNTY OF          )
   Philadelphia

     Matthew Kohlman         , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Pennsylvania.

    On  Wednesday  , July 27, 2005, at approximately 2:15 .m., at

(place served)     1050 Westlakes Drive, Berwyn, PA     ,

Deponent served the within Summons in a Civil Case and Complaint upon

    Dermik Laboratories, Inc.     , by delivering to and leaving with

(Person served)   Stephen M. Kanovsky    , (title)   Asst General Counsel  ,

a true and correct copy of said documents.

    At the time of said service, (Person served)   Stephen M. Kanovsky  stated that

(s)he was duly authorized to accept service of legal process for   Dermik Laboratories, Inc.
           Stephen M. Kanovsky
(person served)                  is described as a   white  (fe)male,

approximately   45  years of age,   170  lbs.,   5'9  " tall, with   brown  hair.

(other features) _____

                               _____
                         (PROCESS SERVER'S SIGNATURE)

                          Matthew Kohlman
                         _____
                             Print Name

Sworn to before me this
27 day of July, 2005

_____
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------x

COUNTY OF CHAUTAUQUA

Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
------------------------------------------------------x

Index No. 05-CV-0214 S(F)

STATE OF CALIFORNIA    )

COUNTY OF SOLANO   ) ss.:

      Sam Lowe, being duly sworn deposes and says that: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of California.

      On Thursday, July 28, 2005, at approximately 12:55 p.m., at 2751 Napa Valley Corporate Drive, Napa, CA 94558, Deponent served the within Summons in a Civil Case and Complaint upon Dey Inc., by delivering to and leaving with John Kling, Registered Agent, a true and correct copy of said documents.

      At the time of said service, John Kling stated that he was duly authorized to accept service of legal process for Dey Inc.

      John Kling is described as a White male, approximately 55 years of age, 160 lbs., 5' 10" tall, with gray hair and wears glasses.

                              Sam Lowe
              California Process Server for Solano County # 184

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS 3RD DAY OF AUGUST, 2005, BY SAM LOWE, PERSONALLY KNOWN TO ME TO BE THE PERSON WHO APPEARED BEFORE ME.

NOTARY PUBLIC

JACQUELYNE L. LOWE
COMM. #1591134
NOTARY PUBLIC • CALIFORNIA
SOLANO COUNTY
Comm. Expires JULY 23, 2009

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-------------------------------- --------------------------x

COUNTY OF    Chautauqua

$05CV0214\ SC(P)$

Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.

---------------------------------------------------------x

STATE OF PENNSYLVANIA      )
                           ) ss.:
COUNTY OF                  )
      Philadelphia

      Matthew Kohlman_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Pennsylvania.

      On _Wednesday_____, July _27_, 2005, at approximately _2:15_ __.m., at

      100 Painters Drive, Chadds Ford, PA
(place served) _____,

Deponent served the within Summons in a Civil Case and Complaint upon

      Endo Pharmaceudicals, Inc._____, by delivering to and leaving with

(Person served)____Tracy Achuff_____, (title) ___Secretary_____,

a true and correct copy of said documents.

      At the time of said service, (Person served) _____Tracy Achuff_____ stated that

(s)he was duly authorized to accept service of legal process for _Endo Pharmaceudicals, inc._.
                        Tracy Achuff
(person served)_____ is described as a __white__(fe)male,
                    30                    160            5'4            brown
approximately _____ years of age, _____ lbs., _____" tall, with _____ hair.

(other features) _____ .

                        _____
                        (PROCESS SERVER'S SIGNATURE)

                        Matthew Kohlman
                        _____
                        Print Name

Sworn to before me this
_27_ day of July, 2005

_____
Notary Public

DACIER J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

COUNTY OF : Chautauqua                    *05CV0214 SCP)*

Vs.

ABBOTT LABORATORIES, INC.. ALCON
LABORATORIES. INC. et. al.
-------------------------------------------------------x

STATE OF PENNSYLVANIA    )
                         ) ss.:
COUNTY OF                )
    Philadelphia

_____ Matthew Kohlman _____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Pennsylvania.

On __Wednesday__, July _27_, 2005, at approximately __2:15__ _.m., at

_____ 100 Painters Drive, Chadds Ford, PA _____.
(place served) _____

Deponent served the within Summons in a Civil Case and Complaint upon

_____ Endo Pharmaceudicals, Inc. _____, by delivering to and leaving with

_____ Tracy Achuff _____, (title) _____ Secretary _____
(Person served)

a true and correct copy of said documents.

At the time of said service, (Person served) _____ Tracy Achuff _____ stated that

(s)he was duly authorized to accept service of legal process for _____ Endo Pharmaceudicals, inc. _____
                 Tracy Achuff
(person served)_____ is described as a __white__ (fe)male,
                                                            brown
approximately __30__ years of age, _____ 160 _____ lbs., __5'4__ " tall, with _____ hair.

(other features) _____

                                (PROCESS SERVER'S SIGNATURE)
                                     Matthew Kohlman
                                _____
                                       Print Name

Sworn to before me this
_27_ day of July, 2005

_____
Notary Public

DACIEK J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------x

COUNTY OF **CHAUTAUQUA**                          Index No. 05-CV-0214 S(F)

         Vs.
ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-----------------------------------------------------x

STATE OF                   )
COUNTY OF                  ) ss.:

_____JOAN J. ROTH_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

__Missouri_____.

On __Thursday__, July 28, 2005, at approximately _1:14_ p.m., at

(address) _1 CORPORATE WOODS DR., BRIDGETON, MO 63044_

Deponent served the within Summons in a Civil Case and Complaint upon (Defendant)

___ETHEX CORPORATION_____, by delivering to and leaving with

(Person served)__MELISSA HUGHES_____ , (title)__MANAGER_____

a true and correct copy of said documents.

     At the time of said service, (Person served) _MELISSA HUGHES____

stated that (s)he was duly authorized to accept service of legal process for (Defendant)

___ETHEX CORPORATION_____.

     (Person served) _MELISSA HUGHES____ is described as a (color/ race)_WHITE_

(fe)male, approximately __35__ years of age, __135__ lbs., _5_ ' _2_ " tall, with

_BROWN__ hair. (other features) _____

                                   _____
                                   (PROCESS SERVER'S SIGNATURE)

                                   _JOAN J. ROTH / MARKELL ASSOC_
                                             (Print Name)

Sworn to before me this
29th day of July, 2005

_____          DONNA LEE SMITH
Notary Public                    St. Louis County
                                 My Commission Expires
                                 December 5, 2006

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> COUNTY OF CHAUTAUQUA v. ABBOTT LABORATORIES, INC., et al. <br><br> W.D.N.Y. Case No. 05-cv-214 | Index No. 01-12257 PBS <br><br> **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK   )
                       ) ss.:
COUNTY OF NEW YORK )

           I, RAYAN MILLER, says:

           I am over the age of eighteen, am not a party to this action, and am employed in the City, State, and County of New York.  On July 27, 2005, I served true and complete copies of the attached SUMMONS AND COMPLAINT upon FOREST LABORATORIES, INC.  on the corporation listed below:

                      FOREST LABORATORIES, INC.
                      909 Third Avenue
                      New York, NY 10022

by personally delivering said true copies to Ruthie Dolye, executive secretary, whom stated that she was authorized to accept service and provide acknowledgment of service

                                                  _____
                                                    RAYAN MILLER

Sworn to before me this
28 day of July, 2005.

Notary Public

MARIANNE SADECKI
Notary Public, State of New York
No. 14-4869982
Qualified in Dutchess County
Commission Expires Sept. 8, 2006

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
COUNTY OF **CHAUTAUQUA**

Index No. 05-CV-0214 S(F)

Vs.
ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-----------------------------------------------------------x
STATE OF                )
COUNTY OF               ) ss.:

_John T. Roth_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_Missouri_.

On _Thursday_, July _28_, 2005, at approximately _1:46_ p.m., at

(address) _13600 Shoreline Dr. Earth City, Mo 63045_

Deponent served the within Summons in a Civil Case and Complaint upon *(Defendant)*

_Forest Pharmaceuticals, Inc_, by delivering to and leaving with

(Person served) _Doug Glidewell_, (title) _Officer_

a true and correct copy of said documents.

At the time of said service, *(Person served)* _Doug Glidewell_

stated that (s)he was duly authorized to accept service of legal process for *(Defendant)*

_Forest Pharmaceuticals, Inc_

(Person served) _Doug Glidewell_ is described as a  (color/ race) _White_

(fe/male) approximately _50_ years of age, _180_ lbs., _5_ ' _11_ " tall, with

_Lt. Brown_ hair. *(other features)*

(PROCESS SERVER'S SIGNATURE)

_John T. Roth / Marvell & Assoc._
(Print Name)

Sworn to before me this
_29_ day of July, 2005

_Donna Lee_
Notary Public

DONNA LEE SMITH
St. Louis County
My Commission Expires
December 5, 2006

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
----------------------------------------------------x

COUNTY OF CHAUTAUQUA                          Index No. 05-CV-0214 S(F)

Vs.
ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
----------------------------------------------------x

STATE OF                    )
COUNTY OF                   ) ss.:

_____*Joan J. Roth*_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_____*Missouri*_____.

On _____, July *28*, 2005, at approximately *1 :14* ~p~.m., at

(address) *1 Corporate Woods Dr., Bridgeton, Mo 63044*

Deponent served the within Summons in a Civil Case and Complaint upon (Defendant)

_____*Ethex Corporation*_____, by delivering to and leaving with

(Person served) *Melissa Hughes* , (title) *Manager*

a true and correct copy of said documents.

At the time of said service, (Person served) *Melissa Hughes*

stated that (s)he was duly authorized to accept service of legal process for (Defendant)

_____*Ethex Corporation*_____

(Person served) *Melissa Hughes* is described as a (color/ race) *White*

(fe)male, approximately *35* years of age, *135* lbs., *5 ' 2* " tall, with

*Brown* hair. (other features) _____

_____
(PROCESS SERVER'S SIGNATURE)

*Joan J. Roth / Markell & Assoc*
(Print Name)

Sworn to before me this
*29th* day of July, 2005

*Donna Lee Smith*
Notary Public

DONNA LEE SMITH
St. Louis County
My Commission Expires
December 5, 2006

UNITED STATES DISTRICT COURT
~~DISTRICT~~ _WESTERN_ DISTRICT OF NEW YORK
-------------------------------------------------------- ------x

COUNTY OF CHAUTAUQUA,

                                                    Index No. 05-CV-0214 S(F)

    Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-------------------------------------------------------------x

STATE OF ILLINOIS   )
               ) ss.:
COUNTY OF ~~COOK~~ _LAKE_  )

        _BARNETT J. KOLTON_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Illinois.      On Wednesday, July 27, 2005, at approximately _3: 15 p.m._, at Three Parkway North,

Deerfield, IL 600~~4~~5, Deponent served the within Summons in a Civil Case and Complaint with

Exhibits upon Fujisawa Healthcare Inc, by delivering to and leaving with

_(Person served)_ _JANE H. DAHLEN_   . _(title)_ _SENIOR CORPORATE ATTORNEY_

a true and correct copy of said documents.

      At the time of said service, _(Person served)_ _JANE H. DAHLEN_   stated that

(s)he was duly authorized to accept service of legal process for Fujisawa Healthcare, Inc.

     _(person served)_ _JANE H. DAHLEN_ is described as a _W_ ((fe)male)

approximately _40_  years of age, _135_  lbs., _5 ' 5 "_ tall, with _BLONDE_ hair.

_(other features)_ _____ .


                   _Barnett J. Kolton_
                  (PROCESS SERVER'S SIGNATURE)

                  _BARNETT J. KOLTON_
                      Print Name

Sworn to before me this
_29_ day of July, 2005

_Alicia Hyde_
Notary Public

UNITED STATES DISTRICT COURT
*WESTERN* DISTRICT OF NEW YORK
-----------------------------------------------------------x
COUNTY OF CHAUTAUQUA,

      Vs.

                      Index No. 05-CV-0214 S(F)

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-----------------------------------------------------------x
STATE OF ILLINOIS    )
                  ) ss.:
COUNTY OF ~~COOK~~ )
       *LAKE*

    *BARNETT S. KOLTON*, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of Illinois.

    On Wednesday, July 27, 2005, at approximately *3:15* .m., at Three Parkway North, Deerfield, IL 60045, Deponent served the within Summons in a Civil Case and Complaint with Exhibits upon Fujisawa USA, by delivering to and leaving with

(Person served) *JANE H. DAHLEN*, (title) *SENIOR CORPORATE ATTORNEY*

a true and correct copy of said documents.

    At the time of said service, (Person served) *JANE H. DAHLEN* stated that (s)he was duly authorized to accept service of legal process for Fujisawa USA, Inc.

    (person served) *JANE H. DAHLEN* is described as a *W* (fe)male, approximately *40* years of age. *135* lbs., *5' 5"* tall, with *BLONDE* hair.

(other features) _____ .

              *Barnett S. Kolton*
              (PROCESS SERVER'S SIGNATURE)

              *BARNETT S. KOLTON*
              Print Name

Sworn to before me this
29 day of July, 2005

Notary Public

-------------------------------------------------------------x

COUNTY OF Chautauqua

05cv 0214 S(F)

Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.

-------------------------------------------------------------x

STATE OF NEW JERSEY )
) ss.:
COUNTY OF   Camden )

        Dacien John Mullen        , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey.

        On  Wednesday      , July 27 , 2005, at approximately  1: 30 pm., at

            Pfizer, Inc., 95 Corporate Dr., Bridgewater, NJ
(place served) _____

Deponent served the within Summons in a Civil Case and Complaint upon

  Greenstone LTD (Pfizer, Inc)            , by delivering to and leaving with

(Person served)  Darren Welsh        , title)  Sr. Paralegal, Legal Dept ,

a true and correct copy of said documents.

        At the time of said service, (Person served)  Darren Welsh            stated that

(s)he was duly authorized to accept service of legal process for  Greenstone LTD (Pfizer)  .

        (person served)  Darren Welsh         is described as a  White  (fe)male,

approximately   35    years of age,  150   lbs.,  5'7  " tall, with balding  hair.

(other features) _____ .

                        _____
                        (PROCESS SERVER'S SIGNATURE)
                          Dacien John Mullen
                        _____
                              Print Name

Sworn to before me this
27th day of July, 2005

_____
Notary Public

JANET E. MULLEN
MY COMMISSION EXPIRES
MAY 17, 2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

COUNTY OF   Chautauqua                                 OSCV0214 S(F)

      Vs.

ABBOTT LABORATORIES, INC.. ALCON
LABORATORIES, INC. et. al.
-------------------------------------------------------x

STATE OF NEW JERSEY     )
                       ) ss.:
COUNTY OF   Camden        )

               __Dacien John Mullen__, being duly sworn deposes and says that:

Deponent is not a party to this action. and is over 18 years of age and is a resident of the State of

New Jersey.

        On _Wednesday_, July _27_, 2005, at approximately _1_:_30_ pm., at
              340 Kingsland Street, Nutley, NJ
(place served) _____,

Deponent served the within Summons in a Civil Case and Complaint upon

  Hoffman-LaRoche Inc. _____, by delivering to and leaving with

        Jane Matthews             , title)   Sr Counsel
(Person served)_____,

a true and correct copy of said documents.

     At the time of said service, (Person served) _____Jane Matthews_____ stated that

(s)he was duly authorized to accept service of legal process for _____Hoffman LaRoche, Inc._____.

    (person served)_____Jane Matthews_____ is described as a _White_ (fe)male,

approximately _40_ years of age, _130_ lbs., _5"4"_ " tall, with _blonde_ hair.

(other features) _____ .

                             (PROCESS SERVER'S SIGNATURE)

                            Dacien John Mullen
                               Print Name

Sworn to before me this
27th _7_ day of July, 2005

Notary Public

JANET E. MULLEN
MY COMMISSION EXPIRES
MAY 17, 2008

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF NEW YORK

| COUNTY OF CHAUTAUQUA | Cause #:   05 CV 0214S(F) |
| Plaintiff / Petitioner | |
| | Affidavit of Service of: |
| | SUMMONS IN A CIVIL CASE; COMPLAINT; |
| VS. | |
| ABBOTT LABORATORIES, INC.; ET AL., | |
| Defendant / Respondent | |
| | Hearing Date: |

Declaration:

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of     **Jul 28 2005  1:14PM**

at the address of     **1201 ANGEN CT  SEATTLE**

within the County of     **KING**     State of     **WASHINGTON**

the declarant duly served the above described documents upon

**IMMUNEX CORPORATION**

by then and there personally delivering     **1**     true and correct copy(ies) thereof, by then presenting to and leaving the same with

**LAURA MULHOLLAND, ASSOCIATE MANAGER/PATENT OPERATIONS** 40's ~ 5'6" ~ 140# ~ c/f ~ BROWN HAIR

No information was provided that indicates that the subjects served are members of the U.S. military.

_____
J. Bradford

Subscribed and sworn to before me this Jul 29 2005

a Notary Public in the State of Washington, residing _Seattle_

[Notary seal: BARBARA K. DE CARO, NOTARY PUBLIC, COMMISSION 06-23-09, STATE OF WASHINGTON]

The documents listed above were served in accordance with RCW 4.28.080 and/or client instructions. If service was substituted on another person or left with a person that refused to identify themselves, it is incumbent upon the client to notify ABC Legal Services, Inc. immediately in writing if further attempts to serve, serve by mail, or investigate are required. If service was substituted on another person, pursuant to RCW 4.28.080 (16), service shall be complete on the tenth day after a copy of the documents are mailed to the subject at the address where service was made. Documents were not mailed by ABC Legal Services, Inc.

Service Notes:

| Documents: | Secretarial: | Other: |
| Travel: | Postage: | Pre-Paid Retainer: |
| Invalid Address ( 0 ) | Photo: | |
| Proof Preparation: | Rush / Special: | Total: _____ |
| Summons Copy: | Wait / Stake Out Time: | |

Client Ref.:
PREEMPTIVE PROCESS SERVERS &
ATTORNEY'S ASSISTANCE
176-87 120TH AVE
JAMAICA, NY 11412
718-341-9960

**CLIENT COPY
PROOF OF SERVICE**

Page 1 of 1

ABC Legal Services, Inc.
910 5th Ave. Seattle, WA 98104
(206) 521-9000
Tracking #: 3729015

PERLNOTH

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
COUNTY OF Chautauqua

Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
----------------------------------------------------------x

*05CV 0214 S(E)*

STATE OF NEW JERSEY          )
                             ) ss.:
COUNTY OF    Camden          )

_____Dacien John Mullen_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey.

On __Wednesday__, July _27_, 2005, at approximately _1: 30_pm., at
_____1125 Trenton Harbourton Road, Titusville, NJ_____,
*(place served)*

Deponent served the within Summons in a Civil Case and Complaint upon

____Janssen Pharmaceutical Products, LP____, by delivering to and leaving with

____Lisa Schnett____, *(title)* _Dir. Quality Assurance_,
*(Person served)*

a true and correct copy of said documents.

At the time of said service, *(Person served)* ____Lisa Schnett____ stated that

(s)he was duly authorized to accept service of legal process for ____Janssen Pharmaceutical__.

*(person served)* ___Lisa Schnett___ is described as a __White__ (fe)male,

approximately __33__ years of age, _130_ lbs., _5'5"_ " tall, with _Blonde_ hair.

*(other features)* _____ .

_____
(PROCESS SERVER'S SIGNATURE)
Dacien John Mullen
_____
Print Name

Sworn to before me this
27th . 7 day of July, 2005

_____
Notary Public
JANET E. MULLEN
MY COMMISSION EXPIRES
MAY 17, 2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

COUNTY OF   Chautauqua                           *OSCV 0214 S(F)*

          Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-------------------------------------------------------x

STATE OF NEW JERSEY          )
                             ) ss.:
COUNTY OF   Camden           )

          _Dacien John Mullen_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey.

          On _Wednesday_____, July _27_, 2005, at approximately _1_:_30_ pm., at
               1 Johnson & Johnson Plaza, New Brunswick, NJ
(place served) _____

Deponent served the within Summons in a Civil Case and Complaint upon

     Johnson & Johnson _____, by delivering to and leaving with

          Kim Giganti _____, (title) _Paralegal, Legal Dept._,
(Person served) _____

a true and correct copy of said documents.

          At the time of said service, (Person served) ___ Kim Giganti _____ stated that

(s)he was duly authorized to accept service of legal process for ___ Johnson & Johnson ___.

          (person served) _Kim Giganti_____ is described as a _White___ (fe)male,

approximately _35____ years of age, _160___ lbs., _5'4"____" tall, with _Black___ hair.

(other features) _____


                              (PROCESS SERVER'S SIGNATURE)

                                   Dacien John Mullen
                                   _____
                                       Print Name

Sworn to before me this
27th ¸/ day of July, 2005


Notary Public

JANET E. MULLEN
MY COMMISSION EXPIRES
MAY 17, 2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------x
COUNTY OF ~~WAYNE~~ *Chautaqua*

         Index No. 05-CV-6136

     vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
------------------------------------------------------x

STATE OF        )
COUNTY OF     ) ss.:

    *I DAVID PETERS* , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

  *TN*

    On *Thrusday* , July *28*, 2005, at approximately *2:40 P* m., at

(Address)   *501 7:7Th ST Bristol, TN 37620*

Deponent served the within Summons in a Civil Case and Complaint upon *(Defendant)*

*King PharmAceuTicAl INC* , by delivering to and leaving with

(Person served) *CynThiA FergusoN* (title) *MANAger of legAl AffAirs*

a true and correct copy of said documents.

    At the time of said service, (Person served) *CynThiA Ferguson*

stated that (s)he was duly authorized to accept service of legal process for (Defendant)

    (Person served) *CynThiA FergusoN* is described as a color (as) *White*

(fe)male, approximately *35* years of age, *120* lbs., *5'4"* " tall, with

*Brown* hair. (other features)

                          (PROCESS SERVER'S SIGNATURE)

                DAVID PETERS

                (Print Name)

Sworn to before me this
*28* day of July, 2005

*Kathy D. Harrison*
Notary Public

KATHY D BARRY
NOTARY
PUBLIC
AT
LARGE
EXP 6/26/2007
SULLIVAN COUNTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------
COUNTY OF CHAUTAUQUA

Index No. 05-CV-0214 S(F)

     Vs.
ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al
------------------------------------------------------------x
STATE OF TENNESSEE       )
COUNTY OF SULLIVAN     ) ss.:

David Peters, sworn deposes and says that: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of Tennessee.

On Thursday, July 28, 2005, at approximately 2:40 p.m. at 501 Fifth Street, Bristol, TN 37620, Deponent served the within Summons in a Civil Case and Complaint upon Monarch Pharmaceuticals, by delivering to and leaving with Cynthia Ferguson, Manager, Legal Affairs, a true and correct copy of said documents.

At the time of said service, Cynthia Ferguson stated that she was duly authorized to accept service of legal process for Monarch Pharmaceuticals.

Cynthia Ferguson is described as a White female, approximately 35 years of age, 120 lbs, 5'4" tall and has brown hair.

_____
David Peters

Sworn to before me this
28th day of July, 2005

_____
Notary Public



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------x

COUNTY OF   Chautauqua                          *OSCV0214 S(F)*

     Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-------------------------------------------------x

STATE OF PENNSYLVANIA    )
                    ) ss.:
COUNTY OF         )
    Philadelphia

        Matthew Kohlman        , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Pennsylvania.

     On Wednesday , July 27 , 2005, at approximately 2:15 .m., at

(place served)    7050 Camp Hill Road, Ft Washington, PA

Deponent served the within Summons in a Civil Case and Complaint upon

    McNeill, PPC, Inc.     , by delivering to and leaving with

(Person served) Colleen Ryan     , (title) ILC Specialist ,

a true and correct copy of said documents.

    At the time of said service, (Person served) Colleen Ryan stated that

(s)he was duly authorized to accept service of legal process for McNeill PPC, Inc. .
    Colleen Ryan
(person served) is described as a white (fe)male,
approximately 35 years of age, 160 lbs., 5'6" tall, with blonde hair.

(other features)

(PROCESS SERVER'S SIGNATURE)
Matthew Kohlman
Print Name

Sworn to before me this
27 day of July, 2005

Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------x

COUNTY OF **CHAUTAUQUA**                              Index No. 05-CV-0214 S(F)

        Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
------------------------------------------------------x

STATE OF _MD_      )
COUNTY OF _montgomery_ ) ss.:

          _Tom Chedester_, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_Maryland_.

        On _Wednesday_, July _27_, 2005, at approximately _3_ :_00_ p.m., at

_(address)_ _One MedImmune Way, Gaithersburg, MD_

Deponent served the within Summons in a Civil Case and Complaint upon _(Defendant)_

_MedImmune Inc._, by delivering to and leaving with

_(Person served)_ _Derinda Haas_ _(title)_ _Asst. General Counsel_.

a true and correct copy of said documents.

    At the time of said service, _(Person served)_ _Derinda Haas_

stated that (s)he was duly authorized to accept service of legal process for _(Defendant)_

_MedImmune Inc._

    _(Person served)_ _Derinda Haas_ is described as a (color/ race) _white_

(fe)male, approximately _48_ years of age, _130_ lbs., _5'4"_ tall, with

_brown_ hair. _(other features)_ _glasses_

                      _[signature]_
                (PROCESS SERVER'S SIGNATURE)

                _Tom Chedester_
                   (Print Name)

Sworn to before me this
_26_ day of July, 2005

_[signature]_

Notary Public

           JANET M. SHIPE
       NOTARY PUBLIC STATE OF MARYLAND
      My Commission Expires September 1, 2006

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------x

COUNTY OF Chautauqua                           05CV 0214 S(F)

     Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
------------------------------------------------x

STATE OF NEW JERSEY    )
                ) ss.:
COUNTY OF  Camden    )

       <u>Dacien John Mullen</u>, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey.

     On <u>Wednesday</u>, July <u>27</u>, 2005, at approximately <u>1 : 30</u> pm., at

     1 Merck Drive, Whitehouse Station, NJ
*(place served)*

Deponent served the within Summons in a Civil Case and Complaint upon

     Merck & Co.     , by delivering to and leaving with

     Connie Boyle     , *(title)* Legal Assistant, Legal Dept,
*(Person served)*

a true and correct copy of said documents.

    At the time of said service, *(Person served)* Connie Boyle    stated that

(s)he was duly authorized to accept service of legal process for  Merck & Co.  .

    *(person served)* Connie Boyle    is described as a <u>White</u> (fe)male,

approximately <u>50</u> years of age, <u>180</u> lbs., <u>5'5"</u> " tall, with <u>auburn</u> hair.

*(other features)*

                                    (PROCESS SERVER'S SIGNATURE)

                                    Dacien John Mullen
                                     Print Name

Sworn to before me this
27th day of July, 2005

Notary Public

JANET E. MULLEN
MY COMMISSION EXPIRES
MAY 17, 2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
COUNTY OF CHAUTAUQUA

Index No. 05-CV-0214 S(F)

Vs.
ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al
------------------------------------------------------------x
STATE OF TENNESSEE            )
COUNTY OF SULLIVAN            ) ss.:

David Peters, sworn deposes and says that: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of Tennessee.

On Thursday, July 28, 2005, at approximately 2:40 p.m. at 501 Fifth Street, Bristol, TN 37620, Deponent served the within Summons in a Civil Case and Complaint upon Monarch Pharmaceuticals, by delivering to and leaving with Cynthia Ferguson, Manager, Legal Affairs, a true and correct copy of said documents.

At the time of said service, Cynthia Ferguson stated that she was duly authorized to accept service of legal process for Monarch Pharmaceuticals.

Cynthia Ferguson is described as a White female, approximately 35 years of age, 120 lbs, 5'4" tall and has brown hair.

_David Peters_
David Peters

Sworn to before me this
28th day of July, 2005

_Kathy D. Harrison_
Notary Public

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
COUNTY-OF **CHAUTAUQUA**                      Index No. 05-CV-0214 S(F)

     Vs.
ABBOTT LABORATORIES, INC., ALCON
LABORATORIES. INC. et. al.
--------------------------------------------------------x
STATE OF PA     )
COUNTY OF WASHINGTON ) ss.:

     CARMEN J CICCARELLI, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

PENNSYLVANIA_____.

    On _____, July 27TH, 2005, at approximately 11 40 A.m., at

(address) 1500 CORPORATE DR STE 400 CANONSBURG PA 15317.

Deponent served the within Summons in a Civil Case and Complaint upon (Defendant)

MYLAN LABORATORIES, INC_____, by delivering to and leaving with

(Person served) VICTORIA POLASKI____, (title) LEGAL ASSISTANT____,

a true and correct copy of said documents.

    At the time of said service, (Person served) VICTORIA POLASKI____

stated that (s)he was duly authorized to accept service of legal process for (Defendant)

MYLAN LABORATORIES, INC_____.

(Person served) VICTORIA POLASKI____ is described as a (color/race) WHITE

(fe)male, approximately 50 years of age, 170 lbs., 5' 8" tall, with

BLOND hair. (other features)_____

                      (PROCESS SERVER'S SIGNATURE)

                    CARMEN J CICCARELLI
                        (Print Name)

Sworn to before me this
27th day of July, 2005

Notary Public

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
COUNTY OF **CHAUTAUQUA**

                                      Index No. 05-CV-0214 S(F)

       Vs.
ABBOTT LABORATORIES, INC., ALCON
LABORATORIES. INC. et. al.
----------------------------------------------------------x
STATE OF   PA           )
COUNTY OF WASHINGTON  ) SS.:

        CARMEN J CICCARELLI ___, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

PENNSYLVANIA _____.

        On _____, July 27TH 2005, at approximately 11: 40A.m., at

(address) 1500 CORPORATE DRIVE STE 400 CANONSBURG PA 15317

Deponent served the within Summons in a Civil Case and Complaint upon (Defendant)

MYLAN PHARMACEUTICALS, INC. _____, by delivering to and leaving with

(Person served) VICTORIA POLASKI _____ (title) LEGAL ASSISTANT _____,

a true and correct copy of said documents.

       At the time of said service, (Person served) VICTORIA POLASKI _____

stated that (s)he was duly authorized to accept service of legal process for (Defendant)

MYLAN PHARMACEUTICALS, INC _____.

      (Person served) VICTORIA POLASKI ____ is described as a (color/race) WHITE

(fe)male, approximately 50 years of age, 170 lbs., 5' 8" tall, with

BLOND hair. (other features) _____

Notarial Seal
Robert D. Stanifor. Jr. Notary Public
Penn Hills Twp. Allegheny County
My Commission Expires Oct. 31, 2005
Member _____ of Notaries

Sworn to before me this
27TH day of July, 2005

_____
Notary Public

_____
(PROCESS SERVER'S SIGNATURE)

CARMEN J CICCARELLI
(Print Name)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

COUNTY OF  Chautauqua

      Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
--------------------------------------------------------------x

05CV0214 S(F)

STATE OF NEW JERSEY      )
                      ) ss.:
COUNTY OF   Camden     )

               ___Dacien John Mullen___, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey.

           On __Wednesday__, July _27_, 2005, at approximately _1 : 30_ pm., at
           1 Health Plaza, East Hanover, NJ
_(place served)_ _____

Deponent served the within Summons in a Civil Case and Complaint upon

    Novartis Pharmaceuticals Corp_____, by delivering to and leaving with

      Ashley Marsh                Legal Counsel
_(Person served)_ _____, _title)_ _____,

a true and correct copy of said documents.

     At the time of said service, _(Person served)_ ___Ashley Marsh___ stated that

(s)he was duly authorized to accept service of legal process for ___Novartis Pharmaceuticals Corp

    _(person served)_ ___Ashley Marsh___ is described as a _white_ (fe)male,

approximately __40__ years of age, _125_ lbs., _5'3"_ " tall, with __Brown__ hair.

_(other features)_ _____.

                                  _____
                              (PROCESS SERVER'S SIGNATURE)
                               Dacien John Mullen
                               ___Print Name___

Sworn to before me this
27th _7_ day of July, 2005

_____
Notary Public

JANET E. MULLEN
MY COMMISSION EXPIRES
MAY 17, 2008

# Affidavit of Process Server

United States District Court, Western District of New York
(NAME OF COURT)

| County of Chautauqua | vs | Abbott Laboratories, Inc., etal | 05 CV 0214 S(F) |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I____Sylvia Doneza_____, being first duly sworn, depose and say:  that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served _____Oncology Therapeutics Network Corp._____
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons in a Civil Case, Complaint and Amended Complaint_____

by leaving with _____Gail Bosland_____  Paralegal authorized to accept service___  At
                              NAME                                    RELATIONSHIP

☒  Residence_____
                              ADDRESS                                CITY / STATE

☒  Business____395 Oyster Point Blvd., Ste. 500___South San Francisco, CA. 94080_____
                              ADDRESS                                CITY / STATE

On_____July 28, 2005_____AT____10:48am_____
              DATE                                  TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
                                                                                                DATE

from_____
              CITY                         STATE                    ZIP

**Manner of Service:**

x͞x **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☒ Unknown at Address☐Moved, Left no Forwarding☐ Service Cancelled by Litiqant☐ Unable to Serve in Timely Fashion☐ ☒ Address Does Not Exist☐ Other_____

**Service Attempts:**Service was attempted on: (1)_____ (2)_____
                                                                              DATE           TIME              DATE           TIME

(3)_____ (4)_____ (5)_____
        DATE           TIME              DATE           TIME              DATE           TIME

**Description:**. Age 30___Sex F___Race Blk__Height 5'3"___Weight 130___Hair Blk___Beard____Glasses_____

_Sylvia Ameza_
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this _29th_ day of ___July___, 2005

ROBERT DOLLEN
COMM. #1358851
Notary Public-California
SAN MATEO COUNTY
My Comm. Exp. May 31, 2006

_n L_
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of California_____



FORM 2          NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------x

COUNTY OF   Chautauqua                    05CV 0214 S(F)

      Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-----------------------------------------------------x

STATE OF NEW JERSEY    )
                 ) ss.:
COUNTY OF   Camden    )

    Dacien John Mullen , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New Jersey.

On _Wednesday_ , July _27_, 2005, at approximately _1:30_ pm., at
56 Livingston Ave., Roseland, NJ
(place served)

Deponent served the within Summons in a Civil Case and Complaint upon

Organon USA , by delivering to and leaving with

_Jonathan Beck_ , title _Legal Counsel_
(Person served)

a true and correct copy of said documents.

At the time of said service, (Person served) _Jonathon Beck_ stated that

(s)he was duly authorized to accept service of legal process for _Organon USA_ .

(person served) _Jonathon Beck_ is described as a _white_ (N/A)male,

approximately _40_ years of age, _160_ lbs., _5'10"_ tall, with _black_ hair.

(other features) _____

(PROCESS SERVER'S SIGNATURE)
Dacien John Mullen
Print Name

Sworn to before me this
27th day of July, 2005

Notary Public
JANET E. MULLEN
MY COMMISSION EXPIRES
MAY 17, 2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------x

COUNTY OF Chautauqua

     Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.

----------------------------------------x

05CV0214 S(F)

STATE OF NEW JERSEY     }
                      ) ss.:
COUNTY OF   Camden    )

           __Dacien John Mullen_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey.

        On __Wednesday_____, July _27_, 2005, at approximately _1 : 30_ pm., at
          Orth Biotech, 430 Rt 22, Bridgewater, NJ

_(place served)_ _____

Deponent served the within Summons in a Civil Case and Complaint upon

    Orth Biotech Products LP _____, by delivering to and leaving with

__Judith Passarelli_____ , _(title)_ ___Board Associate_____,
_(Person served)_

a true and correct copy of said documents.

    At the time of said service, _(Person served)_ ___Judith Passarelli_____ stated that

(s)he was duly authorized to accept service of legal process for ___Orth Biotech Products LP___.

    _(person served)_ Judith Passarelli_____ is described as a __White__ (fe)male,

approximately __50_____ years of age, _140___ lbs., _5'8____" tall, with __Blonde__ hair.

_(other features)_ _____

                                (PROCESS SERVER'S SIGNATURE)
                                 Dacien John Mullen
                                   Print Name

Sworn to before me this
27th day of July, 2005

Notary Public

JANET E. MULLEN
MY COMMISSION EXPIRES
MAY 17, 2008

WESTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

COUNTY OF   Chautauqua

Vs.

05 CV 0214 S(F)

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.

-----------------------------------------------------------x

STATE OF NEW JERSEY    )
                       ) ss.:
COUNTY OF   Camden     )

       Dacien John Mullen_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey.

      On _Wednesday_____, July _27_, 2005, at approximately _1: 30_ pm., at
           1000 u.s. Route 202 South, Raritan, NJ
(place served) _____,

Deponent served the within Summons in a Civil Case and Complaint upon

      Ortho-Mcneil Pharmaceutical, Inc._____, by delivering to and leaving with

(Person served)___Hannah Keller_____, (title) ___Mgr. SOP Compliance_____,

a true and correct copy of said documents.

      At the time of said service, (Person served) ____Hannah Keller_____ stated that

(s)he was duly authorized to accept service of legal process for __Ortho-Mcneill Pharmaceutical_

     (person served)___Hannah Keller_____ is described as a __White__ (fe)male,

approximately __28__ years of age, _28_____ lbs., _5'7"____ " tall, with _auburn__ hair.

(other features) : _____.

                             _____
                             (PROCESS SERVER'S SIGNATURE)
                       Dacien John Mullen
                       _____
                          Print Name

Sworn to before me this
27th 27 day of July, 2005

_____
Notary Public
JANET E. MULLEN
MY COMMISSION EXPIRES
MAY 17, 2008

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

THIS DOCUMENT RELATES TO:

COUNTY OF CHAUTAUQUA v. ABBOTT
LABORATORIES, INC., et al.

W.D.N.Y. Case No. 05-cv-214

Index No. 01-12257 PBS

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

I, ANDREW MILLER, says:

I am over the age of eighteen, am not a party to this action, and am employed in the City, State, and County of New York. On July 27, 2005, I served true and complete copies of the attached **SUMMONS AND COMPLAINT** upon **PFIZER, INC.**, by personally delivering said true copies to Aixa Flores, process specialist of CT CORPORATION, 111 Eighth Avenue, New York, NY 10011. Ms. Solomon is 5'7" tall, 146 lbs, and 36 years old.

ANDREW MILLER

Sworn to before me this
29 day of July, 2005.

Notary Public

MARIANNE SADECKI
Notary Public, State of New York
No. 14-4869982
Qualified in Dutchess County
Commission Expires Sept. 8, 2006

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

COUNTY OF   Chautauqua                                    *USCV O3H SCF*

            Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
------------------------------------------------------------x

STATE OF NEW JERSEY      )
                          ) ss.:
COUNTY OF   Camden     )

          _Dacien John Mullen_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey.

           On _Wednesday_____, July _27_, 2005, at approximately _1:_30_ pm., at

              Pfizer, Inc. 95 Corporate Dr., Bridgewater, NJ
*(place served)* _____,

Deponent served the within Summons in a Civil Case and Complaint upon

         Pharmacia Corp (Pfizer, Inc)_____, by delivering to and leaving with

_____Darren Welsh_____, *(title)* _Sr. Paralegal, Legal Department_
*(Person served)*

a true and correct copy of said documents.

        At the time of said service, *(Person served)* ____Darren Welsh_____ stated that

(s)he was duly authorized to accept service of legal process for _Pharmacia Corp (Pfizer, Inc.)_

      *(person served)*  _Darren Welsh_____ is described as a _White_____ (fe)male,

approximately ____35_____ years of age, ___150___ lbs., _5_7___" tall, with _Balding_ hair.

*(other features)* _____.

                           _(signature)_
                      (PROCESS SERVER'S SIGNATURE)
                       Dacien John Mullen
                         Print Name

Sworn to before me this
27th   day of July, 2005

_(signature)_
Notary Public
JANET E. MULLEN
MY COMMISSION EXPIRES
MAY 17, 2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

COUNTY OF **CHAUTAUQUA**

Index No. 05-CV-0214 S(F)

Vs.
ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-----------------------------------------------------------------x

STATE OF NEW YORK)
COUNTY OF QUEENS ) ss.:

Andrew Bartley, being duly sworn deposes and says that: Deponent is not a party to this

action, and is over 18 years of age and is a resident of the State of New York.

On July 27, 2005, at approximately 4:50 p.m., at One Ram Ridge Road, Spring Valley,

New York 10977, Deponent served the within Summons in a Civil Case and Complaint upon Par

Pharmaceuticals Inc., by delivering to and leaving with Diane Montalto, Snr. Director of Engineering,

a true and correct copy of said documents.

At the time of said service, Diane Montalto stated that she was duly authorized to accept service

of legal process for Par Pharmaceuticals Inc.

Diane Montalto is described as a White female, approximately 33-35  years of age, 120-130 lbs.,

5' 4" tall, and has blond hair.

Andrew Bartley

Sworn to before me this
29th day of July, 2005

Notary Public

**KARLENE S. JACKSON**
Notary Public
State of New York, #01JA5083169
Qualified in Kings County
Commission Expires August 4, 20 09

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
COUNTY OF Chautauqua

05 CV 0214 S(F)

Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
----------------------------------------------------------x
STATE OF NEW JERSEY       )
                          ) ss.:
COUNTY OF   Camden        )

_____Dacien John Mullen_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New Jersey.

On _Wednesday_ , July _27_, 2005, at approximately _1: 30_ pm., at

_____Purepac Pharm.  14 Commerce Dr, Suite 301, Cranford NJ_____

*(place served)*

Deponent served the within Summons in a Civil Case and Complaint upon

_____Purepac Pharmaceutical Co._____, by delivering to and leaving with

*(Person served)* _Dimitrios Angoli_____, *(title)* _Director, Law_____,

a true and correct copy of said documents.

At the time of said service, *(Person served)* _Dimitrios Angoli_____ stated that

(s)he was duly authorized to accept service of legal process for Purepac Pharmaceutical Co._____

*(person served)* _Dimitrios Angoli_____ is described as a _White_ (fe)male,

approximately _35_ years of age, _160_ lbs., _5'7"_ tall, with _Black_ hair.

*(other features)* _____

_____(signature)_____
(PROCESS SERVER'S SIGNATURE)

_Dacien John Mullen_
Print Name

Sworn to before me this
27th 27 day of July, 2005

_____(signature)_____
Notary Public

JANET E. MULLEN
MY COMMISSION EXPIRES
MAY 17, 2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
COUNTY OF CHAUTAUQUA

          Index No. 05-CV-0214 S(F)

      Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
------------------------------------------------------------x
STATE OF CONNECTICUT    )
                      ) ss.:
COUNTY OF FAIRFIELD     )

          Eric Rubin       , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Connecticut.

         On Wednesday, July 27, 2005, at approximately 12: 14p .m., at One Stamford Forum,

201 Tresser Blvd., Stamford, CT 06901, Deponent served the within Summons in a Civil Case and

Complaint with attached Exhibits, upon PurduePharma L.P., by delivering to and leaving with

*(Person served)* Alicia Temoche      *(title),* Administrative Assistant

a true and correct copy of said documents.

        At the time of said service, *(Person served)* Alicia Temoche      stated that

(s)he was duly authorized to accept service of legal process for PurduePharma L.P..

        *(person served)* Alicia Temoche    is described as a white (fe)male,

approximately 30-35 years of age, 115 lbs., 5 ' 4 " tall, with brown hair.

*(other features)* _____ .

                      (PROCESS SERVER'S SIGNATURE)

                      Eric Rubin
                      Print Name

Sworn to before me this
28th day of July, 2005

_____
Notary Public

Ksenia V. Rubin
NOTARY PUBLIC
State of Connecticut
My Commission Expires 12/31/07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------x
COUNTY OF Chautauqua

05CV 0214 S(F)

Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
------------------------------------------------x
STATE OF NEW JERSEY )
                    ) ss.:
COUNTY OF   Camden  )

_____Dacien John Mullen_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey.

On _Wednesday_, July _27_, 2005, at approximately _1: 30_ pm., at

_____Purepac Pharm.  14 Commerce Dr, Suite 301, Cranford NJ_____

*(place served)*

Deponent served the within Summons in a Civil Case and Complaint upon

____Purepac Pharmaceutical Co.____, by delivering to and leaving with

*(Person served)*_Dimitrios Angoli_____, *(title)* _Director, Law_____,

a true and correct copy of said documents.

At the time of said service, *(Person served)* _Dimitrios Angoli_____ stated that

(s)he was duly authorized to accept service of legal process for _Purepac Pharmaceutical Co._.

*(person served)*_Dimitrios Angoli_____ is described as a _____White_ (fe)male,

approximately _35_____ years of age, _160_ lbs., _5'7"_ " tall, with _Black_____ hair.

*(other features)* _____

_____

(PROCESS SERVER'S SIGNATURE)

_____Dacien John Mullen_____

Print Name

Sworn to before me this
27th 7 day of July, 2005

_____

Notary Public

JANET E. MULLEN
MY COMMISSION EXPIRES
MAY 17, 2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

COUNTY OF CHAUTAUQUA

Index No. 05-CV-0214 S(F)

Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
------------------------------------------------------------x

STATE OF                    )
                            ) ss.:
COUNTY OF                   )

_____John Hotz_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_____NY_____

On _____, July 19, 2005, at approximately 2:00 p.m., at

(place served) _____110 Allen Rd, Liberty Corner, NJ_____

Deponent served the within Summons in a Civil Case and Complaint upon

_____Reliant Pharmaceuticals_____, by delivering to and leaving with

(Person served) _____Tara Kors_____, (title) _____Sr. Counsel_____

a true and correct copy of said documents.

At the time of said service, (Person served) _____Tara Kors_____ stated that

(s)he was duly authorized to accept service of legal process for _____Reliant_____

(person served) _____Tara Kors_____ is described as a ___(w)___ (fe)male,

approximately _____45_____ years of age, _____210_____ lbs., _____5 . 4 "_____ tall, with _____brn_____ hair.

(other features) _____

_____John Hotz_____
(PROCESS SERVER'S SIGNATURE)

_____John Hotz_____
Print Name

Sworn to before me this
10 day of July, 2005
Oct

_____
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

COUNTY OF   Chautauqua                    *OSCV 0214 S(F)*

      Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.

------------------------------------------------------------x

STATE OF NEW JERSEY     )
                         ) ss.:
COUNTY OF   Camden       )

        __Dacien John Mullen__, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey.

        On __Wednesday__, July _27_, 2005, at approximately _1 : 30_ pm., at
                340 Kingsland Street, Nutley NJ
(place served) _____

Deponent served the within Summons in a Civil Case and Complaint upon

    Roche Labs _____, by delivering to and leaving with

_____Jane Matthews_____, (title) __Sr. Counsel_____
(Person served)

a true and correct copy of said documents.

        At the time of said service, (Person served) ___Jane Matthews___ stated that

(s)he was duly authorized to accept service of legal process for ___Roche Labs___.

      (person served)___Jane Matthews___ is described as a _____(fe)male,

approximately __40__ years of age, __130__ lbs., _5'4"_ " tall, with __Blonde__ hair.

(other features) _____.

                                                          (PROCESS SERVER'S SIGNATURE)

                                      Dacien John Mullen
                                       Print Name

Sworn to before me this
27th day of July, 2005

Notary Public

JANET E. MULLEN
MY COMMISSION EXPIRES
MAY 17, 2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

COUNTY OF CHAUTAUQUA                                  Index No. 05-CV-0214 S(F)

     Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-------------------------------------------------------------x

STATE OF OHIO  )
           ) ss.:
COUNTY OF Franklin)

        Pamela Spires, being duly sworn deposes and says that: Deponent is not a party to this

action, and is over 18 years of age and is a resident of the State of Ohio.

        On Thursday, July 28, 2005, at approximately __1 : 42__ Pm., at 1809 Wilson Avenue,

Columbus, OH 43216, Deponent served the within Summons in a Civil Case and Complaint upon

Roxane Laboratories, by delivering to and leaving with Robert Powers, (title) ___Police Officer___,

a true and correct copy of said documents.

        At the time of said service, Robert Powers stated that he was duly authorized to accept service of

legal process for Roxane Laboratories.

        Robert Powers is described as a ___White___ male, approximately ___42___ years of age,

__190__ lbs., __5__ , __10__ " tall, with __Brown__ hair. (other features) _____.

                                              _Pamela Spires_
                                                Pamela Spires

Sworn to before me this
8th day of _August_ . 2005

_Jennifer L. Ruckman_
Notary Public

JENNIFER L. RUCKMAN
NOTARY PUBLIC • STATE OF OHIO
Recorded in Fairfield County
My commission expires Nov. 14, 2009

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

THIS DOCUMENT RELATES TO:

COUNTY OF CHAUTAUQUA v. ABBOTT
LABORATORIES, INC., et al.

W.D.N.Y. Case No. 05-cv-214

Index No. 01-12257 PBS

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

     I, ANDREW MILLER, says:

     I am over the age of eighteen, am not a party to this action, and am employed in the City, State, and County of New York.  On July 27, 2005, I served true and complete copies of the attached **SUMMONS AND COMPLAINT** upon **SANOFI-SYNTHELABO, INC.,**,.by personally delivering said true copies to Anne Gregorakes of,

          CORPORATION SERVICE COMPANY.
          1133 Avenue of the Americas, Ste. 3100
          New York, NY 10036

     Ms. Gregorakes stated that she was authorized to accept service.

                                 _A. Miller_
                               ANDREW MILLER

Sworn to before me this
29 day of July, 2005.

_Marianne Sadecki_
Notary Public

MARIANNE SADECKI
Notary Public, State of New York
No. 14-4869982
Qualified in Dutchess County
Commission Expires Sept. 8, 2006

------------------------------------------------------------x

COUNTY OF   Chautauqua

      Vs.

05CV 0214 S(F)

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.

------------------------------------------------------------x

| STATE OF NEW JERSEY | ) | |
|---|---|---|
| | ) ss.: | |
| COUNTY OF   Camden | ) | |

    Dacien John Mullen _____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey.

    On  Wednesday _____ , July  27 , 2005, at approximately  1: 30  pm., at

(place served) ____ 506 Carnegie Center, Ste 400, Princeton NJ _____ ,

Deponent served the within Summons in a Civil Case and Complaint upon

_____ Sandoz _____ , by delivering to and leaving with

(Person served) ____ Christine A. Gurrera ____ , (title)  Paralegal, Legal Dept. ____ ,

a true and correct copy of said documents.

    At the time of said service, (Person served)  Christine Gurrera _____ stated that

(s)he was duly authorized to accept service of legal process for ___ Sandoz _____ .

    (person served)  Christine Gurrera _____ is described as a  White ____ (fe)male,

approximately  40 ____ years of age,  110 ____ lbs.,  5'3" ____ " tall, with ___ brown ___ hair.

(other features) _____ .

_____
(PROCESS SERVER'S SIGNATURE)

Dacien John Mullen
_____
Print Name

Sworn to before me this
27th.7 day of July, 2005

_____
Notary Public

JANET E. MULLEN
MY COMMISSION EXPIRES
MAY 17, 2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

COUNTY OF  Chautauqua                                    05cy 0214 SCF)

      Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
--------------------------------------------------------x

STATE OF NEW JERSEY       )
                  ) ss.:
COUNTY OF   Camden        )

            __Dacien John Mullen__, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey.

      On _Wednesday___, July _27_, 2005, at approximately _1 : 30_ pm., at
          2000 Galloping Hill Rd, Kenilworth, NJ
*(place served)* _____,

Deponent served the within Summons in a Civil Case and Complaint upon

Schering-Plough Corp. _____, by delivering to and leaving with

_____Alice Corkery_____, *title* ___Sr Legal Assistant_____,
*(Person served)*

a true and correct copy of said documents.

      At the time of said service, *(Person served)* _____Alice Corkery_____ stated that

(s)he was duly authorized to accept service of legal process for _Schering-Plough Corp._____.

     *(person served)*_____Alice Corkery_____ is described as a __white__ (fe)male,

approximately _40_ years of age, _105_ lbs., _5'3_ " tall, with __black__ hair.

*(other features)* _____.

                    (PROCESS SERVER'S SIGNATURE)
                    Dacien John Mullen
                    Print Name

Sworn to before me this
27th / day of July, 2005

Notary Public

JANET E. MULLEN
MY COMMISSION EXPIRES
MAY 17, 2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

COUNTY OF   Chautauqua                           05CV0214 S(F)

              Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
---------------------------------------------------------------x

STATE OF NEW JERSEY          )
                             ) ss.:
COUNTY OF   Camden           )


              ___Dacien John Mullen_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey.

              On   Wednesday_____, July _27_, 2005, at approximately _1 ;_30_pm., at
              2000 Galloping Hill Rd.  Kenilworth, NJ
(place served) _____

Deponent served the within Summons in a Civil Case and Complaint upon

        Shering Corp _____, by delivering to and leaving with

        ___Alice Corkery_____, title) ___Sr Legal Assistant_____
(Person served)

a true and correct copy of said documents.

        At the time of said service, (Person served) ___Alice Corkery_____ stated that

(s)he was duly authorized to accept service of legal process for ___Schering Corp_____.

        (person served)_____Alice Corkery_____ is described as a __white__ (fe)male,

approximately __40__ years of age, _105_ lbs., _5"3_ " tall, with _Black_ hair.

(other features) _____


                                        _____
                                        (PROCESS SERVER'S SIGNATURE)
                                        Dacien John Mullen
                                        _____
                                        Print Name

Sworn to before me this
27th 27 day of July, 2005

Notary Public

JANET E. MULLEN
MY COMMISSION EXPIRES
MAY 17, 2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
(Caption COUNTY OF CHAUTAUQUA

Index No. *05 - CV-0214 S(F)*

Plaintiff

V.

(Caption) ABBOTT LABORATORIES INC,.
ET AL                    Defendants
-------------------------------------------------------------------x
STATE OF                     )
MASSACHUSETTS ) ss.:
COUNTY SUFFOLK.          )

DAVID E. WALTERS, being duly sworn deposes and says that: deponent is not a party

to this action, and is over 18 years of age and is a resident of the State of MASSACHUSETTS.

On WEDNESDAY, JULY 27, 2005 approximately 12 :45 p.m. at (address

served) ONE TECHNOLOGY PL. ROCKLAND, deponent served the within Summons in a Civil Case and

Complaint upon SERONO INC                                    by delivering to and leaving with

(PERSON SERVED) ELLEN ROSENBERG, (TITLE) ASSOCIATE GENERAL COUNSEL, a true and correct

copy of said document. At the time of said service, (PERSON SERVED)

ELLEN ROSENBERG  stated that she was duly authorized to accept service of legal

process for (Co served)  SERONO INC.

(PERSON SERVED) ELLEN ROSENBERG is described as a WHITE Female,

approximately 35 years of age, 135 lbs., 5'7" tall, with BROWN hair and (OTHER FEATURES)

_____

(PROCESS SERVER'S SIGNATURE)
DAVID E. WALTERS

Sworn to before me this
27 day of JULY , 2005

Patricia A. Tan
Notary Public
My Commission Exp
7/25/08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------x

COUNTY OF     Chautauqua                                    OSCV0214 S(F)

        Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-------------------------------------------------------x

STATE OF PENNSYLVANIA         )
                        ) ss.:
COUNTY OF                     )
       Philadelphia

           Matthew Kohlman_____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Pennsylvania.

         On __Wednesday____, July _27_, 2005, at approximately _2:15_ _.m., at
                1 Franklin Plaza, 16th & Race Streets, Phila PA
(place served) _____

Deponent served the within Summons in a Civil Case and Complaint upon

   Smithkline Beecham Corp d/b/a GlaxosmithKline___, by delivering to and leaving with

_____

(Person served)__Jean Sherwood_____, (title) Adm Asst, Legal Dept___,

a true and correct copy of said documents.

       At the time of said service, (Person served) ___Jean Sherwood_____ stated that

(s)he was duly authorized to accept service of legal process for _GlaxoSmithKline_____.

    (person served)__Jean Sherwood_____ is described as a ___white_(fe)male,
          50              170    5'8      brown
approximately _____ years of age, _____ lbs., _____" tall, with _____ hair.

(other features) _____

                                           _____
                                   (PROCESS SERVER'S SIGNATURE)

                                 Matthew Kohlman
                                  _____
                                  Print Name

Sworn to before me this
2_ day of July, 2005

Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
_WESTERN_ DISTRICT OF NEW YORK
------------------------------------------- . .------------x

COUNTY OF CHAUTAUQUA,                              Index No. 05-CV-0214 S(F)

　　　　　Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
------------------------------------------------------------x

STATE OF ILLINOIS　　)
　　　　　　　　　　　) ss.:
COUNTY OF ~~COOK~~　)
　　　　　_LAKE_

　　　　　_BARNETT S. KOLTON,_ being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Illinois.　　On Wednesday, July 27, 2005, at approximately _3:45_ p.m., at 675 North Field Drive,

Lake Forest, IL 60045, Deponent served the within Summons in a Civil Case and Complaint with

Exhibits upon TAP Pharmaceutical USA, by delivering to and leaving with

_(Person served)_ _DENISE GREEN_ , _(title)_ _ADMIN. ASST. LEGAL DEPT._

a true and correct copy of said documents.

　　　　　At the time of said service, _(Person served)_ _DENISE GREEN_ stated that

(s)he was duly authorized to accept service of legal process for TAP Pharmaceutical USA.

　　　　　_(person served)_ _DENISE GREEN_ is described as a _W_ (fe)male,

approximately _40_ years of age, _190_ lbs., _5'5"_ tall, with _BLONDE_ hair.

_(other features)_ _____ .


　　　　　　　　　_Barnett S. Kolton_
　　　　　　　　　(PROCESS SERVER'S SIGNATURE)

　　　　　　　　　_BARNETT S. KOLTON_
　　　　　　　　　Print Name

Sworn to before me this
**29** day of July, 2005

_signature_
Notary Public

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

COUNTY OF   Chautauqua                              05cv 0214 SC(F)

               Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
------------------------------------------------------------------x
STATE OF PENNSYLVANIA        )
                             ) ss.:
COUNTY OF                    )
     Philadelphia

          Matthew Kohlman _____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Pennsylvania.

          On _Wednesday_____, July _27_, 2005, at approximately _2:15__.m., at

               425 Privet Road, Horsham, PA
(place served) _____,

Deponent served the within Summons in a Civil Case and Complaint upon

          TEVA Pharmaceuticals usa, Inc. _____, by delivering to and leaving with

(Person served)_ Margaret Wrigley _____, (title) _Manager, Legal_____,

a true and correct copy of said documents.

          At the time of said service, (Person served) ____ Margaret Wrigley _____ stated that

(s)he was duly authorized to accept service of legal process for ___ TEVA Pharmaceuticals USA, Inc.
               Margaret Wrigley                                        White
(person served)_____ is described as a _____ (fe)male,

               50                         160           5'7,              Blonde
approximately _____ years of age, _____ lbs., _____ " tall, with _____ hair.

(other features) _____.


                              _(signature)_
                              (PROCESS SERVER'S SIGNATURE)

                              Matthew Kohlman
                              _____
                              Print Name

Sworn to before me this
_27_ day of July, 2005

_(signature)_
Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------x

COUNTY OF **CHAUTAUQUA**

Index No. 05-CV-0214 S(F)

Vs.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-------------------------------------------x

STATE OF                    )
COUNTY OF                   ) ss.:

_Aimee Sager_ , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_Illinois_ .

On _Wednesday_ , July _27_ , 2005, at approximately _3:35 p_ .m., at

(address) _1718 Northrock Court, Rockford, IL 61103_ ,

Deponent served the within Summons in a Civil Case and Complaint upon (Defendant)

_UDL Laboratories, Inc._ , by delivering to and leaving with

(Person served) _Dawn Burnell_ . (title) _Receptionist_ ,

a true and correct copy of said documents.

At the time of said service, (Person served) _Dawn Burnell_

stated that (s)he was duly authorized to accept service of legal process for (Defendant)

_UDL Laboratories, Inc._ .

(Person served) _Dawn Burnell_ is described as a (color/race) _AA_

(fe)male, approximately _30_ years of age, _135_ lbs., _5'10_ " tall, with
female
_black_ hair. (other features) _DOB: 6-25-75_

_Aimee Sager_
(PROCESS SERVER'S SIGNATURE)

_Aimee Sager_
(Print Name)

Sworn to before me this
_28th_ day of July, 2005

_Becky L. Pudwill_
Notary Public

```
"OFFICIAL SEAL"
BECKY L. PUDWILL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8/1/2009
```

WESTERN DIST. OF NEW YORK

COUNTY OF CHATAUQUA **AFFIDAVIT**          OS CV 0214 S(F)

State of Nevada        )
                              ss.
County of Washoe       )

ALEX BACCHUS, being first duly sworn deposes and says:

That affiant is a citizen of the United States, over 18

years of age, licensed to serve civil process in the State

of Nevada under license #322, and not a party to, nor

interested in the within action affiant received the documents

on Jul 28 2005  9:03AM and on Jul 28 2005 12:19PM

affiant personally served a copy of the
SUMMONS IN A CIVIL ACTION; COMPLAINT

ON MASON ULM, [W/M, 200LBS, 6'2", 35YOA., BRN HAIR] AGENT AUTHORIZED TO ACCEPT
   ACCEPTED ON BEHALF OF WARRICK PHARMACEUTICALS CORPORATION

   12125   MOYA BLVD.
   RENO, NV 89506

   Affiant does hereby affirm under penalty of perjury that

the assertions of this affidavit are true.

_____
                    **ALEX BACCHUS**

   Signed and sworn to before me on Jul 28 2005

   by ALEX BACCHUS

_____
   Notary Public

C. LAZETICH
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 99-35662-2 - Expires February 25, 2007

Reno/Carson
Messenger
Service, Inc.
License #322

185 Martin St
Reno, NV 89509
775-322-2424

RHPERSI 02/07/00

0193158 .PREE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

COUNTY OF **CHAUTAUQUA**

Index No. 05-CV-0214 S(F)

Vs.

ABBOTT LABORATORIES, INC., ALCON LABORATORIES, INC. et. al.

---------------------------------------------------------------x

STATE OF CALIFORNIA )
COUNTY OF ORANGE ) ss.:

Surya Von Rosen, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of CALIFORNIA.

On THURSDAY, July 28, 2005, at approximately 12 : 10 Pm., at (address) 311 BONNIE CIR., CORONA, CA 92880,

Deponent served the within Summons in a Civil Case and Complaint upon *(Defendant)* WATSON PHARMA, INC., by delivering to and leaving with *(Person served)* DAVID. A BUCHEN *(title)* SR. VICE PRESIDENT,

a true and correct copy of said documents.

At the time of said service, *(Person served)* DAVID BUCHEN stated that (s)he was duly authorized to accept service of legal process for *(Defendant)* WATSON PHARMA, INC.

*(Person served)* ______ is described as a *(color/ race)* WHITE (fe)male approximately 55 years of age, 200 lbs., 6' 1" tall, with brn hair. *(other features)* ______

AMANDA HELEN BYHAM
COMM. #1387473
Notary Public - California
Orange County
My Comm. Expires Nov. 26, 2006

(PROCESS SERVER'S SIGNATURE)

Surya Von Rosen
(Print Name)

Sworn to before me this
___ day of July, 2005

State of California, County of Orange
Subscribed and sworn to (or affirmed) before me on this 5 day of August, 20 05, by Surya Von Rosen, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature: [signature]

______________________
Notary Public

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
COUNTY OF **CHAUTAUQUA**

Index No. 05-CV-0214 S(F)

Vs.
ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.
-------------------------------------------------------------x
STATE OF CALIFORNIA )
COUNTY OF ORANGE ) ss.:

_____ Surya Von Rosen _____, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

_____ CALIFORNIA _____.

On _THURSDAY_, July 28, 2005, at approximately 12 : 10 Pm., at

(address) _311 BONNIE CIR., CORONA, CA 92880_,

Deponent served the within Summons in a Civil Case and Complaint upon (Defendant)

_WATSON PHARMA_, by delivering to and leaving with

(Person served) _DAVID. A BUCHEN_ (title) _SR. VICE PRESIDENT_,

a true and correct copy of said documents.

At the time of said service, (Person served) _DAVID BUCHEN_

stated that (s)he was duly authorized to accept service of legal process for (Defendant)

_WATSON PHARMA_.

(Person served) _____ is described as a (color/race) WHITE

(fe)male approximately _55_ years of age, _200_ lbs., _6_ ' _1_ " tall, with

_brn_ hair. (other features) _____

AMANDA HELEN BYHAM
COMM. #1387473
Notary Public - California
Orange County
My Comm. Expires Nov. 26, 2006

(PROCESS SERVER'S SIGNATURE)

_Surya Von Rosen_
(Print Name)

Sworn to before me this
___ day of July, 2005

_____
Notary Public

State of California, County of _Orange_
Subscribed and sworn to (or affirmed) before me
on this _5_ day of _August_ , 20 _05_ ,
by _Surya Von Rosen_ .
personally known to me or proved to me on the
basis of satisfactory evidence to be the person(s)
who appeared before me.)
Signature: _Amanda H. Byham_

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------x

COUNTY OF Chautauqua

     Vs.

*05CV 0214 S(F)*

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC. et. al.

---------------------------------------------------x

STATE OF NEW JERSEY    )
                  ) ss.:
COUNTY OF    Camden    )

           Dacien John Mullen    , being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

New Jersey.

          On  Wednesday    , July 27, 2005, at approximately 1: 30 pm., at

             Wyeth, 5 Giralda Farms, Madison, NJ

(place served) _____,

Deponent served the within Summons in a Civil Case and Complaint upon

      Wyeth

_____, by delivering to and leaving with

(Person served)    Cari Ruzila      , (title)    Paralegal    ,

a true and correct copy of said documents.

      At the time of said service, (Person served)    Cari Ruzila    stated that

(s)he was duly authorized to accept service of legal process for    Wyeth    .

     (person served)    Cari Ruzila    is described as a   White  (fe)male,

approximately    35    years of age, 180    lbs., 5'3"  " tall, with  brown  hair.

(other features) _____.

                         (PROCESS SERVER'S SIGNATURE)

                           Dacien John Mullen

                             Print Name

Sworn to before me this
27th  day of July, 2005

Notary Public

JANET E. MULLEN
MY COMMISSION EXPIRES
MAY 17, 2008