IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*International Union of Operating Engineers, Local No. 68 Welfare Fund v. AstraZeneca Pharmaceuticals, L.P., et al.;* C.A. No. 04-11503-PBS | Judge Patti B. Saris |

## NOTICE OF VOLUNTARY DISMISSAL OF LUPRON®-RELATED CLAIMS WITH PREJUDICE BY PLAINTIFF, INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND

International Union of Operating Engineers, Local No. 68 Welfare Fund (hereinafter "Local 68"), hereby dismisses all Lupron®-related claims with prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure on the grounds that (1) Local 68 commenced this action on June 30, 2003; (2) no answer or motion for summary judgment has been filed by any defendant; and (3) no class has been certified respecting the Class Action Complaint filed by Local 68 such that Rule 23(e) of the Federal Rules of Civil Procedure is not applicable.

WHEREFORE, pursuant to Rule 41(a)(1)(i), Local 68 hereby gives notice of the voluntary dismissal of all Lupron®-related claims with prejudice.

Date: October 27, 2005

Respectfully submitted,

Donald E. Haviland, Jr., Esquire
**KLINE & SPECTER**
1800 Chapel Avenue, Suite 302
Cherry Hill, NJ 08002
856-662-1180 telephone
856-662-1184 facsimile

Ronald J. Ranta, Esquire
**FISETTE & RANTA**
B.B.O. No. 411880
100 Cummings Center, Suite 221B
Beverly, MA 01915

Raymond A. Gill, Jr., Esquire
**GILL & CHAMAS**
655 Florida Grove Road
P.O. Box 760
Woodbridge, NJ 07095

John E. Keefe, Jr., Esquire
**LYNCH ♦ MARTIN**
830 Broad Street
Shrewsbury, NJ 07702

*Counsel for Plaintiff,*
*International Union of Operating Engineers,*
*Local No.68*

G:\DEH\AWP MASTER - (200700)-MDL\Pleadings\Stipulation for Dismissal Lupron-related Claims in Local 68.wpd

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal of Lupron®-Related Claims with Prejudice by Plaintiff, International Union of Operating Engineers, Local No. 68 Welfare Fund was served on all counsel via LexisNexis pursuant to Case Management Order No. 2. The counsel listed below are not registrants of LexisNexis and are being served via facsimile.

Michael Mustokoff, Esquire
**DUANE MORRIS LLP**
One Liberty Place, Suite 4200
Philadelphia, PA 19103-7396
National counsel for Saad Antoun, M.D.

Terry K. Sherman, Esquire
52 West Whittier Street
Columbus, OH 43206
National counsel for defendant,
Robert A. Berkman, M.D.

Jack Fernandez, Esquire
**ZUCKERMAN, SPAEDER, LLP**
101 E. Kennedy Blvd., Suite 1200
Tampa, FL 33602
National counsel for defendant,
Stanley C. Hopkins, M.D.

Frederick G. Herold, Esquire
**DECHERT, LLP**
975 Page Mill Road
Palo Alto, CA 93404

Merle M. Delancey, Jr., Esquire
**DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP**
2101 L. St. NW
Washington, D.C. 20037-1526

Dated: October 28, 2005

Respectfully submitted,

Donald E. Haviland, Jr., Esquire
**KLINE & SPECTER**
1800 Chapel Avenue, Suite 302
Cherry Hill, NJ 08002
856-662-1180 telephone
856-662-1184 facsimile