# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | 

MDL NO. 1456

CIVIL ACTION: 01-CV-12257-PBS
05-CV-11795-PBS

Judge Patti B. Saris

THIS DOCUMENT RELATES TO:

*State of Florida, et al. v. Alpharma, Inc., et al.*

Chief Mag. Judge Marianne B. Bowler

## STATUS REPORT NOVEMBER 1, 2005

Pursuant to the Court's June 17, 2004 Procedural Order, the undersigned counsel for Plaintiffs hereby submit the following status report to the Court listing the status of all motions to date.

Respectfully Submitted,

DATED: November 1, 2005        By   /s/  Mark S. Thomas

Mark S. Thomas (FL Bar No. 0001716)
Mary S. Miller (FL Bar No. 0780420)
Bernabé A. Icaza (FL Bar No. 0647871)
Assistant Attorneys General
**CHARLES J. CRIST, JR.**
**STATE OF FLORIDA ATTORNEY GENERAL**
**OFFICE OF THE ATTORNEY GENERAL**
**MEDICAID FRAUD CONTROL UNIT**
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone:850-414-3600
Facsimile:850-487-9475
**ATTORNEYS FOR THE STATE OF FLORIDA**

James J. Breen
Alison W. Simon
**THE BREEN LAW FIRM, P.A.**
Post Office Box 297470
Pembroke Pines, FL 33029-7470
**ATTORNEYS FOR VEN-A-CARE OF THE FLORIDA KEYS, INC.**

Sherrie Savett
Susan Schneider Thomas
Gary Azorsky
Joy P. Clairmont
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: 215-875-5711
Facsimile: 215-875-4604
**ATTORNEYS FOR VEN-A-CARE OF THE FLORIDA KEYS, INC.**

Jonathan Shapiro
**STERN, SHAPIRO, WEISSBERG & GARIN LLP**
90 Canal Street
Boston, MA
**ATTORNEYS FOR VEN-A-CARE OF THE FLORIDA KEYS, INC.**

## MDL 1456 Status Report
## State of Florida, *ex rel.* Ven-A-Care v. Alpharma, Inc., *et al.*
## Case No.: 05-CV-11795-PBS

### Complaint in Intervention

On April 5, 2005, Plaintiffs filed a Complaint in Intervention styled *State of Florida v. Alpharma, Inc.*, Nos. 03-CA1165A, 98-3032F (Fla. 2d Cir. Ct.) in the Court of the Second Judicial Circuit in and for Leon County, Florida.

### Removal to Federal Court

On July 20, 2005, Defendants removed this action to the United States District Court for the Northern District of Florida.

### Transfer to the District Court of Massachusetts

On July 25, 2005, Defendant Sandoz, Inc., filed a notice of related action and requested that this case be transferred to the District Court of Massachusetts. Plaintiffs filed a Notice of Non-Opposition to the Defendants' request to transfer this case to the District of Massachusetts but retaining their request to have this case remanded to State Circuit Court. On August 25, 2005, the Judicial Panel on Multidistrict Litigation (JPML) transferred this case to this Court. On September 1, 2005, this Court consolidated this case with Civil Action No. 01-12257-PBS.

### Motion for Remand and Memorandum of Law in Support of Motion for Remand

On August 18, 2005, Plaintiffs filed in the United States District Court for the Northern District of Florida a Motion for Remand and Memorandum of Law in Support of Motion for Remand to State Circuit Court. After this case was transferred to this Court, on September 14, 2005, the parties filed a Joint Motion for Consideration of Scheduling Order requesting that this Court adopt the parties' proposed scheduling order. On October 4, 2005, this Court granted the Parties' proposed scheduling order ("Order").

Pursuant to this Order, Plaintiffs filed a new Memorandum of Law substituting the Memorandum of Law previously filed in the United States District Court for the Northern District of Florida. Defendants filed their response on October 14, 2005.

### Pending Motions to Date

Plaintiffs' Motion for Remand and Memorandum of Law in Support of Motion for Remand to State Circuit Court is **currently pending** before this Court. No other motions are currently pending before this Court.

## CERTIFICATE OF SERVICE

I hereby certify that I, Jonathan Shapiro, an attorney, caused a true and correct copy of the foregoing Status Report to be served on all counsel of record electronically on November 1, 2005, pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LEXIS File & Serve electronic filing service. I hereby also certify that a copy hereof was furnished via U.S. Mail this 1st day of November, 2005, to the following:

WAYNE A. CROSS
MICHAEL J. GALLAGHER
PAUL OLSZOWKA
SHERYL DICKEY
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Attorneys for Sandoz, Inc.

PETER ANTONACCI
JONATHAN P. KILMAN
GrayRobinson, P.A.
301 South Bronough Street
Suite 600 (32301)
Post Office Box 11189
Tallahassee, Florida 32302
Attorneys for Novartis AG and Sandoz, Inc.

ROBERT J. MILLER
Reed Smith LLP
599 Lexington Avenue-28th Floor
New York, NY 10022
Attorneys for Faulding, Inc. and Mayne Group, Ltd.

DENNIS P. ORR
GRANT J. ESPOSITO
MICHELLE J. ANNUNZIATA
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019
Attorneys for Novartis AG

STEPHEN A. ECENIA
Rutledge, Ecenia, Purnell & Hoffman, P.A.
Post Office Box 551
215 South Monroe St., Suite 420
Tallahassee, Florida 32301
Attorneys for Alpharma, Inc., Alpharma,
USPD, Inc. f/k/a Barre-National, Inc.,
Barre Parent Corporation, Purepac Pharmaceutical Co.

JOHN R. FLEDER
Hyman, Phelps & McNamara, P.C.
700 Thirteenth Street, N.W. - Suite 1200
Washington, DC 20005
Attorneys for Alpharma, Inc., Alpharma, USPD,
Inc. f/k/a Barre-National, Inc., Barre Parent
Corporation, Purepac Pharmaceutical Co.

JAY B. SHAPIRO
CHRISTOPHER L. BARNETT
SAMUEL O. PATMORE
Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson, P.A.
Suite 200-Museum Tower
150 West Flagler Street
Miami, Florida 33130


/s/ Jonathan Shapiro

Jonathan Shapiro
STERN, SHAPIRO, WEISSBERG & GARIN LLP
90 Canal Street
Boston, MA
**ATTORNEYS FOR VEN-A-CARE OF THE
FLORIDA KEYS, INC.**