# CERTIFICATE OF SERVICE

I hereby certify that I, Brian V. Frankel, Supervising Deputy Attorney General, Bureau of Medi-Cal Fraud and Elder Abuse, for the State of California, caused a true and correct copy of the foregoing **Summons In A Civil Action Returned Executed as to Z.L.B. Behring and Letter To Tri State Courier dated 10/24/05** to be served electronically on counsel of record pursuant to Paragraph 11 of the Case Management Order No. 2, by sending a copy to LexisNexis File and Service for posting and notification to all parties on October 27, 2005.

/s/   Brian V. Frankel
BRIAN V. FRANKEL
Supervising Deputy Attorney General
Bureau of Medi-Cal Fraud and Elder Abuse
State of California
1455 Frazee Road, Suite 315
San Diego, CA   92108
Tel:  (619) 688-6065
Fax:  (619) 688-4200