IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *IN RE* PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |

## NOTICE OF APPEARANCE

Please enter the appearance of Thomas J. Poulin as counsel of record on behalf of non-parties and absent class members Blue Cross and Blue Shield of Vermont, Carefirst Blue Cross Blue Shield, Hawaii Medical Service Association, Excellus Blue Cross Blue Shield, Mutual of Omaha Insurance Company and Blue Cross Blue Shield of Massachusetts.

Respectfully submitted,

ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.


/s/ Thomas J. Poulin
Thomas J. Poulin, Esq.
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
1801 K Street N. W., Suite 1200
Washington, DC 20006
Tel. (202) 775-0725

DATED: November 1, 2005