# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## MOTION FOR ADMISSION OF ADAM S. LEVY, *PRO HAC VICE*

Petitioner, Adam S. Levy, Esquire of the Law Office of Adam S. Levy, by and through the undersigned counsel, Fisette & Ranta, respectfully requests that Adam S. Levy be admitted to practice before the United States District Court for the District of Massachusetts, pursuant to LR. D.Mass. 83.5.3, and pursuant to this Court's Case Management Order No. 1, ¶ 16. The undersigned avers as follows:

1.  Petitioner, Adam S. Levy, Esquire, represents the consumer class representatives identified in the Third Amended Master Consolidated Complaint.

2.  As stated in Mr. Levy's Declaration attached hereto, he is a member in good standing of the bars of the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Middle District of Pennsylvania, the United States District Court for the District of New Jersey, and the United States Court of Appeals for the Third Circuit, as well as the bars of the Commonwealth of Pennsylvania and the State of New Jersey. Further, there are no disciplinary actions pending against Mr. Levy in any jurisdiction.

3.  Mr. Levy is familiar with the Local Rules of the United States District Court for the District of Massachusetts, and agrees to abide by them.

4. A draft in the amount of $50.00 is being forwarded for this admission *pro hac vice.*

WHEREFORE, the undersigned counsel respectfully moves Mr. Levy's admission to this Court, pursuant to LR. D.Mass. 83.5.3.

Dated: 11/2/05

Respectfully submitted,

Ronald J. Ranta, Esquire
FISETTE & RANTA
222 Rosewood Drive, 10th Floor
Danvers, MA 01923
978-750-8701 telephone
978-750-8702 facsimile

2

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## DECLARATION OF ADAM S. LEVY
## IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, Adam S. Levy, declare as true and correct that:

1. I am and have been a member in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey since 1992.

2. I am and have been a member in good standing of the bar of the United States District Court for the Eastern District of Pennsylvania and the United States District Court for the District of New Jersey since 1993.

3. I am and have been a member in good standing of the bar of the United States Court of Appeals for the Third Circuit since 1996.

4. I am and have been a member in good standing of the bar of the United States District Court for the Middle District of Pennsylvania since 2003 or earlier.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and agreed to abide by them.

Dated: 11/1/05

ADAM S. LEVY, ESQUIRE

2

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## ORDER

**AND NOW**, this       day of                  , 2005, it is hereby **ORDERED AND DECREED** that Adam S. Levy, Esquire of the Law Office of Adam S. Levy is granted *pro hac vice* admission, pursuant to LR, D. Mass. 83.5.3.

BY THE COURT:

_____ J.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Admission of Adam S. Levy *Pro Hac Vice* was served on all counsel via LexisNexis pursuant to Case Management Order No. 2.

Dated: <u>November 2, 2005</u>              Respectfully submitted,

                                                   TerriAnne Benedetto, Esquire
                                                   **KLINE & SPECTER**
                                                   1800 Chapel Avenue, Suite 302
                                                   Cherry Hill, NJ 08002
                                                   856-662-1180 telephone
                                                   856-662-1184 facsimile