IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## MOTION FOR ADMISSION OF KENT M. WILLIAMS *PRO HAC VICE*

Petitioner, Kent M. Williams, Esquire by and through the undersigned counsel, Fisette & Ranta, respectfully requests that Kent M. Williams be admitted to practice before the United States District Court for the District of Massachusetts, pursuant to LR, D.Mass. 83.5.3, and pursuant to this Court's Case Management Order No. 1, ¶ 16. The undersigned avers as follows:

1. Petitioner, Kent M. Williams, Esquire, represents the consumer class representatives identified in the Third Amended Master Consolidated Complaint.

2. As stated in Mr. Williams' Affidavit attached hereto, he is a member in good standing of the bars of the United States District Court for the Districts of Minnesota, Nebraska, and Colorado, the United States Circuit Courts for the Fifth and Eighth Circuits, and the bar of the State of Minnesota. Further, there are no disciplinary actions pending against Mr. Williams in any jurisdiction

3. Mr. Williams is familiar with the Local Rules of the United States District Court for the District of Massachusetts, and agrees to abide by them.

5. A check in the amount of $50.00 is being forwarded for this admission *pro hac vice*.

WHEREFORE, the undersigned counsel respectfully moves Mr. Williams' admission to this Court, pursuant to LR, D.Mass. 83.5.3.

Dated: 11/2/05

Respectfully submitted,

Ronald J. Ranta, Esquire
**FISETTE & RANTA**
222 Rosewood Drive, 10th Floor
Danvers, MA 01923
978-750-8701 telephone
978-750-8702 facsimile

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

MDL No. 1456
C.A. No. 01-12257-PBS

THIS DOCUMENT RELATES TO:
ALL ACTIONS

Judge Patti B. Saris

### AFFIDAVIT OF KENT M. WILLIAMS
### IN SUPPORT OF ADMISSION *PRO HAC VICE*

KENT M. WILLIAMS, being duly sworn and under oath, avers and testifies as follows:

I am and have been a member in good standing of the bar of the State Of Minnesota since 1991. My bar registration number is 222884

2.  I am and have been a member in good standing of the bar of the United States District Court for the District of Minnesota since 1991.

3.  I am also a member in good standing of the bars of the United States District Court for the Districts of Nebraska and Colorado, and of the Fifth and Eighth Circuit Courts of Appeals.

4.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and agree to abide by them.

Dated: 11-02-05

_____
KENT M. WILLIAMS

Sworn to and subscribed before
me this _____ day
of November, 2005.

_____
Notary Public
My commission expires on:

KEVIN E GIEBEL
Notary Public
Minnesota
My Commission Expires January 31, 2010

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## ORDER

**AND NOW**, this      day of                , 2005, it is hereby **ORDERED AND DECREED** that Kent M. Williams, Esquire is granted *pro hac vice* admission, pursuant to LR, D. Mass. 83.5.3.

BY THE COURT:

_____
HONORABLE PATTI B. SARIS, J.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Admission of Kent M. Williams *Pro Hac Vice* was served on all counsel via LexisNexis pursuant to Case Management Order No. 2.

Dated: <u>November 2, 2005</u>

Respectfully submitted,

_____
TerriAnne Benedetto, Esquire
**KLINE & SPECTER**
1800 Chapel Avenue, Suite 302
Cherry Hill, NJ 08002
856-662-1180 telephone
856-662-1184 facsimile