UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ) <br> ALL ACTIONS ) <br> _____ ) | MDL No. 1456 <br><br> CIVIL ACTION 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

## NOTICE OF FILING AN AMENDED DECLARATION

Attached as is an Amended Declaration of Patrick Howard, Esquire, which is meant to replace the declaration filed as an attachment to Plaintiffs Response to Defendant's Motion for Entry of a Protective Order filed with the Court October 27, 2005. Plaintiffs request the Court accept the Amended Deceleration in lieu of the declaration filed with Plaintiffs' response.

Dated: November 3, 2005

Respectfully submitted,

*/s/ John Macoretta*

John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Tom Sobol
Edward Notargiacomo
Hagens Berman LLP
One Main Street, 4th Floor
Cambridge, MA 02110

Steve W. Berman
Sean R. Matt
Hagens Berman LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Samuel Heins
Brian Williams
Heins, Mills & Olson, P.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901

Kenneth A. Wexler
Jennifer F. Connolly
The Wexler Firm
One North LaSalle Street, Suite 2000
Chicago, IL 60602

## CERTIFICATE OF SERVICE

I, John A. Macoretta, hereby certify that on November 3, 2005, I served true and correct copies of the foregoing Notice of Filing an Amended Declaration via Lexis/Nexis on all counsel of record.

By: ___/s/ John Macoretta___
John Macoretta, Esquire
Spector, Roseman & Kodroff, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA 19103