**Miller, Darrell A. H.**

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Wednesday, June 09, 2004 10:52 AM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:01-cv-12257-PBS Citizens for Consume, et al v. Abbott Laboratories,, et al "Order on Motion to Dismiss" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was received from Patch, Christine entered on 6/9/2004 at 10:51 AM EDT and filed on 6/7/2004

Case Name: Citizens for Consume, et al v. Abbott Laboratories,, et al
Case Number: 1:01-cv-12257 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?7895

Document Number:
Copy the URL address on the line below into the location bar of your Web browser to view the document:

Docket Text:
Judge Patti B. Saris : Electronic ORDER entered granting "on the ground that it is undisputed that these companies did not manufacture atrovent" [771] Motion to Dismiss the December 5, 2003 and January 22, 2003 Amended Master Consolidated Class Action Complaints, and denying as moot [798] Motion for Protective Order.  (Patch, Christine)

The following document(s) are associated with this transaction:

1:01-cv-12257 Notice will be electronically mailed to:
Daniel F. Attridge                          dattridge@kirkland.com

Anita B. Bapooji                            bapooji@tht.com

Steve W. Berman                             steve@hagens-berman.com

Aimee E. Bierman                            abierman@kl.com

Jill Lori Brenner                           jlb@dcglaw.com

Douglas S. Brooks                           dbrooks@klhboston.com

James C. Burling                            james.burling@wilmerhale.com

Joanne M. Cicala                            jcicala@kmslaw.com,

Daniel J. Cloherty                          dcloherty@dwyercollora.com,  sphillips@dwyercollora.com

Jonathan D Cohen                            cohenjo@gtlaw.com,  champagnew@gtlaw.com

Robert C. Cook                              christophercook@jonesday.com,
tcitera@jonesday.com;jmhelm@jonesday.com

Michael R. Costa                            costam@gtlaw.com

Paul J. Coval                               pjcoval@vssp.com



1