Miller, Darrell A. H.

| | |
|---|---|
| From: | ECFnotice@mad.uscourts.gov |
| Sent: | Wednesday, June 09, 2004 11:05 AM |
| To: | CourtCopy@mad.uscourts.gov |
| Subject: | Activity in Case 1:01-cv-12257-PBS Citizens for Consume, et al v. Abbott Laboratories,, et al "Electronic Endorsement (non-order)" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court
District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Patch, Christine entered on 6/9/2004 at 11:05 AM EDT and filed on 6/7/2004

Case Name: Citizens for Consume, et al v. Abbott Laboratories,, et al
Case Number: 1:01-cv-12257 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?7895
Document Number:

Copy the URL address on the line below into the location bar of your Web browser to view the document:

Docket Text:
Judge Patti B. Saris : Electronic ORDER entered denying [814] Motion to Substitute Proper Party Boehringer Inhelheim Pharmaceuticals, Inc. for Boehringer Ingelheim Corporation filed by All Plaintiffs. "The motion to substitute is denied. This is without prejudice to filing a separate action"; and denying as untimely [815] Motion to Intervene as a Named Plaintiff filed by National Automatic Sprinkler Industry Welfare Fund(Patch, Christine)

The following document(s) are associated with this transaction:


1:01-cv-12257 Notice will be electronically mailed to:
Daniel F. Attridge         dattridge@kirkland.com

Anita B. Bapooji         bapooji@tht.com

Steve W. Berman         steve@hagens-berman.com

Aimee E. Bierman         abierman@kl.com

Jill Lori Brenner         jlb@dcglaw.com

Douglas S. Brooks         dbrooks@klhboston.com

James C. Burling         james.burling@wilmerhale.com

Joanne M. Cicala         jcicala@kmslaw.com,

Daniel J. Cloherty         dcloherty@dwyercollora.com, sphillips@dwyercollora.com

Jonathan D Cohen         cohenjo@gtlaw.com, champagnew@gtlaw.com

Robert C. Cook         christophercook@jonesday.com,
tcitera@jonesday.com;jmhelm@jonesday.com

Michael R. Costa         costam@gtlaw.com

Paul J. Coval         pjcoval@vssp.com

1

