UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, ex rel. VEN-A-CARE OF THE FLORIDA KEYS, INC., a Florida Corporation,<br><br>           Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, INC.; AMGEN, INC.; ARMOUR PHARMACEUTICAL CO.; AVENTIS BEHRING, L.L.C.; AVENTIS PHARMACEUTICALS, INC.; B. BRAUN MEDICAL, INC.; B. BRAUN OF AMERICA, INC.; BAXTER HEALTHCARE CORP.; BEDFORD LABORATORIES; BEN VENUE LABORATORIES, INC.; BOEHRINGER INGELHEIM CORP.; BOEHRINGER INGELHEIM PHARMACEUTICALS INC.; BRISTOL-MYERS SQUIBB COMPANY a/k/a BRISTOL-MYERS ONCOLOGY DIVISION/HIV PRODUCTS; C.H. BOEHRINGER SOHN GRUNDSTUCKSVERWALTUNG GMBH & CO. KG; DEY, INC.; DEY, L.P.; EMD, INC.; GENEVA PHARMACEUTICALS INC.; GENSIA  INC.; GENSIA SICOR, INC.; GLAXO WELLCOME INC. f/k/a BURROUGHS WELLCOME CO.; GLAXOSMITHKLINE PLC;  HOECHST MARION ROUSSEL, INC.; IMMUNEX CORP.; LIPHA, S.A.; McGAW, INC.; MERCK KGaA; MYLAN LABORATORIES, INC.; MYLAN PHARMACEUTICALS, INC.; NOVARTIS AG; PHARMACEUTICAL INVESTMENT, LTD.; ROXANE LABORATORIES, INC.; SANDOZ, INC.; SCHERING-PLOUGH CORP.; SICOR, INC. f/k/a GENSIA PHARMACEUTICALS, INC.; SMITHKLINE BEECHAM CORPORATION | **MDL No. 1456**<br>**Master File No. 01-12257-PBS**<br><br>**(Original Central District of California No. 03-CV-2238)** |

-1-

d/b/a  GLAXOSMITHKLINE; TEVA    )
PHARMACEUTICAL INDUSTRIES, LTD.;   )
WARRICK PHARMACEUTICALS CORP.;   )
Z.L.B. BEHRING,        )
           )
_____ Defendants. _____ )

## NOTICE OF VOLUNTARY DISMISSAL
## OF NOVARTIS AG

Please take notice that plaintiffs in the above-captioned matters hereby dismiss all claims

against defendant Novartis AG, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).  Novartis

AG has not served an answer or motion for summary judgment in the above-captioned matters;

therefore, plaintiffs' claims will be dismissed without order of this Court, upon filing of this

notice of dismissal.

Dated: November 7, 2005         Respectfully submitted,

                        BILL LOCKYER
                        Attorney General for the State of California

                        By: _____

                            NICHOLAS N. PAUL
                            CA State Bar No.:  190605
                            Deputy Attorney General
                            Bureau of Medi-Cal Fraud & Elder Abuse
                            OFFICE OF THE ATTORNEY GENERAL
                            California Department of Justice
                            1455 Frazee Road, Suite 315
                            San Diego, California  92108
                            Tel:  (619) 688-6099
                            Fax:  (619) 688-4200

                        **Attorneys for Plaintiff,**
                        **STATE OF CALIFORNIA**

## CERTIFICATE OF SERVICE

I hereby certify that I, Nicholas N. Paul, Deputy Attorney General, Bureau of Medi-Cal

Fraud and Elder Abuse, for the State of California, caused a true and correct copy of the

foregoing **Notice of Voluntary Dismissal of Novartis AG** to be served electronically on counsel

of record pursuant to Paragraph 11 of the Case Management Order No. 2, by sending a copy to

LexisNexis File and Service for posting and notification to all parties.

Dated: November 7, 2005.

_____
NICHOLAS N. PAUL
Deputy Attorney General
Bureau of Medi-Cal Fraud and Elder Abuse
State of California
1455 Frazee Road, Suite 315
San Diego, CA   92108
Tel:  (619) 688-6099
Fax:  (619) 688-4200