UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL NO. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | ) ) Judge Patti B. Saris ) ) |

**CORRECTION TO PLAINTIFFS' OPPOSITION TO TRACK I DEFENDANTS' MOTION TO PRECLUDE PLAINTIFFS' EXPERT EVIDENCE ON LIABILITY AND FOR OTHER SANCTION**

Plaintiffs' Opposition to Track I Defendants' Motion to Preclude Plaintiffs' Expert Evidence on Liability and for Other Sanctions contains a table summarizing gaps in Defendants' production of transaction data. Defendant GlaxoSmithKline ("GSK") was mistakenly included in this table. Plaintiffs and GSK agreed as part of a resolution of discovery disputes that the question of production of transactional data with respect to these drugs and these periods would be deferred until after summary judgment. In accordance with that agreement, plaintiffs have not sought the additional GSK data and GSK is not delinquent in its production. Accordingly, GSK should be removed from the table. Counsel regret the error and any inconvenience it may have caused.

Respectfully submitted,

By  /s/ David S. Nalven
   Thomas M. Sobol
   David S. Nalven
   Edward Notargiacomo
   Hagens Berman Sobol Shapiro LLP
   One Main Street
   Cambridge, MA  02142
   Telephone: (617) 482-3700
   Facsimile: (617) 482-3003

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

*LIAISON AND CO-LEAD COUNSEL*

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Kenneth A. Wexler & Associates
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Samuel Heins
Brian Williams
Heins, Mills & Olson, P.C.
700 Northstar East
608 Second Avenue South
Minneapolis, MN  55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

CO-LEAD COUNSEL

Dated: November 8, 2005

3

## CERTIFICATE OF SERVICE

Docket No. MDL 1456

  I, David S. Nalven, hereby certify that I am one of plaintiffs' attorneys and that, on November 8, 2005 I caused copies of this document to be served via Lexis/Nexis File & Serve on all counsel of record.

                   /s/ David S. Nalven

Dated: November 8, 2005