FOR THE DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

```
- - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE PHARMACEUTICAL INDUSTRY         :
AVERAGE WHOLESALE PRICE               :
LITIGATION                            :   MDL NO. 1456
                                      :
                                      :   CIVIL ACTION: 01-CV-12257-PBS
- - - - - - - - - - - - - - - - - - - - - - - - - - x
THIS DOCUMENT RELATES TO ALL          :   Judge Patti B. Saris
ACTIONS                               :
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## MOTION FOR ADMISSION OF MICHAEL FLYNN, TRISHA LAWSON AND CARLOS PELAYO *PRO HAC VICE*

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts and pursuant to this Court's Case Management Order No. 1, ¶ 16, the undersigned counsel, Foley Hoag, moves that Michael Flynn, Trisha Lawson and Carlos Pelayo be permitted to appear and participate in this action pro hac vice, as counsel for defendant AstraZeneca Pharmaceuticals LP.  The undersigned counsel state as follows:

1.      Mr. Flynn, Ms. Lawson and Mr. Pelayo are attorneys with the law firm of Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017.

2.      The accompanying certificates of counsel, attached hereto as Exhibits A - C, certify that these attorneys have met the requirements to practice before the United States District Court for the District of Massachusetts.

3.      A check in the amount of $150.00 is being forwarded simultaneously with this motion for these attorneys' respective admissions pro hac vice.

WHEREFORE, the undersigned counsel respectfully requests that this Court grant this motion to admit Michael Flynn, Trisha Lawson and Carlos Pelayo pro hac vice.

B3120476.1

Dated:   November _8_, 2005

                                Respectfully submitted,

                                By:   /s/ Lucy Fowler
                                      Nicholas C. Theodorou (BBO # 496730)
                                      Lucy Fowler (BBO # 647929)
                                      FOLEY HOAG LLP
                                      155 Seaport Blvd.
                                      Boston, Massachusetts 02210
                                      Tel: (617) 832-1000

                                  Attorneys for AstraZeneca
                                      Pharmaceuticals LP

## CERTIFICATE OF SERVICE

     I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on November 8, 2005, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                  /s/ Lucy Fowler
                                  Lucy Fowler

## EXHIBIT A: CERTIFICATE OF MICHAEL FLYNN

I, Michael Flynn, hereby certify as follows:

1.    I am a Partner of the firm of Davis Polk & Wardwell, which is located at 450 Lexington Avenue, New York, New York 10017.

2.    I have been admitted to practice in the State of New York in 1994.

3.    I am an attorney in good standing and eligible to practice in the above-referenced jurisdiction.

4.    I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by them.

Signed under the pains and penalties of perjury this 8th day of November, 2005.


By: _____
      Michael Flynn

B3120475.1

## EXHIBIT B: CERTIFICATE OF TRISHA LAWSON

I, Trisha Lawson, hereby certify as follows:

1.      I am an associate of the firm of Davis Polk & Wardwell, which is located at 450 Lexington Avenue, New York, New York 10017.

2.      I have been admitted to practice in the State of New York in 1999.

3.      I am an attorney in good standing and eligible to practice in the above-referenced jurisdiction.

4.      I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by them.

Signed under the pains and penalties of perjury this 8th day of November, 2005.

By: _____

Trisha Lawson

B3120474.1

## EXHIBIT C: CERTIFICATE OF CARLOS PELAYO

I, Carlos Pelayo, hereby certify as follows:

1.     I am an associate of the firm of Davis Polk & Wardwell, which is located at 450 Lexington Avenue, New York, New York 10017.

2.     I have been admitted to practice in the States of Florida and New York in 2000

3.     I am an attorney in good standing and eligible to practice in the above-referenced jurisdictions.

4.     I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5.     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by them.

Signed under the pains and penalties of perjury this 8th day of November, 2005.

By: _____

Carlos Pelayo

B3120473.1