UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> GOVERNMENT EMPLOYEES HOSPITAL ASSOCIATION, individually and on behalf of all others similarly situated, <br><br>   Plaintiff <br> v. <br><br> Serono International, S.A. and Serono, Inc. | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS |

## STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between defendant Serono, Inc ("Serono") and plaintiff Government Employees Hospital Association, on behalf of themselves and all others similarly situated, that the time for Serono, Inc. to answer, move, or otherwise respond to the Complaint shall be extended up to and including November 21, 2005.

Respectfully submitted:

| GOVERNMENT EMPLOYEES HOSPITAL ASSOCIATION, on behalf of themselves and all others similarly situated, | SERONO, INC. |
|---|---|
| By their attorneys, | By its attorneys, |
| /s/ Thomas M. Sobol <br> Thomas M. Sobol <br> David S. Nalven <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> One Main Street, 4th Floor <br> Cambridge, MA 02142 <br> Telephone: (617) 482-3700 <br> Facsimile: (617) 482-3003 | /s/ Fred A. Kelly <br> Fred A. Kelly (BBO No. 544046) <br> David M. Ryan (BBO No. 644037) <br> Amy R. George (BBO No. 629548) <br> NIXON PEABODY LLP <br> 100 Summer Street <br> Boston, MA 02110 <br> Telephone: (617) 345-1000 |

Steven W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Mark D. Fischer
Jeffrey C. Swann
Mark Sandmann
RAWLINGS & ASSOCIATES, PLLC
325 W. Main Street
Louisville, KY 40202
(502) 587-8060

Dated:   November 1, 2005

## CERTIFICATE OF SERVICE

I, David M. Ryan, do hereby certify that I caused a copy of the foregoing Stipulation to be served by electronic means, upon David S. Nalven, Hagens Berman Sobol Shaprio LLP, One Main Street, Cambridge, MA 02142, on this 8th day of November, 2005.

_____
David M. Ryan