# Exhibit I

T H E │ W E X L E R │ F I R M LLP

May 18, 2005

*__Via Facsimile__*

Ms. Toni-Ann Citera
Jones Day
222 E. 41st Street
New York, NY 10017-6702

       Re:   *In re Pharmaceutical Industry Average Wholesale Price Litigation*
               MDL No. 1456 (D. Mass.)

Dear Toni:

I write to address outstanding issues with regard to Abbott's document production. In order to discuss and narrow the issues in dispute as soon as possible, I propose that we speak about the issues in this letter on Friday, May 20 at 2:00 p.m. Central.[1]

**Abbott's Responses to Plaintiffs' Omnibus Requests:** In Abbott's June 1, 2004 responses to MDL Plaintiffs' Omnibus Requests, Abbott represented that it would produce: (1) electronic sales data from PPD from May 1994-December 31, 2003; (2) electronic sales data for HPD from mid-1996 to December 31, 2003; (3) policies or manuals relating to pricing, marketing, and sales; (4) correspondence with pricing compendia regarding Abbott AWPIDs; (5) price announcements to wholesalers; and (6) documents sufficient to identify Abbott's automated information systems. In addition, Abbott agreed to compile "a list of departments at Abbott with relevant information, including persons responsible for setting the price of Abbott's drugs listed in the AMCC."

First, with the exception of the electronic sales data (where Abbott has identified technical reasons why the data cannot be produced) it does not appear as if Abbott has conducted a search for documents throughout the relevant time period (January 1, 1991 to the present). While Chris Cook's May 25, 2004 letter stated that Abbott intended to address this issue on a case-by-case basis, that response is not sufficient. Instead, as it did with electronic data, it is Abbott's duty to identify any undue burden associated with searching for responsive documents within the relevant time period. Therefore, please either supplement Abbott's production or identify with specificity why responsive documents may not be produced within the entire Class Period.

Second, it does not seem that, with the exception of the electronic sales data, Abbott has produced all responsive documents in the categories it has represented it produced. For example,

---

[1] If any of the documents requested in this letter will be produced in Abbott's upcoming production, you may advise me of that during that call.

| Contact Information: | **Jennifer Fountain Connolly** | | One North LaSalle Street | | 312 346 2222 |
| | **312 261 6195 Direct Dial** | | Suite 2000 | | 312 346 0022 fax |
| | **jfconnolly@wexlerfirm.com** | | Chicago, Illinois 60602 | | **www.wexlerfirm.com** |

T H E │ W E X L E R │ F I R M **LLP**

Ms. Toni-Ann Citera
May 18, 2005
Page 2

although Abbott has produced some communications with publishers, this production does not appear to be complete, as Abbott has not produced notes of any meetings with publishers or any other materials sent to or received from publishers. *See* Omnibus Request Nos. 56-69. And it does not appear as if Abbott has produced any documents sufficient to identify its "automated information systems." Thus, for each category of documents Abbott has agreed to produce, please either confirm that Abbott's production is complete or supplement it within 21 days.

Third, Abbott has not produced any organizational charts or other information sufficient to enable plaintiffs to identify persons with knowledge of the subject areas relevant to this litigation. Obviously this is key information for us to proceed with depositions. Therefore, especially since Abbott has already represented that it would do so, produce those documents immediately.

Fourth, with limited exceptions, Abbott has not produced responsive e-mails. Please confirm that Abbott has searched and will continue to search the e-mails (and archived e-mails) of individuals who may have knowledge about the subject matters at issue in this litigation.

Finally, with regard to the electronic sales data, we assume that, consistent with Fed. R. Civ. P. 26(e), Abbott will be supplementing its production shortly. We also assume that, pursuant to plaintiffs' 30(b)(6) deposition notice that was served May 13, Abbott will advise us of the individuals it intends to identify regarding those areas of inquiry.

We further assume that, pursuant to plaintiffs' April 20, 2005 Rule 30(b)(6) deposition notice, Abbott will advise us of the persons it intends to designate on the subject areas identified in that notice. I did receive your voice mail message and am happy to discuss those issues with you on our meet and confer.

If any of these assumptions are not accurate, please let me know immediately.

**Documents Abbott Must Still Produce In Response to Plaintiffs' Omnibus Requests**: In addition to the deficiencies identified above, Abbott's production to date is incomplete. Without waiving our position that it is Abbott's duty to locate documents responsive to the Omnibus Requests and without waiving our right to seek additional discovery, it is clear that, at a minimum, and in addition to the categories of documents identified above, Abbott should produce:

*Category 1:  General Corporate*

- Documents containing Abbott's document retention policy during the relevant time period

T H E │ W E X L E R │ F I R M ᴸᴸᴾ

Ms. Toni-Ann Citera
May 18, 2005
Page 3

### *Category 2:  Trade Associations*

- All documents provided to any trade association described in Request No. 8[2]

### *Category 5:  AWPs and Pricing Related*

- All documents in which AWP is defined or discussed (responsive to Request Nos. 14-18) and/or in which Abbott's pricing methodologies are discussed.  Although Abbott has provided voluminous price lists, it has not provided other documents responsive to this category.  Notably, Abbott has not produced any sales-level detailing reports (Request Nos. 18 and 19).

- Documents concerning the product or geographic markets in which Abbott's AWPIDs compete (Request Nos. 22-23).

- Abbott's strategic and marketing plans (Request No. 24).

- Documents relating to Abbott's earned margin, revenues or profits, and/or per-unit average total cost for its AWPIDs (Request Nos. 28 and 32)

*Category 6:  Inducements:*  All documents responsive to Request Nos. 36-42.

### *Category 7:  Marketing Plans and Sales Representatives*

- A list of all national sales awards available for each AWPID and the business plans for all recipients thereof (Request Nos. 44 and 45)

- All documents memorializing conversations or meetings between any sales representative and any provider regarding an AWPID or seeking reimbursement for an AWPID (Request Nos. 46, 47, 49, 51, 54)

- All documents where the raising of or use of AWP as a marketing tool was discussed (Request Nos. 50, 53)

- All marketing or sales plans that discuss any item identified in Request No. 55.

*Category 8:  Publishers.*  *See* discussion above.

---

[2]  We assume based on Chris Cook's previous correspondence that Abbott has produced all documents previously provided to any governmental entity (Categories 3 and 4 of the Omnibus Requests).  If this is not the case and Abbott is withholding otherwise responsive, non-privileged documents, please advise.

THE │ WEXLER │ FIRM LLP

Ms. Toni-Ann Citera
May 18, 2005
Page 4

### *Category 9:  PBMs; Wholesalers*

- All documents and communications regarding Abbott's contractual negotiations with PBMs, wholesalers, manufacturers, pharmacies, and/or providers.

- All documents related to payments (chargebacks, rebates, credits, *etc.*) made to any of the above entities.

### *Category 10:  Communications With Other Manufacturers*

- Abbott has not produced any documents responsive to Request No. 81.

### *Category 11:  Miscellaneous*

- Abbott has not produced any documents responsive to Request No. 82.

We are willing to discuss these categories with you; however, because many of these documents go to the heart of plaintiffs' allegations, Abbott cannot just refuse to produce them.  Indeed, doing so is inconsistent with Chris Cook's previous representation to Beth Fegan in his May 6, 2004 letter that Abbott was not going to refuse outright to produce any category of documents sought in the Omnibus Requests.

**Privilege Log.**  Finally, Abbott has not provided us with a log of documents withheld pursuant to any applicable privilege.  I understand that Laura Dahl has represented that Abbott will be providing one shortly.  Please provide that within fourteen (14) days.

Please call me or Beth Fegan with any questions.  I look forward to working with you.

Very truly yours,

Jennifer Fountain Connolly

JFC:lmv

cc:    Beth Fegan

# Exhibit J

T H E | W E X L E R | F I R M ᴸᴸᴾ          

May 26, 2005

***Via Facsimile***

Ms. Toni-Ann Citera                    Ms. Beth A. O'Connor
Jones Day                              Jones Day
222 E. 41st Street                     77 West Wacker Dr.
New York, NY  10017-6702               Chicago, IL  60601-1692

     Re:    *In re Pharmaceutical Industry Average Wholesale Price Litigation*
            MDL No. 1456 (D. Mass.)

Dear Toni and Beth:

Thank you for speaking with me yesterday. This letter will memorialize the contents of
our discussion. If there is anything inaccurate in this letter, please let me know.

**Abbott's Ongoing Production:** You advised me that the CD-ROM production would be
completed on June 13. I informed you that this was inconsistent with the position taken
by Laura Dahl, who indicated we would have the production at the beginning of this
week. Based on some of the technical difficulties Abbott has experienced in imaging the
documents, we agreed that Abbott would produce CD-ROMs to us on a rolling basis that
would in all cases be completed by June 13. You also agreed to make Abbott's
organizational charts among the first documents that are produced to us on CD-ROM so
that we can begin making decisions about depositions. (Abbott has already agreed to
compile "a list of departments at Abbott with relevant information, including persons
responsible for setting the price of Abbott's drugs listed in the AMCC.")

In addition, you advised me that Abbott intends to do a "rolling production" for
documents otherwise responsive to plaintiffs' Omnibus Requests. I told you that,
because of the discovery deadlines, a rolling production would be unacceptable unless we
saw a definitive end in sight. You agreed to investigate providing me with a date.

When I asked you to identify the differences between the CD-ROM production and the
rolling production, you stated that most of the documents in the CD production would be
from the government productions, although there were about six boxes of documents that
were responsive to the Omnibus Requests. I therefore asked you to provide us with a
source list or, at minimum, a list of the persons whose offices Abbott has searched and
intends to search. Please provide this list by Monday, June 6.

Contact Information:    **Jennifer Fountain Connolly**    One North LaSalle Street    312 346 2222
                                     **312 261 6195 Direct Dial**    Suite 2000    312 346 0022 fax
                                     **jfconnolly@wexlerfirm.com**    Chicago, Illinois 60602    **www.wexlerfirm.com**

T H E │ W E X L E R │ F I R M LLP

Ms. Toni-Ann Citera
Ms. Beth A. O'Connor
May 26, 2005
Page 2

We further discussed Abbott's position that it would address whether to produce documents from the entire Class Period (January 1, 1991 to the present) on a case-by-case basis. You informed me that Abbott is not withholding documents from earlier time periods that are otherwise responsive; however, you stated that there are certain places where Abbott has not searched for responsive documents. The only concrete example that you were able to identify was microfiche. First, we need to know what is contained on those microfiche. Second, we would like a complete list of the areas which Abbott has outright refused to search based on its time period objection. Please provide that to me by Friday, June 3.[1]

**Electronic Sales Data:**

In addition, you indicated that Abbott would be producing Bruce Stowell as Abbott's designee pursuant to our 30(b)(6) notice on data. We agreed to interview Mr. Stowell by telephone in lieu of a deposition. Of course, if he is non-responsive, we reserve the right to reschedule the deposition. We are available on June 21 and would like to begin the telephone conference at 10:00 a.m. Central time. Please let us know the number(s) we should call on that date.

You agreed to provide me with Abbott's designee on indirect sales/chargeback data (for PPD) by Friday, May 27. You also informed me that, though Abbott spun off its hospital division last year, Abbott will agree to provide a designee for Hospira (the new spun-off entity).

You agreed to identify Abbott's designees with respect to plaintiffs' second 30(b)(6) notice by next week. You also informed me that Abbott would be providing a revised data set for one of its divisions (but you did not recall which division) in one week.

As initially raised by Chris Cook, you asked me if plaintiffs would consider limiting the number of Abbott AWPIDs. I informed you that we would be willing to engage in this inquiry if Abbott would provide us with the data and more detailed information to enable us to do so. You said that you would follow-up on this.

Further, you advised me that Abbott is not willing to supplement its electronic sales data production beyond December 31, 2003. Although you provided me with Abbott's legal position on this issue, you did not provide me with details regarding any undue burden

---

[1] You informed me this is not an issue with regard to TAP because Prevacid was introduced in 1995.

T H E │ W E X L E R │ F I R M <sup>LLP</sup>

Ms. Toni-Ann Citera
Ms. Beth A. O'Connor
May 26, 2005
Page 3

Abbott would incur in supplementing this information. You advised me that Mr. Stowell would be able to address this. We will deal with the issue at that point.

Finally, I advised you that I will be sending you a letter under separate cover regarding the deficiencies in Abbott's electronic data production to date.

**E-Mail:** You stated that Abbott has produced e-mail that was contained in paper form and that the e-mails produced in paper form were produced in the form maintained in the ordinary course of business. Beth will get back to me regarding the manner in which Abbott intends to proceed with searching. I agreed to provide you with a list of terms to search. I would like to know how Abbott intends to proceed with those searches by Friday, June 3.

**Privilege Log.** Abbott agreed to provide a privilege log for the CD-ROM production by June 8, 2005.

**Documents Abbott Must Still Produce In Response to Plaintiffs' Omnibus Requests:** Finally, we discussed the specific categories in the Omnibus Requests for which plaintiffs believe Abbott has not yet produced responsive documents. You advised me that many of these documents were being produced in the CD production. Specifically,

### *Category 1:  General Corporate*

- You informed me that Abbott's document retention policy during the relevant time period would be produced in the CD production.

### *Category 2:  Trade Associations*

- You said that these documents would be contained in the rolling production. To your knowledge, Abbott is not withholding responsive documents in this category; however, you agreed to confirm this. Please advise me of this by Friday, June 3.

### *Category 5:  AWPs and Pricing Related*

- You stated that Abbott did not have many responsive documents defining AWP; however, the vast majority of them will be contained in the CD production. You stated that there would be documents relating to Abbott's

THE | WEXLER | FIRM LLP

Ms. Toni-Ann Citera
Ms. Beth A. O'Connor
May 26, 2005
Page 4

pricing methodologies (other than just Abbott price lists) in the rolling production.

- You stated that most marketing plans would be in PPD and would be produced in the rolling production.

- You stated that, although Abbott would produce documents related to its revenues (in its electronic sales data), that Abbott would not produce any documents regarding its profits and/or per-unit average total cost for its AWPIDs.

### Category 6:  Inducements:

- You stated that Abbott has provided rebate, chargeback, and discount data in its electronic sales data.

- You did not believe that Abbott had many documents regarding free samples given to physicians.  However, Abbott will produce all responsive documents.

- Finally, you will advise me whether Abbott is withholding any documents in this category.  Please let me know by Friday, June 3.

### Category 7:  Marketing Plans and Sales Representatives

- We discussed plaintiffs' need for sales representative call notes.  You informed me that Abbott does not have these documents in electronic form. You stated that Abbott has produced some notes from the offices of its National Account Managers because these documents were produced in the government productions; however, the offices of individual sales representatives have not been searched.  You indicated a desire to limit this search.  I advised you that plaintiffs could not take a position on this issue without organization charts and reviewing the documents in Abbott's CD production.  I also advised you that providing us with list of all national sales awards available for each AWPID and the business plans for all recipients thereof (Request Nos. 44 and 45) as soon as possible would assist us in making decisions about this issue.  You also did not know if there was any overlap between sales notes that might be found in the offices of individual sales representatives and those in the offices of National Account Managers.

T H E │ W E X L E R │ F I R M LLP

Ms. Toni-Ann Citera
Ms. Beth A. O'Connor
May 26, 2005
Page 5

We will require answers to these types of questions and need to revisit these
issues soon.

- You informed me that Abbott does not have many documents where the
raising of or use of AWP as a marketing tool was discussed (Request Nos. 50,
53); however, you represented that these would be in the CD production as
part of Abbott's government production.

### *Category 8: Publishers.*

- You advised me that these documents would be contained in the CD
production. You told me that you would attempt to produce these documents
earlier rather than later in the production.

### *Category 9: PBMs; Wholesalers*

- You stated that, for PPD, Abbott will produce all PBM contracts. You will
investigate whether Abbott can produce all wholesaler contracts. (I told you
that since there are only three full-line wholesalers that should not be an
issue.) You also agreed that, if Abbott is producing only a "sampling" of
certain categories of responsive documents, you will advise me of that so that
I may ask you for additional documents or a full production if we need it. I
assume that you will do this for Abbott's entire production. If this is not the
case, please advise.

### *Category 10: Communications With Other Manufacturers*

- You stated Abbott has no responsive documents.

### *Category 11: Miscellaneous*

- You stated that, with regard to Request No. 82, you did not believe Abbott has
any repackaged or relabeled AWPIDs. You will confirm this to me.

**TAP documents.** I agreed to provide you with dates during which we could re-review
the TAP documents at your Chicago office. We are available June 2, 6 or 9. Please
advise which of these dates works for Beth.

THE | WEXLER | FIRM LLP

Ms. Toni-Ann Citera
Ms. Beth A. O'Connor
May 26, 2005
Page 6

We also need to talk about TAP's 30(b)(6) designees.  I will call you after the Memorial Day holiday to get the names of those individuals.

Please call me or Beth Fegan with any questions.

Very truly yours,

Jennifer Fountain Connolly

JFC:lmv

cc:     Beth Fegan
        Kenneth A. Wexler

# Exhibit K

# JONES DAY

77 WEST WACKER · CHICAGO, ILLINOIS 60601-1692

TELEPHONE· (312) 782-3939 · FACSIMILE: (312) 782-8585

Direct Number: (312) 269-1529
baoconnor@jonesday.com

May 27, 2005

VIA FACSIMILE

Jennifer Fountain Connolly
One North LaSalle Street
Suite 2000
Chicago, Illinois 60602

> Re:  *In re Pharmaceutical Industry Average Wholesale Price Litigation*
> MDL No. 1456 (D. Mass.)

Dear Jennifer:

I am writing in response to your May 26, 2005 letter, in which you purport to summarize the contents of our discussion on May 25, 2005. I will be sending you a more comprehensive letter next week, but I wanted to clarify a few points right away as well as provide immediate responses to some of your requests.

## ABBOTT'S ONGOING DOCUMENT PRODUCTION

As an initial matter, Abbott is cooperating and working diligently with you to produce responsive documents within a reasonable time period. After nearly a year of no communication from plaintiffs regarding Abbott's document production, you have expressed a sense of urgency for the receipt of documents. Despite plaintiffs' delay, Abbott will make a good faith effort to produce to plaintiffs, on a rolling basis, responsive documents as quickly as possible.

Your letter suggests that Abbott has committed to producing documents in response to most of the "categories" of documents identified in your May 18, 2005 letter. We did not make such a commitment in many instances, but rather said that we would get back to you as to what Abbott will and will not agree to produce. We hope to get back to you shortly. Moreover, there are several deadlines in your letter, many of which are as early as next week. I will take up these matters with the client and get back to you as soon as possible, but I cannot promise that all of your deadlines will be met, especially given that it is a holiday weekend.

As we agreed, you will receive Abbott's CMO 5 and CMO 10 production on a rolling basis via CD-ROM, which is to be completed by June 13, 2005. As you know, paper copies of these documents were made available to plaintiffs last year, but were never copied. We also discussed that Abbott would produce to you additional responsive documents on a rolling basis. You responded that production on a rolling basis is not acceptable unless there is an "end date" for the production. Providing you with such an "end date" is not, at this juncture, feasible, particularly since we are still waiting for plaintiffs to "triage" the Abbott drugs named in this case, as was promised last year. Until this is done, Abbott cannot know how long it will take to

JONES DAY

Jennifer Connolly
May 27, 2005
Page 2

collect and produce responsive documents and, therefore, Abbott is unwilling to subject itself to such a deadline. To the extent there are particular documents you want sooner in the rolling production, please let me know and we will try to accommodate your request. You also stated that you need "more detailed information" in addition to the electronic sales data already produced in order to determine how to limit the number of drugs. Please advise as to what additional information you believe you need for this inquiry.

## 30(B)(6) DESIGNEES

You have agreed to interview Bruce Stowell in lieu of a deposition on June 21, 2005, beginning at 10:00 a.m. (CDT) regarding Abbott's direct sales data (for both the Pharmaceutical Products Division and the Hospital Products Division) and TAP's direct sales data. The call-in number and passcode for this interview are:

   1-866-448-1308
   57177138

We have not yet located the appropriate individual who can discuss Abbott's or TAP's indirect sales data. We will inform you as soon as we have located someone who is knowledgeable in these areas. In addition, Abbott has agreed to provide a designee for what was formerly known as Abbott's Hospital Products Division ("HPD"). Although the individual for HPD will be from Hospira, he or she will be interviewed as or deposed as a corporate designee for Abbott, not Hospira as you suggest.

## REVIEW OF TAP DOCUMENTS

I am available on Thursday, June 9, 2005, for you to visit our offices in Chicago to review TAP documents. As you know, these documents were made available to plaintiffs last year, but were never copied. The documents will be available beginning at 9:00 a.m. Please ask for me at the reception desk when you or your colleagues arrive.

Again, I will be sending you a more detailed letter next week in response to the remainder of your letter. We look forward to working with you on these issues.

Sincerely,

Beth A. O'Connor

CHI-1480094v1

Jennifer Connolly
May 27, 2005
Page 3


cc:  Beth Fegan
     Toni-Ann Citera
     Laura Dahl

CHI-1480094v1

# Exhibit L

# T H E | W E X L E R | F I R M ᴸᴸᴾ

May 31, 2005

*__Via Facsimile__*

Ms. Beth A. O'Connor
Jones Day
77 West Wacker Drive
Chicago, IL 60601-1692

> Re:   *In re Pharmaceutical Industry Average Wholesale Price Litigation*
> MDL No. 1456 (D. Mass.)

Dear Beth:

I do not think it is efficient for us to get into a letter writing campaign. My May 26, 2005 letter was cordial and merely sought commitments from Abbott with regard to its production obligations. If Abbott intends to comply with those obligations, we can move forward. If it does not, then we should identify issues quickly to seek Court intervention if necessary.

First, the fact that Abbott had "no communication" from plaintiffs regarding its production did not relieve Abbott of its obligations to produce documents responsive to plaintiffs' Omnibus Requests. By your own admission, Abbott has had nearly a year to locate responsive documents.

Second, with regard to the deadlines in my letter, the vast majority of those deadlines were dates provided by you during our May 25 call. If Abbott has specific objections to other deadlines, then we can address those. However, a general objection to all deadlines set forth in my letter is not appropriate.

Third, right now all of Abbott's AWPIDs are at issue in this case. Plaintiffs never agreed and will not agree to "triage" the Abbott drugs at issue until we have the data sufficient to be able to do this. Regarding the more detailed information plaintiffs will require, as I told you on May 25 and set forth in my May 26 letter, I will be providing you a letter shortly setting forth the deficiencies in Abbott's electronic sales data which will describe what plaintiffs require.

Finally, your letter mentions Abbott and TAP designees for the data 30(b)(6) notice. It does not mention their designees for plaintiffs' second 30(b)(6) notice. Please advise when Abbott and TAP will identify those individual(s).

Contact Information:   **Jennifer Fountain Connolly**
**312 261 6195 Direct Dial**
**jfconnolly@wexlerfirm.com**

One North LaSalle Street
Suite 2000
Chicago, Illinois 60602

312 346 2222
312 346 0022 fax
**www.wexlerfirm.com**

# THE ⎪ WEXLER ⎪ FIRM LLP

Ms. Beth A. O'Connor
May 31, 2005
Page 2

Please call me or Beth Fegan with any questions.

Very truly yours,

Jennifer Fountain Connolly

JFC:lmv

cc:    Beth Fegan
       Toni-Ann Citera
       Kenneth A. Wexler

# Exhibit M

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692

TELEPHONE: (312) 782-3939 • FACSIMILE: (312) 782-8585

Direct Number:  (312) 269-1529
baoconnor@jonesday.com

June 6, 2005

VIA HAND DELIVERY

Jennifer Fountain Connolly
One North LaSalle Street
Suite 2000
Chicago, Illinois 60602

        Re:    *In re Pharmaceutical Industry Average Wholesale Price Litigation*
             MDL No. 1456 (D. Mass.)

Dear Jennifer:

      I am writing as a follow-up to my May 27, 2005 letter to you regarding issues raised during our May 25, 2005 conference call.

      As requested, we are producing organizational charts with this letter, which have been labeled as ABT AWP/MDL 07125 - ABT AWP/MDL 071324. These charts should allow you to begin making decisions regarding individuals who you may want to depose. I have also enclosed a CD-ROM, ABT AWP/MDL 071325, which contains the first of the government productions. Please note that this CD-ROM has been designated "Highly Confidential" and the documents contained in the CD-ROM have been marked confidential as appropriate. Additional CD-ROMs, which are also responsive to CMO 5 and CMO 10, will be produced as they become available.

      You requested a source list or the names of individuals whose offices Abbott has searched. I am investigating whether there were any such source lists created for the government productions. As you know, these productions occurred several years ago and if there were no source lists created at the time, then it will not be possible to produce such lists.

      You also requested a list of areas that Abbott has refused to search based on a time period objection. After discussing this topic, there do not appear to be any areas that Abbott has refused to search for responsive documents. Without waiving any prior objections relating to the scope of the purported class period and plaintiffs' document requests, Abbott has searched historical records that have been maintained in its corporate records department and will continue to produce responsive documents it locates that date back to 1991.

      We discussed the need to limit e-mail searches to certain individuals and key word terms. You indicated that you would provide a list of terms to search. I have not yet received such a list. Also, the organizational charts you received should help you limit the individuals for whom you would like e-mails, to the extent such e-mails exist. Please feel free to call me to discuss this process in more detail.

      As we discussed previously, Abbott will provide an initial privilege log on June 8, 2005.

CHI-1480194v1

JONES DAY

Jennifer Connolly
June 6, 2005
Page 2

Also, with respect to the categories of documents identified in your May 26, 2005 letter that are still outstanding, Abbott is still investigating the following categories:  trade associations; sales representatives' call notes; types of national sales awards; wholesaler contracts; and communications with other manufacturers.  In addition, although Abbott does not believe any such documents exist, it will produce marketing plans that discuss marketing AWP and documents where the raising of or use of AWP as a marketing tool was discussed.

Abbott does not have any documents relating to samples used as "inducements" as you described in our May 25, 2005 call.

Finally, I am in the process of responding to your June 1, 2005 requesting additional information relating to Abbott sales data.  I will forward that information to you as soon as possible.

In the meantime, please contact me with any additional questions or requests.

Sincerely,

Beth A. O'Connor

cc:  Beth Fegan (via facsimile w/o enclosures)
     Tina Tabacchi
     Toni-Ann Citera
     Laura Dahl

CHI-1480194v1

# Exhibit N

# JONES DAY

77 WEST WACKER · CHICAGO, ILLINOIS 60601-1692

TELEPHONE: (312) 782-3939 · FACSIMILE: (312) 782-8585

Direct Number: (312) 269-1529
baoconnor@jonesday.com

June 8, 2005

**VIA HAND DELIVERY**

Jennifer Fountain Connolly
One North LaSalle Street
Suite 2000
Chicago, Illinois 60602

Re: *In re Pharmaceutical Industry Average Wholesale Price Litigation*
MDL No. 1456 (D. Mass.)

Dear Jennifer:

As we discussed during our May 25, 2005 conference call, I am providing Abbott's initial privilege log, which will be supplemented as necessary. In addition, I have enclosed a CD-ROM, ABT AWP/MDL 071326, which contains more of the government productions that are responsive to CMO 5 and CMO 10. Please note that this CD-ROM has been designated as "Highly Confidential" and the documents contained therein have been marked confidential as appropriate. Additional CD-ROMs will be produced as they become available.

Please contact me with any questions.

Sincerely,

Beth A. O'Connor

cc: Beth Fegan (via facsimile w/o enclosures)
Toni-Ann Citera
Laura Dahl

CHI-1481905v1

ATLANTA · BEIJING · BRUSSELS · CHICAGO · CLEVELAND · COLUMBUS · DALLAS · FRANKFURT · HONG KONG · HOUSTON
IRVINE · LONDON · LOS ANGELES · MADRID · MENLO PARK · MILAN · MOSCOW · MUNICH · NEW DELHI · NEW YORK
PARIS · PITTSBURGH · SAN DIEGO · SAN FRANCISCO · SHANGHAI · SINGAPORE · SYDNEY · TAIPEI · TOKYO · WASHINGTON

# Exhibit O

# JONES DAY

77 WEST WACKER · CHICAGO, ILLINOIS 60601-1692

TELEPHONE: (312) 782-3939 · FACSIMILE: (312) 782-8585

Direct Number:  (312) 269-1529
baoconnor@jonesday.com

June 10, 2005

<u>VIA HAND DELIVERY</u>

Jennifer Fountain Connolly
The Wexler Firm
One North LaSalle Street
Suite 2000
Chicago, Illinois 60602

Re:   *In re Pharmaceutical Industry Average Wholesale Price Litigation*
MDL No. 1456 (D. Mass.)

Dear Jennifer:

I have enclosed four CD-ROMs, ABT AWP/MDL 071327 - ABT AWP/MDL 071330, which contain more of the government productions that are responsive to CMO 5 and CMO 10. Please note that these CD-ROMs have been designated as "Highly Confidential" and the documents contained therein have been marked confidential as appropriate.  Additional CD-ROMs will be produced as they become available.

Please contact me with any questions.

Sincerely,

Beth A. O'Connor

cc:  Beth Fegan (via facsimile w/o enclosures)
Toni-Ann Citera
Laura Dahl

CHI-1482404v1

ATLANTA · BEIJING · BRUSSELS · CHICAGO · CLEVELAND · COLUMBUS · DALLAS · FRANKFURT · HONG KONG · HOUSTON
IRVINE · LONDON · LOS ANGELES · MADRID · MENLO PARK · MILAN · MOSCOW · MUNICH · NEW DELHI · NEW YORK
PARIS · PITTSBURGH · SAN DIEGO · SAN FRANCISCO · SHANGHAI · SINGAPORE · SYDNEY · TAIPEI · TOKYO · WASHINGTON

# Exhibit P

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692

TELEPHONE: (312) 782-3939 • FACSIMILE: (312) 782-8585

Direct Number:  (312) 269-1529
baoconnor@jonesday.com

June 13, 2005

<u>VIA HAND DELIVERY</u>

Jennifer Fountain Connolly
The Wexler Firm
One North LaSalle Street
Suite 2000
Chicago, Illinois 60602

Re:   *In re Pharmaceutical Industry Average Wholesale Price Litigation*
MDL No. 1456 (D. Mass.)

Dear Jennifer:

  I have enclosed the last five CD-ROMs, ABT AWP/MDL 071331 - ABT AWP/MDL 071335, which contain the remainder of the government productions that are responsive to CMO 5 and CMO 10.  Please note that these CD-ROMs have been designated as "Highly Confidential" and the documents contained therein have been marked confidential as appropriate.  In addition, I have enclosed a print out of the "Class of Trade" codes, which you requested.  This print-out has been bates labeled ABT AWP/MDL 171336 - ABT AWP/MDL 071370, and designated as "Highly Confidential."

  Please contact me with any questions.

Sincerely,

Beth A. O'Connor

cc:  Beth Fegan (via facsimile w/o enclosures)
  Toni-Ann Citera
  Laura Dahl

CHI-1482619v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK
PARIS • PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

# Exhibit Q

# THE | WEXLER | FIRM LLP

July 19, 2005



*Via Facsimile*

Ms. Beth A. O'Connor
Jones Day
77 West Wacker Dr.
Chicago, IL 60601-1692

Re:     *In re Pharmaceutical Industry Average Wholesale Price Litigation*
MDL No. 1456 (D. Mass.)

Dear Beth:

Thank you for speaking with me on Friday regarding issues raised in my July 8 letter. This letter will memorialize that discussion. If you have a different understanding of any of these areas, please let me know.

**39(b)(6) Depositions:**  You advised me that it was likely that Abbott would designate Mike Sellers for all topics set forth in plaintiffs' April 20, 2005 deposition notice. However, you advised me that Abbott might need to designate supplemental witnesses. I told you that plaintiffs were willing to go forward with the deposition of Mr. Sellers and revisit the possibility of Abbott's designating supplemental witnesses based on the topics to which Mr. Sellers will be able to testify. You expected to be able to get back to me at the end of this week regarding proposed dates for Mr. Sellers' deposition.

**Source Lists:**  You told me that Abbott did not maintain a source list for its government production but would be producing source sheets on an ongoing basis that will identify the individual and department from whose files produced documents come.

**E-Mail:**  Regarding active e-mail, you asked me to begin to compile a list of employees whose e-mail plaintiffs would like Abbott to search. I am willing to give you such a list – and will shortly – but given the relatively early stage of discovery, plaintiffs cannot possibly identify every individual whose e-mail should be searched. Therefore, we will expect Abbott's cooperation in identifying supervisors, reports, etc. of the individuals we identify so that a complete list may be compiled. We also expect Abbott to satisfy its obligation to search the e-mail of individuals whom Abbott has reason to believe may have documents that may lead to the discovery of admissible evidence.

Regarding archived e-mail, you advised me that Abbott is currently consulting with a third party vendor regarding searching back-up tapes. You advised me that you would update me on the status of that project at the end of this week.

T H E | W E X L E R | F I R M LLP

Ms. Beth A. O'Connor
July 19, 2005
Page 2

**Documents Abbott Must Still Produce In Response to Plaintiffs' Omnibus Requests:**

- You told me that Abbott is still looking for documents relating to trade associations.

- We had a lengthy discussion regarding how Abbott will search for sales representative call notes. You advised me that, because the maintenance of these notes is determined manager-by-manager, it might be difficult to develop a plan to find these documents. I suggested to you that, because of the uncertainties in the structure of the sales department, plaintiffs might notice a 30(b)(6) deposition on the subject. You asked that I forego that pending your discussion with your client and advised me that we could discuss this at the end of this week.

- I advised you that, with regard to wholesaler contracts, plaintiffs were most interested in contracts with what it now known as the Big Three (McKesson, AmeriSource Bergen, and Cardinal). You said that, although Abbott had produced some of these contracts, you would confirm that plaintiffs had or would soon receive a complete set.

- You advised me that the only communications with other manufacturers that Abbott had were co-marketing agreements. I told you that we would be interested in those documents if they related to AWPIDs. You told me that you would look into this.

- You told me that the HPD focus in the government production is due to the fact that those investigations focused on HPD drugs. You informed me that an "aggressive collection" of PPD documents is ongoing and that those documents would be produced on a rolling basis and would begin at the end of the month (July). I told you that, as long as Abbott's production was conducted in good faith (*i.e.*, Abbott did not hold off on producing responsive documents until the very end and did not otherwise engage in a document dump), I was willing to work with you. I expect that we will have ongoing discussions on this subject and will revisit it regularly.

**Electronic Sales Data:**   Finally, thank you for agreeing to postpone the July 15 electronic sales data interviews. I have since spoken with our experts and believe that we should have the continued interviews – which would include the HPD indirect sales data – any time August 10-12, 2005. Please get back to me on acceptable dates so that we can get those on the calendar.

# THE │ WEXLER │ FIRM LLP

Ms. Beth A. O'Connor
July 19, 2005
Page 3

I look forward to speaking with you again on Friday.

Very truly yours,

Jennifer F. Connolly

Jennifer Fountain Connolly

JFC:lmv

cc:      Toni-Ann Citera (via facsimile)
         Beth Fegan (via facsimile)
         Kenneth A. Wexler

# Exhibit R

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number:  312/269-1529
baoconnor@jonesday.com

November 4, 2005

VIA MESSENGER

Jennifer Fountain Connolly, Esq.
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, Illinois 60602

Re:    In Re Pharmaceutical Industry Average Wholesale Price Litigation,
       MDL 1456 (D. Mass.)

Dear Jennifer:

I am sending you the two enclosed CD-ROMs that contain additional Abbott production documents.  The documents contained therein are labeled ABT AWP/MDL 076415 - ABT AWP/MDL 087092 and have been designated confidential as appropriate.

Please contact me if you have any questions.

Sincerely,

Beth A. O'Connor

cc:  Toni-Ann Citera

CHI-1504789v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MUMBAI • MUNICH • NEW DELHI • NEW YORK
PARIS • PITTSBURGH • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

# Exhibit S



NITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456<br>) CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | ) Judge Patti B. Saris ) ) ) |

## NOTICE OF RULE 30(b)(6) DEPOSITION

TO:    ALL COUNSEL OF RECORD VIA VERILAW:

PLEASE TAKE NOTICE THAT pursuant to Rules 26 and 30(b)(6) of the Federal Rules

of Civil Procedure, Plaintiffs will take the deposition upon oral examination of a representative

of Abbott, who is knowledgeable regarding the matters designated on attached Exhibit "A."  The

deposition shall take place on June 6, 2006 at 9:00 a.m., and shall continue until concluded at the

offices of Hagens Berman Sobol Shapiro LLP, 60 West Randolph Street, Suite 200, Chicago, IL

60601.

Testimony will be recorded and transcribed by a court reporter, for use at trial and all

other purposes permissible under the Federal Rules of Civil Procedure.  You are invited to attend

and participate.



DATED:  April 20, 2005

By  /s/ Steve W. Berman
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

1534.16 0194 MTN.DOC



Kenneth A. Wexler
Jennifer F. Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Samuel D. Heins
Alan I. Gilbert
Susan E. MacMenamin
Heins, Mills & Olson, P.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
**CO-LEAD COUNSEL FOR
PLAINTIFFS**

1534.16 0194 MTN.DOC



04/20/05
07:49 PM E
MDL NC

## EXHIBIT "A"

<u>INSTRUCTIONS</u>

All of the definitions from Plaintiffs' Omnibus Requests for Production of Document Directed to All Defendants are incorporated herein by reference.

"AWPID" refers to all of the drugs identified in Appendix A to the AMCC.

"Spread" refers to the difference between AWP or any price upon which reimbursement for a drug is based, on the one hand, and the actual or net price paid for a drug on the other hand.

Unless otherwise specifically stated, each of these Areas of Inquiry encompasses the years 1991 through the present and focuses only on physician-administered AWPIDs.

<u>AREAS OF INQUIRY</u>

1.      The identity of documents describing how prices on physician-administered drugs are established and the identity of persons with knowledge on this issue.

2.      The identity of documents describing the price paid by physicians or others reimbursing for physician-administered drugs, and the identity of persons with knowledge on this subject

3.      The types of materials maintained by the sales force, including "detail" reports, field sales notes, and electronic databases.

4.      Communications, oral or written, with publishers on any of the following:  list price, AWP, net price, suggested wholesale price, WAC, or any other communication with publishers.

5.      The identity and nature of the competitive drugs with respect to each physician-administered AWPID.



6.     The ASPs on each AWPID and the spread between ASP and AWP, and how defendant calculates ASP.



## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **NOTICE OF RULE 30(B)(6) DEPOSITION** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on April 20, 2005, a copy to Verilaw Technologies for Posting and notification to all parties

By_____ /s/ Steve W. Berman_____
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

1534.16 0194 MTN.DOC

# Exhibit T

T H E | W E X L E R | F I R M LLP

July 8, 2005


***Via Facsimile***

Ms. Beth A. O'Connor
Jones Day
77 West Wacker Dr.
Chicago, IL  60601-1692

      Re:    *In re Pharmaceutical Industry Average Wholesale Price Litigation*
              MDL No. 1456 (D. Mass.)

Dear Beth:

I am writing to follow-up on some issues remaining from my May 25 letter and that have arisen in examining Abbott's document production.

**30(b)(6) Depositions:**  First, on April 20, 2005 plaintiffs noticed a 30(b)(6) deposition for six areas of inquiry.  Pursuant to CMO No. 10, Abbott must designate individuals within 45 days; however, it has not done so.  I will contact you next week to schedule these depositions.

**Source Lists:**  You advised me in your June 6 letter that you were in the process of determining whether Abbott maintained a source list for documents produced to the government.  Please let me know the status of that search.  In addition, we have not received a source list for Abbott's initial production; please advise whether one will be forthcoming.

**E-Mail:**  You have asked me to provide you a list of terms to search e-mail.  We suggest that Abbott search for the following terms.  Please let me know when you think this search might be completed.[1]

| | |
|---|---|
| AWP/Average Wholesale Price | Spread |
| WAC/Wholesale Acquisition Cost | Return to Practice/RTP |
| Direct Price | Catalog Price |
| Return on Investment/ROI | Profit |
| Sample(s) | Educational Grant(s) |
| Reimbursement | Rebate(s) |

---

[1]  Plaintiffs obviously have not had the time to examine the CD-ROMs Abbott recently produced. To the extent that the review of those documents reveal Abbott-specific terms that should be included in this list, plaintiffs reserve the right to make additional requests.

Contact Information:  **Jennifer Fountain Connolly**
**312 261 6195 Direct Dial**
**jfconnolly@wexlerfirm.com**

One North LaSalle Street
Suite 2000
Chicago, Illinois 60602

312 346 2222
312 346 0022 fax
**www.wexlerfirm.com**

T H E │ W E X L E R │ F I R M LLP

Ms. Beth A. O'Connor
July 8, 2005
Page 2

   ASP/Actual Sales Price      Medicare Part B
   Discount(s)          Margin
   Free             Incentive
   Formulary          Complementary

**Documents Abbott Must Still Produce In Response to Plaintiffs' Omnibus Requests**:
In your June 6 letter you advised that Abbott was still investigating the following
categories of documents. Please advise both whether Abbott intends to produce these
categories of documents and when that production will be forthcoming.

- Trade associations (Category 2)

- Sales Representatives' Call Notes and Types of National Sales Awards (Category
  6). We need to discuss how and in what way Abbott intends to search the offices
  of individual sales representatives – especially because Abbott does not maintain
  call notes in electronic form. I propose that we discuss this issue next week.
  During that call I will want to know, for example, whether there is any overlap
  between sales notes that might be found in the offices of individual sales
  representatives and those in the offices of National Account Managers (which you
  have told me we will find in Abbott's production).

- Wholesaler contracts (Category 9). Your June 6 letter says that Abbott is
  investigating this area. Please let me know the status on this. It did appear that
  some of these contracts were in Abbott's CD production.

- Communications with other manufacturers (Category 10). Please let me know if
  Abbott has looked for this category of documents.

- Finally, it appears that the vast majority of Abbott's recent CD-ROM production
  related to the HPD side of the business. Please advise me the reason for this.
  You told me that the CD production would be mostly the government production,
  but would also include some documents generally responsive to the Omnibus
  Requests; however, it appears from your cover letters that the CD production is
  entirely from the government production. If this accounts for the HPD focus, then
  let me know.

**Abbott's Ongoing Production**: Finally, overall, we still need to discuss the anticipated
volume and content of Abbott's ongoing production and the efforts Abbott is making to
complete this on a timely basis.

# T H E | W E X L E R | F I R M LLP

Ms. Beth A. O'Connor
July 8, 2005
Page 3

I look forward to talking with you next week.  In the meantime, please call me or Beth Fegan with any questions.

Very truly yours,

*Jennifer F. Connolly*

Jennifer Fountain Connolly

JFC:lmv

cc:    Toni-Ann Citera (via facsimile)
      Beth Fegan
      Kenneth A. Wexler

# Exhibit U

# JONES DAY

77 WEST WACKER · CHICAGO, ILLINOIS 60601-1692

TELEPHONE: (312) 782-3939 · FACSIMILE: (312) 782-8585

Direct Number: (312) 269-1529
baoconnor@jonesday.com

August 3, 2005

<u>VIA FACSIMILE</u>

Jennifer Fountain Connolly
The Wexler Firm
One North LaSalle Street
Suite 2000
Chicago, Illinois 60602

Re:   *In re Pharmaceutical Industry Average Wholesale Price Litigation*
      MDL No. 1456 (D. Mass.)

Dear Jennifer:

As we discussed, we are designating Michael Sellers in response to Plaintiffs' Notice of Rule 30(b)(6) Deposition dated April 20, 2005. Mr. Sellers' deposition will take place on Wednesday, August 17, 2005 at 9:30 a.m. at the offices of Jones Day in Chicago. As we further discussed, Mr. Sellers' testimony will be limited to questions relating to "physician administered drugs."

Despite our willingness to designate Mr. Sellers, we object to certain aspects of Plaintiffs' Rule 30(b)(6) Notice. We will produce Mr. Sellers without waiving the these objections, however, and I am open to discussion regarding how these topics may be revised or refined so that they seek information on topics relevant to the issues in this case.

Abbott's objections to Plaintiffs' Rule (30)(b)(6) Notice are as follows:

1.      Abbott incorporates by reference all of its objections stated in its responses to Plaintiffs' Omnibus Request for Production of Documents Related to All Defendants in the MDL.

2.      To the extent this notice requires Abbott to produce a corporate designee that is able to identify *all* documents or information related to a certain topic, the notice is objectionable because such testimony is not "reasonably available" to Abbott, nor is it designated with "reasonable particularity" as required by Fed. R. Civ. P. 30(b)(6).

3.      Abbott objects to Topic Nos. 1, 2 and 5 because the term "physician-administered drugs" is vague and ambiguous.

4.      Abbott objects to Topic Nos. 1, 2, 3 and 4 because they are overly broad and not reasonably calculated to lead to the discovery of admissible evidence to the extent they are not limited to Abbott's drugs listed in Exhibit A of the AMCC.

CHI-1489698v1

JONES DAY

Jennifer Connolly
August 3, 2005
Page 2

     5.     Abbott objects to Topic No. 2 because it is vague, ambiguous and confusing to the extent it seeks information relating to "the price paid by physicians or others reimbursing for physician-administered drugs." Please clarify what information you are seeking with respect to this topic.

     6.     Abbott objects to Topic No. 6 because it is overly broad and seeks information that is not reasonably calculated to lead to the discovery of admissible evidence to the extent it seeks information relating to Medicare ASPs. Judge Bowler has ruled that Plaintiffs are not entitled to discovery of this information. Subject to and without waiving any of its objections, Abbott will identify a corporate designee to testify about Abbott's internal average sales price calculations.

     Thank you for your attention to this matter. Please contact me if you have any questions.

     Sincerely,

     Beth A. O'Connor

cc:  Toni-Ann Citera

# Exhibit V

# T H E | W E X L E R | F I R M LLP

August 17, 2005

### *Via Facsimile*

Ms. Tina M. Tabacchi
Ms. Beth A. O'Connor
Jones Day
77 W. Wacker Drive
Chicago, IL 60601-1692

    Re: *In re Pharmaceutical Industry Average Wholesale Price Litigation*
       MDL No. 1456 (D. Mass.)

Dear Tina and Beth:

This will confirm our agreement to postpone the August 17, 2005 deposition of Mike Sellers in lieu of a more substantive deposition. In short, you informed me that, had the deposition gone forward on the 17th, Mr. Sellers would only have been designated to testify about the documents related to the areas of inquiry. However, you have agreed to reset Mr. Sellers' deposition for early to mid-September so that plaintiffs can take his deposition on more substantive topics with the view of Abbott only having to produce Mr. Sellers for his deposition once.

In that regard, you have asked me to identify the substantive topics about which I would like Mr. Sellers to be able to testify. Those topics include:

- How prices or reimbursement benchmarks on HPD physician-administered drugs are established, the persons with knowledge on this issue, and the documents related to this topic.

- The price paid by physicians or other providers for HPD physician-administered drugs, the persons with knowledge on this issue, and documents related to this topic.

- The amounts paid by third parties reimbursing for physician-administered drugs, Abbott's (HPD's) knowledge thereof, any training or education provided by HPD on that issue, the persons with knowledge on this issue, and the documents related to this topic.

---

Contact Information:  **Jennifer Fountain Connolly**  One North LaSalle Street  312 346 2222
          **312 261 6195 Direct Dial**   Suite 2000     312 346 0022 fax
          **jfconnolly@wexlerfirm.com**  Chicago, Illinois 60602  **www.wexlerfirm.com**

T H E │ 𝕎 𝔼 𝕏 𝕃 𝔼 ℝ │ F I R M <sup>LLP</sup>

Ms. Tina M. Tabacchi
Ms. Beth A. O'Connor
August 17, 2005
Page 2

- The reporting structure of the sales forces at HPD, the physician-administered AWPIDs marketed and/or sold (if any) by each sales force, any persons with knowledge thereof, and any documents related thereto.[1]

- The types of materials maintained, informally or formally, by the sales force, including but not limited to:

  o Call notes, trip reports, and expense reports.

  o Contracting documents.

  o Marketing documents (internal and those provided to customers).

  o Policy documents

  o Training documents

  o Any other types of documents (reports, etc.) regularly prepared by the sales staff.

- Any communications (in any media) with publishers, the identity of persons with knowledge about those communications, and any documents related to those communications.

- The identity and nature of any competitive drugs with respect to each physician-administered AWP, any persons with knowledge about this issue (*i.e.*, marketing personnel), and documents related thereto.[2]

- The ASPs on each (physician-administered) AWPID, the spread between ASP and AWP, how Abbott (HPD) calculates ASP, the persons with knowledge about those calculations, and any documents reflecting them.

---

[1]  Beth has previously advised me that those sales forces include:  Infusion Therapy, Pre-Operative Sales, ICCP, Renal Sales, and Alternate Site.  If this is not a complete list, please advise.

[2]  In this regard, you have suggested that the parties talk specifically about the information plaintiffs require so that you can prepare Mr. Sellers to authenticate the result of our discussions. I am willing to explore this option.

THE│WEXLER│FIRM<sup>LLP</sup>

Ms. Tina M. Tabacchi
Ms. Beth A. O'Connor
August 17, 2005
Page 3

I am available the following dates in early- to mid-September for a deposition of Mr. Sellers on these topics:  September 8, 9, 12, 13, and 20.

We likewise discussed several ways to shorten Mr. Sellers' deposition.  You advised me that you would produce a current version of Mr. Sellers' resume, which should shorten the examination on his background.  In addition, we discussed that, because Mr. Sellers' prior depositions are not admissible in this proceeding, I would have no choice but to re-examine Mr. Sellers on various issues discussed during those depositions.  Given this dilemma, we discussed negotiating a stipulation on the use and admissibility of those depositions in this proceeding.  I remain willing to explore such a stipulation.  Please forward me a draft of what you propose.

I recognize and appreciate that Abbott wants to avoid putting Mr. Sellers up multiple times for a deposition.  However, we cannot agree to make this deposition Mr. Sellers' substantive deposition until and unless Abbott can confirm that all responsive documents from Mr. Sellers' files have been produced.  If Abbott can do this in the coming weeks I will certainly reconsider this issue.

Finally, you agreed to look into the status of the document production.  I would like an update on this soon because we have not received documents from Abbott for several weeks.  There are specific categories of documents which plaintiffs have requested in previous correspondence that Beth is aware are outstanding.  And, although neither I or plaintiffs are taking an official position on this issue, given Judge Saris' opinion it does seem more important that we receive remaining HPD documents as priority over PPD documents.

Very truly yours,

Jennifer Fountain Connolly

JFC:lmv

cc:    Beth Fegan (via facsimile)
       Toni-Ann Citera (via facsimile)
       Kenneth A. Wexler

# Exhibit W

T H E | W E X L E R | F I R M LLP

October 6, 2005

*Via Facsimile*

Ms. Tina M. Tabacchi
Ms. Beth A. O'Connor
Jones Day
77 W. Wacker Drive
Chicago, IL 60601-1692

Re: *In re Pharmaceutical Industry Average Wholesale Price Litigation*
MDL No. 1456 (D. Mass.)

Dear Tina and Beth:

As you know, plaintiffs and Track Two defendants have been unable to reach agreement regarding extending the Track Two discovery deadline. Given this, please provide me with dates for Mr. Sellers' deposition. Unless Abbott has objections to them, the topics for that deposition should include all topics set forth in my August 17 letter. Before proceeding with that deposition, I would like copies of Mr. Sellers' resumé and your confirmation that all responsive documents from Mr. Sellers' files have been produced.

In addition, we discussed negotiating a stipulation to provide for the admissibility of Mr. Sellers' (or any other Abbott deponent's) prior deposition testimony in this proceeding. I have not heard back from you on that.

Further, I would like an update on the status of Abbott's document production. Given Judge Saris' ruling on plaintiffs' motion for class certification, the documents that need to be produced are those relating to physician-administered drugs. But we should talk to make sure that we are on the same page regarding which of the Abbott AWPIDs are physician-administered drugs.

Finally, I have not received any information or documents requested in my August 16 letter to Beth, which was follow-up on the Abbott electronic sales data interviews. Please advise when that information will be forthcoming.

# T H E | W E X L E R | F I R M LLP

Ms. Tina M. Tabacchi
Ms. Beth A. O'Connor
October 6, 2005
Page 2

Given that we still have a discovery deadline of December 3, I expect to hear from you soon on these issues.  Please feel free to call with any questions.

Very truly yours,

Jennifer Fountain Connolly

JFC:lmv

cc:     Beth Fegan (via facsimile)
        Toni-Ann Citera (via facsimile)
        Kenneth A. Wexler

# Exhibit X



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## NOTICE OF RULE 30(B)(6) DEPOSITION TO ABBOTT LABORATORIES

**TO:** **ALL COUNSEL OF RECORD VIA VERILAW:**

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure, plaintiffs, by and through their counsel, will take the deposition upon oral examination of a representative of Abbott Laboratories at the offices of The Wexler Firm, One N. LaSalle Street, Suite 2000, Chicago, IL 60602 at 9:30 a.m. on Wednesday, June 23, 2005, and continuing from day to day thereafter until completed. In accordance with Fed. R. Civ. P. 30(b)(6), the deponent is advised of its duty to designate one or more of its officers, directors, or other persons to testify on its behalf with respect to the matters known or reasonably available to the deponent and referred to in the annexed Exhibit A. The deposition shall be taken before a notary public or another office authorized by law to administer oaths and will be recorded by stenographic means. You are invited to attend and participate.

DATED: May 16, 2005

Respectfully submitted,

By _Kt Wexler / A> S_

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm, LLP
One N. LaSalle Street
Suite 2000
Chicago, IL 60602
Telephone: 312/346-2222
Facsimile: 312/346-0022



## CERTIFICATE OF SERVICE BY VERILAW

Docket No. MDL 1456

I, Anthony J. Sievert, hereby certify that I am one of plaintiffs' attorneys and that, on May 16, 2005, I caused copies of:

**Notice of Rule 30(b)(6) Deposition to Abbott Laboratories**

to be served on all counsel of record by causing same to be posted electronically via Verilaw.

Dated: May 16, 2005

_____
Anthony J. Sievert



# EXHIBIT A

Produce witnesses pursuant to Rule 30(b)(6) who have knowledge of all aspects of Abbott's maintenance and retrieval of the following data for each drug manufactured by Abbott and identified in the AMCC, including the names of the databases in which such information is stored electronically:

(a)    All sales transaction data (as well as any discounts or any other price adjustments or offsets contained in the transactional data), including (i) price, (ii) number of units sold, (iii) transaction date, (iv) information sufficient to identify the product (*e.g.*, a sale, a return, etc.), (v) information sufficient to identify the product (*e.g.* NDC, product description, form, strength, etc.), (vi) information sufficient to identify the customer, (vii) class of trade designations, and (viii) information sufficient to identify whether the units sold were intended for repackaging, along with the name of the repackager to which the units were sold.

(b)    All chargeback transactions, including (i) amount, (ii) date of credit, and (iii) information sufficient to identify the customer, class of trade designations (if any), and wholesaler to which the chargeback was paid, and (iv) the underlying contract price paid by the ultimate customer.

(c)    All rebate transactions, including (i) amount, (ii) date of rebate,(iii) information sufficient to identify the type of rebate, (iv) information sufficient to identify the customer, and (v) class of trade designations (if any).

(d)    All administrative fee transactions, including (i) amount, (ii) date of payment, (iii) information sufficient to identify the type of administrative fee (if applicable), (iv) information sufficient to identify the customer, and (v) class of trade designations (if any).

(e)    Any other discounts not reflected in the above (a through d), including but not limited to discounts achieved through bundling one product with another.

# Exhibit Y

T H E | W E X L E R | F I R M ᴸᴸᴾ

August 16, 2005

*__Via Facsimile__*

Ms. Beth A. O'Connor
Jones Day
77 West Wacker Dr.
Chicago, IL  60601-1692

      Re:    *In re Pharmaceutical Industry Average Wholesale Price Litigation*
              MDL No. 1456 (D. Mass.)

Dear Beth:

Thank you for producing Abbott's and TAP's three witnesses on electronic sales data. The purpose of this letter is to follow up on some issues identified during those interviews. Do not hesitate to call me with questions about them.

First, as an initial matter, Mr. Stowell stated that Abbott's electronic sales data pre-1994 was available, but might be on "legal hold." This information is slightly different than the information previously provided by Chris Cook. In this regard, please provide us with sufficiently detailed information for us (or the Court) to be able to determine if it would indeed be unduly burdensome for Abbott to retrieve pre-1994 electronic sales data. Although we will not require such a showing for anything else identified in this letter, it seems appropriate in this instance that Abbott submit any information about this undue burden in the form of an affidavit.

A.    **HPD Indirect Sales** (ABT AWP/MDL 072220-32) (Nancy Carlson interview)

      1.    Please provide the data sufficient to obtain the date the wholesaler invoiced its customer for each record in the data.

      2.    Please provide the data that reflect the actual payments (including the amount, the date of payment, the customer receiving the payment, and the associated NDC or product code) that were made with respect to the field entitled "Customer Rebate Discount Etc. Total."

      3.    For some records, the field "By Group Name" is blank. *See* Exhibit A. Please explain why this is the case and let us know if it would be possible to obtain the missing information.

      4.    For some records, the fields beginning with "End Customer" as well as the fields "Shipto Customer Class of Trade" and "Acute (1) / Non-Acute (75)"

Contact Information:    **Jennifer Fountain Connolly**    One North LaSalle Street    312 346 2222
                                   **312 261 6195 Direct Dial**    Suite 2000    312 346 0022 fax
                                   **jfconnolly@wexlerfirm.com**    Chicago, Illinois 60602    **www.wexlerfirm.com**

T H E | W E X L E R | F I R M <sup>LLP</sup>

Ms. Beth A. O'Connor
August 16, 2005
Page 2

are blank.  *See* Exhibit B.  Please explain why this is the case and let us know if it would be possible to obtain the missing information.

5.  Finally, although this area was unclear, Ms. Carlson suggested that the amount of rebates actually paid out at the end of the year were available from the finance department.  During the interview I asked you to investigate whether this information is available in some sort of electronic form from that department.  Please let me know either way.

B.  **HPD and PPD Direct Sales** (ABT AWPMDL 070783, "Small File")
**TAP Direct Sales** (MDL 1456 138725) (Bruce Stowell interview)

1.  Please determine why some records have a blank "Customer Class" field (e.g., see "Invoice Example 1," rows 55 and 56, from the call).  Is there any way to determine what the "Customer Class" code is for all of such records?  If so, please provide the data or information necessary to do so.

2.  Please provide the table entitled "Corporate Product Price" (CPP) in electronic format if possible or hard copy form if not.  This relates to the codes appearing in the "Sales Size Code" in the data.  Please confirm that this document contains descriptions of all codes appearing in this field.

3.  Errors were encountered during the importation of a few anomalous records (see attached list).  Please explain why these rows are different from all other rows in the data.  What should be done to fix these rows?

4.  If electronic data are available prior to 1994 in "legal hold" or otherwise, please provide those data.

C.  **HPD Direct Sales with Rebate Accruals** (ABT AWPMDL 072207-17, "Large File") (Bruce Stowell interview)

1.  Mr. Stowell said that he would attempt to determine why some records have a blank "ABT_CUST_CLS" field (*see, e.g.,* "Abbott Rebate Example 1," row 41, from the call).

2.  Please provide the table entitled "TERMS CODE" in electronic format if possible or hard copy form if not.  This relates to the codes appearing in

T H E ⎪ W E X L E R ⎪ F I R M <sup>LLP</sup>

Ms. Beth A. O'Connor
August 16, 2005
Page 3

the "TERM_CD" field in the data. Please confirm that this document contains descriptions of all codes appearing in this field.

3.    Please provide an explanation of why there are records in the data where MKT_DIV equals 04, 09 and 30. *See* Exhibit C. In doing so, please explain why some entries in this field say "DO NOT USE THIS NUMBER" under the "ATTN_NAME" field.

4.    Please provide the table entitled "OPS Instruction Code" or "OPS Instruction Code Type Entry Table" in electronic format if possible or in hard copy form if not. This relates to the "INSTR_CD" field in the data. Please confirm that this document contains descriptions of all codes appearing in this field.

5.    Please provide descriptions of the codes appearing in the "PGRP" field in the data. Please confirm that the document that will be provided contains descriptions of all codes appearing in this field.

6.    Please provide the table entitled "DBCR RSN" in electronic format if possible or hard copy form if not. This relates to the codes appearing in the "RC" field in the data. Please confirm that this document contains descriptions of all codes appearing in this field.

7.    The "PROD_DESC" field is blank in this data. Please confirm that the product descriptions appear in the table entitled "Corporate Product Price" (CPP) requested above.

8.    Please provide the PPD direct sales data (contained in the "Small File"), as well as the TAP direct sales data, in the "Large File" format. *I.e.,* please provide the PPD and TAP data with all fields appearing in ABT AWPMDL 072207-17. We understand that the "REBATE_ACCRUAL" field may not be available for PPD or TAP direct sales data.

D.    **PPD Indirect Sales** (ABT AWP/MDL 070784-93)
       **TAP Indirect Sales** (MDL 1456 138726-34) (Jim Nowak interview)

1.    Please provide the data sufficient to obtain the wholesaler customer number, name and address for each record in the data.

# T H E │ W E X L E R │ F I R M LLP

Ms. Beth A. O'Connor
August 16, 2005
Page 4

Finally, we need to schedule a data for an interview with Abbott's designee on the 2001-2003 rebate data. Please let me know dates when that witness will be available.

Very truly yours,

Jennifer Fountain Connolly

JFC:lmv
Enclosures

cc:     Beth Fegan (via facsimile)
        Kenneth A. Wexler

# Exhibit A

# Records With Blank Fields in HPD Indirect Sales Data (ABT AWP/MDL 072220-32)

| # | Sales Date | Full NDC | List Number Id | Tuc Id | Sales Size Id | Product Description | Whlsr Customer Number | Whlsr Name | Whlsr Address | Whlsr City | Whlsr State | Whlsr Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 03-JAN-2002 | 0074-1152-78 | 01152 | 78 | 14 | HEPARIN 10UNIT/ML | 50493741 | MCKESSON DRUG CO | 2700 N AMERICA DR | WEST SENECA | NY | 14224 |
| 2 | 03-JAN-2002 | 0074-1152-78 | 01152 | 78 | 14 | HEPARIN 10UNIT/ML | 50493287 | MCKESSON DRUG CO | 2975 EVERGREEN DR | DULUTH | GA | 30096 |
| | 03-JAN-2002 | 0074-1152-78 | 01152 | 78 | 14 | HEPARIN 10UNIT/ML | 50493287 | MCKESSON DRUG CO | 2975 EVERGREEN DR | DULUTH | GA | 30096 |
| | 03-JAN-2002 | 0074-1152-78 | 01152 | 78 | 14 | HEPARIN 10UNIT/ML | 50493253 | MCKESSON DRUG CO | 280 DIVIDEND RD | ROCKY HILL | CT | 06067 |
| | 03-JAN-2002 | 0074-1152-78 | 01152 | 78 | 14 | HEPARIN 10UNIT/ML | 50493253 | MCKESSON DRUG CO | 280 DIVIDEND RD | ROCKY HILL | CT | 06067 |
| | 03-JAN-2002 | 0074-1152-78 | 01152 | 78 | 14 | HEPARIN 10UNIT/ML | 50493918 | MCKESSON DRUG CO | 2323 N 27TH AVE | PHOENIX | AZ | 85009 |
| | 03-JAN-2002 | 0074-1152-78 | 01152 | 78 | 14 | HEPARIN 10UNIT/ML | 50493918 | MCKESSON DRUG CO | 2323 N 27TH AVE | PHOENIX | AZ | 85009 |
| | 03-JAN-2002 | 0074-1152-78 | 01152 | 78 | 14 | HEPARIN 10UNIT/ML | 50493918 | MCKESSON DRUG CO | 2323 N 27TH AVE | PHOENIX | AZ | 85009 |
| | 03-JAN-2002 | 0074-1584-11 | 01594 | 11 | 11 | 0.9% SOD CHL P-F | 51441640 | OWENS & MINOR INC 90 | 2475 S 3200TH W #A | WEST VALLEY CITY | UT | 84119 |
| | 03-JAN-2002 | 0074-1584-11 | 01594 | 11 | 11 | 0.9% SOD CHL P-F | 51370682 | OWENS & MINOR 81 | 6305 E 30TH ST | INDIANAPOLIS | IN | 46219 |
| | 03-JAN-2002 | 0074-1584-11 | 01594 | 11 | 11 | 0.9% SOD CHL P-F | 51374833 | OWENS & MINOR 81 | 6305 E 30TH ST | INDIANAPOLIS | IN | 46219 |
| | 03-JAN-2002 | 0074-1584-11 | 01594 | 11 | 11 | 0.9% SOD CHL P-F | 51370682 | OWENS MINOR JIT 75 | 1605 WORLDWIDE BLVD | HEBRON | KY | 41048 |
| | 03-JAN-2002 | 0074-1584-11 | 01594 | 11 | 11 | 0.9% SOD CHL P-F | 50492206 | CARDINAL HLTH WHITMIRE | 3238 DWIGHT RD | ELK GROVE | CA | 95758 |
| | 03-JAN-2002 | 0074-1584-11 | 01594 | 11 | 11 | 0.9% SOD CHL P-F | 50493206 | CARDINAL HLTH SYRACUSE | 6012 E MOLLOY RD | SYRACUSE | NY | 13211 |
| | 03-JAN-2002 | 0074-1584-11 | 01594 | 11 | 11 | 0.9% SOD CHL P-F | 50493949 | CARDINAL HLTH | 2798 NEW BUTLER #RD-205 | NEW CASTLE | PA | 16101 |
| | 03-JAN-2002 | 0074-1584-11 | 01594 | 11 | 11 | 0.9% SOD CHL P-F | 50493376 | AMERISOURCE CORP | 3910 SEAPORT BLVD | WEST SACRAMENTO | CA | 95691 |
| | 03-JAN-2002 | 0074-1584-11 | 01594 | 11 | 11 | 0.9% SOD CHL P-F | 50492372 | AMERISOURCE CORP | 3910 SEAPORT BLVD | WEST SACRAMENTO | CA | 95691 |
| | 03-JAN-2002 | 0074-1152-78 | 01152 | 78 | 14 | HEPARIN 10UNIT/ML | 50688372 | AMERISOURCE CORP | 107 S 41ST AVE | PHOENIX | AZ | 85009 |
| | 03-JAN-2002 | 0074-1152-78 | 01152 | 78 | 14 | HEPARIN 10UNIT/ML | 50688372 | AMERISOURCE CORP | 21128 TIMBERLAKE RD | LYNCHBURG | VA | 24502 |
| | 03-JAN-2002 | 0074-1152-78 | 01152 | 78 | 14 | HEPARIN 10UNIT/ML | 50493372 | MORRIS & DICKSON CO | 410 KAY LN | SHREVEPORT | LA | 71115 |
| | 03-JAN-2002 | 0074-1152-78 | 01152 | 78 | 14 | HEPARIN 10UNIT/ML | 50494038 | MORRIS & DICKSON CO | 410 KAY LN | SHREVEPORT | LA | 71115 |
| | 03-JAN-2002 | 0074-1273-02 | 01273 | 02 | 02 | DIAZEPAM 5MG CP/T | 50493865 | MORRIS & DICKSON CO | 410 KAY LN | SHREVEPORT | LA | 71115 |
| | 03-JAN-2002 | 0074-1273-02 | 01273 | 02 | 02 | DIAZEPAM 5MG CP/T | 50493865 | MCKESSON DRUG CO | 1900 S 4490TH W | SALT LAKE CITY | UT | 84104 |
| | 03-JAN-2002 | 0074-1273-02 | 01273 | 02 | 02 | DIAZEPAM 5MG CP/T | 50493865 | CARDINAL HLTH | 2353 PROSPECT DR | AURORA | IL | 60504 |
| | 03-JAN-2002 | 0074-1273-02 | 01273 | 02 | 02 | DIAZEPAM 5MG CP/T | 50493865 | CARDINAL HLTH | 2353 PROSPECT DR | AURORA | IL | 60504 |
| | 03-JAN-2002 | 0074-1273-02 | 01273 | 02 | 02 | DIAZEPAM 5MG CP/T | 50493316 | CARDINAL HLTH | 2353 PROSPECT DR | AURORA | IL | 60504 |
| | 03-JAN-2002 | 0074-1273-02 | 01273 | 02 | 02 | DIAZEPAM 5MG CP/T | 51413151 | CARDINAL HLTH | 2353 PROSPECT DR | AURORA | IL | 60504 |
| | 03-JAN-2002 | 0074-1273-02 | 01273 | 02 | 02 | DIAZEPAM 5MG CP/T | 51413151 | CARDINAL HLTH | 2353 PROSPECT DR | AURORA | IL | 60504 |
| | 03-JAN-2002 | 0074-1152-78 | 01152 | 78 | 14 | HEPARIN 10UNIT/ML | 51413151 | | | | | |
| | 03-JAN-2002 | 0074-1273-02 | 01273 | 02 | 02 | DIAZEPAM 5MG CP/T | 51413151 | | | | | |
| | 03-JAN-2002 | 0074-1273-02 | 01273 | 02 | 02 | DIAZEPAM 5MG CP/T | 51413151 | | | | | |
| | 03-JAN-2002 | 0074-1522-03 | 01522 | 03 | 03 | 5% DEXTROSE INJ | 50493865 | MORRIS & DICKSON CO | 410 KAY LN | SHREVEPORT | LA | 71115 |

# Records With Blank Fields in HPD Indirect Sales Data (ABT AWP/MDL 072220-32)

| # | Buy Group Name | End Customer Number | End Customer Name | End Customer Address | End Customer City | End Customer State | End Customer Zip | Shipto Customer Class of Trade |
|---|---|---|---|---|---|---|---|---|
| | PREMIER, INC. | 50309238 | ROCHESTER GENL HOSP | 1425 PORTLAND AVE | ROCHESTER | NY | 14621 | H021 |
| | MANAGED HEALTHCARE ASSOC | 52199666 | PHARM SAVE III INC | 1010 MAIN ST | MOORESVILLE | NC | 28115 | A003 |
| | PACT | 51392507 | HCA PKWY MED CTR | 1000 THORNTON RD | LITHIA SPRINGS | GA | 30122 | M021 |
| | AMERINET PHARMACY | 50304187 | ADIRONDACK MED CTR | LAKE COLBY DR | SARANAC LAKE | NY | 12983 | H021 |
| | PACT | 50189747 | MARYVALE MEDCL CTR | 5102 W CAMPBELL AVE | PHOENIX | AZ | 85031 | H021 |
| | INNOVATIX, LLC | 09301409 | | | | | | |
| | PHARMACEUTICAL BUYERS | 52414057 | MEDCAST HM INFUSION | 2503 N STANTON ST | EL PASO | TX | 79902 | P040 |
| | AMERINET PHARMACY | 52447414 | GARFIELD MEML HOSP | 200 N 40TH E | PANGUITCH | UT | 84759 | H021 |
| | AMERINET VALUE/HEALTH | 50240779 | BLOOMINGTON HOSP | 605 W 2ND ST | BLOOMINGTON | IN | 47403 | H021 |
| | | 51411041 | CHRIST HOSP PHCY | 2139 AUBURN AVE | CINCINNATI | OH | 45219 | H021 |
| | | 50240779 | BLOOMINGTON HOSP | 605 W 2ND ST | BLOOMINGTON | IN | 47403 | H021 |
| | UCSF STANFORD HEALTH CARE | 51598052 | UCSF STANFORD HLTH CARE | PO BOX 0816 | SAN FRANCISCO | CA | 94143 | TP25 |
| | CORAM HEALTHCARE | 50787022 | CORAM HLTHCARE | 1 CHARLES PK BLVD | GUILDERLAND | NY | 12084 | P040 |
| | NOVATION | 50341775 | MERCY JEANNETTE HOSP | 600 JEFFERSON AVE | JEANNETTE | PA | 15044 | H021 |
| | NOVATION | 51683566 | MEML HOSP | 1700 COFFEE RD | MODESTO | CA | 95353 | H021 |
| | VA AND OGA'S | 00534776 | CARL T HAYDEN VA MED CT | 650 E INDIAN SCHOOL RD | PHOENIX | AZ | 85012 | US30 |
| | AMERINET/ALT SITE-PHCY | 51457285 | J & A PHARMACTCL SVC | RTE 10 HWY 19E | BURNSVILLE | NC | 28714 | A003 |
| | NOVATION | 52828313 | SLIDELL MEML HOSP MED CT | 1001 GAUSE BLVD | SLIDELL | LA | 70458 | T022 |
| | NOVATION | 50895539 | FRANKLIN PRSH HOSP SRV | 2106 LOOP RD | WINNSBORO | LA | 71295 | T022 |
| | WHOLESALER CUSTOMER PROGM | 50979180 | JOBE DRUG CO | | GLADEWATER | TX | 75647 | A003 |
| | WHOLESALER CUSTOMER PROGM | 52417342 | GUNNISON VLY HOSP | 64 E N #100 | GUNNISON | UT | 84634 | A010 |
| | AMERINET PHARMACY | 52445004 | DEAN MEDCL CTR | 1513 EMIL ST | MADISON | WI | 53713 | A003 |
| | PREMIER, INC. | 51449670 | ST ANTHONY MEM HLTH CTRS | 301 W HOMER ST | MICHIGAN CITY | IN | 46360 | H021 |
| | OWEN HEALTHCARE, INC. | 51421596 | ST JOSEPH HOSP PHCY | 5000 W CHAMBERS ST | MILWAUKEE | WI | 53210 | M021 |
| | CONSORTA, INC | 52702164 | PROVENA ST MARYS HOSP | 500 W CT ST | KANKAKEE | IL | 60901 | H021 |
| | CONSORTA, INC | 51367546 | GERBER MEML HOSP | 214 S SULLIVAN ST | FREMONT | MI | 49412 | H021 |
| | CONSORTA, INC | 50979816 | | | | | | |
| | NOVATION | 52040864 | ST ANTHONYS MED CTR | 10010 KENNERLY | SAINT LOUIS | MO | 63128 | H021 |

# Records With Blank Fields in HPD Indirect Sales Data (ABT AWP/MDL 072220-32)

| # | Acute (1) / Non-Acute (75) | Purchase Units | WAC Total | Whlslr Chargeback Total | End Customer Contract Price per Unit | End Customer Invoice Total | Customer Rebate, Discount, Etc. Total |
|---|---|---|---|---|---|---|---|
| 1 | 01 | 25 | 18.5 | 9.25 | .37 | 9.25 | .39 |
| 2 | 75 | 50 | 37 | 17.5 | .39 | 19.5 | .58 |
| 3 | 01 | 25 | 18.5 | 9.75 | .35 | 8.75 | .32 |
| 4 | 01 | 50 | 37 | 19.5 | .35 | 17.5 | .6 |
| 5 | 75 | 50 | 37 | 19.5 | .35 | 22.5 | .65 |
| 6 | 01 | 50 | 37 | 14.5 | .45 | 21.5 | .68 |
| 7 | 01 | 50 | 37 | 15.5 | .43 | 108 | .44 |
| 8 | 01 | 24 | 237.12 | 129.12 | 4.5 | 57 | 0 |
| 9 | 01 | 12 | 118.56 | 61.56 | 4.75 | 12.14 | 1.46 |
| 10 | 75 | 12 | 118.56 | 108.42 | 1.012 | 228 | 0 |
| 11 | 01 | 48 | 474.24 | 246.24 | 4.75 | 432 | 66.56 |
| 12 | 01 | 98 | 948.48 | 516.48 | 4.75 | 36 | 3.24 |
| 13 | 01 | 74 | | 38 | .36 | 8.75 | .68 |
| 14 | 01 | 100 | | 9.75 | 4.5 | 52.5 | 4.08 |
| 15 | 75 | 25 | 18.5 | 59.5 | .35 | 8.75 | .68 |
| 16 | 75 | 150 | 111 | 9.75 | .35 | 17.95 | .1 |
| 17 | 01 | 25 | 18.5 | 19.06 | .359 | 227.5 | 7.75 |
| 18 | 75 | 50 | 37 | 253.5 | .35 | 64.35 | 3.15 |
| 19 | 75 | 50 | 481 | 12 | .35 | 29.94 | .6 |
| 20 | 75 | 650 | 76.35 | .6 | 1.287 | 14.97 | .3 |
| 21 | 01 | 50 | 12 | .3 | 1.497 | 12.9 | .44 |
| 22 | 01 | 50 | 30.54 | 2.37 | 1.497 | 12.82 | 1.03 |
| 23 | 75 | 20 | 15.27 | 2.48 | .3 | 25.76 | 1.54 |
| 24 | 01 | 20 | 15.27 | 4.64 | 1.29 | 12.8 | .9 |
| 25 | 01 | 10 | 15.27 | 1.282 | 1.282 | 51.2 | 3.6 |
| 26 | 01 | 10 | 30.54 | 1.288 | 1.288 | 12.8 | |
| 27 | 01 | 20 | 15.27 | 1.28 | 1.28 | 38.61 | 1.89 |
| 28 | 01 | 10 | 61.08 | 9.88 | 1.28 | 6.43 | .58 |
| 29 | 01 | 40 | 15.27 | 2.5 | 1.28 | | 3.6 |
| 30 | 01 | 10 | 15.27 | 2.5 | 1.28 | | |
| 31 | 75 | 30 | 7.29 | 1.28 | 1.287 | | |
| 32 | 01 | 12 | 45.81 | 7.29 | .536 | | |
| | | | 48 | 41.57 | | | |

# Exhibit B

Privileged and Confidential

# Anomalous Records in Abbott Direct Sales Data (ABT AWPMDL 070783)

P_AMCCABT195695.TXT, row 27556: ,"JEFF PUTERBAUGH" ,"7410 98TH AVE., "F" ,"KENOSHA WI  53142 ,",","02","23","95",," ,"02586","11","06 ," 6",," 0.00"

P_AMCCABT195695.TXT, row 43621: ,"JEFF PUTERBAUGH" ,"7410 98TH AVE., "F" ,"KENOSHA WI  53142 ,",","03","15","95",," ,"02586","11","06 ," 6",," 0.00"

P_AMCCABT6951295.TXT, row 14110: ,"JEFF PUTERBAUGH" ,"7410 98TH AVE., "F" ,"KENOSHA WI  53142 ,",","09","26","95",," ,"02586","11","06 ," 12",," 0.00"

P_AMCCABT695I295.TXT, row 27087: ,"JEFF PUTERBAUGH" ,"7410 98TH AVE., "F" ,"KENOSHA WI  53142 ,",","10","18","95",," ,"02586","11","06 ," 12",," 0.00"

# Exhibit C

# HPD Direct Sales Records Where MKT_DIV = 04, 09 and 30

| # | CUST_NBR_STO | CUST_NBR_BT | CUST_TYP | CUST_NAM | ATTN_NAM | CUST_ADDR | CSZ | ABT_CUST_CLS | VERTEX_GEO_ST | VERTEX_GEO_CNTY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 51497916 | 53192019 | | RCG KALAMAZOO | PAUL KOVATES | 521 E MICHIGAN AVE | KALAMAZOO MI 49007 | M033 | 23 | 077 |
| 2 | 53198209 | 53198209 | | RAHMU PHCY INC | | 607 SOUNDVIEW AVE | BRONX NY 10473 | M033 | | |
| 3 | 53198289 | 53198289 | | | 718-991-7550 | | | M033 | 19 | |
| 4 | 53198507 | 53198507 | | GEM ST DIALYSIS | 208-522-4631 | 2225 TETON PL 2 | IDAHO FALLS ID 83401 | M033 | 13 | |
| 5 | 53198507 | 53198507 | | UNIV OF UT | DIALYSIS PROGRAM | 85 N MEDICAL DR FRNT | SALT LAKE CITY UT 84112 | H033 | 45 | 035 |
| 6 | 53201422 | 53201422 | | COMPTON COMM HEMO | DIALYSIS CENTER | 801 W COMPTON BLVD | COMPTON CA 90220 | H033 | 35 | 019 |
| 7 | 52438573 | 52438573 | | CT VLY HOSP | ACCTS PAYABLE/PHCY SVC | 4502 MEDICAL DR | SAN ANTONIO TX 78229 | T022 | 07 | 037 |
| 8 | 51717627 | 51717627 | | UNIV OF CA LA MED REC | | SILVER ST | MIDDLETOWN CT 06457 | | 44 | 029 |
| 9 | 51598097 | 51598097 | | CT VLY HOSP | | 650 CHARLES E YOUNG DR | LOS ANGELES CA 90095 | TP28 | 07 | 037 |
| 10 | 51717627 | 51717627 | | | | SILVER ST | MIDDLETOWN CT 06457 | TP25 | 07 | |
| 11 | 51637948 | 51637948 | | KAISER FNDTN HLTH PLAN | DBA KAISER PERM PHCY | 4700 SUNSET BLVD | LOS ANGELES CA 90027 | TP28 | 05 | 037 |
| 12 | 53198248 | 53198248 | | CHEMIQUE PHARMACTL | SERV | 9701 CHURCH AVE | BROOKLYN NY 11212 | HK21 | 33 | |
| 13 | 51699441 | 51699441 | | BROOKDALE PHYS DLYS | | 1306 E WHITTIER BLVD | WHITTIER CA 90602 | M033 | 05 | 037 |
| 14 | 53198903 | 53198903 | | ANTELOPE VLY DIALYSIS | 661-949-5811 | 44203 15TH ST W | LANCASTER CA 93534 | M075 | 05 | 037 |
| 15 | 53195772 | 53195772 | | PUGET SOUND KID CTR | 425-259-5195 | 1005 PACIFIC AVE | EVERETT WA 98201 | M033 | 48 | 061 |
| 16 | 53198207 | 53198207 | | LAKE CHARLES DIALYSIS | SUPPLY INC | 1801 OAK PARK BLVD | LAKE CHARLES LA 70601 | M033 | 19 | |
| 17 | 52791385 | 52791365 | | BURNS VETRNRY | SONOMA COM MAGNE, DVM | 850 MERRICK AVE | WESTBURY NY 11590 | C020 | 33 | 059 |
| 18 | 52791407 | 52791407 | | ANIMAL CARE CTR OF | | 8470 REDWOOD DR | ROHNERT PARK CA 94928 | C035 | 05 | 097 |
| 19 | 52763214 | 52792173 | | WA BUTLER CO | | 7940 W DOE AVE #400 | VISALIA CA 93291 | C035 | 05 | 107 |
| 20 | 114472595 | 114472595 | | THE BUTLER CO | | 7940 W DOE AVE #400 | VISALIA CA 93291 | C035 | 05 | 107 |
| 21 | 52792562 | 52792173 | | WA BUTLER CO | | SHERWOOD RD | TUALATIN OR 97062 | C035 | 38 | 005 |
| 22 | 52460540 | 52792173 | | WA BUTLER CO | | 1001 AIRPARK DR | MIDDLETOWN PA 17057 | C035 | 38 | 043 |
| 23 | 52791415 | 52791415 | | WA BUTLER CO | | 445 SW 52ND AVE #100 | OCALA FL 34474 | C035 | 10 | 083 |
| 24 | 52777538 | 52791385 | | WEBS VET SPLY INC | (DARY FULFILLMENT SERV) | 12407A MUKILTEO SPEEDWAY | LYNNWOOD WA 98037 | C035 | 48 | 061 |
| 25 | 51497651 | 51497651 | | BURNS VET SRPLY | (DARY FULFILLMENT SERV) | VAN BUREN BLVD BLDG 27 | GUILDERLAND CENTER NY 12 | C035 | 33 | 001 |
| 26 | 51497781 | 51497781 | | BURNS VET SPLY | DBA DARBY GRP COMPANIES | VAN BUREN BLVD BLDG 27 | GUILDERLAND CENTER NY 12 | C035 | 33 | 001 |
| 27 | 52791385 | 52791385 | | HARDO DRUGS INC | DBA DARBY GRP COMPANIES | 4795 LONGLEY LN | RENO NV 89502 | C043 | 29 | 031 |
| 28 | 52791365 | 52791365 | | HARDO DRUGS INC | DBA DARBY GRP COMPANIES | 4795 LONGLEY LN | RENO NV 89502 | C043 | 29 | 031 |
| 29 | 51465128 | 51465128 | | HARDO DRUGS INC | ACS BOAT ROCK BLVD SW | ATLANTA GA 30336 | | C035 | 29 | 031 |
| 30 | 52791365 | 52791365 | | RHONE-MERIEUX | C/O DALLAS WAREHOUSE CO | 1701 VANTAGE DR SUITE 20 | CARROLLTON TX 75006 | C043 | | |
| 31 | 28707373 | 28707373 | | RHONE-MERIEUX | C/O DALLAS WAREHOUSE CO | 1701 VANTAGE DR SUITE 20 | CARROLLTON TX 75006 | C043 | | |
| 32 | 28707373 | 28707373 | | RHONE-MERIEUX | C/O DALLAS WAREHOUSE CO | 3320 DOWE AVE SUITE 20 | CARROLLTON TX 75006 | C043 | | |
| 33 | 52791385 | 52791385 | | RHONE-MERIEUX | C/O USCO DISTRIBUTION SV | 3320 DOWE AVENUE | UNION CITY CA 94587 | C043 | | |
| 34 | 52791365 | 52791365 | | RHONE-MERIEUX | "DO NOT USE THIS NUMBER" | 3320 DOWE AVENUE | UNION CITY CA 94587 | C043 | | |
| 35 | 52791385 | 52791385 | | RHONE-MERIEUX | "DO NOT USE THIS NUMBER" | 13144 SO PULASKI ROAD | ALSIP IL 60658 | C043 | | |
| 36 | 17670008 | 17670008 | | RHONE-MERIEUX | C/O USCO DISTRIBUTION SV | 13144 SO PULASKI ROAD | ALSIP IL 60658 | C043 | | |
| 37 | 52791385 | 52791385 | | RHONE-MERIEUX | "DO NOT USE THIS NUMBER" | ACS BOAT ROCK BLVD SW | ATLANTA GA 30336 | C043 | | |
| 38 | 17670008 | 17670008 | | RHONE-MERIEUX | "DO NOT USE THIS NUMBER" | ACS BOAT ROCK BLVD SW | ATLANTA GA 30336 | C043 | | |
| 39 | 17672031 | 17672031 | | RHONE-MERIEUX | "DO NOT USE THIS NUMBER" | ACS BOAT ROCK BLVD SW | ATLANTA GA 30336 | C043 | | |
| 40 | 17672031 | 17672031 | | RHONE-MERIEUX | "DO NOT USE THIS NUMBER" | ACS BOAT ROCK BLVD SW | ATLANTA GA 30336 | C043 | | |
| 41 | 17672031 | 17672031 | | RHONE-MERIEUX | "DO NOT USE THIS NUMBER" | ACS BOAT ROCK BLVD SW | ATLANTA GA 30336 | C043 | | |
| 42 | 17670589 | 17670589 | | RHONE-MERIEUX | "DO NOT USE THIS NUMBER" | AN0 LACKMAN RD | LENEXA KS 66219 | C043 | | |
| 43 | 17670589 | 17670589 | | RHONE-MERIEUX | "DO NOT USE THIS NUMBER" | AN0 LACKMAN RD | LENEXA KS 66219 | C043 | | |
| 44 | 17620980 | 17620980 | | RHONE-MERIEUX | "DO NOT USE THIS NUMBER" | AN0 LACKMAN RD | LENEXA KS 66219 | C043 | | |
| 45 | 17620980 | 17620980 | | RHONE-MERIEUX | "DO NOT USE THIS NUMBER" | 3320 DOWE AVENUE | UNION CITY CA 94587 | C043 | | |
| 46 | 17620980 | 17620980 | | RHONE-MERIEUX | "DO NOT USE THIS NUMBER" | 3320 DOWE AVENUE | UNION CITY CA 94587 | C043 | | |
| 47 | 17670258 | 17670258 | | RHONE-MERIEUX | "DO NOT USE THIS NUMBER" | 3320 DOWE AVENUE | UNION CITY CA 94587 | C043 | | |
| 48 | 17670258 | 17670258 | | RHONE-MERIEUX | "DO NOT USE THIS NUMBER" | 3320 DOWE AVENUE | UNION CITY CA 94587 | C043 | | |

## HPD Direct Sales Records Where MKT_DIV = 04, 09 and 30

| # | VERTEX_GEO_CITY | TERM_CD | MTH | DAY | YR | INVC_NBR_HI_ORD | INVC_NBR_LO_ORD | BR_DISTRT_CNTR | SLS_TC | LIST_NBR | TUC_TUC | INV_SC | SLSSZ_CD | MKT_DIV | INSTR_CD | PGRP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0340 | 33 | 09 | 29 | 94 | | 0968 | 25 | 01 | 08110 | 31 | 31 | 01 | 30 | 00 | |
| 2 | 2310 | 33 | 09 | 29 | 94 | | 0969 | 25 | 04 | 08110 | 31 | 31 | 01 | 30 | 00 | |
| 3 | 0130 | 14 | 07 | 30 | 4 | | 4583 | 36 | 04 | 08110 | 31 | 31 | 01 | 00 | 00 | |
| 4 | 0270 | 14 | 07 | 30 | 4 | | 4584 | 36 | 04 | 08110 | 31 | 31 | 01 | 00 | 00 | |
| 5 | 0730 | 14 | 07 | 30 | 1 | | 4586 | 36 | 04 | 08110 | 31 | 31 | 01 | 00 | 00 | |
| 6 | 0570 | 14 | 07 | 30 | 1 | | 6229 | 36 | 04 | 08110 | 31 | 31 | 01 | 00 | 00 | |
| 7 | 0730 | 14 | 07 | 30 | 1 | | 0041 | 17 | 04 | 08110 | 31 | 31 | 01 | 00 | 00 | |
| 8 | 0240 | 04 | 07 | 30 | 0 | | 0042 | 17 | 04 | 08110 | 31 | 31 | 01 | 00 | 00 | 760 |
| 9 | 1900 | 04 | 07 | 30 | 0 | | 5636 | 21 | 01 | 08110 | 31 | 31 | 01 | 00 | 00 | 760 |
| 10 | 0240 | 04 | 07 | 29 | 0 | | 0035 | 21 | 01 | 08110 | 31 | 31 | 01 | 00 | 00 | 760 |
| 11 | 1900 | 04 | 07 | 29 | 0 | | 0790 | 21 | 01 | 08110 | 31 | 31 | 01 | 00 | 00 | 760 |
| 12 | 1900 | 04 | 07 | 29 | 6 | | 3188 | 25 | 01 | 08110 | 31 | 31 | 01 | 00 | 00 | 760 |
| 13 | 0300 | 04 | 07 | 28 | 0 | | 3190 | 36 | 01 | 08110 | 31 | 31 | 01 | 00 | 00 | 760 |
| 14 | 0100 | 04 | 07 | 28 | 0 | | 3191 | 36 | 01 | 08110 | 31 | 31 | 01 | 00 | 00 | 760 |
| 15 | 0730 | 92 | 07 | 28 | 0 | | 7613 | 37 | 01 | 07138 | 02 | 29 | 13 | 04 | 70 | 760 |
| 16 | 1710 | 33 | 07 | 28 | 1 | | 4610 | 25 | 01 | 07138 | 31 | 31 | 01 | 04 | 18 | 760 |
| 17 | 0250 | 14 | 07 | 30 | 0 | | 7721 | 36 | 01 | 03213 | 02 | 31 | 69 | 04 | 18 | 760 |
| 18 | 1710 | 04 | 07 | 30 | 0 | | 7730 | 36 | 01 | 07138 | 02 | 31 | 13 | 04 | 18 | 760 |
| 19 | 0220 | 04 | 07 | 30 | 0 | | 7731 | 36 | 01 | 03213 | 02 | 29 | 59 | 09 | 74 | 275 |
| 20 | 0510 | 04 | 09 | 30 | 0 | | 7732 | 36 | 01 | 07985 | 09 | 39 | 59 | 09 | 18 | 275 |
| 21 | 0150 | 04 | 09 | 30 | 0 | | 9895 | 37 | 01 | 03213 | 02 | 31 | 59 | 09 | 18 | 271 |
| 22 | 0865 | 04 | 09 | 24 | 0 | | 9896 | 37 | 01 | 03213 | 08 | 39 | 59 | 09 | 18 | 271 |
| 23 | 2865 | 04 | 09 | 24 | 0 | | 8379 | 38 | 01 | 07972 | 02 | 34 | 60 | 09 | 18 | 275 |
| 24 | 1650 | 09 | 09 | 24 | 0 | | 0009 | 38 | 01 | 07983 | 02 | 34 | 60 | 09 | 18 | 275 |
| 25 | 1690 | 09 | 09 | 24 | 0 | | 0009 | FX | 01 | 03213 | 02 | 29 | 60 | 09 | 18 | 275 |
| 26 | 1650 | 09 | 09 | 24 | 0 | | 0028 | FX | 01 | 07983 | 08 | 34 | 60 | 09 | 74 | 275 |
| 27 | 0680 | 09 | 09 | 24 | 0 | | 0028 | FY | 01 | 07983 | 09 | 39 | 01 | 09 | 74 | 275 |
| 28 | 6380 | 09 | 09 | 30 | 0 | | 0094 | FY | 01 | 07903 | 09 | 39 | 11 | 09 | 18 | 275 |
| 29 | 0370 | 04 | 12 | 15 | 0 | | 0097 | 11 | 01 | 07903 | 02 | 39 | 01 | 09 | 18 | 275 |
| 30 | 2110 | 04 | 12 | 15 | 0 | | 0097 | 11 | 01 | 07922 | 09 | 39 | 19 | 09 | 18 | 275 |
| 31 | 9380 | 04 | 12 | 15 | 0 | | 0098 | 11 | 01 | 07922 | 09 | 39 | 19 | 09 | 18 | 275 |
| 32 | 9386 | 04 | 12 | 21 | 0 | | 0098 | 13 | 01 | 06138 | 09 | 39 | 19 | 09 | 18 | 275 |
| 33 | 2170 | 04 | 11 | 18 | 0 | | 0247 | 13 | 01 | 07972 | 09 | 13 | 33 | 09 | 18 | 275 |
| 34 | 6366 | 04 | 11 | 21 | 0 | | 0122 | 13 | 01 | 07983 | 02 | 34 | 60 | 09 | 18 | 275 |
| 35 | 5366 | 04 | 11 | 17 | 0 | | 0122 | 13 | 01 | 07922 | 09 | 34 | 19 | 09 | 18 | 275 |
| 36 | 5366 | 04 | 11 | 17 | 0 | | 0202 | 13 | 01 | 07922 | 09 | 34 | 60 | 09 | 18 | 275 |
| 37 | 3100 | 13 | 11 | 17 | 0 | | 0202 | 13 | 01 | 06138 | 09 | 19 | 19 | 09 | 18 | 275 |
| 38 | 1100 | 13 | 10 | 28 | 0 | | 0202 | 13 | 01 | 06138 | 09 | 34 | 60 | 30 | 00 | 275 |
| 39 | | 13 | 10 | 28 | 0 | | 0202 | 13 | 01 | 07922 | 09 | 34 | 60 | 30 | 00 | 275 |
| 40 | | 13 | 10 | 26 | 0 | | 0144 | 13 | 01 | 07922 | 09 | 34 | 19 | 30 | 00 | 275 |
| 41 | | 13 | 10 | 26 | 0 | | 0144 | 13 | 01 | 07903 | 09 | 34 | 60 | 30 | 00 | 275 |
| 42 | | 13 | 10 | 17 | 0 | | 0144 | 13 | 01 | 07983 | 09 | 34 | 60 | 30 | 00 | 275 |
| 43 | | 13 | 10 | 17 | 0 | | 0128 | 13 | 01 | 07922 | 09 | 34 | 19 | 30 | 00 | 275 |
| 44 | | 13 | 10 | 25 | 0 | | 0128 | 11 | 01 | 07922 | 09 | 34 | 13 | 30 | 00 | 275 |
| 45 | | 13 | 10 | 25 | 0 | | 0128 | 11 | 01 | 07922 | 09 | 34 | 60 | 30 | 00 | 275 |
| 46 | | 13 | 10 | 25 | 0 | | 0128 | 11 | 01 | 07922 | 09 | 34 | 60 | 30 | 00 | 275 |
| 47 | | 13 | 10 | 25 | 0 | | 0128 | 11 | 01 | 07922 | 03 | 39 | 13 | 30 | 00 | 275 |
| 48 | | 13 | 10 | 25 | 0 | | 0128 | 11 | 01 | 07963 | 03 | 60 | 60 | 30 | 00 | 275 |

# HPD Direct Sales Records Where MKT_DIV = 04, 09 and 30

| # | DEPT_WIN_LDGR | QTY_BY_SLSSZ | QTY_BY_INV_SZ | LN_XTN | CONTR_NBR | LBL_CD | LN_WT_TOT | NBR_PROF_DIV | BOL_NBR_INV_LOC | INVC_TOT_AMT | TAX_AMT | HNDL_CHRG | DELV_CHRG_AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 209 | 1 | 100 | 1085.00 | D000003560002 | 04 | 1 | 04 | 0602048571163143 | 1085.00 | 0.00 | 0 | 0 |
| 2 | 209 | 1 | 100 | 1225.00 | D0000002421 | 04 | 3 | 04 | 0602048571163174 | 1225.00 | 0.00 | 0 | 0 |
| 3 | 223 | 3 | 300 | 3675.00 | D0000002421 | 04 | 3 | 04 | 0160597138888884 | 3975.00 | 0.00 | 0 | 0 |
| 4 | 223 | 3 | 300 | 3675.00 | D0000002421 | 04 | 3 | 04 | 0160597138888921 | 3975.00 | 0.00 | 0 | 0 |
| 5 | 223 | 3 | 300 | 3675.00 | D0000002421 | 04 | 3 | 04 | 6497028283820 | 3975.00 | 0.00 | 0 | 0 |
| 6 | 223 | 2 | 200 | 2450.00 | D0000002421 | 04 | 2 | 04 | 0160597138888600 | 2450.00 | 0.00 | 0 | 0 |
| 7 | 223 | 1 | 100 | 1085.00 | D00000025110 | 04 | 1 | 04 | 0160597138891503 | 1135.33 | 0.00 | 0 | 50.3 |
| 8 | 223 | 1 | 100 | 1085.00 | D000035670019 | 04 | 1 | 04 | 0160597138891549 | 1085.00 | 0.00 | 0 | 0 |
| 9 | 223 | 1 | 100 | 1085.00 | D000003560009 | 04 | 1 | 04 | 0802048565829585 | 1085.00 | 0.00 | 0 | 0 |
| 10 | 223 | 24 | 2400 | 1085.00 | D000003560009 | 04 | 31 | 04 | 0160597138848617 | 29400.00 | 0.00 | 0 | 0 |
| 11 | 223 | 1 | 100 | 21700.00 | D0000002421 | 04 | 1 | 04 | 0602048566640155 | 1085.00 | 0.00 | 0 | 0 |
| 12 | 223 | 20 | 2000 | 21700.00 | D000003594001 | 04 | 26 | 04 | 0160597138850215 | 21700.00 | 0.00 | 0 | 0 |
| 13 | 223 | 1 | 100 | 1225.00 | D0000002422 | 04 | 1 | 04 | 0160597138879752 | 1225.00 | 0.00 | 0 | 0 |
| 14 | 223 | 1 | 100 | 1085.00 | D0000002422 | 04 | 1 | 04 | 0160597138800215 | 1085.00 | 0.00 | 0 | 0 |
| 15 | 223 | 1 | 100 | 1085.00 | D000035610024 | 04 | 1 | 04 | 0301022153939386 | 1085.00 | 0.00 | 0 | 0 |
| 16 | 223 | 1 | 100 | 1085.00 | D000004373002 | 04 | 1 | 04 |  | 1133.82 | 48.82 | 0 | 0 |
| 17 | 223 | 1 | 100 | 1085.00 | D000004373002 | 04 | 14 | 04 |  | -4767.11 | 0.00 | 0 | 0 |
| 18 | 223 | 0 | 0 | -19.49 |  | 04 | 120 | 04 |  | 110.58 | 0.00 | 0 | 0 |
| 19 | 221 | 2 | 24 | 33.78 |  | 04 | 14 | 09 |  | 495.00 | 0.00 | 0 | 0 |
| 20 | 223 | 4 | 500 | 495.00 |  | 04 | 122 | 09 |  | 11273.54 | 0.00 | 0 | 0 |
| 21 | 259 | 8 | 48 | 63.56 |  | 04 | 91 | 09 |  | 3313.93 | 0.00 | 0 | 0 |
| 22 | 201 | 4 | 200 | 47.67 |  | 04 | 36 | 09 |  | 198.00 | 0.00 | 0 | 0 |
| 23 | 259 | -8 | -200 | -198.00 |  | 04 | 61 | 09 |  | -198.00 | 0.00 | 0 | 0 |
| 24 | 259 | 24 | 72 | 198.00 |  | 04 | 30 | 09 |  | 1699.88 | 0.00 | 0 | 0 |
| 25 | 259 | 3 | 12 | 86.00 |  | 04 | 54 | 09 |  | 7609.50 | 0.00 | 0 | 0 |
| 26 | 261 | 24 | 288 | 102.86 |  | 04 | 732 | 09 |  | 7609.50 | 0.00 | 0 | 0 |
| 27 | 261 | 3 | 72 | 467.76 |  | 04 | 30 | 09 |  | 2509.18 | 0.00 | 0 | 0 |
| 28 | 254 | 1 | 72 | 22.47 |  | 04 | 54 | 09 |  | 6531.76 | 0.00 | 0 | 0 |
| 29 | 254 | 11 | 264 | 114.00 |  | 04 | 198 | 09 |  | 2509.18 | 0.00 | 0 | 0 |
| 30 | 854 | 3 | 72 | 208.56 |  | 04 | 54 | 30 | 758227104701 | 14042.36 | 0.00 | 0 | 0 |
| 31 | 854 | 24 | 288 | 284.96 |  | 04 | 756 | 30 | 758234704701 | 14042.36 | 0.00 | 0 | 0 |
| 32 | 854 | 36 | 432 | 56.88 |  | 04 | 54 | 30 | 758234704701 | 14042.36 | 0.00 | 0 | 0 |
| 33 | 854 | 5 | 12 | 30.12 |  | 04 | 1134 | 30 | 758234704701 | 21455.84 | 0.00 | 0 | 0 |
| 34 | 856 | 6 | 120 | 397.44 |  | 04 | 90 | 30 | 758234004701 | 21455.84 | 0.00 | 0 | 0 |
| 35 | 854 | 5 | 72 | 94.80 |  | 04 | 99 | 30 | 758240801 | 42088.92 | 0.00 | 0 | 0 |
| 36 | 854 | 11 | 44 | 69.76 |  | 04 | 335 | 30 | 758240801 | 319.00 | 0.00 | 0 | 0 |
| 37 | 856 | 11 | 264 | 110.44 |  | 04 | 198 | 30 | 758246801 | 319.00 | 0.00 | 0 | 0 |
| 38 | 856 | 21 | 252 | 208.58 |  | 04 | 348 | 30 | 758210250501 | 319.00 | 0.00 | 0 | 0 |
| 39 | 856 | 22 | 264 | 240.24 |  | 04 | 882 | 30 | 758210250501 | 31133.48 | 0.00 | 0 | 0 |
| 40 | 854 | 1 | 24 | 19.68 |  | 04 | 34 | 30 | 758210250301 | 31133.48 | 0.00 | 0 | 0 |
| 41 | 854 | 16 | 384 | 209.52 |  | 04 | 544 | 30 | 758210230301 | 31133.48 | 0.00 | 0 | 0 |
| 42 | 854 | 1 | 24 | 19.68 |  | 04 | 34 | 30 | 757202020701 | 10987.20 | 0.00 | 0 | 0 |
| 43 | 854 | 8 | 96 | 88.32 |  | 04 | 252 | 30 | 757202020201 | 10987.20 | 0.00 | 0 | 0 |
| 44 | 854 | 36 | 144 | 381.44 |  | 04 | 1098 | 30 | 757202020201 | 13206.24 | 0.00 | 0 | 0 |
| 45 | 854 | 3 | 2160 | 1879.20 |  | 04 | 5670 | 30 | 757202020201 | 13206.24 | 0.00 | 0 | 0 |
| 46 | 954 | 100 | 72 | 59.04 |  | 04 | 102 | 30 | 7500033201 | 13206.24 | 0.00 | 0 | 0 |
| 47 | 954 | 3 | 432 | 397.44 |  | 04 | 1134 | 30 | 7500033401 | 13206.24 | 0.00 | 0 | 0 |
| 48 | 1954 | 2 | 48 | 37.92 |  | 04 | 36 | 30 | 7500038201 | 13206.24 | 0.00 | 0 | 0 |
| 49 | 1954 | 32 | 768 | 599.04 |  | 04 | 1088 | 30 | 7500038201 | 13206.24 | 0.00 | 0 | 0 |

# HPD Direct Sales Records Where MKT_DIV = 04, 09 and 30

| # | TAX_RATE | TAXE_MOSE | PO_NBR_CUST | CARR_4_CHAR | ABT_CUST_NBR_XREF | FC_XTN_XCOP | INVC_NBR | SAP_DELV_NBR | RC | PROD_TAX_GRP | PROD_DESC | REBATE_ACCRUAL | FILLER |
|----|----------|-----------|-------------|-------------|-------------------|-------------|----------|--------------|----|--------------|-----------|----------------|--------|
| 1 | 0.00000 | 0.00 | | 8RPS | | | 916195986 | 720192728 | 00 | | | | |
| 2 | 0.00000 | 0.00 | | 8RPS | | | 916195988 | 720189338 | 00 | | | | |
| 3 | 0.00000 | 0.00 | | 8RPS | | | 909831525 | 710140890 | 00 | | | | |
| 4 | 0.00000 | 0.00 | | 8RPS | | | 909831526 | 710140992 | 00 | | | | |
| 5 | 0.00000 | 0.00 | | 8RPS | | | 909831528 | 710126941 | 00 | | | | |
| 6 | 0.00000 | 0.00 | | FEDE | | | 909835561 | 710150279 | 00 | | | | |
| 7 | 0.00000 | 0.00 | | 8RPS | | | 909835564 | 710150034 | 00 | | | | |
| 8 | 0.00000 | 0.00 | | 8RPS | | | 909835592 | 710150129 | 00 | | | | |
| 9 | 0.00000 | 0.00 | | 8RPS | | | 909819392 | | | | | | |
| 10 | 0.00000 | 0.00 | | 8RPS | | | 908822049 | | | | | | |
| 11 | 0.00000 | 0.00 | | 8RPS | | | 909810748 | 710127334 | 00 | | | | |
| 12 | 0.00000 | 0.00 | | 8RPS | | | 909809749 | 710117466 | | | | | |
| 13 | 0.00000 | 0.00 | | 8RPS | | | 909800763 | 710120595 | 00 | | | | |
| 14 | 0.00000 | 1085.00 | | 8RPS | | | 909800764 | 710114975 | | | | | |
| 15 | 0.00000 | 1104.50 | | 8RPS | | | 909007367 | 710105073 | | | | | |
| 16 | 0.00000 | 0.00 | | | | 0 | 910031331 | | P4 | | | 0 | |
| 17 | 0.00000 | 0.00 | | | | 0 | 916202872 | 110117775 | 00 | | | 0 | |
| 18 | 0.00000 | 0.00 | | | | 0 | 916203514 | 110135948 | 00 | | | 0 | |
| 19 | 0.00000 | 0.00 | | | | 0 | 916203516 | 110137415 | 00 | | | 0 | |
| 20 | 0.00000 | 0.00 | | | | 0 | 916203520 | 110137496 | 00 | | | 0 | |
| 21 | 0.00000 | 0.00 | | | | 0 | 916203998 | 110057172 | 00 | | | 0 | |
| 22 | 0.00000 | 0.00 | | | | 0 | 916203999 | 110135714 | C9 | | | 0 | |
| 23 | 0.00000 | 0.00 | | | | 0 | 810226361 | | | | | 0 | |
| 24 | 0.00000 | 0.00 | | ***3 | | 0 | 916171381 | 110116028 | | | | 0 | |
| 25 | 0.00000 | 0.00 | | | | 0 | 916171381 | 110116028 | 00 | | | 0 | |
| 26 | 0.00000 | 8531.76 | | | | 0 | 916171381 | 110111749 | 00 | | | 0 | |
| 27 | 0.00000 | 819.00 | | | | 0 | 916169138 | 110111749 | | | | 0 | |
| 28 | 0.00000 | 319.00 | | | | 0 | 916169138 | 110111749 | | | | 0 | |
| 29 | 0.00000 | 42086.92 | | | | 0 | | | | | | 0 | |
| 30 | 0.00000 | 21455.84 | | | | 0 | | | | | | 0 | |
| 31 | 0.00000 | 21455.84 | | | | 0 | | | | | | 0 | |
| 32 | 0.00000 | 14042.36 | | | | 0 | | | | | | 0 | |
| 33 | 0.00000 | 14042.36 | | | | 0 | | | | | | 0 | |
| 34 | 0.00000 | 319.00 | | | | 0 | | | | | | 0 | |
| 35 | 0.00000 | 319.00 | | | | 0 | | | | | | 0 | |
| 36 | 0.00000 | 319.00 | | | | 0 | | | | | | 0 | |
| 37 | 0.00000 | 319.00 | | MTEN | | 0 | | | | | | 0 | |
| 38 | 0.00000 | 10997.20 | | | | 0 | | | | | | 0 | |
| 39 | 0.00000 | 10997.20 | | | | 0 | | | | | | 0 | |
| 40 | 0.00000 | 10997.20 | | | | 0 | | | | | | 0 | |
| 41 | 0.00000 | 10997.20 | | | | 0 | | | | | | 0 | |
| 42 | 0.00000 | 31133.48 | | | | 0 | | | | | | 0 | |
| 43 | 0.00000 | 31133.48 | | | | 0 | | | | | | 0 | |
| 44 | 0.00000 | 31133.48 | | | | 0 | | | | | | 0 | |
| 45 | 0.00000 | 31133.48 | | | | 0 | | | | | | 0 | |
| 46 | 0.00000 | 13206.24 | | | | 0 | | | | | | 0 | |
| 47 | 0.00000 | 13206.24 | | | | 0 | | | | | | 0 | |
| 48 | 0.00000 | 13206.24 | | | | 0 | | | | | | 0 | |