AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the _____ District of _____ Massachussetts _____

STATE OF CALIFORNIA, ex rel. VEN-A-CARE
OF THE FLORIDA KEYS, INC., a Florida
Corporation,

V.

ABBOTT LABORATORIES, INC., et al.
See Addendum Sheet for Additional Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   MDL 1456, No. 01-12257-PBS

TO: (Name and address of Defendant)

HOECHST MARION ROUSSEL, INC.
400 Somerset Corporate Blvd.
Bridgewater, NJ 08807

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BILL LOCKYER, Attorney General of the State of California
Thomas A. Temmerman, Sr. Assistant Attorney General
1455 Frazee Road, Suite 315
San Diego, CA   92108

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK   SARAH A. THORNTON

(By) DEPUTY CLERK

DATE   OCT - 6 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10/28/05 11:33 pm |
| NAME OF SERVER *(PRINT)* Lawrence G Roth | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: CT Corporation, 120 S Central Clayton mo 63105. (for Hoechst Marion Roussel Inc). registered agent

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
　　　　　　　　　Date

X _____
　　*Signature of Server*

7186 Manchester Rd
　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## STATE OF MASSACHUSETTS
Docket number MDL 1456, No. 01-12257-PBS

| | | |
|---|---|---|
| **State of California ex rel.** | PLAINTIFF(S) | |
| vs. | | AFFIDAVIT OF SERVICE |
| **Abbott Laboratories Inc.** | DEFENDANT(S) | |

I, Lawrence G. Roth affirm and depose that I am a Process Server 18 years of age or over who is not a party to the action.

I hereby certify and return that on October 28, 2005 at 11:33 AM, I served copies of the within Summons and Complaint Personally upon **Hoechst Marion Roussel Inc.** as articulated below.

By delivering a copy to **Cathy Richardson** personally; Senior Process Specialist thereof, an authorized person to accept service of process.

Said service was effected at: **C. T. Corporation, 120 S Central, Clayton, MO, 63105**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

Sex: **Female**  Race: **White**  Hair: **Gray**  Height: **Short < (5' 4")**  Weight/Build: **Heavy**  Place: **Pos** Extras: **glasses**

I certify that the foregoing statements made by me are true, correct and my free act and deed.

Lawrence G. Roth

The foregoing affidavit sworn and subscribed before me today, Friday, October 28, 2005

Shelley A. Wright     Larry Skaggs     Kelley A. Bannister

LARRY SKAGGS
Notary Public — Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: Nov. 9, 2008
Commission # 04408845

Job No. 78805         Fee for Service: $75.00

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ADDENDUM TO SUMMONS IN A CIVIL ACTION**

| | |
|---|---|
| STATE OF CALIFORNIA, ex rel. VEN-A-CARE OF THE FLORIDA KEYS, INC., a Florida Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, INC.; AMGEN, INC.; ARMOUR PHARMACEUTICAL CO.; AVENTIS BEHRING, L.L.C.; AVENTIS PHARMACEUTICALS, INC.; B. BRAUN MEDICAL, INC.; B. BRAUN OF AMERICA, INC.; BAXTER HEALTHCARE CORP.; BEDFORD LABORATORIES; BEN VENUE LABORATORIES, INC.; BOEHRINGER INGELHEIM CORP.; BOEHRINGER INGELHEIM PHARMACEUTICALS INC.; BRISTOL-MYERS SQUIBB COMPANY a/k/a BRISTOL-MYERS ONCOLOGY DIVISION/HIV PRODUCTS; C.H. BOEHRINGER SOHN GRUNDSTUCKSVERWALTUNG GMBH & CO. KG; DEY, INC.; DEY, L.P.; EMD, INC.; GENEVA PHARMACEUTICALS INC.; GENSIA INC.; GENSIA SICOR, INC.; GLAXO WELLCOME INC. f/k/a BURROUGHS WELLCOME CO.; GLAXOSMITHKLINE PLC; HOECHST MARION ROUSSEL, INC.; IMMUNEX CORP.; LIPHA, S.A.; McGAW, INC.; MERCK KGaA; MYLAN LABORATORIES, INC.; MYLAN PHARMACEUTICALS, INC.; NOVARTIS AG; PHARMA INVESTMENT, LTD.; ROXANE LABORATORIES, INC.; SANDOZ, INC.; SCHERING-PLOUGH CORP.; SICOR, INC. f/k/a GENSIA | MDL No. 1456 <br> Master File No. 01-12257-PBS <br><br> (Original Central District of California No. 03-CV-2238) |

1

## ADDENDUM TO SUMMONS IN A CIVIL ACTION
MDL No. 1456
Master File No. 01-12257-PBS

PHARMACEUTICALS, INC.; SMITHKLINE    )
BEECHAM CORPORATION d/b/a            )
GLAXOSMITHKLINE; TEVA                )
PHARMACEUTICAL INDUSTRIES, LTD.;     )
WARRICK PHARMACEUTICALS CORP.;       )
Z.L.B. BEHRING,                      )
                                     )
                   Defendants.           )

TO:   (Name and address of Defendants)

ABBOTT LABORATORIES, INC.
100 Abbott Park Road
Abbott Park, IL 60064-6057

AMGEN, INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1799

ARMOUR PHARMACEUTICAL CO.
300 Somerset Corporate Blvd.
Bridgewater, NJ 08807

AVENTIS BEHRING, L.L.C.
1020 First Avenue
King of Prussia, PA 19406-1310

AVENTIS PHARMACEUTICALS, INC.
400 Somerset Corporate Blvd.
Bridgewater, NJ 08807

B. BRAUN MEDICAL, INC.
824 Twelfth Avenue
Bethlehem, PA 18018

## ADDENDUM TO SUMMONS IN A CIVIL ACTION
MDL No. 1456
Master File No. 01-12257-PBS

B. BRAUN OF AMERICA, INC.
824 Twelfth Avenue
Bethlehem, PA 18018

BAXTER HEALTHCARE CORP.
One Baxter Parkway
Deerfield, IL 60015

BEDFORD LABORATORIES
300 Northfield Road
Bedford, OH 44146

BEN VENUE LABORATORIES, INC.
300 Northfield Road
Bedford, OH 44146

BOEHRINGER INGELHEIM CORP.
900 Ridgebury Road
Ridgefield, CT 06877

BOEHRINGER INGELHEIM PHARMACEUTICALS INC.
900 Ridgebury Road
Ridgefield, CT 06877

BRISTOL-MYERS SQUIBB COMPANY a/k/a BRISTOL-MYERS ONCOLOGY
DIVISION/HIV PRODUCTS
345 Park Blvd.
New York, NY 10154

C.H. BOEHRINGER SOHN GRUNDSTUCKSVERWALTUNG GMBH & CO. KG
Binger Strasse 173
D-55216 Ingelheim
Germany

DEY, INC.
2751 Napa Valley Corporate Dr.
Napa, CA 94558

## ADDENDUM TO SUMMONS IN A CIVIL ACTION
MDL No. 1456
Master File No. 01-12257-PBS

DEY, L.P.
2751 Napa Valley Corporate Dr.
Napa, CA 94558

EMD, INC.
3211 Shannon Road
Durham, NC  27707

GENEVA PHARMACEUTICALS INC.
506 Carnegie Center, Suite 400
Princeton, NJ  08540

GENSIA INC.
19 Hughes
Irvine, CA  92618-1902

GENSIA SICOR, INC.
19 Hughes
Irvine, CA  92618-1902

GLAXO WELLCOME INC. f/k/a BURROUGHS WELLCOME CO.
Attention:  Tax Department
Five Moore Drive
Research Triangle Park, NC 27709

GLAXOSMITHKLINE PLC
980 Great West Road
Brentford, Middlesex
United Kingdom
TW8 9GS

HOECHST MARION ROUSSEL, INC.
400 Somerset Corporate Blvd.
Bridgewater, NJ 08807

IMMUNEX CORP.
51 University Street
Seattle, WA 98101

**ADDENDUM TO SUMMONS IN A CIVIL ACTION**
MDL No. 1456
Master File No. 01-12257-PBS

> LIPHA, S.A.
> 37 rue Saint-Romain,
> 69379 Lyon cedex 08
> France
>
> McGAW, INC.
> 2525 Mcgaw Avenue
> Irvine, CA 92614-5895
>
> MERCK KGaA
> Frankfurter Str. 250
> Darmstadt
> D-64293
> Germany
>
> MYLAN LABORATORIES, INC.
> 1500 Corporate Drive, Ste. 400
> Canonsburg, PA 15317
>
> MYLAN PHARMACEUTICALS, INC.
> 781 Chestnut Ridge Road
> Morgantown, WV 26505
>
> NOVARTIS AG
> Lichtstrasse 35
> CH-4002 Basel
> Switzerland
>
> PHARMA INVESTMENT, LTD.
> 5180 South Service Road
> Burlington, Ontario
> Canada   L7L 5H4
>
> ROXANE LABORATORIES, INC.
> 1809 Wilson Road
> Columbus, OH 43228

**ADDENDUM TO SUMMONS IN A CIVIL ACTION**
MDL No. 1456
Master File No. 01-12257-PBS

SANDOZ, INC., f/k/a GENEVA PHARMACEUTICALS, INC.
506 Carnegie Center, Suite 400
Princeton, NJ 08540

SCHERING-PLOUGH CORP.
2000 Galloping Hill Road
Kenilworth, NJ 07033-0530

SICOR, INC. f/k/a GENSIA PHARMACEUTICALS, INC.
19 Hughes
Irvine, CA 92618-1902

SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE
One Franklin Plaza
Philadelphia, PA 19101

TEVA PHARMACEUTICAL INDUSTRIES, LTD.
1090 Horsham Road
North Wales, PA 19454

WARRICK PHARMACEUTICALS CORP.
2000 Galloping Hill Rd.
Kenilworth, NJ 07033-0530

Z.L.B. BEHRING
1020 First Avenue
King of Prussia, PA 19406-1310

## CERTIFICATE OF SERVICE

I hereby certify that I, Dennis T. Fenwick, Deputy Attorney General, Bureau of Medi-Cal Fraud and Elder Abuse, for the State of California, caused a true and correct copy of the foregoing **Summons In A Civil Action Returned Executed on 10/28/05 as to Hoechst Marion Roussel, Inc.** to be served electronically on counsel of record pursuant to Paragraph 11 of the Case Management Order No. 2, by sending a copy to LexisNexis File and Service for posting and notification to all parties on November 10, 2005.

DENNIS T. FENWICK
Deputy Attorney General
Bureau of Medi-Cal Fraud and Elder Abuse
State of California
1425 River Park Drive, Suite 300
Sacramento, CA 95815
Tel: (916) 274-2909
Fax: (916) 274-2929