UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, ex rel. VEN-A-CARE OF THE FLORIDA KEYS, INC., a Florida Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, INC.; AMGEN, INC.; ARMOUR PHARMACEUTICAL CO.; AVENTIS BEHRING, L.L.C.; AVENTIS PHARMACEUTICALS, INC.; B. BRAUN MEDICAL, INC.; B. BRAUN OF AMERICA, INC.; BAXTER HEALTHCARE CORP.; BEDFORD LABORATORIES; BEN VENUE LABORATORIES, INC.; BOEHRINGER INGELHEIM CORP.; BOEHRINGER INGELHEIM PHARMACEUTICALS INC.; BRISTOL-MYERS SQUIBB COMPANY a/k/a BRISTOL-MYERS ONCOLOGY DIVISION/HIV PRODUCTS; C.H. BOEHRINGER SOHN GRUNDSTUCKSVERWALTUNG GMBH & CO. KG; DEY, INC.; DEY, L.P.; EMD, INC.; GENEVA PHARMACEUTICALS INC.; GENSIA  INC.; GENSIA SICOR, INC.; GLAXO WELLCOME INC. f/k/a BURROUGHS WELLCOME CO.; GLAXOSMITHKLINE PLC;  HOECHST MARION ROUSSEL, INC.; IMMUNEX CORP.; LIPHA, S.A.; McGAW, INC.; MERCK KGaA; MYLAN LABORATORIES, INC.; MYLAN PHARMACEUTICALS, INC.; NOVARTIS AG; PHARMACEUTICAL INVESTMENT, LTD.; ROXANE LABORATORIES, INC.; SANDOZ, INC.; SCHERING-PLOUGH CORP.; SICOR, INC. f/k/a GENSIA PHARMACEUTICALS, INC.; SMITHKLINE BEECHAM CORPORATION | **MDL No. 1456**<br>**Master File No. 01-12257-PBS**<br><br>**(Original Central District of California No. 03-CV-2238)** |

-1-

| | |
|---|---|
| d/b/a GLAXOSMITHKLINE; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; WARRICK PHARMACEUTICALS CORP.; Z.L.B. BEHRING, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL
## OF TEVA PHARMACEUTICAL INDUSTRIES, LTD.

Please take notice that plaintiffs in the above-captioned matters hereby dismiss all claims against defendant Teva Pharmaceutical Industries, Ltd., without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). Teva Pharmaceutical Industries, Ltd. has not served an answer or motion for summary judgment in the above-captioned matters; therefore, plaintiffs' claims will be dismissed without order of this Court, upon filing of this notice of dismissal.

                                                Respectfully submitted,

                                                BILL LOCKYER
                                                Attorney General for the State of California

Dated: November 10, 2005.                By: _____
                                                NICHOLAS N. PAUL
                                                CA State Bar No: 190605
                                                Deputy Attorney General
                                                Bureau of Medi-Cal Fraud & Elder Abuse
                                                OFFICE OF THE ATTORNEY GENERAL
                                                California Department of Justice
                                                1455 Frazee Road, Suite 315
                                                San Diego, California 92108
                                                Tel: (619) 688-6099
                                                Fax: (619) 688-4200

                                                **Attorneys for Plaintiff,**
                                                **STATE OF CALIFORNIA**

## CERTIFICATE OF SERVICE

I hereby certify that I, Nicholas N. Paul, Deputy Attorney General, Bureau of Medi-Cal Fraud and Elder Abuse, for the State of California, caused a true and correct copy of the foregoing **Notice of Voluntary Dismissal of Teva Pharmaceutical Industries, Ltd.** to be served electronically on counsel of record pursuant to Paragraph 11 of the Case Management Order No. 2, by sending a copy to LexisNexis File and Service for posting and notification to all parties.

Dated: November 10, 2005.

_____
NICHOLAS N. PAUL
Deputy Attorney General
Bureau of Medi-Cal Fraud and Elder Abuse
State of California
1455 Frazee Road, Suite 315
San Diego, CA   92108
Tel:  (619) 688-6099
Fax:  (619) 688-4200