17

1    MS. CONNOLLY:  I believe we concluded it, your
2  Honor.  But the 30(b)(6) wouldn't necessarily have covered
3  the actual transmittals that occurred, and that was also a
4  30(b)(6) that was taken before we realized we didn't have a
5  complete set of these transmittal documents from the
6  defendant, because there were communications that were
7  ongoing when we were asking AstraZeneca, "We don't think we
8  have all these.  Can you try to find them?"  They said,
9  "Sure.  We'll try to find them."
10         And so it was only very recently that we learned
11  they were not going to be able to find the detailed lists
12  of the transmittals themselves, and, therefore, we would
13  need these depositions, which is why this issue came up in
14  the last two weeks of the class period.
15         THE COURT:  All right.  Anything else on these 12?
16         MS. CONNOLLY:  That's it for those 12, your Honor.
17         THE COURT:  All right.
18         I'll hear you, Counsel.
19         MS. HARRIS:  Good morning, your Honor.
20         Plaintiffs have had ample opportunity to develop
21  discovery with respect to Zoladex.
22         THE COURT:  Well, let's go through each one of
23  these people.  This is the way I want to deal with it.
24         MS. HARRIS:  Okay.  All right.  It might be
25  helpful if I let you know the number of deponents they have