# Exhibit C

Excerpt of the July 22, 2005 Brunken Deposition Transcript

**HIGHLY CONFIDENTIAL DOCUMENT**
**FILED UNDER SEAL PURSUANT TO COURT ORDER**

BOS-915774 v1 5544510-0903