# Exhibit F
Excerpt of the August 9, 2005 Cervione Deposition Transcript

**HIGHLY CONFIDENTIAL DOCUMENT**
**FILED UNDER SEAL PURSUANT TO COURT ORDER**

BOS-915784 v1 5544510-0903