# Exhibit G

Excerpt of the September 14, 2005 Chrenko Deposition Transcript

**HIGHLY CONFIDENTIAL DOCUMENT**
**FILED UNDER SEAL PURSUANT TO COURT ORDER**