# Exhibit H

Excerpt of the August 12, 2005 Gisserot Deposition Transcript

**HIGHLY CONFIDENTIAL DOCUMENT**
**FILED UNDER SEAL PURSUANT TO COURT ORDER**

BOS-915789 v1 5544510-0903