UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION )<br>)<br>)<br>)<br>)<br>THIS DOCUMENT RELATES TO )<br>ALL ACTIONS ) | MDL No. 1456<br>CIVIL ACTION 01-CV-12257-PBS<br>Magistrate Judge Bowler |

## NOTICE OF FILING UNDER SEAL

To:  All Counsel of Record

Please take notice that on November 16, 2005, we caused to be filed with the Clerk Courts for the District of Massachusetts under seal the following:

> Exhibits C, F, G, H and I to the Declaration of Aimée E. Bierman in Support of Aventis Pharmaceuticals, Inc.'s Opposition to Plaintiffs' Cross-Motion to Conduct More Than Ten Depositions.

Aventis Pharmaceuticals, Inc.'s Opposition to Plaintiffs' Cross-Motion to Conduct More Than Ten Depositions and the Declaration of Aimée E. Bierman (with Exhibits A-B and D-E attached) were filed on November 16, 2005 by electronic filing.

/s/ Aimée E. Bierman
Michael DeMarco (BBO #119960)
   mdemarco@klng.com
Aimée E. Bierman (BBO #640385)
   abierman@klng.com
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA  02109-1808
(617) 261-3100

Michael L. Koon
James P. Muehlberger
SHOOK, HARDY & BACON L.L.P.
2255 Grand Boulevard
Kansas City, Missouri  64108-2613
(816) 474-6550
*Attorneys for Defendant*
*Aventis Pharmaceuticals Inc.*

Dated:  November 16, 2005

BOS-915760 v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that I, Aimée E. Bierman, caused a true and correct copy of the foregoing, **Notice of Filing Under Seal**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on November 16, 2005, a copy to Lexis/Nexis File & Serve for posting and notification to all parties.

                                                               /s/ Aimée E. Bierman
                                                                Aimée E. Bierman