

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456 |
| | ) | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) ) | Judge Patti B. Saris |

## NOTICE OF DEPOSITION

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 30, Plaintiffs, by their attorneys, will take the oral deposition, before a person contemplated by Fed.R.Civ.P. 28(a), of the following Defendant Aventis Pharmaceuticals' employees:

| | |
|---|---|
| John Cervione | July 22, 2005 at 9:00 a.m. |
| Rebecca Hayes | July 25, 2005 at 9:00 a.m. |
| Patricia Griffin | July 26, 2005 at 9:00 a.m. |

The depositions will take place at the Offices of Shepherd, Finkelman, Miller & Shah, LLC, 65 Main Street, Chester, Connecticut 06412 or at such other location as the parties mutually agree upon. The depositions may be recorded by stenographic and/or sound and visual means.


Case 1:01-cv-12257-PBS Document 1890-6 Filed 11/16/05 Page 2 of 4


You are invited to attend and examine the witness.

Respectfully submitted,

**SPECTOR, ROSEMAN & KODROFF, P.C.**

By /s/ John Macoretta
Jeffery Kodroff, Esquire
John Macoretta, Esquire
**Spector, Roseman & Kodroff, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Marc H. Edelson
Allan Hoffman
**Hoffman & Edelson**
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043

Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
**Hagens Berman LLP**
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700

Steve W. Berman
Sean R. Matt
Robert Gaudet
**Hagens Berman LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292

Samuel Heins
Susan McMennamin
**Heins, Mills & Olson, P.C.**
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-4605

Case 1:01-cv-12257-PBS Document 1888-6 Filed 11/16/05 Page 3 of 4


07/01/05
10:54 AM ET

Kenneth A. Wexler
**The Wexler Firm, LLP**
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222

Dated: July 1, 2005



## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2005, I served true and correct copies of the foregoing Notice of Deposition via Verilaw on all counsel of record.

                    /s/ John Macoretta
Jeffery Kodroff, Esquire
John Macoretta, Esquire
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103