# Exhibit I

Excerpt of the August 19, 2005 Hoppenot Deposition Transcript

**HIGHLY CONFIDENTIAL DOCUMENT**
**FILED UNDER SEAL PURSUANT TO COURT ORDER**

BOS-915791 v1 5544510-0903