UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------ x
                                     )
IN RE: PHARMACEUTICAL INDUSTRY       )
AVERAGE WHOLESALE PRICE              )  MDL No. 1456
LITIGATION                           )  Civil Action No. 01-CV-12257-PBS
                                     )
                                     )
------------------------------------ x
                                     )
                                     )
THIS DOCUMENT RELATES TO:            )  Hon. Patti B. Saris
International Union of Operating Engineers, )
Local No. 68 Welfare Fund v. AstraZeneca PLC )
et al. Civil Action No. 04-11503-PBS )
                                     )
                                     )
------------------------------------ x
```

## DECLARATION OF LUCY FOWLER IN SUPPORT OF ASTRAZENECA'S MEMORANDUM OF LAW IN SUPPORT OF ASTRAZENECA'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS BY PLAINTIFF INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND

I, Lucy Fowler, hereby declare that:

1. I am an associate at Foley Hoag LLP, which serves as counsel to defendant AstraZeneca Pharmaceuticals LP in the above-captioned litigation.

2. This declaration is submitted in support of AstraZeneca's Memorandum of Law in Support of AstraZeneca's Motion to Compel the Production of Documents by Plaintiff International Union of Operating Engineers, Local No. 68 Welfare Fund.

3. Attached as Exhibit 1 is a true and correct copy of Defendant AstraZeneca's First Request for Production of Documents to Plaintiff International Union of Operating Engineers, Local No. 68 Welfare Fund, dated September 16, 2005.

4. Attached as Exhibit 2 is a true and correct copy of the Responses and Objections of Plaintiff, International Union of Operating Engineers, Local No. 68 Welfare Fund, to Defendant AstraZeneca's First Request for Production of Documents, dated October 17, 2005.

5. Attached as Exhibit 3 is a true and correct copy of the October 26, 2005 letter from TerriAnne Benedetto to James J. Duffy.

By: /s/ Lucy Fowler

DATED: November 17, 2005
Boston, MA

Lucy Fowler (BBO# 647929)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02110

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on November 17, 2005, a copy to Lexis/Nexis® File & Serve for posting and notification to all parties.

s/ Lucy Fowler
Lucy Fowler