UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) M.D.L. No. 1456 ) Civil Action No. 01-12257-PBS ) ) |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | ) ) ) ) |

**CASE MANAGEMENT ORDER #17**

November 21, 2005

Saris, U.S.D.J.

Case Management Order No. 13 is amended as follows:

**December 15, 2005**: Plaintiffs file expert liability reports.

**February 15, 2006**: Defendants file expert liability reports

**March 15, 2006**: Completion of expert depositions.

SO ORDERED.

**S/PATTI B. SARIS**
United States District Judge