UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION  ) ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS  ) ) ) ) |  |

**PLAINTIFFS' AND DEFENDANT BAXTER'S JOINT AGREED MOTION FOR EXTENSION TO TRACK II DISCOVERY SCHEDULE WITH RESPECT TO BAXTER**

Plaintiffs and Defendant Baxter jointly move this Court for an extension to the Track II Discovery Schedule with respect to Baxter. In support thereof, Plaintiffs and Baxter state as follows:

I. **THE PARTIES REQUEST AN EXTENSION OF THE DEADLINE FOR TRACK II DISCOVERY WITH RESPECT TO BAXTER TO SEPTEMBER 30, 2006.**

Currently pending before this Court is Plaintiffs' Motion To Compel The Production Of Documents From Baxter. The parties have conferred regarding the document production made to date by Baxter, Baxter's proposed rolling production of additional documents, and the depositions that will likely arise as Baxter undertakes the production of its documents.

Based on those discussions, Plaintiffs have agreed to withdraw their Motion To Compel Baxter's documents without prejudice contemporaneously with this Motion, based on the parties'

joint request to this Court to modify the Track II Discovery Schedule with respect to Baxter as follows:[1]

- final date for production of documents: June 1, 2006,
- final date for depositions of fact witnesses: September 30, 2006;
- Plaintiffs to file their expert reports on liability: November 15, 2006;
- Baxter to file its expert reports on liability: December 1, 2006;
- completion of expert depositions: December 30, 2006.

Baxter and Plaintiffs agree that this schedule provides sufficient time to conduct discovery given the number of documents which Baxter believes it has to produce with respect to the drugs at issue and given the breadth of discovery required by both parties to prepare the case for trial.

## II.   CONCLUSION

For all of the foregoing reasons, Plaintiffs and Defendant Baxter respectfully request that this Court enter an order: a) granting the parties' Joint Agreed Motion For Extension To Track II Discovery Schedule With Respect To Baxter; and b) setting the discovery schedule with respect to Baxter as follows:  (i) final date for production of documents: June 1, 2006, (ii) final date for depositions of fact witnesses: September 30, 2006; (iii) Plaintiffs to file their expert reports on liability:  November 15, 2006; (iv) Baxter to file its expert reports on liability: December 1, 2006; (v) completion of expert depositions:  December 30, 2006.

DATED:  November 22, 2005

---

[1] Case Management Order ("CMO") No. 14 sets forth the following deadlines associated with discovery related to the Track Two Defendants:
December 3, 2005:  Close of Fact Discovery.
January 15, 2006:  Plaintiffs file their expert reports on liability.
January 30, 2006:  Defendants file expert reports on liability.
March 15, 2006:  Completion of expert depositions.

| | |
|---|---|
| *On Behalf of Baxter* | *On Behalf of Plaintiffs* |
| By: [signature] | By /s/ Steve W. Berman<br>    Thomas M. Sobol (BBO#471770)<br>    Edward Notargiacomo (BBO#567636)<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA 02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003<br>**LIAISON COUNSEL** |

Steve W. Berman
Sean R. Matt
Robert F. Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer F. Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Samuel D. Heins
Alan I. Gilbert
Susan E. MacMenamin
Heins, Mills & Olson, P.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
**CO-LEAD COUNSEL FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | |

**[PROPOSED] ORDER**

This matter coming before the Court on Plaintiffs' And Defendant Baxter's Joint Agreed Motion For Extension To Track II Discovery Schedule With Respect To Baxter;

It Is Hereby Ordered As Follows:

1. Plaintiffs' And Defendant Baxter's Joint Agreed Motion For Extension To Track II Discovery Schedule With Respect To Baxter is granted;

2. The Track II Discovery Schedule set forth in Case Management Order No. 14 is modified with respect to Baxter as follows:

   (i) final date for production of documents: June 1, 2006,

   (ii) final date for depositions of fact witnesses: September 30, 2006;

   (iii) Plaintiffs to file their expert reports on liability: November 15, 2006;

   (iv) Baxter to file its expert reports on liability: December 1, 2006;

   (v) completion of expert depositions: December 30, 2006.

ENTERED: _____, 2005

_____
Saris, J.

- 5 -

## CERTIFICATE OF SERVICE

I, hereby certify that I, Merle M. DeLancey, counsel to Baxter Healthcare Corporation and Baxter International Inc., caused a true and correct copy of the foregoing PLAINTIFFS' AND DEFENDANT BAXTER'S JOINT AGREED MOTION FOR EXTENSION TO TRACK II DISCOVERY SCHEDULE WITH RESPECT TO BAXTER and [Proposed] ORDER to be served electronically on counsel of record pursuant to Paragraph 11 of the Case Management Order No. 2, by sending a copy to LexisNexis File and Service for posting and notification to all parties on November 22, 2005.

_/s/ Merle M. DeLancey_
Merle M. DeLancey
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, D.C. 20037
Tel: (202) 828-2282
Fax: (202) 887-0689
Counsel for Baxter Healthcare Corporation
and Baxter International Inc.