UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) <br> ) MDL NO. 1456 <br> ) <br> ) CIVIL ACTION:  01-CV-12257-PBS <br> ) <br> ) Judge Patti B. Saris <br> ) |

## NOTICE OF CHANGE OF ADDRESS

Please be advised that the following counsel has changed his business address and will continue to represent Bayer Corporation in the above-referenced matter.

>Robert P. Sherman, Esq.
>DLA Piper Rudnick Gray Cary LLP
>One International Place
>Boston, MA  02110
>(617) 406-6035

By:  */s/  Robert P. Sherman*
Robert P. Sherman (BBO #458540)
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110
(617) 345-1000

Dated:  November 22, 2005

## CERTIFICATE OF SERVICE

I certify that on November 22, 2005, I caused a true and correct copy of this Withdrawal of Appearance to be served on all counsel of record.

*/s/  Robert P. Sherman*

HWD2 1038931v2