UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | | |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION BY BAXTER WITHOUT PREJUDICE**

Plaintiffs respectfully notify this Court that they have withdrawn Plaintiffs' Motion To Compel Production By Baxter without prejudice.  Since the filing of Plaintiffs' Motion To Compel on November 8, 2005, Plaintiffs and Baxter have conferred regarding the documents that Baxter has not yet produced in this matter and the depositions that will need to be taken once the documents are produced.  As a result of that meet and confer process, the parties agreed to an extension of the Track II discovery schedule with respect to Baxter and filed Plaintiffs' and Defendant Baxter's Joint Agreed Motion for Extension to Track II Discovery Schedule with Respect to Baxter on November 22, 2005.  Plaintiffs also agreed to withdraw their pending Motion To Compel.  However, Plaintiffs and Baxter have agreed that Plaintiffs' withdrawal of the Motion To Compel is without prejudice to re-file.

DATED:  November 22, 2005

By     /s/ **Elizabeth A. Fegan**
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

- 1 -

Steve W. Berman
Sean R. Matt
Robert F. Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer F. Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

- 3 -

        Samuel D. Heins
        Alan I. Gilbert
        Susan E. MacMenamin
        Heins, Mills & Olson, P.C.
        3550 IDS Center
        80 South Eighth Street
        Minneapolis, MN  55402
        Telephone: (612) 338-4605
        Facsimile: (612) 338-4692
        **CO-LEAD COUNSEL FOR PLAINTIFFS**

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Elizabeth A. Fegan, an attorney, caused a true and correct copy of the foregoing **PLAINTIFFS' NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION BY BAXTER** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on November 22, 2005, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                              By **/s/ Elizabeth A. Fegan**