IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: Pharmaceutical Industry Average Wholesale Price Litigation | ) MDL No. 1456 ) ) C.A. No. 01-12257-PBS ) |
| This Document Relates to: ALL ACTIONS | ) The Honorable Patti B. Saris ) |

JOINT MOTION OF THE ATTORNEYS GENERAL OF
ILLINOIS, KENTUCKY, WISCONSIN, AND IDAHO
FOR LEAVE TO FILE A MEMORANDUM REGARDING
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
BY HARD COPY, PENDING ELECTRONIC CASE FILING REGISTRATION

Lisa Madigan, Attorney General of the State of Illinois; Gregory D. Stumbo, Attorney General of the Commonwealth of Kentucky; Peggy A. Lautenschlager, Attorney General of the State of Wisconsin; and Lawrence G. Wasden, Attorney General of the State of Idaho (hereinafter jointly referred to as "the Attorneys General"), respectfully move this Court for leave to file the attached joint memorandum regarding plaintiffs' motion for class certification by hard copy pending registration with the United States District Court for the District of Massachusetts as an electronic case filing ("ECF") user.

The undersigned was admitted to appear in this case *pro hac vice* on or about February 15, 2005 for the purpose of presenting the Court with the position of the Attorneys General regarding plaintiffs' motion for class certification. On or about February 7, 2005, the Attorneys General filed a motion for leave to file a joint brief regarding the issue of class certification and to appear at the February 10, 2005 hearing regarding this issue. The Attorneys General have filed no other pleadings in the case. Accordingly, there was no need for the undersigned to register with the Court as an ECF user. However, on August 16, 2005, the Court entered an order regarding plaintiffs' motion for class certification which the

Attorneys General now wish to address. On November 21, 2005, the undersigned submitted an application to register as an ECF user but has been advised that a user identification number and password will not be issued for eight to ten business days. The Attorneys General wish the Court to have its joint memorandum regarding class certification immediately.

    Accordingly, the Attorneys General move for leave to file their joint memorandum regarding class certification by hard copy.

Dated: November 21, 2005

                                  Respectfully submitted,

                                  LISA MADIGAN
                                  Attorney General of the State of Illinois

                                  GREGORY D. STUMBO
                                  Attorney General of the Commonwealth of Kentucky

                                  PEGGY A. LAUTENSCHLAGER
                                  Attorney General of the State of Wisconsin

                                  LAWRENCE G. WASDEN
                                  Attorney General for the State of Idaho

                By: _____
                        ROBERT S. LIBMAN
                        Special Assistant Attorney General
                        for the States of Illinois, Kentucky, Wisconsin and Idaho

Miner, Barnhill & Galland
14 W. Erie St.
Chicago, IL 60610
(312) 751-1170
(312) 751-0438 (telefax)