UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS<br><br>Magistrate Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | |

## DECLARATION OF JOHN MACORETTA

1. I am a partner at the law firm of Spector, Roseman & Kodroff, in Philadelphia, PA, representing the Plaintiffs.

2. Attached hereto as Exhibit "A " is a true and correct copy of the November 9, 2005 hearing transcript.

3. Attached hereto as Exhibit "B " is a true and correct copy of J&J's Request for Admissions and Interrogatories regarding Procrit.

4. Attached hereto as Exhibit "C" is a true and correct copy of J&J's Request for Admissions and Interrogatories regarding Remicade.

5. Attached hereto as Exhibit "D" is a true and correct copy of Plaintiffs' Response to J&J's Request for Admissions and Interrogatories regarding Procrit.

6. Attached hereto as Exhibit "E" is a true and correct copy of Plaintiffs' Response to J&J's Request for Admissions and Interrogatories (Remicade Irog 11, Procrit 5) regarding Remicade.

7. Attached hereto as Exhibit "F" is a true and correct copy of case *United States v. Chevron U.S.A. Inc.,* 1989 WL 100927, *4 (E.D.Pa. Aug. 30, 1989).

8.  Attached hereto as Exhibit "G" is a true and correct copy of case *Caruso v. Coleman Co.,* 1995 WL 347003, *5 (E.D.Pa. June 7, 1995).

Dated: November 23, 2005

*[signature]*
John A. Macoretta

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2005, I served true and correct copies of the foregoing Plaintiffs' Objections to Magistrate Judge Bowlers's Ruling on Johnson & Johnson"s Motion to Determine the Sufficiency of Plaintiffs' Response to Request for Admissions and Interrogatories Concerning Remicade and Procrit on all counsel of record via LexisNexis File & Serve.

                                                      /s/ John Macoretta
                                                  John Macoretta