# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | ) Judge Patti B. Saris ) ) |

**PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER RE SUBPOENAS ISSUED BY DEY, INC. TO TUFTS ASSOCIATED HEALTH PLANS, INC. AND NEIGHBORHOOD HEALTH PLAN, INC.**

Plaintiffs respectfully move the Court for a protective order quashing defendant Dey, Inc.'s subpoenas addressed to absent class members Tufts Associated Health Plans, Inc. and Neighborhood Health Plan, Inc. dated November 9, 2005. This motion is supported by Plaintiffs' Memorandum in Support of Plaintiffs' Motion for a Protective Order filed herewith, and the record and pleadings on file in this proceeding.

Respectfully submitted,

By **/s/ David S. Nalven**
Thomas M. Sobol
David S. Nalven
Edward Notargiacomo
Hagens Berman Sobol ShapiroLLP
One Main Street
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

*LIAISON AND CO-LEAD COUNSEL*

                                    Eugene A. Spector  
                                    Jeffrey Kodroff  
                                    Spector, Roseman & Kodroff, P.C.  
                                    1818 Market Street, Suite 2500  
                                    Philadelphia, PA 19103  
                                    Telephone: (215) 496-0300  
                                    Facsimile: (215) 496-6611  

                                    Marc H. Edelson  
                                    Hoffman & Edelson  
                                    45 West Court Street  
                                    Doylestown, PA 18901  
                                    Telephone: (215) 230-8043  
                                    Facsimile: (215) 230-8735  

                                    Kenneth A. Wexler  
                                    Kenneth A. Wexler & Associates  
                                    One North LaSalle Street, Suite 2000  
                                    Chicago, IL 60602  
                                    Telephone: (312) 346-2222  
                                    Facsimile: (312) 346-0022  

                                    *CO-LEAD COUNSEL*

Dated: November 23, 2005

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Docket No. MDL 1456

I hereby certify that I conferred by telephone with Philip Robbens, attorney for Dey, Inc., on November 21, 2005, and attempted in good faith to resolve the issues set forth in this motion.

    /s/ David S. Nalven

Dated: November 23, 2005

## CERTIFICATE OF SERVICE

Docket No. MDL 1456

I, David S. Nalven, hereby certify that I am one of plaintiffs' attorneys and that, on November 23, 2005, I caused copies of the Plaintiffs' Motion for a Protective Order Concerning Subpoenas Issued By Dey, Inc. to Tufts Associated Health Plans, Inc. and Neighborhood Health Plan, Inc. to be served via Lexis/Nexis File Serve on all counsel of record.

    /s/ David S. Nalven

Dated: November 23, 2005