FOR THE DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Judge Patti B. Saris |

## MOTION FOR ADMISSION OF WILLIAM ESCOBAR, ANTONIA F. GIULIANA, CLIFFORD KATZ, NEIL MERKL, CHRISTOPHER C. PALERMO, PHILIP D. ROBBEN AND LORIANNE K. TREWICK *PRO HAC VICE*

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts and pursuant to this Court's Case Management Order No. 1, ¶ 16, the undersigned counsel moves that William Escobar, Antonia F. Giuliana, Clifford Katz, Neil Merkl, Christopher C. Palermo, Philip D. Robben and Lorianne K. Trewick be permitted to appear and participate in this action *pro hac vice* as counsel for defendant Dey, Inc. The undersigned counsel states as follows:

1. Mr. Escobar, Ms. Giuliana, Mr. Katz, Mr. Merkl, Mr. Palermo, Mr. Robben and Ms. Trewick are attorneys with the law firm of Kelley Drye & Warren LLP, 101 Park Avenue, New York, New York 10178.

2. The accompanying declarations of counsel, attached hereto as Exhibits A - G, certify that these attorneys have met the requirements to practice before the United States District Court for the District of Massachusetts.

3.  A check in the amount of $350.00 is being forwarded simultaneously with this motion for these attorneys' respective admissions *pro hac vice*.

WHEREFORE, the undersigned counsel respectfully requests that this Court grant this motion to admit William Escobar, Antonia F. Giuliana, Clifford Katz, Neil Merkl, Christopher C. Palermo, Philip D. Robben and Lorianne K. Trewick *pro hac vice*.

Dated: November 28, 2005                Respectfully submitted,

                                        KELLEY DRYE & WARREN LLP

                                        By: _____
                                            Paul F. Doyle (BBO # 133460)

                                        101 Park Avenue
                                        New York, New York 10178
                                        Telephone: (212) 808-7786
                                        Facsimile: (212) 808-7897

                                        Attorneys for Dey, Inc.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on November 28, 2005, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                        _____
                                        Philip D. Robben

## EXHIBIT A:  DECLARATION OF WILLIAM ESCOBAR

I, William Escobar, hereby certify as follows:

1. I am a Partner of the firm of Kelley Drye & Warren LLP, which is located at 101 Park Avenue, New York, New York 10178.

2. I have been admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, and state courts on the dates indicated for each:

|  | DATE ADMITTED |
|---|---|
| The State of New York | 6/23/1982 |
| United States District Court for the Southern District of New York | 10/12/1982 |
| United States District Court for the Eastern District of New York | 10/21/1983 |
| United States Court of Appeals for the Tenth Circuit | 02/13/1990 |
| United States Court of Appeals for the Second Circuit | 07/26/1995 |
| United States Court of Appeals for the District of Columbia Circuit | 12/10/1996 |

3. I am an attorney in good standing and eligible to practice in the above-referenced jurisdictions.

4. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by them.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on November 23, 2005.

By: _____
William Escobar

## EXHIBIT B:  DECLARATION OF ANTONIA F. GIULIANA

I, Antonia F. Giuliana, hereby certify as follows:

1. I am an associate of the firm of Kelley Drye & Warren LLP, which is located at 101 Park Avenue, New York, New York 10178.

2. I have been admitted to practice before the following United States District Courts and state courts on the dates indicated for each:

|  | DATE ADMITTED |
|---|---|
| The State of New Jersey | 03/26/1999 |
| The State of New York | 06/22/1999 |
| United States District Court for the Southern District of New York | 07/03/2001 |
| United States District Court for the Eastern District of New York | 07/03/2001 |

3. I am an attorney in good standing and eligible to practice in the above-referenced jurisdictions.

4. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5. I have been on inactive status with the Bar of the State of New Jersey since 1999 because I have not taken the continuing legal education classes that are required to achieve active status.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by them.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.  Executed on November 25, 2005.

By: _____
Antonia Giuliana

## EXHIBIT C: DECLARATION OF CLIFFORD KATZ

I, Clifford Katz, hereby certify as follows:

1. I am an associate of the firm of Kelley Drye & Warren LLP, which is located at 101 Park Avenue, New York, New York 10178.

2. I have been admitted to practice before the following United States District Courts and state courts on the dates indicated for each:

|  | DATE ADMITTED |
|---|---|
| The State of New Jersey | 12/02/2002 |
| United States District Court for the District of New Jersey | 12/30/2002 |
| The State of New York | 05/08/2003 |
| United States District Court for the Southern District of New York | 07/15/2003 |
| United States District Court for the Eastern District of New York | 07/15/2003 |

3. I am an attorney in good standing and eligible to practice in the above-referenced jurisdictions.

4. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by them.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on November 22, 2005.

By: _____
Clifford Katz

# EXHIBIT D:  DECLARATION OF NEIL MERKL

I, Neil Merkl, hereby certify as follows:

1. I am a Partner of the firm of Kelley Drye & Warren LLP, which is located at 101 Park Avenue, New York, New York 10178.

2. I have been admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States, and state courts on the dates indicated for each:

|  | DATE ADMITTED |
|---|---|
| The State of New York | 06/20/1984 |
| United States District Court for the Southern District of New York | 08/07/1984 |
| United States District Court for the Eastern District of New York | 08/07/1984 |
| United States Court of Appeals for the Second Circuit | 06/30/1993 |
| United States District Court for the District of Columbia | 03/07/1994 |
| United States District Court for the Northern District of New York | 04/25/1997 |
| United States Supreme Court | 04/29/1997 |
| United States District Court for the Eastern District of Wisconsin | 01/15/1998 |
| United States District Court for the Western District of Wisconsin | 02/25/1998 |
| United States Court of Appeals for the Federal Circuit | 05/19/1998 |
| The Court of the District of Columbia | 03/30/1999 |
| United States Court of Appeals for the Third Circuit | 05/09/2003 |

3. I am an attorney in good standing and eligible to practice in the above-referenced jurisdictions.

4.      I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by them.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on November 22, 2005.

By: _____
Neil Merkl

## EXHIBIT E: DECLARATION OF CHRISTOPHER C. PALERMO

I, Christopher C. Palermo, hereby certify as follows:

1.  I am a Partner of the firm of Kelley Drye & Warren LLP, which is located at 101 Park Avenue, New York, New York 10178.

2.  I have been admitted to practice before the following United States District Courts and state courts on the dates indicated for each:

|  | DATE ADMITTED |
|---|---|
| The State of New York | 05/02/1988 |
| United States District Court for the Southern District of New York | 02/28/1989 |
| United States District Court for the Eastern District of New York | 02/28/1989 |

3.  I am an attorney in good standing and eligible to practice in the above-referenced jurisdictions.

4.  I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by them.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on November 17, 2005.

By: *Christopher C. Palermo*
Christopher C. Palermo

## EXHIBIT F:  DECLARATION OF PHILIP D. ROBBEN

I, Philip D. Robben, hereby certify as follows:

1.  I am an associate of the firm of Kelley Drye & Warren LLP, which is located at 101 Park Avenue, New York, New York 10178.

2.  I have been admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, and state courts on the dates indicated for each:

|  | DATE ADMITTED |
|---|---|
| The State of New Jersey | 12/15/1998 |
| United States District Court for the District of New Jersey | 12/31/1998 |
| The State of New York | 03/03/1999 |
| United States District Court for the Southern District of New York | 02/08/2000 |
| United States District Court for the Eastern District of New York | 02/08/2000 |
| United States Court of Appeals for the Federal Circuit | 11/19/2001 |
| United States Court of Appeals for the Second Circuit | 01/06/2005 |
| United States District Court for the Western District of New York | 06/16/2005 |

3.  I am an attorney in good standing and eligible to practice in the above-referenced jurisdictions.

4.  I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by them.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.  Executed on November 22, 2005.

By: _____
Philip D. Robben

## EXHIBIT G:  DECLARATION OF LORIANNE K. TREWICK

I, Lorianne K. Trewick, hereby certify as follows:

1. I am an associate of the firm of Kelley Drye & Warren LLP, which is located at 101 Park Avenue, New York, New York 10178.

2. I have been admitted to practice before the following United States District Courts and state courts on the dates indicated for each:

|  | DATE ADMITTED |
|---|---|
| The State of New Jersey | 12/13/2001 |
| The State of New York | 10/23/2002 |
| United States District Court for the Southern District of New York | 05/04/2004 |
| United States District Court for the Eastern District of New York | 05/04/2004 |

3. I am an attorney in good standing and eligible to practice in the above-referenced jurisdictions.

4. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by them.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.  Executed on November 22, 2005.

By: _____
Lorianne K. Trewick