UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION, | MDL No. 1456 |
| THIS DOCUMENT RELATES TO THE MASTER CONSOLIDATED CLASS ACTION, | Civil Action No. 01-12257-PBS |

**NONPARTY NEIGHBORHOOD HEALTH PLAN, INC.'S
MOTION FOR PROTECTIVE ORDER AND TO QUASH SUBPOENA
FROM DEFENDANT DEY, INC.**

Pursuant to Fed. R. Civ. P. 45(c), now comes non-party Neighborhood Health Plan,

Inc. ("NHP") and moves for a protective order and to quash the subpoena from defendant

Dey, Inc.  In further support of this Motion, NHP relies on Nonparty Neighborhood Health

Plan, Inc.'s Memorandum in Support of Motion for Protective Order and to Quash Subpoena

from Defendant Dey, Inc. and the Affidavit of Pamela Siren, submitted herewith.

Respectfully submitted,

Neighborhood Health Plan, Inc.,

By its Attorneys,

/s/Susan Hughes Banning
Susan Hughes Banning
BBO #028640
HEMENWAY & BARNES
60 State Street
Boston, MA  02109
(617) 227-7940

Dated:  November 29, 2005

377510

- 2 -

## CERTIFICATION PURSUANT TO LOCAL RULES 7.1 AND 37.1

I hereby certify that I attempted in good faith to confer with counsel for Dey, Inc. to resolve or narrow the issues presented by this Motion and that counsel for Dey, Inc. failed to respond.

## CERTIFICATE OF SERVICE

I, Susan Hughes Banning, counsel to nonparty Neighborhood Health Plan, Inc., hereby certify that on November 29, 2005, I caused copies of Nonparty Neighborhood Health Plan, Inc.'s Motion for Protective Order and to Quash Subpoena from Defendant Dey, Inc., Nonparty Neighborhood Health Plan, Inc.'s Memorandum in Support of its Motion for a Protective Order and to Quash Subpoena from Defendant Dey, Inc., and Affidavit of Pamela Siren to be served electronically on all counsel of record.

/s/Susan Hughes Banning
Susan Hughes Banning

- 2 -

377510