# Hemenway & Barnes

COUNSELORS AT LAW

PRIVATE FIDUCIARIES

60 STATE STREET

BOSTON, MASSACHUSETTS 02109-1899

TELEPHONE 617-227-7940

FAX 617-227-0781

ALFRED HEMENWAY
(1863-1927)
CHARLES B. BARNES
(1893-1956)

ROY A. HAMMER
LAWRENCE T. PERERA
TIMOTHY F. FIDGEON
MICHAEL B. ELEFANTE
MICHAEL J. PUZO
THOMAS L. GUIDI
EDWARD NOTIS-MCCONARTY
DIANE C. TILLOTSON
STEPHEN W. KIDDER
SUSAN HUGHES BANNING
FREDERIC J. MARX
NANCY B. GARDINER
KURT F. SOMERVILLE
TERESA A. BELMONTE
BRIAN C. BRODERICK
CHARLES FAYERWEATHER

NANCY E. DEMPZE
JOSEPH L. BIERWIRTH, JR
DENNIS R. DELANEY
MARK B. ELEFANTE
JOHN J. SICILIANO
ROBIN L. SHEEDY
EUNHA K. THAYER
RENEE M. MARTINEZ

GEORGE H. KIDDER
DAVID H. MORSE
JOHN J. MADDEN
GEORGE T. SHAW
DEBORAH J. HALL
OF COUNSEL

SUSAN HUGHES BANNING
Direct Dial (617) 557-9701
sbanning@hembar.com

November 28, 2005

BY FAX and FIRST CLASS MAIL

Paul F. Doyle, Esq.
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

In re:  Pharmaceutical Industry Average Wholesale Price Litigation
        Civil Action No. 01-12257-PBS

Dear Mr. Doyle:

    As you know, I represent Neighborhood Health Plan ("NHP"). I have not heard back from you in response to my letter dated November 21, 2005. You have not responded to my offer to discuss with you Nonparty Neighborhood Health Plan, Inc.'s Objections to Subpoena for the Production of Documents. Nor have you responded to my inquiry concerning the scheduling of the December 2, 2005 deposition of NHP.

    I understand that plaintiffs now have filed a motion for a protective order with respect to the subpoena to NHP. In light of plaintiffs' motion, please advise me whether you are willing to reschedule the deposition of NHP for some date after the plaintiffs' motion is decided.

Sincerely,

Susan Hughes Banning

SHB/dls

377505

60 State Street, Boston, Massachusetts 02109
(617) 227-7940 (Voice)
(617) 227-0781 (Fax)

**Hemenway & Barnes**



| | | | | |
|---|---|---|---|---|
| **To:** | Paul F. Doyle, Esq. | **From:** | Susan Hughes Banning, Esq. | |
| **Company:** | Kelley Drye & Warren, LLP | | | |
| **Fax:** | 212-808-7897 | **Pages:** | 2  Including cover sheet | |
| **Phone:** | | **Date:** | November 28, 2005 | |
| **Re:** | | **CC:** | | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

This is the only copy you will receive ☐          Hard copy to follow ☐

● Comments:

This transmittal is intended only for the use of the individual or entity to which it is addressed. This transmittal may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this transmittal is not the intended recipient, or the employee or agent responsible for delivering the transmittal to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us by mail at the above address. Thank you.

TX   RESULT   REPORT

NAME: HEMENWAY & BARNES
TEL : 6172277475
DATE: NOV.28'2005 15:20

| SESSION | FUNCTION | NO. | DESTINATION STATION | DATE | TIME | PAGE | DURATION | MODE | RESULT |
|---|---|---|---|---|---|---|---|---|---|
| 4829 | TX | 01 | 12128087897 | NOV.28 | 15:19 | 002 | 00H00'40" | ECM | OK |