Exhibit A



**Harvard Pilgrim HealthCare**

# FAX COVER SHEET

## DATE: NOVEMBER 29, 2005  12:09 PM

### PAGES (INCLUDING COVER)  2

**TO:** IRENE S. FIORENTINOS, ESQ.
JONES DAY
**FAX:** (312) 782-8585

**FROM:** MATT HERNDON
HARVARD PILGRIM HEALTH CARE
LEGAL DEPARTMENT
93 WORCESTER STREET
WELLESLEY, MA  02481
**PHONE:** 617-509-7250
**FAX:** 617-509-7515

**CONFIDENTIALITY NOTICE**

This facsimile transmission is intended only for the addressee named above. It contains information that is privileged, confidential or otherwise protected from use and disclosure.

If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, or dissemination of this transmission is strictly prohibited.

If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for retrieval of the document.

## COMMENTS:


Harvard Pilgrim
Health Care

November 29, 2005

<u>Via Facsimile & U.S. Mail</u>
<u>(312) 782-8585</u>

Irene S. Fiorentinos, Esq.
Jones Day
77 West Wacker
Chicago, Illinois 60601-1692

Re:    In re Pharmaceutical Industry Average Wholesale Price Litigation and Harvard Pilgrim Health
       Care Subpoena

Dear Ms. Fiorentinos:

This will confirm our conversation yesterday concerning the subpoena served electronically upon Harvard
Pilgrim Health Care on Wednesday, November 23, 2004 in connection with the above referenced
litigation.  While Harvard Pilgrim expressly reserves the right to object to the subpoena for documents
and testimony on all grounds available to us, Harvard Pilgrim and Jones Day on behalf of all defendants
have agreed to postpone both the production of documents scheduled for November 30, 2005 and
testimony scheduled for December 2, 2005 while we further review your request.

As we discussed, Harvard Pilgrim responded to an earlier subpoena in 2004 served by another defendant
in this matter by providing numerous documents and testimony by Harvard Pilgrim employees.  We
understand that your recent subpoena for documents and additional testimony is meant to "complete
discovery previously served on Harvard Pilgrim."  Harvard Pilgrim contends that we have complied with
all outstanding discovery requests as a third-party witness pursuant to our agreement with defendants'
counsel at the firm of Patterson, Belknap, Webb & Tyler, LLP with respect to the initial subpoena.

Based on our discussion, we also understand that the plaintiffs in this litigation have filed a motion for a
protective order in connection with your recent subpoena on Harvard Pilgrim.  If this motion is granted,
we understand that no further action will be required by Harvard Pilgrim.

Notwithstanding our significant concerns about responding to another subpoena for documents and
testimony over a year later, we have agreed to review your additional request for information consistent
with our past approach of cooperation where reasonable and not unduly burdensome.  Again, Harvard
Pilgrim reserves the right to object to the subpoena after we conduct this review.

We will plan to speak with you later in the week concerning this matter.

Sincerely,

Matthew H. Herndon

cc:    Lori Jackson

Harvard Pilgrim Health Care, Inc.

Exhibit B

**Exhibit B**

## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 ) ) Civil Action No. ) 01-CV-12257-PBS |
| THIS DOCUMENT RELATIONS TO ALL ACTIONS | ) ) Judge Patti B. Saris |

### [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER REGARDING SUBPOENAS TO PUTATIVE CLASS MEMBERS

For the reasons stated in open Court at the Status Conference on March 8, 2004,

Plaintiffs' Motion for a Protective Order Regarding Subpoenas to Putative Class Members

[Docket No. 632] hereby is DENIED.

Dated: March ___, 2004

The Honorable Patti B. Saris

Exhibit C



From:       ECFnotice@mad.uscourts.gov
Sent:       11/2/2004 3:52:31 PM
To:         CourtCopy@mad.uscourts.gov
CC:
BCC:
Subject:    Activity in Case 1:01-cv-12257-PBS Citizens for Consume, et al v. Abbott
            Laboratories,, et al "Order on Motion to Compel"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without
charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was received from Bowler, Marianne entered on 11/2/2004 at 3:52 PM
EST and filed on 11/2/2004

Case Name: Citizens for Consume, et al v. Abbott Laboratories,, et al
Case Number: 1:01-cv-12257 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?77895

Document Number:
Copy the URL address on the line below into the location bar of your Web browser to view the
document:

Docket Text:
Judge Marianne B. Bowler: Electronic ORDER entered granting in part and denying in part [996]
Motion to Compel to the extent set forth in the ruling on Docket Entry # 1068. Electronic Order
denying [1068] nonparties' Motion to Quash, consistent with the reasoning employed by the court
at the March 8, 2004 status conference. The nonparties are ordered to appear at the noticed
depositions which, absent an agreement among all participating entities, shall be taken within the
next 30 days. The subject matter shall be item numbers 1-3, 5-7, 11-13, 16-17 and 20-21 as set
forth in the list attached to the August 23, 2004 letter (Docket Entry # 170, Ex. F) which reiterates
topics encompassed in the list of documents to be produced attached to the re-noticed deposition
subpoenas (Docket Entry # 1018, Ex. E-G). As agreed to in open court by defendants, they shall
pay the reasonable costs of transportation and related expenses, reasonable attorney's fees and
lost income incurred by I
witnesses. Electronic Order denying Motion to Compel [1090], in accordance with the prior ruling
of Judge Saris on April 26, 2004 (Docket Entry # 818), inasmuch as the prior motion (Docket
Entry # 632) requested an accounting of all communications between defendants and putative
class members and that motion was denied. (Bowler, Marianne)

The following document(s) are associated with this transaction:

1:01-cv-12257 Notice will be electronically mailed to:
Daniel F. Attridge                  dattridge@kirkland.com

Anita B. Bapooji                    bapooji@tht.com

Jessica Vincent Barnett             jbarnett@foleyhoag.com

Steve W. Berman                     steve@hagens-berman.com



Aimee E. Bierman                              abierman@kl.com

Jill Lori Brenner                            jlb@dcglaw.com

Douglas S. Brooks                            dbrooks@klhboston.com

James C. Burling                             james.burling@wilmerhale.com

Eric P. Christofferson                       echristofferson@ropesgray.com,
SamplePlead@ropesgray.com

Joanne M. Cicala                             jcicala@kmslaw.com,

Toni-Ann Citera                              tcitera@jonesday.com

Daniel J. Cloherty                           dcloherty@dwyercollora.com,
sphillips@dwyercollora.com

Jonathan D Cohen                             cohenjo@gtlaw.com, champagnew@gtlaw.com

Jeremy P. Cole                               jpcole@jonesday.com

Robert C. Cook                               christophercook@jonesday.com,
tcitera@jonesday.com;jmhelm@jonesday.com

Michael R. Costa                             costam@gtlaw.com

Paul J. Coval                                pjcoval@vssp.com

William A. Davis                             wadavis@mintz.com

Michael DeMarco                              mdemarco@kl.com

Merle M. Delancey                            DelanceyM@dsmo.com

Thomas E. Dwyer                              tdwyer@dwyercollora.com

Steven M. Edwards                            SMEdwards@HHlaw.com

Douglas Farquhar                             dbf@hpm.com

Lucy Fowler                                  lfowler@foleyhoag.com

Monica Meier Franceschini franceschini@tht.com

Brian V. Frankel                             Brian.Frankel@doj.ca.gov

Peter E. Gelhaar                             peg@dcglaw.com

Evan Georgopoulos                            georgopoulose@gtlaw.com, kaikaia@gtlaw.com

Karen F. Green                               karen.green@wilmerhale.com

Gary R. Greenberg                            greenbergg@gtlaw.com,
champagnew@gtlaw.com;cohenjo@gtlaw.com;scerral@gtlaw.com;kaikala@gtlaw.com



Elizabeth I. Hack                          ehack@sonnenschein.com

Joseph Ernest Haviland                      jhaviland@dwyercollora.com

Richard C. Heidlage richard.heidlage@ago.state.ma.us

George B. Henderson                        george.henderson2@usdoj.gov,
janice.zaniboni@usdoj.gov

Colleen M. Hennessey                        chennessey@peabodyarnold.com

Andrew L. Hurst                            ahurst@reedsmith.com

Marisa L. Jaffe                            mjaffe@nixonpeabody.com

Colin R. Kass                              ckass@kirkland.com,
Kewing@kirkland.com;kmarch@kirkland.com;pbryan@kirkland.com

John A. Kiernan                            jkiernan@bktc.net

Terry Klein                                tklein@lawtk.com

Joseph L. Kociubes                         joe.kociubes@bingham.com

Seth B. Kosto                              seth.kosto@hklaw.com,
mlynch@cov.com;matthew.oconnor@hklaw.com;frederick.herold@dechert.com

William F. Lee                             william.lee@wilmerhale.com

Ralph T. Lepore                            rlepore@hklaw.com

Frank A. Libby                             falibby@klhboston.com

James W. Matthews                          jwmatthews@sherin.com,  jrossi@sherin.com

Kirsten V. Mayer                           kmayer@ropesgray.com,
SamplePlead@ropesgray.com

S. Elaine McChesney                        elaine.mcchesney@bingham.com

Darrell A.H. Miller                        dahmiller@vssp.com

John T. Montgomery                         jmontgomery@ropesgray.com,
SamplePlead@ropesgray.com

Robert J. Muldoon                          rjmuldoon@sherin.com

Mary B. Murrane                            mary.murrane@bingham.com

Brien T. O'Connor                          boconnor@ropesgray.com,
SamplePlead@ropesgray.com

A. John Pappalardo                         pappalardoj@gtlaw.com

Richard D. Raskin                          rraskin@sidley.com



Richard J. Riley                                    RRiley@murphyriley.com

Philip D. Robben probben@kelleydrye.com

Douglas L. Rogers                                  dlrogers@vssp.com

Gary M Ronan                                       gronan@goulstonstorrs.com

Daniel E. Rosenfeld                                drosenfeld@kl.com

Kenneth A. Sansone                                 ksansone@goulstonstorrs.com

Thomas J. Sartory                                  tsartory@goulstonstorrs.com

Joseph R. Saveri                                   jsaveri@lchb.com

Louis J. Scerra                                    scerra@gtlaw.com

Andrew D. Schau                                    edschau@pbwt.com,  cbelanger@pbwt.com

William S. Schneider                               will.schneider@doj.ca.gov

John D. Shakow                                     jshakow@kslaw.com

Jonathan Shapiro                                   jshapiro@sswg.com

Robert P. Sherman                                  rsherman@nixonpeabody.com

Mark D Smith                                       smith@laredosmith.com

Thomas M. Sobol                                    heatherc@hagens-berman.com

Charles L. Solomont                                carl.solomont@bingham.com

Benjamin M. Stern                                  benjamin.stern@wilmerhale.com

Tina M. Tabacchi                                   tmtabacchi@jonesday.com

Nicholas C. Theodorou                              ntheodor@foleyhoag.com

John R. Therien                                    jtherien@ropesgray.com,
SamplePlead@ropesgray.com

Lyndon M. Tretter                                  Lmtretter@hhlaw.com

Peter J. Venaglia                                  venaglia@dmmslaw.com

Kenneth A. Wexler                                  kawexler@wexlerfirm.com

Pamela A. Zorn                                     pazorn@sherin.com


1:01-cv-12257 Notice will not be electronically mailed to:
Jeffrey B. Aaronson
Bell, Boyd & Lloyd



3 First National Plaza
70 West Madison Street, Suite 3200
Chicago, IL 60602-4207

Gary L. Azorsky
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Steven F. Barley
Hogan & Hartson, LLP
111 South Calvert Street
Baltimore, MD 21202

Rebecca Bedwell-Coll
Mascone, Emblidge & Quadra
180 Montgomery Street
1240
San Francisco, CA 94104

Mark A. Berman
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.
One Riverfront Plaza
Newark, NJ 01702-5497

David J. Bershad
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119

Jack B. Blumenfeld
Morris, Nichols, Arsht, & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

Thomas L. Boeder
Perkins Coie
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099

Anthony Bolognese
Bolognese & Associates
Suite 650
One Penn Center
1617 JFK Blvd.
Philadelphia, PA 19103

James J. Breen
Breen Law firm
3562 Old Milton Parkway
Alpharetta, GA 30005

Nicole Y. Brumsted
Lieff Cabraser Heimann & Bernstein, LLP
175 Federal Street, 7th Floor



Boston, MA 02110

Michael M. Buchman
Milbert, Weiss, Bershad, Hynes & Lerach, LLP
One Pennsylvania Plaza
New York, NY 10119-0165

David J. Burman
Perkins Coie
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099

James P. Carroll
Kirby McInerney & Squire
830 3rd Avenue
10th Floor
New York, NY 10022

Tod S. Cashin
Buchanan Ingersoll, PC
700 Alexander Road
Suite 300
Princeton, NJ 08540

Ronald L. Castle
Arent,Fox, Kintner,Plotkin,Plotkin & Kahn, LLC
1050 Conneticut Ave., N.W.
Washington, DC 20036-6188

William F. Cavanaugh
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Christopher R. Cook
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

Florence A Crisp
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Jonathan W. Cuneo
Cuneo Law Group
317 Massachusetts Avenue, N.E.
Washington, DC 20002

Joseph  Danis
The David Danis Law Firm, P.C.
8235 Forsyth Blvd.
Suite 1100
St. Loius, MO 63105

John C. Dodds



Morgan Lewis & Boskius, LLP
1701 Market Street
Philadelphia, PA 19103-2921

Lloyd Donders
Kirby McInerney & Squire
830 3rd Avenue
10th Floor
New York, NY 10022

Alan J. Droste
Pillsbury Winthrop
650 Town Center Dr
7th Floor
Costa Mesa, CA 92626-7122

James J Duffy
Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017

Kimberly A. Dunne
Sidley Austin Brown & Wood
555 West 5th Street
Suite 4000
Los Angeles, CA 90013-1010

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901

Elizabeth S. Finberg
Sonnenschein, Nath & Rosenthal, LLP
1301 K Street, NW
East Tower
Suite 600
Washington, DC 20005

Kathryn C. Finnerty
58th Floor, US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Matthew A. Fischer
Sedgwick, Detert, Moran & Arnold
One Embarcadero Center
16th Floor
San Francisco, CA 94111

Todd G. Friedland
Pillsbury Winthrop
650 Town Center Dr
7th Floor
Costa Mesa, CA 92626-7122



Jeffrey S. Friedman
Silverman & McDonald
1010 North Bancroft Parkway
Suite 22
Wilmington, DE 19805

Todd S. Garber
Lowey Dannenberg Bemporad & Selinger, P.C.
The Gateway
One North Lexington Ave
White Plains, NY 10601

David C. Giardina
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Alison C. Gilbert
Hogan & Hartson, LLP
875 Third Avenue
Suite 2600
New York, NY 10012

Arthur F. Golden
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

David F. Graham
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Daniel E. Gustafson
Heins Mills & Olson, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Erik Haas
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Blake M. Harper
Hulett Harper
550 West C Street
Suite 1770
San Diego, CA 92101

Kimberley D. Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017



Elizabeth Fegan Hartweg
Kenneth A. Wexler & Associates
1 North La Salle
Suite 2000
Chicago, IL 60602

James Vincent Hayes
Williams & Connolly, LLP
725 Twelfth Street N.W.
Washington, DC 20005

Mary Ellen Hennessy
Katten Muchin & Zavis
525 W. Monroe, Suite 1600
Chicago, IL 60661-3693

Frederick G. Herold
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Nicola R. Heskett
Shook, Hardy & Bacon LLP
2555 Grand Blvd
Kansas City, MO 64108

Robert J. Higgins
Dickstein, Shapiro & Morin
2101 L Street, N.W.
Washington, DC 20037

Aaron D. Hovan
Kirby McInerney & Squire LLP
830 3rd Avenue
10th Floor
New York, NY 10022

Robert B. Hubbell
Heller Ehrman White & McAuliffe
601 South Figueroa Street
40th Floor
Los Angeles, CA 90017-5758

Stephen M. Hudspeth
Coudert Brothers
1114 Avenue of the Americas
New York, NY 10036

Kirk B. Hulett
Hulett Harper
550 West C Street
Suite 1770
San Diego, CA 92101



Andrew J. Jackson
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street N.W.
Washington, DC 20037-1526

J. Andrew Jackson
Dickstein, Shapiro & Morin
2101 L Street, N.W.
Washington, DC 20037

Ryan James
U.S. Steel Tower
600 Grant Street
58th Floor
Pittsburg, PA 15219

James E. Johnson
Morrison and Foerster LLP
1290 Avenues of the Americas
New York, NY 10104

Jonathan D. Karmel
Karmel & Gilden
221 North La Salle Street
Suite 1414
Chicago, IL 60601

Roger W. Kirby
Kirby, McInerney & Squire
830 Third Avenue
10th Floor
New York, NY 10022

Kenneth D. Klein
Hogan & Hartson
Biltmore Tower
500 S Grand Ave.
Suite 1900
Los Angeles, CA 90071-2611

Jeffrey L. Kodroff
Spector & Roseman
1818 Market Street
Suite 2500
Philadelphia, PA 19103

Michael L. Koon
Shook, Hardy, & Bacon
2555 Grand Blvd
Kansas City, MO 64108

Daniel Kovel
Kirby McInerney & Squire
830 3rd Avenue
10th Floor
New York, NY 10022



Walter J. Lack
Engstrom, Lipscomb & lack
10100 Santa Monica Boulevard
16th Floor
Losn Angeles, CA 90067-4107

Matthew Lloyd Larrabee
Heller Ehrman White & McAuliffe
333 Bush Street
San Francisco, CA 94104-2878

Bruce A. Levy
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C
One Riverfront Plaza
Newark, NJ 07102-5496

Stephen David Libowsky
Katten Muchin & Zavis
525 W. Monroe, Suite 1600
Chicago, IL 60661-3693

Albert G. Lin
Pillsbury Winthrop LLP
50 Freemont Street
P.O. Box 7880
San Francisco, CA 94120

Susan E. MacMenamin
Heins Mills & Olson, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55403

Ann H. Malekzadeh
King & Spalding LLP
1730 Pennsylvania Avenue NW
Washington, DC 20006

Jay D. Marinstein
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

Robert J. McCully
Shook, Hardy & Bacon LLP
2555 Grand Blvd
Kansas City, MO 64108

Jennifer  McGee
Shook, Hardy & Bacon LLP
Hamilton Square
600 14th St NW
Suite 800
Washington, DC 20005-2004



Neil Merkl
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Oliver Metzger
Morrison and Foerster LLP
1290 Avenues of the Americas
New York, NY 10104

Adam D. Miller
Engstrom, Lipscomb & Lack
10100 Santa Monica Boulevard
16th Floor
Los Angeles, CA 90067-4107

Robert Miller
599 Lexington Avenue
29th Floor
New York, NY 10022

Cheryl A. Mitchell
599 Lexington Avenue
29th Floor
New York, NY 10022

Saul P. Morgenstern
Kaye, Scholer, Fierman, Hays & Handler
425 Park Avenue
New York, NY 10022

James P. Muehlberger
Shook, Hardy & Bacon LLP
2555 Grand Blvd
Kansas City, MO 64108

Dianne M. Nast
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Edward Notargiacomo
Hagens Berman LLP
225 Franklin St.
Boston, MA 02110

Kathleen O'Sullivan
Perkins Coie LLP
1201 Third Ave
40th Floor
Seattle, WA 98101-8575

Jane Parver



Nicholas H. Patton
Patton Tidwell Sandefur
4605 Texas Blvd.
PO Box 5398
Texarkana, TX 75505-5398

Zoe Philippides
Perkins Coie LLP
1201 Third Avenue
Suite 4800
Seattle, WA 98101

Michael R. Plummer
58th Floor
US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Kristi T Prinzo
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

James A. Quadra
Mascone, Emblidge & Quadra
180 Montgomery Street
1240
San Francisco, CA 94104

Brian T. Rafferty
Dornbush Mensch Mandelstam & Schaeffer, LLP
747 Third Avenue
New York, NY 10017

Jonathan T. Rees
Hogan & Hartson, LLP
555 13th Street N.W.
Washington, DC 20004

Daniel E. Reidy
Jones Day
77 West Wacker Drive
Chicago, IL 60601-1692

Paula W. Render
Bell, Boyd & Lloyd
3 First National Plaza
70 West Madison Street, Suite 3200
Chicago, IL 60602-4207

Ira N. Richards
Rodriguez & Richards
226 W. Rittenhouse Square
Philadelphia, PA 19103

J. Douglas Richards



Milberg Weiss Bershad Hynes & Lerach, LLP
One Pennsylvania Plaza
New York, NY 10119-0165

Paul J. Riehle
Sedgwick, Detert, Moran & Arnold
One Embarcadero Center
16th Floor
San Francisco, CA 94111

Kevin P. Roddy
Hagens Berman
700 S. Flower Street
Suite 2940
Los Angeles, CA 90017-4101

Grace Rodriguez
King & Spalding LLP
1730 Pennsylvania Avenue NW
Washington, DC 20006

Henry H. Rossbacher
Rossbacher & Associates
811 Wilshire Blvd.
Suite 1650
Los Angeles, CA 90017-2666

Robert S. Ryland
Kirkland & Ellis
655 Fifthteenth Street, N.W.
Suite 1200
Washington, DC 20005

Robert D. Sanford
Moscone, Emblidge & Quadra
180 Montgomery Street
1240
San Francisco, CA 94104

Sherrie R. Savett
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Lori A. Schechter
Morrison & Foerster
425 Market Street
San Francisco, CA 94105-2482

Paul S. Schleifman
Shook, Hardy & Bacon LLP
Hamilton Square
600 14th St NW
Suite 800
Washington, DC 20005-2004



Susan Schneider Thomas
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Michael Sennett
Bell, Boyd & Lloyd
3 First National Plaza
70 West Madison Street, Suite 3200
Chicago, IL 60602-4207

Jonathan Shub
Sheller, Ludwig & Badey
1528 Walnut St.
Philadelphia, PA 19102

Charles C. Sipos
Perkins Cole LLP
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099

Peter D. St. Phillip
Lowey Dannenberg Bemporad & Selinger, P.C.
The Gateway
One North Lexington Ave
White Plains, NY 10601

Scott A. Stempel
Morgan Lewis & Bockius, LLP
1111 Pennsylvania Ave, NW
Washington, DC 20004

Kevin R. Sullivan
King & Spalding LLP
1730 Pennsylvania Avenue NW
Washington, DC 20006

Thomas J. Sweeney
Hogan and Harston, LLP
875 Third Avenue
Suite 2600
New York, NY 10012

Randal C Teague
Vorys, Sater, Seymour and Pease LLP
1828 L Street N.W.
11th Floor
Washington, DC 20036-5109

Thomas A. Temmerman
California Bureau of Medi-Cal Fraud and Elder Abuse
1425 River Park Drive
Suite 300
Sacramento, CA 95815



Sandra G. Tillotson
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Mitchell A. Toups
Weller Green Toups & Terrell
2615 Calder
Suite 400
Beaumont, TX 77704

John M. Townsend
Hughes, Hubbard & Reed
1775 I Street, N.W.
Washington, DC 20006-2401

Stephen A. Tuggy
Heller Ehrman White & McAuliffe
601 South Figueroa Street
40th Floor
Los Angeles, CA 90017-5758

Michael J. Vanselow
Minnesota Attorney Generals Office
102 State Capital
75 Constitution Ave
St. Paul,  55155

Edward A. Wallace
Kenneth A. Wexler & Associates
1 North La Salle
Suite 2000
Chicago, IL 60602

Liza M. Walsh
Connell, Foley & Geiser
85 Livingston Ave.
Roseland, NJ 07068

Nina I. Webb-Lawton
Vorys, Sater, Seymour and Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Jeffrey I. Weinberger
Munger Tolles & Olson
355 S. Grand Avenue
Suite 3500
Los Angeles, CA 90071-1560

Robert Alan White
Morgan, Lewis & Bockius, LLP
502 Carnegie Center
Princeton, NH 08540