## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) |
| _____ | ) CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | ) )  Judge Patti B. Saris ) |
| _____ | ) |

**PLAINTIFFS' L.R. 7.1 MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM FOR A PROTECTIVE ORDER CONCERNING NOTICES OF DEPOSITION AND SUBPOENAS ISSUED BY DEY TO FALLON COMMUNITY HEALTH PLAN AND ABBOTT LABORATORIES TO HARVARD COMMUNITY HEALTH CARE**

Pursuant to L.R. 7.1(B)(3), plaintiffs respectfully move to file a brief reply to Dey, Inc.'s and Abbott Laboratories' Memorandum of Law in Opposition to Plaintiffs' Motion for a Protective Order Concerning Subpoenas Issued to Certain Absent Class Member Third-Party Payors.  The purpose of this request is to address defendants' misstatements about rulings concerning the scope of Case Management Order no.10 entered March 4, 2004.  Plaintiffs' reply memorandum is submitted herewith.

Wherefore, for the foregoing reasons, plaintiffs respectfully request that this motion be granted.

Respectfully submitted,

By **/s/ David S. Nalven_____**
Thomas M. Sobol
David S. Nalven
Edward Notargiacomo
Hagens Berman Sobol ShapiroLLPOne Main Street
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

*LIAISON AND CO-LEAD COUNSEL*

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Kenneth A. Wexler & Associates
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

*CO-LEAD COUNSEL*

Dated: December 1, 2005

## CERTIFICATE OF SERVICE

Docket No. MDL 1456

I, David S. Nalven, hereby certify that I am one of plaintiffs' attorneys and that, on December 1, 2005, I caused copies of the Plaintiffs' L.R. 7.1 Motion for Leave to File a Reply Memorandum for a Protective Order Concerning Notices of Deposition and Subpoenas Issued to

Fallon Community Health Plan, Inc. and Harvard Community Health Care, Inc. to be served via Lexis/Nexis File Serve on all counsel of record.

   **/s/ David S. Nalven**

Dated: December 1, 2005