# Exhibit A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | Judge Patti B. Saris |
| | Chief Magistrate Judge Marianne B. Bowler |

## PLAINTIFFS' EMERGENCY MOTION FOR A PROTECTIVE ORDER

Plaintiffs respectfully move the Court for an order establishing that (i) no more than five third party depositions can occur in any single week; (ii) no more than two third party depositions can occur on any single day; (iii) CMO No. 10's 21-day notice requirement applies to the confirmation of all third party depositions; and (iv) the depositions of Oxford Health Plan and John Deere are stayed until the week of October 2, 2004.

This motion is supported by Plaintiffs' Memorandum in Support of Plaintiffs' Emergency Motion for a Protective Order filed herewith, the Declaration of Sean R. Matt in Support of Plaintiffs' Emergency Motion for a Protective Order filed herewith, and the record and pleadings on file in this action.

Defendants have scheduled 15 depositions for the next two weeks. Because of the time-sensitive nature of this issue, Plaintiffs have filed this motion as an "emergency motion," and respectfully request that the Court expedite its ruling on this motion.

1534.16 0100 MTN.DOC

DATED: September 10, 2004
By /s/ Steve W. Berman
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Samuel Heins
Heins, Mills & Olson, P.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
**CHAIRS OF LEAD COUNSEL COMMITTEE**

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

        Kenneth A. Wexler
        Elizabeth A. Fegan
        The Wexler Firm
        One North LaSalle Street, Suite 2000
        Chicago, IL  60602
        Telephone: (312) 346-2222
        Facsimile: (312) 346-0022
        **MEMBERS OF LEAD COUNSEL**
        **COMMITTEE AND EXECUTIVE**
        **COMMITTEE**

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **PLAINTIFFS' EMERGENCY MOTION FOR A PROTECTIVE ORDER** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on September 10, 2004 via e-mail and overnight delivery to Defendants.

      By___/s/ **Steve W. Berman**___
Steve W. Berman
**HAGENS BERMAN LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292