# EXHIBIT 1



Oct 17 2005
8:41PM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY        )
AVERAGE WHOLESALE PRICE LITIGATION)          MDL No. 1456
                                     )
_____)       CIVIL ACTION: 01-CV-12257-PBS
                                     )
THIS DOCUMENT RELATES TO ALL         )
CLASS ACTIONS                        )
01-CV-12257-PBS AND 01-CV-339        )
_____)

**[PROPOSED]**
**CONSOLIDATED ORDER RE: MOTION FOR CLASS CERTIFICATION**

_____, 2006

Saris, U.S.D.J.

Plaintiffs have moved, pursuant to Fed. R. Civ. P. 23, for an order certifying a class in this action. Having considered the submissions of the parties and the record in this case, IT IS HEREBY ORDERED that plaintiffs' motion for class certification is GRANTED IN PART and DENIED IN PART as to the claims asserted in the Third Amended Master Consolidated Class Action Complaint ("TAMCAC"), as follows:

## I.    CLASSES AND SUBCLASSES CERTIFIED

1.    The Court certifies the following Classes:

    a.    **Class 1:  Medicare Part B Co-Pay Class.**

        i.    Class Definition:

        All persons nationwide who made a co-payment based on AWP for a Medicare Part B covered Subject Drug[1] that was manufactured by AstraZeneca, the BMS Group, the GSK Group, the Johnson & Johnson Group, or the Schering

_____
[1] The Subject Drugs are identified in the Table of Subject Drugs found at the end of this Order.

Plough Group.[2]  Excluded from the Class are those who
made flat co-pays; and the residents of the states of
Alabama, Georgia, Iowa, Louisiana, Mississippi and
Montana (where consumer protection statutes do not permit
class actions).

ii.      The Court certifies five Subclasses corresponding to each of the

defendant groups

iii.      The Court also certifies the following plaintiffs as Class 1

Representatives of these Subclasses:  Leroy Townsend (Astra); Susan Aaronson

(GSK, J&J, BMS); David Clark (GSK, J&J); Robert Howe (Astra, GSK); James

Shepley (J&J, Astra); Estate of Patricia Young (BMS, J&J); Estate of William

Newell (Astra, J&J, BMS), and UFCW and Sheet Metal Workers Health Fund

For Schering.  [To the extent that the Court finds any of these Plaintiffs

inadequate, then Plantiffs assert that the UFCW should be declared an adequate

representative rather than leave the Class uncertified due to a lack of a plaintiff

representative who made a co-payment under Medicare Part B.]  Alternatively,

the following individuals also made co-payments based upon AWP for drugs

manufactured by Track One defendants:  Cynthia Byrski (BMS, GSK); Estate of

William Barnewolt (J&J, Amgen, Abbott, Watson); Cheryl Barreca (J&J, BMS,

GSK); Mary Cauble (BMS); Anna Choice (BMS, GSK); Joyce Dison (BMS);

Tracy Garcia (BMS, Schering); Donna Kendall (GSK, BMS, J&J); Sandra Leef

(BMS, Aventis, Abbott, Fujisawa); Gerald Miller (BMS); Constance Nelson

(BMS, GSK, B. Braun); Andrea Palenica (BMS, GSK); Scott Tell (GSK, BMS);

Pauline Vernick (BMS, Aventis); Mardolyn Vescovi (BMS, J&J); Kathleen

Weaver-Zech (J&J); Susan Wessels (Astra); Joseph Miller (GSK, Baxter,

Abbott); Regina Shoemaker (BMS); Kenneth Vanderwal (J&J); Rebecca Hopkins

(BMS); and George Baker Thomson (Astra).  Each of the foregoing are Alternate

Representatives for these Subclasses.  Consistent with the Court's February 24,

---

[2] These "groups" are defined in the TAMCAC.

2004, Memorandum and Order, the Representative of a Subclass need only have paid or reimbursed for one of the Subject Drugs manufactured or marketed by a defendant group.

iv. . The consumer protection act of each state shall apply to these Subclasses. Specifically, the Medicare Co-pay Class is certified for claims under the following statutes: (a) Alaska Stat. Code § 40.50.471, *et seq.*; (b) Ariz. Rev. Stat. § 44-1522, *et seq.*; (c) Ark. Code § 4-88-101, *et seq.*; (d) Cal. Bus. & Prof. Code §§ 17200, *et seq.*, 1770; (e) Colo. Rev. Stat. § 6-1-105, *et seq.*; (f) Conn. Gen. Stat. § 42-110b, *et seq.*; (g) 6 Del. Code § 2511, *et seq.*; (h) D.C. Code § 28-3901, *et seq.*; (i) Fla. Stat. § 501.201, *et seq.*; (j) Haw. Rev. Stat. § 480, *et seq.*; (k) Idaho Code § 48-601, *et seq.*; (l) 815 ILCS § 505/1, *et seq.*; (m) Ind. Code Ann. § 24-5-0.5.1, *et seq.*; (n) Kan. Stat. § 50-623, *et seq.*; (o) Md. Com. Law Code § 13-101, *et seq.*; (p) Mass. Gen. L. Ch. 93A, *et seq.*; (q) Mich. Stat. § 445.901, *et seq.*; (r) Minn. Stat. § 325F.67, *et seq.*; (s) Mo. Rev. Stat. § 407.010, *et seq.*; (t) Mont. Code § 30-14-101, *et seq.*; (u) Neb. Rev. Stat. § 59-1601, *et seq.*; (v) Nev. Rev. Stat. § 598.0903, *et seq.*; (w) N.H. Rev. Stat. § 358-A:1, *et seq.*; (x) N.J. Stat. Ann. § 56:8-1, *et seq.*; (y) N.M. Stat. Ann. § 57-12-1, *et seq.*; (z) N.Y. Gen. Bus. Law § 349, *et seq.*; (aa) N.C. Gen. Stat. § 75-1.1, *et seq.*; (bb) N.D. Cent. Code § 51-15-01, *et seq.*; (cc) Ohio Rev. Stat. § 1345.01, *et seq.*; (dd) Okla. Stat. tit. 15 § 751, *et seq.*; (ee) Or. Rev. Stat. § 646.605, *et seq.*; (ff) 73 Pa. Stat. § 201-1, *et seq.*; (gg) R.I. Gen. Laws. § 6-13.1-1, *et seq.*; (hh) S.C. Code Laws § 39-5-10, *et seq.*; (ii) S.D. Code Laws § 37-24-1, *et seq.*; (jj) Tenn. Code § 47-18-101, *et seq.*; (kk) Tex. Bus. & Com. Code § 17.41, *et seq.*; (ll) Utah Code Ann. § 13-1 1-1, *et seq.*; (mm) Vt. Stat. Ann. tit. 9, § 245 1, *et seq.*; (nn) Va. Code § 59.1-196, *et seq.*; (oo) Wash. Rev. Code § 19.86.010, *et seq.*; (pp) W. Va. Code § 46A-6-101, *et seq.*; (qq) Wis. Stat. § 100.20, *et seq.*; and (rr) Wyo. Stat. § 40-

-3-

12-100, *et seq.* The Court finds that plaintiffs have complied with the notice

provisions of all consumer protection acts requiring such notice.

      v.    Class 1 is certified pursuant to Fed. R. Civ. P. 23(b)(3) for damage

claims and (b)(2) for injunctive purposes.

b.    **Class 2: Third-Party Payor MediGap Supplemental Insurance Class.**

      i.    Class Definition:

> All Third-Party Payors that made reimbursements based on
> AWP for a Medicare Part B covered Subject Drug that was
> manufactured by AstraZeneca, the BMS Group, the GSK
> Group, the Johnson & Johnson Group, or the Schering
> Plough Group.

      ii.    The Court certifies plaintiffs UFCW, PMBT and Sheet Metal

Workers Health Fund as the representatives for this Class.

      iii.    The Class 2 claims are certified for those states allowing

corporations to bring consumer protection claims, including the following states:

(a) Alaska Stat. Code § 40.50.471, *et seq.*; (b) Ariz. Rev. Stat. § 44-1522, *et seq.*;

(c) Ark. Code § 4-88-101, *et seq.*, including 4-88-113(f), and 4-8-102(5); (d) Cal.

Bus. & Prof. Code §§ 17200, *et seq.*; (e) Colo. Rev. Stat. § 6-1-105, *et seq.*,

including § 6-1-113(1)© and § 6-1-102(b); (f) Conn. Gen. Stat. § 42-110b, *et seq.*,

including § 42-110(a)(3); (g) 6 Del. Code § 2511, *et seq*, including 6 Del. Code

§ 2512; (h) D.C. Code § 28-3901, *et seq.*, including § 28-390(1); (i) Fla. Stat.

§ 501.201, *et seq.*; (j) Haw. Rev. Stat. § 480, *et seq.*, including § 481A-2;

(k) Idaho Code § 48-601, *et seq.*, including § 48-602; (l) 815 ILCS § 505/1, *et

seq.*; (m) Md. Com. Law Code § 13-101, *et seq.*, including § 13-101(h); (n) Mass.

Gen. L. Ch. 93A, *et seq.*; (o) Mich. Stat. § 445.901, *et seq.*, including

§ 445-902(c); (p) Minn. Stat. § 325F.67, *et seq.*, including § 407.010(5);

(q) Vernon's Mo. Rev. Stat. § 407.010, *et seq.*; (r) Mont. Code § 30-14-101, *et

seq.*, including § 30-14-102(5); (s) Neb. Rev. Stat. § 59-1601, *et seq.*, including

§ 59-160(1); (t) Nev. Rev. Stat. § 598.0903, *et seq.*; (u) N.H. Rev. Stat. § 358-A:1, *et seq.*, including § 358A:1(1); (v) N.J. Stat. Ann. § 56:8-1, *et seq.*, § 56:8-1(d); (w) N.M. Stat. Ann. § 57-12-1, *et seq.*; (x) N.Y. Gen. Bus. Law § 349, *et seq.*; (y) N.C. Gen. Stat. § 75-1.1, *et seq.*; (z) N.D. Cent. Code § 51-15-01, *et seq.*, including § 51-15-01(4); (aa) Ohio Rev. Stat. § 1345.01, *et seq.*, including § 1345.01(B); (bb) Okla. Stat. tit. 15 § 751, *et seq.*; (cc) Or. Rev. Stat. § 646.605, *et seq.*, including § 646.605(4); (dd) 73 Pa. Stat. § 201-1, *et seq.*, including § 201-2(2); (ee) R.I. Gen. Laws. § 6-13.1-1, *et seq.*, including § 6-13.1(3); (ff) S.C. Code Laws § 39-5-10, *et seq.*, including § 39-5-10(9); (gg) S.D. Code Laws § 37-24-1, *et seq.*, including § 37-24-1(8); (hh) Tenn. Code § 47-18-101, *et seq.*, including § 47-18-103(9); (ii) Tex. Bus. & Com. Code § 17.41, *et seq.*, including § 17.45(4); (jj) Utah Code Ann. § 13-1 1-1, *et seq.*; (kk) Va. Code § 59.1-196, *et seq.*, including § 59.1-198; (ll) Wash. Rev. Code § 19.86.010, *et seq.*, including § 19.86.010(1); (mm) W. Va. Code § 46A-6-101, *et seq.*; (nn) Wis. Stat. § 100.20, *et seq.*; and (oo) Wyo. Stat. § 40-12-100, *et seq.*, including § 40-12-102(a)(i).

[Alternative:] iii.     The claims for this Class are certified under Mass. Gen. Laws ch. 93A for the purposes of a test case, after which the Court will examine the issue of a broader certification.

iv.     The Class is certified pursuant to Fed. R. Civ. P. 23(b)(3) for damage claims and (b)(2) for injunctive relief claims.

**Class 3: Consumer and Third-Party Payor Class for Medicare Part B Drugs Outside of the Medicare Context.**

i.     Class Definition:

All persons and Third-Party Payors that made payments or reimbursements for physician-administered drugs based on contracts that expressly use AWP as a pricing standard, for a Subject Drug that was manufactured by AstraZeneca, the

BMS Group, the GSK Group, the Johnson & Johnson
Group, or the Schering Plough Group. Included within this
Class are individuals who paid coinsurance (*i.e.*, co-pays
proportional to the reimbursed amount) for a Subject Drug,
where such coinsurance was based upon use of AWP as a
pricing standard. Excluded from this Class 3 are any
payments or reimbursements for generic drugs that are
based on MAC and not AWP.

ii.     The Court certifies five Subclasses corresponding to each of the
defendant groups.

iii.     The consumer class representatives for Class 3 are: Cynthia
Byrski (BMS, GSK); Estate of William Barnewolt (J&J, Amgen, Abbott,
Watson); Cheryl Barreca (J&J, BMS, GSK); Mary Cauble (BMS); Anna Choice
(BMS, GSK); Joyce Dison (BMS); Tracy Garcia (BMS, Schering); Donna
Kendall (GSK, BMS, J&J); Sandra Leef (BMS, Aventis, Abbott, Fujisawa);
Gerald Miller (BMS); Constance Nelson (BMS, GSK, B. Braun); Andrea
Palenica (BMS, GSK); Scott Tell (GSK, BMS); Pauline Vernick (BMS, Aventis);
Mardolyn Vescovi (BMS, J&J); Kathleen Weaver-Zech (J&J); Susan Wessels
(Astra); Joseph Miller (GSK, Baxter, Abbott); Regina Shoemaker (BMS);
Kenneth Vanderwal (J&J); Rebecca Hopkins (BMS); and George Baker Thomson
(Astra). The TPP class representatives for Class 3 are: United Food and
Commercial Workers Unions and Employers Midwest Health Benefits Fund
("UFCW"); Board of Trustees of Carpenters and Millwrights of Houston and
Vicinity Welfare Trust Fund (CMHV); Teamsters Health & Welfare Fund of
Philadelphia and Vicinity ("THWF"); Philadelphia Federation of Teachers Health
and Welfare Fund ("PFTHW"); Man-U Service Contract Trust Fund ("Man-U");
Twin Cities Bakery Workers Health and Welfare Fund ("TCBW"); and the Sheet
Metal Health Welfare Fund.

iv.     The law for the consumer claims for this Class is grouped as set
forth in Class 1 above.

-6-

v.     The law for the TPP claims is grouped as set forth in Class 2
above.

**[Alternative:]** vi.     The claims for this Class are certified under Mass.
Gen. Laws ch. 93A for the purposes of a test case, after which the Court will
examine the issue of a broader certification.

## II.     CLASSES NOT CERTIFIED

*[Language if Court declines to accept groupings beyond Massachusetts at this time.]*

1.     With respect to Classes 2 and 3, the Court declines at this time to certify these
Classes under the consumer protection laws of states other than Massachusetts. However, this
denial is without prejudice. The Court intends the trial of the Massachusetts Classes to provide
important information for an accurate evaluation of claims under other states' laws.
Accordingly, at a later date plaintiffs can renew their motion to certify Classes 2 and 3 for
purposes of the application of the consumer protection acts of other states.

2.     The Court declines to certify a Class of Consumers and Third-Party Payors who
made payments or reimbursements for self-administered drugs not appearing in the appended Table
of Subject Drugs. This denial is with prejudice.

## III.     MISCELLANEOUS

2.     To the extent that it is not inconsistent herewith, this Court's August 16, 2005,
Memoranda and Order Re: Motion for Class Certification is incorporated herein.

3.     The Class Period for all Classes is January 1, 1991 to the present.

4.     Excluded from these Classes are the defendants herein; any subsidiaries or
affiliates of defendants; the officers and directors of defendants during the Class Period;
members of the defendants' immediate families; any person, firm, trust, corporation, officer,
director or any individual or entity in which any defendant has a controlling interest or which is

related to, or affiliated with, any of the defendants; the legal representatives, agents, affiliates, heirs, successors-in-interest or assigns of any such excluded parties and governmental entities.

5.      Pursuant to Fed. R. Civ. P. 23(g), the Court appoints the following firms as Co-Lead Counsel: Hagens Berman Sobol Shapiro LLP; Spector Roseman & Kodroff, P.C.; Hoffman & Edelson; The Wexler Firm; and Kline & Specter.

6.      Co-Lead Counsel for Plaintiffs shall prepare and submit within 30 days from the date of this Order a proposed form and method of notice to be sent to members of the Classes and a supporting motion.  Defendants may file any comments to the notice within 15 days, and Plaintiffs may reply 15 days thereafter.  The motion and supporting memorandum shall not exceed 20 pages; any response by defendants shall not exceed 10 pages; and the reply shall not exceed 5 pages.  There will be no sur-replies, supplemental replies, letter briefs, motions to strike or similar subterfuges for more briefing opportunity.  There shall be no individual briefs by each defendant.  The parties shall be reasonable with respect to any appendices.

7.      The "Together Rx" claims are not certified because they are dismissed without prejudice by the filing of the TAMCAC.

8.      The Court retains the discretion under Rule 23 to modify this Order.


_____
PATTI B. SARIS
United States District Judge

# TABLE OF SUBJECT DRUGS

**AZ NDC List**

| NDC | Description |
| --- | --- |
| 00186198804 | PULMICORT RESPULES 60 mls 2 X 30.25mg/2mL |
| 00186198904 | PULMICORT RESPULES 60 mls 2x30 .5mg/2mL |
| 00310096036 | Zoladex 3.6mg 1x1EA Depot |
| 00310096130 | Zoladex 10.8mg 1x1EA Depot |
| 00310095130 | Zoladex 10.8mg 1x1EA Depot |
| 00310095036 | Zoladex 3.6mg 1x1EA Depot |

**BMS NDC List**

| NDC | Description |
| --- | --- |
| 00015301026 | BLENOXANE INJ 15 UNIT VHA |
| 00015301020 | BLENOXANE INJ 15 UNIT VL |
| 00015306326 | BLENOXANE INJ 30 UNIT VHA |
| 00015306301 | BLENOXANE INJ 30 UNIT VL |
| 00590032435 | COUMADIN INJ 5MG VIAL |
| 00015053910 | CYTOXAN 100MG LYOPH W/CYT |
| 00015054812 | CYTOXAN 1G 6X50ML VHA+ |
| 00015054810 | CYTOXAN 1GM LYOPH W/CYTOG |
| 00015054610 | CYTOXAN 200MG LYOPH W/CYT |
| 00015054912 | CYTOXAN 2G 6X100ML VHA+ |
| 00015054910 | CYTOXAN 2GM LYOPH W/CYTOG |
| 00015054710 | CYTOXAN 500MG LYOPH W/CYT |
| 00015050001 | CYTOXAN FOR INJ 100 MG |
| 00015050041 | CYTOXAN INJ 100MG |
| 00015050641 | CYTOXAN INJ 1X2GM VIAL |
| 00015050241 | CYTOXAN INJ 1X500MG VIAL |
| 00015050141 | CYTOXAN INJ 200MG |
| 00015054712 | CYTOXAN LYO 500MG VL VHA |
| 00015054741 | CYTOXAN LYOPH 500MG |
| 00015053941 | CYTOXAN LYOPHILIZED 100MG |
| 00015054841 | CYTOXAN LYOPHILIZED 1GM |
| 00015054641 | CYTOXAN LYOPHILIZED 200MG |
| 00015054941 | CYTOXAN LYOPHILIZED 2GM |
| 00015050541 | CYTOXAN PINJ 1X1G VIAL |
| 00015050303 | CYTOXAN TABLETS 50 MG |
| 00015050302 | CYTOXAN TABLETS 50MG |
| 00015050401 | CYTOXAN TABS 25MG |
| 00015050301 | CYTOXAN TABS 50MG |
| 00015050348 | CYTOXAN TABS 50MG |
| 00015340420 | ETOPOPHOS 100MG VIAL |
| 00015321429 | PARAPLATIN 10X15ML VHA+ |
| 00015321529 | PARAPLATIN 10X45ML VHA+ |
| 00015321329 | PARAPLATIN 10X5ML VHA+ |
| 00015321410 | PARAPLATIN 150MG LYOPH CY |
| 00015321430 | PARAPLATIN 1X150MG LYO VL |
| 00015321530 | PARAPLATIN 1X450MG LYO VL |
| 00015321510 | PARAPLATIN 450MG VL W/CYT |
| 00015321330 | PARAPLATIN 50MG LYOPHILIZ |
| 00015321310 | PARAPLATIN 50MG W/CYTO |
| 00015335322 | RUBEX 100 MG LYOPHILIZED |
| 00015335324 | RUBEX 100MG IMMUNEX LABEL |
| 00015335124 | RUBEX 10MG IMMUNEX LABEL |
| 00015335122 | RUBEX 10MG LYOPHILIZED |
| 00015335224 | RUBEX 50MG IMMUNEX LABEL |
| 00015335222 | RUBEX 50MG LYOPHILIZED |
| 00015347630 | TAXOL 100MG INJ MULTIDOSE |
| 00015347627 | TAXOL 100MG SEM-SYN VIAL |
| 00015347620 | TAXOL 100MG/16.7ML VHA+ L |

| | |
|---|---|
| 00015347911 | TAXOL 300MG/50ML VIAL |
| 00015345620 | TAXOL 30MG CONC FOR INJ |
| 00015347530 | TAXOL 30MG INJ MULTIDOSE |
| 00015347527 | TAXOL 30MG SEM-SYN VIAL |
| 00015347520 | TAXOL 30MG/5ML VHA+ LABEL |
| 00015309510 | VEPESID 100MG VIAL W/CYTO |
| 00015309530 | VEPESID 100MG VL W/O CYTO |
| 00015306224 | VEPESID 1G 50ML VIAL VHA+ |
| 00015306220 | VEPESID 1GM/50ML |
| 00015306120 | VEPESID 500MG |
| 00015306124 | VEPESID 500MG 25ML VL VHA |
| 00015309145 | VEPESID 50MG CAPSULES |
| 00015309520 | VEPESID INJ 100MG/5ML |
| 00015308420 | VEPESID INJ 150MG/7.5ML |

**GSK NDC List**

| NDC | Description |
|---|---|
| 00173013093 | ALKERAN I.V. INJ 50 MG |
| 00173004535 | ALKERAN TAB 2MG 50S |
| 00173044902 | IMITREX INJ 0.5ML 12MG/ML 5S VIALS |
| 00173044901 | IMITREX INJ 12MG/ML 0.5ML 2S PFLD SRNG |
| 00173044903 | IMITREX INJ 12MG/ML 0.5ML2S KIT,SELFDOSE |
| 00173047900 | IMITREX INJ 12MG/ML STAT DOSE KIT |
| 00173047800 | IMITREX INJ 12MG/ML STAT DOSE RFL 2'S |
| 00173403291 | IMITREX SELFDOSE SYSTEM  SELFDOSE UNIT/C |
| 00173408367 | ITMD ZOVIRAX STERILE POWDER 1000MG (BWX9 |
| 00029415105 | KYTRIL 1 MG TABS 20'S SUP |
| 00029415139 | KYTRIL 1MG TABS 2'S |
| 00029415201 | KYTRIL 1MG/ML INJECTION 4ML VIAL |
| 00029414975 | KYTRIL INJ SGL DOSE VIAL 1MG/ML VHA |
| 00029414901 | KYTRIL INJ SINGLE DOSE VIAL 1MG/ML |
| 00173026010 | LANOXIN INJ 0.5MG  -PART 1.00 |
| 00173026035 | LANOXIN INJ 0.5MG 2ML 50S |
| 00173026210 | LANOXIN INJ PEDIATRIC 0.1MG/ML |
| 00173026015 | LANOXIN INJECTION  -PART 1.00 |
| 00173026055 | LANOXIN INJECTION  -PART 1.00 |
| 00173071325 | MYLERAN TAB 2MG 25S |
| 00173065601 | NAVELBINE INJ 10MG 1ML |
| 00173065644 | NAVELBINE INJ 50MG 5ML |
| 00173010793 | RETROVIR IV INF 10MG/ML 20ML 10 |
| 00173041900 | VENTOLIN NEB SOL INH    0.083% 3ML 25S |
| 00173041901 | VENTOLIN NEB SOL INH    0.083% 3ML 5S S |
| 00173038501 | VENTOLIN SOL INH 0.5% 5MG/ML 10ML |
| 00173038558 | VENTOLIN SOL INH 0.5% 5MG/ML 20ML |
| 00173044200 | ZOFRAN INJ 2MG/ML 20ML |
| 00173044202 | ZOFRAN INJ 2MG/ML 2ML 5S |
| 00173046100 | ZOFRAN INJ PRMXD 32MG/50ML |
| 00173046200 | ZOFRAN INJ PRMXD 4MG/50ML |
| 00173056900 | ZOFRAN ODT 4MG 5X2 30S |
| 00173057004 | ZOFRAN ODT 8MG 5X2 10'S |
| 00173057000 | ZOFRAN ODT 8MG 5X2 30S |
| 00173048900 | ZOFRAN ORAL SOL 4MG/5ML  50ML |
| 00173068000 | ZOFRAN TAB 24MG 1S |
| 00173044601 | ZOFRAN TAB 4MG 100S |
| 00173044602 | ZOFRAN TAB 4MG 100S UD |
| 00173044600 | ZOFRAN TAB 4MG 30S |
| 00173044604 | ZOFRAN TAB 4MG 3S |
| 00173044701 | ZOFRAN TAB 8MG 100S |
| 00173044702 | ZOFRAN TAB 8MG 100S UD |
| 00173044700 | ZOFRAN TAB 8MG 30S |
| 00173044704 | ZOFRAN TAB 8MG 3S |
| 00173095201 | ZOVIRAX FOR INJECTION 1000MG 20ML 10S (C |
| 00173099501 | ZOVIRAX FOR INJECTION 500MG 10ML 10S (C# |

**J&J NDC List**

| NDC | Description |
|---|---|
| 57894003001 | C168J REMICADE 1PCK |
| 59676031201 | PROCRIT 10,000 U/ML |
| 59676031002 | PROCRIT 10000 U |
| 59676031001 | PROCRIT 10000 U/ML |
| 00062740103 | PROCRIT 10000U/ML AMG |
| 59676032001 | PROCRIT 20,000 U/ML |
| 59676030202 | PROCRIT 2000 U/ |
| 59676030201 | PROCRIT 2000 U/ML 6 |
| 00062740201 | PROCRIT 2000U/ML AMG |
| 59676030302 | PROCRIT 3000 U/ |
| 59676030301 | PROCRIT 3000 U/ML 6 |
| 00062740503 | PROCRIT 3000 U/ML INST |
| 00062740501 | PROCRIT 3000U/ML AMG |
| 59676030402 | PROCRIT 4000 U/ |
| 59676030401 | PROCRIT 4000 U/ML 6 |
| 00062740004 | PROCRIT 4000 U/ML INST |
| 59676034001 | PROCRIT 40000 U/ML |
| 00062740003 | PROCRIT 4000U/ML AMG |
| 00062542307 | PWRWNG PERMANEN |

**SP NDC List**

| NDC | Description |
|---|---|
| 59930151504 | ALBUTEROL INHALATION SOLUTION |
| 59930164702 | ALBUTEROL INHALATION SOLUTION |
| 59930150006 | ALBUTEROL SULFATE INHAL. SOL. |
| 59930150008 | ALBUTEROL SULFATE INHAL. SOL. |
| 59930151701 | ALBUTEROL SULFATE SOLUTION |
| 59930151702 | ALBUTEROL SULFATE SOLUTION |
| 59930155020 | ALBUTEROL SULFATE SOLUTION |
| 00085113601 | INTEGRILIN |
| 00085117701 | INTEGRILIN |
| 00085117702 | INTEGRILIN |
| 00085123501 | INTRON A FOR INJ MULTIDOSE PEN |
| 00085124201 | INTRON A FOR INJ MULTIDOSE PEN |
| 00085125401 | INTRON A FOR INJ MULTIDOSE PEN |
| 00085116801 | INTRON A INJ 18MIU HSA FREE |
| 00085113301 | INTRON A INJ 25MIU HSA FREE |
| 00085118401 | INTRON A INJ 3MIU HSA FREE |
| 00085118402 | INTRON A INJ 3MIU HSA FREE |
| 00085119101 | INTRON A INJ 5MIU HSA FREE |
| 00085119102 | INTRON A INJ 5MIU HSA FREE |
| 00085117901 | INTRON A INJ PAK10MIU HSA FREE |
| 00085117902 | INTRON A INJ PAK10MIU HSA FREE |
| 00085057102 | INTRON A INJECTABLE 10MILLN IU |
| 00085057106 | INTRON A INJECTABLE 10MILLN IU |
| 00085111001 | INTRON A INJECTABLE 18MILLN IU |
| 00085028502 | INTRON A INJECTABLE 25MILLN IU |
| 00085064703 | INTRON A INJECTABLE 3MILLN IU |
| 00085064704 | INTRON A INJECTABLE 3MILLN IU |
| 00085064705 | INTRON A INJECTABLE 3MILLN IU |
| 00085012002 | INTRON A INJECTABLE 5 MILLN IU |
| 00085012003 | INTRON A INJECTABLE 5 MILLN IU |
| 00085012004 | INTRON A INJECTABLE 5 MILLN IU |
| 00085012005 | INTRON A INJECTABLE 5 MILLN IU |
| 00085053901 | INTRON A INJECTABLE 50MILLN IU |
| 00085068901 | INTRON A INJECTION 18 MIU |
| 00085092301 | INTRON A SOL FOR INJ 10 MILLI |
| 00085076901 | INTRON A SOL. FOR INJ. 25MILLN |
| 00085095301 | INTRON A SOLUTION 18MIU 3ML |
| 59930160001 | PERPHENAZINE |
| 59930160002 | PERPHENAZINE |
| 59930161001 | PERPHENAZINE 16MG |
| 59930160501 | PERPHENAZINE 8MG |
| 59930160502 | PERPHENAZINE 8MG |
| 59930160301 | PERPHENAZINE TABLETS |
| 59930160302 | PERPHENAZINE TABLETS |
| 00085133601 | PROVENTIL INHALATION SOLUTION |
| 00085020901 | PROVENTIL SOLUTION .083MG/ML |
| 00085180601 | PROVENTIL SOLUTION .083MG/ML |
| 00085020802 | PROVENTIL SOLUTION 5MG/ML |

| | |
|---|---|
| 00085020852 | PROVENTIL SOLUTION 5MG/ML |
| 00085125901 | TEMODAR 100MG |
| 00085125902 | TEMODAR 100MG |
| 00085124401 | TEMODAR 20MG |
| 00085124402 | TEMODAR 20MG |
| 00085125201 | TEMODAR 250MG |
| 00085125202 | TEMODAR 250MG |
| 00085124801 | TEMODAR 5MG |
| 00085124802 | TEMODAR 5MG |

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **[PROPOSED] CONSOLIDATED ORDER RE: MOTION FOR CLASS CERTIFICATION** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on October 17, 2005, a copy to LexisNexis File and Serve for Posting and notification to all parties

By __/s/ Steve W. Berman_____
Steve W. Berman
**HAGENS BERMAN LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

# EXHIBIT 2

# KLINE & SPECTER

A PROFESSIONAL CORPORATION



Nov 29 2005
2:26PM

Direct Fax: 215-735-0957
Respond to: Philadelphia Office

donald.haviland@klinespecter.com

November 29, 2005

**VIA LEXISNEXIS**

Kristi T. Prinzo, Esquire
**DAVIS POLK & WARDWELL**
450 Lexington Avenue
New York, NY 10017

    Re:    *In Re: Pharmaceutical Industry Average Wholesale Price Litigation*; MDL No. 1456

Dear Ms. Prinzo:

    Plaintiff counsel have determined that the Estate of William Newell will be withdrawn as a proposed class representative principally because the Estate's claim duplicates that of other proposed class representatives in this case. The withdrawal will be formally effectuated at the next opportunity to address such matters in a Court filing. Therefore, the alleged documentary deficiencies referenced in your November 16, 2005 letter are moot and will not be further addressed.

    Yours sincerely,

    *Donald E Haviland, Jr./tab*

    **DONALD E. HAVILAND, JR.**

DEH/jn
cc:    All Counsel of Record (via LexisNexis)

G:\DEH-AWP MASTER - (200700)\MDL\Letters\Prinzo, Kristi 02(re Newell).wpd

PHILADELPHIA: 1525 LOCUST STREET • THE NINETEENTH FLOOR • PHILADELPHIA, PA 19102 • 215-772-1000 TELEPHONE • 800-597-9585 TOLL FREE TELEPHONE • 215-735-0957 FACSIMILE

NEW JERSEY: KLINE & SPECTER • 1800 CHAPEL AVENUE, SUITE 302 • CHERRY HILL, NJ 08002 • 856-662-1180 TELEPHONE • 856-662-1184 FACSIMILE
CO-MANAGING ATTORNEYS: ROBERT ROSS AND DONALD E. HAVILAND, JR.

NEW YORK: 230 PARK AVENUE, SUITE 2525 • NEW YORK, NY 10169 • 212-986-6200 X241 TELEPHONE • 800-916-8716 TOLL FREE TELEPHONE

# EXHIBIT 3

**FILED UNDER SEAL**

# EXHIBIT 4



# 2005

# Choosing A Medigap Policy:

## A Guide to Health Insurance for People With Medicare



**This official government guide can help you**

- Learn what a Medigap (Medicare Supplement Insurance) policy is.
- Decide if you want to buy a Medigap policy.
- Understand when you can buy a Medigap policy.
- Choose the Medigap policy that best meets your needs.
- Understand how Medigap policies will change when Medicare prescription drug plans start in 2006.
- Know where to go if you have questions.

Developed jointly by the Centers for Medicare & Medicaid Services (CMS) and the National Association of Insurance Commissioners



## How to use this Guide

There are two ways to find the information you need:

1. The "Table of Contents" on pages 1–2 can help you find the sections you need to read.

2. The "List of Topics" on pages 94–97 lists every topic in this Guide and the page number to find it on.

## Who should read this Guide

This guide was written to help people with the Original Medicare Plan understand Medigap (Medicare Supplement Insurance) policies.

A Medigap policy is private insurance that helps you pay for some of the costs that Medicare doesn't pay for. This guide explains in detail how Medigap policies work. It also includes information about new Medicare prescription drug plans (starting in 2006) and how these plans will change Medigap policies.

If you have a Medigap policy with prescription drug coverage, you should read pages 39–40.

The "2005 Choosing A Medigap Policy: A Guide to Health Insurance for People With Medicare" isn't a legal document. The official Medicare Program provisions are contained in the relevant laws, regulations, and rulings.

# Table of Contents

## Section 1: How Medicare and Medigap Policies are Changing     3–6

What's NEW in Medicare ............................................................. 4
What's NEW in Medigap policies ................................................. 5

## Section 2: Medicare Overview     7–10

What is Medicare? ...................................................................... 8
What is Medicare Part A? ........................................................... 8
What is Medicare Part B? ........................................................... 8
What are Medicare Health Plans? ............................................... 9
Original Medicare Plan and Medigap policies at a glance ......... 9–10
Medicare Advantage Plans at a glance ...................................... 10

## Section 3: What You Need to Know About Medigap Policies     11–36

What it is and isn't ..................................................................... 12–14
Why you might need a Medigap policy .................................... 14–15
Who can buy a Medigap policy .................................................. 16
What is Medicare SELECT .......................................................... 16
What's not covered by Medigap policies .................................... 16
How Medigap Plans A through J differ from Medigap Plans K and L ........ 17
What Medigap policies cover ..................................................... 18
Basic Benefits for Medigap Plans A through J ........................... 18
Basic Benefits for Medigap Plans K and L ................................. 19
Overview of Medigap Plans A through J..................................... 20
Overview of Medigap Plans K and L ......................................... 21
Information on Medigap costs.................................................... 22–25
   How much policies cost, ways of pricing policies,
   and what can affect the cost
Buying a Medigap policy ........................................................... 26–28
   Best time to buy and information on Medigap
   Open Enrollment Period
Pre-existing conditions............................................................... 29
Creditable coverage (past health care coverage) ..................... 30–31
Switching Medigap policies......................................................... 32
Losing Medigap coverage .......................................................... 33
How your bills get paid............................................................... 34
Illegal insurance practices ......................................................... 35
Reliable insurance companies .................................................... 36

Continued on next page ⇨

1

# Table of Contents

## Section 4: Prescription Drug Coverage Overview    37–40

Medicare prescription drug plans ................................................................ 38
Medigap policies and Medicare prescription drug plans ....................... 39–40

## Section 5: Steps to Buying a Medigap Policy    41–52

Steps to buying a Medigap policy ............................................................ 42–52

## Section 6: Medigap Rights and Protections    53–64

Medigap rights and protections (guaranteed issue rights) ..................... 54–63

## Section 7: Medigap Policies and Disability or ESRD    65–68

Information on disability and End-Stage Renal Disease ....................... 66–68

## Section 8: Other Ways to Pay Health Care Costs    69–78

Other kinds of insurance and ways to pay health care costs ................... 70–77

## Section 9: Massachusetts, Minnesota, and Wisconsin Medigap Plans    79–82

Information for Massachusetts ...................................................................... 80
Information for Minnesota ............................................................................ 81
Information for Wisconsin ............................................................................. 82
For information about Medigap policies sold in other states, see pages 19 and 21.

## Section 10: For More Information    83–86

Where to get information .............................................................................. 84
Where to call with Medicare questions ....................................................... 84
Important telephone numbers for each state ........................................... 85–86

## Section 11: Words to Know    87–92

Where words in green are defined ......................................................... 88–91

## Section 12: List of Topics    93–97

An alphabetical list of what is in this Guide ........................................... 94–97

2

*section* **1**



# How Medicare and Medigap Policies are Changing

Use this section to find out about the changes in 2006.

3

If you already have a Medigap policy or you are thinking about buying a Medigap policy, there are a few things you should know about what's new in Medicare and how Medigap policies are changing. Below is a quick look at these changes.

## What's NEW in Medicare

A new Federal law has brought many new changes to the Medicare Program. The following changes give you even more choices in how you get your health care benefits, including coverage for prescription drugs.

### Medicare prescription drug coverage—Starting in 2006

- Enrollment in Medicare prescription drug plans starts in 2005. Medicare prescription drug plans will begin coverage on January 1, 2006.

### New Medicare-covered preventive services—Starts in 2005

- Cardiovascular screening blood tests
- Diabetes screening tests
- "Welcome to Medicare" physical exam

To learn more about Medicare choices or changes, you can get a free copy of the "Medicare & You" handbook (CMS Pub. No. 10050) by visiting www.medicare.gov on the web. Select "Search Tools" at the top of the page. This website also includes information on what Medicare health plans and Medigap policies are available in your area. Or, call 1-800-MEDICARE (1-800-633-4227). TTY users should call 1-877-486-2048.

4

## What's NEW in Medigap (Medicare Supplement Insurance) policies

### New Medigap policies

The new Federal law gives you more choices in Medigap policies. In addition to Medigap Plans A through J, two new Medigap policies will be offered in 2005 (Medigap Plans K and L). Below is a quick look at the two new Medigap policies.

Medigap Plans K and L will offer
- different benefits than Medigap Plans A through J.
- lower premiums than Medigap Plans A through J.

If you use the benefits in Medigap Plans K and L, you will have to pay higher out-of-pocket costs than Medigap Plans A through J. Otherwise, Medigap Plans A through J may be cheaper.

To learn about the types of benefits that Medigap Plans K and L offer, see pages 19 and 21.

For more information about how Medigap Plans A through J are different from Medigap Plans K and L, see page 17.

**Note:** If you bought your Medigap policy before 1992 **or** live in Massachusetts, Minnesota, or Wisconsin, your Medigap policy may be called something different.

| |
|---|
| **If you live in Massachusetts, Minnesota, or Wisconsin, see pages 80–82.** |

### Changes to Medigap policies with prescription drug coverage

Medicare will start to offer prescription drug coverage starting January 1, 2006. Some Medigap policies offer prescription drug coverage, and the new Medicare prescription drug coverage will affect those policies.

| |
|---|
| **Note:** Medigap Plans H, I, and J **are different from** Medicare prescription drug plans. |

- Beginning January 1, 2006, when Medicare prescription drug plans start, you won't be able to buy a new Medigap policy covering prescription drugs. These same policies may still be sold, but without prescription drug coverage.
- If the Medigap policy that you have now covers prescription drugs, you will get detailed information in the mail from your Medigap insurance company about your drug options (see page 39 and **Situation #8** on page 62). You will need to decide which drug option best meets your needs. Help will be available.

5

Case 1:01-cv-12257-PBS   Document 1931-5   Filed 12/01/05   Page 30 of 30

## Where can I get more information about what's new in Medicare and Medigap policies?

If you have questions about Medicare, Medicare prescription drug plans, Medigap policies, or other Medicare-related questions, you can visit www.medicare.gov on the web. Or, call 1-800-MEDICARE (1-800-633-4227). TTY users should call 1-877-486-2048. You can also call your State Health Insurance Assistance Program (see pages 85–86).

> Words in green are defined on pages 88–91.

6