Anna Choice

November 10, 2005

Chicago, IL

59

1    manufactured the Heparin Sodium?

2            A    No, it doesn't.

3            Q    Do you know who manufactures Heparin

4    Sodium?

5            A    No, I don't.

6            Q    So is it correct that you have no

7    way of knowing from these records whether the

8    Heparin Sodium you were prescribed was manufactured

9    by a particular company?

10           A    No, I don't.

11           Q    Do you know whether the charges for

12   this medication was based on AWP?

13           A    No, I don't.

14           MR. DOVE:  I'd like to mark as

15   Exhibit Choice 004 a collection of what appeared to

16   be billing and/or medical records bearing the Bates

17   label Choice 0008 to Choice 0031.

18                  (Exhibit Choice 004 marked.)

19   BY MR. DOVE:

20           Q    And I would ask the witness if she

21   could please take a moment to look through these

22   pages, and after you've had a chance to do that, if

Anna Choice                                    November 10, 2005
                    Chicago, IL

62

1    from Exhibit Choice 003.

2                    MS. FEGAN:  Okay.

3                    MR. DOVE:  I'd like to put on the

4    record:  Our understanding of the difference

5    between this Exhibit Choice 004 and the prior

6    Exhibit Choice 003, at least from our

7    interpretation, it looked like what's part of

8    Exhibit Choice 003 are documents that came from Dr.

9    Thomas's office, whereas these documents came from

10   St. Mary of Nazareth Hospital, and I guess related

11   primarily to Dr. -- Dr. Huq.

12                   If you or counsel has a different

13   understanding, please let us know for the record,

14   but that's the reason we separated these exhibits.

15                   MS. FEGAN:  I don't know.  I mean,

16   we could certainly -- I wouldn't have an objection

17   to letting you know how it came after this

18   deposition, but as I sit here, I don't know.

19   BY MR. DOVE:

20        Q    Ms. Choice, do these records reflect

21   your being prescribed Cytoxan?  I can direct your

22   attention to page 23 in particular.

Anna Choice

November 10, 2005

Chicago, IL

63

1          A     Uh-huh.

2          Q     And your answer?

3          A     Yes, it's on here.

4          Q     Do these records reflect the charge

5     for Cytoxan?

6          A     I don't see a charge on here.

7          Q     Do these records reflect any charges

8     being based on AWP?

9          A     Not as far as I know.

10         Q     Do these records reflect you being

11    prescribed Rubex?

12         A     No, I don't see them on here.

13         Q     If you could please turn with me to

14    page 28 of this document.

15         A     Uh-huh.

16         Q     Do you see on there where it says

17    "final notice, balance due, $362.20"?

18         A     Yes, I do.

19         Q     Do you recall whether you ended up

20    paying this particular bill?

21         A     This is Dr. Huq.  No, I don't think

22    I have.

Anna Choice

November 10, 2005

Chicago, IL

64

1      Q     Do you recall whether your account

2  was turned over to a collection agency?

3      A     No, I don't think so.

4      Q     But to the best of your knowledge,

5  you've not paid this $362.20?

6      A     No, I don't think I have.

7      Q     If you could turn back with me to

8  the prior exhibit, Exhibit Choice 003, I have just

9  a few follow-up questions.

10     If you could turn to page five of

11 that exhibit.

12     On the bottom right-hand corner, it

13 says:  This is your balance for this day of

14 service, please send payment.  Do you see that?

15     A     Yes, I do.

16     Q     And do you see the arrow pointing to

17 $24.75?

18     A     Yes, I do.

19     Q     Do you recall whether you paid

20 this -- this balance?

21     A     No, I don't remember.

22     Q     Is it possible that you did not pay

Anna Choice                                    November 10, 2005
                        Chicago, IL

65

1    this balance?

2            A    May have been.  I'm not sure.

3            Q    If you could turn to page 33 of this

4    exhibit.

5                 You see on the center of the page,

6    where it says:  Your insurance has been billed for

7    you.  Your share of this balance is $139.50.  Do

8    you see that?

9            A    Yes, I do.

10           Q    Do you recall whether you paid the

11   $139.50?

12           A    I really don't know.

13           Q    If you turn with me to page 39 of

14   this document.

15                Specifically down toward the bottom

16   of the page, where it says:  Your insurance has

17   been billed for you.  Your share of this balance is

18   $81.25.  Do you see that?

19           A    Yes, I do.

20           Q    Do you recall whether you paid that

21   $81.25?

22           A    No, I don't, don't remember.

Anna Choice                                          November 10, 2005

Chicago, IL

66

1          Q     If you could turn to page 46.

2                And you see at the top it says

3    payment, $50 --

4          A     Yes, I do.

5          Q     -- Anna Choice.  Do you recall

6    whether you paid the 50 dollar payment?

7          A     Yeah.  Yeah, I remember paying that.

8          Q     Do you recall what that payment was

9    for?

10         A     No, just -- you know, I'm just

11   paying on my bill.  I don't know exactly what I was

12   paying.  I'm just paying, you know, towards my

13   bill.

14         Q     The only reason I ask that question

15   is here it doesn't appear like anything was checked

16   off.

17         A     Right.  I understand.

18         Q     So it's possible that $50 was for

19   physician services that had nothing to do with

20   prescription drugs?

21         A     Could have been.  I'm not sure.

22         Q     And would your answer be the same

Anna Choice                                    November 10, 2005

Chicago, IL

67

1    for the next page, page 47?

2                A    Yeah, it could have been.

3                     MR. DOVE:  I'd like to mark as

4    Exhibit Choice 005 a collection of receipts and

5    what looks to be a copy of a check, bearing the

6    Bates labels Choice 43 through Choice 45.

7                     (Exhibit Choice 005 marked.)

8    BY MR. DOVE:

9                Q    Ms. Choice, have you seen these

10   documents before?

11               A    Yes, I have.

12               Q    What are these documents?

13               A    These are payments to the doctor.

14               Q    When you say -- let's start with the

15   first page.

16               A    Uh-huh.

17               Q    There are five receipts that are

18   shown here.  What do these receipts represent?

19               A    These are the money orders that --

20   from the money order I made for the doctor.  These

21   are the stubs from it.

22               Q    Now, I notice that the dates on

Anna Choice

Chicago, IL

68

1    these payments are all in the years 2004 and 2005.

2    Do you see that?

3              A    Yes, I do.

4              Q    What specifically are these payments

5    for?

6              A    The same thing, the treatments that

7    I had and the medicine that was given to me.  I'm

8    still paying.

9              Q    Oh, I see.  So -- so these payment

10   stubs relate to payments for the services you

11   received back in 2000 and 2001?

12             A    Yes, it does.

13             Q    And so just so I'm clear, these

14   don't relate to payments for the checkups you get

15   every three months for the doctor?

16             A    No, not right now.  Nope.

17             Q    Do you have a payment plan set up

18   with Dr. Thomas for paying your outstanding

19   balance?

20             A    Yeah.  He -- I don't know what kind

21   of bookkeeper he got, but I talked to her about my

22   bill.  And, you know, I asked -- she sent some of

Anna Choice                                     November 10, 2005

Chicago, IL

69

1    them to collections.  So I asked her which ones did

2    she send to collections.  She told me she don't

3    know.

4                    So right now I set up a plan with

5    collections, and this bill was $4,000.  That one I

6    paid.  I pay $125 a month on that one.  But she

7    still have bills in the office that she, you know,

8    trying to send me, too.  So I don't understand what

9    she doing.

10            Q    But you don't know one way or the

11   other whether these receipts have anything to do

12   with your -- with medications in this case, is that

13   right?

14                 MS. FEGAN:  Objection, asked and

15   answered.  You can answer it.

16                 THE WITNESS:  Well, basically I'm

17   assuming it's, you know, for the medicine and the

18   services, because the bills, they all together, so

19   I'm assuming it's for both of them.

20   BY MR. DOVE:

21            Q    But you'd agree there's no way you

22   can -- you can look at one of these receipts and

Anna Choice                                    November 10, 2005
Chicago, IL

70

1      say, that $75, that was for my treatment for

2      Zofran, is that correct?

3              A      No, I can't say that.

4              Q      Turning the page to page 44 and 45,

5      am I correct that this is the back and front of the

6      same check?

7              A      Yes, it is.

8              Q      And what does this check relate to?

9              A      For the doctor.

10             Q      So -- oh, I see.  So this is an

11     earlier check in 2002 to the doctor?

12             A      Yes, it is.

13             Q      And the more recent checks are money

14     orders from this Travelers Express Company?

15             A      Yes, it is.

16             Q      But, again, the 50 dollar check is

17     for -- is payment on an outstanding balance to the

18     doctor, correct?

19             A      Yes.

20             Q      And you don't know whether it's for

21     services or for medication, correct?

22             A      No, because the bills -- everything

# EXHIBIT 19

Joyce Dison                                    November 9, 2005
                        Kewanee, IL

                                                              1

 1               UNITED STATES DISTRICT COURT

 2               DISTRICT OF MASSACHUSETTS        CERTIFIED COPY

 3

 4    IN RE:  PHARMACEUTICAL INDUSTRY )

 5    AVERAGE WHOLESALE PRICE          )

 6    LITIGATION                       ) MDL No. 1456

 7                                     ) Master File No.

 8                                     ) 01-CV-12257-PBS

 9    This Document Relates to         )

10    ALL ACTIONS.                     ) Patti B. Saris

11                                     )    Judge

12

13       The discovery deposition of JOYCE DISON, called

14    for examination pursuant to the provisions of the

15    Code of Civil Procedure and Rules of the Supreme

16    Court as they apply to the taking of discovery

17    depositions, taken before Arlene H. Nauman, CSR,

18    RMR, a Notary Public in and for the County of

19    Tazewell, State of Illinois, on the 9th day of

20    November, 2005, at the hour of 10:30 a.m., at Motel

21    8 Conference Room, 901 Tenney Street, in the City

22    of Kewanee, County of Henry, State of Illinois.

Joyce Dison                              November 9, 2005

Kewanee, IL

19

1       A    Yes.

2       Q    And you said something about your hours

3  being reduced when you went to Eagle's?

4       A    Yes.

5       Q    How did your hours change?

6       A    Well, I was working between 38 and 40 hours

7  and when I first started I think I was doing

8  between 15, 12 to 15 hours.

9       Q    So, when you had been at Kroger's it was

10  almost a 40-hour week?

11      A    Yes.

12      Q    And at Eagle's it was half time?

13      A    To start, yes.

14      Q    And then later did it become fulltime?

15      A    Well, they kind of changed like 32 hours,

16  you could get your full benefits, and I guess that

17  was considered fulltime.  But it eventually, as

18  they were, you know, as business declined then

19  hours were cut.

20      Q    Were you eligible for Medicare at all?

21      A    No.

22      Q    Medicaid?

Joyce Dison                                November 9, 2005

Kewanee, IL

25

1        Q    And then if you go -- then it looks like

2    something happened on 11-22 or 11 -- so, if you go

3    to Dison 7, this is the year 2000.  Oh, wait.  So

4    this would have been after you were diagnosed?

5        A    Yes.

6        Q    Was there a subsequent hospital stay?

7        A    No.  The biopsy was done as an

8    out-patient.

9        Q    Well, --

10        A    I believe.

11        Q    The surgery itself, though, was performed

12    on December 15th of 1999 at the Kewanee Hospital;

13    is that correct?

14        A    Yes.

15        Q    I mean there are --

16        A    12-15, um-hum.

17        Q    But they're listing of '00 not '99?

18        A    Well, maybe it -- the actual -- let's see.

19        Q    And I'll just, if it helps at all, it looks

20    like your chemotherapy bills were 2001.

21        A    Okay, I'm a year behind.

22        Q    That's fine.

Joyce Dison

November 9, 2005

Kewanee, IL

30

1    somebody in the doctor's office gave to you?

2        A    Yes.

3        Q    And were these in your personal file that

4    you kept at home?

5        A    Yes.

6        Q    Did you receive any other information about

7    any of the other drugs that you were receiving?

8        A    I don't think so.

9        Q    There is some handwriting on the first page

10   where it says "Anzemet", and I can't read the next

11   word, and it says "In IV 1st to prevent nausea", do

12   you see that?

13       A    Yes.

14       Q    Do you know whose handwriting that is?

15       A    I believe it was one of the nurses that was

16   responsible for giving me the chemo.

17       Q    Do you recall being aware of these names at

18   the time period, did it mean anything to you?

19       A    No.

20       Q    If I told you that certain of these drugs

21   had multiple manufacturers, one of them being my

22   client, Bristol-Myers Squibb, but others making the

Joyce Dison                                    November 9, 2005
Kewanee, IL

31

1   same chemical compound, could you tell me which

2   manufacturers' drugs you received?

3        A    No.

4        Q    How many courses of treatment did you have

5   with Dr. Vukov?

6        A    From January to I believe --

7        Q    January, 2001?

8        A    Yes, to I believe it was the end of June or

9   the first part of July of the same year.

10       Q    And were you generally satisfied with the

11  level of care that you received?

12       A    Yes.

13       Q    Do you have any reason to believe that Dr.

14  Vukov chose the particular drugs in question

15  because of any financial incentive?

16       A    No.

17       Q    Let me mark what your counsel produced to

18  me today as our next exhibit.

19            (Whereupon Exhibit Dison 003

20            was marked for identification)

21

22  BY MR. TRETTER:

Joyce Dison                                          November 9, 2005

Kewanee, IL

51

1    that are not in those two documents?

2         A    I don't think so.

3         Q    Okay.  I assume you still have checks, for

4    example?

5         A    Yes.

6         Q    Or your bank statements, those would be

7    documents?

8         A    Yes.

9         Q    So, I'm just going to ask you to search

10   your recollection again to see if there is anything

11   else you can think of that might be in your

12   possession that relate to your chemotherapy?

13        A    I don't believe so.

14        Q    Then let's talk about the lawsuit.  We have

15   the letter from Mr. Ryan?

16        A    Yes.

17        Q    Which was I think our fourth exhibit.  We

18   have the authorization form that you sent to Ms.

19   Connolly to get some medical records from Dr.

20   Vukov?

21        A    Yes.

22        Q    We have, we didn't mark it, but we have the

# EXHIBIT 20

1

```
 1          IN THE UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3

 4   IN RE PHARMACEUTICAL INDUSTRY

 5   AVERAGE WHOLESALE PRICE        MDL No. 1456

 6   LITIGATION

 7                                  )   CIVIL ACTION:

 8   THIS DOCUMENT RELATES TO       01-CV-12257-PBS

 9   ALL CLASS ACTIONS

10                                  )

11

12

13                  The discovery deposition of

14   TRACY L. GARCIA, taken in the above-entitled case,

15   before Karyn Chalem, CSR, RPR, on the 15th day of

16   November, 2005, at 1:00 o'clock p.m. at the offices

17   of The Wexler Firm, One North LaSalle Street, Suite

18   2000, Chicago, Illinois, pursuant to agreement of

19   counsel.

20

21   Reported by:  Karyn H. Chalem

22   License No.:  084-004167
```

26

1   once in Little County of Mary Immediate --

2            A     Little Company of Mary.

3            Q     Little Company, excuse me.

4            A     Just for the record, I did have, I

5   believe, two chemotherapy sessions at Dr. Hannigan's

6   office, in his Oak Lawn office.

7            Q     But that was in the hospital there, the

8   Christ --

9            A     The annex of the hospital.

10           Q     Okay.  Do you believe that the doctors

11  prescribed drugs based on what was in your best

12  medical interests?

13           A     Yes, sir.

14           Q     Do you believe they prescribed drugs

15  based on how much money they would make off the drugs

16  they prescribed?

17           A     No, sir.

18           Q     Ms. Garcia, are you currently covered by

19  Medicare?

20           A     No, sir.

21           Q     I notice you're not 65 yet, but are you

22  otherwise eligible for Medicare benefits?

1          A    No, sir.

2          Q    Are you covered by Medicaid?

3          A    No, sir.

4          Q    Does your employer provide you with

5    health insurance?

6          A    Yes, sir.

7          Q    And what is that health insurance?

8          A    Blue Cross/Blue Shield PPO of Illinois.

9          Q    And is that affiliated with the United

10   Food -- I don't want to get this wrong. United Food

11   and Commercial Workers Union and Employers Midwest

12   Health Benefits Fund?

13         A    Yes, sir.

14         Q    Are you a member of that fund?

15         A    Yes, sir.

16         Q    If you know, what's the relationship

17   between -- if you don't mind, I'll call it UFCW --

18   UFCW and Blue Cross/Blue Shield of Illinois?

19         A    I don't know.

20         Q    Do you know if Blue Cross/Blue Shield of

21   Illinois is the plan administrator of the UFCW's

22   fund?

48

1          Q    Do you know -- do you -- did you take

2    Albuterol or were you administered Albuterol on the

3    29th of March 2005?

4          A    Yes, sir.

5          Q    And you testified earlier that you had a

6    bronchial infection?

7          A    Yes, sir.

8          Q    Was that related to the chemotherapy

9    that you had been taking?

10         A    No.

11         Q    Do you know who manufactured the

12   Albuterol that you were prescribed on the 29th?

13         A    No.

14         Q    Do you know who manufactured any of the

15   drugs that you took?

16         A    No, sir.

17         Q    If you remember, in both the Complaint

18   and your affidavit, you said that one of the drugs

19   you took was Rubex?

20         A    Yes, sir.

21         Q    Is your taking of Rubex reflected in any

22   of the billing records that you've produced? I'll

1  represent to you I couldn't find it.

2         A    I have not seen it, either.

3         Q    Let's just look at, for example, page --

4  sorry, now we're going back and forth between the

5  clean copy and the other copy, but on Garcia Number

6  5, page 56, if you look maybe 12 or so entries down,

7  there's a listing of Adriamycin.

8         A    Adriamycin, yes.

9         Q    Do you see that?

10        A    Yes, sir.

11        Q    Is that what you were referring to in

12  your affidavit when you said that you took Rubex?

13        A    I'm not -- I don't know.  I'm not sure.

14        Q    Do you know who manufactured the

15  Adriamycin that you took?

16        A    No, sir.

17        Q    Okay.  Sorry to switch back and forth

18  here.

19        A    That's okay.

20        Q    Could we go back to page 49 of Exhibit

21  Garcia 002, with respect to the Albuterol, and it

22  says DIAG, the value listed is 493.90, the units, the

# EXHIBIT 21

Donna Kendall                                    November 18, 2005

Springfield, IL

1

```
 1              THE UNITED STATES DISTRICT COURT

 2           FOR THE DISTRICT OF MASSACHUSETTS

 3

 4    IN RE:  PHARMACEUTICAL          MDL DOCKET NO.

 5    INDUSTRY AVERAGE WHOLESALE      CIVIL ACTION

 6    PRICE LITIGATION                01-CV-12257-PBS

 7    THIS DOCUMENT RELATES TO:

 8    ALL ACTIONS

 9

10

11

12

13           THE DEPOSITION of DONNA KENDALL, taken in

14    the above-entitled case before Julie A. Brown, a

15    Certified Shorthand Reporter of Christian County,

16    acting within and for the County of Sangamon, State

17    of Illinois, at 10:10 o'clock A.M., on November 18,

18    2005, at 107 East Allen Street, Springfield,

19    Sangamon County, Illinois, pursuant to notice.

20

21

22
```

CERTIFIED COPY

Donna Kendall

November 18, 2005

Springfield, IL

19

1    A    Yes, they did.

2    Q    What is the name of the insurance company

3    that Eagle Foods provided you with?

4    A    Blue Cross Blue Shield of Illinois.

5    Q    Do you still have health insurance with

6    Blue Cross Blue Shield of Illinois?

7    A    No.

8    Q    When did Blue Cross Blue Shield of

9    Illinois cease to be your health insurer?

10   A    October of 2004.  Actually it would have

11   been November because I carried it through October

12   and I paid premiums on that.

13   MR. SCOTT: Just wait for the question.

14   MR. ROBACK:    Q   Did your coverage with Blue

15   Cross Blue Shield begin in September of 1980?

16   A    I don't know.

17   Q    Besides Blue Cross Blue Shield of

18   Illinois and Consociate Group have you had any

19   other health insurance since 1990?

20   A    No.

21   Q    Are you eligible for Medicare?

22   A    No.

Donna Kendall

November 18, 2005

Springfield, IL

20

1       Q    Have you been a Medicare beneficiary at

2  any time during the last 15 years?

3       A    No.

4       Q    Are you eligible for Medicaid?

5       A    No.

6       Q    Do you receive Social Security benefits?

7       A    I do, yes.

8       Q    Describe the benefits you receive from

9  Social Security.

10      A    The amount?  I receive my, I'm 62 years

11  old so I receive my retirement benefits, I guess is

12  what they call it.

13      Q    Do you have disability insurance?

14      A    No.

15      Q    Do you have any other private health

16  insurance?

17      A    No.

18      Q    Other than Blue Cross Blue Shield of

19  Illinois has any other entity or person paid or

20  helped pay your medical bills including medication

21  during the last 15 years?

22      MR. SCOTT: You mean Blue Cross Blue Shield and

Donna Kendall

November 18, 2005

Springfield, IL

21

1  Consociate?

2      MR. ROBACK:   Q   Well, let's start with Blue

3  Cross Blue Shield.

4      A     Consociate has paid.

5      Q     Besides Blue Cross Blue Shield and

6  Consociate has any other entity or person paid or

7  helped pay for your medical bills including

8  medication during the last 15 years?

9      A     Yes.

10     Q     Who?

11     A     Mutual of Omaha.

12     Q     Did you have insurance through Mutual of

13  Omaha?

14     A     I have a cancer policy.

15     Q     Describe the policy.

16     A     I pay $57 every six months and it pays a

17  very small amount.  It's called the John Wayne

18  policy.

19     Q     When did you first obtain this policy

20  from Mutual of Omaha?

21     A     I don't remember.  It's been some time.

22  I've had it for a number of years.

Donna Kendall

Springfield, IL

November 18, 2005

25

1       MR. SCOTT: Same objection.

2       THE DEPONENT: Actually they pay a flat fee

3   per, for a certain number of treatments regardless

4   of what the cost is.  They don't pay a percent.

5   Like they would allow $40 for each treatment up to

6   ten treatments or up to, you know, 40 treatments,

7   whatever it was.  I don't recall, but they paid a

8   flat fee per treatment, not, you know, for a number

9   of treatments up to a certain amount.

10      MR. ROBACK:   Q   So you would send them

11  documents showing what you had paid?

12      A    That I had had 18 or 16 chemotherapy

13  treatments, 33 radiation treatments.

14      Q    And then they would reimburse you based

15  on whatever their flat rate was?

16      A    Right.  That's correct.

17      Q    Do you have any documents that reflect

18  what Mutual of Omaha reimbursed you?

19      A    No, I don't.

20      Q    Do you have any documents that would

21  reflect your policy with Mutual of Omaha?

22      A    Not with me.  I do have it.

Donna Kendall

November 18, 2005

Springfield, IL

26

1      Q     At home?

2      A     Yes.

3      Q     Do you have any documents at home that

4   you would have submitted to Mutual of Omaha?

5      A     I don't know.  To be honest with you, I

6   don't recall what I sent them other than the number

7   of radiation treatments that I had received and the

8   same way with the chemotherapy.

9      MR. ROBACK: Just for the record, we would ask

10  that all documents Ms. Kendall has regarding her

11  coverage with Mutual of Omaha be produced.

12     MR. SCOTT: Take it under advisement.

13     MR. ROBACK:   Q   Other than Blue Cross Blue

14  Shield of Illinois, Consociate Group and Mutual of

15  Omaha has any other person or entity paid or helped

16  pay for your medical bills including medication

17  during the last 15 years?

18     A     No.

19     Q     Who pays for, strike that.

20           Who paid for your coverage with Blue

21  Cross Blue Shield of Illinois?

22     A     Eagle Foods Store or UFCW.  It was