Donna Kendall                                    November 18, 2005
                        Springfield, IL

51

1    administered your chemotherapy?

2         A    No.

3         Q    Who administered your chemotherapy?

4         A    Dr. Benjamin Esparaz.

5         Q    How do you spell--

6         A    E-S-P-E-R-E-Z.

7         Q    Did Dr. Esparaz, strike that.

8              Was Dr. Esparaz the only physician who

9    administered chemotherapy to you?

10        A    Yes.

11        Q    Did Dr. Esparaz also administer radiation

12   treatment?

13        A    No.

14        Q    Who administered the radiation treatment?

15        A    Dr. Edmond Elliot.

16        Q    Do you believe that Dr. Esparaz

17   prescribed drugs to you based on what he believed

18   to be in your best medical interest?

19        A    Yes.

20        Q    Do you believe that Dr. Esparaz has

21   conspired with drug companies to defraud you?

22        A    No.

Donna Kendall                                    November 18, 2005
                        Springfield, IL

                                                                52

 1        Q      Besides Dr. Esparaz, Dr. Elliot and Dr.

 2   Zacheis, have you seen any other physicians

 3   regarding cancer?

 4        A      Plastic surgeon.

 5        Q      What's that physician's name?

 6        A      Dr. Stewart Baker.

 7        Q      Do you believe that all of the four

 8   doctors you just listed had your best medical

 9   interests at heart?

10        A      Yes.

11        Q      Do you believe that Dr. Esparaz made a

12   profit on the drugs administered to you?

13        A      No.

14        Q      Do you believe it would be okay if Dr.

15   Esparaz made a profit on the drugs administered to

16   you?

17        A      I don't have any thought about that.

18        Q      Where does Dr. Esparaz work?

19        A      Cancer Care Specialists of Central

20   Illinois.  It's in Decatur.

21        Q      Is that a hospital?

22        A      It's a building of its own.  It's like a

Donna Kendall                                November 18, 2005
                         Springfield, IL

                                                            59

1    you?

2         A    Yes.

3         Q    Do these records reflect your being

4    prescribed the drug Kytril?  And I can help you

5    out.  If you look on page 4.

6         MR. SCOTT: Do you want her to look through the

7    whole document?

8         MR. ROBACK:   Q   If you look on page 4 under

9    12/5/02.

10        A    Yes.

11        Q    Should be the last entry there.  Do you

12   see that?

13        A    Yes.

14        Q    Do you recall actually taking Kytril?

15        A    Yes.

16        Q    What is the basis for that recollection?

17        A    They gave it to me, some samples in pill

18   form.  Then I was told that it was also in the

19   chemotherapy cocktail.

20        Q    And was it Dr. Esparaz's nurses who told

21   you it was in the cocktail?

22        A    Yes.

Donna Kendall                                November 18, 2005
                        Springfield, IL

60

1        Q     Dr. Esparaz ever tell you it was in the

2    cocktail?

3        A     I don't recall.

4        Q     When according to these records is the

5    first time that you were prescribed Kytril?

6        MR. SCOTT: Do you want her to look through all

7    the records?

8        MR. ROBACK: Well, they're done by date,

9    Counsel.  So it should be, if she sees one before

10   December 5th, 2002 she's welcome to point it out.

11       THE DEPONENT: I believe that that's probably

12   the first.

13       MR. ROBACK:    Q    December 5th, 2002?

14       A     Correct.

15       Q     To your knowledge were you administered

16   Kytril prior to December 5th, 2002?

17       A     Not to my knowledge.

18       Q     Do these records reflect who manufactures

19   Kytril?

20       A     No.

21       Q     Do these records reflect the charge for

22   Kytril?

Donna Kendall                         November 18, 2005
Springfield, IL

61

1       MR. SCOTT: Object.  The records speak for

2    themselves.

3       MR. ROBACK: Are you okay?

4       MR. SCOTT: Shall we take a short break?

5          (Whereupon a short break was taken.)

6       MR. ROBACK:   Q   Ms. Kendall, we're back from

7    a short break.  Turning your attention back to

8    Exhibit Kendall 003, do these records reflect the

9    charge for Kytril?

10      MR. SCOTT: To the extent you know.

11      THE DEPONENT: They seem to, yes.

12      MR. ROBACK:   Q   And what charge is that?

13      A    $350.

14      Q    Do these records reflect the charge for

15   Kytril being based on average wholesale price or

16   AWP?

17      A    I wouldn't know AWP.

18      Q    Do these records reflect how the charges

19   for Kytril were determined?

20      A    No.

21      Q    Do these records reflect your being

22   prescribed Cytoxan?  And I can I guess direct your

Donna Kendall                                    November 18, 2005
Springfield, IL

62

1    attention.  Still on December 5th, 2002 for the

2    drug Cyclophosphamid, which I'll represent may or

3    may not be Cytoxan, but that at least is the

4    closest representation on this document that I was

5    able to find.

6         A    The record shows that.

7         Q    That you were prescribed or the record

8    lists Cyclophosphamid?

9         A    Yes, it does.

10        Q    Do you see the word Cytoxan in the

11   record?

12        A    Not on that date.

13        MR. SCOTT: Do you want her to look through the

14   whole document?

15        MR. ROBACK: Sure.  She can look through it and

16   let me know if you see Cytoxan.

17        MR. SCOTT: We're willing to stipulate that the

18   exhibit speaks for itself and if you're willing to

19   say whether or not Cytoxan appears within the 30

20   some odd pages here, we'll take your word for it,

21   Counsel, and move on from there.

22        MR. ROBACK: Fair enough.  I mean I'll

Donna Kendall                                      November 18, 2005

Springfield, IL

63

1    represent that I at least did not see the word

2    Cytoxan.

3         THE DEPONENT: I don't see that word.

4         MR. SWEENEY: Mr. Tom Sweeney.  Nor did I.

5         MR. ROBACK:   Q   Do you know, Ms. Kendall, if

6    Cyclophosphamid is necessarily the drug Cytoxan?

7         A    I don't know that.

8         Q    Do you know if it could be the drug

9    Neosar?

10        A    I don't know that.

11        Q    When according to these records is the

12   first time that you were prescribed

13   Cyclophosphamid?

14        A    The first that I see it is on the 5th of

15   December.

16        Q    2002?

17        A    Correct.

18        Q    To your knowledge were you prescribed

19   Cyclophosphamid prior to December 5th, 2002?

20        A    No.

21        Q    Do these records reflect who manufactured

22   Cyclophosphamid?

Donna Kendall                                      November 18, 2005
                          Springfield, IL

64

1        A      I don't see that.

2        Q      So your answer is no?

3        A      No.

4        Q      Do these records reflect a charge for

5   Cyclophosphamid?

6        A      Yes.

7        Q      And what's that charge?

8        A      $107.80.

9        Q      Do these records reflect the charge for

10  Cyclophosphamid being based on average wholesale

11  price or AWP?

12       A      I would not know.

13       Q      Do these records reflect how the charges

14  for Cyclophosphamid were determined?

15       A      No.

16       Q      Do these records reflect your being

17  prescribed the drug Rubex?  And I'll direct your

18  attention to page 4 again with the first entry

19  under Dr. Zacheis' name is Doxorubicin, which I'll

20  represent may or may not be the drug Rubex.

21       A      I see that.

22       MR. SCOTT: What was the question?  I'm sorry.

Donna Kendall

November 18, 2005

Springfield, IL

65

1     MR. ROBACK:   Q   Do you see, do these records

2     reflect your being prescribed the drug Rubex?

3     MR. SCOTT: Do you want her to go through the

4     records in their entirety or do you know that it's

5     not in there?

6     MR. ROBACK: Based on my review of the records

7     I do not see the word Rubex.  If you're willing to

8     have the same stipulation.

9     MR. SCOTT: The records speak for themselves

10    and we'll take you at your word that Rubex is not

11    listed in here.

12    MR. ROBACK:   Q   Ms. Kendall, do you see it

13    listed?

14    A    Not under the name of Rubex.

15    MR. SCOTT: Do you want her to go through the

16    whole record or do you want to go with the

17    stipulation that we'll take you at your word that

18    it's not listed in there?

19    MR. ROBACK: I think the witness answered the

20    question but if she sees it.

21    Q    Do you see the word Rubex?

22    A    I don't.

Donna Kendall                                    November 18, 2005
Springfield, IL

66

1       Q    Do you know if Doxorubicin is necessarily

2    the drug Rubex?

3       A    I don't know that.

4       Q    You mentioned earlier the drug

5    Adriomyacin.  Do you know if Doxorubicin could also

6    be as Adriomyacin?

7       A    I don't know that.

8       Q    When according to these records is the

9    first time that you were prescribed Doxorubicin?

10      A    Shows 12/5, I believe.

11      Q    2002?

12      A    Correct.

13      Q    To your knowledge were you prescribed

14   Doxorubicin prior to December 5th, 2002?

15      A    No.

16      Q    Do these records reflect who manufactures

17   Doxorubicin?

18      A    No.

19      Q    Do these records reflect any charges for

20   Doxorubicin being based on average wholesale price

21   or AWP?

22      A    I wouldn't know if it was based on that.

Donna Kendall                                    November 18, 2005
                        Springfield, IL

67

1      Q      So these records do not reflect any

2    charges for Doxorubicin being based on AWP?

3      A      I wouldn't know.

4      Q      Do these records reflect how the charges

5    for Doxorubicin were determined?

6      A      No.

7      Q      Do these records reflect your being

8    prescribed Dexamethasone Sodium?  I'm still looking

9    on page 4.

10     A      On 12/05 I see Dexamethasone, one.

11     Q      Is that the first time according to these

12   records that you were prescribed Dexamethasone?

13     A      To my knowledge, yes.

14     Q      Do these records reflect who manufactured

15   Dexamethasone?

16     A      No.

17     Q      If you were prescribed Dexamethasone

18   Sodium do you have any way of telling from these

19   records who manufactured--

20     A      No.

21     Q      (Continuing.)--it?

22            Do you know whether any charges for

Donna Kendall                                    November 18, 2005
                        Springfield, IL

68

1    Dexamethasone were based on AWP or average

2    wholesale price?

3         A    I don't know what it's based on.

4         Q    Do these records reflect your being

5    prescribed Sodium Chloride?

6         MR. SCOTT: Do you want her to go through the

7    whole record?

8         MR. ROBACK: I can represent again I at least

9    did not see Sodium Chloride listed on the record.

10        MR. SCOTT: The record speaks for itself.  We

11   can move on.

12        MR. ROBACK:   Q   Ms. Kendall, do you see

13   Sodium Chloride anywhere?

14        A    No, I do not.

15        Q    If you were administered Sodium Chloride

16   do you have any way of knowing what company would

17   have manufactured it?

18        A    No, I do not.

19        Q    Do you know whether any charges for

20   Sodium Chloride that may have been administered to

21   you would be based on AWP?

22        A    No.

Donna Kendall                          November 18, 2005
                    Springfield, IL

69

1        Q     Do these records reflect your being

2   prescribed Taxotere?  And if you turn to page 8

3   towards the bottom of the page.

4        A     Yes.

5        Q     When according to these records is the

6   first time that you were prescribed Taxotere?

7        A     2/27/03.

8        Q     Do these records reflect who manufactured

9   Taxotere?

10       A     No.

11       Q     So is it correct that based on these

12  records you're not able to determine who

13  manufactured Taxotere that may have been given to

14  you?

15       A     That's correct.

16       Q     Do you know whether any charges for

17  Taxotere were based on average wholesale price or

18  AWP?

19       A     There's a charge there but I don't know

20  what it's based on.

21       Q     Do these records reflect your being

22  prescribed the drug Procrit?  And like before I can

Donna Kendall                                    November 18, 2005
                      Springfield, IL

                                                            70

1    represent that I at least did not see it, but if

2    you see it, Ms. Kendall, please let me know.

3         MR. SCOTT: We'll take you at your word that it

4    doesn't say it, that you've reviewed them but if

5    you'd like her to review the entire document she

6    will.

7         THE DEPONENT: I don't see it.

8         MR. ROBACK:   Q   So then based on these

9    records is it correct that you do not know who

10   would have manufactured any Procrit that may have

11   been given to you?

12        A    That's correct.

13        Q    Do you know if any charges for Procrit

14   were based on average wholesale price or AWP?

15        A    No, I do not know that.

16        Q    Do you know if Procrit as opposed to

17   another similar drug was actually administered to

18   you?

19        A    I don't know that.

20        Q    Do these records reflect your being

21   prescribed Lidocaine?

22        MR. SCOTT: Do you have somewhere you want her

Donna Kendall                                    November 18, 2005
Springfield, IL

71

1    to look?

2          MR. ROBACK: I can represent that I did not see

3    it.

4          THE DEPONENT: I don't see it.

5          MR. ROBACK:   Q   I'm sorry.  Say that again,

6    Ms. Kendall.

7          A    I don't see it.

8          Q    So then is it correct that based on these

9    records you do not know who would have manufactured

10   any Lidocaine that may have been given to you?

11         A    No, I don't.

12         Q    Do you know whether any charges for

13   Lidocaine which would have been administered to you

14   would be based on average wholesale price or AWP?

15         A    I don't know that.

16         Q    Do you know if you were actually treated

17   with Lidocaine?

18         A    No.

19         Q    Do these records reflect your being

20   prescribed Lorazepam?  And if you look at page 4 at

21   the top.

22         A    Yes, I see that.

Donna Kendall                                    November 18, 2005

Springfield, IL

72

1       Q     When according to these records is the

2    first time that you were prescribed Lorazepam?

3       A     12/5/02.

4       Q     To your knowledge were you prescribed

5    Lorazepam prior to December 5th, 2002?

6       A     No.

7       Q     Do these records reflect who manufactures

8    Lorazepam?

9       A     No.

10       Q     Do you know if you were actually given

11    Lorazepam?

12       A     No.

13       Q     Do these records reflect any charges for

14    Lorazepam being based on average wholesale price or

15    AWP?

16       A     No.

17       Q     Do you know how any charges for Lorazepam

18    that may have been administered to you were

19    determined?

20       A     No, I don't.

21       Q     Ms. Kendall, can you please turn to page

22    Kendall, the page Bates labeled Kendall 0021?   Do

Donna Kendall                                    November 18, 2005

Springfield, IL

81

1    22nd, 2002?

2         A    Yes.

3         Q    When is the first time that you recall

4    going to Cancer Care Specialists?

5         A    On 11/22.

6         Q    Do these records reflect charges

7    performed at Cancer Care Specialists such as

8    x-rays?

9         A    Yes, they do.

10        Q    Do these records reflect charges for

11   specific medication administered to you?

12        A    It shows chemotherapy.  Doesn't specify

13   what drug was in it.

14        Q    So then this chart does not reflect

15   specific medication that was administered to you?

16        A    No.

17        Q    Do these records reflect how the, strike

18   that.

19             Do you see the column, it's the fourth

20   column from the left that says amount billed?

21        A    Yes.

22        Q    Do these records reflect how the numbers

Donna Kendall                                    November 18, 2005
                        Springfield, IL

1    listed under the column amount billed were

2    determined?

3         A    No.

4         Q    Do these records reflect any charges

5    being based on AWP or average wholesale price?

6         A    No.

7         Q    Do these records reflect payments being

8    made based on AWP or average wholesale price?

9         A    Not to my knowledge.

10        Q    Does this document sometimes refer to

11   chemotherapy and office visits together?  And if

12   you look on page 36 towards the--

13        A    On which page?

14        Q    36.  It should be the third page in the

15   exhibit but it's Bates labeled Kendall 36.

16        A    Okay.  I see that.  Yes.

17        Q    I'm going to mark--

18   MR. SCOTT: Are you done with that one for

19   now?

20   MR. ROBACK: For now.

21        Q    I'm going to mark as Exhibit Kendall

22   005, it's a document that appears to contain copies

# EXHIBIT 22

Sandra Jean Leef                              November 8, 2005

Chicago, IL

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---oOo---


In re:  PHARMACEUTICAL          MDL DOCKET NO.

INDUSTRY AVERAGE WHOLESALE       CIVIL ACTION

PRICE LITIGATION                 01CV12257-PBS

_____


THIS DOCUMENT RELATES TO:

ALL ACTIONS                      CERTIFIED COPY

_____/



            Deposition of SANDRA JEAN LEEF, taken

before GREG S. WEILAND, CSR, RMR, CRR, Notary Public,

pursuant to the Federal Rules of Civil Procedure for

the United States District Court pertaining to the

taking of depositions, at Suite 2000, One North

LaSalle Street, in the City of Chicago, Cook County,

Illinois, commencing at 10:58 o'clock a.m., on the

8th day of November, 2005.

Sandra Jean Leef                                    November 8, 2005
Chicago, IL

20

1          Are you on any medication today that might

2     affect your testimony?

3          A.    No.

4          Q.    Okay.  And you say you're feeling much

5     better now?

6          A.    Oh, yeah, but it's -- well, the chemo

7     brain is still there, but that's going to take

8     another five years before it totally dissipates.

9          Q.    Were you generally satisfied, generally

10    satisfied with the care provided by your doctors?

11         A.    Oh, yeah.

12         Q.    You don't have any complaints --

13         A.    No.

14         Q.    -- against them?

15              Do you have any complaints about the drugs

16    they selected for you?

17         A.    I have no idea because I don't remember

18    what drugs they selected for me.  They just did.

19         Q.    Okay.  Did you have a good relationship

20    with your doctors --

21         A.    Oh, yeah.

22         Q.    -- your oncologists?

Sandra Jean Leef                                November 8, 2005
Chicago, IL

21

1              MS. CONNOLLY:  Objection to form.

2    BY MR. TRETTER:

3         Q.    Do you feel that they would have

4    prescribed any drugs for financial reasons as

5    opposed to your clinical reasons?

6              MS. CONNOLLY:  Objection, form, calls for

7    speculation.

8              You can answer.

9              THE WITNESS:  I don't know.  I wouldn't

10   think so, but I don't know.

11   BY MR. TRETTER:

12        Q.    Did you have any discussions with your

13   doctors at the time about why they were selecting

14   the types of drugs for your cancer?

15        A.    No.

16        Q.    What type of cancer did you have?

17        A.    I had Stage 3 breast cancer.

18        Q.    Was there somebody on your behalf who was

19   talking with the doctors about why they were

20   prescribing the things that they were prescribing?

21        A.    I don't know.  I really don't know.

22        Q.    Maybe I should ask, are you married?

Sandra Jean Leef                                November 8, 2005
Chicago, IL

30

1    insurance.  Just the union covers me.

2        Q.    And so he was covered by Humana, the kids

3    were covered by Humana, and you were covered by the

4    union?

5        A.    The union.

6        Q.    Which was Blue Cross/Blue Shield?

7        A.    Yes.

8        Q.    For major medical anyway?

9        A.    Right.

10       Q.    And you were not allowed to submit

11   anything --

12       A.    Exactly.

13       Q.    Let me just finish the question.

14             -- to Humana?

15       A.    Right.

16       Q.    Were you ever eligible for any other

17   coverage from any source?

18       A.    No.

19       Q.    Like Medicare?

20       A.    No.

21       Q.    Medicaid?

22       A.    No.

Sandra Jean Leef                                November 8, 2005

Chicago, IL

53

1          Q.    Well, at that time in 2001, there were a

2    lot of manufacturers of cyclophosphamide.

3          A.    Okay.

4          Q.    One of which was Bristol-Myers Squibb, my

5    client, and they had a trade name called Cytoxan.

6          A.    Don't know.

7          Q.    Okay.  So you don't know which

8    manufacturer --

9          A.    No.

10         Q.    -- you received?

11         A.    No, I don't know.  I couldn't tell you

12   what they were putting in my arm.  You could bend me

13   backwards, I couldn't tell you.  I don't recall

14   anyone ever mentioning what drugs were in the --

15   that were going through my arm.

16         Q.    Okay.  Do you know whether Dr. Debacker

17   checked which version?

18         A.    I don't think so.

19         Q.    Would that be true of all of the drugs

20   that are listed in your affidavit?

21         A.    Yeah.  I have no idea who the

22   pharmaceutical company that made them are.  It

# EXHIBIT 23

Constance E. Nelson                     November 11, 2005
Crystal Lake, IL

1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF MASSACHUSETTS

 3

 4                                    CERTIFIED COPY

 5   IN RE PHARMACEUTICAL INDUSTRY

 6   AVERAGE WHOLESALE PRICE         MDL No. 1456

 7   LITIGATION

 8                              )  CIVIL ACTION:

 9   THIS DOCUMENT RELATES TO       01-CV-12257-PBS

10   ALL CLASS ACTIONS

11                              )

12

13            The discovery deposition of

14   CONSTANCE E. NELSON, taken in the above-entitled

15   case, before Karyn Chalem, CSR, RPR, on the 11th

16   day of November, 2005, at 10:30 o'clock a.m. at the

17   Holiday Inn, 800 South Route 31, Boardroom 202,

18   Crystal Lake, Illinois, pursuant to agreement of

19   counsel.

20

21   Reported by:  Karyn H. Chalem

22   License No.:  084-004167
```

Constance E. Nelson                          November 11, 2005

Crystal Lake, IL

                                                                    14

1           Q     Do you have any supplemental

2    insurance that covers medical expenses?

3           A     No.

4           Q     Are you eligible for Medicare?

5           A     Not yet.

6           Q     So am I correct that you do not have

7    any health insurance through Medicare currently?

8           A     No.

9           Q     And you have not had insurance

10   through Medicare at any time during the last ten

11   years?

12          A     No.

13          Q     Are you eligible for Medicaid?

14          A     No.

15          Q     Do you receive any Social Security

16   benefits?

17          A     Yes.

18          Q     What benefits do you receive?

19          A     Disability.

20          Q     Describe the disability benefits you

21   receive from Social Security.

22          A     I receive a check every month.

Constance E. Nelson                              November 11, 2005

Crystal Lake, IL

33

1    GSK, comma, Heparin, comma, Procrit, and

2    Dexamethasone Sodium?

3              A    I would pay whatever was left after

4    the union had paid their amount.

5              Q    Do you know who manufacturers the

6    drug Cytoxan?

7              A    No.

8              Q    So you don't know whether it's GSK,

9    as listed in paragraph 43, or if it's another

10   company?

11             A    No, not really.

12             Q    Is it your testimony that you took

13   and paid for the drugs listed in paragraph 43?

14             A    Yes.

15             Q    Do you know if you were treated with

16   Procrit?

17             A    Yes.

18             Q    How do you know that?

19             A    I got sick, and that's one drug that

20   they gave me when I was sick.

21             Q    When you say you got sick, am I

22   correct, Ms. Nelson, that you were diagnosed with

Constance E. Nelson

November 11, 2005

Crystal Lake, IL

35

1          THE WITNESS:  Yes.

2    BY MR. ROBACK:

3          Q    What is your opinion of Dr. Heydari?

4               MS. FEGAN:  Objection, relevance.

5    BY MR. ROBACK:

6          Q    You can answer.

7          A    Very good physician, surgeon.

8          Q    What's Dr. Heydari's first name?

9          A    I believe it's Amir.

10         Q    Do you believe that Dr. Heydari did

11   his best to help you get well?

12         A    Yes.

13         Q    Do you believe that Dr. Heydari has

14   your best interests at heart?

15         A    Yes.

16         Q    Do you believe that Dr. Heydari

17   makes a profit on the drugs administered to you?

18              MS. FEGAN:  Objection, calls for

19   speculation, but you can answer if you know.

20              THE WITNESS:  I don't know.

21   BY MR. ROBACK:

22         Q    Do you believe that Dr. Heydari

Constance E. Nelson

November 11, 2005

Crystal Lake, IL

36

1    charges the same amount for medication that he pays

2    to receive that medication?

3                    MS. FEGAN:  Same objection.

4                    THE WITNESS:  I don't know.

5    BY MR. ROBACK:

6            Q    What course of treatment did

7    Dr. Heydari recommend?

8            A    I had surgery again to remove lymph

9    nodes, to have them tested.  They took out more

10   breast tissue.  I had four rounds of chemotherapy

11   and then I had radiation.  And I'm also on a

12   prescription drug for keeping the estrogen out of

13   my body.

14           Q    Do you believe the treatment

15   Dr. Heydari performed, including the drugs

16   prescribed, were based on what he believed to be in

17   your best medical interest?

18           A    Yes.

19           Q    Do you have a preference for where

20   you receive treatment?

21           A    No.

22           Q    Do you have a preference between