Constance E. Nelson                          November 11, 2005
                        Crystal Lake, IL

                                                              38

1            A      Northern Illinois Medical

2    Association.   NIMC is in McHenry and they also have

3    an office in Woodstock, and I went to both offices.

4            MS. FEGAN:   Just blurt it out when

5    it comes to you.   It will come.

6            THE WITNESS:   I know.   I can picture

7    him, but I can't remember.   That's frustrating.

8    BY MR. ROBACK:

9            Q      What about Dr. Bugnow?

10           A      Dr. Bungo?

11           Q      Bungo.

12           A      Yes, he works for NIMC.   Cancer --

13   the cancer center there.

14           Q      Do you believe that your doctors

15   have conspired with drug companies to defraud you?

16           MS. FEGAN:   Objection, calls for a

17   legal conclusion.   You could answer.

18           THE WITNESS:   No.

19           I'm looking for his card.

20           MR. ROBACK:   I'm going to mark as

21   Exhibit Nelson 002 the document captioned Affidavit

22   of Constance Nelson.

Constance E. Nelson                    November 11, 2005
                    Crystal Lake, IL

44

1          Q     What about payments?

2          A     No.

3          Q     Do these records reflect anyone

4    being billed for Cytoxan?

5          A     No.

6          Q     Do these records reflect any charges

7    being based on AWP, or average wholesale price?

8          A     No.

9          Q     Do these records reflect your being

10   prescribed the drug Rubex?  And I'd like to help

11   you out, but I at least could not find Rubex on

12   these records.

13         A     I don't know.  It doesn't show.

14         Q     If you look one line up from where

15   you were looking at Cytoxan, do you see the drug

16   Adriamycin?

17         A     Yes.

18         Q     So does it appear you were

19   prescribed Adriamycin?

20         A     Yes.

21         Q     Do these records reflect any

22   payments made for Adriamycin?

Constance E. Nelson                     November 11, 2005
                    Crystal Lake, IL

46

1          A     Yeah, it's there.  It's somewhere

2     else, too.  Yes.

3          Q     Do these records reflect who

4     manufactured the Heparin Sod?

5          A     It says Lock.

6          Q     Do you know whether that's referring

7     to the manufacturer or not?

8          A     No.

9          Q     So is it correct that you have no

10    way of knowing from these records whether the

11    Heparin Sodium you were prescribed was being

12    manufactured by a specific company?

13         A     No, I don't know.

14         Q     Do you know whether any charges for

15    Heparin Sod was based on AWP --

16         A     No.

17         Q     -- or average wholesale price?

18         A     No.

19         Q     Do these records reflect anyone

20    being billed for the Heparin Sod you were

21    prescribed?

22         A     No.

Constance E. Nelson                              November 11, 2005
                    Crystal Lake, IL

47

1          Q       Do these records reflect any

2    payments for the Heparin Sodium?

3          A       No.

4          Q       Do these records reflect you being

5    prescribe the medication Dexamethasone Sodium?   And

6    if you look five lines down from the first Heparin

7    Sodium.

8          A       Yes.

9          Q       Do these records reflect who

10   manufactured the Dexamethasone Sodium?

11         A       No.

12         Q       So is it correct that you have no

13   way of knowing from these records whether the

14   Dexamethasone Sodium you were prescribed was

15   manufactured by a specific company?

16         A       No way of knowing.

17         Q       Do you know whether any charges for

18   the Dexamethasone Sodium you were prescribed was

19   based on AWP?

20         A       No.

21         Q       Do these records reflect anyone

22   being billed for the Dexamethasone Sodium you were

# EXHIBIT 24

**FILED UNDER SEAL**

# EXHIBIT 25

**FILED UNDER SEAL**

# EXHIBIT 26

Pauline Vernick                                    November 7, 2005
                        Deerfield, IL

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**CERTIFIED COPY**

IN RE:  PHARMACEUTICAL INDUSTRY )

AVERAGE WHOLESALE PRICE          )MDL No. 1456

LITIGATION                       )Master File No.

                                 ) 01-CV-12257-PBS

_____  )

                                 )Judge Patti B. Saris

This Document Relates to         )

ALL ACTIONS.                     )


        Deposition of PAULINE VERNICK taken before

PAULINE STROHL, C.S.R., and Notary Public, pursuant

to the Federal Rules of Civil Procedure for the

United States District Courts pertaining to the

taking of depositions, at 1750 Lake Cook Road,

Deerfield, Illinois, at 2:00 o'clock p.m. on the 7th

day of November, 2005.

Pauline Vernick                                    November 7, 2005
                        Deerfield, IL

                                                              22

1        A    Usually.

2        Q    **Has your family ever had any other insurance**

3    **besides the Blue Cross Blue Shield through the union?**

4        A    No, just my husband's coverage.

5        Q    **Were either of you eligible for Medicare?**

6        A    No.

7        Q    **Have you ever been eligible for Medicaid?**

8        A    No.

9        Q    **Do you receive any Social Security benefits?**

10       A    No.

11       Q    **Do you have any disability insurance?**

12       A    No.

13       Q    **I take it since you were never in the**

14   **military, you don't receive any veteran benefits?**

15       A    No.

16       Q    **Have you ever had any other health insurance**

17   **in the last -- since 1991 besides Blue Cross Blue**

18   **Shield that you can recall?**

19       A    I have had --

20       MS. CONNOLLY:  Objection, asked and answered.

21   You can answer it again.

22       A    Oh, I have had dental.

Pauline Vernick                                    November 7, 2005
                        Deerfield, IL

                                                              31

1       A    I only --

2       MS. CONNOLLY:  Is that a question?

3  BY MR. TRETTER:

4       Q    **Well, are you aware of that?**

5       A    All I know is the name Cytoxan.

6       Q    **Yes.  But it has a molecule name which I**

7  **can't pronounce.**

8       A    I don't think the molecular name.

9       Q    **I guess what I'm asking is did you ever see a**

10 **manufacturer label on the drug that you were**

11 **prescribed?**

12      A    I don't remember.

13      Q    **So other than the conversation with your**

14 **doctor about I'm going to prescribe Adriamycin and**

15 **Cytoxan, do you have any other basis for knowing**

16 **which manufacturers' drugs may have been provided?**

17      MS. CONNOLLY:  Objection, mischaracterizes her

18 previous testimony.

19      MR. TRETTER:  I don't want to mischaracterize her

20 testimony.  I assume your doctor told you that you

21 were going to get Cytoxan?

22      A    Right.

Pauline Vernick                                    November 7, 2005
                          Deerfield, IL

32

```
 1      Q    My question to you is other than your doctor

 2  telling you that, do you have any basis to know which

 3  manufacturers' version of Cytoxan you received?

 4      A    No, I don't.

 5      Q    How about the same question for Adriamycin.

 6  I don't know if Adriamycin is a single source drug or

 7  a generic drug?

 8      A    I don't know either.

 9      Q    You don't know which manufacturer it was?

10      A    No.

11      Q    Anzemet I think --

12      A    It's anti-nausea pill.

13      Q    Do you know who makes it, do you know?

14      A    I don't remember.

15      Q    Do you remember which manufacturer?

16      A    I don't remember.

17      Q    During the course of therapy did the drugs

18  ever change or was it the same thing that was infused

19  each time?

20      A    The same.  The same drugs.

21      Q    Has it been successful?

22      A    Yes, it has, knock on wood.
```

Pauline Vernick
November 7, 2005

Deerfield, IL

49

1    A    Do I answer that?

2    MS. CONNOLLY:  Yes, you can.

3    A    Well, the insurance companies are paying the

4    doctor.  But then the doctors are paying inflated

5    prices because they're being charged the inflated

6    prices so it all trickles down to the insurer.

7    MR. TRETTER:  Okay.  Now I think we have got it.

8    Do you have some understanding or is this your

9    understanding that a part of the allegation, a key

10   allegation in the complaint is that the doctors do

11   not pay based on average wholesale price.  That the

12   doctors get the drugs very inexpensively and

13   therefore are making profit on the drugs called

14   spread or margin?

15   MS. CONNOLLY:  Objection to form.

16   MR. TRETTER:  Did you see that in the complaint?

17   A    I understood a little bit of that with the

18   spread.

19   Q    Okay.  So The spread is the idea that the

20   doctor buys at price A, but gets reimbursed by the

21   insurance company at price B. correct?

22   A    Right, but if price A wasn't so high to begin

Pauline Vernick

November 7, 2005

Deerfield, IL

50

1   with, then the insurance company wouldn't have to pay

2   as much back to them.  Correct?

3       **Q     Well, but if price A -- I see.**

4       A    Do you know what I mean?

5       **Q     What you're saying is that you think the**

6   **lawsuit is that even the doctors are paying too much**

7   **for the drug?**

8       A    They probably are, too.

9       **Q     Well, let me ask you a different question.**

10  **Do you think it's okay for the doctor to make some**

11  **profit on services that he or she provides as well as**

12  **the goods like the drugs that he or she provides?**

13      MS. CONNOLLY:   Objection to form.

14      MR. TRETTER:   I'm talking about an oncologist,

15  for example?

16      A    Well, I don't think they should make money on

17  the drugs.

18      **Q     Why should they make money on the services,**

19  **and not make money on the drugs?**

20      A    Because the drugs aren't a service that

21  they're providing.

22      **Q     Yes, but if somebody -- okay.**

Pauline Vernick                                    November 7, 2005
                        Deerfield, IL

84

1      Q    Well, do you believe you have any

2    responsibility to ask the attorneys what they're

3    doing, probing questions, saying well, you know, I've

4    read the complaint, but Mr. Tretter said there is

5    another side to the story, do you have any obligation

6    to look into that other side of the story?

7         MS. CONNOLLY:   Objection to form.

8         A   Do I have to answer that?

9         MS. CONNOLLY:   Yes, if you understand it.

10        A   Yes, I believe I could.  But I mean what

11    other evidence?  I haven't seen any other evidence

12    other than what's in the complaint.

13        MR. TRETTER:   Right.  I guess one question is are

14    you completely dependent on your lawyers for

15    information about the case or do you have some other

16    way of getting information?

17        A   Well, right now I'm dependent on my lawyer.

18        Q    We talked a little bit about your feelings

19    about your doctor, which I assume are pretty

20    positive.  And we talked a little bit about why he

21    picked the particular drugs that he picked.  My

22    question is whether you have any reason to believe

Pauline Vernick                          November 7, 2005
                        Deerfield, IL

85

1    **that he had any financial incentive or motivation**

2    **that affected his decision of which drugs to**

3    **prescribe?**

4        MS. CONNOLLY:  Objection, calls for speculation.

5    You can answer.

6        A    No.

7        MR. TRETTER:  Do you have any view about what

8    drug prices should be reported?  I know you've said

9    something that you think that the drug prices that

10   are reported to these publications is too high.  What

11   price do you think should have been reported?

12       MS. CONNOLLY:  Objection to form.

13       A    Can I answer?

14       MS. CONNOLLY:  Sure.

15       A    Well, you know, I have no idea what these

16   drugs cost.  But when I saw, you know, what the

17   spread was, I mean some of the amounts were like 900

18   percent above what the wholesale price should have

19   been for the drugs.

20       MR. TRETTER:  So are you saying the price that

21   should have been reported is the price that the

22   doctor actually got the drug at?

# EXHIBIT 27

**FILED UNDER SEAL**

# EXHIBIT 28

```
 1           IN THE UNITED STATES DISTRICT COURT FOR THE
                     DISTRICT OF MASSACHUSETTS
 2

                            - - - -
 3
             IN RE:                    ) MDL Docket No.
 4                                     )   1456
             PHARMACEUTICAL INDUSTRY   ) Civil Action
 5           AVERAGE WHOLESALE PRICE   ) 01CV12257-PBS
             LITIGATION                )
 6
 7
 8                          - - - -
 9           DEPOSITION OF:  REBECCA ANNE HOPKINS
10                          - - - -
11
                    DATE:   November 15, 2005
12                          Tuesday, 9:30 a.m.
13
                LOCATION:   AKF Reporters, Inc.
14                          150 East Eight Street
                            Erie, Pennsylvania
15
16              TAKEN BY:   Defendants,
                            Bristol-Myers Squibb,
17                          Apothecon, and
                            OTN
18
             REPORTED BY:   Kristina Kircher
19                          Notary Public
                            AKF Reference No. KK91330
20
21
22
23
24
25
```

**11/15/2005  Hopkins, Rebecca A. (ROUGH DRAFT)**

```
1    A.   No.

2    Q.   Have you ever worked for a city or state

3         government?

4    A.   Yes.

5    Q.   And when was that?

6    A.   I worked for -- let's see.  City or state

7         government?

8    Q.   Yes, either.

9    A.   Not a county government?

10   Q.   Tell me about the counties you worked for.

11   A.   Okay, I worked for Dauphin Residencies, Dauphin

12        County in Harrisburg, Pennsylvania.  Dauphin

13        Residencies was a resident -- I was a resident

14        advisor for mentally retarded adults, and then

15        I worked for the Bi-County Office of the Aging

16        in Williamsport, Pennsylvania.  I had a -- that

17        was a Meals on Wheels and senior citizens

18        center, and I worked for Alameda County for the

19        Housing and Community Development Program.

20   Q.   Okay, did you grow up in Pennsylvania?

21   A.   Yes.

22   Q.   Okay, are you eligible for Medicare?

23   A.   No.

24   Q.   Have you ever received any payments from

25        Medicare?
```

**11/15/2005  Hopkins, Rebecca A. (ROUGH DRAFT)**

```
1    A.    No.

2    Q.    Are you eligible for Medicaid?

3    A.    No.

4    Q.    Have you ever received any payments from

5          Medicaid?

6    A.    No.

7    Q.    Are you eligible for any Pennsylvania state

8          medical assistance program?

9    A.    I currently am on the Access program.

10   Q.    Can you spell that for me?

11   A.    A-c-c-e-s-s.

12   Q.    Okay, and what is that?

13   A.    It's through the Pennsylvania Welfare

14         Department.

15   Q.    Okay, and what kind of benefits do you receive

16         from that?

17   A.    My health insurance.

18   Q.    Okay, and who pays for that health insurance?

19   A.    Pennsylvania Welfare Department.

20   Q.    Okay, and how long have you had your medical

21         insurance through the welfare department?

22   A.    Two years.

23   Q.    Okay, and what are the -- do you have any

24         documents that relate to that health insurance?

25   A.    Yes.
```

```
 1                    MR. LEVY:  Mr. Berman, Mr. Haviland,
 2          one of the lead counsel.
 3                    MR. SWEENEY:  There are several
 4          things that you said in your statement I don't
 5          agree with, but so we don't waste the witness'
 6          time, I won't respond to all of them.
 7                    MR. LEVY:  Fine.
 8   BY MR. SWEENEY:
 9   Q.     Now, ma'am, I want to take you back to 1991,
10          and I want you to describe for me any medical
11          insurance you had from 1991 forward.  Can you
12          do that as best you can?
13                    Let's start with 1991.  Did you have
14          medical insurance in 1991?
15   A.     Yes.
16   Q.     And who did you have that medical insurance
17          with?
18   A.     Through my husband's employment, New United
19          Motors in Fremont, California.
20   Q.     What was the name again?
21   A.     New United Motors.
22   Q.     And what kind of company was that?
23   A.     A Toyota/GM joint venture.
24   Q.     Okay, is your husband an engineer?  You said he
25          worked on manufacturing processes.  What kind
```

**11/15/2005 Hopkins, Rebecca A. (ROUGH DRAFT)**

```
1              of training did he have?
2     A.       Manufacturing.
3     Q.       Okay, and was that insurance with a health
4              insurance company?
5     A.       Yes.
6     Q.       What was the name of the health insurance
7              company?
8     A.       I imagine it was Blue Cross/Blue Shield.
9     Q.       Okay, and this was while you were in Oakland?
10    A.       Yes.
11    Q.       Now, while you had that insurance, did it cover
12             physician-administered drugs?
13    A.       Yes, I imagine.  I don't know.  I didn't have
14             any.
15    Q.       You weren't administered any
16             physician-administered drugs during this
17             period, beginning of 1991?
18    A.       I was in the hospital in June, and I had my
19             surgery.  But I don't know what -- I had pain
20             medications, but I don't know if that's
21             considered a physician-administered drug.
22    Q.       Did you have chemotherapy at that time?
23    A.       No, I did not.
24                       - - - -
25             (Exhibit 1 marked for identification.)
```

**11/15/2005  Hopkins, Rebecca A. (ROUGH DRAFT)**

```
1                            - - - -
2                   MR. SWEENEY:  We've marked as Hopkins
3            Exhibit 1 what appears to be a medical summary
4            for Ms. Hopkins.
5      BY MR. SWEENEY:
6      Q.   Is this a medical summary relating to you?
7      A.   Appears to be.
8      Q.   And do you know who prepared this?
9      A.   This might be from my husband.
10     Q.   Okay, counsel has represented to us that it was
11          prepared by your husband.
12     A.   Yes.
13     Q.   Do you know how he did this?
14     A.   Kept track and just put it in the computer as
15          things were going on.
16     Q.   Over time?
17     A.   Yes, over a period of time.
18     Q.   All right, have you ever reviewed this to see
19          if it's accurate?
20     A.   If this is the same one he did, yes, I have.
21     Q.   Okay, there have been various versions of this
22          over time?
23     A.   As we've updated it.
24     Q.   Yes?
25     A.   Yes.
```

**11/15/2005  Hopkins, Rebecca A. (ROUGH DRAFT)**

```
1    Q.    Now, take a look at No. 1 on the first page.

2    A.    Okay.

3    Q.    Is that an accurate description of the

4          treatment you got in June of 1991?

5    A.    Ah-huh.

6    Q.    Was that a yes?

7    A.    Yes.

8    Q.    I'm sorry, you can't say ah-huh.

9    A.    I'm sorry, yes.

10   Q.    And that indicates you didn't have any

11         chemotherapy or any other cancer treatment

12         other than the surgery?

13   A.    No.

14   Q.    Okay, now, in 1994, you moved to North East,

15         and when you moved to North East, what type of

16         medical insurance did you have?

17   A.    I was -- when we moved to North East, I was not

18         -- my insurance did not cover my cancer.  It

19         was for accidents.  I was going to be picked up

20         again in June of '95.

21   Q.    And beginning in February of 1995, you started

22         to have treatment for cancer?

23   A.    Yes.

24   Q.    Okay, and that treatment was not covered by

25         insurance?
```

**11/15/2005  Hopkins, Rebecca A. (ROUGH DRAFT)**

```
1    A.    No.

2    Q.    Okay, and how long was that for?

3    A.    Just one month.

4    Q.    Okay, I think I've seen a document that said

5          you've had insurance beginning April 1, 1995?

6    A.    Yes.

7    Q.    Is that correct?

8    A.    Yes.

9    Q.    Okay, and who was that insurance from, the

10         insurance that began April 1, 1995?

11   A.    Alliance.

12   Q.    Alliance?

13   A.    (Witness nods head up and down.)

14   Q.    Okay, and was that through your husband's

15         employment?

16   A.    It was through our Oakland Consulting Group.

17   Q.    So Oakland Consulting Group has a contract with

18         Alliance for you and your husband's medical

19         insurance?

20   A.    At that time, we did.

21   Q.    And you still have a copy of that contract at

22         home?

23   A.    I may have sent that.

24   Q.    Okay, do you have a copy of the description of

25         the medical insurance that you got from
```

```
1            Alliance in that period?
2     A.     I may have.
3     Q.     And how long did you have the insurance with
4            Alliance?
5     A.     Two years, it may have been two or three years.
6     Q.     So until 1996 or 1997?
7     A.     May have been.
8     Q.     Okay, and did that insurance cover major
9            medical?
10    A.     Yes.
11    Q.     Hospital stays?
12    A.     Yes.
13    Q.     Did it cover physician-administered drugs?
14    A.     Yes.
15    Q.     Did you have to make any payments for doctors'
16           visits or physician-administered drugs?
17    A.     Yes.
18    Q.     What kind of payments did you make?
19    A.     Co-pays.
20    Q.     Were they flat co-pays, 10 or $20?
21    A.     I believe so.
22    Q.     Or some other flat amount?
23    A.     (Witness nods head up and down.)
24    Q.     Yes, okay.  Now, after the insurance with
25           Alliance, who did you have medical insurance
```

**11/15/2005  Hopkins, Rebecca A. (ROUGH DRAFT)**

```
1            through?
2     A.     Blue Cross.
3     Q.     Now, can you be more specific about the Blue
4            Cross company?
5     A.     Blue Cross/Blue Shield.
6     Q.     Of Pennsylvania?
7     A.     Of Pennsylvania.
8     Q.     Okay, is that a company that has come to be
9            called Highmark?
10    A.     Yes.
11    Q.     And how did you get that insurance?
12    A.     Through our company.
13    Q.     Oakland Consulting had a contract with Blue
14           Cross/Blue Shield of Pennsylvania?
15                  MR. LEVY:  Could you we state that
16           question?  I'm sorry.
17    BY MR. SWEENEY:
18    Q.     Did Oakland Consulting have a contract with
19           Blue Cross/Blue Shield of Pennsylvania for your
20           medical insurance?
21    A.     Actually I don't believe so.  That may have
22           been when my husband was working for another
23           company.
24    Q.     Which company was that?  Let me see if I can
25           help you.  I've seen references to two
```

1        different companies, Aerotek and Allegious

2        Group.

3   A.   Aerotek.

4   Q.   So you think the insurance may have been

5        through Aerotek?

6   A.   Yes.

7   Q.   And how long did you and your husband have that

8        insurance?

9   A.   I'm sorry, it may have been two years.

10   Q.   How long was your husband with Aerotek?

11   A.   It may have been two years.

12   Q.   Was there a gap between the Alliance Insurance

13        and the Blue Cross/Blue Shield insurance?

14   A.   No.

15   Q.   And what kind of insurance was the Blue

16        Cross/Blue Shield insurance?  Was it major

17        medical?

18   A.   Yes.

19   Q.   Covered doctors' visits and hospital stays?

20   A.   Yes.

21   Q.   And did it cover physician-administered drugs?

22   A.   Yes.

23   Q.   Did it cover pharmacy, drugs you got at the

24        pharmacy?

25   A.   Yes.

**11/15/2005  Hopkins, Rebecca A. (ROUGH DRAFT)**

```
1    Q.    And what kind of payments did you have to make

2          under this insurance?

3    A.    Co-pays.

4    Q.    And flat co-pays, 10 or 20?

5    A.    I believe so.

6    Q.    Okay, and you think that this insurance lasted

7          for about two years?

8    A.    Possibly.

9    Q.    So that would get us up until 1999 or 2000?

10   A.    Okay.

11   Q.    Do you recall, or are you just agreeing with me

12         to be nice?  Don't agree with me to be nice.

13         Testify to what you recall, okay?

14   A.    I don't recall the exact dates.

15   Q.    Okay, that's fair enough.  That's going to

16         happen, and I have a few documents I can show

17         you that may help later on, okay?  But I want

18         to get through this chronology first, okay?

19   A.    Ah-huh.

20   Q.    After the Blue Cross/Blue Shield of

21         Pennsylvania insurance, what insurance did you

22         have through Aerotek?

23   A.    Aerotek might have been Blue Cross/Blue Shield

24         of Ohio.  I'm not sure.

25   Q.    Okay.
```

**11/15/2005  Hopkins, Rebecca A. (ROUGH DRAFT)**

```
 1                    MR. LEVY:  If you don't know the
 2          answer to a question, say I don't know rather
 3          than guess.
 4                    THE WITNESS:  I don't know.  You're
 5          right.  I don't know.
 6    BY MR. SWEENEY:
 7    Q.    What made you say you thought it might have
 8          been Blue Cross/Blue Shield of Ohio?
 9    A.    I shouldn't have said that.  My husband was
10          working in Ohio at the time.
11    Q.    For Aerotek?
12    A.    Yes.
13    Q.    Okay, now, after he stopped working for
14          Aerotek, where did you get your medical
15          insurance?
16    A.    I don't know.  It could have been Cobra.  Is
17          that --
18                    MR. LEVY:  Whatever you recall.
19    BY MR. SWEENEY:
20    Q.    Was the Cobra with Blue Cross/Blue Shield of
21          Pennsylvania?
22    A.    Yes, I believe, if it was Cobra.
23    Q.    And how long did that last?
24    A.    Until we picked up insurance.
25    Q.    Until Access?
```