## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2005, I caused a true and correct copy of the foregoing Track 1 Defendants' Opposition to Plaintiffs' Proposed Addition of Class Representatives and Proposed Consolidated Order Re: Motion for Class Certification and all Declarations and [Redacted] Exhibits thereto; Track 1 Defendants' Motion for Leave to File Under Seal; and Notice of Filing Under Seal to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Eric P. Christofferson
Eric P. Christofferson

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for defendants conferred with counsel for plaintiff on this motion, and that counsel for plaintiff assented to the motion.

/s/ Eric P. Christofferson
Eric P. Christofferson