UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**MOTION BY DEFENDANTS PHARMACIA CORPORATION
AND PFIZER INC.
FOR ADMISSION OF COUNSEL *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b), Mark D. Smith, a member of the bar of this Court, moves that the Court issue an Order for the following attorney to appear on behalf of the defendants Pharmacia Corporation and Pfizer Inc. and to practice before this Court in the above-titled actions:

John Clayton Everett, Jr.

As grounds for this Motion, the undersigned counsel respectfully represents that Mr. Everett is a member in good standing of the bars of the District of Columbia and the Commonwealth of Virginia and has been admitted to the United States District Court for the District of Columbia and the Supreme Court of the United States.

As is further stated in the accompanying certificates, there are no disciplinary proceedings pending against Mr. Everett as a member of the bar in any jurisdiction, and Mr. Everett is familiar with the Local Rules of the United States District Court for the

District of Massachusetts. In further support of this Motion, Mr. Everett has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves for the admission of Mr. Everett to practice before this Court *pro hac vice*.

Respectfully submitted,
PHARMACIA CORPORATION;
PFIZER INC.
by its attorney,

_____
Mark D. Smith (BBO # 542676)
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
617-367-7984
617-367-6475 (Fax)

Dated: December 5, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**CERTIFICATE OF GOOD STANDING**

John Clayton Everett, Jr., an associate with the law firm of Morgan, Lewis & Bockius LLP, 1111 Pennsylvania Avenue, N.W., Washington, D.C. 20004, hereby certifies:

1. I am a member of the bars of the District of Columbia and the Commonwealth of Virginia.

2. I have been admitted to practice before the United States District Court for the District of Columbia and the Supreme Court of the United States.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Under penalty of perjury this 2nd day of December, 2005.

                                             Respectfully submitted,

                                             */s/ John Clayton Everett, Jr.*
John Clayton Everett, Jr.
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:   202-739-5860
Facsimile:   202-739-3001

Dated: 12/2/2005