# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

———————————————————— )
IN RE PHARMACEUTICAL INDUSTRY ) 
AVERAGE WHOLESALE PRICE )    MDL NO. 1456
LITIGATION )    Civil Action No. 01-12257-PBS
———————————————————— )
  )
THIS DOCUMENT RELATES TO: )
  )
GOVERNMENT EMPLOYEES )
HOSPITAL ASSOCIATION, individually )
and on behalf of all others similarly )
situated, )
  )
         Plaintiff )
v. )
  )
SERONO INTERNATIONAL, S.A., )
SERONO LABORATORIES, INC., )
SERONO, INC., RJL SYSTEMS, INC., )
and RUDOLPH J. LIEDTKE )
  )
         Defendants. )
———————————————————— )

## STIPULATION OF EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between defendant Serono, Inc.

("Serono") and plaintiff Government Employees Hospital Association, on behalf of themselves

and all others similarly situated, as follows:

1.     Serono, Inc. shall answer, move, or otherwise respond to the Amended

Complaint on or before February 3, 2006.

2.     Plaintiff shall file its opposition to any responsive motion on or before

March 17, 2006.

3.     Serono, Inc. shall reply to any opposition on or before April 6, 2006.

Respectfully submitted:


GOVERNMENT EMPLOYEES HOSPITAL
ASSOCIATION, on behalf of themselves and
all others similarly situated,

By their attorneys,

/s/ David S. Nalven (by agreement)
_____
Thomas M. Sobol
David S. Nalven
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
Steven W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594


Mark D. Fischer
Jeffrey C. Swann
Mark Sandmann
RAWLINGS & ASSOCIATES, PLLC
325 W. Main Street
Louisville, KY 40202
(502) 587-8060


Dated:          December 6, 2005

SERONO, INC.

By its attorneys,


/s/ David M. Ryan
_____
Fred A. Kelly (BBO No. 544046)
David M. Ryan (BBO No. 644037)
Amy R. George (BBO No. 629548)
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
Telephone: (617) 345-1000


## CERTIFICATE OF SERVICE

I, David M. Ryan, do hereby certify that I caused a copy of the foregoing Stipulation to

be served by electronic means, upon all counsel of record, on this 6th day of December, 2005.

David M. Ryan

_____
David M. Ryan