```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) M.D.L. No. 1456 ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | ) ) ) ) |

**<u>ORDER</u>**

December 6, 2005

Saris, U.S.D.J.

    The Track One parties shall inform the Court forthwith whether any new class certification briefings will raise issues that necessitate the continued involvement of the court-appointed expert.  In addition, parties shall inform the Court whether they will ask me to reconsider factual matters regarding the pharmaceutical industry addressed in the last order.

    In the event I determine that the independent expert continues to be needed, the Court will order the parties to pay reasonable lost opportunity costs while he remains on standby.

<u>**S/PATTI B. SARIS**</u>
United States District Court