

Nov 29 2005
8:46PM

# Exhibit E

© 1988 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

UNITED STATES DISTRICT COURT
COURT    DISTRICT OF MASSACHUSETTS
COUNTY OF _____

Civil Action
~~XXXX~~ No.   01-12257-PBS
MDL NO. 1456

IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE
PRICE LITIGATION

THIS DOCUMENT RELATES TO THE MASTER CONSOLIDATED
CLASS ACTION

*AFFIDAVIT OF SERVICE OF SUBPOENA IN A CIVIL CASE*

STATE OF ~~NEW YORK~~ MASSACHUSETTS, COUNTY OF NORFOLK  SS: The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at   STOUGHTON, MASSACHUSETTS
That on  11-9-05   at 3:60 P.M., at 333 Wyman Street Waltham, MA 02454
deponent served the within subpoena on   TUFTS ASSOCIATED HEALTH PLANS, INC.   witness therein named,
IN A CIVIL CASE

**INDIVIDUAL** ☐  by delivering a true copy to said witness personally; deponent knew the person so served to be the witness described in said subpoena.

**CORPORATION** ☒   a   DOMESTIC   corporation, by delivering thereat a true copy to   Dawn Hartnett   personally. deponent knew said corporation so served to be the corporation witness and knew said individual to be   MANAGING AGENT   thereof.

**SUITABLE AGE PERSON** ☐  by delivering thereat a true copy to                                                                             a person of suitable age and discretion. Said premises is witness'—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.** ☐  by affixing a true copy to the door of said premises, which is witness'—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find witness or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4** ☐  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to witness at witness' last known residence, at                                                                                                              and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4** ☐  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to witness at witness' actual place of business, at                        in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the witness.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

| | | | | | |
|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

At the time of said service, deponent paid (tendered) in advance $ 55.00     the authorized traveling expenses and one day's witness fee.

Sworn to before me on
NOVEMBER 10, 2005

MARIA BARROS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
...

_____
PRINT
_____
Bernardino Lopes
License No. _____