Exhibit G

## Jared R. Winnick

| | |
|---|---|
| **From:** | Sean Matt [sean@hagens-berman.com] |
| **Sent:** | Monday, November 15, 2004 1:36 PM |
| **To:** | Jared R. Winnick; John Macoretta (E-mail) |
| **Cc:** | AAMANGI@PBWT.COM |
| **Subject:** | RE: Health Net: location change |
| **Importance:** | High |

Jared:

This is the first word that we have received that this deposition is confirmed (it was marked as not confirmed in your chart Friday). Given that this comes on well less than the seven days' notice ordered by the Chief Magistrate Judge, plaintiffs must object to its tardy confirmation. Please advise of the re-scheduled date when it is confirmed.

Thanks.

Sean.

-----Original Message-----
From: Jared R. Winnick [mailto:winnick@dpw.com]
Sent: Monday, November 15, 2004 10:31 AM
To: Sean Matt; John Macoretta (E-mail)
Cc: AAMANGI@PBWT.COM
Subject: Health Net: location change

FYI -- The Health Net deposition scheduled for November 18, 2004 will take place at:

Lewis Brisbois Bisgaard & Smith LLP
100 Wall Street, Suite 900
New York, NY 10005-3701
T: (212) 232-1300.

The deposition will start at 10 30 am.