Exhibit H

## Jared R. Winnick

| | |
|---|---|
| **From:** | John Macoretta [JMacoretta@srk-law.com] |
| **Sent:** | Thursday, February 10, 2005 10:00 AM |
| **To:** | winnick@dpw.com; sean@hagens-berman.com |
| **Cc:** | JSZucker@HHLAW.com |
| **Subject:** | Re: Schaller Anderson Deposition |

of course noticing a depo on the 16th, less than 7 days, is in violation of the court ordered depo protocol as well. JOHN

John A. Macoretta
Spector, Roseman & Kodroff
1818 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 496-0300

>>> "Jared R. Winnick" <winnick@dpw.com> 2/10/2005 9:54:00 AM >>>
I just wanted to ensure that you were aware of Schaller Anderson's continued deposition, which is scheduled for February 16, 2005. My understanding is that a letter has been (or will shortly be) posted to Verilaw.

Best,
Jared

1