# EXHIBIT 3

Rita's
Copy



# State of Nevada
# Department of Human Resources
# Division of Health Care Financing And Policy

## Authorized Records Retention
## And Disposition Schedules
## June 9, 2004

### The Committee to Approve Records Retention and Disposition
### Schedules for Official State Records
### NRS 239.073 *et seq.*
### Secretary of State Den Heller, Chairman

NV 03760

# Agency Specific Records Retention and Disposition Schedule
## The Committee to Approve Retention and Disposition Schedules
### for Official State Records

This records retention and disposition schedule supersedes all previous versions.
This agency must also meet the requirements on the *General Records Retention and Disposition Schedules*
(NRS 239.080). The most current version is available through the Records Management Program and at:
*http://dmla.clan.lib.nv.us/docs/nsla/records/instruct/genrec.htm.*

**Retention Guidelines.**

A Records Retention and Disposition Schedule identifies the minimum time period the listed records
must be retained, per NRS 239.080, meaning records disposition must not occur before this time period
expires. When the minimum retention period has been met, the recommended disposition of the
records, such as destruction or transfer to the State Archives, may be initiated. You are advised to
implement regular, routine disposition procedures and not to "selectively retain" some records longer
than others. Certain events (i.e., Disposition Holds) may occur that will require a stop to disposition
procedures.

**Disposition Holds include:**

### Audits.

When an audit of your agency is begun, all destruction of records in your legal custody must
cease. During the audit process, records should be made available to the auditors subject to
confidentiality laws. Upon the completion and resolution of the audit, the agency may begin to
dispose of records in accordance with the approved records retention and disposition schedule.

### Investigations.

When you are notified by a regulatory authority, a law enforcement agency, a court of record,
the governor, the Legislature or other similar oversight entities that an investigation is being
conducted, all records must be preserved until the investigation is over. You should consult with
your legal counsel and/or the Attorney General's Office for specific advice.

### Litigation.

When an agency receives notification that a lawsuit has been filed against (or in behalf of)
them, they should immediately consult their legal counsel and/or the Attorney General's Office.
All records pertaining to the litigation should be identified, separated from other files and
protected. All destruction of records pertaining to the lawsuit must be stopped until the legal
action has been resolved. When the litigation has been concluded (your legal counsel can advise
you of this), all of the records pertaining to the lawsuit must be retained as required by an
Agency Specific Records Retention Schedule or one of the General Records Retention and
Disposition Schedules. Your legal counsel may advise you not to destroy any records in the legal
custody of the agency until after the disposition of the litigation. You should seek the advice of
your legal counsel. Records Management staff are also available for consultation on these issues.

**Disposition guidelines.**

Most records may be disposed of by normal means, such as recycling or tossing. Some record types are
identified on retention schedules as "confidential" (see NRS 239.010) or "restricted" (see NRS 239C.090).
These records must be destroyed, per the guidelines identified in NAC 239.722 and, if they are in
electronic format, 239.760 (4). However, many other records may contain "sensitive" information that
has not been declared by law or regulation to be confidential. Some types of "sensitive" information are
described in NRS 205.4617 "Unlawful Acts Regarding Personal Identifying Information." Since serious
consequences may result if these records fell into the wrong hands you are advised to destroy these
records per the guidelines identified in NAC 239.722 and/or 239.760. If you are in doubt about the
sensitivity of certain documents or about an appropriate disposal method, you should contact your legal
counsel, the Attorney General's Office, or a records management officer.

---

This records retention and dispositon schedule has been approved in accordance with NRS 239.080.

NV 03761

| Agency Number: | 551202 | Human Resources | | Version Date: | 8/20/1997 |

Health Care Financing and Policy, Division of

Health Care Financial Analysis

**Title: Hearings Files: Provider Complaints**                        :                        **RDA Number:** 91254

**Description:**

This record series consists of the correspondence, including request for hearing; notes; background information; exhibits; and audio tapes for hearings requested by providers to protect rate schedules established by the Division. Hearings officers for rate change protests are drawn from outside the division, frequently from the Health Care Financial Analysis Unit. If the decision is appealed to the District Court, the case is given to the office of the Deputy Attorney General.

**Authorized Retention and Disposition:**

Retain for a minimum period of six (6) calendar years from the date of decision or notice of entry or renewal of judgment. NRS 11.190(1)(b). CONFIDENTIAL under 232.357 and 422.2997.

**Title: Hospital Audited Financial Records**                        **RDA Number:** 89047

**Description:**

This record series is required to be sent to the division from the hospitals in accordance with NRS 439A.440 and NAC 439B.230 and is used administratively by the division in the performance of audits. The series is a formal audit report by independent auditors from the hospital with related correspondence and not the division audit reports.

**Authorized Retention and Disposition:**

Retain for a minimum period of three (3) calendar years from the date of the reports. See NRS 11.190 (3)(A) and (d).

**Title: Hospital Audits**                        **RDA Number:** 89048

**Description:**

This record series is required to be performed by the division in accordance with NRS 439A.440 and NAC 439B.230. The series is a formal audit report by the divisions auditors or contracted auditors and is a formal audit report with related correspondence and work papers. The reports are used to report to the legislature.s.

**Authorized Retention and Disposition:**

Retain for a minimum period of three (3) calendar years from the date of the reports. See NRS 11.190 (3)(A) and (d).

**Title: Hospital Contracts**                        **RDA Number:** 89049

**Description:**

This record series is required to be performed by the division in accordance with NRS 439A.420 (10) and is classified Confidential. The series consists of copies of contracts made by hospitals and health care facilities with related correspondence. It is used to report to the legislature.

**Authorized Retention and Disposition:**

Retain for a minimum period of three (3) calendar years from the date of receipt. See NRS 11.190 (3)(A) and (d).

This records retention and dispositon schedule has been approved in accordance with NRS 239.080.

NV 03762

<u>Title:</u> **Hospital Financial Data**

<u>RDA Number:</u>   91740

<u>Description:</u>

This record series is a database which contains information taken from the utilization portion of the Nevada Hospital Quarterly report and from other quarterly reports submitted by long term care facilities, ambulatory surgery centers and other non-hospital medical care providers.

<u>Authorized Retention and Disposition:</u>

Retain for a minimum period of three (3) calendar years from the year to which they pertain.

<u>Title:</u> **Hospital Inpatient Data form UB-82**

<u>RDA Number:</u>   91741

<u>Description:</u>

This record series is a database which contains information maintained by the Center for Public Data Research at the University of Nevada, Las Vegas.  It includes information on all inpatient admissions to acute care facilities in the state of Nevada.  (UB-82 is a form created by the University of Nevada, Las Vegas)

<u>Authorized Retention and Disposition:</u>

Retain for a minimum period of three (3) calendar years from the year to which they pertain.

<u>Title:</u> **Hospital Rate Development**

<u>RDA Number:</u>   91255

<u>Description:</u>

This record series consists of the rate schedules for hospitals developed by the Health Care Financial Analysis Unit.  It is generated from copies of cost reports from Blue Cross, the paid-claims history printout from Central Data Processing, a data base into which the rate development variables are entered, and the rate development program.  The percentages developed from the paid claims history printout are entered into the data base which then generates the rate schedule.  The rate schedule is maintained in hard copy as well as electronically.

<u>Authorized Retention and Disposition:</u>

Retain for a minimum period of six (6) calendar years following the date of creation or effective application. NRS 11.190(1)(b).

<u>Title:</u> **Long-term Care Rate Development**

<u>RDA Number:</u>   91256

<u>Description:</u>

This record series consists of the rate schedules for long-term care facilities developed by the Health Care Financial Analysis Unit.  The rates are generated from data obtained from copies of cost reports from Blue Cross.  Variables are entered into the data base which generates the rate schedule.  The rate schedule is maintained in hard copy as well as electronically.

<u>Authorized Retention and Disposition:</u>

Retain for a minimum period of six (6) calendar years following the date of creation or effective application.  NRS 11.190(1)(b).

This records retention and dispositon schedule has been approved in accordance with NRS 239.080.

Title: **Medicare 2552 Reports**

RDA Number:    89050

Description:

This record series is required to be sent to the division in accordance with NRS 439B.410 and NAC 439B.410. The series is a federal report and is used administratively by the division in their Utilization and other reports.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) calendar years from the date of the reports. See NRS 11.190 (3)(a) and (d).

---

Title: **Quarterly Financial Statements**

RDA Number:    89051

Description:

This record series is required to be sent to the division in accordance with NRS 439B.440 and NAC 449.960. The series consists of (as defined in NRS 449.490)(A) a balance sheet detailing assests, liabilities and net worth, (B) a statement of income and expenses, and (C) proposed operating budget with related correspondence. The information is used by the division in their financial analysis and reports.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) calendar years from the date of the reports. See NRS 11.190 (3)(a) and (d).

---

Title: **Rate Development Data Base**

RDA Number:    91257

Description:

This record series consists of the electronic data base utilized by the Health Care Financial Analysis Unit. The data base is maintained on a PC using Quatro and Paradox software. It enables the Health Care Financial Analysis Unit to generate rate schedules, to project trends, and to forecast patterns from variables entered. The data base is updated on an ongoing basis from data provided to Medicaid by CDP in the form of a census. The data base is cummulative and can be programmed to produce dollar projections, demographics, and reports which are provided upon request. Paper copies may be maintained by the requestor.

Authorized Retention and Disposition:

Retain program as long as administratively useful, and then retain program and operating hardware for a minimum period of six (6) calendar years following discontinuance of use. NRS 11.190(1)(b).

---

Title: **Utilization Reports**

RDA Number:    89052

Description:

This record series is used as an informational data base to prepare reports on the utilization of hospitals, long term health care facilities. The files are used to track utilization performance of these organizations. The files consist of original and compiled forms and reports from hospitals, etc., and related correspondence.

Authorized Retention and Disposition:

Purge the files as needed of outdated, valueless and duplicated material. Send copies of compiled reports to the Division of Archives and Records for appraisal and preservation.

---

This records retention and dispositon schedule has been approved in accordance with NRS 239.080.

**NV 03764**

| Agency Number: | 551204 | Human Resources | Version Date: | 4/30/2003 |
|---|---|---|---|---|
| | | Health Care Financing and Policy, Division of | | |
| | | Medicaid Program | | |
| | | Nevada Medicaid Office | | |

---

**Title:** Admit/Discharge/Death Notice for Nursing, ICF/MR and Acute Facility Form 3058    **RDA Number:** 91363

**Description:**

This record series provides patient tracking for nursing, Intermediate Care Facilities for the Mentally Retarded (ICF/MR), and Acute Facilities, on Form 3058. It may contain current Medicaid status, recipient name, aid code, Social Security number, and date of birth, depending upon facility type submitting the form. Section II A, Admission Information, admitted from, prior dates of stay, Pre-Admission Screening and Annual Resident Review (PASARR) dates; Section II B, Discharge Information, includes date of discharge, and discharged to; Section II C, Death Information, includes date of death and Medicare status.

**Authorized Retention and Disposition:**

Retain for a minimum period of three (3) years from the fiscal year to which they pertain. If any state or federal audit has been started before the expiration of the end of the three year period, the records must be retained until the completion and resolution of all issues or until the end of the regular three year period, whichever is later. 45 CFR 74.20. Any portion of a record containing names, addresses or social security numbers of recipients is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

---

**Title:** Advance Directives - Home Health Care    **RDA Number:** 92040

**Description:**

This record series consists of advance sheets of division policy sent to each home health care agency.


**Authorized Retention and Disposition:**

Retain for a minimum period of three (3) years from the year to which they pertain. If any litigations or claims involving the records have not been resolved the records must be retained until all issues are resolved or the end of the three year period, whichever is later. 45 CFR 74.20; and NRS 11.190(3)(d).

---

**Title:** Annual Medical Review Working Files    **RDA Number:** 91352

**Description:**

This working file contains facility census lists, Medicaid computer list of residents, Medicaid cross-check list and all computer printouts from each Medicaid participating nursing facility in Nevada. It includes preliminary drafts and a copy of the final report for each review.

**Authorized Retention and Disposition:**

Retain documents that are the copy of record for a minimum period of six (6) fiscal years from the year to which they pertain. NRS 11.190(1)(b). Information copies contained in the file may be purged when no longer useful. Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

---

This records retention and dispositon schedule has been approved in accordance with NRS 239.080.

NV 03765

**Title: Attending Dentist Statement - Medicaid**                RDA Number:   91770

Description:

This record series consists of prior authorizations for dental services, and statement for actual services. Patient section includes patient name, and subscriber name and address. Dentist section includes name and address of dentist and examination and treatment plan.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) fiscal years from the fiscal year to which they pertain. If any audit findings, litigations or claims involving the records have not been resolved the records must be retained until all issues are resolved or the end of the three year period, whichever is later. 45 CFR 74.20; and NRS 11.190(3)(d). Any portion of a record containing names, address or social security numbers of recipients or applicants are confidential under NRS 422.290 and 42 USC s.302, and must be sestroued in a secure manner according to NAC 239.722.

**Title: Authorization for release of information (PASARR)**        RDA Number:   92023
**3492-SM**

Description:

This record series consists of the pre-admission screening and annual resident review authorization for release of information, form 3492-SM. The authorization is revocable, and will expire two years from the date originally signed.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) years from expiration. If any litigations or claims involving the records have not been resolved the records must be retained until all issues are resolved or the end of the three year period, whichever is later.45 CFR 74.20; and NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC239.722.

**Title: Case Narrative - form 3396-SG**                RDA Number:   92038

Description:

This record series consists of the narrative recording of Personal Care and Homemaker services provided to recipients.

Authorized Retention and Disposition:

Retain record in file as long as case is active. When file is declared inactive retain record for a minimum period of three years from date of closure. NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security numbers is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

**Title: CDP WL88A; Drug Utilization Quarterly**                RDA Number:   92066

Description:

This record consists of a quarterly computer generated report of drug utilization.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) fiscal years from the year to which they pertain. If any audit findings, litigations or claims involving the records have not been resolved the records must be retained until all issues are resolved or the end of the three year period, whichever is later. 42 CFR 477.333; 45 CFR 74.20; and NRS 11.190 (3)(d). Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

This records retention and dispositon schedule has been approved in accordance with NRS 239.080.

NV 03766

**Title: Certification of Adult Day Care, 3532 SCM**

RDA Number:   92012

Description:

This record series consists of facility files for certification of adult day care. The record includes facility information, staffing, subcontracts and agreements, policies and procedures, training, records maintenance and approval.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) fiscal years from the fiscal year to which they pertain. If any administrative or legal action has been started before the expiration of the three year period, the records must be retained until the resolution of all issues or until the end of the regular three year period, whichever is later, NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security numbers is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

**Title: Civil Rights Review List**

RDA Number:   92019

Description:

This record series consists of facilities subject to review concerning civil rights of clients. One third of the facilities on the list are reviewed each year.

Authorized Retention and Disposition:

Retain until superseded by a new list, and then retain superseded list for as long as administratively useful.

**Title: Claims Processing Assessment System Report   (C-PAS)**

RDA Number:   92001

Description:

This record series consists of a review and monthly report based on randomly selected claims from different provider areas covered under Medicaid (from WL 80R11-A). The purpose of the review is to assure that recipient and provider are eligible for services rendered and that frequency limitations are not exceeded. The report includes all Medicaid assistance areas.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) fiscal years from the fiscal year to which they pertain. If any audit or legal action has been started before the expiration of the three year period, the records must be retained until the resolution of all issues or until the end of the regular three year period, whichever is later. NRS 11.190(3)(d).

**Title: Cost Reimbursement Series (CRS)**

RDA Number:   92002

Description:

This record series consists of a monthly report based on reviews of all payments made by the fiscal agent to different acute care facilities every month. The purpose of the report is to assure that the provider has been paid correctly for medical services provided to the recipient.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) fiscal years from the fiscal year to which they pertain. If any audit or legal action has been started before the expiration of the three year period, the records must be retained until the resolution of all issues or until the end of the regular three year period, whichever is later. NRS 11.190(3)(d). Any portion of a record containing names, addresses, or social security numbers of recipients or applicants are confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

This records retention and disposition schedule has been approved in accordance with NRS 239.080.

**NV 03767**

**Title: Current Procedural Terminology**                    RDA Number:    91760

Description:

This record series consists of current codes and relative values for medical procedures. It is developed at the state level and printed every second year. Data is provided by Medical Program Specialists.

Authorized Retention and Disposition:

Retain until superseded and then retain superseded version for a minimum period of three (3) fiscal years after the terminology is superseded, and then discard superseded material. NRS 11.190(3)(d).

**Title: Current Verbal Authorizations**                    RDA Number:    92039

Description:

This record series consists of a written record of the verbal authorization for service to home care and homemaker services recipients. It is followed by a written authorization that must agree with the verbal authorization. The authorization defines the type and amount of service.

Authorized Retention and Disposition:

Retain record in file as long as case is active. When file is declared inactive retain record for a minimum period of three years from date of closure. NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security numbers is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

**Title: Disability/Incapacity Determination Request, form 3004 SM**                    RDA Number:    91764

Description:

This record series documents the determination of disability/incapacity of a recipient. The decision is based on State definition. The record series includes form 3004 SM - case name, recipient data, RSDI (Retirement, Survivors and Disability Insurance) and SSI (Supplemental Security Income) status, other income type and amount, eligibility worker, social worker, Nevada Medicaid office decision, physician signature, and coordinator signature.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) fiscal years from the fiscal year to which they pertain. If any audit findings, litigations or claims involving the records have not been resolved the records must be retained until all issues are resolved or the end of the three year period, whichever is later. 45 CFR 74.20; and NRS 11.190(3)(d). CONFIDENTIAL under NRS 422.290. Dispose in a secure manner.

**Title: Disability/Incapacity Hearing File**                    RDA Number:    91766

Description:

This record series consists of information gathered to support an administrative hearing regarding a determination of disability/incapacity by Nevada Medicaid. This information file goes to the hearings officer.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) fiscal years from the fiscal year to which they pertain. If any audit findings, litigations or claims involving the records have not been resolved the records must be retained until all issues are resolved or the end of the three year period, whichever is later. 45 CFR 74.20; and NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security numbers is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

This records retention and disposition schedule has been approved in accordance with NRS 239.080.

NV 03768

From:Administration                    775 687 3893        05/14/2005 08:30   #009 P.010/034

Title: **DOPS DUE 2 (District Office Pre-Screenings Due)**          RDA Number:   91327

Description:

This record series consists of a computerized printout of residents in nursing facilities used to select residents to be reviewed by district office staff during the 10% monthly facility review.

Authorized Retention and Disposition:

This is a cumulative record, retain until superseded. Any portion of a record containing names, addresses or social security numbers is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

Title: **Electronic Verification of Eligibility, EVE**          RDA Number:   92052

Description:

This record series consists of electronic verification of recipient eligibility. Enrolled providers have direct access to Medicaid eligibility status via computer program.

Authorized Retention and Disposition:

Data base is cumulative, and continually updated. EVE participants retain electronic authorization for a minimum period of three (3) fiscal years from the fiscal year to which the authorization pertains. NRS 11.190(3)(d).

Title: **Emergency Care Only Reviews (ECO)**          RDA Number:   92005

Description:

This record series consists of a review of drug use by a recipient. If abuse is detected the recipient is given emergency only medical services.

Authorized Retention and Disposition:

Retain for a minimum period of three fiscal years from the fiscal year to which they pertain. If any audit or legal action has been started before the expiration of the three year period, the records must be retained until the resolution of all issues or until the end of the regular three year period, whichever is later. NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

Title: **Emergency Medical Determination, form 2720 EM**          RDA Number:   91767

Description:

This record series documents the determination of medical emergency according to State definition, and authorizes payment of benefits. The record includes recipient information, name of hospital or nursing home and dates of care, treating physician, income information, and Nevada Medicaid Office determination.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) fiscal years from the fiscal year to which they pertain. If any audit findings, litigations or claims involving the records have not been resolved the records must be retained until all issues are resolved or the end of the three year period, whichever is later. 45 CFR 74.20; and NRS 11.190(3)(d). CONFIDENTIAL under NRS 422.290. Destroy in a secure manner.

This records retention and dispositon schedule has been approved in accordance with NRS 239.080.

NV 03769

From: Administration                     775 687 3893                09/14/2005 08:30         #009 P.011/034

**Title: EPSDT Child/Adolescent NMO-25 A/B**                              **RDA Number:**    92051

**Description:**

This record series contains authorization for payment and screening assessment for Medicaid eligible
children and adolescents. The record includes client identifying information, authorization for screening,
family history, health history, and screening assessments including physical, developmental, laboratory,
nutrition and immunization assessments. Form NMO 25-A is utilized for recipients between the ages of 2
and 21 years. Form NMO 25-B is utilized for infants to 23 months.

**Authorized Retention and Disposition:**

Retain this record series for a minimum period of three (3) fiscal years from the fiscal year to which it
pertains. If any state or federal audit has been started before the expiration of the three year period,
the records must be retained until completion and resolution of all issues or until the end of the regular
three year period, whichever is later. 45 CFR 433.32; and NRS 11.190 (3)(d). Any portion of a record
containing names, addresses or social security numbers is confidential under NRS 422.290 and 42 USC
s.302, and must be destroyed in a secure manner according to NAC 239.722.

**Title: EPSDT Summary Due List, WL 80195 C-2**                          **RDA Number:**    92048

**Description:**

This record series consists of computer generated list by district and then by recipient name of
screenings due. It is a periodicity list.

**Authorized Retention and Disposition:**

Retain for a minimum period of three years from the year to which they pertain, and then transfer to
Medicaid Library for selective retention. 45 CFR 433.32; and NRS 11.190(3)(d). Any portion of a record
containing names, addresses or social security numbers of recipients or applicants is confidential under
NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

**Title: EPST, Title XIX, WL 80830, A-G**                                **RDA Number:**    92046

**Description:**

This record series consists of computer generated reports for Early Periodic Screening of Medicaid
children and adolescents. WL 80830-A reports cost by provider; WL 80830-B is a treatment exception list
prepared periodically so that the District Offices can track and attempt follow-up in accordance with
federal mandates; WL 80830-C lists recipients by county; WL 80830-D lists recipients by provider and by
age group; WL80830-E reports by provider type and by dollars spent by diagnosis and treatment; WL
80830-F is a summary of speed of referral time by diagnosis and treatment; WL 80830-G is a screening
summary by recipient.

**Authorized Retention and Disposition:**

Retain for a minimum period of three years from the year to which they pertain, and then transfer to
Medicaid Library for selective retention. 42 CFR 433.32, and NRS 11.190(3)(d). Any portion of a record
containing names, addresses or social security numbers of recipients or applicants is confidential under
NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

This records retention and disposition schedule has been approved in accordance with NRS 239.080.

Page 10 of 39

NV 03770

**Title: Facility Data Sheet – form 3016-SM**                RDA Number:   91323

**Description:**

This record series consists of:  patient identification, admission/discharge information, pre-payment review summary, physical condition or status, mental condition, personal hygiene needs, feeding needs, behavior/mental status, ambulation and transfer status, bowel and bladder control,  dressing, discharge planning, and patient care plan.  Acute care hospitals complete only page 1, as an admit/discharge/death notice.  This form is the basis for authorization for payment of recipient care.

**Authorized Retention and Disposition:**

Retain for a minimum period of three (3) fiscal years from the year to which they pertain.  If any state or federal audit has been started before the expiration of the three year period, the records must be retained until the completion and resolution of all issues or until the end of the three year period, whichever is later. NRS 11.190(3)(d).  Any portion of a record containing names, addresses or social security numbers is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

**Title: Facility Files**

RDA Number:   91824

**Description:**

This record series consists of the files maintained by Medicaid Review section on each intermediate care facility for mentally retarded and for each nursing care facility, both in and out of state.  The files are composed of three segments:  1) Medical Reviews and Plan of Correction; 2) Correspondence; and 3) Miscellaneous.  The files may contain: form 3012-SCM Report of Medical/Independent Professional Review, form 3045-Sm Standard Facility Census; narrative report, and a list of residents reviewed. Complaints from family and staff are filed in the correspondence file.  The miscellaneous file contains facility brochures, news clippings, newsletters and similar information.

**Authorized Retention and Disposition:**

This record series is cumulative.  All material may be purged six (6) fiscal years from the fiscal year in which it was received or created.  NRS 11.190(1)(b).  If any state or federal audit has been started, or legal action initiated before the expiration of the six year period, the records must be retained until the completion and resolution of all issues or until the end of the six year period, whichever is later.   This retention will meet or exceed all federal or state requirements.   Any portion of a record containing names, addresses or social security numbers of recipients or applicants are confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

**Title: Federal Financial Participation (FFP) Disclaimer**          RDA Number:   91774

**Description:**

This record series consists of a Memo of Intent to disclaim Federal Financial Participation for Medicaid payment above the Medicare allowable amount for Durable Medical Equipment (DME).

**Authorized Retention and Disposition:**

Retain records for a minimum period of three (3) fiscal years from the year to which they pertain.  If any state or federal audit has been started before the expiration of the three year period the records must be retained until completion and resolution of all issues or until the end of the regular three year period, whichever is later.  NRS 11.190(3)(d); and 45 CFR 74.22. Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

This records retention and dispositon schedule has been approved in accordance with NRS 239.080.

Page 11 of 39

Title: **Federal Welfare Reports, Medicaid**                    RDA Number:     92081

Description:

This record series consists of periodic computer generated federal reports prepared for or distributed to
Welfare Medicaid by the State Computer Center.. The series may include: HCFA-372(1), Medicaid
Annual Report on Home and Community Based Services -MR Waiver; HCFA-372(2), Medicaid Annual
Report on Home and Community Based Services - Senior Waiver; and HCFA-372(3), Waiver for
Physically Disabled.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) years from the year to which they pertain.  If any litigations,
claims or audits involving the records have not been resolved, the records must be retained until all
issues are resolved or the end of the three year period, whichever is later.  45 CFR 74.20, and NRS
11.190(3)(d).  Any portion of a record containing names, addresses or social security numbers of
recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a
secure manner according to NAC 239.722.

Title: **HCFA – Payment Accuracy Report**                       RDA Number:     92063

Description:

This record series consists of a narrative report to HCFA, prepared upon request.  It is based on a review
of a random sample of computer selected claims.  The purpose of the report is to determine payment
accuracy.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) fiscal years from the year to which they pertain.  If any audit
findings, litigations or claims involving the records have not been resolved the records must be retained
until all issues are resolved or the end of the three year period, whichever is later.  42 CFR 447.333; 45
CFR 74.20; and NRS 11.190 (3)(d).  Any portion of a record containing names, addresses or social
security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and
must be destroyed in a secure manner according to NAC 239.722.

Title: **HCFA-372, Annual Report on Home and Community**        RDA Number:     92014
       **Based Services, MR & SR Waivers**

Description:

This record series includes annual number of institutional services recipients for level/s of care covered
by Mentally Retarded (MR) or Senior (SR) waiver; annual expenditure for institutional services for level/s
of care covered by waiver; annual number of institutional services recipients who received acute care
services while institutionalized; annual expenditure for acute care services to institutional services
recipients; annual number of section 1915(c) waiver recipients; annual section 1915(c) waiver
expenditures; annual number of waiver recipients who received acute care services while in the waiver;
annual expenditures for acute care services to waiver recipients; and annual number of noninstitutional
long-term care services recipients.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) fiscal years from the fiscal year to which the report pertains.  If
any audit or legal action has been started before the expiration of the three year period, the records
must be retained until the resolution of all issues or until the end of the regular three year period,
whichever is later,  NRS 11.190(3)(d).

---

This records retention and dispositon schedule has been approved in accordance with NRS 239.080.

NV 03772

**Title:** Home and Community Based Waiver for Mentally          **RDA Number:**     92008
Retarded - Review Schedule 3546SM

Description:

This record series consists of the review schedule for home based services for the mentally retarded.
The record includes client information, documentation of informing recipients of choice, certification of
level of care, documentation of mental retardation, Interdisciplinary Team (IDT) reviews, and plan of
care.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) fiscal years from the fiscal year to which they pertain. If any
audit or legal action has been started before the expiration of the three year period, the records must be
retained until the resolution of all issues or until the end of the regular three year period, whichever is
later, NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security
numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be
destroyed in a secure manner according to NAC 239.722.

**Title:** Home and Community Based Waiver for the Elderly -          **RDA Number:**     92007
Review Schedule form 3572-SM

Description:

This record series consists of the review schedule for home based services for the elderly. The record
includes client information, assessment, plan of care, client abilities and progress, services provided and
documented and comments.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) fiscal years from the fiscal year to which they pertain. If any
audit or legal action has been started before the expiration of the three year period, the records must be
retained until the resolution of all issues or until the end of the regular three year period, whichever is
later, NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security
numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be
destroyed in a secure manner according to NAC 239.722.

**Title:** Home and Community Based Waiver, form 2734-EG          **RDA Number:**     92006

Description:

This record series consists of the eligibility status form for home based services. The record includes
client information, assessment, and plan of care; status; eligibility; approval, denial, and termination of
benefits.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) fiscal years from the fiscal year to which they pertain. If any
audit or legal action has been started before the expiration of the three year period, the records must be
retained until the resolution of all issues or until the end of the regular three year period, whichever is
later, NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security
numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be
destroyed in a secure manner according to NAC 239.722.

This records retention and dispositon schedule has been approved in accordance with NRS 239.080.

NV 03773

From:Administration                    775 687 3893                    09/14/2005 09:31 #009 P.015/034

**Title: Home and Community Based Waiver, Physically**     RDA Number:     92009
**Disabled - Review Schedule 3423-SM**

Description:

This record series consists of the review schedule for home based services for the physically disabled. The record includes client information, screening date, liability release date, preadmission screen, physician's authorization, statement of understanding, assessment, plan of care, client abilities/progress, services provided, services documented, and comments.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) fiscal years from the fiscal year to which they pertain. If any audit or legal action has been started before the expiration of the three year period, the records must be retained until the resolution of all issues or until the end of the regular three year period, whichever is later, NRS 11.190(3)(d). Any record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

**Title: Incapacitated Parent Status, form 3230 SM**     RDA Number:     91765

Description:

This record series documents the determination of parental incapacity. It includes recipient information, source of referral, interview date and place, place of application, disability and work history, limitations, usual job, rehabilitation history, and RSDI (Retirement, Survivors and Disability Insurance) or SSI (Supplemental Security Income) status. Education level and vocational achievement are also recorded.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) fiscal years from the fiscal year to which they pertain. If any audit findings, litigations or claims involving the records have not been resolved the records must be retained until all issues are resolved or the end of the three year period, whichever is later. 45 CFR 74.20; and NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security numbers is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

**Title: Independent Professional Review – IMR, Form 3385-SM**     RDA Number:     91365

Description:

This record is completed annually on each Medicaid resident in an intermediate care facility for mentally retarded. The form includes: facility name, review date, resident's name, billing number, review type, degree of retardation, date of birth, stay, active treatment program, primary physician, training and rehabilitation, social/behavior assets/deficits, MD plan of care, on-site observations, an evaluation worksheet of records, individual program plan, social services, physician services, pharmacy services, psychological services, nursing services, recreation/activities, supplementary health, and dietary services. Selected data from the form is entered into an electronic data base. The form is then filed in the recipient case file.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) calendar years from date of creation. NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

This records retention and dispositon schedule has been approved in accordance with NRS 239.080.

Page 14 of 39

NV 03774

<u>Title:</u> **Institutional Billing Invoice form NMO-49**                    <u>RDA Number:</u>    91324

<u>Description:</u>

This record series consists of authorizations for payment of institutional care and facility billing invoice. It includes patient name, date of birth, name of facility, and facility cost codes. This form will become obsolete 9/30/1992.

<u>Authorized Retention and Disposition:</u>

Retain for a minimum period of three (3) fiscal years from the year to which they pertain. If any state or federal audit has been started before the expiration of the three year period, the records must be retained until the completion and resolution of all issues or until the end of the three year period, whichever is later. NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

<u>Title:</u> **Intake for Out-of-State Referrals**                     <u>RDA Number:</u>   92018

<u>Description:</u>

This record series consists of the intake sheet for out-of-state referrals. It includes referring worker and agency; diagnosis; screening date; recommendations; financial status; current living situation; involved family members; mentally competent; power of attorney; facility taking patient; date of transfer; and placement approved by.

<u>Authorized Retention and Disposition:</u>

Retain for a minimum period of three (3) years from date of creation. 45 CFR 74.20; and NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

<u>Title:</u> **Inter-agency Agreements**                               <u>RDA Number:</u>   91761

<u>Description:</u>

This record series consists of the Inter-agency Agreements between Nevada Medicaid and other state agencies.

<u>Authorized Retention and Disposition:</u>

Retain records for a minimum period of six (6) years from the year to which they pertain. If any legal action has been commenced before the expiration of the six year period, the records must be retained until the resolution of such action or the end of the six year period, whichever is later. NRS 11.190(1)(b).

<u>Title:</u> **LOC COUNT (Level of Care Count)**                      <u>RDA Number:</u>   91359

<u>Description:</u>

This record series consists of a computerized print-out provided to Blue Cross/Blue Shield of Nevada to determine advance payment to nursing facilities and to intermediate care facilities for the mentally retarded (ICF/MR). The data is obtained from forms 3058 and 3049, and from obsolete form 3016. It provides a count of residents at specific levels of payment and serves as a basis to determine the amount of advance payment.

<u>Authorized Retention and Disposition:</u>

This is a cumulative record, retain until superseded. Any portion of a record containing names, addresses or social security numbers is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

This records retention and disposition schedule has been approved in accordance with NRS 239.080.

NV 03775

Title: **Managed Care/Traumatic Brain Injury, Welfare Systems Report, WL-80045A**

RDA Number: 92100

Description:

This record series consists of a periodic computer generated report: WL-80045A, Prepaid Health Plan Enrollee List, distributed to Managed Care/Traumatic Brain Injury.

Authorized Retention and Disposition:

Dispose of paper copy when superseded. Retain microfiche for a minimum period of three (3) years from the year to which they pertain. If any audit findings, litigations or claims involving the records have not been resolved, the records must be retained until all issues are resolved or the end of the three year period, whichever is later. 45 CFR 74.20; and NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential underNRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

Title: **Managed Care/Traumatic Brain Injury, WL-80045BC and WL-80046**

RDA Number: 92099

Description:

This record series consists of periodic computer generated reports, prepared for or distributed to Managed Care/Traumatic Brain Injuries. The reports may include: WL-80045BC, Prepaid Health Plan Enrollee List; and WL-80046, PCN Error Report.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) years from the year to which they pertain. If any audit findings, litigations or claims involving the records have not been resolved, the records must be retained until all issues are resolved or the end of the three year period, whichever is later. 45 CFR 74.20; and NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

Title: **Managed Care/Traumatic Brain Injury, WL-80048 A**

RDA Number: 92098

Description:

This record series consists of WL-80048A, a periodic computer generated report distributed to Managed Care/Traumatic Brain Injuries. The report includes monthly PCN cost/service detail.

Authorized Retention and Disposition:

Dispose of paper copy when superseded. Retain microfiche for a minimum period of three (3) years from the year to which they pertain. If any audit findings, litigations or claims involving the records have not been resolved, the records must be retained until all issues are resolved or the end of the three year period, whichever is later. 45 CFR 74.20; and NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential underNRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

This records retention and dispositon schedule has been approved in accordance with NRS 239.080.

Page 16 of 39

NV 03776

**Title: Managed Care/Traumatic Brain Injury, WL-80048B and**   RDA Number:   92091
         **WL-80049A**

Description:

This record series consists of periodic computer generated reports, prepared for or distributed to Managed Care/Traumatic Brain Injuries.    The reports may include:  WL-80048B, PCN Cost/Service Analysis (Summary), quarterly; and  WL-80049A, Comparison Analysis, annual.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) years from the year to which they pertain.  If any litigations or claims involving the records have not been resolved, the records must be retained until all issues are resolved or the end of the three year period, whichever is later.  45 CFR 74.20, and NRS 11.190(3)(d).  Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

**Title: Medicaid Computer Reports**   RDA Number:   97024

Description:

This record series contains reports printed either on a regular basis or upon request and used to administer the Medicaid program.  The files include computer generated reports in the following categories:    (A) Regularly scheduled reports WL-00905A, WL-05842, WL-80100 (B & C), WL-80195 (B, C, F2, H1 & H2), WL-80196B, WL-80197A, WL-80206 (A, B, & C), WL-80552A, WL-80553 (A & B), WL-80R11C, WL-80R23, WL-80R27, WL-80R28, WL-80R30 (I & II), WL-80R32, WL-80R33, WL-80R36, WI-80R45A, WL-80R46A, WL-80R49A and others, and;    (B) Reports issued upon request, or used to compile other reports WL-00882, WL-80390, WL-80391A, WL-80392A, WL-80R20,  WL-80R21, WL-80R24 and WL-80R31.

Authorized Retention and Disposition:

Retain the records listed under (A) for a minimum period of three (3) fiscal years from the fiscal year to which they pertain.  If any litigation, financial management review or audit is started before the expiration of the 3 year period, the records must be retained until all findings involving the records have been resolved and final action taken or until the completion of the 3-year period whichever is later.  Records listed under (B) should be retained for 30 days beyond the accomplishment of the action for which they were generated.    See 45 CFR 74.53 and 45 CFR 302.15 [10-1-96 edition].   Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302,and must be destroyed in a secure manner according to NAC 239.722.

**Title: Medicaid Eligibility Certificates and Warrants - Voided**   RDA Number:   97034
         **or Cancelled**

Description:

This record series consists of voided or cancelled documents, due to mistakes or as alignment for a computer run.  As voided material they may contain sensitive information, which can be used for fraud purposes.  Eligibility Certificates contain recipients name, address and personal data (in code), and indicates month of eligibility.  Warrants are used to show eligibility and grant awards, and therefore can show a check for money.

Authorized Retention and Disposition:

Destroy the certificates and/or warrants in accordance with NAC 239.722, after completion of a successful in-house audit.  Retain documentation from the in-house audit, detailing which certificates and/or warrants were voided and/or cancelled, and when they were destroyed, for a minimum period of three (3) fiscal years from the fiscal year to which they pertain.  If any state or federal audit has been started before the expiration of the three year period, the records must be retained until the completion and resolution of all issues or until the end of the regular three year period, whichever is later.

This records retention and dispositon schedule has been approved in accordance with NRS 239.080.

Page 17 of 39

NV 03777

From: Administration

Title: **Medicaid Program Budget Report, HCFA-25**　　　　　RDA Number:　92056

Description:

This record series consists of a periodic computer generated federal report prepared by Budget and processed by DDP.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) years from the year to which they pertain. If any audit findings, litigations or claims involving the records have not been resolved the records must be retained until all issues are resolved or the end of the three year period, whichever is later. 45 CFR 74.20; and NRS 11.190(3)(d).

Title: **Medicaid Recipient Files**　　　　　　　　　　　RDA Number:　2002014

Description:

This record series administers and documents the receipt of Medicaid services and benefits. The files may include: Copies of authorization's for service(s)— including telephone authorizations, Pre-Payment Review, Payment Authorization, Billing Invoice, Admit/ Discharge/ Death Notice for Nursing, ICF/MR, and Acute Facility Tracking Use, Medical Review Form, Payment Authorization Requests (PAR), Certificate of Medical Necessity, Medical Justification, Independent Professional Review - ICF/MR, copies of investigative reports, notice of decision and other forms all with related backup material (MD notes, copies of medical records, etc.) and related correspondence.

Authorized Retention and Disposition:

Retain this record series for a minimum period of six (6) calendar years from the year in which they were inactivated. If any state or federal audit has been started before the end of the six year period the records must be retained until completion and resolution of all issues or until the end of the regular six year period, whichever is longer. Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290, and must be destroyed in a secure manner according to NAC 239.722.

Title: **Medicaid Reimbursements**　　　　　　　　　　　RDA Number:　97033

Description:

This record series is used to document and account for reimbursements of Medicaid funds. The files may consist of: Authorizations for Reimbursement of Medicaid Funds (form 3507 SCM) and related documentation.

Authorized Retention and Disposition:

Retain for minimum period of six (6) fiscal years from the fiscal year to which they pertain. See NRS 11.190 (1)(b) [1997]. Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

Title: **Medicaid Statistical Reports, Power Base**　　　　　RDA Number:　92053

Description:

This record series consists of statistical information on Medicaid cases maintained in the database Power Base. This electronic program allows Medicaid to generate statistical reports including number of applications by month, and number of cases pending, for disabled and incapacitated adults.

Authorized Retention and Disposition:

Data base is cumulative, and continually updated. Retain as long as administratively useful.

This records retention and dispositon schedule has been approved in accordance with NRS 239.080.

NV 03778

Title: **Medical Review List work paper file**                RDA Number:    91329

Description:

This record series consists of the computerized print-out of institutionalized residents. It is part of every annual review and follow-up review.

Authorized Retention and Disposition:

This is a cumulative record. Retain as long as administratively useful. Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

Title: **Medical Review Standards, form 3007-SCM**            RDA Number:    91366

Description:

This record is completed annually on each resident in a nursing facility. The form includes: facility name, review date, patient name, billing number, review type, date of birth, reviewer's name, admit date, location admitted from, dates of stay, plan of care-meds, tax, rehab, act, diet, abilities/disabilities, on-site observations, present level, medical records, personal care, rehabilitation, nutrition, personalized programs, timeliness, pharmacy, physician services, nursing care plan, social services, discharge planning, activities. Selected data from the form is entered into an electronic data base: including Medicaid number, M.D., admit date, Nursing Facility (NF) where reviewed, prior stay information, level of care, and ICD9 codes. This form may also be used for monthly reviews, follow-up to annual reviews, and special reviews.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) calendar years from date of creation or receipt. NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

Title: **Memorandum of Payment Authorization for Providers**        RDA Number:    91768
       **of Transportation Services**

Description:

This record series consists of memorandum of authorization for payment to approved providers of transportation services.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) fiscal years from the fiscal year to which they pertain. If any audit findings, litigations or claims involving the records have not been resolved the records must be retained until all issues are resolved or the end of the three year period, whichever is later. 45 CFR 74.20; and NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

Title: **Monthly Provider List**                     RDA Number:   2002165

Description:

This record series documents the providers that are certified to participate under the State Medicaid Plan. Data within the listing includes: provider name, open date, close date, address, provider number, type, county code and sequence number.

Authorized Retention and Disposition:

Retain these records for a three (3) calendar period from the end of the calendar year to which they pertain. Reference: 45 CFR 74.53 and 45 CFR 92.42.

This records retention and dispositon schedule has been approved in accordance with NRS 239.080.

Page 19 of 39

NV 03779

**Title:** NDC Codes Medical Supplies - WL 80202A, WL 80203A   **RDA Number:** 97028

**Description:**

Listing of all medical supplies currently listed in the 1st Data Bank Drug File. Indicates NDC#, product description, general category of product, how packaged, unit AWP price, and therapeutic code.

**Authorized Retention and Disposition:**

Retain until superseded by a more current listing, then dispose of the superseded records..

**Title:** Nursing hours reporting form, NMO-50   **RDA Number:** 91330

**Description:**

This record series consists of a worksheet designed to determine total staffing hours required by a facility and the actual hours provided. The record includes the name of the facility, number of patients at each level of care, hours of care required per patient, and total minimum and maximum staffing hours required. It includes the numbers of R.N.s, LPNs, and Aide/orderly staff by shift, and includes total shift hours actually provided. Form NMO-50 is a part of the facility review.

**Authorized Retention and Disposition:**

Retain for a minimum period of six years from date of receipt or creation. See RDA 91-322. NRS 11.190(10(b). 45 CFR 205.190.

**Title:** Out of State Medical Reviews (Copies)   **RDA Number:** 91353

**Description:**

This record series consists of copies of the Annual Medical Review Report for out-of-state facilities that participate in Nevada Medicaid.

**Authorized Retention and Disposition:**

Retain for as long as administratively useful. Destroy in a secure manner.

**Title:** Out-of-state Nursing Facilities: Client list   **RDA Number:** 92016

**Description:**

This record series consists of a list of out-of-state clients; facility where housed; and amount state pays.

**Authorized Retention and Disposition:**

Review annually, discarding valueless, out-dated, and duplicated material.

---

This records retention and dispositon schedule has been approved in accordance with NRS 239.080.

NV 03780

## Title: PASARR NF Screening Determination, form 3487-SM    RDA Number: 92024

### Description:

This record series consists of notification to patient of Pre-Admission Screening and Resident Review (PASARR) Nursing Facility (NF) Screening Determination. The record includes patient information; cleared for NF placement; explanation of determination; and grievance procedure.

### Authorized Retention and Disposition:

Retain for a minimum period of three (3) years from the year to which they pertain. If any litigations or claims involving the records have not been resolved the records must be retained until all issues are resolved or the end of the three year period, whichever is later. 45 CFR 74.20; and NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

## Title: PASARR Penalty Assessments    RDA Number: 92031

### Description:

This record series consists of determination of penalty for failure to complete required screening of recipient. The penalty may consist of denial of payment for 3 to 5 days. The record includes notification letter. Kept in three ring binder. The records are arranged by provider.

### Authorized Retention and Disposition:

Retain for a minimum period of three (3) years from the year to which they pertain. If any litigations or claims involving the records have not been resolved the records must be retained until all issues are resolved or the end of the three year period, whichever is later. 45 CFR 74.20; and NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

## Title: PASARR Reports from Power Base    RDA Number: 92034

### Description:

This record series consists of PASARR level I and II information entered into Power Base software. The information can be sorted by recipient name and by provider. Reports can be generated for PASARR II level showing amount paid per recipient, and can provide each provider with a listing of recipients served and a list of services paid. The report serves as authorization for payment and as a basis for an annual report.

### Authorized Retention and Disposition:

Retain for a minimum period of three (3) fiscal years from the fiscal year to which they pertain. If any audit findings, litigations or claims involving the records have not been resolved the records must be retained until all issues are resolved or the end of the three year period, whichever is later. 45 CFR 74.20; and NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

This records retention and disposition schedule has been approved in accordance with NRS 239.080.

Page 21 of 39

NV 03781

## Title: Payment Authorization Request, PAR - NMO-3

*Is this still used ~*

RDA Number:   91773

### Description:

This record series consists of Nevada Medicaid Payment Authorization Requests, Form NOM-3. It is prepared by a provider to request service or treatment requiring prior authorization. Form NMO-3 is used to authorize Durable Medical Equipment - DME, such as glasses, hearing aids, and medical equipment. The record contains provider name and number, patient information, diagnosis, treatment request and NMO authorization.

*NMO-3*

*First Health*

### Authorized Retention and Disposition:

Retain records for a minimum period of three (3) fiscal years from the year to which they pertain. If any state or federal audit has been started before the expiration of the three year period the records must be retained until completion and resolution of all issues or until the end of the regular three year period, whichever is later. NRS 11.190(3)(d); and 45 CFR 74.22. Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

## Title: Pharmacy, Report of Checklist for Pharmacist Consultant – Form 3232

RDA Number:   92762

### Description:

This record series consists of monthly review of nursing facility by consultant pharmacist. This record series documents the provision of services to recipients of public assistance.

### Authorized Retention and Disposition:

Retain for a minimum period of three (3) fiscal years from the year to which they pertain. If any audit findings, litigations or claims involving the records have not been resolved the records must be retained until all issues are resolved or the end of the three year period, whichever is later. 42 CFR 447.333; 42 CFR 456.111; 45 CFR 74.20; and NRS 11.190 (3)(d). Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

## Title: Post Payment Review of Payment Accuracy for Medications covered by Title XIX

RDA Number:   92065

### Description:

This record series consists of a review of payments by Nevada Medicaid for medications covered by Title XIX to verify accuracy.

### Authorized Retention and Disposition:

Retain for a minimum period of three (3) fiscal years from the year to which they pertain. If any audit findings, litigations or claims involving the records have not been resolved the records must be retained until all issues are resolved or the end of the three year period, whichever is later. 42 CFR 447.333; 45 CFR 74.20; and NRS 11.190 (3)(d). Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

This records retention and dispositon schedule has been approved in accordance with NRS 239.080.

NV 03782

**Title:** Pre-admission Screening  PASARR I, form 3460-SM        **RDA Number:**    92022

**Description:**

This record series documents the pre-screening process. Form 3460-SM, Pre-admission screening information (PASARR I) includes patient information; Medicaid recommended level of care; medications/treatments; social support systems; activities of daily living; behavior/mental status; PASARR I - determination; PASARR II categorical determination; and signature of screener.

**Authorized Retention and Disposition:**

Retain for a minimum period of three (3) years from the year to which they pertain. If any litigations or claims involving the records have not been resolved the records must be retained until all issues are resolved or the end of the three year period, whichever is later.  45 CFR 74.20; and NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s302, and must be destroyed in a secure manner according to NAC 239.722.

**Title:** Pre-Admission Screening and Resident Review        **RDA Number:**  2002163
          (PASARR) Provider Files

**Description:**

This record series is used by staff as an information file on PASARR providers.  The files consists of copies of cover letters for provider break-out, adverse actions, investigations, correspondence, and copies of queries.  The official record for these copies is with other offices and record series.

**Authorized Retention and Disposition:**

Review on a continuous basis, purging the files of documents when no longer administratively useful.  It is recommended that documents within the files be retained no longer than three (3) calendar years.  These records should not be sent to the State Records Center for storage.  Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and must be destroyed in a secure manner according to NAC 239.722.

**Title:** Pre-admission screening, PASARR II Individual        **RDA Number:**    92025
          Determination, form 3494-SM

**Description:**

This record series consists of determination of need for active treatment for mental condition of a potential nursing facility patient. The form contains patient information; contractor name, provider number; time to complete assessment, cost of assessment, rural travel reimbursement, and total cost; MH/MR confirmation of acceptance; findings - mental illness; findings - mental retardation; PASARR II determination; and comments.  Form 3494-SM also serves as provider billing form.

**Authorized Retention and Disposition:**

Retain for a minimum period of three (3) years from the year to which they pertain.  If any audit findings, litigations or claims involving the records have not been resolved the records must be retained until all issues are resolved or the end of the three year period, whichever is later.  45 CFR 74.20; and NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722,

This records retention and dispositon schedule has been approved in accordance with NRS 239.080.

Page 23 of 39

NV 03783

Title: **Pre-Payment Review/Payment Authorization/Billing Invoice, form 3049-SM**   RDA Number:   91362

Description:

This record series consists of the Pre-payment Review/Payment Authorization/Billing Invoice for nursing Facility and ICFM/MR Facility use. It replaces 3016-Sm and NMO 49 as of 7/91. It includes Facility/Resident Information: recipient name, Medicaid billing number, aid code, date of birth, facility name and address, diagnosis and ICD-9 codes, admission date to this level of care, Medicare covered days, requested level, location admitted from, dates of stay, justification for level change; Authorization to Bill for Institutional Care; Institutional Billing Invoice including billing period, per diem rate, days, per diem costs code, amount paid, patient liability, and amount due from Medicaid. This form requires certification under penalty of fraud. Depending upon type of packet submitted (new admit, re-admit, level of care change) the attachments may include history and physical discharge summary, and PASARR form 3460 as an attachment.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) years from the fiscal year to which they pertain. If any state or federal audit has been started before the expiration of the of the three year period, the records must be retained until the completion and resolution of all issues or until the end of the regular three year period, whichever is later. 45 CFR 74.20. Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

Title: **Prior Authorization for Out-of-State Recipients**   RDA Number:   92017

Description:

This record series consists of the Prior Authorization (PAR) for recipients placed in out-of-state nursing care facilities. The series includes provider information; recipient information, diagnosis, treatment request; and approval or denial.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) fiscal years from the fiscal year to which they pertain. If any audit findings, litigations or claims involving the records have not been resolved the records must be retained until all issues are resolved or the end of the three year period, whichever is later. 45 CFR 74.20; and NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

Title: **Prior Authorization for Personal Health Care**   RDA Number:   92045

Description:

This record series consists of authorizations for personal health care services, plans for treatment, form 3207-SM Patient Care Plan, patient information, physician, diagnosis, current orders, nursing assessment, goal, problems/needs, actions/approaches.

Authorized Retention and Disposition:

Retain record in file as long as case is active. When file is declared inactive retain record for a minimum period of three years from date of closure. NRS 11.190 (3)(d). Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

This records retention and disposition schedule has been approved in accordance with NRS 239.080.

Page 24 of 39

NV 03784

**Title:** **Procedure Memo - Blue Cross/Blue Shield**   *First Health*   RDA Number:   91775

**Description:**

This record series consists of memos prepared on issues over and above those defined by the contract with Blue Cross Blue Shield. Special handling issues are also described.

**Authorized Retention and Disposition:**

Retain for a minimum period of six (6) years from the close of the contract to which the memo pertains. If any litigations or claims involving the records have not been resolved, the records must be retained until all issues are resolved or the end of the six year period, whichever is later. NRS 11.190(1)(b).

**Title:** **Proof of SIIS Coverage for Home Health Care Providers**   RDA Number:   92042

**Description:**

This record series consists of proof of industrial insurance coverage by home health care providers.

**Authorized Retention and Disposition:**

Retain record until superseded, and then retain superseded record for a minimum period of three (3) years from the year to which they apply. NRS 11.190(3)(d).

**Title:** **Provider File Input Sheet**   RDA Number:   2002166

**Description:**

This record series is used to input information on providers into the electronic record keeping system. Data includes: provider number, agreement type, open date, close date, name, address, medical license number, Medicare number, Medicare expiration date, provider and FY end. Depending on provider, it may include practitioner code, specialist code, certification date, lab registered, group name, lab certification, RVS value, unit dose certification, total beds and core rates.

**Authorized Retention and Disposition:**

Retain until data is verified as correct within the system and then discard. It is recommended that these data entry sheets be retained no longer than 90 days. Reference NRS 239.051and 52.247.

---

This records retention and disposition schedule has been approved in accordance with NRS 239.080.

**NV 03785**

Title: **Provider Files (Enrollment )**                    RDA Number: 2002162

Description:

This record series administers and documents the enrollment of providers of services and/or supplies & equipment within the State Medicaid Plan as required by 42 USC s. 1396a (27) and 42 CFR 431.107 (b). The files may contain copies of: Social Security Card, INS forms, drivers license, medical license(s), business license(s), Federal Tax ID forms, DEA (Drug Enforcement Agency) registration, other city/county licenses and tax documents (such as the W-9 form) and the signed agreement which includes the terms and Renewal documents. Separate provider agreements are maintained for nursing facilities - form 3212-SCM; hospitals/business - form 3467-SCM; and physicians - form 3226-SCM. Separate information forms are maintained as well for: nursing facilities - form 3461-SCM; hospitals/business - form 3471-SCM; and physicians - form 3328-SCM. The files may also include copies of: complaints, investigation reports (determination), revocation/suspension documents, disciplinary actions all with related correspondence and similar documents.

Authorized Retention and Disposition:

Retain this record series for six (6) calendar years from the end of the calendar year in which the file was closed [provider does not renew agreement, provider is suspended or revoked, etc.]. If any legal action has been commenced before the expiration of the six year period, the records must be retained until the resolution of such action or the end of the six year period, whichever is later. Reference: NRS 11.190(1)(a) and (1)(b). These files may contain sensitive information such as the SSN, Federal Tax ID number, DEA# , etc. and should be destroyed as outlined in NAC 239.722 after the retention period has been satisfied.

Title: **Provider Tax**                                  RDA Number:     91772

Description:

This record series consists of the documentation of assessment and collection of a tax on out-patient services and supplies.

Authorized Retention and Disposition:

Retain records for a minimum period of three (3) fiscal years from the fiscal year to which they pertain. If any audit findings, litigations or claims involving the records have not been resolved the records must be retained until all issues are resolved or the end of the three year period, whichever is later. NRS 11.190(3)(d).

Title: **Purge Request**                                 RDA Number:     91771

Description:

This record series consists of a request to purge records which have exceeded the retention period required by the Agency Retention Schedule.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) years from the year to which they pertain. If any audit findings, litigations or claims involving the records have not been resolved, the records must be retained until all issues are resolved or the end of the three year period, whichever is later. 45 CFR 205.190 and NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

This records retention and dispositon schedule has been approved in accordance with NRS 239.080.

Page 26 of 39

NV 03786

**Title: Quarterly Child Health Status Report, WL-80835-A**     RDA Number:   92049

**Description:**

This record series consists of a computer generated report of the health status of Medicaid child and adolescent recipients.

**Authorized Retention and Disposition:**

Retain for a minimum period of three years from the year to which they pertain, and then transfer to Medicaid Library for selective retention. 42 CFR 433.32; and NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

**Title: Report of Consultant Activity, Form 3442-SM**     RDA Number:   91360

**Description:**

This record series consists of an itemization of consultant activity at a care facility. The form is completed by a member of the review team and attached to the Annual Review. The form confirms the existence of valid consultant contracts and monthly reports on file at a facility. The form includes the name of the consultant and the discipline represented; and includes time period reviewed, allowed, and disallowed.

**Authorized Retention and Disposition:**

Retain for a minimum period of six (6) years from the year to which it pertains. If any legal action has been started before the expiration of the of the six year period, the records must be retained until the close of case or notice of entry or renewal of judgment or until the end of the regular six year period, whichever is later. NRS 11.190(1)(b).

**Title: Report of Medical/Independent Professional Review –**
**form 3012-SCM**     RDA Number:   91325

**Description:**

This form is used by the review team to evaluate a variety of conditions within a facility, including: medical records; personal care; nursing services; patient care plan, environment and sanitation; consultant services; attitude, response and cooperation during review process; PASARR – Pre-admission Screening and Annual Resident Review; and LOC - Level of Care.

**Authorized Retention and Disposition:**

Retain for a minimum period of six (6) calendar years from the date of creation or receipt. If any legal action has been taken the records must be retained for a minimum period of six (6) years from the close of the case or notice of entry or renewal of judgement. NRS 11.190(1)(b), 45 CFR 74.21. Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

**Title: Report of Medical/Independent Professional Review –**
**ICF-MR Form 3432-SM**     RDA Number:   91326

**Description:**

This six page form consists of a report on conditions in Intermediate Care Facilities for Mentally Retarded. The report includes assessment of: the quality of records, individual program plans, social services, physician services, pharmacy service, psychological services, nursing services, recreation/activities, supplementary health, dietary service, environment and sanitation, emergency service, staff training, consultant activity, and accommodation for personal needs.

**Authorized Retention and Disposition:**

Retain for a minimum period of six (6) calendar years from the date of creation or receipt. If any legal action is pending the records must be retained until the close of the case or notice of entry or renewal of judgment, whichever is later. NRS 11.190(1)(a),(b), 45 CFR 74.21.

This records retention and disposition schedule has been approved in accordance with NRS 239.080.

NV 03787

**Title:** Request for complete data - Form 3403-SCM        **RDA Number:** 91361

**Description:**

This record series consists of a transmittal form utilized to request further information or clarification of previously submitted data on form 3049, Pre-Payment/Payment Authorization/Billing Invoice. Form 3403 may request correct or additional information including: name correction, correct Medicaid billing number, corrective action for stale dated billing, verification of level of care, verification of admit date, completion or correction of PASARR, and other information as described. Version 3403-SCM (11/87) is obsolete. Version 3403-SCM (2/91) is now in use.

**Authorized Retention and Disposition:**

Retain for a minimum period of three (3) years from the fiscal year to which they pertain. If any state of federal audit has been started before the expiration of the of the three year period, the records must be retained until the completion and resolution of all issues or until the end of the regular three year period, whichever is later. Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

**Title:** Review of Adult Day Care - form 3534-SMC        **RDA Number:** 92013

**Description:**

This record series consists of the report of medical/independent professional review of adult day care. The record includes facility information, medical records, physicians services, multidisciplinary team, nursing services, pharmaceutical services, social services, activities, dietary service, environment and sanitation, program director, consultant services/contracts and staffing requirements.

**Authorized Retention and Disposition:**

Retain for a minimum period of three (3) fiscal years from the fiscal year to which they pertain. If any audit or legal action has been started before the expiration of the three year period, the records must be retained until the resolution of all issues or until the end of the regular three year period, whichever is later, NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

**Title:** Sanctions List        **RDA Number:** 91776

**Description:**

This record series consists of list of providers sanctioned by HCFA and no longer qualified. The list is published by the Office of the Inspector General.

**Authorized Retention and Disposition:**

Retain list until superseded. Retain superseded list as long as administratively useful.

---

This records retention and dispositon schedule has been approved in accordance with NRS 239.080.

**NV 03788**

Case 1:01-cv-12257-PBS   Document 1841-4   Filed 12/07/2005   Page 31 of 35

**Title:** **Standard Facility Census, Form 3045-SM (1/91)**          RDA Number:    91367

**Description:**

This census lists facility name, date, completed by; and, on page one, lists in alphabetical order all residents in a facility on the initial day of the review. Page 2 is completed on subsequent review days. The record includes resident's name, Social Security number, payment method, current PASARR determination and date, update PASARR and date.

**Authorized Retention and Disposition:**

Retain for a minimum period of six (6) years from date of receipt or creation. NRS 11.190(1)(b). See RDA 91-322. If any state or federal audit has been started or legal action initiated before the expiration of the six year period, the records must be retained until the completion or resolution of all issues or until the end of the six year period, whichever is later. Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

**Title:** **State Plan**          RDA Number:    91755

**Description:**

This record series consists of the State Plan for Federally-assisted programs. It includes amendments to the plan and long range program planning projections or other periodic reports. The State Plan covers Federal eligibility guidelines and options, Federal services provided, and provisions on how the State will pay.

**Authorized Retention and Disposition:**

The plan is cumulative. Retain until superseded and then retain superseded pages in the office for a minimum period of five fiscal years from the fiscal year to which they pertain. At the end of the five year period transfer superseded material to the Division of Archives and Records for appraisal and preservation in the State Archives. *NRS 11.190 (1)(b).*

**Title:** **Survey Report for Hospitals, Skilled Nursing and**          RDA Number:    92020
              **Intermediate Care Fac. NMO-20**

**Description:**

This record series documents compliance with Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, and the Age Discrimination Act of 1975. It consists of facility information; patient admission and distribution; room assignments and transfers; inquiries regarding minority or handicap status; training programs; language minorities and the communication impaired; self-evaluation and transition plans; filing of grievance of alleged discrimination; and remarks.

**Authorized Retention and Disposition:**

Retain for a minimum period of three (3) years from the year to which they pertain. If any litigations or claims involving the records have not been resolved until all issues are resolved or the end of the three year period, whichever is later. 45 CFR 74.20; and NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302 and must be destroyed in a secure manner according to NAC 239.722.

**Title:** **Title XIX - Procedure Master File, WL 80256**          RDA Number:    91788

**Description:**

This record series consists of a list of procedures Medicaid reimburses and includes procedures it does not reimburse. It contains description, open and close date, and unit value. The series covers medical procedures, transportation, hospital and lab codes.

**Authorized Retention and Disposition:**

Retain until superseded and then dispose of superseded material.

This records retention and dispositon schedule has been approved in accordance with NRS 239.080.

NV 03789

Title: **Title XIX, WL 80195-E, Case Status by Recipient Name**        RDA Number:    92047

Description:

This record series consists of computer generated report of case status of child and adolescent Medicaid recipients.

Authorized Retention and Disposition:

Retain for a minimum period of three years from the year to which they pertain, and then transfer to the Medicaid Library for selective retention. 42 CFR 433.32; and NRS 11.190(3)(d).  Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

Title: **Travel Authorization and Invoice - NMO-8**        RDA Number:    91778

Description:

This record series consists of travel authorization and invoice.  Transportation services include non-emergency travel, both in and out-of-state.  Authorization includes patient name, age, sex, date, destination, mode of travel, to be accompanied by, referring physician, round trip or one way,  Provider Section includes name and address, dates of service;  Travel Reimbursement section includes traveler's name and address, total miles, total expenses, total paid;  Remarks;  Approved for Payment includes by whom, office and date.

Authorized Retention and Disposition:

Retain records for a minimum period of three (3) fiscal years from the year to which they pertain.  If any state or federal audit has been started before the expiration of the three year period the records must be retained until completion and resolution of all issues or until the end of the regular three year period, whichever is later.  NRS 11.190(3)(d); and 45 CFR 74.22.  Any portion of a record containing names, addresses or social security numbers is confidential under NRS 422.290.  and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

Title: **Unit Dose Return for Credit**        RDA Number:    92064

Description:

This record series consists of a report listing unit doses not delivered, and therefore subject to credit.  Long term care facilities prepare the report and provide it to Nevada Medicaid.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) fiscal years from the year to which they pertain.  If any audit findings, litigations or claims involving the records have not been resolved the records must be retained until all issues are resolved or the end of the three year period, whichever is later.  45 CFR 447.333; 45 CFR 74.20; and NRS 11.190 (3)(d).  Reports which contain recipient names are CONFIDENTIAL under NRS 422.290.  Destroy in a secure manner.

Title: **Utilization Review Data Base Queries**        RDA Number:    91810

Description:

This record series consists data base queries of provider claims.  The queries are made upon request and include the variables needed to produce the desired report.  The report becomes a part of the utilization review file.

Authorized Retention and Disposition:

Retain for a minimum period of three (3) years from the fiscal year to which they pertain.  If any audit findings, litigations or claims involving the records have not been resolved, the records must be retained until all issues are resolved or the end of the three year period, whichever is later.  45 CFR 74.20 and NRS 11.190(3)(d).  CONFIDENTIAL under NRS 422.290.  Destroy in a secure manner.

This records retention and dispositon schedule has been approved in accordance with NRS 239.080.

NV 03790

From:Administration          775 687 3855          09/14/2005 08:38          #009 P.032/034

<u>Title:</u> **Utilization review plans**                    <u>RDA Number:</u>    91331

<u>Description:</u>

This record series consists is a copy of the utilization review plan prepared by a nursing facility.  This form becomes obsolete 10/01/1990.

<u>Authorized Retention and Disposition:</u>

Retain for a minimum period of three (3) years from date of creation.  Destroy in a secure manner.  45 CFR 205.190.   Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

<u>Title:</u> **Weekly Provider List**                    <u>RDA Number:</u>  2002164

<u>Description:</u>

This record series is used to administer providers certified to participate within the State Medicaid Program.  Data within the consists of provider number, agreement type, open date, and close date.

<u>Authorized Retention and Disposition:</u>

Retain until superseded by a new listing.

<u>Title:</u> **Welfare Reports, Program Development and Waivers.**          <u>RDA Number:</u>    92011

<u>Description:</u>

This record series consist of periodic computer generated reports, prepared for or distributed to Program Development and Waivers.   The reports may include: WL-80P001, Provider 38 Services Paid, quarterly; WL-80777A&B, Provider Type 38 Services, - Recipient, prepared on request only.

<u>Authorized Retention and Disposition:</u>

Retain for a minimum period of three (3) years from the year to which they pertain.  If any litigations or claims involving the records have not been resolved, the records must be retained until all issues are resolved or the end of the three year period, whichever is later.  45 CFR 74.20, and NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

<u>Title:</u> **Welfare System Reports - WL-80865A [vacant position]**          <u>RDA Number:</u>    92087

<u>Description:</u>

This record series consists of print-outs of On-line History/Purge File Statistics.

<u>Authorized Retention and Disposition:</u>

The systems analyst shall retain the records as long as they are administratively useful, and then transfer to the Medicaid Library.  The Medicaid Library shall retain the records for a minimum period of three (3) years from the fiscal year to which they pertain.  45 CFR 74.20; and NRS 11.190(3)(d).  Any portion of a record which contains names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

This records retention and dispositon schedule has been approved in accordance with NRS 239.080.

NV 03791

**Title: Welfare System Reports – WL80R18, Zebley Cases**          RDA Number:   92055

**Description:**

This record series consist of periodic computer generated reports prepared for, or distributed to, Welfare Budget by DDP.  The series may include:  WL-80R18, Monthly Medicaid Payments List 'Zebley' Cases.

**Authorized Retention and Disposition:**

Retain for a minimum period of three (3) years from the year to which they pertain.  If any audit findings, litigations or claims involving the records have not been resolved, the records must be retained until all issues are resolved or the end of the three year period, whichever is later.  45 CFR 74.20, and NRS 11.190(3)(d).  Portions which contain recipient names are CONFIDENTIAL under NRS 422.290. Destroy in a secure manner.

**Title: Welfare System Reports, Medicaid Providers**          RDA Number:   92092

**Description:**

This record series consists of periodic computer generated reports prepared for, or distributed to Nevada Medicaid by the State Computer Facility.  The series may include:  WL-80820B, Special Accounts Series- FP Summary, quarterly; WL-80845A, Monthly Other Insurance Master Listing; WL-80846A, Welfare Other Insurance Update Listing.

**Authorized Retention and Disposition:**

Retain for a minimum period of three (3) years from the fiscal year to which they pertain.  If any litigations or claims involving the records have not been resolved the records must be retained until all issues are resolved or the end of the three year period, whichever is later.  45 CFR 74.20; and NRS 11.190(3)(d).   Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

**Title: Welfare System Reports, Medicaid Systems Analyst**          RDA Number:   92093

**Description:**

This record series consists of periodic computer generated reports prepared for, or distributed to Nevada Medicaid by the State Computer Facility.  The series may include: WL-80R41A, prepared on request; WL-80164, Hospital Tax Information; WL-80192A, MOM's Report, prepared on request; WL-80336, Fee Analysis by Procedure (County), Annual-R, prepared on request; WL-80337, Fee Analysis by Procedure (Statewide), Annual-R, prepared on request; WL-80902, Claims Transfer Report - Claims Error.

**Authorized Retention and Disposition:**

The systems analyst shall retain the records as long as they are administratively useful, and then transfer to the Medicaid Library.  The Medicaid Library shall retain the records for a minimum period of three (3) years from the fiscal year to which they pertain.  If any litigations or claims involving the records have not been resolved, the records must be retained until all issues are resolved or the end of the three year period, whichever is later.  45 CFR 74.20; and NRS 11.190(3)(d).   Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

This records retention and dispositon schedule has been approved in accordance with NRS 239.080.

Page 32 of 39

NV 03792

**Title: Welfare System Reports, prepared on request**          RDA Number:   92670

**Description:**

This record series consists of periodic computer generated reports prepared on request for, or distributed to Nevada Medicaid by the State Computer Facility. The series may include: WL-80R41A, untitled; WL-80164, Hospital Tax Information; WL-80192A, MOM's Report; WL-80336, Fee Analysis by Procedure (County), Annual-R; WL-80337, Fee Analysis by Procedure (Statewide), Annual-R; WL-80902, Claims Transfer Report - Claims Error.

**Authorized Retention and Disposition:**

Retain for as long as administratively useful. Transfer selected reports to the Medicaid Library.

---

**Title: Welfare System Reports, WL-80301,2,3: Medicaid**          RDA Number:   92095
         **Systems Analyst**

**Description:**

This record series consists of periodic computer generated reports prepared for, or distributed to Nevada Medicaid by the State Computer Facility. The series may include: WL-80301,2,3 - Medicaid FY 89 Exception List (& Refugee List), a temporary report, prepared weekly.

**Authorized Retention and Disposition:**

Retain for as long as administratively useful.

---

**Title: Welfare System Reports: WL00780B; Case Destruction**          RDA Number:   92535
         **Report**

**Description:**

This record series consists of periodic computer generated case destruction lists, WL00780B, generated by the State Computer Facility. The reports provide a case destruction list to Nevada Medicaid.

**Authorized Retention and Disposition:**

Retain for a minimum period of three (3) fiscal years from the year to which they pertain. If any audit findings, litigations or claims involving the records have not been resolved, the records must be retained until all issues are resolved or the end of the three year period, whichever is later. 45 CFR 74.20, and NRS 11.190(3)(d). Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

---

**Title: Welfare Systems Reports - Managed Care, WL-80048 A**          RDA Number:   92658

**Description:**

This record series consists of WL-80048A, a periodic computer generated report distributed to Managed Care. The report includes monthly PCN cost/service detail.

**Authorized Retention and Disposition:**

This record series is no longer created. Retain existing records for a minimum period of three (3) fiscal years from the year to which they pertain. If any audit findings, litigations or claims involving the records have not been resolved the records must be retained until all issues are resolved or the end of the three year period, whichever is later. 42 CFR 477.333; 45 CFR 74.20; and NRS 11.190 (3)(d). Any portion of a record containing names, addresses or social security numbers of recipients or applicants is confidential under NRS 422.290 and 42 USC s.302, and must be destroyed in a secure manner according to NAC 239.722.

---

This records retention and dispositon schedule has been approved in accordance with NRS 239.080.

Page 33 of 39

NV 03793