# EXHIBIT 4

z1707.txt

1

2

3

4                  UNITED STATES DISTRICT COURT

5                  DISTRICT OF MASSACHUSETTS

6                          -oOo-

7    In Re: PHARMACEUTICAL
     INDUSTRY AVERAGE WHOLESALE
8    PRICE LITIGATION
     _____          MDL DOCKET NO.
9                                              CIVIL ACTION
                                               01CV12257-PBS
10   THIS DOCUMENT RELATES TO:
     ALL ACTIONS
11

12   _____/

13

14        R O U G H   D R A F T   T R A N S C R I P T

15                        VOLUME I

16                     DEPOSITION OF

17                    CHARLES DUARTE

18                  NOVEMBER 15, 2005

19                  CARSON CITY, Nevada

20

21

22

23

24
          REPORTED BY:  STEPHANIE ZOLKOWSKI CCR 283
25   COMPUTER-ASSISTED TRANSCRIPTION BY:  caseCATalyst

                                                        1

3

```
                              z1707.txt
 1                     A P P E A R A N C E S

 2

 3     FOR GLAXO SMITHKLINE: COVINGTON & BURLING
                              By:   RONALD G. DOVE, JR., ESQ.
 4                                     and
                                   JASON R. LITOW, ESQ.
 5                                 1201 Pennsylvania Ave. NW
                                   Washington, DC 20004-2401
 6
       FOR STATE OF NEVADA:   HAGENS BERMAN, LLP
 7                            By:   JENIPHR BRECKENRIDGE, ESQ.
                              1301 Fifth Ave.
 8                            Seattle, Washington 98101
                                       and
 9                            L. TIMOTHY TERRY, DIRECTOR
                              OFFICE OF THE ATTORNEY GENERAL
10                            100 N. Carson St.
                              Carson City, Nevada 89701
11
       FOR DEY:               KELLEY DRYE WARREN
12                            BY: CHRIS PALERMO, ESQ.
                              101 Park Ave.
13                            New York, New York 10178
                               (Via telephone)
14
       FOR ABBOTT:            JONES DAY
15                            BY: TARA SUMERTON, ESQ.
                              77 W. Wacker Dr.
16                            Chicago, Illinois 60601
                               (Via telephone)
17
       FOR PEZA:              SONNENSCHEIN NATCH & ROSENTHAL
18                            BY: SARAH MINCHENER, ESQ.
                              1303 K Street NW
19                            Washington, DC 20005
                               (Via telephone)
20
       FOR ASTRACENECA:       DAVIS POLK & WARDWELL
21                            BY: REID SCKIBBLL, ESQ.
                              450 Lexington
22                            New York, New York 10017
                               (Via telephone)
23

24

25


                                                             2

U



 1                 A P P E A R A N C E S

 2
       FOR NORVATIS:          KAYE SCHOLER
 3                            By:   JERIMIAH FREI-PEARSON, ESQ.
                                 Page 2
```

```
                                    z1707.txt
                                    425 Park Ave.
      4                             New York, New York 10022
                                       (Via telephone)
      5
          FOR AVENTIS:              SCOOK HARDY & BACON
      6                             By:  BRIAN FEDOTIN, ESQ.
                                    2555 Grand Blvd.
      7                             Kansas City, Missouri 64108
                                       (Via telephone)
      8

      9

     10

     11

     12

     13

     14

     15

     16

     17

     18

     19

     20

     21

     22

     23

     24

     25
```

U

                                                                        3

```
      1                    I N D E X

      2   EXAMINATION                                    PAGE

      3   By Mr. Dove                                      4

      4

      5
```

Page 3

z1707.txt

6

7                    E X H I B I T S

8   NUMBER                                              PAGE

9   Exhibit 001 Duarte     Deposition Notice
    Exhibit 002 Duarte     NV 03714 to NV 03734
10  Exhibit 003 Duarte     NV 03760 to NV 03793
    Exhibit 004 Duarte     Interrogatories
11  Exhibit 005 Duarte     NV 04001 to NV04031
    Exhibit 006 Duarte     NV 03883
12  Exhibit 007 Duarte     NV 03884 to NV 03885
    Exhibit 008 Duarte     NV 04061 to NV 04069
13  Exhibit 009 Duarte     NV 04077 to NV 04078
    Exhibit 010 Duarte     Medicaid Action
14                         Transmittal
    Exhibit 011 Duarte     Portion Medicare
15                         Medicaid Guide
    Exhibit 012 Duarte     Memorandum 11-6-92
16                         To Toby from Mitchell
    Exhibit 013 Duarte     Memorandum 5-31-96 to
17                         Vladeck from Brown
    Exhibit 014 Duarte     Memorandum 4-10-97 to
18                         Vladeck from Brown
    Exhibit 015 Duarte     Inspector General 10-03
19                         Report
    Exhibit 016 Duarte     NV 00187 to NV 00228
20  Exhibit 017 Duarte     Article Las Vegas Review

21

22

23

24

25

                                                       4

U

1        BE IT REMEMBERED that on TUESDAY, the 15th day

2   of NOVEMBER, 2005, at the hour of 9:10 AM of said day,

3   at the offices of OFFICE OF THE ATTORNEY GENERAL, 100

4   North Carson Street, Carson  City, Nevada, before me,

5   STEPHANIE ZOLKOWSKI, a notary public, personally

6   appeared CHARLES DUARTE, who was by me first duly

7   sworn and was examined as a witness in said cause.

8
                        Page 4

z1707.txt

9                    -oOo-

10

11        R O U G H   D R A F T   T R A N S C R I P T

12                CHARLES DUARTE,

13        called as a witness herein, having been

14        duly sworn, testified as follows:

15

16                    EXAMINATION

17   BY MR. DOVE:

18        Q    Good morning, Mr. Duarte.

19        A    Good morning.

20        Q    My name is Ross Dove.  I'm the attorney for

21   the drug company Glaxco Smithkline, one of the

22   Defendants in this action.

23             Would you please state your full name for the

24   record.

25        A    Charles Duarte.

                                                    5

3

1        Q    How do you spell your last name?

2        A    D-u-a-r-t-e.

3        Q    And what is your current business address?

4        A    1100 East William Street, suite 101, Carson

5   City, Nevada 89701.

6        Q    Have you ever been deposed before?

7        A    Yes, I have.

8        Q    On how many occasions?

9        A    Two.

10        Q    And what type of proceedings were those

Page 5

z1707.txt

21         A    I'm not sure what her reasons for contacting

22    me were.

23         Q    Did she have any particular concerns about

24    the Nevada Medicaid program that she thought you were

25    the right person to try and fix?

                                                              35

3

1              MS. BRECKENRIDGE:  Objection.

2              You can go ahead and answer it's unlikely

3    I'll instruct you not to answer anything today.  I do

4    need to preserve my objection.

5              THE WITNESS:  I'm not sure I understand the

6    question could you repeat it.

7    BY MR. DOVE:

8         Q    Reads it back, please.

9              (Record read.)

10             THE WITNESS:  She didn't communicate to me

11    any concerns that she had about the program that she

12    wanted me to fix.

13    BY MR. DOVE:

14         Q    You stated this earlier but again what is

15    your official job title now?

16         A    I'm the administrator for the Division of

17    health care financing and policy.

18             And if I may I should probably go back to the

19    prior question about Miss Crawford concerns.

20             She didn't have concerns per se but had asked

21    me to fully develop the capacity the policy capacity

22    of the division stabilize staffing and develop an

Page 33

z1707.txt

13    are presented here in the inquiry.  Not all the
14    entirety of the time frame suggested.
15         Q    When you say you're familiar with some
16    aspects during certain time frames maybe if you could
17    explain what aspects are you knowledgeable about and
18    what time periods are you knowledgeable about?
19         A    I'm more familiar with the terms and use of
20    AWP, MAC, best price, Federal Supply Schedule and VA
21    schedule.
22              I am not sure what is meant by price, cost or
23    benchmark specifically the term how you're using the
24    term metric.  And again my familiarity with these
25    issues is probably more in depth related to the time

                                                        57

S

1     frame of my tenure as Nevada state Medicaid
2     administrator 2000 to the current time.
3          Q    Are you knowledgeable regarding the items
4     listed in one d documents created by or received from
5     federal agencies or the national association of
6     Medicaid fraud control units, national association of
7     attorneys general or PAL relating to prices, costs or
8     reimbursements for pharmaceutical products from
9     January 1985 to the present?
10         A    No.  Not to any degree.  I don't normally see
11    these publications.  I'm not sure what PAL means.
12    Could you define that for me?
13         Q    It's prescription access litigation I
14    believe.

                         Page 53

z1707.txt
25    office.

62

R

1         Q    Are you knowledgeable regarding item one n,
2    Defendants alleged use of free goods, samples,
3    educational grants, off-invoice price inducements or
4    other incentives to providers to purchase Defendants
5    drugs?
6         A    Not directly.
7         Q    Who would be knowledgeable about that topic?
8         A    I don't know for certain.  I've heard it
9    discussed by physicians in the community, by
10   pharmacists.  But nothing that I can say is factual.
11   Just what they told me.
12        Q    Moving onto item 2 a are you familiar with --
13   knowledgeable regarding the data concerning
14   reimbursements to providers for the purchase of
15   subjects drugs?
16        A    Yes.
17             Can I clarify something?
18        Q    Sure.
19        A    As administrator I am responsible for policy
20   and overall administration of the division.  I'm not
21   the ID manager.  I'm not the claims administrator for
22   pharmacy benefits.  Those kind of detail level of
23   information probably is best sought from staff that do
24   that directly.
25        Q    In going through these questions if there's

63

z1707.txt
23        Q   Do you know who the Deputy administrator of

24   Nevada Medicaid was in 1986?

25        A   I do not.


                                                          99
I


 1        Q   Do you know who the chef of Nevada Medicaid

 2   was in 1986?

 3        A   I do not.

 4        Q   Do you know who the pharmaceutical consultant

 5   was in 1986 for Nevada Medicaid?

 6        A   I do not.

 7            MR. TERRY:  Laurie Squartsoff.

 8            THE WITNESS:  Was it Laurie Squartsoff?

 9            MR. TERRY:   I'm pretty sure it is.

10            THE WITNESS:  Could we take a break?

11            MR. DOVE:  Sure.

12            (Recess.)

13            MR. DOVE:  I would like to mark as Exhibit 3

14   a document bates labeled NV 03760 entitled State of

15   Nevada Department of human resources division of

16   health care financing policy authorized records

17   retention and disposition schedules June 9, 2004.

18        (Exhibit number 3 marked for identification.)

19   BY MR. DOVE:

20        Q   I ask the witness if you could please

21   identify that document.

22        A   I have seen it before.

23        Q   Is this the document retention policy that is

24   currently in effect?

25        A   I believe so, yes.
                        Page 92

z1707.txt

100

I

```
 1      Q   Is this the same policy that was in effect
 2   when Nevada filed it's lawsuit in this case?
 3      A   I'm not sure when the lawsuit was filed.
 4      Q   Filed in 2002.
 5      A   Some aspects of it were revised after that
 6   time frame.  But for the most part policies remained
 7   the same.
 8      Q   Do you know in particular certain changes
 9   that have been made since that time?
10      A   I don't know the specific changes that were
11   made.
12      Q   Does the State keep copies of it's prior
13   document retention policies?
14      A   Not to my knowledge.
15      Q   I know in discussion with counsel earlier
16   today plaintiff's will be producing either a draft or
17   an earlier version of this policy to Defendants.  We
18   would certainly ask if there are other policies that
19   were in effect during any time from 1991 to the
20   present we with ask those be produced.
21      MS. BRECKENRIDGE:  For the record we have
22   produced what we were able to find this morning.
23   We're not going to produce it.  We did produce it. I
24   produce a bates stamp copy next week but we provided
25   your colleague what I believe is a draft of this
```

101

I

z1707.txt

```
 1    policy.  You're welcome to ask the witnesses questions
 2    about our efforts to find these policies but we have
 3    searched for them more than one and this is what we
 4    could find.
 5    BY MR. DOVE:
 6        Q    Who is primarily responsible for adminstering
 7    the document retention policy?
 8        A    Primarily it falls to our administrative
 9    assistants, our secretarial staff to make sure records
10    are retained in that property yet manner consistent
11    with policy.  Each individuals also has individuals
12    hall so has responsibility to make sure records are
13    retained according to schedule.
14        Q    Are you aware of any instance in your
15    division where an individual has been found to have
16    violated the document retention policy?
17        A    Not to my knowledge.
18        Q    Does this document retention policy cover
19    electronic document including email?
20        A    I do not believe it does.
21        Q    Is there a policy in place that does cover
22    electronic document such as email?
23        A    Not to my knowledge.
24        MR. DOVE:  Whoever is typing if they could
25    please put that on mute.  Thanks.
```

102

E

```
 1    BY MR. DOVE:
```
Page 94

z1707.txt

2      Q    Turn to page NV 03761 under the section
3    labeled disposition holds include litigation.
4           Do you see that?
5      A    Yes, I do.
6           MS. BRECKENRIDGE:  What was the page number?
7           THE WITNESS:  Here.
8    BY MR. DOVE:
9      Q    This section on disposition holds requires an
10   agency to take certain steps to preserve documents
11   when it learns of litigation is such a hold in effect
12   as a result of this case.
13     A    I don't believe that we have specifically put
14   a hold on that.  But we have not issued a specific
15   order to put a hold on that.
16     Q    So specifically the first sentence under the
17   section entitled litigation states when an agency
18   received notification that a lawsuit has been filed
19   against or in behalf of them they shouldimmediately
20   consult their legal counsel and/or the Attorney
21   General's office.
22     A    We have done so.
23     Q    Second section states that all records
24   pertaining to the litigation should be identified
25   separated from other file and protected.

                                                    103

E

1      A    We have done that.
2      Q    Third sentence says all destruction of
3    records pertaining to the lawsuit must be stopped

Page 95

z1707.txt
4    until the legal action has been resolved.

5         A   We have done that.

6         Q   Has the division issued any sort of notice to

7    the personnel division regarding this litigation and

8    the responsibility of each person regarding retaining

9    documents while the litigation is pending?

10        A   Not specifically on retention of documents

11   other than a what we have here.  But with respect to

12   the two prior sentences we're were asked to provide

13   and I have assigned specific staff to document all the

14   requested information and provide it through counsel

15   to you.  We have done so and I believe we retained

16   records I mean copies of those as well.

17        Q   what assurances would Defendants have that

18   documents that relate to subject matter of the

19   litigation but yet fall outside the time periods in

20   this document retention policy are being are

21   nevertheless being maintained?

22        A   Let me make sure I understand the question.

23   Are you asking me whether I can provide assurance that

24   all documentation associated with the lawsuit going

25   back to the period in question 1985 were complied

                                                        104

E

1    with?

2         Q   Yes.

3         A   I don't know.

4         Q   Do you know who would know that answer?

5         A   No, I do not.

6             MS. BRECKENRIDGE:  Other than counsel?

z1707.txt

     7            MR. DOVE:  Other than counsel, yes.

     8    BY MR. DOVE:

     9        Q    Turn to page NV 03762, the section entitled

    10    hearings files provider complaints.

    11            What specific types of documents would fall

    12    into this category?

    13        A    Besides specific hearings files?  I'm sorry.

    14    This would involve providers who are filing a

    15    complaint related to a policy or a reimbursement.

    16        Q    So if a pharmacy complained about

    17    reimbursement rates for example, that letter would be

    18    retained for at least six years is that right?

    19        A    If they requested it -- if they indicate it

    20    as an appeal then yes.

    21        Q    They indicate it's a formal appeal then yes

    22    but if it were an informal letter complaining about a

    23    particular reimbursement rate?

    24        A    We may or may not have treated it as an

    25    appeal.

                                                              105

E


     1        Q    Moving to page 3764 under rate development

     2    data base what specific documents data are included

     3    under this category?

     4        A    Fortunately this is an outdated policy from

     5    the standpoint that we no longer use Quatro and

     6    Paradox software we now use Medicaid management

     7    information system for the development of utilization

     8    transit forecast patterns and utilization variables

                        Page 97

z1707.txt

9    that lead to better development of rates.

10          Additionally there is a set of other

11   documents that we retain more relate to cost

12   information provided by facilities or providers that

13   we are providing categories that we're researching for

14   rate development.

15       Q   Would this category include any studies or

16   data relating to reimbursement rate for prescription

17   drugs?

18       A   It could.

19       Q   If it did such data or document would need to

20   be retained for minimum of six calendar years?

21       A   Correct.

22       Q   Certainly from Defendants perspective any

23   such information would have to be retained because

24   it's relevant to the litigation and thus fall under

25   the litigation hold but we can leave that there.

                                                    106

E

1          If you could turn to page 3778 under the

2    category Medicaid reimbursements what specific

3    document or data would be included under that

4    category?

5        A   These would be files related to -- these are

6    more related to expenditure reports that that we

7    develop in the fiscal area also reports to the federal

8    government related to some of our Medicaid

9    expenditures.  This could also include files for

10   specific providers of provider categories for which

11   rate policies and reimbursement methods have been

                    Page 98

z1707.txt

12    revised or updated.

13         Q    Could this include information relating to

14    prescription drug reimbursement?

15         A    It could.

16         Q    Turn with me to page 3780.  Specifically the

17    category at the top label NDC codes medical supplies.

18    Do you see that?

19         A    Yes.

20         Q    Do the medical supplies refer to in this

21    category would they include or could they include

22    prescription drugs?

23         A    Not to my knowledge.

24         Q    When it's talking about a unit AWP price and

25    this category is taking about an AWP for a supply?

                                                        107

t

1          A    I believe so, yes.

2          Q    And then if you could turn with me to 3786

3     and to the category titled provider files do you see

4     that?

5          A    Yes, sir.

6          Q    What documents are included in this category?

7          A    I think the documents are spelled out there I

8     could recite them.

9          Q    There's no need to recite those.

10              Would these document include contracts with

11    pharmacies and physicians?  It appears that they

12    might.

13         A    Yes.

                        Page 99

z1707.txt

14          Q    Would this category include complaints from

15     providers or physicians?

16          A    I don't believe so.

17          Q    If you could turn to page 3789 to the

18     category entitled state plan.  Do you see that?

19          A    Yes.

20          Q    What specific document would be included

21     under this category?

22          A    The State plan.

23          Q    Would that include any amendments to the

24     plan?

25          A    Yes.

108

t

1          Q    With that include amendments that would

2     relate to changes to reimbursement rates?

3          A    If it required a change to the State plan,

4     yes.

5          Q    Where are the state archives located that are

6     referenced in this category?

7          A    I don't know their address but they're in

8     Carson City.

9          Q    Do you know if the state archives were

10     searched for document responsive to Defendants request

11     in this case?

12          A    I believe so but probably be best to address

13     that question to John Liveratti.

14          Q    Is Mr. Liveratti responsible for organizing

15     the search for response for document in Defendants

16     request?

z1707.txt

17        A    Yes.  Some aspects of it.  I had Miss

18    Lawrence responsibilty for a specific areas where she

19    may have records in her unit.  As well as working with

20    personnel services to provide additional infomation.

21    But John was response for primarily the archives

22    search which is and any searchs within our own agency

23    files.

24        Q    Going back to page  3778 for a minute under

25    Medicaid reimbursement you may have said this I want

                                                        109

t

 1    to be clear, would this category include electronic

 2    claims data?

 3        A    I don't believe so.

 4        Q    Medicaid reimbursements?

 5            MS. BRECKENRIDGE:  I must have missed the

 6    page number.

 7            MR. DOVE:  3778.

 8            THE WITNESS:  Again I don't know I'm not sure

 9    if it includes claims data.

10    BY MR. DOVE:

11        Q    I believe you said earlier you didn't know if

12    there was a policy but just to be clear does the State

13    Avenue current retention policy for internal

14    electronic document such as email words processing

15    document spread sheets or electronic presentations?

16        A    No we do not have a policy.

17        Q    Has this always been the case since you have

18    been at Nevada Medicaid?

z1707.txt

19      A   Yes.

20          Each individual is responsible for retention

21   on their own PC of records as far as they can what

22   they want to archive them.   Each of us maintains

23   personnel archives of records but we only retain

24   several months of electronic records for email

25   transactions within the agency.

                                                    110

t

1      Q   Have personnel within the agency been

2   instructed to retain all electric income documents

3   including email words processing document that are

4   responsive to Defendants document requests in this

5   case?

6      A   They were not instructed so but they were

7   instructed to provide all information they had

8   available to Mr. Liveratti in order to provide counsel

9   and you with that information.

10     Q   Has any global search of the email system

11   been conducted for document responsive to Defendants

12   discovery requests?

13     A   I don't believe so.

14     Q   Has any --

15     A   It may have actually.   I'm not certain.

16     Q   John Liveratti would be the one to ask that

17   question?

18     A   Or Mr. Rosenberg.

19     Q   What's the states retention policy with

20   regard to documents and data relating to the Medicaid

21   rebate program?

                    Page 102

z1707.txt

22    A   I don't know specifically as relates to

23   rebates.  My recollection was we keep that information

24   for up to six years.  We may have some other

25   information archived.  But I'm not certain.

                                           111

t

1    Q   Earlier we talked about the public employee

2   benefits funds.   Do you recall that testimony?

3    A   Yes.

4    Q   Do employees of the division of health care

5   policy and financing do they receive their

6   prescription drug benefits through the public

7   employees plan?

8    A   If they elect to enroll in the public

9   employee plan then yes.

10    Q   Do they have any other options?

11    A   Some may.  Some may that be eligible because

12   of part time employment.  Some May have other options

13   through their spouse or otherwise.

14    Q   Earlier you had listed for me certain state

15   agencies and other states affiliated entities that

16   either purchased prescription drugs or were involved

17   in the reimbursement of prescription drugs.

18        Do you recall that testimony?

19   A   Yes.

20    Q   I would like to go back to some of those

21   agencies and ask you a few more questions about that.

22        You mentioned the State pharmacy assistance

23   program.