# EXHIBIT 5

MR 11-16-05.txt

```
 1   Case No. [!CASE NO.]
 2   Department No. [!DEPT##]
 3
 4
 5
 6       IN THE [!DISTRICT#] JUDICIAL DISTRICT COURT
 7               OF THE STATE OF NEVADA
 8       IN AND FOR THE COUNTY OF [!COUNTY NAME]
 9                       -oOo-
10
11   [!PLAINTIFFNAME],
12            Plaintiffs,
13            vs.
14   [!DEFENDANTNAME],
15            Defendants.
16   _____/
17
18
                       DEPOSITION OF
19
                       [!WITNESSNAME]
20
              [!MONTH] [!DAY OF MONTH], [!YEAR]
21
                       [!CITY], Nevada
22
23            SUNSHINE REPORTING SERVICES
             (775) 883-7950 or (775) 323-3411
24   REPORTED BY: JACKIE ADAMS CA CSR 7455; NV CSR 278; RPR
     COMPUTER-ASSISTED TRANSCRIPTION BY: caseCATalyst 4
25
```

                                                                1
        SUNSHINE REPORTING SERVICES    (775) 323-3411

t

```
                        MR 11-16-05.txt
 1                  A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFFS: [!FIRM1]
                         By:  [!ATTORNEY1]
 4                       [!ADDRESS-A1]
                         [!CITY1], [!STATE1] [!ZIP1]
 5
 6
 7   FOR THE DEFENDANTS: [!FIRM2]
                         By:  [!ATTORNEY2]
 8                       [!ADDRESS-A2]
                         [!CITY2], [!STATE2] [!ZIP2]
 9
10
11
12
     ALSO PRESENT:       [!ALSO PRESENT]
13
14
15
16
17
18
19
20
21
22
23
24
25

                                                              2
          SUNSHINE REPORTING SERVICES   (775) 323-3411
t


 1           BE IT REMEMBERED that on [!DAY OF WEEK], the
 2   [!ORDINAL DATE] day of [!MONTH], [!YEAR], at the hour
                           Page 2
```

MR 11-16-05.txt

3   of [!START TIME] [!AM/PM] of said day, at the offices
4   of [!LOCATION NAME], [!LOCATION ADDRESS],
5   [!LOCATION CITY], Nevada, before me, JACKIE ADAMS, a
6   notary public, personally appeared [!WITNESSNAME], who
7   was by me first duly sworn and was examined as a
8   witness in said cause.
9
10                          -oOo-
11
12                     [!WITNESSNAME],
13          called as a witness herein, having been
14          duly sworn, testified as follows:
15
16                      EXAMINATION
17
18   BY MR. LITOW:
19      Q    Good afternoon, Mr. Rosenberg.
20      A    Hi.
21      Q    My name is Jason Litow from the law firm of
22   Covington and Burling in Washington DC.  My colleague,
23   Ron Dove, and I represent Glaxo Smithklein, a
24   pharmaceutical company that's a defendant in had
25   action.

                                                         3
         SUNSHINE REPORTING SERVICES    (775) 323-3411

t

1    A    Okay.
2    Q    Can you please state and spell your name for
3   the record.
4    A    Okay, it's Mel, M-E-L, Rosenberg,
                        Page 3

MR 11-16-05.txt

5    R-O-S-E-B-E-R-G.
6    Q    As your current business address?
7    A    1100 East William Street, Suite Two Hundred,
8    Carson City, Nevada.
9    Q    Have you ever been deposed before?
10   A    Nope, this is the first time.
11   Q    Okay.  Have you ever testify at trial?
12   A    No.
13   Q    You ever provided legislative hearing
14   testimony?
15   A    Yes.
16   Q    How many times was that?
17   A    Twice.
18   Q    And the first time that you provided such
19   testimony, when was that?
20   A    Both times were in the past legislative
21   season.
22   Q    So that would be --
23   A    No -- yeah, in the past legislative season;
24   in the February to May time frame.
25   Q    Of 2005?

4
SUNSHINE REPORTING SERVICES    (775) 323-3411

t

1    A    Of four -- of -- yes, of five, yeah.
2    Q    Okay.  And the first such occasion, what were
3    you -- what was the nature of your testimony?
4    A    Actually, I was at the table with another
5    member of the team and we were talking about -- in
6    both cases, I was at the table with someone else, they

Page 4

MR 11-16-05.txt

t

```
 1   relocate to eventually, I came out here in August of
 2   '02, and got a job -- my current job with the State in
 3   February of '03.
 4      Q    In August of '02, you started here?
 5      A    I moved the family here unemployed.
 6      Q    Okay.  So you first started working for the
 7   state of Nevada in February '03?
 8      A    February '03.
 9      Q    And what was your title then?
10      A    It is my current title.  It's information
11   systems manager one.
12      Q    And what are your job responsibilities?
13      A    Well, basically I have two generic areas.
14   One is IT, which means that my team owns the support
15   of and maintenance of the computing infrastructure for
16   the division, you know, as part of the State.  And so
17   desktop, laptop, computer servers, data, we support,
18   maintain, implement that and the application software
19   that goes with it.
20           I have --
21      Q    So there are two areas?
22      A    Yeah.  I have a -- what I call an information
23   systems role, which is where we act as the technical
24   expert on major systems projects; the single major one
25   that we have is the MMIS system, so that team is the
```

t

MR 11-16-05.txt

```
 1   bridge between the rest of the agency and -- who sets
 2   policy, we figure out with the vendor how to best
 3   implement the policy at a technical level and work
 4   with them through the process of getting it
 5   implemented or bugs fixed or enhancements done.
 6        Q    To whom do you report?
 7        A    Chuck Duarte.
 8        Q    And approximately how many employees or in
 9   the IT department?
10        A    My total department's twelve people.
11        Q    So you're the head of that department?
12        A    Uh-huh.  It's called a unit actually.
13   Department in the State is actually my boss's boss's
14   area.
15        Q    Right.  And who was the info systems manager
16   prior to your arrival at Nevada?
17        A    One of the people in my team was the acting
18   manager when I arrived.
19        Q    And who is that?
20        A    John Whaley, W-H-A-L-E-Y.
21        Q    So he was the -- he was the acting director
22   when you arrived?
23        A    Uh-huh.
24        Q    And do you know how long he had been the
25   acting director?
```

MR 11-16-05.txt
1   A    It is my understanding that that was roughly
2   six months.
3   Q    Who was the director before him?
4   A    I -- there was somebody there and I don't
5   remember the name.  If you need it, I can find it,
6   but --
7   Q    Do you recall the names of any other
8   directors before -- prior to John Whaley?
9   A    No.
10  Q    Mr. Rosenberg, what list serves does the
11  division -- Medicaid division participate in; by list
12  serve, meaning an e-mail group?
13  A    Well, I can't answer definitively for the
14  Division.  There are lots and lots of them.  The --
15  you know, my unit participates in several of the CMS
16  list serves as a good way to get information about
17  what's going on in the CMS world.  And there is one
18  non-CMS list serve that we're actually in the process
19  of subscribing to.
20  Q    And which serve is that?
21  A    It's the Wedi, W-E-D-I.
22  Q    Generally what is that for?
23  A    It's a list serve that that generally
24  provides a view of the Medicaid world of up coming
25  events -- technical changes for -- you know, for the

                                                    18
         SUNSHINE REPORTING SERVICES    (775) 323-3411
t


1   Medicaid world and of particular interest is their
2   view on the national provider ID project that's coming
                    Page 17

MR 11-16-05.txt

3  up in a year and a half -- actually -- yeah, in a year
4  and a half.
5    Q    And you mentioned your unit subscribes to the
6  CMS list serve. Do you know if other employees in the
7  division have subscribed to that list serve as well?
8    A    Well, there's not a single list serve. There
9  is -- each -- each focus area, you know, in CMS may or
10 may not have a list serve, and, you know, a variety of
11 people -- and they're basically free, so subscribing
12 doesn't have to be made known to me.
13   Q    So each individual employee kind of
14 determines what list serve he or she wants to
15 participate in?
16   A    That's correct, yes.
17   Q    Do you know with a list serves Charles Duarte
18 belongs to for example?
19   A    No.
20        MR. LITOW: At this time I'd like to ask the
21 court reporter to mark as Rosenberg Exhibit One a
22 document bearing a Bates label N-V zero three seven
23 six zero through N-V zero three seven nine three,
24 which is entitled the State of Nevada Department of
25 Human Resources, Division of Health Care Financing and

                                                    19
        SUNSHINE REPORTING SERVICES   (775) 323-3411
t

1  policy authorized record retention and disposition
2  schedule.
3       (Exhibit Number 1 marked for identification.)
4  BY MR. LITOW:

MR 11-16-05.txt

5     Q      Mr. Rosenberg, just take a moment to review
6   that document.  Have you ever seen this document
7   before, Mr. Rosenberg?
8     A      Uh-huh, yes.
9     Q      And what is it?
10    A      It's our policy on archive and disposition of
11  paper documents.
12    Q      And I note that it's dated June nine, 2004.
13  To your knowledge, is this the document retention
14  policy that is currently in effect?
15    A      I do not know for a fact whether it is or
16  not.  It is -- it appears to be a rather recent one,
17  but I don't know if we've changed it or added --
18  updated it since then.
19    Q      So you don't recall having seen a retention
20  policy with a later date than that?
21    A      No, I don't recall seeing one with a later
22  date.
23    Q      Have you seen document retention policies
24  with an earlier date?
25    A      What I -- you know, since I have been there,

                                                          20
              SUNSHINE REPORTING SERVICES    (775) 323-3411
t

1   I remember one time where, in the review process, a
2   document that I assume would have been this document
3   was sent through and approved.  I don't remember when
4   it was, and that's my exposure to this document.
5     Q      Okay.  Does the document retention policy
6   cover electronic documents?  And by electronic

Page 19

MR 11-16-05.txt

7   documents, I mean, you know, word processing
8   documents, spread sheets, e-mail, things of that
9   nature.
10  A    Not in electronic form.
11  Q    So the policy is only meant to apply to paper
12  documents?
13  A    I -- my understanding is that the decision
14  was that if it's something we need to retain, we need
15  to drop it to paper and then put it in the State
16  archive, because the archive only handles paper
17  documents, or it handles tapes, but the best way our
18  decision was to convert them to paper.
19  Q    So if there were a document in electronic
20  format that, pursuant to this policy, needed to be
21  retained, it would have to be printed out or some
22  other way converted to a paper document; is that
23  correct?
24  A    Yes.
25  Q    So the retention requirements apply

                                                        21
         SUNSHINE REPORTING SERVICES   (775) 323-3411

t

1   regardless of whether the document is initially in
2   electronic format or paper format, correct?
3   A    Correct.
4   Q    Who's primarily responsible for administering
5   the retention policy?
6   A    There's a gentleman, Mr. Liveratti.
7   Q    What exactly is his role with respect to the
8   retention policy?

MR 11-16-05.txt

9    A    One of his duties is called compliance, and
10   so things that.  It is my understanding that what that
11   means is when there are issues of whether or not we
12   are adhering to the applicable statute or law,
13   complying with those, it is his job to make sure that
14   the agency has the appropriate policy and that we're
15   following those and that we understand how it applies
16   to us.
17   Q    So if there were instances of a need to
18   enforce the policy, that would be Mr. Liveratti's
19   purview?
20   A    That is my understanding, yes.
21   Q    And what does the State do to ensure that the
22   employees are familiar with the contents of the
23   document retention policy other than just distributing
24   the policy to them?
25   A    You'd have to ask Mr. Liveratti.

                                                            22
          SUNSHINE REPORTING SERVICES    (775) 323-3411

t

1    Q    So you've never attended seminars or things
2    of that nature that kind of go through the different
3    aspects of the retention policy that might affect, you
4    know, your area of work?
5    A    I have not attended anything like that.
6    Q    And do you know if such -- you know, if
7    seminars, you know, have been conducted at all in
8    other areas of Medicaid?
9    A    Not to my knowledge.
10   Q    Mr. Rosenberg, could you please turn to the

                         Page 21

MR 11-16-05.txt

11  second page of the document, which is labeled on the
12  bottom N-V zero three seven six one.
13     A    Uh-huh.
14     Q    And in particular, I'd like to direct your
15  attention to the area entitled disposition holds and
16  underneath that, litigation. Do you see where I'm --
17     A    Uh-huh.
18     Q    Can you just take a moment just to review --
19  read with an it says there, and then I'll ask you a
20  few questions about it.
21     A    Okay.
22     Q    My understanding is that this section on
23  disposition holds requires an agency to take certain
24  steps to preserve documents when it learns of
25  litigation. Is that correct or is that generally --

23
SUNSHINE REPORTING SERVICES    (775) 323-3411

t

1   would you agree with that characterization?
2      A    My understanding is this is setting out what
3   we should be doing with documents that we believe
4   pertain to such a litigation.
5      Q    And it says that all records pertaining to
6   the litigation should be identified and separated from
7   other files and protected, correct?
8      A    Yes.
9      Q    Has such a disposition hold been in effect as
10  a result of this case?
11     A    I don't know what has been done in the other
12  people's areas.

Page 22

```
                          MR 11-16-05.txt
13    Q      So air not aware of any disposition hold on
14  documents in this case, correct?
15    A      I'm not personally aware of that.
16    Q      I understand your when you answer this
17  question it may be limit the to the time you started
18  at Medicaid which is February of '03, but -- so since
19  you have been an at Medicaid, what steps has the
20  Division taken to ensure that -- the preservation of
21  electronic documents that might pertain to the
22  litigation?
23    A      What steps have been taken to preserve
24  electronic documents?
25    Q      Correct.

                                                          24
          SUNSHINE REPORTING SERVICES    (775) 323-3411
```
t
```
1     A      I'm not aware of any specific steps to take
2   care of electronic documents.
3     Q      And by electronic documents, I'm also
4   including e-mails.  Does your answer remain the same?
5     A      I would include electronic -- e-mail as an
6   electronic document.
7     Q      Since you've been at Nevada Medicaid, has a
8   disposition hold ever been entered in any -- at any
9   time since you've been here?
10    A      I'm not aware of one.
11    Q      For example, did the IT department -- and
12  forgive me if I use the word department instead of
13  unit, but I mean it interchangeably.
14           Did the IT unit every take any actions during
                            Page 23
```

```
                                              MR 11-16-05.txt
15   the time you've been here for example to prevent
16   e-mails from being deleted, you know, that might
17   pertain to the litigation?
18        A    No.
19        Q    Why any attempts made to isolate hard drivers
20   or network drives or archives or users that might
21   contain responsive -- strike that.  Was any attempt
22   made to isolate throws drives, archives or users where
23   relevant documents might exist?
24        A    No, not to my knowledge.
25        Q    Was any attempt made to restore potentially
```

                                                         25
               SUNSHINE REPORTING SERVICES   (775) 323-3411
t

```
 1   responsive deleted data from individual hard drives or
 2   network drives?
 3        A    This gets a little hard to answer since we
 4   are not -- I mean, the policy isn't to maintain
 5   electronic stuff and to isolate it.
 6        Q    I understand that.  I was just meaning --
 7        A    It's a paper document protection policy.  Now
 8   at a deep -- at a more specific level, could my
 9   support unit have received calls to restore data and
10   we would have done that to the best of our ability,
11   yes.
12             Do I know what that data was, no.  Do I know
13   if any of those requests actually were fielded during
14   whatever time frame I know that we have from time to
15   time dealt with disk corruption and file recovery,
16   that's an ongoing activity of an IT department.  But I
                                   Page 24
```

MR 11-16-05.txt

17   have no knowledge what the files were and whether or
18   not they at all pertained to this in any way.
19       Q    What operating system does the Medicaid
20   division use?  Is it Windows-based?
21       A    If you're asking are we using Windows versus
22   a Unix-based, it is Windows-based.
23       Q    And has it always been Windows-based to your
24   knowledge?
25       A    During my tenure, it has always been

26
SUNSHINE REPORTING SERVICES    (775) 323-3411

t

1    windows-based.  I don't know how far back in time that
2    goes.
3        Q    I'm going to focus now on electronic
4    documents other than e-mail.  This would include
5    documents -- word processing documents, spread sheets,
6    power points, data bases, presentation, PD F files,
7    scan documents, things of that nature.
8             Can you tell me generally what applications
9    employees at Medicaid would have on their computer to
10   create these types of documents?
11       A    The vast majority of all these documents
12   would be the mike soft office suite:  Word, Excel,
13   Power Point, Access.
14       Q    Adobe acrobat as well?
15       A    We have a limited number of licenses to
16   create Adobe Acrobat files, and we do have some older
17   applications.  We have one that I know of that is
18   based on Paradox and Word Perfect.

Page 25

MR 11-16-05.txt

16   for documents relating to this litigation?
17       A       I have no knowledge.
18       Q       What -- is it possible to restore and access
19   electronic documents that have been deleted from an
20   individual hard drive or from a network hard drive?
21       A       I'm -- let's try and clarify that.
22       Q       It's kind of a broad question, so let me see
23   if I can clarify it for you.  If documents are put on
24   the server, then if an individual user, you know, with
25   access to it just, you know, deletes the document for

                                                          41
              SUNSHINE REPORTING SERVICES    (775) 323-3411
t

1    whatever reason, is it possible to access that
2    document again or is it gone?
3        A       Depends on the timing of the backup of when
4    the document was saved with respect to the backup and
5    the deletion.
6        Q       So when they delete it, they're deleting it
7    from the network, but it remains on the backup
8    assuming it had been backed up?
9        A       Assuming it had been backed up and assuming
10   they discovered the deletion before the backups
11   recycle and purge themselves of the backup.
12       Q       Okay, so let's talk about that for a minute.
13   How often do the backups recycle?
14       A       We do daily, weekly, and monthly backups.
15   The daily's recycle every four days, the weekly's,
16   every two months, and as of two months ago, we started
17   monthly backups with a planned recycle of a year.
                         Page 39

MR 11-16-05.txt

18  Q     So when you do a recycle, does that mean old
19  documents are -- you know, are removed from the backup
20  and new ones are put on it or how is --
21  A     The -- by recycle, I mean, we reuse a tape
22  and store the brand new image on it which overwrites
23  the prior image.
24  Q     How do you determine which tape to over
25  write?  Do you start with the older ones?

                                                        42
            SUNSHINE REPORTING SERVICES    (775) 323-3411
t

1   A     The generic approach is you take the oldest
2   one and reuse it.
3   Q     Okay.
4   A     In some cases where it's an automatic tape
5   writer, then it -- they're loaded in and they recycle.
6   Now a -- and then on some of them where it's an
7   individual tape, a where a human has to go to a vault
8   and bring back the tapes, they're going to look and
9   try to take the oldest one, but whether or not they do
10  is subject to human encounters.
11        This is also subject to tape degradation and
12  discovery that a tape has gone bad on us, in which
13  case we remove it and destroy it and put in a brand
14  new tape.
15  Q     And generally when you're doing a recycle,
16  how old is the data that's going to be on the tape
17  that you're taping over?
18  A     Well, like I said, on the daily's, four days,
19  the weekly's, two months.

MR 11-16-05.txt

20  Q    How do you decide which documents go on a
21  daily or a weekly; what's the distinction there?
22  A    In the IT terminology, these are all full
23  backups; meaning all data is put on the tape.
24  Q    Okay. Were any efforts made to preserve
25  documents that pertain to it litigation that were on

43
SUNSHINE REPORTING SERVICES    (775) 323-3411

t

1  backup tapes so that they -- before they were recycled
2  and therefore, you know, deleted?
3  A    I am not aware of any searches that were done
4  or any attempts to restore data pertaining to this
5  legal action.  Could someone have asked to pull out
6  data and the IT team would have helped them to the
7  best of their ability, that is possible.
8  Q    Trying to understand how it works, it's
9  possible for documents to be on the actual server but
10 not on the backup tapes because for whatever reason,
11 the backup tapes have been, you know, recycled, but
12 they're still on the server because they haven't been
13 deleted; does that make sense?  Is that correct?
14 A    Not the way you said it.
15 Q    Is there a way I could have said it that
16 would have made sense?  Did you understand what I'm
17 trying --
18 A    If the data is on the disk, then when the
19 backup is run, it will be put on the backup tape.  If
20 the data has been deleted, then the next time the
21 backup tape runs, that file, which may be on the prior

Page 41

MR 11-16-05.txt

22  backup, is no longer on the new backup.
23     Q    But when it's put on the backup, it remains
24  on the main server, correct?  It's -- it's backed up,
25  but it's still on the main server; is that right?

t

1     A    The backup is conceptually a Xerox of the
2   main server.
3          MS. BRECKENRIDGE:  I understood your
4   question, your original question.  That might not be a
5   good thing.
6   BY MR. LITOW:
7     Q    There's no recycling of documents that are on
8   the main server; is that correct?
9     A    From a technical point of view, the term
10  recycle on the main disk doesn't -- that's not
11  terminology I recognize.
12    Q    So we kind of covered this.  So documents
13  that are put on there will stay on there unless, you
14  know, one of several things happens:  Someone deletes
15  it, there's a virus issue, there's a hardware failure,
16  something like that?  It won't be removed as a matter
17  of just, you know, routine procedure?
18    A    That is correct.
19    Q    Okay.
20         MR. LITOW:  Let's take a five-minute break.
21              (Recess taken.)
22  BY MR. LITOW:
23    Q    Mr. Rosenberg, I asked you before the break