# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: **PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Judge Patti B. Saris |
| **THIS DOCUMENT RELATES TO** | |
| *State of Nevada v. Abbott Labs., Inc. et al.*,<br>     Case No. CV02-00260 (Nevada I), | Chief Magistrate Judge Marianne B. Bowler |
| *State of Nevada v. American Home Products, et al.*,<br>     CA No. 02-CV-12086-PBS (Nevada II), and | |
| *State of Montana v. Abbott Labs., Inc., et al.*<br>     CA No. 02-CV-12084-PBS | |

**DEFENDANTS' MOTION FOR EXPEDITED BRIEFING SCHEDULE AND ORAL ARGUMENT ON DEFENDANTS' MOTION FOR AN ORDER HOLDING PLAINTIFFS IN CONTEMPT, FOR PRESERVATION OF POTENTIALLY RELEVANT DOCUMENTS, AND FOR AN ACCOUNTING OF SPOLIATED DOCUMENTS**

Defendants have recently discovered that Plaintiffs have taken no steps to insure the preservation of relevant documents and have moved herewith for a Court order to rectify this situation.  Given the urgent nature of the issues involved in the underlying Motion, and the fact that Plaintiffs are not currently preserving potentially relevant documents, Defendants respectfully request the Court to: (i) order Plaintiffs, pursuant to Local Rule 7.1(b)(2), to submit any opposition to Defendants' Emergency Motion For An Order Holding Plaintiffs In Contempt, For Preservation Of Potentially Relevant Documents, And For An Accounting of Spoliated Documents within forty-eight (48) hours after service of the Motion; and (ii) set an expedited hearing on the Motion.

Respectfully submitted on behalf of all

DC: 1981667-1

       Defendants in the Nevada and Montana actions,

       __/s/ Geoffrey E. Hobart_____
       Geoffrey E. Hobart (BBO # 547499)
       Mark H. Lynch
       Ronald G. Dove, Jr.
       COVINGTON & BURLING
       1201 Pennsylvania Avenue NW
       Washington, D.C.  20004
       Telephone: (202) 662-6000
       Facsimile: (202) 662-6291

       Mark D. Seltzer (BBO #556341)
       HOLLAND & KNIGHT LLP
       10 St. James Avenue
       Boston, MA 02116
       Telephone: (617) 523-2700
       Facsimile: (617) 523-6850

       Frederick G. Herold
       DECHERT LLP
       1117 California Avenue
       Palo Alto, CA 94304
       Telephone: (650) 813-4930
       Facsimile: (650) 813-4848

       Thomas H. Lee II
       DECHERT LLP
       4000 Bell Atlantic Tower
       1717 Arch Street
       Philadelphia, PA 19103-2793
       Telephone: (215) 994-2994
       Facsimile: (215) 994-2222

       *Attorneys for Defendant SmithKline Beecham*
         *Corporation d/b/a GlaxoSmithKline*

       December 7, 2005

### Certificate of Service

       I hereby certify that on December 7, 2005, I caused a true and correct copy of Defendants' Motion for Expedited Briefing Schedule And Oral Argument to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 in MDL No.

1456.

                                                                         /s/ Jason R. Litow