# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL No. 1456<br>Master File No. 01-12257-PBS<br><br>(Original Central District of California No. 03-CV-2238) |
| THIS DOCUMENT RELATES TO:<br>State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories, Inc., *et al.*<br>CASE #: 1:03-cv-11226-PBS | ) ) ) ) ) ) | Judge Patti B. Saris |

## MOTION FOR ENTRY OF CASE MANAGEMENT ORDER NO. 18

Defendants in the above-captioned action that have been served with process as of the date of the submission of this motion to the court (the "Served Defendants") respectfully move this Court for the entry of proposed Case Management Order No. 18, attached hereto as Exhibit A. Pursuant to Local Rule 7.1, the undersigned counsel certifies that counsel for the Served Defendants conferred with counsel for Plaintiffs, and that Plaintiffs assented to this motion.

Dated: December 7, 2005

Respectfully Submitted,

ON BEHALF OF THE SERVED DEFENDANTS

/s/ Toni-Ann Citera
James R. Daly
Tara A. Fumerton
JONES DAY
77 West Wacker Drive
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

Toni-Ann Citera
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

*Counsel for Defendant Abbott Laboratories*

## CERTIFICATE OF SERVICE

I, Toni-Ann Citera, hereby certify that I am one of Abbott Laboratories' attorneys, and that on December 7, 2005, I caused a true and correct copy of the foregoing Motion for Entry of Case Management Order No. 18 to be served on all counsel of record electronically by causing same to be posted via LexisNexis.

Dated: December 7, 2005

/s/ Toni-Ann Citera
Toni-Ann Citera