UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>CIVIL ACTION: 01-CV-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | |

**[Proposed] Case Management Order No. 19**

December __, 2005

Saris, U.S.D.J.

Paragraph 4 of Case Management Order No. 14 is amended as follows:

**Discovery Relating to Physician-Administered Drugs**

| | |
|---|---|
| March 3, 2006 | Parties complete their responses to discovery requests and deposition notices served on or before the initial December 3, 2005 discovery cutoff. |
| June 2, 2006 | Plaintiffs file expert reports on liability. |
| July 17, 2006 | Defendants file expert reports on liability. |
| August 25, 2006 | Completion of expert depositions. |

**Discovery Relating to Self-Administered Drugs**

In the event that one or more classes including self-administered drugs are certified, the parties may commence discovery relating to those drugs that are part of any class so certified thirty days after an order issues certifying any such classes unless interlocutory review is timely pursued.

- 2 -

Discovery will close 150 days following the date of any such order. Following the close of this discovery period, the parties shall confer on a schedule that makes sense for the remainder of the case relating to self-administered drugs and shall submit a joint and/or alternative schedule within 14 days of the close of self-administered drug discovery.

_____

Patti B. Saris

United States District Judge