UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Civil Action No.<br>03-CV-12347-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*County of Rockland v. Abbott Laboratories, Inc., et al.*<br>S.D.N.Y. Case NO. 03-CV-07055 | Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Andrew R. McConville, Esquire as counsel for Defendant Par Pharmaceutical, Inc. in the above-captioned matter. Attorneys Erik J. Frick, Stephen R. Delinsky, and Anthony M. Moccia of this firm continue to represent Defendant.

Respectfully submitted,

*/s/ Andrew R. McConville*
Andrew R. McConville (BBO #632804)
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, Massachusetts 02110-2600
Telephone: 617.342.6800
Facsimile:  617.342.6899

DATED:  December 12, 2005

{K0315470.1}

**CERTIFICATE OF SERVICE**

I, Anthony M. Moccia, on behalf of the Defendant, Par Pharmaceutical, Inc., hereby certify that on this 12th day of December, 2005, I have caused a copy of Defendant's Notice of Withdrawal of Appearance to be served upon all Counsel of Record by electronic mail and to those not receiving electronic mail by first class mail postage prepaid.

_____
Anthony M. Moccia

{K0315470.1}