IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO<br>*State of Nevada v. Abbott Labs., Inc. et al.*,<br>    Case No. CV02-00260 (Nevada I),<br><br>*State of Nevada v. American Home Products, et al.*,<br>    CA No. 02-CV-12086-PBS (Nevada II), and<br><br>*State of Montana v. Abbott Labs., Inc., et al.*<br>    CA No. 02-CV-12084-PBS | Chief Magistrate Judge Marianne B. Bowler |

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED BRIEFING SCHEDULE AND ORAL ARGUMENT ON DEFENDANTS' MOTION FOR AN ORDER HOLDING PLAINTIFFS IN CONTEMPT, FOR PRESERVATION OF POTENTIALLY RELEVANT DOCUMENTS, AND FOR AN ACCOUNTING OF SPOLIATED DOCUMENTS**

Defendants hereby move the Court for leave file the attached Reply Memorandum In Support Of Motion For Expedited Briefing Schedule And Oral Argument On Defendants' Motion For An Order Holding Plaintiffs In Contempt, For Preservation Of Potentially Relevant Documents, And For An Accounting Of Spoliated Documents.  Defendants respectfully submit that a short brief is necessary to correct several misstatements made in Plaintiffs' Opposition.

**Certification Pursuant to Local Rules 7.1 and 37.1**

Pursuant to Local Rules 7.1(a)(2) and 37.1 of this Court, the undersigned counsel certifies that counsel for Defendants conferred unsuccessfully with Plaintiffs' counsel in an effort to narrow or resolve the issues presented by this motion.

Respectfully submitted on behalf of all
Defendants in the Nevada and Montana actions,


__/s/ Geoffrey E. Hobart_____
Geoffrey E. Hobart (BBO # 547499)
Mark H. Lynch
Ronald G. Dove, Jr.
COVINGTON & BURLING
1201 Pennsylvania Avenue NW
Washington, D.C.  20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Mark D. Seltzer (BBO #556341)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850

Frederick G. Herold
DECHERT LLP
1117 California Avenue
Palo Alto, CA 94304
Telephone: (650) 813-4930
Facsimile: (650) 813-4848

Thomas H. Lee II
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
Telephone: (215) 994-2994
Facsimile: (215) 994-2222

*Attorneys for Defendant SmithKline Beecham
Corporation d/b/a GlaxoSmithKline*

December 12, 2005


**Certificate of Service**

I hereby certify that on December 12, 2005, I caused a true and correct copy of Defendants' Motion for Leave to File Reply Memorandum in Support of Motion for Expedited

2

Briefing Schedule And Oral Argument to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 in MDL No. 1456.

                                                        ___/s/ Jason R. Litow_____