# Exhibit D



From: ECFnotice@mad.uscourts.gov
Sent: 11/2/2004 3:52:31 PM
To: CourtCopy@mad.uscourts.gov
CC:
BCC:
Subject: Activity in Case 1:01-cv-12257-PBS Citizens for Consume, et al v. Abbott Laboratories,, et al "Order on Motion to Compel"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was received from Bowler, Marianne entered on 11/2/2004 at 3:52 PM EST and filed on 11/2/2004

Case Name: Citizens for Consume, et al v. Abbott Laboratories,, et al
Case Number: 1:01-cv-12257 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?7895

Document Number:
Copy the URL address on the line below into the location bar of your Web browser to view the document:

Docket Text:
Judge Marianne B. Bowler: Electronic ORDER entered granting in part and denying in part [996] Motion to Compel to the extent set forth in the ruling on Docket Entry # 1068. Electronic Order denying [1058] nonparties' Motion to Quash, consistent with the reasoning employed by the court at the March 8, 2004 status conference. The nonparties are ordered to appear at the noticed depositions which, absent an agreement among all participating entities, shall be taken within the next 30 days. The subject matter shall be item numbers 1-3, 5-7, 11-13, 16-17 and 20-21 as set forth in the list attached to the August 23, 2004 letter (Docket Entry # 170, Ex. F) which reiterates topics encompassed in the list of documents to be produced attached to the re-noticed deposition subpoenas (Docket Entry # 1018, Ex. E-G). As agreed to in open court by defendants, they shall pay the reasonable costs of transportation and related expenses, reasonable attorney's fees and lost income incurred by I
witnesses. Electronic Order denying Motion to Compel [1090], in accordance with the prior ruling of Judge Saris on April 26, 2004 (Docket Entry # 816), inasmuch as the prior motion (Docket Entry # 832) requested an accounting of all communications between defendants and putative class members and that motion was denied. (Bowler, Marianne)

The following document(s) are associated with this transaction:

1:01-cv-12257 Notice will be electronically mailed to:
Daniel F. Attridge                    dattridge@kirkland.com

Anita B. Bapooji                      bapooji@tht.com

Jessica Vincent Barnett               jbarnett@foleyhoag.com

Steve W. Berman                       steve@hagens-berman.com



| | |
|---|---|
| Aimee E. Bierman | abierman@kl.com |
| Jill Lori Brenner | jlb@dcglaw.com |
| Douglas S. Brooks | dbrooks@kihboston.com |
| James C. Burling | james.burling@wilmerhale.com |
| Eric P. Christofferson SamplePlead@ropesgray.com | echristofferson@ropesgray.com, |
| Joanne M. Cicala | jcicala@kmslaw.com, |
| Toni-Ann Citera | tcitera@jonesday.com |
| Daniel J. Cloherty sphillips@dwyercollora.com | dcloherty@dwyercollora.com, |
| Jonathan D Cohen | cohenjo@gtlaw.com, champagnew@gtlaw.com |
| Jeremy P. Cole | jpcole@jonesday.com |
| Robert C. Cook tcitera@jonesday.com;jmhelm@jonesday.com | christophercook@jonesday.com, |
| Michael R. Costa | costam@gtlaw.com |
| Paul J. Coval | pjcoval@vssp.com |
| William A. Davis | wadavis@mintz.com |
| Michael DeMarco | mdemarco@kl.com |
| Merle M. Delancey | DelanceyM@dsmo.com |
| Thomas E. Dwyer | tdwyer@dwyercollora.com |
| Steven M. Edwards | SMEdwards@HHlaw.com |
| Douglas Farquhar | dbf@hpm.com |
| Lucy Fowler | lfowler@foleyhoag.com |
| Monica Meier Franceschini franceschini@thf.com | |
| Brian V. Frankel | Brian.Frankel@doj.ca.gov |
| Peter E. Gelhaar | peg@dcglaw.com |
| Evan Georgopoulos | georgopoulose@gtlaw.com, kalkala@gtlaw.com |
| Karen F. Green | karen.green@wilmerhale.com |
| Gary R. Greenberg champagnew@gtlaw.com;cohenjo@gtlaw.com;scerra@gtlaw.com;kalkala@gtlaw.com | greenbergg@gtlaw.com, |



| | |
|---|---|
| Elizabeth I. Hack | ehack@sonnenschein.com |
| Joseph Ernest Haviland | jhaviland@dwyercollora.com |
| Richard C. Heidlage | richard.heidlage@ago.state.ma.us |
| George B. Henderson<br>janice.zanlboni@usdoj.gov | george.henderson2@usdoj.gov, |
| Colleen M. Hennessey | chennessey@peabodyarnold.com |
| Andrew L. Hurst | ahurst@reedsmith.com |
| Marisa L. Jaffe | mjaffe@nixonpeabody.com |
| Colin R. Kass<br>Kewing@kirkland.com;lonarch@kirkland.com;pbryan@kirkland.com | ckass@kirkland.com, |
| John A. Kiernan | jkiernan@bkto.net |
| Terry Klein | tklein@lawtk.com |
| Joseph L. Kociubes | joe.kociubes@bingham.com |
| Seth B. Kosto<br>mlynch@cov.com;matthew.oconnor@hklaw.com;frederick.herold@dechert.com | seth.kosto@hklaw.com, |
| William F. Lee | william.lee@wilmerhale.com |
| Ralph T. Lepore | rlepore@hklaw.com |
| Frank A. Libby | falibby@klhboston.com |
| James W. Matthews | jwmatthews@sherin.com, jrosel@sherin.com |
| Kirsten V. Mayer<br>SamplePlead@ropesgray.com | kmayer@ropesgray.com, |
| S. Elaine McChesney | elaine.mcchesney@bingham.com |
| Darrell A.H. Miller | dahmiller@vssp.com |
| John T. Montgomery<br>SamplePlead@ropesgray.com | jmontgomery@ropesgray.com, |
| Robert J. Muldoon | rjmuldoon@sherin.com |
| Mary B. Murrane | mary.murrane@bingham.com |
| Brien T. O'Connor<br>SamplePlead@ropesgray.com | boconnor@ropesgray.com, |
| A. John Pappalardo | pappalardoj@gtlaw.com |
| Richard D. Raskin | rraskin@sidley.com |



| | |
|---|---|
| Richard J. Riley | RRiley@murphyriley.com |
| Philip D. Robben | probben@kelleydrye.com |
| Douglas L. Rogers | dlrogers@vssp.com |
| Gary M Ronan | gronan@goulstonstorrs.com |
| Daniel E. Rosenfeld | drosenfeld@kl.com |
| Kenneth A. Sansone | ksansone@goulstonstorrs.com |
| Thomas J. Sartory | tsartory@goulstonstorrs.com |
| Joseph R. Saveri | jsaveri@lchb.com |
| Louis J. Scerra | scerral@gtlaw.com |
| Andrew D. Schau | adschau@pbwt.com, cbelanger@pbwt.com |
| William S. Schneider | will.schneider@doj.ca.gov |
| John D. Shakow | jshakow@kslaw.com |
| Jonathan Shapiro | jshapiro@sswg.com |
| Robert P. Sherman | rsherman@nixonpeabody.com |
| Mark D Smith | smith@laredosmith.com |
| Thomas M. Sobol | heatherc@hagens-berman.com |
| Charles L. Solomont | carl.solomont@bingham.com |
| Benjamin M. Stern | benjamin.stern@wilmerhale.com |
| Tina M. Tabacchi | tmtabacchi@jonesday.com |
| Nicholas C. Theodorou | ntheodor@foleyhoag.com |
| John R. Therien SamplePlead@ropesgray.com | jtherien@ropesgray.com, |
| Lyndon M. Tretter | Lmtretter@hhlaw.com |
| Peter J. Venaglia | venaglia@dmmslaw.com |
| Kenneth A. Wexler | kawexler@wexlerfirm.com |
| Pamela A. Zorn | pazorn@sherin.com |

1:01-cv-12257 Notice will not be electronically mailed to:
Jeffrey B. Aaronson
Bell, Boyd & Lloyd



3 First National Plaza
70 West Madison Street, Suite 3200
Chicago, IL 60602-4207

Gary L. Azoraky
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Steven F. Barley
Hogan & Hartson, LLP
111 South Calvert Street
Baltimore, MD 21202

Rebecca Bedwell-Coll
Mascone, Embidge & Quadra
180 Montgomery Street
1240
San Francisco, CA 94104

Mark A. Berman
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.
One Riverfront Plaza
Newark, NJ 01702-5497

David J. Barshad
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119

Jack B. Blumenfeld
Morris, Nichols, Arsht, & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

Thomas L. Boeder
Perkins Cole
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099

Anthony Bolognese
Bolognese & Associates
Suite 650
One Penn Center
1617 JFK Blvd.
Philadelphia, PA 19103

James J. Breen
Breen Law firm
3562 Old Milton Parkway
Alpharetta, GA 30005

Nicole Y. Brumsted
Lieff Cabraser Heimann & Bernstein, LLP
175 Federal Street, 7th Floor



Boston, MA 02110

Michael M. Buchman
Milberg, Weiss, Bershad, Hynes & Lerach, LLP
One Pennsylvania Plaza
New York, NY 10119-0165

David J. Burman
Perkins Coie
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099

James P. Carroll
Kirby McInerney & Squire
830 3rd Avenue
10th Floor
New York, NY 10022

Tod S. Cashin
Buchanan Ingersoll, PC
700 Alexander Road
Suite 300
Princeton, NJ 08540

Ronald L. Castle
Arent,Fox, Kintner,Plotkin,Plotkin & Kahn, LLC
1050 Connecticut Ave., N.W,
Washington, DC 20036-6188

William F. Cavanaugh
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Christopher R. Cook
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

Florence A Crisp
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Jonathan W. Cuneo
Cuneo Law Group
317 Massachusetts Avenue, N.E.
Washington, DC 20002

Joseph Danis
The David Danis Law Firm, P.C.
8235 Forsyth Blvd.
Suite 1100
St. Loius, MO 63105

John C. Dodds



Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103-2921

Lloyd Donders
Kirby McInerney & Squire
830 3rd Avenue
10th Floor
New York, NY 10022

Alan J. Droste
Pillsbury Winthrop
650 Town Center Dr
7th Floor
Costa Mesa, CA 92626-7122

James J Duffy
Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017

Kimberly A. Dunne
Sidley Austin Brown & Wood
555 West 5th Street
Suite 4000
Los Angeles, CA 90013-1010

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901

Elizabeth S. Finberg
Sonnenschein, Nath & Rosenthal, LLP
1301 K Street, NW
East Tower
Suite 600
Washington, DC 20005

Kathryn C. Finnerty
58th Floor, US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Matthew A. Fischer
Sedgwick, Detert, Moran & Arnold
One Embarcadero Center
16th Floor
San Francisco, CA 94111

Todd G. Friedland
Pillsbury Winthrop
650 Town Center Dr
7th Floor
Costa Mesa, CA 92626-7122



Jeffrey S. Friedman
Silverman & McDonald
1010 North Bancroft Parkway
Suite 22
Wilmington, DE 19805

Todd S. Garber
Lowey Dannenberg Bemporad & Selinger, P.C.
The Gateway
One North Lexington Ave
White Plains, NY 10601

David C. Giardina
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Alison C. Gilbert
Hogan & Hartson, LLP
875 Third Avenue
Suite 2600
New York, NY 10012

Arthur F. Golden
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

David F. Graham
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Daniel E. Gustafson
Heins Mills & Olson, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Erik Haas
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Blake M. Harper
Hulett Harper
550 West C Street
Suite 1770
San Diego, CA 92101

Kimberley D. Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017



Elizabeth Fegan Hartweg
Kenneth A. Wexler & Associates
1 North La Salle
Suite 2000
Chicago, IL 60602

James Vincent Hayes
Williams & Connolly, LLP
725 Twelfth Street N.W.
Washington, DC 20005

Mary Ellen Hennessy
Katten Muchin & Zavis
525 W. Monroe, Suite 1600
Chicago, IL 60661-3693

Frederick G. Herold
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Nicola R. Heskett
Shook, Hardy & Bacon LLP
2555 Grand Blvd
Kansas City, MO 64108

Robert J. Higgins
Dickstein, Shapiro & Morin
2101 L Street, N.W.
Washington, DC 20037

Aaron D. Hovan
Kirby McInerney & Squire LLP
830 3rd Avenue
10th Floor
New York, NY 10022

Robert B. Hubbell
Heller Ehrman White & McAuliffe
601 South Figueroa Street
40th Floor
Los Angeles, CA 90017-5758

Stephen M. Hudspeth
Coudert Brothers
1114 Avenue of the Americas
New York, NY 10036

Kirk B. Hulett
Hulett Harper
550 West C Street
Suite 1770
San Diego, CA 92101



Andrew J. Jackson
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street N.W.
Washington, DC 20037-1526

J. Andrew Jackson
Dickstein, Shapiro & Morin
2101 L Street, N.W.
Washington, DC 20037

Ryan James
U.S. Steel Tower
600 Grant Street
58th Floor
Pittsburg, PA 15219

James E. Johnson
Morrison and Foerster LLP
1290 Avenues of the Americas
New York, NY 10104

Jonathan D. Karmel
Karmel & Gilden
221 North La Salle Street
Suite 1414
Chicago, IL 60601

Roger W. Kirby
Kirby, McInerney & Squire
830 Third Avenue
10th Floor
New York, NY 10022

Kenneth D. Klein
Hogan & Hartson
Biltmore Tower
500 S Grand Ave.
Suite 1900
Los Angeles, CA 90071-2611

Jeffrey L. Kodroff
Spector & Roseman
1818 Market Street
Suite 2500
Philadelphia, PA 19103

Michael L. Koon
Shook, Hardy, & Bacon
2555 Grand Blvd
Kansas City, MO 64108

Daniel Kovel
Kirby McInerney & Squire
830 3rd Avenue
10th Floor
New York, NY 10022



Walter J. Lack
Engstrom, Lipscomb & Lack
10100 Santa Monica Boulevard
16th Floor
Los Angeles, CA 90067-4107

Matthew Lloyd Larrabee
Heller Ehrman White & McAuliffe
333 Bush Street
San Francisco, CA 94104-2878

Bruce A. Levy
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C
One Riverfront Plaza
Newark, NJ 07102-5496

Stephen David Libowsky
Katten Muchin & Zavis
525 W. Monroe, Suite 1600
Chicago, IL 60661-3693

Albert G. Lin
Pillsbury Winthrop LLP
50 Freemont Street
P.O. Box 7880
San Francisco, CA 94120

Susan E. MacMenamin
Heins Mills & Olson, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55403

Ann H. Malekzadeh
King & Spalding LLP
1730 Pennsylvania Avenue NW
Washington, DC 20006

Jay D. Marinstein
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

Robert J. McCully
Shook, Hardy & Bacon LLP
2555 Grand Blvd
Kansas City, MO 64108

Jennifer McGee
Shook, Hardy & Bacon LLP
Hamilton Square
600 14th St NW
Suite 800
Washington, DC 20005-2004



Neil Merkl
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Oliver Metzger
Morrison and Foerster LLP
1290 Avenues of the Americas
New York, NY 10104

Adam D. Miller
Engstrom, Lipscomb & Lack
10100 Santa Monica Boulevard
16th Floor
Los Angeles, CA 90067-4107

Robert Miller
599 Lexington Avenue
29th Floor
New York, NY 10022

Cheryl A. Mitchell
599 Lexington Avenue
29th Floor
New York, NY 10022

Saul P. Morgenstern
Kaye, Scholer, Fierman, Hays & Handler
425 Park Avenue
New York, NY 10022

James P. Muehlberger
Shook, Hardy & Bacon LLP
2555 Grand Blvd
Kansas City, MO 64108

Dianne M. Nast
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Edward Notargiacomo
Hagens Berman LLP
225 Franklin St.
Boston, MA 02110

Kathleen O'Sullivan
Perkins Coie LLP
1201 Third Ave
40th Floor
Seattle, WA 98101-6575

Jane Parver



Nicholas H. Patton
Patton Tidwell Sandefur
4605 Texas Blvd.
PO Box 5398
Texarkana, TX 75505-5398

Zoe Philippides
Perkins Coie LLP
1201 Third Avenue
Suite 4800
Seattle, WA 98101

Michael R. Plummer
58th Floor
US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Kristi T Prinzo
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

James A. Quadra
Mascone, Embildge & Quadra
180 Montgomery Street
1240
San Francisco, CA 94104

Brian T. Rafferty
Dornbush Mensch Mandelstam & Schaeffer, LLP
747 Third Avenue
New York, NY 10017

Jonathan T. Rees
Hogan & Hartson, LLP
555 13th Street N.W.
Washington, DC 20004

Daniel E. Reidy
Jones Day
77 West Wacker Drive
Chicago, IL 60601-1692

Paula W. Render
Bell, Boyd & Lloyd
3 First National Plaza
70 West Madison Street, Suite 3200
Chicago, IL 60602-4207

Ira N. Richards
Rodriguez & Richards
226 W. Rittenhouse Square
Philadelphia, PA 19103

J. Douglas Richards



Milberg Weiss Bershad Hynes & Lerach, LLP
One Pennsylvania Plaza
New York, NY 10119-0165

Paul J. Riehle
Sedgwick, Detert, Moran & Arnold
One Embarcadero Center
16th Floor
San Francisco, CA 94111

Kevin P. Roddy
Hagens Berman
700 S. Flower Street
Suite 2940
Los Angeles, CA 90017-4101

Grace Rodriguez
King & Spalding LLP
1730 Pennsylvania Avenue NW
Washington, DC 20006

Henry H. Rossbacher
Rossbacher & Associates
811 Wilshire Blvd.
Suite 1650
Los Angeles, CA 90017-2666

Robert S. Ryland
Kirkland & Ellis
655 Fifthteenth Street, N.W.
Suite 1200
Washington, DC 20005

Robert D. Sanford
Moscone, Emblidge & Quadra
180 Montgomery Street
1240
San Francisco, CA 94104

Sherrie R. Savett
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Lori A. Schechter
Morrison & Foerster
425 Market Street
San Francisco, CA 94105-2482

Paul S. Schleifman
Shook, Hardy & Bacon LLP
Hamilton Square
600 14th St NW
Suite 800
Washington, DC 20005-2004



Susan Schneider Thomas
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Michael Sennett
Bell, Boyd & Lloyd
3 First National Plaza
70 West Madison Street, Suite 3200
Chicago, IL 60602-4207

Jonathan Shub
Sheller, Ludwig & Badey
1528 Walnut St.
Philadelphia, PA 19102

Charles C. Sipos
Perkins Cole LLP
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099

Peter D. St. Phillip
Lowey Dannenberg Bemporad & Selinger, P.C.
The Gateway
One North Lexington Ave
White Plains, NY 10601

Scott A. Stempel
Morgan Lewis & Bockius, LLP
1111 Pennsylvania Ave, NW
Washington, DC 20004

Kevin R. Sullivan
King & Spalding LLP
1730 Pennsylvania Avenue NW
Washington, DC 20006

Thomas J. Sweeney
Hogan and Hartson, LLP
875 Third Avenue
Suite 2600
New York, NY 10012

Randal O Teague
Vorys, Sater, Seymour and Pease LLP
1828 L Street N.W.
11th Floor
Washington, DC 20036-5109

Thomas A. Temmerman
California Bureau of Medi-Cal Fraud and Elder Abuse
1425 River Park Drive
Suite 300
Sacramento, CA 95815



Sandra G. Tillotson
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Mitchell A. Toups
Weller Green Toups & Terrell
2615 Calder
Suite 400
Beaumont, TX 77704

John M. Townsend
Hughes, Hubbard & Reed
1775 I Street, N.W.
Washington, DC 20006-2401

Stephen A. Tuggy
Heller Ehrman White & McAuliffe
601 South Figueroa Street
40th Floor
Los Angeles, CA 90017-5758

Michael J. Vanselow
Minnesota Attorney Generals Office
102 State Capitol
75 Constitution Ave
St. Paul, 55155

Edward A. Wallace
Kenneth A. Wexler & Associates
1 North La Salle
Suite 2000
Chicago, IL 60602

Liza M. Walsh
Connell, Foley & Geiser
85 Livingston Ave.
Roseland, NJ 07068

Nina I. Webb-Lawton
Vorys, Sater, Seymour and Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Jeffrey I. Weinberger
Munger Tolles & Olson
355 S. Grand Avenue
Suite 3500
Los Angeles, CA 90071-1560

Robert Alan White
Morgan, Lewis & Bockius, LLP
502 Carnegie Center
Princeton, NH 08540

