UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION, | MDL No. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*State of Nevada v. Abbott Labs., Inc. et al.,* Case No. CV02-00260<br><br>*State of Nevada v. American Home Products, et al.,* CA No. 02-CV-12086-PBS<br><br>*State of Montana v. Abbott Labs., Inc., et al.* D. Mont. Cause No. CV-02-09-H-DWM | |

**OPPOSITION OF THE STATES OF NEVADA AND MONTANA TO DEFENDANTS'
MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION
FOR EXPEDITED BRIEFING SCHEDULE AND ORAL ARGUMENT ON
DEFENDANTS' MOTION FOR AN ORDER HOLDING PLAINTIFFS IN CONTEMPT,
FOR PRESERVATION OF POTENTIALLY RELEVANT DOCUMENTS, AND FOR AN
ACCOUNTING OF SPOILATED DOCUMENTS**

The States of Nevada and Montana oppose defendants' motion for leave to file a reply memorandum in support of the pending motion because the circumstances the defendants have prematurely raised before the Court do not warrant an exception to the Local Rules which provide for a motion and opposition *only*.  Defendants briefed the issues fully in their opening papers.  Defendants' putative reply presents no material that could not have been raised at that time.  In fact, the reply primarily repeats defendants' earlier arguments.  Since that time, defendants' unsworn facts have been contradicted by the States' signed declaration in opposition to the motion.

Defendants have been unable to substantiate their claim that documents are currently being destroyed or that documents will be destroyed.  For this reason alone, defendants' efforts to manufacture a litigation emergency should be rejected:  no reply should be allowed and no emergency track should be imposed.  The States should be allowed to complete a thorough investigation and present the outcome to the Court and the parties.

Defendants' attempt to slip a reply brief into the Court is a continuation of their intent to use an unnecessarily aggressive pleadings practice as a surrogate for the meet and confer process they shunned before filing the motion.  The duty to confer is in place to avoid this tactic.  If defendants had conferred in good faith – or at all – this exercise could have been avoided.

By    /s/ Steve W. Berman                                    DATED:  December 15, 2005.

Steve W. Berman
Sean R. Matt
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Thomas M. Sobol
Edward Notargiacomo
HAGENS BERMAN SOBOL SHAPIRO LLP
225 Franklin Street, 26th Floor
Boston, MA  02110
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

COUNSEL FOR PLAINTIFFS
STATE OF MONTANA AND
STATE OF NEVADA

Brian Sandoval
Attorney General of the State of Nevada
L. Timothy Terry
Assistant Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4714

- 3 -

Mike McGrath
Attorney General of Montana
Jon Ellingson
Assistant Attorney General
Justice Building
215 North Sanders
P.O. Box 201401
Helena, MT  56920-1402
(406) 444-2026

Joseph P. Mazurek
CROWLEY, HAUGHEY, HANSON,
 TOOLE & DIETRICH PLLP
100 North Park Avenue, Suite 300
P.O. Box 797
Helena, MT  59601-6263
(406) 449-4165

COUNSEL FOR PLAINTIFF
STATE OF MONTANA


Brian Sandoval
Attorney General of the State of Nevada
L. Timothy Terry
Assistant Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4714

COUNSEL FOR PLAINTIFF
STATE OF NEVADA

## CERTIFICATE OF SERVICE

  I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **OPPOSITION OF THE STATES OF NEVADA AND MONTANA TO DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED BRIEFING SCHEDULE AND ORAL ARGUMENT ON DEFENDANTS' MOTION FOR AN ORDER HOLDING PLAINTIFFS IN CONTEMPT, FOR PRESERVATION OF POTENTIALLY RELEVANT DOCUMENTS, AND FOR AN ACCOUNTING OF SPOILATED DOCUMENTS** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on December 15, 2005, a copy to LexisNexis File & Serve for Posting and notification to all parties.

            By   **/s/ Steve W. Berman**
              Steve W. Berman
              **HAGENS BERMAN SOBOL SHAPIRO LLP**
              1301 Fifth Avenue, Suite 2900
              Seattle, WA  98101
              (206) 623-7292