# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Judge Patti B. Saris |

## **DECLARATION OF CHARLES HANNAFORD**

I, Charles Hannaford, under the penalty of perjury, hereby declare as follows:

1. I am the Fund Administrator for the Pipefitters Local 537 Trust Funds (the "Fund"). Our office is located at 35 Travis Street, Unit One, Allston, Massachusetts.

2. The Pipefitters uses Blue Cross Blue Shield of Massachusetts ("BCBS of MA") as its third-party administrator to process medical benefit claims for our plan members. BCBS of MA has performed this function for us for many years.

3. My understanding is that, based on arrangements between BCBS of MA and participating physicians, payments made by the Fund for physician-administered drugs, including those at issue in this lawsuit, are based on Average Wholesale Price ("AWP").

4. BCBS of MA compiled claims data for the Fund for the period 1995 through 2003, showing AWP-based payments for physician-administered drugs manufactured by what I have learned are the "Track One Defendants." This claims data, which has been provided to Defendants in electronic form, is attached in paper form to this Declaration.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of December, 2005.

Charles Hannaford
Fund Administrator

1534.16 0003 MTN.DOC

| SERV PROV | ERV PROV TAX | BILL PROV | BILL PROV TAX | Patient identifier | claim-number | ENT CONTROL | LINE NUMBER | UMBER SERVIC | SERV DATE | PROC CODE | PROC CODE MO | LINE MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0000J07077 | 020422617 | 0000M16946 | 042460945 | Patient 10 | 0 | 4699166267130 | 010 | 001 | 06/03/99 | J9202 | | P016 |
| 0000J10786 | 552639220 | 0000M17627 | 043534253 | Patient 11 | 0 | 4603104009155 | 010 | 001 | 04/07/03 | J9080 | | P016 |
| 0000J10786 | 552639220 | 0000M17627 | 043534253 | Patient 11 | 0 | 4603127022908 | 010 | 001 | 04/28/03 | J9080 | | P016 |
| 0000J07077 | 020422617 | 0000M16946 | 042469045 | Patient 10 | 0 | 4600354429360 | 010 | 001 | 11/27/00 | J9202 | | P016 |
| 0000J07077 | 020422617 | 0000M16946 | 042469045 | Patient 10 | 0 | 4601009256710 | 010 | 001 | 12/27/00 | J9202 | | P016 |
| 0000J07077 | 020422617 | 0000M16946 | 042469045 | Patient 10 | 0 | 4601039631270 | 010 | 001 | 01/24/01 | J9202 | | P016 |
| 0000J07077 | 020422617 | 0000M16946 | 042469045 | Patient 10 | 0 | 4601067155130 | 010 | 001 | 02/22/01 | J9202 | | P016 |
| 0000J07077 | 020422617 | 0000M16946 | 042469045 | Patient 10 | 0 | 4601095317850 | 010 | 001 | 03/23/01 | J9202 | | P016 |
| 0000J07077 | 020422617 | 0000M16946 | 042469045 | Patient 10 | 0 | 4601129206720 | 010 | 001 | 04/23/01 | J9202 | | P016 |
| 0000B01023 | 040386795 | 0000M13462 | 042739648 | Patient 4 | 0 | 4600134010970 | 010 | 001 | 05/05/00 | Q0136 | | B104 |
| 0000B01023 | 040386795 | 0000M13462 | 042739648 | Patient 4 | 0 | 4600134010970 | 011 | 001 | 05/05/00 | Q0136 | | P016 |
| 0000J10786 | 552639220 | 0000M17627 | 043534253 | Patient 11 | 0 | 4603148016013 | 010 | 001 | 05/19/03 | J9080 | | P016 |
| 0000J10786 | 552639220 | 0000M17627 | 043534253 | Patient 11 | 0 | 4603181014275 | 010 | 001 | 06/19/03 | J9080 | | P016 |
| 0000HT0084 | 330057155 | 0000HT0084 | 330057155 | Patient 3 | 0 | 2003205017300 | 010 | 001 | 06/24/03 | Q0136 | | P141 |
| 0000HT0084 | 330057155 | 0000HT0084 | 330057155 | Patient 3 | 0 | 4603209072918 | 010 | 001 | 07/23/03 | Q0136 | | 000 |
| 0000HT0084 | 330057155 | 0000HT0084 | 330057155 | Patient 3 | 0 | 4603216104512 | 010 | 001 | 06/12/03 | Q0136 | | P141 |
| 0000J10786 | 552639220 | 0000M17627 | 043534253 | Patient 11 | 1 | 4603181014275 | 010 | 001 | 06/19/03 | J9080 | | P016 |
| 0000J10786 | 552639220 | 0000M17627 | 043534253 | Patient 11 | 2 | 4603181014275 | 010 | 001 | 06/19/03 | J9080 | | P016 |
| 0000J05964 | 085462123 | 0000M16368 | 043296910 | Patient 9 | 0 | 4601116486750 | 010 | 001 | 04/19/01 | J9045 | | P016 |
| 0000J05964 | 085462123 | 0000M16368 | 043296910 | Patient 9 | 0 | 4601128359240 | 010 | 002 | 04/26/01 | J9045 | | P016 |
| 0000J05964 | 085462123 | 0000M16368 | 043296910 | Patient 9 | 0 | 4601130405940 | 010 | 002 | 05/03/01 | J9045 | | P016 |
| 0000J05964 | 085462123 | 0000M16368 | 043296910 | Patient 9 | 0 | 4601150373940 | 010 | 002 | 05/17/01 | J9045 | | P016 |
| 0000J05964 | 085462123 | 0000M16368 | 043296910 | Patient 9 | 1 | 4601150373940 | 010 | 002 | 05/17/01 | J9045 | | P016 |
| 0000J05964 | 085462123 | 0000M16368 | 043296910 | Patient 9 | 2 | 4601150373940 | 010 | 002 | 05/17/01 | J9045 | | P016 |
| 0000B05015 | 015644530 | 0000B05015 | 015644530 | Patient 10 | 0 | 4698173210050 | 010 | 003 | 06/05/98 | J9202 | | P016 |
| 0000J07077 | 020422617 | 0000M16946 | 042460945 | Patient 10 | 0 | 4698252387240 | 010 | 003 | 08/27/98 | J9202 | | P016 |
| 0000J07077 | 020422617 | 0000M16946 | 042460945 | Patient 10 | 0 | 4698352449420 | 010 | 003 | 12/07/98 | J9202 | | P016 |
| 0000J07077 | 020422617 | 0000M16946 | 042460945 | Patient 10 | 0 | 4699076332730 | 010 | 003 | 03/01/99 | J9202 | | P016 |
| 0000J07077 | 020422617 | 0000M16946 | 042469045 | Patient 10 | 0 | 4601158196090 | 010 | 003 | 05/21/01 | J9202 | | P016 |
| 0000J07077 | 020422617 | 0000M16946 | 042469045 | Patient 10 | 0 | 4601241138990 | 010 | 003 | 08/16/01 | J9202 | | P016 |
| 0000C04369 | 096283998 | 0000M16581 | 042810972 | Patient 2 | 0 | 4601251352570 | 010 | 004 | 08/21/01 | J9265 | | X105 |
| 0000C04369 | 096283998 | 0000M16581 | 042810972 | Patient 2 | 1 | 4601251352570 | 010 | 004 | 08/21/01 | J9265 | | X105 |
| 0000C04369 | 096283998 | 0000M16581 | 042810972 | Patient 2 | 2 | 4601251352570 | 010 | 004 | 08/21/01 | J9265 | | P016 |
| 0000M14560 | | 0000M14560 | 042931981 | Patient 6 | 1 | 4594256442720 | 010 | 007 | 09/08/94 | J9000 | | E232 |
| 0000M14560 | | 0000M14560 | 042931981 | Patient 6 | 1 | 4594256442720 | 011 | 007 | 09/08/94 | J9000 | | P016 |
| 0000M14560 | 042931981 | 0000M14560 | 042931981 | Patient 6 | 2 | 4594256442720 | 010 | 007 | 09/08/94 | J9000 | | E232 |
| 0000M14560 | 042931981 | 0000M14560 | 042931981 | Patient 6 | 2 | 4594256442720 | 011 | 007 | 09/08/94 | J9000 | | E270 |
| 0000J02033 | 032420588 | 0000M16368 | 043296910 | Patient 7 | 0 | 4698343073460 | 010 | 008 | 12/04/98 | J2405 | | P016 |
| 0000J02033 | 032420588 | 0000M16368 | 043296910 | Patient 7 | 0 | 4699008083600 | 010 | 008 | 12/31/98 | J2405 | | P016 |
| 0000J02033 | 032420588 | 0000M16368 | 043296910 | Patient 7 | 0 | 4699084144860 | 010 | 008 | 03/19/99 | J2405 | | P016 |
| 0000J05964 | 085462123 | 0000M16368 | 043296910 | Patient 9 | 0 | 4601184330100 | 010 | 008 | 06/18/01 | J9265 | | P016 |
| 0000J05964 | 085462123 | 0000M16368 | 043296910 | Patient 9 | 0 | 4601198393320 | 010 | 008 | 07/09/01 | J9265 | | P016 |
| 0000B01023 | 040386795 | 0000M13462 | 042739648 | Patient 4 | 0 | 4600052046140 | 010 | 010 | 02/10/00 | Q0136 | | B104 |
| 0000B01023 | 040386795 | 0000M13462 | 042739648 | Patient 4 | 0 | 4600052046140 | 011 | 010 | 02/10/00 | Q0136 | | P016 |
| 0000B01023 | 040386795 | 0000M13462 | 042739648 | Patient 4 | 0 | 4600059029950 | 010 | 010 | 02/14/00 | Q0136 | | B104 |
| 0000B01023 | 040386795 | 0000M13462 | 042739648 | Patient 4 | 0 | 4600059029950 | 011 | 010 | 02/14/00 | Q0136 | | P016 |
| 0000B01023 | 040386795 | 0000M13462 | 042739648 | Patient 4 | 0 | 4600059029960 | 010 | 010 | 02/16/00 | Q0136 | | B104 |
| 0000B01023 | 040386795 | 0000M13462 | 042739648 | Patient 4 | 0 | 4600059029960 | 011 | 010 | 02/16/00 | Q0136 | | B104 |
| 0000B01023 | 040386795 | 0000M13462 | 042739648 | Patient 4 | 0 | 4600061130850 | 010 | 010 | 02/18/00 | Q0136 | | P016 |
| 0000B01023 | 040386795 | 0000M13462 | 042739648 | Patient 4 | 0 | 4600061130850 | 011 | 010 | 02/18/00 | Q0136 | | P016 |
| 0000M14560 | 042931981 | 0000M14560 | 042931981 | Patient 6 | 0 | 4594343456520 | 010 | 012 | 12/01/94 | J9000 | | E232 |
| 0000M14560 | 042931981 | 0000M14560 | 042931981 | Patient 6 | 0 | 4594343456520 | 011 | 012 | 12/01/94 | J9000 | | P016 |
| 0000J10786 | 552639220 | 0000M17627 | 043534253 | Patient 11 | 0 | 4603104009155 | 030 | 012 | 04/07/03 | J9000 | | P016 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0000J10786 | 552639220 | | 0000M17627 | 043534253 | Patient 11 | 0 | 4603127022908 | 030 | 012 | 04/28/03 | | J9000 | | P016 |
| 0000J10786 | 552639220 | | 0000M17627 | 043534253 | Patient 11 | 0 | 4603148016013 | 030 | 012 | 05/19/03 | | J9000 | | P016 |
| 0000J10786 | 552639220 | | 0000M17627 | 043534253 | Patient 11 | 1 | 4603181014275 | 030 | 012 | 06/19/03 | | J9000 | | P016 |
| 0000J10786 | 552639220 | | 0000M17627 | 043534253 | Patient 11 | 2 | 4603181014275 | 030 | 012 | 06/19/03 | | J9000 | | P016 |
| 0000M14560 | | | 0000M14560 | 042931981 | Patient 6 | 1 | 4594256442720 | 020 | 014 | 09/08/94 | | J9070 | | E232 |
| 0000M14560 | | | 0000M14560 | 042931981 | Patient 6 | 1 | 4594256442720 | 021 | 014 | 09/08/94 | | J9070 | | P016 |
| 0000M14560 | 042931981 | | 0000M14560 | 042931981 | Patient 6 | 2 | 4594256442720 | 020 | 014 | 09/08/94 | | J9070 | | E232 |
| 0000M14560 | 042931981 | | 0000M14560 | 042931981 | Patient 6 | 2 | 4594256442720 | 021 | 014 | 09/08/94 | | J9070 | | E270 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600082333570 | 010 | 015 | 03/10/00 | | Q0136 | | P016 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600082333570 | 011 | 015 | 03/10/00 | | Q0136 | | B104 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600082333570 | 030 | 015 | 03/13/00 | | Q0136 | | P016 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600082333570 | 031 | 015 | 03/13/00 | | Q0136 | | B104 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600087033040 | 010 | 015 | 03/16/00 | | Q0136 | | P016 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600087033040 | 011 | 015 | 03/16/00 | | Q0136 | | B104 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600089220630 | 010 | 015 | 03/17/00 | | Q0136 | | B104 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600089220630 | 011 | 015 | 03/17/00 | | Q0136 | | P016 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600089220630 | 030 | 015 | 03/20/00 | | Q0136 | | B104 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600089220630 | 031 | 015 | 03/20/00 | | Q0136 | | P016 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600095213360 | 011 | 015 | 03/24/00 | | Q0136 | | B104 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600095213360 | 011 | 015 | 03/24/00 | | Q0136 | | P016 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600101035250 | 010 | 015 | 03/27/00 | | Q0136 | | B104 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600101035250 | 011 | 015 | 03/27/00 | | Q0136 | | P016 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600101035250 | 030 | 015 | 03/29/00 | | Q0136 | | B104 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600101035250 | 031 | 015 | 03/29/00 | | Q0136 | | P016 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600101035250 | 050 | 015 | 03/31/00 | | Q0136 | | B104 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600101035250 | 051 | 015 | 03/31/00 | | Q0136 | | P016 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600099010680 | 010 | 015 | 04/04/00 | | Q0136 | | B104 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600099010680 | 011 | 015 | 04/04/00 | | Q0136 | | P016 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600105005990 | 010 | 015 | 04/06/00 | | Q0136 | | B104 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600105005990 | 011 | 015 | 04/06/00 | | Q0136 | | P016 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600141022520 | 010 | 015 | 05/16/00 | | Q0136 | | B104 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600141022520 | 011 | 015 | 05/16/00 | | Q0136 | | P016 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600144058490 | 010 | 015 | 05/17/00 | | Q0136 | | B104 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600144058490 | 011 | 015 | 05/17/00 | | Q0136 | | P016 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600146025930 | 010 | 015 | 05/17/00 | | Q0136 | | B104 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600146025930 | 011 | 015 | 05/17/00 | | Q0136 | | U301 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600146025980 | 010 | 015 | 05/22/00 | | Q0136 | | B104 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600146025980 | 011 | 015 | 05/22/00 | | Q0136 | | P016 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600147007750 | 010 | 015 | 05/25/00 | | Q0136 | | B104 |
| 0000B01023 | 040386795 | | 0000M13462 | 042739648 | Patient 4 | 0 | 4600147007750 | 011 | 015 | 05/25/00 | | Q0136 | | P016 |
| 0000HT0081 | 042832765 | | 0000HT0081 | 042832765 | Patient 1 | 0 | 9296072331060 | 010 | 028 | 03/18/95 | | J2405 | | X004 |
| 0000HT0081 | 042832765 | | 0000HT0081 | 042832765 | Patient 1 | 0 | 9296072331060 | 011 | 028 | 03/18/95 | | J2405 | | X004 |
| 0000M14560 | 042931981 | | 0000M14560 | 042931981 | Patient 6 | 0 | 4594343456520 | 020 | 030 | 12/01/94 | | J9070 | | E232 |
| 0000M14560 | 042931981 | | 0000M14560 | 042931981 | Patient 6 | 0 | 4594343456520 | 021 | 030 | 12/01/94 | | J9070 | | P016 |
| 0000V02844 | 021423146 | | 0000M17549 | 042928477 | Patient 8 | 0 | 4602221066483 | 010 | 030 | 07/26/02 | | J1745 | | B104 |
| 0000V02844 | 021423146 | | 0000M17549 | 042928477 | Patient 8 | 0 | 4602221066483 | 011 | 030 | 07/26/02 | | J1745 | | P016 |
| 0000J03483 | 031363215 | | 0000M17286 | 043480187 | Patient 12 | 0 | 4602241085874 | 010 | 030 | 08/28/02 | | J1745 | | B104 |
| 0000J03483 | 031363215 | | 0000M17286 | 043480187 | Patient 12 | 0 | 4602241085874 | 011 | 030 | 08/28/02 | | J1745 | | P016 |
| 0000J03483 | 031363215 | | 0000M17286 | 043480187 | Patient 12 | 0 | 4602260098376 | 010 | 030 | 09/11/02 | | J1745 | | B104 |
| 0000J03483 | 031363215 | | 0000M17286 | 043480187 | Patient 12 | 0 | 4602260098376 | 011 | 030 | 09/11/02 | EJ | J1745 | | P016 |
| 0000J03483 | 031363215 | | 0000M17286 | 043480187 | Patient 12 | 0 | 4603077085708 | 010 | 030 | 03/14/03 | EJ | J1745 | | B104 |
| 0000J03483 | 031363215 | | 0000M17286 | 043480187 | Patient 12 | 0 | 4603077085708 | 011 | 030 | 03/14/03 | EJ | J1745 | | P016 |
| 0000R01119 | 021423146 | | 0000R01119 | 021423146 | Patient 8 | 0 | 4603115046149 | 010 | 030 | 04/18/03 | | J1745 | | B104 |

| Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 | Col12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0000R01119 | 021423146 | 0000R01119 | 021423146 | Patient 8 | 0 | 4603115046149 | 011 | 030 | 04/18/03 | | P016 |
| 0000J03483 | 031363215 | 0000M17286 | 043480187 | Patient 12 | 0 | 4603129071552 | 010 | 030 | 05/02/03 | EJ | B104 |
| 0000J03483 | 031363215 | 0000M17286 | 043480187 | Patient 12 | 0 | 4603129071552 | 011 | 030 | 05/02/03 | EJ | P016 |
| 0000R01119 | 021423146 | 0000R01119 | 021423146 | Patient 8 | 0 | 4603223070586 | 010 | 030 | 06/13/03 | | B104 |
| 0000R01119 | 021423146 | 0000R01119 | 021423146 | Patient 8 | 0 | 4603223070586 | 011 | 030 | 06/13/03 | | P016 |
| 0000V02844 | 021423146 | 0000V02844 | 021423146 | Patient 8 | 0 | 4602261039774 | 010 | 040 | 09/13/02 | | B104 |
| 0000V02844 | 021423146 | 0000V02844 | 021423146 | Patient 8 | 0 | 4602261039774 | 011 | 040 | 09/13/02 | | P016 |
| 0000V02844 | 021423146 | 0000V02844 | 021423146 | Patient 8 | 0 | 4602319088998 | 010 | 040 | 11/08/02 | | B104 |
| 0000V02844 | 021423146 | 0000V02844 | 021423146 | Patient 8 | 0 | 4602319088998 | 011 | 040 | 11/08/02 | | P016 |
| 0000V02844 | 021423146 | 0000V02844 | 021423146 | Patient 8 | 0 | 4603009066039 | 010 | 040 | 01/03/03 | | B104 |
| 0000V02844 | 021423146 | 0000V02844 | 021423146 | Patient 8 | 0 | 4603009066039 | 011 | 040 | 01/03/03 | | P016 |
| 0000V02844 | 021423146 | 0000V02844 | 021423146 | Patient 8 | 0 | 4603069047400 | 010 | 040 | 02/28/03 | | B104 |
| 0000V02844 | 021423146 | 0000V02844 | 021423146 | Patient 8 | 0 | 4603069047400 | 011 | 040 | 02/28/03 | | P016 |
| 0000B01023 | 040386795 | 0000M13462 | 042739648 | Patient 5 | 0 | 4699342184550 | 010 | 040 | 11/26/99 | | B104 |
| 0000B01023 | 040386795 | 0000M13462 | 042739648 | Patient 5 | 0 | 4699342184550 | 011 | 040 | 11/26/99 | | P016 |
| 0000J03483 | 031363215 | 0000M17286 | 043480187 | Patient 12 | 0 | 4603182081728 | 010 | 040 | 06/26/03 | | B104 |
| 0000J03483 | 031363215 | 0000M17286 | 043480187 | Patient 12 | 0 | 4603182081728 | 011 | 040 | 06/26/03 | EJ | P016 |
| 0000R01119 | 021423146 | 0000R01119 | 021423146 | Patient 8 | 0 | 4603218070511 | 010 | 040 | 08/01/03 | | B104 |
| 0000R01119 | 021423146 | 0000R01119 | 021423146 | Patient 8 | 0 | 4603218070511 | 011 | 040 | 08/01/03 | | P016 |
| 0000J03483 | 031363215 | 0000M17286 | 043480187 | Patient 12 | 0 | 4603234083339 | 010 | 040 | 08/21/03 | EJ | B104 |
| 0000J03483 | 031363215 | 0000M17286 | 043480187 | Patient 12 | 0 | 4603234083339 | 011 | 040 | 08/21/03 | EJ | P016 |
| 0000R01119 | 021423146 | 0000R01119 | 021423146 | Patient 8 | 0 | 4603275080326 | 010 | 040 | 09/26/03 | | B104 |
| 0000R01119 | 021423146 | 0000R01119 | 021423146 | Patient 8 | 0 | 4603275080326 | 011 | 040 | 09/26/03 | | P016 |
| 0000R01119 | 021423146 | 0000R01119 | 021423146 | Patient 8 | 0 | 4603330065078 | 010 | 040 | 11/21/03 | | B104 |
| 0000R01119 | 021423146 | 0000R01119 | 021423146 | Patient 8 | 0 | 4603330065078 | 011 | 040 | 11/21/03 | | P016 |
| 0000253254 | | 0000253254 | 042931981 | Patient 6 | 1 | 4594271361680 | 010 | 042 | 09/15/94 | | E232 |
| 0000253254 | | 0000253254 | 042931981 | Patient 6 | 1 | 4594271361680 | 011 | 042 | 09/15/94 | | P016 |
| 0000253254 | 042931981 | 0000253254 | 042931981 | Patient 6 | 2 | 4594271361680 | 010 | 042 | 09/15/94 | | E232 |
| 0000253254 | 042931981 | 0000253254 | 042931981 | Patient 6 | 2 | 4594271361680 | 011 | 042 | 09/15/94 | | E270 |
| 0000V02844 | 021423146 | 0000V02844 | 021423146 | Patient 8 | 0 | 4602256049217 | 010 | 050 | 08/09/02 | | B104 |
| 0000V02844 | 021423146 | 0000V02844 | 021423146 | Patient 8 | 0 | 4602256049217 | 011 | 050 | 08/09/02 | | P016 |
| 0000M14560 | 042931981 | 0000M14560 | 042931981 | Patient 6 | 0 | 4594343456520 | 070 | 056 | 12/07/94 | | E232 |
| 0000M14560 | 042931981 | 0000M14560 | 042931981 | Patient 6 | 0 | 4594343456520 | 071 | 056 | 12/07/94 | | P016 |

| CHARGE-AMT | ALLOWED-AMT | EDUCTABLE-AM | INSURANCE-AM | OPAYMENT-AM | PAID-AMOUNT | PAID-DATE | GROUP-NUMBER | CLASS-OF-RISK |
|---|---|---|---|---|---|---|---|---|
| 450 | 446.49 | 0 | 0 | 0 | 446.49 | 07/16/99 | 002225284 | 10 |
| 18 | 11.34 | 0 | 0 | 0 | 11.34 | 04/25/03 | 002225284 | 10 |
| 18 | 11.34 | 0 | 0 | 0 | 11.34 | 05/09/03 | 002225284 | 10 |
| 450 | 446.49 | 0 | 0 | 0 | 446.49 | 12/29/00 | 002225284 | 10 |
| 450 | 446.49 | 0 | 0 | 0 | 446.49 | 01/12/01 | 002225284 | 10 |
| 450 | 446.49 | 0 | 0 | 0 | 446.49 | 02/09/01 | 002225284 | 10 |
| 450 | 446.49 | 0 | 0 | 0 | 446.49 | 03/09/01 | 002225284 | 10 |
| 450 | 446.49 | 0 | 0 | 0 | 446.49 | 04/13/01 | 002225284 | 10 |
| 450 | 446.49 | 0 | 0 | 0 | 446.49 | 05/11/01 | 002225284 | 10 |
| 33 | 0 | 0 | 0 | 0 | 0 | 06/09/00 | 002225284 | 10 |
| 33 | 11.84 | 0 | 1.18 | 0 | 10.66 | 06/09/00 | 002225284 | 10 |
| 18 | 11.34 | 0 | 0 | 0 | 11.34 | 06/13/03 | 002225284 | 10 |
| 18 | 11.34 | 0 | 0 | 0 | 11.34 | 07/11/03 | 002225284 | 10 |
| 454.1 | 387.6 | 0 | 0 | 0 | 387.6 | 08/08/03 | 002225284 | 10 |
| 454.1 | 454.1 | 0 | 0 | 0 | 454.1 | 08/22/03 | 002225284 | 10 |
| 454.1 | 387.6 | 0 | 0 | 0 | 387.6 | 08/22/03 | 002225284 | 10 |
| 18 | 11.34 | 0 | 0 | 0 | 11.34 | 11/07/03 | 002225284 | 10 |
| 18 | 11.34 | 0 | 0 | 0 | 11.34 | 11/07/03 | 002225284 | 10 |
| 274 | 190.2 | 0 | 0 | 0 | 190.2 | 04/27/01 | 002225284 | 10 |
| 274 | 190.2 | 0 | 0 | 0 | 190.2 | 05/11/01 | 002225284 | 10 |
| 274 | 222.22 | 0 | 0 | 0 | 222.22 | 05/11/01 | 002225284 | 10 |
| 304 | 222.22 | 0 | 0 | 0 | 222.22 | 06/08/01 | 002225284 | 10 |
| 304 | 222.22 | 0 | 0 | 0 | 222.22 | 06/29/01 | 002225284 | 10 |
| 304 | 222.22 | 0 | 0 | 0 | 222.22 | 06/29/01 | 002225284 | 10 |
| 1231.53 | 1169.94 | 0 | 0 | 0 | 1169.94 | 07/17/98 | 002225284 | 10 |
| 1275 | 1169.94 | 0 | 0 | 0 | 1169.94 | 10/09/98 | 002225284 | 10 |
| 1275 | 1169.94 | 0 | 0 | 0 | 1169.94 | 01/15/99 | 002225284 | 10 |
| 1275 | 1251.84 | 0 | 0 | 0 | 1251.84 | 04/16/99 | 002225284 | 10 |
| 1340 | 1339.47 | 0 | 0 | 0 | 1339.47 | 06/08/01 | 002225284 | 10 |
| 1340 | 1339.47 | 0 | 0 | 0 | 1339.47 | 09/14/01 | 002225284 | 10 |
| 971.6 | 0 | 0 | 0 | 0 | 0 | 09/14/01 | 002225284 | 10 |
| 971.6 | 0 | 0 | 0 | 0 | 0 | 10/12/01 | 002225284 | 10 |
| 971.6 | 656.32 | 0 | 0 | 0 | 656.32 | 10/12/01 | 002225284 | 10 |
| 994.14 | 0 | 0 | 0 | 0 | 0 | 06/16/95 | 002225284 | 10 |
| 994.14 | 236.25 | 0 | 47.25 | 0 | 189 | 06/16/95 | 002225284 | 02 |
| 994.14 | 0 | 0 | 0 | 0 | 0 | 06/16/95 | 002225284 | 10 |
| 994.14 | 236.25 | 0 | 0 | 0 | 236.25 | 06/16/95 | 002225284 | 02 |
| 56 | 46.4 | 0 | 0 | 0 | 46.4 | 01/11/99 | 002225284 | 10 |
| 56 | 46.4 | 0 | 0 | 0 | 46.4 | 02/05/99 | 002225284 | 10 |
| 56 | 46.4 | 0 | 0 | 0 | 46.4 | 04/23/99 | 002225284 | 10 |
| 1944 | 1388 | 0 | 0 | 0 | 1388 | 07/27/01 | 002225284 | 10 |
| 1944 | 1388 | 0 | 0 | 0 | 1388 | 07/27/01 | 002225284 | 10 |
| 330 | 0 | 0 | 0 | 0 | 0 | 03/17/00 | 002225284 | 10 |
| 330 | 120 | 5.76 | 11.42 | 0 | 102.82 | 03/17/00 | 002225284 | 10 |
| 330 | 0 | 0 | 0 | 0 | 0 | 03/24/00 | 002225284 | 10 |
| 330 | 120 | 0 | 12 | 0 | 108 | 03/24/00 | 002225284 | 10 |
| 330 | 0 | 0 | 0 | 0 | 0 | 03/24/00 | 002225284 | 10 |
| 330 | 120 | 0 | 12 | 0 | 108 | 03/24/00 | 002225284 | 10 |
| 330 | 0 | 0 | 0 | 0 | 0 | 03/31/00 | 002225284 | 10 |
| 330 | 120 | 0 | 12 | 0 | 108 | 03/31/00 | 002225284 | 10 |
| 1704.24 | 0 | 0 | 0 | 0 | 0 | 02/17/95 | 002225284 | 10 |
| 1704.24 | 405 | 0 | 0 | 0 | 405 | 02/17/95 | 002225284 | 02 |
| 1080 | 611.52 | 0 | 0 | 0 | 611.52 | 04/25/03 | 002225284 | 10 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1080 | 611.52 | 0 | 0 | 0 | 611.52 | 05/09/03 | 002225284 | 10 |
| 1080 | 611.52 | 0 | 0 | 0 | 611.52 | 06/13/03 | 002225284 | 10 |
| 1080 | 611.52 | 0 | 0 | 0 | 611.52 | 07/11/03 | 002225284 | 10 |
| 1080 | 611.52 | 0 | 0 | 0 | 611.52 | 11/07/03 | 002225284 | 10 |
| 1080 | 611.52 | 0 | 0 | 0 | 611.52 | 11/07/03 | 002225284 | 10 |
| 260.4 | 0 | 0 | 0 | 0 | 0 | 06/16/95 | 002225284 | |
| 260.4 | 55.16 | 0 | 11.03 | 0 | 44.13 | 06/16/95 | 002225284 | 02 |
| 260.4 | 0 | 0 | 0 | 0 | 0 | 06/16/95 | 002225284 | |
| 260.4 | 55.16 | 0 | 0 | 0 | 55.16 | 06/16/95 | 002225284 | 02 |
| 495 | 0 | 0 | 0 | 0 | 0 | 04/21/00 | 002225284 | 10 |
| 495 | 180 | 0 | 18 | 0 | 162 | 04/21/00 | 002225284 | 10 |
| 495 | 0 | 0 | 0 | 0 | 0 | 04/21/00 | 002225284 | 10 |
| 495 | 180 | 0 | 18 | 0 | 162 | 04/21/00 | 002225284 | 10 |
| 495 | 0 | 0 | 0 | 0 | 0 | 04/21/00 | 002225284 | 10 |
| 495 | 180 | 0 | 18 | 0 | 162 | 04/28/00 | 002225284 | 10 |
| 495 | 0 | 0 | 0 | 0 | 0 | 04/28/00 | 002225284 | 10 |
| 495 | 180 | 0 | 18 | 0 | 162 | 04/28/00 | 002225284 | 10 |
| 495 | 0 | 0 | 0 | 0 | 0 | 04/28/00 | 002225284 | 10 |
| 495 | 180 | 0 | 18 | 0 | 162 | 05/05/00 | 002225284 | 10 |
| 495 | 0 | 0 | 0 | 0 | 0 | 05/05/00 | 002225284 | 10 |
| 495 | 180 | 0 | 18 | 0 | 162 | 05/05/00 | 002225284 | 10 |
| 495 | 0 | 0 | 0 | 0 | 0 | 05/05/00 | 002225284 | 10 |
| 495 | 180 | 0 | 18 | 0 | 162 | 05/05/00 | 002225284 | 10 |
| 495 | 0 | 0 | 0 | 0 | 0 | 05/05/00 | 002225284 | 10 |
| 495 | 177.6 | 0 | 17.76 | 0 | 159.84 | 05/05/00 | 002225284 | 10 |
| 495 | 0 | 0 | 0 | 0 | 0 | 05/12/00 | 002225284 | 10 |
| 495 | 177.6 | 0 | 17.76 | 0 | 159.84 | 05/12/00 | 002225284 | 10 |
| 495 | 0 | 0 | 0 | 0 | 0 | 06/16/00 | 002225284 | 10 |
| 495 | 177.6 | 0 | 17.76 | 0 | 159.84 | 06/16/00 | 002225284 | 10 |
| 495 | 0 | 0 | 0 | 0 | 0 | 06/23/00 | 002225284 | 10 |
| 495 | 177.6 | 0 | 17.76 | 0 | 159.84 | 06/23/00 | 002225284 | 10 |
| 495 | 0 | 0 | 0 | 0 | 0 | 05/26/00 | 002225284 | 10 |
| 495 | 177.6 | 0 | 17.76 | 0 | 159.84 | 05/26/00 | 002225284 | 10 |
| 495 | 0 | 0 | 0 | 0 | 0 | 06/23/00 | 002225284 | 10 |
| 495 | 177.6 | 0 | 17.76 | 0 | 159.84 | 06/23/00 | 002225284 | 10 |
| 495 | 0 | 0 | 0 | 0 | 0 | 06/23/00 | 002225284 | 10 |
| 495 | 177.6 | 0 | 17.76 | 0 | 159.84 | 06/23/00 | 002225284 | 10 |
| 1258.26 | 0 | 0 | 0 | 0 | 0 | 04/12/96 | 002225284 | 10 |
| 1258.26 | 0 | 0 | 0 | 0 | 0 | 04/12/96 | 002225284 | 10 |
| 558 | 0 | 0 | 0 | 0 | 0 | 02/17/95 | 002225284 | |
| 558 | 118.2 | 0 | 0 | 0 | 118.2 | 02/17/95 | 002225284 | 02 |
| 2550 | 0 | 0 | 0 | 0 | 0 | 08/09/02 | 002273991 | 10 |
| 2550 | 1971 | 0 | 197.1 | 0 | 1773.9 | 08/09/02 | 002273991 | 10 |
| 2400 | 0 | 0 | 0 | 0 | 0 | 09/13/02 | 002225284 | 10 |
| 2400 | 1971 | 0 | 197.1 | 0 | 1773.9 | 09/13/02 | 002225284 | 10 |
| 2400 | 0 | 0 | 0 | 0 | 0 | 09/27/02 | 002225284 | 10 |
| 2400 | 1971 | 0 | 197.1 | 0 | 1773.9 | 09/27/02 | 002225284 | 10 |
| 2640 | 0 | 0 | 0 | 0 | 0 | 03/28/03 | 002225284 | 10 |
| 2640 | 1971 | 0 | 197.1 | 0 | 1773.9 | 03/28/03 | 002225284 | 10 |
| 2550 | 0 | 0 | 0 | 0 | 0 | 05/09/03 | 002273991 | 10 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2550 | 1971 | 0 | 197.1 | 0 | 1773.9 | 05/09/03 | 002273991 | 10 |
| 2640 | 0 | 0 | 0 | 0 | 0 | 05/23/03 | 002225284 | 10 |
| 2640 | 1971 | 0 | 197.1 | 0 | 1773.9 | 05/23/03 | 002225284 | 10 |
| 2550 | 0 | 0 | 0 | 0 | 0 | 08/22/03 | 002273991 | 10 |
| 2550 | 1971 | 0 | 197.1 | 0 | 1773.9 | 08/22/03 | 002273991 | 10 |
| 3400 | 0 | 0 | 0 | 0 | 0 | 09/27/02 | 002273991 | 10 |
| 3400 | 2628 | 0 | 262.8 | 0 | 2365.2 | 09/27/02 | 002273991 | 10 |
| 3400 | 0 | 0 | 0 | 0 | 0 | 11/22/02 | 002273991 | 10 |
| 3400 | 2628 | 0 | 262.8 | 0 | 2365.2 | 11/22/02 | 002273991 | 10 |
| 3400 | 0 | 0 | 0 | 0 | 0 | 01/24/03 | 002273991 | 10 |
| 3400 | 2628 | 100 | 252.8 | 0 | 2275.2 | 01/24/03 | 002273991 | 10 |
| 3400 | 0 | 0 | 0 | 0 | 0 | 03/14/03 | 002273991 | 10 |
| 3400 | 2628 | 0 | 262.8 | 0 | 2365.2 | 03/14/03 | 002273991 | 10 |
| 1320 | 0 | 0 | 0 | 0 | 0 | 01/07/00 | 002225284 | 10 |
| 1320 | 480 | 0 | 96 | 0 | 384 | 01/07/00 | 002225284 | 10 |
| 3520 | 0 | 0 | 0 | 0 | 0 | 07/11/03 | 002225284 | 10 |
| 3520 | 2628 | 0 | 262.8 | 0 | 2365.2 | 07/11/03 | 002225284 | 10 |
| 3400 | 0 | 0 | 0 | 0 | 0 | 08/22/03 | 002273991 | 10 |
| 3400 | 2628 | 0 | 262.8 | 0 | 2365.2 | 08/22/03 | 002273991 | 10 |
| 3520 | 0 | 0 | 0 | 0 | 0 | 09/12/03 | 002225284 | 10 |
| 3520 | 2628 | 0 | 262.8 | 0 | 2365.2 | 09/12/03 | 002225284 | 10 |
| 3400 | 0 | 0 | 0 | 0 | 0 | 10/24/03 | 002273991 | 10 |
| 3400 | 2628 | 0 | 262.8 | 0 | 2365.2 | 10/24/03 | 002273991 | 10 |
| 3400 | 0 | 0 | 0 | 0 | 0 | 12/26/03 | 002273991 | 10 |
| 3400 | 2628 | 0 | 262.8 | 0 | 2365.2 | 12/26/03 | 002273991 | 10 |
| 1656.9 | 0 | 0 | 0 | 0 | 0 | 06/16/95 | 002225284 | |
| 1656.9 | 573.3 | 0 | 114.66 | 0 | 458.64 | 06/16/95 | 002225284 | 02 |
| 1656.9 | 0 | 0 | 0 | 0 | 0 | 06/16/95 | 002225284 | |
| 1656.9 | 573.3 | 0 | 0 | 0 | 573.3 | 06/16/95 | 002225284 | 02 |
| 4250 | 0 | 0 | 0 | 0 | 0 | 09/13/02 | 002273991 | 10 |
| 4250 | 3285 | 0 | 328.5 | 0 | 2956.5 | 09/13/02 | 002273991 | 10 |
| 2209.2 | 0 | 0 | 0 | 0 | 0 | 02/17/95 | 002225284 | |
| 2209.2 | 764.4 | 0 | 0 | 0 | 764.4 | 02/17/95 | 002225284 | 02 |

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **DECLARATION OF CHARLES HANNAFORD** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on December 15, 2005, a copy to LexisNexis File & Serve for posting and notification to all parties.

      By **/s/ Steve W. Berman**
      Steve W. Berman
      **HAGENS BERMAN SOBOL SHAPIRO LLP**
      1301 Fifth Avenue, Suite 2900
      Seattle, WA 98101
      (206) 623-7292