UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL No. 1456 <br><br> CIVIL ACTION:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS <br> 01-CV-12257-PBS AND 01-CV-339 | ) ) ) ) ) | Judge Patti B. Saris <br><br> Chief Magistrate Judge Marianne B. Bowler |

## NOTICE OF FILING UNDER SEAL

To:     All Counsel of Record

Please take notice that on December 16, 2005, we caused to be filed with the Clerk of the District of Massachusetts under seal the following:

1. Declaration of Jennifer Fountain Connolly In Support of Plaintiffs' Memorandum in Support of Proposed Consolidated Class Certification Order;

2. Declaration of Donald E. Haviland In Support of Plaintiffs' Memorandum in Support of Proposed Consolidated Class Certification Order; and

3. Declaration of John Macoretta in Support of Plaintiffs' Memorandum in Support of Consolidated Class Certification Order.

DATED:  December 16, 2005               By     /s/ **Steve W. Berman**
                                                                    Thomas M. Sobol (BBO#471770)
                                                                    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Robert F. Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

- 3 -

                Kenneth A. Wexler
                Jennifer F. Connolly
                The Wexler Firm LLP
                One North LaSalle Street, Suite 2000
                Chicago, IL  60602
                Telephone: (312) 346-2222
                Facsimile: (312) 346-0022

                Samuel D. Heins
                Alan I. Gilbert
                Susan E. MacMenamin
                Heins, Mills & Olson, P.C.
                3550 IDS Center
                80 South Eighth Street
                Minneapolis, MN  55402
                Telephone: (612) 338-4605
                Facsimile: (612) 338-4692
                **CO-LEAD COUNSEL FOR PLAINTIFFS**

1534.16

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **NOTICE OF FILING UNDER SEAL** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on December 16, 2005, a copy to LexisNexis File & Serve for posting and notification to all parties.

      By **/s/ Steve W. Berman**
      Steve W. Berman
      **HAGENS BERMAN SOBOL SHAPIRO LLP**
      1301 Fifth Avenue, Suite 2900
      Seattle, WA  98101
      (206) 623-7292