UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ) | |
| IN RE PHARMACEUTICAL INDUSTRY ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | CIVIL ACTION:  01-CV-12257-PBS |
| ) | |
| ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ) | |
| CLASS ACTIONS ) | |
| ) | |

**WATSON PHARMACEUTICALS, INC.'S MOTION FOR LEAVE TO FILE REPLY
MEMORANDUM IN SUPPORT OF ITS RESPONSE TO
COURT ORDER REGARDING DISCOVERY SCHEDULE**

Watson Pharmaceuticals, Inc. ("Watson") requests permission to file the attached Reply

Memorandum in Support of Its Response to Court Order Regarding Discovery Schedule.

Plaintiffs' mischaracterizations of the testimony given by Mr. Timothy Callahan in his

depositions as well as the status of discovery as to Watson require a response to correct the

record in this case.

Dated:  December 16, 2005                    Respectfully submitted,


                                             **/s/ Douglas B. Farquhar**
                                             Douglas B. Farquhar (admitted *pro hac vice*)
                                             HYMAN, PHELPS, & McNAMARA, P.C.
                                             700 Thirteenth Street, N.W., Suite 1200
                                             Washington, D.C.  20005
                                             (202) 737-5600
                                             (202) 737-9329 (facsimile)