# EXHIBIT A

Page 122

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF MASSACHUSETTS
 3   ------------------------------
     IN RE PHARMACEUTICAL INDUSTRY )  MDL No. 1456
 4   AVERAGE WHOLESALE PRICE       )
     LITIGATION                    )
 5                                 )
     ------------------------------*
 6                                 )
     This Document Relates To:     )  01-CV-12257-PBS
 7         ALL ACTIONS-----------  )
                                   )
 8   ------------------------------*
 9                HIGHLY CONFIDENTIAL
10
11               Thursday, July 15, 2004
12                 New York, New York
13                     9:10 a.m.
14
15        Continued Deposition of TIMOTHY
16   CALLAHAN, held at the offices of Cohen, Tauber,
17   Spievack & Wagner, LLP, 420 Lexington Avenue,
18   New York, New York, pursuant to 30(b)(6)
19   Notice, before Josephine H. Fassett, a
20   Certified Shorthand Reporter and Notary Public
21   of the State of New York.
22
```

Page 123

```
 1   A P P E A R A N C E S :
 2
 3   SPECTOR, ROSEMAN & KODROFF, P.C,
         Attorneys for Plaintiffs
 4         1818 Market Street
           Suite 2500
 5         Philadelphia, Pennsylvania  19103
     BY:  RACHEL E. KOPP, ESQ.
 6        JOHN A. MACORETTA, ESQ.
 7   HYMAN, PHELPS & McNAMARA, P.C.
 8       Attorneys for Watson
           700 Thirteenth Street, N.W.
 9         Suite 1200
           Washington, D.C.  20005
10   BY:  DOUGLAS B. FARQUHAR, ESQ.
11   SHOOK HARDY & BACON, LLP
12       Attorneys for Aventis
           2555 Grand Boulevard
13         Kansas City, Missouri  64108-2613
     BY:  JAMES P. MUEHLBERGER, ESQ.
14
15   SONNENSCHEIN NATH & ROSENTHAL, LLP
         Attorneys for Sicor
16         1221 Avenue of the Americas
           New York, New York  10016
17   BY TELEPHONE:  JACKIE FINNEGAN, ESQ.
18   ALSO PRESENT:
19
20   JOHN MARKOW, ESQ.
21   Watson Senior Corporate Counsel
22
```

Page 124

```
 1   ----------------- I N D E X -----------------
 2   WITNESS          EXAMINATION BY        PAGE
 3   TIMOTHY CALLAHAN MS. KOPP              126
 4                    MR. FARQUHAR          212
 5                    MR. MACORETTA         215
 6
 7   ----------------- EXHIBITS ------------------
 8   EXHIBIT          DESCRIPTION           PAGE
 9   Exhibit Callahan 017  1/20/99 Memorandum with attached
10                         Coverage Guide for Reps    126
11
12   Exhibit Callahan 018  May 26, 1999 Memo from Parexel
13                         to Schein                  141
14
15   Exhibit Callahan 019  4/21/99 Interoffice Memorandum
16                         with attached Pricing Issues
17                         Documents                  158
18
19   Exhibit Callahan 020  June 1, 1998 Memo           170
20
21   Exhibit Callahan 021  Document titled INFeD Contract
22                         Option Analysis             195
```

Page 125

```
 1              STIPULATION
 2
 3          IT IS HEREBY STIPULATED AND AGREED by
 4   and between the attorneys for the respective
 5   parties herein that filing and sealing be and
 6   the same are hereby waived.
 7
 8          IT IS FURTHER STIPULATED AND AGREED
 9   that all objections, except as to the form of
10   the question, shall be reserved to the time of
11   the trial.
12
13          IT IS FURTHER STIPULATED AND AGREED
14   that the within deposition may be sworn to and
15   signed before any officer authorized to
16   administer an oath, with the same force and
17   effect as if signed and sworn to before the
18   Court.
19
20
21
22
```

Page 126

1              (Whereupon, resumed.)
2              (1/20/99 Memorandum with attached
3         Coverage Guide for Reps marked as Exhibit
4         Callahan 017, as of this date.)
5
6    T I M O T H Y    C A L L A H A N, the witness,
7         having been previously sworn, resumed,
8         was examined and testified under oath as
9         follows:
10   CONTINUED EXAMINATION
11        BY MS. KOPP:
12        Q    Good morning, Mr. Callahan.
13        A    Good morning.
14        Q    Just to make sure I heard you
15   right yesterday, I just wanted to ask you: Are
16   Ferrlecit and INFeD reimbursable under Medicare
17   Part B?
18        A    No.
19        Q    Are they reimbursable under
20   Medicare Part A?
21        A    Yes.
22        Q    Is that how dialysis centers get

Page 127

1    paid for it?
2         A    Yes.
3         Q    I'd like to show you what has been
4    marked as Exhibit Callahan 017.
5              MR. FARQUHAR:  Do you have one of
6         those for us or is that an old one?
7              MS. KOPP:  Yeah, I have one for
8         you.  There you go.
9              MR. FARQUHAR:  Thank you.
10             MS. KOPP:  That's MDLW 25410
11        through MDLW 24537.
12        Q    If you could just read over that
13   front page first.
14        A    (Reviews.)
15        Q    Do you recognize this memo?
16        A    Yes.
17        Q    Okay.  And the document that
18   follows it as well?
19        A    Yes.
20        Q    Okay.  And as we can see at the
21   top it's from you, correct?
22        A    Yes.

Page 128

1         Q    And the subject is entitled
2    Coverage Guide for Reps, right?
3         A    Uh-hum.
4         Q    Okay.  This document as you can
5    see is marked Draft, is there a final draft to
6    this document?
7         A    I do not know but I would believe
8    that there is a final document, yes.
9         Q    Okay.  And where would that final
10   document be?
11        A    Should be in the files with the
12   rest of these types of reimbursement guideline
13   pieces.
14        Q    Okay.  And where would those files
15   be?
16        A    Probably wherever all the files
17   were sent as part of the subpoena initially.
18        Q    Okay.  And where was that?
19        A    We had given them to our Legal
20   Department.
21        Q    Okay.  So your Legal Department
22   should have these types of files?

Page 129

1         A    I would imagine.
2         Q    Would they be anywhere else?
3         A    I don't believe so, no.
4         Q    Okay.  Would it be in your
5    personal files?
6         A    There might be.  But, again, when
7    we had originally received the subpoena, we
8    shipped most of these things out and haven't
9    seen them come back, so.
10        Q    Would it be in anybody else's
11   files, anyone else that contributed to it or
12   worked on it?
13        A    It could be in the product
14   manager's file as well.
15        Q    And which product manager or
16   managers would these files be in?
17        A    At the time this was written it
18   would have been Joe Canny.
19        Q    Is he the only one?
20        A    Yes.
21        Q    And were there other drafts as
22   well of this document?