# EXHIBIT "G"

```
                                                   Berkman.txt
0001
  1              IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF DELAWARE
  2
                             - - - - -
  3
  4    In Re:                          :
       Pharmaceutical
  5    Industry Average                :
       Wholesale Price
  6    Litigation,                     :
                                         Case No.
  7                                    : 01-CV-12257-PBS
                                         Judge Patti B. Saris
  8                                    :
  9                                    :
 10                                    :
 11
                             - - - - -
 12                  HIGHLY CONFIDENTIAL
 13
 14    VIDEOTAPED DEPOSITION OF ROBERT A. BERKMAN, M.D.
 15
 16                          - - - - -
 17
 18              Taken at Spectrum Reporting
 19                 333 East Stewart Avenue
 20                  Columbus, Ohio 43206
 21               June 15, 2005, 8:57 a.m.
 22
0002
  1       A P P E A R A N C E S
  2
  3    ON BEHALF OF PLAINTIFFS:
  4
  5    Ricardo Meza, Esq.
  6    The Wexler Firm
  7    One N. LaSalle Street, Suite 2000
  8    Chicago, IL  60602
  9
 10    ON BEHALF OF ROBERT A. BERKMAN, M.D.:
 11
 12    Robert L. Washburn, Esq.
 13    Cloppert, Latanick, Sauter, & Washburn
       225 East Broad Street
 14    Columbus, OH  43215
 15
 16    ON BEHALF OF AVENTIS:
 17
       Carol A. Poindexter, Esq.
 18    Shook, Hardy & Bacon
       2555 Grand Boulevard
 19    Kansas City, MO  64108
 20
 21
 22
0003
  1    ON BEHALF OF ASTRA-ZENECA:
  2
  3    Michael S. Flynn, Esq.
  4    Monica Lamb, Esq.
  5    Davis, Polk & Wardwell
  6    450 Lexington Avenue
```

Berkman.txt

7   New York, NY   10017
8
9
10  ALSO PRESENT:
11
12  Tom Rees, Videographer
13
14
15
16
17
18
19
20
21
22
0004
1                    I N D E X
2   Examination By                              Page No.
3   Mr. Meza   - Cross                              12
4   Mr. Flynn  - Cross                             142
5   Mr. Meza   - Further Cross                     194
6   Mr. Flynn  - Further Cross                     202
7
8
9   Plaintiffs' Exhibit No.                     Page No.
10
11  Exhibit Berkman 001 Information, United States of
12                      America v. Robert A. Berkman, M.D.    14
13
14  Exhibit Berkman 002 Memorandum of Pleas Agreement         20
15
16  Exhibit Berkman 003 Transcript of Plea Hearing            22
17
18  Exhibit Berkman 004 Photocopy of Zoladex box              36
19
20  Exhibit Berkman 005 Photocopy of Zoladex labels           44
21
22
0005
1   Exhibit Berkman 006 Memorandum to R. Anderson and
2                       D. Shoup from G. Agoston,
3                       dated 21 June-1994                    47
4
5   Exhibit Berkman 007 Handwritten Contract                  48
6
7   Exhibit Berkman 008 Zoladex Cost Comparison document      56
8
9   Exhibit Berkman 009 Lupron document                       80
10
11  Exhibit Berkman 010 Zeneca Pharmaceuticals Price Letter,
12                       dated April 7, 1997                  81
13
14  Exhibit Berkman 011 Letter to R. Berkman, M.D. from
15                       Holly Fleming, dated January 20, 1997   82
16
17  Exhibit Berkman 012 Zeneca Pharmaceuticals Price Letter,
18                       dated April 10, 1998                 85
19
20  Exhibit Berkman 013 Zoladex Annual Contract              104
21
22  Exhibit Berkman 014 Zoladex Tier document                107
0006