## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION | ) )<br>)<br>) | **MDL No. 1456**<br>**Master File No. 01-12257-PBS** |

IN RE PHARMACEUTICAL INDUSTRY      )
AVERAGE WHOLESALE PRICE LITIGATION  )
          )
          )
**THIS DOCUMENT RELATES TO:**      )
**State of California, *ex rel.* Ven-A-Care v.**      )
**Abbott Laboratories, *et al.***      )
**01-cv-12257-PBS and 03-cv-11226-PBS**      )
          )

**MDL No. 1456**
**Master File No.  01-12257-PBS**

**Judge Patti B. Saris**

## NOTICE OF VOLUNTARY DISMISSAL
## OF EMD, INC.

Please take notice that plaintiffs in the above-captioned matters hereby dismiss all claims against defendant EMD, Inc., without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).  EMD, Inc. has not served an answer or motion for summary judgment in the above-captioned matters; therefore, plaintiffs' claims will be dismissed without order of this Court, upon filing of this notice of dismissal.

Dated: December 20, 2005

Respectfully submitted,

BILL LOCKYER
Attorney General for the State of California

By: _____
JOHN P. FISHER
CA State Bar No.:  156183
Deputy Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
OFFICE OF THE ATTORNEY GENERAL
California Department of Justice
1455 Frazee Road, Suite 315
San Diego, California  92108
Tel:  (619) 688-6673
 Fax:  (619) 688-4200

**Attorneys for Plaintiff,**
**STATE OF CALIFORNIA**

## CERTIFICATE OF SERVICE

I hereby certify that I, John P. Fisher, Deputy Attorney General, Bureau of Medi-Cal Fraud

and Elder Abuse, for the State of California, caused a true and correct copy of the foregoing

**NOTICE OF VOLUNTARY DISMISSAL OF EMD, INC.**  to be served electronically on

counsel of record pursuant to Paragraph 11 of the Case Management Order No. 2, by sending a

copy to LexisNexis File and Service for posting and notification to all parties.

Dated:   December 20, 2005

JOHN P. FISHER
Deputy Attorney General