# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) |
| GOVERNMENT EMPLOYEES HOSPITAL ASSOCIATION, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff | ) |
| v. | ) |
| SERONO INTERNATIONAL, S.A., SERONO LABORATORIES, INC., SERONO, INC., RJL SYSTEMS, INC., and RUDOLPH J. LIEDTKE | ) ) ) ) |
| Defendants. | ) |

**STIPULATION OF EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between defendant Serono Laboratories, Inc. ("Serono Labs") and plaintiff Government Employees Hospital Association, on behalf of themselves and all others similarly situated, as follows:

1. Serono Labs shall answer, move, or otherwise respond to the Amended Complaint on or before February 3, 2006.

2. Plaintiff shall file its opposition to any responsive motion on or before March 17, 2006.

3. Serono Labs shall reply to any opposition on or before April 6, 2006.

Respectfully submitted:

| | |
|---|---|
| GOVERNMENT EMPLOYEES HOSPITAL ASSOCIATION, on behalf of themselves and all others similarly situated, | SERONO LABORATORIES, INC. |
| By their attorneys, | By its attorneys, |
| /s/ David S. Nalven (by agreement) | /s/ David M. Ryan |
| _____ | _____ |
| Thomas M. Sobol<br>David S. Nalven<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>One Main Street, 4th Floor<br>Cambridge, MA  02142<br>Telephone:  (617) 482-3700<br>Facsimile:   (617) 482-3003<br>Steven W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone:  (206) 623-7292<br>Facsimile:   (206) 623-0594 | Fred A. Kelly (BBO No. 544046)<br>David M. Ryan (BBO No. 644037)<br>Amy R. George (BBO No. 629548)<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA  02110<br>Telephone: (617) 345-1000 |

Mark D. Fischer
Jeffrey C. Swann
Mark Sandmann
RAWLINGS & ASSOCIATES, PLLC
325 W. Main Street
Louisville, KY 40202
(502) 587-8060

Dated:          December 21, 2005

## CERTIFICATE OF SERVICE

I, David M. Ryan, do hereby certify that I caused a copy of the foregoing Stipulation to be served by electronic means, upon all counsel of record, on this 21st day of December, 2005.

David M. Ryan
_____
David M. Ryan