# EXHIBIT A

\\\BA - 58360/0066 - 195347 v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO THE AMENDED MASTER CONSOLIDATED CLASS ACTION | Hon. Patti B. Saris |

## PRO HAC VICE DECLARATION OF KELLEEN MCGINNIS SCOTT

1.  I am a member of the firm Hogan & Hartson L.L.P., counsel in this matter to defendant Amgen Inc. I submit this Affidavit in support of my admission *pro hac vice* to the bar of this Court pursuant to paragraph 16 of Case Management Order No. 1.

2.  I am a member in good standing of the State Bar of Maryland, Virginia, and the District of Columbia.

3.  I have been admitted to practice before the United States Supreme Court, the United States Court of Appeals for the D.C. Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Fourth Circuit, the United States District Court for the District of Columbia, the United States District Court for the Western District of Michigan, the United States District Court for the District of Maryland, the United States District Court for the Eastern District of Virginia, and the United States District Court for the Western District of Virginia.

\\\BA - 58360/0066 - 195347 v1

4. There are no disciplinary proceedings pending against me as a member of any bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of December, 2005.

Kelleen McGinnis Scott