UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 ) Master File No. 01-12257-PBS ) ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories, *et al.* 01-cv-12257-PBS and 03-cv-11226-PBS | ) ) ) [PROPOSED] ORDER ) GRANTING ENLARGEMENT ) OF TIME TO EFFECT ) SERVICE ) ) ) ) |

Having considered Plaintiff State of California's Ex Parte Application for an enlargement of time to effect service on Sicor, Inc., and finding good cause therefor,

IT IS HEREBY ORDERED that the time within which California must serve Sicor, Inc. is extended by 60 days, i.e., to February 21, 2006.

Dated:

                                                         PATTI B. SARIS
                                                         Untied States District Judge