UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories, *et al.*<br>01-cv-12257-PBS and 03-cv-11226-PBS | EX PARTE APPLICATION BY THE STATE OF CALIFORNIA FOR ENLARGEMENT OF TIME TO EFFECT SERVICE AND [PROPOSED] ORDER |

Plaintiff State of California ("California"), through the undersigned counsel, hereby applies to the Court ex parte for an Order enlarging time to effect service on Boehringer Ingelheim Pharmaceuticals, Inc. ("BIPI"). The Relator, Ven-A-Care of the Florida Keys, joins in this Application.

The undersigned counsel for California has advised counsel for BIPI that such an ex parte request will be made to this Court. Specifically, Deputy Attorney General John P. Fisher notified BIPI's counsel, Mr. Brent Caslin of Kirkland & Ellis by telephone on December 20, 2005 of this application, as set forth in the accompanying declaration. Mr. Caslin stated he did not oppose this application. An enlargement of time is necessary in order to permit the state of California to evaluate whether an alternative to service on BIPI is appropriate in this matter. The State's evaluation cannot be completed within the 120 day period in which to serve BIPI, which expires on December 23, 2005.

1

Plaintiff respectfully requests that the Court grant an additional sixty [60] days for California to effect service on BIPI, so that service must be completed on or before February 21, 2006, should the State decide service of the amended complaint on BIPI is appropriate.

Dated: December 20, 2005

Respectfully submitted,

BILL LOCKYER
Attorney General for the State of California

By: _____
JOHN P. FISHER
CA State Bar No: 156183
Deputy Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
OFFICE OF THE ATTORNEY GENERAL
California Department of Justice
1455 Frazee Road, Suite 315
San Diego, California 92108
Tel: (619) 688-6673
Fax: (619) 688-4200