UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories, *et al.*<br>01-cv-12257-PBS and 03-cv-11226-PBS | [PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME TO EFFECT SERVICE |

Having considered Plaintiff State of California's ex parte application for an enlargement of time to effect service on Boehringer Ingelheim Pharmaceuticals, Inc. ("BIPI"), and finding good cause therefor,

IT IS HEREBY ORDERED that the time within which California must serve BIPI is extended by 60 days, i.e., to February 21, 2006.

Dated:

PATTI B. SARIS
Untied States District Judge