# EXHIBIT 4

## KLINE & SPECTER
*A Professional Corporation*
THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PA 19102
TELEPHONE: 215-772-1000
DIRECT FACSIMILE: 215-795-0017
WWW.KLINESPECTER.COM

### FAX COVER SHEET

July 8, 2003

Sender: Donald E. Haviland, Jr., Esquire
File: *In re AWP Litigation*

Our File No.: 200700

| RECIPIENTS | REPRESENTS | TELEPHONE | TELEFAX |
|---|---|---|---|
| Michael Mustokoff, Esquire<br>DUANE MORRIS LLP<br>One Liberty Place, Suite 4200<br>Philadelphia, PA 19103-7396<br>215-979-1810 | Dr. Saad Antoun | 215-979-1000 | 215-979-1020 |
| Jack Fernandez, Esquire<br>ZUCKERMAN, SPAEDER, LLP<br>101 E. Kennedy Blvd., Suite 1200<br>Tampa, FL 33602 | Dr. Stanley Hopkins | 813-221-1010 | 813-223-7961 |
| Terry K. Sherman, Esquire<br>52 West Whittier Street<br>Columbus, OH 43206 | Dr. Robert Berkman | 614-444-8800 | 614-445-9487 |
| John E. Keefe, Jr., Esquire<br>LYNCH, MARTIN, KANE, KUPER,<br>KEEFE & BARTELS, LLC<br>830 Broad Street<br>Shrewsbury, NJ 07702 | | 732-224-9400 | 732-224-9494 |

Pages: 3 (including cover).
Comments: Original ☐ will ☒ will not follow.

If you do not receive all the pages, please call:
Kathy (215-772-1398), Judy (215-772-2479), Deb (215-772-2483) or Jennifer (215-772-2482).

### 🖙 ATTENTION 🖙

CHECK TO MAKE CERTAIN THAT YOU ARE THE INTENDED RECIPIENT OF THIS DOCUMENT.
The information contained in this transmission is intended for the sole use of the individual or entity to whom it is addressed, and may contain information that is attorney-client privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that this is not a waiver of any privilege, that you are not authorized to review or reveal the following pages, and that dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by collect call and return this original transmission to us by mail at the above address. Thank you.

**KLINE & SPECTER**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102

DONALD E. HAVILAND, JR.                    215-772-1000
                                           FAX: 215-772-1359          Donald.Haviland@klinespecter.com
Direct Fax: 215-735-0057

July 8, 2003

**VIA FACSIMILE**

Michael Mustokoff, Esquire
DUANE MORRIS LLP
One Liberty Place, Suite 4200
Philadelphia, Pennsylvania 19103-7396

Re:   *International Union of Operating Engineers, Local No 68 Welfare Fund
      v. AstraZeneca Pharmaceuticals, L.P., et al.*; C.A. No. C-193-03

Dear Mike:

Per our telephone conversation this afternoon, and our discussion about the need for you and counsel for the other doctor-defendants to determine whether or not to consent to federal court jurisdiction in this case, the following is language we would propose to be put in a letter to the federal court and plaintiff's counsel indicating your lack of consent to federal jurisdiction:

> "This should serve to confirm that my client, Dr. _____, does not consent to the jurisdiction of the federal court in this case pursuant to 28 U.S.C. §1446. Instead, my client desires to have this case proceed in New Jersey state court, Monmouth County as originally filed."

The same letter should be faxed to the following, with a carbon-copy to plaintiff's counsel:

William T. Walsh, Clerk
United States District Court
    District of New Jersey
Martin Luther King Federal Bldg
and United States Courthouse
50 Walnut Street
Newark, NJ 07102
(973) 645-6659 Facsimile

In addition, in order to short change the process for resolving the plaintiff's motion for a temporary restraining order against Dr. Antoun, if you are inclined to do so, I would suggest you add additional language to the effect that Dr. Antoun either consents to or does not oppose the entry of

BERK 0000006
CONFIDENTIAL

Kline & Specter
A PROFESSIONAL CORPORATION

Michael Mustokoff, Esquire
DUANE MORRIS LLP
July 8, 2003
Page 2

a temporary restraining order against him. If you would like to add additional language to the effect that Dr. Antoun consents to the same because he has been complying with the law since the time of his criminal prosecution, or other favorable language, I would have no objection to the additional language for the benefit of your client.

As we discussed, we need a letter indicating your intention with respect to the federal removal by tomorrow morning in order to have it available at the conference with the federal court on our emergency Motion for Remand. We would ask the same expedited consideration from both Jack Fernandez and Terry Sherman on behalf of their respective clients.

Please feel free to give me a call if you have any questions concerning the foregoing. Otherwise, I look forward to hearing from you on these issues.

Yours sincerely,

DONALD E. HAVILAND, JR.

DEH/jn
cc: Jack Fernandez, Esquire (via facsimile)
    Terry Sherman, Esquire (via facsimile)
    John R. Keefe, Jr., Esquire (via facsimile)

BERK 0000007
CONFIDENTIAL

# KLINE & SPECTER
*A Professional Corporation*
THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PA 19102
TELEPHONE: 215-772-1000
DIRECT FACSIMILE: 215-735-0957
WWW.KLINESPECTER.COM

## FAX COVER SHEET

July 8, 2003

Sender: Donald E. Haviland, Jr., Esquire
File: *In re AWP Litigation*

Our File No.: 200700

| RECIPIENTS | REPRESENTS | TELEPHONE | TELEFAX |
|---|---|---|---|
| Michael Mustokoff, Esquire<br>DUANE MORRIS LLP<br>One Liberty Place, Suite 4200<br>Philadelphia, PA 19103-7396<br>215-979-1810 | Dr. Saad Antoun | 215-979-1000 | 215-979-1020 |
| Jack Fernandez, Esquire<br>ZUCKERMAN, SPAEDER, LLP<br>101 E. Kennedy Blvd., Suite 1200<br>Tampa, FL 33602 | Dr. Stanley Hopkins | 813-221-1010 | 813-223-7961 |
| Terry K. Sherman, Esquire<br>52 West Whittier Street<br>Columbus, OH 43206 | Dr. Robert Berkman | 614-444-8800 | 614-445-9487 |
| John E. Keefe, Jr., Esquire<br>LYNCH, MARTIN, KANE, KUPER,<br>KEEFE & BARTELS, LLC<br>830 Broad Street<br>Shrewsbury, NJ 07702 | | 732-224-9400 | 732-224-9494 |

Pages: 3 (including cover).
Comments: Original ☐ will ☑ will not follow.

If you do not receive all the pages, please call:
Kathy (215-772-1398), Judy (215-772-2479), Deb (215-772-2483) or Jennifer (215-772-2482).

☞ ATTENTION ☜

CHECK TO MAKE CERTAIN THAT YOU ARE THE INTENDED RECIPIENT OF THIS DOCUMENT.
*The information contained in this transmission is intended for the sole use of the individual or entity to whom it is addressed, and may contain information that is attorney-client privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that this is not a waiver of any privilege, that you are not authorized to review or reveal the following pages, and that dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by collect call and return this original transmission to us by mail at the above address. Thank you.*

MUST 0000074
CONFIDENTIAL

07/08/2003 TUE 16:52 [TX/RX NO 5214] ☑001

# KLINE & SPECTER
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102

DONALD E. HAVILAND, JR.

Direct Fax: 215-735-0957

215-772-1000
FAX: 215-772-1359

Donald.Haviland@klinespecter.com

July 8, 2003

**VIA FACSIMILE**

Michael Mustokoff, Esquire
**DUANE MORRIS LLP**
One Liberty Place, Suite 4200
Philadelphia, Pennsylvania 19103-7396

Re: *International Union of Operating Engineers, Local No 68 Welfare Fund v. AstraZeneca Pharmaceuticals, L.P., et al.*; C.A. No.: C-193-03

Dear Mike:

Per our telephone conversation this afternoon, and our discussion about the need for you and counsel for the other doctor-defendants to determine whether or not to consent to federal court jurisdiction in this case, the following is language we would propose to be put in a letter to the federal court and plaintiff's counsel indicating your lack of consent to federal jurisdiction:

> "This should serve to confirm that my client, Dr. _____, does not consent to the jurisdiction of the federal court in this case pursuant to 28 U.S.C. §1446. Instead, my client desires to have this case proceed in New Jersey state court, Monmouth County as originally filed."

The same letter should be faxed to the following, with a carbon-copy to plaintiff's counsel:

> William T. Walsh, Clerk
> United States District Court
>     District of New Jersey
> Martin Luther King Federal Bldg
> and United States Courthouse
> 50 Walnut Street
> Newark, NJ 07102
> (973) 645-6659 Facsimile

In addition, in order to short change the process for resolving the plaintiff's motion for a temporary restraining order against Dr. Antoun, if you are inclined to do so, I would suggest you add additional language to the effect that Dr. Antoun either consents to or does not oppose the entry of

MUST 0000075
CONFIDENTIAL

**KLINE & SPECTER**
A PROFESSIONAL CORPORATION

Michael Mustokoff, Esquire
**DUANE MORRIS LLP**
July 8, 2003
Page 2

---

a temporary restraining order against him. If you would like to add additional language to the effect that Dr. Antoun consents to the same because he has been complying with the law since the time of his criminal prosecution, or other favorable language, I would have no objection to the additional language for the benefit of your client.

As we discussed, we need a letter indicating your intention with respect to the federal removal by tomorrow morning in order to have it available at the conference with the federal court on our emergency Motion for Remand. We would ask the same expedited consideration from both Jack Fernandez and Terry Sherman on behalf of their respective clients.

Please feel free to give me a call if you have any questions concerning the foregoing. Otherwise, I look forward to hearing from you on these issues.

Yours sincerely,

DONALD E. HAVILAND, JR.

DEH/jn
cc: Jack Fernandez, Esquire (via facsimile)
Terry Sherman, Esquire (via facsimile)
John E. Keefe, Jr., Esquire (via facsimile)

G:\DEH\WP GENERAL - (200700)\WP - NJ (200701)\Letters\Mustokoff, Michael 003 (re language to be put in court letter).wpd

MUST 0000076
CONFIDENTIAL