# EXHIBIT 5

SEP-21-2005 WED 12:55 PM CLOPPERT LAW          FAX NO. 614 621 6963          P. 06

09/18/2005 14:15 FAX 212 450 5988          DFW 30-51          ☒001

LAW OFFICE          5144459497          07/09/03  11:46am  P. 002

2628/2.31

# Terry K. Sherman
### Trial Attorney

53 West Whittier Street
Columbus, Ohio 43205-2508

Ofc: (614) 444-8800
Fax: (614) 445-0457
Emergency: (614) 439.3542
Website: www.terrykshermanlaw.com

July 9, 2003

William Holland, Deputy Clerk
Office of the Clerk
United States District Court
Clarkson S. Fisher U. S. Court House &
    Federal Bldg.
402 East State Street
Trenton, NJ 08608

RE: International Union of Operating Engineers, Local No. 68
    Welfare Fund v. AstraZeneca Pharmaceuticals, L.P., et al.

Dear Mr. Holland:

The undersigned represents Dr. Robert Berkman, of Columbus, Ohio, in the above-referenced matter which was removed to federal court on Thursday, July 3, 2003. This letter serves as notice that my client, Dr. Robert Berkman, does not consent to the jurisdiction of the federal court in this case pursuant to 28 U.S.C. §1446. Instead, Dr. Berkman desires to have this case proceed in New Jersey State Court, Monmouth County, as originally filed.

Should you have any questions or are in need of any additional information, please do not hesitate to advise.

Very truly yours,

Terry K. Sherman

TKS:kms

cc: David J. Cooner, Esq.
    Donald E. Haviland, Jr., Esq.
    Dr. Robert Berkman

7/9/03

0523300050047

BERK 0000004
CONFIDENTIAL