# EXHIBIT 7

Page: 1  Document Name: Untitled

```
CVM1023              AUTOMATED CASE MANAGEMENT SYSTEM              12/01/05
PAGE: 001 OF 001            DOCUMENT    LIST                       14:49

    VENUE     : MONMOUTH      COURT : GENL EQTY     DOCKET #: C   000193  03
    CASE TITLE : IUOE LOCAL 68 WF FUND VS ASTRA ZENECA PLC ET ALS
------------------------------------------------------------------------------
      DATE     DOC   DOCUMENT    NON     FILING/TARGET   ATTORNEY     MUL DOC
  S   FILED    NUM     TYPE     CONF     PARTY NAME        NAME       PTY STA
------------------------------------------------------------------------------
      06 30 2003 001 COMP JRY DEMAND       IOUE LOCAL 6  LYNCH KEEFE   N
      06 30 2003 002 ORDR SHOW CAUSE       IOUE LOCAL 6  LYNCH KEEFE   N    SP
      07 07 2003 003 NOTICE REMOVAL        ASTRA ZENECA  ATTY REQUIRE  N
```

CV900123 END OF SEARCH
  PF1-DOCUMENT-DETAIL
  PF4=PROMPT  PF6=CONSOLIDATED CASE LIST  PF7=PRIOR  PF8=NEXT  PF22=HELP:
  4-©           1    Sess-1    172.16.1.27             TPAESS01        #§2/8

Name: essex.public - Date: 12/01/2005  Time: 02:49:31 PM