# EXHIBIT 8

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-11503-PBS

International Union of Operating Engineers, Local No. 68 Welfare Fund v. Astrazeneca PLC et al
Assigned to: Judge Patti B. Saris
Lead case: 1:01-cv-12257-PBS  (View Member Cases)
Cause: 28:1132 E.R.I.S.A.

Date Filed: 07/02/2004
Jury Demand: None
Nature of Suit: 791 Labor: E.R.I.S.A.
Jurisdiction: Federal Question

**Plaintiff**

**International Union of Operating Engineers, Local No. 68 Welfare Fund**

represented by **Donald E. Haviland**
Kline & Specter
1800 Chapel Avenue
Suite 302
Cherry Hill, NJ 08002
856-424-9162
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Astrazeneca PLC**


**Defendant**

**Astrazeneca Pharmaceuticals LP**

represented by **David J. Cooner**
McCarter & English, LLP
Four Gateway Center
PO Box 652
Newark, NJ 07101
973-622-4444
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Defendant**

**Astrazeneca LP**


**Defendant**

Zeneca, Inc.

**Defendant**
**TAP Pharmaceutical Products, Inc.**

**Defendant**
**Abbott Laboratories**

**Defendant**
**Takeda Chemical Industries LTD.,**          represented by **Martin F Murphy**
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
617-832-1213
Fax: 617-832-7000
Email: mmurphy@foleyhoag.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Bayer AG**

**Defendant**
**Bayer Corporation**

**Defendant**
**Miles Laboratories, Inc.**

**Defendant**
**Cutter Laboratories**

**Defendant**
**Glaxosmithkline, PLC**

**Defendant**
**SmithKline Beecham**

Corporation

**Defendant**
**Glaxo Wellcome, Inc.**

**Defendant**
**Pharmacia Corporation,**    represented by **Mark D Smith**
Laredo & Smith, LLP
15 Broad St.
Suite 600
Boston, MA 02109
617-367-7984
Fax: 617-367-6475
Email: smith@laredosmith.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Pharmacia & Upjohn**    represented by **Mark D Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Monsanto Company**    represented by **Mark D Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**G.D. Searle Company**    represented by **Mark D Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Sanofi-Synthelabo, Inc.**

**Defendant**
**Johnson & Johnson**

**Defendant**

3

Alza Corporation

**Defendant**
Centocor, Inc.

**Defendant**
Ortho Biotech Inc.

**Defendant**
Alpha Therapeutic Corporation

**Defendant**
Hoffman La-Roche Inc.

**Defendant**
Amgen, Inc.

**Defendant**
Immunex Corporation

**Defendant**
Aventis Pharmaceuticals, Inc.

**Defendant**
Aventis Behring LLC

**Defendant**
Hoechst Marion Roussel, Inc.

**Defendant**
Centeon, LLC

**Defendant**
Armour Pharmaceuticals

4

<u>Defendant</u>
**Baxter International, Inc.**

<u>Defendant</u>
**Baxter Healthcare Corporation**

<u>Defendant</u>
**Immuno-us, Inc.**

<u>Defendant</u>
**Boehringer Ingelheim Corp.**      represented by **William Louis Hurlock**
Sills, Cummis Epstein & Gross, PA
The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
973-643-7000
Email: whurlock@sillscummis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>
**Ben Venue Laboratories, Inc.**      represented by **William Louis Hurlock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>
**Bedford Laboratories**      represented by **William Louis Hurlock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>
**Roxane laboratories, Inc.**      represented by **William Louis Hurlock**
(See above for address)
*LEAD ATTORNEY*

5

*ATTORNEY TO BE NOTICED*

**Defendant**
Bristol-Myers Squibb Company

**Defendant**
Oncology Therapeutics Network Corp.

**Defendant**
Apothecon, Inc.

**Defendant**
Dey, Inc.

**Defendant**
Fujisawa Pharmaceutical, Co., Ltd.

**Defendant**
Fujisawa Healthcare, Inc.

**Defendant**
Fujisawa USA, Inc.

**Defendant**
Novartis International AG

**Defendant**
Novartis Pharmaceuticals Coporation

**Defendant**
Sandoz Pharmaceuticals Corporation

**Defendant**

Schering-Plough Corporation

**Defendant**

Warrick Pharmaceuticals Corporation

**Defendant**

Sicor, Inc.

**Defendant**

Gensia Sicor Pharmaceuticals, Inc.

**Defendant**

Wyeth

**Defendant**

Wyeth Pharmaceuticals

**Defendant**

M.D. Saad Antoun       represented by    **Cindy Dunlap Hinkle**
Duane Morris LLP
51 Haddonfield Road
Suite 340
Cherry Hill, NJ 08002-4810
856-488-7300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

M.D. Stanley C. Hopkins

**Defendant**

M.D. Robert A. Berkman

**Defendant**
**Does 1-50**
*ABC Corporation 1-50, and*
*XYZ Partnerships and*
*Associations 1-50*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/02/2004 | 54 | MDL Case transferred in from District of New Jersey; Case Number 03:03-3230 SRC-JJH., filed by International Union of Operating Engineers, Local No. 68 Welfare Fund. (Attachments: # 1 Original Docket)(Abaid, Kim) (Entered: 07/02/2004) |
| 07/02/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Abaid, Kim) (Entered: 07/02/2004) |
| 08/11/2004 | 55 | MDL Record received from District of New Jersey. (Patch, Christine) (Entered: 08/16/2004) |
| 02/09/2005 | 56 | NOTICE of Scheduling Conference Scheduling Conference set for 4/8/2005 02:15 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 02/10/2005) |
| 04/07/2005 | 57 | NOTICE of Appearance by Martin F. Murphy on behalf of Takeda Chemical Industries LTD., (Murphy, Martin) (Entered: 04/07/2005) |
| 04/07/2005 | 58 | CORPORATE DISCLOSURE STATEMENT by Takeda Chemical Industries LTD.,. (Murphy, Martin) (Entered: 04/07/2005) |
| 04/07/2005 | 59 | CERTIFICATION pursuant to Local Rule 16.1 *(D)(3)* by Novartis Pharmaceuticals Coporation.(Green, Karen) (Entered: 04/07/2005) |
| 04/07/2005 | 60 | CERTIFICATION pursuant to Local Rule 16.1 by Takeda Chemical Industries LTD.,. (Attachments: # 1)(Murphy, Martin) (Entered: 04/07/2005) |
| 04/08/2005 | 61 | CERTIFICATION pursuant to Local Rule 16.1 by Alpha Therapeutic Corporation.(Ryan, David) (Entered: 04/08/2005) |
| 04/08/2005 | 62 | CERTIFICATE OF CONSULTATION *Pursuant to Local Rule 16.1(D)(3)* by Mark D Smith on behalf of Pharmacia |

|            |    |                                                                                                                                                                                                                                                                          |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Corporation,, Pharmacia & Upjohn, Monsanto Company, G.D. Searle Company. (Smith, Mark) (Entered: 04/08/2005)                                                                                                                                                             |
| 04/08/2005 |    | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Scheduling Conference held on 4/8/2005. Court sets schedule for additional briefing. (Court Reporter Deborah Joyce.) (Alba, Robert) Modified on 4/8/2005 (Alba, Robert). (Entered: 04/08/2005) |
| 04/11/2005 | 63 | CERTIFICATION pursuant to Local Rule 16.1 by Sanofi-Synthelabo, Inc..(Hennessey, Colleen) (Entered: 04/11/2005)                                                                                                                                                           |
| 04/11/2005 | 64 | CERTIFICATION pursuant to Local Rule 16.1 by Hoffman La-Roche Inc..(Hennessey, Colleen) (Entered: 04/11/2005)                                                                                                                                                             |
| 04/25/2005 | 65 | Judge Patti B. Saris : ORDER entered. ORDER consolidating cases. All future pleadings will be docketed in civil action number 01-12257-PBS, which has been designated the lead case. (Patch, Christine) (Entered: 05/02/2005)                                             |