# EXHIBIT 9

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:01-cv-12257-PBS

Citizens for Consume, et al v. Abbott
Laboratories,, et al
Assigned to: Judge Patti B. Saris
Referred to: Magistrate Judge Marianne B.
Bowler
Demand: $0
Lead case: 1:01-cv-12257-PBS   (View Member
Cases)
Related Cases: 1:02-cv-10846-PBS
1:02-cv-10847-PBS
1:02-cv-10848-PBS
1:02-cv-10849-PBS
1:02-cv-10850-PBS
1:02-cv-10851-PBS
1:02-cv-10852-PBS
1:02-cv-10853-PBS
1:02-cv-10854-PBS
1:02-cv-10855-PBS
1:02-cv-10856-PBS
1:02-cv-10857-PBS
1:02-cv-10859-PBS
1:02-cv-10860-PBS
1:02-cv-10861-PBS
1:02-cv-10862-PBS
1:02-cv-11257-PBS
1:02-cv-11258-PBS
1:03-cv-10069-PBS
1:02-cv-11259-PBS
1:01-cv-11747-MEL
1:02-cv-11260-PBS
1:02-cv-11261-PBS
1:02-cv-11744-PBS
1:02-cv-11745-PBS
1:02-cv-11746-PBS
1:02-cv-11747-PBS

Date Filed: 12/19/2001
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

<u>1:02-cv-12085-PBS</u>
<u>1:03-cv-11157-PBS</u>
<u>1:03-cv-11227-PBS</u>
<u>1:03-cv-11228-PBS</u>
<u>1:03-cv-11285-PBS</u>
<u>1:03-cv-11529-PBS</u>
<u>1:03-cv-11349-PBS</u>
<u>1:03-cv-11865-PBS</u>
<u>1:03-cv-11350-PBS</u>
<u>1:03-cv-11351-PBS</u>
<u>1:03-cv-11348-PBS</u>
<u>1:05-cv-11935-PBS</u>

Cause: 15:1 Antitrust Litigation

**<u>Consolidated Plaintiff</u>**

**Shirley Geller**                represented by    **Henry H. Rossbacher**
                                                    Rossbacher & Associates
                                                    811 Wilshire Blvd.
                                                    Suite 1650
                                                    Los Angeles, CA 90017-2666
                                                    213-895-6500
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jonathan W. Cuneo**
                                                    Cuneo Law Group
                                                    317 Massachusetts Avenue, N.E.
                                                    Washington, DC 20002
                                                    (202) 789-3960
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Kevin P. Roddy**
                                                    Hagens Berman
                                                    700 S. Flower Street
                                                    Suite 2940
                                                    Los Angeles, CA 90017-4101
                                                    213-330-7150
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Steve W. Berman**
                                                    Hagens Berman Sobol Shapiro
                                                    LLP
                                                    1301 5th Avenue

2

(See above for address)
*LEAD ATTORNEY*

**Robert Alan White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott A. Stempel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dey LP**                          represented by **Neil Merkl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Hudspeth**
Coudert Brothers
1114 Avenue of the Americas
New York, NY 10036
212-626-4400
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip D. Robben**
(See above for address)
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| 04/21/2005 | 1501 | MOTION for Order to to Enter Case Management Order No. 15 by State of Montana, State of Nevada. (Attachments: # 1 Text of Proposed Order Proposed Case Management Order No. 15)(Berman, Steve) (Entered: 04/21/2005) |
| 04/21/2005 | | Filing fee: $ 100, receipt number 63698 regarding Motion for Leave to Appear Pro Hac Vice by Richard M. Cooper and Paul K. Dueffert (Patch, Christine) |

156

| | |
|---|---|
| | (Entered: 04/26/2005) |
| 04/22/2005 | <u>1502</u> NOTICE by All Plaintiffs *Plaintiffs? Notice of Withdrawal of Plaintiffs' Motion to Compel Defendant GlaxoSmithKline, Inc. To Produce Deposition Witnesses* (Sobol, Thomas) (Entered: 04/22/2005) |
| 04/22/2005 | <u>1503</u> MOTION for Order *Case Management Order 15* by All Defendants, and response to <u>1501</u> Motion for Case Management Order 15 (Attachments: # <u>1</u> Text of Proposed Order)(Fowler, Lucy) Modified on 4/25/2005 (Patch, Christine). (Entered: 04/22/2005) |
| 04/25/2005 | Motions terminated: <u>1455</u> MOTION to Compel *Defendant GlaxoSmithKline. Inc. to Produce Deposition Witnesses* filed by All Plaintiffs,. (Patch, Christine) (Entered: 04/25/2005) |
| 04/25/2005 | E-Mail Notice returned as undeliverable. Name of Addressee: Jeremiah Frei-Pearson. Email address was incorrect on docket, but has been updated. (Patch, Christine) (Entered: 04/25/2005) |
| 04/25/2005 | <u>1504</u> Opposition re <u>1486</u> MOTION for Leave to File *Reply Memorandum in Support of Motion to Dismiss Second Amended Master Consolidated Class Action Complaint* filed by All Plaintiffs. (Fountain-Connolly, Jennifer) (Entered: 04/25/2005) |
| 04/25/2005 | <u>1506</u> Judge Patti B. Saris : CASE MANAGEMENT ORDER NO. 15 entered (Patch, Christine) (Entered: 04/27/2005) |
| 04/25/2005 | <u>1511</u> Judge Patti B. Saris : ORDER entered. ORDER consolidating cases(Patch, Christine) (Entered: 05/02/2005) |
| 04/26/2005 | <u>1505</u> NOTICE of Withdrawal of Appearance Attorney Michael R. Costa terminated. (Costa, Michael) (Entered: 04/26/2005) |
| 04/26/2005 | Judge Patti B. Saris : Electronic |

|            |                                                                                                                                                                                                                                                                                                                                                                                               |
|------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            | ORDER entered granting <u>1498</u> Motion to Seal. "Allowed subject to listed condition" (...filing of a redacted version of Defendants' Opposition in the public record, omitting only the names of the third parties) (Patch, Christine) Modified on 4/27/2005 (Patch, Christine). (Entered: 04/27/2005)                                                                                          |
| 04/26/2005 | 1507 MEMORANDUM in Opposition re <u>1412</u> MOTION to Strike *Class Plaintiffs' Motion to Strike Sur-Reply Declaration of Steven J. Young*, <u>1426</u> MOTION for Sanctions *Based on Defendants' Submittal of Sur-Reply Declaration of Steven J. Young* filed by Track 1 Defendants, filed under seal. (Patch, Christine) (Entered: 04/27/2005)                                                  |
| 04/27/2005 | Judge Patti B. Saris : Electronic ORDER entered granting <u>1486</u> Motion for Leave to File Reply Memorandum in Support of Motion to Dismiss the Second Amended Master Consolidated Class Action Complaint. (Patch, Christine) (Entered: 05/03/2005)                                                                                                                                              |
| 04/27/2005 | 1516 REPLY Memorandum in Support of <u>1439</u> MOTION to Dismiss *The Second Amended Master Consolidated Class Action Complaint* filed by B. Braun Medical Inc. (Patch, Christine) (Entered: 05/03/2005)                                                                                                                                                                                          |
| 04/28/2005 | Judge Patti B. Saris : Electronic ORDER entered granting <u>1508</u> Motion for Leave to Appear Pro Hac Vice Added Bruce A. Wessel for Ivax Pharmaceuticals, Inc. and Ivax Corp., Brian D. Ledahl for Ivax Pharmaceuticals, Inc. and Ivax Corp. (Patch, Christine) (Entered: 04/28/2005)                                                                                                           |
| 04/29/2005 | 1509 CORPORATE DISCLOSURE STATEMENT by Genzyme Corporation. (Christofferson, Eric) (Entered: 04/29/2005)                                                                                                                                                                                                                                                                                          |

| | | |
|---|---|---|
| 04/29/2005 | <u>1510</u> | CORPORATE DISCLOSURE STATEMENT by Eisai, Inc.. (Thomas, E.) (Entered: 04/29/2005) |
| 05/02/2005 | <u>1512</u> | STATUS REPORT *State of California's and Relator's Status Report May 2, 2005* by State of California. (Frankel, Brian) (Entered: 05/02/2005) |
| 05/02/2005 | <u>1513</u> | MOTION for Leave to Appear Pro Hac Vice by Brennan J. Torregrossa by SmithKline Beecham Corporation. (Attachments: # <u>1</u> Affidavit Affidavit of Brennan J. Torregrossa)(Kosto, Seth) (Entered: 05/02/2005) |
| 05/02/2005 | <u>1514</u> | STATUS REPORT *Status Report May 1, 2005* by All Plaintiffs, All Defendants. (Sobol, Thomas) (Entered: 05/02/2005) |
| 05/02/2005 | <u>1515</u> | STATUS REPORT by Suffolk County (NY), County of Rockland, County of Westchester, County of Onondaga, The City of New York. (Cicala, Joanne) (Entered: 05/02/2005) |
| 05/03/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Motion hearing held on 5/3/2005; <u>1315</u> Motion to Compel *Defendant GlaxoSmithKline, INC. to Produce Rule 30(b)(6) Witnesses* filed by All Plaintiffs, <u>1318</u> First Motion to Compel *and for Finding that Documents and Testimony Related to AstraZeneca's Pricing, Marketing and Sales of its Products are not Protected by the Attorney-Client Privilege* filed by All Plaintiffs and <u>1459</u> MOTION for Discovery *Renewing Second Motion to Compel Schering-Plough Corporation* filed by Suffolk County (NY); The court hears argument on docket entry ## 1315 and 1459; Pltfs'. counsel states that pltfs'. counsel who is to argue docket entry # 1318 is not present for this hearing; Court addresses the parties and states that a notice was sent to all parties indicating the motions that |

|            |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             |
| ---------- | ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|            | would be heard today and informs the defts. of their right to file a motion for cost; A ruling is made for docket entry ## 1315 and 1459 in open court. (Court reporter: Carol Scott) (Saccoccio, Dianalynn) (Entered: 05/03/2005)                                                                                                                                                                                                                                                             |
| 05/03/2005 | 1517 NOTICE of Rejection of Filing re Supplemental Brief in Support of Motion for Remand by Plaintiff sent to Terrianne Benedetto. (Patch, Christine) (Entered: 05/03/2005)                                                                                                                                                                                                                                                                                                                   |
| 05/03/2005 | 1518 NOTICE of Rejection of Filing re: Local Rule 16.1(D)(3) Certification sent to S. Craig Holden. (Patch, Christine) (Entered: 05/03/2005)                                                                                                                                                                                                                                                                                                                                                  |
| 05/03/2005 | 1519 NOTICE by County of Rockland, County of Westchester, County of Onondaga, The City of New York (Cicala, Joanne) (Entered: 05/03/2005)                                                                                                                                                                                                                                                                                                                                                     |
| 05/03/2005 | Judge Marianne B. Bowler: Electronic ORDER entered denying 1315 Motion to Compel, without prejudice to be renewed after the completion of the depositions Robinson and Hopewell, which are scheduled for May 10 and May 26, 2005, if there is a further showing of need and denying 1459 Motion for Discovery. (Bowler, Marianne) (Entered: 05/03/2005)                                                                                                                                          |
| 05/03/2005 | 1520 Assented to MOTION for Hearing re 1318 First MOTION to Compel *and for Finding that Documents and Testimony Related to AstraZeneca's Pricing, Marketing, and Sales of its Products are not Protected by the Attorney-Client Privilege* by All Plaintiffs.(Fountain-Connolly, Jennifer) (Entered: 05/03/2005)                                                                                                                                                                                |
| 05/03/2005 | Filing fee: $ 50.00, receipt number 63928 regarding Motion for Leave to Appear Pro Hac Vice by Brennan J. Torregrossa (Patch, Christine) (Entered: 05/04/2005)                                                                                                                                                                                                                                                                                                                                |
| 05/04/2005 | Judge Marianne B. Bowler: Electronic                                                                                                                                                                                                                                                                                                                                                                                                                                                         |

| | |
|---|---|
| | ORDER entered granting <u>1520</u> Motion for Hearing. The hearing is set for May 17, 2005 at 10:00 a.m. No additional notice will be sent to the parties. (Bowler, Marianne) (Entered: 05/04/2005) |
| 05/04/2005 | Judge Patti B. Saris : Electronic ORDER entered granting <u>1513</u> Motion for Leave to Appear Pro Hac Vice Added Brennan J. Torregrossa for SmithKline Beecham Corporation (Patch, Christine) (Entered: 05/04/2005) |
| 05/06/2005 | <u>1521</u> Assented to MOTION for Extension of Time to June 15, 2005 to File Consolidated Complaint by County of Rockland, County of Westchester, County of Onondaga.(Cicala, Joanne) (Entered: 05/06/2005) |
| 05/06/2005 | <u>1522</u> MEMORANDUM OF LAW by Astrazeneca Pharmaceuticals LP in Opposition to <u>1585</u> Motion to Remand (Attachments: # <u>1</u> Affidavit Fowler Declaration# <u>2</u> Exhibit Exhibits 1 through 3# <u>3</u> Exhibit Exhibit 4# <u>4</u> Exhibit Exhibits 5 and 6# <u>5</u> Exhibit Exhibit 7)(Fowler, Lucy) Modified on 7/8/2005 (Patch, Christine). (Entered: 05/06/2005) |
| 05/09/2005 | <u>1523</u> NOTICE of Appearance by Rheba Rutkowski on behalf of Takeda Pharmaceuticals North America, Inc. (Rutkowski, Rheba) (Entered: 05/09/2005) |
| 05/09/2005 | <u>1524</u> CORPORATE DISCLOSURE STATEMENT by Takeda Pharmaceuticals North America, Inc.. (Rutkowski, Rheba) (Entered: 05/09/2005) |
| 05/09/2005 | <u>1525</u> MOTION for Leave to Appear Pro Hac Vice by Takeda Pharmaceuticals North America, Inc..(Rutkowski, Rheba) Additional attachment(s) added on 5/10/2005 (Patch, Christine). (Entered: |

|            |      |                                                                                                                                                                          |
|------------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |      | 05/09/2005)                                                                                                                                                               |
| 05/09/2005 | 1526 | NOTICE of Appearance by Thomas J. Hennessey on behalf of Takeda Pharmaceuticals North America, Inc. (Hennessey, Thomas) (Entered: 05/09/2005)                             |
| 05/09/2005 | 1527 | NOTICE of Appearance by Brandon L. Bigelow on behalf of Takeda Pharmaceuticals North America, Inc. (Bigelow, Brandon) (Entered: 05/09/2005)                               |
| 05/09/2005 | 1528 | NOTICE of Appearance by Rheba Rutkowski on behalf of Takeda Pharmaceutical Company, Limited (Rutkowski, Rheba) (Entered: 05/09/2005)                                      |
| 05/09/2005 | 1529 | MOTION for Leave to Appear Pro Hac Vice by Takeda Pharmaceutical Company, Limited.(Rutkowski, Rheba) Additional attachment(s) added on 5/10/2005 (Patch, Christine). (Entered: 05/09/2005) |
| 05/09/2005 | 1530 | NOTICE of Appearance by Thomas J. Hennessey on behalf of Takeda Pharmaceutical Company, Limited (Hennessey, Thomas) (Entered: 05/09/2005)                                 |
| 05/09/2005 | 1531 | NOTICE of Appearance by Brandon L. Bigelow on behalf of Takeda Pharmaceutical Company, Limited (Bigelow, Brandon) (Entered: 05/09/2005)                                   |
| 05/09/2005 | 1532 | Assented to MOTION for Leave to Appear Pro Hac Vice by Monica Lamb by Astrazeneca Pharmaceuticals LP.(Fowler, Lucy) (Entered: 05/09/2005)                                  |
| 05/09/2005 |      | Filing fee: $ 150.00, receipt number 64110 regarding Motion for Leave to Appear Pro Hac Vice by Robert R. Stauffer, Anthony C. Porcelli, and Nada Djordjevic (Patch, Christine) (Entered: 05/11/2005) |

162

| | |
|---|---|
| 05/09/2005 | Filing fee: $ 50.00, receipt number 64109 regarding Motion for Leave to Appear Pro Hac Vice by Monica Lamb (Patch, Christine) (Entered: 05/11/2005) |
| 05/09/2005 | Filing fee: $ 150.00, receipt number 64100 regarding Motion for Leave to Appear Pro Hac Vice by Robert R. Stauffer, Anthony C. Porcelli, and Nada Djordjevic (Patch, Christine) (Entered: 05/12/2005) |
| 05/09/2005 | 1539 MOTION for Waiver of Electronic Filing Pertaining to Supplemental Brief in Support of Motion for Remand by International Union of Operating Engineers, Local No. 68 Welfare Fund.(Patch, Christine) (Entered: 05/19/2005) |
| 05/10/2005 | Judge Marianne B. Bowler: Electronic ORDER entered granting 1525 Motion for Leave to Appear Pro Hac Vice; granting 1529 Motion for Leave to Appear Pro Hac Vice and granting 1532 Motion for Leave to Appear Pro Hac Vice. (Bowler, Marianne) (Entered: 05/10/2005) |
| 05/10/2005 | 1533 AMENDED DOCUMENT by Hoffman La-Roche Inc.. Amendment to [237] Document disclosure *pursuant to Local Rule 7.3*. (Hennessey, Colleen) (Entered: 05/10/2005) |
| 05/10/2005 | 1534 AMENDED DOCUMENT by Sanofi-Synthelabo, Inc.. Amendment to 536 Corporate Disclosure Statement *pursuant to Local Rule 7.3*. (Hennessey, Colleen) (Entered: 05/10/2005) |
| 05/10/2005 | Judge Patti B. Saris : Electronic ORDER entered granting 1521 Motion for Extension of Time to File Consolidated Complaint to on or before June 15, 2005. (Patch, Christine) (Entered: 05/13/2005) |
| 05/12/2005 | 1540 CERTIFICATION pursuant to Local |

|  |  |  |
|---|---|---|
|  |  | Rule 16.1 by Wyeth.(Patch, Christine) (Entered: 05/19/2005) |
| 05/16/2005 | 1535 | MOTION to Substitute Attorney by Takeda Pharmaceutical Company, Limited.(Bigelow, Brandon) (Entered: 05/16/2005) |
| 05/17/2005 |  | Judge Marianne B. Bowler: Electronic ORDER entered granting 1535 Motion to Substitute Attorney. (Bowler, Marianne) (Entered: 05/17/2005) |
| 05/17/2005 |  | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Motion hearing held on 5/17/2005; 1318 First Motion to Compel *and for Finding that Documents and Testimony Related to AstraZeneca's Pricing, Marketing, and Sales of its Products are not Protected by the Attorney-Client Privilege* filed by All Plaintiffs; The court hears argument on the motion and orders deft. AstraZeneca to produce an affidavit within 14 days of today. (Court Reporter Teri Gibson.) (Saccoccio, Dianalynn) (Entered: 05/17/2005) |
| 05/18/2005 | 1536 | NOTICE of Appearance by Colleen M. Hennessey on behalf of UCB Pharma (Hennessey, Colleen) (Entered: 05/18/2005) |
| 05/18/2005 | 1537 | CORPORATE DISCLOSURE STATEMENT by UCB Pharma. (Hennessey, Colleen) (Entered: 05/18/2005) |
| 05/18/2005 | 1538 | TRANSCRIPT of Case Management Conference held on April 8, 2005 before Judge Saris. Court Reporter: Debra M. Joyce. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-4410 or the Clerk's Office. (Scalfani, Deborah) (Entered: 05/18/2005) |

| | | |
|---|---|---|
| 05/23/2005 | 1541 | MOTION for Protective Order by B. Braun Medical Inc.. (Attachments: # 1 Text of Proposed Order)(Attridge, Daniel) (Entered: 05/23/2005) |
| 05/23/2005 | 1542 | MEMORANDUM in Support re 1541 MOTION for Protective Order filed by B. Braun Medical Inc.. (Attachments: # 1 Exhibit A-D)(Attridge, Daniel) (Entered: 05/23/2005) |
| 05/24/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 1539 Motion for Waiver of Electronic Filing. " However, Local 68 shall comply as soon as possible." (Patch, Christine) (Entered: 05/24/2005) |
| 05/31/2005 | 1543 | AFFIDAVIT of Stuart Fullerton *pursuant to Order dated May 17, 2005* by Astrazeneca Pharmaceuticals LP. (Fowler, Lucy) (Entered: 05/31/2005) |
| 06/01/2005 | 1544 | NOTICE of Rejection of Filing re: Affidavits of Service sent to Logan Morris. (Patch, Christine) (Entered: 06/01/2005) |
| 06/01/2005 | 1545 | STATUS REPORT *Status Report June 1, 2005* by All Plaintiffs, All Defendants. (Sobol, Thomas) (Entered: 06/01/2005) |
| 06/01/2005 | 1546 | STATUS REPORT by Suffolk County (NY), County of Rockland, County of Westchester, The City of New York, County of Onondaga. (Cicala, Joanne) (Entered: 06/01/2005) |
| 06/01/2005 | 1547 | STATUS REPORT *State of California and Relator's Status Report June 1, 2005* by State of California. (Frankel, Brian) (Entered: 06/01/2005) |
| 06/02/2005 | | NOTICE of Hearin; 1316 Plaintiffs'Motion to Compel *Defendant GlaxoSmithKline, Inc. to Produce Documents in the Manner Required by Rule 34(b)*: Motion hearing set for 6/27/2005 at 10:00 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) |

|            |      | (Entered: 06/02/2005) |
|------------|------|------------------------|
| 06/02/2005 | 1548 | Supplemental BRIEF in Support of 1585 Motion for Remand by International Union of Operating Engineers, Local No. 68 Welfare Fund. (Patch, Christine) Modified on 7/8/2005 (Patch, Christine). (Entered: 06/02/2005) |
| 06/06/2005 | 1549 | Opposition re 1541 MOTION for Protective Order *Plaintiffs' Memorandum in Opposition to Defendant B. Braun Medical Inc.'s Motion for Protective Order Staying Discovery Pending Resolution of its Motion to Dismiss* filed by All Plaintiffs. (Sobol, Thomas) (Entered: 06/06/2005) |
| 06/07/2005 | 1550 | Judge Patti B. Saris: ORDER entered REFERRING 1439 MOTION to Dismiss *The Second Amended Master Consolidated Class Action Complaint* filed by B. Braun Medical Inc., to Magistrate Judge Marianne B. Bowler, for Report and Recommendation.(Alba, Robert) (Entered: 06/07/2005) |
| 06/09/2005 | 1551 | AFFIDAVIT of Service of Complaint Filed by County of Rockland, County of Westchester, The City of New York, County of Onondaga. (Cicala, Joanne) (Entered: 06/09/2005) |
| 06/10/2005 | 1552 | MOTION to Compel *Depositions and for Sanctions Against Defendant Aventis, Inc.* by All Plaintiffs.(Sobol, Thomas) (Entered: 06/10/2005) |
| 06/10/2005 | 1553 | MOTION for Leave to File *A Reply Memorandum In Support of Motion for Protective Order* by B. Braun Medical Inc.. (Attachments: # 1 Exhibit B. Braun Medical Inc.'s Reply Memorandum In Support of Its Motion for Protective Order# 2 Text of Proposed Order [Proposed] Order Granting B. Braun Medical, Inc.'s Motion for Leave to File A |

|            |                                                                                                                                                                                                                                                                                                              |
| ---------- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------ |
|            | Reply)(Attridge, Daniel) (Entered: 06/10/2005)                                                                                                                                                                                                                                                                |
| 06/14/2005 | NOTICE of Hearing on Motion; 1439 B. Braun Medical Inc.'s Motion to Dismiss *The Second Amended Master Consolidated Class Action Complaint*: Motion hearing set for 7/14/2005 at 10:30 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 06/14/2005)              |
| 06/14/2005 | 1554 MOTION for Leave to Appear Pro Hac Vice by Robert M. Smith by Aventis Pharmaceuticals Inc.. (Attachments: # 1 Exhibit Certificate of Good Standing# 2 Text of Proposed Order)(Glynn, David) (Entered: 06/14/2005)                                                                                          |
| 06/14/2005 | 1555 MOTION for Protective Order *Filed by Sicor Pharmaceuticals Inc. and* by Sicor, Inc..(Hack, Elizabeth) (Entered: 06/14/2005)                                                                                                                                                                              |
| 06/14/2005 | 1556 MEMORANDUM in Support re 1555 MOTION for Protective Order *Filed by Sicor Pharmaceuticals Inc. and* filed by Sicor, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Hack, Elizabeth) (Entered: 06/14/2005)                                                                       |
| 06/14/2005 | Filing fee: $ 50.00, receipt number 64983 regarding Motion for Leave to Appear Pro Hac Vice by Robert Smith (Patch, Christine) (Entered: 06/16/2005)                                                                                                                                                           |
| 06/15/2005 | Judge Marianne B. Bowler: Electronic ORDER entered granting 1553 Motion for Leave to File and granting 1554 Motion for Leave to Appear Pro Hac Vice. (Bowler, Marianne) (Entered: 06/15/2005)                                                                                                                  |
| 06/15/2005 | 1558 Judge Patti B. Saris : ORDER entered. ORDER consolidating cases(Patch, Christine) (Entered: 06/16/2005)                                                                                                                                                                                                  |
| 06/15/2005 | 1563 MOTION for Leave to File Consolidated Complaint and Exhibits                                                                                                                                                                                                                                             |

|            |      |                                                                                                                                                                                                                                                                                                  |
|------------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |      | Under Seal, by the New York Counties. (Attachments: # 1 Exhibit Proposed Order Granting Motion to File under Seal)(Patch, Christine) (Entered: 06/21/2005)                                                                                                                                         |
| 06/16/2005 | 1557 | Judge Patti B. Saris: ORDER entered REFERRING 1187 MOTION to Dismiss *State of Montana's Second Amended Complaint and State of Nevada's Amended Complaint, with supporting Memorandum and Declaration,* filed by Watson Pharmaceuticals, Inc., to Magistrate Judge Marianne B. Bowler(Alba, Robert) (Entered: 06/16/2005) |
| 06/16/2005 | 1559 | NOTICE by All Plaintiffs *Amended Notice of Rule 30(b)(6) Deposition* (Sobol, Thomas) (Entered: 06/16/2005)                                                                                                                                                                                       |
| 06/17/2005 | 1560 | NOTICE by All Plaintiffs *Amended Notice of 30(b)(6) Deposition of Defendants Schering-Plough Group and Warrick Pharmaceutical Corporation Regarding Sales Datasets and Data Systems* (Sobol, Thomas) (Entered: 06/17/2005)                                                                        |
| 06/17/2005 | 1561 | Withdrawal of motion: 1316 MOTION to Compel *Defendant GlaxoSmithKline, Inc. to Produce Documents in the Manner Required by Rule 34(b)* filed by All Plaintiffs,... (Sobol, Thomas) (Entered: 06/17/2005)                                                                                          |
| 06/17/2005 | 1562 | NOTICE by All Plaintiffs *Class Plaintiffs' Notice of Supplemental Authority in Support of Their Opposition to B. Braun Medical, Inc.'s Motion to Dismiss the Second Amended Master Consolidated Class Action Complaint* (Attachments: # 1 Exhibit)(Fountain Connolly, Jennifer) (Entered: 06/17/2005) |
| 06/22/2005 |      | Judge Patti B. Saris : Electronic ORDER entered denying 1563 Motion for Leave to File Consolidated Complaint under Seal. "The party that                                                                                                                                                           |

168

|            |                                                                                                                                                                                                                                                                                                  |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            | seeks an order sealing a complaint because of confidential information has the burden of demonstrating good cause. Any defendant seeking a redaction shall file an affidavit within 10 days." (Patch, Christine) (Entered: 06/23/2005)                                                              |
| 06/23/2005 | Remark: The hearing set for 6/27/2005 on docket entry # 1316 has been canceled as the motion has been withdrawn. (Saccoccio, Dianalynn) (Entered: 06/23/2005)                                                                                                                                     |
| 06/23/2005 | E-Mail Notice returned as undeliverable. Name of Addressee: Jane Ann Neiswender. Attorney Neiswender no longer at firm; terminated from docket. (Patch, Christine) (Entered: 06/23/2005)                                                                                                           |
| 06/24/2005 | 1564 MOTION to Compel *Plaintiffs' Motion to Compel Defendants, Dey, Inc. and Dey, L.P., to Produce Documents in the Manner Required by Federal Rule of Civil Procedure 34(b) and to Produce its Optical Character Recognition for Electronic Documents* by All Plaintiffs.(Sobol, Thomas) (Entered: 06/24/2005) |
| 06/24/2005 | 1565 Opposition re 1552 MOTION to Compel *Depositions and for Sanctions Against Defendant Aventis, Inc.* filed by Aventis Pharmaceuticals Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Errata H)(DeMarco, Michael) (Entered: 06/24/2005) |
| 06/27/2005 | NOTICE of Hearing on Motion; 1552 Plaintiff's Motion to Compel *Depositions and for Sanctions Against Defendant Aventis, Inc.*: Motion hearing set for 7/14/2005 at 10:30 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 06/27/2005) |

| | | |
|---|---|---|
| 06/28/2005 | 1566 | MOTION to Remand *Based Upon Defendants Failure to File Supplemental Briefing* by International Union of Operating Engineers, Local No. 68 Welfare Fund.(Haviland, Donald) (Entered: 06/28/2005) |
| 06/28/2005 | 1567 | BRIEF by B. Braun Medical Inc. to 1562 Notice (Other), Notice (Other) *B. Braun Medical Inc.'s Response to Plaintiffs' Notice of Supplemental Authority.* (Attachments: # 1)(Attridge, Daniel) (Entered: 06/28/2005) |
| 06/28/2005 | 1568 | RESPONSE to Motion re 1555 MOTION for Protective Order *Filed by Sicor Pharmaceuticals Inc. and* filed by All Plaintiffs. (Sobol, Thomas) (Entered: 06/28/2005) |
| 06/28/2005 | 1569 | NOTICE of Change of Address by Scott A. Birnbaum (Birnbaum, Scott) (Entered: 06/28/2005) |
| 06/29/2005 | 1570 | MOTION to Withdraw *Plaintiff's Motion for Immediate Disposition on Plaintiff's Motion for Remand Based Upon Defendant's Failure to File Supplemental Briefing* by International Union of Operating Engineers, Local No. 68 Welfare Fund.(Haviland, Donald) (Entered: 06/29/2005) |
| 06/29/2005 | 1571 | Letter to Christine Patch from David D. Fauvre regarding pro hac admission of Jonathan L. Stern. (Patch, Christine) (Entered: 06/29/2005) |
| 06/29/2005 | 1572 | MOTION for Leave to Appear Pro Hac Vice by Jonathan L. Stern Filing fee $ 50. by Endo Pharmaceuticals, Inc. Please note: this was originally filed on 1/4/05, but never rec'd for docketing. Was received and processed by cashier. (Patch, Christine) (Entered: 06/29/2005) |
| 06/29/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 1572 Motion for Leave to Appear Pro Hac Vice Added Jonathan L. Stern for Endo |

|            |      | Pharmaceuticals, Inc. (Patch, Christine) (Entered: 06/29/2005) |
|------------|------|---|
| 06/29/2005 | 1577 | Withdrawal of motion: 1566 MOTION to Remand *Based Upon Defendants Failure to File Supplemental Briefing* filed by International Union of Operating Engineers, Local No. 68 Welfare Fund. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 07/06/2005) |
| 06/30/2005 | 1573 | NOTICE by All Plaintiffs *Notice of Depositions to Scherling-Plough Group* (Sobol, Thomas) (Entered: 06/30/2005) |
| 07/01/2005 | 1187 | NOTICE of Hearing on Motion; 1187 Watson Pharmaceuticals, Inc.'s Motion to Dismiss *State of Montana's Second Amended Complaint and State of Nevada's Amended Complaint, with supporting Memorandum and Declaration*: Motion hearing set for 7/14/2005 at 10:30 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 07/01/2005) |
| 07/01/2005 | 1574 | STATUS REPORT *Status Report July 1, 2005* by All Plaintiffs, All Defendants. (Sobol, Thomas) (Entered: 07/01/2005) |
| 07/01/2005 | 1575 | STATUS REPORT *July 1, 2005* by State of California. (Frankel, Brian) (Entered: 07/01/2005) |
| 07/05/2005 | 1576 | STATUS REPORT *July 1, 2005* by The City of New York and Captioned New York Counties. (Cicala, Joanne) (Entered: 07/05/2005) |
| 07/06/2005 |      | Documents terminated: 1570 MOTION to Withdraw *Plaintiff's Motion for Immediate Disposition on Plaintiff's Motion for Remand Based Upon Defendant's Failure to File Supplemental Briefing* filed by International Union of Operating Engineers, Local No. 68 Welfare Fund,. (Patch, Christine) (Entered: |

| | | |
|---|---|---|
| | | 07/06/2005) |
| 07/06/2005 | | Notice of correction to docket made by Court staff. Correction: Document No. 1570 terminated because it was filed using the wrong event. Please see Document NO. 1577 for corrected filing (Patch, Christine) (Entered: 07/06/2005) |
| 07/06/2005 | 1578 | MOTION for Leave to File *Reply to Plaintiffs' Response to Sicor's Motion for Protective Order* by Sicor, Inc..(Hack, Elizabeth) (Entered: 07/06/2005) |
| 07/06/2005 | 1579 | REPLY to Response to Motion re 1578 MOTION for Leave to File *Reply to Plaintiffs' Response to Sicor's Motion for Protective Order* filed by Sicor, Inc.. (Hack, Elizabeth) (Entered: 07/06/2005) |
| 07/06/2005 | 1580 | MOTION for Leave to File *Reply to Plaintiffs' Response to Sicor's Motion for Protective Order* by Sicor, Inc..(Hack, Elizabeth) Additional attachment(s) added on 7/7/2005 (Patch, Christine). (Entered: 07/06/2005) |
| 07/06/2005 | 1581 | MOTION to Set Aside *Motion for Leave to Set Aside the Ten Deposition Limit with Respect to Defendant AstraZeneca* by All Plaintiffs. (Attachments: # 1 Exhibit 1)(Fountain Connolly, Jennifer) (Entered: 07/06/2005) |
| 07/06/2005 | 1582 | MOTION for Leave to File *Under Seal* by All Plaintiffs.(Fountain Connolly, Jennifer) (Entered: 07/06/2005) |
| 07/06/2005 | 1583 | Consent MOTION for Extension of Time to 07/25/2005 to Oppose motion to compel by Dey, Inc., Dey LP. (Attachments: # 1 Text of Proposed Order Proposed Scheduling Order)(Robben, Philip) (Entered: 07/06/2005) |
| 07/07/2005 | | Documents terminated: 1578 MOTION |

172

|  |  |  |
|---|---|---|
|  |  | for Leave to File *Reply to Plaintiffs' Response to Sicor's Motion for Protective Order* filed by Sicor, Inc... (Patch, Christine) (Entered: 07/07/2005) |
| 07/07/2005 |  | Notice of correction to docket made by Court staff. Correction: Document No. 1578 terminated because it was incorrectly filed (Patch, Christine) (Entered: 07/07/2005) |
| 07/07/2005 |  | Documents terminated: 1579 Reply to Response to Motion filed by Sicor, Inc.,. (Patch, Christine) (Entered: 07/07/2005) |
| 07/07/2005 |  | Notice of correction to docket made by Court staff. Correction: Document No. 1579 terminated because it should have been filed as an attachment to Document No. 1580 (Patch, Christine) (Entered: 07/07/2005) |
| 07/07/2005 |  | Judge Marianne B. Bowler: Electronic ORDER entered granting 1583 Motion for Extension of Time. (Bowler, Marianne) (Entered: 07/07/2005) |
| 07/07/2005 | 1584 | Joint MOTION to Modify June 23, 2005 Order by Bristol-Myers Squibb Company. (Attachments: # 1 Text of Proposed Order for Modification of June 23, 2005 Order)(Haviland, Joseph) (Entered: 07/07/2005) |
| 07/07/2005 | 1587 | CERTIFICATE OF SERVICE by All Plaintiffs. (Patch, Christine) (Entered: 07/11/2005) |
| 07/08/2005 | 1585 | MOTION to Remand by International Union of Operating Engineers, Local No. 68 Welfare Fund. Please note: motion was originally filed in New Jersey on 7/9/03. (Patch, Christine) (Entered: 07/08/2005) |
| 07/08/2005 | 1586 | Judge Patti B. Saris : ORDER entered Modifying June 23, 2005 Order.(Patch, Christine) (Entered: 07/11/2005) |
| 07/08/2005 |  | Motions terminated: 1584 Joint |

|            |      |                                                                                                                                                                                                                                                                                                                                                       |
|------------|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |      | MOTION to Modify June 23, 2005 Order filed by Bristol-Myers Squibb Company.. (Patch, Christine) (Entered: 07/11/2005)                                                                                                                                                                                                                                    |
| 07/08/2005 | 1589 | MOTION to Seal by Track 1 Defendants.(Patch, Christine) (Entered: 07/12/2005)                                                                                                                                                                                                                                                                           |
| 07/11/2005 | 1588 | CERTIFICATE OF CONSULTATION re 1580 MOTION for Leave to File *Reply to Plaintiffs' Response to Sicor's Motion for Protective Order per Local Rule 7.1(a)(2) to accompany previously filed motion* by Elizabeth I. Hack on behalf of Sicor, Inc.. (Hack, Elizabeth) (Entered: 07/11/2005)                                                                  |
| 07/13/2005 | 1590 | MOTION to Withdraw 1552 MOTION to Compel *Depositions and for Sanctions Against Defendant Aventis, Inc.* by All Plaintiffs.(Sobol, Thomas) (Entered: 07/13/2005)                                                                                                                                                                                         |
| 07/13/2005 |      | Judge Marianne B. Bowler: Electronic ORDER entered granting 1590 Motion to Withdraw. (Bowler, Marianne) (Entered: 07/13/2005)                                                                                                                                                                                                                            |
| 07/14/2005 |      | Judge Marianne B. Bowler: Electronic ORDER entered granting 1582 Motion for Leave to File. (Bowler, Marianne) (Entered: 07/14/2005)                                                                                                                                                                                                                      |
| 07/14/2005 |      | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Motion hearing held on 7/14/2005; 1439 Motion to Dismiss *The Second Amended Master Consolidated Class Action Complaint* filed by B. Braun Medical Inc. and 1187 Motion to Dismiss *State of Montana's Second Amended Complaint and State of Nevada's Amended Complaint, with supporting Memorandum and Declaration,* filed by Watson Pharmaceuticals, Inc.; The court hears argument on the motions and takes the matters under advisement.(Court Reporter Judith Twomey.)(Saccoccio, |

174

|  |  |
|---|---|
|  | Dianalynn) (Entered: 07/14/2005) |
| 07/14/2005 | 1591 MEMORANDUM in Support re 1026 MOTION to Certify Class *[Redacted Version] Plaintiffs' Memorandum in Support of Class Certification* filed by All Plaintiffs. (Berman, Steve) (Entered: 07/14/2005) |
| 07/18/2005 | 1592 MOTION for Leave to Appear Pro Hac Vice by Robert Lopez by All Plaintiffs.(Sobol, Thomas) (Entered: 07/18/2005) |
| 07/18/2005 | 1593 MOTION to Compel *The Supplementation of AstraZeneca's Privilege Logs or, In the Alternative, to Compel the Production of Inadequately Described Documents* by All Plaintiffs.(Wexler, Kenneth) (Entered: 07/18/2005) |
| 07/18/2005 | 1594 MEMORANDUM in Support re 1593 MOTION to Compel *The Supplementation of AstraZeneca's Privilege Logs or, In the Alternative, to Compel the Production of Inadequately Described Documents* filed by All Plaintiffs. (Wexler, Kenneth) (Entered: 07/18/2005) |
| 07/18/2005 | 1595 MOTION for Leave to File *Under Seal* by All Plaintiffs.(Wexler, Kenneth) (Entered: 07/18/2005) |
| 07/19/2005 | Judge Marianne B. Bowler: Electronic ORDER entered granting 1592 Motion for Leave to Appear Pro Hac Vice. (Bowler, Marianne) (Entered: 07/19/2005) |
| 07/19/2005 | Judge Marianne B. Bowler : Electronic ORDER entered granting 1595 Motion for Leave to File (Bowler, Marianne) (Entered: 07/19/2005) |
| 07/19/2005 | Motions terminated: 1552 MOTION to Compel *Depositions and for Sanctions Against Defendant Aventis, Inc.* filed by All Plaintiffs,. (Patch, Christine) (Entered: 07/19/2005) |

| | | |
|---|---|---|
| 07/19/2005 | 1617 | EXHIBITS 1 to 3 of 1594 Memorandum in Support of Motion to Compel the Supplementation of Astrazenca's Privilege Logs or, in the Alternative, to Compel the Production of Inadequately Described Documents by All Plaintiffs. (Patch, Christine) (Entered: 07/28/2005) |
| 07/19/2005 | 1618 | EXHIBITS 4 to 18 in Support of 1594 Memorandum in Support of Motion to Compel the Supplementation of Astrazenca's Privilege Logs or, in the Alternative, to Compel the Production of Inadequately Described Documents by All Plaintiffs. (Patch, Christine) (Entered: 07/28/2005) |
| 07/19/2005 | 1619 | APPENDICES A to I of 1594 Memorandum in Support of Motion to Compel the Supplementation of Astrazenca's Privilege Logs or, in the Alternative, to Compel the Production of Inadequately Described Documents by All Plaintiffs. (Patch, Christine) (Entered: 07/28/2005) |
| 07/20/2005 | 1596 | NOTICE by Astrazeneca Pharmaceuticals LP *of Supplemental Authority* (Attachments: # 1 Exhibit A)(Fowler, Lucy) (Entered: 07/20/2005) |
| 07/20/2005 | 1597 | MOTION to Compel *Disclosure by Plaintiffs and for Extension of Time to Comply with July 8, 2005 Order* by All Defendants.(Fowler, Lucy) (Entered: 07/20/2005) |
| 07/20/2005 | 1598 | MEMORANDUM in Opposition re 1581 MOTION to Set Aside *Motion for Leave to Set Aside the Ten Deposition Limit with Respect to Defendant AstraZeneca* filed by Astrazeneca Pharmaceuticals LP. (Attachments: # 1 Lawson Declaration# 2 Exhibit 1 through 3# 3 Exhibit 4 through 6)(Fowler, Lucy) (Entered: 07/20/2005) |
| 07/20/2005 | 1599 | Judge Patti B. Saris : ORDER entered. |

176

|  |  |  |
|---|---|---|
|  |  | ORDER consolidating cases(Patch, Christine) (Entered: 07/20/2005) |
| 07/20/2005 |  | Judge Patti B. Saris : Electronic ORDER entered granting 1589 Motion to Seal (Patch, Christine) (Entered: 07/22/2005) |
| 07/20/2005 | 1609 | MOTION to Supplement the Record with Evidence Recently Made Available and Highly Relevant to the Court's Class Certification Decision by All Defendants.(Patch, Christine) (Entered: 07/22/2005) |
| 07/20/2005 |  | Judge Patti B. Saris : Electronic ORDER entered granting 1609 Motion to Supplement the Record with Evidence Recently Made Available and Highly Relevant to the Court's Class Certification Decision (Patch, Christine) (Entered: 07/22/2005) |
| 07/20/2005 | 1610 | APPENDIX (Vol. I of II) in Support of 1609 MOTION to Supplement the Record with Evidence Recently Made Available and Highly Relevant to the Court's Class Certification Decision by All Defendants. (Patch, Christine) (Entered: 07/22/2005) |
| 07/20/2005 | 1611 | APPENDIX (Vol. II of II) in support of 1609 MOTION to Supplement the Record with Evidence Recently Made Available and Highly Relevant to the Court's Class Certification Decision by All Defendants. (Patch, Christine) (Entered: 07/22/2005) |
| 07/20/2005 |  | Filing fee: $ 50.00, receipt number 65704 regarding Motion for Leave to Appear Pro Hac Vice by Robert Lopez (Patch, Christine) (Entered: 07/25/2005) |
| 07/21/2005 | 1600 | RESPONSE to Motion re 1589 MOTION to Seal *Plaintiffs' Response to Defendants' Motion to Supplement the Record With Evidence "Recently Made Available and Highly Relevant to the Court's Class Certification* |

177