|            | *Decision"* filed by All Plaintiffs. (Attachments: # 1 Affidavit Declaration of Ed Notargiacomo Regarding the Lupron Litigation)(Berman, Steve) (Entered: 07/21/2005) |
|------------|---|
| 07/21/2005 | 1601 MOTION to Compel *Plaintiffs to Answer Two Interrogatories Which Seek The Identity of The Drugs That Plaintiffs Allege Were "Unaffected by the AWP Scheme"* by SmithKline Beecham Corporation. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C)(Kosto, Seth) (Entered: 07/21/2005) |
| 07/21/2005 | 1602 Consent MOTION for Extension of Time to 8/1/2005 to oppose motion to compel by Dey, Inc., Dey LP. (Attachments: # 1 Text of Proposed Order)(Robben, Philip) (Entered: 07/21/2005) |
| 07/21/2005 | 1603 NOTICE by All Plaintiffs *Plaintiffs' Notice Regarding Their Motion for Leave to Set Aside the Ten Deposition Limit With Respect to Defendant Astrazeneca and Emergency Request for Immediate Oral Argument* (Sobol, Thomas) (Entered: 07/21/2005) |
| 07/21/2005 | 1604 MOTION for Leave to File *Under Seal* by All Plaintiffs.(Sobol, Thomas) (Entered: 07/21/2005) |
| 07/21/2005 | 1605 MOTION for Leave to File *Plaintiffs' Supplemental Factual Authority in Support of Plaintiffs' Motion for Class Certification* by All Plaintiffs.(Sobol, Thomas) (Entered: 07/21/2005) |
| 07/21/2005 | 1606 REDACTION *Plaintiffs' Supplemental Factual Authorities Based on New Evidence Submitted in Support of Plaintiffs' Motion for Class Certification* byAll Plaintiffs. (Sobol, Thomas) (Entered: 07/21/2005) |
| 07/22/2005 | Judge Marianne B. Bowler: Electronic ORDER entered granting 1602 Motion for Extension of Time. (Bowler, |

Marianne) (Entered: 07/22/2005)

| | | |
|---|---|---|
| 07/22/2005 | 1607 | NOTICE of Rejection of Filing re: Health and Alliance Plan of Michigan's Objection and Response to Subpoena sent to Lee A. Stevens. (Patch, Christine) (Entered: 07/22/2005) |
| 07/22/2005 | 1608 | NOTICE of Withdrawal of Appearance Attorney Michael J. Rinaldi terminated. (Birnbaum, Scott) (Entered: 07/22/2005) |
| 07/22/2005 | 1612 | NOTICE by Astrazeneca Pharmaceuticals LP re 1603 Notice (Other) *Response to Plaintiffs' "Emergency" Request for Immediate Oral Argument* (Fowler, Lucy) (Entered: 07/22/2005) |
| 07/22/2005 | 1613 | Response by Astrazeneca Pharmaceuticals LP to 1603 "Emergency" Request for Immediate Oral Argument with Respect to Plaintiffs' Motion to Set Aside the Ten Deposition Limit. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 07/25/2005) |
| 07/25/2005 | | Documents terminated: 1612 Notice (Other) filed by Astrazeneca Pharmaceuticals LP,. (Patch, Christine) (Entered: 07/25/2005) |
| 07/25/2005 | | Notice of correction to docket made by Court staff. Correction: Document No. 1612 terminated because it was entered using the incorrect event. Please refer to Document No. 1613 for the corrected filing. (Patch, Christine) (Entered: 07/25/2005) |
| 07/25/2005 | 1614 | MEMORANDUM in Support re 1593 MOTION to Compel *The Supplementation of AstraZeneca's Privilege Logs or, In the Alternative, to Compel the Production of Inadequately Described Documents* filed by All Plaintiffs. (Fountain Connolly, Jennifer) (Entered: 07/25/2005) |
| 07/25/2005 | 1615 | NOTICE by All Plaintiffs re 1614 |

| | |
|---|---|
| | Memorandum in Support of Motion, *Notice of Amended Service of Memorandum of Law in Support of Plaintiffs' Motion to Compel the Supplementation of AstraZeneca's Privilege Logs or, in the Alternative, to Compel the Production of Inadequately Described Documents* (Fountain Connolly, Jennifer) (Entered: 07/25/2005) |
| 07/26/2005 | <u>1616</u> MOTION for Leave to Appear Pro Hac Vice by David D. Fauvre Filing fee $ 50.00, receipt number 65855. by Endo Pharmaceuticals, Inc.. (Attachments: # <u>1</u> Exhibit Certificate of Good Standing# <u>2</u> Exhibit Certificate of Service)(Patch, Christine) (Entered: 07/27/2005) |
| 07/27/2005 | Judge Patti B. Saris : Electronic ORDER entered granting <u>1616</u> Motion for Leave to Appear Pro Hac Vice Added David D. Fauvre for Endo Pharmaceuticals, Inc. (Patch, Christine) (Entered: 07/27/2005) |
| 07/28/2005 | On July 27, 2005, the Court met privately with Professor Berndt to clarify the contents of his report, in accordance with the procedure agreed to by the parties at the November 23, 2004 teleconference. (Patch, Christine) (Entered: 07/28/2005) |
| 07/28/2005 | <u>1620</u> MOTION to Withdraw *Their Motion to Compel the Production of Documents in the Manner Required by Federal Rule of Civil Procedure 34(b) and the Production of Optical Character Recognition for Electronic Documents Against Defendant Dey, Inc and Dey, LP.* by All Plaintiffs.(Sobol, Thomas) (Entered: 07/28/2005) |
| 07/28/2005 | <u>1621</u> MOTION to Compel *Deposition of Erik Q. Schultz and for Order Assessing Fees And Costs* by All Plaintiffs. (Attachments: # <u>1</u> Exhibit A-P)(Berman, Steve) (Entered: 07/28/2005) |

| | | |
|---|---|---|
| 07/29/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered withdrawing <u>1564</u> Motion to Compel and granting <u>1620</u> Motion to Withdraw. (Bowler, Marianne) (Entered: 07/29/2005) |
| 07/29/2005 | <u>1622</u> | MOTION For Status Conference *To Address Issues Relating To Pending Class Certification Motion* by All Plaintiffs.(Berman, Steve) (Entered: 07/29/2005) |
| 07/29/2005 | <u>1623</u> | MOTION to Compel *Discovery from Plaintiffs the State of Nevada and the State of Montana* by SmithKline Beecham Corporation. (Attachments: # <u>1</u> Exhibit Part 1# <u>2</u> Exhibit Part 2)(Kosto, Seth) (Entered: 07/29/2005) |
| 07/29/2005 | <u>1624</u> | MEMORANDUM in Opposition re <u>1597</u> MOTION to Compel *Disclosure by Plaintiffs and for Extension of Time to Comply with July 8, 2005 Order* filed by The City of New York and Captioned New York Counties. (Cicala, Joanne) (Entered: 07/29/2005) |
| 08/01/2005 | <u>1625</u> | NOTICE of Withdrawal of Appearance Attorney Marisa L. Jaffe terminated. (Jaffe, Marisa) (Entered: 08/01/2005) |
| 08/01/2005 | <u>1626</u> | NOTICE by All Plaintiffs re <u>1234</u> Amended MOTION to Certify Class *Notice of Supplemental Authority in Support of Plaintiffs' Motion for Class Certification* (Berman, Steve) (Entered: 08/01/2005) |
| 08/01/2005 | <u>1627</u> | STATUS REPORT *Status Report August 1, 2005* by All Plaintiffs, All Defendants. (Sobol, Thomas) (Entered: 08/01/2005) |
| 08/01/2005 | <u>1628</u> | MEMORANDUM in Opposition re <u>1593</u> MOTION to Compel *The Supplementation of AstraZeneca's Privilege Logs or, In the Alternative, to Compel the Production of Inadequately Described Documents* filed by Astrazeneca Pharmaceuticals LP. (Fowler, Lucy) (Entered: 08/01/2005) |

| | | |
|---|---|---|
| 08/01/2005 | <u>1629</u> | STATUS REPORT *State of California's and Relator's Status Report August 1, 2005* by State of California. (Frankel, Brian) (Entered: 08/01/2005) |
| 08/01/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting <u>1604</u> Motion for Leave to File (Patch, Christine) (Entered: 08/02/2005) |
| 08/01/2005 | <u>1630</u> | Supplemental Factual Authorities Based on New Evidence Submitted in Support of Plaintiffs' Motion for Class Certification by All Plaintiffs, filed under seal. (Patch, Christine) (Entered: 08/02/2005) |
| 08/01/2005 | <u>1631</u> | APPENDICES in Support of <u>1630</u> Supplemental Factual Authorities Based on New Evidence Submitted in Support of Plaintiffs' Motion for Class Certification by All Plaintiffs, filed under seal. (Patch, Christine) (Entered: 08/02/2005) |
| 08/01/2005 | | Judge Patti B. Saris : Electronic ORDER entered denying <u>1622</u> Motion for a Status Conference to Address Issues Relating to Pending Class Certification Motion (Patch, Christine) (Entered: 08/03/2005) |
| 08/01/2005 | <u>1635</u> | MOTION for Waiver of Electronic Filing . (Attachments: # <u>1</u> Exhibit A# <u>2</u> Exhibit B)(Patch, Christine) (Entered: 08/04/2005) |
| 08/02/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting <u>1605</u> Motion for Leave to File Plaintiffs' Supplemental Factual Authorities in Support of Plaintiffs' Motion for Class Certification. (Patch, Christine.) (Entered: 08/02/2005) |
| 08/02/2005 | <u>1632</u> | NOTICE by The City of New York and Captioned New York Counties *Monthly Status Report for 08/2005* (Cicala, Joanne) (Entered: 08/02/2005) |
| 08/02/2005 | <u>1633</u> | STATUS REPORT by The City of New York and Captioned New York |

|            |      |                                                                                                                                                                                                                                              |
|------------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |      | Counties. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 08/03/2005)                                                                                                                                     |
| 08/02/2005 | 1643 | Judge Patti B. Saris : PROCEDURAL ORDER entered. "Plaintiff is instructed fo file an amended complaint within 30 days of this order or face dismissal with prejudice."(Patch, Christine) (Entered: 08/11/2005)                                 |
| 08/03/2005 |      | Documents terminated: 1632 Notice (Other) filed by The City of New York and Captioned New York Counties,. (Patch, Christine) (Entered: 08/03/2005)                                                                                            |
| 08/03/2005 |      | Notice of correction to docket made by Court staff. Correction: Document No. 1632 terminated because it was filed using the incorrect event. Please refer to Document No. 1633 for corrected filing. (Patch, Christine) (Entered: 08/03/2005)  |
| 08/03/2005 | 1634 | MOTION for Protective Order *To Prohibit The Depositions of Attorneys Ursula Bartels and Adrianna Carter* by SmithKline Beecham Corporation. (Attachments: # 1 Exhibits A - F# 2 Exhibits G - J)(Kosto, Seth) (Entered: 08/03/2005)            |
| 08/03/2005 | 1640 | MOTION to Seal by Track 1 Defendants.(Patch, Christine) (Entered: 08/11/2005)                                                                                                                                                                 |
| 08/04/2005 | 1636 | Opposition re 1601 MOTION to Compel *Plaintiffs to Answer Two Interrogatories Which Seek The Identity of The Drugs That Plaintiffs Allege Were "Unaffected by the AWP Scheme"* filed by All Plaintiffs. (Berman, Steve) (Entered: 08/04/2005)  |
| 08/08/2005 |      | E-Mail Notice re returned as undeliverable. Name of Addressee: Kathleen McGuan. Atty. McGuan no longer with Reed Smith. Atty. terminated from docket. (Patch, Christine) (Entered: 08/08/2005)                                                 |

| | | |
|---|---|---|
| 08/08/2005 | <u>1641</u> | MOTION for Leave to Appear Pro Hac Vice by Lisa A. Estrada Filing fee $ 50.00, receipt number 66118. by Chiron. (Attachments: # <u>1</u> Exhibit Certificate of Good Standing)(Patch, Christine) (Entered: 08/11/2005) |
| 08/08/2005 | <u>1642</u> | MOTION for Leave to Appear Pro Hac Vice by D. Jacques Smith Filing fee $ 50.00, receipt number 66117. by Chiron. (Attachments: # <u>1</u> Affidavit D. Jacques Smith)(Patch, Christine) (Entered: 08/11/2005) |
| 08/09/2005 | <u>1637</u> | MOTION for Leave to File *Reply Brief in Support of Plaintiffs' Motion to Compel the Supplementation of AstraZeneca's Privilege Logs or, in the Alternative, to Compel the Production of Inadequately Described Documents* by All Plaintiffs.(Fountain Connolly, Jennifer) (Entered: 08/09/2005) |
| 08/09/2005 | <u>1639</u> | Memorandum to Judge Patti Saris from Professor Ernst R. Berndt dated August 9, 2005. (Alba, Robert) (Entered: 08/10/2005) |
| 08/10/2005 | 1638 | TRANSCRIPT of Motion to Compel Deposition of Stuart Fullerton held on May 17, 2005 before Judge Bowler. Court Reporter: Teri C. Gibson. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/650-6288 or the Clerk's Office. (Scalfani, Deborah) (Entered: 08/10/2005) |
| 08/10/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting <u>1637</u> Motion for Leave to File. (Bowler, Marianne) (Entered: 08/10/2005) |
| 08/11/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting <u>1641</u> Motion for Leave to Appear Pro Hac Vice Added Lisa A. Estrada for Chiron (Patch, Christine) (Entered: 08/11/2005) |

184

| | | |
|---|---|---|
| 08/11/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting <u>1642</u> Motion for Leave to Appear Pro Hac Vice Added D. Jacques Smith for Chiron (Patch, Christine) (Entered: 08/11/2005) |
| 08/12/2005 | | Motions terminated from Court's statistical report: <u>1340</u> MOTION for Leave to File MOTION to Appear at the Court's February 10, 2005 Hearing and MOTION to Appear at the Court's February 10, 2005 Hearing, <u>1387</u> MOTION for Order to for Entry of Proposed Case Management Order No. 13, <u>1378</u> MOTION for Order to Enter Track One Defendants' Proposed Case Management Order No. 13. (Alba, Robert) (Entered: 08/12/2005) |
| 08/12/2005 | <u>1644</u> | Opposition re <u>1623</u> MOTION to Compel *Discovery from Plaintiffs the State of Nevada and the State of Montana* filed by State of Montana, State of Nevada. (Berman, Steve) (Entered: 08/12/2005) |
| 08/12/2005 | <u>1649</u> | MOTION for Leave to Appear Pro Hac Vice by Kelly J. Davidson Filing fee $ 50.00, receipt number 66234. by Wyeth, Wyeth Pharmaceuticals. (Attachments: # <u>1</u> Exhibit Certificate of Good Standing)(Patch, Christine) (Entered: 08/16/2005) |
| 08/15/2005 | <u>1645</u> | ADDENDUM re <u>1621</u> MOTION to Compel *Deposition of Erik Q. Schultz and for Order Assessing Fees And Costs Supplemental Facts in Support of Plaintiffs' Motion to Compel Deposition of Erik Q. Schultz and for Order Assessing Fees and Costs* filed by All Plaintiffs. (Attachments: # <u>1</u> Exhibit Exhibits 1-4)(Berman, Steve) (Entered: 08/15/2005) |
| 08/15/2005 | <u>1646</u> | REPLY to Response to Motion re <u>1593</u> MOTION to Compel *The Supplementation of AstraZeneca's Privilege Logs or, In the Alternative, to* |

|            |      | *Compel the Production of Inadequately Described Documents* filed by All Plaintiffs. (Attachments: # 1 Appendix J)(Fountain Connolly, Jennifer) (Entered: 08/15/2005) |
|------------|------|------|
| 08/15/2005 | 1647 | MOTION for Leave to File *Under Seal* by All Plaintiffs. (Attachments: # 1 Text of Proposed Order)(Fountain Connolly, Jennifer) (Entered: 08/15/2005) |
| 08/15/2005 |      | Judge Patti B. Saris : Electronic ORDER entered granting 1635 Motion for Waiver of Electronic Filing (Patch, Christine) (Entered: 08/17/2005) |
| 08/15/2005 | 1659 | Objection and Response to Subpoena, by Health Alliance Plan of Michigan. (Patch, Christine) (Entered: 08/18/2005) |
| 08/16/2005 |      | NOTICE of Hearing on Motion: 1597 Motion to Compel *Disclosure by Plaintiffs and for Extension of Time to Comply with July 8, 2005 Order*, 1581 Motion to Set Aside *Motion for Leave to Set Aside the Ten Deposition Limit with Respect to Defendant AstraZeneca*, 1621 Motion to Compel *Deposition of Erik Q. Schultz and for Order Assessing Fees And Costs*, 1601 Motion to Compel *Plaintiffs to Answer Two Interrogatories Which Seek The Identity of The Drugs That Plaintiffs Allege Were "Unaffected by the AWP Scheme"*, 1623 Motion to Compel *Discovery from Plaintiffs the State of Nevada and the State of Montana*, 1593 Motion to Compel *The Supplementation of AstraZeneca's Privilege Logs or, In the Alternative, to Compel the Production of Inadequately Described Documents*: Motion hearing set for 9/19/2005 at 11:00 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) Modified on 8/16/2005 (Saccoccio, Dianalynn). (Entered: |

186

08/16/2005)

08/16/2005     <u>1648</u> Judge Patti B. Saris : ORDER entered. MEMORANDUM AND ORDER re: MOTION FOR CLASS CERTIFICATION. (Attachments: # <u>1</u> Part 2 of 4# <u>2</u> Part 3 of 4# <u>3</u> Part 4 of 4). "The motion to certify a nationwide class of TPPs that pay MediGap supplemental insurance to cover Medicare co-payments is DENIED, but the Court will certify a statewide class under Mass. Gen. Laws ch. 93A. The motion to certify a nationwide class of TPPs and consumers paying for physician-administered drugs in the private context based on AWP is DENIED, but the Court will certify a statewide class for brand-name drugs and those generic drugs for which reimbursement was explicitly based on AWP, not MAC pricing. The motion to certify a nationwide class of consumers and TPPs paying for self-administered drugs is DENIED." Please see text for full order. (Patch, Christine) (Entered: 08/16/2005)

08/16/2005     Judge Patti B. Saris : Electronic ORDER entered granting <u>1649</u> Motion for Leave to Appear Pro Hac Vice Added Kelly J. Davidson for Wyeth (Patch, Christine) (Entered: 08/16/2005)

08/16/2005     Notice of correction to docket made by Court staff; Correction to notice dtd. 8/16/2005; Motion hearing will be held before Magistrate Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 08/16/2005)

08/16/2005     <u>1650</u> MOTION to Compel *The Johnson & Johnson Group to Produce Documents and For An Extension of Discovery* by All Plaintiffs. (Attachments: # <u>1</u> Text of Proposed Order Proposed Order# <u>2</u> Affidavit Declaration of Allan Hoffman)(Sobol, Thomas) (Entered:

| | | |
|---|---|---|
| | | 08/16/2005) |
| 08/16/2005 | 1651 | MEMORANDUM in Support re 1650 MOTION to Compel *The Johnson & Johnson Group to Produce Documents and For An Extension of Discovery* filed by All Plaintiffs. (Sobol, Thomas) (Entered: 08/16/2005) |
| 08/16/2005 | 1658 | CERTIFICATE OF SERVICE by All Plaintiffs re 1647 MOTION for Leave to File *Under Seal*. Certificate of service re: Appendix J (Patch, Christine) (Entered: 08/18/2005) |
| 08/17/2005 | | Judge Patti B. Saris: Electronic ORDER entered regarding 1079 MOTION to Withdraw Pending Motions to Remand and to Dismiss Medicaid Rebate Fraud Claims Without Prejudice. "THE MOTIONS TO REMAND AND DISMISS ARE DENIED AS MOOT IN LIGHT OF THE WITHDRAWAL." (Alba, Robert) (Entered: 08/17/2005) |
| 08/17/2005 | | Judge Patti B. Saris: Electronic ORDER entered denying 1196 MOTION to Strike Declaration of Raymond S. Hartman. "DENIED." (Alba, Robert) (Entered: 08/17/2005) |
| 08/17/2005 | | Judge Patti B. Saris: Electronic ORDER entered denying 1249 Motion to Strike Portions of the Declaration of Eric M. Gaier, Ph.D. "DENIED." (Alba, Robert) (Entered: 08/17/2005) |
| 08/17/2005 | | Judge Patti B. Saris: Electronic ORDER entered denying 1250 Motion to Strike Portions of the Declaration of Robert P. Navarro. "DENIED." (Alba, Robert) (Entered: 08/17/2005) |
| 08/17/2005 | | Judge Patti B. Saris: Electronic ORDER entered denying 1251 Motion to Strike Declaration of Steven J. Young. "DENIED." (Alba, Robert) (Entered: 08/17/2005) |
| 08/17/2005 | | Judge Patti B. Saris: Electronic ORDER entered allowing 1640 |

|  |  |  |
|---|---|---|
|  |  | MOTION to Seal by Track 1 Defendants. "ALLOWED. THE PARTIES SHOULD FILE A REDACTED VERSION." (Alba, Robert) (Entered: 08/17/2005) |
| 08/17/2005 | 1652 | MOTION for Leave to Appear Pro Hac Vice by Joseph G. Matye by Aventis Pharmaceuticals Inc.. (Attachments: # 1 Exhibit Certificater of Good Standing# 2 Exhibit Proposed Order)(Glynn, David) (Entered: 08/17/2005) |
| 08/17/2005 | 1653 | RESPONSE to Motion re 1609 MOTION to Supplement the Record with Evidence Recently Made Available and Highly Relevant to the Court's Class Certification Decision *(Redacted Version of Previously Filed Track 1 Defendants' Memorandum)* filed by Johnson & Johnson. (Schau, Andrew) (Entered: 08/17/2005) |
| 08/17/2005 | 1654 | DECLARATION *of Andrew D. Schau (Redacted Version of Previously Filed Declaration)* by Johnson & Johnson. (Schau, Andrew) (Entered: 08/17/2005) |
| 08/17/2005 | 1655 | Opposition re 1634 MOTION for Protective Order *To Prohibit The Depositions of Attorneys Ursula Bartels and Adrianna Carter* filed by All Plaintiffs. (Sobol, Thomas) (Entered: 08/17/2005) |
| 08/17/2005 | 1656 | NOTICE of Withdrawal of Appearance Attorney Ronald L. Castle terminated. (Smith, D.) (Entered: 08/17/2005) |
| 08/17/2005 |  | Filing fee: $ 50.00, receipt number 66332 regarding Motion for Leave to Appear Pro Hac Vice by Joseph G. Matye (Patch, Christine) (Entered: 08/18/2005) |
| 08/18/2005 | 1657 | NOTICE: "Pursuant to 28 U.S.C. 455(f), on behalf of my husband, children, and myself, I waive any past, present and future financial interest in the proposed class or classes." (Patch, Christine) (Entered: 08/18/2005) |

189

| | | |
|---|---|---|
| 08/18/2005 | 1660 | Response by Aventis Pharmaceuticals Inc. *to Plaintiffs' Request for Production of Documents to all Defendants relating to IMS Data.* (Koon, Michael) (Entered: 08/18/2005) |
| 08/18/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 1652 Motion for Leave to Appear Pro Hac Vice Added Joseph G. Matye for Aventis Pharmaceuticals Inc. (Patch, Christine) (Entered: 08/18/2005) |
| 08/19/2005 | 1661 | Judge Patti B. Saris : ORDER entered. MEMORANDUM AND ORDER re: Motion to Remand to State Court (re: CA 04-11503-PBS). (Patch, Christine) (Entered: 08/22/2005) |
| 08/19/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 1261 Motion to Withdraw as Attorney. (Patch, Christine) (Entered: 08/22/2005) |
| 08/19/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 1195 Motion for Leave to File Reply Brief. (Patch, Christine) (Entered: 08/22/2005) |
| 08/19/2005 | 1662 | Reply Memorandum by All Plaintiffs in Support of Objections to Order Denying Motion to Compel Defendants' Correspondence with Putative Class Members. (Patch, Christine) (Entered: 08/22/2005) |
| 08/19/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 1323 Motion for Leave to File Under Seal. (Patch, Christine) (Entered: 08/22/2005) |
| 08/22/2005 | | E-Mail Notice returned as undeliverable. Name of Addressee: Marissa Jaffe. Attorney Jaffe no longer at firm; terminated from docket. (Patch, Christine) (Entered: 08/22/2005) |
| 08/23/2005 | 1663 | MOTION for Leave to Appear Pro Hac Vice by Erica Smith-Klocek by Pharmacia Corp., Pfizer, Inc..(Smith, Mark) (Entered: 08/23/2005) |

| | | |
|---|---|---|
| 08/23/2005 | 1664 | NOTICE of Voluntary Dismissal by The City of New York and Captioned New York Counties (Cicala, Joanne) Additional attachment(s) added on 8/31/2005 (Patch, Christine). (Entered: 08/23/2005) |
| 08/23/2005 | 1665 | NOTICE of Voluntary Dismissal by The City of New York and Captioned New York Counties (Cicala, Joanne) (Entered: 08/23/2005) |
| 08/23/2005 | 1666 | NOTICE of Voluntary Dismissal by The City of New York and Captioned New York Counties (Cicala, Joanne) (Entered: 08/23/2005) |
| 08/23/2005 | 1667 | NOTICE of Voluntary Dismissal by The City of New York and Captioned New York Counties (Cicala, Joanne) (Entered: 08/23/2005) |
| 08/23/2005 | 1668 | NOTICE of Voluntary Dismissal by The City of New York and Captioned New York Counties (Cicala, Joanne) (Entered: 08/23/2005) |
| 08/23/2005 | 1669 | NOTICE of Voluntary Dismissal by The City of New York and Captioned New York Counties (Cicala, Joanne) (Entered: 08/23/2005) |
| 08/24/2005 | 1670 | MOTION for Leave to Appear Pro Hac Vice by Brian G. Fedotin by Aventis Pharmaceuticals Inc.. (Attachments: # 1 Exhibit Certificate of Good Standing# 2 Text of Proposed Order Proposed Order)(Glynn, David) (Entered: 08/24/2005) |
| 08/24/2005 | 1671 | NOTICE of Voluntary Dismissal by The City of New York and Captioned New York Counties (Cicala, Joanne) (Entered: 08/24/2005) |
| 08/24/2005 | 1672 | NOTICE of Voluntary Dismissal by The City of New York and Captioned New York Counties (Cicala, Joanne) (Entered: 08/24/2005) |
| 08/24/2005 | 1673 | NOTICE of Voluntary Dismissal by The City of New York and Captioned |

|  |  |
|---|---|
|  | New York Counties (Cicala, Joanne) (Entered: 08/24/2005) |
| 08/24/2005 | 1674 NOTICE of Voluntary Dismissal by The City of New York and Captioned New York Counties (Cicala, Joanne) (Entered: 08/24/2005) |
| 08/24/2005 | 1675 NOTICE of Voluntary Dismissal by The City of New York and Captioned New York Counties (Cicala, Joanne) (Entered: 08/24/2005) |
| 08/24/2005 | 1676 NOTICE of Voluntary Dismissal by The City of New York and Captioned New York Counties (Cicala, Joanne) (Entered: 08/24/2005) |
| 08/24/2005 | 1677 NOTICE of Voluntary Dismissal by The City of New York and Captioned New York Counties (Cicala, Joanne) (Entered: 08/24/2005) |
| 08/24/2005 | 1678 NOTICE of Voluntary Dismissal by The City of New York and Captioned New York Counties (Cicala, Joanne) (Entered: 08/24/2005) |
| 08/24/2005 | Filing fee: $ 50.00, receipt number 66463 regarding Motion for Leave to Appear Pro Hac Vice 1670 (Filo, Jennifer) (Entered: 08/30/2005) |
| 08/25/2005 | 1679 AMENDED COMPLAINT *in Intervention* against Abbott Laboratories, Inc., Amgen, Inc., ARMOUR PHARMACEUTICAL CO., AVENTIS BEHRING, L.L.C., Aventis Pharmaceuticals, Inc., B. Braun Medical, Inc., B. BRAUN OF AMERICA, INC., Baxter Healthcare Corp., Bedford Laboratories, Ben Venue Laboratories, Inc., Boehringer Ingelheim Corp., BOEHRINGER INGELHEIM PHARMACEUTICALS INC., BRISTOL-MYERS SQUIBB COMPANY a/k/a BRISTOL-MYERS ONCOLOGY DIVISION/HIV PRODUCTS, C.H. BOEHRINGER SOHN GRUNDSTUCKSVERWALTUNG |

192

GMBH & CO. KG, Dey, Inc., DEY, L.P., EMD, INC., GENEVA PHARMACEUTICALS INC., Gensia Inc., GENSIA SICOR, INC., GLAXO WELLCOME INC. f/k/a BURROUGHS WELLCOME CO., GlaxoSmithKline PLC, Hoechst Marion Roussel, Inc., Immunex Corp., LIPHA, S.A., McGAW, INC., MERCK KGaA, Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., Novartis AG, PHARMA INVESTMENT, LTD., Roxane laboratories, Inc., Sandoz, Inc., SCHERING-PLOUGH CORP., SICOR, INC. f/k/a GENSIA PHARMACEUTICALS, INC., SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, Teva Pharmaceutical Industries, Ltd., WARRICK PHARMACEUTICALS CORP., Z.L.B. BEHRING, filed by State of California. (Attachments: # 1 Exhibit Exhibits A-R (redacted, except L)(Frankel, Brian) (Entered: 08/25/2005)

| | | |
|---|---|---|
| 08/25/2005 | 1680 | MOTION to Seal *unredacted copies of Exh. A-K, M-R to First Amended Complaint in Intervention* by State of California. (Attachments: # 1 Notice of Motion re: filing unredacted exhibits under seal# 2 Text of Proposed Order Proposed Order re: filing unredacted exhibits under seal)(Frankel, Brian) (Entered: 08/25/2005) |
| 08/25/2005 | 1703 | SEALED EXHIBITS A through K and M through R to Plantiffs First Amended Complaint in Intervention filed by Ven-A-Care of the Florida Keys, Inc.. (Paine, Matthew) (Entered: 09/08/2005) |
| 08/26/2005 | | NOTICE of Hearing on Motion; 1634 Glaxosmithkline's Motion for Protective Order *To Prohibit The Depositions of Attorneys Ursula Bartels and Adrianna Carter*: Motion Hearing |

|  |  |
|---|---|
|  | set for 9/19/2005 at 11:00 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 08/26/2005) |
| 08/26/2005 | 1681 NOTICE of Appearance by Theodore M. Hess-Mahan on behalf of Empire Blue Cross Blue Shield (Hess-Mahan, Theodore) (Entered: 08/26/2005) |
| 08/26/2005 | 1682 MOTION to Quash *and for a Protective Order* by Empire Blue Cross Blue Shield. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Hess-Mahan, Theodore) (Entered: 08/26/2005) |
| 08/26/2005 | 1683 MOTION to Strike *Plaintiffs' Opposition to, or for Leave to File a Reply in Support of, Motion for Protective Order to Prohibit the Depositions of Attorneys Ursula Bartels and Adrianna Carter* by Glaxosmithkline.(Patel, Mona) (Entered: 08/26/2005) |
| 08/26/2005 | 1684 REPLY to Response to Motion re 1683 MOTION to Strike *Plaintiffs' Opposition to, or for Leave to File a Reply in Support of, Motion for Protective Order to Prohibit the Depositions of Attorneys Ursula Bartels and Adrianna Carter* filed by Glaxosmithkline. (Attachments: # 1 Exhibit A (Letter from Brian K. French, Esq. to David S. Nalven, Esq., dated August 24, 2005))(Patel, Mona) (Entered: 08/26/2005) |
| 08/29/2005 | 1685 MOTION for Leave to File *Under Seal* by All Plaintiffs. (Attachments: # 1 Text of Proposed Order)(Fountain Connolly, Jennifer) (Entered: 08/29/2005) |
| 08/30/2005 | 1686 STIPULATION *Extending Until August 31, 2005 the Time for Ortho Biotech Products L.P.'s to Respond to Plaintiffs' Motion to Compel and Adjourn* by Johnson & Johnson, Ortho |

194

| | |
|---|---|
| | Biotech Products, L.P.. (Haas, Erik) (Entered: 08/30/2005) |
| 08/30/2005 | <u>1687</u> Plaintiffs' Motion to Compel Parexel International Corporation to Comply with Fed. R. Civ. P. 30(b)(6) filed under seal. (Saccoccio, Dianalynn) (Entered: 08/31/2005) |
| 08/31/2005 | Judge Marianne B. Bowler: Electronic ORDER entered granting <u>1685</u> Motion for Leave to File. (Bowler, Marianne) (Entered: 08/31/2005) |
| 08/31/2005 | <u>1688</u> ADDENDUM re <u>1581</u> MOTION to Set Aside *Motion for Leave to Set Aside the Ten Deposition Limit with Respect to Defendant AstraZeneca Supplement to Plaintiffs' Motion for Leave to Set Aside the Ten Deposition Limit with Respect to Defendant AstraZeneca Regarding 30(B)(6) Depostion Related to Sales Training* filed by All Plaintiffs. (Attachments: # <u>1</u> Exhibit A# <u>2</u> Exhibit B# <u>3</u> Exhibit C# <u>4</u> Exhibit D# <u>5</u> Exhibit E)(Fountain Connolly, Jennifer) (Entered: 08/31/2005) |
| 08/31/2005 | <u>1689</u> MOTION for Leave to File *Under Seal* by All Plaintiffs.(Fountain Connolly, Jennifer) (Entered: 08/31/2005) |
| 08/31/2005 | <u>1690</u> Cross MOTION for Sanctions by Johnson & Johnson, Ortho Biotech Products, L.P..(Haas, Erik) (Entered: 08/31/2005) |
| 08/31/2005 | <u>1691</u> MEMORANDUM in Opposition re <u>1650</u> MOTION to Compel *The Johnson & Johnson Group to Produce Documents and For An Extension of Discovery And In Support Of Johnson & Johnson And Ortho Biotech Products L.P.'s Cross Motion For Sanctions* filed by Johnson & Johnson, Ortho Biotech Products, L.P.. (Haas, Erik) (Entered: 08/31/2005) |
| 08/31/2005 | <u>1692</u> DECLARATION *of Lyndon Tretter* by Johnson & Johnson, Ortho Biotech Products, L.P.. (Haas, Erik) (Entered: |

195

|  |  |  |
|---|---|---|
|  |  | 08/31/2005) |
| 08/31/2005 | 1693 | DECLARATION *of Erik Haas* by Johnson & Johnson, Ortho Biotech Products. L.P.. (Haas, Erik) (Entered: 08/31/2005) |
| 08/31/2005 | 1694 | MOTION for Extension of Time to Extend Expert Witness Disclosures and Discovery by All Plaintiffs.(Berman, Steve) (Entered: 08/31/2005) |
| 08/31/2005 | 1695 | DECLARATION re 1694 MOTION for Extension of Time to Extend Expert Witness Disclosures and Discovery *of Steve W. Berman in Support of Plaintiffs' Motion To Extend Expert Witness Disclosures and Discovery* by All Plaintiffs. (Attachments: # 1 Exhibit A & B)(Berman, Steve) (Entered: 08/31/2005) |
| 09/01/2005 |  | Judge Marianne B. Bowler: Electronic ORDER entered granting 1689 Motion for Leave to File. (Bowler, Marianne) (Entered: 09/01/2005) |
| 09/01/2005 |  | E-Mail Notice returned as undeliverable. Name of Addressee: Jeremy Cole. Attorney Cole no longer with the firm. Attorney terminated from docket. (Patch, Christine) (Entered: 09/01/2005) |
| 09/01/2005 |  | NOTICE of Hearing on Motion; 1650 Plaintiffs' Motion to Compel *The Johnson & Johnson Group to Produce Documents and For An Extension of Discovery*: Motion hearing set for 9/19/2005 at 11:00 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 09/01/2005) |
| 09/01/2005 |  | Judge Patti B. Saris : Electronic ORDER entered granting 1670 Motion for Leave to Appear Pro Hac Vice Added Brian G. Fedotin for Aventis Pharmaceuticals Inc. (Patch, Christine) (Entered: 09/01/2005) |
| 09/01/2005 |  | Judge Marianne B. Bowler: Electronic |

|  |  |
|---|---|
|  | ORDER entered granting <u>1647</u> Motion for Leave to File and granting <u>1663</u> Motion for Leave to Appear Pro Hac Vice. (Bowler, Marianne) (Entered: 09/01/2005) |
| 09/01/2005 | <u>1696</u> STATUS REPORT *Status Report September 1, 2005* by All Plaintiffs, All Defendants. (Sobol, Thomas) (Entered: 09/01/2005) |
| 09/01/2005 | <u>1697</u> STATUS REPORT by The City of New York and Captioned New York Counties. (Cicala, Joanne) (Entered: 09/01/2005) |
| 09/01/2005 | <u>1698</u> STATUS REPORT *September 1, 2005* by State of California. (Frankel, Brian) (Entered: 09/01/2005) |
| 09/01/2005 | <u>1699</u> MOTION to Compel Deposition of David Brenna by All Plaintiffs, filed under seal. (Patch, Christine) (Entered: 09/02/2005) |
| 09/01/2005 | <u>1700</u> Supplement to <u>1699</u> MOTION to Compel and for Finding that Documents and Testimony Related to Astrazeneca's Pricing, Marketing, and Sales of its Products are not Protected by the Attorney-Client Privilege Related to Astrazeneca's Refusal to Disclose Non-Privileged Communications Related to Internal Investigations, filed by All Plaintiffs, filed under seal. (Patch, Christine) (Entered: 09/02/2005) |
| 09/01/2005 | <u>1701</u> EXHIBITS D and E to Supplement to <u>1581</u> MOTION to Set Aside *Motion for Leave to Set Aside the Ten Deposition Limit with Respect to Defendant AstraZeneca* by All Plaintiffs, filed under seal. (Patch, Christine) (Entered: 09/02/2005) |
| 09/06/2005 | <u>1702</u> Judge Marianne B. Bowler: ORDER entered. (Feeney, Eileen) Modified on 9/7/2005 (Patch, Christine). (Entered: 09/06/2005) |
| 09/06/2005 | Judge Patti B. Saris : Electronic |

197

|  |  |
|---|---|
|  | ORDER entered granting <u>1048</u> Motion to Seal (Patch, Christine) (Entered: 09/06/2005) |
| 09/06/2005 | Judge Patti B. Saris : Electronic ORDER entered granting <u>1680</u> Motion for Leave to File Unredacted Exhibits to First Amended Complaint in Intervention Under Seal. (Patch, Christine) (Entered: 09/08/2005) |
| 09/09/2005 | <u>1704</u> Opposition re <u>1683</u> MOTION to Strike *Plaintiffs' Opposition to, or for Leave to File a Reply in Support of, Motion for Protective Order to Prohibit the Depositions of Attorneys Ursula Bartels and Adrianna Carter* filed by All Plaintiffs. (Sobol, Thomas) (Entered: 09/09/2005) |
| 09/09/2005 | <u>1705</u> Withdrawal of motion: <u>1687</u> MOTION to Compel.. (Fountain Connolly, Jennifer) (Entered: 09/09/2005) |
| 09/09/2005 | <u>1706</u> MEMORANDUM in Opposition re <u>1682</u> MOTION to Quash *and for a Protective Order* filed by All Defendants. (Attachments: # <u>1</u> Exhibit A# <u>2</u> Exhibit B# <u>3</u> Exhibit C# <u>4</u> Exhibit D# <u>5</u> Exhibit E)(Christofferson, Eric) (Entered: 09/09/2005) |
| 09/09/2005 | <u>1707</u> MOTION to Seal Document *STATE OF CALIFORNIA'S ELECTION TO DECLINE AS TO CERTAIN DEFENDANTS AND ALLEGATIONS* by State of California. (Attachments: # <u>1</u> Notice of Motion# <u>2</u> Text of Proposed Order Proposed Order)(Frankel, Brian) (Entered: 09/09/2005) |
| 09/14/2005 | <u>1708</u> Assented to MOTION to Continue *Assented to Motion for Continuance of Hearing Date and for Plaintiffs' Time to Respond to Defendant's Cross-Motion* by All Plaintiffs.(Sobol, Thomas) (Entered: 09/14/2005) |
| 09/14/2005 | <u>1709</u> Assented to MOTION for Extension of Time to 9/16/2005 to Respond to |

|            |      |                                                    |
|------------|------|----------------------------------------------------|
|            |      | motions to compel and supplemental briefing by Astrazeneca Pharmaceuticals LP.(Fowler, Lucy) (Entered: 09/14/2005) |
| 09/14/2005 | 1710 | RESPONSE to Motion re 1694 MOTION for Extension of Time to Extend Expert Witness Disclosures and Discovery filed by Apothecon, Astrazeneca Pharmaceuticals LP, Oncology Therapeutics Network Corp., Schering-Plough,Corp, SmithKline Beecham Corporation, Bristol-Myers Squibb Company, Glaxosmithkline, Johnson & Johnson, Warrick Pharmaceuticals Corporation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Christofferson, Eric) (Entered: 09/14/2005) |
| 09/14/2005 | 1711 | Joint MOTION Entry of Scheduling Order by Faulding Pharmaceuticals, Alpharma, Inc., Ivax Pharmaceuticals, Inc., Purepac Pharmaceutical Co., Sandoz, Inc., Novartis AG. (Attachments: # 1 Text of Proposed Order (Proposed Scheduling Order))(Farquhar, Douglas) (Entered: 09/14/2005) |
| 09/14/2005 |      | Judge Patti B. Saris : Electronic ORDER entered granting 1707 Motion to Seal State of California's Election to Decline as to Certain Defendants and Allegations (Patch, Christine) (Entered: 09/16/2005) |
| 09/14/2005 | 1717 | Election to Decline as to Certain Defendants and Allegations by State of California, filed under seal. (Patch, Christine) (Entered: 09/19/2005) |
| 09/14/2005 | 1718 | NOTICE of Realtor's Election to Proceed and Notice of Dismissa by Ven-A-Care of the Florida Keys, Inc. filed under seal. (Patch, Christine) (Entered: 09/19/2005) |
| 09/15/2005 |      | Judge Marianne B. Bowler: Electronic |

|  |  |  |
|---|---|---|
|  |  | ORDER entered granting <u>1709</u> Motion for Extension of Time. (Bowler, Marianne) (Entered: 09/15/2005) |
| 09/15/2005 |  | Judge Marianne B. Bowler: Electronic ORDER entered granting <u>1708</u> Motion to Continue. (Bowler, Marianne) (Entered: 09/15/2005) |
| 09/15/2005 |  | Set/Reset hearings for <u>1650</u> Plaintiffs' Motion to Compel *The Johnson & Johnson Group to Produce Documents and For An Extension of Discovery*; Motion hearing reset for 9/29/2005 at 3:00 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 09/15/2005) |
| 09/15/2005 |  | Set/Reset Deadlines for <u>1690</u> Defendant Johnson and Johnson's Cross Motion for Sanctions; Response due by 9/23/2005 (Saccoccio, Dianalynn) (Entered: 09/15/2005) |
| 09/15/2005 | <u>1712</u> | First MOTION to Substitute Attorney *Jacob T. Elberg for Joseph E. Haviland* by Bristol-Myers Squibb Company, Bristol-Myers Squibb Company. (Attachments: # <u>1</u>)(Elberg, Jacob) (Entered: 09/15/2005) |
| 09/15/2005 | <u>1713</u> | NOTICE of Appearance by Jonathan Shapiro on behalf of Ven-A-Care of the Florida Keys, Inc. (Shapiro, Jonathan) (Entered: 09/15/2005) |
| 09/15/2005 | <u>1714</u> | NOTICE by Astrazeneca Pharmaceuticals LP re <u>1700</u> Addendum to Motion/Memorandum, (Attachments: # (1) Affidavit Stuart Fullerton)(Fowler, Lucy) Additional attachment(s) added on 9/16/2005 (Patch, Christine). (Entered: 09/15/2005) |
| 09/15/2005 | <u>1715</u> | MEMORANDUM in Opposition re <u>1699</u> MOTION to Compel filed by Astrazeneca Pharmaceuticals LP. (Fowler, Lucy) (Entered: 09/15/2005) |
| 09/16/2005 |  | Judge Marianne B. Bowler: Electronic |

200

|  |  | ORDER entered granting <u>1712</u> Motion to Substitute Attorney. (Bowler, Marianne) (Entered: 09/16/2005) |
|---|---|---|
| 09/16/2005 | <u>1716</u> | Assented to MOTION to Withdraw <u>1621</u> MOTION to Compel *Deposition of Erik Q. Schultz and for Order Assessing Fees And Costs* by All Plaintiffs.(Berman, Steve) (Entered: 09/16/2005) |
| 09/16/2005 |  | Judge Marianne B. Bowler: Electronic ORDER entered granting <u>1716</u> Motion to Withdraw. (Bowler, Marianne) (Entered: 09/16/2005) |
| 09/16/2005 |  | Withdrawal of motion: <u>1621</u> MOTION to Compel *Deposition of Erik Q. Schultz and for Order Assessing Fees And Costs* filed by All Plaintiffs. (Saccoccio, Dianalynn) (Entered: 09/16/2005) |
| 09/16/2005 | <u>1728</u> | MOTION to Seal by Astrazeneca Pharmaceuticals LP.(Patch, Christine) (Entered: 09/22/2005) |
| 09/19/2005 |  | NOTICE of Hearing on Motion; <u>1699</u> Plaintiffs' Motion to Compel Deposition of David Brennan: Motion hearing set for 9/29/2005 at 3:00 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 09/19/2005) |
| 09/19/2005 |  | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Motion Hearing held on 9/19/2005; <u>1634</u> Motion for Protective Order *To Prohibit The Depositions of Attorneys Ursula Bartels and Adrianna Carter* filed by SmithKline Beecham Corporation, <u>1623</u> Motion to Compel *Discovery from Plaintiffs the State of Nevada and the State of Montana* filed by SmithKline Beecham Corporation, <u>1597</u> Motion to Compel *Disclosure by Plaintiffs and for Extension of Time to Comply with July 8, 2005 Order* filed by All Defendants, <u>1581</u> Motion to Set |

|  |  |  |
|---|---|---|
|  |  | Aside *Motion for Leave to Set Aside the Ten Deposition Limit with Respect to Defendant AstraZeneca* filed by All Plaintiffs, <u>1593</u> Motion to Compel *The Supplementation of AstraZeneca's Privilege Logs or, In the Alternative, to Compel the Production of Inadequately Described Documents* filed by All Plaintiffs and <u>1601</u> Motion to Compel *Plaintiffs to Answer Two Interrogatories Which Seek The Identity of The Drugs That Plaintiffs Allege Were "Unaffected by the AWP Scheme"* filed by SmithKline Beecham Corporation; The court hears argument on the motions and rulings are issued in open court; Defendants' counsel also moves to withdraw docket entry # 1597 and the court allows the motion to be withdrawn. (Court Reporter Niles Fowlkes.) (Saccoccio, Dianalynn) (Entered: 09/19/2005) |
| 09/19/2005 | <u>1719</u> | AFFIDAVIT of Lucy Fowler re <u>1661</u> Memorandum & ORDER by Astrazeneca Pharmaceuticals LP. (Attachments: # <u>1</u> Affidavit of Scott Wise, Esq., with Exhibits A, B, and C)(Fowler, Lucy) (Entered: 09/19/2005) |
| 09/19/2005 | <u>1720</u> | Response by Astrazeneca Pharmaceuticals LP to <u>1661</u> Memorandum & ORDER. (Attachments: # <u>1</u> Affidavit of Scott Wise). Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 09/20/2005) |
| 09/20/2005 |  | Documents terminated: <u>1719</u> Affidavit filed by Astrazeneca Pharmaceuticals LP,. (Patch, Christine) (Entered: 09/20/2005) |
| 09/20/2005 |  | Notice of correction to docket made by Court staff. Correction: Document No. 1719 terminated because it was filed using the incorrect event. Please refer to Document No. 1720 for corrected |

202