|  |  | filing. (Patch, Christine) (Entered: 09/20/2005) |
|---|---|---|
| 09/20/2005 | 1721 | Assented to MOTION for Leave to File *Reply Memorandum of Law In Further Support of Motion to Quash Subpoena Seeking Deposition Testimony and for Protective Order* by Empire Blue Cross Blue Shield.(Hess-Mahan, Theodore) (Entered: 09/20/2005) |
| 09/20/2005 | 1722 | REPLY to Response to Motion re 1682 MOTION to Quash *and for a Protective Order* filed by Empire Blue Cross Blue Shield. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Hess-Mahan, Theodore) (Entered: 09/20/2005) |
| 09/20/2005 | 1723 | Assented to MOTION to Seal Document 1722 Reply to Response to Motion, *Exhibits D and E* by Empire Blue Cross Blue Shield.(Hess-Mahan, Theodore) (Entered: 09/20/2005) |
| 09/20/2005 | 1724 | AFFIDAVIT of Theodore M. Hess-Mahan in Support re 1723 Assented to MOTION to Seal Document 1722 Reply to Response to Motion, *Exhibits D and E* filed by Empire Blue Cross Blue Shield. (Hess-Mahan, Theodore) (Entered: 09/20/2005) |
| 09/21/2005 |  | Motions terminated: 1621 Motion to Compel *Deposition of Erik Q. Schultz and for Order Assessing Fees And Costs* filed by All Plaintiffs. (Saccoccio, Dianalynn) (Entered: 09/21/2005) |
| 09/21/2005 |  | Judge Marianne B. Bowler: Electronic ORDER entered granting 1721 Motion for Leave to File and granting 1723 Motion to Seal Document. (Bowler, Marianne) (Entered: 09/21/2005) |
| 09/21/2005 | 1725 | MOTION Johnson & Johnson Defendants' Motion to Determine the Sufficiency of Plaintiffs' Responses to (1) Requests for Admissions and |

|            |                                                                                                                                                                                                                                                                                                                                                                                                        |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            | Interrogatories Concerning Remicade, and (2) Requests for Admissions and Interrogatories Concerning Procrit by McNeil-PPC, Inc., Janssen Pharmaceuticals products, L.P., Johnson & Johnson Health Care Systems, Inc., Ortho McNeil Pharmaceuticals, Inc., Johnson & Johnson, Centocor, Inc., Ortho Biotech Products, L.P..(Schau, Andrew) (Entered: 09/21/2005) |
| 09/21/2005 | 1726 MEMORANDUM in Support re 1725 MOTION Johnson & Johnson Defendants' Motion to Determine the Sufficiency of Plaintiffs' Responses to (1) Requests for Admissions and Interrogatories Concerning Remicade, and (2) Requests for Admissions and Interrogatories Concerning Procrit filed by McNeil-PPC, Inc., Janssen Pharmaceuticals products, L.P., Johnson & Johnson Health Care Systems, Inc., Ortho McNeil Pharmaceuticals, Inc., Johnson & Johnson, Centocor, Inc., Ortho Biotech Products, L.P.. (Schau, Andrew) (Entered: 09/21/2005) |
| 09/21/2005 | 1727 AFFIDAVIT of Andrew D. Schau in Support re 1725 MOTION Johnson & Johnson Defendants' Motion to Determine the Sufficiency of Plaintiffs' Responses to (1) Requests for Admissions and Interrogatories Concerning Remicade, and (2) Requests for Admissions and Interrogatories Concerning Procrit filed by McNeil-PPC, Inc., Janssen Pharmaceuticals products, L.P., Johnson & Johnson Health Care Systems, Inc., Ortho McNeil Pharmaceuticals, Inc., Johnson & Johnson, Centocor, Inc., Ortho Biotech Products, L.P.. (Schau, Andrew) (Entered: 09/21/2005) |
| 09/21/2005 | 1729 EXHIBITS D and E to 1722 Reply |

| | |
|---|---|
| | Memorandum in Further Support of Motion to Quash Subpoena Seeking Deposition Testimony and for a Protective Order by Empire Blue Cross Blue Shield, filed under seal. (Patch, Christine) (Entered: 09/22/2005) |
| 09/23/2005 | Judge Marianne B. Bowler: Electronic ORDER entered granting 1728 Motion to Seal. (Bowler, Marianne) (Entered: 09/23/2005) |
| 09/23/2005 | 1730 Withdrawal of motion: 1690 Cross MOTION for Sanctions filed by Johnson & Johnson,, Ortho Biotech Products, L.P.,.. (Schau, Andrew) (Entered: 09/23/2005) |
| 09/23/2005 | 1731 Assented to MOTION to Withdraw *Without Prejudice Plaintiffs' Motion to Compel the Johnson & Johnson Group to Produce Documents and For an Extension of Discovery and Johnson & Johnson and Ortho Biotech Products, L.P. Cross-Motion for Sanctions* by All Plaintiffs.(Sobol, Thomas) (Entered: 09/23/2005) |
| 09/23/2005 | 1746 MOTION for Leave to Appear Pro Hac Vice by Wayne A. Cross, Michael J. Gallagher, Paul Olszowka, Sheryl L. Dickey Filing fee $ 200, receipt number 67099 - 67102. by Sandoz, Inc.. (Attachments: # 1 Exhibit Declaration of Wayne A. Cross# 2 Exhibit Certificate of Good Standing of Wayne A. Cross# 3 Exhibit Declaration of Michael J. Gallagher# 4 Exhibit West's NJ Rules of Court# 5 Exhibit Cerfificate of Good Standing of Michael J. Gallagher# 6 Exhibit Declaration of Paul Olszowka# 7 Exhibit Certificate of Good Standing of Paul T. Olszowka# 8 Exhibit Declaration of Sheryl L. Dickey# 9 Exhibit Certificate of Good Standing)(Patch, Christine) (Entered: 09/29/2005) |
| 09/23/2005 | 1747 CERTIFICATE OF SERVICE by |

|  |  |
|---|---|
|  | Sandoz, Inc. re 1746 MOTION for Leave to Appear Pro Hac Vice by Wayne A. Cross, Michael J. Gallagher, Paul Olszowka, Sheryl L. Dickey Filing fee $ 200, receipt number 67099.. (Patch, Christine) (Entered: 09/29/2005) |
| 09/23/2005 | 1748 CORPORATE DISCLOSURE STATEMENT by Sandoz, Inc.. (Patch, Christine) (Entered: 09/29/2005) |
| 09/23/2005 | 1751 DECLARATION of Trisha Lawson re 1715 Memorandum in Opposition to Motion to Compel by Astrazeneca Pharmaceuticals LP, filed under seal. (Patch, Christine) Additional attachment(s) added on 9/29/2005 (Patch, Christine). (Entered: 09/29/2005) |
| 09/26/2005 | 1732 MOTION to Withdraw *Seth B. Kosto, Esq. as Attorney for Defendant GlaxoSmithKline* by SmithKline Beecham Corporation.(Kosto, Seth) (Entered: 09/26/2005) |
| 09/26/2005 | Judge Marianne B. Bowler: Electronic ORDER entered granting 1731 Motion to Withdraw and granting 1732 Motion to Withdraw. (Bowler, Marianne) (Entered: 09/26/2005) |
| 09/26/2005 | Motions terminated: 1650 MOTION to Compel *The Johnson & Johnson Group to Produce Documents and For An Extension of Discovery* filed by All Plaintiffs. (Saccoccio, Dianalynn) (Entered: 09/27/2005) |
| 09/27/2005 | 1733 NOTICE of Appearance by Christopher P. Sullivan on behalf of Blue Cross Blue Shield of Vermont, Carefirst Blue Cross Blue Shield, Hawaii Medical Service Association, Excellus Blue Cross Blue Shield, Mutual of Omaha Insurance Company, Blue Cross Blue Shield of Massachusetts, Inc. (Sullivan, Christopher) (Entered: 09/27/2005) |
| 09/27/2005 | 1734 Third Party MOTION to Quash |

*Subpoenas and for Protective Order* by Blue Cross Blue Shield of Vermont, Carefirst Blue Cross Blue Shield, Hawaii Medical Service Association, Excellus Blue Cross Blue Shield, Mutual of Omaha Insurance Company, Blue Cross Blue Shield of Massachusetts, Inc.. (Attachments: # <u>1</u> Exhibit A(1)# <u>2</u> Exhibit A(2)# <u>3</u> Exhibit A(3)# <u>4</u> Exhibit A(4)# <u>5</u> Exhibit A(5)# <u>6</u> Exhibit A(6))(Sullivan, Christopher) (Entered: 09/27/2005)

| | | |
|---|---|---|
| 09/27/2005 | <u>1735</u> | Proposed Document(s) submitted by Blue Cross Blue Shield of Vermont, Carefirst Blue Cross Blue Shield, Hawaii Medical Service Association, Excellus Blue Cross Blue Shield, Mutual of Omaha Insurance Company, Blue Cross Blue Shield of Massachusetts, Inc.. Document received: [Proposed] Order. (Sullivan, Christopher) (Entered: 09/27/2005) |
| 09/27/2005 | <u>1736</u> | MOTION for Leave to Appear Pro Hac Vice by Nathan Cohen by Novartis Pharmaceuticals, Novartis Pharmaceuticals Corporation, Novartis Pharmaceuticals Corporation. (Attachments: # <u>1</u> Exhibit A)(Stern, Benjamin) (Entered: 09/27/2005) |
| 09/27/2005 | 1737 | EXCERPT TRANSCRIPT of Motion Hearing held on July 14, 2005 before Judge Bowler. Court Reporter: Judith A. Twomey. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/946-2577 or the Clerk's Office. (Scalfani, Deborah) (Entered: 09/27/2005) |
| 09/27/2005 | <u>1738</u> | MOTION to Quash *By Johnson & Johnson, Centocor Inc., Kenneth Wegner, Colin Konschak, Grace Leone, Trina Gillies, Jim Bivona and Brett Beiter to Quash Subpoenas and for a Protective Order Prohibiting Plaintiffs* |

207

|  |  |
|---|---|
|  | *From Taking Discovery of Former Centocor Employees Subpoenaed After the Discovery Cut Off* by Johnson & Johnson, Centocor, Inc..(Schau, Andrew) (Entered: 09/27/2005) |
| 09/27/2005 | 1739 MEMORANDUM in Support re 1738 MOTION to Quash *By Johnson & Johnson, Centocor Inc., Kenneth Wegner, Colin Konschak, Grace Leone, Trina Gillies, Jim Bivona and Brett Beiter to Quash Subpoenas and for a Protective Order Prohibiting Plaintiffs From Taking Discovery of Former Centoc filed by Johnson & Johnson, Centocor, Inc.. (Schau, Andrew) (Entered: 09/27/2005)* |
| 09/27/2005 | 1740 AFFIDAVIT of Erik Haas in Support re 1738 MOTION to Quash *By Johnson & Johnson, Centocor Inc., Kenneth Wegner, Colin Konschak, Grace Leone, Trina Gillies, Jim Bivona and Brett Beiter to Quash Subpoenas and for a Protective Order Prohibiting Plaintiffs From Taking Discovery of Former Centoc (Exhibits 1-3 Attached) filed by Johnson & Johnson, Centocor, Inc.. (Attachments: # 1 Exhibit 4, Part 1 of 2# 2 Exhibit 4, Part 2 of 2)(Schau, Andrew) (Entered: 09/27/2005)* |
| 09/27/2005 | Judge Patti B. Saris: Electronic ORDER entered denying [1148] MOTION to Strike the Declaration of Raymond S. Hartman. (Alba, Robert) Modified on 9/30/2005 (Alba, Robert). (Entered: 09/28/2005) |
| 09/28/2005 | 1741 MOTION to Modify Plaintiffs' Motion to Modify the Track Two Schedule by All Plaintiffs.(Berman, Steve) (Entered: 09/28/2005) |
| 09/28/2005 | 1742 DECLARATION re 1741 MOTION to Modify Plaintiffs' Motion to Modify the Track Two Schedule *of Steve W. Berman* by All Plaintiffs. (Attachments: # 1 Exhibit A and B)(Berman, Steve) (Entered: 09/28/2005) |

| | | |
|---|---|---|
| 09/28/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 1736 Motion for Leave to Appear Pro Hac Vice. (Bowler, Marianne) (Entered: 09/28/2005) |
| 09/28/2005 | 1743 | TRANSCRIPT of Motions Hearing held on September 19, 2005 before Judge Bowler. Court Reporter: Niles Fowlkes. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/469-0756 or the Clerk's Office. (Scalfani, Deborah) (Entered: 09/28/2005) |
| 09/28/2005 | 1744 | Judge Patti B. Saris: ORDER entered REFERRING CASE to Alternative Dispute Resolution. In light of the memorandum and order dated August 16, 2005, the Court orders parties in the First Track of this litigation to meet again with Resolutions LLC (Eric Green) to attempt resolution of the remaining issues.(Alba, Robert) (Entered: 09/28/2005) |
| 09/28/2005 | 1745 | MOTION to Remand *Based Upon Declarations of Defense Counsel* by International Union of Operating Engineers, Local No. 68 Welfare Fund. (Attachments: # 1 # 2)(Haviland, Donald) (Entered: 09/28/2005) |
| 09/28/2005 | | Filing fee: $ 50.00, receipt number 67166 regarding Motion for Leave to Appear Pro Hac Vice by Nathan Cohen (Patch, Christine) (Entered: 09/30/2005) |
| 09/29/2005 | | Judge Patti B. Saris : ElectronicORDER entered granting 1746 Motion for Leave to Appear Pro Hac Vice Added Wayne A. Cross for Sandoz, Inc., Michael J. Gallagher for Sandoz, Inc., Paul Olszowka for Sandoz, Inc., Sheryl L. Dickey for Sandoz, Inc. (Patch, Christine) (Entered: 09/29/2005) |

| | |
|---|---|
| 09/29/2005 | Judge Marianne B. Bowler: Electronic ORDER entered granting in part and denying in part <u>1581</u> Motion to Set Aside ; granting in part and denying in part <u>1593</u> Motion to Compel; withdrawing <u>1597</u> Motion to Compel; granting in part and denying in part <u>1601</u> Motion to Compel; denying <u>1623</u> Motion to Compel without prejudice to be renewed in 30 days and granting <u>1634</u> Motion for Protective Order. (Bowler, Marianne) (Entered: 09/29/2005) |
| 09/29/2005 | Judge Marianne B. Bowler: Electronic ORDER entered granting <u>1171</u> Motion for Extension of Time to File Response/Reply nunc pro tunc: granting <u>1226</u> Motion for Leave to File nunc pro tunc; denying <u>1318</u> Motion to Compel and granting <u>1379</u> Motion for Protective Order. (Bowler, Marianne) (Entered: 09/29/2005) |
| 09/29/2005 | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Motion hearing held on 9/29/2005; <u>1699</u> Motion to Compel filed by All Plaintiffs; Jennifer Connolly for the pltfs. and Kimberly Harris for the deft. Astrazeneca; The court hears argument on the motion and makes its ruling in open court. (Digital Recording #3:00 PM-3:25 PM.) (Saccoccio, Dianalynn) (Entered: 09/29/2005) |
| 09/29/2005 | <u>1749</u> MOTION for Leave to Appear Pro Hac Vice by Joseph M. Meadows by Ethex Corporation. (Attachments: # <u>1</u> Notice of Appearance# <u>2</u> Certificate of Good Standing)(Longo, Melissa) (Entered: 09/29/2005) |
| 09/29/2005 | <u>1750</u> MOTION for Leave to Appear Pro Hac Vice by Emily N. Glatfelter by Ethex Corporation. (Attachments: # <u>1</u> Notice of Appearance# <u>2</u> Certificate of Good Standing)(Longo, Melissa) (Entered: |

09/29/2005)

| | | |
|---|---|---|
| 09/29/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 1699 Motion to Compel to the extent set forth on the record in open court. (Bowler, Marianne) (Entered: 09/29/2005) |
| 09/29/2005 | 1756 | MOTION for Leave to Appear Pro Hac Vice by William P. Campos and Jennifer Aurora Filing fee $ 100.00, receipt number 67182. by Organon Pharmaceuticals USA, Inc.. (Attachments: # 1 Certificate of William P. Campos# 2 Certificate of Jennifer Aurora# 3 Certificate of Service)(Patch, Christine) (Entered: 10/04/2005) |
| 09/30/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 1749 Motion for Leave to Appear Pro Hac Vice and granting 1750 Motion for Leave to Appear Pro Hac Vice. (Bowler, Marianne) (Entered: 09/30/2005) |
| 09/30/2005 | 1752 | MOTION to Quash by Stanley C. Hopkins. (Attachments: # 1 Exhibit 1)(Paine, Matthew) (Entered: 10/03/2005) |
| 10/03/2005 | 1753 | STATUS REPORT *October 1, 2005* by All Plaintiffs, All Defendants. (Sobol, Thomas) (Entered: 10/03/2005) |
| 10/03/2005 | 1754 | STATUS REPORT *October 3, 2005* by The City of New York and Captioned New York Counties. (Cicala, Joanne) (Entered: 10/03/2005) |
| 10/03/2005 | 1755 | STATUS REPORT *STATE OF CALIFORNIA'S AND QUI TAM PLAINTIFF'S STATUS REPORT-OCTOBER 3, 2005* by State of California. (Frankel, Brian) (Entered: 10/03/2005) |
| 10/04/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 1711 Motion. This court adopts the proposed Scheduling Order. (Bowler, Marianne) (Entered: 10/04/2005) |

211

| | |
|---|---|
| 10/04/2005 | Judge Patti B. Saris : ElectronicORDER entered granting 1756 Motion for Leave to Appear Pro Hac Vice Added William P. Campos for Organon Pharmaceuticals USA, Inc., Jennifer Aurora for Organon Pharmaceuticals USA, Inc. (Patch, Christine) (Entered: 10/04/2005) |
| 10/04/2005 | 1757 MOTION to Seal Document by Bristol-Myers Squibb Company.(Dwyer, Thomas) (Entered: 10/04/2005) |
| 10/05/2005 | Judge Marianne B. Bowler: Electronic ORDER entered granting 1757 Motion to Seal Document. (Bowler, Marianne) (Entered: 10/05/2005) |
| 10/05/2005 | 1758 Assented to MOTION for Extension of Time to October 7, 2005 to Respond *Plaintiffs' Assented to Motion for an Extension of Time to Respond to J&J Defendants' Motion to Determine the Sufficiency of Plaintiffs' Responses to Request for Admissions and Interrogatories Concerning Remicade and Procrit* by All Plaintiffs.(Sobol, Thomas) (Entered: 10/05/2005) |
| 10/05/2005 | 1759 MEMORANDUM OF LAW by Ven-A-Care of the Florida Keys, Inc.. (Attachments: # 1 # 2)(Shapiro, Jonathan) (Entered: 10/05/2005) |
| 10/06/2005 | Judge Marianne B. Bowler: Electronic ORDER entered granting 1758 Motion for Extension of Time. (Bowler, Marianne) (Entered: 10/06/2005) |
| 10/06/2005 | 1760 MOTION for Extension of Time to File Response/Reply by Abbott Laboratories. (Attachments: # 1 Text of Proposed Order # 2 Certificate of Service)(Citera, Toni-Ann) (Entered: 10/06/2005) |
| 10/06/2005 | 1761 Opposition re 1741 MOTION to Modify Plaintiffs' Motion to Modify the Track Two Schedule filed by Pharmacia Corp., Pharmacia & Upjohn, Inc., Pfizer, Inc.. (Attachments: # 1 # |

|            |      |                                                                                                                                                                                                                                                     |
|------------|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |      | <u>2</u>)(Smith, Mark) (Entered: 10/06/2005)                                                                                                                                                                                                         |
| 10/06/2005 |      | Filing fee: $ 100.00, receipt number 67313 regarding Motion for Leave to Appear Pro Hac Vice by Emily N. Glatfelter and Joseph M. Meadows (Patch, Christine) (Entered: 10/11/2005)                                                                    |
| 10/06/2005 | 1774 | MOTION for Leave to Appear Pro Hac Vice by Bernabe A. Icaza Filing fee $ 50.00, receipt number 67310. by State of Florida. (Attachments: # <u>1</u> Exhibit Certificates of Good Standing)(Patch, Christine) (Entered: 10/13/2005)                     |
| 10/06/2005 | 1775 | MOTION for Leave to Appear Pro Hac Vice by Mark S. Thomas Filing fee $ 50.00, receipt number 67310. by State of Florida. (Attachments: # <u>1</u> Exhibit Certificates of Service)(Patch, Christine) (Entered: 10/13/2005)                             |
| 10/06/2005 | 1776 | MOTION for Leave to Appear Pro Hac Vice by Mary S. Miller Filing fee $ 50.00, receipt number 67310. by State of Florida. (Attachments: # <u>1</u> Exhibit Certificates of Good Standing)(Patch, Christine) (Entered: 10/13/2005)                       |
| 10/07/2005 | 1762 | RESPONSE to Motion re <u>1725</u> MOTION Johnson & Johnson Defendants' Motion to Determine the Sufficiency of Plaintiffs' Responses to (1) Requests for Admissions and Interrogatories Concerning Remicade, and (2) Requests for Admissions and Interrogatories Concerning Procrit *Plaintiffs' Response to Johnson & Johnson's Motion to Determine the Sufficiency of Responses to Request for Admissions and Interrogatories Concerning Remicade and Procrit* filed by All Plaintiffs. (Sobol, Thomas) (Entered: 10/07/2005) |
| 10/11/2005 |      | NOTICE of Hearing on Motion; <u>1741</u> Motion to Modify Plaintiffs' Motion to Modify the Track Two Schedule, <u>1694</u> Motion for Extension of Time to                                                                                            |

213

Extend Expert Witness Disclosures and Discovery, 1725 Motion Johnson & Johnson Defendants' Motion to Determine the Sufficiency of Plaintiffs' Responses to (1) Requests for Admissions and Interrogatories Concerning Remicade, and (2) Requests for Admissions and Interrogatories Concerning Procrit: Motion hearing set for 11/9/2005 at 3:00 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 10/11/2005)

10/11/2005   1763 MOTION for Leave to File *Combined Reply Memorandum in Support of Motion to Modify The Track Two Discovery Schedule and Opposition to Defendants' Cross Motion* by All Plaintiffs.(Berman, Steve) (Entered: 10/11/2005)

10/11/2005   1764 REPLY to Response to Motion re 1763 MOTION for Leave to File *Combined Reply Memorandum in Support of Motion to Modify The Track Two Discovery Schedule and Opposition to Defendants' Cross Motion Plaintiffs' Reply Memorandum in Support of Motion to Modify the Track Two Discovery Schedule and Memorandum in Opposition to Cross Motion for Entry of Case Management Order 16* filed by All Plaintiffs. (Berman, Steve) (Entered: 10/11/2005)

10/11/2005   1765 RESPONSE to Motion re 1738 MOTION to Quash *By Johnson & Johnson, Centocor Inc., Kenneth Wegner, Colin Konschak, Grace Leone, Trina Gillies, Jim Bivona and Brett Beiter to Quash Subpoenas and for a Protective Order Prohibiting Plaintiffs From Taking Discovery of Former Centoc filed by All Plaintiffs. (Sobol, Thomas) (Entered: 10/11/2005)*

10/11/2005   1766 MEMORANDUM in Opposition re

214

|  |  |
|---|---|
|  | 1734 Third Party MOTION to Quash *Subpoenas and for Protective Order* filed by McNeil-PPC, Inc., Janssen Pharmaceuticals products, L.P., Johnson & Johnson Health Care Systems, Inc., Ortho McNeil Pharmaceuticals, Inc., OrthoNeutrogena, Johnson & Johnson, Centocor, Inc., Ortho Biotech Products, L.P.. (Schau, Andrew) (Entered: 10/11/2005) |
| 10/11/2005 | 1767 AFFIDAVIT of Adeel A. Mangi in Opposition re 1734 Third Party MOTION to Quash *Subpoenas and for Protective Order with Exhibits 1-2 of 12* filed by McNeil-PPC, Inc., Janssen Pharmaceuticals products, L.P., Johnson & Johnson Health Care Systems, Inc., Ortho McNeil Pharmaceuticals, Inc., OrthoNeutrogena, Johnson & Johnson, Centocor, Inc., Ortho Biotech Products, L.P.. (Attachments: # 1 Exhibit 3-4 of 12# 2 Exhibit 5-9 of 12# 3 Exhibit 10-12 of 12)(Schau, Andrew) (Entered: 10/11/2005) |
| 10/11/2005 | 1768 MEMORANDUM in Opposition re 1752 MOTION to Quash filed by Astrazeneca Pharmaceuticals LP. (Attachments: # 1 Affidavit of Lucy Fowler# 2 Exhibit 1 through 3 to Declaration of Lucy Fowler)(Fowler, Lucy) (Entered: 10/11/2005) |
| 10/11/2005 | 1769 MOTION for Sanctions *for Failure to Comply with CMO 13* by Apothecon, Bristol-Myers Squibb Company, Astrazeneca Pharmaceuticals LP, Oncology Therapeutics Network Corp., Schering-Plough,Corp, SmithKline Beecham Corporation, Glaxosmithkline, Johnson & Johnson, Warrick Pharmaceuticals Corporation.(Christofferson, Eric) (Entered: 10/11/2005) |
| 10/12/2005 | NOTICE of Hearing on Motion; 1734 |

Third Party Motion to Quash *Subpoenas and for Protective Order*, 1752 Motion to Quash and 1738 Motion to Quash *By Johnson & Johnson, Centocor Inc., Kenneth Wegner, Colin Konschak, Grace Leone, Trina Gillies, Jim Bivona and Brett Beiter to Quash Subpoenas and for a Protective Order Prohibiting Plaintiffs From Taking Discovery of Former Centoc: Motion hearing set for 11/9/2005 02:00 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 10/12/2005)*

10/12/2005    1770 MOTION to Compel *Third Party United Healthcare to Produce Documents and Witnesses for Deposition Pursuant to Subpoena* by McNeil-PPC, Inc., Janssen Pharmaceuticals products, L.P., Johnson & Johnson Health Care Systems, Inc., Ortho McNeil Pharmaceuticals, Inc., OrthoNeutrogena, Johnson & Johnson, Centocor, Inc., Ortho Biotech Products, L.P..(Schau, Andrew) (Entered: 10/12/2005)

10/12/2005    1771 MEMORANDUM in Support re 1770 MOTION to Compel *Third Party United Healthcare to Produce Documents and Witnesses for Deposition Pursuant to Subpoena* filed by McNeil-PPC, Inc., Janssen Pharmaceuticals products, L.P., Johnson & Johnson Health Care Systems, Inc., Ortho McNeil Pharmaceuticals, Inc., OrthoNeutrogena, Johnson & Johnson, Centocor, Inc., Ortho Biotech Products, L.P.. (Schau, Andrew) (Entered: 10/12/2005)

10/12/2005    1772 AFFIDAVIT of Adeel A. Mangi in Support re 1770 MOTION to Compel *Third Party United Healthcare to*

216

|  |  |
|---|---|
|  | *Produce Documents and Witnesses for Deposition Pursuant to Subpoena with Exhibits 1-6 of 8* filed by McNeil-PPC, Inc., Janssen Pharmaceuticals products, L.P., Johnson & Johnson Health Care Systems, Inc., Ortho McNeil Pharmaceuticals, Inc., OrthoNeutrogena, Johnson & Johnson, Centocor, Inc., Ortho Biotech Products, L.P.. (Attachments: # (1) Exhibits Parts 1-4)(Schau, Andrew). (Entered: 10/12/2005) |
| 10/12/2005 | 1773 MEMORANDUM in Opposition re 1745 MOTION to Remand *Based Upon Declarations of Defense Counsel* filed by Astrazeneca Pharmaceuticals LP. (Attachments: # 1 Affidavit Fowler Declaration# 2 Exhibit 1 through 3 to Fowler Declaration)(Fowler, Lucy) Additional attachment(s) added on 10/18/2005 (Patch, Christine). (Entered: 10/12/2005) |
| 10/13/2005 | Judge Patti B. Saris : ElectronicORDER entered granting 1774 Motion for Leave to Appear Pro Hac Vice Added Bernabe Antonio Icaza for State of Florida, granting 1775 Motion for Leave to Appear Pro Hac Vice Added Mark S. Thomas for State of Florida, granting 1776 Motion for Leave to Appear Pro Hac Vice Added Mary S Miller for State of Florida (Patch, Christine) (Entered: 10/13/2005) |
| 10/13/2005 | 1780 MOTION to Seal, by the City of New York and captioned counties .(Patch, Christine) (Entered: 10/17/2005) |
| 10/13/2005 | Proposed Document. Document received: Order granting Motion to Seal. (Patch, Christine) (Entered: 10/17/2005) |
| 10/14/2005 | 1777 MOTION for Leave to File *Reply Brief and Supporting Declaration* by Johnson & Johnson, Centocor, Inc.. (Attachments: # 1 Declaration of Adeel |

A. Mangi# <u>2</u> Exhibit 1 to Declaration of Adeel A. Mangi# <u>3</u> Reply Memorandum of Law in Further Support of Motion by Johnson & Johnson, Centocor, Inc., Kenneth Wegner, Colin Konschak, Grace Leone, Trina Gillies, Jim Bivona and Brett Beiter to Quash Subpoenas and for a Protective Order)(Schau, Andrew) (Entered: 10/14/2005)

| | | |
|---|---|---|
| 10/14/2005 | <u>1778</u> | Joint *Defs Memo of Law In Oppos to Plfs Remand to State Court* filed by Alpharma, Inc., Purepac Pharmaceutical Co., Alpharma, Inc., Purepac Pharmaceutical Co.. (Attachments: # <u>1</u> Exhibit A# <u>2</u> Exhibit B)(Fleder, John) Additional attachment(s) added on 10/19/2005 (Patch, Christine). Modified on 10/19/2005 (Patch, Christine). (Entered: 10/14/2005) |
| 10/17/2005 | <u>1779</u> | MOTION for Leave to Appear Pro Hac Vice by Charles Grawbow and Kathryn Parente by Novartis Pharmaceuticals, Novartis Pharmaceuticals Corporation, Novartis Pharmaceuticals Corporation. (Attachments: # <u>1</u> Exhibit A# <u>2</u> Exhibit B)(Stern, Benjamin) (Entered: 10/17/2005) |
| 10/17/2005 | <u>1781</u> | AMENDED DOCUMENT by All Plaintiffs. *Redacted Third Amended Master Consolidated Class Action Complaint Amended to Comply with Court's Class Certification Order - Part 1 of 7, Part 2 of 7, Part 3 of 7, Part 4 of 7, Part 5 of 7, Part 6 of 7, Part 7 of 7, Appendix A, and Appendix B.(Berman, Steve) Additional attachment(s) added on 10/19/2005 (Paine, Matthew). (Entered: 10/17/2005)* |
| 10/17/2005 | <u>1782</u> | AMENDED DOCUMENT by All Plaintiffs. *Redacted Third Amended Master Consolidated Class Action Complaint Amended to Comply with* |

|  |  |
|---|---|
|  | *Court's Class Certification Order - Part 2*. (Berman, Steve) (Entered: 10/17/2005) |
| 10/17/2005 | 1783 AMENDED DOCUMENT by All Plaintiffs. *Redacted Third Amended Master Consolidated Class Action Complaint Amended to Comply with Court's Class Certfciation Order - Part 3*. (Berman, Steve) (Entered: 10/17/2005) |
| 10/17/2005 | 1784 AMENDED DOCUMENT by All Plaintiffs. *Redacted Third Amended Master Consolidated Class Action Complaint Amended to Comply with Court's Class Certification Order - Part 4*. (Berman, Steve) (Entered: 10/17/2005) |
| 10/17/2005 | 1785 AMENDED DOCUMENT by All Plaintiffs. *Redacted Third Amended Master Consolidated Class Action Complaint Amended to Comply with Court's Class Certification Order - Part 5*. (Berman, Steve) (Entered: 10/17/2005) |
| 10/17/2005 | 1786 AMENDED DOCUMENT by All Plaintiffs. *Redacted Third Amended Master Consolidated Class Action Complaint Amended to Comply With Court's Class Certification Order - Part 6*. (Berman, Steve) (Entered: 10/17/2005) |
| 10/17/2005 | 1787 AMENDED DOCUMENT by All Plaintiffs. *Redacted Third Amended Master Consolidated Class Action Complaint Amended to Comply with Court's Class Certification Order - Part 7*. (Attachments: # 1 Appendix A# 2 Appendix B)(Berman, Steve) (Entered: 10/17/2005) |
| 10/17/2005 | 1788 Proposed Document(s) submitted by All Plaintiffs. Document received: [Proposed] Consolidated Order Re: Motion for Class Certification. (Berman, Steve) (Entered: 10/17/2005) |

219

| | |
|---|---|
| 10/18/2005 | Judge Marianne B. Bowler: Electronic ORDER entered granting 1779 Motion for Leave to Appear Pro Hac Vice. (Bowler, Marianne) (Entered: 10/18/2005) |
| 10/18/2005 | 1789 MOTION for Leave to File *Unredacted Third Amended Master Consolidated Class Action Complaint Under Seal* by All Plaintiffs.(Sobol, Thomas) (Entered: 10/18/2005) |
| 10/18/2005 | 1790 NOTICE by All Plaintiffs *Notice of Filing Under Seal* (Sobol, Thomas) (Entered: 10/18/2005) |
| 10/18/2005 | 1791 MOTION for Leave to Appear Pro Hac Vice by Thomas J. Poulin by Blue Cross Blue Shield of Massachusetts, Inc.. (Attachments: # 1 Exhibit Certificate of Good Standing)(Froio, Anthony) (Entered: 10/18/2005) |
| 10/18/2005 | Filing fee: $ 100.00, receipt number 67525 regarding Motion for Leave to Appear Pro Hac Vice by Charles Graybow and Kathryn Parente (Patch, Christine) (Entered: 10/19/2005) |
| 10/19/2005 | Documents terminated: Amended Document(s)(1782), (1783), (1784), (1785), (1786), (1787) filed by all plaintiffs are terminated due to filing error. Please see Amended Document (1781) (Paine, Matthew) (Entered: 10/19/2005) |
| 10/19/2005 | Notice of correction to docket made by MDL Docket Clerk. Correction: AMENDED DOCUMENT(s) by all plaintiffs; Redacted Third Amended Master Consolidated Class Action Complaint Amended to Comply with Court's Class Certification Order corrected because it was incorrectly filed. Please refer to docket entry (1781)for all seven parts of the Amended Document(s) filed by the plantiffs. (Paine, Matthew) (Entered: 10/19/2005) |

| | |
|---|---|
| 10/19/2005 | 1792 MOTION for Protective Order *Under F.R.C.P. 26(C)(1), 30(a)(2)(A) and Local Rule 26.1(C)* by Aventis Pharmaceuticals Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(DeMarco, Michael) (Entered: 10/19/2005) |
| 10/19/2005 | Judge Patti B. Saris : ElectronicORDER entered granting 1780 Motion to Seal (Patch, Christine) (Entered: 10/20/2005) |
| 10/19/2005 | 1793 Response to Request for Extension of Time and Further Relief in Order to Comply with July 8, 2005 Order, by City of New York and Captioned New York Counties, filed under seal. (Patch, Christine) (Entered: 10/20/2005) |
| 10/19/2005 | 1797 MOTION for Leave to Appear Pro Hac Vice by David M. Covey Filing fee $ 50.00, receipt number 67621. by Organon Pharmaceuticals USA, Inc.. (Attachments: # 1 Exhibit Certificate of Good Standing# 2 Exhibit Service List)(Patch, Christine) (Entered: 10/25/2005) |
| 10/20/2005 | Judge Patti B. Saris : ElectronicORDER entered granting 1789 Motion for Leave to File Third Amended Master Consolidated Class Action Complaint under seal. (Patch, Christine) (Entered: 10/24/2005) |
| 10/21/2005 | 1794 MOTION to Compel *Production of IMS Data and Reports* by All Plaintiffs.(Berman, Steve) (Entered: 10/21/2005) |
| 10/21/2005 | 1795 MEMORANDUM in Support re 1794 MOTION to Compel *Production of IMS Data and Reports* filed by All Plaintiffs. (Berman, Steve) (Entered: 10/21/2005) |
| 10/21/2005 | 1796 DECLARATION re 1794 MOTION to Compel *Production of IMS Data and Reports of Robert Lopez* by All Plaintiffs. (Attachments: # 1 Exhibit A# |

|  |  |  |
|---|---|---|
|  |  | 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)(Berman, Steve) (Entered: 10/21/2005) |
| 10/25/2005 |  | Judge Patti B. Saris : ElectronicORDER entered granting 1797 Motion for Leave to Appear Pro Hac Vice Added David M. Covey for Organon Pharmaceuticals USA, Inc. (Patch, Christine) (Entered: 10/25/2005) |
| 10/25/2005 | 1798 | Opposition re 1769 MOTION for Sanctions *for Failure to Comply with CMO 13 Plaintiffs' Opposition to Track One Defendants' Motion to Preclude Plaintiffs' Expert Evidence on Liability or For Other Sanctions* filed by All Plaintiffs. (Berman, Steve) (Entered: 10/25/2005) |
| 10/25/2005 | 1799 | DECLARATION re 1798 Opposition to Motion, *of Steve W. Berman in Support of Plaintiffs' Opposition to Track One Defendants' Motion to Preclude Plaintiffs' Expert Evidence on Liability or For Other Sanctions* by All Plaintiffs. (Berman, Steve) (Entered: 10/25/2005) |
| 10/26/2005 | 1800 | Opposition re 1770 MOTION to Compel *Third Party United Healthcare to Produce Documents and Witnesses for Deposition Pursuant to Subpoena* filed by UnitedHealthcare, Inc. & United HealthCare Insurance Company. (Brennan, Julie) (Entered: 10/26/2005) |
| 10/26/2005 | 1801 | AFFIDAVIT in Support re 1800 Opposition to Motion *To Compel Third Party UnitedHealthcare to Produce Documents and Witnesses for Deposition Pursuant to Subpoena.* (Attachments: # 1 Affidavit Exhibit A# 2 Affidavit Exhibit B# 3 Affidavit Exhibit C# 4 Affidavit Exhibit D# 5 Affidavit Exhibit E# 6 Affidavit Exhibit F# 7 Affidavit Exhibit G# 8 Affidavit Exhibit H# 9 Affidavit |

|  |  |
|---|---|
|  | Exhibit I# <u>10</u> Affidavit Exhibit J# <u>11</u> Affidavit Exhibit K# <u>12</u> Affidavit Exhibit L# <u>13</u> Affidavit Exhibit M# <u>14</u> Affidavit Exhibit N# <u>15</u> Affidavit Exhibit O)(Brennan, Julie) (Entered: 10/26/2005) |
| 10/26/2005 | <u>1802</u> CORPORATE DISCLOSURE STATEMENT by UnitedHealthcare, Inc. & United HealthCare Insurance Company. (Brennan, Julie) (Entered: 10/26/2005) |
| 10/26/2005 | <u>1803</u> CERTIFICATE OF SERVICE by UnitedHealthcare, Inc. & United HealthCare Insurance Company re <u>1800</u> Opposition to Motion, <u>1801</u> Affidavit in Support,,, <u>1802</u> Corporate Disclosure Statement. (Brennan, Julie) (Entered: 10/26/2005) |
| 10/27/2005 | <u>1804</u> MOTION for Order to [Motion for Entry of Protective Order] by Aventis Pharmaceuticals Inc.. (Attachments: # <u>1</u> Exhibit A)(DeMarco, Michael) Additional attachment(s) added on 10/27/2005 (Costello, Helen). Replaced Exhibit A which was incomplete when originally filed. (Entered: 10/27/2005) |
| 10/27/2005 | <u>1805</u> MOTION for Leave to Appear Pro Hac Vice by Shanin Specter by Susan Aaronson.(Haviland, Donald) (Entered: 10/27/2005) |
| 10/27/2005 | <u>1806</u> MOTION for Leave to Appear Pro Hac Vice by Donald E. Haviland, Jr. by Susan Aaronson.(Haviland, Donald) (Entered: 10/27/2005) |
| 10/27/2005 | <u>1807</u> MOTION for Leave to Appear Pro Hac Vice by TerriAnne Benedetto by Susan Aaronson.(Haviland, Donald) (Entered: 10/27/2005) |
| 10/27/2005 | <u>1808</u> NOTICE of Appearance by Julie B. Brennan on behalf of UnitedHealthcare, Inc. & United HealthCare Insurance Company (Brennan, Julie) (Entered: 10/27/2005) |
| 10/27/2005 | <u>1809</u> MOTION for Leave to Appear Pro Hac |

|            |      |                                                                                                                                                                                                                                                                                        |
|------------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |      | Vice by Thomas F. Fitzgerald, Michael J. Prame, and Lars C. Golumbic by UnitedHealthcare, Inc. & United HealthCare Insurance Company.(Brennan, Julie) (Entered: 10/27/2005)                                                                                                              |
| 10/27/2005 | 1810 | AFFIDAVIT in Support re 1809 MOTION for Leave to Appear Pro Hac Vice by Thomas F. Fitzgerald, Michael J. Prame, and Lars C. Golumbic *Thomas F. Fitzgerald's Certificate in Support of Motion for Leave to Appear Pro Hac Vice*. (Brennan, Julie) (Entered: 10/27/2005)                   |
| 10/27/2005 | 1811 | AFFIDAVIT in Support re 1809 MOTION for Leave to Appear Pro Hac Vice by Thomas F. Fitzgerald, Michael J. Prame, and Lars C. Golumbic *Michael J. Prame's Certificate in Support of Motion for Leave to Appear Pro Hac Vice*. (Brennan, Julie) (Entered: 10/27/2005)                       |
| 10/27/2005 | 1812 | AFFIDAVIT in Support re 1809 MOTION for Leave to Appear Pro Hac Vice by Thomas F. Fitzgerald, Michael J. Prame, and Lars C. Golumbic *Lars C. Golumbic's Certificate in Support of Motion for Leave to Appear Pro Hac Vice*. (Brennan, Julie) (Entered: 10/27/2005)                       |
| 10/27/2005 | 1813 | CERTIFICATE OF SERVICE by UnitedHealthcare, Inc. & United HealthCare Insurance Company re 1809 MOTION for Leave to Appear Pro Hac Vice by Thomas F. Fitzgerald, Michael J. Prame, and Lars C. Golumbic, 1810 Affidavit in Support, 1811 Affidavit in Support, 1812 Affidavit in Support. (Brennan, Julie) (Entered: 10/27/2005) |
| 10/27/2005 | 1814 | SUMMONS Returned Executed Z.L.B. BEHRING served on 10/25/2005, answer due 11/14/2005. (Frankel, Brian) (Entered: 10/27/2005)                                                                                                                                                            |

224

| | |
|---|---|
| 10/27/2005 | <u>1815</u> RESPONSE to Motion re <u>1804</u> MOTION for Order to [Motion for Entry of Protective Order] *Plaintiffs' Response to Defendant Aventis' Motion for Entry of Protective Order, and Supporting Declaration of Patrick Howard* filed by All Plaintiffs. (Sobol, Thomas) (Entered: 10/27/2005) |
| 10/27/2005 | <u>1816</u> AFFIDAVIT OF SERVICE Executed by County of Chenango. Acknowledgement filed by County of Chenango. (Cicala, Joanne) Modified on 10/28/2005 (Patch, Christine). (Entered: 10/27/2005) |
| 10/28/2005 | Judge Marianne B. Bowler: Electronic ORDER entered granting <u>1791</u> Motion for Leave to Appear Pro Hac Vice; granting <u>1805</u> Motion for Leave to Appear Pro Hac Vice; granting <u>1806</u> Motion for Leave to Appear Pro Hac Vice; granting <u>1807</u> Motion for Leave to Appear Pro Hac Vice; and granting <u>1809</u> Motion for Leave to Appear Pro Hac Vice. (Bowler, Marianne) (Entered: 10/28/2005) |
| 10/28/2005 | Notice of correction to docket made by Court staff. Correction: Document No. 1816 corrected because: Filer was incorrect. Document was filed by County of Chenango, not County of Onondaga (Patch, Christine) (Entered: 10/28/2005) |
| 10/28/2005 | <u>1817</u> AFFIDAVIT OF SERVICE Executed by County of Onondaga. Acknowledgement filed by County of Onondaga. (Cicala, Joanne) (Entered: 10/28/2005) |
| 10/28/2005 | <u>1818</u> AFFIDAVIT OF SERVICE Executed by County of Chautauqua. Acknowledgement filed by County of Chautauqua. (Cicala, Joanne) (Entered: 10/28/2005) |
| 10/28/2005 | <u>1819</u> NOTICE of Voluntary Dismissal by International Union of Operating |

|  |  |  |
|---|---|---|
|  |  | Engineers, Local No. 68 Welfare Fund (Haviland, Donald) (Entered: 10/28/2005) |
| 10/28/2005 | 1820 | MOTION to Compel *Production by Amgen Inc.* by All Plaintiffs.(Berman, Steve) (Entered: 10/28/2005) |
| 10/28/2005 | 1821 | MEMORANDUM in Support re 1820 MOTION to Compel *Production by Amgen Inc.* filed by All Plaintiffs. (Berman, Steve) (Entered: 10/28/2005) |
| 10/28/2005 | 1822 | DECLARATION re 1820 MOTION to Compel *Production by Amgen Inc. of Steve W. Berman in Support of Motion to Compel Production by Amgen Inc.* by All Plaintiffs. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Errata C# 4 Exhibit D# 5 Errata E)(Berman, Steve) (Entered: 10/28/2005) |
| 10/28/2005 | 1823 | DECLARATION re 1820 MOTION to Compel *Production by Amgen Inc. of Donald E. Haviland, Jr., In Support of Plaintiffs' Motion to Compel Production by Amgen, Inc.* by All Plaintiffs. (Berman, Steve) (Entered: 10/28/2005) |
| 10/28/2005 |  | Filing fee: $ 150.00, receipt number 67838 regarding Motion for Leave to Appear Pro Hac Vice by Shanin Specter, Donald Haviland, and TerriAnne Benedetto (Patch, Christine) (Entered: 11/01/2005) |
| 10/31/2005 | 1824 | TRANSCRIPT of Motion Hearing held on September 29, 2005 before Judge Bowler. Digital Recording: Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508/384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/31/2005) |
| 10/31/2005 | 1825 | JOINT STATEMENT of counsel *Joint Stipulation and Proposed Order Re: Track Two Defendants Answer to* |

226

|  |  |
|---|---|
|  | *Plaintiffs' Third Amended Master Consolidated Complaint*. (Smith, Mark) (Entered: 10/31/2005) |
| 10/31/2005 | 1826 SUMMONS Returned Executed Dey, Inc. served on 10/25/2005, answer due 11/14/2005. (Foote, Timothy) (Entered: 10/31/2005) |
| 10/31/2005 | 1827 SUMMONS Returned Executed DEY, L.P. served on 10/25/2005, answer due 11/14/2005. (Foote, Timothy) (Entered: 10/31/2005) |
| 10/31/2005 | 1828 SUMMONS Returned Executed WARRICK PHARMACEUTICALS CORP. served on 10/25/2005, answer due 11/14/2005. (Foote, Timothy) (Entered: 10/31/2005) |
| 10/31/2005 | 1829 STATUS REPORT *November 1, 2005* by Ven-A-Care of the Florida Keys, Inc., State of Florida. (Shapiro, Jonathan) (Entered: 10/31/2005) |
| 11/01/2005 | 1830 CERTIFICATE OF SERVICE by State of California re 1814 Summons Returned Executed *10/25/05*. (Frankel, Brian) (Entered: 11/01/2005) |
| 11/01/2005 | 1831 STATUS REPORT *November 1, 2005* by State of California. (Frankel, Brian) (Entered: 11/01/2005) |
| 11/01/2005 | 1832 NOTICE by Blue Cross Blue Shield of Vermont, Carefirst Blue Cross Blue Shield, Hawaii Medical Service Association, Excellus Blue Cross Blue Shield, Mutual of Omaha Insurance Company, Blue Cross Blue Shield of Massachusetts, Inc. *Of Appearance of Thomas J. Poulin* (Froio, Anthony) (Entered: 11/01/2005) |
| 11/01/2005 | 1833 STATUS REPORT *November 1, 2005* by All Plaintiffs, All Defendants. (Sobol, Thomas) (Entered: 11/01/2005) |
| 11/01/2005 | 1834 SUMMONS Returned Executed Ben Venue Laboratories, Inc. served on 10/25/2005, answer due 11/14/2005. (Fisher, John) (Entered: 11/01/2005) |