| | | |
|---|---|---|
| 11/01/2005 | 1849 | Judge Patti B. Saris : ORDER entered granting 1825 Joint Stipulation re: Track Two Defendants' Answer to Plaintiffs' Third Amended Master Consolidated Complaint. (Patch, Christine) (Entered: 11/03/2005) |
| 11/01/2005 | | Filing fee: $ 150.00, receipt number 67904 regarding Motion for Leave to Appear Pro Hac Vice by Thomas F. Fitzgerald, Michael J. Prame, and Lars C. Golumbic (Patch, Christine) (Entered: 11/08/2005) |
| 11/02/2005 | 1835 | MOTION Expedited Motion to Have Defendant's Motion to Quash Considered on the Papers or, Alternatively, for Continuance re 1752 MOTION to Quash by Stanley C. Hopkins.(Fernandez, Jack) (Entered: 11/02/2005) |
| 11/02/2005 | 1836 | MOTION for Leave to Appear Pro Hac Vice by Adam S. Levy by Susan Aaronson.(Haviland, Donald) (Entered: 11/02/2005) |
| 11/02/2005 | 1837 | MOTION for Leave to Appear Pro Hac Vice by Kent M. Williams by Susan Aaronson.(Haviland, Donald) (Entered: 11/02/2005) |
| 11/02/2005 | 1838 | Letter/request (non-motion) from John T. Montgomery *to Magistrate Judge Marianne B. Bowler regarding November 9, 2005 hearing*. (Christofferson, Eric) (Entered: 11/02/2005) |
| 11/02/2005 | 1839 | RESPONSE to Motion re 1804 MOTION for Order to [Motion for Entry of Protective Order] *Plaintiffs' Response to Aventis' Motion for Protective Order and Cross-Motion to Conduct more than Ten Depositions* filed by All Plaintiffs. (Sobol, Thomas) Modified on 11/14/2005 (Patch, Christine). (Entered: 11/02/2005) |
| 11/02/2005 | 1840 | SUMMONS Returned Executed DEY, L.P. served on 10/26/2005, answer due |

228

|  |  |
|---|---|
|  | 11/15/2005. (Foote, Timothy) (Entered: 11/02/2005) |
| 11/02/2005 | 1841 SUMMONS Returned Executed Aventis Pharmaceuticals, Inc. served on 10/26/2005, answer due 11/15/2005. (Foote, Timothy) (Entered: 11/02/2005) |
| 11/02/2005 | 1842 SUMMONS Returned Executed Mylan Laboratories, Inc. served on 10/26/2005, answer due 11/15/2005. (Paul, Nicholas) (Entered: 11/02/2005) |
| 11/02/2005 | 1843 SUMMONS Returned Executed BRISTOL-MYERS SQUIBB COMPANY a/k/a BRISTOL-MYERS ONCOLOGY DIVISION/HIV PRODUCTS served on 10/26/2005, answer due 11/15/2005. (Paul, Nicholas) (Entered: 11/02/2005) |
| 11/02/2005 | 1844 SUMMONS Returned Executed Immunex Corp. served on 10/26/2005, answer due 11/15/2005. (Paul, Nicholas) (Entered: 11/02/2005) |
| 11/03/2005 | Judge Marianne B. Bowler: Electronic ORDER entered granting 1836 Motion for Leave to Appear Pro Hac Vice and granting 1837 Motion for Leave to Appear Pro Hac Vice. (Bowler, Marianne) (Entered: 11/03/2005) |
| 11/03/2005 | 1845 NOTICE by All Plaintiffs *Notice of Filing an Amended Declaration* (Attachments: # 1 Amended Declaration of Patrick Howard)(Sobol, Thomas) (Entered: 11/03/2005) |
| 11/03/2005 | 1846 Response by Astrazeneca Pharmaceuticals LP to 1835 MOTION Expedited Motion to Have Defendant's Motion to Quash Considered on the Papers or, Alternatively, for Continuance re 1752 MOTION to Quash. (Fowler, Lucy) (Entered: 11/03/2005) |
| 11/03/2005 | 1847 ANSWER to Complaint *(Third Amended Master Consolidated Class Action Complaint)* by McNeil-PPC, Inc., Janssen Pharmaceuticals products, |

|  |  |  |
|---|---|---|
|  |  | L.P., Johnson & Johnson, Centocor, Inc., Ortho Biotech Products, L.P..(Schau, Andrew) (Entered: 11/03/2005) |
| 11/03/2005 | 1848 | ANSWER to Complaint *(Third Amended Master Consolidated Class Action Complaint)* by SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE.(Seltzer, Mark) (Entered: 11/03/2005) |
| 11/03/2005 | 1850 | ANSWER to Complaint *(Third Amended Master Consolidated Class Action Complaint)* by Apothecon, Oncology Therapeutics Network Corp., Bristol-Myers Squibb Company.(Elberg, Jacob) (Entered: 11/03/2005) |
| 11/03/2005 | 1851 | ANSWER to Complaint *Answer to third amended master consolidated class action complaint, docket nos. 1781-1787,* by Astrazeneca Pharmaceuticals LP. (Attachments: # 1)(Fowler, Lucy) (Entered: 11/03/2005) |
| 11/03/2005 | 1852 | First MOTION to Strike *Claims Against Boehringer Ingelheim Corporation, Ben Venue Laboratories, Inc. and Bedford Laboratories from the Third Amended Consolidated Class Action Complaint* by Boehringer Ingelheim Corp.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit Exhibit C Affidavit of Darrell Miller plus attachments)(Miller, Darrell) (Entered: 11/03/2005) |
| 11/03/2005 | 1853 | SUMMONS Returned Executed Boehringer Ingelheim Corp. served on 10/26/2005, answer due 11/15/2005. (Foote, Timothy) (Entered: 11/03/2005) |
| 11/03/2005 | 1854 | SUMMONS Returned Executed Roxane laboratories, Inc. served on 10/26/2005, answer due 11/15/2005. (Foote, Timothy) (Entered: 11/03/2005) |
| 11/03/2005 | 1855 | ANSWER to Complaint *(Third Amended Master Consolidated Class* |

230

|            |      |                                                                                                                                                                                                                                                                                                                                                                                                                                      |
|------------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |      | *Action Complaint)* by Schering-Plough,Corp.(Christofferson, Eric) (Entered: 11/03/2005)                                                                                                                                                                                                                                                                                                                                              |
| 11/03/2005 | 1856 | ANSWER to Complaint *(Third Amended Master Consolidated Class Action Complaint)* by Warrick Pharmaceuticals Corporation.(Christofferson, Eric) (Entered: 11/03/2005)                                                                                                                                                                                                                                                                   |
| 11/03/2005 |      | Filing fee: $ 50.00, receipt number 67956 regarding Motion for Leave to Appear Pro Hac Vice by Adam S. Levy (Patch, Christine) (Entered: 11/08/2005)                                                                                                                                                                                                                                                                                  |
| 11/03/2005 |      | Filing fee: $ 50.00, receipt number 67955 regarding Motion for Leave to Appear Pro Hac Vice by Kent W. Williams (Patch, Christine) (Entered: 11/08/2005)                                                                                                                                                                                                                                                                              |
| 11/04/2005 | 1857 | Opposition re 1794 MOTION to Compel *Production of IMS Data and Reports* filed by Apothecon, Bristol-Myers Squibb Company, Astrazeneca Pharmaceuticals LP, Oncology Therapeutics Network Corp., Schering-Plough,Corp, SmithKline Beecham Corporation, Glaxosmithkline, Johnson & Johnson, Warrick Pharmaceuticals Corporation. (Attachments: # 1 Exhibit A - Declaration of Steven M. Edwards# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Christofferson, Eric) (Entered: 11/04/2005) |
| 11/04/2005 | 1858 | STATUS REPORT *for November 4, 2005* by The City of New York and Captioned New York Counties. (Cicala, Joanne) (Entered: 11/04/2005)                                                                                                                                                                                                                                                                                                  |
| 11/04/2005 | 1878 | Judge Patti B. Saris : ORDER entered. re 1825 Joint Stipulation re: Track Two Defendants' Answer to Plaintiffs' Third Amended Master Consolitated Complaint. (Patch, Christine) (Entered: 11/09/2005)                                                                                                                                                                                                                                  |
| 11/07/2005 | 1859 | Opposition re 1820 MOTION to                                                                                                                                                                                                                                                                                                                                                                                                          |

|  |  |
|---|---|
|  | Compel *Production by Amgen Inc.* filed by Amgen Inc.. (Attachments: # 1 # 2 # 3)(Libby, Frank) (Entered: 11/07/2005) |
| 11/07/2005 | 1860 NOTICE of Voluntary Dismissal by State of California (Paul, Nicholas) (Entered: 11/07/2005) |
| 11/08/2005 | 1861 MOTION to Correct 1798 Opposition to Motion, *Correction to Plaintiffs' Opposition to Track 1 Defendants' Motion to Preclude Plaintiffs' Expert Evidence on Liability and for Other Sanction* by All Plaintiffs.(Sobol, Thomas) (Entered: 11/08/2005) |
| 11/08/2005 | 1862 MOTION to Compel *Production by Baxter* by All Plaintiffs.(Berman, Steve) (Entered: 11/08/2005) |
| 11/08/2005 | 1863 MEMORANDUM in Support re 1862 MOTION to Compel *Production by Baxter* filed by All Plaintiffs. (Berman, Steve) (Entered: 11/08/2005) |
| 11/08/2005 | 1864 DECLARATION re 1862 MOTION to Compel *Production by Baxter OF ELIZABETH A. FEGAN IN SUPPORT OF MOTION TO COMPEL PRODUCTION BY BAXTER* by All Plaintiffs. (Attachments: # (1) Exhibit A-C)(Berman, Steve) Additional attachment(s) added on 11/8/2005 (Patch, Christine). (Entered: 11/08/2005) |
| 11/08/2005 | 1865 MOTION for Leave to Appear Pro Hac Vice by Michael Flynn, Trisha Lawson and Carlos Pelayo by Astrazeneca Pharmaceuticals LP.(Fowler, Lucy) (Entered: 11/08/2005) |
| 11/08/2005 | 1866 SUMMONS Returned Executed Sandoz, Inc. served on 10/28/2005, answer due 11/17/2005. (Paul, Nicholas) (Entered: 11/08/2005) |
| 11/08/2005 | 1867 SUMMONS Returned Executed GENEVA PHARMACEUTICALS INC. served on 10/28/2005, answer due 11/17/2005. (Paul, Nicholas) (Entered: 11/08/2005) |

| | | |
|---|---|---|
| 11/08/2005 | 1868 | SUMMONS Returned Executed GENEVA PHARMACEUTICALS INC. served on 10/31/2005, answer due 11/21/2005. (Paul, Nicholas) (Entered: 11/08/2005) |
| 11/08/2005 | 1869 | SUMMONS Returned Executed Sandoz, Inc. served on 10/31/2005, answer due 11/21/2005. (Paul, Nicholas) (Entered: 11/08/2005) |
| 11/08/2005 | 1870 | SUMMONS Returned Executed Bedford Laboratories served on 10/25/2005, answer due 11/14/2005. (Fisher, John) (Entered: 11/08/2005) |
| 11/08/2005 | 1871 | SUMMONS Returned Executed AVENTIS BEHRING, L.L.C. served on 11/3/2005, answer due 11/23/2005. (Frankel, Brian) (Entered: 11/08/2005) |
| 11/08/2005 | 1872 | SUMMONS Returned Executed ARMOUR PHARMACEUTICAL CO. served on 11/3/2005, answer due 11/23/2005. (Frankel, Brian) (Entered: 11/08/2005) |
| 11/08/2005 | 1873 | SUMMONS Returned Executed (Fisher, John) (Entered: 11/08/2005) |
| 11/08/2005 | 1874 | STIPULATION *Regarding Serono, Inc.'s Time To Respond to Complaint entitled Government Employees Hospital Association v. Serono International, S.A. and Serono, Inc. (consolidated with the MDL)* by Serono, Inc.. (Ryan, David) (Entered: 11/08/2005) |
| 11/09/2005 | 1875 | MOTION for Order *Exempting Defendant Abbott Laboratories From Any Order Refusing to Extend Deadline for Track Two Discovery* by All Plaintiffs. (Attachments: # 1 Exhibit 1 Part 1# 2 Exhibit 1 Part 2# 3 Exhibit 1 Part 3)(Fountain Connolly, Jennifer) (Entered: 11/09/2005) |
| 11/09/2005 | 1876 | SUMMONS Returned Executed Baxter Healthcare Corp. served on 10/26/2005, answer due 11/15/2005. (Frankel, Brian) (Entered: 11/09/2005) |

| 11/09/2005 | 1877 | AMENDED DOCUMENT by State of California. Amendment to 1871 Summons Returned Executed *Corrected Certificate of Service*. (Frankel, Brian) Modified on 11/10/2005 (Patch, Christine). (Entered: 11/09/2005) |
|---|---|---|
| 11/09/2005 | | Filing fee: $ 150.00, receipt number 68107 regarding Motion for Leave to Appear Pro Hac Vice by Michael Flynn, Trisha Lawson, and Carlos Pelayo (Patch, Christine) (Entered: 11/10/2005) |
| 11/10/2005 | 1879 | SUMMONS Returned Executed Hoechst Marion Roussel, Inc. served on 10/28/2005, answer due 11/17/2005. (Fenwick, Dennis) (Entered: 11/10/2005) |
| 11/10/2005 | | Judge Patti B. Saris : ElectronicORDER entered granting 1865 Motion for Leave to Appear Pro Hac Vice Added Michael S. Flynn for Astrazeneca Pharmaceuticals LP, Trisha Lawson for Astrazeneca Pharmaceuticals LP, Carlos M. Pelayo for Astrazeneca Pharmaceuticals LP (Patch, Christine) (Entered: 11/10/2005) |
| 11/10/2005 | 1880 | NOTICE of Voluntary Dismissal by State of California (Paul, Nicholas) (Entered: 11/10/2005) |
| 11/10/2005 | 1881 | Letter/request (non-motion) from John T. Montgomery on behalf of Track One Defendants *regarding Docket Numbers 1694, 1769, and 1794*. (Christofferson, Eric) (Entered: 11/10/2005) |
| 11/14/2005 | | Notice of correction to docket made by Court staff. Correction: Document No. 1839 corrected because: Exhibits were deleted from the docket b/c they were intended to be filed under seal. (Patch, Christine) (Entered: 11/14/2005) |
| 11/14/2005 | 1891 | Letter to Magistrate Judge Bowler from Frank A. Libby, Jr. regarding two |

234

|  |  |
|---|---|
|  | pending motions: Plaintiffs' Motion for Modification of the Track Two Schedule and Plaintiffs' Motion to Compel Production. (Patch, Christine) (Entered: 11/17/2005) |
| 11/15/2005 | 1882 SUMMONS Returned Executed B. Braun Medical, Inc. served on 11/3/2005, answer due 11/23/2005. (Frankel, Brian) (Entered: 11/15/2005) |
| 11/15/2005 | 1883 SUMMONS Returned Executed McGAW, INC. served on 11/3/2005, answer due 11/23/2005. (Frankel, Brian) (Entered: 11/15/2005) |
| 11/15/2005 | 1884 SUMMONS Returned Executed Mylan Pharmaceuticals, Inc. served on 10/31/2005, answer due 11/21/2005. (Paul, Nicholas) (Entered: 11/15/2005) |
| 11/15/2005 | 1885 SUMMONS Returned Executed Mylan Laboratories, Inc. served on 10/31/2005, answer due 11/21/2005. (Paul, Nicholas) (Entered: 11/15/2005) |
| 11/15/2005 | 1886 SUMMONS Returned Executed Dey, Inc. served on 10/28/2005, answer due 11/17/2005. (Paul, Nicholas) (Entered: 11/15/2005) |
| 11/15/2005 | 1887 SUMMONS Returned Executed SCHERING-PLOUGH CORP. served on 10/31/2005, answer due 11/21/2005. (Paul, Nicholas) (Entered: 11/15/2005) |
| 11/16/2005 | 1888 AFFIDAVIT in Opposition re 1839 Response to Motion, *[Aventis Pharmaceuticals, Inc.'s Opposition to Plaintiffs' Cross-Motion to Conduct More Than Ten Depositions]*. (Attachments: # 1 Affidavit Declaration of Aimee E. Bierman# 2 Errata A# 3 Errata B# 4 Exhibit C (filed under seal)# 5 Errata D# 6 Exhibit E# 7 Exhibit F (filed under seal)# 8 Exhibit G (filed under seal)# 9 Exhibit H (filed under seal)# 10 Exhibit I (filed under seal))(DeMarco, Michael) (Entered: 11/16/2005) |
| 11/16/2005 | 1889 NOTICE by Aventis Pharmaceuticals |

235

|            |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                               |
|------------|------|---|
|            |      | Inc. re <u>1888</u> Affidavit in Opposition, *[Notice of Filing Under Seal]* (Bierman, Aimee) (Entered: 11/16/2005) |
| 11/16/2005 | 1890 | Opposition by Aventis Pharmaceuticals Inc. to <u>1839</u> Cross-Motion to Conduct More Thank 10 Depositions (Attachments: # <u>1</u> Affidavit of Aimee Berman# <u>2</u> Exhibit A# <u>3</u> Exhibit B# <u>4</u> Errata C (filed under seal)# <u>5</u> Exhibit D# <u>6</u> Exhibit E# <u>7</u> Exhibit F (filed under seal)# <u>8</u> Exhibit G (filed under seal)# <u>9</u> Exhibit H (filed under seal)# <u>10</u> Exhibit I (filed under seal). Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 11/17/2005) |
| 11/17/2005 |      | Documents terminated: <u>1888</u> Affidavit in Opposition,. (Patch, Christine) (Entered: 11/17/2005) |
| 11/17/2005 |      | Notice of correction to docket made by Court staff. Correction: Document No. 1888 terminated because it was filed using the incorrect event. Please see Document No. 1890 for corrected filing. (Patch, Christine) (Entered: 11/17/2005) |
| 11/17/2005 | 1892 | MEMORANDUM in Opposition re <u>1852</u> First MOTION to Strike *Claims Against Boehringer Ingelheim Corporation, Ben Venue Laboratories, Inc. and Bedford Laboratories from the Third Amended Consolidated Class Action Complaint* filed by All Plaintiffs. (Sobol, Thomas) (Entered: 11/17/2005) |
| 11/17/2005 | 1893 | DECLARATION re <u>1892</u> Memorandum in Opposition to Motion, by All Plaintiffs. (Sobol, Thomas) (Entered: 11/17/2005) |
| 11/17/2005 | 1894 | MOTION to Compel *the Production of Documents by Plaintiff IUOE, Local No. 68 Welfare Fund* by Astrazeneca Pharmaceuticals LP.(Fowler, Lucy) |

|  |  |
|---|---|
|  | (Entered: 11/17/2005) |
| 11/17/2005 | 1895 MEMORANDUM in Support re 1894 MOTION to Compel *the Production of Documents by Plaintiff IUOE, Local No. 68 Welfare Fund* filed by Astrazeneca Pharmaceuticals LP. (Attachments: # 1 Declaration of Lucy Fowler# 2 Exhibit A through C to Declaration of Lucy Fowler)(Fowler, Lucy) (Entered: 11/17/2005) |
| 11/18/2005 | Judge Patti B. Saris : Electronic ORDER entered denying 1769 Motion to Preclude Plaintiffs' Expert Evidence on Liability or for Other Sanctions. (Patch, Christine) (Entered: 11/22/2005) |
| 11/18/2005 | Judge Patti B. Saris : Electronic ORDER entered denying 1852 Motion to Strike Claims Against Boehringer Ingelheim Corporation, Ben Venue Laboratories, Inc., and Bedford Laboratories from the Third Amended Consolidated Class Action Complaint. "The re-assertion of claims was to preserve appellate rights. The parties shall reach a stipulation to avoid the necessity of the filing of a second motion to dismiss and/or answer." (Patch, Christine) (Entered: 11/22/2005) |
| 11/18/2005 | 1903 Endorsed Request for International Judicial Assistance (LETTERS ROGATORY). (Patch, Christine) (Entered: 11/23/2005) |
| 11/21/2005 | 1896 AMENDED COMPLAINT - *First Amended Class Action Complaint Against Serono International, S.A., Serono Laboratories, Inc., Serono, Inc., RJL Systems, Inc., and Rudolph J. Liedtke* against Serono, Inc., Serono, Inc., Serono International, S.A., Serono, Inc., filed by Government Employees Hospital Association.(Sobol, Thomas) Additional attachment(s) added on |

237

|  |  |
|---|---|
|  | 12/5/2005 (Paine, Matthew). (Entered: 11/21/2005) |
| 11/21/2005 | 1897 Judge Patti B. Saris : CASE MANAGEMENT ORDER #16 entered. denying 1741 Plaintiffs' Motion to Modify the Track Two Schedule filed by All Plaintiffs. (Patch, Christine) (Entered: 11/22/2005) |
| 11/21/2005 | 1898 Judge Patti B. Saris : Case Management ORDER #17 entered. "Case Management Order No. 13 is amended as follows: December 15, 2005: Plaintiffs file expert liability reports. February 15, 2006: Defendants file expert liability reports. March 15, 2006: Completion of expert depositions. SO ORDERED." (Patch, Christine) (Entered: 11/22/2005) |
| 11/22/2005 | Electronic Notice of correction to docket made by Court staff. Attorney Seth Kosto terminated from docket this date pursuant to Magistrate Judge Bowler's order on his motion to withdraw on 9/26/05. (Hurley, Virginia) (Entered: 11/22/2005) |
| 11/22/2005 | 1899 Joint MOTION for Extension of Time to Complete Discovery *to Track II Discovery Schedule with Respect to Baxter* by Baxter International, Inc., Baxter Healthcare Corp..(Meixel, Jill) (Entered: 11/22/2005) |
| 11/22/2005 | 1900 NOTICE of Change of Address by Robert P. Sherman (Sherman, Robert) (Entered: 11/22/2005) |
| 11/22/2005 | 1901 NOTICE by All Plaintiffs re 1862 MOTION to Compel *Production by Baxter To Withdraw Motion To Compel* (Fegan, Elizabeth) (Entered: 11/22/2005) |
| 11/22/2005 | 1902 Joint Motion of the Attorneys General of Illinois, Kentucky, Wisconsin, and Idaho for Leave to File a Memorandum regarding Plaintiffs' Motion for Class Certification by Hard Copy, pending |

|            |      |                                                                                                                                                                                                                                                                                                                                                                                                                 |
|------------|------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |      | Electronic Case Filing Registration. (Paine, Matthew) (Entered: 11/22/2005)                                                                                                                                                                                                                                                                                                                                      |
| 11/23/2005 | 1904 | Opposition re 1875 MOTION for Order *Exempting Defendant Abbott Laboratories From Any Order Refusing to Extend Deadline for Track Two Discovery* filed by Abbott Laboratories. (Attachments: # 1 Declaration of Toni Citera# 2 Exhibit to Declaration of Toni Citera# 3 Declaration of Beth O'Connor# 4 Exhibits to Declaration of Beth O'Connor# 5 Declaration of Tina Tabacchi# 6 Exhibits to Declaration of Tina Tabacchi)(Citera, Toni-Ann) (Entered: 11/23/2005) |
| 11/23/2005 | 1905 | MOTION for Reconsideration *Plaintiffs' Objections to Magistrate Judge Bowler's Ruling on Johnson & Johnson's Motion to Determine the Sufficiency of Plaintiffs' Responses to Request for Admissions and Interrogatories Concerning Remicade and Procrit* by All Plaintiffs.(Sobol, Thomas) (Entered: 11/23/2005) |
| 11/23/2005 | 1906 | DECLARATION re 1905 MOTION for Reconsideration *Plaintiffs' Objections to Magistrate Judge Bowler's Ruling on Johnson & Johnson's Motion to Determine the Sufficiency of Plaintiffs' Responses to Request for Admissions and Interrogatories Concerning R Declaration of John Macoretta by All Plaintiffs. (Attachments: # 1 Exhibit A# 2 Exhibits B - D# 3 Exhibits E - G)(Sobol, Thomas) (Entered: 11/23/2005)* |
| 11/23/2005 | 1907 | MOTION for Protective Order *Plaintiffs' Motion for a Protective Order re: Subpoenas Issued by Dey, Inc. to Tufts Associated Health Plans, Inc. and Neighborhood Health Plan, Inc.* by All Plaintiffs.(Sobol, Thomas) (Entered: 11/23/2005) |
| 11/23/2005 | 1908 | MEMORANDUM in Support re 1907 MOTION for Protective Order |

239

|            |                                                                                                                                                                                                                                                                                                         |
|------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            | *Plaintiffs' Motion for a Protective Order re: Subpoenas Issued by Dey, Inc. to Tufts Associated Health Plans, Inc. and Neighborhood Health Plan, Inc.* filed by All Plaintiffs. (Sobol, Thomas) (Entered: 11/23/2005)                                                                                     |
| 11/25/2005 | 1909 MOTION for Protective Order *Concerning Notices of Deposition and Subpoenas Issued By Defendant Dey to Fallon Community Health Plan and Defendant Abbott Laboratories To Harvard Community Health Care* by All Plaintiffs. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Nalven, David) (Entered: 11/25/2005) |
| 11/25/2005 | 1910 MOTION for Protective Order by Tufts Associated Health Maintenance Organization, Inc.. (Attachments: # 1 Affidavit)(Josephson, Anne) Additional attachment(s) added on 12/5/2005 (Paine, Matthew). (Entered: 11/25/2005)                                                                              |
| 11/25/2005 | 1911 MEMORANDUM in Support re 1910 MOTION for Protective Order filed by Tufts Associated Health Maintenance Organization, Inc.. (Attachments: # 1)(Josephson, Anne) (Entered: 11/25/2005)                                                                                                                  |
| 11/28/2005 | 1912 MOTION for Clarification *of Case Management Order #16* by All Plaintiffs.(Berman, Steve) (Entered: 11/28/2005)                                                                                                                                                                                       |
| 11/28/2005 | 1913 MOTION for Leave to Appear Pro Hac Vice by William Escobar, Antonia F. Giuliana, Clifford Katz, Neil Merkl, Christopher C. Palermo, Philip D. Robben and Lorianne K. Trewick by Dey, Inc..(Robben, Philip) (Entered: 11/28/2005)                                                                      |
| 11/28/2005 | Judge Patti B. Saris : Electronic ORDER entered granting 1902 Joint Motion for Leave to File a Memorandum Regarding Plaintiffs' Motion for Class Certification by Hard                                                                                                                                     |

|  |  |
|---|---|
|  | Copy, Pending Electronic Case Filing Registration. (Patch, Christine) (Entered: 11/30/2005) |
| 11/29/2005 | Judge Marianne B. Bowler: Electronic ORDER entered granting <u>1913</u> Motion for Leave to Appear Pro Hac Vice. (Bowler, Marianne) (Entered: 11/29/2005) |
| 11/29/2005 | <u>1914</u> MOTION for Protective Order *and,* MOTION to Quash *Subpoena from Defendant Dey, Inc.* by Neighborhood Health Plan, Inc.. (Attachments: # <u>1</u> Affidavit Affidavit of Pam Siren)(Banning, Susan) (Entered: 11/29/2005) |
| 11/29/2005 | <u>1915</u> MEMORANDUM in Support re <u>1914</u> MOTION for Protective Order *and* MOTION to Quash *Subpoena from Defendant Dey, Inc.* filed by Neighborhood Health Plan, Inc.. (Attachments: # <u>1</u> Exhibit Letter to Attorney Doyle dated November 21, 2005# <u>2</u> Exhibit Letter to Attorney Doyle dated November 28, 2005)(Banning, Susan) (Entered: 11/29/2005) |
| 11/29/2005 | <u>1916</u> MOTION for Leave to File *to Join Piperfitters Local 537 Trust Funds as a Plaintiff and Proposed Class Representative* by All Plaintiffs.(Berman, Steve) (Entered: 11/29/2005) |
| 11/29/2005 | <u>1917</u> DECLARATION re <u>1916</u> MOTION for Leave to File *to Join Piperfitters Local 537 Trust Funds as a Plaintiff and Proposed Class Representative of Steve W. Berman In Support of Plaintiffs' Motion for Leave to Join Pipefitters Local 537 Trust Funds As A Plaintiff and Proposed Class Representative* by All Plaintiffs. (Berman, Steve) (Entered: 11/29/2005) |
| 11/29/2005 | <u>1918</u> Consent MOTION for Extension of Time to 12/06/2005 to File |

|  |  |
|---|---|
|  | Response/Reply as to <u>1910</u> MOTION for Protective Order by Dey, Inc..(Robben, Philip) (Entered: 11/29/2005) |
| 11/29/2005 | <u>1919</u> MEMORANDUM in Opposition re <u>1907</u> MOTION for Protective Order *Plaintiffs' Motion for a Protective Order re: Subpoenas Issued by Dey, Inc. to Tufts Associated Health Plans, Inc. and Neighborhood Health Plan, Inc.*, <u>1909</u> MOTION for Protective Order *Concerning Notices of Deposition and Subpoenas Issued By Defendant Dey to Fallon Community Health Plan and Defendant Abbott Laboratories To Harvard Community Health Care* filed by Abbott Laboratories, Dey, Inc.. (Robben, Philip) (Entered: 11/29/2005) |
| 11/29/2005 | <u>1920</u> AFFIDAVIT in Opposition re <u>1907</u> MOTION for Protective Order *Plaintiffs' Motion for a Protective Order re: Subpoenas Issued by Dey, Inc. to Tufts Associated Health Plans, Inc. and Neighborhood Health Plan, Inc.*, <u>1909</u> MOTION for Protective Order *Concerning Notices of Deposition and Subpoenas Issued By Defendant Dey to Fallon Community Health Plan and Defendant Abbott Laboratories To Harvard Community Health Care* filed by Abbott Laboratories, Dey, Inc.. (Attachments: # <u>1</u> Exhibit Exhibits A to C# <u>2</u> Exhibit Exhibit D# <u>3</u> Exhibit Exhibits E to H)(Robben, Philip) (Entered: 11/29/2005) |
| 11/29/2005 | Filing fee: $ 350.00, receipt number 68483 regarding Motion for Leave to Appear Pro Hac Vice (Document No. 1913) (Patch, Christine) (Entered: 12/01/2005) |
| 11/30/2005 | <u>1921</u> MOTION for Leave to File *To File A Reply Memorandum For A Protective Order Concerning Notices Of* |

242

|            |      |                                                                                                                                                                                                                                                                                                                                                                                    |
|------------|------|-----|

<table>
<tr><td></td><td></td><td><i>Deposition And Subpoenas Issued By Dey To Fallon Community Health Plan And Abbott Laboratories To Harvard Community Health Care</i> by All Plaintiffs.(Sobol, Thomas) (Entered: 11/30/2005)</td></tr>
<tr><td>11/30/2005</td><td>1922</td><td>REPLY to Response to Motion re <u>1909</u> MOTION for Protective Order <i>Concerning Notices of Deposition and Subpoenas Issued By Defendant Dey to Fallon Community Health Plan and Defendant Abbott Laboratories To Harvard Community Health Care</i> filed by All Plaintiffs. (Attachments: # <u>1</u> Exhibit A# <u>2</u> Exhibit B)(Sobol, Thomas) (Entered: 11/30/2005)</td></tr>
<tr><td>11/30/2005</td><td>1923</td><td>MOTION for Hearing by Amgen Inc..(Libby, Frank) (Entered: 11/30/2005)</td></tr>
<tr><td>11/30/2005</td><td>1924</td><td>Opposition re <u>1912</u> MOTION for Clarification <i>of Case Management Order #16</i> filed by Watson Pharma, Inc.. (Farquhar, Douglas) (Entered: 11/30/2005)</td></tr>
<tr><td>12/01/2005</td><td>1925</td><td>Judge Patti B. Saris : ORDER entered re <u>1912</u> MOTION for Clarification <i>of Case Management Order #16</i> filed by All Plaintiffs. "...the parties shall confer on a discovery schedule that makes sense and submit a joint and/or alterative schedule by December 9, 2005. Given the different stages of document production, one possibility is a different wrap-up schedule for each defendant."(Patch, Christine) (Entered: 12/01/2005)</td></tr>
<tr><td>12/01/2005</td><td>1926</td><td>STIPULATION re <u>1792</u> MOTION for Protective Order <i>Under F.R.C.P. 26(C)(1), 30(a)(2)(A) and Local Rule 26.1(C) [Stipulation and Proposed Order re: Aventis Pharmaceuticals Inc.'s Motion for Protective Order / Plaintiffs' Cross-Motion to Conduct More Than Ten Depositions]</i> by Aventis Pharmaceuticals Inc., All</td></tr>
</table>

|  |  |
|---|---|
|  | Plaintiffs. (DeMarco, Michael) (Entered: 12/01/2005) |
| 12/01/2005 | 1927 STATUS REPORT *December 1, 2005* by Ven-A-Care of the Florida Keys, Inc., State of Florida. (Shapiro, Jonathan) (Entered: 12/01/2005) |
| 12/01/2005 | 1928 STATUS REPORT *Status Report December 1, 2005* by All Plaintiffs, All Defendants. (Sobol, Thomas) (Entered: 12/01/2005) |
| 12/01/2005 | 1929 STATUS REPORT *December 1, 2005* by State of California. (Frankel, Brian) (Entered: 12/01/2005) |
| 12/01/2005 | 1930 STATUS REPORT *of December 1, 2005* by The City of New York and Captioned New York Counties. (Cicala, Joanne) (Entered: 12/01/2005) |
| 12/01/2005 | 1931 *Track 1 Defendants'* Response by Schering-Plough,Corp, Warrick Pharmaceuticals Corporation *Track 1 Defendants' Opposition to Plaintiffs' Proposed Addition of Class Representatives and Proposed Consolidated Order Re: Motion for Class Certification with Attached [Redacted] Exhibits and Declarations; Motion for Leave to File Under Seal; Notice of Filing Under Seal.* (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14 # 15)(Christofferson, Eric) (Entered: 12/01/2005) |
| 12/01/2005 | Judge Patti B. Saris : Electronic ORDER entered granting 1916 Motion for Leave to Join Pipefitters Local 537 Trust Funds at Plaintiff and Proposed Class Representative (Patch, Christine) (Entered: 12/05/2005) |
| 12/02/2005 | 1934 NOTICE of Hearing re: Class Certification set for 1/19/2006 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 12/06/2005) |
| 12/05/2005 | E-Mail Notice returned as |

|  | | undeliverable. Name of Addressee: Andrew McConville. The Clerk's Office has contacted Attorney McConville's office, which informed us that he is no longer with that firm. The ECF database has been updated to remove his e-mail address to prevent the return of additional undeliverable notices. Eckert Seamans is asked to contact the attorney to remind him to withdraw his appearance if appropriate, and to update his contact information in our database. (Hurley, Virginia) (Entered: 12/05/2005) |
| 12/05/2005 | 1932 | MOTION for Leave to Appear Pro Hac Vice by John Clayton Everett, Jr. by Pharmacia Corp., Pfizer, Inc..(Smith, Mark) (Entered: 12/05/2005) |
| 12/05/2005 | 1933 | STIPULATION *in Compliance with This Court's Order of November 22, 2005* by Boehringer Ingelheim Corp., Ben Venue Laboratories Inc., Bedford Laboratories. (Coval, Paul) (Entered: 12/05/2005) |
| 12/06/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 1932 Motion for Leave to Appear Pro Hac Vice. (Bowler, Marianne) (Entered: 12/06/2005) |
| 12/06/2005 | 1935 | STIPULATION re 1896 Amended Complaint, *Joint Stipulation concerning time for Serono Inc. to respond to Amended Complaint in Government Employees Hospital Association v. Serono International, S.A. et al.* by Serono, Inc.. (Ryan, David) (Entered: 12/06/2005) |

245