UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____ )
                                                 )
In re:  Pharmaceutical Industry Average          )
Wholesale Price Litigation                       )  MDL No. 1456
_____ )  C.A. No. 01-12257-PBS
                                                 )
This Document Relates to:                        )  The Honorable Patti B. Saris
                                                 )
*The People of the State of Illinois v. Alpharma* )
*Inc., et al.,* C.A. No. 1:05-4056 (N.D. Ill.);  )
                                                 )
*Commonwealth of Kentucky v. Alpharma Inc., et al.,* )
C.A. No. 3:05-47 (E.D. Ky.);                     )
                                                 )
*Commonwealth of Kentucky v. Abbott*             )
*Laboratories, Inc.,* C.A. No. 3:05-48 (E.D. Ky.); )
                                                 )
*Commonwealth of Kentucky v. Warrick Pharmaceuticals,* )
*Corp., et al.,* C.A. No. 3:05-49 (E.D. Ky.);    )
                                                 )
*People of the State of New York v. Pharmacia*   )
*Corporation,* C.A. No. 1:05-00872 (N.D.N.Y.);   )
                                                 )
*People of the State of New York v. Aventis*     )
*Pharmaceuticals,* C.A. No. 1:05-00873 (N.D.N.Y.);  and )
                                                 )
*People of the State of New York v. GlaxoSmithKline,* )
C.A. No. 1:05-00874 (N.D.N.Y.)                   )
_____ )

**PROPOSED ORDER ON BRIEFING
OF STATE MOTIONS TO REMAND**

        Each plaintiff in the above-captioned cases is directed to file a single updated

brief in support of its motion to remand by _____, 2006.  If any state wishes to

join with another state, it is encouraged to do so.

        Defendants shall file a single brief (not to exceed 35 pages) responding to the

state's briefs fourteen days after the states file their briefs.

The hearing on the motions to remand in the above-captioned cases is rescheduled

to _____, 2006.


_____
United States District Judge