# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>GOVERNMENT EMPLOYEES HOSPITAL ASSOCIATION, individually and on behalf of all others similarly situated,<br><br>        Plaintiff<br>v.<br><br>SERONO INTERNATIONAL, S.A., SERONO LABORATORIES, INC., SERONO, INC., RJL SYSTEMS, INC., and RUDOLPH J. LIEDTKE<br><br>        Defendants. | |

## STIPULATION OF EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between defendant Serono International, S.A., Serono Laboratories, Inc., and Serono, Inc. (collectively the "Serono Defendants") and plaintiff Government Employees Hospital Association, on behalf of themselves and all others similarly situated, as follows:

1. The Serono Defendants shall answer, move, or otherwise respond to the Amended Complaint on or before February 24, 2006.

2. Plaintiff shall file its opposition to any responsive motion on or before April 7, 2006.

3. The Serono Defendants shall reply to any opposition on or before April 28, 2006.

Respectfully submitted:

| | |
|---|---|
| GOVERNMENT EMPLOYEES HOSPITAL ASSOCIATION, on behalf of themselves and all others similarly situated, | SERONO INTERNATIONAL, S.A., SERONO, Inc., and SERONO LABORATORIES, INC. |
| By their attorneys, | By their attorneys, |
| /s/ David S. Nalven (by agreement) | /s/ David M. Ryan |
| _____ | _____ |
| Thomas M. Sobol | Fred A. Kelly (BBO No. 544046) |
| David S. Nalven | David M. Ryan (BBO No. 644037) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Amy R. George (BBO No. 629548) |
| One Main Street, 4th Floor | NIXON PEABODY LLP |
| Cambridge, MA  02142 | 100 Summer Street |
| Telephone:  (617) 482-3700 | Boston, MA  02110 |
| Facsimile:   (617) 482-3003 | Telephone: (617) 345-1000 |
| Steven W. Berman | |
| HAGENS BERMAN SOBOL SHAPIRO LLP | |
| 1301 Fifth Avenue, Suite 2900 | |
| Seattle, WA 98101 | |
| Telephone:  (206) 623-7292 | |
| Facsimile:  (206) 623-0594 | |

Mark D. Fischer
Jeffrey C. Swann
Mark Sandmann
RAWLINGS & ASSOCIATES, PLLC
325 W. Main Street
Louisville, KY 40202
(502) 587-8060

Dated:          January 3, 2006

## CERTIFICATE OF SERVICE

I, David M. Ryan, do hereby certify that I caused a copy of the foregoing Stipulation to be served by electronic means, upon all counsel of record, on this 3rd day of January, 2006.

David M. Ryan

_____

David M. Ryan