CERTIFICATE OF SERVICE

      Lisa Mecca Davis certifies that she caused a copy of the foregoing Opposition to be served on all counsel of record, by electronic service via the Court's electronic filing system, this fourth day of January, 2006.

                                                /s/ Lisa Mecca Davis  
                                                Lisa Mecca Davis