AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

GOVERNMENT EMPLOYEES HOSPITAL
ASSOCIATION, individually and on behalf of all o

V.

SERONO INTERNATIONAL, S.A. and SERONO, INC.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 CV 11935 NMG**

TO: (Name and address of Defendant)

Serono International, S.A.
15 chemin des MinesCase Postale 54
CH-1211
Geneva 20, Switzerland

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Sobol, Esquire
David S. Nalven, Esquire
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE   SEP 2 3 2005

République et canton de Genève
**POUVOIR JUDICIAIRE**
Procureur général

Genève, le 14 décembre 2005

NA/2222/2005 ANO

Procureur général
Place du Bourg-de_Four 1
Case postale 3565
CH - 1211 GENEVE 3

THOMAS M. SOBOL, ESQ.
DAVID S. NALVEN, ESQ.
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, Fourth Floor
Cambridge, MA 02142

Réf : **NA/2222/2005** ANO
à rappeler lors de toute communication

Nous avons l'honneur de vous adresser en retour sous ce pli un acte judiciaire **EXECUTE.**

Nous vous prions d'agréer l'expression de nos sentiments distingués.

Pour le Procureur général



PG_M_54
Envoi simple

Procureur général - Tél : +41 22 327 26 00

VAS



Serono International S.A.
15 bis chemin des Mines
case postale 54
CH-1211 Genève 20
Tel. +41 22 739 30 00
Fax +41 22 731 21 79
www.serono.com

## PROCURATION

Les soussignés, Roland Baumann et François Naef, représentant valablement la société Serono International SA, donnent par la présente tous pouvoirs à :

**Madame Carole Ducrest**, route de Malagnou 32, 1208 Genève,

aux fins de retirer tous actes judiciaires, sous la référence *NA/2222/2005 ANO*, auprès du Procureur Général ou tout service par lui désigné.

Ainsi fait à Genève, le 12 décembre 2005.

Roland Baumann
Administrateur

François Naef
Administrateur


République et canton de Genève
**POUVOIR JUDICIAIRE**
Procureur général

Genève le 5 décembre 2005



| Affaire n° | : | NA/2222/2005 |
| Geschäfts-Nr | : | 05CV11935NMG |
| Affare n. | : | |
| Case n° | : | |

### Récépissé – Empfangsbescheinigung – Ricevuta
### Receip – Recibo

| Autorité requérante<br>Ersuchende Behörde<br>Autorita richiedente<br>Issuing Authority<br>Autoridad requeriente | THOMAS M. SOBOL, ESQ.<br>DAVID S. NALVEN, ESQ.<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>One Main Street, Fourth Floor<br>Cambridge, MA 02142 |
|---|---|
| Nature de la procédure<br>Art des Verfahrens<br>Natura della procedura<br>Nature of proceeding<br>Naturaleza del procedimiento | Affaire civile |
| Désignation des actes à notifier<br>Bezeichnung der zuzustellenden Akten<br>Designazione degli atti da notificare<br>Indication of the documents to be served<br>Designación de los autos a notificar | Décision du 23.09.05 |
| Traduction<br>Übersetzung<br>Traduzione<br>Translation<br>Traducción | |
| Nom et domicile du destinataire<br>Name and Wohnort des Empfängers<br>Nome e domicilio del destinatario<br>Name and address of receiver<br>Filiación y dirección del destinatarion | SERONO INTERNATIONAL SA<br>A l'att. de M.<br>Ch. des Mines 15bis<br>Case postale 54<br>1211 Genève 20 |
| Nationalité du destinataire<br>Nationalität des Empfängers<br>Nazionalità del destinatario<br>Nationality of receiver<br>Nacionalidad del destinatario | |
| Date de la notification et signature du destinataire<br>Datum der Zustellung und Unterschrift des Empfängers<br>Data della notifica e firma del destinatario<br>Date of service and signature of receiver<br>Fecha de la notificación y firma del destinatario | Carole Ducrest<br>*[signature]*<br>14 DEC. 2005 |