AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of _____

Government Employees Hospital Association, et al

V.

Serono International, S.A., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   05-cv-11935

TO: (Name and address of Defendant)

Serono Laboratories, Inc.
c/o Agent for Service of Process
Ellen S. Rosenberg
36 Gray Street
Cambridge, MA 02138

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Sobol. Esquire
David S. Nalven, Esquire
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  11/30/2005

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
               Date                    Signature of Server

                                       _____
                                       Address of Server

I am authorized to accept service of the summons and complaint in this matter on behalf of my client Serono Laboratories, Inc. I have agreed to accept service and have received a copy of the summons and complaint. By allowing me to accept service, Serono Laboratories, Inc. is not waiving any of its defenses.

December 21, 2005

David Ryan, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.