AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Government Employees Hospital Association, et al

V.

Serono International, S.A., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: MDL 1497; Civil Action 05-12257

TO: (Name and address of Defendant)

> RJL Systems, Inc.
> 33955 Harper Ave.
> Clinton Twp., MI 48035 USA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Thomas M. Sobol, Esquire
> David S. Nalven, Esquire
> Hagens Berman Sobol Shapiro LLP
> One Main Street, 4th Floor
> Cambridge, MA 02142

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  11/30/2005

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 12-13-05 |
| NAME OF SERVER (PRINT) DARRIN CONNOR | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 33955 Harper Ave., Clinton Twp., MI 48035

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12-13-05
                  *Date*                *Signature of Server*

220 Bagley, Ste 701, Detroit, MI 48226
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.