UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                          )
In re:  PHARMACEUTICAL INDUSTRY    )
AVERAGE WHOLESALE PRICE             )
LITIGATION,                                            )        MDL No. 1456
                                                          )
                                                          )        Civil Action No. 01-12257-PBS
THIS DOCUMENT RELATES TO THE    )
MASTER CONSOLIDATED CLASS        )
ACTION                                                )
_____)

## <u>NON-PARTY FALLON COMMUNITY HEALTH PLAN, INC.'S<br>MOTION TO STAY DISCOVERY</u>

Non-Party Fallon Community Health Plan, Inc. ("Fallon"), by its attorneys, Nelson,

Kinder, Mosseau & Saturley, PC, and pursuant to Local Rule 7.1, respectfully submits the

following Motion to Stay the Discovery sought of it by Defendant, Dey, Inc. ("Dey").  In further

support of this Motion, Fallon states as follows:

1.      Fallon is an absent class member health plan.

2.      On or about November 21, 2005, Dey served a Subpoena upon Fallon seeking the

production of an enormously broad range of documents, and a Rule 30(b)(6) witness to testify

concerning 33 separate issues.

3.      Dey likewise served similar Subpoenas upon other absent class member health

plans.  To date, the Plaintiffs as well as absent class members Tufts Associated Health Plans, Inc.

and Neighborhood Health Plan, Inc. have each moved to quash Dey's Subpoenas, raising

substantial concerns as to the scope and appropriateness of the requested third party discovery.

Such concerns apply with equal force to the discovery sought of Fallon.

4.      Although Fallon engaged counsel to represent it with respect to the Subpoena, a conflict of interest was subsequently discovered, and the undersigned counsel for Fallon were only recently engaged to represent it with respect to this Subpoena.  Fallon has objected to the subpoena, and intends to file its own Motion to Quash.

5.      Under these circumstances, and in the interest of not subjecting Fallon to extraordinary expenses that might, ultimately, be unnecessary, Fallon respectfully requests that this Court stay any attempted enforcement of the Subpoena served against it until such time as the merits of the pending Motions to Quash have been resolved.

6.      In accordance with Local Rule 7.1(B)(1), a Memorandum of Law is attached.

WHEREFORE, Fallon respectfully requests that this Honorable Court:

A.      Stay any attempted enforcement of the Subpoena served against it in this matter until such time as the pending Motions to Quash filed by the Plaintiffs and absent class member health plans have been resolved; and

B.      Grant such other and further relief as this Court deems just.

Respectfully submitted,

FALLON COMMUNITY HEALTH PLAN, INC.

By its attorneys,

NELSON, KINDER, MOSSEAU
   & SATURLEY, PC

Dated:  January 5, 2006        By: /s/ William C. Saturley, Esquire
                                  Peter W. Mosseau, Esquire (BBO #358060)
                                  William C. Saturley, Esquire (BBO #442800)
                                  99 Middle Street
                                  Manchester, NH 03101
                                  603-647-1800

## CERTIFICATE OF COMPLIANCE

     I hereby certify that, in compliance with Local Rules 7.1 and 37.1, I conferred with counsel for Dey to resolve the issue raised by this motion.  Specifically, I corresponded and exchanged telephone messages with counsel for Dey, Lorianne Trewick, regarding the relief requested herein, and spoke with her by telephone on January 4, 2006, in a good faith attempt to resolve the issues set forth in this motion.

Dated:  January 5, 2006        By: /s/ William C. Saturley, Esquire
                                    William C. Saturley, Esquire

## CERTIFICATE OF SERVICE

     I, William C. Saturley, counsel to Fallon Community Health Plan, Inc., hereby certify that on the 5th day of January, 2006, I caused copies of Non-Party Fallon Community Health Plan, Inc.'s Motion to Stay Discovery to be served electronically on all counsel of record.

Dated:  January 5, 2006        By: /s/ William C. Saturley, Esquire
                                    William C. Saturley, Esquire

3