


Richard C. Nelson
E. Tupper Kinder
Peter W. Mosseau
William C. Saturley
Nicholas K. Holmes
Mark D. Attorri
Bradley D. Holt
John C. Kissinger, Jr.
Michael T. McInerny*
Catherine B. Cosgrove
Paul T. Milligan*
Jonathan A. Lax
Kenneth E. Rubinstein
Christopher T. Vrountas
Christopher D. Hawkins
Gerald F. Lucey*
Frank W. Beckstein, III
Robert B. Smith*
Jeffrey A. Meyers
Jeanne M. McCormick*
Richard C. Bell, Jr.
Thomas K. McCraw, Jr.
Jeffrey R. Yousey*
Adam J. Chandler*
Allison C. Ayer
David P. Michel
Heidi A. Schiller,*
Of Counsel
*Admitted in MA only

December 22, 2005

***Via Facsimile and US Mail***

Lorianne K. Trewick
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

RE: Fallon Community Health Plan

Dear Attorney Trewick:

Epstein Becker & Green was representing Fallon Community Health Plan (hereinafter "Fallon") of Worcester, Massachusetts when Dey, Inc.'s (hereinafter "Dey") November 21, 2005 subpoena was served on Fallon. I understand Epstein, et al. has a conflict of interest and as a result cannot represent Fallon regarding its response to Dey's subpoena.

Your November 21, 2005 correspondence which accompanied the subpoena sought not only documents, but a Rule 30(b)(6) witness. Responsive documents and the witness were to be available no later than December 2, 2005. The accompanying letter mentioned you would endeavor to accommodate any reasonable request for rescheduling.

I am writing to inform you of change of counsel. Nelson Kinder Mosseau & Saturley, P.C. will now be representing Fallon. I will be the principal contact, and Attorney Bill Saturley be will co-counsel. I will be meeting with Fallon representatives to determine their response to the pending subpoena. I have noted that on November 23, 2005 the underlying plaintiffs sought a protective order convering the notices of deposition and subpoenas issued by Dey to absent class members including Fallon. Will Dey consent to a stay regarding its discovery requests to Fallon pending the court's resolution of the pending protective order request?

Thank you for your cooperation.

Very truly yours,

Peter W. Mosseau

PWM:cmd

New Hampshire Office 99 Middle Street, Manchester, New Hampshire 03101 [603] 647-1800 Fax [603] 647-1900
Massachusetts Office 45 Milk Street, 7th Floor, Boston, Massachusetts 02109 [617] 778-7500 Fax [617] 778-7501
Website www.nkms.com




Peter W. Mosseau
(603) 606-5003 (Direct #)
(603) 647-1800 (Main Office #)
(603) 647-1900 Fax
pmosseau@nkms.com
* * * *
Attorneys Admitted in:
*New Hampshire Maine*

# FAX COVER SHEET

Date: December 22, 2005
Total Number of Pages: 2, Including Fax Cover Sheet
Original to Follow Yes

| To: | Lorianne K. Trewick | Fax No: | (212) 808-7897 |
|---|---|---|---|

**Comments:**

Please see attached letter regarding discovery requests.

**RE: Fallon Community Health Plan**

*************** -IND. XMT JOURNAL- **************** DATE DEC-22-2005 ***** TIME 13:40 ********

| | |
|---|---|
| DATE/TIME | = DEC-22-2005 13:38 |
| JOURNAL No. | = 085 |
| COMM. RESULT | = OK |
| PAGE(S) | = 002 |
| DURATION | = 00:00:46 |
| FILE No. | = 351 |
| MODE | = MEMORY TRANSMISSION |
| DESTINATION | = 12128087897 |
| RECEIVED ID | = |
| RESOLUTION | = STD |

-NKMS -

***** UF-8000 ********************** - - ***** - 603 647 1900- *********