# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | : <br> : <br> : MDL No. 1456 <br> : |
| THIS DOCUMENT RELATES TO: <br><br> *COUNTY OF NASSAU v. ABBOTT LABORATORIES, INC., et al.* <br><br> E.D.N.Y. Case No. 04-CV-5126 | : Civil Action No. 05-10179-PBS <br> : <br> : Judge Patti D. Saris <br> : <br> : <br> : |

## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND TO FILE UNDER SEAL

Pursuant to Fed. R. Civ. P. 15(a), Plaintiff County of Nassau, by and through its counsel, hereby respectfully moves this Court for leave to file a Second Amended Class Action Complaint, filed herewith as Exhibit A.  In further support of its motion Plaintiff is hereby filing its Memorandum Of Law In Support Of Motion For Leave To File Second Amended Complaint And To File Under Seal, and the exhibits attached thereto.

Plaintiff respectfully requests that its motion be granted in its entirety for the reasons set forth in the Memorandum of Law.

Dated: January 6, 2006
New York, New York

                                      LORNA B. GOODMAN,
                                      Nassau County Attorney, by

                                      **MOULTON & GANS, P.C.**

                    By:   /s/ Nancy Freeman Gans
                           Nancy Freeman Gans, BBO # 184540
                           33 Broad Street, Suite 1100
                           Boston, Massachusetts 02109-4216
                           Telephone: 617-369-7979
                           Facsimile: 617-369-7980

                            **MILBERG WEISS BERSHAD**
                             **& SCHULMAN LLP**
                             Melvyn I. Weiss
                             Michael M. Buchman
                             Ryan G. Kriger
                             One Pennsylvania Plaza
                             New York, New York 10119-0165
                             Telephone: (212) 594-5300
                             Facsimile:  (212) 868-1229

                             *Special Counsel for the*
                             *County of Nassau*

## LOCAL RULE 7.1 CERTIFICATE

     I, Michael M. Buchman, hereby certify that I have consulted with Lyndon Tretter, Esq., of Hogan and Hartson, counsel for all Defendants, concerning the within Motion For Leave To File Second Amended Complaint And To File Under Seal.  I further certify that Mr. Tretter declined to consent to the filing of the Second Amended Complaint.

                             /s/ Michael M. Buchman
                             Michael M. Buchman

## CERTIFICATE OF SERVICE

     I, Ryan G. Kriger, hereby certify that I served a copy of the foregoing document upon counsel for all parties this 6th day of January, 2006.

                             /s/ Ryan G. Kriger
                             Ryan G. Kriger