**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | : <br> : <br> : MDL No. 1456 <br> : |
| THIS DOCUMENT RELATES TO: | : Civil Action No. 05-10179-PBS <br> : |
| *COUNTY OF NASSAU v. ABBOTT LABORATORIES, INC.,* *et al.* | : Judge Patti D. Saris <br> : <br> : |
| E.D.N.Y. Case No. 04-CV-5126 | : |

### PLAINTIFF'S NOTICE OF FILING WITH CLERK'S OFFICE OF DOCUMENTS UNDER SEAL

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court UNDER SEAL and are available in paper form only:

1. Second Amended Complaint.

The original document is maintained in the Clerk's Office UNDER SEAL.

Dated: January 6, 2006
New York, New York

                LORNA B. GOODMAN,
                Nassau County Attorney, by

                **MOULTON & GANS, P.C.**

By:   /s/ Nancy Freeman Gans
       Nancy Freeman Gans, BBO # 184540
       33 Broad Street, Suite 1100
       Boston, Massachusetts 02109-4216
       Telephone: 617-369-7979
       Facsimile: 617-369-7980

        **MILBERG WEISS BERSHAD**
         **& SCHULMAN LLP**
        Melvyn I. Weiss
        Michael M. Buchman
        Ryan G. Kriger
        One Pennsylvania Plaza
        New York, New York 10119-0165
        Telephone: (212) 594-5300
        Facsimile:  (212) 868-1229

        *Special Counsel for the*
        *County of Nassau*

## CERTIFICATE OF SERVICE

I, Ryan G. Kriger, hereby certify that I served a copy of the foregoing document upon counsel for all parties this 6th day of January, 2006.

        /s/ Ryan G. Kriger
        Ryan G. Kriger