UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | |
| | MDL No. 1456 |
| | Civil Action No. 0l-12257-PBS |
| This Document Relates to: | The Honorable Patti B. Saris |
| *People of the State of New York v. Aventis, Inc.*, C.A. No. 1:05-873 (N.D.N.Y.) | |
| *People of the State of New York v. GlaxoSmithKline, P.L.C., et al.*, C.A. No. 1:05-874 (N.D.N.Y.) | |
| *People of the State of New York v. Pharmacia Corp.*, C.A. No. 1:05-872 (N.D.N.Y.) | |

THE PEOPLE OF THE STATE OF NEW YORK'S
MOTION TO PARTICIPATE IN THE HEARING ON MOTIONS TO REMAND

Plaintiff, The People of the State of New York, by its attorney, Eliot Spitzer, Attorney General of the State of New York, hereby moves to participate in the hearing on the pending Motions to Remand filed by the Attorneys General of Illinois and Kentucky, which is scheduled for January 27, 2006.[1]  In support of its motion, Plaintiff adopts and incorporates its Memorandum in Support of its Motion to Participate in the Hearing on Motions to Remand.

January 6, 2006                              Respectfully Submitted,

                                             ELIOT SPITZER
                                             Attorney General of the State of New York

---

[1] By submitting these papers, Plaintiff is not waiving any objection it has to the jurisdiction of this Court over the above-captioned actions.

By:   /s/ Rose Firestein
ROSE FIRESTEIN
Assistant Attorney General
Consumer Frauds Bureau
120 Broadway, 3rd Floor
New York, New York 10271
(212) 416-8306 (telephone)
(212) 416-6003 (facsimile)
Rose.Firestein@oag.state.ny.us

## CERTIFICATE OF SERVICE

      I, Carol Hunt, an attorney, hereby certify that on this 6th day of January, 2006, I caused a copy of the foregoing Motion to Participate in the Hearing on Motions to Remand, and Memorandum in Support of same, to be served on all counsel of record, by electronic service.

  /s/ Carol Hunt
Carol Hunt