IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO<br>*State of Nevada v. Abbott Laboratories, et al.*,<br>Case No. CV02-00260 (Nevada I), | Chief Magistrate Judge Marianne B. Bowler |
| *State of Nevada v. American Home Products, et al.*,<br>CA No. 02-CV-12086-PBS (Nevada II), and | |
| *State of Montana v. Abbott Labs., Inc., et al.*<br>CA No. 02-CV-12084-PBS | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF THEIR EMERGENCY MOTION FOR AN ORDER HOLDING PLAINTIFFS IN CONTEMPT, FOR PRESERVATION OF POTENTIALLY RELEVANT DOCUMENTS, AND FOR AN ACCOUNTING OF SPOLIATED DOCUMENTS**

Defendants respectfully request leave to file a short, 5-page Reply Brief in Support of their Emergency Motion for an Order Holding Plaintiffs in Contempt, for Preservation of Potentially Relevant Documents, and for an Accounting of Spoliated Documents. A Reply Brief will assist the Court as it considers Defendants' Motion and Plaintiffs' Opposition. The Reply Brief presents additional facts ascertained at several depositions that were conducted after Defendants' Motion was filed. These facts specifically address the extent to which Plaintiffs have complied with their preservation obligations and rebut or provide additional context to certain factual assertions made for the first time in Plaintiffs' Opposition. The Reply Brief also corrects certain mischaracterizations made by Plaintiffs regarding the nature and scope of Defendants' Motion.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court grant this Motion and permit its Reply Brief.

**Certification Pursuant to Local Rules 7.1 and 37.1**

Pursuant to Local Rules 7.1(a)(2) and 37.1 of this Court, the undersigned counsel certifies that counsel for Defendants conferred unsuccessfully with Plaintiffs' counsel in an effort to obtain Plaintiffs' consent to the filing of a Reply Brief.

    Respectfully submitted on behalf of all
Defendants in the Nevada and Montana actions,

    /s/ Geoffrey E. Hobart
Geoffrey E. Hobart (BBO # 547499)
Mark H. Lynch
Ronald G. Dove, Jr.
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:  (202) 662-6000
Facsimile:  (202) 662-6291

Mark D. Seltzer (BBO #556341)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
Telephone:  (617) 523-2700
Facsimile:  (617) 523-6850

Frederick G. Herold
DECHERT LLP
1117 California Avenue
Palo Alto, CA  94304
Telephone:  (650) 813-4930
Facsimile:  (650) 813-4848

Thomas H. Lee II
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793

Telephone:  (215) 994-2994
Facsimile:  (215) 994-2222

*Attorneys for Defendant SmithKline Beecham
 Corporation d/b/a GlaxoSmithKline*

January 6, 2006

## Certificate of Service

I hereby certify that on January 6, 2006, I caused a true and correct copy of Defendants' Motion for Leave to File a Reply Brief in Support of Their Emergency Motion For An Order Holding Plaintiffs In Contempt, For Preservation Of Potentially Relevant Documents, And For An Accounting Of Spoliated Documents to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 in MDL No. 1456.

                                                          /s/ Ronald G. Dove, Jr.