UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION NO. 1:01-cv-12257-PBS<br>1:05-cv-11795-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*State of Florida, et al. v. Alpharma, Inc., et al.* | |

### MOTION BY STATE OF FLORIDA AND VEN-A-CARE TO PARTICIPATE IN JANUARY 27TH HEARING REGARDING REMAND AND MEMORANDUM IN SUPPORT THEREOF

1. On October 15, 2005, briefing was completed on a motion for remand filed by Plaintiffs, the State of Florida and Ven-A-Care of the Florida Keys, the relator.

2. The motion seeks remand on the basis that the complaint asserts only state law claims, none of which have substantial, disputed federal questions embedded in them. The case asserts only Medicaid pricing fraud claims - there are no Medicare co-pay claims and no Medicaid rebate fraud claims.

3. State court actions filed by the Attorneys General of Minnesota, Alabama, Pennsylvania, Wisconsin and Texas have also been removed to federal court. Every federal court that considered the motion to remand prior to transfer to this MDL has remanded the actions to state court. (Those orders and decisions were submitted to the Court by letter dated

#401647

December 23, 2005 from the Attorney General of the State of New York).

4. This Court set hearing the motions for remand filed by Kentucky and Illinois. That hearing is scheduled for January 27, 2006. The State of New York has also requested permission to appear at that hearing, as has the International Union of Operating Engineers, Local 68, in connection with their respective motions to remand.

5. Although the other States' motions actually involve somewhat more complex issues pertaining to federal jurisdiction than does Florida's straight Medicaid pricing fraud complaint, there is an essential convergence of issues in all of the States' remand motions. Accordingly, the State of Florida and relator Ven-A-Care request that their motion to remand be calendared for argument on January 27, 2006 together with the other remand motions.

6. Plaintiffs did not initially request oral argument because they believe the remand issue in the instant case is so straightforward. Since the Court is hearing argument in the other cases, however, counsel believe that judicial efficiency and timely resolution of the remand issue will be best achieved by including Florida's motion in the scheduled hearing.

7. Plaintiffs' counsel has consulted with counsel for the States of Kentucky and Illinois and they have no objection to Florida's participation in the hearing. Pursuant to Local Rule 1.7, Plaintiffs' counsel sought consent from Defendants; however, Defendants do not consent to this motion.

Respectfully submitted this 10th day of January, 2006.

CHARLES J. CRIST, JR.
ATTORNEY GENERAL
STATE OF FLORIDA
OFFICE OF THE ATTORNEY GENERAL
MEDICAID FRAUD CONTROL UNIT
MARK S. THOMAS
Florida Bar No. 0001716
MARY S. MILLER
Florida Bar No. 0780420
Assistant Attorneys General
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone:     850-414-3600


STERN, SHAPIRO, WEISSBERG & GARIN LLP

 /s/ Jonathan Shapiro
JONATHAN SHAPIRO
90 Canal Street
Boston, Massachusetts


SHERRIE SAVETT
SUSAN SCHNEIDER THOMAS
GARY AZORSKY
JOY P. CLAIRMONT
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Attorneys for Ven-A-Care of the Florida Keys, Inc.

CERTIFICATE OF SERVICE

I hereby certify that I, Jonathan Shapiro, an attorney, caused a true and correct copy of the **Motion by State of Florida and Ven-A-Care To Participate In January 27th Hearing Regarding Remand And Memorandum In Support Thereof** to be served on all counsel of record electronically on January 10, 2006, pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LEXIS File & Serve electronic filing service. I hereby also certify that a copy hereof was furnished via telephone fax on this 10th day of January, 2006, to the following:

WAYNE A. CROSS
MICHAEL J. GALLAGHER
PAUL OLSZOWKA
SHERYL DICKEY
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Fax 212-354-8113
Attorneys for Sandoz, Inc.

PETER ANTONACCI
JONATHAN P. KILMAN
GrayRobinson, P.A.
301 South Bronough Street
Suite 600 (32301)
Post Office Box 11189
Tallahassee, Florida 32302
Fax 850-577-3311
Attorneys for Novartis AG and Sandoz, Inc.

ROBERT J. MILLER
Reed Smith LLP
599 Lexington Avenue-28th Floor
New York, NY 10022
Fax 212-521-5450
Attorneys for Faulding, Inc. and Mayne Group, Ltd.

DENNIS P. ORR
GRANT J. ESPOSITO
MICHELLE J. ANNUNZIATA
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019
Fax 212-262-1910
Attorneys for Novartis AG

STEPHEN A. ECENIA
Rutledge, Ecenia, Purnell & Hoffman, P.A.
Post Office Box 551
215 South Monroe St., Suite 420
Tallahassee, Florida 32301
Fax 850-681-6515
Attorneys for Alpharma, Inc., Alpharma,
USPD, Inc. f/k/a Barre-National, Inc.,
Barre Parent Corporation, Purepac Pharmaceutical Co.

JOHN R. FLEDER
Hyman, Phelps & McNamara, P.C.
700 Thirteenth Street, N.W. - Suite 1200
Washington, DC 20005
Fax 202-737-9329
Attorneys for Alpharma, Inc., Alpharma, USPD,
Inc. f/k/a Barre-National, Inc., Barre Parent
Corporation, Purepac Pharmaceutical Co.

JAY B. SHAPIRO
CHRISTOPHER L. BARNETT
SAMUEL O. PATMORE
Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson, P.A.
Suite 200-Museum Tower
150 West Flagler Street
Miami, Florida 33130
Fax 305-789-3395

/s/ Jonathan Shapiro
Jonathan Shapiro
STERN, SHAPIRO, WEISSBERG & GARIN LLP
90 Canal Street
Boston, MA
**ATTORNEYS FOR VEN-A-CARE OF THE FLORIDA KEYS, INC.**