UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | Civil Action No. 01-12257-PBS |
| *COUNTY OF NASSAU v. ABBOTT LABORATORIES, INC., et al.* | Judge Patti D. Saris |
| D. Mass. Case No. 05-10179-PBS E.D.N.Y. Case No. 04-CV-5126 | |

**ASSENTED TO MOTION OF PLAINTIFF COUNTY OF NASSAU TO CORRECT AND AMEND ITS MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT AND TO FILE UNDER SEAL**

Plaintiff County of Nassau ("Plaintiff"), by and through its counsel, hereby respectfully moves this Court for leave to file an Amended Memorandum Of Law In Support Of Its Motion For Leave To File A Second Amended Complaint And To File Under Seal ("Amended Memorandum"), attached hereto as Exhibit A.

Plaintiff filed its initial Memorandum Of Law In Support Of Its Motion For Leave To File A Second Amended Complaint And To File Under Seal (the "Memorandum") on Friday, January 6, 2005. In this Memorandum, Plaintiff inadvertently represented to this Court that its Second Amended Complaint did not add any new parties to the litigation. In fact, although the Second Amended Complaint reflected our strategic decision to add new parties to this litigation, the Memorandum was not updated to reflect this change. The Amended Memorandum reflects this change.[1]

---

[1] The specific changes can be found in the second paragraph of page 3 and the second paragraph of page 5.

Defendants have been in possession of a draft of Nassau County's Second Amended Complaint, which included the additional defendants, for months. Therefore, Defendants will not be prejudiced if the Court grants this motion. Further, the Second Amended Complaint, filed just two business days ago, confirmed the addition of other defendants. Defendants assent to this motion.

Plaintiff respectfully requests that this motion be granted in its entirety for the reasons set forth above.

Dated: January 11, 2006
      New York, New York

      LORNA B. GOODMAN,
      Nassau County Attorney, by

      **MOULTON & GANS, P.C.**

By:  /s/ Nancy Freeman Gans
      Nancy Freeman Gans, BBO # 184540
      33 Broad Street, Suite 1100
      Boston, Massachusetts 02109-4216
      Telephone: 617-369-7979
      Facsimile: 617-369-7980

      **MILBERG WEISS BERSHAD**
       **& SCHULMAN LLP**

      Melvyn I. Weiss
      Michael M. Buchman
      Ryan G. Kriger
      One Pennsylvania Plaza
      New York, New York 10119-0165
      Telephone: (212) 594-5300
      Facsimile:  (212) 868-1229

      *Special Counsel for the*
      *County of Nassau*

**LOCAL RULE 7.1 CERTIFICATE**

I, Ryan G. Kriger, hereby certify that I have consulted with Lyndon Tretter, Esq., of Hogan and Hartson, counsel for all Defendants, concerning the above motion. I further certify that Mr. Tretter has assented to the above motion.

/s/ Ryan G. Kriger
Ryan G. Kriger

**CERTIFICATE OF SERVICE**

I, Ryan G. Kriger, hereby certify that I served a copy of the foregoing document upon counsel for all parties this 11th day of January, 2006.

/s/ Ryan G. Kriger
Ryan G. Kriger