# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | Master File No.: 01-12257-PBS |
| | Judge Patti B. Saris |
| ALL ACTIONS | |

## CERTIFICATE IN SUPPORT OF
## APPLICATION FOR ADMISSION *PRO HAC VICE* OF JESSICA L. MEDINA

I, Jessica L. Medina, hereby certify pursuant to Case Management Order No. 1, section V, entered in the above captioned action that:

1.     I am an associate at the firm of Arnold and Porter LLP, attorneys for Gilead Sciences, Inc., in the above captioned action.

2.     I am a member in good standing of the bar of the United States District Court for the Eastern District of Virginia.

3.     I have never been the subject of a professional disciplinary proceeding.

4.     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Jessica L. Medina

Dated:  January 4, 2006

## CERTIFICATE OF SERVICE

I, Jessica L. Medina, hereby certify that on this 4 th day of January, 2006, I

caused a true and correct copy of the NOTICE OF APPEARANCE FOR DEFENDANT

GILEAD SCIENCES, INC., ADMISSION *PRO HAC VICE*, and CERTIFICATE IN

SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE* OF JESSICA L.

MEDINA to be served on all counsel of record by electronic service pursuant to

paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File and

Serve for posting and notification to all parties.

Jessica L. Medina