UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 1456<br><br>Master File No.: 01-12257-PBS<br>Judge Patti B. Saris |

### CERTIFICATE IN SUPPORT OF
### APPLICATION FOR ADMISSION *PRO HAC VICE* OF GEOFFREY J. MICHAEL

I, Geoffrey J. Michael, hereby certify pursuant to Case Management Order No. 1, section V, entered in the above captioned action that:

1. I am an associate at the firm of Arnold and Porter LLP, attorneys for Gilead Sciences, Inc., in the above captioned action.

2. I am a member in good standing of the bar of the United States District Court for the District of Columbia.

3. I have never been the subject of a professional disciplinary proceeding.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

_____
Geoffrey J. Michael

Dated: January 4, 2006

## CERTIFICATE OF SERVICE

I, Jessica L. Medina, hereby certify that on this 4th day of January, 2006, I caused a true and correct copy of the NOTICE OF APPEARANCE FOR DEFENDANT GILEAD SCIENCES, INC., ADMISSION *PRO HAC VICE*, and CERTIFICATE IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE* OF GEOFFREY J. MICHAEL to be served on all counsel of record by electronic service pursuant to paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

Jessica L. Medina