# EXHIBIT B

Pg. 31-40
w/ Ex A
11 pgs

actual damages in excess of $15,000.00.

93. Pursuant to the common law of fraud in Florida, the Plaintiffs are entitled to a remedy for the State's damages; to wit, the difference between what the Florida Medicaid Program should have paid in pharmacy claims for Teva USA and/or Teva/Copley/Novopharm's drugs and what was in fact paid, as well as any other relief the Court deems appropriate, to include, prejudgment interest and costs.

**COUNT XI**
**VIOLATION OF FLORIDA FALSE CLAIMS ACT**
**DEFENDANT NOVOPHARM**

94. Plaintiffs reallege and incorporate by reference paragraphs 1 through 39 and 43 through 45 as though fully set forth herein.

95. Novopharm, and by and through its corporate parent Teva, knowingly presented or caused to be presented false claims for payment to the Florida Medicaid Program creating liability for a false claims action pursuant to § 68.081 *et seq.*, Fla. Stat.

96. As a result of Novopharm's conduct set forth in this count, the State of Florida, AHCA or its fiscal intermediary paid the improper Medicaid claims and has suffered actual damages in excess of $15,000.00.

97. Pursuant to §§ 68.082(2) and 68.086, Fla. Stat., the Plaintiffs are entitled to treble the actual damages sustained, not less than $5,000 and not more than $10,000 penalty per claim, all other relief set forth in said statutes, prejudgment interest, attorneys' fees and court costs.

## COUNT XII
## COMMON LAW FRAUD
## DEFENDANT NOVOPHARM

98.   The Plaintiffs reallege and incorporate by reference paragraphs 1 through 39 and 43 through 45 as though fully set forth herein.

99.   The elements of common law fraud in Florida are:  a false statement concerning a material fact; knowledge by the person making the statement that the representation is false; the intent by the person making the statement that the representation will induce another to act on it; and reliance on the representation to the injury of the other party.  *See e.g., Tucker v. Mariani*, 655 So. 2d 221, 225 (Fla. 1st DCA 1995);  *Lance v. Wade*, 457 So. 2d 1008, 1011 (Fla. 1984).

100.   Novopharm, and by and through its parent company Teva, made false statements of material fact regarding drug prices to First DataBank; Novopharm and its corporate parent Teva knew that the submitted prices were false and significantly exceeded prices generally and currently available in the marketplace; Novopharm and its parent corporation Teva, knew that the Florida Medicaid Program relied on First DataBank prices and intended that the Florida Medicaid Program rely upon the false prices Novopharm and its corporate parent Teva, submitted to First DataBank; and the Florida Medicaid Program did in fact rely upon such false price representations and was injured by paying provider reimbursements far in excess of reasonable estimates of provider acquisition cost as required by law.

101.   As a result of Novopharm's conduct as set forth in this count, the State of Florida, AHCA, or its fiscal intermediary paid the improper Medicaid claims and suffered

actual damages in excess of $15,000.00.

102.  Pursuant to the common law of fraud in Florida, the Plaintiffs are entitled to a remedy for the State's damages; to wit, the difference between what the Florida Medicaid Program should have paid in pharmacy claims for Novopharm and/or Teva/Teva USA/Copley's drugs and what was in fact paid, as well as any other relief the Court deems appropriate, to include, prejudgment interest and costs.

**COUNT XIII**
**VIOLATION OF FLORIDA FALSE CLAIMS ACT**
**DEFENDANT WATSON**

103.  The Plaintiffs reallege and incorporate by reference paragraphs 1 through 39 and 46 through 48 as though fully set forth herein.

104.  Watson knowingly presented or caused to be presented false claims for payment to the Florida Medicaid Program creating liability for a false claims action pursuant to § 68.081 *et seq.*, Fla. Stat.

105.  As a result of Watson's conduct set forth in this count, the State of Florida, AHCA or its fiscal intermediary paid the improper Medicaid claims and has suffered actual damages in excess of $15,000.00.

106.  Pursuant to §§ 68.082(2) and 68.086, Fla. Stat., the Plaintiffs are entitled to treble the actual damages sustained, not less than $5,000 and not more than $10,000 penalty per claim, all other relief set forth in said statutes, prejudgment interest, attorneys' fees and court costs.

### COUNT XIV
### COMMON LAW FRAUD
### DEFENDANT WATSON

107. The Plaintiffs reallege and incorporate by reference paragraphs 1 through 39 and 46 through 48 as though fully set forth herein.

108. The elements of common law fraud in Florida are: a false statement concerning a material fact; knowledge by the person making the statement that the representation is false; the intent by the person making the statement that the representation will induce another to act on it; and reliance on the representation to the injury of the other party. *See e.g., Tucker v. Mariani*, 655 So. 2d 221, 225 (Fla. 1st DCA 1995); *Lance v. Wade*, 457 So. 2d 1008, 1011 (Fla. 1984).

109. Watson made false statements of material fact regarding drug prices to First DataBank; Watson knew that the submitted prices were false and significantly exceeded prices generally or currently available in the marketplace; Watson knew that the Florida Medicaid Program relied on First DataBank prices and intended that the Florida Medicaid Program rely upon the false prices Watson submitted to First DataBank; and the Florida Medicaid Program did in fact rely upon such false price representations and was injured by paying provider reimbursements far in excess of reasonable estimates of provider acquisition cost as required by law.

110. As a result of Watson's conduct as set forth in this count, the State of Florida, AHCA, or its fiscal intermediary paid the improper Medicaid claims and suffered actual damages in excess of $15,000.00.

111. Pursuant to the common law of fraud in Florida, the Plaintiffs are entitled to a remedy for the State's damages; to wit, the difference between what the Florida

Medicaid Program should have paid in pharmacy claims for Watson and/or

Watson/Schein drugs and what was in fact paid, as well as any other relief the Court

deems appropriate, to include, prejudgment interest and costs.

### COUNT XV
### VIOLATION OF THE FLORIDA FALSE CLAIMS ACT
### DEFENDANT SCHEIN

112.  The Plaintiffs reallege and incorporate by reference paragraphs 1 through

39 and 46 through 48 as though fully set forth herein.

113.  Schein, by and through its parent corporation, knowingly presented or

caused to be presented false claims for payment to the Florida Medicaid Program

creating liability for a false claims action pursuant to § 68.081 *et seq.*, Fla. Stat.

114.  As a result of Schein's conduct set forth in this count, the State of Florida,

AHCA or its fiscal intermediary paid the improper Medicaid claims and has suffered

actual damages in excess of $15,000.00.

115.  Pursuant to §§ 68.082(2) and 68.086, Fla. Stat., the Plaintiffs are entitled to

treble the actual damages sustained, not less than $5,000 and not more than $10,000

penalty per claim, all other relief set forth in said statutes, prejudgment interest,

attorneys' fees and court costs.

### COUNT XVI
### COMMON LAW FRAUD
### DEFENDANT SCHEIN

116.  The Plaintiffs reallege and incorporate by reference paragraphs 1 through

39 and 46 through 48 as though fully set forth herein.

117.  The elements of common law fraud in Florida are:  a false statement

concerning a material fact; knowledge by the person making the statement that the

representation is false; the intent by the person making the statement that the representation will induce another to act on it; and reliance on the representation to the injury of the other party. *See e.g., Tucker v. Mariani*, 655 So. 2d 221, 225 (Fla. 1st DCA 1995); *Lance v. Wade*, 457 So. 2d 1008, 1011 (Fla. 1984).

118. Schein, by and through its affiliate corporation Watson, made false statements of material fact regarding drug prices to First DataBank; Schein, by and through its affiliate corporation Watson, knew that the submitted prices were false and significantly exceeded prices generally or currently available in the marketplace; Schein knew that the Florida Medicaid Program relied on First DataBank prices and intended that the Florida Medicaid Program rely upon the false prices Schein submitted to First DataBank; and the Florida Medicaid Program did in fact rely upon such false price representations and was injured by paying provider reimbursements far in excess of reasonable estimates of provider acquisition cost as required by law.

119. As a result of Schein's conduct as set forth in this count, the State of Florida, AHCA, or its fiscal intermediary paid the improper Medicaid claims and suffered actual damages in excess of $15,000.00.

120. Pursuant to the common law of fraud in Florida, the Plaintiffs are entitled to a remedy for the State's damages; to wit, the difference between what the Florida Medicaid Program should have paid in pharmacy claims for Schein and/or Watson/Schein's drugs and what was in fact paid, as well as any other relief the Court deems appropriate, to include, prejudgment interest and costs.

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiffs demand that judgment be entered in favor of the

State of Florida and the Relator against the Defendants as follows:

A.  On Counts I and III, the Plaintiffs demand treble the amount of the State of Florida's actual damages of at least $15,000.00 or at least $45,000.00 against Defendants Mylan and Mylan Laboratories, as appropriate, for the period beginning on or before July 1, 1994, through and including the present time pursuant to § 68.082(2), Fla. Stat.  In addition, the Plaintiffs demand that Defendants Mylan and Mylan Laboratories be assessed a civil penalty of $10,000, as appropriate, for each and every false claim identified in this action for their specific drugs and any and all false claims for their specific drugs revealed through the discovery.  The Plaintiffs further demand payment of prejudgment interest, attorneys' fees, expenses, investigatory costs, and for such other and further relief as the Court deems just and equitable pursuant to § 68.086, Fla. Stat.

B.  On Counts II and IV, the Plaintiffs demand a judgment for the return of at least $15,000.00 which represents the difference between the amounts paid and the amounts that should have been paid for the Defendants Mylan and Mylan Laboratories' specific drugs identified in this Complaint, as appropriate, by the State of Florida, AHCA or its fiscal intermediary, for the period beginning July 1, 1994, through and including the present time, and for prejudgment interest, costs, and for such other and further relief as this Court deems just and equitable.

C.  On Counts V, VII, IX, and XI, the Plaintiffs demand treble the amount of the State of Florida's actual damages of at least $15,000.00 or at least $45,000.00 against Defendants Teva/Teva USA/Copley/Novopharm, Teva, Teva USA, and Novopharm as appropriate, before July 1, 1994, through and including the present time pursuant to

§ 68.082(2), Fla. Stat. In addition, the Plaintiffs demand that Defendants Teva/Teva USA/Copley/Novopharm, Teva, Teva USA, and Novopharm be assessed a civil penalty of $10,000, as appropriate, for each and every false claim identified in this action for their specific drugs and any and all false claims for their specific drugs revealed through the discovery. The Plaintiffs further demand payment of prejudgment interest, attorneys' fees, expenses, investigatory costs, and for such other and further relief as the Court deems just and equitable pursuant to § 68.086, Fla. Stat.

D. On Counts VI, VIII, X, and XII, the Plaintiffs demand judgment for the return of at least $15,000.00 which represents the difference between the amounts paid and the amounts that should have been paid for Defendants Teva/Teva USA/Copley/Novopharm Teva, Teva USA, and Novopharm's specific drugs identified in this Complaint, as appropriate, by the State of Florida, AHCA or its fiscal intermediary, for the period beginning July 1, 1994, through and including the present time, and for prejudgment interest, costs, and for such other and further relief as this Court deems just and equitable.

E. On Counts XIII and XV, the Plaintiffs demand treble the amount of the State of Florida's actual damages of at least $15,000.00 or at least $45,000.00 against Defendants Watson and Schein as appropriate, before July 1, 1994, through and including the present time pursuant to § 68.082(2), Fla. Stat. In addition, the Plaintiffs demand that Defendants Watson and Schein, be assessed a civil penalty of $10,000, as appropriate, for each and every false claim identified in this action for their specific drugs and any and all false claims for their specific drugs revealed through the discovery. The Plaintiffs further demand payment of prejudgment interest, attorneys'

fees, expenses, investigatory costs, and for such other and further relief as the Court deems just and equitable pursuant to § 68.086, Fla. Stat.

F. On Counts XIV and XVI, the Plaintiffs demand a judgment for the return of at least $15,000.00 which represents the difference between the amounts paid and the amounts that should have been paid for the Defendants Watson and Schein's specific drugs identified in this Complaint, as appropriate, by the State of Florida, AHCA or its fiscal intermediary, for the period beginning July 1, 1994, through and including the present time, and for prejudgment interest, costs, and for such other and further relief as this Court deems just and equitable.

<u>**DEMAND FOR JURY TRIAL**</u>

The STATE OF FLORIDA and the RELATOR respectfully demand trial by jury of all issues so triable.

Respectfully submitted this 14th day of November, 2005.

CHARLES J. CRIST, JR.
ATTORNEY GENERAL
STATE OF FLORIDA

By: _____
MARK S. THOMAS
Florida Bar No. 0001716
MARY S. MILLER
Florida Bar No. 0780420
Assistant Attorneys General
OFFICE OF THE ATTORNEY
GENERAL
MEDICAID FRAUD CONTROL UNIT
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone:   850-414-3600
Facsimile:    850-410-2673

Page 39 of 40

JAMES J. BREEN, ESQ.
Florida Bar Number 297178
ALISON W. SIMON, ESQ.
Florida Bar Number 0109568
The Breen Law Firm, P.A.
P.O. Box 297470
Pembroke Pines, Florida 33029-7470
954-874-1653 (telephone)
954-874-1705 (facsimile)
Counsel for Ven-A-Care of the Florida Keys, Inc.

GARY AZORSKY, ESQ.
Pennsylvania Bar Number 38924
SHERRIE SAVETT, ESQ.
Pennsylvania Bar Number 17646
SUSAN SCHNEIDER THOMAS, ESQ.
Pennsylvania Bar Number 32799
JOY P. CLAIRMONT, ESQ.
Pennsylvania Bar Number 82775
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
215-875-3000 (telephone)
215-875-4636 (facsimile)
Counsel for Ven-A-Care of the Florida Keys, Inc.

F:\USERS\MCF\Team 103 (Thomas - Miller)\MaryM\AWP

WAC\pleadings\Complaints\amended complaint awp3 11-17-05.wpd

# EXHIBIT A

## EXHIBIT "A"

| DEFENDANT | DRUG | MANUFACTURER | NDC CODE |
|---|---|---|---|
| Mylan | Propoxyphene | Mylan | 00378-01-2901 |
| Mylan | Propoxyphene | Mylan | 00378-01-2905 |
| Mylan | Propoxyphene | Mylan | 00378-01-3001 |
| Mylan | Propoxyphene | Mylan | 00378-01-3005 |
| Mylan | Propoxyphene | Mylan | 00378-01-3101 |
| Mylan | Propoxyphene | Mylan | 00378-01-3105 |
| Mylan | Propoxyphene | Mylan | 00378-01-5501 |
| Mylan | Propoxyphene | Mylan | 00378-01-5505 |
| Mylan | Propoxyphene | Mylan | 00378-01-5505 |
| Mylan | Furosemide | Mylan | 00378-02-0801 |
| Mylan | Furosemide | Mylan | 00378-02-0810 |
| Mylan | Furosemide | Mylan | 00378-02-1601 |
| Mylan | Furosemide | Mylan | 00378-02-1610 |
| Mylan | Furosemide | Mylan | 00378-02-3201 |
| Mylan | Furosemide | Mylan | 00378-02-3205 |
| Mylan | Pentoxifylline | Mylan | 00378-03-5701 |
| Mylan | Pentoxifylline | Mylan | 00378-03-5705 |
| Mylan | Ranitidine | Mylan | 00378-32-5201 |
| Mylan | Ranitidine | Mylan | 00378-32-5205 |
| Mylan | Ranitidine | Mylan | 00378-32-5291 |
| Mylan | Ranitidine | Mylan | 00378-32-5401 |
| Mylan | Ranitidine | Mylan | 00378-32-5405 |
| Mylan | Ranitidine | Mylan | 00378-32-5493 |
| Mylan | Alprazolam | Mylan | 00378-40-0101 |
| Mylan | Alprazolam | Mylan | 00378-40-0105 |
| Mylan | Alprazolam | Mylan | 00378-40-0301 |

| DEFENDANT | DRUG | MANUFACTURER | NDC CODE |
|---|---|---|---|
| Mylan | Alprazolam | Mylan | 00378-40-0305 |
| Mylan | Alprazolam | Mylan | 00378-40-0501 |
| Mylan | Alprazolam | Mylan | 00378-40-0505 |
| Mylan | Alprazolam | Mylan | 00378-40-0701 |
| Mylan | Clorpazepate | Mylan | 00378-00-3001 |
| Mylan | Clorpazepate | Mylan | 00378-00-3005 |
| Mylan | Clorpazepate | Mylan | 00378-00-4001 |
| Mylan | Clorpazepate | Mylan | 00378-00-4005 |
| Mylan | Clorpazepate | Mylan | 00378-00-7001 |
| Mylan | Lorazepam | Mylan | 00378-03-2101 |
| Mylan | Lorazepam | Mylan | 00378-03-2105 |
| Mylan | Lorazepam | Mylan | 00378-04-5701 |
| Mylan | Lorazepam | Mylan | 00378-04-5705 |
| Mylan | Lorazepam | Mylan | 00378-04-5710 |
| Mylan | Lorazepam | Mylan | 00378-07-7701 |
| Mylan | Lorazepam | Mylan | 00378-07-7705 |
| Mylan | Clozapine | Mylan | 00378-08-2501 |
| Mylan | Clozapine | Mylan | 00378-08-6001 |
| Mylan | Clozapine | Mylan | 00378-08-6005 |
| Mylan | Nifedipine | Mylan | 00378-04-7401 |
| Mylan | Nifedipine | Mylan | 00378-04-7405 |
| Mylan | Nifedipine | Mylan | 00378-34-7501 |
| Mylan | Nifedipine | Mylan | 00378-34-7530 |
| Mylan | Nifedipine | Mylan | 00378-34-8201 |
| Mylan | Nifedipine | Mylan | 00378-34-8230 |
| Mylan | Nifedipine | Mylan | 00378-34-9501 |
| Teva | Metformin | Teva USA | 00093-10-4801 |

| DEFENDANT | DRUG | MANUFACTURER | NDC CODE |
|---|---|---|---|
| Teva | Metformin | Teva USA | 00093-10-4805 |
| Teva | Metformin | Teva USA | 00093-10-4901 |
| Teva | Metformin | Teva USA | 00093-10-4905 |
| Teva | Metformin | Teva USA | 00093-72-1401 |
| Teva | Metformin | Teva USA | 00093-72-6701 |
| Teva | Metformin | Teva USA | 00093-72-6710 |
| Teva | Propoxyphene | Teva USA | 00093-04-9001 |
| Teva | Propoxyphene | Teva USA | 00093-04-9005 |
| Teva | Propoxyphene | Teva USA | 00093-06-8601 |
| Teva | Propoxyphene | Teva USA | 00093-06-8605 |
| Teva | Propoxyphene | Teva USA | 00093-07-4101 |
| Teva | Propoxyphene | Teva USA | 00093-07-4105 |
| Teva | Propoxyphene | Teva USA | 00093-07-4110 |
| Teva | Propoxyphene | Teva USA | 00093-08-9001 |
| Teva | Propoxyphene | Teva USA | 00093-08-9005 |
| Teva | Enalapril | Teva USA | 00093-00-2601 |
| Teva | Enalapril | Teva USA | 00093-00-2610 |
| Teva | Enalapril | Teva USA | 00093-00-2701 |
| Teva | Enalapril | Teva USA | 00093-00-2710 |
| Teva | Enalapril | Teva USA | 00093-00-2801 |
| Teva | Enalapril | Teva USA | 00093-00-2810 |
| Teva | Enalapril | Teva USA | 00093-00-2901 |
| Teva | Enalapril | Teva USA | 00093-00-2910 |
| Teva | Enalapril | Teva USA | 00093-10-4401 |
| Teva | Enalapril | Teva USA | 00093-10-5201 |
| Teva | Enalapril | Teva USA | 00093-10-5210 |
| Teva | Fluoxetine | Teva USA | 00093-10-4201 |

| DEFENDANT | DRUG | MANUFACTURER | NDC CODE |
|---|---|---|---|
| Teva | Fluoxetine | Teva USA | 00093-10-4301 |
| Teva | Fluoxetine | Teva USA | 00093-61-0812 |
| Teva | Fluoxetine | Teva USA | 00093-71-8810 |
| Teva | Fluoxetine | Teva USA | 00093-71-8856 |
| Teva | Fluoxetine | Teva USA | 00093-71-9856 |
| Teva | Clonazepam | Novopharm | 55953-00-2740 |
| Teva | Clonazepam | Novopharm | 55953-00-2741 |
| Teva | Clonazepam | Novopharm | 55953-00-2770 |
| Teva | Clonazepam | Novopharm | 55953-00-2780 |
| Teva | Clonazepam | Novopharm | 55953-00-2840 |
| Teva | Clonazepam | Novopharm | 55953-00-2841 |
| Teva | Clonazepam | Novopharm | 55953-00-2870 |
| Teva | Clonazepam | Novopharm | 55953-00-2880 |
| Teva | Clonazepam | Novopharm | 55953-00-2901 |
| Teva | Clonazepam | Novopharm | 55953-00-2940 |
| Teva | Clonazepam | Novopharm | 55953-00-2941 |
| Teva | Clonazepam | Teva USA | 00093-08-3201 |
| Teva | Clonazepam | Teva USA | 00093-08-3205 |
| Teva | Clonazepam | Teva USA | 00093-08-3210 |
| Teva | Clonazepam | Teva USA | 00093-08-3301 |
| Teva | Clonazepam | Teva USA | 00093-08-3305 |
| Teva | Clonazepam | Teva USA | 00093-08-3310 |
| Teva | Clonazepam | Teva USA | 00093-08-3401 |
| Teva | Clonazepam | Teva USA | 00093-08-3405 |
| Teva | Nifedipine | Teva USA | 00093-05-2001 |
| Teva | Nifedipine | Teva USA | 00093-05-2055 |
| Teva | Nifedipine | Teva USA | 00093-05-2101 |

| DEFENDANT | DRUG | MANUFACTURER | NDC CODE |
|-----------|------|--------------|----------|
| Teva | Nifedipine | Teva USA | 00093-08-2201 |
| Teva | Nifedipine | Teva USA | 00093-81-7101 |
| Teva | Nifedipine | Teva USA | 00093-81-7120 |
| Teva | Nifedipine | Teva USA | 00093-81-7155 |
| Teva | Nifedipine | Novopharm | 55953-00-4560 |
| Teva | Nifedipine | Novopharm | 55953-01-7140 |
| Teva | Nifedipine | Novopharm | 55953-01-7141 |
| Teva | Nifedipine | Novopharm | 55953-01-7160 |
| Teva | Nifedipine | Novopharm | 55953-01-7181 |
| Teva | Ranitidine | Teva USA | 00093-85-4401 |
| Teva | Ranitidine | Teva USA | 00093-85-4405 |
| Teva | Ranitidine | Teva USA | 00093-85-4406 |
| Teva | Ranitidine | Teva USA | 00093-85-4410 |
| Teva | Ranitidine | Teva USA | 00093-85-4701 |
| Teva | Ranitidine | Teva USA | 00093-85-4752 |
| Teva | Ranitidine | Teva USA | 00093-85-4756 |
| Teva | Ranitidine | Teva USA | 55953-05-4440 |
| Teva | Ranitidine | Teva USA | 55953-05-4470 |
| Teva | Ranitidine | Teva USA | 55953-05-4740 |
| Teva | Ranitidine | Teva USA | 55953-05-4758 |
| Teva | Penoxifylline | Copley | 38245-06-7210 |
| Teva | Penoxifylline | Copley | 38245-06-7243 |
| Teva | Penoxifylline | Copley | 38245-06-7250 |
| Teva | Penoxifylline | Teva USA | 00093-51-1601 |
| Teva | Penoxifylline | Teva USA | 00093-51-1605 |
| Teva | Glyburide | Copley | 38245-03-6410 |
| Teva | Glyburide | Copley | 38245-03-6420 |

| DEFENDANT | DRUG | MANUFACTURER | NDC CODE |
|---|---|---|---|
| Teva | Glyburide | Copley | 38245-03-6455 |
| Teva | Glyburide | Copley | 38245-03-8110 |
| Teva | Glyburide | Copley | 38245-03-8120 |
| Teva | Glyburide | Copley | 38245-03-8150 |
| Teva | Glyburide | Copley | 38245-04-3320 |
| Teva | Glyburide | Copley | 38245-04-3350 |
| Teva | Glyburide | Copley | 38245-04-3355 |
| Teva | Glyburide | Copley | 38245-04-7749 |
| Teva | Glyburide | Copley | 38245-07-2510 |
| Teva | Glyburide | Teva USA | 00093-83-4201 |
| Teva | Glyburide | Teva USA | 00093-83-4301 |
| Teva | Glyburide | Teva USA | 00093-83-4305 |
| Teva | Glyburide | Teva USA | 00093-83-4310 |
| Teva | Glyburide | Teva USA | 00093-83-4401 |
| Teva | Glyburide | Teva USA | 00093-83-4405 |
| Teva | Glyburide | Teva USA | 00093-83-4410 |
| Teva | Glyburide | Teva USA | 00093-93-6401 |
| Teva | Glyburide | Teva USA | 00093-93-6405 |
| Teva | Glyburide | Teva USA | 00093-94-3301 |
| Teva | Glyburide | Teva USA | 00093-94-3305 |
| Teva | Glyburide | Teva USA | 00093-94-7753 |
| Teva | Glyburide | Teva USA | 38245-03-6450 |
| Teva | Glyburide | Teva USA | 38245-04-3310 |
| Teva | Glyburide | Teva USA | 38245-03-4370 |
| Teva | Glyburide | Teva USA | 38245-03-4440 |
| Teva | Glyburide | Teva USA | 38245-03-4480 |
| Watson | Clorpazepate | Watson | 00591-03-6301 |

| DEFENDANT | DRUG | MANUFACTURER | NDC CODE |
|---|---|---|---|
| Watson | Clorpazepate | Watson | 00591-03-6305 |
| Watson | Clorpazepate | Watson | 00591-03-6401 |
| Watson | Clorpazepate | Watson | 00591-03-6405 |
| Watson | Clorpazepate | Watson | 52544-03-6301 |
| Watson | Clorpazepate | Watson | 52544-03-6305 |
| Watson | Clorpazepate | Watson | 52544-03-6401 |
| Watson | Clorpazepate | Watson | 52544-03-6405 |
| Watson | Clorpazepate | Watson | 52544-03-6501 |
| Watson | Clorpazepate | Watson | 52544-03-6505 |
| Watson | Clorpazepate | Watson | 52544-08-3501 |
| Watson | Clorpazepate | Watson | 52544-08-3505 |
| Watson | Clorpazepate | Watson | 52544-08-3601 |
| Watson | Clorpazepate | Watson | 52544-08-3605 |
| Watson | Clorpazepate | Watson | 52544-08-3701 |
| Watson | Lorazepam | Watson | 00364-30-4951 |
| Watson | Lorazepam | Watson | 00364-30-4954 |
| Watson | Lorazepam | Watson | 00591-02-4001 |
| Watson | Lorazepam | Watson | 00591-02-4005 |
| Watson | Lorazepam | Watson | 00591-02-4010 |
| Watson | Lorazepam | Watson | 00591-02-4101 |
| Watson | Lorazepam | Watson | 00591-02-4105 |
| Watson | Lorazepam | Watson | 00591-02-4110 |
| Watson | Lorazepam | Watson | 00591-02-4201 |
| Watson | Lorazepam | Watson | 00591-02-4205 |
| Watson | Lorazepam | Watson | 00591-02-4210 |
| Watson | Lorazepam | Watson | 00591-56-2501 |
| Watson | Lorazepam | Watson | 52544-02-4001 |

| DEFENDANT | DRUG | MANUFACTURER | NDC CODE |
|---|---|---|---|
| Watson | Lorazepam | Watson | 52544-02-4005 |
| Watson | Lorazepam | Watson | 52544-02-4010 |
| Watson | Lorazepam | Watson | 52544-02-4101 |
| Watson | Lorazepam | Watson | 52544-02-4105 |
| Watson | Lorazepam | Watson | 52544-02-4110 |
| Watson | Lorazepam | Watson | 52544-02-4201 |
| Watson | Lorazepam | Watson | 52544-02-4205 |
| Watson | Lorazepam | Watson | 52544-02-4210 |
| Watson | Lorazepam | Watson | 52544-03-3201 |
| Watson | Lorazepam | Watson | 52544-03-3205 |
| Watson | Lorazepam | Watson | 52544-03-3210 |
| Watson | Lorazepam | Watson | 52544-03-3301 |
| Watson | Lorazepam | Watson | 52544-03-3305 |
| Watson | Lorazepam | Watson | 52544-03-3310 |
| Watson | Lorazepam | Watson | 52544-03-3401 |
| Watson | Lorazepam | Watson | 52544-03-3405 |
| Watson | Lorazepam | Watson | 52544-03-3410 |
| Watson | Hydrocodone | Watson | 00591-03-4901 |
| Watson | Hydrocodone | Watson | 00591-03-4905 |
| Watson | Hydrocodone | Watson | 00591-03-8501 |
| Watson | Hydrocodone | Watson | 00591-03-8505 |
| Watson | Hydrocodone | Watson | 00591-03-8701 |
| Watson | Hydrocodone | Watson | 00591-03-8705 |
| Watson | Hydrocodone | Watson | 00591-03-8801 |
| Watson | Hydrocodone | Watson | 00591-05-0201 |
| Watson | Hydrocodone | Watson | 00591-05-0205 |
| Watson | Hydrocodone | Watson | 00591-05-0301 |

| DEFENDANT | DRUG | MANUFACTURER | NDC CODE |
|-----------|------|--------------|----------|
| Watson | Hydrocodone | Watson | 00591-05-0305 |
| Watson | Hydrocodone | Watson | 00591-05-4001 |
| Watson | Hydrocodone | Watson | 00591-05-4005 |
| Watson | Hydrocodone | Watson | 00591-08-5301 |
| Watson | Hydrocodone | Watson | 00591-08-5305 |
| Watson | Hydrocodone | Watson | 00591-32-0201 |
| Watson | Hydrocodone | Watson | 00591-32-0301 |
| Watson | Hydrocodone | Watson | 52544-03-4901 |
| Watson | Hydrocodone | Watson | 52544-03-4905 |
| Watson | Hydrocodone | Watson | 52544-03-8501 |
| Watson | Hydrocodone | Watson | 52544-03-8505 |
| Watson | Hydrocodone | Watson | 52544-03-8701 |
| Watson | Hydrocodone | Watson | 52544-03-8705 |
| Watson | Hydrocodone | Watson | 52544-03-8801 |
| Watson | Hydrocodone | Watson | 52544-05-0201 |
| Watson | Hydrocodone | Watson | 52544-05-0205 |
| Watson | Hydrocodone | Watson | 52544-05-0301 |
| Watson | Hydrocodone | Watson | 52544-05-0305 |
| Watson | Hydrocodone | Watson | 52544-05-1916 |
| Watson | Hydrocodone | Watson | 52544-05-4001 |
| Watson | Hydrocodone | Watson | 52544-05-4005 |
| Watson | Hydrocodone | Watson | 52544-08-5301 |
| Watson | Hydrocodone | Watson | 52544-08-5305 |
| Watson | Carisoprodol | Schein | 00364-25-2401 |
| Watson | Carisoprodol | Schein | 52544-07-8405 |
| Watson | Carisoprodol | Schein | 52544-07-8410 |
| Watson | Carisoprodol | Watson | 00364-04-7501 |

| DEFENDANT | DRUG | MANUFACTURER | NDC CODE |
|---|---|---|---|
| Watson | Carisoprodol | Watson | 00364-04-7502 |
| Watson | Carisoprodol | Watson | 00364-04-7505 |
| Watson | Carisoprodol | Watson | 00536-34-3501 |
| Watson | Carisoprodol | Watson | 00536-34-3505 |
| Watson | Carisoprodol | Watson | 00591-55-1301 |
| Watson | Carisoprodol | Watson | 00591-55-1302 |
| Watson | Carisoprodol | Watson | 00591-55-1305 |
| Watson | Carisoprodol | Watson | 00591-55-1310 |
| Watson | Carisoprodol | Watson | 52544-06-9201 |
| Watson | Carisoprodol | Watson | 52544-06-9210 |
| Watson | Carisoprodol | Watson | 52544-07-8401 |