UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

In re:  PHARMACEUTICAL INDUSTRY )
AVERAGE WHOLESALE PRICE )
LITIGATION, )          MDL No. 1456

)
) Civil Action No. 01-12257-PBS

THIS DOCUMENT RELATES TO THE )
MASTER CONSOLIDATED CLASS )
ACTION )
_____)

To the Clerk of this Court and all parties of record:

Enter my **appearance** as of counsel in this case for:


Fallon Community Health Plan, Inc.


Respectfully submitted,

NELSON, KINDER, MOSSEAU
& SATURLEY, PC


Dated:  January 12, 2006          By: /s/ William C. Saturley, Esquire
William C. Saturley, Esquire (BBO #442800)
99 Middle Street
Manchester, NH  03101
(603) 647-1800
Fax (603) 647-1900

## <u>CERTIFICATE OF SERVICE</u>

I, William C. Saturley, counsel to Fallon Community Health Plan, Inc., hereby certify that on the 12th day of January, 2006, I caused copies of my Appearance on behalf of Fallon Community Heath Plan to be served electronically on all counsel of record.


Dated:  January 12, 2006                    By: <u>/s/ William C. Saturley, Esquire</u>
                                             William C. Saturley, Esquire