# KLINE & SPECTER

A PROFESSIONAL CORPORATION

Direct Fax: 215-735-0957                                                                                                         TerriAnne.Benedetto@klinespecter.com

January 6, 2006<br>**VIA FACSIMILE**

The Honorable Patti B. Saris
**UNITED STATES DISTRICT COURT**
   **FOR THE DISTRICT OF MASSACHUSETTS**
One Courthouse Way, Suite 2300
Boston, MA 02210

       Re:    *In Re: Pharmaceutical Industry Average Wholesale Price Litigation*; MDL No. 1456; *International Union of Operating Engineers, Local No. 68 Welfare Fund v. AstraZeneca Pharmaceuticals, L.P., et al.*; C.A. No.: C-193-03

Dear Judge Saris:

       As counsel for Local 68, I write to request that the Court schedule the Motion for Remand in the above-referenced matter, which has been pending since July 2003, for oral argument along with the remand motions for the various states, which have been scheduled for January 27, 2006. While the undersigned is reluctant to correspond directly with the Court on this matter, when the undersigned appeared before this Honorable Court in April 2005, the Court, in conjunction with ordering new briefing on this remand issue (because the original remand briefing had become stale), suggested that in the future counsel should remind the Court of motions that had remained without disposition for some time.

       Counsel for Local 68 submit that since its motion has been pending considerably longer than those of the states, its motion should be heard and ruled upon in advance of or simultaneously with those of the states. When the undersigned appeared in April 2005, I had indicated that plaintiff did not require oral argument on remand, but, that the Court could rule on the papers. However, in view of the Court's Memorandum and Order of August 19, 2005 (granting defendant discovery on the jurisdictional issue), defendant's outstanding motion to compel related thereto and defendant's recent filing of a Second Supplemental Memorandum of Law in Opposition to Motion for Remand,[1] plaintiff now respectfully requests that oral argument be heard on its motion for remand. (For the Court's information, I attach a timeline of the dates relevant to Local 68's motion for remand.)

Respectfully,<br><br>**TERRIANNE BENEDETTO**

TAB/jn
cc:    All Counsel of Record (via LexisNexis)

---

    [1] This latest brief was neither allowed for by the Court's oral instructions in April nor by the August 19, 2005 Memorandum and Order.

PHILADELPHIA: 1525 LOCUST STREET • THE NINETEENTH FLOOR • PHILADELPHIA, PA 19102 • 215-772-1000 TELEPHONE • 800-597-9585 TOLL FREE TELEPHONE • 215-735-0957 FACSIMILE

NEW JERSEY: KLINE & SPECTER • 1800 CHAPEL AVENUE, SUITE 302 • CHERRY HILL, NJ 08002 • 856-662-1180 TELEPHONE • 856-662-1184 FACSIMILE
Co-Managing Attorneys: ROBERT ROSS AND DONALD E. HAVILAND, JR.

NEW YORK: 230 PARK AVENUE, SUITE 2525 • NEW YORK, NY 10169 • 212-986-6200 X241 TELEPHONE • 800-916-8716 TOLL FREE TELEPHONE

## TIMELINE OF SIGNIFICANT EVENTS IN LOCAL 68 CASE

| Date | Event |
| --- | --- |
| June 30, 2003 | Complaint filed |
| July 3, 2003 | Notice of Removal filed by Defendant, AstraZeneca |
| July 9, 2003 | Motion for Remand filed by Local 68 |
| July 9, 2003 | Brief in Support of Motion for Remand filed by Local 68 |
| July 15, 2003 | Brief in Opposition to Motion for Remand filed by AstraZeneca |
| July 18, 2003 | Joinder of Defendant, Saad Antoun M.D., in Plaintiff's Motion for Remand, or, in the Alternative, Motion to Remand Pursuant to 28 U.S.C. § 1448 |
| July 18, 2003 | Affidavit of Jack Fernandez, Esquire, counsel for Stanley C. Hopkins, M.D. |
| July 18, 2003 | Reply Brief in further support of Motion for Remand filed by Local 68 |
| August 4, 2003 | Joinder of Defendant Stanley C. Hopkins, M.D., in Plaintiff's Motion for Remand or In the Alternative, Motion to Remand pursuant to 28 U.S.C § 1448 |
| September 9, 2003 | Conditional Transfer Order |
| December 3, 2003 | Final Transfer Order |
| February 10, 2005 | Hearing at which co-counsel, Stephen Sullivan, requested a hearing on Local 68's remand motion |
| April 8, 2005 | Hearing at which Court ordered supplemental briefing on issue of remand |
| April 22, 2005 | Supplemental Brief in Support of Motion for Remand by Local 68 (rejected for failure to file electronically and refiled on June 1, 2005) |
| May 6, 2005 | Supplemental Memorandum of Law in opposition to Plaintiff's Motion for Remand filed by AstraZeneca |
| August 19, 2005 | Memorandum and Order |

| **Date** | **Event** |
| --- | --- |
| September 16, 2005 | AstraZeneca served Requests for Production of Documents upon Local 68 (also served document requests upon doctor defendants and served subpoenas duces tecum and ad testificandum on doctors' counsel on or about this date) |
| September 19, 2005 | Response of AstraZeneca Pharmceuticals LP to Court Order dated August 19, 2005, with supporting Declarations of D. Scott Wise, Eric D. Gill and John C. Dodds |
| September 28, 2005 | Plaintiff filed Motion for Immediate Remand Based upon Declarations |
| October 17, 2005 | Plaintiff served its Responses and Objections to AstraZeneca's Request for Production of Documents |
| November 17, 2005 | AstraZeneca filed its Motion to Compel |
| December 16, 2005 | Plaintiff filed its Opposition to AstraZeneca's Motion to Compel |
| December 28, 2005 | AstraZeneca filed its Second Supplemental Memorandum in Opposition to Motion to Compel |