UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456<br>Civil Action No.<br>01-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) | Judge Patti B. Saris |

## NOTICE OF APPEARANCE OF COUNSEL

     Please enter the appearance of John W. Steinmetz, of the law firm Robinson & Cole LLP as Counsel of Record on behalf of Defendants Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Roxane Laboratories, Inc., Ben Venue Laboratories, Inc., and Boehringer Ingelheim Roxane, Inc. (f/k/a Roxane Laboratories, Inc.) in the above captioned matter.

                                            Respectfully Submitted,

                        By:    /s/ Lee M. Holland
                                  Lee M. Holland (BBO # 650617)
                                  John W. Steinmetz (BBO # 568108)
                                  ROBINSON & COLE LLP
                                  One Boston Place
                                  Boston, MA 02108-4404
                                  Tel:    617-557-5900
                                  Fax:   617-557-5999

## CERTIFICATE OF SERVICE

      I, Lee M. Holland, on behalf of Defendants Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Roxane Laboratories, Inc., Ben Venue Laboratories, Inc., and Boehringer Ingelheim Roxane, Inc. (f/k/a Roxane Laboratories, Inc.), hereby certify that on this 13th day of January, 2006, a copy of the foregoing document has been served on counsel of record in accordance with the Court's Case Management Order No. 2.

                                            /s/ Lee M. Holland
                                            Lee M. Holland