UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456<br>Civil Action No.<br>01-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) | Judge Patti B. Saris |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of Helen Witt, of the law firm Kirkland & Ellis LLP as Counsel of Record on behalf of Defendants Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Roxane Laboratories, Inc., Ben Venue Laboratories, Inc., and Boehringer Ingelheim Roxane, Inc. (f/k/a Roxane Laboratories, Inc.) in the above captioned matter.

Respectfully Submitted,

By: /s/ Lee M. Holland
Lee M. Holland (BBO # 650617)
John W. Steinmetz (BBO # 568108)
ROBINSON & COLE LLP
One Boston Place
Boston, MA 02108-4404
Tel: 617-557-5900
Fax: 617-557-5999

BOST1-877545-2

## CERTIFICATE OF SERVICE

    I, Lee M. Holland, on behalf of Defendants Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Roxane Laboratories, Inc., Ben Venue Laboratories, Inc., and Boehringer Ingelheim Roxane, Inc. (f/k/a Roxane Laboratories, Inc.), hereby certify that on this 13th day of January, 2006, a copy of the foregoing document has been served on counsel of record in accordance with the Court's Case Management Order No. 2.

                                                /s/ Lee M. Holland
                                               Lee M. Holland