<u>CERTIFICATE OF SERVICE</u>

      Lisa Mecca Davis certifies that she caused a copy of the foregoing Joint Reply to be served on all counsel of record, by electronic service via the Court's electronic filing system, this 13th day of January, 2006.

                                        <u>/s/ Lisa Mecca Davis       </u>
                                        Lisa Mecca Davis