**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation )<br>)<br>)<br>) | MDL No. 1456 |
| This Document Relates to: )<br>)<br>)<br>) | 1:01-CV-12257-PBS<br><br>Honorable Patti B. Saris |
| *Commonwealth of Kentucky v. Alpharma Inc.,*<br>*et al.,* C.A No. 1:05-CV-12493-PBS )<br>) | |
| *Commonwealth of Kentucky v. Abbott Laboratories ,*<br>*Inc.,* C.A No. 1:05-CV-12494 -PBS )<br>) | |
| *Commonwealth of Kentucky v. Warrick*<br>*Pharmaceuticals Corp., et al.,* C.A. 1:05-CV-12495-PBS )<br>) | |

**NOTICE OF APPEARANCE**
**ON BEHALF OF COMMONWEALTH OF KENTUCKY**
**AND MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b) and paragraph 10 of this Court's Case Management Order

No. 1 entered on June 19, 2002, the Commonwealth of Kentucky, Office of the Attorney General,

by and through Assistant Attorneys General, C. David Johnstone and Paula J. Holbrook, hereby

enters its appearance on behalf of the Commonwealth of Kentucky, Plaintiff in the above referenced

actions.

Mr. Johnstone and Ms. Holbrook were counsel of record for the Commonwealth of Kentucky

in the above-referenced actions prior to their removal to the United States District Court for the

Eastern District of Kentucky and subsequent transfer to this Court by the Judicial Panel on

Multidistrict Litigation, but are not members of the bar of the United States District Court for the

District of Massachusetts. The undersigned seek admission *pro hac vice* in accordance with the

procedures set forth in paragraph 16 of the Court's Case Management Order No 1. The Affidavits

filed herewith certify that these attorneys are members in good standing of the bars of the

Commonwealth of Kentucky, the United States District Courts for the Eastern and Western Districts

of Kentucky, the United States Court of Appeals for the Sixth Circuit and the United States Supreme

Court and are familiar with the Local Rules of this Court.

Accordingly, the undersigned  hereby request that their names be added to Master Service

list maintained by the Clerk of the Court and the AWP Litigation Service List maintained by Verilaw

Technologies, Inc./LEXIS File & Serve Electronic Filing Service.

Respectfully submitted,

GREGORY D. STUMBO
Attorney General of Kentucky

By:

C. David Johnstone
Paula J. Holbrook
Assistant Attorneys General
OFFICE OF THE ATTORNEY GENERAL
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky  40601
(502) 696-5300
(502) 573-7150 FAX

Co-Counsel for Commonwealth of Kentucky

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of January, 2006, a copy of the foregoing Notice of
Appearance and Motion for Admission *Pro Hac Vice* was served on all counsel of record
electronically pursuant to Paragraph 11 of Case Management Order No. 2, by sending a conformed
copy of same to LEXIS File & Serve Electronic Filing Service and by depositing conformed copies
in the United States mails, first-class postage prepaid addressed to:

C. David Johnstone

-2-