# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation ) ) ) ) | MDL No. 1456 |
| ) | 1:01-CV-12257-PBS |
| This Document Relates to: ) ) | Honorable Patti B. Saris |
| *Commonwealth of Kentucky v. Alpharma Inc., et al.*, C.A No. 1:05-CV-12493-PBS ) ) ) | |
| *Commonwealth of Kentucky v. Abbott Laboratories, Inc.*, C.A No. 1:05-CV-12494 -PBS ) ) ) | |
| *Commonwealth of Kentucky v. Warrick Pharmaceuticals Corp., et al.*, C.A. 1:05-CV-12495-PBS ) ) ) | |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

The matter being before the Court on motion of the Commonwealth of Kentucky, Office of the Attorney General for the admission *pro hac vice* of Assistant Attorneys General, C. David Johnstone and Paula J. Holbrook in accordance with the procedures set forth in paragraph 16 of the Court's Case Management Order No 1. and the Court being sufficiently advised hereby **GRANTS** said motion.

**IT IS HEREBY ORDERED**, that Assistant Kentucky Attorneys General C. David Johnstone and Paula J. Holbrook be and are admitted pro hac vice to practice before the Court as Co-Counsel for the Commonwealth of Kentucky.

_____
Judge, United States District Court

_____
Date

TENDERED BY:

GREGORY D. STUMBO
Attorney General of Kentucky

By: _____
C. David Johnstone
Paula J. Holbrook
Assistant Attorneys General
OFFICE OF THE ATTORNEY GENERAL
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky   40601
(502) 696-5300
(502) 573-7150 FAX

Co-Counsel for Commonwealth of Kentucky