## CERTIFICATE OF SERVICE

      Lisa Mecca Davis certifies that she caused a copy of the following documents to be served on all counsel of record, by electronic service via the Court's electronic filing system, this 17th day of January, 2006:

1. Notice of Appearance on Behalf of the Commonwealth of Kentucky; Motion for Admission Pro Hac Vice;

2. Affidavit of C. David Johnstone;

3. Affidavit of Paula J. Holbrook; and

4. Proposed Order.

      /s/ Lisa Mecca Davis
      Lisa Mecca Davis