UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL NO. 1456 CIVIL ACTION NO. 01-12257 |
| THIS DOCUMENT RELATES TO: ALL MDL CASES | ) ) ) ) | Judge Patti B. Saris |

## MOTION TO WITHDRAW ATTORNEYS TEAGUE, ROGERS, COVAL AND MILLER

Pursuant to Local Rule 83.5.2(c) Defendants Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Ben Venue Laboratories, Inc., Boehringer Ingelheim Roxane, Inc. f/k/a Roxane Laboratories, Inc., and Bedford Laboratories move to withdraw Randal C. Teague, Douglas L. Rogers, Paul J. Coval, and Darrell A. H. Miller of Vorys, Sater, Seymour and Pease LLP as counsel.

Defendants continue to be represented by John Steinmetz and Lee Holland of Robinson & Cole LLP and by Helen Witt, Anne Sidrys and Brian Kavanaugh of Kirkland & Ellis LLP who have filed their appearances.

Respectfully submitted,

/s/Paul J. Coval
Randal C. Teague
Douglas L. Rogers
Paul J. Coval
Darrell A. H. Miller
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216
(614) 464-6400 (Telephone)
(614) 464-6350 (Facsimile)
rcteague@vssp.com
pjcoval@vssp.com
dlrogers@vssp.com
dahmiller@vssp.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on all enrolled counsel pursuant to the Court's Case Management Order 2 on January 17, 2006.

/s/ Paul J. Coval_____
Paul J. Coval