# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ) | MDL No. 1456 |
| IN RE PHARMACEUTICAL INDUSTRY ) | Master File No. 01-12257-PBS |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | (Original Central District of California |
| _____) | No. 03-CV-2238) |
| ) | |
| THIS DOCUMENT RELATES TO: ) | Judge Patti B. Saris |
| State of California, *ex rel.* Ven-A-Care v. ) | |
| Abbott Laboratories, Inc., *et al.* ) | |
| CASE #: 1:03-cv-11226-PBS ) | |
| _____) | |

## DEFENDANTS' MOTION TO DISMISS
## PLAINTIFFS' FIRST AMENDED COMPLAINT-IN-INTERVENTION

Pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6), the Defendants listed below respectfully move this Court jointly for dismissal of all claims against them in Plaintiffs' First Amended Complaint-In-Intervention. The grounds for this motion are stated in: (1) the Defendants' Memorandum of Law in Support of Their Motion to Dismiss the First Amended Complaint, in which all listed defendants join; and (2) the individual memoranda of law filed by some defendants, which they have submitted to address issues specific to them or issues that were not included in the Defendants' Memorandum of Law in Support of Their Motion to Dismiss the First Amended Complaint.

WHEREFORE, for the reasons set forth in the memoranda described above, the Defendants respectfully request that the Court grant their motion to dismiss the claims against them in the Plaintiffs' First Amended Complaint-In-Intervention and enter an order:

    a.    dismissing all claims in the Plaintiffs' First Amended Complaint-In-Intervention with prejudice; and

    b.    providing such other and further relief as the Court deems just and proper.

|  |  |
|---|---|
| Dated:  January 17, 2006 | SUBMITTED ON BEHALF OF ALL LISTED DEFENDANTS BY: |

 /s/ Toni-Ann Citera
James R. Daly
Tara A. Fumerton
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

Toni-Ann Citera
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-8376
Facsimile:  (212) 755-7306

**Abbott Laboratories Inc.**
**Armour Pharmaceutical Co.**
**Aventis Pharmaceuticals Inc.**
**B. Braun Medical Inc.**
**Baxter Healthcare Corp.**
**Ben Venue Laboratories, Inc.**
**Boehringer Ingelheim Corp.**
**Bristol-Myers Squibb Company**
**Dey, Inc.**
**Dey, L.P.**
**Immunex Corp.**
**Mylan Laboratories Inc.**
**Mylan Pharmaceuticals Inc.**
**Roxane Laboratories, Inc.**
**Sandoz Inc.**
**Schering-Plough Corp.**
**Warrick Pharmaceuticals Corp.**
**ZLB Behring LLC (f/k/a Aventis Behring LLC)**

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants hereby request a hearing for oral argument on this motion to dismiss.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I certify that the moving party has communicated with counsel for Plaintiffs in an effort to resolve the dispute referred to in this motion, and that the parties have not been able to reach agreement with respect thereto.

/s/ Tara A. Fumerton
Tara A. Fumerton

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on January 17, 2006, a copy to Lexis-Nexis for posting and notification to all parties.

/s/ Tara A. Fumerton
Tara A. Fumerton