| | | |
|---|---|---|
| | | on the record in open court on November 9, 2005; and granting in part and denying in part 1738 Motion to Quash, to the extent set forth on the record in open court on November 9, 2005. (Bowler, Marianne) (Entered: 01/06/2006) |
| 01/06/2006 | | Judge Marianne B. Bowler: Electronic ORDER entered granting in part and denying in part 1752 Motion to Quash. Dr. Hopkins shall produce all non-privileged documents responsive to the subpoena within seven days and shall produce a privilege log describing all documents witheld that are responsive to the subpoena within seven days. The deposition of Attorney Fernandez shall go forward forthwith, although he may invoke the attorney client and work product privileges at the deposition. (Bowler, Marianne) (Entered: 01/06/2006) |
| 01/06/2006 | | Judge Marianne B. Bowler: Electronic ORDER entered finding as moot 1683 Motion to Strike; granting 1777 Motion for Leave to File; granting 1918 Motion for Extension of Time to File Response/Reply; and granting 1921 Motion for Leave to File. (Bowler, Marianne) (Entered: 01/06/2006) |
| 01/06/2006 | | Judge Marianne B. Bowler: Electronic ORDER entered denying 1792 Motion for Protective Order without prejudice in light of stipulation filed on December 1, 2005; denying 1804 Motion for Order, without prejudice in light of stipulation filed on Decmeber 1, 2005; granting 1835 Motion ; withdrawing 1862 Motion to Compel, as stated in Notice of Withdrawal filed on November 22, 2005. (Bowler, Marianne) (Entered: 01/06/2006) |
| 01/06/2006 | 2012 | MOTION to Participate in Hearing on Motions to Remand by State of New York.(Heidlage, Richard) (Entered: 01/06/2006) |
| 01/06/2006 | 2013 | MEMORANDUM in Support re 2012 MOTION to Participate in Hearing on Motions to Remand filed by State of New York. (Heidlage, Richard) (Entered: 01/06/2006) |
| 01/06/2006 | 2014 | MOTION for Leave to File *Reply Brief in Support of their Emergency Motion for an Order Holding Plaintiffs in Contempt, for Preservation of Potentially Relevant Documents, and for an Accounting of Spoilated Documents* by SmithKline Beecham Corporation.(Hobart, Geoffrey) (Entered: 01/06/2006) |
| 01/06/2006 | 2015 | REPLY to Response to Motion re 1941 Emergency MOTION to Preserve Evidence MOTION for Contempt MOTION for Contempt , *for Preservation of Potentially Relevant Documents* filed by SmithKline Beecham Corporation. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit)(Hobart, Geoffrey) (Entered: 01/06/2006) |
| 01/09/2006 | 2017 | MEMORANDUM in Opposition re 1995 MOTION for Consolidated Briefing On Pending State Motions to Remand filed by State of New York. (Heidlage, Richard) (Entered: 01/09/2006) |
| 01/09/2006 | | NOTICE of Hearing on Motion as to 1794 MOTION to Compel Production of IMS Data and Reports, 1914 MOTION for Protective Order *and MOTION to Quash Subpoena from Defendant Dey, Inc.*, 1682 |

EXHIBIT "3"