# EXHIBIT A

> **TITLE 22. Social Security**
>   **Division 3. Health Care Services**
>     **Subdivision 1. California Medical Assistance Program***
>       **Chapter 3. Health Care Services**
>         **Article 7. Payment for Services and Supplies**
>           **§51513.5. Estimated Acquisition Cost.**

### §51513.5. Estimated Acquisition Cost.

§ • Note • History

(a) The estimated acquisition cost for all of the drug products manufactured or distributed by a pharmaceutical company listed in paragraph (b) shall be the direct price listed for a standard package in the Department's primary reference source; or for products not listed in the Department's primary price reference source, the direct price listed for a standard package in the secondary price reference source; or, if not listed in the secondary price source, the principal labeler's catalogue.

(b) Pharmaceutical Company List:

| Billing Code | Pharmaceutical Company |
|---|---|
| AB | Abbott Laoratories |
| AY | Ayerst Laboratories |
| LE | Lederle Laboratories |
| MS | Merck, Sharpe and Dohme |
| PD | Parke Davis and Company |
| PF | Pfizer Laboratories |
| RR | Roerig, J. B. and Company |
| RS | Ross Laboratories |
| SQ | Squibb, E. R. and Sons |
| UP | Upjohn Company, The |
| WY | Wyeth Laboratories |

### NOTE

Authority cited: Sections 14105 and 14124.5, Welfare and Institutions Code. Reference: Sections 14053, 14105, 14107, 14124.1, 14132, and 14133, Welfare and Institutions Code.

### HISTORY

1. New section filed 2-4-77; effective thirtieth day thereafter (Register 77, No. 6).
2. Amendment filed 8-7-78; effective thirtieth day thereafter (Register 78, No. 32).
3. Amendment filed 8-31-79; effective thirtieth day thereafter (Register 79, No. 35).
4. Amendment of subsection (b) filed 4-25-80; effective thirtieth day thereafter (Register 80, No. 17).
5. Certificate of Compliance transmitted to OAL 11-28-80 and filed 12-24-80 (Register 80, No. 52).

**NOTICE: Week ending February 5, 1977 is covered by Register 77, No. 6-A, Register 77, No. 6-B and Register 77, No. 6-Z.**

(Register 77, No. 6—2-5-77)

# State of California

## California Administrative Register 77, No. 6-B

(February 5, 1977)

Amendments and Additions to Rules and Regulations of

- *Title  2.  State Lands Commission
- Title  2.  Administrator of Local Agency Security
- Title  3.  Food and Agriculture
- Title 16.  Board of Registration for Professional Engineers
- Title 18.  Board of Equalization
- Title 20.  State Energy Resources Conservation and Development Commission
- Title 22.  Employment Development Department
- Title 22.  Health
    - Division 3.  Health Care Services
    - Division 5.  Licensing and Certification of Health Facilities and Referral Agencies
- Title 23.  Water Resources Control Board



*Published by*

### OFFICE OF ADMINISTRATIVE HEARINGS
Department of General Services

*Distributed by*
State of California
DOCUMENTS SECTION
P.O. Box 1015
North Highlands, Ca 95660

---

* Revisions as required by Management Memo 76-12.

Case 1:01-cv-12257-PBS   Document 2049-2   Filed 01/17/06   Page 4 of 12
01/15/2003 12:38 FAX 213 243 2539    JONES DAY                                     ☒003/008

TITLE 22                HEALTH CARE SERVICES                1300.10.19
                      MEDICAL ASSISTANCE PROGRAM

(Register 77, No. 6—2-5-77)

| Generic Drug Type/ Medical Supply Type | Strength and/or Size | Maximum Allowable Ingredient Cost | Generic Drug Type Code/Medical Supply Type Code Number |
|---|---|---|---|
| Promethazine Expectorant with Phenylephrine and Codeine | | | |
| Liquid | | $3.82/480cc | 2514A cc. |
| Promethazine Expectorant with Phenylephrine | | | |
| Liquid | | $3.25/480cc | 2513A cc. |
| Quinine | | | |
| Tablets or Capsules | 130mgm | $9.27/100 | 0555B ea. |
| | 325mgm | $13.38/100 | 0555C ea. |
| Reserpine | | | |
| Tablets | 0.1mgm | $.81/100 | 2544D ea. |
| | 0.25mgm | $1.19/100 | 2544E ea. |
| Secobarbital | | | |
| Capsules | 100mgm | $1.56/100 | 2157F ea. |
| Sulfacetamide Sodium | | | |
| Ophthalmic Ointment | 10% | $1.37/4 Gm. | 9403A Gm. |
| Ophthalmic Solution | 10%—15cc | $2.18/15cc | 9400D cc. |
| Sulfisoxazole | | | |
| Tablets | 0.5 Gm. | $2.20/100 | 0163C ea. |
| Terpin Hydrate and Codeine | | | |
| Liquid | | $3.70/480cc | 2502A cc. |
| Tetracycline | | | |
| Tablets or Capsules | 100mgm | $3.60/100 | 0244E ea. |
| | 500mgm | $4.65/100 | 0244J ea. |
| Liquid | 125mg/5cc | $4.95/480cc | 0244K cc. |
| Theophylline, Ephedrine and Phenobarbital | | | |
| Tablets | | $1.05/100 | 2553A ea. |
| Thermometer | | $.57/ea. | 9831A ea. |
| Thyroid | | | |
| Tablets (plain) | 15mgm | $.65/100 | 6700A ea. |
| | 30mgm | $.72/100 | 6700B ea. |
| | 65mgm | $.84/100 | 6700C ea. |
| | 120mgm | $1.60/100 | 6700D ea. |
| | 200mgm | $2.40/100 | 6700E ea. |
| | 250mgm | $3.20/100 | 6700F ea. |
| | 325mgm | $3.95/100 | 6700H ea. |
| Trichlormethiazide | | | |
| Tablets | 2mgm | $3.72/100 | 3507A ea. |
| | 4mgm | $5.94/100 | 3507B ea. |
| Trisulfapyrimidines | | | |
| Tablets | 0.5 Gm. | $3.54/100 | 0105A ea. |
| Liquid | | $4.65/480cc | 0105B cc. |
| Vaporizer | | $3.49/ea. | 9843A ea. |

*History:* 1. Amendment of subsection (a) filed 2-4-77; effective thirtieth day thereafter (Register 77, No. 6). For prior history, see Register 77, No. 5.

51513.4. **Maximum Allowable Cost.** (a) Paragraph (b) is an alphabetical list of Maximum Allowable Costs for generic drug type codes covered under Section 51313 and for which payment shall be made in accordance with Section 51513.

(b) Maximum Allowable Cost List.

NOTE: Authority cited: Sections 14105 and 14124.5, Welfare and Institutions Code. Reference: Sections 14053, 14105, and 14132, Welfare and Institutions Code.

*History:* 1. New section filed 2-4-77; effective thirtieth day thereafter (Register 77, No. 6).

51513.5. **Estimated Acquisition Cost.** The estimated acquisition cost for all of the drug products manufactured or distributed by a pharmaceutical company preceded by "†" on the Manufacturers Code Listing of Section 59999 (e) shall be the direct price listed for a standard package in the current Drug Topics Red Book (including supplements); or, for products not listed in the Drug Topics Red Book, the direct price listed for a standard package in the supplier's catalog or in the American Druggist Blue Book including their respective supplements.

NOTE: Authority cited: Sections 14105 and 14124.5, Welfare and Institutions Code. Reference: Sections 14053, 14105 and 14132, Welfare and Institutions Code.

*History:* 1. New section filed 2-4-77; effective thirtieth day thereafter (Register 77, No. 6).

**59999. Medi-Cal Drug Formulary.**

(a) General Provisions.

(1) Paragraph (b) below is an alphabetical list of drugs covered under Section 51313 and payable under Section 51513(b).

(2) Paragraph (c) below is an alphabetical list of drugs covered under Section 51313 and payable under Section 51513(c).

(3) Paragraph (d) below is an index of therapeutic classifications for drugs listed in Sections 59999(b) and 59999(c).

(4) Paragraph (e) below is a manufacturer code listing which shall be used for billing purposes.

(5) Code I drugs, marked * require prior authorization unless used under the conditions individually specified.

(6) This Section does not apply to items administered as a part of a physician's, dentist's, or podiatrist's service.

(7) Drugs are listed by their generic name. Some trade names are included as cross references. For details regarding the products covered always refer to the generic listing. Omission of a trade name does not indicate that it is not allowable for payment.

(8) Where drugs are indicated by specific dosage forms, their use is limited to such method of administration (i.e., ophthalmic ointments are limited to ophthalmic use) unless otherwise authorized.

(9) Unless otherwise authorized, when a manufactured dosage form or strength is specifically listed, only those dosage forms or strengths listed are allowable for payment. A listed drug, when prepared by the provider in an unlisted dosage form and/or strength, is payable. Use the appropriate four digit numerical drug code plus the letter Z (e.g., 0000Z).

(10) The following items and other common household remedies are not covered:

(A) Aspirin and other nonlegend analgesic preparations, except for those listed in Section 59999(b).

(B) Laxatives and agents affecting fecal consistency, except that localized ganglionic stimulating laxative suppositories may be covered subject to prior authorization for patients medically diagnosed with the following diseases, when that disease affects bowel motility:

    1. Paraplegia or quadriplegia from any cause.
    2. Multiple sclerosis.
    3. Poliomyelitis.
    4. Ganglionic blockade processes occurring in the spinal nerve pathways or affecting the lumbo-sacral autonomic nervous system pathways related to bowel motility.

(C) Lubricants and rubbing compounds, except for those listed in Section 59999(c).

(D) Nutritional supplements or replacements except that these items may be covered, subject to prior authorization, if used as a therapeutic regimen to prevent serious disability or death in patients with medically diagnosed conditions that preclude the full use of regular food-stuffs.

(E) Vitamin combinations for persons over 5 years of age.

(11) Generic drug type codes listed in Section 59999(b) preceded by "#" shall meet the minimum quantity requirements specified in Section 51513(b)(2).

(12) Generic drug type codes listed in Section 59999(b) preceded by "†" shall meet the frequency of billing requirements specified in Section 51513(b)(3).

(13) The EAC for all of the drug products manufactured or distributed by those pharmaceutical companies preceded by "†" in Section 59999(e) shall be the company's direct price in accordance with Section 51513.5.

(Next page is 1302.1.1)

TITLE 22  HEALTH CARE SERVICES  1302.4 1
MEDICAL ASSISTANCE PROGRAM

(Register 77, No. 22—5-28-77)

(c) Manufacturers' Code Listing

| | |
|---|---|
| AB | Abbott Laboratories |
| AL | Alcon Laboratories |
| AE | Allergan Pharmaceuticals |
| AN | Alliance Laboratories, Inc |
| AP | Alpha Pharmaceuticals, Inc |
| AU | American Pharmaceutical Co |
| AS | Ames Company |
| AO | Armour Pharmaceutical Co |
| AA | Arnar Stone Labs, Inc |
| AC | Ascher, B. F. and Co |
| AT | Astra Pharmaceutical Prod |
| AY | Ayerst Laboratories |
| BA | Bard, C. R. |
| BH | Barnes Hind Pharmaceuticals, Inc |
| BR | Barr Laboratories, Inc |
| BD | Becton, Dickinson and Co |
| BE | Beecham/Massengill, Inc |
| BL | Belton Electronics Corporation |
| BR | Bird Corporation |
| BM | Blue Line Chemical Co |
| BI | Boehringer Ingelheim |
| BO | Bolar and Company |
| BT | Breathless Incorporated |
| BN | Breon Laboratories, Inc |
| BS | Bristol Laboratories |
| BP | Bristol Pharmaceutical Co, The |
| BU | Burgess Battery Company |
| BW | Burroughs Wellcome & Co |
| BX | Burton, Parsons and Co |
| | |
| CN | Carnrick Corporation |
| CA | Century Laboratories, Inc |
| CB | Cooper, H. R. Laboratories, Inc |
| CT | Central Pharmacal Co |
| CM | Chesebrough-Pond's, Inc |
| CI | Ciba Pharmaceutical Products, Inc |
| CL | Cole Pharmacal Co |
| CS | Commercial Laboratories, Inc |
| CX | Compounded by Pharmacist |
| | Cooper Brothers |
| CR | Cutter Laboratories |

1302.4.2     SOCIAL SECURITY     **TITLE 22**
(Register 77, No. 22—5-28-77)

## MANUFACTURERS' CODE LISTING—Continued

| | |
|---|---|
| DA | Davol Inc. |
| DB | Day-Baldwin, Inc. |
| DF | Dean Rubber Mfg. Co. |
| DK | Dermik Laboratories, Inc. |
| DS | DeVilbiss Company |
| DT | Dista Products Company |
| DO | Doak Pharmacal Company |
| DM | Dome Laboratories |
| DY | Dorsey Laboratories |
| DC | Dow Pharmaceuticals |
| DL | Duke Laboratories, Inc. |
| | |
| EA | Eaton Laboratories |
| EI | Eisele & Co., Inc. |
| ES | Elkins-Sinn, Inc. |
| EM | Emko Company |
| EN | Endo Laboratories, Inc. |
| | |
| FT | Fellows Medical Mfg. Co., Inc. |
| FS | Fisons Corporation |
| FL | Flint Laboratories |
| FO | Fougera, E. and Company |
| | |
| GE | Geigy Pharmaceuticals |
| GN | General Bandages, Incorporated |
| GT | Gentec Hospital Supply |
| GR | Greer, John F., Co. |
| GA | Guardian Chemical Corporation |
| | |
| HN | Hankscraft Company |
| HE | Hoechst-Roussel Pharmaceuticals, Inc. |
| HR | Holland-Rantos Company |
| HS | Hollister, Inc. |
| HO | Hollister-Stier Laboratories |
| HC | Horton and Converse |
| HU | Hoyt Laboratories |
| | |
| IP | ICN Pharmaceuticals |
| IG | Ingram Pharmaceutical Company |
| IN | Inveney Pharmaceuticals |
| IV | Ives Laboratories |
| | |
| JJ | Johnson and Johnson |
| JO | Jones-Zylon, Inc. |
| JP | June Products, Inc. |
| | |
| KI | Kee Incorporated |
| KE | Kendall Company, The |

TITLE 22     HEALTH CARE SERVICES     1302 4

MEDICAL ASSISTANCE PROGRAM

(Register 77, No. 22—5-28-77)

## MANUFACTURERS' CODE LISTING—Continued

| Code | Manufacturer |
|---|---|
| KW | Kenwood Laboratories, Inc. |
| KY | Key Pharmaceuticals, Inc |
| KK | Kirkman Laboratories, Inc |
| KN | Knoll Pharmaceutical Company |
| KU | Kremers-Urban Co |
| LA | Ladon Laboratories, Inc. |
| LK | Lakeside Laboratories, Inc |
| †LE | Lederle Laboratories |
| LM | Lemmon Pharmacal Co |
| LI | Life Laboratories |
| LY | Lilly, Eli and Company |
| LO | Lorvic Corporation, The |
| MA | Mallinckrodt Pharmaceuticals |
| MO | Mallory Battery Company |
| MN | Manhattan Eye Salve Company |
| MR | Marion Laboratories |
| MP | Mason Pharmaceuticals, Inc |
| MG | McGaw Laboratories |
| MK | McKesson Laboratories |
| MC | McNeil Laboratories, Inc. |
| MJ | Mead Johnson Laboratories |
| †MS | Merck Sharp and Dohme |
| ME | Merrell-National Laboratories |
| MY | Meyer Laboratories |
| MW | Miles Products |
| MH | Mitchum-Thayer, Inc |
| MM | Minnesota Mining & Mfg Co |
| NN | Nion Corporation |
| NU | Nu-Hope Laboratories |
| OR | Organon Incorporated |
| OT | Ortho Pharmaceutical Corp |
| OW | Owen Laboratories |
| †PD | Parke Davis and Company |
| PS | Pasadena Research Laboratories, Inc |
| PE | Penick Corporation |
| PP | Penta Products, Inc |
| PN | Penta Products, Inc |
| PR | Person and Covey, Inc |
| †PN | Pfipharmecs Division of Pfizer, Inc |
| †PG | Pfizer Chas. and Company |

1302.4.4     SOCIAL SECURITY     TITLE 22
(Register 77, No. 22—5-28-77)

## MANUFACTURERS' CODE LISTING—Continued

| | |
|---|---|
| PB | Pharmacia Laboratories, Inc |
| PV | Pharmaseal Laboratories |
| XX | Pharmacist Compounded |
| PN | Pharmecon, Inc |
| PM | Philips Roxane Laboratories |
| PL | Plough, Inc |
| PJ | Premo Pharmaceuticals |
| PT | Primedics Laboratories |
| PW | Procter and Gamble Distributing Co |
| PP | Professional Pharmaceutical Products |
| PG | Progress Laboratories |
| PU | Purdue, Frederick Company |
| PY | Purepac Corp |
| | |
| RL | Rachelle Laboratories |
| RV | Ray O Vac |
| RE | Recsei Laboratories, The |
| RC | Reed and Carnrick |
| RX | Retail Drug Company |
| RK | Riker Laboratories, Inc |
| RO | Robins, A H Company, Inc |
| RB | Robinson Laboratory, Inc |
| RH | Roche Laboratories |
| RR | Roerig Division of Pfizer, Inc |
| RW | Rorer, Wm H, Inc |
| RS | Ross Laboratories |
| RT | Rowell Laboratories |
| | |
| SA | Sandoz Pharmaceuticals |
| SC | Schering Corporation |
| SB | Schein, Henry, Inc |
| SJ | Schmid, Julius, Inc |
| SO | Scholl, Inc |
| SE | Seamless Rubber Company |
| SG | Searle, G D & Company |
| SF | Sheraton Laboratories, Inc |
| SV | Sherry Pharmaceuticals, Inc |
| SW | Sherwood Medical Industries, Inc |
| SK | Smith, Kline and French Lab |
| SM | Smith, Miller and Patch, Inc |
| SZ | Softcon Products |
| SI | Spence-Mead, Inc |
| SQ | Squibb, E R and Sons |
| SN | Staniaos, Inc |
| ST | Stayner Corporation |
| SU | Stuart Pharmaceuticals |
| SS | Suppositoria Laboratories, Inc |

| TITLE 22 | HEALTH CARE SERVICES MEDICAL ASSISTANCE PROGRAM | 1302.4.5 |

(Register 77, No. 22—5-28-77)

## MANUFACTURERS' CODE LISTING—Continued

| | |
|---|---|
| SP | Supreme Pharmaceutical Co. |
| SY | Syntex Laboratories, Inc. |
| | |
| TX | Texas Pharmacal Company |
| TP | Towne Paulsen and Company, Inc. |
| TR | Travenol Laboratories, Inc. |
| TU | Tutag, S. J. and Company |
| | |
| UI | Union Carbide Corp. |
| UN | United Pharmaceuticals, Inc. |
| UT | United Surgical Corp. |
| US | USV Pharmaceutical Corp. |
| †UP | Upjohn Company, The |
| | |
| VN | Vangard Laboratories |
| VX | Vitamix Pharmaceuticals, Inc. |
| VB | Viobin Corp. |
| | |
| WA | Wallace Laboratories |
| WL | Wampole Laboratories |
| WC | Warner-Chilcott Labs. |
| WT | Warren Teed Pharmaceuticals |
| WB | Webcon Pharmaceuticals |
| WW | West Ward, Inc. |
| WE | Westwood Pharmaceuticals |
| WI | Whiteworth, Inc. |
| WN | Winthrop Laboratories |
| WO | Wohns Pharmacal Corp. |
| †WY | Wyeth Laboratories |
| | |
| XX | Compounded by Pharmacist |
| | |
| YO | Youngs Drug Products Corp. |
| | |
| ZE | Zenith Hearing Instrument |
| ZL | Zenith Laboratories, Inc. |
| ZZ | Manufacturers not otherwise listed |



**MEDI-CAL DRUG FORMULARY**

# Coding System for Unlisted Drugs

| | | | |
|---|---|---|---|
| 9701 | AMEBACIDE | 9742 | ESTROGEN |
| 9703 | NARCOTIC ANALGESIC | 9743 | EXPECTORANT OR COUGH PREPARATION |
| 9704 | NON-NARCOTIC ANALGESIC | | |
| 9705 | ANTACID | 9744 | FUNGICIDE |
| 9706 | ANTHELMINTIC | 9745 | GOUT THERAPY |
| 9707 | ANTIASTHMATIC | 9746 | HEMATINIC |
| 9708 | ANTIBACTERIAL | 9748 | HORMONE-ANDROGEN |
| 9709 | ANTIBACTERIAL-SULFA | 9749 | HORMONE—CONTRACEPTIVE |
| 9710 | ANTIBIOTIC | 9751 | HYPNOTIC-SEDATIVE |
| 9711 | ANTI-CANCER | 9753 | HYPOPARATHYROIDISM |
| 9712 | ANTICHOLINERGIC | 9754 | HYPOTHYROIDISM |
| 9713 | ANTICOAGULANT | 9729 | LAXATIVE |
| 9714 | ANTICONVULSANT | 9755 | MIGRAINE |
| 9715 | ANTIDEPRESSANT | 9756 | MIOTIC |
| 9716 | ANTIDIARRHEA | 9757 | MYDRIATIC |
| 9717 | ANTIEMETIC | 9758 | OPHTHALMIC—OTHER |
| 9718 | ANTIHISTAMINE | 9759 | OTIC |
| 9719 | ANTIHYPERTENSIVE | 9760 | OXYGEN |
| 9720 | ANTIMALARIAL | 9761 | OXYTOCIC |
| 9721 | ANTISPASMODIC | 9762 | PARASYMPATHOMIMETIC AGENT |
| 9722 | ANTITHYROID | | |
| 9723 | ANTITUBERCULAR | 9763 | PARKINSONISM |
| 9724 | ANTIVIRAL | 9764 | POTASSIUM REPLACEMENT |
| 9725 | BRONCHIAL DILATOR | 9765 | SCABICIDE |
| 9726 | CARBONIC ANHYDRASE INHIBITOR | 9766 | STEROID |
| 9727 | CARDIAC DRUG | 9767 | TRANQUILIZER |
| 9733 | STIMULANT | 9768 | TRICHOMONACIDE |
| 9734 | DEPRESSANT | 9770 | URINARY ACIDIFIER |
| 9735 | CHOLAGOGUE, CHOLERETIC | 9771 | URINARY ANTISEPTIC |
| 9736 | CHOLINERGIC | 9772 | VACCINE |
| 9737 | DENTAL CARIES | 9773 | VASOCONSTRICTOR |
| 9738 | DERMATOLOGICAL PREPARATION | 9774 | VASODILATOR |
| 9739 | DIABETES | 9775 | MISCELLANEOUS |
| 9741 | DIURETIC | | |

