UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS. | Judge Patti B. Saris<br>Magistrate Judge Marianne B. Bowler |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs, by their attorneys, respectfully move this Court for leave to file Plaintiffs' Memorandum in Support of Their Motion To Compel Third-Party AmeriSource Bergen Corporation To Produce Deponent(s) Pursuant To Fed. R. Civ. P. 30(b)(6) and Fed. R. Civ. P. 45 under seal.

1. Pursuant to Paragraph 14 of the Protective Order (Dec. 13, 2002), the parties may designate documents "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL."

2. Exhibits 2 and 16 are deposition testimony designated as HIGHLY CONFIDENTIAL. Plaintiffs' Memorandum cites testimony likewise designated as HIGHLY CONFIDENTIAL.

WHEREFORE plaintiffs respectfully request that this Court grant them leave to file the pleading herein, under seal, and all other relief that this Court deems just and proper.

Dated: January 18, 2006					Respectfully submitted,

							By: /s/ Jennifer Fountain Connolly
							Kenneth A. Wexler
							Jennifer Fountain Connolly
							The Wexler Firm LLP
							One N. LaSalle, Suite 2000
							Chicago, IL  60602
							(312) 346-2222

2

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

Docket No. MDL 1456 (D. Mass.)

I, Jennifer Fountain Connolly, hereby certify that I am one of plaintiffs' attorneys and that, on January 18, 2006, I caused copies of ***Plaintiffs' Motion for Leave to File Under Seal*** to be served on:

> Meredith Myers LeConey
> Buchanan Ingersoll PC
> 1835 Market Street, 14th Floor
> Philadelphia, PA 19103

by facsimile (w/out exhibits) and Federal Express; and on counsel of record by LexisNexis File & Serve.

/s/ Jennifer Fountain Connolly
Jennifer Fountain Connolly