UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation ) ) ) ) This Document Relates to: ) ) ) *Commonwealth of Kentucky v. Alpharma Inc., et al.*, C.A No. 1:05-CV-12493-PBS ) ) ) *Commonwealth of Kentucky v. Abbott Laboratories, Inc.*, C.A No. 1:05-CV-12494 -PBS ) ) ) *Commonwealth of Kentucky v. Warrick Pharmaceuticals Corp., et al.*, C.A. 1:05-CV-12495-PBS ) ) | MDL No. 1456<br><br>1:01-CV-12257-PBS<br><br>Honorable Patti B. Saris |

### NOTICE OF APPEARANCE
### ON BEHALF OF COMMONWEALTH OF KENTUCKY
### AND MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b) and paragraph 10 of this Court's Case Management Order No. 1 entered on June 19, 2002, the Commonwealth of Kentucky, Office of the Attorney General, by and through Assistant Attorneys General, C. David Johnstone and Paula J. Holbrook, hereby enters its appearance on behalf of the Commonwealth of Kentucky, Plaintiff in the above referenced actions.

Mr. Johnstone and Ms. Holbrook were counsel of record for the Commonwealth of Kentucky in the above-referenced actions prior to their removal to the United States District Court for the Eastern District of Kentucky and subsequent transfer to this Court by the Judicial Panel on Multidistrict Litigation, but are not members of the bar of the United States District Court for the District of Massachusetts. The undersigned seek admission *pro hac vice* in accordance with the procedures set forth in paragraph 16 of the Court's Case Management Order No 1. The Affidavits

filed herewith certify that these attorneys are members in good standing of the bars of the Commonwealth of Kentucky, the United States District Courts for the Eastern and Western Districts of Kentucky, the United States Court of Appeals for the Sixth Circuit and the United States Supreme Court and are familiar with the Local Rules of this Court.

Accordingly, the undersigned hereby request that their names be added to Master Service list maintained by the Clerk of the Court and the AWP Litigation Service List maintained by Verilaw Technologies, Inc./LEXIS File & Serve Electronic Filing Service.

Respectfully submitted,

GREGORY D. STUMBO
Attorney General of Kentucky

By: _____
C. David Johnstone
Paula J. Holbrook
Assistant Attorneys General
OFFICE OF THE ATTORNEY GENERAL
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
(502) 696-5300
(502) 573-7150 FAX

Co-Counsel for Commonwealth of Kentucky

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of January, 2006, a copy of the foregoing Notice of Appearance and Motion for Admission *Pro Hac Vice* was served on all counsel of record electronically pursuant to Paragraph 11 of Case Management Order No. 2, by sending a conformed copy of same to LEXIS File & Serve Electronic Filing Service and by depositing conformed copies in the United States mails, first-class postage prepaid addressed to:

_____
C. David Johnstone