UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL NO. 1456<br><br>Civil Action:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS ) ) ) ) | Judge Patti B. Saris |

## NOTICE OF APPEARANCE OF CHRISTOPHER P. SULLIVAN

Please enter the appearance of Christopher P. Sullivan of Robins, Kaplan, Miller & Ciresi L.L.P. as counsel for Blue Cross Blue Shield of Massachusetts, Inc., in the above-captioned matter.

January 18, 2006              Respectfully submitted,


/s/ Christopher P. Sullivan
Christopher P. Sullivan  (BBO No. 485120)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street
25th Floor
Boston, MA  02199
Email: cpsullivan@rkmc.com
Tel.:  (617) 267-2300
Fax.:  (617-267-8288

## **CERTIFICATE OF SERVICE**

      I, Edward Notargiacomo of Hagens Berman Sobol Shapiro LLP, hereby certify that on January 18th, 2006, a true copy of the above Notice of Appearance was served electronically on all counsel of record.

      /s/Edward Notargiacomo
      Edward Notargiacomo