UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL NO. 1456<br><br>Civil Action:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS ) ) ) ) | Judge Patti B. Saris |

## NOTICE OF APPEARANCE OF JAMES S. HARRINGTON

Please enter the appearance of James S. Harrington of Robins, Kaplan, Miller & Ciresi L.L.P. as counsel for Blue Cross Blue Shield of Massachusetts, Inc., in the above-captioned matter.

January 18, 2006                    Respectfully submitted,

/s/ James S. Harrington
James S. Harrington  (BBO No. 543744)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street
25th Floor
Boston, MA  02199
Email: jsharrington@rkmc.com
Tel.:  (617) 267-2300
Fax.:  (617-267-8288

## CERTIFICATE OF SERVICE

I, Edward Notargiacomo of Hagens Berman Sobol Shapiro LLP, hereby certify that on January 18th, 2006, a true copy of the above Notice of Appearance was served electronically on all counsel of record.

/s/Edward Notargiacomo
Edward Notargiacomo