UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

MDL No. 1456

THIS DOCUMENT RELATES TO:
International Union of Operating Engineers,
Local No. 68 Welfare Fund v. AstraZeneca PLC
Et al. Civil Action No. 04-11503-PBS

Civil Action No. 01-CV-12257-PBS

Hon. Patti B. Saris

## MOTION TO QUASH

Defendant, Stanley C. Hopkins, moves this court to quash Co-Defendant AstraZeneca's First Request for Production of Documents, as well as its Notice of Subpoena ad Testificandum and Duces Tecum for Dr. Hopkins' undersigned counsel.[1] In the event this Court requires oral argument in this matter, Dr. Hopkins requests that he be allowed to appear by telephone, as this litigation and its predecessor litigation has already caused him tremendous economic hardship.

## Memorandum of Law

Defendant AstraZeneca has served Dr. Hopkins with a Request for Production of Documents (Request), and has served counsel for Dr. Hopkins with a Notice of Subpoena ad Testificandum and Duces Tecum (Deposition). Put simply, the Request seeks documents reflecting settlement discussions between New Jersey class action counsel (Donald Havilland) and counsel for Dr. Hopkins (the undersigned). The subpoena for the deposition of Dr. Hopkins' counsel seeks essentially the same information. Based upon discussions between the undersigned and counsel for AstraZeneca, the document request and depositions are designed to establish that Dr. Hopkins was fraudulently joined as a defendant in a New Jersey Superior Court action (which was removed from the New Jersey state court to New Jersey federal court and then transferred to this MDL Court).

---

[1] The undersigned has not been admitted *pro hac vice* in this litigation, but understands this Court has entered an order permitting all counsel hailed involuntarily into this MDL to appear pro hac vice.

EXHIBIT "2"

Both the Request, as well as the Deposition, should be quashed. First, the Request as well as the Deposition seek to have counsel produce evidence of settlement communications with Plaintiffs' counsel. To the extent such communications occurred, they are protected by Fed. R. Evid. 408 (Compromise and Offers to Compromise). Moreover, the Deposition seeks to inquire into why the undersigned declined to consent to removal. This will necessarily require disclosure of attorney thought processes and mental impressions (work product privilege) and conversations between Dr. Hopkins and his counsel (attorney client privilege).[2]

To the extent counsel for AstraZeneca seeks to elicit information concerning when Dr. Hopkins was served, that information is clearly set forth in Dr. Hopkins's Joinder in Plaintiffs' Motion for Remand (Exhibit 1). The facts relevant to that inquiry are as follows: Counsel for Dr. Hopkins had agreed to accept service of the New Jersey Class Action Complaint on July 3, 2003. Counsel for Dr. Hopkins did not consent to removal to federal district court on that date or any other date. The only notes in counsel's possession reflecting any conversation with counsel for AstraZeneca are notes of a telephone conversation with Eric Gill of Davis Polk, dated July 3, 2003, the date the undersigned agreed to accept service. Those notes are sketchy, but reflect that Mr. Gill informed the undersigned that the New Jersey State Court lawsuit in which Dr. Hopkins had been named was part of a larger MDL in Boston (this case), that AstraZeneca was involved in ongoing settlement negotiations with Plaintiffs in the MDL, and asking the undersigned whether Dr. Hopkins had properly been served. Those notes reflect no discussion whatsoever concerning removal or the consent for the same. Although undersigned has no independent recollection of that July 3, 2003, conversation, undersigned counsel does know neither Dr. Hopkins nor the undersigned ever consented to removal to federal court.

<u>Conclusion</u>

---

[2] If AstraZeneca contends Dr. Hopkins was joined by the Plaintiffs for the purpose of defeating the federal court's diversity jurisdiction, the Court should be aware that Dr. Hopkins is a Florida resident who was named in a New Jersey state court action by New Jersey plaintiffs. If anything, Dr. Hopkins created a diversity problem for the New Jersey plaintiffs.

Dr. Hopkins' association with AstraZeneca has presented severe financial hardship to Dr. Hopkins. Dr. Hopkins has already been deposed in this case. The current document request and subpoena are not only irrelevant, they seek privileged information. Moreover, any information relevant to AstraZeneca's opposition to remand is set forth in this motion to Quash and in Exhibit 1. Requiring counsel for Dr. Hopkins to attend a deposition simply to repeat those facts is an unnecessary and abusive waste of resources. The Motion to Quash should be granted.

Dr. Hopkins requests any necessary hearing on this issue be conducted telephonically.

Dated: September 27, 2005

Respectfully submitted,

_____
Jack E. Fernandez
Zuckerman Spaeder, LLP
101 E. Kennedy Blvd., Suite 1200
Tampa, FL 33602
Telephone: 813-221-1010
Facsimile: 813-223-7961

Counsel for Defendant Stanley C. Hopkins, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that a complete and accurate copy of the foregoing has been furnished by U.S. Mail to all counsel of record on the attached counsel list this 27th day of September, 2005.

_____
Attorney

## Service List

Shanin Specter, Esq.
TerriAnne Benedetto, Esq.
KLINE & SPECTER, P.C.
1800 Chapel Avenue, Suite 302
Cherry Hill, NJ 08002

David J. Cooner, Esquire
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Post Office Box 652
Newark, NJ 07101-0652

Terry K. Sherman, Esquire
52 West Whittier Street
Columbus, OH 43206

Joshua T. Buchman, Esquire
MCDERMOTT, WILL & EMERY
227 West Monroe Street
Chicago, IL 60606-5096

Steven M. Edwards, Esquire
HOGAN & HARTSON L.L.P.
75 Third Avenue
New York, NY 10022

John C. Dodds, Esquire
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103-2921

Paul J. Coval, Esquire
VORYS, SATER, VORYS, SATER,
SEYMOUR AND PEASE LLP
East Gay Street
Post Office Box 1008
Columbus, OH 43216-1003

Thomas P. McGonigle, Esquire
DUANE MORRIS LLP
0 North Market Street, Suite 1200
Wilmington, DE 19801-1246

David J. Burman, Esquire
PERKINS COIE LLP
Third Avenue, Suite 4800
Seattle, WA 98101-3099

John E. Keefe, Jr., Esquire
LYNCH & MARTIN
830 Broad Street
Shrewsbury, NJ 07702

Kimberly Harris, Esquire
DAVIS POLK & WARDELL
450 Lexington Avenue
New York, NY 10017

Merle M. DeLancey, Jr., Esquire
DICKSTEIN, SHAPIRO MORIN &
OSHINSKY, LLP
2101 L Street N.W.
Washington, DC 20037

Andrew D. Schau, Esquire
PATTERSON, BELKNAP, et al.
1133 Avenue of the Americas
New York, NY 10036-6710

Michael T. Scott, Esquire
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

Kirke M. Hasson, Esquire
PILLSBURY WINTHROP, LLP
50 Fremont Street
San Francisco, CA 94105

Paul Schleifman, Esquire
SHOOK, HARDY & BACON, LLP
One Kansas City Place One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118

Kathleen M. McGuan, Esquire
REED SMITH LLP
1301 K Street NW
Suite 1100 -- East Tower
Washington, DC 20005

Colleen M. Hennessey, Esquire
PEABODY & ARNOLD, LLP
30 Rowes Wharf
Boston, MA 02110

Raymond A. Gill, Jr., Esquire
GILL & CHAMAS
655 Florida Grove Road
Post Office Box 760
Woodbridge, NJ 07095

Michael Mustokoff, Esquire
DUANE MORRIS LLP
One Liberty Place, Suite 4200
Philadelphia, PA 19103-7396

Richard D. Raskin, Esquire
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 S. Dearborn Street, 48th Floor
Chicago, IL 60603

Joseph H. Young, Esquire
HOGAN & HARTSON, LLP
111 S. Calvert Street, Suite 1600
Baltimore, MD 21202

Scott A. Stempel, Esquire
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue
Washington, DC 20004-2921

Frederick G. Herold, Esquire
DECHERT, PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Stephen M. Hudspeth, Esquire
Coudert Brothers LLP
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703

Nancy L. Newman, Esquire
KNAPP, PETERSON AND CLARK
500 North Brand Boulevard, 20th Floor
Glendale, CA 91203

Brien T. O'Connor, Esquire
ROPES & GRAY
One International Place
Boston, MA 02110

| | | |
|---|---|---|
| Robert R. Stauffer, Esquire<br>JENNER & BLOCK<br>One IBM Plaza, 45TH Floor<br>330 N. Wabash Avenue<br>Chicago, IL 60611 | Daniel E. Reidy<br>JONES DAY REAVIS & POGUE<br>77 West Wacker<br>Chicago, IL 60601-1692 | S. Craig Holden, Esquire<br>OBER KALER GRIMES & SCHRIVER<br>120 E. Baltimore Street<br>Baltimore, MD 21(?)2 |
| David J. Cerveny, Esquire<br>HALE & DORR, LLP<br>60 State Street<br>Boston, MA 02109 | John M. Spinnato<br>SANOFI-SYNTHELABO INC.<br>90 Park Avenue<br>New York, New York 10016 | Dennis M. Duggan, Jr., Esq.<br>NIXON PEABODY, LLP<br>101 Federal Street<br>Boston, MA 02210 |
| Nicholas C. Theodorou, Esquire<br>Lucy Fowler, Esquire<br>Foley Hoag LLP<br>1555 Seaport Blvd.<br>Boston, MA 02110 | Ronald J. Ranta, Esquire<br>Fisette & Ranta<br>110 Cummings Center, Suite 221B<br>Beverly, MA 01915 | Attorney General, State of Connecticut<br>55 Elm Street<br>P. O. Box 120<br>Hartford, CT 06140 |
| Bolognese & Associates, LLC<br>One Penn Center<br>Suite 650<br>Philadelphia, PA 19103 | Heins Mills & Olson, P.L.C.<br>700 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402 | Hoffman & Edelson, LLC<br>45 West Court Street<br>Doylestown, PA 18901 |
| Hulett Harper LLP<br>550 West C Street<br>Suite 1770<br>San Diego, CA 92101 | Keller Rohrback, L.L.P.<br>1201 Thirda Avenue, Suite 3200<br>Seattle, WA 98101 | Kirby, McInerney & Squire, LLP<br>830 Third Ave., 10th Floor<br>New York, NY 10022 |
| Foscone, Emblidge & Quadra, LLP<br>50 Montgomery Street, Suite 1240<br>San Francisco, CA 94101 | Murray & Howard, LLP<br>436 14th Street, Suite 1413<br>Oakland, CA 94102 | Piper & Associates<br>624 Pierre Avenue<br>Shreveport, LA 71103 |
| Roda & Nast, P.C.<br>1 Estelle Drive<br>Lancaster, PA 17552 | Rossbacher & Assoc.<br>811 Wilshire Boulevard, Suite 1650<br>Los Angeles, CA 90017 | Shepherd, Finkelman, Miller & Shah, LLC<br>35 E. State Street<br>Media, PA 19063 |
| Spector, Roseman & Kodroff, P.C.<br>8 Market Street, Suite 2500<br>Philadelphia, PA 19103 | Squitieri & Fearon, LLP<br>521 Fifth Ave., 26th Floor<br>New York, NY 10175 | Stern Shapiro Weissberg & Garin<br>90 Canal Street<br>Boston, MA 02114 |
| Trujillo Rodriguez & Richards, LLC<br>Kings Highway East<br>Haddonfield, NJ 08033 | Weller, Green, Toups & Terrell, LLP<br>2615 Calder, Suite 400<br>Post Office Box 350<br>Beaumont, TX 77704 | Arent Fox Kintner Plotkin & Kahn PLLC<br>1050 Connecticut Ave., NW<br>Washington, DC 20036 |
| Arnold & Porter/Endo<br>12th Street NW<br>Washington, DC 20004 | Ballard Spahr Andress & Ingersoll, LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103 | Baxter Healthcare Corp.<br>One Baxter Parkway<br>Deerfield, IL 60015 |

Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110

Chiron Corporation
4560 Horton Street
MX/R-422
Emeryville, CA 94608

Coudert Brothers
1114 Avenue of the Americas
New York, NY 10036

Covington and Burling
1201 Pennsylvanie Avenue, NW
Washington, DC 20004

DKW Law Group, PC
58th Floor, U.S. Steel Tower
600 Grant Street
Pittsburg, PA 15219

Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108

Dornbush Mensch Mandelstam & Schaeffer, LLP
747 Thirda Avenue
New York, NY 10017

Dwyer & Collora, LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Gibbons, Del Deo, Dolan, et al.
One Riverfront Plaza
Newark, NJ 07102

Goulston & Storrs
400 Atlantic Avenue
Boston, MA 02110

Greenberg Traurig, LLP
One International Place
Boston, MA 02110

Hughes Hubbard & Reed
1775 I Street NW
Washington, DC 20006

Hyman, Phelps & McNamara, PC
700 13th Street N.W.
Suite 1200
Washington, DC 20005

Ireil & Manella, LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Kelly, Libby & Hoopes, P.C.
75 Federal Street
Boston, MA 02110

King & Spalding, LLP
1730 Pennsylvania Avenue NW
Washington, DC 20016

Kirkland & Ellis, LLP
655 Fifteenth Street, NW
Washington, DC 20005

irkpatrick & Lockhart Nicholson Graham, LLP
5 State Street
oston, MA 02109

Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109

Law Office of Robert A. Griffith
67 Batterymarch Street
Suite 400
Boston, MA 02110

intz, Levin Cohn, et al.
1 Pennsylvania Avenue, N.W.
ite 900
ashington, DC 20004

Morgan, Lewis & Bockius LLP
300 South Grand Avenue
Suite 220
Los Angele4s, CA 90071

Morrison & Foerster – AWP
5200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202

tter, McClennen & Fish, LLP
rld Trade Center West
 Seaport Boulevard
ston, MA 02210

Ober, Kaler, et al.
120 E. Baltimore Street
Baltimore, MD 21202

Patterson, Belknap et al.
1133 Avenue of the Americas
New York, NY 10036

body & Arnold, LLP
owes Warf
ton, MA 02110

Perkins Coie
1201 Third Avenue, Suite 4800
Seattle, WA 98101

Pillsbury Winthrop LLP
2550 Hanover Street
Palo Alto, CA 94304

Piper Rudnick LLP
One International Place
21st Floor
Boston, MA 02110

Reed Smith, LLP
1301 K Street, N.W.
Suite 1100 East Tower
Washington, DC 20005

Ropes and Gray
One International Place
Boston, MA 02110

Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110

Shook Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108

Sidley Austin Brown & Wood
10 S. Dearborn Street
Chicago, IL 60603

Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110

Vorys, Sater, et al.
52 East Gay Street
Post Office Box 1008
Columbus, OH 43216

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Williams & Connolly LLP
725 12th Street NW
Washington, DC 20005

Wilmer Cutler et al.
60 State Street
Boston, MA 02109

Jack Fernandez, Esquire
ZUCKERMAN SPAEDER, LLP
101 E. Kennedy Blvd., Suite 1200
Tampa, FL 33602
813-221-1010 (telephone)
813-223-7961 (facsimile)
COUNSEL FOR DEFENDANT STANLEY C. HOPKINS, M.D.

DUANE MORRIS LLP
BY: Cindy Dunlap Hinkle, Esquire
59 Haddonfield Road, Suite 340
Cherry Hill, NJ 08002-4810
Telephone: 856-488-7300
Facsimile: 856-488-7021
ASSOCIATE LOCAL COUNSEL

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| International Union of Operating Engineers, Local No. 68 Welfare Fund,<br><br>Plaintiff,<br><br>v.<br><br>AstraZeneca PLC; AstraZeneca Pharmaceuticals LP; AstraZeneca LP; Zeneca, Inc.; TAP Pharmaceutical Products, Inc.; Abbott Laboratories; Takeda Chemical Industries, Ltd.; Bayer AG; Bayer Corporation; Miles Laboratories, Inc.; Cutter Laboratories, Inc.; GlaxoSmithKline, P.L.C.; SmithKline Beecham Corporation; Glaxo Wellcome, Inc.; Pharmacia Corporation; Pharmacia & Upjohn, Inc.; Monsanto Company; G.D. Searle Company; Sanofi-Synthelabo Inc.; Johnson & Johnson; Alza Corporation; Centocor, Inc.; Ortho Biotech, Inc.; Alpha Therapeutic Corporation; Hoffman La-Roche Inc.; Amgen, Inc.; Immunex Corporation; Aventis Pharmaceuticals, Inc.; Aventis Behring L.L.C.; Hoechst Marion Roussel, Inc.; Centeon, L.L.C.; Armour Pharmaceuticals; Baxter International Inc.; Baxter Healthcare Corporation; Immuno-U.S., Inc.; Boehringer Ingelheim Corporation; Ben Venue Laboratories, Inc.; Bedford Laboratories; Roxane Laboratories, Inc.; Bristol-Myers Squibb Company; Oncology Therapeutics Network Corporation; Apothecon, Inc.; Dey, Inc.; Fujisawa Pharmaceutical Co., Ltd.; Fujisawa Healthcare, Inc.; Fujisawa USA, Inc.; Novartis International AG; Novartis Pharmaceutical Corporation; Sandoz Pharmaceutical Corporation; Schering-Plough Corporation; Warrick Pharmaceuticals Corporation; | C.A. NO. 03-3230 (SRC)<br><br>JOINDER OF DEFENDANT STANLEY C. HOPKINS, M.D.; IN PLAINTIFF'S MOTION FOR REMAND, OR, IN THE ALTERNATIVE, MOTION TO REMAND PURSUANT TO 28 U.S.C. § 1448 |

Sicor, Inc.; Gensia Sicor Pharmaceuticals, Inc.; Wyeth; Wyeth Pharmaceuticals; Saad Antoun, M.D.; Stanley C. Hopkins, M.D.; Robert A. Berkman, M.D.; Does 1-50; ABC Corp. 1-50; and XYZ Partnerships; and Associations 1-50,

        Defendants.

## JOINDER OF DEFENDANT STANLEY C. HOPKINS, M.D., IN PLAINTIFF'S MOTION FOR REMAND, OR, IN THE ALTERNATIVE, MOTION TO REMAND PURSUANT TO 28 U.S.C. § 1448

Defendant, Stanley C. Hopkins, M.D., by and through his undersigned counsel, hereby joins in the Plaintiff's Motion for Remand, or, in the alternative, moves this Honorable Court to remand this case to state court pursuant to 28 U.S.C. § 1448, and in support thereof avers as follows:

1. This Court's next motion day is September 2, 2003.

2. The Class Action Complaint in the instant case was filed on June 30, 2003, in the Superior Court of New Jersey, Monmouth County.

3. The undersigned accepted service of the Class Action Complaint on behalf of his client, defendant, Stanley C. Hopkins, M.D., on July 3, 2003.

4. Co-defendant, AstaZeneca Pharmaceuticals, L.P. ("AstraZeneca"), removed this action to this Court by filing a Notice of Removal on July 3, 2003.

5. On July 9, 2003, plaintiff filed a Motion for Remand, which was based, in part, upon the lack of consent by Dr. Hopkins.

6. Dr. Hopkins has not provided his consent to removal, although his consent was sought by counsel for AstraZeneca.

7. The undersigned clearly verbally communicated Dr. Hopkins' denial of consent to federal court jurisdiction to counsel for AstaZeneca, and to counsel for plaintiff.

8. In view of Dr. Hopkins' lack of consent to federal court jurisdiction over this matter, the plaintiff's Motion for Remand should be granted.

9. In the alternative, should this Court deny the plaintiff's Motion for Remand, despite the lack of consent of Dr. Hopkins to federal court jurisdiction, Dr. Hopkins hereby seeks to have this case remanded pursuant to 28 U.S.C. § 1448 for the same reason.

10. Since defendant Stanley C. Hopkins, M.D., hereby joins in plaintiff's Motion for Remand and brief in support thereof, the filing of a separate brief in support of defendant's notice of joinder and, in the alternative, motion to remand, is unnecessary in this instance.

WHEREFORE, defendant, Stanley C. Hopkins, M.D., hereby joins in the plaintiff's Motion for Remand and respectfully requests that this Honorable Court remand the case to the Superior Court of New Jersey, Monmouth County, either on the basis of plaintiff's Motion for Remand or upon his own motion.

Respectfully submitted,

ZUCKERMAN SPAEDER LLP.

_____
Jack Fernandez, Esquire
101 E. Kennedy Blvd., Suite 1200
Tampa, FL 33602
Telephone: 813-221-1010
Facsimile: 813-223-7961
Counsel for Defendant Stanley C. Hopkins, M.D.

- AND -

DUANE MORRIS LLP

Cindy Dunlap Hinkle, Esquire
59 Haddonfield Road, Suite 340
Cherry Hill, NJ 08002-4810
Telephone: 856-488-7300
Facsimile: 856-488-7021
Associate Local Counsel for
Defendant Stanley C. Hopkins, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been furnished to all counsel of record on the attached service list by _telecopy_ this 4th day of August, 2003.

_____
Attorney

## SERVICE LIST

Shanin Specter, Esquire
Donald E. Haviland, Jr., Esquire
TerriAnne Benedetto, Esquire
R. Matthew Plona, Esquire
KLINE & SPECTER, P.C.
1800 Chapel Avenue, Suite 302
Cherry Hill, NJ 08002
Ph: 856-662-1180
Fax: 856-662-1184
Attorneys for Plaintiff and the Class

John E. Keefe, Jr., Esquire
LYNCH ♦ MARTIN
830 Broad Street
Shrewsbury, NJ 07702
Ph: 732-224-9400
Fax: 732-224-9494
Attorneys for Plaintiff and the Class

Raymond A. Gill, Jr., Esquire
GILL & CHAMAS
655 Florida Grove Road
Post Office Box 760
Woodbridge, NJ 07095
Ph: 732-324-7600
Fax: 732-324-7606
Attorneys for Plaintiff and the Class

David J. Cooner, Esquire
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Post Office Box 652
Newark, NJ 07101-0652
Ph: 973-639-6971
Fax: 973-297-3960
National counsel for defendants, AstraZeneca, PLC, AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca, Inc.

Joshua T. Buchman, Esquire
MCDERMOTT, WILL & EMERY
227 West Monroe Street
Chicago, IL 60606-5096
Ph: 312-984-7600
Fax: 312-984-7700
National counsel for defendant, Abbott Laboratories

Andrew D. Schau, Esquire
William F. Cavanaugh, Jr., Esquire
Adeel Abdullah Mangi, Esquire
Kieran M. Corcoran, Esquire
Erik Haas, Esquire
PATTERSON, BELKNAP, WEBB & TYLER, LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Ph: 212-336-2546
Fax: 212-336-2222
National counsel for defendants, Alza Corporation, Johnson & Johnson, Centocor, Inc., Ortho Biotech

Joseph H. Young, Esquire
Steven F. Barley, Esquire
HOGAN & HARTSON, LLP
111 S. Calvert Street, Suite 1600
Baltimore, MD 21202
Ph: 410-659-2700
Fax: 410-539-6981
National counsel for defendants, Amgen, Inc., Apothecon, Inc., Bristol-Myers Squibb Company, Aventis Behring L.L.C., Aventis Pharmaceuticals, Inc., Oncology Therapeutics Network Corporation

Steven M. Edwards, Esquire
Lyndon M. Tretter, Esquire
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
Ph: 212-918-3000
Fax: 212-918-3100
National counsel for defendants, Amgen, Inc., Apothecon, Inc., Bristol-Myers Squibb Company, Aventis Behring L.L.C., Aventis Pharmaceuticals, Inc., Oncology Therapeutics Network Corporation

Kimberly Harris, Esquire
D. Scott Wise, Esquire
DAVIS POLK & WARDELL
450 Lexington Avenue
New York, NY 10017
Ph: 212-450-4000
Fax: 212-450-3800
National counsel for defendants, AstraZeneca, PLC, AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca, Inc.

Michael Mustokoff, Esquire
DUANE MORRIS LLP
One Liberty Place, Suite 4200
Philadelphia, PA 19103-7396
Ph: 215-979-1810
Fax: 215-979-1020
National counsel for Saad Antoun, M.D.

Terry K. Sherman, Esquire
52 West Whittier Street
Columbus, OH 43206
Ph: 614-444-8800
Fax: 614-445-9487
National counsel for defendant, Robert A. Berkman, M.D.

Merle M. DeLancey, Jr., Esquire
Robert J. Higgins, Esquire
J. Andrew Jackson, Esquire
DICKSTEIN, SHAPIRO MORIN & OSHINSKY, LLP
2101 L Street N.W.
Washington, DC 20037
Ph: 202-785-9700
Fax: 202-887-0689
National counsel for defendants, Baxter Healthcare Corporation, Baxter International Inc.

Richard D. Raskin, Esquire
David C. Giardina, Esquire
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 S. Dearborn Street, 48th Floor
Chicago, IL 60603
Ph: 312-853-7000
Fax: 312-853-7036
National counsel for defendants, Bayer AG, Bayer Corporation

Michael T. Scott, Esquire
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Ph: 215-851-8100
Fax: 215-851-1420
National counsel for defendants, Fujisawa USA, Inc., Fujisawa Healthcare, Inc., Fujisawa Pharmaceutical Co., Ltd.

Scott A. Stempel, Esquire
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue
Washington, DC 20004-2921
Ph: 202-739-3000
Fax: 202-739-3001
National counsel for defendants, G.D. Searle, Monsanto Company, Pharmacia Corporation, Pharmacia & Upjohn, Inc.

John C. Dodds, Esquire
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103-2921
Ph: 215-963-5000
Fax: 215-963-5299
National counsel for defendants, G.D. Searle, Monsanto Company, Pharmacia Corporation, Pharmacia & Upjohn, Inc.

Kirke M. Hasson, Esquire
Albert G. Lin, Esquire
Reed Harvey, Esquire
PILLSBURY WINTHROP, LLP
50 Fremont Street
San Francisco, CA 94105
Ph: 415-983-1389
Fax: 415-983-1200
National counsel for defendants, Gensia Sicor Pharmaceuticals, Inc., Sicor, Inc.

Frederick G. Herold, Esquire
DECHERT, PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
Ph: 215-884-2413
Fax: 215-994-2222
National counsel for defendants, Glaxo Wellcome, Inc., GlaxoSmithKline, P.L.C., SmithKline Beecham Corporation

Paul J. Coval, Esquire
Douglas L. Rogers, Esquire
VORYS, SATER, VORYS, SATER, SEYMOUR AND
PEASE LLP
52 East Gay Street
Post Office Box 1008
Columbus, OH 43216-1003
Ph: 614-464-5635
Fax: 614-719-4674
National counsel for defendants, Bedford Laboratories, Ben Venue Laboratories, Inc., Boehringer Ingelheim Corporation, Roxane Laboratories, Inc.

Stephen M. Hudspeth, Esquire
Darrell Prescott, Esquire
Lisa Lewis, Esquire
Leila Pittaway, Esquire
COUDERT BROTHERS LLP
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
Ph: 212-626-4400
Fax: 212-626-4120
National counsel for defendant, Dey, Inc.

Kathleen M. McGuan, Esquire
Andrew L. Hurst, Esquire
REED SMITH LLP
1301 K Street NW
Suite 1100 – East Tower
Washington, DC 20005
Ph: 202-414-9200
Fax: 202-414-9299
National counsel for defendants, Fujisawa USA, Inc., Fujisawa Healthcare, Inc., Fujisawa Pharmaceutical Co., Ltd.

David J. Burman, Esquire
Kathleen M. O'Sullivan, Esquire
Zoe Philippides, Esquire
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Ph: 206-583-8888
Fax: 206-583-8500
National counsel for defendant, Immunex Corporation

Paul Schleifman, Esquire
SHOOK, HARDY & BACON, LLP
One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118
Ph: 202-783-8400
Fax: 202-783-4211
National counsel for defendant, Hoechst Marion Roussel, Inc.

Thomas P. McGonigle, Esquire
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Ph: 302-657-4900
Fax: 302-657-4901
National counsel for defendant, Saad Antoun, M.D.

Nancy L. Newman, Esquire
KNAPP, PETERSON AND CLARKE
500 North Brand Boulevard, 20th Floor
Glendale, CA 91203
Ph: 213-245-9400
Fax: 818-547-5329
National counsel for defendant, Alpha Therapeutic Corp.

Colleen M. Hennessey, Esquire
PEABODY & ARNOLD, LLP
30 Rowes Wharf
Boston, MA 02110
Ph: 617-951-2100
Fax: 617-951-2125
National counsel for defendant Hoffman La-Roche, Inc.

Brien T. O'Connor, Esquire
John T. Montgomery, Esquire
Kirsten V. Mayer, Esquire
David C. Potter, Esquire
ROPES & GRAY
One International Place
Boston, MA 02110
Ph: 617-951-7000
Fax: 617-951-7050
National counsel for defendants, Schering-Plough Corporation, Warrick Pharmaceuticals Corporation

Robert R. Stauffer, Esquire
Thomas P. Sullivan, Esquire
JENNER & BLOCK
One IBM Plaza, 45th Floor
330 N. Wabash Avenue
Chicago, IL 60611
Ph: 312-222-9350
Fax: 312-840-7305
National counsel for defendant, Takeda Chemical Industries, Ltd.

Daniel E. Reidy, Esquire
Lee Ann Russo, Esquire
JONES DAY REAVIS & POGUE
77 West Wacker
Chicago, IL 60601-1692
Ph: 312-782-3939
Fax: 312-782-8585
National counsel for defendant, TAP Pharmaceutical Products Inc.

S. Craig Holden, Esquire
Connie E. Eiseman, Esquire
OBER, KALER GRIMES & SHRIVER
120 E. Baltimore Street
Baltimore, MD 21202
Ph: 410-685-1120
Fax: 410-547-0699
National counsel for defendants, Wyeth, Wyeth Pharmaceuticals

David J. Cerveny, Esquire
HALE & DORR, LLP
60 State Street
Boston, MA 02109
Ph: 617-526-6000
Fax: 617-526-5000
National counsel for defendants, Novartis International AG, Novartis Pharmaceutical Corp., Sandoz Pharmaceutical Corp.

John M. Spinnato, Vice Pres. & General Counsel
SANOFI-SYNTHELABO INC.
90 Park Avenue
New York, NY 10016
Ph: 212-551-4000
Fax: 212-551-4928
National counsel for defendant, Sanofi-Synthelabo, Inc.

Dennis M. Duggan, Jr., Esquire
NIXON PEABODY, LLP
101 Federal Street
Boston, MA 02210
Ph: 617-345-1000
Fax: 617-345-1300
National counsel for defendant, Alpha Therapeutic Corp.