# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS <br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO <br> *State of Nevada v. Abbott Labs., Inc. et al.*, <br> Case No. CV02-00260 (Nevada I), <br><br> *State of Nevada v. American Home Products, et al.*, <br> CA No. 02-CV-12086-PBS (Nevada II), and <br><br> *State of Montana v. Abbott Labs., Inc., et al*. <br> CA No. 02-CV-12084-PBS | . |

## [PROPOSED] CASE MANAGEMENT ORDER NO. [22]

January __, 2006

Saris, U.S.D.J.

Case Management Order No. 15 is amended as follows:

1. The fact discovery cut-off date is June 1, 2006.

2. Plaintiffs shall file any expert reports on liability issues by July 20, 2006.

3. Defendants shall file any expert reports on liability issues by September 7, 2006.

4. With respect to any motions for summary judgment, briefing will proceed according to the following schedule:

| | |
|---|---|
| Motions for Summary Judgment | September 21, 2006 |
| Oppositions to Motions | October 19, 2006 |
| Replies | November 2, 2006 |
| Sur-replies | November 16, 2006 |

Hearing November 30, 2006

**SO ORDERED**

_____
United States District Judge