UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

In Re: PHARMACEUTICAL )
INDUSTRY AVERAGE WHOLESALE )
PRICE LITIGATION )
_____ ) MDL No. 1456
) Civil Action No. 0l-12257-PBS
This Document Relates to: ) The Honorable Patti B. Saris
)
*People of the State of New York v.* )
*Aventis, Inc.*, C.A. No. 1:05-873 (N.D.N.Y.) )
)
*People of the State of New York v.* )
*GlaxoSmithKline, P.L.C., et al.*, )
C.A. No. 1:05-874 (N.D.N.Y.) )
)
*People of the State of New York v.* )
*Pharmacia Corp.*, )
C.A. No. 1:05-872 (N.D.N.Y.) )
_____ )

## NOTICE OF APPEARANCE FOR PLAINTIFF, PEOPLE OF THE STATE OF NEW YORK, AND OF ADMISSION *PRO HAC VICE*

Notice is hereby given that Carol J. Hunt appears as counsel for Plaintiff, People of the State of New York, in the above-referenced actions.[1]  Ms. Hunt is a member in good standing of the bar of the United States District Court for the Northern District of New York.  Pursuant to Case Management Order No.1, dated June 14, 2002, Ms. Hunt is deemed admitted *pro hac vice* to practice before this Court in connection with these actions.

As is further stated in the accompanying Certificate of Good Standing, there are no disciplinary proceedings pending against Ms. Hunt as a member of the bar in any jurisdiction, and Ms. Hunt is familiar with the Local Rules of the United States District Court for the District of Massachusetts.  In addition, immediately after the filing of this Notice, Ms. Hunt

---

[1]  By submitting these papers, Plaintiff is not waiving any objection it has to the jurisdiction of this Court over the above-captioned actions.

shall make payment of the appropriate filing fee with the clerk.


January 23, 2006                              Respectfully Submitted,

                                             ELIOT SPITZER
                                             Attorney General of the State of New York

                                             By:  /s/ Carol Hunt
                                             CAROL HUNT
                                             Assistant Attorney General
                                             Health Care Bureau
                                             120 Broadway, 25th Floor
                                             New York, New York 10271
                                             (212) 416-8005 (telephone)
                                             (212) 416-8034 (facsimile)
                                             Carol.Hunt@oag.state.ny.us

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                                )
In Re: PHARMACEUTICAL                      )
INDUSTRY AVERAGE WHOLESALE    )
PRICE LITIGATION                                 )
_____ )     MDL No. 1456
                                                                )     Civil Action No. 0l-12257-PBS
This Document Relates to:                          )     The Honorable Patti B. Saris
                                                                )
*People of the State of New York v.*           )
*Aventis, Inc.*, C.A. No. 1:05-873 (N.D.N.Y.) )
                                                                )
*People of the State of New York v.*           )
*GlaxoSmithKline, P.L.C., et al.*,               )
C.A. No. 1:05-874 (N.D.N.Y.)                    )
                                                                )
*People of the State of New York v.*           )
*Pharmacia Corp.*,                                    )
C.A. No. 1:05-872 (N.D.N.Y.)                    )
_____ )


## CERTIFICATE OF GOOD STANDING

        Pursuant to Local Rule 83.5.3(b) of the Local Rules of the United States District Court

for the District of Massachusetts, I, Carol J. Hunt, hereby certify that:

        (1)  I am admitted to the bars of the United States District Court for the Northern District

of New York and the New York Supreme Court.

        (2)  I am a member in good standing in every jurisdiction where I have been admitted to

practice, except for the jurisdictions where I have not re-registered, which are the United States

District Court for the District of Maryland, the Maryland Bar, and the District of Columbia Bar.

        (3)  No disciplinary proceedings are pending or have ever been initiated against me as a

member of the bar in any jurisdiction; and

        (4)  I am familiar with the Local Rules of the United States District Court for the District

of Massachusetts.

January 23, 2006                              Respectfully Submitted,


 /s/ Carol Hunt
CAROL HUNT
Assistant Attorney General
Health Care Bureau
120 Broadway, 25th Floor
New York, New York 10271
(212) 416-8005 (telephone)
(212) 416-8034 (facsimile)
Carol.Hunt@oag.state.ny.us



## CERTIFICATE OF SERVICE

I hereby certify that I, Carol Hunt, caused a true and correct copy of the foregoing Notice of Appearance for Plaintiff, People of the State of New York, and of Admission *Pro Hac Vice*, and the accompanying Certificate of Good Standing, to be served on all counsel of record by electronic service on this 23rd day of January, 2006.


 /s/ Carol Hunt
Carol Hunt