

101 EAST KENNEDY BOULEVARD   SUITE 1200
TAMPA, FL 33602-5838
813.221.1010   813.223.7961 fax   www.zuckerman.com

JACK FERNADEZ
JFERNANDEZ@ZUCKERMAN.COM

January 24, 2006

**VIA ELECTRONIC FILING**

The Honorable Patti B. Saris
U.S. District Court
Middle District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way – Suite 2300
Boston, MA 02210

      Re:   *In Re: Pharmaceutical Industry Average Wholesale Price Litigation*
             MDL NO. 1456; Civil Action No. 01-CV-12257-PBS

Dear Judge Saris:

    Based on my discussion with Ms. Patch, I understand the Court prefers certain issues be resolved by letter correspondence rather than by motion filed in an already crowded docket.

    I represent Dr. Stanley Hopkins, a urologist who maintains a sole practice on the East Coast of Florida. Dr. Hopkins was named as a defendant in the New Jersey AWP class action, with which I am sure the Court is well familiar. That case was removed, ultimately to this Court. Currently pending before this Court is a motion to remand that case to New Jersey State Court, in which Dr. Hopkins joined, and which I understand will be heard this Friday.

    Because of the tremendous costs to my client, an individual caught in a massive piece of litigation involving huge corporations, I am informing the Court that I do not intend to appear


**ZUCKERMAN SPAEDER** LLP

January 24, 2006
Page 2

unless this Court orders otherwise. If the Court seeks my appearance, I request that I be permitted to appear telephonically in this and all future hearings concerning Dr. Hopkins.

Very truly yours,

Jack E. Fernandez

JEF/cmd

Cc:   All counsel of record
        (via electronic filing)