UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | : <br> : <br> : MDL No. 1456 <br> : |
| THIS DOCUMENT RELATES TO: <br><br> *COUNTY OF NASSAU v. ABBOTT LABORATORIES, INC., et al.* <br><br> D. Mass. Case No. 05-10179-PBS <br> E.D.N.Y. Case No. 04-CV-5126 | : Civil Action No. 01-12257-PBS <br> : <br> : Judge Patti D. Saris <br> : <br> : <br> : <br> : |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that effective January 31, 2006, the address for Nancy Freeman Gans, Esquire, Moulton & Gans, P.C. will change to the following:

> Nancy Freeman Gans, Esq.
> Moulton & Gans, P.C.
> 55 Cleveland Road
> Wellesley, MA 02481

Please take further notice that the firm's telephone and facsimile numbers will change as follows:

> Telephone Number:   781-235-2246
> Fax Number:         781-239-0353.

Dated: January 25, 2006   Respectfully submitted,

/s/ Ryan Kriger
Ryan Kriger
**MILBERG WEISS BERSHAD & SCHULMAN LLP**
One Pennsylvania Plaza
New York, NY 10119-0165
(212) 594-5300

## **CERTIFICATE OF SERVICE**

      I, Ryan Kriger, hereby certify that a true copy of the above document was served upon the attorney of record for each party January 25, 2006.

                                            /s/ Ryan Kriger
                                            Ryan Kriger