

**HAGENS BERMAN**
**SOBOL SHAPIRO LLP**

STEVE W. BERMAN
DIRECT • (206) 224-9320
STEVE@HBSSLAW.COM

January 26, 2006

*__Via E-File__*

Honorable Patti B. Saris
United States District Court
District of Massachusetts
One Courthouse Way, Courtroom 13
Boston, MA  02210

> Re:   <u>In re Pharmaceutical Industry Average Wholesale Price Litigation – MDL 1456</u>
>        Corrected Proposed Orders

Dear Judge Saris:

 Enclosed are corrected versions of the two proposed class certification orders that Plaintiffs submitted to Your Honor earlier this week.  The initial orders inadvertently omitted the specific exclusion of the residents of the State of Kentucky from the definition of Class 1 (the Medicare part B Co-Pay Class).  Although the Kentucky consumer statute was not referenced in the list of consumer acts that would apply to the Class 1 subclasses (*see* paragraph 1(d)), the class definition in paragraph 1(a) should have expressly excluded residents of the State of Kentucky as well.

 This is the only correction being made to both versions of the orders.  The corrected proposed orders are in all other respects identical to those provided to the Court earlier.

 We are also providing electronic "Word" versions of these corrected orders to Mr. Alba.

 We apologize for any inconvenience that this may have caused the Court.

ATTORNEYS AT LAW                                    SEATTLE   LOS ANGELES   CAMBRIDGE   PHOENIX   CHICAGO
T 206.623.7292    F 206.623.0594
1301 FIFTH AVENUE • SUITE 2900 • SEATTLE, WASHINGTON 98101
www.hagens-berman.com

001534-16 86730 V1

Honorable Patti B. Saris
January 26, 2006
Page 2

Respectfully,

HAGENS BERMAN SOBOL SHAPIRO LLP

Steve W. Berman

Enclosures (2)

cc:     All Counsel via LexisNexis File & Serve

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION ) <br>)<br>_____ )<br>)<br>THIS DOCUMENT RELATES TO ALL )<br>CLASS ACTIONS )<br>01-CV-12257-PBS AND 01-CV-339 )<br>_____ ) | MDL No. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS |

**[MODIFIED AND CORRECTED PROPOSED VERSION 1]**
**CONSOLIDATED ORDER RE: MOTION FOR CLASS CERTIFICATION**

_____, 2006

Saris, U.S.D.J.


Plaintiffs have moved, pursuant to Fed. R. Civ. P. 23, for an order certifying a class in

this action.  Having considered the submissions of the parties and the record in this case, IT IS

HEREBY ORDERED that plaintiffs' motion for class certification is GRANTED IN PART and

DENIED IN PART as to the claims asserted in the Third Amended Master Consolidated Class

Action Complaint ("TAMCAC"), as follows:

## I.  CLASSES AND SUBCLASSES CERTIFIED

The Court certifies the following Classes:

1.  **Class 1:  Medicare Part B Co-Pay Class.**

        a.  Class Definition:

        All natural persons who made a co-payment, or who have
        incurred a currently enforceable obligation to make a
        co-payment, for a Medicare Part B covered Subject Drug[1]
        that was manufactured by AstraZeneca, the BMS Group,

---

[1] The Subject Drugs are identified in the Table of Subject Drugs found at the end of this Order.

the GSK Group, or the Johnson & Johnson Group.[2]
Excluded from the Class are those who made flat co-pays;
and the residents of the states of Alabama, Georgia, Iowa,
Kentucky, Louisiana, Mississippi and Montana (where
consumer protection statutes do not permit class actions).

b.      The Court certifies four Subclasses corresponding to each of the
defendant groups

c.      The Court also certifies the following plaintiffs as Class 1
Representatives of these Subclasses:  Leroy Townsend (Astra); Reverend David
and Susan Ruth Aaronson (BMS); Joyce Howe individually and on behalf of the
Estate of Robert Howe (Astra, GSK); James and Teresa Shepley (J&J, Astra); and
Larry Young individually and on behalf of the Estate of Patricia Young (BMS,
J&J).  Consistent with the Court's February 24, 2004, Memorandum and Order,
the Representative of a Subclass need only have paid or reimbursed for one of the
Subject Drugs manufactured or marketed by a defendant group.

d.      The consumer protection laws of each state shall apply to these
Subclasses.  Specifically, the Medicare Co-pay Class is certified for claims that
include the following statutes: (a) Alaska Stat. Code § 40.50.471, *et seq.*;
(b) Ariz. Rev. Stat. § 44-1522, *et seq.*; (c) Ark. Code § 4-88-101, *et seq.*; (d) Cal.
Bus. & Prof. Code §§ 17200, *et seq.*, 1770; (e) Colo. Rev. Stat. § 6-1-105, *et seq.*;
(f) Conn. Gen. Stat. § 42-110b, *et seq.*; (g) 6 Del. Code § 2511, *et seq.*; (h) D.C.
Code § 28-3901, *et seq.*; (i) Fla. Stat. § 501.201, *et seq.*; (j) Haw. Rev. Stat. § 480,
*et seq.*; (k) Idaho Code § 48-601, *et seq.*; (l) 815 ILCS § 505/1, *et seq.*; (m) Ind.
Code Ann. § 24-5-0.5.1, *et seq.*; (n) Kan. Stat. § 50-623, *et seq.*; (o) Md. Com.
Law Code § 13-101, *et seq.*; (p) Mass. Gen. L. Ch. 93A, *et seq.*; (q) Mich. Stat.
§ 445.901, *et seq.*; (r) Minn. Stat. § 325F.67, *et seq.*; (s) Mo. Rev. Stat. § 407.010,
*et seq.*; (t) Neb. Rev. Stat. § 59-1601, *et seq.*; (u) Nev. Rev. Stat. § 598.0903, *et*

---

[2] These "groups" are defined in the TAMCAC.

*seq.*; (v) N.H. Rev. Stat. § 358-A:1, *et seq.*; (w) N.J. Stat. Ann. § 56:8-1, *et seq.*;

(x) N.M. Stat. Ann. § 57-12-1, *et seq.*; (y) N.Y. Gen. Bus. Law § 349, *et seq.*;

(z) N.C. Gen. Stat. § 75-1.1, *et seq.*; (aa) N.D. Cent. Code § 51-15-01, *et seq.*;

(bb) Ohio Rev. Stat. § 1345.01, *et seq.*; (cc) Okla. Stat. tit. 15 § 751, *et seq.*;

(dd) Or. Rev. Stat. § 646.605, *et seq.*; (ee) 73 Pa. Stat. § 201-1, *et seq.*; (ff) R.I.

Gen. Laws. § 6-13.1-1, *et seq.*; (gg) S.C. Code Laws § 39-5-10, *et seq.*; (hh) S.D.

Code Laws § 37-24-1, *et seq.*; (ii) Tenn. Code § 47-18-101, *et seq.*; (jj) Tex. Bus.

& Com. Code § 17.41, *et seq.*; (kk) Utah Code Ann. § 13-1 1-1, *et seq.*; (ll) Vt.

Stat. Ann. tit. 9, § 245 1, *et seq.*; (mm) Va. Code § 59.1-196, *et seq.*; (nn) Wash.

Rev. Code § 19.86.010, *et seq.*; (oo) W. Va. Code § 46A-6-101, *et seq.*; (pp) Wis.

Stat. § 100.20, *et seq.*; and (qq) Wyo. Stat. § 40-12-100, *et seq.*  The Court finds

that plaintiffs have complied with the notice provisions of all consumer protection

acts requiring such notice.

  e. Class 1 is certified pursuant to Fed. R. Civ. P. 23(b)(3) for damage
claims.

  f. The time period for this class is January 1, 1991 to January 1,
2005.

2. **Class 2:  Third-Party Payor MediGap Supplemental Insurance Class.**

  a. Class Definition:

   All Third-Party Payors that made reimbursements for a
   Medicare Part B covered Subject Drug that was
   manufactured by AstraZeneca, the BMS Group, the GSK
   Group, the Johnson & Johnson Group, or the Schering
   Plough Group.

  b. The Court certifies five Subclasses corresponding to each of the
defendant groups

  c. The Class representatives for Class 2 are:  UFCW, PMBT, Blue

Cross Blue Shield of Massachusetts, and Sheet Metal Workers Health Fund.

d.      The Class 2 claims are certified for those states allowing corporations to bring consumer protection claims, including the following states: (a) Alaska Stat. Code § 40.50.471, *et seq.*; (b) Ariz. Rev. Stat. § 44-1522, *et seq.*; (c) Ark. Code § 4-88-101, *et seq.*, including 4-88-113(f), and 4-8-102(5); (d) Cal. Bus. & Prof. Code §§ 17200, *et seq.*; (e) Colo. Rev. Stat. § 6-1-105, *et seq.*, including § 6-1-113(1)(c) and § 6-1-102(b); (f) Conn. Gen. Stat. § 42-110b, *et seq.*, including § 42-110(a)(3); (g) 6 Del. Code § 2511, *et seq*, including 6 Del. Code § 2512; (h) D.C. Code § 28-3901, *et seq.*, including § 28-390(1); (i) Fla. Stat. § 501.201, *et seq.*; (j) Idaho Code § 48-601, *et seq.*, including § 48-602; (k) 815 ILCS § 505/1, *et seq.*; (l) Md. Com. Law Code § 13-101, *et seq.*, including § 13-101(h); (m) Mass. Gen. L. Ch. 93A, *et seq.*; (n) Mich. Stat. § 445.901, *et seq.*; (o) Minn. Stat. § 325F.67, *et seq.*, including § 407.010(5); (p) Vernon's Mo. Rev. Stat. § 407.010, *et seq.*; (q) Neb. Rev. Stat. § 59-1601, *et seq.*, including § 59-160(1); (r) Nev. Rev. Stat. § 598.0903, *et seq.*; (s) N.H. Rev. Stat. § 358-A:1, *et seq.*, including § 358A:1(1); (t) N.J. Stat. Ann. § 56:8-1, *et seq.*, § 56:8-1(d); (u) N.M. Stat. Ann. § 57-12-1, *et seq.*; (v) N.Y. Gen. Bus. Law § 349, *et seq.*; (w) N.C. Gen. Stat. § 75-1.1, *et seq.*; (x) N.D. Cent. Code § 51-15-01, *et seq.,* including § 51-15-01(4); (y) Ohio Rev. Stat. § 1345.01, *et seq.,* including § 1345.01(B); (z) Okla. Stat. tit. 15 § 751, *et seq.*; (aa) Or. Rev. Stat. § 646.605, *et seq.,* including § 646.605(4); (bb) 73 Pa. Stat. § 201-1, *et seq.,* including § 201-2(2); (cc) S.C. Code Laws § 39-5-10, *et seq.,* including § 39-5-10(9); (dd) S.D. Code Laws § 37-24-1, *et seq.,* including § 37-24-1(8); (ee) Tenn. Code § 47-18-101, *et seq.,* including § 47-18-103(9); (ff) Tex. Bus. & Com. Code § 17.41, *et seq.,* including § 17.45(4) (only for TPPs with assets less than $25 million); (gg) Utah Code Ann. § 13-1 1-1, *et seq.*; (hh) Va. Code § 59.1-196, *et seq.,* including § 59.1-198; (ii) Wash. Rev. Code § 19.86.010, *et seq.,* including § 19.86.010(1); (jj)  Wis. Stat. § 100.20, *et seq.*; and (kk) Wyo. Stat. § 40-12-100,

*et seq.,* including § 40-12-102(a)(i).  The Court finds that plaintiffs have complied

with the notice provisions of all consumer protection acts requiring such notice.

   e.  The Class is certified pursuant to Fed. R. Civ. P. 23(b)(3) for

damage claims.

   f.  The time period for this class is January 1, 1991 to January 1,

2005.

3. **Class 3:  Consumer and Third-Party Payor Class for Medicare Part B Drugs Outside of the Medicare Context.**

   a.  Class Definition:

> All natural persons and Third-Party Payors that made payments or reimbursements, or who have a currently enforceable obligation to make a payment or reimbursement, for Subject Drugs prescribed in the Commonwealth of Massachusetts and manufactured by AstraZeneca, the BMS Group, the GSK Group, the Johnson & Johnson Group, or the Schering Plough Group, where such payments or reimbursements were based on contracts that expressly use AWP as a pricing standard.  Included within this Class are individuals who paid coinsurance (*i.e.,* co-pays proportional to the reimbursed amount) for a Subject Drug, where such coinsurance was based upon use of AWP as a pricing standard.  Excluded from this Class 3 are any payments or reimbursements for generic drugs that are based on MAC and not AWP.

   b.  The Court certifies five Subclasses corresponding to each of the

defendant groups.

   c.  The Class is certified pursuant to Fed. R. Civ. P. 23(b)(3) for

damage claims and (b)(2) for injunctive purposes.

   d.  The class representatives for Class 3 are:  Blue Cross Blue Shield

of Massachusetts, Sheet Metal Workers Health Fund, and the Pipefitters

Local 537 Trust Funds, and Health Care For All for the 23(b)(2) Class.

   e.  The claims for this Class are certified under Mass. Gen. Laws

ch. 93A for the purposes of a test case, after which the Court will examine the

issue of a broader certification.

f.      The Class period is January 1, 1991 to the present.

## II.      CLASSES NOT CERTIFIED

1.      With respect to Class 3, the Court declines at this time to certify this Class under
the consumer protection laws of states other than Massachusetts.  However, this denial is without
prejudice and does not affect the statute of limitations, which remains tolled until such time as
the Court makes a final ruling.  The Court intends the proceedings with respect to Class 3 to
provide important information for an accurate evaluation of claims under other states' laws.
Accordingly, at a later date plaintiffs can renew their motion to certify Class 3 for purposes of
the application of the consumer protection acts of other states.

2.      The Court declines to certify a Class of Consumers and Third-Party Payors who
made payments or reimbursements for self-administered drugs not appearing in the appended Table
of Subject Drugs to the extent monetary claims were sought for those drugs (*see* Memorandum
Opinion of August 16, 2005).

## III.      MISCELLANEOUS

1.      To the extent that it is not inconsistent herewith, this Court's August 16, 2005,
Memoranda and Order Re: Motion for Class Certification is incorporated herein.

2.      Excluded from these Classes are the defendants herein; any subsidiaries or
affiliates of defendants; the officers and directors of defendants during the Class Period;
members of the defendants' immediate families; any person, firm, trust, corporation, officer,
director or any individual or entity in which any defendant has a controlling interest or which is
related to, or affiliated with, any of the defendants; the legal representatives, agents, affiliates,
heirs, successors-in-interest or assigns of any such excluded parties and governmental entities.

3.      Pursuant to Fed. R. Civ. P. 23(g), the Court appoints the following firms as Co-
Lead Counsel:  Hagens Berman Sobol Shapiro LLP; Spector Roseman & Kodroff, P.C.;
Hoffman & Edelson; The Wexler Firm LLP; and Kline & Specter.

4.      Co-Lead Counsel for Plaintiffs shall prepare and submit within 30 days from the
date of this Order a proposed form and method of notice to be sent to members of the Classes

and a supporting motion.  Defendants may file any comments to the notice within 15 days, and

Plaintiffs may reply 15 days thereafter.  The motion and supporting memorandum shall not

exceed 20 pages; any response by defendants shall not exceed 10 pages; and the reply shall not

exceed 5 pages.  There will be no sur-replies, supplemental replies, letter briefs, motions to strike

or similar subterfuges for more briefing opportunity.  There shall be no individual briefs by each

defendant.  The parties shall be reasonable with respect to any appendices.

     5.     The "Together Rx" claims are not certified because they are dismissed without

prejudice by the filing of the TAMCAC.

     6.     The Court retains the discretion under Rule 23 to modify this Order.

 

_____

PATTI B. SARIS
United States District Judge

# TABLE OF SUBJECT DRUGS

**AZ NDC List**

| NDC | Description |
|---|---|
| 00186198804 | PULMICORT RESPULES 60 mls 2 X 30.25mg/2mL |
| 00186198904 | PULMICORT RESPULES 60 mls 2x30 .5mg/2mL |
| 00310096036 | Zoladex 3.6mg 1x1EA Depot |
| 00310096130 | Zoladex 10.8mg 1x1EA Depot |
| 00310095130 | Zoladex 10.8mg 1x1EA Depot |
| 00310095036 | Zoladex 3.6mg 1x1EA Depot |

**BMS NDC List**

| NDC | Description |
| --- | --- |
| 00015301026 | BLENOXANE INJ 15 UNIT VHA |
| 00015301020 | BLENOXANE INJ 15 UNIT VL |
| 00015306326 | BLENOXANE INJ 30 UNIT VHA |
| 00015306301 | BLENOXANE INJ 30 UNIT VL |
| 00590032435 | COUMADIN INJ 5MG VIAL |
| 00015053910 | CYTOXAN 100MG LYOPH W/CYT |
| 00015054812 | CYTOXAN 1G 6X50ML VHA+ |
| 00015054810 | CYTOXAN 1GM LYOPH W/CYTOG |
| 00015054610 | CYTOXAN 200MG LYOPH W/CYT |
| 00015054912 | CYTOXAN 2G 6X100ML VHA+ |
| 00015054910 | CYTOXAN 2GM LYOPH W/CYTOG |
| 00015054710 | CYTOXAN 500MG LYOPH W/CYT |
| 00015050001 | CYTOXAN FOR INJ 100 MG |
| 00015050041 | CYTOXAN INJ 100MG |
| 00015050641 | CYTOXAN INJ 1X2GM VIAL |
| 00015050241 | CYTOXAN INJ 1X500MG VIAL |
| 00015050141 | CYTOXAN INJ 200MG |
| 00015054712 | CYTOXAN LYO 500MG VL VHA |
| 00015054741 | CYTOXAN LYOPH 500MG |
| 00015053941 | CYTOXAN LYOPHILIZED 100MG |
| 00015054841 | CYTOXAN LYOPHILIZED 1GM |
| 00015054641 | CYTOXAN LYOPHILIZED 200MG |
| 00015054941 | CYTOXAN LYOPHILIZED 2GM |
| 00015050541 | CYTOXAN PINJ 1X1G VIAL |
| 00015050303 | CYTOXAN TABLETS 50 MG |
| 00015050302 | CYTOXAN TABLETS 50MG |
| 00015050401 | CYTOXAN TABS 25MG |
| 00015050301 | CYTOXAN TABS 50MG |
| 00015050348 | CYTOXAN TABS 50MG |
| 00015340420 | ETOPOPHOS 100MG VIAL |
| 00015321429 | PARAPLATIN 10X15ML VHA+ |
| 00015321529 | PARAPLATIN 10X45ML VHA+ |
| 00015321329 | PARAPLATIN 10X5ML VHA+ |
| 00015321410 | PARAPLATIN 150MG LYOPH CY |
| 00015321430 | PARAPLATIN 1X150MG LYO VL |
| 00015321530 | PARAPLATIN 1X450MG LYO VL |
| 00015321510 | PARAPLATIN 450MG VL W/CYT |
| 00015321330 | PARAPLATIN 50MG LYOPHILIZ |
| 00015321310 | PARAPLATIN 50MG W/CYTO |
| 00015335322 | RUBEX 100 MG LYOPHILIZED |
| 00015335324 | RUBEX 100MG IMMUNEX LABEL |
| 00015335124 | RUBEX 10MG IMMUNEX LABEL |
| 00015335122 | RUBEX 10MG LYOPHILIZED |
| 00015335224 | RUBEX 50MG IMMUNEX LABEL |
| 00015335222 | RUBEX 50MG LYOPHILIZED |
| 00015347630 | TAXOL 100MG INJ MULTIDOSE |
| 00015347627 | TAXOL 100MG SEM-SYN VIAL |
| 00015347620 | TAXOL 100MG/16.7ML VHA+ L |

```
00015347911    TAXOL 300MG/50ML VIAL
00015345620    TAXOL 30MG CONC FOR INJ
00015347530    TAXOL 30MG INJ MULTIDOSE
00015347527    TAXOL 30MG SEM-SYN VIAL
00015347520    TAXOL 30MG/5ML VHA+ LABEL
00015309510    VEPESID 100MG VIAL W/CYTO
00015309530    VEPESID 100MG VL W/O CYTO
00015306224    VEPESID 1G 50ML VIAL VHA+
00015306220    VEPESID 1GM/50ML
00015306120    VEPESID 500MG
00015306124    VEPESID 500MG 25ML VL VHA
00015309145    VEPESID 50MG CAPSULES
00015309520    VEPESID INJ 100MG/5ML
00015308420    VEPESID INJ 150MG/7.5ML
```

**GSK NDC List**

| NDC | Description |
| --- | --- |
| 00173013093 | ALKERAN I.V. INJ 50 MG |
| 00173004535 | ALKERAN TAB 2MG 50S |
| 00173044902 | IMITREX INJ 0.5ML 12MG/ML 5S VIALS |
| 00173044901 | IMITREX INJ 12MG/ML 0.5ML 2S PFLD SRNG |
| 00173044903 | IMITREX INJ 12MG/ML 0.5ML2S KIT,SELFDOSE |
| 00173047900 | IMITREX INJ 12MG/ML STAT DOSE KIT |
| 00173047800 | IMITREX INJ 12MG/ML STAT DOSE RFL 2'S |
| 00173403291 | IMITREX SELFDOSE SYSTEM  SELFDOSE UNIT/C |
| 00173408367 | ITMD ZOVIRAX STERILE POWDER 1000MG (BWX9 |
| 00029415105 | KYTRIL 1 MG TABS 20'S SUP |
| 00029415139 | KYTRIL 1MG TABS 2'S |
| 00029415201 | KYTRIL 1MG/ML INJECTION 4ML VIAL |
| 00029414975 | KYTRIL INJ SGL DOSE VIAL 1MG/ML VHA |
| 00029414901 | KYTRIL INJ SINGLE DOSE VIAL 1MG/ML |
| 00173026010 | LANOXIN INJ 0.5MG  -PART 1.00 |
| 00173026035 | LANOXIN INJ 0.5MG 2ML 50S |
| 00173026210 | LANOXIN INJ PEDIATRIC 0.1MG/ML |
| 00173026015 | LANOXIN INJECTION  -PART 1.00 |
| 00173026055 | LANOXIN INJECTION  -PART 1.00 |
| 00173071325 | MYLERAN TAB 2MG 25S |
| 00173065601 | NAVELBINE INJ 10MG 1ML |
| 00173065644 | NAVELBINE INJ 50MG 5ML |
| 00173010793 | RETROVIR IV INF 10MG/ML 20ML 10 |
| 00173041900 | VENTOLIN NEB SOL INH     0.083% 3ML 25S |
| 00173041901 | VENTOLIN NEB SOL INH     0.083% 3ML 5S S |
| 00173038501 | VENTOLIN SOL INH 0.5% 5MG/ML 10ML |
| 00173038558 | VENTOLIN SOL INH 0.5% 5MG/ML 20ML |
| 00173044200 | ZOFRAN INJ 2MG/ML 20ML |
| 00173044202 | ZOFRAN INJ 2MG/ML 2ML 5S |
| 00173046100 | ZOFRAN INJ PRMXD 32MG/50ML |
| 00173046200 | ZOFRAN INJ PRMXD 4MG/50ML |
| 00173056900 | ZOFRAN ODT 4MG 5X2 30S |
| 00173057004 | ZOFRAN ODT 8MG 5X2 10'S |
| 00173057000 | ZOFRAN ODT 8MG 5X2 30S |
| 00173048900 | ZOFRAN ORAL SOL 4MG/5ML  50ML |
| 00173068000 | ZOFRAN TAB 24MG 1S |
| 00173044601 | ZOFRAN TAB 4MG 100S |
| 00173044602 | ZOFRAN TAB 4MG 100S UD |
| 00173044600 | ZOFRAN TAB 4MG 30S |
| 00173044604 | ZOFRAN TAB 4MG 3S |
| 00173044701 | ZOFRAN TAB 8MG 100S |
| 00173044702 | ZOFRAN TAB 8MG 100S UD |
| 00173044700 | ZOFRAN TAB 8MG 30S |
| 00173044704 | ZOFRAN TAB 8MG 3S |
| 00173095201 | ZOVIRAX FOR INJECTION 1000MG 20ML 10S (C |
| 00173099501 | ZOVIRAX FOR INJECTION 500MG 10ML 10S (C# |

**J&J NDC List**

| NDC | Description |
|---|---|
| 57894003001 | C168J REMICADE 1PCK |
| 59676031201 | PROCRIT 10,000 U/ML |
| 59676031002 | PROCRIT 10000 U |
| 59676031001 | PROCRIT 10000 U/ML |
| 00062740103 | PROCRIT 10000U/ML AMG |
| 59676032001 | PROCRIT 20,000 U/ML |
| 59676030202 | PROCRIT 2000 U/ |
| 59676030201 | PROCRIT 2000 U/ML 6 |
| 00062740201 | PROCRIT 2000U/ML AMG |
| 59676030302 | PROCRIT 3000 U/ |
| 59676030301 | PROCRIT 3000 U/ML 6 |
| 00062740503 | PROCRIT 3000 U/ML INST |
| 00062740501 | PROCRIT 3000U/ML AMG |
| 59676030402 | PROCRIT 4000 U/ |
| 59676030401 | PROCRIT 4000 U/ML 6 |
| 00062740004 | PROCRIT 4000 U/ML INST |
| 59676034001 | PROCRIT 40000 U/ML |
| 00062740003 | PROCRIT 4000U/ML AMG |

**SP NDC List**

| NDC | Description |
|---|---|
| 59930151504 | ALBUTEROL INHALATION SOLUTION |
| 59930164702 | ALBUTEROL INHALATION SOLUTION |
| 59930150006 | ALBUTEROL SULFATE INHAL. SOL. |
| 59930150008 | ALBUTEROL SULFATE INHAL. SOL. |
| 59930151701 | ALBUTEROL SULFATE SOLUTION |
| 59930151702 | ALBUTEROL SULFATE SOLUTION |
| 59930155020 | ALBUTEROL SULFATE SOLUTION |
| 00085113601 | INTEGRILIN |
| 00085117701 | INTEGRILIN |
| 00085117702 | INTEGRILIN |
| 00085123501 | INTRON A FOR INJ MULTIDOSE PEN |
| 00085124201 | INTRON A FOR INJ MULTIDOSE PEN |
| 00085125401 | INTRON A FOR INJ MULTIDOSE PEN |
| 00085116801 | INTRON A INJ 18MIU HSA FREE |
| 00085113301 | INTRON A INJ 25MIU HSA FREE |
| 00085118401 | INTRON A INJ 3MIU HSA FREE |
| 00085118402 | INTRON A INJ 3MIU HSA FREE |
| 00085119101 | INTRON A INJ 5MIU HSA FREE |
| 00085119102 | INTRON A INJ 5MIU HSA FREE |
| 00085117901 | INTRON A INJ PAK10MIU HSA FREE |
| 00085117902 | INTRON A INJ PAK10MIU HSA FREE |
| 00085057102 | INTRON A INJECTABLE 10MILLN IU |
| 00085057106 | INTRON A INJECTABLE 10MILLN IU |
| 00085111001 | INTRON A INJECTABLE 18MILLN IU |
| 00085028502 | INTRON A INJECTABLE 25MILLN IU |
| 00085064703 | INTRON A INJECTABLE 3MILLN IU |
| 00085064704 | INTRON A INJECTABLE 3MILLN IU |
| 00085064705 | INTRON A INJECTABLE 3MILLN IU |
| 00085012002 | INTRON A INJECTABLE 5 MILLN IU |
| 00085012003 | INTRON A INJECTABLE 5 MILLN IU |
| 00085012004 | INTRON A INJECTABLE 5 MILLN IU |
| 00085012005 | INTRON A INJECTABLE 5 MILLN IU |
| 00085053901 | INTRON A INJECTABLE 50MILLN IU |
| 00085068901 | INTRON A INJECTION 18 MIU |
| 00085092301 | INTRON A SOL FOR INJ 10 MILLI |
| 00085076901 | INTRON A SOL. FOR INJ. 25MILLN |
| 00085095301 | INTRON A SOLUTION 18MIU 3ML |
| 59930160001 | PERPHENAZINE |
| 59930160002 | PERPHENAZINE |
| 59930161001 | PERPHENAZINE 16MG |
| 59930160501 | PERPHENAZINE 8MG |
| 59930160502 | PERPHENAZINE 8MG |
| 59930160301 | PERPHENAZINE TABLETS |
| 59930160302 | PERPHENAZINE TABLETS |
| 00085133601 | PROVENTIL INHALATION SOLUTION |
| 00085020901 | PROVENTIL SOLUTION .083MG/ML |
| 00085180601 | PROVENTIL SOLUTION .083MG/ML |
| 00085020802 | PROVENTIL SOLUTION 5MG/ML |

| | |
|---|---|
| 00085020852 | PROVENTIL SOLUTION 5MG/ML |
| 00085125901 | TEMODAR 100MG |
| 00085125902 | TEMODAR 100MG |
| 00085124401 | TEMODAR 20MG |
| 00085124402 | TEMODAR 20MG |
| 00085125201 | TEMODAR 250MG |
| 00085125202 | TEMODAR 250MG |
| 00085124801 | TEMODAR 5MG |
| 00085124802 | TEMODAR 5MG |

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **[MODIFIED AND CORRECTED PROPOSED VERSION 1] CONSOLIDATED ORDER RE: MOTION FOR CLASS CERTIFICATION** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on January 26, 2006, a copy to LexisNexis File and Serve for Posting and notification to all parties

By    **/s/ Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY   )
AVERAGE WHOLESALE PRICE LITIGATION )   MDL No. 1456
                     )
_____ )   CIVIL ACTION: 01-CV-12257-PBS
                     )
THIS DOCUMENT RELATES TO ALL     )
CLASS ACTIONS                 )
01-CV-12257-PBS AND 01-CV-339    )
_____ )

**[MODIFIED AND CORRECTED PROPOSED VERSION 2]**
**CONSOLIDATED ORDER RE: MOTION FOR CLASS CERTIFICATION**

_____, 2006

Saris, U.S.D.J.

Plaintiffs have moved, pursuant to Fed. R. Civ. P. 23, for an order certifying a class in
this action.  Having considered the submissions of the parties and the record in this case, IT IS
HEREBY ORDERED that plaintiffs' motion for class certification is GRANTED IN PART and
DENIED IN PART as to the claims asserted in the Third Amended Master Consolidated Class
Action Complaint ("TAMCAC"), as follows:

## I.    CLASSES AND SUBCLASSES CERTIFIED

The Court certifies the following Classes:

1.    **Class 1:  Medicare Part B Co-Pay Class.**

        a.    Class Definition:

        All natural persons nationwide who made a co-payment, or
        who have incurred a currently enforceable obligation to
        make a co-payment, for a Medicare Part B covered Subject
        Drug[1] that was manufactured by AstraZeneca, the BMS

---
[1] The Subject Drugs are identified in the Table of Subject Drugs found at the end of this Order.

Group, the GSK Group, or the Johnson & Johnson Group.[2]
Excluded from the Class are those who made flat co-pays;
and the residents of the states of Alabama, Georgia, Iowa,
Kentucky, Louisiana, Mississippi and Montana (where
consumer protection statutes do not permit class actions).

b.      The Court certifies four Subclasses corresponding to each of the

defendant groups

c.      The Court also certifies the following plaintiffs as Class 1

Representatives of these Subclasses:  Leroy Townsend (Astra); Reverend David

and Susan Ruth Aaronson (BMS, GSK); Joyce Howe individually and on behalf

of the Estate of Robert Howe (Astra); James and Teresa Shepley (J&J, Astra); and

Larry Young individually and on behalf of the Estate of Patricia Young (J&J).

Consistent with the Court's February 24, 2004, Memorandum and Order, the

Representative of a Subclass need only have paid or reimbursed for one of the

Subject Drugs manufactured or marketed by a defendant group.

d.      The consumer protection act of each state shall apply to these

Subclasses.  Specifically, the Medicare Co-pay Class is certified for claims under

the following statutes:  (a)  Alaska Stat. Code § 40.50.471, *et seq.*; (b) Ariz. Rev.

Stat. § 44-1522, *et seq.*; (c) Ark. Code § 4-88-101, *et seq.*; (d) Cal. Bus. & Prof.

Code §§ 17200, *et seq.*, 1770; (e) Colo. Rev. Stat. § 6-1-105, *et seq.*; (f) Conn.

Gen. Stat. § 42-110b, *et seq.*; (g) 6 Del. Code § 2511, *et seq.*; (h) D.C. Code § 28-

3901, *et seq.*; (i) Fla. Stat. § 501.201, *et seq.*; (j) Haw. Rev. Stat. § 480, *et seq.*;

(k) Idaho Code § 48-601, *et seq.*; (l) 815 ILCS § 505/1, *et seq.*; (m) Ind. Code

Ann. § 24-5-0.5.1, *et seq.*; (n) Kan. Stat. § 50-623, *et seq.*; (o) Md. Com. Law

Code § 13-101, *et seq.*; (p) Mass. Gen. L. Ch. 93A, *et seq.*; (q) Mich. Stat.

§ 445.901, *et seq.*; (r) Minn. Stat. § 325F.67, *et seq.*; (s) Mo. Rev. Stat. § 407.010,

*et seq.*; (t) Neb. Rev. Stat. § 59-1601, *et seq.*; (u) Nev. Rev. Stat. § 598.0903, *et*

*seq.*; (v) N.H. Rev. Stat. § 358-A:1, *et seq.*; (w) N.J. Stat. Ann. § 56:8-1, *et seq.*;

---

[2]  These "groups" are defined in the TAMCAC.

(x) N.M. Stat. Ann. § 57-12-1, *et seq.*; (y) N.Y. Gen. Bus. Law § 349, *et seq.*; (z) N.C. Gen. Stat. § 75-1.1, *et seq.*; (aa) N.D. Cent. Code § 51-15-01, *et seq.*; (bb) Ohio Rev. Stat. § 1345.01, *et seq.*; (cc) Okla. Stat. tit. 15 § 751, *et seq.*; (dd) Or. Rev. Stat. § 646.605, *et seq.*; (ee) 73 Pa. Stat. § 201-1, *et seq.*; (ff) R.I. Gen. Laws. § 6-13.1-1, *et seq.*; (gg) S.C. Code Laws § 39-5-10, *et seq.*; (hh) S.D. Code Laws § 37-24-1, *et seq.*; (ii) Tenn. Code § 47-18-101, *et seq.*; (jj) Tex. Bus. & Com. Code § 17.41, *et seq.*; (kk) Utah Code Ann. § 13-1 1-1, *et seq.*; (ll) Vt. Stat. Ann. tit. 9, § 245 1, *et seq.*; (mm) Va. Code § 59.1-196, *et seq.*; (nn) Wash. Rev. Code § 19.86.010, *et seq.*; (oo) W. Va. Code § 46A-6-101, *et seq.*; (pp) Wis. Stat. § 100.20, *et seq.*; and (qq) Wyo. Stat. § 40-12-100, *et seq.* The Court finds that plaintiffs have complied with the notice provisions of all consumer protection acts requiring such notice.

e.       Class 1 is certified pursuant to Fed. R. Civ. P. 23(b)(3) for damage claims.

f.       The time frame for this Class is January 1, 1991 to January 1, 2005.

2.   **Class 2:  Third-Party Payor MediGap Supplemental Insurance Class.**

a.       Class Definition:

All Third-Party Payors that made reimbursements for a Medicare Part B covered Subject Drug prescribed in the State of Massachusetts that was manufactured by AstraZeneca, the BMS Group, the GSK Group, the Johnson & Johnson Group, or the Schering Plough Group.

b.       The Court certifies five Subclasses corresponding to each of the defendant groups.

c.       The Class representatives for Class 2 are:  Blue Cross Blue Shield of Massachusetts and Sheet Metal Workers Health Fund.

d.      The claims for this Class are certified under Mass. Gen. Laws

ch. 93A for the purposes of a test case, after which the Court will examine the

issue of a broader certification.

e.      The Class is certified pursuant to Fed. R. Civ. P. 23(b)(3) for

damage claims.

f.      The time period for this class is January 1, 1991 to January 1,

2005.

3.      **Class 3:  Consumer and Third-Party Payor Class for Medicare Part B Drugs Outside of the Medicare Context.**

a.      Class Definition:

All natural persons and Third-Party Payors that made
payments or reimbursements, or who have a currently
enforceable obligation to make a payment or
reimbursement, for Subject Drugs prescribed in the
Commonwealth of Massachusetts and manufactured by
AstraZeneca, the BMS Group, the GSK Group, the Johnson
& Johnson Group, or the Schering Plough Group, where
such payments or reimbursements were based on contracts
that expressly use AWP as a pricing standard.  Included
within this Class are individuals who paid coinsurance (*i.e.*,
co-pays proportional to the reimbursed amount) for a
Subject Drug, where such coinsurance was based upon use
of AWP as a pricing standard.  Excluded from this Class 3
are any payments or reimbursements for generic drugs that
are based on MAC and not AWP.

b.      The Court certifies five Subclasses corresponding to each of the

defendant groups.

c.      The Class is certified pursuant to Fed. R. Civ. P. 23(b)(3) for

damage claims and (b)(2) for injunctive purposes.

d.      The class representatives for Class 3 are:  Blue Cross Blue Shield

of Massachusetts, Sheet Metal Workers Health Fund, Pipefitters Local 537 Trust

Funds, and Health Care for All for the (b)(2) Class.

    e.      The claims for this Class are certified under Mass. Gen. Laws ch. 93A for the purposes of a test case, after which the Court will examine the issue of a broader certification.

## II.    CLASSES NOT CERTIFIED

1.      With respect to Classes 2 and 3, the Court declines at this time to certify these Classes under the consumer protection laws of states other than Massachusetts. However, this denial is without prejudice and does not affect the statute of limitations, which remains tolled until such time as the Court makes a final ruling. The Court intends the trial of the Massachusetts Class to provide important information for an accurate evaluation of claims under other states' laws. Accordingly, at a later date plaintiffs can renew their motion to certify Classes 2 and 3 for purposes of the application of the consumer protection acts of other states.

2.      The Court declines to certify a Class of Consumers and Third-Party Payors who made payments or reimbursements for self-administered drugs not appearing in the appended Table of Subject Drugs to the extent monetary claims were sought for those drugs (*see* Memorandum Opinion of August 16, 2005).

## III.    MISCELLANEOUS

1.      To the extent that it is not inconsistent herewith, this Court's August 16, 2005, Memoranda and Order Re: Motion for Class Certification is incorporated herein.

2.      Excluded from these Classes are the defendants herein; any subsidiaries or affiliates of defendants; the officers and directors of defendants during the Class Period; members of the defendants' immediate families; any person, firm, trust, corporation, officer, director or any individual or entity in which any defendant has a controlling interest or which is related to, or affiliated with, any of the defendants; the legal representatives, agents, affiliates, heirs, successors-in-interest or assigns of any such excluded parties and governmental entities.

3.      Pursuant to Fed. R. Civ. P. 23(g), the Court appoints the following firms as Co-Lead Counsel: Hagens Berman Sobol Shapiro LLP; Spector Roseman & Kodroff, P.C.; Hoffman & Edelson; The Wexler Firm LLP; and Kline & Specter.

4.      Co-Lead Counsel for Plaintiffs shall prepare and submit within 30 days from the date of this Order a proposed form and method of notice to be sent to members of the Classes and a supporting motion.  Defendants may file any comments to the notice within 15 days, and Plaintiffs may reply 15 days thereafter.  The motion and supporting memorandum shall not exceed 20 pages; any response by defendants shall not exceed 10 pages; and the reply shall not exceed 5 pages.  There will be no sur-replies, supplemental replies, letter briefs, motions to strike or similar subterfuges for more briefing opportunity.  There shall be no individual briefs by each defendant.  The parties shall be reasonable with respect to any appendices.

5.      The "Together Rx" claims are not certified because they are dismissed without prejudice by the filing of the TAMCAC.

6.      The Court retains the discretion under Rule 23 to modify this Order.


_____

PATTI B. SARIS
United States District Judge

# TABLE OF SUBJECT DRUGS

**AZ NDC List**

| NDC | Description |
|---|---|
| 00186198804 | PULMICORT RESPULES 60 mls 2 X 30.25mg/2mL |
| 00186198904 | PULMICORT RESPULES 60 mls 2x30 .5mg/2mL |
| 00310096036 | Zoladex 3.6mg 1x1EA Depot |
| 00310096130 | Zoladex 10.8mg 1x1EA Depot |
| 00310095130 | Zoladex 10.8mg 1x1EA Depot |
| 00310095036 | Zoladex 3.6mg 1x1EA Depot |

**BMS NDC List**

| NDC | Description |
|---|---|
| 00015301026 | BLENOXANE INJ 15 UNIT VHA |
| 00015301020 | BLENOXANE INJ 15 UNIT VL |
| 00015306326 | BLENOXANE INJ 30 UNIT VHA |
| 00015306301 | BLENOXANE INJ 30 UNIT VL |
| 00590032435 | COUMADIN INJ 5MG VIAL |
| 00015053910 | CYTOXAN 100MG LYOPH W/CYT |
| 00015054812 | CYTOXAN 1G 6X50ML VHA+ |
| 00015054810 | CYTOXAN 1GM LYOPH W/CYTOG |
| 00015054610 | CYTOXAN 200MG LYOPH W/CYT |
| 00015054912 | CYTOXAN 2G 6X100ML VHA+ |
| 00015054910 | CYTOXAN 2GM LYOPH W/CYTOG |
| 00015054710 | CYTOXAN 500MG LYOPH W/CYT |
| 00015050001 | CYTOXAN FOR INJ 100 MG |
| 00015050041 | CYTOXAN INJ 100MG |
| 00015050641 | CYTOXAN INJ 1X2GM VIAL |
| 00015050241 | CYTOXAN INJ 1X500MG VIAL |
| 00015050141 | CYTOXAN INJ 200MG |
| 00015054712 | CYTOXAN LYO 500MG VL VHA |
| 00015054741 | CYTOXAN LYOPH 500MG |
| 00015053941 | CYTOXAN LYOPHILIZED 100MG |
| 00015054841 | CYTOXAN LYOPHILIZED 1GM |
| 00015054641 | CYTOXAN LYOPHILIZED 200MG |
| 00015054941 | CYTOXAN LYOPHILIZED 2GM |
| 00015050541 | CYTOXAN PINJ 1X1G VIAL |
| 00015050303 | CYTOXAN TABLETS 50 MG |
| 00015050302 | CYTOXAN TABLETS 50MG |
| 00015050401 | CYTOXAN TABS 25MG |
| 00015050301 | CYTOXAN TABS 50MG |
| 00015050348 | CYTOXAN TABS 50MG |
| 00015340420 | ETOPOPHOS 100MG VIAL |
| 00015321429 | PARAPLATIN 10X15ML VHA+ |
| 00015321529 | PARAPLATIN 10X45ML VHA+ |
| 00015321329 | PARAPLATIN 10X5ML VHA+ |
| 00015321410 | PARAPLATIN 150MG LYOPH CY |
| 00015321430 | PARAPLATIN 1X150MG LYO VL |
| 00015321530 | PARAPLATIN 1X450MG LYO VL |
| 00015321510 | PARAPLATIN 450MG VL W/CYT |
| 00015321330 | PARAPLATIN 50MG LYOPHILIZ |
| 00015321310 | PARAPLATIN 50MG W/CYTO |
| 00015335322 | RUBEX 100 MG LYOPHILIZED |
| 00015335324 | RUBEX 100MG IMMUNEX LABEL |
| 00015335124 | RUBEX 10MG IMMUNEX LABEL |
| 00015335122 | RUBEX 10MG LYOPHILIZED |
| 00015335224 | RUBEX 50MG IMMUNEX LABEL |
| 00015335222 | RUBEX 50MG LYOPHILIZED |
| 00015347630 | TAXOL 100MG INJ MULTIDOSE |
| 00015347627 | TAXOL 100MG SEM-SYN VIAL |
| 00015347620 | TAXOL 100MG/16.7ML VHA+ L |

```
00015347911    TAXOL 300MG/50ML VIAL
00015345620    TAXOL 30MG CONC FOR INJ
00015347530    TAXOL 30MG INJ MULTIDOSE
00015347527    TAXOL 30MG SEM-SYN VIAL
00015347520    TAXOL 30MG/5ML VHA+ LABEL
00015309510    VEPESID 100MG VIAL W/CYTO
00015309530    VEPESID 100MG VL W/O CYTO
00015306224    VEPESID 1G 50ML VIAL VHA+
00015306220    VEPESID 1GM/50ML
00015306120    VEPESID 500MG
00015306124    VEPESID 500MG 25ML VL VHA
00015309145    VEPESID 50MG CAPSULES
00015309520    VEPESID INJ 100MG/5ML
00015308420    VEPESID INJ 150MG/7.5ML
```

**GSK NDC List**

| NDC | Description |
|---|---|
| 00173013093 | ALKERAN I.V. INJ 50 MG |
| 00173004535 | ALKERAN TAB 2MG 50S |
| 00173044902 | IMITREX INJ 0.5ML 12MG/ML 5S VIALS |
| 00173044901 | IMITREX INJ 12MG/ML 0.5ML 2S PFLD SRNG |
| 00173044903 | IMITREX INJ 12MG/ML 0.5ML2S KIT,SELFDOSE |
| 00173047900 | IMITREX INJ 12MG/ML STAT DOSE KIT |
| 00173047800 | IMITREX INJ 12MG/ML STAT DOSE RFL 2'S |
| 00173403291 | IMITREX SELFDOSE SYSTEM  SELFDOSE UNIT/C |
| 00173408367 | ITMD ZOVIRAX STERILE POWDER 1000MG (BWX9 |
| 00029415105 | KYTRIL 1 MG TABS 20'S SUP |
| 00029415139 | KYTRIL 1MG TABS 2'S |
| 00029415201 | KYTRIL 1MG/ML INJECTION 4ML VIAL |
| 00029414975 | KYTRIL INJ SGL DOSE VIAL 1MG/ML VHA |
| 00029414901 | KYTRIL INJ SINGLE DOSE VIAL 1MG/ML |
| 00173026010 | LANOXIN INJ 0.5MG   -PART 1.00 |
| 00173026035 | LANOXIN INJ 0.5MG 2ML 50S |
| 00173026210 | LANOXIN INJ PEDIATRIC 0.1MG/ML |
| 00173026015 | LANOXIN INJECTION   -PART 1.00 |
| 00173026055 | LANOXIN INJECTION   -PART 1.00 |
| 00173071325 | MYLERAN TAB 2MG 25S |
| 00173065601 | NAVELBINE INJ 10MG 1ML |
| 00173065644 | NAVELBINE INJ 50MG 5ML |
| 00173010793 | RETROVIR IV INF 10MG/ML 20ML 10 |
| 00173041900 | VENTOLIN NEB SOL INH   0.083% 3ML 25S |
| 00173041901 | VENTOLIN NEB SOL INH   0.083% 3ML 5S S |
| 00173038501 | VENTOLIN SOL INH 0.5% 5MG/ML 10ML |
| 00173038558 | VENTOLIN SOL INH 0.5% 5MG/ML 20ML |
| 00173044200 | ZOFRAN INJ 2MG/ML 20ML |
| 00173044202 | ZOFRAN INJ 2MG/ML 2ML 5S |
| 00173046100 | ZOFRAN INJ PRMXD 32MG/50ML |
| 00173046200 | ZOFRAN INJ PRMXD 4MG/50ML |
| 00173056900 | ZOFRAN ODT 4MG 5X2 30S |
| 00173057004 | ZOFRAN ODT 8MG 5X2 10'S |
| 00173057000 | ZOFRAN ODT 8MG 5X2 30S |
| 00173048900 | ZOFRAN ORAL SOL 4MG/5ML  50ML |
| 00173068000 | ZOFRAN TAB 24MG 1S |
| 00173044601 | ZOFRAN TAB 4MG 100S |
| 00173044602 | ZOFRAN TAB 4MG 100S UD |
| 00173044600 | ZOFRAN TAB 4MG 30S |
| 00173044604 | ZOFRAN TAB 4MG 3S |
| 00173044701 | ZOFRAN TAB 8MG 100S |
| 00173044702 | ZOFRAN TAB 8MG 100S UD |
| 00173044700 | ZOFRAN TAB 8MG 30S |
| 00173044704 | ZOFRAN TAB 8MG 3S |
| 00173095201 | ZOVIRAX FOR INJECTION 1000MG 20ML 10S (C |
| 00173099501 | ZOVIRAX FOR INJECTION 500MG 10ML 10S (C# |

**J&J NDC List**

| NDC | Description |
|---|---|
| 57894003001 | C168J REMICADE 1PCK |
| 59676031201 | PROCRIT 10,000 U/ML |
| 59676031002 | PROCRIT 10000 U |
| 59676031001 | PROCRIT 10000 U/ML |
| 00062740103 | PROCRIT 10000U/ML AMG |
| 59676032001 | PROCRIT 20,000 U/ML |
| 59676030202 | PROCRIT 2000 U/ |
| 59676030201 | PROCRIT 2000 U/ML 6 |
| 00062740201 | PROCRIT 2000U/ML AMG |
| 59676030302 | PROCRIT 3000 U/ |
| 59676030301 | PROCRIT 3000 U/ML 6 |
| 00062740503 | PROCRIT 3000 U/ML INST |
| 00062740501 | PROCRIT 3000U/ML AMG |
| 59676030402 | PROCRIT 4000 U/ |
| 59676030401 | PROCRIT 4000 U/ML 6 |
| 00062740004 | PROCRIT 4000 U/ML INST |
| 59676034001 | PROCRIT 40000 U/ML |
| 00062740003 | PROCRIT 4000U/ML AMG |

**SP NDC List**

| NDC | Description |
|---|---|
| 59930151504 | ALBUTEROL INHALATION SOLUTION |
| 59930164702 | ALBUTEROL INHALATION SOLUTION |
| 59930150006 | ALBUTEROL SULFATE INHAL. SOL. |
| 59930150008 | ALBUTEROL SULFATE INHAL. SOL. |
| 59930151701 | ALBUTEROL SULFATE SOLUTION |
| 59930151702 | ALBUTEROL SULFATE SOLUTION |
| 59930155020 | ALBUTEROL SULFATE SOLUTION |
| 00085113601 | INTEGRILIN |
| 00085117701 | INTEGRILIN |
| 00085117702 | INTEGRILIN |
| 00085123501 | INTRON A FOR INJ MULTIDOSE PEN |
| 00085124201 | INTRON A FOR INJ MULTIDOSE PEN |
| 00085125401 | INTRON A FOR INJ MULTIDOSE PEN |
| 00085116801 | INTRON A INJ 18MIU HSA FREE |
| 00085113301 | INTRON A INJ 25MIU HSA FREE |
| 00085118401 | INTRON A INJ 3MIU HSA FREE |
| 00085118402 | INTRON A INJ 3MIU HSA FREE |
| 00085119101 | INTRON A INJ 5MIU HSA FREE |
| 00085119102 | INTRON A INJ 5MIU HSA FREE |
| 00085117901 | INTRON A INJ PAK10MIU HSA FREE |
| 00085117902 | INTRON A INJ PAK10MIU HSA FREE |
| 00085057102 | INTRON A INJECTABLE 10MILLN IU |
| 00085057106 | INTRON A INJECTABLE 10MILLN IU |
| 00085111001 | INTRON A INJECTABLE 18MILLN IU |
| 00085028502 | INTRON A INJECTABLE 25MILLN IU |
| 00085064703 | INTRON A INJECTABLE 3MILLN IU |
| 00085064704 | INTRON A INJECTABLE 3MILLN IU |
| 00085064705 | INTRON A INJECTABLE 3MILLN IU |
| 00085012002 | INTRON A INJECTABLE 5 MILLN IU |
| 00085012003 | INTRON A INJECTABLE 5 MILLN IU |
| 00085012004 | INTRON A INJECTABLE 5 MILLN IU |
| 00085012005 | INTRON A INJECTABLE 5 MILLN IU |
| 00085053901 | INTRON A INJECTABLE 50MILLN IU |
| 00085068901 | INTRON A INJECTION 18 MIU |
| 00085092301 | INTRON A SOL FOR INJ 10 MILLI |
| 00085076901 | INTRON A SOL. FOR INJ. 25MILLN |
| 00085095301 | INTRON A SOLUTION 18MIU 3ML |
| 59930160001 | PERPHENAZINE |
| 59930160002 | PERPHENAZINE |
| 59930161001 | PERPHENAZINE 16MG |
| 59930160501 | PERPHENAZINE 8MG |
| 59930160502 | PERPHENAZINE 8MG |
| 59930160301 | PERPHENAZINE TABLETS |
| 59930160302 | PERPHENAZINE TABLETS |
| 00085133601 | PROVENTIL INHALATION SOLUTION |
| 00085020901 | PROVENTIL SOLUTION .083MG/ML |
| 00085180601 | PROVENTIL SOLUTION .083MG/ML |
| 00085020802 | PROVENTIL SOLUTION 5MG/ML |

```
00085020852    PROVENTIL SOLUTION 5MG/ML
00085125901    TEMODAR 100MG
00085125902    TEMODAR 100MG
00085124401    TEMODAR 20MG
00085124402    TEMODAR 20MG
00085125201    TEMODAR 250MG
00085125202    TEMODAR 250MG
00085124801    TEMODAR 5MG
00085124802    TEMODAR 5MG
```

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **[MODIFIED AND CORRECTED PROPOSED VERSION 2] CONSOLIDATED ORDER RE: MOTION FOR CLASS CERTIFICATION** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on January 26, 2006, a copy to LexisNexis File and Serve for Posting and notification to all parties

By   /s/ Steve W. Berman
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292