UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL NO. 1456 <br> ) CIVIL ACTION NO. <br> ) 01-12257-PBS <br> ) |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | ) <br> ) <br> ) <br> ) |

[PROPOSED] CASE MANAGEMENT ORDER NO. 21

January __ 2006

Saris, U.S.D.J.

  Case Management Order No. 17 is amended as follows:

  1. Defendants will serve expert liability reports 21 days after completing the depositions of plaintiffs' liability experts.

  2. Expert depositions will be completed 60 days after defendants serve their expert liability reports.

  SO ORDERED.

_____
United States District Judge

\\\NY - 58559/0059 - 925753 v1