UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1456<br>C.A. No.: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

### NOTICE OF APPEARANCE FOR DEFENDANT ALPHARMA INC. AND PUREPAC PHARMACEUTICAL CO.

PLEASE TAKE NOTICE, that John R. Fleder of Hyman, Phelps & McNamara, P.C. hereby appears as counsel in this action for defendant, Alpharma Inc. ("Alpharma") and Purepac Pharmaceutical Co. ("Purepac").

Pursuant to Paragraph 16 of Case Management Order No. 1, Alpharma and Purepac will, along with this Notice of Appearance, pay the appropriate filing fee for admission *pro hac vice* of John R. Fleder to practice before this Court as attorney in this action for Alpharma and Purepac. As appears from the accompanying Declaration, John R. Fleder is a member of good standing of the bar of a district court of the United States.

Respectfully submitted,

/s/   John R. Fleder
John R. Fleder
Hyman, Phelps & McNamara, P.C.
700 13th Street, N.W., Suite 1200
Washington, D.C.  20005
(202) 737-4580
(202) 737-9329 [fax]
Attorney for Alpharma Inc. and Purepac
  Pharmaceutical Co.

January 26, 2006