UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1456<br>C.A. No.: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

***PRO HAC VICE* DECLARATION OF JOHN R. FLEDER**

1. I am a member of the firm of Hyman, Phelps & McNamara, P.C., counsel in this matter to Alpharma Inc. and Purepac Pharmaceutical Co. I submit this Declaration in support of my admission *pro hac vice* to the bar of this Court in this case, pursuant to Paragraph 16 of Case Management Order No. 1.

2. I am an attorney duly licensed to practice law in the District of Columbia. I have also been admitted to practice before the United States District Court for the District of Columbia, and many other courts.

3. I am a member in good standing in every jurisdiction in which I have been admitted.

I declare under penalty of perjury that the forgoing is true and correct.

January 26, 2006

/s/ *John R. Fleder*
John R. Fleder