## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Declaration was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve (formerly Verilaw Technologies) and paper copies sent to those indicated as non registered participants on January 26, 2006.

/s/  John R. Fleder
John R. Fleder