# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL NO. 1456 ) CIVIL ACTION NO. ) 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | ) ) ) ) |

## TRACK 1 DEFENDANTS' [PROPOSED] CASE MANAGEMENT ORDER NO. 21

January __, 2006

Saris, U.S.D.J.

Case Management Order No. 17 is HEREBY AMENDED AS FOLLOWS:

**March 22, 2006:** Defendants serve expert liability reports.

**April 3, 2006:** Defendants file Daubert motions.

**May 1, 2006:** Plaintiffs respond to defendants' Daubert motions.

**May __, 2006:** Evidentiary hearing on defendants' Daubert motions.

**May 22, 2006:** Plaintiffs complete expert depositions.

**June 5, 2006:** Plaintiffs file Daubert motions.

**June 26, 2006:** Defendants respond to plaintiffs' Daubert motions.

**July __, 2006:** Evidentiary hearing on plaintiffs' Daubert motions.

**July 10, 2006:** Motions for summary judgment on liability.

For any such motions, the parties shall file a consolidated brief on overlapping issues not to exceed 50 pages and may file individual briefs not to exceed 15 pages.

**August 7, 2006:** Oppositions to motions for summary judgment.

**August 21, 2006**: Summary judgment replies.

**September __, 2006:** Oral argument on summary judgment.

SO ORDERED.

_____
United States District Judge

\\\NY - 58559/0059 - 925757 v1