# KLINE & SPECTER
A PROFESSIONAL CORPORATION

---

Direct Fax: 215-735-0957
Respond to: Philadelphia Office

Donald.Haviland@klinespecter.com

January 31, 2006

**VIA LEXIS/NEXIS**

Honorable Marianne B. Bowler
**UNITED STATES DISTRICT COURT
 FOR THE DISTRICT OF MASSACHUSETTS**
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

      Re:    MDL 1456; *International Union of Operating Engineers, Local No. 68 Welfare Fund v. AstraZeneca Pharmaceuticals, L.P., et al.*; C.A. No.: C-193-03

Dear Magistrate Judge Bowler:

     As Judge Saris has taken jurisdiction respecting the Motion to Compel the Production of Documents by Plaintiff, International Union of Operating Engineers, Local No. 68 Welfare Fund, filed by Defendant, AstraZeneca Pharmaceuticals LP, the hearing previously scheduled by Your Honor on said Motion to be held on February 2, 2006 is now obviated.

                                            Respectfully submitted,

                                            Donald E. Haviland, Jr.

TAB:ks
Enclosures

G:\DEH\AWP MASTER - (200700)\AWP - NJ (200701)\Letters\Bowler, Judge 001 (2-2 hearing).wpd

PHILADELPHIA: 1525 LOCUST STREET • THE NINETEENTH FLOOR • PHILADELPHIA, PA 19102 • 215-772-1000 TELEPHONE • 800-597-9585 TOLL FREE TELEPHONE • 215-735-0957 FACSIMILE

NEW JERSEY: KLINE & SPECTER • 1800 CHAPEL AVENUE, SUITE 302 • CHERRY HILL, NJ 08002 • 856-662-1180 TELEPHONE • 856-662-1184 FACSIMILE
CO-MANAGING ATTORNEYS: ROBERT ROSS AND DONALD E. HAVILAND, JR.

NEW YORK: 230 PARK AVENUE, SUITE 2525 • NEW YORK, NY 10169 • 212-986-6200 X241 TELEPHONE • 800-916-8716 TOLL FREE TELEPHONE