UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *State of Nevada v. Abbott Labs., Inc. et al.,* Case No. CV02-00260 | |
| *State of Nevada v. American Home Products, et al.,* CA No. 02-CV-12086-PBS | |
| *State of Montana v. Abbott Labs., Inc., et al.* D. Mont. Cause No. CV-02-09-H-DWM | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, the undersigned, an attorney licensed to practice law in the Commonwealth of Massachusetts and in the United States District Court for the District of Massachusetts, respectfully moves that Jeniphr Breckenridge be admitted to practice before this Honorable Court for purposes of the above-noted case. This attorney is licensed to practice law in Washington.

According to the attached Certificate of Good Standing of Jeniphr Breckenridge:

1.      Is a member of the Bar in good standing in the jurisdiction, which she has been admitted to practice.

- 1 -

001534-15 86277 V1

- 2 -

2.  There are no disciplinary proceedings pending against her as a member of the Bar in any jurisdiction.

3.  She is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, I move that Jeniphr Breckenridge be admitted this 31st day of January, 2006.

By  **/s/ Thomas M. Sobol**
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Robert Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I, Thomas M. Sobol, an attorney, caused a true and correct copy of the foregoing, **MOTION FOR ADMISSION *PRO HAC VICE*** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on January 31, 2006, a copy to Lexis/Nexis File & Serve for Posting and notification to all parties.

By    **/s/ Thomas M. Sobol**
Thomas M. Sobol (BBO#471770)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

- 3 -

001534-15  86277 V1