UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *State of Nevada v. Abbott Labs., Inc. et al.,* Case No. CV02-00260 | |
| *State of Nevada v. American Home Products, et al.,* CA No. 02-CV-12086-PBS | |
| *State of Montana v. Abbott Labs., Inc., et al.* D. Mont. Cause No. CV-02-09-H-DWM | |

## CERTIFICATE OF GOOD STANDING

Jeniphr Breckenridge, an attorney with the firm of Hagens Berman Sobol Shapiro, LLP, 1301 Fifth Avenue, Suite 2900, Seattle, WA  98101, hereby certifies:

1.  I am a member of the Bar of the State of Washington;

2.  I am a member of the Bar in good standing in the jurisdiction in which I have been admitted to practice (*see* attached);

3.  There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction; and

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Under penalty of perjury this 31st day of January, 2006.

Respectfully submitted,

By _____
Jeniphr Breckenridge
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

## CERTIFICATE OF SERVICE

I hereby certify that I, Thomas M. Sobol, an attorney, caused a true and correct copy of the foregoing, **CERTIFICATE OF GOOD STANDING** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on January 31, 2006, a copy to Lexis/Nexis File & Serve for Posting and notification to all parties.

By  /s/ **Thomas M. Sobol**
Thomas M. Sobol (BBO#471770)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

001534-15 86278 V1

# CERTIFICATE OF GOOD STANDING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

I, Bruce Rifkin, Clerk of the United States District Court for the Western District of Washington, Do Hereby Certify that Jeniphr A. E. Breckenridge was admitted to practice in said Court on June 16, 1992 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on January 19, 2006.

Bruce Rifkin
Clerk

By _____
Deputy Clerk