# EXHIBIT 9

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

-oOo-

In Re: PHARMACEUTICAL

INDUSTRY AVERAGE WHOLESALE

PRICE LITIGATION

——————————————————                   MDL DOCKET NO.

CIVIL ACTION

01CV12257-PBS

THIS DOCUMENT RELATES TO:

ALL ACTIONS

——————————————————/

VOLUME I

DEPOSITION OF CHARLES DUARTE

NOVEMBER 15, 2005

CARSON CITY, NEVADA

REPORTED BY:  STEPHANIE ZOLKOWSKI CCR 283

COMPUTER-ASSISTED TRANSCRIPTION BY:  caseCATalyst

Duarte, Charles - Vol. I                    November 15, 2005
Carson City, NV

10

1    to reimburse them.

2        Q    Did either of these cases go to trial?

3        A    Not to my knowledge.  I left the State before

4    either of them may have gone to trial.  I wasn't sure

5    of their final outcomes.

6        Q    Have you ever testified at a trial before?

7        A    No, I have not.

8        Q    Have you ever provided legislative hearing

9    testimony?

10       A    Yes.

11            On a few occasions.

12       Q    What types of issues have you testified about

13   before the legislature?

14       A    Issues related to Medicaid and the other

15   program that I administered, the Nevada Check Up

16   Program, which is a State children's health insurance

17   program for the State of Nevada.

18       Q    Have you ever testified with respect to drug

19   reimbursement or drug rebate issues?

20       A    Yes.

21       Q    What sort of testimony have you provided with

22   respect to those issues?

Duarte, Charles - Vol. I

November 15, 2005

Carson City, NV

11

    A   Briefly described initiatives to increase

rebates and/or contain costs.

    Q   Let's start with the initiatives to contain

costs.

        How many times have you testified before the

legislature on initiatives to contain costs?

    A   I don't know the exact number.  Numerous

occasions over the last five years where I've done so.

    Q   Did you provide any legislative hearing

testimony while you were a Medicaid Director in

Hawaii?

    A   Yes.

    Q   Did you testify in Hawaii also about

containing Medicaid costs?

    A   Yes.

    Q   Did you testify in Hawaii also about

containing the cost of prescription drugs?

    A   Not specifically to my recollection.

    Q   On how many occasions have you testified

regarding initiatives to increase rebates for

prescription drugs?

    A   I don't know the exact number.  But perhaps

Duarte, Charles - Vol. I                    November 15, 2005

Carson City, NV

12

1    two or three.

2        Q     And are those instances where you've

3    testified regarding rebates, those also occurred here

4    in Nevada?

5        A     Yes.

6        Q     Have you ever worked on preparing legislative

7    testimony for someone else with regard to prescription

8    drug reimbursement issues?

9        A     Yes.

10       Q     Would you please describe your efforts in

11   that area.

12       A     I prepared testimony which discussed

13   primarily our cost saving initiatives in the Medicaid

14   pharmacy area and prepared testimony along that line.

15       Q     Who actually gave that testimony before the

16   legislature?

17       A     My boss, the Director of the Department of

18   Health and Human Services.  His name is Michael

19   Wilden.

20       Q     Have you ever provided testimony before the

21   legislature in connection specifically with AWP?

22       A     Not to my recollection.

Duarte, Charles - Vol. I                    November 15, 2005
                        Carson City, NV

13

1          Could I clarify that?

2     Q    **Sure.**

3     A    Only in the context that it was a part of the

4 overall discussion of cost containment.  The term was

5 used but the purpose of the testimony was not

6 specifically to discuss AWP.

7     **Q    Would this have been in connection with the**

8 **State's change in its definition of estimated**

9 **acquisition costs from AWP minus 10 percent to AWP**

10 **minus 15 percent?**

11    A    Yes.

12         In other context as well.

13    **Q    What other context?**

14    A    In terms of what we actually pay pharmacies

15 and how we do that.  On several occasions I have to

16 describe and redescribe to different legislative

17 bodies.

18    **Q    You say you need to describe to different**

19 **legislative bodies.**

20         **What legislative bodies have you testified**

21 **before?**

22    A    In this context?

Duarte, Charles - Vol. I                                November 15, 2005

Carson City, NV

14

1      **Q    In this context.  Yes.**

2      A    Let's see.  There's a standing committee of

3  the legislature during the interim session called the

4  Legislative Committee on Health Care.  There is or was

5  a standing committee in the 2002, excuse me, 2002-

6  2003, called the Committee on Persons With

7  Disabilities.  There is a standing interim body of the

8  legislature called Interim Finance Committee.

9         And it may have been discussed, although, I

10  can't recall specifically, in the Standing Committee,

11  I'm not sure it's still in existence, called the

12  Committee For Children, Youth and Families.

13         Then finally I provided testimony to the -- a

14  number of active legislative committees where I have

15  described previously are interim bodies that are in

16  operation during our biennial period which is between

17  legislative sessions.  Legislative sessions occurring

18  in the odd years from January to May approximately.

19         Of course, I have provided testimony in front

20  of a number of legislative bodies during the

21  legislative sessions in 2001, 2003 and 2005.

22      **Q   What legislative bodies have you provided**

Duarte, Charles - Vol. I                    November 15, 2005
Carson City, NV

15

1   testimony while legislature of was in session?

2        A    Joint Sub Committees on Finance and Ways and

3   Means.   The Joint Committee on Health and Human

4   Services.   Individual committies for the Senate and

5   the Assembly on Health and Human Services.

6            I believe that's the primary bodies where I

7   delivered testimony.

8        Q   With regard to your testimony before these

9   committees, is there a particular staff person or

10  staff people that you deal with on each committee?  Or

11  do you deal mostly directly with legislators?  How

12  does that work?

13       A   I deal with both.

14           On occasion the staff will be asked to work

15  with me prior to my presentations and have specific

16  questions in mind which they would like me to address.

17           On occasions I get requests from individual

18  legislators to present specific information.   On

19  occasion probably most often they'll just ask

20  questions as they come up and I answer to the best of

21  my ability.   Sort of like here.

22       Q   With regard to the Interim Committee on

Duarte, Charles - Vol. I                    November 15, 2005
Carson City, NV

16

1    Health Care is there a particular staff person on that

2    committee that you have dealt with with regard to your

3    testimony relating to reimbursement of prescription

4    drugs?

5         A    There have been several.   Particularly an

6    analyst named Marsheila Lyons.

7         Q    Is there anyone else on that committee that

8    comes to mind?

9         A    Not offhand.

10        Q    How about the Interim Committee on Persons

11   With Disabilities?   Is there a staff person or staff

12   people there who you have dealt with on the

13   prescription drug issue?

14        A    No.

15             Actually, I dealt more directly with the --

16   I'm sure they had a staff person.   But my dealings

17   were with the legislators.

18        Q    Is there a particular legislator who you

19   dealt with that on Committee?

20        A    I can't remember the chair.   I think it was

21   Dina Titus.   Senator Dina Titus.

22        Q    How about the Interim Finance Committee?   Is

Duarte, Charles - Vol. I                    November 15, 2005
                    Carson City, NV

17

1   there a staff person on that Committee you have dealt

2   with on prescription drug issues?

3        A    Steve Abba.

4        Q    A-b-b-a?

5        A    Yeah.

6        Q    Anyone's else?

7        A    No.

8        Q    The Interim Standing Commit te For Children

9   and Families, is there a particular person you dealt

10  with on prescription issues?

11       A    No.

12       Q    Is there a legislator on that Committee with

13  a particular interest in prescription drug interest --

14       A    Not to my knowledge.

15       Q    -- issues?

16       Turning to the committees during the

17  legislative session, is there a staff person on the

18  Joint Sub Committee on Finance and Ways and Means that

19  you dealt with in connection with testimony relating

20  to prescription drug issues?

21       A    Steve Abba.

22       Q    Anyone else?

Duarte, Charles - Vol. I                     November 15, 2005

Carson City, NV

18

1        A    No.

2        Q    How about the Joint Committee on Health and

3    Human Services?

4        A    Marshelia Lyons.

5        Q    Anyone else?

6        A    Not that I can recall.

7        Q    Would Marshelia Lyons also be your contact on

8    the individual committees on Health and Human

9    Services?

10       A    I can't recall who the staff people were

11   during the legislative session.  I'm sorry.

12       Q    In general are there particular legislators

13   who have a real active involvement on this

14   prescription drug reimbursement issue that you can

15   identify?

16       A    Can you kind of tell me, give me, some

17   context?  A number of them have been involved.  But

18   how do you mean?  To what extent?

19       Q    I guess I'm looking for -- I understand to

20   some extent all legislators may be involved in voting

21   on an issue --

22       A    Right.

Duarte, Charles - Vol. I                        November 15, 2005

Carson City, NV

19

1      Q    -- or are aware of it.  I don't know if there

2   are one or several legislators who really made the

3   prescription drug reimbursement issue a real issue for

4   them so that they contact you more than normal or

5   you're in communication with them more than you would

6   be with your ordinary legislators.

7      A    I think one was Senator Ray Rawson.  He's no

8   longer in the legislature.  The other is Assemblywoman

9   Ellen Koivisto.

10     Q    Could you spell that?

11     A    K-o-i-v-i-s-t-o, I believe.

12          And then finally in terms of active

13   involvement, Senator Barbara Cegavske.  Don't ask me

14   how to spell her name.  I think it's something like

15   C-e-g-a-v-s-k-e, I think.

16     Q    How about with the Governor's office?  Do you

17   ever prepare presentations for the Governor or staff

18   in the Governors' office?

19     A    Yes.

20     Q    Have you ever prepared presentations on

21   prescription drug price issues for either the Governor

22   or some of the Governor's staff?

Duarte, Charles - Vol. I

November 15, 2005

Carson City, NV

20

1    A    Not specifically pricing issues.

2    Q    **Have you prepared any presentations that**

3    **relate in some way to prescription drug reimbursement**

4    **issues?**

5    A    Yes.

6    Q    **On how many occasions have you prepared such**

7    **presentations?**

8    A    I can't recall the exact number.  Two or

9    three perhaps.

10    Q    **Are there people on the Governor's staff that**

11    **have served as principal contact with you on the**

12    **prescription drug reimbursement issue?**

13    A    Yes.

14         Primarily my contact is through the

15    Director's office.  He's direct report to the Governor

16    while I'm not.

17         So the people that we individual -- we

18    normally met with a gentleman named Michael Hillerby

19    and his predecessor Mary Bell Batcher, B-a-t-c-h-e-r.

20         Both -- she was and he is the Chief of Staff

21    for the Governor.

22    Q    **Has the Governor ever sat in on any of these**

Duarte, Charles - Vol. I                    November 15, 2005
                        Carson City, NV

21

1    presentations?

2         A    I don't recall.  I don't believe so.  I think

3    he probably walked in and walked out.

4              MR. DOVE:  Off the record.

5              (Discussion off the record.)

6              MR. DOVE:  Let's go back on the record.

7    BY MR. DOVE:

8         Q    Mr. Duarte, did you meet with your attorneys

9    in preparing for today's deposition?

10        A    Yes, I did.

11        Q    When did you meet?

12        A    Yesterday.

13        Q    Who was present at that meeting?

14        A    Mr. Terry and Miss Breckenridge.

15        Q    For how long did you meet?

16        A    Hour and a half.

17        Q    Did you look at any documents in preparation

18   for your deposition?

19        A    Yes, I did.

20        Q    What documents did you review?

21        A    A briefing memo from Miss Breckenridge to me

22   and some handouts that were associated with it.

Duarte, Charles - Vol. I                    November 15, 2005
                    Carson City, NV

49

1      A    No, I don't.

2      Q    What's your standard practice with regard to

3  documents that you get at seminars?

4      A    I generally send them to staff or people who

5  may find them of interest and I may have some around

6  the office.  But I don't routinely file them in a

7  seminar -- by seminar fashion.  So there may be some

8  in the office.

9           I generally try to give them to staff as a

10  way of providing them with information and training on

11  current issues.

12      Q    What professional organizations do you

13  participate in, if any?

14      A    National Association of State Medicaid

15  Directors.

16      Q    Any others?

17      A    I'm on a number of boards.  But they're not

18  professional associations specifically.

19      Q    Do any of the boards you serve on relate in

20  any way to prescription drug reimbursement?

21      A    Yes.

22      Q    Which boards?

Duarte, Charles - Vol. I                              November 15, 2005

Carson City, NV

50

1        A    The Public Employee Benefit Fund Board.

2        Q    **What is your role in the Public Employee**

3   **Benefit Fund Board?**

4        A    I am a board member.

5        Q    **How does your role as a board member relate**

6   **to prescription drug reimbursement?**

7        A    We occasionally deal with issues related to

8   the pharmacy benefit provided to state and local

9   employees who participate in the Public Employee

10  Benefit Plan.

11       Q    **Who pays for the pharmacy benefit for Nevada**

12  **State employees?**

13       A    The State and the employees themselves.

14       Q    **Does the State contract with a third party**

15  **administrator or --**

16       A    Yes.

17       Q    **What is that third party administrator?**

18       A    Catalyst RX.

19       Q    **I take it Catalyst RX is a third party**

20  **administrator that deals with the prescription drug**

21  **pharmacy benefit; is that correct?**

22       A    Yes.

Duarte, Charles - Vol. I                    November 15, 2005

Carson City, NV

51

1      Q    Is there a third party administrator that the

2   State is contracted with to deal with physician

3   administered drugs and the medical benefit?

4      A    Yes.  Benefit Planners.  They're the claims

5   administrator.

6      Q    Do you know if prescription drugs that the

7   State reimburses for in connection with the Public

8   Employee Benefit Fund, whether that reimbursement is

9   based on AWP?

10     A    I do not know.

11     Q    Who would know the answer to that?

12     A    Woody Thorn who is the Executive Officer for

13  the Public Employee Benefit Plan.

14     Q    In addition to the Public Employee Benefit

15  Fund do you serve on any other boards that involve in

16  any way issues relating to prescription drug

17  reimbursement?

18     A    No.

19     Q    In your position as board member of the

20  Public Employee Benefit Fund have you ever had

21  discussions with Woody Thorn about AWP?

22     A    Not to my recollection.

Duarte, Charles - Vol. I                                November 15, 2005
Carson City, NV

52

1        Q    Do you know if Woody Thorn is aware of the

2    lawsuit that the State of Nevada has filed that is the

3    subject of this deposition?

4        A    I don't know.

5             If I could go back, Woody and I have had

6    discussions about joint purchasing activities between

7    our different programs.

8             I don't recall whether we specifically

9    touched on AWP.  It's not an area that we have to deal

10   with when we work through a pharmacy benefit manager.

11       Q    When you say joint purchasing activities,

12   what do you mean by that?

13       A    Looking at the potential of similar benefit

14   administrator for a Medicaid pharmacy benefit and

15   public employee board benefit.

16       Q    So is there some exchange of information

17   between your Department, Division of Health Care

18   Financing and Policy, and the Public Employee Benefit

19   Fund?

20       A    No.  Not formally.

21       Q    But informally?

22       A    This occurred at the Governor's Drug Summit

Duarte, Charles - Vol. I                          November 15, 2005
                          Carson City, NV

53

1    in Las Vegas this summer where we had some discussion

2    about joint purchasing activity.

3         Q    You mentioned the Governor's Drug Summit in

4    Las Vegas.

5              What was that?

6         A    The Governor in the last State of the State

7    identified the need for the State to look at ways of

8    providing prescription drugs to its residents more

9    cost effectively and asked a number of policy makers

10   to get together and talk about initiatives that might

11   achieve that goal.

12             I was just one of the participants.

13        Q    Were there any handouts or other documents

14   either distributed or generated by the Governor's Drug

15   Summit?

16        A    Yes.

17        Q    I would certainly ask any documents from the

18   Governor's Drug Summit that relate to prescription

19   drug reimbursement issues or AWP or any of the other

20   issues that we have identified in our document

21   requests, that those documents be produced to us.

22             Who all participated in the Governor's drug

Duarte, Charles - Vol. I                    November 15, 2005
Carson City, NV

54

1    summit?

2        A   It's a list of probably close to a hundred

3    people.   I couldn't tell you who participated

4    entirely.

5        Q   Do you know if Mr. Terry participated?

6        A   No.  He did not.  Unless he snuck in.  I

7    don't think so.

8            MR. TERRY:  I'm not under oath.

9    BY MR. DOVE:

10       Q   We certainly would ask if a list of

11   participants at the Governor's Drug Summit exists it

12   be provided to us.

13           Do you know whether this lawsuit was

14   discussed at the Governor's Drug Summit?

15       A   I didn't hear it discussed.

16       Q   Was Woody Thorn present at the Governor's

17   Drug Summit?

18       A   Yes.

19       Q   Other than the Public Employee Benefit Fund

20   and Nevada Medicaid are there any other State agencies

21   or State affiliated groups that are involved in either

22   the purchase or reimbursement of prescription drugs?

Duarte, Charles - Vol. I                    November 15, 2005

Carson City, NV

55

1       A    Yes.

2       **Q    What are those entities?**

3       A    The Director of the Department of Health and

4    Human Services oversees a State pharmacy assistance

5    program called Senior RX.

6            Additionally, the number of other agencies

7    under the Department of Health and Human Services

8    purchase drugs for their beneficiaries.  I don't

9    believe they reimburse.  Well, they may actually.

10      **Q    So who -- which entities purchase drugs on**

11   **behalf of their beneficiaries?**

12      A    The Division of Mental Health and

13   Developmental Services which is the State Mental

14   Health Agency or authority for adults and for adults

15   and children in rural areas.

16           They have responsibility for providing care,

17   mental health treatment, in a variety of settings

18   including facilities and they do provide, I believe,

19   both outpatient and inpatient prescription drugs for

20   their patients.

21      **Q    It's your understanding that they purchase**

22   **those drugs themselves?**

Duarte, Charles - Vol. I                    November 15, 2005
                        Carson City, NV

56

1      A    Yes, they do.

2           Through a purchasing consortium.

3      **Q    In addition to the Division of Mental Health**

4  **and Developmental Services are there any other state**

5  **agencies or state affiliated groups that either**

6  **purchase prescription drugs or reimburse for**

7  **prescription drugs?**

8      A    The Division of Child and Family Services

9  operates a number of facilities.  Actually, I think

10 one inpatient facility and one treatment facility,

11 where I assume inpatient pharmaceuticals are provided.

12 I'm not totally certain with that.  I don't know how

13 they actually purchase those.

14          The Health Division administers a number of

15 clinics for children who are developmentally delayed

16 or severely disabled.

17          I don't know whether they actually provide

18 pharmaceutical prescription drugs to those patients in

19 those clinical settings.  They may.  I do not know for

20 sure.

21          Also, the Health Division is responsible for

22 the ADAP program, the Aids Drugs Assistance Program,

Duarte, Charles - Vol. I                              November 15, 2005
                        Carson City, NV

57

1    and so they actually purchase and reimburse for aids-

2    related treatment.  Drugs for aids-related treatment.

3        Q    Would representatives from each of these

4    entities have been present at the Governor's Drug

5    Summit in Las Vegas?

6        A    With the exception of Child and Family

7    Services there were representatives from Mental Health

8    as well as from the Health Division.  Also from the

9    Director's office representing the State Pharmacy

10   Assistance Program.

11       Q    Didn't mean to cut short your list.

12            Are there any other entities that are either

13   State agencies or affiliated in some way with the

14   State that either purchase or reimburse for

15   prescription drugs?

16       A    Not to my knowledge.

17       Q    Is there a Nevada bureau of prisons or

18   something?

19       A    Yeah.

20       Q    Would they --

21       A    I'm sure they do.  Yeah.  I'm just not

22   familiar with them.  They run their medical programs.

Duarte, Charles - Vol. I                          November 15, 2005
                         Carson City, NV

58

1      Q    How about the provision of prescription drugs

2   for Nevada's Native American population?   How does

3   that work?

4      A    I believe they do that directly.   I'm not

5   involved with the purchase or reimbursement of their

6   drugs.  I do provide reimbursement, pass through

7   reimbursement.   Whether it included any reimbursement

8   for prescription drugs, I'm not sure.

9      Q    Does the Public Employee Benefit Fund that

10  you mentioned, does that cover essentially all Nevada

11  State public employees, teachers, other government

12  workers or are there different funds for different

13  groups?

14     A    There are a few excluded groups or groups

15  that are not affiliated.   But for the most part they

16  cover Nevada's public employees.   The majority of the

17  employers, the State and local county agencies,

18  participate in PED.

19     Q    You mentioned the Governor's Drug Summit in

20  Las Vegas and the presence of representatives from at

21  least some of these entities at that Summit.

22         Are there other opportunities where

Duarte, Charles - Vol. I                    November 15, 2005
Carson City, NV

59

1    **representatives from Nevada Medicaid and some of these**

2    **other entities get together to discuss prescription**

3    **drug issues?**

4        A    Not specifically.

5            There are opportunities for the Division

6    administrators to get together on at least a monthly

7    basis.  Not specifically to discuss prescription drug

8    issues.

9        **Q    What are those opportunities that are**

10   **available for the directors to get together?**

11       A    We have a monthly administrators meeting with

12   the Director to talk about the Department and Agency

13   specific issues.

14           There is, of course, I forgot to mention, I'm

15   sorry, where a number of us are involved jointly in

16   preparing for implementation of the Medicare

17   Prescription Drug Plan Part D and so we have a number

18   of conference calls and planning meetings associated

19   with that.  None of which is really related to

20   purchasing but more of how we transition people that

21   we are responsible for to the Medicare Program.

22       **Q    Do you know where Catalyst RX is based?**

Duarte, Charles - Vol. I                         November 15, 2005
Carson City, NV

132

1      A    Yes.

2      Q    I would like to go back to some of those

3  agencies and ask you a few more questions about that.

4           You mentioned the State Pharmacy Assistance

5  Program.

6           Do you recall that?

7      A    Yes.

8      Q    Who is the head of the State Pharmacy

9  Assistance Program?

10     A    Mike Wilden is responsible overall for it.

11  But the manager for the State Pharmacy Assistance

12  Program is Laurie Olson, L-a-u-r-i-e.

13     Q    Is she the person who would be most

14  responsibile for the purchase and/or reimbursement of

15  prescription drugs for that program?

16     A    Yes.

17     Q    Is there anyone else at that program who

18  would be knowledgeable regarding the purchase or

19  reimbursement of prescription drugs?

20     A    Besides Laurie perhaps their vendor, Catalyst

21  RX.

22     Q    Have you ever spoken with Laurie regarding

Duarte, Charles - Vol. I                    November 15, 2005
                    Carson City, NV

133

1    the purchase or reimbursement of prescription drugs?

2        A    Yes.

3        Q    What did you discuss?

4        A    A variety of issues related to primarily to

5    Medicare Part D and its implementation.  Its enactment

6    and implementation.

7        Q    Is there any other issue you can recall

8    discussing with her relating to prescription drugs?

9        A    In general we talk -- we've had numerous

10   discussions about Medicaid policy in support of our

11   dual eligibles as they move toward the Medicare

12   benefit effective January 1st.  How we can continue to

13   provide them with certain excluded drugs including

14   barbiturates, benzodiazapene, over the counter

15   medications and to cover co-payments for those

16   individuals who participate in Medicare Part D and

17   currently do not pay co-payments.

18       Q    What's the organizational structure of the

19   State Pharmacy Assistance Program?  By that I don't

20   mean ever single position but just more generally who

21   do they report to within the larger State government?

22       A    They are a part of the Director's office.

Henderson Legal Services
(202) 220-4158

134

1    And I don't know who Laurie directly reports to.  It

2    may be Michael Wilden.  It may also be Mary Liveratti,

3    the Deputy Director of Health and Human Resources.

4        **Q    Is Mary Liveratti related to John Liveratti?**

5        A    Yes.

6        **Q    Husband and wife?**

7        A    Yes.

8        **Q    Who is the Division -- who is the head of the**

9    **Division of Mental Health and Developmental Services?**

10       A    The Administrator is Carlos Brandenberg,

11   B-r-a-n-d-e-n-b-e-r-g.

12       **Q    Is he the person who would have the most**

13   **knowledge regarding the purchase or reimbursement of**

14   **prescription drugs by the Division of Mental Health**

15   **and Developmental Services?**

16       A    I believe the individual who would probably

17   have the most knowledge is Dr. Emanuel Ebo, E-b-o.  He

18   is a doctor of pharmacy.  What's the designation?

19   Capital R Ph.D.

20       **Q    Other than Dr. Ebo is there anyone else at**

21   **the Division of Mental Health and Developmental**

22   **Services who you think would be knowledgeable about**

Duarte, Charles - Vol. I                                November 15, 2005

Carson City, NV

135

1      the purchase or reimbursement of prescription drugs?

2           A    Their medical director.  I can't remember his

3      name.  It will come to me.  I'm sorry.

4           Q    But his position is medical director?

5           A    Yes.

6           Q    Have you ever spoken with either Mr.

7      Brandenberg --

8           A    Actually, Dr. Brandenberg.

9           Q    Dr. Brandenberg or Dr. Ebo regarding, or the

10     medical director regarding, purchase or reimbursement

11     of prescription drugs?

12          A    More specifically I have spoken with Dr.

13     Brandenberg and Dr. Ebo about that.

14          Q    What sort of issues have you discussed with

15     them?

16          A    Utilization management procedures related to

17     the issuance of mental health drugs including anti-

18     convulsives, atypical and typical anti-psychotic

19     medications and anti-depressants.

20          Q    What department does Division of Mental

21     Health and Developmental Services fall under?

22          A    Department of Health and Human Services.

1      **Q      Again, Michael Wilden would be --**

2      A    Director.

3      **Q      -- responsible for overseeing that Division?**

4      A    Yes.

5           They're organized slightly different in that

6    Dr. Brandenberg is appointed by the Governor whereas

7    other administrators in the department are appointed

8    by the Director.  There's a little bit of different

9    line of authority there, at least in terms of

10   appointment.

11     **Q      Who is the head of the Division of Child and**

12   **Family Services?**

13     A    Currently they don't have an administrator.

14   Their Deputy Administrator is Diane Comeaux,

15   C-o-m-e-a-u-x.

16     **Q      Would she be the person most knowledgeable**

17   **regarding the purchase or reimbursement of**

18   **prescription drugs by that Division?**

19     A    I don't believe so.

20     **Q      Who would be the most knowledgeable person?**

21     A    Actually, I do not know.  Perhaps you might

22   want to put down Patty Merrifield.  P-a-t-t-y

Duarte, Charles - Vol. I                    November 15, 2005

Carson City, NV

137

1    M-e-r-r-i-f-i-e-l-d.

2        Q    Have you ever spoken with anyone at the

3    Division of Child and Family Services regarding

4    prescription drug issues?

5        A    Not that I recall.

6        Q    The Division of Child and Family Services,

7    does it also fall under the Department of Health and

8    Human Services?

9        A    Yes.

10       Q    Do you know who the head of Nevada Bureau of

11   Prisons is?

12       A    No, I do not.

13       Q    Do you know anyone at the Nevada Bureau of

14   Prisons who would be knowledgeable regarding the

15   purchase or reimbursement of prescription drugs?

16       A    You may want to -- I don't know the

17   individual's name but their Medical Director I'm

18   certain might know something about that or perhaps

19   their fiscal officer, their administrative services

20   officer.  I don't know their names.

21       Q    We discussed the Public Employees Benefit

22   Fund and Woody Thorn.

Duarte, Charles - Vol. I                    November 15, 2005
                     Carson City, NV

138

1          I believe you testified Woody Thorn would be

2    the person at that Fund most knowledgeable regarding

3    the purchase or reimbursement of prescription drugs;

4    is that correct?

5          A    Yes.

6          Q    Is there anyone else at the Fund who would be

7    knowledgeable regarding the purchase or reimbursement

8    of prescription drugs?

9          A    Perhaps his Deputy, Leslie Johnstone,

10   J-o-h-n-s-t-o-n-e.

11         Q    Anyone else?

12         A    Jim Wells, their Fiscal Officer.

13         Q    Are there any other agencies or State

14   affiliated organizations or entities that are involved

15   in the purchase or reimbursement of prescription drugs

16   to your knowledge?

17         A    Yes.

18         I previously testified the Health Division

19   administers the ADAP Program for the State of Nevada.

20         Q    Who is the head of that program?

21         A    I don't know the name of the individual in

22   charge of ADAP.  But the administrator and former I

Duarte, Charles - Vol. I                       November 15, 2005
                        Carson City, NV

139

1    think ADAP Chief would probably know.   The

2    Administrator is a gentlemen named Alex Haartz,

3    H-a-a-r-t-z.   The Deputy Administrator is a gentleman

4    named Richard Whitley, W-h-i-t-l-e-y.

5         Q    Would they be the persons most knowledgeable

6    regarding the purchase or reimbursement of

7    prescription drugs by that program?

8         A    Yes.

9         Q    Have you ever had discussions with either

10   those two individuals regarding the purchase or

11   reimbursement of prescription drugs?

12        A    Yes.

13        Q    What did you discuss?

14        A    I discussed some methodologies for

15   administering the ADAP program in a manner which might

16   assist them with some cash flow issues.

17        Q    Any other topics you discussed with them

18   regarding -- relating to prescription drug

19   reimbursement?

20        A    Use of pharmacy point of sales systems for

21   administration of 340 B price drugs.

22        Q    Anything else?

Duarte, Charles - Vol. I                     November 15, 2005
Carson City, NV

140

1        A    That's about it.

2        Q    You said the Health Division administers the

3    ADAP program.

4             Who overseas the Health Division?

5        A    Health Division is administered by Alex

6    Haartz.

7        Q    What department does the Health Division fall

8    under?

9        A    Health and Human Services.

10       Q    You also talked about certain state mental

11   health hospitals that purchase prescription drugs.

12            Would that all fall under the Division of

13   Mental Health and Developmental Services?

14       A    Or the Division of Child and Family Services.

15       Q    But both would still be under the larger

16   structure of the Department of Health and Human

17   Services?

18       A    That's correct.

19       Q    Are there any other state entities you can

20   think of that either purchase or reimburse for

21   prescription drugs?

22       A    Not to my knowledge.

1    the explanation for Mr. Netzer's review?

2         A    Program staff would have to provide

3    information to John Liveratti in response to any

4    questions related to State Plan Amendments.

5              I'm not sure which specific program staffer

6    addressed those specific concerns.

7         Q    Do you know if the State provided a similar

8    explanation with respect to the State Plan Amendment

9    reducing the prescription drug reimbursement rate to

10   AWP minus 15 percent?

11        A    I don't know.   I'm not sure if we were asked

12   the question.

13        Q    Just so I understand it, you're not always

14   required to provide an explanation but you are always

15   required to provide assurances that the access to care

16   standards are met?

17        A    Yes.   That is correct.

18             And I assume because the State Plan Amendment

19   reducing the discount of AWP was approved that

20   whatever we had done was sufficient for CFS to approve

21   it.

22             MR. DOVE:   I would like to mark as Exhibit

Duarte, Charles - Vol. I                              November 15, 2005

Carson City, NV

165

1    Duarte 008 a document entitled Minutes from the

2    Department of Human Resources Division of Health Care

3    Financing and Policy, Meeting For Public Comment on

4    Review for Nevada Medicaid State Plan Amendment 03-031,

5    dated May 7, 2003, bearing the bates label NV 04061 to

6    NV 04069.

7         (Exhibit Duarte 008 marked for identification.)

8    BY MR. DOVE:

9         **Q    What is this document, Mr. Duarte, if you**

10   **know?**

11        A    It looks like the minutes from our public

12   comment period related to this specific State Plan

13   Amendment.

14        **Q    You attended that particular meeting,**

15   **correct?**

16        A    Yes.

17        **Q    If I could direct your attention to the**

18   **fourth paragraph down on the first page where it says**

19   **that "Mr. Duarte indicated comments from this meeting**

20   **will be reviewed with the DHR Director Mike Wilden, as**

21   **well as the Governor and the governor's staff, for**

22   **impact on access to services and the state budget," do**

Duarte, Charles - Vol. I                    November 15, 2005

Carson City, NV

166

1    you see that?

2        A    Yes.

3        Q    Do you recall reviewing the comments from

4    this meeting with Mr. Wilden?

5        A    Yes.

6        Q    How did you go about reviewing the comments

7    with Mr. Wilden?

8        A    I went over the testimony and the context of

9    the testimony that was provided by attendees and

10   others that sent in their public testimony.  And at

11   the time I met with Mr. Wilden and Deputy Chief of

12   Staff at the time Michael Hillerby.  And I believe --

13   I'm not sure if the Governor was involved in this

14   discussion.

15        I had briefed them on concerns expressed by

16   specialist physicians that were treating children

17   regarding the changes in our reimbursed for physician

18   services and potential it may have on access to care.

19        Subsequently I was directed by the Governor

20   to increase reimbursements soon after this meeting.

21   Or not implement the changes and enact a reimbursement

22   policy that was consistent with current level of

Duarte, Charles - Vol. I                    November 15, 2005
                    Carson City, NV

167

1    reimbursement.

2        **Q    When you reviewed these comments with**

3    **Mr. Wilden and the Governor's staff you did that in a**

4    **face-to-face meeting with them?**

5        A    Yes.

6        **Q    Is that typically the way you review comments**

7    **from these meetings on State Plan Amendments?**

8        A    No.  It is not.

9            We knew this was going to be controversial as

10   it was significant reduction in reimbursement for

11   certain kinds of specialists, particularly those in

12   the surgical and radiologic arena, and wanted to make

13   sure that the Governor understood the impact of the

14   rate changes we were implementing.

15           After the discussion and review of testimony,

16   and actually I should say we already saw providers

17   dropping out of the program as a result of this

18   change, that the decision was made about six or eight

19   weeks later to revise the State Plan once again and

20   increase the reimbursement for these specialists who

21   were treating children.

22           I think there was a separate State Plan

Duarte, Charles - Vol. I

November 15, 2005

Carson City, NV

168

1   Amendment or we withdrew this one and submitted

2   another one.  I can't recall the process.

3       Q    Do you recall if there was a similar meeting

4   for public comment on the change in the drug

5   reimbursement rate from AWP minus 10 percent to AWP

6   minus 15 percent?

7       A    Not with the Governor's staff.  There was a

8   public hearing.

9       Q    After that public hearing did you meet with

10  anyone with regard to the result of that public

11  hearing?

12      A    My recollection, and I have to go back to the

13  records, my recollection was we actually met with the

14  Director and representative, I think I referred to

15  this meeting already in testimony, representatives of

16  Walgreens, the National Association of Chain Drug

17  Stores, the Nevada Retailers Association, prior to our

18  implementation of the revision in the discount policy

19  off of average wholesale price.

20          I can't remember -- I believe it was prior to

21  but I'm not certain.

22      Q    Do you recall meeting -- you said you met

Duarte, Charles - Vol. I                    November 15, 2005
Carson City, NV

216

1    the approval of the State Plan change.

2         Q    You testified that once it was agreed that we

3    would go ahead and make the change you develop draft

4    language and proceed on these various formal steps

5    towards enactment.

6              I want to focus on the first part.  Once it

7    was agreed you would go ahead and make the change, who

8    was involved in that initial decision to make the

9    change?  Is it just your decision or do you have a

10   small group of staff who you get together and agree is

11   this the right thing to do?  How is that initial

12   decision made?

13        A    There's no formal process for this.

14   Generally I get together with staff who have done the

15   analysis.  I go through the analysis with them to make

16   sure I understand its implications and impacts and

17   then direct them if appropriate to continue with the

18   full public process and State Plan Amendment.

19        Q    When, if ever, does the political process

20   enter into this?  Is there a time when you consult

21   with your connections in the legislature or in the

22   executive branch regarding whether they have any

Duarte, Charles - Vol. I                    November 15, 2005
Carson City, NV

217

1    **issues with this proposed change?  Is that done at the**

2    **Director of Human Resources level?  When does that**

3    **happen?**

4                MS. BRECKENRIDGE:  To clarify, are you

5    talking about the legislative process versus political

6    process?

7                I'm going to object to the political extent

8    it's immaterial, implies a partisan nature.

9                MR. DOVE:  I mean more than legislature.  I

10   also mean executive branch basically assuming at least

11   on some of these State Plan Amendments there are

12   considerations relating to whether this proposed

13   change would be acceptable by legislators and the

14   Governor.

15               THE WITNESS:  Yes.

16   BY MR. DOVE:

17       **Q    When does that enter into the process?**

18       A    Weigh that as part of deciding whether or not

19   to proceed with the State Plan Amendment and then

20   subsequently will inform the Director prior to

21   engaging in the full public process and submittal to

22   CFS if I believe it's necessary that he and/or the

Duarte, Charles - Vol. I                        November 15, 2005
                        Carson City, NV

218

1    Governor's office need to be involved.

2            Keep in mind that the executive branch is

3    separate from the legislative and, of course, has

4    authority to administer the program as it needs to

5    within its budget authority.

6            And while -- it's not necessary for us to

7    take these kinds of programs to the legislature for

8    approval during the interim, the interim between

9    legislative sessions, unless we believe that there's

10   something that they need to get involved with.

11           In this case we didn't believe this was

12   something they needed to be involved with.  We did

13   report this in 2003 session as an administrative

14   action to save money related to the pharmacy program.

15   As such we did report it to them.  But really was the

16   executive branch initiative.  The Director's office

17   was involved.  I can't say whether or not he informed

18   the Governor's office.  I assume so.

19       **Q   When you say you reported this in 2003, what**

20   **does that mean?  You testified at the legislature**

21   **about it?**

22       A   Yes.

Duarte, Charles - Vol. I                                    November 15, 2005
Carson City, NV

219

1          I believe we provided that to you in

2     documents where we presented information to the joint

3     money committees of the legislature regarding our

4     overall pharmacy initiatives.

5          **Q    Are you ever given directives from your**

6     **supervisor or for people in the executive branch who,**

7     **at a more senior level, to the effect of we need you**

8     **to do what you can to reduce prescription drug costs**

9     **as an example?  Is that the sort of directive you**

10    **might get from higher levels of the executive branch?**

11         MS. BRECKENRIDGE:  I'm going to allow him to

12    answer but we're going kind of far afield from the

13    Deposition Notice.

14         THE WITNESS:  Specifically to the request to

15    reduce prescription drug expenditures the answer is

16    no, I did not receive a specific order from my boss

17    the Director, Michael Wilden, or his predecessor or

18    the Governor's office to do so.

19         Yes, we have been directed particularly in

20    2002, to reduce overall expenditures by approximately

21    three percent in response to a shortfall of State

22    revenues associated with the impact on the economy of

Henderson Legal Services
(202) 220-4158

Duarte, Charles - Vol. I                November 15, 2005
                    Carson City, NV

220

1    911 and increase in our Medicaid case load which

2    resulted in us moving toward exceeding our budget

3    authority.

4    BY MR. DOVE:

5        Q    **So was this decrease in the reimbursement**

6    **rate one of several measures you enacted in an attempt**

7    **to address that three percent budget consideration?**

8        A    It wasn't specifically directed at that.

9             We had intentions of increasing the discount

10   already.  My recollection was that was already in the

11   works prior to the request by the Governor's office

12   for a three percent reduction.

13       Q    **If you turn to page NV 0018, please.**

14            **What's the Legislature Counsel Bureau?**

15       A    Legislature Counsel Bureau are staff to the

16   Nevada State Legislature.

17       Q    **They would have received a copy of this State**

18   **Plan Amendment?**

19       A    I assume so.  They routinely receive copies

20   of State Plan Amendments.

21       Q    **If you could turn with me to NV 00191.**

22            **The first paragraph of that first full**

Henderson Legal Services
(202) 220-4158

Duarte, Charles - Vol. I                              November 15, 2005
                      Carson City, NV

221

1    paragraph on this page states that "The next step in

2    restructuring the pharmacy program is a reduction in

3    the pharmacy reimbursement from average wholesale

4    price minus 10 percent to AWP minus 13 to 15 percent.

5    Our staff is scheduled to negotiate the reimbursement

6    with the National Association of Chain Drug Stores and

7    retail representatives at the end of May.  The

8    reduction target date is July 1, 2002."

9           Do you see that?

10   A    Yes.

11   Q    It says in there --

12          Let me turn back.

13          This appears to be a draft email from you to

14   Michael Wilden and Steve Abba of the Legislative

15   Counsel Bureau.

16          At the time this email was drafted I take it

17   you had not yet decided whether the final discount

18   would be AWP minus 13 or AWP minus 15 percent; is that

19   correct?

20   A    That's correct.

21   Q    How did you arrive at AWP minus 15 percent as

22   opposed to AWP minus 13 percent?