# EXHIBIT 10

10/19/2005 BUSKA, Jeff V.1

```
1          THE UNITED STATES DISTRICT COURT
2          FOR THE DISTRICT OF MASSACHUSETTS
3                     ---oOo---
4
5
6   In re: PHARMACEUTICAL,            MDL DOCKET NO.
7   INDUSTRY AVERAGE WHOLESALE        CIVIL ACTION
8   PRICE LITIGATION                  01CV12257-PBS
9   _____
10
11  THIS DOCUMENT RELATES TO:
12  ALL ACTIONS
13  _____
14                  Volume I
15           DEPOSITION OF JEFF BUSKA
16                 Taken at:
17               Law offices of
18     Gough, Shanahan, Johnson & Waterman
19          33 South Last Chance Gulch
20               Helena, Montana
21               October 19, 2005
22                  9:00 a.m.
```

**10/19/2005 BUSKA, Jeff V.1**

1   is on our Web site for the department.
2       Q.   Is it accurate, to the best of your
3   knowledge?
4       A.   To the best of my knowledge, yes.
5       Q.   And looking at the first page that I have,
6   it says Program Organizational Chart.  I see your
7   position --
8       A.   This one, okay.
9       Q.   -- as senior Medicaid policy coordinator.
10      A.   Yes.
11      Q.   And then I see the various boxes below it,
12  divisions.  Again, which are the divisions that handle
13  reimbursement for prescription drugs, whether they be
14  pharmacy or physician administered?
15      A.   Health Resources Division.
16      Q.   And the Addictive and Mental Disorders
17  Division?
18      A.   The Addictive and Mental Disorders
19  Division has the financial responsibility for the
20  mental health services plan, but the administration of
21  the claims processing is with the staff of the Health
22  Resources Division.  They do a cooperative effort in

10/19/2005 BUSKA, Jeff V.1

1   the administration of that program.
2       Q.   Any other division that's on the same
3   parallel line that handles reimbursement for
4   prescription drugs currently?
5       A.   For Medicaid, no.
6       Q.   What about that handles reimbursement for
7   prescription drugs other than Medicaid?
8       A.   In the Health Resources Division, there is
9   a program that is for children with special healthcare
10  needs, and that I'm aware, they pay for prescription
11  drugs.  There's also a program for the end-stage renal
12  disease program that pays for prescription drugs.
13      Q.   Neither of those are Medicaid programs?
14      A.   They are not Medicaid programs, no.
15      Q.   Do you know the methodology by which they
16  reimburse for those prescription drugs?
17      A.   No, I do not know the specifics of how
18  they're reimbursed for it.
19      Q.   According to this chart, Joan Miles is the
20  current department director of DPHHS.
21      A.   That is correct.
22      Q.   How long has she held that position?