# EXHIBIT 13

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**CERTIFIED COPY**

*****************************************

IN RE PHARMACEUTICAL INDUSTRY AVERAGE) MDL NO. 1456

WHOLESALE PRICE LITIGATION             ) CIVIL ACTION:

----------------------------------------) 01-CV-12257-PBS

THIS DOCUMENT RELATES TO STATE OF       )

NEVADA V. ABBOTT LABORATORIES, Et al,)

Case No. 02-CV-00260 (Nevada I) and    )

STATE OF NEVADA V. AMERICAN HOME        )

PRODUCTS, et al., Case No.              )

02-CV-12086-PBS (Nevada II)             )

*****************************************

DEPOSITION OF CHRISTOPHER THOMPSON

CARSON CITY, NEVADA

BE IT REMEMBERED that on Friday, the 6th day of January, 2006, at the hour of 9:05 a.m., at the offices of the Attorney General, 198 N. Carson Street, Carson City, Nevada, before me, CINDY LEE BROWN, a notary public, personally appeared CHRISTOPHER THOMPSON, who was by me first duly sworn, and was examined as a witness in said cause.

1  way.
2          As far as them coming up, if it was a major
3  issue, you know, if it was something that the staff
4  thought was major, that they'd bring it up to me.
5  And I don't recall ever getting something like that.
6      Q.   Just so I understand, so it's possible that
7  there were complaints, but they just didn't come to
8  your attention; is that correct?
9      A.   It's possible.
10     Q.   Were there ever concerns about the cost of
11 the Medicaid program?
12     A.   There were always concerns about the cost
13 of the Medicaid program.  There always will be
14 concerns about the cost of the -- I mean, going back
15 to, going back to 1991, there were always concerns,
16 even as Nevada was the, either forty-ninth -- in
17 fact, we were absolutely the fiftieth state as far as
18 cost per capita going back to 1991, by far.
19     Q.   When you say -- you mean, you're the lowest
20 cost per capita or the highest?
21     A.   By far the lowest cost.
22     Q.   Were you under any pressure to reduce

Christopher Thompson                                    January 6, 2006
                       Carson City, NV

                                                                    57

1   expenditures for the Medicaid program?
2       A.   Well, there was always pressure to do that.
3   There was -- at the same time we were -- we came in
4   at a point where we were generating a lot of revenue
5   that was offsetting some of the costs of Medicaid.
6   So there was always pressure.  There was always
7   difficulty with the budgets and so on, but at the
8   same time, we were in a bit of a good period compared
9   to, go back to late eighties and so on.
10      Q.   And where would that pressure come from?
11  The Governor's office?  The Legislature?
12      A.   Both, Governor's office, budget office,
13  Legislature.  I mean, from the Governor's office and
14  the budget office, it was really more so in
15  establishing the budget, and the Legislature just
16  depended on the individuals. Sometimes it was -- you
17  know, it was always something.  It was the budget.
18  It was also providing the appropriate service.  That
19  was balancing between this.
20      Q.   Were there any specific concerns expressed
21  by the Legislature or the Governor's office about the
22  cost of prescription drugs under the Medicaid

                                                                       58

1   program?

2       A.   I don't recall anything as far as the cost

3   of prescription drugs.  Let me just backtrack on that

4   as I say that.  The one place where I do recall some

5   concerns about prescription drugs and the cost of

6   prescription drugs was regarding the cost for the

7   mentally disabled.  And I do recall some specific

8   discussions both about the types of drugs that were

9   included in the formularies and the cost for those

10  drugs.

11      Q.   What, if any, cost-saving measures did the

12  State consider while you were the director?

13           MS. BRECKENRIDGE:  Objection.

14           THE WITNESS:  Are you saying overall or as

15  it relates to --

16  BY MR. LITOW:

17      Q.   Did you consider, for example, using a

18  preferred drug list for drugs or using a MAC pricing,

19  M-A-C?

20      A.   During that time the primary focus was on

21  moving people into managed care, and as a result,

22  essentially, shifting out of the issues of direct