# EXHIBIT 14

FILE No.914 03/26 '02 09:35  ID:DPHHS                    FAX:406 444 1970        PAGE  3/  6

# MEMORANDUM

**TO:**        Department Directors

**FROM:**    Barbara Ranf
             Chief of Staff

**RE:**        Administrative Rulemaking Procedures

**DATE:**    November 27, 2001

In light of a recent inquiry concerning the role of the Governor's Office in the administrative rulemaking process, this is intended to clarify the appropriate procedures.   From a historical perspective, it is my understanding that Governor Stephens initiated a process that involved the submission of proposed administrative rules to the Governor's Office for approval.  It is also my understanding that, while Governor Racicot requested that proposed rules be submitted for Governor's Office review, there was no formal "approval" mechanism involved.

It is Governor Martz's policy that all agencies should submit two (2) copies of proposed rule packages to the Chief of Staff for review. The Governor would also like to see a very short transmittal cover drafted either by yourself or the rule reviewer that briefly describes any areas of potential controversy that might reasonably be anticipated as a consequence of the rulemaking. This does not need to be a lengthy document, and in some cases may consist of nothing more than a statement that no controversy is anticipated.

I realize that you are often working under substantial time constraints in putting rule packages together and this process is not intended to, nor should it in actual practice, result in any delays.  Rather, I would simply anticipate that, when the rule packages are presented to you for your approval, two copies of the package can be transmitted to my attention here.  Unless you are contacted directly by this office, you can assume that the rulemaking process can proceed accordingly.

Thank you for your attention to this and please let me know if you have any questions or concerns.

**MT 013543**