# EXHIBIT 15

# MONTANA TASK FORCE MEETING
## FEBRUARY 10, 2003
## HOLIDAY INN, DOWNTOWN

## REVISED AGENDA

3:00   Welcome and Introductions

   Presentations as participants arrive. Committees are meeting.

   - Steve Snezik, Policy Advisor, Governor's Office
   - Jim Smith, Montana Pharmacy Association
   - Dan Peterson, Medicaid Director  [Scheduled for 3:30]
   - Senator Fred Thomas, Majority Leader
   - Senator Bob Keenan, President of the Senate
   - Representative John Brueggeman, House Majority Whip

5:00   Closing Discussion

5:30   Reception, Silver Star Steakhouse

6:30   Dinner, Silver Star Steakhouse

MT 013845