# EXHIBIT 19

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CERTIFIED COPY

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

IN RE PHARMACEUTICAL INDUSTRY AVERAGE) MDL NO. 1456

WHOLESALE PRICE LITIGATION            ) CIVIL ACTION:

------------------------------------) 01-CV-12257-PBS

THIS DOCUMENT RELATES TO STATE OF    )

NEVADA V. ABBOTT LABORATORIES, Et al,)

Case No. 02-CV-00260 (Nevada I) and  )

STATE OF NEVADA V. AMERICAN HOME     )

PRODUCTS, et al., Case No.           )

02-CV-12086-PBS (Nevada II)          )

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEPOSITION OF PATRICK CATES

Thursday, December 22, 2005

BE IT REMEMBERED that on Thursday, December 22, 2005,

at the hour of 9:10 a.m. of said day, at the offices

of the Attorney General, 198 North Carson Street,

Carson City, Nevada, before me, Lesley A. Clarkson,

certified court reporter, personally appeared PATRICK

CATES, who was by me first duly sworn and was examined

as a witness in said cause.

Patrick Cates                                              December 22, 2005
Carson City, NV

43

1    Q.    And then moving down that row, you see a

2    number 11,057,345.  Do you see that number?

3    A.    Yes.

4         MS. BRECKENRIDGE:  Which line are you on?

5         THE WITNESS:  Line 7.

6         MR. LITOW:  Line 7, third column.

7         MS. BRECKENRIDGE:  I'm sorry.

8    BY MR. LITOW:

9    Q.    And it says HCFA 64 quarter end 12/31/99.

10   Do you see that header?

11   A.    Yes.

12   Q.    What does this number represent, this 11

13   million?

14   A.    That should have been actual expenditures

15   for the quarter ending December '99.

16   Q.    And then the next number would be

17   expenditures for the quarter ending March 31, 2000;

18   is that correct?

19   A.    Yes.

20   Q.    I'd like to direct your attention now to

21   the next row, which is 7A, drug rebate.  Do you see

22   that?

Patrick Cates                                           December 22, 2005

Carson City, NV

44

1      A.    Yes.

2      Q.    Does this particular row represent the

3   amount of drug rebates received by the state?

4      A.    Yes, that's correct.

5      Q.    So since this document is identifying

6   expenditures, money received, and has a parentheses

7   around it; is that correct?

8      A.    I'm sorry, would you repeat the question?

9      Q.    Some of the numbers in this row are

10  parenthesized. Do you see that?

11     A.    Yes.

12     Q.    That's to represent a positive accumulation

13  of money funds to the budget?

14     A.    Money received in, yeah, it's an offset to

15  expenditures.

16     Q.    So starting with the first column,

17  according to this document the state received

18  $7,727,267 in drug rebates in the fiscal year '99; is

19  that correct?

20     A.    That's correct.

21     Q.    And $4,863,879 in the fiscal year 2000; is

22  that correct?

Patrick Cates                                    December 22, 2005

Carson City, NV

45

1      A.    That's correct.

2      Q.    And then it appears that -- strike that.

3            Are there any other rows on here that

4   relate to prescription drug reimbursement or rebates

5   other than 7 and 7A?

6            MS. BRECKENRIDGE:  Objection.

7            THE WITNESS:  No, I don't believe so.

8   BY MR. LITOW:

9      Q.    How about physicians, do you know what that

10  particular row would refer to?

11     A.    It's all payments to physicians.

12     Q.    But payments, reimbursement to physicians

13  for physician-administered drugs, do you know whether

14  that would fall in that particular row or the drug

15  row?

16     A.    I don't know.  I don't know.  I would think

17  it would fall under the physicians, but I don't know

18  that for sure.  It should.  When I think about how we

19  accumulate that, it should include drug payments to

20  physicians.

21     Q.    I'm sorry, in which one?

22     A.    In physicians.

Patrick Cates                                    December 22, 2005

Carson City, NV

59

1            MS. BRECKENRIDGE:  Objection.

2            THE WITNESS:  I don't, I see the summary

3    reports for drug rebates.  I'm not entirely sure the

4    detail.  I know we have the invoices that we send out

5    that do list the drugs, and I believe those are

6    received back with a check in total.  Beyond that, I

7    don't know.

8    BY MR. LITOW:

9        Q.    How is the rebate money that the state

10   receives allocated?

11       A.    How is it allocated?

12       Q.    Is it sent to the general Medicaid fund

13   that you described earlier, or is there some other

14   fund, some other budget?

15       A.    No, it's put in the Medicaid budget.  We

16   have a category in our budget that we call off line.

17   That's where we put anything related to medical

18   expenditures that isn't tied to a specific recipient

19   or claim, and it's shown as a negative, as a

20   reduction to expenditures to offset medical

21   expenditures.

22       Q.    So it's put under the general Medicaid

Patrick Cates                                    December 22, 2005

Carson City, NV

60

1   budget; is that correct?

2        A.    Yes.

3        Q.    And my understanding was that that's the

4   same budget from which funds to pay providers are

5   taken; is that correct?

6        A.    That's correct, yes.

7        Q.    How about federal matching funds, how are

8   they allocated?  Are they sent into the same general

9   Medicaid budget when they are received, or is there

10  some other --

11       A.    They go into the same budget, yes.

12       Q.    Has that always been the case, to your

13  knowledge?

14       A.    To my knowledge, yes.

15             MR. LITOW:  If we could take about a five-

16  minute break at this point.

17             (Recess taken.)

18             MR. LITOW:  Back on the record.

19  BY MR. LITOW:

20       Q.    Mr. Cates, I believe you testified earlier

21  that Doug Perry had done some work with Miss Lawrence

22  regarding the state plan amendment, changing the