# EXHIBIT 20



**HAGENS BERMAN
  SOBOL SHAPIRO LLP**

JENIPHR A.E. BRECKENRIDGE
DIRECT • (206) 224-9325
JENIPHR@HBSSLAW.COM

September 30, 2005

**Via Facsimile**

Mr. Jason Litow
Mr. Ron Dove
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC  20044-7566

    Re:   Nevada AWP Litigation

Dear Jason:

    We have reviewed your September 23, 2005 letter to prepare for today's telephone conference. We have an important correction to your account of last week's call. The State of Nevada did *not* agree to search for and produce pre-991 information. We indicated that due to State document and retention policies, it is unlikely that such documents would still exist. We agreed to accept a list of specific pre-1991 documents defendants in which defendants are interested and to *consider* searching for those specific documents alone. Similarly, the State did *not* agree to produce "any other relevant reports or documents discovered n the course of the search for an identified report." I have confirmed this recollection of the call with David Nalven.

    The State's position regarding pre-1991 discovery has not changed. Any agreement to produce information from the earlier time period must be bilateral.

    Sincerely,

HAGENS BERMAN SOBOL SHAPIRO LLP

Jeniphr A.E. Breckenridge

cc:   David Nalven
       L. Timothy Terry

SEATTLE   LOS ANGELES   CAMBRIDGE   PHOENIX   CHICAGO
ATTORNEYS AT LAW
T 206.623.7292   F 206.623.0594
www.hagens-berman.com

1534.13 0063 LTR.DOC