# EXHIBIT 23



JENIPHR A.E. BRECKENRIDGE
DIRECT • (206) 224-9325
JENIPHR@HBSSLAW.COM

**HAGENS BERMAN
SOBOL SHAPIRO LLP**

December 9, 2005

<u>*Via E-Mail*</u>

Mr. Ron Dove
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC  20044-7566

    Re:   <u>*Nevada AWP Litigation*</u>

Dear Ron:

    The State of Nevada will search a discrete number of email accounts for email that may be responsive to defendants' outstanding discovery.  The State will work in collaboration with defendants to determine the Medicaid employees whose files will be searched.  We will search the email based on search terms to be provided by defendants, subject to approval by the State and its counsel.

    Defendants should understand that there are time and resource costs associated with such searches.

    Please contact us so we can discuss the parameters of the searches.

                             Sincerely yours,

                             HAGENS BERMAN SOBOL SHAPIRO LLP

                           *[sent via electronic delivery]*

                           Jeniphr A.E. Breckenridge

ATTORNEYS AT LAW        SEATTLE   LOS ANGELES   CAMBRIDGE   PHOENIX   CHICAGO
T 206.623.7292   F 206.623.0594
1301 FIFTH AVENUE   SUITE 2900   SEATTLE, WASHINGTON 98101
www.hagens-berman.com