# EXHIBIT 27

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

-oOo-

| | |
|---|---|
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation | MDL No. 1456<br>Civil Action No.<br>01-CV-12257-PBS |
| This Document Relates to State of Nevada v. Abbott Laboratories, et al., (Nevada I), and | CA No. 02-CV-00260-ECR |
| State of Nevada v. American Home Products, et al., | CA No.02-CV-12086-PBS (Nevada II) |

VOLUME 1 OF THE DEPOSITION OF

COLEEN LAWRENCE

August 15, 2005

Carson City, Nevada

REPORTED BY:   DEBORAH MIDDLETON GRECO, CCR #113, RDR, CRR

```
 1   general level, I mean, the pharmacy enters its information, and
 2   it goes to this point of sale system.
 3           Where do the computers for the point of sale system,
 4   are they at First Health's headquarters, or are they here at
 5   Nevada Medicaid?
 6       A   I'm not sure where the server itself is based.
 7       Q   Yes.
 8       A   But it is -- we acquired it through a contract with
 9   First Health Services, and so all the programming of the system
10   is done through First Health, managed by the state of Nevada
11   Medicaid.
12       Q   Where is -- I mean, physically where is the data
13   itself?
14       A   I don't know where the servers are physically located.
15   They are in Virginia or Arizona.
16       Q   Do you have -- does Nevada Medicaid have access to
17   this data whenever it wants?
18       A   Yes.  It's Nevada's data.
19       Q   So Nevada owns the data, but First -- as I understand,
20   but First Health as your fiscal agent helps administer the data,
21   manage the data; is that correct?
22       A   Correct.
```