IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO<br>*State of Nevada v. Abbott Labs., Inc. et al.*,<br>      Case No. CV02-00260 (Nevada I),<br><br>*State of Nevada v. American Home Products, et al.*,<br>      CA No. 02-CV-12086-PBS (Nevada II), and<br><br>*State of Montana v. Abbott Labs., Inc., et al.*<br>      CA No. 02-CV-12084-PBS | |

**[PROPOSED] CASE MANAGEMENT ORDER NO. [23]**

February __, 2006

Saris, U.S.D.J.

Case Management Order No. 15 is amended as follows:

1. Plaintiffs shall complete document production by February 28, 2006.

2. The fact discovery cut-off date is March 31, 2006.

3. Plaintiffs shall file any expert reports on liability issues by April 14, 2006.

4. Defendants shall file any expert reports on liability issues by May 5, 2006.

5. With respect to any motions for summary judgment, briefing will proceed according to the following schedule:

| | |
|---|---|
| Motions for Summary Judgment | May 5, 2006 |
| Oppositions to Motions | June 2, 2006 |
| Replies | June 16, 2006 |

Sur-replies	June 30, 2006

Hearing	July __, 2006

**SO ORDERED**

_____
United States District Judge