UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 |
| ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO *State of Nevada v. Abbott Labs., Inc., et al.,* Case No. CV02-00260 (Nevada I) and *State of Montana v. Abbott Labs., Inc., et al.,* CA No. 02-CV-12084-PBS[1] ) ) ) ) ) ) ) |  |

### ORDER
February __, 2006

Saris, U.S.D.J.

Presently before the Court is Defendants Baxter International Inc. and Baxter Healthcare Corporation's Motion for Reconsideration of Order Denying Joint Motion to Amend CMO 15.

Upon consideration of the foregoing motion and the entire record herein,

IT IS HEREBY ORDERED as follows:

That Defendants Baxter International Inc. and Baxter Healthcare Corporation's Motion for Reconsideration of Order Denying Joint Motion to Amend CMO 15 with Respect to Baxter is hereby GRANTED;

AND IT IS FURTHER ORDERED

That the schedule set forth in CMO 15 is hereby amended as to Baxter as follows:

- Fact discovery cutoff date: June 1, 2006;

- Plaintiffs to file any expert reports on liability issues: July 20, 2006;

- Baxter to file any expert reports on liability issues: September 7, 2006;

---

[1] Baxter is not a defendant in *State of Nevada v. American Home Products, et al.,* CA No. 02-CV-12086-PBS (Nevada II).

- 1 -

- With respect to any motions for summary judgment, briefing will proceed according to the following schedule:

| | |
|---|---|
| Motions for Summary Judgment | September 21, 2006 |
| Oppositions to Motions | October 19, 2006 |
| Replies | November 2, 2006 |
| Sur-replies | November 16, 2006 |
| Hearing | November 30, 2006 |

SO ORDERED.

_____
PATTI B. SARIS
United States District Judge