## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | : : : : | MDL No. 1456 |
| | : | Civil Action: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS. | : : : | Judge Patti B. Saris |

### NON-PARTY AMERISOURCEBERGEN CORPORATION'S MOTION FOR LEAVE TO FILE UNDER SEAL

Non-party AmerisourceBergen Corporation ("ABC"), by and through its counsel, respectfully moves this Court for leave to file ABC's Response to MDL Plaintiffs' Motion to Compel and ABC's Supporting Memorandum of Law to its Response to MDL Plaintiffs' Motion to Compel under seal.

1. Pursuant to Paragraph 14 of the Protective Order (Dec. 13, 2002), the parties may designate documents "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL."

2. MDL Plaintiffs designated Exhibits 2 and 16 as deposition testimony designated as HIGHLY CONFIDENTIAL. MDL Plaintiffs have also cited to testimony in their Motion and/or Supporting Memorandum likewise designated as HIGHLY CONFIDENTIAL. In response to the contentions of MDL Plaintiffs, ABC referenced deposition testimony from both of those exhibits and cited to such testimony in its Response. Moreover, Exhibit 16 to Plaintiffs' Memorandum is also an exhibit in ABC's Response.

WHEREFORE, ABC respectfully requests that this Court grant them leave to file its Response herein, under seal, and all other relief that this Court deems just and proper.

                Respectfully submitted,

Dated: January 31, 2006        By:    /s/ Nathan R. Soucy
                                         Nathan R. Soucy (BBO # 660914)
                                         **COHN WHITESELL & GOLDBERG LLP**
                                         101 Arch Street, 16th Floor
                                         Boston, MA  02110
                                         (617) 951-2505
                                         (617) 951-0679 (facsimile)
                                         soucy@cwg11.com

                                         Steven E. Bizar (PA I.D. No. 68316)
                                         Sloane S. Perras (PA I.D. No. 93152)
                                         Meredith Meyers LeConey (PA I.D. No 91087)
                                         **BUCHANAN INGERSOLL, P.C.**
                                         Eleven Penn Center
                                         1835 Market Street, 14th Floor
                                         Philadelphia, Pennsylvania 19103-2985
                                         (215) 665-8700
                                         (215) 665-8760 (facsimile)

                                         Attorneys for Third-Party
                                         AmerisourceBergen Corp.,
                                         (Third-party to the underlying litigation)

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the on the Notice of Electronic Filing on this 31st day of January, 2006.

    /s/ Nathan R. Soucy
Nathan R. Soucy (BBO # 660914)
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street, 16th Floor
Boston, MA  02110
(617) 951-2505