

DAVID S. NALVEN
DIRECT (617) 475-1953
davidn@hbsslaw.com

February 1, 2006

**BY ECF**

Honorable Marianne B. Bowler
United States District Court
For The District of Massachusetts
John Joseph Moakley United States Courthouse
One Courthouse Way, Suite 8420
Boston, MA 02210

    Re:    In Re Pharmaceutical Industry AWP Litigation
                MDL No. 1456

Dear Magistrate Judge Bowler:

      We represent the plaintiffs in this proceeding. Tomorrow, the Court is scheduled to hear motions concerning discovery sought against four absent class member Massachusetts health plans. In preparation for the hearing, I am writing to notify the Court of certain pleadings recently filed or served by the health plans, including as recently as this afternoon.

      The motions concern discovery of four Massachusetts health plans:

- Tufts Associated Health Plans, Inc.
- Neighborhood Health Plan, Inc.
- Fallon Community Health Plan, Inc.
- Harvard Community Health Care, Inc.

      The pleadings recently filed include the following:

*Document 2083.* Affidavit of Daniel M. Concaugh (Fallon), filed January 26, 2006.

*Document 2084.* Affidavit of Kevin C. McGovern (Fallon), filed January 26, 2006.

*Document 2085.* Affidavit of Leslie Fish (Fallon), filed January 26, 2006.

ATTORNEYS AT LAW
T 617.482.3700   F 617.482.3003
SEATTLE   LOS ANGELES   CAMBRIDGE   PHOENIX   CHICAGO
ONE MAIN STREET - FOURTH FLOOR - CAMBRIDGE, MASSACHUSETTS 02142
www.hbsslaw.com

Honorable Marianne B. Bowler
February 1, 2006
Page 2

> *Document 2089*.  Non-Party Neighborhood Health Plan, Inc.'s Motion for Leave to File Supplemental Affidavit in Support of Motion for Protective Order and to Quash Subpoena from Defendant Dey, Inc., filed January 27, 2006.
>
> *Document 2109*.  Non-Party Tufts Associated Health Plans, Inc.'s Motion for Leave to File Supplemental Affidavits in Support of Its Motion for Protective Order, filed February 1, 2006.
>
> *Document 2110*.  Affidavit of James Roosevelt, Jr. in Support of Non-Party Tufts Associated Health Plans, Inc.'s Motion for Protective Order, filed February 1, 2006.
>
> *Document 2111*.  Affidavit of Miriam Sullivan in Support of Non-Party Tufts Associated Health Plans, Inc.'s Motion for Protective Order, filed February 1, 2006.

In addition, the following pleadings, although also recently filed, were scheduled for hearing tomorrow:

> *Document 2091*.  Non-Party Fallon Community Health Plan, Inc.'s Motion to Quash the Subpoena of Defendant Dey, Inc.
>
> *Document 2092*.  Non-Party Fallon Community Health Plan, Inc.'s Memorandum of Law in Support of Its Motion to Quash the Subpoena of Defendant Dey, Inc.

Finally, although not filed, the following objection to production, submitted herewith, was served in this proceeding and is related to these motions:

> *Harvard Pilgrim Health Care*.  Harvard Pilgrim Health Care, Inc.'s Objections to the Third Subpoena issued by Abbott Laboratories, served January 7, 2006.

Respectfully yours,

**/s/ David S. Nalven**

David S. Nalven

DSN:cr
Enclosure

cc:   Counsel for Parties (by LexisNexis File & Serve)
      Counsel for Massachusetts Health Plans (by email)
      Marc Duffy, Clerk to Magistrate Judge Bowler (by email)