UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                    )
IN RE: PHARMACEUTICAL INDUSTRY )
AVERAGE WHOLESALE PRICE             )
LITIGATION                          )
                                    ) MDL No. 1456
                                    ) CIVIL ACTION NO. 01-12257-PBS
THIS DOCUMENT RELATES TO:           )
International Union of              )
Operating Engineers, Local No.     )
68 Welfare Fund v. AstraZeneca      )
PLC et al., CA-04-11503-PBS         )
                                    )
```

## ORDER

February 2, 2006

Saris, U.S.D.J.

1.   AstraZeneca's Motion to Compel the Production of
Documents by Plaintiff International Union of Operating
Engineers, Local No. 68 Welfare Fund ("Local No. 68") is **ALLOWED**.
Plaintiff shall produce forthwith all communications with Drs.
Berkman, Antoun and Hopkins, or their respective counsel.

2.   Dr. Hopkins' Amended Objections to Magistrate Judge's
Ruling on Dr. Hopkins' Motion to Quash AstraZeneca's First
Request for Production of Documents and Notice of Subpoena Ad
Testificandum and Duces Tecum for Dr. Hopkins' Counsel are
**DENIED**.  Dr. Hopkins' counsel, Mr. Fernandez, shall appear for a
deposition forthwith on a mutually agreed upon date, unless
AstraZeneca and Local 68 agree to accept a declaration from Mr.
Fernandez in lieu of deposition.  Dr. Hopkins and his counsel
shall also produce no later than February 3, 2006 all

communications with Plaintiff Local No. 68 or its counsel.

    3.   Any assertion of privilege shall be supported by an affidavit.

    4.   Plaintiff and AstraZeneca shall file final simultaneous submissions no longer than five pages in length on February 10, 2006 to complete the briefing on Plaintiff's Motion to Remand. Any attachments thereto shall be reasonable in length.


                                    **s/PATTI B. SARIS**
                                    United States District Judge