```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

```
                                   )
In Re: PHARMACEUTICAL INDUSTRY     )
AVERAGE WHOLESALE PRICE            )
LITIGATION                         )
                                   )
THIS DOCUMENT RELATES TO:          )
State of Nevada v. Abbott Labs,    )
 Inc., et al.,                     )  MDL No. 1456
 Civ. Act. No. 02-00260            )  Civil Action No. 01-12257-PBS
 (Nevada (I),                      )
State of Nevada v. American        )
 Home Products, et. al.,           )
 Civ. Act. No. 02-12086-PBS        )
 (Nevada II), and                  )
State of Montana v. Abbott Labs,   )
 Inc., et al.,                     )
 Civ. Act. No. 12084-PBS           )
                                   )
```

## CASE MANAGEMENT ORDER NO. 23

February 3, 2006

Saris, U.S.D.J.

Case Management Order No. 15 is amended as follows:

1.  Plaintiffs shall complete document production by February 28, 2006.

2.  The fact discovery cut-off date is March 31, 2006.

3.  Plaintiffs shall file any expert reports on liability issues by April 14, 2006.

4.  Defendants shall file any expert reports on liability by May 5, 2006.

5.  With respect to any motions for summary judgment,

briefing will proceed according to the following schedule:

| | |
|---|---|
| Motions for Summary Judgment | May 5, 2006 |
| Oppositions to Motions | June 2, 2006 |
| Replies | June 16, 2006 |
| Sur-replies | June 30, 2006 |
| Hearing | July 17, 2006 (2 p.m.) |

**SO ORDERED.**

/s/ Patti B. Saris
PATTI B. SARIS
United States District Judge