# EXHIBIT A

# KIRBY McINERNEY & SQUIRE, LLP

TELEPHONE:(212) 371-6600
(212) 317-2300
FACSIMILE:(212) 751-2540

*830 Third Avenue*
*New York City 10022*

IRVING MALCHMAN, OF COUNSEL

**VIA FACSIMILE: 212-918-3100**

September 16, 2005

Lyndon M. Tretter, Esq.
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022

    Re: *City of New York / New York Counties AWP* (549.00)

Dear Lyndon:

    This will memorialize our recent communications regarding the source of the market price data contained in the Consolidated Complaint and its exhibits, filed June 15, 2005 on behalf of the City of New York and New York Counties.

    Specifically, we have agreed to identify the source of this data and the source's basis of knowledge given your agreement to treat both as "CONFIDENTIAL." We have agreed that in this context defendants will not identify the source by name in any documents unless such documents are filed under seal. We have agreed further that defendants can describe the type of market actor that is the source without identifying the source by name. Finally, we have agreed that having received this information defendants will inform the Court that the subject of defendants' motion set for argument September 19, 2005, has been resolved.

    With this express agreement, we identify the source of our market price data to be McKesson Servall as provided to us by Ven-A-Care of the Florida Keys. Please let me know if you have any questions.

                                              Best regards,

                                              Joanne M. Cicala