# EXHIBIT B

On Wed, 21 Sep 2005 10:07:42 -0400 "Tretter, Lyndon M." wrote:

> Joanne,
>
> I look forward to seeing you tomorrow.  A few quick questions on your
> letter to me of last Friday regarding Ven-A-Care and McKesson Servall
> data, the answers to which are needed to enable defendants to submit
> their affidavits on redactions.  I hope you will be able to answer at
> the meeting:
>
> 1.  What is McKesson Servall?  Is it a data service offered by
> McKesson?  Whose prices are shown?  Are they McKesson's own prices to
> its customers?   Or are the prices based on data provided to McKesson by
> the manufacturers?
>
> 2.  Why do we need to keep Ven-A-Care and/or McKesson Servall
> "Confidential".  I note that Ven-A-Care is a well known qui tam
> relator (they are in the NYT today) and they are already a plaintiff
> before Judge Saris in the California AG case.  Also, there is a
> reference in the Cal. AG's complaint (at para. 81) to "documentation
> provided by Relators, Ven-a-Care (taken from prices to McKesson Servall
group) . . .
> ."  Thus, why the need for confidentiality?
>
> 3.  Finally, if you still insist in confidentiality at this point,
> how do you propose that defendants refer to Ven-A-Care and/or McKesson
> Servall in their papers?  What "neutral" term accurately describes
> these market actors/data services?
>
> Regards,
>
> Lyndon