# EXHIBIT C

```
-----Original Message-----
From: jcicala@kmslaw.com [mailto:jcicala@kmslaw.com]
Sent: Wednesday, September 21, 2005 3:05 PM
To: Tretter, Lyndon M.
Subject: Re: Defendants' Motion re Source of Confidential Info
```

Hi Lyndon- Look forward to seeing you tomorrow too! A bit perplexed by your e-mail. First, we simply can't imagine your clients don't know what McKesson Servall is. Have you checked with them? Two, you already have agreed to confidentiality. That was a condition precedent to our disclosure. Three, how about referring to the prices as "generally available market prices that reveal what b.s. the AWPs are"?

Best, JMC