UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>*The City of New York v. Abbott Labs., et al.*<br>S.D.N.Y. Case No. 04-CV-06054<br>*County of Albany v. Abbott Labs., et al.*<br>N.D.N.Y. Case No. 05-CV-0425<br>*County of Allegany v. Abbott Labs., et al.*<br>W.D.N.Y. Case No. 05-CV-0236<br>*County of Broome v. Abbott Labs., et al.*<br>N.D.N.Y. Case No. 05-CV-00456<br>*County of Cattaraugus v. Abbott Labs., et al.*<br>W.D.N.Y. Case No. 05-CV-0256<br>*County of Cayuga v. Abbott Labs., et al.*<br>N.D.N.Y. Case No. 05-CV-0423<br>*County of Chautauqua v. Abbott Labs., et al.*<br>W.D.N.Y. Case No. 05-CV-0214<br>*County of Chemung v. Abbott Labs., et al.*<br>W.D.N.Y. Case No. 05-CV-6744<br>*County of Chenango v. Abbott Labs., et al.*<br>N.D.N.Y. Case No. 05-CV-0354<br>*County of Columbia v. Abbott Labs., et al.*<br>N.D.N.Y. Case No. 05-CV-0867<br>*County of Cortland v. Abbott Labs., et al.*<br>N.D.N.Y. Case No. 05-CV-0881<br>*County of Dutchess v. Abbott Labs., et al.*<br>S.D.N.Y. Case No. 05-CV-6458<br>*County of Essex v. Abbott Labs., et al.*<br>N.D.N.Y. Case No. 05-CV-0878<br>*County of Fulton v. Abbott Labs., et al.*<br>N.D.N.Y. Case No. 05-CV-0519<br>*County of Genesee v. Abbott Labs., et al.*<br>W.D.N.Y. Case No. 05-CV-00267<br>*County of Greene v. Abbott Labs., et al.*<br>N.D.N.Y. Case No. 05-CV-0474<br>*County of Herkimer v. Abbott Labs., et al.*<br>N.D.N.Y. Case No. 05-CV-00415<br>*County of Jefferson v. Abbott Labs., et al.*<br>N.D.N.Y. Case No. 05-CV-0715<br>*County of Lewis v. Abbott Labs., et al.* | Judge Patti B. Saris<br><br><br><br><br><br><br><br>**NOTICE OF JOINDER PURSUANT TO CASE MANAGEMENT ORDER NO. 20** |

N.D.N.Y. Case No. 05-CV-0839                                  )
*County of Madison v. Abbott Labs., et al.*                   )
N.D.N.Y. Case No. 05-CV-0714                                  )
*County of Monroe v. Abbott Labs., et al.*                    )
W.D.N.Y. Case No. 05-CV-6148                                  )
*County of Niagara v. Abbott Labs., et al.*                   )
W.D.N.Y. Case No. 05-CV-6296                                  )
*County of Oneida v. Abbott Labs., et al.*                    )
N.D.N.Y. Case No. 05-CV-0489                                  )
*County of Onondaga v. Abbott Labs., et al.*                  )
N.D.N.Y. Case No. 05-CV-0088                                  )
*County of Ontario v. Abbott Labs., et al.*                   )
W.D.N.Y. Case No. 05-CV-6373                                  )
*County of Orleans v. Abbott Labs., et al.*                   )
W.D.N.Y. Case No. 05-CV-6371                                  )
*County of Putnam v. Abbott Labs., et al.*                    )
S.D.N.Y. Case No. 05-CV-4748                                  )
*County of Rensselaer v. Abbott Labs., et al.*                )
N.D.N.Y. Case No. 05-CV-0422                                  )
*County of Rockland v. Abbott Labs., et al.*                  )
S.D.N.Y. Case No. 03-CV-7055                                  )
*County of St. Lawrence v. Abbott Labs., et al.*              )
N.D.N.Y. Case No. 05-CV-0479                                  )
*County of Saratoga v. Abbott Labs., et al.*                  )
N.D.N.Y. Case No. 05-CV-0478                                  )
*County of Schuyler v. Abbott Labs., et al.*                  )
W.D.N.Y. Case No. 05-CV-6387                                  )
*County of Seneca v. Abbott Labs., et al.*                    )
W.D.N.Y. Case No. 05-CV-6370                                  )
*County of Steuben v. Abbott Labs., et al.*                   )
W.D.N.Y. Case No. 05-CV-6223                                  )
*County of Suffolk v. Abbott Labs., et al.*                   )
E.D.N.Y. Case No. 01-CV-12257                                 )
*County of Tompkins v. Abbott Labs., et al.*                  )
N.D.N.Y. Case No. 05-CV-0397                                  )
*County of Warrren v. Abbott Labs., et al.*                   )
N.D.N.Y. Case No. 05-CV-0468                                  )
*County of Washington v. Abbott Labs., et al.*                )
N.D.N.Y. Case No. 05-CV-0408                                  )
*County of Wayne v. Abbott Labs., et al.*                     )
W.D.N.Y. Case No. 05-CV-6138                                  )
*County of Westchester v. Abbott Labs., et al.*               )
S.D.N.Y. Case No. 03-CV-6178                                  )
*County of Wyoming v. Abbott Labs., et al.*                   )
W.D.N.Y. Case No. 05-CV-6379                                  )
*County of Yates v. Abbott Labs., et al.*                     )
W.D.N.Y. Case No. 05-CV-06172                                 )
                                                              )

## NOTICE OF JOINDER PURSUANT TO CASE MANAGEMENT ORDER NO. 20

Pursuant to Case Management Order No. 20, Plaintiffs hereby give notice that the New York counties of Chemung, Columbia, Cortland, Dutchess, Essex, Lewis, Ontario, Orleans, Schuyler, Seneca and Wyoming ("Joining Counties"), each of whom has filed an individual action in its respective jurisdiction as indicated on the above caption, have joined the Master New York City/County Corrected Consolidated Complaint filed on June 22, 2005 ("MNYCC"). Each Joining County brings suit against all defendants except as follows: the County of Schuyler does not assert claims against Alpha Therapeutics, Chiron Corp.and Serono; the Counties of Lewis, Essex and Cortland do not assert claims against Alpha Therapeutics and Serono; and, the Counties of Dutchess, Columbia, Seneca, Ontario, Orleans, Wyoming and Chemung do not assert claims against Alpha Therapeutics.

Pursuant to CMO No. 20, defendants have accepted service of all Joining County complaints. Defendants named in the MNYCC shall have no obligation to respond to the individual complaint of any Joining County without further order of the Court.

Dated: February 10, 2006.

>Respectfully submitted,
>KIRBY McINERNEY & SQUIRE, LLP
>
>By: _____/s/_____
>Joanne M. Cicala
>James P. Carroll Jr.
>Aaron D. Hovan
>830 Third Avenue
>New York, New York 10022
>(212) 371-6600
>
>*Attorneys for the City of New York and all captioned New York Counties*

3

Case 1:01-cv-12257-PBS   Document 2127   Filed 02/10/06   Page 4 of 4

## CERTIFICATE OF SERVICE

I certify that on February 10, 2006 a true and correct copy of the forgoing NOTICE OF JOINDER PURSUANT TO CASE MANAGEMENT ORDER NO. 20 was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies' successor entity LexisNexis File & Serve for posting and notification to all parties.

James P. Carroll Jr.