UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL No. 1456 ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO THE AMENDED MASTER CONSOLIDATED CLASS ACTION | ) ) Hon. Patti B. Saris ) ) ) |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Jennifer A. Walker of the law firm of Hogan & Hartson, LLP, on behalf of Defendant Amgen, Inc. in the above-captioned matters.

Respectfully submitted,

**Defendant Amgen, Inc.**

By its attorney,

/s/ Jennifer A. Walker_____
Jennifer A. Walker (BBO # 651724)
Hogan & Hartson, LLP
111 S. Calvert Street, Suite 1600
Baltimore, MD 21202
(410) 659-2700
(410) 539-6981 (fax)

Dated:  February 10, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and will also be sent electronically via Lexis/Nexis on all counsel of record, on this the 10th day of February, 2006.

/s/ Jennifer A. Walker ____