# EXHIBIT 5

## Haviland, Donald E.

**From:** Haviland, Donald E.
**Sent:** Thursday, July 17, 2003 2:44 PM
**To:** Mustokoff Michael (E-mail)
**Subject:** Documents

Michael,
Per our telephone conversation, I am forwarding to you drafts of two documents:

1. an Affidavit of Service (to make clear there was no service defect by using FedEX for both Antoun and AstraZeneca); and
2. a Joinder in our Motion for Remand.

Please let me know if these are acceptable. Earlier today we forwarded to your assistant the service list in this case, although we have been sending documents only to the three doctors' counsel and and counsel for Astra, since they are the only ones who have accepted service and appeared of record. Accordingly, I don't beleive you have to serve anyone else.

Don

 

Affidavit of Service   Joinder of Antoun
Doctor Mu...          in Plaintiff...

---

Donald E. Haviland, Jr., Esquire
**Kline & Specter, P.C.**
1525 Locust Street, 19th Floor
Philadelphia, PA 19102-3712
215•772•1000 telephone
215•735•0957 facsimile

This message is intended only for the use of the individual or entity to which it is addressed and contains information that is privileged (protected by the attorney-client privilege and the work-product privilege), confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this message in error, please notify us immediately via return e-mail and delete the original message from your files.

K&S00394