# EXHIBIT 10

```
CVM1023              AUTOMATED CASE MANAGEMENT SYSTEM                  12/01/05
PAGE: 001 OF 001         DOCUMENT    LIST                              14:49

    VENUE    : MONMOUTH      COURT : GENL EQTY    DOCKET #: C   000193 03
    CASE TITLE : IUOE LOCAL 68 WF FUND VS ASTRA ZENECA PLC ET ALS
    ----------------------------------------------------------------------
         DATE    DOC   DOCUMENT       NON   FILING/TARGET   ATTORNEY    MUL DOC
    S    FILED   NUM    TYPE          CONF  PARTY NAME      NAME        PTY STA
    ----------------------------------------------------------------------
         06 30 2003 001 COMP JRY DEMAND       IOUE LOCAL 6  LYNCH KEEFE  N
         06 30 2003 002 ORDR SHOW CAUSE       IOUE LOCAL 6  LYNCH KEEFE  N    SP
         07 07 2003 003 NOTICE REMOVAL        ASTRA ZENECA  ATTY REQUIRE N


CV900123 END OF SEARCH
 PF1-DOCUMENT-DETAIL
 PF4=PROMPT  PF6=CONSOLIDATED CASE LIST   PF7=PRIOR   PF8=NEXT   PF22=HELP:
 4-©              1    Sess-1    172.16.1.27           TPAESS01         #§2/8
```

Name: essex.public - Date: 12/01/2005   Time: 02:49:31 PM