UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | ) **MDL NO. 1456** ) **Master File No. 01-12257-PBS** ) ) **(Original Central District of California** |
| THIS DOCUMENTS RELATES TO: State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories, Inc., *et al.* Case No. 1:03-cv-11226-PBS | ) **No. 03-CV-2238)** ) ) **Judge Patti B. Saris** ) ) |

### BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.'S MOTION TO DISMISS AND JOINDER IN DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT-IN-INTERVENTION

Defendant Boehringer Ingelheim Pharmaceuticals, Inc. ("BIPI"), which was served with the First Amended Complaint-In-Intervention in this action on January 23, 2006, hereby respectfully moves to dismiss the First Amended Complaint-In-Intervention pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6).  In support of its motion, BIPI adopts and hereby joins in the Defendant's Motion To Dismiss Plaintiffs' First Amended Complaint-In-Intervention and the Memorandum of Law in Support thereof, filed on January 17, 2006.

BOST1-880198-1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  February 13, 2006 | /s/ Lee M. Holland |
|  | Brent L. Caslin (S.B.N. 198562) |
|  | Glen G. Mastroberte (S.B.N. 224721) |
|  | KIRKLAND & ELLIS LLP |
|  | 777 South Figueroa Street, Suite 3700 |
|  | Los Angeles, California  90017 |
|  | Telephone:   (213) 680-8400 |
|  | Facsimile:   (213) 680-8500 |
|  |  |
|  | Helen E. Witt, P.C. |
|  | Anne M. Sidrys, P.C. |
|  | KIRKLAND & ELLIS LLP |
|  | 200 E. Randolph Drive |
|  | Chicago, Illinois  60601-6636 |
|  | Telephone:   (312) 861-2000 |
|  | Facsimile:   (312) 861-2200 |
|  |  |
|  | John W. Steinmetz, Esq. |
|  | Lee M. Holland, Esq. |
|  | ROBINSON & COLE LLP |
|  | One Boston Place |
|  | Boston, Massachusetts  02108 |
|  | Telephone:   (617) 557-5900 |
|  | Facsimile:   (617) 557-5999 |
|  |  |
|  | *Attorneys for Defendant:* |
|  | *BOEHRINGER INGELHEIM* |
|  | *PHARMACEUTICALS, INC.* |

## CERTIFICATE OF SERVICE

I, Lee M. Holland, hereby certify that on February 13, 2006 I caused a true and correct copy of the foregoing, **Boehringer Ingelheim Pharmaceuticals, Inc.'s Motion to Dismiss And Joinder in Defendants' Motion to Dismiss First Amended Complaint-In-Intervention**, to be served on all counsel of record in accordance with the Court's Case Management Order No. 2.

Dated:  February 13, 2006                              /s/ Lee M. Holland
                                                                      Lee M. Holland, Esq.