# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned attorney hereby notifies the Court and all counsel of the withdrawal of appearance of Susan E. MacMenamin, formerly of Heins Mills & Olson, P.L.C., as counsel for plaintiffs in this matter. All attorneys listed below will continue to appear as counsel for plaintiffs.

Dated: February 13, 2006

**HEINS MILLS & OLSON, P.L.C.**

s/ Brian L. Williams
Samuel D. Heins
Brian L. Williams
David R. Woodward
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

**COUNSEL FOR PLAINTIFFS**

55428.1