## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Notice of Withdrawal of Appearance** was served on February 13, 2006 upon all counsel of record electronically via Lexis File and Serve.

By: /s/ Brian L. Williams
HEINS MILLS & OLSON, P.L.C.
Samuel D. Heins
Brian L. Williams
David R. Woodward
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 338-4605
Fax: (612) 338-4692