# EXHIBIT A

AO 88 (Rev. 1/94) Subpoena in a Civil Case



7395798

Nov 9 2005
12:44PM

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

In re: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

THIS DOCUMENT RELATES TO THE MASTER
CONSOLIDATED CLASS ACTION

## SUBPOENA IN A CIVIL CASE
MDL NO. 1456

Civil Action No. 01-12257-PBS

Judge Patti B. Saris
(case pending in D. Mass.)

TO:   Tufts Associated Health Plans, Inc.
      333 Wyman Street
      Waltham, Massachusetts 02454-9112

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.   See deposition topics at Schedule B, attached hereto.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Foley Hoag LLP<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, Massachusetts 02210-2600 | December 2, 2005 at 9:30 a.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):   See Schedule A, attached hereto.

| PLACE | DATE AND TIME |
|---|---|
| Foley Hoag LLP<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, Massachusetts 02210-2600 | November 23, 2005 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| _Paul F. Doyle_   Attorney for Defendant Dey, Inc. | November 9, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER:

Paul F. Doyle (BBO # 133460), Kelley Drye & Warren LLP, 101 Park Avenue, New York, NY 10178.  (212) 808-7800.

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

NY01/KIMS/1057674.4

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| SERVED | DATE | | PLACE |
|---|---|---|---|
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE | |
| SERVED BY (PRINT NAME) | | TITLE | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER _____

ADDRESS OF SERVER _____

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(C) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party service the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
    (i)   fails to allow reasonable time for compliance;
    (ii)  requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
    (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
    (iv)  subjects a person to undue burden.

(B) If a subpoena
    (i)   requires disclosure of a trade secret or other confidential research, development, or commercial information, or
    (ii)  requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
    (iii) requires a person who is not a party of an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## DEFINITION

1.    "Tufts Health Plan," "You," or "Your" means Tufts Associated Health Plans, Inc. and any of its past or present officials, officers, fiduciaries, representatives, agents, assigns, attorneys, employees, divisions, departments, affiliates, and all other persons or entities acting or purporting to act on its behalf or under its control.

2.    "AMP" or "Average Manufacturer Price" shall have the meaning set forth in 42 U.S.C. § 1396r-8(k)(1).

3.    "And" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the request any information that might otherwise be construed to be outside its scope.

4.    "ASP" or "Average Sales Price" shall have the meaning set forth in 42 U.S.C. § 1395w-3a.

5.    "Auditor" means any independent entity that provides an independent, third-party audit review of any aspect of medical coverage or services provided by any health plan or health and welfare fund to any Participant or Beneficiary.

6.    "AWP" or "Average Wholesale Price" means the price for drugs as periodically published by one or more pharmaceutical industry compendia, including the Drug Topics Red Book (the "Red Book"), American Druggist First Databank Annual Directory of Pharmaceuticals ("First DataBank"), Essential Directory of Pharmaceuticals (the "Blue Book"), and Medi-Span's Master Drug Database ("Medi-Span").

7.  "Benefit Consultant" means any person or entity that provides information, counsel or advice to any health plan, health maintenance organization, insurance provider or company, health and welfare fund, or other similar entity regarding any medical benefit or service provided by any health plan, health maintenance organization, insurance provider or company, health and welfare fund, or other similar entity to any Participant or Beneficiary.

8.  "Best Price" shall have the meaning ascribed to that term pursuant to 42 U.S.C. § 1396r-8(c)(1)(C).

9.  "CMS" shall mean Centers for Medicare and Medicaid Services.

10.  "Communication," as defined in Local Rule 26.5(c)(1), means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

11.  "Concerning," as defined in Local Rule 26.5(c)(7), means referring to, describing, evidencing, or constituting.

12.  "Copy" or "Copies" when used in reference to a document means any color or black-and-white reproduction of a document, regardless of whether the reproduction is made by means of carbon paper pressure, sensitive paper, photostat, xerography, or other means or process.

13.  "Defendant" or "Defendants" means the list of defendants shown on Exhibit A annexed hereto and any of their past or present officials, officers, fiduciaries, representatives, agents, assigns, attorneys, employees, divisions, departments, affiliates, and all

other persons or entities acting or purporting to act on their behalf or under their control.

14.    "Document" means the original and each non-identical copy of a document in any medium, including electronic form, whether or not it was communicated to any person other than the author, and shall include but not be limited to, writings, printings, photographs, photocopies, tapes, recordings, video recordings, electronic data, e-mails, and any other symbolic representations in your possession, custody or control or known or believed by you to exist.

15.    "Drug Manufacturer" means a company that manufactures pharmaceutical products, including, without limitation, Subject Drugs.

16.    "EAC" or "Estimated Acquisition Cost" shall have the meaning ascribed to that term pursuant to 42 C.F.R. § 447.301.

17.    "FSS" or "Federal Supply Schedule" means the schedule of prices for pharmaceutical drugs administered by the Department of Veterans Affairs, including revision(s) to any such schedule.

18.    "Independent Practice Association" means any organized group of Providers whose members provide health care to any Participant or Beneficiary.

19.    "NDC" means the National Drug Code product identifier for a particular drug as listed in the National Drug Code Directory.

20.    "PBM" means pharmacy benefit manager.

21.   The terms "Participant" and "Beneficiary" mean a person for whom a health plan, health maintenance organization, insurance provider or company, health and welfare fund, or other similar entity provides any medical or health insurance benefit.

22.   "Person," as defined in Local Rule 26. 5(c)(6), means any natural person or any business, legal, or governmental entity or association.

23.   "Price" means any payment made for a drug with or without discounts, rebates or other incentives affecting the cost of the drug.

24.   "Profit Analysis" means any research, study, report or analysis comparing, measuring or evaluating revenue or sales against costs or other expenses.

25.   "Provider" means any physician, physician group, pharmacy, Specialty Pharmacy, hospital, clinic or any other entity that provides health care or pharmaceuticals to any Participant or Beneficiary.

26.   "Publisher" means an entity that publishes a listing of pharmaceutical prices, and includes publications identified in Health Care Financing Administration Program Memorandum AB-99-63 and includes First DataBank, Red Book, Blue Book and Medi-Span.

27.   "Relating" means in any way concerning or referring to, consisting of, involving, regarding or connected with the subject matter of the request.

28.   "Specialty Pharmacy" means a full service pharmacy that, among other things, dispenses and/or administers Subject Drugs directly to patients, and provides services including but not limited to contracting with Drug Manufacturers, prior authorization, patient

education and follow up, case management, and home delivery.

29.   "Staff-Model HMO" means a health maintenance organization ("HMO") providing health services from a group of physicians who are either staff employees of a professional group practice which is an integral part of the HMO plan or are direct employees of the HMO itself.

30.   "Subject Drug" or "Subject Drugs" means one or more of the drugs listed on Exhibit A annexed hereto.

31.   "TAMCC" means the Third Amended Master Consolidated Class Action Complaint Amended to Comply with Court's Certification Order, filed in connection with MDL Docket No. 1456, Civil Action No. 01-12257-PBS, in the United States District Court for the District of Massachusetts.

32.   "Third Party Administrator" means any entity that provides administrative services to any health plan, health maintenance organization, insurance provider or company, health and welfare fund, or other similar entity relating to any medical benefit provided to any Participant or Beneficiary.

33.   "WAC" means wholesale acquisition cost or the list prices for sales by Drug Manufacturers to Wholesalers.

34.   "Wholesaler" means any entity that purchases Subject Drugs from a Drug Manufacturer and resells such drugs to any other entity.

## INSTRUCTIONS

1.     Unless otherwise specifically stated, the requests below refer to the period of January 1, 1991 to the present.

2.     The singular form of a noun or pronoun shall include within its meaning the plural form of the noun or pronoun and vice versa; the masculine form of a pronoun shall include within its meaning the feminine form of the pronoun and vice versa; and the use of any tense of any verb shall include within its meaning all other tenses of the verb.

3.     Each request for production of documents extends to all documents in the possession, custody, or control of you or anyone acting on your behalf. A document is to be deemed in your possession, custody, or control if it is in your custody, or if it is in the custody of any other person and you (a) own such document in whole or in part; (b) have a right, by contract, statute, or otherwise, to use, inspect, examine, or copy such document on any terms; (c) have an understanding, express or implied, that you may use, inspect, examine, or copy such document on any terms; or (d) have, as a practical matter, been able to use, inspect, examine, or copy such document when you sought to do so.

4.     If production is requested of a document that is no longer in your possession, custody, or control, your response should state when the document was most recently in your possession, custody, or control, how the document was disposed of, and the identity of the person, if any, presently in possession, custody, or control of such document. If the document has been destroyed, state the reason for its destruction.

5.     Provide the following information for each document withheld on the

grounds of privilege:

       (a)    its date;

       (b)    its title;

       (c)    its author;

       (d)    its addressee;

       (e)    the specific privilege under which it is withheld;

       (f)    its general subject matter; and

       (g)    a description of it that you contend is adequate to support your contention that it is privileged.

6.      These requests for production of documents are continuing in nature pursuant to Rule 26 of the Federal Rules of Civil Procedure so as to require, whenever necessary, continuing production and supplementation of responses between the initial date for production set forth above and the time of trial.

7.      The documents produced must be produced as they are kept in the usual course of business or organized and labeled to correspond with the categories in the request.

8.      To the extent that you consider any of the following requests for production of documents objectionable, please respond to the remainder of the production request, and separately state the part of each request to which you object and each ground for each objection.

## SCHEDULE A

## DOCUMENTS TO BE PRODUCED

1.     All documents relating to or reflecting any definition or meaning of AWP.

2.     All documents relating or referring to any difference between an AWP and an actual payment by you or anyone else for any Subject Drug.

3.     All dgcuments reflecting maximum allowable costs or MACs for the Subject Drugs.

4.     All documents reflecting or referring to the process you used or use to develop maximum allowable costs or MACs used for reimbursing Providers for the Subject Drugs.

5.     All documents concerning FSS, ASP, AMP, Best Price, EAC or any other pricing benchmark for any Subject Drug.

6.     All documents concerning the number of patients referred to hospitals by the Tufts Health Plan during the relevant time period.

7.     All documents concerning the methodology used to determine reimbursement or payment rates (*e.g.*, fee schedule amounts) for any Subject Drug.

8.     All documents that concerning your reimbursement or payment to Providers for any Subject Drug, including, without limitation, all fee schedules.

9.     All documents that you or someone acting on your behalf relied upon in

setting reimbursement or payment rates for any Subject Drug.

10. All minutes from meetings where reimbursement or payment for Subject Drugs was discussed, including meetings where the setting of reimbursement or payment rates was discussed.

11. All documents reflecting or referring to all formularies utilized by you which provide coverage for the Subject Drugs.

12. All documents concerning the factors considered in developing the formularies utilized by you which provide coverage for the Subject Drugs.

13. All data concerning Provider or PBM claims for reimbursement for Subject Drugs administered to any Participant or Beneficiary, including the following data: (1) the NDC; (2) units billed; (3) amount billed; (4) the date the claim was submitted; (5) the date the claim was paid; (6) the amount paid; (7) the dispensing fee; (8) the basis for reimbursement (*e.g.*, AWP, WAC, MAC, FUL, FSS, ASP or usual and customary charge); (9) HCPCS/J Code; (10) identification number for the Provider; (11) identification number for the Participant or Beneficiary; (12) identification number of the claim; (13) date of birth of the Participant or Beneficiary; (14) Medicare payment amount; (15) amount not covered by plan; (16) name of the group for which the Participant or Beneficiary is a member; (17) date of service; (18) claims status (*e.g.*, denied, accepted, pending); and (19) the state in which service was provided.

14. All documents relating to your claims processing policies and procedures for any Subject Drug.

15.     A list of all Providers participating in Tufts Health Plan, along with their Provider identification numbers.

16.     Electronic transaction records concerning any discounts, rebates, service charges, or other payments you added or subtracted from Provider or PBM claims on account of the Subject Drugs.

17.     All documents, including electronic transaction records, concerning your purchase of the Subject Drugs from Defendants, Wholesalers, PBMs, or any other person or entity.

18.     All documents concerning your contractual relationships with PBMs, Third Party Administrators, Benefit Consultants, Auditors, Wholesalers, Defendants, Independent Practice Associations, Specialty Pharmacies, or Providers insofar as they cover any Subject Drug, including, without limitation, master agreements, addenda, schedules, attachments, requests for proposal, and responses to requests for proposal.

19.     Documents sufficient to identify all persons involved in negotiations of contractual relationships with PBMs, Third Party Administrators, Benefit Consultants, Auditors, Wholesalers, Drug Manufacturers, Independent Practice Associations, Specialty Pharmacies, or Providers insofar as they cover any Subject Drug.

20.     All documents concerning the costs to Providers of any Subject Drug, including, without limitation, invoices and other documents reflecting rebates, chargebacks, and other discounts issued by Drug Manufacturers, Wholesalers, or PBMs to Providers.

21.    All documents concerning your awareness that the costs to Providers of Subject Drugs are different from the amounts you reimburse Providers for Subject Drugs, including, without limitation, documents reflecting any differences between the costs to Providers of any Subject Drug and the amounts you reimburse Providers for any Subject Drug.

22.    All communications between you and Providers relating to reimbursement or payment rates of any Subject Drug.

23.    All documents concerning your ownership or control of any Provider.

24.    All documents concerning the acquisition of Subject Drugs by you on behalf of any Provider, university, or other organization.

25.    All documents concerning any incentives provided to any Provider in connection with the purchase or sale of any Subject Drug.

26.    All contracts, agreements, and other documents concerning your arrangements with any Provider concerning risk-sharing, capitation, withholdings, or fee schedules.

27.    All documents concerning to your right to audit Providers.

28.    All documents concerning any audits of Providers and changes to your policy as a result of such audits.

29.    All contracts, agreements, and other documents concerning arrangements between you and Defendants regarding formulary placement of the Subject Drugs, discounts,

rebates and any other compensation received by you in connection with your purchase of the Subject Drugs from Defendants.

30.    All contracts, agreements, and other documents concerning arrangements between you and PBMs regarding formulary placement of the Subject Drugs, discounts, rebates, and any other compensation received by you in connection with your purchase of the Subject Drugs from PBMs.

31.    All documents concerning your decision to rely on, reliance on, or use of drug pricing information published by any Publisher for any Subject Drug.

32.    All documents created by or received from any Publisher, including but not limited to drug pricing information, communications, memoranda, and contracts or agreements between you and any Publisher regarding any Subject Drug.

33.    All documents created by or received from CMS, United States Department of Health and Human Services, Health and Human Services Office of the Inspector General, the General Accounting Office, Congress, the Commonwealth of Massachusetts, any state Medicaid program, or any other federal or state institution, agency, department, or office regarding the pricing of prescription drugs.

34.    All documents provided to CMS, United States Department of Health and Human Services, the Department of Health and Human Services Office of the Inspector General, the General Accounting Office, Congress, the Commonwealth of Massachusetts, any state Medicaid program, or any other federal or state institution, agency, department, or office regarding the pricing of any Subject Drug.

35.    All documents concerning any Profit Analysis you have performed or received relating to your reimbursement or payment for any Subject Drug.

36.    All documents concerning any internal or external, formal or informal, investigations, studies, research, assessments, analyses, reviews or audits regarding drug pricing, reimbursement, payment amounts, or rates for any Subject Drug.

37.    All documents produced by you in any litigation or government investigation or inquiry related to the use of AWP in Medicare, Medicaid, or private reimbursement.

38.    All current and historical organizational charts for all of your departments.

## SCHEDULE B

## <u>DEPOSITION TOPICS</u>

     1.      All methodologies you utilized or considered utilizing to determine the amounts to pay or reimburse Providers for drugs administered or dispensed to Participants and Beneficiaries.

     2.      All rationales, information, and factors considered by you in deciding whether or not to adopt the reimbursement methodologies described in Subject 1.

     3.      The identity of each person at your company who participated in or had knowledge of the decision to select the reimbursement methodologies described in Subject 1.

     4.      Any actions that you have taken to reduce either your total expenditures on pharmaceutical benefits or the amount spent on any particular pharmaceutical product.

     5.      For all methodologies discussed in Subject 1, all rationales, information, and factors considered by you in deciding whether or not to pay a separate administration fee or dispensing fee in addition to the price of the drug itself.

     6.      Your knowledge and understanding of whether any administration or dispensing fees you reimbursed to Providers were sufficient to cover the Provider's costs in administering or dispensing the corresponding drugs.

     7.      Your understanding, use, and knowledge of the terms "Average Wholesale Price," "AWP," "Wholesale Acquisition Cost," "WAC," "Maximum Allowable Cost," "MAC," "Federal Supply Schedule," "FSS," "Average Sales Price," "ASP," "Average Manufacturer

Price," "AMP," "Best Price," "Estimated Acquisition Cost," or "EAC."

8.     Your understanding and knowledge of whether Drug Manufacturers provided Providers with discounts, rebates, and other incentives that were not reported in pricing compendia or otherwise disclosed to the public.

9.     For physician-administered drugs, whether and to what extent your negotiations with Providers about reimbursement expressly dealt with a distinction between (a) the reimbursement of the drug itself, and (b) the reimbursement for the Provider's administration service.

10.     Whether and to what extent your negotiations over reimbursement rates with Providers over drugs and drug-related services are influenced by Medicare's reimbursement rates.

11.     Your understanding and knowledge of whether Providers would earn a margin on drugs administered and dispensed, including whether such a margin depended, in part, on the difference between the reimbursement you paid and the actual acquisition costs for the drugs, net of any incentives provided by the Drug Manufacturers.

12.     Whether and to what extent you provide different reimbursement rates based upon the type of Providers and/or the method of the administration of the drugs.

13.     Any studies or analysis you have made concerning the relatives costs of the administration of Subject Drugs in physicians' offices rather than in hospitals.

14.     Whether and to what extent you own any Provider and if so, whether you

purchased drugs on behalf of any Provider.

15.     Whether and to what extent a Staff-Model HMO was implemented by your plan and if so, your knowledge as to the period in which the Staff-Model HMO operated, its purchasing practices, and the terms of its contracts with Drug Manufacturers, Wholesalers, or any other person or entity.

16.     Whether and to what extent you have ever been affiliated with a hospital or university and if so, your knowledge as to the period of affiliation with a hospital or university and the terms of the arrangement.

17.     Whether and to what extent you participate in government programs that reimburse under the FSS and if so, your knowledge as to the period of participation in the government program and terms of your participation in the program.

18.     Fee schedules for physician-administered drugs, including the methodologies used to develop the fee schedules, the rationales for such methodologies, and whether the fee schedules were communicated to the physicians.

19.     Whether and to what extent you have transitioned to a Medicare's ASP-based reimbursement system and if so, the date of implementation or change to an ASP-based reimbursement as well as your rationale for doing so or not doing so.

20.     Whether and to what extent you use a capitation reimbursement program, including withholds, for the reimbursement of physician-administered drugs and if so, the start and end dates of these programs, and your knowledge and understanding of how these programs

work.

21.     Your knowledge and understanding of how the formularies and the drugs to be included on the formularies are determined, including any rationales and factors considered in that determination.

22.     Your relationship(s), if any, with any PBM.

23.     All rationales, information, and factors considered by you in deciding whether to do business with a PBM and in deciding which PBM, if any, to use.

24.     The identity of each person at your company who participated in or had knowledge of the decision whether or not to do business with a PBM.

25.     Your knowledge of the margin Wholesalers have earned on drugs over the last decade.

26.     All information sent to or received from federal, state, or local governments regarding pharmaceutical reimbursement.

27.     Your knowledge of government studies, reports, and communications concerning actual acquisition costs for drugs.

28.     Your knowledge and understanding of the allegations in the TAMCC.

29.     Tufts Health Plan's document retention policy.

30.     The types and scope of coverage offered by Tufts Health Plan.

31.    Tufts Health Plan's organizational structure.

32.    All documents produced in response to Defendants' subpoena, including whether such documents are authentic within the meaning of Rule 901 of the Federal Rules of Evidence, and Records of Regularly Conducted Activity within the meaning of Rule 803(6) of the Federal Rules of Evidence.

## EXHIBIT A

## ALL DRUGS LISTED BELOW ARE SUBJECT TO THESE DISCOVERY REQUESTS

| | |
|---|---|
| Abbott | Acetylcyst |
| Abbott | Acyclovir |
| Abbott | A-Methapred |
| Abbott | Amikacin |
| Abbott | Amikacin Sul |
| Abbott | Aminosyn |
| Abbott | Biaxin |
| Abbott | Calcijex |
| Abbott | Cimetidine |
| Abbott | Clindamycin |
| Abbott | Depakote |
| Abbott | Depakote SPR |
| Abbott | Dextrose |
| Abbott | Dextrose w/Sodium Chloride |
| Abbott | Diazepam |
| Abbott | Ery-Tab |
| Abbott | Erythromycin Cap |
| Abbott | Erythromycin Tab Bs |
| Abbott | Fentanyl Cit |
| Abbott | Furosemide |
| Abbott | Gentamicin |
| Abbott | Heparin Lock |
| Abbott | Leucovor CA |
| Abbott | Lorazepam |
| Abbott | Prevacid Cap |
| Abbott | Prevacid Gra |
| Abbott | Sod Chloride |
| Abbott | Sodium Chloride Sol |
| Abbott | Tobra/Nacl |
| Abbott | Tobramycin |
| Abbott | Vancomycin |
| | |
| Allen & Hanburys | Beconase AQ SPR |
| Allen & Hanburys | Flonase SPR |
| Allen & Hanburys | Serevent AER |
| Allen & Hanburys | Serevent DIS MIS |

| | |
|---|---|
| Amgen | Aranesp |
| Amgen | Enbrel |
| Amgen | Epogen |
| Amgen | Kineret |
| Amgen | Neulasta |
| Amgen | Neupogen |
| | |
| Astrazeneca | Accolate |
| Astrazeneca | Arimidex |
| Astrazeneca | Casodex |
| Astrazeneca | Diprivan |
| Astrazeneca | Nolvadex |
| Astrazeneca | Seroquel |
| Astrazeneca | Zestril |
| Astrazeneca | Zoladex |
| Astrazeneca | Zomig |
| Astrazeneca | Zomig ZMT |
| Astrazeneca | Atacand |
| Astrazeneca | Atacand HCT |
| Astrazeneca | Entocort EC |
| Astrazeneca | Nexium |
| Astrazeneca | Prilosec |
| Astrazeneca | Pulmicourt |
| Astrazeneca | Rhinocourt |
| Astrazeneca | Toprol XL |
| | |
| Aventis | Allegra |
| Aventis | Allegra-D |
| Aventis | Amaryl |
| Aventis | Anzemet |
| Aventis | Arava |
| Aventis | Azmacourt |
| Aventis | Calcimar |
| Aventis | Carafate |
| Aventis | Cardizem Cap |
| Aventis | Cardizem Inj |
| Aventis | Cardizem Tab |
| Aventis | Gammar |
| Aventis | Gammar P-IV |
| Aventis | Intal |
| Aventis | Intal INH |
| Aventis | Nasacort |

| | |
|---|---|
| Aventis | Nasacort AQ |
| Aventis | Taxotere |
| Aventis | Trental |
| | |
| B. Braun | Dextrose |
| B. Braun | HEP Sod/D5W |
| B. Braun | HEP Sod/NACL |
| B. Braun | Sod Chloride |
| B. Braun | Sodium Chloride Sol |
| | |
| Baxter | Aggrastat |
| Baxter | Ativan |
| Baxter | Bebulin VH |
| Baxter | Brevibloc |
| Baxter | Buminate |
| Baxter | Cisplatin |
| Baxter | Claforan/D5W |
| Baxter | Dextrose |
| Baxter | Doxorubicin |
| Baxter | Gammagard SD |
| Baxter | Gentam/NACL |
| Baxter | Gentran 40 |
| Baxter | Gentran 75 |
| Baxter | Gentran/Trav |
| Baxter | Heparin Lock |
| Baxter | Iveegam |
| Baxter | Iveegam EN |
| Baxter | Osmitrol |
| Baxter | Osmitrol VFX |
| Baxter | Recombinate |
| Baxter | Sod Chloride |
| Baxter | Sodium Chlor Sol |
| Baxter | Travasol |
| Baxter | Travasol w/Dextrose |
| Baxter | Vancocin HCL |
| Baxter | Vancocin/Dex |
| | |
| Bayer Pharmaceutical | Cipro |
| Bayer Pharmaceutical | Cipro Cystit Tab |
| Bayer Pharmaceutical | Cipro I.V. |
| Bayer Pharmaceutical | Cipro XR |
| Bayer Pharmaceutical | DTIC-DOME |

| | |
|---|---|
| Bayer Pharmaceutical | Gamimune N |
| Bayer Pharmaceutical | Koate-HP |
| Bayer Pharmaceutical | Kogenate FS |
| Bayer Pharmaceutical | Mithracin |
| | |
| Bedford | Acyclovir Sodium |
| Bedford | Amikacin Sulfate |
| Bedford | Cytarabine |
| Bedford | Etoposide |
| Bedford | Leucovorin Calcium |
| | |
| B-M Squibb | Paraplatin Inj |
| B-M Squibb | Blenoxane |
| B-M Squibb | Cytoxan |
| B-M Squibb | Etopophos |
| B-M Squibb | Rubex |
| B-M Squibb | Taxol |
| B-M Squibb | Vepesid |
| B-M Squibb | Ividex EC |
| B-M Squibb | Avapro |
| B-M Squibb | Buspar |
| B-M Squibb | Cefzil |
| B-M Squibb | Glucophage) |
| B-M Squibb | Glucovance) |
| B-M Squibb | Monopril) |
| B-M Squibb | Plavix) |
| B-M Squibb | Serzone) |
| B-M Squibb | Tequin) |
| B-M Squibb | Coumadin |
| Apothecon | Amikin (amikacin sulfate) |
| Apothecon | Fungizone (amphotercin b) |
| | |
| Boehringer Ingelheim | Acyclovir Sodium |
| Boehringer Ingelheim | Amikacin Sulfate |
| Boehringer Ingelheim | Cytarabine |
| Boehringer Ingelheim | Doxorubicin |
| Boehringer Ingelheim | Etoposide |
| Boehringer Ingelheim | Leucovor CA |
| Boehringer Ingelheim | Leucovorin Calcium |
| Boehringer Ingelheim | Methotrexate |
| Boehringer Ingelheim | Methotrexate Sodium |
| Boehringer Ingelheim | Mitomycin |

| | |
|---|---|
| Boehringer Ingelheim | Vinblastine Sulfate |
| | |
| Cerenex | Amerge |
| Cerenex | Imitrex |
| Cerenex | Zofran |
| | |
| Dey Labs | Acetylcysteine |
| Dey Labs | Albuterol |
| Dey Labs | Cromolyn Sodium |
| Dey Labs | Ipratropium |
| Dey Labs | Metaproteren Neb |
| | |
| Fujisawa | Aristocort |
| Fujisawa | Aristospan |
| Fujisawa | Cefizox |
| Fujisawa | Cefizox/D5W |
| Fujisawa | Cyclocort |
| Fujisawa | Lyphosin |
| Fujisawa | Nebupent or Pentam 300 |
| Fujisawa | Prograf |
| Fujisawa | Vinblastine Sulfate |
| | |
| Gensia | Amikacin Sulfate |
| Gensia | Amphotercin B |
| Gensia | Etoposide |
| Gensia | Leucovorin Calcium |
| | |
| GlaxoSmithKline | Advair Disku Mis |
| GlaxoSmithKline | Agenerase |
| GlaxoSmithKline | Agenerase SDL |
| GlaxoSmithKline | Alkeran |
| GlaxoSmithKline | Ceftin |
| GlaxoSmithKline | Combivir |
| GlaxoSmithKline | Daraprim |
| GlaxoSmithKline | Epivir |
| GlaxoSmithKline | Epivir HBV |
| GlaxoSmithKline | Flovent |
| GlaxoSmithKline | Flovent ROTA |
| GlaxoSmithKline | Kytril |
| GlaxoSmithKline | Lamictal |
| GlaxoSmithKline | Lanoxin |
| GlaxoSmithKline | Lanoxin Ped |

| | |
|---|---|
| GlaxoSmithKline | Leukeran |
| GlaxoSmithKline | Mepron |
| GlaxoSmithKline | Myleran |
| GlaxoSmithKline | Navelbine |
| GlaxoSmithKline | Paxil |
| GlaxoSmithKline | Paxil CR |
| GlaxoSmithKline | Purinethol |
| GlaxoSmithKline | Relenza |
| GlaxoSmithKline | Retrovir |
| GlaxoSmithKline | Thioguanine |
| GlaxoSmithKline | Trizivir |
| GlaxoSmithKline | Valtrex |
| GlaxoSmithKline | Ventolin HFA |
| GlaxoSmithKline | Wellbutrin |
| GlaxoSmithKline | Zantac |
| GlaxoSmithKline | Ziagen |
| GlaxoSmithKline | Zofran |
| GlaxoSmithKline | Zovirax |
| GlaxoSmithKline | Zyban |
| | |
| Immunex | Leucovorin Calcium |
| Immunex | Leukine |
| Immunex | Methotrexate Sodium |
| Immunex | Novantrone |
| Immunex | Thioplex |
| | |
| J&J Group (Centocor) | Remicade |
| J&J Group (Janssen) | Aciphex |
| J&J Group (Janssen) | Duragesic |
| J&J Group (Janssen) | Reminyl |
| J&J Group (Janssen) | Risperdal |
| J&J Group (Janssen) | Sporanox |
| J&J Group (McNeil) | Bicitra |
| J&J Group (McNeil) | Elmiron |
| J&J Group (McNeil) | Flexeril |
| J&J Group (McNeil) | Floxin |
| J&J Group (McNeil) | Haldol |
| J&J Group (McNeil) | Haldol Decan |
| J&J Group (McNeil) | Levaquin |
| J&J Group (McNeil) | Mycelex |
| J&J Group (McNeil) | Pancrease |
| J&J Group (McNeil) | Pancrease MT |

| | |
|---|---|
| J&J Group (McNeil) | Parafon Fort |
| J&J Group (McNeil) | Polycitra |
| J&J Group (McNeil) | Polycitra-K |
| J&J Group (McNeil) | Polycitra-K Sol |
| J&J Group (McNeil) | Polycitra-LC Sol |
| J&J Group (McNeil) | Regranex |
| J&J Group (McNeil) | Terazol 3 |
| J&J Group (McNeil) | Terazol 7 |
| J&J Group (McNeil) | Testoderm |
| J&J Group (McNeil) | Tolectin |
| J&J Group (McNeil) | Tolectin DS |
| J&J Group (McNeil) | Topamax |
| J&J Group (McNeil) | Tylenol/Cod |
| J&J Group (McNeil) | Tylox |
| J&J Group (McNeil) | Ultracet |
| J&J Group (McNeil) | Ultram |
| J&J Group (McNeil) | Urispas |
| J&J Group (McNeil) | Vascor |
| J&J Group (Ortho Biotech) | Procrit |
| J&J Group (Ortho Derm) | Erycette |
| J&J Group (Ortho Derm) | Grifulvin V |
| J&J Group (Ortho Derm) | Monistat |
| J&J Group (Ortho Derm) | Renova |
| J&J Group (Ortho Derm) | Retin-A |
| J&J Group (Ortho Derm) | Retin-A Micr Gel |
| J&J Group (Ortho Derm) | Spectazole Cream |
| | |
| Novartis | Clozaril |
| Novartis | Combipatch |
| Novartis | Comtan |
| Novartis | Estraderm |
| Novartis | Exelon |
| Novartis | Femara |
| Novartis | Lamisil |
| Novartis | Lamprene |
| Novartis | Lescol |
| Novartis | Lescol XL |
| Novartis | Lotensin |
| Novartis | Lotensin HCT |
| Novartis | Lotrel |
| Novartis | Miacalcin |
| Novartis | Parlodel |

| | |
|---|---|
| Novartis | Ritalin |
| Novartis | Ritalin LA |
| Novartis | Starlix |
| Novartis | Tegretol |
| Novartis | Tegretol XR |
| Novartis | Trileptal |
| Novartis | Vivelle |
| Novartis | Vivelle-DOT |
| | |
| Pfizer | Accupril |
| Pfizer | Accuretic Tab |
| Pfizer | Cardura |
| Pfizer | Celontin |
| Pfizer | Dilantin |
| Pfizer | Dilantin-125 |
| Pfizer | Estrostep FE |
| Pfizer | Femhrt 1/5 |
| Pfizer | Lipitor |
| Pfizer | Lopid |
| Pfizer | Minizide |
| Pfizer | Nardil |
| Pfizer | Neurontin |
| Pfizer | Nitrostat |
| Pfizer | Renese |
| Pfizer | Rescriptor |
| Pfizer | Viracept |
| Pfizer | Zarontin |
| Pfizer | Zithromax |
| Pfizer | Zoloft |
| Pfizer | Zyrtec |
| | |
| Pharmacia | Adriamyc PFS |
| Pharmacia | Adriamyc RDF |
| Pharmacia | Adrucil |
| Pharmacia | Amphocin |
| Pharmacia | Amphotercin B |
| Pharmacia | Bleomycin Sulfate |
| Pharmacia | Celebrex |
| Pharmacia | Cleocin-T |
| Pharmacia | Cytarabine |
| Pharmacia | Depo-Testost |
| Pharmacia | Etoposide |

| | |
|---|---|
| Pharmacia | Neosar |
| Pharmacia | Solu-Cortef |
| Pharmacia | Solu-Medrol |
| Pharmacia | Toposar |
| Pharmacia | Vincasar PFS |
| | |
| Roche | Cellcept |
| Roche | Kytril |
| | |
| Schering | Clarinex |
| Schering | Claritin |
| Schering | Claritin-D |
| Schering | Diprolene |
| Schering | Diprolene AF |
| Schering | Diprosone |
| Schering | Elocon |
| Schering | Eulexin |
| Schering | Integrilin |
| Schering | Intron-A |
| Schering | Lotrisone |
| Schering | Nasonex |
| Schering | Peg-Intron |
| Schering | Proventil |
| Schering | Rebetol |
| Schering | Temodar |
| Schering | Trinalin Rep |
| Schering | Clotrimazole |
| Schering | Griseofulvin, Ultramicrocry |
| Schering | ISMN |
| Schering | Oxaprozin |
| Schering | Perphenazine |
| Schering | Potassium Chloride |
| Schering | Sodium Chloride |
| Schering | Sulcrafate Tablets |
| Schering | Theophylline |
| | |
| Sicor | Acyclovir Sodium |
| Sicor | Amikacin Sulfate |
| Sicor | Doxorubicin |
| Sicor | Etoposide |
| Sicor | Leucovorin Calcium |
| Sicor | Pentamidine Isethionate |

| Sicor | Tobramycin Sulfate |
|---|---|
| | |
| TAP | Prevacid |
| | |
| Watson | Dexamethasone Acetate8 |
| Watson | Dexamethasone Sodium Phosphate |
| Watson | Diazepam |
| Watson | Estradiol |
| Watson | Ferrlecit |
| Watson | Fluphenazine HCL |
| Watson | Gemfibrozil |
| Watson | Gentamicin Sulfate |
| Watson | Imipramine HCL |
| Watson | Infed |
| Watson | Lorazepam |
| Watson | Nadolol |
| Watson | Perphenazine2 |
| Watson | Propranolol |
| Watson | Ranitidine |
| Watson | Vancomycin HCL |
| Watson | Verapamil HCL |