## **CERTIFICATE OF SERVICE**

I certify that on February 21, 2006, a true and correct copy of the foregoing Limited Objections to Magistrate's Order Granting Motion to Compel was served on all counsel of record by electronic service pursuant to Case Management Order No. 2.  A copy of the same was served on counsel for Patterson Belknap Webb & Tyler LLP by electronic service and also by first class mail.


            /s/ Julie B. Brennan
            Julie B. Brennan