UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Pharmaceutical Industry<br>Average Wholesale Price Litigation<br><br>This Document Relates To:<br>GOVERNMENT EMPLOYEES HOSPITAL<br>ASSOCIATION, individually and on behalf<br>of all others similarly situated,<br><br>    Plaintiff<br><br>v.<br><br>SERONO INTERNATIONAL, S.A.,<br>SERONO LABORATORIES, INC.,<br>SERONO, INC., RJL SYSTEMS, INC., AND<br>RUDOLPH J. LIEDTKE,<br><br>    Defendants. | MDL No. 1456<br><br>C.A. No. 05-cv-11935 (PBS) |

**SERONO DEFENDANTS' CONSENT TO PLAINTIFF'S
REQUEST TO FILE SECOND AMENDED COMPLAINT
AND JOINT MOTION FOR ENTRY OF THE PARTIES'
AGREED-UPON SCHEDULE FOR RESPONSE**

Pursuant to Fed. R. Civ. P. 15(a), Serono International, S.A., Serono, Inc., Serono Laboratories, Inc. hereby consent to plaintiffs' request to file Second Amended Class Action Complaint submitted herewith.  By consenting to the filing of the Second Amended Class Action Complaint, the foregoing defendants do not waive any of their defenses to the Second Amended Class Action Complaint.

The parties jointly move for entry of the agreed-upon schedule for filing the Second Amended Class Action Complaint and defendants' response, as follows:

March 21, 2006        Plaintiffs File Second Amended Class Action Complaint

April 28, 2006        Defendants Submit Motion to Dismiss

| | |
|---|---|
| June 6, 2006 | Plaintiffs Submit Opposition to Motion to Dismiss |
| June 25, 2006 | Defendants Submit Reply Memorandum |

Respectfully submitted,

By /s/ **David S. Nalven**
Thomas M. Sobol
David S. Nalven
Hagens Berman Sobol Shapiro LLP
One Main Street, Fourth Floor
Cambridge, MA  02142
(617) 482-3700

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

Mark D. Fischer
Jeffrey C. Swann
Mark Sandmann
Rawlings & Associates, PLLC
325 W. Main Street
Louisville, KY 40202
Telephone:  (502) 587-8060

*Attorneys for Plaintiff*

CONSENTED TO:

By **/s/ Fred A. Kelly, Jr.**
Fred A. Kelly, Jr.
David M. Ryan
Amy R. George
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000
(617) 345-1300

*Attorneys for Serono International, S.A.,
Serono, Inc., and Serono Laboratories, Inc*

Dated:  February 22, 2006

## CERTIFICATE OF SERVICE

Docket No. MDL 1456

    I, David S. Nalven, hereby certify that I am one of plaintiff's attorneys and that, on February 22, 2006, I caused copies of the pleading annexed hereto to be served via VeriLaw on all counsel of record in this proceeding via Lexis/Nexis File Serve.


                                                                   **/s/ David S. Nalven**

Dated: February 22, 2006