**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE:  PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )<br>) MDL NO. 1456<br>)<br>) Civil Action: 01-CV-12257-PBS<br>) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | )  Judge Patti B. Saris<br>)<br>)  Chief Mag. Judge Marianne B. Bowler<br>) |

**PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO REPLY TO DEY, INC.'S AND ABBOTT LABORATORIES' OBJECTIONS TO THE ORDER OF CHIEF MAGISTRATE JUDGE BOWLER ISSUED ON FEBRUARY 4, 2006 TO FILE SUCH REPLY UNTIL MARCH 8, 2006**

Plaintiffs hereby move, with the assent of Defendants Dey, Inc. ("Dey") and Abbott Laboratories ("Abbott"), for leave to reply to Dey and Abbott's Objections to the Order Issued by Magistrate Judge Bowler until March 8, 2006.

This motion shall also apply to responses to be filed, if any, by Massachusetts third-party payors Fallon Community Health Plan, Inc. ("Fallon"), Tufts Associated Health Plans, Inc. ("Tufts") and Neighborhood Health Plan, Inc. ("NHP").

    Respectfully submitted,

By **/s/ David S. Nalven**
Thomas M. Sobol
David S. Nalven
Edward Notargiacomo
Hagens Berman Sobol Shapiro LLP
One Main Street
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

*LIAISON AND CO-LEAD COUNSEL*

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Kenneth A. Wexler & Associates
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

*CO-LEAD COUNSEL*

**ASSENTED-TO BY:**

**/s/ Toni-Ann Citera**
James R. Daly
Tara A. Fumerton
Jones Day
77 West Wacker
Chicago, IL  60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

Toni-Ann Citera
Jones Day
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

*ON BEHALF OF ABBOTT LABORATORIES*


**/s/ Christopher C. Palermo**
Paul F. Doyle
Christopher C. Palermo *(pro hac vice)*
Philip D. Robben *(pro hac vice)*
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7786
Facsimile: (212) 808-7897

*ON BEHALF OF DEY, INC.*


Dated: February 22, 2006

**CERTIFICATE OF SERVICE**

Docket No. MDL 1456

I, David S. Nalven, hereby certify that I am one of plaintiffs' attorneys and that, on February 22, 2006, I caused copies of *Plaintiffs' Assented-To Motion for Leave to Reply to Dey, Inc.'s and Abbott Laboratories' Objections to the Order of Chief Magistrate Judge Bowler Issued on February 4, 2006 to File Such Reply Until March 8, 2006* to be served via Lexis/Nexis File & Serve on all counsel of record.

       **/s/ David S. Nalven**

Dated: February 22, 2006