UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | | |

### NOTICE OF APPEARANCE FOR
### DEFENDANT SANOFI-SYNTHÉLABO, INC.

**To the Clerk of the Above-Named Court:**

Please enter the appearance of Michael DeMarco, of the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP, on behalf of Defendant Sanofi-Synthélabo, Inc.

/s/ Michael DeMarco
Michael DeMarco (BBO #119960)
   mdemarco@klng.com
Aimée E. Bierman (BBO #640385)
   abierman@klng.com
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA  02109-1808
(617) 261-3100

Michael L. Koon
James P. Muehlberger
SHOOK, HARDY & BACON L.L.P.
2255 Grand Boulevard
Kansas City, Missouri  64108-2613
(816) 474-6550

*Attorneys for Defendant*
*Sanofi-Synthélabo, Inc.*

Dated:  February 24, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Michael DeMarco
Michael De Marco