UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
IN RE PHARMACEUTICAL INDUSTRY  )      MDL No. 1456
AVERAGE WHOLESALE PRICE  )
LITIGATION  )      CIVIL ACTION No. 01-CV-12257-PBS
_____  )
  )      Judge Patti B. Saris
THIS DOCUMENT RELATES  )
TO ALL ACTIONS  )
_____  )

### NOTICE OF APPEARANCE FOR DEFENDANT SANOFI-SYNTHÉLABO, INC.

**To the Clerk of the Above-Named Court:**

    Please enter the appearance of Aimée E. Bierman, of the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP on behalf of Defendant Sanofi-Synthélabo, Inc.

    /s/ Aimée E. Bierman
    Michael DeMarco (BBO #119960)
      mdemarco@klng.com
    Aimée E. Bierman (BBO #640385)
      abierman@klng.com
    KIRKPATRICK & LOCKHART
    NICHOLSON GRAHAM LLP
    75 State Street
    Boston, MA  02109-1808
    (617) 261-3100

    Michael L. Koon
    James P. Muehlberger
    SHOOK, HARDY & BACON L.L.P.
    2255 Grand Boulevard
    Kansas City, Missouri  64108-2613
    (816) 474-6550

    *Attorneys for Defendant*
    *Sanofi-Synthélabo, Inc.*

Dated:  February 24, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                                    /s/ Aimée E. Bierman
                                                  Aimée E. Bierman