UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES ) <br> TO ALL ACTIONS ) <br> ) | MDL No. 1456 <br><br> CIVIL ACTION No. 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

## NOTICE OF APPEARANCE FOR
## DEFENDANT SANOFI-SYNTHÉLABO, INC.

**To the Clerk of the Above-Named Court:**

Please enter the appearance of Michael L. Koon, of the law firm of Shook, Hardy, & Bacon L.L.P., on behalf of Defendant Sanofi-Synthélabo, Inc.

/s/ Michael L. Koon
Michael L. Koon
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
(816) 474-6550

Michael DeMarco
Aimée E. Bierman
KIRKPATRICK & LOCKHART
NICHOLSON GRAHPA LLP
75 State Street
Boston, Massachusetts 02109-1808
(617) 261-3100

*Attorneys for Defendant*
*Sanofi-Synthélabo, Inc.*

Dated: February 24, 2006

1902483v1

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Michael L. Koon
Michael L. Koon

1902483v1