# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## NOTICE OF APPEARANCE FOR DEFENDANT SANOFI-SYNTHÉLABO, INC.

**To the Clerk of the Above-Named Court:**

Please enter the appearance of James P. Muehlberger, of the law firm of Shook, Hardy, & Bacon L.L.P., on behalf of Defendant Sanofi-Synthélabo, Inc.

/s/ James P. Muehlberger
James P. Muehlberger
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
(816) 474-6550

Michael DeMarco
Aimée E. Bierman
KIRKPATRICK & LOCKHART
NICHOLSON GRAHPA LLP
75 State Street
Boston, Massachusetts 02109-1808
(617) 261-3100

*Attorneys for Defendant
Sanofi-Synthélabo, Inc.*

Dated: February 24, 2006

1902484v1

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ James P. Muehlberger
James P. Muehlberger

1902484v1