UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*THE CITY OF NEW YORK V. ABBOTT LABORATORIES, INC., et al.*<br>S.D.N.Y. Case No. 04-CV-06054<br><br>*COUNTY OF ALBANY V. ABBOTT LABORATORIES, INC., et al.*<br>N.D.N.Y. Case No. 05-CV-0425<br><br>*COUNTY OF ALLEGANY V. ABBOTT LABORATORIES, INC., et al.*<br>W.D.N.Y. Case No. 05-CV-0236<br><br>*COUNTY OF BROOME V. ABBOTT LABORATORIES, INC., et al.*<br>N.D.N.Y. Case No. 05-CV-00456<br><br>*COUNTY OF CATTARAUGUS V. ABBOTT LABORATORIES, INC., et al.*<br>W.D.N.Y. Case No. 05-CV-0256<br><br>*COUNTY OF CAYUGA V. ABBOTT LABORATORIES, INC., et al.*<br>N.D.N.Y. Case No. 05-CV-0423<br><br>*COUNTY OF CHAUTAUQUA V. ABBOTT LABORATORIES, INC., et al.*<br>W.D.N.Y. Case No. 05-CV-0214<br><br>*COUNTY OF CHENANGO V. ABBOTT LABORATORIES, INC., et al.*<br>N.D.N.Y. Case No. 05-CV-0354<br><br>*COUNTY OF COLUMBIA V. ABBOTT LABORATORIES, INC., et al.*<br>N.D.N.Y. Case No. 05-CV-0867<br><br>*COUNTY OF DUTCHESS V. ABBOTT LABORATORIES, INC., et al.*<br>S.D.N.Y. Case No. 05-CV-6458 | **NOTICE OF APPEARANCE FOR DEFENDANTS MYLAN LABORATORIES INC., MYLAN PHARMACEUTICALS INC. AND UDL LABORATORIES, INC.**<br><br><br>MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257 PBS<br><br>Judge Patti B. Saris<br><br>Chief Mag. Judge Marianne B. Bowler |

NY01/SZELM/1085572.2

*COUNTY OF ESSEX V. ABBOTT*
*LABORATORIES, INC., et al.*
N.D.N.Y. Case No. 05-CV-0878

*COUNTY OF FULTON V. ABBOTT*
*LABORATORIES, INC., et al.*
N.D.N.Y. Case No. 05-CV-0519

*COUNTY OF GENESEE V. ABBOTT*
*LABORATORIES, INC., et al.*
W.D.N.Y. Case No. 05-CV-00267

*COUNTY OF GREENE V. ABBOTT*
*LABORATORIES, INC., et al.*
N.D.N.Y. Case No. 05-CV-0474

*COUNTY OF HERKIMER V. ABBOTT*
*LABORATORIES, INC., et al.*
N.D.N.Y. Case No. 05-CV-00415

*COUNTY OF JEFFERSON V. ABBOTT*
*LABORATORIES, INC., et al.*
N.D.N.Y. Case No. 05-CV-0715

*COUNTY OF LEWIS V. ABBOTT*
*LABORATORIES, INC., et al.*
N.D.N.Y. Case No. 05-CV-0839

*COUNTY OF MADISON V. ABBOTT*
*LABORATORIES, INC., et al.*
N.D.N.Y. Case No. 05-CV-0714

*COUNTY OF MONROE V. ABBOTT*
*LABORATORIES, INC., et al.*
W.D.N.Y. Case No. 05-CV-1648

*COUNTY OF NASSAU V. ABBOTT*
*LABS., INC. et al.*
E.D.N.Y. Case No. 04-CV-5126

*COUNTY OF NIAGARA V. ABBOTT*
*LABORATORIES, INC., et al.*
W.D.N.Y. Case No. 05-CV-6296

*COUNTY OF ONEIDA V. ABBOTT*
*LABORATORIES, INC., et al.*
N.D.N.Y. Case No. 05-CV-0489

NY01/SZELM/1085572.2

*COUNTY OF ONONDAGA V. ABBOTT
LABORATORIES, INC., et al.*
N.D.N.Y. Case No. 05-CV-0088

*COUNTY OF ONTARIO V. ABBOTT
LABORATORIES, INC., et al.*
W.D.N.Y. Case No. 05-CV-6373

*COUNTY OF ORLEANS V. ABBOTT
LABORATORIES, INC., et al.*
W.D.N.Y. Case No. 05-CV-6371

*COUNTY OF PUTNAM V. ABBOTT
LABORATORIES, INC., et al.*
S.D.N.Y. Case No. 05-CV-4748

*COUNTY OF RENSSELAER V. ABBOTT
LABORATORIES, INC., et al.*
N.D.N.Y. Case No. 05-CV-00422

*COUNTY OF ROCKLAND V. ABBOTT
LABORATORIES, INC., et al.*
S.D.N.Y. Case No. 03-CV-7055

*COUNTY OF ST. LAWRENCE V.
ABBOTT LABORATORIES, INC., et al.*
N.D.N.Y. Case No. 05-CV-0479

*COUNTY OF SARATOGA V. ABBOTT
LABORATORIES, INC., et al.*
N.D.N.Y. Case No. 05-CV-0478

*COUNTY OF SCHUYLER V. ABBOTT
LABORATORIES, INC., et al.*
W.D.N.Y. Case No. 05-CV-6387

*COUNTY OF SENECA V. ABBOTT
LABORATORIES, INC., et al.*
W.D.N.Y. Case No. 05-CV-6370

*COUNTY OF STEUBEN V. ABBOTT
LABORATORIES, INC., et al.*
W.D.N.Y. Case No. 05-CV-6223

*COUNTY OF TOMPKINS V. ABBOTT
LABORATORIES, INC., et al.*
N.D.N.Y. Case No. 05-CV-0397

NY01/SZELM/1085572.2

*COUNTY OF WARRREN V. ABBOTT*
*LABORATORIES, INC., et al.*
N.D.N.Y. Case No. 05-CV-0468

*COUNTY OF WASHINGTON V. ABBOTT*
*LABORATORIES, INC., et al.*
N.D.N.Y. Case No. 05-CV-0408

*COUNTY OF WAYNE V. ABBOTT*
*LABORATORIES, INC., et al.*
W.D.N.Y. Case No. 05-CV-6138

*COUNTY OF WESTCHESTER V.*
*ABBOTT LABORATORIES, INC., et al.*
S.D.N.Y. Case No. 03-CV-6178

*COUNTY OF YATES V. ABBOTT*
*LABORATORIES, INC., et al.*
W.D.N.Y. Case No. 05-CV-06172

PLEASE TAKE NOTICE that William A. Escobar, Neil Merkl, Christopher C. Palermo and Elizabeth A. Quinlan of KELLEY DRYE & WARREN LLP, appear for Defendants Mylan Laboratories Inc., Mylan Pharmaceuticals Inc., and UDL Laboratories, Inc. in the above-captioned cases, and request that all notices given or required to be given, and all papers served or required to be served, be given to and served on Elizabeth A. Quinlan, KELLEY DRYE & WARREN LLP, 101 Park Avenue, New York, New York  10178.

Dated: February 24, 2006                Respectfully submitted,

                                        Defendants Mylan Laboratories Inc.,
                                        Mylan Pharmaceuticals Inc. and
                                        UDL Laboratories, Inc.

Of Counsel:                             By: _____
                                            William A. Escobar (admitted *pro hac vice*)
                                            Neil Merkl (admitted *pro hac vice*)
                                            Christopher C. Palermo (admitted *pro hac vice*)
Louis J. Scerra, Esq.                       Elizabeth A. Quinlan (BBO# 651644)
Greenberg Traurig, LLP                  KELLEY DRYE & WARREN LLP
One International Place                  101 Park Avenue
Boston, MA 02110                        New York, NY  10178
Tel: (617) 310-6000                     Tel: (212) 808-7800
Fax: (617) 310-6001                     Fax: (212) 808-7897

## CERTIFICATE OF SERVICE

I certify that on February 24 2006, a true and correct copy of the foregoing Notice of Appearance was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Seunghwan Kim

NY01/KIMSE/1085906.1