UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES ) <br> TO ALL ACTIONS ) <br> ) | MDL No. 1456 <br><br> CIVIL ACTION No. 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE FOR DEFENDANT SANOFI-SYNTHELABO, INC.

**To the Clerk of the Above-Named Court:**

Please withdraw the appearance of Colleen M. Hennessey, of the law firm of Peabody & Arnold, LLP, and the appearances of Kevin R. Sullivan, Grace Rodriguez, Ann H. Malekzadeh, and John D. Shakow, of the law firm King & Spalding LLP, on behalf of Defendant Sanofi-Synthelabo, Inc.

Respectfully submitted,

_/s/ Colleen M. Hennessey_
Colleen M. Hennessey
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
617-951-2100

_/s/ Kevin R. Sullivan_
Kevin R. Sullivan
Grace Rodriguez
Ann H. Malekzadeh
John D. Shakow
KING & SPALDING LLP
1730 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2006, I caused a true and accurate copy of the foregoing document following to be served on all counsel of record electronically via Lexis File and Serve.

/s/ Colleen M. Hennessey<br>
Colleen M. Hennessey

PABOS2:MJGRIFF:632482_1
14690-90018