UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | No. MDL Docket No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CASES | Judge Patti B. Saris |

**MOTION FOR WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 83.5.2(c), Defendants Sicor, Inc. and Sicor Pharmaceuticals, Inc. ("Sicor") request that the Court permit Elizabeth S. Finberg, of Sonnenschein, Nath & Rosenthal LLP, to withdraw her appearance as counsel for Sicor in this action. Ms. Finberg was previously admitted *pro hac vice* as counsel for Sicor.

In support of this motion, Sicor states that the appearance of all attorneys listed below remain in effect and are not affected by this withdrawal.

Dated: February 27, 2006                    Respectfully submitted,

/s/ Pamela A. Zorn
Robert J. Muldoon, Jr.  (BBO# 359480)
James W. Matthews (BBO# 560560)
Pamela A. Zorn (BBO# 640800)
SHERIN AND LODGEN LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

Of Counsel:   SONNENSCHEIN, NATH &
              ROSENTHAL LLP

              Elizabeth I. Hack
              1301 K Street, N.W.
              Suite 600, East Tower
              Washington, D.C. 20005
              (202) 408-6400

              Attorneys for Defendants
              SICOR INC. and SICOR
              PHARMACEUTICALS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2006, copies of the foregoing Motion to Withdraw were served on all counsel of record via ECF and LEXIS/NEXIS File and Serve.

/s/ Elizabeth S. Finberg