UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | Judge Patti B. Saris |

**PLAINTIFFS' SECOND MOTION TO COMPEL PRODUCTION BY AMGEN, INC., WITH REQUEST FOR EXPEDITED BRIEFING AND DISPOSITION**

Plaintiffs respectfully move the Court for an order:

a) compelling Amgen to begin immediately a rolling supplemental production in response to the requests made by plaintiffs, and to complete production by April 15, 2006, of all responsive and non-privileged documents and other materials, including data, called for by Plaintiffs' Omnibus Requests for Production and Interrogatories to Defendants Abbott, Amgen, Aventis, Baxter, Bayer, Boehringer, Braun, Dey, Fujisawa, Novartis, Pfizer, Pharmacia, Sicor, TAP and Watson and to All Other Defendants With Respect to Drugs That Were Not Previously Subject to Discovery, dated March 31, 2004; plaintiffs' IMS discovery requests (as referenced in the memorandum supporting this motion); and plaintiffs' limited document requests made of Amgen employees (or former employees) whose depositions plaintiffs have noted, or whose depositions plaintiffs will note as they complete review of Amgen's document production, to the extent Amgen has not yet produced any such responsive and non-privileged documents and other materials to plaintiffs;

b) requiring Amgen to pay a sanction of $100,000.00 to the plaintiffs, or, in the alternative, to the Court, for Amgen's flagrant disregard of Case Management Order ("CMO")

001534-16  97702 V1

No. 10 and its obligations under the Federal Rules of Civil Procedure, which has resulted in serious prejudice to the plaintiffs; and

c) requiring Amgen to reimburse plaintiffs for the costs, including attorneys' fees, incurred in filing and litigating this motion.

Because of the press of the Court's Track Two schedule, plaintiffs also ask that this motion be decided as expeditiously as possible, on shortened time. To that end, plaintiffs ask that the Court rule that Amgen must submit any opposition briefing and supporting materials no later than Monday, March 6, 2006.

This motion is supported by a memorandum of law filed of even date, together with the declaration of Robert F. Lopez in Support of Plaintiffs' Second Motion To Compel Production by Amgen Inc, with exhibits, which plaintiffs submit with this motion. It also is supported by the declarations of Steve W. Berman and Donald E. Haviland, Jr., together with their exhibits, both of which declarations plaintiffs submitted with their motion to compel against Amgen in October 2005. The Berman and Haviland declarations appear on the Court's docket at nos. 1822 and 1823, respectively.


DATED: February 27, 2006

By____/s/ Steve W. Berman_____
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Robert F. Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer F. Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

001534-16 97702 V1

Samuel D. Heins
Alan I. Gilbert
Susan E. MacMenamin
Heins, Mills & Olson, P.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
**CO-LEAD COUNSEL FOR
PLAINTIFFS**

001534-16  97702 V1

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **PLAINTIFFS' SECOND MOTION TO COMPEL PRODUCTION BY AMGEN, INC., WITH REQUEST FOR EXPEDITED BRIEFING AND DISPOSITION** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on February 27, 2006, a copy to LexisNexis File & Serve for posting and notification to all parties.

By **/s/ Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

001534-16  97702 V1