UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> _____) <br> ) <br> THIS DOCUMENT RELATES TO ) <br> 01-CV-12257-PBS AND 01-CV-339 ) <br> _____) | MDL NO. 1456 <br><br> Civil Action No. 01-12257-PBS <br><br> Hon. Patti B. Saris <br><br> Chief Mag. Judge Marianne B. Bowler |

**[PROPOSED] ORDER GRANTING THE JOHNSON & JOHNSON DEFENDANTS'
MOTION FOR A PROTECTIVE ORDER RESPECTING NON-PARTY DEPONENTS**

Having considered each of the parties' submissions with respect to the Johnson & Johnson Defendants' Motion for a Protective Order Respecting Non-Party Deponents, the Court hereby grants the motion.

It is hereby ordered that Plaintiffs may not depose non-party witnesses, William Pearson, John Hess, and Patricia Hawley, until after March 15, 2006. It is further Ordered that the parties shall confer in good faith about alternative proposed dates during the two week period commencing on March 20, 2006 and ending on March 31, 2006.

Dated: _____, 2006

Hon. Marianne B. Bowler
United States Magistrate Judge