# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO THE AMENDED MASTER CONSOLIDATED CLASS ACTION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris<br><br>Chief Mag. Judge Marianne B. Bowler |

**TRACK TWO DEFENDANTS' MOTION TO COMPEL PLAINTIFF BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, INC. AND THIRD-PARTY NATIONAL HERITAGE INSURANCE COMPANY IN THEIR CAPACITIES AS THE MEDICARE PART B CARRIERS FOR MASSACHUSETTS TO PRODUCE DOCUMENTS AND WITNESSES FOR DEPOSITION <u>PURSUANT TO SUBPOENA</u>**

Defendant Aventis Pharmaceuticals Inc. on behalf of itself and all other Track Two Defendants, hereby moves this Court for an order compelling plaintiff Blue Cross Blue Shield of Massachusetts, Inc. ("BCBSMA") and third-party National Heritage Insurance Company ("NHIC") to produce designees and documents responsive to the subpoenas served upon BCBSMA on October 21, 2005 and October 28, 2005 and upon NHIC on October 27, 2005 and October 28, 2005 and for such other and further relief as this Court deems just and appropriate. The grounds for this motion are set forth in the accompanying memorandum of law, the Declaration of Michael DeMarco, and the exhibits thereto.

BOS-945037 v1

/s/ Michael DeMarco
Michael DeMarco (BBO #119960)
   mdemarco@klng.com
Aimée E. Bierman (BBO #640385)
   abierman@klng.com
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA  02109-1808
(617) 261-3100

Michael L. Koon
James P. Muehlberger
SHOOK, HARDY & BACON L.L.P.
2255 Grand Boulevard
Kansas City, Missouri  64108-2613
(816) 474-6550

*Attorneys for Defendant
Aventis Pharmaceuticals Inc. on behalf of
the Track Two Defendants*

Dated:  February 28, 2006

### LOCAL RULE 7.1(A)(2) AND 37.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel hereby certifies that counsel for Defendants conferred with counsel for Plaintiff Blue Cross and Blue Shield of Massachusetts, Inc. and Third-Party National Heritage Insurance Company in an attempt to narrow the areas of disagreement.  The parties were unable to resolve the instant dispute.

/s/ Michael DeMarco
Michael De Marco

### CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Michael DeMarco
Michael De Marco