# Exhibit 7

**From:** Bierman, Aimee E.
**Sent:** Thursday, November 10, 2005 11:47 PM
**To:** 'Steven.Skwara@bcbsma.com'
**Subject:** Custodian of Records Subpoena

Steven,

I just wanted to touch base with you regarding the custodian of records deposition subpoena. Attached please find a proposed custodian of records declaration. If BCBSMA is willing to sign and return the attached, along of copies of responsive documents and data in BCBSMA's possession by November 15, 2005, we will consider not compelling the deposition of BCBSMA's records custodian.

If you have any questions or comments regarding the attached, please feel free to contact me.

Regards,

Aimee

*Aimee E. Bierman*
*Kirkpatrick & Lockhart Nicholson Graham LLP*
*75 State Street*
*Boston, MA  02109*
*617.261.3166*
*617.261.3175 (fax)*
*www.klng.com*

*This Electronic Message contains confidential information from the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP that may be privileged. The information is intended to be for the use of the addressee only. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | Judge Patti B. Saris |

**DECLARATION OF CUSTODIAN OF RECORDS
PURSUANT TO RULES 803(6) AND 902(11) OF THE
<u>FEDERAL RULES OF EVIDENCE</u>**

1.  I, [your name], am the duly authorized custodian of the records of [identify your department], and have the authority to certify the records sought in the subpoena duces tecum issued on behalf of Aventis Pharmaceuticals Inc. and all defendants to the Amended Master Consolidated Class Action complaint on October 21, 2005.

2.  The copies of the records accompanying this declaration are true copies of all the records described in the subpoena duces tecum.

3.  The records were prepared by the personnel of Blue Cross and Blue Shield of Massachusetts in the ordinary course of business at or near the time of the act, condition, or event.

4.  The identity of the records is as follows: [Describe the records with specificity.]

5.  The records were prepared as follows: [Describe the mode of preparation of the records.]

640755v1

    6. [If you have none of the records requested, or only part of them, state that here.].

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _____ day of _____, 2005, at _____, Massachusetts.

                    _____
                    [Your name here]

- 2 -

640755v1