# Exhibit 8

**From:** Bierman, Aimee E.
**Sent:** Monday, November 14, 2005 12:59 PM
**To:** 'Stafford, Leslie (HHS/OS)'; 'gstarr@goodwin.com'
**Subject:** NHIC Declaration
**Importance:** High

Attached please find a proposed keeper of records declaration.  As I mentioned in my email to Leslie last Thursday, if NHIC is willing to sign the attached and return it, along with copies of the responsive documents and data in NHIC's custody or control, by November 22, 2005, we will consider not compelling the deposition of NHIC's records custodian.

If you have any questions regarding the attached, please feel free to contact me.

Regards,

Aimee E. Bierman

*Aimee E. Bierman*
*Kirkpatrick & Lockhart Nicholson Graham LLP*
*75 State Street*
*Boston, MA  02109*
*617.261.3166*
*617.261.3175 (fax)*
*www.klng.com*

*This Electronic Message contains confidential information from the law firm of Kirkpatrick & Lockhart Nicholson Graham  LLP that may be privileged.  The information is intended to be for the use of the addressee only.  If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | Judge Patti B. Saris |

**DECLARATION OF CUSTODIAN OF RECORDS**
**PURSUANT TO RULES 803(6) AND 902(11) OF THE**
**FEDERAL RULES OF EVIDENCE**

1.      I, [your name], am the duly authorized custodian of the records of [identify your department], and have the authority to certify the records sought in the subpoena duces tecum issued on behalf of Aventis Pharmaceuticals Inc. and all defendants to the Amended Master Consolidated Class Action complaint on October 27, 2005.

2.      The copies of the records accompanying this declaration are true copies of all the records described in the subpoena duces tecum.

3.      The records were prepared by the personnel of National Heritage Insurance Company in the ordinary course of business at or near the time of the act, condition, or event.

4.      The identity of the records is as follows:  [Describe the records with specificity.]

5.      The records were prepared as follows:  [Describe the mode of preparation of the records.]

640755v1

6.      [If you have none of the records requested, or only part of them, state that here.].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.   Executed this _____ day of _____, 2005, at _____, Massachusetts.

_____
[Your name here]

- 2 -