# Exhibit 10

**From:** Mizell, Nick P. (SHB)
**Sent:** Tuesday, December 27, 2005 3:11 PM
**To:** 'Steven.Skwara@bcbsma.com'
**Cc:** Muehlberger, James P. (SHB); Hudson, Christine S. (SHB)
**Subject:** FW: AWP Subpoena to BCBSMA

Thank you Steven, I hope you're having an enjoyable holiday season.

When we last spoke, we agreed that an index of the documents transferred to NHIC, a list of the employees involved with the Part B carrier business of BCBSMA, and the definitions for the codes (e.g., the "B80" (B eighty) codes) and the various acronyms in these document retention spreadsheets would be sent to us.

The attached materials appear to provide a partial index of the documents transferred to NHIC. Apparently, BCBS documents were categorized by "cost centers" and all of the documents in the following "cost centers" were transferred to NHIC:

2023
5650
5720
5750
9132
9216
9393
9400
9410
9580

while most, but not all, of the documents in the following cost centers were transferred to NHIC:

0490
0493
4350.

Of the cost centers listed above, it appears that you have sent us a complete index for two of them - 5720 and 9580 (if the 3-31-98 inventory reports for these cost centers are not complete, please let us know). It also appears that cost center 5650 contained over 12,000 boxes of Medicare Part B records and that a 450+ page inventory report for this cost center was generated on 4-3-98, but you have sent us only 8 pages of the report.

Would you please send us a complete copy of the inventory report for cost center 5650, as well as an inventory report for the other 10 cost centers listed above, along with definitions for the cost centers themselves and the codes and abbreviations used in the "major description" and "minor description" columns.

The attached material also includes a February 5, 1998 inventory report for what appear to be microfiche, magnetic tape and other forms of media for which we will need definitions for the codes and abbreviations in the major and minor description fields and confirmation that these, too, were sent to NHIC.

We appreciate that holiday schedules may slow things down a bit so please let us know when to expect the indices, the definitions for the codes and abbreviations used in the indices, and the list of those employed by BCBS for the Part B Carrier work (some of whom I believe you mentioned were offered positions with NHIC?).

Thank you, Nick.


-----Original Message-----
**From:** Skwara, Steven [mailto:Steven.Skwara@bcbsma.com]
**Sent:** Wednesday, December 14, 2005 2:23 PM
**To:** Mizell, Nick P. (SHB)
**Subject:** AWP Subpoena to BCBSMA

Nick, attached please find scans of a number of documents evidencing the transfer of a number of boxes of archived documents from BCBSMA to NHIC at the time that BCBSMA disengaged from the Medicare business.

**Steven E. Skwara**
**Associate General Counsel**
**Blue Cross and Blue Shield of Massachusetts, Inc.**
**401 Park Dr.**
**Boston, MA  02215**
**Tel.: 617/246-3531**
**Fax: 617/246-3550**

This message is a PRIVATE communication.
If you are not the intended recipient, please do not read, copy,
or use it, and do not disclose it to others. Please notify the
sender of the delivery error by replying to this message, and then
delete it from your system. Thank you.

2/21/2006