# Exhibit 13

| | |
|---|---|
| **From:** | Mizell, Nick P. (SHB) |
| **Sent:** | Thursday, January 19, 2006 12:44 PM |
| **To:** | 'Skwara, Steven' |
| **Cc:** | Muehlberger, James P. (SHB); 'abierman@klng.com'; 'mdemarco@klng.com' |
| **Subject:** | RE: Part B Carrier Discovery Directed to BCBSMA |

Steve, thanks for your voice-mail message of the 16th. We were to have a meet and confer discussion with NHIC this week, but we're now working with NHIC to schedule a call for next week.

In our previous conversations with you, we previously talked about whether there might have been a written agreement between BCBSMA and NHIC concerning the transfer of the Massachusetts Part B carrier business that would place the burden on NHIC to respond to discovery requests concerning Part B carrier activity in Massachusetts prior to 1998. If you could provide us with something like this, we would be glad to raise it with NHIC.

Thanks, Nick.

Nicholas P. Mizell
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550 (main)
(816) 559-2329 (direct)
(913) 579-2775 (cell)
(816) 421-2708 (fax)

2/21/2006