# Exhibit 17

| | |
|---|---|
| **From:** | Mizell, Nick P. (SHB) |
| **Sent:** | Monday, February 13, 2006 10:30 AM |
| **To:** | 'Skwara, Steven' |
| **Cc:** | 'jsharrington@rkmc.com'; Michael DeMarco (E-mail); Aimee E. Bierman (E-mail); Muehlberger, James P. (SHB) |
| **Subject:** | Medicare Part B Carrier Subpoenas to BCBSMA |

Steve, when we last spoke on January 30, you mentioned that you were looking through two boxes of documents for the transfer agreement or an equivalent document concerning the transfer of BCBSMA's Part B Carrier business to NHIC. You also agreed to look for and provide an index for the Medicare Part B pricing records (cost center 9132) that were transferred to NHIC. Please send these documents to us or let us know why you can not provide them.

We also discussed the potential for BCBSMA to co-designate 30(b)(6) witnesses with NHIC to the extent these witnesses would be testifying about acquisition cost surveys, Part B pricing issues and other Part B Carrier matters that occurred when BCBSMA was the Part B carrier for Massachusetts. Unfortunately, after corresponding and conferring with counsel for NHIC over the last few weeks, NHIC has refused to allow for the inspection of any documents and has not designated any witnesses. Please let us know by Wednesday, February 15th, whether BCBSMA will identify, prepare and designate witnesses for the areas of inquiry we identified in our letter to you of January 13, 2006. If we do not hear from you, we will deem our meet and confer obligations under Local Rule 7.1(a)(2) satisfied and prepare a motion to compel the production of materials and witnesses responsive to the two Part B carrier subpoenas directed to BCBSMA .

While you elected to correspond and confer with us directly regarding the Part B carrier subpoenas directed to BCBSMA in October 2005, BCBSMA has, in the interim, been added as a party to the lawsuit and please let us know if we should confer with James Harrington or other outside counsel regarding this matter.

Thank you, Nick.

Nicholas P. Mizell
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550 (main)
(816) 559-2329 (direct)
(913) 579-2775 (cell)
(816) 421-2708 (fax)