# Exhibit 24

**Mizell, Nick P. (SHB)**

| | |
|---|---|
| **From:** | Mizell, Nick P. (SHB) |
| **Sent:** | Monday, February 13, 2006 10:19 AM |
| **To:** | 'Starr, Gary' |
| **Cc:** | Aimee E. Bierman (E-mail); Michael DeMarco (E-mail); Muehlberger, James P. (SHB) |
| **Subject:** | RE: Part B Carrier Subpoenas to National Heritage |

Gary, since our conference call on January 30, we have continued to correspond with you and even attempted to facilitate the identification of potential 30(b)(6) designees for the areas of inquiry outlined in our January 19, 2006 e-mail to you. You indicated this past Wednesday, the 8th, that you were to meet with your client on February 9 and that you would call us, but we have yet to hear from you. Please let us know by Wednesday, February 15th, whether NHIC will identify, prepare and designate witnesses for the areas of inquiry we have discussed and produce for inspection and copying the records identified in our correspondence with you. If we do not hear from you, we will deem our meet and confer obligations under Local Rule 7.1(a)(2) satisfied and prepare a motion to compel the production of materials and witnesses responsive to the two Part B carrier subpoenas directed to NHIC.

Thank you, Nick.

Nicholas P. Mizell
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550 (main)
(816) 559-2329 (direct)
(913) 579-2775 (cell)
(816) 421-2708 (fax)

SHOOK, HARDY & BACON LLP CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION CONTAINING OPINION WORK PRODUCT OF RETAINED OUTSIDE COUNSEL