# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | Judge Patti B. Saris |

**ORDER**

This matter coming before the Court on Defendants Baxter International Inc.'s and Baxter Healthcare Corporation's Response to the Court's Questions of February 7, 2006, and Further Motion For Extension To Track II Discovery Schedule and to Amend CMO No. 23 Only With Respect To Baxter;

It Is Hereby Ordered As Follows:

1. Defendants Baxter International Inc.'s and Baxter Healthcare Corporation's Response to the Court's Questions of February 7, 2006, and Further Motion For Extension To Track II Discovery Schedule and to Amend CMO No. 23 Only With Respect To Baxter is granted;

2. The Track II Discovery Schedule and the discovery schedule set forth in Case Management Order No. 23 are modified with respect to Baxter as follows:

    (i) final date for production of documents: June 1, 2006,

    (ii) final date for depositions of fact witnesses: September 30, 2006;

- 1 -

(iii)   Plaintiffs to file their expert reports on liability:  November 15, 2006;

(iv)   Baxter to file its expert reports on liability: December 1, 2006;

(v)   completion of expert depositions:  December 30, 2006.

ENTERED: _____, 2006

_____
Saris, J.