IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) |
|  | ) |
| THIS DOCUMENT RELATES TO:<br>State of California, *ex rel.* Ven-A-Care v.<br>Abbott Laboratories, *et al.*<br>03-CV-11226-PBS | ) ) ) ) ) |

MDL No. 1456
Master File No.  01-12257-PBS

Judge Patti B. Saris

**PLAINTIFFS' MEMORANDUM  IN RESPONSE TO DEFENDANT ZLB BEHRING,
LLC'S INDIVIDUAL MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

### PLAINTIFFS' RESPONSE

In its separate motion to dismiss, Z.L.B. Behring ("Behring") asserts there is a lack of specificity, as required under Rule 9 of the Fed. R. Civ. P., for Plaintiffs' allegations regarding blood factors, a form of anti-hemophiliac drug manufactured by Behring. Behring asserts, in particular, that the First Amended Complaint in Intervention ("FAC") lacks specificity regarding Behring blood factor drugs, which are reimbursed based upon a Medi-Cal provider's certification of the acquisition cost. Plaintiffs do not dispute Behring's assertion regarding Rule 9(b) deficiencies as to Behring *blood factor drugs*, and they withdraw their false claim allegation concerning Behring *blood factor drugs* from the FAC.

In its motion, Behring does not argue that any of its other products are reimbursed by Medi-Cal using the same reimbursement formula as blood factors. In fact, as alleged in the FAC, the reimbursement formula for other types of drug products manufactured by Behring and identified in the FAC and the supporting sealed exhibit pertaining to Behring (FAC, Exh. B), for drugs known as immune globulins (IVIGs), is based upon prices reported in the compendia, and not on the basis of provider-certified acquisition costs. Sealed exhibit B to the FAC sets forth in detail the pricing differentials, or spreads, for the immune globulins (IVIGs) manufactured by Behring. Plaintiffs have thoroughly alleged the factual basis for their claims that Behring's conduct with respect to the immune globulins (IVIGs) violates the California False Claims Act. *See* FAC ¶¶ 56-59 and Exh. B to the FAC. As set forth more fully in Plaintiffs' Memorandum in Opposition to Defendants' Joint Motion to Dismiss the First Amended Complaint in Intervention (filed contemporaneously with this Response), the allegations within the FAC satisfy the

1

requirements of Rules 9(b) and 12(b)(6) of the Fed. R. Civ. P.

Respectfully submitted,
BILL LOCKYER
Attorney General for the State of California

Dated:  March 2, 2006

By:  \_\_/s/  Nicholas N. Paul_____
    NICHOLAS N. PAUL
    Supervising Deputy Attorney General
    California Department of Justice
    1455 Frazee Road, Suite 315
    San Diego, California  92108
    Tel:  (619) 688-6099
    Fax:  (619) 688-4200

    **Attorneys for Plaintiff,
    STATE OF CALIFORNIA**

THE BREEN LAW FIRM, P.A.                 BERGER & MONTAGUE, P.C.

By:  \_\_\_\_\_/s/  James J. Breen_____     By:  \_\_/s/  Susan Schneider Thomas\_\_\_\_
    JAMES J. BREEN                              SUSAN SCHNEIDER THOMAS
    5755 No. Point Parkway, Suite 39           1622 Locust Street
    Alpharetta, Georgia  30022                 Philadelphia, PA  19103
    Tel: (770) 740-0008                        Telephone:  (215) 875-3000
    Fax: (770) 740-9109                        Fax:  (215) 875-4604

**Attorneys for *Qui Tam* Plaintiff,        Attorneys for *Qui Tam* Plaintiff,
VEN-A-CARE OF THE                          VEN-A-CARE OF THE
FLORIDA KEYS, INC.**                        **FLORIDA KEYS, INC.**

2

## CERTIFICATE OF SERVICE

I, Nicholas N. Paul, hereby certify that on March 2, 2006, I caused a true and correct copy

of the foregoing, **PLAINTIFFS' MEMORANDUM IN RESPONSE TO DEFENDANT**

**ZLB BEHRING, LLC'S INDIVIDUAL MOTION TO DISMISS THE FIRST AMENDED**

**COMPLAINT** to be served on all counsel of record via electronic service pursuant to Paragraph

11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting

and notification to all parties.

Dated: March 2, 2006

                            ___/s/ Nicholas N. Paul_____
                            NICHOLAS N. PAUL
                            Supervising Deputy Attorney General