UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Brett R. Budzinski of Wilmer Cutler Pickering Hale and Dorr LLP on behalf of **Novartis Pharmaceuticals Corporation** ("Novartis") in the above-referenced matter.

Respectfully submitted,

/s/ Brett R. Budzinski
Karen F. Green (BBO #209050)
Benjamin M. Stern (BBO #646778)
Brett R. Budzinski (BBO #655238)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

March 3, 2006

Attorney for Novartis Pharmaceuticals Corporation

US1DOCS 5546799v1

## Certificate of Service

      I, Brett R. Budzinski, certify that pursuant to Case Management Order No. 2, I caused a copy of the foregoing document to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties in this action on this 3rd day of March 2006.


                                            /s/ Brett R. Budzinski
                                            Brett R. Budzinski