UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION, <br><br> THIS DOCUMENT RELATES TO THE MASTER CONSOLIDATED CLASS ACTION, | MDL No. 1456 <br><br> Civil Action No. 01-12257-PBS |

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for non-party Neighborhood Health Plan, Inc. in the above entitled action.

Respectfully submitted,

Neighborhood Health Plan, Inc.,

By its Attorneys,

/s/Susan Hughes Banning
Susan Hughes Banning
BBO #028640
HEMENWAY & BARNES
60 State Street
Boston, MA 02109
(617) 227-7940

Dated: March 8, 2006

380259

## CERTIFICATE OF SERVICE

I, Susan Hughes Banning, counsel to nonparty Neighborhood Health Plan, Inc., hereby certify that on March 8, 2006, I caused copies of Notice of Appearance to be served electronically on counsel of record.

/s/Susan Hughes Banning
Susan Hughes Banning

380259