# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 1:01-cv-12257-PBS<br>Hon. Patti Saris |
| THIS DOCUMENT RELATES TO THE AMENDED MASTER CONSOLIDATED CLASS ACTION | Chief Mag. Judge Marianne B. Bowler<br>MARCH 8, 2006 |

## APPEARANCE

Please enter my appearance, in addition to any appearances already on file, as attorney for non-party, NATIONAL HERITAGE INSURANCE COMPANY, in the above-captioned matter.

Dated at Hartford, Connecticut, this 8th day of March 2006.

                         **NON-PARTY**
                         **NATIONAL HERITAGE INSURANCE COMPANY**

                         By: /s/ Ben Wattenmaker
                         Benjamin M. Wattenmaker
                         MA Juris. No. 644919
                         E-mail: bwattenmaker@goodwin.com
                         Shipman & Goodwin LLP
                         One Constitution Plaza
                         Hartford, CT  06103-1919
                         Phone:  (860) 251-5786
                         Fax:  (860) 251-5218
                         Its Attorney

- 3 -

## CERTIFICATION

      This is to certify that a copy of the foregoing Appearance of Non-Party National Heritage Insurance Company has been sent via electronic transmission on this 8th day of March 2006, or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system:

_____
Benjamin M. Wattenmaker

429415 v1