# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO THE MASTER CONSOLIDATED CLASS ACTION | ) ) ) ) ) ) ) ) ) ) MDL NO. 1456<br>Civil Action No. 01-12257-PBS |

### AFFIDAVIT OF MIRIAM SULLIVAN IN SUPPORT OF NON-PARTY TUFTS ASSOCIATED HEALTH PLANS, INC.'S MOTION FOR PROTECTIVE ORDER

I, Miriam Sullivan, hereby state the following in support of Tufts Associated Health Plans, Inc.'s ("Tufts HP's") Motion For Protective Order:

1. I have been employed at Tuft HP for seven (7) years in the area of Allied Health & Pharmacy Services.

2. Currently I am an Assistant Vice President, Allied Health & Pharmacy Services. I have held this position for one year. As Assistant Vice President, Allied Health & Pharmacy Services, I am responsible for overseeing the administration of Tufts HP's Pharmacy Services Agreements, including Specialty Pharmaceutical Agreements concerning injectibles. I am also responsible for overseeing Tufts HP's Pharmacy Benefit Manager Agreements.

3. I have reviewed the subpoena served on behalf of Dey, Inc. ("the Subpoena"), along with its various schedules and attachments. I am informed that the Subpoena was served November 11, 2005. It calls for production, on November 23, 2005, of thirty-eight (38) categories documents spanning a timeframe of fourteen (14) years. In addition, it calls for the deposition of Tufts HP on December 2, 2005, through witnesses who are

most knowledgeable of thirty-two (32) different subjects spanning a timeframe of fourteen (14) years.

4. In the process of attempting to respond to the Subpoena, I have identified the various departments at Tufts HP that may have responsive documents, and have obtained information concerning the time it would take to search for, sort through, and organize such documents. Although the Subpoena calls for production of documents from "agents" of Tufts HP and from individuals and entities formerly affiliated with Tufts HP, I have limited my preliminary inquiry to documents in the possession, custody, and control of Tufts HP. In addition, although the Subpoena calls for production of documents that somehow "relate" to a subject, I have limited my preliminary inquiry to documents that "concern" the subject, in the sense that they refer to, describe, evidence, or constitute the type of document requested.

5. With these preliminary limitations, I estimate that it would take in excess of 1500 hours of work to gather responsive documents. This comprises more than half a year of full time equivalent work. The compliance time demanded by the Subpoena— less than two weeks—is utterly overwhelming if not impossible.

6. Many of the Subpoena's document requests seek information that is highly confidential. The manner in which Tufts HP formulates and/or negotiates its reimbursement rates, including those for physician administered drugs, is among the most competitively sensitive in the organization. Requests for documents containing patient information seek disclosure of materials that Tufts HP has a legal obligation not to disclose. Requests for documents containing information about individual physicians are

unduly intrusive and potentially disruptive to the business relationships upon which Tufts HP's operations depend.

7. I have reviewed the objections that Tufts HP's counsel has made to the production of documents called for by the Subpoena. These objections fairly and accurately describe the practical and business challenges that Tufts HP faces in responding to the Subpoena.

8. I am aware of the fact that there have been discussions about the narrowing of the scope of the subpoena.

    a. I have reviewed an amended list of "Subject Drugs" that narrows somewhat the list of pharmaceuticals in question. This amended list is attached hereto as Exhibit A. The amended list appears to include both physician administered drugs and drugs that can be purchased at pharmacies and taken orally. Working with this amended list does not appreciably reduce the amount of time it would take to search for, gather, sort through, and organize potentially responsive documents.

    b. I am aware that defense counsel has made preliminary suggestions concerning possible further narrowing (or initial narrowing) of the document requests. Without a written list of narrowed requests, I cannot assess the length of time it would take to search for and gather such documents. As of the date of this Affidavit, I have received no such list.

9. As to the deposition scheduled for December 2, 2005, I estimate that it would take multiple witnesses to cover the designated subject matters, even disregarding the fourteen year timeframe defined in the Subpoena. Considering that each subject matter

has a possible fourteen year timeframe, it is unlikely that all of the witnesses needed to address the designated subject matters will have adequate time to prepare for their testimony by December 2, 2005.

Signed under the penalties of perjury this 25th day of November, 2005.

_____
Miriam Sullivan
Assistant Vice President, Allied Health & Pharmacy Services
Tufts Associated Health Plans, Inc.

# EXHIBIT A

# EXHIBIT A

## ALL DRUGS LISTED BELOW ARE SUBJECT TO THESE DISCOVERY REQUESTS

| Drug Name | J Code |
|---|---|
| ALBUTEROL | J3535 |
|  | J7613 |
|  | J7619 |
| ALKERAN | J8600 |
|  | J9245 |
| BLENOXANE | J9040 |
| CYTOXAN | J8530 |
|  | J9090 |
|  | J9091 |
|  | J9093 |
|  | J9094 |
|  | J9095 |
|  | J9096 |
|  | J9097 |
| ETOPOPHOS | J9181 |
|  | J9182 |
| HALDOL | J1630 |
|  | J1631 |
| IMITREX | J3030 |
| INTEGRILIN | J1327 |
| INTRON A | J9214 |
| KYTRIL | J1625 |
|  | J1626 |
|  | Q0166 |
| LEVAQUIN | J1956 |
| MYLERAN | J8510 |
| NAVELBINE | J9390 |
| PARAPLATIN | J9045 |
| PERPHENAZINE | Q0175 |
|  | Q0176 |
| PROCRIT | Q0136 |
|  | Q4055 |
|  | Q9920 |
|  | Q9921 |
|  | Q9922 |
|  | Q9923 |
|  | Q9924 |
|  | Q9925 |
|  | Q9926 |
|  | Q9927 |
|  | Q9928 |
|  | Q9929 |
|  | Q9930 |

NY01/KIMS/1064521.3

| Drug Name | J Code |
|---|---|
| PROCRIT (cont.) | Q9931 |
|  | Q9932 |
|  | Q9933 |
|  | Q9934 |
|  | Q9935 |
|  | Q9936 |
|  | Q9937 |
|  | Q9938 |
|  | Q9939 |
|  | Q9940 |
| PROVENTIL | J7613 |
|  | J7618 |
| PULMICORT | J7626 |
| REMICADE | J1745 |
| RETROVIR | J3485 |
| SODIUM CHLORIDE | J2912 |
|  | J7030 |
|  | J7040 |
|  | J7050 |
|  | J7051 |
|  | J7130 |
| SPORANOX | J1835 |
| TAXOL | J9265 |
| TEMODAR | J8700 |
| VENTOLIN | J7620 |
|  | J7625 |
| VEPESID | J8560 |
|  | J9181 |
|  | J9182 |
| ZANTAC | J2780 |
| ZOFRAN | J2405 |
|  | Q0179 |
| ZOLADEX | J9202 |
| ZOVIRAX | Q4075 |
| ACETYLCYSTEINE | J7608 |
|  | J7610 |
|  | J7615 |
| ACYCLOVIR | Q4075 |
| ADRIAMYCIN | J9001 |
| ADRUCIL | J9190 |
| AGGRASTAT | J3245 |
|  | J3246 |
| ALBUTEROL | J3535 |
|  | J7613 |
|  | J7619 |
| A-METHAPRED | J2920 |
| AMPHOCIN | J0285 |
|  | J0287 |

NY01/KIMS/1064521.3

2

| Drug Name | J Code |
|---|---|
| AMPHOCIN (cont.) | J0289 |
| AMPHOTERICIN B | J0285 |
| AMPHOTERICIN B (cont.) | J0287 |
| | J0289 |
| ANZEMET | J1260 |
| | Q0180 |
| ARANESP | J0880 |
| | Q0137 |
| | Q4054 |
| ARISTOCORT | J3302 |
| ARISTOSPAN | J3303 |
| ATIVAN | J2060 |
| AZMACORT | J7684 |
| BACTERIOSTATIC SODIUM CHLORIDE | J2912 |
| | J7130 |
| BEBULIN VH | J7194 |
| BREVIBLOC | J7799 |
| BUMINATE | P9041 |
| | P9042 |
| | P9045 |
| | P9046 |
| | P9047 |
| CALCIJEX | J0635 |
| | J0636 |
| CEFIZOX | J0715 |
| CIPRO | J0706 |
| | J0744 |
| CISPLATIN | J9060 |
| | J9062 |
| CLAFORAN | J0698 |
| CROMOLYN SODIUM | J7631 |
| CYTARABINE | J9098 |
| | J9100 |
| | J9110 |
| | J9111 |
| | J9112 |
| | J9113 |
| DEPO TESTOSTERONE CYPIONATE | J1060 |
| | J1070 |
| | J1080 |
| | J1081 |
| | J1082 |
| DEXAMETHASONE | J1100 |
| | J7637 |
| | J7638 |
| DEXTROSE | J7042 |
| | J7060 |
| | J7070 |

| Drug Name | J Code |
|---|---|
| DIAZEPAM | J3360 |
| DILANTIN | J1165 |
| DOXORUBICIN HCL | J9000 |
|  | J9001 |
| DTIC-DOME | J9130 |
|  | J9140 |
| ENBREL | J1438 |
| EPOGEN | Q0136 |
|  | Q4055 |
|  | Q9920 |
|  | Q9921 |
|  | Q9922 |
|  | Q9923 |
|  | Q9924 |
|  | Q9925 |
|  | Q9926 |
|  | Q9927 |
|  | Q9928 |
|  | Q9929 |
|  | Q9930 |
|  | Q9931 |
|  | Q9932 |
|  | Q9933 |
|  | Q9934 |
|  | Q9935 |
|  | Q9936 |
|  | Q9937 |
|  | Q9938 |
|  | Q9939 |
|  | Q9940 |
| ETOPOSIDE | J9181 |
|  | J9182 |
| FENTANYL CITRATE | J3010 |
| FERRLECIT | J2916 |
| FUROSEMIDE | J1940 |
| GAMIMUNE N | J1563 |
|  | J1564 |
|  | Q9943 |
|  | Q9944 |
| GAMMAGARD SD | J1561 |
|  | J1563 |
|  | J1564 |
|  | Q9941 |
|  | Q9942 |
| GAMMAR P | J1561 |
|  | J1563 |
|  | J1564 |
|  | Q9941 |
|  | Q9942 |

NY01/KJMS/1064521.3     4

NOV 21 2005 4:50 PM FR KDW LLP 212 808 7897 TO *2013135000015151 P.06
Case 1:01-cv-12257-PBS Document 1934-4 Filed 01/25/2005 Page 11 of 11
Case 1:01-cv-12257-PBS Document 2234-4 Filed 03/03/2006 Page 11 of 12

| Drug Name | J Code |
|---|---|
| GENTAMICIN | J1580 |
| GENTRAN | J7100 |
|  | J7110 |
| HEPARIN | J1642 |
|  | J1644 |
| INFED | J1750 |
| INTAL | J7631 |
| IPRATROPIUM BROMIDE | J7644 |
| IVEEGAM | J1561 |
|  | J1562 |
|  | J1563 |
|  | J1564 |
|  | Q9941 |
|  | Q9942 |
| KOATE-HP | J7190 |
| KOGENATE | J7192 |
| LEUCOVOR | J0640 |
| LEUCOVORIN CALCIUM | J0640 |
|  | J8999 |
| LEUKINE | J2820 |
| LORAZEPAM | J2060 |
| METAPROTERENOL SULFATE | J7669 |
| METHOTREXATE | J9250 |
|  | J9260 |
| MIACALCIN | J0630 |
| MITHRACIN | J9270 |
| MITOMYCIN | J9280 |
|  | J9290 |
|  | J9291 |
| NEOSAR | J9070 |
|  | J9080 |
|  | J9090 |
|  | J9091 |
|  | J9092 |
|  | J9095 |
|  | J9096 |
| NEULASTA | J2505 |
|  | Q4053 |
| NEUPOGEN | J1440 |
|  | J1441 |
| NOVANTRONE | J9293 |
| OSMITROL | J2150 |
| PROGRAF | J7507 |
|  | J7508 |
|  | J7525 |
| RECOMBINATE | J7192 |
| SODIUM CHLORIDE | J2912 |
|  | J7030 |

NOV 21 2005 4:50 PM FR KDW LLP 212 808 7897 TO *20151360001916† P.07
Case 1:01-cv-12257-PBS Document 2034-4 Filed 01/25/2005 Page 12 of 12
Case 1:01-cv-12257-PBS Document 1916-2 Filed 01/25/2005 Page 11 of 11

| Drug Name | J Code |
|---|---|
| SODIUM CHLORIDE (cont.) | J7040 |
| | J7050 |
| | J7051 |
| | J7130 |
| SOLU-CORTEF | J1700 |
| | J1710 |
| | J1720 |
| SOLU-MEDROL | J1020 |
| | J1030 |
| | J1040 |
| | J2920 |
| | J2930 |
| | J7509 |
| TAXOTERE | J9170 |
| THIOPLEX | J9340 |
| TOBRAMYCIN SULFATE | J3260 |
| TOPOSAR | J9181 |
| | J9182 |
| VANCOCIN HCL | J3370 |
| VANCOMYCIN HCL | J3370 |
| VINBLASTINE | J9360 |
| VINCASAR PFS | J9370 |
| | J9375 |
| | J9380 |
| ZITHROMAX | J0456 |

NY01/KIMS/1064521.3      6