UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL No. 1456 ) ) CIVIL ACTION: 01-CV-12257 PBS ) |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | ) Judge Patti B. Saris ) ) ) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
PLAINTIFFS' OPPOSITION TO DEY, INC.'S AND ABBOTT LABORATORIES'
OBJECTIONS TO CHIEF MAGISTRATE JUDGE BOWLER'S ORDER
DENYING FURTHER DISCOVERY OF MASSACHUSETTS HEALTH PLANS**

Plaintiffs' respectfully request leave to file an opposition to Defendants Dey, Inc.'s and Abbott Laboratories' Objections to Chief Magistrate Judge Bowler's Order dated February 4, 2006 allowing Plaintiffs' Motions for Protective Orders concerning Subpoenas issued to Tufts Associated Health Plan, Inc., Neighborhood Health Plan, Inc., Fallon Community Health Plan, Inc., and Harvard Pilgrim Health Care, Inc.

Respectfully submitted,

By **/s/ David Nalven**
Thomas M. Sobol
David S. Nalven
Edward Notargiacomo
Hagens Berman Sobol Shapiro LLP
One Main Street
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

>Steve W. Berman
>Sean R. Matt
>Hagens Berman Sobol Shapiro LLP
>1301 Fifth Avenue, Suite 2900
>Seattle, WA  98101
>Telephone: (206) 623-7292
>Facsimile: (206) 623-0594
>
>*LIAISON AND CO-LEAD COUNSEL*
>
>Jeffrey Kodroff
>John Macoretta
>Spector, Roseman & Kodroff, P.C.
>1818 Market Street, Suite 2500
>Philadelphia, PA  19103
>Telephone: (215) 496-0300
>Facsimile: (215) 496-6611
>
>Marc H. Edelson
>Hoffman & Edelson
>45 West Court Street
>Doylestown, PA  18901
>Telephone: (215) 230-8043
>Facsimile: (215) 230-8735
>
>Kenneth A. Wexler
>Wexler & Associates
>One North LaSalle Street, Suite 2000
>Chicago, IL  60602
>Telephone: (312) 346-2222
>Facsimile: (312) 346-0022
>
>*CO-LEAD COUNSEL*

Dated: March 8, 2006

## CERTIFICATE OF SERVICE

Docket No. MDL 1456

I, David S. Nalven, hereby certify that I am one of plaintiffs' attorneys and that, on March 8, 2006, I caused copies of this pleading to be served via Lexis/Nexis File Serve on all counsel of record.

>**/s/ David S. Nalven**

Dated: March 8, 2006