# Exhibit B

**From:** Haviland, Donald E. [mailto:Donald.Haviland@KlineSpecter.com]
**Sent:** Friday, March 03, 2006 2:52 PM
**To:** Muehlberger, James P. (SHB)
**Cc:** sstempel@morgan.lewis.com; Steve@hbsslaw.com; kwexler@wexlerfirm.com
**Subject:** Re: Discovery as to Plaintiffs' Proposed Class Representatives for the Track 2 Defendants

Mr. Muehlberger,

My letter was intended to address only the new consumer representatives. By prior transmittals, defendants have all the requisite info on the track 1 class representatives and had the opportunity to depose them.

I don't speak for the plans, but I understand from ken wexler that you have the plan documents as well. You should direct any specific issues to Mr. Wexler.

Regards

Don Haviland

-----Original Message-----

From: Muehlberger, James P. (SHB)

To: Haviland, Donald E.

CC: sstempel@morgan.lewis.com

Sent: Fri Mar 03 13:23:03 2006

Subject: Discovery as to Plaintiffs' Proposed Class Representatives for the Track 2 Defendants

Mr. Haviland,

This is in response to your letter of yesterday.

You state that you provide a discussion of "each" proposed Track 2 class representative, but you fail to mention or discuss documents or deposition dates for Aaronson, Howe, Young, Newell, Sheet Metal Workers, or Pipefitters Local 537 Trust Fund. Could you please explain why not?

Thank you.
James P. Muehlberger
Shook, Hardy & Bacon LLP
2555 Grand Blvd
Kansas City, Missouri 64108
Phone:816-474-6550, ext 19039
Fax: 816-421-5547

E-mail: jmuehlberger@shb.com

"MMS <shb.com>" made the following

annotations on 03/03/06, 12:23:09

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.