UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) |

MDL NO. 1456

CIVIL ACTION NO. 01-CV-12257-PBS

Judge Patti B. Saris

## MOTION FOR ADMISSION OF AUGUSTA RIDLEY PRO HAC VICE

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, the undersigned, an attorney licensed to practice law in the Commonwealth of Massachusetts and in the United States District Court for the District of Massachusetts, respectfully moves that Augusta Ridley be admitted to practice before this Honorable Court for purposes of the above-captioned case. Augusta Ridley is licensed to practice law in the State of Maryland, the District of Columbia, and the United States District Courts for the District of Columbia.

According to the attached Certificate Good Standing of Augusta Ridley, :

(1) Augusta Ridley is a member of the Bar in good standing in every jurisdiction in which she has been admitted to practice.

(2) There are no disciplinary proceedings pending against her as a member of the Bar in any jurisdiction.

(3) Augusta Ridley is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, I move that Augusta Ridley be admitted this 14th day of March, 2006.

Respectfully submitted,

*Colleen Hennessey (mjg)*

Colleen Hennessey
PEABODY & ARNOLD, LLP
30 Rowes Wharf
Boston, MA 02110
Telephone: (617) 951-2100
Facsimile: (617) 951-2125

Kevin R. Sullivan
Grace M. Rodriguez
John D. Shakow
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20016
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

Attorneys for Defendant Hoffmann-La Roche Inc. and Roche Laboratories Inc.