## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION NO. 01-CV-12257-PBS |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

### CERTIFICATE OF GOOD STANDING

Augusta Ridley, an attorney with the firm of King & Spalding LLP, 1700 Pennsylvania Avenue, NW, Washington, D.C. 20006, hereby certifies:

(1) I am a member of the Bars of the State of Maryland, the District of Columbia, and the United States District Courts for the District of Columbia; (2) I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice; (3) there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Under penalty of perjury this _13th_ day of March, 2006.

Respectfully submitted,

Augusta Ridley
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737