# EXHIBIT 1

**EXHIBIT 1**

| Manufacturer | Alleged Medicare Part B Drugs in Original Exhibit A | Drugs Named in 4th Amended Complaint | Drugs Named in New Exhibit A |
|---|---|---|---|
| ABBOTT | Acetylcysteine | | Acetylcysteine |
| | Acyclovir sodium | | Acyclovir sodium |
| | A-Methapred | | A-Methapred |
| | Amikacin sulfate | | Amikacin sulfate |
| | Aminosyn | | Aminosyn |
| | Calcijex | | Calcijex |
| | Cimetidine Hydrochloride | | Cimetidine Hydrochloride |
| | Clindamycin Phosphate | | Clindamycin Phosphate |
| | Dextrose sodium chloride | Dextrose sodium chloride | Dextrose sodium chloride |
| | Dextrose | Dextrose | Dextrose |
| | Diazepam | | Diazepam |
| | Erythromycin | | Erythromycin |
| | Fentanyl citrate | Fentanyl citrate | Fentanyl citrate |
| | Furosemide | Furosemide | Furosemide |
| | Gentamicin Sulfate | Gentamicin Sulfate | Gentamicin Sulfate |
| | Heparin Sodium | Heparin Sodium | Heparin Sodium |
| | Leucovorin Calcium | | Leucovorin Calcium |
| | | | Liposyn II |
| | Lorazepam | Lorazepam | Lorazepam |
| | Sodium Chloride | Sodium Chloride | Sodium Chloride |
| | Tobramycin Sulfate | | Tobramycin Sulfate |
| | Vancomycin Hydrochloride | | Vancomycin Hydrochloride |
| | | Adenopsine | |
| | | Bupivacaine | |
| | | Ciprofloxacin hydrochloride | |
| | | Dexamethasone acetate | |
| | | Diltiazem hydrochloride inj | |
| | | Dopamine hydrochloride | |
| | | Enalaprilat inj | |
| | | Epinephrine | |
| | | Famotidine | |
| | | Glycopyrrolate | |
| | | Hydromorphone inj | |
| | | Ketorolac | Ketorolac |
| | | Labetalol inj | |
| | | Levofloxacin | |
| | | Lidocaine hydrochloride | |
| | | Magnesium sulfate | |

| Manufacturer | Alleged Medicare Part B Drugs in Original Exhibit A | Drugs Named in 4th Amended Complaint | Drugs Named in New Exhibit A |
|---|---|---|---|
| | | Midazolam hydrochloride | |
| | | Morphine sulfate inj | |
| | | Potassium chloride | |
| | | Promethazine inj | |
| | | Propotol injectable | |
| | | Ringer's lactated with dextrose inj | |
| | | Succinylcholine chloride inj | |
| | | Vercuronium bromide | |
| | | | |
| AMGEN | Aranesp | Darbepoetin alfa albumi | Aranesp |
| | Enbrel | | Enbrel |
| | Epogen | Epoetin alfa | Epogen |
| | Kineret | | Kineret |
| | Neulasta | Pegfilgrastim | Neulasta |
| | Neupogen | Filgrastim | Neupogen |
| | | | |
| AVENTIS GROUP | Allegra | | |
| | Allegra-D | | |
| | Amaryl | | |
| | Anzemet | Anzemet | Anzemet |
| | Arava | | |
| | Calcimar | | Calcimar |
| | Carafate | | |
| | Cardizem | | Cardizem |
| | Gammar - PI.V | | Gammar |
| | | | Intal |
| | Taxotere | Taxotere | Taxotere |
| | Trental | | |
| | | Albumin | |
| | | Eligard | Eligard |
| | | Enoxaparin sodium | |
| | | Furosemide | |
| | | Sodium Chloride | |
| | | | |
| BAXTER | Aggrastat | | Aggrastat |
| | Ativan | Ativan (Lorazepam) | Ativan |
| | Bebulin VH | | Bebulin |
| | Brevibloc | | Brevibloc |
| | Buminate | Buminate (Albumin) | Buminate |
| | Cisplatin | Cisplatin | Cisplatin |

2

| Manufacturer | Alleged Medicare Part B Drugs in Original Exhibit A | Drugs Named in 4th Amended Complaint | Drugs Named in New Exhibit A |
|---|---|---|---|
| | Claforan | | Claforan |
| | Dextrose | Dextrose | Dextrose |
| | Doxorubicin | | Doxorubicin |
| | Gammagard S/D | | Gammagard |
| | Gentam/NaCl | | Gentam/NaCl |
| | Gentran | | Gentran |
| | Heparin | | Heparin |
| | Iveegam | | Iveegam |
| | Osmitrol | | Osmitrol |
| | Recombinate | | Recombinate |
| | Sodium Chloride | Sodium Chloride | Sodium Chloride |
| | Travasol | | Travasol |
| | Travasol w/ Dextrose | | Travasol w/ Dextrose |
| | Vancocin/Vancocin HCl | | Vancocin/Vancocin HCl |
| | | Carboplatin | |
| | | Cefazolin | |
| | | Cefazolin Sodium | |
| | | Cefuroxime | |
| | | Ciprofloxacin Hydrochloride | |
| | | Dexamethasone Sodium Phosphate | |
| | | Diazepam | |
| | | Diltiazem Hydrochloride | |
| | | Diphenhydramine | |
| | | Dopamine Hydrochloride | |
| | | Enalaprilat | |
| | | Famotidine | |
| | | Fentanyl Citrate | |
| | | Furosemide | |
| | | Gentamicin Sulfate | |
| | | Glycopyrrolate | |
| | | Heparin Sodium | |
| | | Hetastartch Sodium Chloride | |
| | | Hydromorphone Injectable | |
| | | Ketorolac Tromethamine | Ketorolac Tromethamine |
| | | Labetalol Injectable | |
| | | Lidocaine Hydrochloride | |
| | | Methotrexate Sodium | |
| | | Midazolam | |

3

| Manufacturer | Alleged Medicare Part B Drugs in Original Exhibit A | Drugs Named in 4th Amended Complaint | Drugs Named in New Exhibit A |
|---|---|---|---|
| | | Midazolam Hydrochloride | |
| | | Neostigmine Methylsulfate | |
| | | Phenylephrine | |
| | | Potassium Chloride | |
| | | Promethazine | |
| | | Ringers Lactated With Dextrose Injectable | |
| | | Propofol | |
| | | Vancomycin Sulfate | |
| | | Vercuronium Bromide | |
| | | | |
| BAYER | Cipro | Ciprofloxacin hydrochloride (Cirpo) | Cipro |
| | Cipro XR | | |
| | DTIC - Dome | | DTIC - Dome |
| | Gamimune N | | Gamimune N |
| | Koate-HP | | Koate-HP |
| | Kogenate | | Kogenate |
| | Mithracin | Plicamycin (Mithracin) | Mithracin |
| | | Dexamethasone acetate (Bayer does not manufacture or distribute this drug) | |
| | | Moxifloxacin injectable (Avelox) | |
| | | | |
| DEY | Acetylcysteine | | Acetylcysteine |
| | Albuterol or Albuterol Sulfate | Albuterol or Albuterol Sulfate | Albuterol or Albuterol Sulfate |
| | Cromolyn Sodium | | Cromolyn Sodium |
| | Ipratropium Bromide | Ipratropium Bromide | Ipratropium Bromide |
| | Metaproterenol Sulfate | | Metaproterenol Sulfate |
| | | | |
| FUJISAWA GROUP | Acyclovir Sodium | | Acyclovir Sodium |
| | Aristocort | Aristocort | Aristocort |
| | Aristospan | | |
| | Cefizox | | Cefizox |
| | Dexamethasone Sodium Phosphate | Dexamethasone Sodium Phosphate | Dexamethasone Sodium Phosphate |
| | Doxorubicin Hydrochloride | | Doxorubicin Hydrochloride |

4

| Manufacturer | Alleged Medicare Part B Drugs in Original Exhibit A | Drugs Named in 4th Amended Complaint | Drugs Named in New Exhibit A |
|---|---|---|---|
| | Fluorouracil | Fluorouracil | Fluorouracil |
| | Gentamicin Sulfate | Gentamicin Sulfate | Gentamicin Sulfate |
| | Lyphocin | | Lyphocin |
| | Nebupent | | Nebupent |
| | Pentam 3000 | | Pentam 3000 |
| | Prograf | | Prograf |
| | Vinblastine Sulfate | | Vinblastine Sulfate |
| | | Adenosine | |
| | | Methylsulfate | |
| | | | |
| IMMUNEX | Leucovorin Calcium | Leucovorin Calcium | Leucovorin Calcium |
| | Leukine | | Leukine |
| | Methotrexate Sodium | Methotrexate Sodium | Methotrexate Sodium |
| | Novantrone | Novantrone | Novantrone |
| | Thioplex | | Thioplex |
| | | | |
| PFIZER | Zithromax | Azithromycin | Zithromax |
| | | Bacitracin | |
| | | Cytoxan | |
| | | Depo-Provera | |
| | | Diphenhydramine Inj | |
| | | Doxycycline | |
| | | Epirubicin | |
| | | Heparin Sodium | |
| | | Hydrocortisone Sodium Succinate | |
| | | Lipitor | |
| | | Potassium Chloride | |
| | | Propofol Injectable | |
| | | Triptoreline Pamoate | |
| | | Zoloft | |
| | | | Depo-Subq Provera |
| | | | |
| PHARMACIA GROUP | Adriamycin PFS | | Adriamycin PFS |
| | Adriamycin RDF | | Adriamycin RDF |
| | Adrucil | | Adrucil |
| | Amphocin | | Amphocin |
| | Amphotercin B | | Amphotercin B |
| | Bleomycin Sulfate | Bleomycin Sulfate | Bleomycin Sulfate |
| | Cytarabine | | Cytarabine |
| | Depo-Testosterone | | Depo-Testosterone |

5

| Manufacturer | Alleged Medicare Part B Drugs in Original Exhibit A | Drugs Named in 4th Amended Complaint | Drugs Named in New Exhibit A |
|---|---|---|---|
| | Etoposide | | Etoposide |
| | Neosar | | Neosar |
| | Solu-Cortef | Solu-Cortef | Solu-Cortef |
| | Solu-Medrol | Solu-Medrol | Solu-Medrol |
| | Toposar | Toposar | Toposar |
| | Vincasar PFS | | Vincasar PFS |
| | | Cytoxan | |
| | | Diphenhydramine Injectable | |
| | | Epirubicin | |
| | | Etoposide Phosphate | |
| | | Heparin Sodium | |
| | | Hydrocortisone sodium succinate | |
| | | Triptoreline Pamoate | |
| | | Vincristine sulfate | |
| | | | Depo-Provera |
| | | | Depo-Provera Contraceptive |
| | | | Depo-Provera Uject |
| | | | Trelstar Depot |
| | | | Trelstar LA |
| | | Vincasar | Vincasar |
| | | | |
| SICOR GROUP | Acyclovir Sodium | | Acyclovir Sodium |
| | Amikacin Sulfate | | Amikacin Sulfate |
| | Amphotericin B | | Amphotericin B |
| | Doxorubicin Hydrochloride | | Doxorubicin HCL |
| | Etoposide | Etoposide | Etoposide |
| | Leucovorin Calcium | | Leucovorin Calcium |
| | Pentamidine Isethionate | | Pentamidine Isethionate |
| | Tobramycin Sulfate | | Tobramycin Sulfate |
| | | Cisplantin | |
| | | Dexamethasone Sodium Phosphate | |
| | | Diltiazem Hydrochloride Injectable | |
| | | Epinephrine | |
| | | Enalaprilat Injectable | |
| | | Glycopyrrolate Injectable | |
| | | Magnesium Sulfate | |

6

| Manufacturer | Alleged Medicare Part B Drugs in Original Exhibit A | Drugs Named in 4th Amended Complaint | Drugs Named in New Exhibit A |
|---|---|---|---|
| | | Injectable | |
| | | Neostigmine Methylsulfate | |
| | | Phenylephrine | |
| | | Promethazine Injectable | |
| | | Propofol Injectable | |
| | | Sodium Chloride | |
| | | Vercuronium Bromide Injectable | |
| | | Vincristine Sulfate | |
| | | | |
| WATSON | Dexamethasone Acetate | Dexamethasone Acetate | Dexamethasone Acetate |
| | Dexamethasone Sodium Phosphate | Dexamethasone Sodium Phosphate | Dexamethasone Sodium Phosphate |
| | Diazepam | | Diazepam |
| | Estradiol | | |
| | Ferrlecit | | Ferrlecit |
| | Fluphenazine Hcl | | Fluphenazine Hcl |
| | Gemfibrozil | | |
| | Gentamicin Sulfate | Gentamicin Sulfate | Gentamicin Sulfate |
| | Imipramine Hcl | | |
| | INFeD | INFeD | INFeD |
| | Lorazepam Tablets | | |
| | | Lorazepam injectable | Lorazepam injectable |
| | Nadolol | | |
| | Perphenazine | | |
| | Propanolol Hcl | | |
| | Ranitidine Hcl | | |
| | Vancomycin Hcl | Vancomycin sulfate | Vancomycin Hcl |
| | Verapamil Hcl | | |
| | | | Ketorolac tablets |
| | | Promethazine | |
| | | | Trelstar |
| | | | |

7