**THE | WEXLER | FIRM** LLP

FILED
IN CLERKS OFFICE

2006 MAR 14  A 10: 58

March 10, 2006

U.S. DISTRICT COURT
DISTRICT OF MASS.

*Via Federal Express*

Hon. Marianne B. Bowler
United States District Court for the
District of Massachusetts
One Courthouse Way
Boston, MA  02210

      Re:   *In re: Pharmaceutical Industry Average Wholesale Price Litigation*
            MDL 1456 (D. Mass.)

Dear Magistrate Judge Bowler:

Unfortunately, plaintiffs were unable to resolve their differences with Third Party Amerisource Bergen Corporation in connection with outstanding discovery. Therefore, we request a hearing and ruling on Plaintiffs' Motion to Compel (Docket No. 2053) at the Court's convenience.

Respectfully,

Kenneth A. Wexler

KAW:lyr

cc:    Meredith Myers LeConey  (via electronic mail)
        All counsel of record (via Lexis-Nexis File & Serve)

---

Contact Information: | **Kenneth A. Wexler**
312 261 6197 Direct
kawexlery@wexlerfirm.com | One North LaSalle Street
Suite 2000
Chicago, Illinois 60602 | 312 346 2222
312 346 0022 fax
www.wexlerfirm.com