# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

2006 MAR 10 P 12: 23

IN RE PHARMACEUTICAL INDUSTRY )
AVERAGE WHOLESALE PRICE ) U.S. DISTRICT COURT
LITIGATION ) DISTRICT OF MASS.
_____ )
) Civil Action No. 01-CV-12257-PBS
)
THIS DOCUMENT RELATES TO: ) Judge Patti B. Saris
)
State of California v. Abbott Laboratories, et al., )
Case No. 1:03-CV-11226-PBS )
)
Commonwealth of Kentucky v. Alpharma, et al. ) FILING FEE PAID:
Case No. 1:05-CV-12493-PBS ) RECEIPT #
) AMOUNT $
The People of the State of Illinois v. Abbott ) BY DPTY CLK
Laboratories, et al., Case No. 1:05-CV-12492-PBS ) DATE

## NOTICE OF APPEARANCES OF JOHN P. MCDONALD, C. MICHAEL MOORE, AND KARIN B. TORGERSON ON BEHALF OF B. BRAUN MEDICAL INC. AND MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b) and paragraph 16 of this Court's Case Management Order Number 1, entered on June 19, 2002, John P. McDonald, C. Michael Moore, and Karin B. Torgerson of the firm Locke Liddell & Sapp LLP located in Dallas, Texas, hereby enter their appearances on behalf of B. Braun Medical Inc.[1] in the above-captioned matters.

Neither Messrs. Moore and McDonald nor Ms. Torgerson are members of the bar of the United States District Court for the District of Massachusetts, but seek admission *pro hac vice* in accordance with the procedure set forth in this Court's Case Management Order Number 1. The accompanying declarations of counsel certify that these attorneys are members in good standing of their respective bars and are familiar with the Local Rules of this Court.

---

[1] Some plaintiffs have also sued B. Braun of America Inc. B. Braun of America Inc. is not a proper party. To the extent necessary, counsel seeks permission to appear on behalf of B. Braun of America Inc. as well as B. Braun Medical Inc. Additionally, various plaintiffs have sued McGaw Inc. McGaw Inc. was acquired by B. Braun Medical Inc. and no longer maintains a separate identity.

**NOTICE OF APPEARANCES OF JOHN P. MCDONALD, C. MICHAEL MOORE,
AND KARIN B. TORGERSON ON BEHALF OF B. BRAUN MEDICAL INC. AND B. BRAUN OF
AMERICA INC., AND MOTION FOR ADMISSION *PRO HAC VICE*** Page 1

Counsel hereby request that the Court grant them permission to appear *pro hac vice* in the above-captioned matters, and request their names be added to the Master Service List maintained by the Clerk and the AWP Litigation Service List maintained by LexisNexis for the purposes of the above-captioned matters.

Dated: March 8th, 2006

Respectfully submitted,

*/s/ John P. McDonald*

John P. McDonald
  Texas Bar No. 13549090
C. Michael Moore
  Texas Bar No. 14323600
Karin B. Torgerson
  Texas Bar No. 00794745
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
214/740-8000 (Tel.); 214/740-8800 (Fax)

**ATTORNEYS FOR
B. BRAUN MEDICAL INC.**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on all counsel of record on this 9th day of March, 2006 via electronic service with LexisNexis.

*/s/ Karin B. Torgerson*

Karin B. Torgerson