## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION* ) ) ) ) | MDL No. 1456<br><br>Civil Action No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ) ) | Judge Patti B. Saris |
| *State of California v. Abbott Laboratories, et al.,* Case No. 1:03-CV-11226-PBS ) ) ) | |
| *Commonwealth of Kentucky v. Alpharma, et al.* Case No. 1:05-CV-12493-PBS ) ) ) | |
| *The People of the State of Illinois v. Abbott Laboratories, et al.,* Case No. 1:05-CV-12492-PBS ) ) | |

## DECLARATION OF JOHN P. MCDONALD

I, John P. McDonald, declare as follows:

1. I am a partner of Locke Liddell & Sapp LLP in Dallas, Texas.

2. I have been admitted to, and am a member in good standing in, the following courts:

| | |
|---|---|
| Texas Supreme Court | May 5, 1989 |
| United States Court of Appeals for the Fifth Circuit | December 13, 1989 |
| United States District Court for the Northern District of Texas | July 19, 1989 |
| United States District Court for the Eastern District of Texas | June 4, 1993 |
| United States District Court for the Western District of Texas | July 14, 1993 |
| United States District Court for the Central District of Illinois | September 21, 2000 |

3. I am not a member of the Bar of this Court.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the statements contained herein are true and correct.

Executed this 23rd day of February, 2006.

_____
John P. McDonald
 Texas Bar No. 13549090
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
214/740-8000 (Tel.)
214/740-8800 (Fax)

**ATTORNEYS FOR
B. BRAUN MEDICAL INC.**