## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

*IN RE PHARMACEUTICAL INDUSTRY*                    )
*AVERAGE WHOLESALE PRICE*                           )         MDL No. 1456
*LITIGATION*                                        )
                                                    )         Civil Action No. 01-CV-12257-PBS
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯                                   )
                                                    )
THIS DOCUMENT RELATES TO:                           )         Judge Patti B. Saris
                                                    )
*State of California v. Abbott Laboratories, et al.*,  )
Case No. 1:03-CV-11226-PBS                           )
                                                    )
*Commonwealth of Kentucky v. Alpharma, et al.*      )
Case No. 1:05-CV-12493-PBS                           )
                                                    )
*The People of the State of Illinois v. Abbott*     )
*Laboratories, et al.*, Case No. 1:05-CV-12492-PBS  )

## DECLARATION OF C. MICHAEL MOORE

I, C. Michael Moore, declare as follows:

1.   I am a partner of Locke Liddell & Sapp LLP in Dallas, Texas.

2.   I have been admitted to, and am a member in good standing in, the following

courts:

| | |
|---|---|
| Texas Supreme Court | November 1978 |
| United States Supreme Court | November 1992 |
| United States Court of Appeals for the Fifth Circuit | February 1980 |
| United States District Court for the Northern District of Texas | June 1979 |
| United States District Court for the Eastern District of Texas | April 1995 |
| United States District Court for the Southern District of Texas | November 1986 |

**DECLARATION OF C. MICHAEL MOORE**                                      **Page** 1

3.    I am not a member of the Bar of this Court.

4.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.    I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the statements contained herein are true and correct.

Executed this ___ day of February, 2006.

C. Michael Moore
Texas Bar No. 14323600
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
214/740-8000 (Tel.)
214/740-8800 (Fax)

**ATTORNEYS FOR
B. BRAUN MEDICAL INC.**