## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *IN RE PHARMACEUTICAL INDUSTRY* ) <br> *AVERAGE WHOLESALE PRICE* ) <br> *LITIGATION* ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> *State of California v. Abbott Laboratories, et al.,* ) <br> Case No. 1:03-CV-11226-PBS ) <br> ) <br> *Commonwealth of Kentucky v. Alpharma, et al.* ) <br> Case No. 1:05-CV-12493-PBS ) <br> ) <br> *The People of the State of Illinois v. Abbott* ) <br> *Laboratories, et al.*, Case No. 1:05-CV-12492-PBS ) | MDL No. 1456 <br><br> Civil Action No. 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

### DECLARATION OF KARIN B. TORGERSON

I, Karin B. Torgerson, declare as follows:

1. I am a partner of Locke Liddell & Sapp LLP in Dallas, Texas.

2. I have been admitted to, and am a member in good standing in, the following courts:

| | |
|---|---|
| Supreme Court of the United States of America | November 13, 2004 |
| United States Court of Appeals For the Fifth Circuit | August 27, 2001 |
| Texas Supreme Court | November 3, 1995 |
| United States District Court for the Northern District of Texas | December 8, 1995 |
| United States District Court for the Eastern District of Texas | February 12, 1996 |
| United States District Court for the Southern District of Texas | January 19, 2000 |

DECLARATION OF KARIN B. TORGERSON                                                                Page 1

| | |
|---|---|
| United States District Court for the Western District of Texas | August 7, 2002 |
| District of Columbia Court of Appeals | May 20, 2005 |

3.  I am not a member of the Bar of this Court.

4.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.  I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the statements contained herein are true and correct.

Executed this 24th day of February, 2006.

Karin B. Torgerson
Texas Bar No. 00794745
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
214/740-8000 (Tel.)
214/740-8800 (Fax)

**ATTORNEYS FOR
B. BRAUN MEDICAL INC.**