

# Bristol-Myers Squibb Company

**Pharmaceutical Group**

PO Box 4500  Princeton, NJ 08543-4500  609 243-6000

**RECEIVED** AUG 1 0 1992

Wendy Jones
MEDISPAN
8425 Woodfield Crossing Blvd.
Indianapolis, IN   46240−0930

Dear Ms. Olayan

Effective immediately, Bristol−Myers Oncology Division products factor used
in determining the AWP should be changed from 20.5% to 25%. This change
should not effect any other business unit of Bristol−Myers Squibb Company.

If there are any reasons why you cannot proceed with this request, please
contact me at 609−243−6986.

Sincerely,

Denise M. Kaszuba
Sr. Pricing Analyst

*Terri,*

*How is the survey going? Please advise - Denise wants a new AWP printout.*

*Thanks,*

*Wen.*

BMS:5:000012