# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY        )
AVERAGE WHOLESALE PRICE              )        MDL No. 1456
LITIGATION                          )
————————————————————————————————    )        CIVIL ACTION: 01-CV-12257-PBS
                                     )
THIS DOCUMENT RELATES TO:            )        Judge Patti B. Saris
                                     )
ALL ACTIONS                          )
————————————————————————————————    )

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

THIS MATTER is before the Court on Plaintiffs' motion for leave to file under seal. The Court, having considered all pleadings in support and in opposition thereto, and being fully advised in the premises, hereby:

GRANTS Plaintiffs' motion for leave to file under seal their: (a) Memorandum in Support of Motion for Partial Summary Judgment On Behalf of Classes 1 and 2 Against Defendants Astrazeneca Based on Criminal Guilty Plea Related to Zolodex; (b) the Declaration of Kenneth A. Wexler In Support of Plaintiffs' Memorandum in Support of Motion for Partial Summary Judgment on Behalf of Classes 1 and 2 Against Defendant AstraZeneca Based on Criminal Guilty Plea Related to Zoladex; and (c) Plaintiffs' Local Rule 56.1 Statement of Material Facts as to Which No Genuine Dispute Exists.

IT IS SO ORDERED.

DATED: _____        _____
                                       Hon. Patti B. Saris
                                       United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that I, Kenneth A. Wexler, an attorney, caused a true and correct copy of the foregoing *[Proposed] Order Granting Plaintiffs' Motion For Leave To File Under Seal* be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on March 15, 2006, a copy to LexisNexis File and Serve for Posting and notification to all parties

By_____/s/ Kenneth A. Wexler_____

**The Wexler Firm LLP**
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022