# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
|   | Master File No: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCES

The undersigned attorney hereby notifies the Court and all counsel of the withdrawal of appearances of Jeremy P. Cole, Robert Christopher Cook, Nicholas H. Patton and Jeffrey I. Weinberger, as counsel for Defendant Abbott Laboratories in this matter. All other counsel of record for Abbott Laboratories will continue to appear as counsel for Abbott Laboratories in this matter.

Dated: March 15, 2006

Respectfully Submitted,

/s/ Toni-Ann Citera
Daniel E. Reidy
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

Toni-Ann Citera
JONES DAY
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

**Counsel for Defendant Abbott Laboratories**

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on March 15, 2006, a copy to Lexis-Nexis for posting and notification to all parties.

                                                  /s/ Tara A. Fumerton
                                                  Tara A. Fumerton