UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) | MDL No. 1456 |
| _____ | ) | CIVIL ACTION:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) ) | Judge Patti B. Saris |
| ALL ACTIONS | ) ) | |
| _____ | ) | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs, by their attorneys, respectfully move this Court for a leave to file (a) Plaintiffs' Memorandum in Support of Motion for Partial Summary Judgment Against All Track 1 Defendants; and (b) Declaration of Steve W. Berman in Support of Motion for Partial Summary Judgment Against All Track 1 Defendants under seal.

Plaintiffs' memorandum and the Declaration of Steve W. Berman includes copies of documents and excerpts from those documents, that have been identified by certain Defendants as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" pursuant to the terms of the December 13, 2004 Protective Order.  If the documents themselves are not quoted information derived from them is, which under the terms of the Protective Order requires that those portions be sealed.  The materials not only quote extensively and/or attach such documents, but also include references to pricing data that Defendants no doubt believe to be highly proprietary in nature.  Paragraph 15 of the Protective Order mandates that any document or pleading containing such information be filed under seal.  Plaintiffs hereby comply with the terms of the Protective

Order.  At this time, Plaintiffs' take no position as to whether the information so designated by

Defendants is in fact "CONFIDENTIAL" or HIGHLY CONFIDENTIAL and explicitly reserve

their right to challenge such designations in accordance with the terms of the Protective Order.

Plaintiffs have no doubt, however, that to comply with the terms of the protective order these

materials must be filed under seal.

WHEREFORE, Plaintiffs respectfully request that this Court grant them leave to file

Plaintiffs' Memorandum in Support of Motion for Partial Summary Judgment Against All Track

1 Defendants and the Declaration of Steve W. Berman in Support of Motion for Partial Summary

Judgment Against All Track 1 Defendants under seal, and all other relief that this Court deems

just and proper.

DATED:  March 15, 2006

By____/s/ Steve W. Berman_____
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

001534-16  98914 V1

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Shanin Specter
Donald E. Haviland, Jr.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
Facsimile:  (215) 772-1359
Telephone:  (215) 772-1000

**CO-LEAD COUNSEL FOR
PLAINTIFFS**

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL** be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on March 15, 2006, a copy to LexisNexis File and Serve for Posting and notification to all parties

By_____/s/ Steve W. Berman_____
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292