UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY      ) <br> AVERAGE WHOLESALE PRICE                )     MDL No. 1456 <br> LITIGATION                                            ) <br>                                                                   )     CIVIL ACTION: 01-CV-12257-PBS <br>                                                                   ) <br> THIS DOCUMENT RELATES TO:           )     Judge Patti B. Saris <br> ALL CLASS ACTIONS                                ) <br>                                                                   ) | |

**CLASS PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
ON DEFENDANTS' AFFIRMATIVE DEFENSES**

Class Plaintiffs, pursuant to Fed. R. Civ., P 56, move for Summary Judgment dismissing most of the affirmative defenses. The fifty eight (58) separate affirmative defenses, raised by Defendants, do not belong in this case because (1) they are barred by prior rulings of the Court (e.g., Plaintiffs fail to state a claim under Rule 12(b)(6)); (2) Defendants have not and can not meet their burden in establishing the alleged affirmative defense; or (3) some of the affirmative defenses are general denials and not "affirmative defenses." If granted, this motion will winnow down the triable issues and scope of jury instructions.

DATED:  March 15, 2006            By      /s/ Steve W. Berman
                                                          Thomas M. Sobol (BBO#471770)
                                                          Edward Notargiacomo (BBO#567636)
                                                          Hagens Berman Sobol Shapiro LLP
                                                          One Main Street, 4th Floor
                                                          Cambridge, MA  02142
                                                          Telephone: (617) 482-3700
                                                          Facsimile: (617) 482-3003

                                                          **LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

3

        Shanin Specter
        Donald E. Haviland, Jr.
        Kline & Specter, P.C.
        1525 Locust Street, 19th Floor
        Philadelphia, PA  19102
        Facsimile:  (215) 772-1359
        Telephone:  (215) 772-1000

**CO-LEAD COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on March 15, 2006, I caused copies of **CLASS PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' AFFIRMATIVE DEFENSES** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                            /s/ Steve W. Berman
                                            Steve W. Berman