FOR THE DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Judge Patti B. Saris |

## MOTION FOR ADMISSION OF KATHERINE POLDNEFF *PRO HAC VICE*

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts and pursuant to this Court's Case Management Order No. 1, ¶ 16, the undersigned counsel moves that Katherine Poldneff be permitted to appear and participate in this action *pro hac vice* as counsel for defendant Dey, Inc. The undersigned counsel states as follows:

1. Ms. Poldneff is an associate with the law firm of Kelley Drye & Warren LLP, 101 Park Avenue, New York, New York 10178.

2. The accompanying declaration of counsel, attached hereto as Exhibit A, certifies that Ms. Poldneff has met the requirements to practice before the United States District Court for the District of Massachusetts.

3. A check in the amount of $50.00 is being forwarded simultaneously with this motion for Mr. Damiano's admission *pro hac vice*.

WHEREFORE, the undersigned counsel respectfully requests that this Court grant this motion to admit Katherine Poldneff *pro hac vice*.

Dated: March 16, 2006               Respectfully submitted,

                                    KELLEY DRYE & WARREN LLP

                                    By: _____
                                        Paul F. Doyle (BBO # 133460)

                                    101 Park Avenue
                                    New York, New York 10178
                                    Telephone: (212) 808-7786
                                    Facsimile:  (212) 808-7897

                                    Attorneys for Dey, Inc.

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on March 16, 2006, a copy to LexisNexis File & Serve for posting and notification to all parties.

_____
Seunghwan Kim

## EXHIBIT A: DECLARATION OF KATHERINE POLDNEFF

I, Katherine Poldneff, hereby certify as follows:

1. I am an associate of the firm of Kelley Drye & Warren LLP, which is located at 101 Park Avenue, New York, New York 10178.

2. I have been admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, and state courts on the dates indicated for each:

|  | DATE ADMITTED |
|---|---|
| The State of New York | 11/21/2005 |

3. I am an attorney in good standing and eligible to practice in the above-referenced jurisdictions.

4. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by them.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on March 16, 2006.

By: /s/ Katherine Poldneff
Katherine Poldneff

NY01/POLDK/1090081.1