**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| _____ ) | |
| IN RE PHARMACEUTICAL INDUSTRY ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | Civil Action No. 01-12257-PBS |
| _____) | |
| ) | Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ) | |
| 01-CV-12257-PBS AND 01-CV-339 ) | Chief Mag. Judge Marianne B. Bowler |
| _____) | |

**NOTICE OF WITHDRAWAL OF THE JOHNSON & JOHNSON DEFENDANTS'**
**MOTION FOR A PROTECTIVE ORDER RESPECTING NON-PARTY DEPONENTS**

Johnson & Johnson, Centocor, Inc., and Ortho Biotech Products, L.P. hereby withdraw their pending motion for a protective order barring plaintiffs from deposing three former Ortho Biotech employees, William Pearson, John Hess, and Patricia Hawley, until after March 15, 2006.  The Motion [Docket No. 2160], which was filed on February 28, 2006, is moot.

Dated:  March 16, 2006

                                          Respectfully submitted,

                                        /s/ Andrew D. Schau
                                        Andrew D. Schau (admitted *pro hac vice*)
                                        Erik Haas (admitted *pro hac vice*)
                                        Adeel A. Mangi (admitted *pro hac vice*)
                                        **PATTERSON, BELKNAP, WEBB & TYLER LLP**
                                        1133 Avenue of the Americas
                                        New York, NY  10036-6710
                                        (212) 336-2000

                                        *Attorneys for Defendants Johnson & Johnson,*
                                        *Centocor, Inc., and Ortho Biotech Products, L.P*

## CERTIFICATE OF SERVICE

I certify that on March 16 2006, a true and correct copy of the forgoing NOTICE OF WITHDRAWAL OF THE JOHNSON & JOHNSON DEFENDANTS' MOTION FOR A PROTECTIVE ORDER RESPECTING NON-PARTY DEPONENTS was served via LexisNexis on counsel for all parties.

/s/ Andrew D. Schau
Andrew D. Schau