UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

CIVIL ACTION NO.
01-12257-PBS
MDL NO. 1456

THIS DOCUMENT RELATES TO
ALL ACTIONS

## <u>NOTICE OF MOTION HEARING</u>

SARIS, U.S.D.J.                                                 March 14, 2005

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing on Motions to Dismiss re: California ex rel Ven-a-Care case on **May 22, 2006, at 3:00 p.m.,** in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

<u>/s/ Robert C. Alba</u>
Deputy Clerk

Copies to:  All Counsel