UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION | CIVIL ACTION NO.<br>01-12257-PBS<br>MDL NO. 1456 |
| THIS DOCUMENT RELATES TO<br>ALL ACTIONS | |

## NOTICE OF RESCHEDULED MOTION HEARING

SARIS, U.S.D.J.                                                                                              March 16, 2006

   The Summary Judgment Motion Hearing with respect to Class 1 and Class 2 previously scheduled for May 17, 2006, is rescheduled to **May 23, 2006, at 3:00 p.m.,** in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                   /s/ Robert C. Alba
                   Deputy Clerk

Copies to:  All Counsel