UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re. PHARMACEUTICAL INDUSTRY   ) <br> AVERAGE WHOLESALE PRICE   ) <br> LITIGATION   ) <br> _____ ) <br>    ) <br> THIS DOCUMENT RELATES TO THE   ) <br> AMENDED MASTER CONSOLIDATED   ) <br> CLASS ACTION   ) <br> _____ ) | MDL No. 1456 <br> Civil Action No. 01-12257-PBS <br><br> Hon. Patti Saris <br> Chief Mag. Judge Marianne B. Bowler |

**UNITED STATES' CROSS-MOTION TO
QUASH SUBPOENA OF NHIC EMPLOYEE**

On or about October 28, 2005, this Court issued a deposition subpoena to NHIC. Both current and former employees of NHIC, a Medicare carrier, are covered by the agency's "Touhy regulations," 45 C.F. R. Part 2, which prohibit current and former employees from testifying about information that they acquired in the course of performing their official duties, unless they first obtain agency approval. Aventis Pharmaceuticals, Inc., on behalf of all Defendants in the AWP-MDL, has not complied with the applicable regulations, even though the testimony sought is clearly covered by the regulations. Pursuant to Local Civil Rule 7(m), the Government has asked Aventis to withdraw the subpoena, and it has refused to do so.

      Therefore, the United States respectfully moves to quash the subpoena of any NHIC employee pursuant to Fed. R. Civ. P. 45(c)(3).  A proposed Order is attached hereto.

DATED: March 17, 2006　　　　　　　　　　Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

By:    /s/ Andy J. Mao (by GBH)
           Andy J. Mao
           Attorney, Civil Division
           U.S. Department of Justice
           P.O. Box 261
           Ben Franklin Station
           Washington, D.C. 20044
           (202) 616-0539

           George B. Henderson, II
           Assistant U.S. Attorney
           John J. Moakley U.S. Courthouse
           1 Courthouse Way, Suite 9200
           Boston, MA  02110
           (617) 748-3272

## CERTIFICATE OF SERVICE

    I, George B. Henderson, II, hereby certify that on this date I caused copies of the foregoing document to be served upon counsel for each party by electronic transmission through the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF).

           /s/ George B. Henderson, II
           George B. Henderson, II

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re. PHARMACEUTICAL INDUSTRY | ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE | ) | Civil Action No. 01-12257-PBS |
| LITIGATION | ) | |
| _____ | ) | |
| | ) | Hon. Patti Saris |
| THIS DOCUMENT RELATES TO THE | ) | Chief Mag. Judge Marianne B. Bowler |
| AMENDED MASTER CONSOLIDATED | ) | |
| CLASS ACTION | ) | |
| _____ | ) | |

## ORDER

Having considered (1) Aventis Pharmaceutical's Motion to Compel Deposition of an NHIC Employee, (2) the United States' Motion to Quash Subpoena of NHIC employee, and (3) the briefs submitted by the parties, it is hereby ORDERED that Aventis Pharcaceutical's Motion to Compel is DENIED, and that the subpoena issued to NHIC for deposition testimony is hereby QUASHED.

_____
Marianne B. Bowler
Chief United States Magistrate Judge