UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | ) ) ) ) ) | Hon. Patti B. Saris<br>Chief Mag. Judge Marianne B. Bowler |

**DEFENDANTS' MOTION TO COMPEL THIRD PARTY OXFORD HEALTH PLANS TO PRODUCE DOCUMENTS AND WITNESSES FOR DEPOSITION PURSUANT TO SUBPOENA AND FOR RECOVERY OF ATTORNEY FEES AND COSTS**

Defendants to the Amended Master Consolidated Class Action Complaint respectfully move this Court for an order compelling third party Oxford Health Plans ("Oxford") to produce documents and witnesses for deposition pursuant to the subpoena served upon Oxford on April 19, 2004, for recovery of attorney fees and costs, and for such other and further relief as the Court deems just and appropriate.  The grounds for this motion are set forth in the accompanying memorandum of law, declaration of Adeel Mangi and exhibits thereto.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d) the undersigned counsel hereby request oral argument on the issues set forth in this motion and the accompanying memorandum of law and exhibits.  For the reasons described in the accompanying memorandum of law and declaration, defendants request that the Court order the responsible in-house representative of Oxford to attend the oral argument.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel hereby certify that counsel for defendants conferred with counsel for Oxford regarding the issues addressed in this motion, but were unable to resolve or further narrow the issues.

Dated:  March 17, 2006

Respectfully submitted,

    /s/ Andrew D. Schau
Andrew D. Schau (admitted *pro hac vice*)
Erik Haas (admitted *pro hac vice*)
Adeel A. Mangi (admitted *pro hac vice*)
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
(212) 336-2000

*Attorneys for Defendants Johnson & Johnson, Centocor Inc. and Ortho Biotech Products L.P., on behalf of all defendants to the Amended Master Consolidated Class Action Complaint*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) THE AMENDED MASTER ) CONSOLIDATED CLASS ACTION ) ) | MDL No. 1456  Master File No. 01-CV-12257-PBS  Judge Patti B. Saris  Chief Mag. Judge Marianne B. Bowler |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL THIRD PARTY OXFORD HEALTH PLANS TO PRODUCE DOCUMENTS AND WITNESSES FOR DEPOSITION PURSUANT TO SUBPOENA AND FOR RECOVERY OF ATTORNEY FEES AND COSTS

Having considered each of the parties' and third party's submissions with respect to Defendants' Motion to Compel Third Party Oxford Health Plans To Produce Documents And Witnesses For Deposition Pursuant To Subpoena And For Recovery Of Attorney Fees And Costs, the Court hereby grants the motion.

It is hereby ordered that within twenty days of the entry of this order, Oxford Health Plans complete production to defendants of all documents responsive to defendants' subpoena. It is further ordered that the Plan produce witnesses for deposition within thirty days of the date of this order. Defendants are awarded costs and fees in an amount to be assessed.

Dated: _____                                     _____
                                                       Hon. Marianne B. Bowler
                                                       United States Magistrate Judge

## CERTIFICATE OF SERVICE

I certify that on March 17, 2006 a true and correct copy of the forgoing DEFENDANTS' MOTION TO COMPEL THIRD PARTY OXFORD HEALTH PLANS TO PRODUCE DOCUMENTS AND WITNESSES FOR DEPOSITION PURSUANT TO SUBPOENA AND FOR RECOVERY OF ATTORNEY FEES AND COSTS was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties. I further certify that on March 17, 2006 a copy was served on counsel for third party Oxford Health Plans via Federal Express.

_____/s/ Andrew Schau_____
Andrew Schau