# Exhibit 6

## Mangi, Adeel A. (x2563)

**From:** Mangi, Adeel A. (x2563)
**Sent:** Friday, January 20, 2006 4:01 PM
**To:** 'Mark Sandmann'
**Subject:** RE: Oxford-AWP Litigation

Mark:  From our correspondence in December we understood Oxford was in the process of making productions and awaited your letter regarding any outstanding queries or concerns. We have received neither production nor a letter from you.  Please let me know when you are available early next week to discuss.  It is now imperative that production be completed promptly and depositions scheduled.

Thanks
Adeel

-----Original Message-----
From: Mark Sandmann [mailto:MMS@rawlingsandassociates.com]
Sent: Thursday, December 01, 2005 5:32 PM
To: Mangi, Adeel A. (x2563)
Subject: Oxford-AWP


Adeel:

I had the call with Oxford today and we discussed each of the items listed.  I am going to put our response in a letter to you and, based on your response to our response we can set a date for what needs to be produced.  I will be more specific in my letter, whcih will likely go out tomorrow or Monday, but some of the requests have to be more specific because, quite frankly, Oxford is not sure what exactly it is you are looking for in several of the requests.

Oxford does want to work with you to resolve these outstanding issues and I now have an attorney dedicated to work with me on these issues-which is good news.

As far as the data goes, It looks we actually did send everything.  I am going to look at the disks Oxford sent me, there are 5 total which contain Rx and Medical claims data on the J-codes provided, as well as an excel formatted document containing "variable definitions".  Like I said, you should have 5 CDs that contain Oxford data.  If you do not, please let me know.

Finally, with respect to the data I was told that there should be an indicator in the data that can be used to derive the payment methodologies.  I am going to check that.  If there is, I will let you know what to look for.  If not, Oxford will resubmit the data wiuth said indicator.

Again, my letter will be more specific, but I just wanted to give you a quick status update and query you about the CDs previously provided.

Take care.

Mark M. Sandmann
502.814.2157

IMPORTANT WARNING: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED.  If you have received this message in error, please notify us immediately and delete the related message.

# Exhibit 7

## Mangi, Adeel A. (x2563)

**From:** Mark Sandmann [MMS@rawlingsandassociates.com]
**Sent:** Monday, February 13, 2006 9:42 AM
**To:** Mangi, Adeel A. (x2563)
**Subject:** RE: Oxford

That is fine. I am in the office the remainder of the month and will work with Oxford. Thank you, once again, for your patience in this matter

Mark M. Sandmann
502.814.2157

IMPORTANT WARNING: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message in error, please notify us immediately and delete the related message.


>>> "Mangi, Adeel A. (x2563)" <AAMANGI@PBWT.COM> 02/13/06 09:24AM >>>
Thank you Mark. We look forward to receiving the supplemental productions we have requested from Oxford by the end of the month and will schedule the deposition shortly thereafter. Please be advised that due to the summary judgment schedule that time frame is inflexible and we are relying on your representation that production will be completed by that time.

Best regards
Adeel

-----Original Message-----
From: Mark Sandmann [mailto:MMS@rawlingsandassociates.com]
Sent: Monday, February 13, 2006 9:04 AM
To: Mangi, Adeel A. (x2563)
Subject: Re: Oxford


Adeel:
Apologies. I have been out of the office for most of this month. I will follow up with Oxford and we will have data and the additional responses we discussed to you before the end of the month. I will see where Oxford is on getting this.
Thanks and take care

Mark M. Sandmann
502.814.2157

IMPORTANT WARNING: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message in error, please notify us immediately and delete the related message.


>>> "Mangi, Adeel A. (x2563)" <AAMANGI@PBWT.COM> 02/10/06 06:32PM >>>

Mark:  It has now been almost 3 weeks since our call of the 24th.
During that call, we had worked through all outstanding issues.  My
understanding was you would talk to your client and get production
rolling and let us know of any outstanding issues.  I emphasized that
the one situation we could not accept was a repeat of the past pattern,
where we would receive a production assurance and then nothing would
happen for weeks.  You assured me this would not happen again.  But we
are yet to see any documents or hear back from you.  I have now been
instructed by the defense group to file a motion to compel next week.
Based on our discussion, I hope that can still be avoided.  If there is
a firm production timetable please provide that to me.  If not, I trust
we can agree meet and confer obligations have been satisfied.

Best regards


Adeel Abdullah Mangi
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Ph: (212) 336 2563
Fax: (212) 336 7947
aamangi@pbwt.com

----------------------------------------------------------------------
------
Privileged/Confidential Information may be contained in this message.
If you are not the addressee indicated in this message (or responsible
for delivery of the message to such person), you may not copy or deliver
this message to anyone.  In such case, you should destroy this message
and kindly notify the sender by reply email.  Please advise immediately
if you or your employer do not consent to Internet email for messages of
this kind.


----------------------------------------------------------------------
------

IRS Circular 230 disclosure:  Any tax advice contained in this
communication (including any attachments or enclosures) was not intended
or written to be used, and cannot be used, for the purpose of (i)
avoiding penalties under the Internal Revenue Code or (ii) promoting,
marketing or recommending to another party any transaction or matter
addressed in this communication.  (The foregoing disclaimer has been
affixed pursuant to U.S. Treasury regulations governing tax
practitioners.)
======================================================================
======



--------------------------------------------------------------------------
Privileged/Confidential Information may be contained in this message.  If you are not the
addressee indicated in this message (or responsible for delivery of the message to such
person), you may not copy or deliver this message to anyone.  In such case, you should
destroy this message and kindly notify the sender by reply email.  Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.


--------------------------------------------------------------------------

IRS Circular 230 disclosure:  Any tax advice contained in this communication (including
any attachments or enclosures) was not intended or written to be used, and cannot be used,
for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any transaction or matter addressed
in this communication.  (The foregoing disclaimer has been affixed pursuant to U.S.
Treasury regulations governing tax practitioners.)

==============================================================================

# Exhibit 8

## Mangi, Adeel A. (x2563)

**From:** Mangi, Adeel A. (x2563)
**Sent:** Tuesday, January 24, 2006 5:02 PM
**To:** Mark Sandmann
**Subject:** Oxford claims data

Mark: Per our discussion, here is a list of the questions we need to resolve regarding the data produced to date by Oxford:

(1) The data documentation provided to date does not include decode descriptions for the following values of the *placecod* field (i.e. the place of service field): 1, 2, 9. Please produce that information.

(2) Do claims paid on a capitated or DRG basis appear in the data, and if so, how these claims can be identified?

(3) How can claims paid based on billed charge can be identified in the claim data?

(4) Were the provider specialty field (e.g., oncology, general practice, hematology) and the denial code field included? We are unable to locate them. They were requested and Oxford produced decode information for th e denial code field, however this field does not appear in the claim data it produced.

As discussed, the other two overarching issues regarding claims data are (A) production of data for services incident to drug administration; (B) production of drug and service data for 3/04 to present. I suggest Oxford produce a listing of available fields before doing these supplemental pulls so we can ensure all necessary fields are captured and so we do not have a repeat of the types of issues discussed above.

Please call me to discuss when you have spoken to your client.

Best regards

Adeel

3/13/2006

# Exhibit 9

**Mangi, Adeel A. (x2563)**

**From:** Mark Sandmann [MMS@rawlingsandassociates.com]
**Sent:** Wednesday, March 01, 2006 11:30 AM
**To:** Mangi, Adeel A. (x2563)
**Subject:** Re: Oxford

I have

Mark M. Sandmann
502.814.2157

IMPORTANT WARNING: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message in error, please notify us immediately and delete the related message.


>>> "Mangi, Adeel A. (x2563)" <AAMANGI@PBWT.COM> 03/01/06 11:27AM >>>
Thank you for letting me know Mark. Please advise Oxford that we will be filing a motion to compel shortly seeking costs and fees.




-----Original Message-----
From: Mark Sandmann <MMS@rawlingsandassociates.com>
To: Mangi, Adeel A. (x2563) <AAMANGI@PBWT.COM>
Sent: Wed Mar 01 09:35:44 2006
Subject: Oxford

Adeel:

I have not received anything from Oxford. Do what you must. I tried.

Mark M. Sandmann
502.814.2157

IMPORTANT WARNING: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message in error, please notify us immediately and delete the related message.


---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

---

1

IRS Circular 230 disclosure:  Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.  (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)
==============================================================================

# Exhibit 10

Mangi, Adeel A. (x2563)

| | |
|---|---|
| **From:** | Mark Sandmann [MMS@rawlingsandassociates.com] |
| **Sent:** | Wednesday, March 01, 2006 11:33 AM |
| **To:** | Mangi, Adeel A. (x2563) |
| **Subject:** | Re: Oxford |

If you could--send a draft electronically before filing--I do not know to what extent they have attempted to proivide the information, data, etc. and maybe that will get their attention and at least let me know what, if anything, they have done.  Heck, they may be close to getting it all together as far as I know--I am just not getting responses back

Mark M. Sandmann
502.814.2157

IMPORTANT WARNING: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED.  If you have received this message in error, please notify us immediately and delete the related message.



>>> "Mangi, Adeel A. (x2563)" <AAMANGI@PBWT.COM> 03/01/06 11:27AM >>>
Thank you for letting me know Mark. Please advise Oxford that we will be filing a motion to compel shortly seeking costs and fees.




-----Original Message-----
From: Mark Sandmann <MMS@rawlingsandassociates.com>
To: Mangi, Adeel A. (x2563) <AAMANGI@PBWT.COM>
Sent: Wed Mar 01 09:35:44 2006
Subject: Oxford

Adeel:

I have not received anything from Oxford.  Do what you must.  I tried.

Mark M. Sandmann
502.814.2157

IMPORTANT WARNING: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED.  If you have received this message in error, please notify us immediately and delete the related message.



---

Privileged/Confidential Information may be contained in this message.  If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone.  In such case, you should destroy this message and kindly notify the sender by reply email.  Please advise immediately if you or your employer do not consent to Internet email for messages of this

kind.

---

IRS Circular 230 disclosure:  Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.  (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)
==============================================================================