# Exhibit 13

## Cheung, Lisa (x2123)

| | |
|---|---|
| **From:** | Schau, Andrew D. (x2546) |
| **Sent:** | Friday, January 06, 2006 3:37 PM |
| **To:** | Haas, Erik (x2117); Cheung, Lisa (x2123); Mangi, Adeel A. (x2563) |
| **Subject:** | FW: Activity in Case 1:01-cv-12257-PBS Citizens for Consume, et al v. Abbott Laboratories,, et al "Order on Motion for Protective Order" |

-------------------------------------------

**From:** ECFnotice@mad.uscourts.gov[SMTP:ECFNOTICE@MAD.USCOURTS.GOV]
**Sent:** Friday, January 06, 2006 3:17:15 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:01-cv-12257-PBS Citizens for Consume, et al v. Abbott Laboratories,, et al "Order on Motion for Protective Order"
**Auto forwarded by a Rule**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Bowler, Marianne entered on 1/6/2006 at 3:17 PM EST and filed on 1/6/2006

| | |
|---|---|
| **Case Name:** | Citizens for Consume, et al v. Abbott Laboratories,, et al |
| **Case Number:** | 1:01-cv-12257 |
| **Filer:** | |
| **Document Number:** | |

**Docket Text:**
Judge Marianne B. Bowler: Electronic ORDER entered finding as moot [1541] Motion for Protective Order, in light of the Report and Recommendation issued on January 4, 2006; granting in part and denying in part [1725] Motion in accordance with rulings made in open court on November 9, 2005; denying [1734] Motion to Quash, to the extent set forth on the record in open court on November 9, 2005; and granting in part and denying in part [1738] Motion to Quash, to the extent set forth on the record in open court on November 9, 2005. (Bowler, Marianne)

The following document(s) are associated with this transaction:

**1:01-cv-12257 Notice will be electronically mailed to:**

Justin S. Antonipillai     Justin_Antonipillai@aporter.com

3/17/2006

Daniel F. Attridge    dattridge@kirkland.com

Anita B. Bapooji    abapooji@goodwinprocter.com

Steven F. Barley    SFBarley@hhlaw.com

Jessica Vincent Barnett    jbarnett@foleyhoag.com

Mark A. Berman    mberman@gibbonslaw.com

Steve W. Berman    steve@hbsslaw.com, carrie@hbsslaw.com; heatherw@hbsslaw.com

Adelina O. Berumen    adelina.berumen@doj.ca.gov

Aimee E. Bierman    abierman@klng.com, gfitzger! ald@klng.com; kleservice@kl.com

Brandon L. Bigelow    brandon.bigelow@bingham.com

Scott A. Birnbaum    birnbaum@birnbaumgodkin.com

Sam B. Blair , Jr    sblair@bakerdonelson.com

James J. Breen    jbreen@breenlaw.com

Julie B. Brennan    jbrennan@manchelbrennan.com

Douglas S. Brooks    dbrooks@klhboston.com

James C. Burling    james.burling@wilmerhale.com

David J. Burman    dburman@perkinscoie.com, lmrogen@perkinscoie.com

Eric P. Christofferson    ec! hristofferson@ropesgray.com, SamplePlead@ropesgray.com

Joanne M. Cicala    jcicala@kmslaw.com,

Toni-Ann Citera    tcitera@jonesday.com

Daniel J. Cloherty    dcloherty@dwyercollora.com

Jonathan D Cohen    cohenjo@gtlaw.com, champagnew@gtlaw.com

Robert Christopher Cook    christophercook@jonesday.com, tcitera@jonesday.com; jmhelm@jonesday.com

Richard M. Cooper    RCOOPER@WC.COM

Richard J. Costa    rcosta@law.nyc.gov, kglover@law.nyc.gov

Paul J. Coval    pjcoval@vssp.com

Wayne A. Cross    wcross@whiteca! se.com

William A. Davis    wadavis@mintz.com

Michael DeMarco    mdemarco@klng.com, sleblanc@klng.com

Merle M. Delancey , Jr    DelanceyM@dsmo.com

Stephen R. Delinsky    srd@escm.com

Sheryl L. Dickey    sdickey@whitecase.com

Nada Djordjevic    ndjordjevic@jenner.com

John C. Dodds    jdodds@morganlewis.com

Rebecca L. Dubin    rebecca_dubin@aporter.com

Paul K Dueffert    pdueffert@wc.com

Thomas E. Dwyer ! , Jr    tdwyer@dwyercollora.com

Steven M. Edw ards    SMEdwards@HHlaw.com

Jacob T. Elberg    jelberg@dwyercollora.com

Douglas Farquhar    dbf@hpm.com

David D. Fauvre    david_fauvre@aporter.com

Elizabeth A. Fegan    beth@hbsslaw.com

Dennis T. Fenwick    Dennis.Fenwick@doj.ca.gov

Jack E. Fernandez    jfernandez@zuckerman.com

Margo Ferrandino    mferrandino@kayescholer.com, maodma@kayescholer.com

John P. Fisher    John.Fisher@doj.ca.gov

Timothy C. Foote !    Timothy.Foote@doj.ca.gov

Jennifer Fountain Connolly    jfconnolly@wexlerfirm.com, lvazquez@wexlerfirm.com

Lucy Fowler    lfowler@foleyhoag.com, lzuchowski@foleyhoag.com

Brian V. Frankel    Brian.Frankel@doj.ca.gov

Siobhan A. Franklin    Siobhan.Franklin@doj.ca.gov

Jeremiah Frei-Pearson    JFrei@kayescholer.com, maodma@kayescholer.com

Erik J. Frick    efrick@eckertseamans.com, fhollins@eckertseamans.com

Anthony A. Froio    aafroio@rkmc.com

Michael J. Gallagher    mgallagher@whitecase.com

Nanc! y F. Gans    nf gans@aol.com

Peter E. Gelhaar    peg@dcglaw.com

Evan Georgopoulos    georgopoulose@gtlaw.com

Suzanne B. Giorgi    Suzanne.Giorgi@doj.ca.gov

Emily N. Glatfelter    Emily_Glatfelter@aporter.com

David M. Glynn    dglynn@klng.com

Mark D. Godler    mgodler@kayescholer.com

Karen F. Green    karen.green@wilmerhale.com, lucia.demayrinck@wilmerhale.com

Gary R. Greenberg    greenbergg@gtlaw.com, champagnew@gtlaw.com; cohenjo@gtlaw.com; scerral@gtlaw.com

Erik Haas &! nbsp    ehaas@pbwt.com, cbelanger@pbwt.com

Elizabeth I. Hack    ehack@sonnenschein.com, efinberg@sonnenschein.com

Donald E. Haviland    kathleen.spurka@klinespecter.com

Donald E. Haviland    donald.haviland@klinespecter.com

James Vincent Hayes    jhayes@wc.com

Samuel D. Heins    heins@heinsmills.com

George B. Henderson    george.henderson2@usdoj.gov, usama.ecf@usdoj.gov; janice.zaniboni@usdoj.gov

Colleen M. Hennessey    chennessey@peabodyarnold.com

Thomas J. Hennessey    thomas.hennessey@bingham.com
Nicola R. Heskett &n bsp    nheskett@shb.com

Theodore M. Hess-Mahan    ted@shulaw.com

Geoffrey E. Hobart    geof.hobart@hklaw.com

Andrew L. Hurst    ahurst@reedsmith.com

Bernabe Antonio Icaza     Bernabe_Icaza@oag.state.fl.us

Anne L. Josephson     ajosephson@kcslegal.com, jboudreau@kcslegal.com

Colin R. Kass     ckass@kirkland.com, Kewing@kirkland.com; kmarch@kirkland.com;
pbryan@kirkland.com

Steven A. Kaufman     skaufman@ropesgray.com, SamplePlead@ropesgray.com

John A. Kiernan     jkiernan@bktc.net

Jeffrey S. King!     jking@klng.com, kleservice@kl.com; asylvester@klng.com

Roger W. Kirby     iramirez@kmslaw.com

Terry Klein     tklein@hpvpc.com

Michael L. Koon     mkoon@shb.com, whartman@shb.com

Brian D. Ledahl     bledahl@irell.com

William F. Lee     william.lee@wilmerhale.com

Ralph T. Lepore , III     rlepore@hklaw.com

Adam S. Levy     Adamslevy@comcast.net

Bruce A. Levy     blevy@gibbonslaw.com

Frank A. Libby ! , Jr     falibby@klhboston.com

Robert S. Libman     rlibman@lawmbg.com, ldavis@lawmbg.com

Robert S. Litt     robert_litt@aporter.com

Melissa M Longo     longo@birnbaumgodkin.com, stevens@birnbaumgodkin.com

John Rudolf Low-Beer     jlowbeer@law.nyc.gov

Susan E. MacMenamin     smacmenamin@heinsmills.com, jwestmoreland@heinsmills.com

James W. Matthews     jwmatthews@sherin.com, jrossi@sherin.com

Kirsten V. Mayer     kmayer@ropesgray.com, SamplePlead@ropesgray.com

S. Elaine McChesney     elaine.mcchesney@bingham.com

Robert J. McCully !     rmccully@shb.com

Jennifer H. McGee     jmcgee@shb.com

Kevin M. McGinty     kmcginty@mintz.com

Hugh E. McNeely     hugh@hbsslaw.com

Joseph M. Meadows     joseph_meadows@aporter.com

Jill Brenner Meixel     jbm@dcglaw.com

Adam D. Miller     amiller@elllaw.com

Darrell A.H. Miller     dahmiller@vssp.com

Mary S. Miller     Mary_Miller@oag.state.fl.us

Anthony M. Moccia     amoccia@eckertseamans.com

John T. Montg! omery     jmontgomery@ ropesgray.com, SamplePlead@ropesgray.com

Saul P. Morgenstern     smorgenstern@kayescholer.com, maodma@kayescholer.com

James P. Muehlberger     jmuehlberger@shb.com

Robert J. Muldoon , Jr     rjmuldoon@sherin.com

David S. Nalven     davidn@hbsslaw.com

Brien T. O'Connor     boconnor@ropesgray.com, SamplePlead@ropesgray.com

Kathleen M. O'Sullivan     kosullivan@perkinscoie.com, lnelson@perkinscoie.com

Paul Olszowka     polszowka@whitecase.com

A. John Pappalardo     pappalardoj@gtlaw.com

Jane W. Parver !     jparver@kayescholer.com

Mona M. Patel     mona.patel@hklaw.com

Nicholas N. Paul     nicholas.paul@doj.ca.gov

Gregory M. Petouvis     gmpetouvis@hhlaw.com

Anthony C. Porcelli     aporcelli@jenner.com

Brian T. Rafferty     rafferty@dsswlaw.com

Ronald J. Ranta     ron@f-r-law.com

Richard D. Raskin     rraskin@sidley.com

Jonathan T. Rees    JTRees@hhlaw.com

Tina D. Reynolds    ReynoldsT@dsmo.com

Ira N. Richards !    IRichards@trrlaw.com

Richard J. Riley    RRiley@murphyriley.com

Philip D. Robben    probben@kelleydrye.com

Douglas L. Rogers    dlrogers@vssp.com

Gary M Ronan    gronan@goulstonstorrs.com

Daniel E. Rosenfeld    drosenfeld@kl.com, msouza@klng.com

Rheba Rutkowski    rheba.rutkowski@bingham.com

David M. Ryan    dryan@nixonpeabody.com, mrichman@nixonpeabody.com

Kenneth A. Sansone    ksansone@goulstonstorrs.com

Thomas J. Sartory    tsartory@goulstonstorrs.com
William C. Saturley    wsaturley@nkms.com

Joseph R. Saveri    jsaveri@lchb.com

Louis J. Scerra , Jr    scerral@gtlaw.com

Andrew D. Schau    adschau@pbwt.com, cbelanger@pbwt.com

Lori A. Schechter    lschechter@mofo.com

Paul S. Schleifman    pschleifman@shb.com

Mark D. Seltzer    mseltzer@hklaw.com

John D. Shakow    jshakow@kslaw.com

Jonathan Shapiro    jshapiro@sswg.com

Robert P. Sherman    ro! b.sherman@dlapiper.com

Charles C. Sipos    csipos@perkinscoie.com

Eliseo Z. Sisneros    Eliseo.Sisneros@doj.ca.gov

D. Jacques Smith    smith.jacques@arentfox.com, dowd.john@arentfox.com

Mark D Smith    smith@laredosmith.com

Thomas M. Sobol   Tom@hbsslaw.com, Ed@hbsslaw.com; Corinne@hbsslaw.com; Heatherc@hbsslaw.com; Tiffani@hbsslaw.com

Robert R. Stauffer   rstauffer@jenner.com

Scott A. Stempel   sstempel@morganlewis.com

Benjamin M. Stern   benjamin.stern@wilmerhale.com

Jonathan L. Stern   Jonathan_S! tern@aporter.com

Tina M. Tabacchi   tmtabacchi@jonesday.com

Thomas A. Temmerman   Tom.Temmerman@doj.ca.gov

Nicholas C. Theodorou   ntheodor@foleyhoag.com

Elizabeth Abimbola Thomas   athomas@ropesgray.com, SamplePlead@ropesgray.com

Mark S. Thomas   Mark_Thomas@oag.state.fl.us

John M. Townsend   adkins@hugheshubbard.com

Lyndon M. Tretter   Lmtretter@hhlaw.com

James M. Vant   vantj@gtlaw.com

Peter J. Venaglia   venaglia@dsswlaw.com

! Bruce A. Wessel   &nbs p bwessel@irell.com

Kenneth A. Wexler   kawexler@wexlerfirm.com, lvazquez@wexlerfirm.com; dmgoulet@wexlerfirm.com; ehstadel@wexlerfirm.com; anesbitt@wexlerfirm.com; ajsievert@wexlerfirm.com

Brian L. Williams   bwilliams@heinsmills.com

Jesse A. Witten   jawitten@jonesday.com

David R. Woodward   dwoodward@heinsmills.com

Damon M. Young   dmyoung64@aol.com

Joseph H. Young   JHYoung@hhlaw.com

Pamela A. Zorn   pazorn@sherin.com

**1:01-cv-12257 Notice will not be electronically mailed to:**

Jeffrey B. Aaronson
Bell, Boyd & Lloyd

3 First National Plaza
70 West Madison Street, Suite 3200
Chicago, IL 60602-4207

Jennifer Aurora
Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street
New York, NY 10004

Gary L. Azorsky
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Rebecca Bedwell-Coll
Mascone, Emblidge & Quadra
180 Montgomery Street
1240
San Francisco, CA 94104

Terrianne Benedetto
Kline & Specter
1525 Locust Street
19th Floor
Philadelphia, PA 19102

David J. Bershad
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119

Sheila L. Birnbaum !
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036-6522

Sam B. Blair , Jr
Baker, Donelson, Bearman, Caldwell, & Berkowitz, P.C.
165 Madison Avenue
First Tennesse Building
Memphis, TN 38103

Jack B. Blumenfeld
Morris, Nichols, Arsht, & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

Thomas L. Boeder
Perkins Coie
1201 Third Avenue, 40th Floor

Seattle, WA 98101-3099

Anthony Bolognese
Bolognese & Associates
Suite 650
One Penn Center
1617 JFK Blvd.
Philadelphia, PA 19103

Nicole Y. Brumsted
Lieff Cabraser Heimann & Bernstein, LLP
175 Federal Street, 7th Floor
Boston, MA 02110

Michael M. Buc! hman
Milbert, Weiss, Ber shad, Hynes & Lerach, LLP
One Pennsylvania Plaza
New York, NY 10119-0165

William F. Burns
Glassman Edwards Wade & Wyatt, PC
26 N. Second Street
Memphis, TN 38103

William P. Campos
Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street
New York, NY 10004

James P. Carroll , Jr
Kirby McInerney & Squire
830 3rd Avenue
10th Floor
New York, NY 10022

Tod S. Cashin
Buchanan Ingersoll, PC
700 Alexander Road
Suite 300
Princeton, NJ 08540

William F. Cavanaugh , Jr
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Nathan Cohen
Kaye Scholer LLP
425 Park Avenue
New York, NY 10! 022-3598

Michael Coons
Kirby McInerney & Squire LLP
830 3rd Avenue
10th Floor
New York, NY 10022

County of Chautauqua
,

David M. Covey
Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street
39th Floor
New York, NY 10004

Florence A Crisp
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Jonathan W. Cuneo
Cuneo Law Group
317 Massachusetts Avenue, N.E.
Washington, DC 20002

Joseph Danis
The David Danis Law Firm, P.C.
8235 Forsyth Blvd.
Suite 1100
St. Loius, MO 63105

Kelly J. Davidson
Ober, Kaler, Grimes, & Shriver
A Professional Corporation
120 E. Baltimore Street
Baltimore,! MD 21202

Frankie Sue Del Papa
Attorney General's Office
100 North Carson Street
Carson City, NV 89701

Steven S. Diamond
Arnold & Porter LLP
555 12th St NW
Washington, DC 20004-1206

Lloyd Donders
Kirby McInerney & Squire
830 3rd Avenue
10th Floor

3/17/2006

New York, NY 10022

Alan J. Droste
Pillsbury Winthrop
650 Town Center Dr
7th Floor
Costa Mesa, CA 92626-7122

James J Duffy
Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017

Kimberly A. Dunne
Sidley Austin Brown & Wood
555 West 5th Street
Suite 4000
Los Angeles, CA 90013-1010

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901

G. Sc! ott Emblidge
Moscone, Emblidge & Quadra
180 Montgomery Street
1240
San Francisco, CA 94104

William A. Escobar
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Lisa A. Estrada
Arent Fox PLLC
1050 Connecticut Ave, N.W.
Washington, DC 20036-5339

John Clayton Everett , Jr
Morgan, Lewis, & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

Brian G. Fedotin
Shook, Hardy, & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108-2613

Elizabeth S. Finberg

3/17/2006

Sonnenschein, Nath & Rosenthal, LLP
1301 K Street, NW
East Tower
Suite 600
Washington, DC 20005

Kathryn C. Finnerty !
58th Floor, US Steel Tower
600 Grant Street< BR> Pittsburgh, PA 15219

Mark D. Fischer
Rawlings and Associates
325 W. Main Street
Louisville, KY 40202

Matthew A. Fischer
Sedgwick, Detert, Moran & Arnold
One Embarcadero Center
16th Floor
San Francisco, CA 94111

Thomas F. Fitzgerald
Groom Law Group, Chartered
1701 Pennsylvania Avenue, N.W.
Washington, DC 20006

Michael S. Flynn
Davis Polk & Warwell
450 Lexington Avenue
New York, NY 10017

Todd G. Friedland
Pillsbury Winthrop
650 Town Center Dr
7th Floor
Costa Mesa, CA 92626-7122

Jeffrey S. Friedman
Silverman & McDonald
1010 North Bancroft Parkway
Suite 22
Wilmington, DE 19805

Todd S. Garber !
Lowey Dannenberg Bemporad & Selinger, P.C.
The Gateway
One North Lexington Ave
White Plains, NY 10601

David C. Giardina
Sidley Austin Brown & Wood

Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Alison C. Gilbert
Hogan & Hartson, LLP
875 Third Avenue
Suite 2600
New York, NY 10012

Antonia F. Giuliana
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Arthur F. Golden
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Lars C. Golumbic
Groom Law Group, Chartered
1701 Pennsylvania Avenue, N.W.
Washington, DC 20006

David F. Graham
Sidley Austin B! rown & Wood
Bank One Plaza
10 South Dearborn Street
Chicag o, IL 60603

Charles Graybow
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Daniel E. Gustafson
Heins Mills & Olson, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Blake M. Harper
Hulett Harper
550 West C Street
Suite 1770
San Diego, CA 92101

Kimberley D. Harris
Davis Polk & Wardwell
450 Lexington Avenue

New York, NY 10017

Elizabeth Fegan Hartweg
Kenneth A. Wexler & Associates
1 North La Salle
Suite 2000
Chicago, IL 60602

Mary Ellen Hennessy
Katten Muchin & Zavis
525 W. Monroe, Suite 1600
Chicago, IL 60661-3693

Frederick G. Herold !
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Robert J. Higgins
Dickstein, Shapiro & Morin
2101 L Street, N.W.
Washington, DC 20037

Aaron D. Hovan
Kirby McInerney & Squire LLP
830 3rd Avenue
10th Floor
New York, NY 10022

Derek G. Howard
Murray & Howard, LLP
436 14th Street
Suite 1413
Oakland, CA 94612

Robert B. Hubbell
Heller Ehrman White & McAuliffe
601 South Figueroa Street
40th Floor
Los Angeles, CA 90017-5758

Stephen M. Hudspeth
Coudert Brothers
1114 Avenue of the Americas
New York, NY 10036

Kirk B. Hulett
Hulett Harper
550 West C Street
Suite 177! 0

3/17/2006

San Diego, CA 92101

Daniel Hume
Kirby McInerney & Squire
830 Third Avenue
10th Floor
New York, NY 10022

Andrew J. Jackson
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street N.W.
Washington, DC 20037-1526

J. Andrew Jackson
Dickstein, Shapiro & Morin
2101 L Street, N.W.
Washington, DC 20037

Ryan James
U.S. Steel Tower
600 Grant Street
58th Floor
Pittsburg, PA 15219

James E. Johnson
Morrison and Foerster LLP
1290 Avenues of the Americas
New York, NY 10104

Jaime L.M. Jones
Sidley Austin Brown & Wood
One South Dearborn
Chicago, IL 60603

Jonathan D. Karmel
Karmel & Gilden
221 North La Salle Street
Suite 1414Chicago, IL 60601

Clifford Katz
kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Kenneth D. Klein
Hogan & Hartson
Biltmore Tower
500 S Grand Ave.
Suite 1900
Los Angeles, CA 90071-2611

Jeffrey L. Kodroff
Spector & Roseman
1818 Market Street
Suite 2500
Philadelphia, PA 19103

Daniel Kovel
Kirby McInerney & Squire
830 3rd Avenue
10th Floor
New York, NY 10022

Walter J. Lack
Engstrom, Lipscomb & lack
10100 Santa Monica Boulevard
16th Floor
Losn Angeles, CA 90067-4107

Monica Lamb
Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017

Matthew Lloyd Larrabee !
Heller Ehrman White & McAuliffe
33 3 Bush Street
San Francisco, CA 94104-2878

Trisha Lawson
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Stephen David Libowsky
Katten Muchin & Zavis
525 W. Monroe, Suite 1600
Chicago, IL 60661-3693

Albert G. Lin
Pillsbury Winthrop LLP
50 Freemont Street
P.O. Box 7880
San Francisco, CA 94120

Robert Lopez
Hagens Berman Sobel Shapiro LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101

M. James Lorenz

Lorenz Alhadeff Cannon & Rose
550 West C Street
19th Floor
San Diego, CA 92101-3540

Ann H. Malekzadeh
King & Spalding LLP
1730 Pennsylvania Avenue NW
Washington, DC 20006

Jay D. Marins! tein
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

Joseph G. Matye
Shook Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

Andrew R. McConville
Eckert Seamans Cherin & Mellott, LLC
18th Floor
One International Place
Boston, MA 02110

Neil Merkl
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

W. Daniel Miles , III
Beasley Allen Crow Methvin Portis & Miles PC
105 Tallapoosa Street
Montgomery, AL 36110

Robert Miller
599 Lexington Avenue
29th Floor
New York, NY 10022

Cheryl A. Mitchell
599 Lexingto! n Avenue
29th Floor
New York, NY 10022

Nicholas Patrick Mizell
Shook, Hardy, & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108

3/17/2006

Christopher Moscone
Moscone, Emblidge & Quadra
180 Montgomery Street
1240
San Francisco, CA 94104

Gilmur R. Murray
Murray & Howard, LLP
436 14th Street
Suite 1413
Oakland, CA 94612

Dianne M. Nast
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Edward Notargiacomo
Hagens Berman Sobol Shapiro LLP
One Main Street
4th Floor
Cambridge, MA 02142

Christopher C. Palermo
Kelley Drye & Warren LLP
101 Park Ave
New York, NY 10178

Kathryn Parente
Kaye Scholer LLP
425 Park Avenue
Ne! w York, NY 10022-3598

Nicholas H. Patton
Patton Tidwell Sandefur
4605 Texas Blvd.
PO Box 5398
Texarkana, TX 75505-5398

Carlos M. Pelayo
Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017

Zoe Philippides
Perkins Coie LLP
1201 Third Avenue
Suite 4800
Seattle, WA 98101

Michael R. Plummer
58th Floor
US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Michael J. Prame
Groom Law Group, Chartered
1701 Pennsylvania Ave., NW
Washington, DC 20006

Kristi T Prinzo
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Carlos Provencio
Shook, Hardy and ! Bacon (DC)
600 14th Street NW
Hamilton Square, Suite 800
Wa shington, DC 20005-2004

James A. Quadra
Mascone, Emblidge & Quadra
180 Montgomery Street
1240
San Francisco, CA 94104

Daniel E. Reidy
Jones Day
77 West Wacker Drive
Chicago, IL 60601-1692

Paula W. Render
Bell, Boyd & Lloyd
3 First National Plaza
70 West Madison Street, Suite 3200
Chicago, IL 60602-4207

Ira N. Richards
Rodriguez & Richards
226 W. Rittenhouse Square
Philadelphia, PA 19103

J. Douglas Richards
Milberg Weiss Bershad Hynes & Lerach, LLP
One Pennsylvania Plaza
New York, NY 10119-0165

Paul J. Riehle
Sedgwick, Detert, Moran & Arnold

One Embarcadero Center
16th Floor
San Francisco, CA 94111
Kevin P. Roddy
Hagens Berman
700 S. Flower Street
Suite 2940
Los Angeles, CA 90017-4101

Grace Rodriguez
King & Spalding LLP
1730 Pennsylvania Avenue NW
Washington, DC 20006

Henry H. Rossbacher
Rossbacher & Associates
811 Wilshire Blvd.
Suite 1650
Los Angeles, CA 90017-2666

Robert S. Ryland
Kirkland & Ellis
655 Fifthteenth Street, N.W.
Suite 1200
Washington, DC 20005

Mark Sandmann
Rawlings & Associates, P.L.L.C.
325 W. Main Street
Louisville, KY 40202

Robert D. Sanford
Moscone, Emblidge & Quadra
180 Montgomery Street
1240
San Francisco, CA 94104

Sherrie R. Savett !
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, P A 19103

Susan Schneider Thomas
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Kathleen McGinnis Scott
Hogan & Hartson, LLP
555 Thirteenth Street, N.W.
Washington, DC 20004

Lance A. Selfridge
Lewis Brisbois Bisgaard and Smith LLP
221 North Figueroa St
Suite 1200
Los Angeles, CA 90012

Michael Sennett
Bell, Boyd & Lloyd
3 First National Plaza
70 West Madison Street, Suite 3200
Chicago, IL 60602-4207

Jonathan Shub
Sheller, Ludwig & Badey
1528 Walnut St.
Philadelphia, PA 19102

Robert M. Smith
Shook, Hardy, & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108-2616

Shanin Specter !
Kline & Specter
1525 Locust Street
19th Floor
Philadelphia, PA 19102

Peter D. St. Phillip , Jr
Lowey Dannenberg Bemporad & Selinger, P.C.
The Gateway
One North Lexington Ave
White Plains, NY 10601

State of Nevada/State of Montana
,

Kevin R. Sullivan
King & Spalding LLP
1730 Pennsylvania Avenue NW
Washington, DC 20006

Thomas J. Sweeney , III
Hogan and Harston, LLP
875 Third Avenue
Suite 2600
New York, NY 10012

Randal C Teague
Vorys, Sater, Seymour and Pease LLP

1828 L Street N.W.
11th Floor
Washington, DC 20036-5109

The City of New York
100 Church Street
Room 3-162
New York, NY 10007

The City of New York and Captioned New York Counties
,

San! dra G. Tillotson
Bingham M cCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Brennan J. Torregrossa
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Mitchell A. Toups
Weller Green Toups & Terrell
2615 Calder
Suite 400
Beaumont, TX 77704

Lorraine K. Trewick
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Stephen A. Tuggy
Heller Ehrman White & McAuliffe
601 South Figueroa Street
40th Floor
Los Angeles, CA 90017-5758

C. Gibson Vance
Beasley Allen Crow Methvin Portis & Miles PC
105 Tallapoosa Street
Montgomery, AL 36110

Michael J. Vanselow
Minnesota Attorney Generals Office
102 State C! apital
75 Constitution Ave
St. Paul, 55155

3/17/2006

B.J. Wade
Glassman Edwards Wade & Wyatt, PC
26 N. Second Street
Memphis, TN 38103

Edward A. Wallace
Kenneth A. Wexler & Associates
1 North La Salle
Suite 2000
Chicago, IL 60602

Jason D. Wallach
Dickstein Shapiro Morin & Oshinsky LLP
2101 L St, N.W.
Washington, DC 20037-1526

Liza M. Walsh
Connell, Foley & Geiser
85 Livingston Ave.
Roseland, NJ 07068

Atlee W. Wampler , III
Wampler, Buchanan & Breen, PA
777 Brickell Avenue
Suite 900
Miami, FL 33131

Nina I. Webb-Lawton
Vorys, Sater, Seymour and Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008
!
Jeffrey I. Weinberger
M unger Tolles & Olson
355 S. Grand Avenue
Suite 3500
Los Angeles, CA 90071-1560

Melvyn I. Weiss
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119-0165

Robert Alan White
Morgan, Lewis & Bockius, LLP
502 Carnegie Center
Princeton, NH 08540

Kent M. Williams

1300 Godward Street NE Suite 6200
Minneapolis, MN 55356

Jared R. Winnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

D. Scott Wise
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Michelle L. Younkin
Sedgwick, Detert, Moran & Arnold
One Embarcadero Center
16th Floor
San Fra! ncisco, CA 94111

Bruce M. Zessar
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

# Exhibit 14

**Cheung, Lisa (x2123)**

| | |
|---|---|
| **From:** | Schau, Andrew D. (x2546) |
| **Sent:** | Saturday, February 04, 2006 5:59 PM |
| **To:** | Haas, Erik (x2117); Cheung, Lisa (x2123); Mangi, Adeel A. (x2563) |
| **Subject:** | FW: Activity in Case 1:01-cv-12257-PBS Citizens for Consume, et al v. Abbott Laboratories,, et al "Order on Motion to Quash" |

-----------------------------------------------
**From:** ECFnotice@mad.uscourts.gov[SMTP:ECFNOTICE@MAD.USCOURTS.GOV]
**Sent:** Saturday, February 04, 2006 5:42:13 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:01-cv-12257-PBS Citizens for Consume, et al v. Abbott Laboratories,, et al "Order on Motion to Quash"
**Auto forwarded by a Rule**


***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Bowler, Marianne entered on 2/4/2006 at 5:42 PM EST and filed on 2/4/2006

**Case Name:**    Citizens for Consume, et al v. Abbott Laboratories,, et al
**Case Number:**    1:01-cv-12257
**Filer:**
**Document Number:**

**Docket Text:**
Judge Marianne B. Bowler: Electronic ORDER entered denying [1682] Motion to Quash, deposition to be limited to one day; granting [1770] Motion to Compel; withdrawing [1794] Motion to Compel; finding as moot [1820] Motion to Compel; granting [1907] Motion for Protective Order; granting [1909] Motion for Protective Order; granting [1910] Motion for Protective Order; granting [1914] Motion for Protective Order; granting [1914] Motion to Quash; granting [2005] Motion to Stay and granting [2091] Motion to Quash. (Bowler, Marianne)

The following document(s) are associated with this transaction:


**1:01-cv-12257 Notice will be electronically mailed to:**

Justin S. Antonipillai    Justin_Antonipillai@aporter.com

Daniel F. Attridge    dattridge@kirkland.com

Susan Hughes Banning    sbanning@hembar.com

Anita Bapooji Ryan    abapooji@goodwinprocter.com

Steven F. Barley    SFBarley@hhlaw.com

Jessica Vincent Barnett    jbarnett@foleyhoag.com

Mark A. Berman    mberman@gibbonslaw.com

Steve W. Berman    steve@hbsslaw.com, carrie@hbsslaw.com; heatherw@hbsslaw.com

Adelina O. Berumen    adelina.berumen@doj.ca.gov
Aimee E. Bierman    abierman@klng.com, gfitzgerald@klng.com; kleservice@kl.com

Brandon L. Bigelow    brandon.bigelow@bingham.com

Scott A. Birnbaum    birnbaum@birnbaumgodkin.com

Sam B. Blair , Jr    sblair@bakerdonelson.com

James J. Breen    jbreen@breenlaw.com

Julie B. Brennan    jbrennan@manchelbrennan.com

Douglas S. Brooks    dbrooks@klhboston.com

James C. Burling    james.burling@wilmerhale.com

David J. Burman    dburman@perkinscoie.com, lmro! gen@perkinscoie.com

Eric P. Christofferson    echristofferson@ropesgray.com, SamplePlead@ropesgray.com

Joanne M. Cicala    jcicala@kmslaw.com,

Toni-Ann Citera    tcitera@jonesday.com

Daniel J. Cloherty    dcloherty@dwyercollora.com

Stephen L. Coco    slcoco@rkmc.com

Jonathan D Cohen    cohenjo@gtlaw.com, champagnew@gtlaw.com

Robert Christopher Cook    christophercook@jonesday.com, tcitera@jonesday.com; jmhelm@jonesday.com

Richard M. Cooper    RCOOPER@WC.COM

Richard J. Costa    rcosta@law.nyc.gov, kglover@law! .nyc.gov

Wayne A. Cross      wcross@whitecase.com

William A. Davis     wadavis@mintz.com

Michael DeMarco     mdemarco@klng.com, sleblanc@klng.com

Merle M. Delancey , Jr    DelanceyM@dsmo.com

Stephen R. Delinsky     srd@escm.com

Steven S. Diamond     Steven_Diamond@aporter.com

Sheryl L. Dickey     sdickey@whitecase.com

Nada Djordjevic     ndjordjevic@jenner.com

John C. Dodds     jdodds@morganlewis.com

Rebecca L. Dubin !    rebecca_dubin@aporter.com

Paul K Dueffert     pdueffert@wc.com

James J. Duffy     james.duffy@dpw.com

Thomas E. Dwyer , Jr    tdwyer@dwyercollora.com

Steven M. Edwards     SMEdwards@HHlaw.com

Jacob T. Elberg     jelberg@dwyercollora.com

Douglas Farquhar     dbf@hpm.com

David D. Fauvre     david_fauvre@aporter.com

Elizabeth A. Fegan     beth@hbsslaw.com

Dennis T. Fenwick     Dennis.Fenwick@doj.ca.gov

Jack E. Fernandez     jfernandez! @zuckerman.com, cdelesie@zuckerman.com

Margo Ferrandino     mferrandino@kayescholer.com, maodma@kayescholer.com

John P. Fisher     John.Fisher@doj.ca.gov

John R. Fleder     jrf@hpm.com

Timothy C. Foote     Timothy.Foote@doj.ca.gov

Jennifer Fountain Connolly     jfconnolly@wexlerfirm.com, lvazquez@wexlerfirm.com

Lucy Fowler    lfowler@foleyhoag.com, lzuchowski@foleyhoag.com

Brian V. Frankel    Brian.Frankel@doj.ca.gov

Siobhan A. Franklin    Siobhan.Franklin@doj.ca.gov

Jeremiah Frei-Pearson !    JFrei@kayescholer.com, maodma@kayeschole r.com

Erik J. Frick    efrick@eckertseamans.com, fhollins@eckertseamans.com

Anthony A. Froio    aafroio@rkmc.com

Michael J. Gallagher    mgallagher@whitecase.com

Nancy F. Gans    nfgans@aol.com

Peter E. Gelhaar    peg@dcglaw.com

Evan Georgopoulos    georgopoulose@gtlaw.com

Suzanne B. Giorgi    Suzanne.Giorgi@doj.ca.gov

Emily N. Glatfelter    Emily_Glatfelter@aporter.com

David M. Glynn    dglynn@klng.com

Mark D. Godler !    mgodler@kayescholer.com

Karen F. Green    karen.green@wilmerhale.com, lucia.demayrinck@wilmerhale.com

Gary R. Greenberg    greenbergg@gtlaw.com, champagnew@gtlaw.com; cohenjo@gtlaw.com; scerral@gtlaw.com

Erik Haas    ehaas@pbwt.com, cbelanger@pbwt.com

Elizabeth I. Hack    ehack@sonnenschein.com, efinberg@sonnenschein.com

James S. Harrington    jsharrington@rkmc.com

Kimberley D. Harris    kim.harris@dpw.com

Donald E. Haviland    kathleen.spurka@klinespecter.com

Donald E. Haviland !    donald.haviland@klinespecter.com

James Vince nt Hayes    jhayes@wc.com

Richard C. Heidlage    richard.heidlage@ago.state.ma.us

Samuel D. Heins    heins@heinsmills.com

3/17/2006

George B. Henderson     george.henderson2@usdoj.gov, usama.ecf@usdoj.gov;
janice.zaniboni@usdoj.gov

Colleen M. Hennessey     chennessey@peabodyarnold.com

Thomas J. Hennessey     thomas.hennessey@bingham.com

Nicola R. Heskett     nheskett@shb.com

Theodore M. Hess-Mahan     ted@shulaw.com

Kimberly K. Heuer     kheuer@morganlewis.com

Geof! frey E. Hobart     geof.hobart@hklaw.com

Paula J. Holbrook     paula.holbrook@ag.ky.gov

Andrew L. Hurst     ahurst@reedsmith.com

Bernabe Antonio Icaza     Bernabe_Icaza@oag.state.fl.us

C. David Johnstone     david.johnstone@ag.ky.gov

Anne L. Josephson     ajosephson@kcslegal.com, jboudreau@kcslegal.com

Colin R. Kass     ckass@kirkland.com, Kewing@kirkland.com; kmarch@kirkland.com;
pbryan@kirkland.com

Steven A. Kaufman     skaufman@ropesgray.com, SamplePlead@ropesgray.com

John A. Kiernan !     jkiernan@bktc.net

Jeffrey S. King     jking@klng.com, kleservice@kl.com; asylvester@klng.com

Roger W. Kirby     iramirez@kmslaw.com

Terry Klein     tklein@hpvpc.com

Michael L. Koon     mkoon@shb.com, whartman@shb.com

Brian D. Ledahl     bledahl@irell.com

William F. Lee     william.lee@wilmerhale.com

Ralph T. Lepore , III     rlepore@hklaw.com

Adam S. Levy     Adamslevy@comcast.net

Bruce A. Levy     blevy@gibbonslaw.com

Frank A. Libby ! , Jr     falibby@klhboston.com

3/17/2006

Robert S. Libman    rlibman@lawmbg.com, ldavis@lawmbg.com

Robert S. Litt    robert_litt@aporter.com

Melissa M Longo    longo@birnbaumgodkin.com, stevens@birnbaumgodkin.com

John Rudolf Low-Beer    jlowbeer@law.nyc.gov

Susan E. MacMenamin    smacmenamin@heinsmills.com, jwestmoreland@heinsmills.com

James W. Matthews    jwmatthews@sherin.com, jrossi@sherin.com

Kirsten V. Mayer    kmayer@ropesgray.com, SamplePlead@ropesgray.com

S. Elaine McChesney    e! laine.mcchesney@bingham.com

Robert J. McCully    rmccully@shb.com

Jennifer H. McGee    jmcgee@shb.com

Kevin M. McGinty    kmcginty@mintz.com

Hugh E. McNeely    hugh@hbsslaw.com

Joseph M. Meadows    joseph_meadows@aporter.com

Jessica Medina    jessica.medina@aporter.com

Jill Brenner Meixel    jbm@dcglaw.com

Geoffrey J. Michael    geoffrey.michael@aporter.com

Adam D. Miller    amiller@elllaw.com

Mary S. Miller    Mary_Miller@oag.state.fl.us

An! thony M. Moccia    amoccia@eckertseamans.com

John T. Montgomery    jmontgomery@ropesgray.com, SamplePlead@ropesgray.com

Saul P. Morgenstern    smorgenstern@kayescholer.com, maodma@kayescholer.com

James P. Muehlberger    jmuehlberger@shb.com

Robert J. Muldoon , Jr    rjmuldoon@sherin.com

David S. Nalven    davidn@hbsslaw.com

Brien T. O'Connor    boconnor@ropesgray.com, SamplePlead@ropesgray.com

Kathleen M. O'Sullivan    kosullivan@perkinscoie.com, lnelson@perkinscoie.com

Paul Olszowka &! nbsp    polszowka@whitecase.com

A. John Pappalardo    pappalardoj@gtlaw.com

Jane W. Parver    jparver@kayescholer.com

Mona M. Patel    mona.patel@hklaw.com

Nicholas N. Paul    nicholas.paul@doj.ca.gov

Carlos M. Pelayo    carlos.pelayo@dpw.com

Gregory M. Petouvis    gmpetouvis@hhlaw.com

Anthony C. Porcelli    aporcelli@jenner.com

Kristi T. Prinzo    kristi.prinzo@dpw.com

Brian T. Rafferty    rafferty@dsswlaw.com

Ronald J. Ranta    ron@f-r-law.com
Richard D. Raskin    rraskin@sidley.com

Jonathan T. Rees    JTRees@hhlaw.com

Tina D. Reynolds    ReynoldsT@dsmo.com

Ira N. Richards    IRichards@trrlaw.com

Richard J. Riley    RRiley@murphyriley.com

Philip D. Robben    probben@kelleydrye.com

Gary M Ronan    gronan@goulstonstorrs.com

Daniel E. Rosenfeld    drosenfeld@kl.com, msouza@klng.com

Rheba Rutkowski    rheba.rutkowski@bingham.com

David M. Ryan !    dryan@nixonpeabody.com, mrichman@nixonpeabody.co m

Kenneth A. Sansone    ksansone@goulstonstorrs.com

Thomas J. Sartory    tsartory@goulstonstorrs.com

William C. Saturley    wsaturley@nkms.com

Joseph R. Saveri    jsaveri@lchb.com

Louis J. Scerra , Jr    scerral@gtlaw.com

Andrew D. Schau    adschau@pbwt.com, cbelanger@pbwt.com

Lori A. Schechter    lschechter@mofo.com

Paul S. Schleifman    pschleifman@shb.com

Mark D. Seltzer    mseltzer@hklaw.com

John D. Shakow !    jshakow@kslaw.com

Jonathan Shapiro    jshapiro@sswg.com

Robert P. Sherman    rob.sherman@dlapiper.com

Charles C. Sipos    csipos@perkinscoie.com

Eliseo Z. Sisneros    Eliseo.Sisneros@doj.ca.gov

D. Jacques Smith    smith.jacques@arentfox.com, dowd.john@arentfox.com

Mark D Smith    smith@laredosmith.com

Thomas M. Sobol    Tom@hbsslaw.com, Ed@hbsslaw.com; Corinne@hbsslaw.com;
Heatherc@hbsslaw.com; Tiffani@hbsslaw.com

Robert R. Stauffer    rstauffer@jenner.com

Scott A! . Stempel    sstem pel@morganlewis.com

Benjamin M. Stern    benjamin.stern@wilmerhale.com

Jonathan L. Stern    Jonathan_Stern@aporter.com

Christopher P. Sullivan    cpsullivan@rkmc.com

Tina M. Tabacchi    tmtabacchi@jonesday.com

Thomas A. Temmerman    Tom.Temmerman@doj.ca.gov

Nicholas C. Theodorou    ntheodor@foleyhoag.com

Elizabeth Abimbola Thomas    athomas@ropesgray.com, SamplePlead@ropesgray.com

Mark S. Thomas    Mark_Thomas@oag.state.fl.us

John M. Townsend    ! adkins@hugheshubbard.com

Lyndon M. Tretter    Lmtretter@hhlaw.com

James M. Vant      vantj@gtlaw.com, robicheauj@gtlaw.com

Peter J. Venaglia      venaglia@dsswlaw.com

Bruce A. Wessel      bwessel@irell.com

Kenneth A. Wexler      kawexler@wexlerfirm.com, yrivera@wexlerfirm.com;
dmgoulet@wexlerfirm.com; ehstadel@wexlerfirm.com; anesbitt@wexlerfirm.com;
ajsievert@wexlerfirm.com

Brian L. Williams      bwilliams@heinsmills.com

Jesse A. Witten      jawitten@jonesday.com

David R. Woodward      dwoodward@heinsmills.com
Damon M. Young &nbs p   dmyoung64@aol.com

Joseph H. Young      JHYoung@hhlaw.com

Pamela A. Zorn      pazorn@sherin.com

**1:01-cv-12257 Notice will not be electronically mailed to:**

Jeffrey B. Aaronson
Bell, Boyd & Lloyd
3 First National Plaza
70 West Madison Street, Suite 3200
Chicago, IL 60602-4207

Jennifer Aurora
Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street
New York, NY 10004

Gary L. Azorsky
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Rebecca Bedwell-Coll
Mascone, Emblidge & Quadra
180 Montgomery Street
1240
San Francisco, CA 94104

Terrianne Benedetto
Kline & Specter
1525 Locust Street
19th Floor
Philadelphia, PA 19102

David J. Bershad
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119

Sheila L. Birnbaum !
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036-6522

Sam B. Blair , Jr
Baker, Donelson, Bearman, Caldwell, & Berkowitz, P.C.
165 Madison Avenue
First Tennesse Building
Memphis, TN 38103

Jack B. Blumenfeld
Morris, Nichols, Arsht, & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

Thomas L. Boeder
Perkins Coie
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099

Anthony Bolognese
Bolognese & Associates
Suite 650
One Penn Center
1617 JFK Blvd.
Philadelphia, PA 19103

Nicole Y. Brumsted
Lieff Cabraser Heimann & Bernstein, LLP
175 Federal Street, 7th Floor
Boston, MA 02110

Michael M. Buc! hman
Milbert, Weiss, Ber shad, Hynes & Lerach, LLP
One Pennsylvania Plaza
New York, NY 10119-0165

William F. Burns
Glassman Edwards Wade & Wyatt, PC
26 N. Second Street
Memphis, TN 38103

William P. Campos
Sedgwick, Detert, Moran & Arnold LLP

125 Broad Street
New York, NY 10004

James P. Carroll , Jr
Kirby McInerney & Squire
830 3rd Avenue
10th Floor
New York, NY 10022

Tod S. Cashin
Buchanan Ingersoll, PC
700 Alexander Road
Suite 300
Princeton, NJ 08540

William F. Cavanaugh , Jr
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Nathan Cohen
Kaye Scholer LLP
425 Park Avenue
New York, NY 10! 022-3598

Michael Coons
Kirby McInerney & Squire LLP
830 3rd Avenue
10th Floor
New York, NY 10022

County of Chautauqua

,

David M. Covey
Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street
39th Floor
New York, NY 10004

Florence A Crisp
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Jonathan W. Cuneo
Cuneo Law Group
317 Massachusetts Avenue, N.E.
Washington, DC 20002

Joseph Danis

The David Danis Law Firm, P.C.
8235 Forsyth Blvd.
Suite 1100
St. Loius, MO 63105

Kelly J. Davidson
Ober, Kaler, Grimes, & Shriver
A Professional Corporation
120 E. Baltimore Street
Baltimore,! MD 21202

Frankie Sue Del Papa
Attorney General's Office
100 North Carson Street
Carson City, NV 89701

Lloyd Donders
Kirby McInerney & Squire
830 3rd Avenue
10th Floor
New York, NY 10022

Alan J. Droste
Pillsbury Winthrop
650 Town Center Dr
7th Floor
Costa Mesa, CA 92626-7122

Kimberly A. Dunne
Sidley Austin Brown & Wood
555 West 5th Street
Suite 4000
Los Angeles, CA 90013-1010

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901

G. Scott Emblidge
Moscone, Emblidge & Quadra
180 Montgomery Street
1240
San Francisco, CA 94104

William A. Escobar
Kelley Drye & Warren LLP
101 Park Avenue
New York! , NY 10178

Lisa A. Estrada

3/17/2006

Arent Fox PLLC
1050 Connecticut Ave, N.W.
Washington, DC 20036-5339

John Clayton Everett , Jr
Morgan, Lewis, & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

Brian G. Fedotin
Shook, Hardy, & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108-2613

Elizabeth S. Finberg
Sonnenschein, Nath & Rosenthal, LLP
1301 K Street, NW
East Tower
Suite 600
Washington, DC 20005

Kathryn C. Finnerty
58th Floor, US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Mark D. Fischer
Rawlings and Associates
325 W. Main Street
Louisville, KY 40202

Matthew A. Fischer !
Sedgwick, Detert, Moran & Arnold
O ne Embarcadero Center
16th Floor
San Francisco, CA 94111

Thomas F. Fitzgerald
Groom Law Group, Chartered
1701 Pennsylvania Avenue, N.W.
Washington, DC 20006

Michael S. Flynn
Davis Polk & Warwell
450 Lexington Avenue
New York, NY 10017

Todd G. Friedland
Pillsbury Winthrop
650 Town Center Dr
7th Floor

3/17/2006

Costa Mesa, CA 92626-7122

Jeffrey S. Friedman
Silverman & McDonald
1010 North Bancroft Parkway
Suite 22
Wilmington, DE 19805

Todd S. Garber
Lowey Dannenberg Bemporad & Selinger, P.C.
The Gateway
One North Lexington Ave
White Plains, NY 10601

David C. Giardina
Sidley Austin Brown & Wood
Bank One Plaza
10 Sout! h Dearborn Street
Chicago, IL 60603

Alison C. Gilbert
Hogan & Hartson, LLP
875 Third Avenue
Suite 2600
New York, NY 10012

Antonia F. Giuliana
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Arthur F. Golden
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Lars C. Golumbic
Groom Law Group, Chartered
1701 Pennsylvania Avenue, N.W.
Washington, DC 20006

David F. Graham
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Charles Graybow
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Daniel E. Gustafson !
Heins Mills & Olson, P.L.C.
3550 IDS Center
80 Sout h Eighth Street
Minneapolis, MN 55402

Blake M. Harper
Hulett Harper
550 West C Street
Suite 1770
San Diego, CA 92101

Elizabeth Fegan Hartweg
Kenneth A. Wexler & Associates
1 North La Salle
Suite 2000
Chicago, IL 60602

Mary Ellen Hennessy
Katten Muchin & Zavis
525 W. Monroe, Suite 1600
Chicago, IL 60661-3693

Frederick G. Herold
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Robert J. Higgins
Dickstein, Shapiro & Morin
2101 L Street, N.W.
Washington, DC 20037

Aaron D. Hovan
Kirby McInerney & Squire LLP
830 3rd Avenue
10th Floor
New York, NY 10022

Derek G. How! ard
Murray & Howard, LLP
436 14th Street
Suite 1413
Oakland, CA 94612

Robert B. Hubbell
Heller Ehrman White & McAuliffe
601 South Figueroa Street
40th Floor

Los Angeles, CA 90017-5758

Stephen M. Hudspeth
Coudert Brothers
1114 Avenue of the Americas
New York, NY 10036

Kirk B. Hulett
Hulett Harper
550 West C Street
Suite 1770
San Diego, CA 92101

Daniel Hume
Kirby McInerney & Squire
830 Third Avenue
10th Floor
New York, NY 10022

Carol Hunt
Assistant Attorney General
Health Care Bureau
120 Broadway
25th Floor
New York, NY 10271

Andrew J. Jackson
Di! ckstein Shapiro Morin & Oshinsky LLP
2101 L Street N.W.
Washin gton, DC 20037-1526

J. Andrew Jackson
Dickstein, Shapiro & Morin
2101 L Street, N.W.
Washington, DC 20037

Ryan James
U.S. Steel Tower
600 Grant Street
58th Floor
Pittsburg, PA 15219

James E. Johnson
Morrison and Foerster LLP
1290 Avenues of the Americas
New York, NY 10104

Jaime L.M. Jones
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

3/17/2006

Jonathan D. Karmel
Karmel & Gilden
221 North La Salle Street
Suite 1414
Chicago, IL 60601

Clifford Katz
kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Kenneth D. Klein
Hogan & Hartson
Biltmore! Tower
500 S Grand Ave.
Suite 1900
Los Angeles, CA 90071-2611

Jeffrey L. Kodroff
Spector & Roseman
1818 Market Street
Suite 2500
Philadelphia, PA 19103

Daniel Kovel
Kirby McInerney & Squire
830 3rd Avenue
10th Floor
New York, NY 10022

Walter J. Lack
Engstrom, Lipscomb & lack
10100 Santa Monica Boulevard
16th Floor
Losn Angeles, CA 90067-4107

Monica Lamb
Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017

Matthew Lloyd Larrabee
Heller Ehrman White & McAuliffe
333 Bush Street
San Francisco, CA 94104-2878

Trisha Lawson
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

!

Stephen David Libowsky **Katten Muchin & Zavis**
**525 W. Monroe, Suite 1600**
**Chicago, IL 60661-3693**

**Albert G. Lin**
**Pillsbury Winthrop LLP**
**50 Freemont Street**
**P.O. Box 7880**
**San Francisco, CA 94120**

**Robert Lopez**
**Hagens Berman Sobel Shapiro LLP**
**1301 Fifth Avenue**
**Suite 2900**
**Seattle, WA 98101**

**M. James Lorenz**
**Lorenz Alhadeff Cannon & Rose**
**550 West C Street**
**19th Floor**
**San Diego, CA 92101-3540**

**Ann H. Malekzadeh**
**King & Spalding LLP**
**1730 Pennsylvania Avenue NW**
**Washington, DC 20006**

**Jay D. Marinstein**
**Kirkpatrick & Lockhart LLP**
**Henry W. Oliver Building**
**535 Smithfield Street**
**Pittsburgh, PA 15222**

**Joseph G. Matye**
**Shook Hardy & Bacon LLP**
**2555 ! Grand Blvd.**
**Kansas City, MO 64108-2613**

**Andrew R. McConville**
**Eckert Seamans Cherin & Mellott, LLC**
**18th Floor**
**One International Place**
**Boston, MA 02110**

**Neil Merkl**
**Kelley Drye & Warren LLP**
**101 Park Avenue**
**New York, NY 10178**

**W. Daniel Miles , III**

Beasley Allen Crow Methvin Portis & Miles PC
105 Tallapoosa Street
Montgomery, AL 36110

Robert Miller
599 Lexington Avenue
29th Floor
New York, NY 10022

Cheryl A. Mitchell
599 Lexington Avenue
29th Floor
New York, NY 10022

Nicholas Patrick Mizell
Shook, Hardy, & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108

Christopher Moscone !
Moscone, Emblidge & Quadra
180 Montgomery Stree t
1240
San Francisco, CA 94104

Gilmur R. Murray
Murray & Howard, LLP
436 14th Street
Suite 1413
Oakland, CA 94612

Dianne M. Nast
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Edward Notargiacomo
Hagens Berman Sobol Shapiro LLP
One Main Street
4th Floor
Cambridge, MA 02142

Christopher C. Palermo
Kelley Drye & Warren LLP
101 Park Ave
New York, NY 10178

Kathryn Parente
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Nicholas H. Patton
Patton Tidwell Sandefur
4605 Texas Blvd.
PO Box 5398
Texarkana, TX 75505-5398

Zoe Philippides
Perkins C! oie LLP
1201 Third Avenue
Suite 4800
Seattle, WA 98101

Michael R. Plummer
58th Floor
US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Michael J. Prame
Groom Law Group, Chartered
1701 Pennsylvania Ave., NW
Washington, DC 20006

Carlos Provencio
Shook, Hardy and Bacon (DC)
600 14th Street NW
Hamilton Square, Suite 800
Washington, DC 20005-2004

James A. Quadra
Mascone, Emblidge & Quadra
180 Montgomery Street
1240
San Francisco, CA 94104

Daniel E. Reidy
Jones Day
77 West Wacker Drive
Chicago, IL 60601-1692

Paula W. Render
Bell, Boyd & Lloyd
3 First National Plaza
70 West Madison Street, Suite ! 3200
Chicago, IL 60602-4207

Ira N. Richards
Rodriguez & Richards
226 W. Rittenhouse Square
Philadelphia, PA 19103

J. Douglas Richards
Milberg Weiss Bershad Hynes & Lerach, LLP
One Pennsylvania Plaza
New York, NY 10119-0165

Paul J. Riehle
Sedgwick, Detert, Moran & Arnold
One Embarcadero Center
16th Floor
San Francisco, CA 94111

Kevin P. Roddy
Hagens Berman
700 S. Flower Street
Suite 2940
Los Angeles, CA 90017-4101

Grace Rodriguez
King & Spalding LLP
1730 Pennsylvania Avenue NW
Washington, DC 20006

Henry H. Rossbacher
Rossbacher & Associates
811 Wilshire Blvd.
Suite 1650
Los Angeles, CA 90017-2666

Robert S. Ryland
Kirkland & ! Ellis
655 Fifthteenth Street, N.W.
Suite 1200
Washington, DC 20005

Mark Sandmann
Rawlings & Associates, P.L.L.C.
325 W. Main Street
Louisville, KY 40202

Robert D. Sanford
Moscone, Emblidge & Quadra
180 Montgomery Street
1240
San Francisco, CA 94104

Sherrie R. Savett
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Susan Schneider Thomas
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Kathleen McGinnis Scott
Hogan & Hartson, LLP
555 Thirteenth Street, N.W.
Washington, DC 20004

Lance A. Selfridge
Lewis Brisbois Bisgaard and Smith LLP
221 North Figueroa St
Suite 1200
Los Ange! les, CA 90012

Michael Sennett
Bell, Boyd & Lloyd
3 First National Plaza
70 West Madison Street, Suite 3200
Chicago, IL 60602-4207

Jonathan Shub
Sheller, Ludwig & Badey
1528 Walnut St.
Philadelphia, PA 19102

Robert M. Smith
Shook, Hardy, & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108-2616

Shanin Specter
Kline & Specter
1525 Locust Street
19th Floor
Philadelphia, PA 19102

Peter D. St. Phillip , Jr
Lowey Dannenberg Bemporad & Selinger, P.C.
The Gateway
One North Lexington Ave
White Plains, NY 10601

State of Nevada/State of Montana
,

Kevin R. Sullivan
King & Spalding LLP
1730 Pennsylvania Avenue NW
Washington, DC 20006

Thomas J. Sweeney ! , III
Hogan and Harston, LLP
875 Third Avenue
Suite 2600
New York, NY 10012

The City of New York
100 Church Street
Room 3-162
New York, NY 10007

The City of New York and Captioned New York Counties
,

Sandra G. Tillotson
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Brennan J. Torregrossa
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Mitchell A. Toups
Weller Green Toups & Terrell
2615 Calder
Suite 400
Beaumont, TX 77704

Lorraine K. Trewick
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Stephen A. Tuggy
Heller Ehrman White & McAuliffe
601 South ! Figueroa Street
40th Floor
Los Angeles, CA 90017-5758

C. Gibson Vance
Beasley Allen Crow Methvin Portis & Miles PC
105 Tallapoosa Street
Montgomery, AL 36110

Michael J. Vanselow
Minnesota Attorney Generals Office
102 State Capital

75 Constitution Ave
St. Paul, 55155

B.J. Wade
Glassman Edwards Wade & Wyatt, PC
26 N. Second Street
Memphis, TN 38103

Edward A. Wallace
Kenneth A. Wexler & Associates
1 North La Salle
Suite 2000
Chicago, IL 60602

Jason D. Wallach
Dickstein Shapiro Morin & Oshinsky LLP
2101 L St, N.W.
Washington, DC 20037-1526

Liza M. Walsh
Connell, Foley & Geiser
85 Livingston Ave.
Roseland, NJ 07068

Atlee W. Wampler ! , III
Wampler, Buchanan & Breen, PA
777 Brickell Avenue
Suite 900
Miami, FL 33131

Nina I. Webb-Lawton
Vorys, Sater, Seymour and Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Jeffrey I. Weinberger
Munger Tolles & Olson
355 S. Grand Avenue
Suite 3500
Los Angeles, CA 90071-1560

Melvyn I. Weiss
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119-0165

Robert Alan White
Morgan, Lewis & Bockius, LLP
502 Carnegie Center

Princeton, NH 08540

Kent M. Williams
1300 Godward Street NE Suite 6200
Minneapolis, MN 55356

Jared R. Winnick
Davis Polk & Wardwe! ll
450 Lexington Avenue
New York, NY 10017

D. Scott Wis e
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Michelle L. Younkin
Sedgwick, Detert, Moran & Arnold
One Embarcadero Center
16th Floor
San Francisco, CA 94111

Bruce M. Zessar
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603