UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
|  | Master File No: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Judge Patti B. Saris |

**NOTICE OF APPEARANCES OF
JAMES R. DALY, J. RYAN MITCHELL, TARA A. FUMERTON
AND CAROL P. GEISLER ON BEHALF OF ABBOTT LABORATORIES AND
ABBOTT LABORATORIES INC. AND MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b) and paragraph 16 of this Court's Case Management Order No. 1, James R. Daly, J. Ryan Mitchell, Tara A. Fumerton, and Carol P. Geisler of the law firm Jones Day, hereby enter their appearances on behalf of Defendants Abbott Laboratories and Abbott Laboratories Inc. in the above-captioned matter.

Mr. Daly, Mr. Mitchell, Ms. Fumerton and Ms. Geisler are not members of the bar of the United States District Court for the District of Massachusetts, but respectfully seek admission *pro hac vice* in accordance with the procedure set forth in this Court's Case Management Order No. 1. The attached Certificates demonstrate that Mr. Daly, Mr. Mitchell, Ms. Fumerton and Ms. Geisler are members in good standing of their respective bars and are familiar with the Local Rules of this Court.

The appropriate $200 filing fee has been submitted to the Clerk of the court under separate cover with a copy of this Notice and Motion.

Dated: March 17, 2006          Respectfully Submitted,

/s/ Toni-Ann Citera
Daniel E. Reidy
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

Toni-Ann Citera
JONES DAY
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

**Counsel for Defendant Abbott Laboratories and Abbott Laboratories Inc.**

## CERTIFICATE OF SERVICE

     I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on March 17, 2006, a copy to Lexis-Nexis for posting and notification to all parties.

                                     /s/ Tara A. Fumerton
                                     Tara A. Fumerton