UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>Master File No: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Judge Patti B. Saris |

## CERTIFICATE OF J. RYAN MITCHELL

I, J. Ryan Mitchell, in accordance with Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, represent and certify as follows:

1. I am associated with the law firm of Jones Day, which maintains offices at 77 West Wacker Drive, Chicago, Illinois 60601-1676;

2. I am a member in good standing of the bars of the States of Illinois and Utah and the United States District Court for the Northern District of Illinois and the United States District Court for the District of Utah;

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

4. I am familiar with the facts surrounding this dispute and the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: March 14, 2006

J. Ryan Mitchell
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601-1676
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

CHI-1524491v1