UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO<br><br>ALL ACTIONS | |

## PLAINTIFFS' UNOPPOSED MOTION TO FILE REPLY IN SUPPORT OF THEIR SECOND MOTION TO COMPEL AGAINST AMGEN INC.

Plaintiffs respectfully move the Court for permission to file reply papers in support of their second motion to compel against Amgen Inc. ("Amgen"). These papers consist of the Reply Memorandum in Support of Plaintiffs' Second Motion To Compel Production by Amgen Inc., together with the Supplemental Declaration of Steve W. Berman in Support of Plaintiffs' Second Motion To Compel Production by Amgen Inc., both of which are submitted contemporaneously with this motion.

Plaintiffs submit that the importance of the issues raised by their pending motion, as well as the need to reply to contentions made by Amgen in its response papers, justify submittal of a reply. Plaintiffs also believe that their reply will aid the Court in deciding their motion.

Counsel for plaintiffs has contacted counsel for Amgen in advance of submitting this

motion, and counsel for Amgen has advised that Amgen does not oppose the filing of plaintiffs' reply.

DATED: March 17, 2006                By     /s/ Steve W. Berman
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Shanin Specter
Donald E. Haviland, Jr.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
Facsimile: (215) 772-1359
Telephone: (215) 772-1000

**CO-LEAD COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys, and that on March 17, 2006, I caused copies of **PLAINTIFFS' UNOPPOSED MOTION TO FILE REPLY IN SUPPORT OF THEIR SECOND MOTION TO COMPEL AGAINST AMGEN INC.** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

       /s/ Steve W. Berman
       Steve W. Berman

-1-

001534-16 99282 V1