# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY CASE AVERAGE WHOLESALE PRICE LITIGATION<br><br>PBS<br><br><br>THIS DOCUMENT RELATES TO THE CONSOLIDATED CLASS ACTION | : SUBPOENA IN A CIVIL<br>:<br>: MDL NO. 1456<br>:<br>: Civil Action No. 01-12257-<br>:<br>:<br>: Judge Patti B. Saris<br>: (case pending in D. Mass.)<br>:<br>: |

## NON-PARTY NATIONAL HERITAGE INSURANCE COMPANY'S CROSS-MOTION TO QUASH SUBPOENAS

On October 27 and 28, 2005, this Court issued two subpoenas on non-party National Heritage Insurance Company, Inc. ("NHIC"), which is not a party to this litigation, ordering the production of documents and witnesses. As set forth in the accompanying memorandum of law, the subpoena for production of documents imposes an undue burden on NHIC. In addition, Defendants have made no showing that the value of the information sought outweighs the burden imposed on NHIC. For these reasons, NHIC respectfully moves to quash Defendants' subpoenas pursuant to Fed. R. Civ. P. 45(c).

Dated:  March 17, 2006, Hartford, Connecticut.

NON-PARTY
NATIONAL HERITAGE INSURANCE
COMPANY


By: /s/  Benjamin M. Wattenmaker
Benjamin Wattenmaker
MA Juris No.:  644919
E-Mail:  bwattenmaker@goodwin.com
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
Phone:  (860) 251-5000
Fax: (860) 251-5214
Gary S. Starr
Fed. Bar No.: ct06138
E-mail:  gstarr@goodwin.com
Its Attorneys

## LOCAL RULE 7.1(A)(2) AND 37.1 CERTIFICATION

Pursuant to Local Rules 7.1(A)(2) and 37.1, the undersigned counsel hereby certifies that counsel for NHIC conferred with counsel for Defendants in an attempt to narrow the areas of disagreement. The parties were unable to resolve the instant dispute.

/s/ Benjamin M. Wattenmaker
Benjamin M. Wattenmaker MA Juris No.:
644919

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Appearance of Non-Party National Heritage Insurance Company has been sent via electronic transmission on this 17th day of March 2006, or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Benjamin M. Wattenmaker
Benjamin M. Wattenmaker MA Juris No.:
644919

430438