UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF MASSACHUSETTS

| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Montana v. Abbott Labs., Inc., et al.,*<br>D. Mont. Cause No. CV-02-09-H-DWM | MDL No. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |
|---|---|

### STATE OF MONTANA'S NOTICE OF SUBSTITUTION OF LOCAL COUNSEL

Plaintiff State of Montana hereby notifies the Court that Assistant Attorney General Ali Bovingdon will be substituted as its local counsel in the place of Crowley, Haughey, Hanson, Toole & Dietrich P.L.L.P. in the above-captioned matter.  A written consent form executed by the State of Montana, a Notice of Appearance by Attorney Bovingdon, and a Notice of Withdrawal by Crowley, Haughey, Hanson, Toole & Dietrich P.L.L.P. are attached to this Notice as exhibits.

Dated this 21st day of March, 2006.

By  **/s/ Steve W. Berman**
Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594

## CERTIFICATE OF SERVICE

   I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **STATE OF MONTANA'S NOTICE OF SUBSTITUTION OF LOCAL COUNSEL** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on March 21, 2006, a copy to LexisNexis File & Serve for Posting and notification to all parties.

                  By **/s/ Steve W. Berman**
                    Steve W. Berman
                    **HAGENS BERMAN SOBOL SHAPIRO LLP**
                    1301 Fifth Avenue, Suite 2900
                    Seattle, WA  98101
                    (206) 623-7292

# UNITED STATES DISTRICT COURT FOR

# THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

THIS DOCUMENT RELATES TO:

*State of Montana v. Abbott Labs., Inc., et al.,*
D. Mont. Cause No. CV-02-09-H-DWM

## STATE OF MONTANA'S CONSENT TO SUBSTITUTION OF COUNSEL

The undersigned hereby consents to a substitution of Ali Bovingdon, Assistant Attorney General for the State of Montana, for the law firm of Crowley, Haughey, Hanson, Toole & Dietrich P.L.L.P. as local counsel for the State of Montana in its role as Plaintiff in the above-captioned matter.

Dated this 17th day of MARCH, 2006.

                                        State of Montana

                                        Mike McGrath
                                        Attorney General
                                        P.O. Box 201401
                                        Helena, MT  59620-1401
                                        Tel.:  406-444-2026

UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

THIS DOCUMENT RELATES TO:

*State of Montana v. Abbott Labs., Inc., et al.,*
D. Mont. Cause No. CV-02-09-H-DWM

**NOTICE OF APPREARANCE OF STATE OF MONTANA'S LOCAL COUNSEL**

I, Ali Bovingdon, Assistant Attorney General of the State of Montana, hereby notify the Court of my representation of the State of Montana in the above-captioned matter. Further, I hereby agree to my substitution for the law firm of Crowley, Haughey, Hanson, Toole & Dietrich P.L.L.P. in its role as local counsel and accept all of the duties imposed upon me as local counsel by Rule 83.3(f) of the Local Rules of Procedure of the United States District Court for the District of Montana upon remand of this matter to the District of Montana.

Dated this 17th day of March, 2006.

By /s/ Ali Bovingdon
Ali Bovingdon
Assistant Attorney General
Justice Building
215 North Sanders
P.O. Box 201401
Helena, MT  59620-1401
Telephone:  (406) 444-2026
Facsimile:  (406) 444-3549

UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*State of Montana v. Abbott Labs., Inc., et al.,*<br>D. Mont. Cause No. CV-02-09-H-DWM | |

**NOTICE OF WITHDRAWAL OF STATE OF MONTANA'S LOCAL COUNSEL**

The law firm of Crowley, Haughey, Hanson, Toole & Dietrich P.L.L.P. hereby withdraws as attorneys for the State of Montana in the above-captioned matter. This withdrawal is being filed contemporaneously with the Notice of Representation filed on behalf of the State of Montana by Ali Bovingdon, Assistant Attorney General.

Dated this 17 day of March, 2006.

By /s/ Joseph P. Mazurek
Joseph P. Mazurek
CROWLEY, HAUGHEY, HANSON,
TOOLE & DIETRICH P.L.L.P.
100 North Park Avenue, Suite 300
P.O. Box 797
Helena, MT 59624-0797
Telephone: (406) 449-4165
Facsimile: (406) 449-5149