UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL NO. 1456<br><br>Master File No.: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) ) | Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCES

The undersigned attorney hereby notifies the Court and all counsel of the withdrawal of appearances of Nicola R. Heskett, Celia Garrett, Robert M. Smith, and Paul S. Schleifman as counsel for Defendants Aventis Pharmaceuticals and Hoechst Marion Roussel in this matter. All other counsel of record for Aventis Pharmaceuticals and Hoechst Marion Roussel will continue to appear as counsel for Aventis Pharmaceuticals and Hoechst Marion Roussel in this matter.

Dated: March 22, 2006

Respectfully Submitted,

/s/ Michael L. Koon
Michael L. Koon
SHOOK, HARDY, & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

James P. Muehlberger
SHOOK, HARDY, & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

**Counsel for Aventis Pharmaceuticals and Hoechst Marion Roussel**

1926299v1

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was delivered to all counsel fo record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on March 22, 2006, a copy to Lexis-Nexis for posting and notification to all parties.

                                            /s/ Michael L. Koon  
                                            Michael L. Koon  
                                            SHOOK, HARDY, & BACON L.L.P.  
                                            2555 Grand Boulevard  
                                            Kansas City, Missouri 64108-2613  
                                            Telephone: (816) 474-6550  
                                            Facsimile: (816) 421-5547

1926299v1