UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | ) No. MDL Docket No. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) |
| This Document Relates to The Master Consolidated Class Action | ) Judge Patti B. Saris ) ) ) |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Pamela A. Zorn, a member of the bar of this Court and attorney for defendants Sicor, Inc. and Sicor Pharmaceuticals, Inc., moves to admit attorney Preston L. Pugh to the bar of this Court *pro hac vice*. In support of this Motion, the movant relies on the accompanying Affidavit of Preston L. Pugh, which states that he is: (1) a member in good standing of the bar of the State of Illinois; (2) not currently the subject of any disciplinary proceedings as a member of any bar; and (3) familiar with the Local Rules of the United States District Court for the District of Massachusetts.

**WHEREFORE**, Sicor, Inc. and Sicor Pharmaceuticals, Inc. request that the Court grant this motion to admit Preston L. Pugh *pro hac vice*.

- 2 -

                        SICOR, INC. AND SICOR PHARMACEUTICALS, INC.,

                        By their attorneys,

                        <u>/s/ Pamela A. Zorn</u>
                        Robert J. Muldoon, Jr. (BBO# 359480)
                        James W. Matthews (BBO# 560560)
                        Pamela A. Zorn (BBO #640800)
                        Sherin and Lodgen LLP
                        101 Federal Street
                        Boston, MA 02110
                        (617) 646-2000

DATED: March 23, 2006