UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | ) No. MDL Docket No. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) |
| This Document Relates to The Master Consolidated Class Action | ) Judge Patti B. Saris ) |

AFFIDAVIT OF PRESTON L. PUGH, ESQ. IN SUPPORT OF MOTION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

I, Preston L. Pugh, on my oath swear and depose:

1. I am a member of the law firm of Sonnenschein Nath & Rosenthal LLP, located at 7800 Sears Tower, 233 South Wacker Drive, Chicago, IL 60606-6404, telephone (312) 876-8000.

2. I was admitted to the Bar of the State of Illinois in 1997. I am also admitted to practice before the United States Courts of Appeals for the First Circuit, Fourth Circuit, Sixth Circuit, Seventh Circuit, Ninth Circuit, and DC Circuit.

3. I am in good standing in every jurisdiction where I have been admitted to practice. I am not currently suspended or disbarred in any jurisdiction. No disciplinary proceedings are pending against me in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

00107487.DOC /

5.  My firm represents Sicor, Inc. and Sicor Pharmaceuticals, Inc., and I respectfully request admission to the Bar of this Court *pro hac vice*.

Signed under the pains and penalties of perjury this 22nd day of March, 2006.

_____
Preston L. Pugh