# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION  )<br>)<br>)<br>)<br>)<br>THIS DOCUMENT RELATES TO ALL )<br>CLASS ACTIONS. )<br>)<br>)<br>)<br>) | MDL No. 1456<br><br>Judge Patti B. Saris<br>MDL No. 1456<br>Civil Action No. 01-12257-PBS |

## **CERTIFICATE OF GOOD STANDING OF CURTIS BERGEN**

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Curtis Bergen, hereby certify that:

1.  I am a partner in the law firm of Bowman and Brooke LLP, which maintains offices at 2901 North Central Avenue, Suite 1600, Phoenix, Arizona 85012;

2.  I am a member in good standing in every jurisdiction where I have been admitted to practice, which includes the following: the bars of the State of Arizona and the U.S. District Court, District of Arizona;

3.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

4. I am familiar with the facts surrounding this dispute and the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

_____
Curtis Bergen

March 23, 2006