# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS. | Judge Patti B. Saris<br>MDL No. 1456<br>Civil Action No. 01-12257-PBS |

**CERTIFICATE OF GOOD STANDING OF NEIL ALDEN**

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Neil Alden, hereby certify that:

1. I am a partner in the law firm of Bowman and Brooke LLP, which maintains offices at 2901 North Central Avenue, Suite 1600, Phoenix, Arizona 85012;

2. I am a member in good standing in every jurisdiction where I have been admitted to practice, which includes the following: the bars of the State of Arizona and the U.S. District Court, District of Arizona;

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

4.  I am familiar with the facts surrounding this dispute and the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

Neil Alden

March 23, 2006