# EXHIBIT A



```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF MASSACHUSETTS


NEW ENGLAND CARPENTERS HEALTH  )
BENEFITS FUND, et al,          )
                               )
            Plaintiffs         )
                               )
         -VS-                  ) CA No. 05-11148-PBS
                               ) Pages 1 - 23
FIRST DATABANK, INC.,          )
a Missouri Corporation;        )
and McKESSON CORPORATION,      )
a Delaware Corporation,        )
                               )
            Defendants         )
```

**STATUS CONFERENCE**

BEFORE THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE


                              United States District Court
                              1 Courthouse Way, Courtroom 19
                              Boston, Massachusetts
                              February 9, 2006, 3:30 p.m.


                    LEE A. MARZILLI
              CERTIFIED REALTIME REPORTER
              United States District Court
              1 Courthouse Way, Room 3205
                   Boston, MA 02210
                     (617)345-6787

```
 1   A P P E A R A N C E S:

 2          THOMAS M. SOBOL, ESQ., Hagens Berman Sobol Shapiro LLP,
     One Main Street, Fourth Floor, Cambridge, Massachusetts,
 3   02142, for the Plaintiffs.

 4          JOHN A. MACORETTA, ESQ., Spector, Roseman & Kodroff,
     1818 Market Street, Suite 2500, Philadelphia, Pennsylvania,
 5   19103, for the Plaintiffs.

 6          LORI A. SCHECHTER, ESQ., Morrison & Foerster, LLP,
     425 Market Street, San Francisco, California, 94105-2482, for
 7   McKesson.

 8          JOAN M. GRIFFIN, ESQ., Burns & Levinson,
     One Beacon Street, Boston, Massachusetts, 02108, for
 9   McKesson.

10          MARK C. REDMAN, ESQ., The Hearst Corporation,
     1345 Avenue of The Americas, New York, New York, 10105,
11   in-house counsel for The Hearst Corporation.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

<u>P R O C E E D I N G S</u>

THE CLERK: The case of New England Carpenters Health Benefits Fund, et al V. First Databank, Incorporated, et al, Civil Action No. 05-11148, will now be heard before this Court. Will counsel please identify themselves for the record.

MR. SOBOL: Good afternoon, your Honor. Tom Sobol for plaintiffs.

MR. MACORETTA: Good afternoon, your Honor. John Macoretta for the plaintiffs.

MS. SCHECHTER: Good afternoon, your Honor. Lori Schechter for McKesson.

MS. GRIFFIN: Joan Griffin also for McKesson.

MR. REDMAN: Mark Redman, in-house counsel at The Hearst Corporation, which is the parent company of First Databank.

THE COURT: Thank you. Where are we in this case, the plaintiffs? Then I'll hear from defendants.

MR. SOBOL: Where we are, your Honor, is there are two defendants. You've ruled on a 12(b)(6) motion as to McKesson back in December, us, the case ready to go forward vis-a-vis McKesson. There are settlement discussions that are under way with the other defendant, First Databank.

The issue before your Honor today is what to do vis-a-vis scheduling. I think that there are three issues

```
 1                THE COURT:  No.
 2                MS. SCHECHTER:  -- as was done in the MDL?
 3                THE COURT:  Unless I -- that was just different.
 4   And if I become persuaded that I don't understand it, I'll
 5   back it off, but right now I'm not seeing that.
 6                MS. SCHECHTER:  Okay.  I mean, we will seek to
 7   present some of the very same evidence that was presented to
 8   show that the self-administered class for TPPs cannot be
 9   certified in the same manner that your Honor has already
10   ruled.
11                THE COURT:  That may be true, I mean, because I
12   really understand it now.  I mean, the expert helped me
13   through the industry.
14                MS. SCHECHTER:  I don't mean the independent
15   expert.  I was just saying that the parties are going to push
16   forth expert reports, and the plaintiffs had contemplated
17   that in their order, and we'll need to take their
18   depositions.  That's all, that's all I was suggesting.
19                THE COURT:  So play it out a little bit more for
20   me.  What do you mean?  The experts on what?  On --
21                MS. SCHECHTER:  On class certification issues.
22                THE COURT:  On what issue?
23                MS. SCHECHTER:  Well, for example, the
24   relationships between the PBMs and the TPPs and how it might
25   affect the pricing that goes into this, the fact that --
```

```
 1            THE COURT:  Sure, all the things I saw last time.
 2   Anything new?
 3            MS. SCHECHTER:  Correct, but McKesson has not
 4   developed that evidence.  We haven't even seen that evidence.
 5            THE COURT:  I think it's either all publicly
 6   available, and if it's not, move to either make it publicly
 7   available or to come in under the protective order.
 8            MS. SCHECHTER:  Okay, that would work for us
 9   because we don't have access to it because of the protective
10   order.
11            THE COURT:  But if you read my opinion, I mean,
12   there may be new things because you're a wholesale level, and
13   I dealt before with different levels, but we talked quite a
14   bit about wholesale.  Just I understand it better, and I may
15   not decide to hire an independent expert.
16            MS. SCHECHTER:  I'm just suggesting we would put in
17   an expert report.
18            THE COURT:  Oh, I'm assuming you will.  That's fair
19   enough.  You don't know yet who your expert is?
20            MS. SCHECHTER:  No, we do not.
21            MR. REDMAN:  Your Honor, we would probably do the
22   same.  Again, it is a little different with a publisher
23   actually in the case this time as opposed to on the fringes,
24   so I just wanted to --
25            MS. SCHECHTER:  So the issue only becomes, is the
```

C E R T I F I C A T E

UNITED STATES DISTRICT COURT )
DISTRICT OF MASSACHUSETTS    ) ss.
CITY OF BOSTON               )

      I, Lee A. Marzilli, Official Federal Court Reporter, do hereby certify that the foregoing transcript, Pages 1 through 23 inclusive, was recorded by me stenographically at the time and place aforesaid in Civil Action No. 05-11148-PBS, New England Carpenters Health Benefits Fund Vs. First Databank, Inc., et al, and thereafter by me reduced to typewriting and is a true and accurate record of the proceedings.

      In witness whereof I have hereunto set my hand this 20th day of February, 2006.

_____
LEE A. MARZILLI/CRR
OFFICIAL FEDERAL COURT REPORTER