# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO ALL ACTIONS. | Judge Patti B. Saris<br>MDL No. 1456<br>Civil Action No. 01-12257-PBS |

### CERTIFICATE OF GOOD STANDING OF CHARLES V. MEHLER III

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Charles V. Mehler III, hereby certify that:

1. I am an associate in the law firm of Dickstein Shapiro Morin & Oshinsky LLP, which maintains offices at 2101 L Street NW, Washington, DC, 20037;

2. I am a member in good standing in every jurisdiction where I have been admitted to practice, which includes the following: the bars of the State of Virginia, the State of Maryland, the State of New Jersey, the District of Columbia, the United States District Court for the Western District of Virginia, the United States District Court for the Eastern District of Virginia, the United States District Court for the District of Maryland, the United States District Court for the District of Columbia, and the Supreme Court of the United States;

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

4. I am familiar with the facts surrounding this dispute and the Local Rules of the United States District Court for the District of Massachusetts.

DSMDB.2062202.1

                                        Respectfully submitted,

                                        */s/ Charles V. Mehler III*
                                        Charles V. Mehler III

March 24, 2006