**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 ) |
| _____ | ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | ) Judge Patti B. Saris ) ) ) ) ) |

**TRACK 1 DEFENDANTS' RESPONSE TO CORRECTED CLASS PLAINTIFFS' EMERGENCY MOTION TO AMEND CASE MANAGEMENT ORDER NO. 20**

After having received Plaintiffs' Corrected Emergency Motion to Amend Case Management Order No. 20, Defendants conferred with Plaintiffs to resolve the issues presented therein. Plaintiffs and Defendants now agree that the Court should amend CMO No. 20 to provide the following deadlines:

(1) April 7, 2006: All oppositions to summary judgment motions that were filed on March 15, 2006 are due.

(2) April 28, 2006: All replies are due.

In addition, to eliminate the number of briefs filed with the Court and to maintain the integrity of the Court's schedule, the parties agree that sur-replies should be eliminated from the schedule. Under this amendment, briefing will conclude on the same day as provided by CMO No. 20.

Therefore, given the agreement reached between the parties, the Defendants respectfully request that the Court amend CMO No. 20 as described above.

Respectfully submitted,

THE TRACK 1 DEFENDANTS


/s/ Eric P. Christofferson
John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Eric P. Christofferson (BBO#654087)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Attorneys for Schering-Plough Corporation and
Warrick Pharmaceuticals Corporation

D. Scott Wise
Michael Flynn
Kimberley Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Attorneys for AstraZeneca Pharmaceuticals LP

Steven M. Edwards
Lyndon M. Tretter
Hogan & Hartson, LLP
875 Third Avenue, Suite 2600
New York, NY 10022

Attorneys for the Bristol-Myers Squibb Co. and Oncology
Therapeutics Network Corp.

Mark H. Lynch
Geoffrey E. Hobart (BBO #547499)
Ronald G. Dove, Jr.
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-7566

Frederick G. Herold
Dechert LLP
1117 California Avenue
Palo Alto, CA  94304

Mark D. Seltzer (BBO #556341)
Holland & Knight LLP
10 St. James Ave.
Boston, MA  02116

Attorneys for SmithKline Beecham Corporation
d/b/a GlaxoSmithKline

William F. Cavanaugh, Jr.
Andrew D. Schau
Erik Haas
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036 6710

Attorneys for the Johnson and Johnson Defendants

Dated:  March 24, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

      /s/ Eric P. Christofferson_____
      Eric P. Christofferson