# EXHIBIT 33

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

-oOo-

------------------------------x

In Re: PHARMACEUTICAL,           )   MDL DOCKET NO.
INDUSTRY AVERAGE WHOLESALE       )   CIVIL ACTION
PRICE LITIGATION                 )   01CV12257-PBS
------------------------------)
                                 )
THIS DOCUMENT RELATES TO:        )
ALL ACTIONS                      )
------------------------------x


DEPOSITION OF APRIL TOWNLEY

JANUARY 27, 2006

RENO, NEVADA


REPORTED BY:  AMY JO TREVINO, CCR #825, CSR #5296, RPR

  COMPUTER-ASSISTED TRANSCRIPTION BY:  CASE CATALYST

Page 124

1   State Mental Health Program, and I'm not sure about
2   whether she did any private, and at State Mental
3   Health I don't think she would have been, it would
4   have just been ordering drugs, so I don't know her
5   role as far as that.
6        Q.   So you say she worked with the State Mental
7   Health Program, the State Mental Health Program had
8   its own program for acquiring prescription drugs?
9        A.   Yes, they only dispense certain drugs and
10  so they, when they went out and got the best price,
11  based on what, I don't know their methodology but
12  they went out actually on a best price for the drug
13  is what I remember.
14       Q.   And who, do you recall who at the
15  Department of Mental Health Services would have been
16  involved in that process of finding out the best
17  price?
18       A.   No, I don't. I'm not real clear on their
19  whole program.  I just know that it was different
20  than ours in that sense, and so I really, that's a
21  little aside, you know, that I really don't know
22  enough to be speaking to.

Page 125

1   Q.  Do you know if, just to finish the thought
2   on the Department of Mental Health Services, are they
3   within the same organizational umbrella as Medicaid
4   or are they under their own department?  What is the
5   relationship between the Department of Mental Health
6   Services and Medicaid?
7           MS. BRECKENRIDGE:  Today?
8           MR. DOVE:  No, during her tenure.
9           THE WITNESS:  I don't know today, but
10  basically we were, both were divisions within the
11  Department of Human Resources, so we purchased a lot
12  of services from them and so our relationship with
13  them was more like they were a provider, and you
14  know, and then I'm not sure what happened with the
15  director's office, with the administrators I can't
16  speak to.
17      Q.  But was there one administrator overseeing
18  both the Medicaid Program and the Mental Health
19  Program?
20      A.  Yes.
21      Q.  Ms. Townley, are you aware that the State
22  of Nevada received rebates from manufacturers for

Page 128

1   distributed some of the vaccines, and then they had
2   some other public health programs that I think had a
3   direct component to it.  And that's all I remember.
4        Q.   Did Nevada Medicaid ever compare the prices
5   of which other agencies were purchasing drugs with
6   the price at which Medicaid was reimbursing
7   pharmacies and providers?
8        A.   Laurie did that, uh-huh.
9        Q.   Do you recall Laurie talking to you about
10  this?
11       A.   Uh-huh.
12       Q.   What do you recall from that conversation?
13       A.   Well, she and I were talking about whether
14  there was a possibility of you know, using the same
15  kind of system that mental health did for acquiring
16  certain basic drugs and you know, the issue became
17  one of distribution, how do you do that and we
18  weren't a pharmacy and we weren't set up to be a
19  pharmacy so we would have to purchase the drugs and
20  still find a pharmacy that would be willing to
21  dispense it.  So we were just talking about those
22  kind of logistical problems and then I retired.  Just

1   in time.  But she had, and she brought up the
2   information to me showing, and she had even talked to
3   the mental health people and they were very willing
4   to work with us.
5         Q.   Do you know whether the State ever had any
6   communication with Venicare or the Florida Keys?
7         A.   I'm not aware that we did.  But I don't,
8   you know, I wasn't made aware of every communication,
9   but to my knowledge we were not.
10        Q.   What is the procedure for amending the
11  pharmacy dispensing fee?
12        A.   Okay, I can just tell you about what it was
13  like when I was there, when I left, but what we would
14  do there was, we had to send things out for public
15  review so what would happen would be that the State
16  would come up with an alteration, change, and more
17  than likely would have incorporated it into their
18  budget projections, then that would have gone through
19  the budget office and that would have gotten its
20  approval, and then there would have also been
21  correspondingly at the same time going out for public
22  review or maybe before it went to the budget office