# EXHIBIT 34

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

*****************************************

IN RE PHARMACEUTICAL INDUSTRY AVERAGE) MDL NO. 1456

WHOLESALE PRICE LITIGATION           ) CIVIL ACTION:

-------------------------------------) 01-CV-12257-PBS

THIS DOCUMENT RELATES TO STATE OF    )

NEVADA V. ABBOTT LABORATORIES, Et al,)

Case No. 02-CV-00260 (Nevada I) and  )

STATE OF NEVADA V. AMERICAN HOME     )

PRODUCTS, et al., Case No.           )

02-CV-12086-PBS (Nevada II)          )

*****************************************


DEPOSITION OF DEBBRA KING

BE IT REMEMBERED that on Saturday, January 28, 2006, at the hour of 9:05 a.m. of said day, at the offices of Lionel, Sawyer and Collins, 50 West Liberty Street, Reno, Nevada, before me, Lesley A. Clarkson, certified court reporter, personally appeared DEBBRA KING, who was by me first duly sworn and was examined as a witness in said cause.

Page 12

1    Q.   And approximately when was this?
2    A.   This was '91 through -- no.  It was '94
3    through '99.
4    Q.   If you could, could you explain a little
5    more how the public employees benefit plan used AWP
6    with respect to their prescription drugs?
7    A.   The public employees benefit plan
8    contracted with a prescription benefit manager to
9    provide the pharmacy coverage for the state
10   employees, and when they had gone out to bid, the
11   bidders came back with various how they were going
12   to cost out so that the state could figure out which
13   the best bidder was.
14   Q.   And then the various bids were different
15   rates with AWP?
16   A.   Right.
17   Q.   Maybe perhaps minus a discount or
18   something like that?
19   A.   Yes.
20   Q.   Do you know the name of the PBM that they
21   contracted with?
22   A.   I do not remember.

1    Q.   Do you know who at the public employees
2 benefit plan would have been responsible for the
3 drug, the drug reimbursement program?
4    A.   Dave Thomas.
5    Q.   Is he still employed by the state, do you
6 know?
7    A.   No, I don't believe so.
8    Q.   Do you know where he is?
9    A.   I believe he owns a gardening shop in
10 Gardnerville, but that I heard like five years ago,
11 so he may have moved on to bigger and better things.
12   Q.   Other than the employees, the public
13 employees benefit program, were you aware of any
14 other state agencies that used AWP relating to their
15 prescription drug programs?
16   A.   No.  And I don't remember how exactly that
17 bid came out, ended up, and so I don't remember
18 whether they actually went with an AWP pricing
19 scheme for the state employees, I just don't
20 remember.
21   Q.   You just recall seeing the term somewhere
22 in there?

1    reimbursement of physician-administered drugs,
2    correct?
3         A.   Correct.
4         Q.   Who would have been responsible for that?
5         A.   I believe that would have been Coleen.
6              MR. LITOW:  This is a good time to take a
7    five, ten minute break.
8                   (Recess taken.)
9              MR. LITOW:  Go back on the record, please.
10   BY MR. LITOW:
11        Q.   Going back to Exhibit King 002, just
12   direct your attention to page NV 00192.
13        A.   Yes.
14        Q.   This appears to be a memo or a letter from
15   Coleen Lawrence to Michael Willden and Steve Abba;
16   is that correct?
17        A.   Yes.
18        Q.   Who Steve Abba?
19        A.   Steve Abba is the fiscal analyst currently
20   responsible, or was responsible for Medicaid and
21   welfare at that time.
22        Q.   And what would have been his role in

Debbra King                                January 28, 2006
Reno, NV

Page 52

1   relation to this particular state plan amendment?
2       A.   As I indicated earlier, the fiscal
3   analysts were responsible for the review of the
4   state agency operations, and so -- let me see.  This
5   was in January of '03, so he would have, A, already
6   had our budget which had this in there, and B, since
7   we were already implementing it, been looking at
8   whether or not we had included it in our budget.
9            So he analyzes the information we provide,
10  looks at what we are doing, what other states are
11  doing, so on and so forth, and then prepares write-
12  ups for the legislators to make their decisions.
13      Q.   When you say prepares documents for the
14  legislators to make their decisions, do the
15  legislators have to make a decision with respect to
16  the particular state plan amendment, or was that
17  done, the determination done administratively?
18      A.   In Nevada the determination is done
19  administratively.  However, when we make a change
20  like this, it impacts our budget, and the
21  legislature approves our budget.  So in that way
22  they sort of review it retrospectively in this case.

Page 53

1   In some cases it's in the budget and it's not
2   implemented yet, so they would review it
3   prospectively.
4       Q.   So the legislators would have input or
5   concern insofar as the particular state plan
6   amendment affected the budget; is that correct?
7       A.   Correct -- well, depending upon the
8   individual legislator may have concern with respect
9   to the impact of services to Medicaid recipients.
10      Q.   I believe you also testified that it was
11  your understanding that the health division and the
12  mental health division were involved in the
13  purchasing of prescription drugs; is that correct?
14      A.   Yes.
15      Q.   Do you recall any specific individuals
16  with those divisions that would have been
17  responsible for that aspect of their programs?
18      A.   I do not remember their names.
19      Q.   Do you remember like their positions?  Do
20  you know which position within the division would
21  have been responsible for that?
22      A.   No.  The only -- no, I really don't.  I