# EXHIBIT 35

*NEVADA MEDICAID*            *BUSINESS PROCESS OUTLINE*

# FINANCIAL STRATEGIC PLANNING

### General Description of Process

The basic goal is to find ways to bring more federal funds to Nevada by finding ways to match existing state funds in other agencies with Medicaid matching funds. A corollary to this is to find ways to save state money. This includes searches of state and federal Medicaid regulations, contact with other states, contact with other state agencies and working with other staff within Nevada Medicaid. Data analysis is a part of the process with the data usually coming from the UNLV Center for Health Information Analysis via Internet and downloaded on a personal computer for analysis.

Contact with other staff and agencies can be initiated by either Strategic Planning team members or by others.

Work with Medicaid staff to develop grant proposals. Contact can be made by Strategic Planning or by other Medicaid staff.

Work within Medicaid and other state agencies to determine the potential for implementing a new waiver using as the state match the funds currently being used by that agency.

Look for ways to improve existing waivers by working with the Medicaid waiver supervisor and other agencies with existing waivers to add services and/or participants.

### Service Manual/Chapter, Bulletins, and/or Other Reference or Resource Materials specifically related to Process

    N/A

### Medicaid Provider Types Covered by Provider

    All provider types.

### Forms used in the Process (attach a sample of all forms)

    No specific forms are used.

### List or Describe Automation Involved in the Process

    Personal computers
    UNLV Center for Health Information Analysis
    DoIT main frame computer

NV 008468

*NEVADA MEDICAID*                                                   *BUSINESS PROCESS OUTLINE*

### Reports generated in the process (attach a sample of all reports)

There are no specific reports generated. The reports are based upon the information desired and the output being analyzed.

### Responsible Party

Debra Waggoner, Administrative Services Officer III – Rate Development, Accounting and Budgeting

### Staffing

Gil Potter, Management Analyst III
Fred Sanford, Management Analyst III

### Workload

Variable to assignment.

### Other Entities

State:
    Division of Aging
    Division of Mental Health and Developmental Disabilities
    Division of Health
    Division of Child and Family Services
    Office of Community Based Services

Federal:
    Health Care Financing Administration (HCFA), Region IX
    Center for Medicaid and State Programs
    HCFA – Home and Community Based Waiver Program

Other:
    Accessible Space, Inc.
    Nevada Community Enrichment Program
    Sagewinds, Adolescent Drug and Alcohol Treatment Center
    Etc.

NV 008469