# EXHIBIT 36

# MENTAL HEALTH REHABILITATION (REHAB OPTION) SERVICES

## General Description of Process

By way of Interagency Agreements Nevada Medicaid processes claims for Mental Health Rehabilitation Services provided to Medicaid-eligible clients by or through the Division of Child and Family Services (DCFS) and the Division of Mental Health and Development Services (MH/DS).

Typically, Medicaid makes two types of payments for clients in receipt of mental health/rehabilitation services. One payment is to either DCFS or MH/DS to case manage the client; the other payment is to the rehab option provider (i.e. group home, therapeutic foster home which is actually providing the service). For more information pertaining to the mental health rehabilitation (option) services payment methodology, please consult the Business Process Re-Engineering (BPR) section entitled "HCFA-64."

Mental Health Rehabilitation Services refers to those services, which are provided with the primary purpose of treatment or rehabilitation of a mental disorder. Individuals must have a functional impairment in major life activities, including, but not limited to, substantial limitations in basic living skills, occupational-education adjustment, self-care, social/interpersonal skills or communication skills. All services are reimbursable only when provided as a referral from a licensed physician or other licensed practitioner of the healing arts. Services must be provided in accordance with a written plan of care, which has been approved by the primary case manager.

### DCFS

Services provided by DCFS to Medicaid-eligible children and adolescents under 18 are:

1. Intensive Community-Based Treatment
2. Rehabilitative Partial (Day) Care
3. Therapeutic Foster Care
4. Residential Treatment (Levels I through V)
5. Rehabilitative Skills Training
6. Rehabilitative Therapy

### MH/DS

Services provided by MH/DS to Medicaid-eligible adults 18 years of age and older are:

1. Independent Living Training
2. Psychosocial Rehabilitation

3. Crisis Intervention
4. Residential Rehabilitation

## Responsible Program Area/Unit/Section/Division/Other

Medicaid HealthInsight/Advanced Directive and Civil Rights/Hospital Policy/AIDS-HIV Program

## Service Manual/Chapter, Bulletins, and/or Other Reference or Resource Materials Specifically Related to Process

Medicaid Services Manual Chapter XXIX – Mental Health Rehabilitative Services

## Medicaid Provider Types Covered by the Process

| Type | Title/Description |
|------|-------------------|
| 54   | Case Management (DHR) |
| 61   | Mental Health Rehabilitation Services |

## Forms Used in the Process (attach a sample of all forms)

| Number    | Title                    |
|-----------|--------------------------|
| HCFA-1500 | Outpatient Billing Form  |

Note: Additional forms may be used internally by DCFS and MH/DS

## List or Describe Automation Involved in the Process

None

## Reports Generated in the Process (attach a sample of all reports)

| Number     | Title                                          | Frequency |
|------------|------------------------------------------------|-----------|
| WL80410-B  | Provider Medical Activity List                 | Quarterly |
| WL80R63    | Mental Health Rehabilitation Treatment Program | Quarterly |

Note: Additional reports may be generated internally by DCFS and MH/DS

## Responsible Party

Marge McInerney, Social Welfare Program Specialist I – Medicaid Program Clerical

### Staffing

    Marge McInerney, Social Welfare Program Specialist I – Medicaid Program

### Workload

    N/A

### Other Entities

    Division of Child and Family Services (DCFS)
    Division of Mental Health and Development Services (MH/DS)