# EXHIBIT 38



# DEPARTMENT OF
## PUBLIC HEALTH AND HUMAN SERVICES
### HEALTH POLICY & SERVICES DIVISION



MARC RACICOT
GOVERNOR

LAURIE EKANGER
DIRECTOR

## STATE OF MONTANA

COGSWELL BLDG., 1400 BROADWAY
PO BOX 202951
HELENA, MONTANA 59620-2951

July 30, 1997

Al Stark
MedManagement
1 Pharmacy Road
Warm springs, MT 59756

Dear Al:

In accordance with the contract between you and the Departments of Corrections and Public Health and Human Services, reimbursement to MedManagement for pharmacy services to Medicaid-eligible recipients residing in state institutions will be based on drug acquisition cost plus $6.25 per prescription for the period August 1, 1997 to June 30, 1998.

We need to review this reimbursement methodology prior to July 1, 1998, to determine whether an increase to $6.47 per prescription is appropriate.

Please contact me at (406) 444-2738 if you have any questions.

Sincerely,

*Dorothy*

Dorothy Poulsen
Pharmacy Program Officer
Medicaid Services Bureau

cc: Darlene Rutledge, DPHHS
    Janie Wunderwald, Department of Corrections
    Terry Krantz

7.2.24.2

MT 018455

PHONE: (406) 444-4540   FAX: (406) 444-1861