# EXHIBIT 41

# Pharmaceutical Management - Advisory Committee Members

## DEPARTMENT OF CORRECTIONS

**EXHIBIT 35** 2/22/06 Powse

**Administrative Services Division:**
Contracts Unit - Helena
  Gary Willems Contracts Bureau Chief .................... 444-4941
**Professional Services Division - Helena**
  Julie Reardon, Managed Care Nurse ..................... 444-9894

## DEPARTMENT OF PUBLIC HEALTH & HUMAN SERVICE

**Addictive & Mental Disorders Division:**
Operations Bureau - Helena
  Nancy McGrorty, Contracts & Fiscal Officer ............. 444-4423
  Doug Matthies, Budget Officer .......................... 444-3520

Montana Chemical Dependency Center - Butte
  Dave Pesek, Program Director ........................... 496-5414

Montana Mental Health Nursing Care Center - Lewistown
  Ron Balas, Superintendent .............................. 536-7451

Montana State Hospital - Warm Springs
  Amy Grinolds - Purchasing .............................. 693-7016
  Rajbir Minhas M.D. ..................................... 693-7000

**Disability Services Division:**
Montana Developmental Center - Boulder
  Rudy Jones, Facility Support Service Director .......... 225-4440
  Fred Olson M.D. ........................................ 225-4411

**Health Policy & Services Division:**
Medicaid Service Bureau - Helena
  Dorothy Poulsen, Program Officer ....................... 444-2738

**Senior & Long Term Care Division:**
Montana Veterans Home - Columbia Falls
  Rich Oge, Superintendent ............................... 892-3256
  Paul Vendetti, Business Manager ........................ 892-3256

MT 018330