# EXHIBIT 42

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

-oOo-

-----------------------------x

In Re: PHARMACEUTICAL,         )   MDL DOCKET NO.
INDUSTRY AVERAGE WHOLESALE     )   CIVIL ACTION
PRICE LITIGATION               )   01CV12257-PBS
-----------------------------)
                               )
THIS DOCUMENT RELATES TO:      )
ALL ACTIONS                    )
-----------------------------x

DEPOSITION OF JANICE WRIGHT

THURSDAY, JANUARY 26, 2006

CARSON CITY, NEVADA

BE IT REMEMBERED that on Thursday, January 26, 2006, at the hour of 10:17 a.m. of said day, at the offices of The State Treasurer, 101 North Carson Street, Carson City, Nevada, before me, SUSAN CULP, a notary public, personally appeared JANICE WRIGHT, who was by me first duly sworn, and was examined as a witness in said cause.

Page 82

1  the budget by any particular percentage or any
2  particular amount?
3        A.   No.
4        Q.   Were you directed to look at drug
5  reimbursement as one area where you may be able to
6  cut -- cut the budget?
7        A.   No.
8        Q.   Where did your recommendations regarding
9  the budget end up going?  To the Legislature, to the
10 executive branch, where?
11       A.   In Nevada, each agency presents its budget
12 to the Budget Office.  The director of the Department
13 of Administration, the budget officer reviews the
14 budget, questions the budget document and the
15 figures.  A representative from the Legislative
16 Counsel Bureau fiscal staff also sits in on those
17 budget hearings.
18            At the conclusion of your budget
19 presentation to the Budget Office, the director of
20 the Department of Administration will give you some
21 idea whether or not he believes the Governor will
22 support that.  Sometimes he takes it under advisement

Page 83

1   and consults with the Governor prior to giving you
2   that information. Occasionally, the Budget Office
3   will suggest to you that you make changes in various
4   requests.
5           Once the Budget Office has agreed with the
6   documents and what's presented in it, they will
7   recommend to the Governor that he accept that, and it
8   will be part of the executive budget which the
9   Governor then presents to the Legislature.
10      Q.   Do you recall whether your various budget
11  recommendations during the 1999 session were
12  accepted?
13      A.   The Budget Office had spoken with us and
14  told us what they were going to recommend to the
15  Governor.  I think it was pretty closely in line with
16  what we had proposed.  The Governor had recommended
17  that to the Legislature.  The Legislature did make
18  some minor changes to it, and then issued their
19  formal appropriations.
20      Q.   Do you recall whether any of the changes
21  made related to drug reimbursement at all?
22      A.   I don't believe they did.