# EXHIBIT 44

BOB MILLER
*Governor*

**STATE OF NEVADA**



CHARLOTTE CRAWFORD
*Director*

▬▬▬▬▬▬▬▬▬
*Administrator*
CHRISTOPHER THOMPSON

**DIVISION OF HEALTH CARE FINANCING AND POLICY**
**DEPARTMENT OF HUMAN RESOURCES**
▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Capitol Complex  •  2527 N. Carson Street
Carson City, Nevada  89710
(702) 687-4775

January 28, 1998

MEMORANDUM

TO:         DWIGHT HANSEN, DIRECTOR, MEDICAID OPERATIONS, BC/BSN

FROM:       PEGGY EPIDENDIO, R.N., CHIEF, MEDICAID REVIEW SERVICES

SUBJECT:    HOSPITAL INPATIENT PROSPECTIVE RATES -
            EFFECTIVE JANUARY 1, 1998
            PROCEDURE MEMO 98 - 02

This procedure memo supersedes Procedure Memo 97-18 and 97-15.

Effective with service dates of January 1, 1998 and thereafter, please pay the following prospective rates for all urban and rural Nevada hospitals:

|         | CODE   | RATE     | DEFINITION         |
|---------|--------|----------|--------------------|
| **NEWBORN** | X03003 | $   385  | 1-3 Day Stay       |
|         | X03004 |   2,420  | 4 or More Day Stay |
|         | X03026 |     158  | ICL/Day            |
|         | X03027 |     218  | SNL/Day            |
| **NEONATAL** | X03201 | $ 1,710 | Day                |
|         | X03226 |     158  | ICL/Day            |
|         | X03227 |     218  | SNL/Day            |

(Neonatal rates apply only to Sunrise Hospital and Medical Center, St. Mary's Regional Medical Center, Valley Hospital Medical Center, University Medical Center and Washoe Medical Center).

|         | CODE   | RATE     | DEFINITION         |
|---------|--------|----------|--------------------|
| **MATERNITY** | X03303 | $ 1,920 | 1-3 Day Stay       |
|         | X03304 |   4,975  | 4 or More Day Stay |
|         | X03326 |     158  | ICL/Day            |
|         | X03327 |     218  | SNL/Day            |

NV 014075

Procedure Memo 98-02  
February 3, 1998  
Page 2

| | | | |
|---|---|---|---|
| **MED/SURGICAL** | X03505 | $ 3,175 | 1-5 Day Stay |
| | X03510 | 7,960 | 6-10 Day Stay |
| | X03515 | 15,400 | 11-15 Day Stay |
| | X03520 | 21,105 | 16-20 Day Stay |
| | X03525 | 45,155 | 21-25 Day Stay |
| | X03501 | 885 | Per Diem (Daily rate after 25th day) |
| | X03526 | 158 | ICL/Day |
| | X03527 | 218 | SNL/Day |
| **PSYCH/SUB ABUSE** | X06052 | 435 | Day (psychiatric) |
| | X06020 | 435 | Day (substance abuse detox) |
| | X06021 | 435 | Day (substance abuse treatment) |
| | X06026 | 158 | ICL/Day |
| | X06027 | 218 | SNL/Day |

(Psychiatric rates also apply to payments made to freestanding psychiatric hospitals).

PE:DC:vr(K:\MED\MEDWP\PROMEMO\98-02.DC)

pc:    Steve Abba, LCB, Fiscal Division  
Christopher Thompson, CPA, Administrator  
April Townley, Deputy Administrator  
Janice Wright, Deputy Administrator  
Peggy Epidendio, R.N., Chief, Medicaid Review Services  
Steve Bremer, Chief, Medicaid Managed Care Services  
Matthew Bayan, Chief, Medicaid Program Services  
John Brumley, ASOII, Budget & Statistics  
Debbie Waggoner, Chief, Budget, Rates and Accounting  
Medicaid Accounting  
Medicaid Library  
Ann Dallas  
L. Tim Terry, Sr. DAG, Medicaid Fraud Control Unit  
Diane Nassir, Management Analyst III Supervisor, SURS  
Melissa Dyer, SWPSII, SURS  
Bill Cook, SWM, LV Belrose DO  
Kathy Wood, SWM, Bible Way DO  
Carol Tilstra, R.N., MSSII  
Kristy Saranpa, Supervisor, Provider Service & Support BC/BSN  
Pam Deam, Audit Manager, BC/BSN  
Nancy Echante, Claims Supervisor, BC/BSN  
Dianne Hunter, Health Services Department, BC/BSN  
Nancy Stefun, Health Services Department, BC/BSN  
Jim Shiles, Supervisor, Data Entry/Clerical, BC/BSN

NV 014076

DRAFT

January 2, 1998

BULLETIN # 768

TO: ALL <u>INSTATE</u> HOSPITALS (PROVIDER TYPES 11 AND 13)

**WHAT'S IN THIS BULLETIN:**

**HOSPITAL INPATIENT PROSPECTIVE RATES**

This bulletin supersedes Bulletin #741. Claims with service dates of January 1, 1998 and thereafter are reimbursed with the prospective rates listed below. The prospective rates and cost codes are for all urban and rural Nevada hospitals.

|  | **CODE** | **RATE** | **DEFINITION** |
|---|---|---|---|
| **NEWBORN** | X03003 | $ 385. | 1-3 Day Stay |
|  | X03004 | 2,420. | 4 or More Day Stay |
|  | X03026 | 158. | ICL/DAY |
|  | X03027 | 218. | SNL/Day |
| **NEONATAL** | X03201 | $1,710. | Day |
|  | X03226 | 158. | ICL/Day |
|  | X03227 | 218. | SNL/Day |

(Neonatal rates apply only to Sunrise Hospital and Medical Center, St. Mary's Regional Medical Center, Valley Hospital Medical Center, University Medical Center and Washoe Medical Center).

|  | **CODE** | **RATE** | **DEFINITION** |
|---|---|---|---|
| **MATERNITY** | X03303 | $ 1,~~205~~. 920 | 1-3 Day Stay |
|  | X03304 | 4,975. | 4 or More Day Stay |
|  | X03326 | 158. | ICL/Day |
|  | X03327 | 218. | SNL/Day |
| **MED/SURGICAL** | X03505 | $ 3,175. | 1-5 Day Stay |
|  | X03510 | 7,960. | 6-10 Day Stay |
|  | X03515 | 15,400. | 11-15 Day Stay |
|  | X03520 | 21,105. | 16-20 Day Stay |
|  | X03525 | 45,155. | 21-25 Day Stay |

**NV 014077**

|  |  |  |  |
|---|---|---|---|
|  | X03501 | 885. | Daily Rate (after 25th day) |
|  | X03526 | 158. | ICL/Day |
|  | X03527 | 218. | SNL/Day |
| **PSYCH/SUB ABUSE** | X06052 | 435. | Day (psychiatric) |
|  | X06020 | 435. | Day (substance abuse detox) |
|  | X06021 | 435. | Day (substance abuse treatment) |
|  | X06026 | 158. | ICL/Day |
|  | X06027 | 218. | SNL/Day |

> For questions relating to this bulletin, please contact Dave Caloiaro, MSW at 687-4316, Nevada State Division of Health Care Financing and Policy, Medicaid.

DC:rl  January 2, 1998  (K:\MED\MEDWP\BULL\98DFT.DC)

DRAFT

January 2, 1998

MEMORANDUM

TO:        DWIGHT HANSEN, DIRECTOR, MEDICAID OPERATIONS, BC/BSN

FROM:      PEGGY EPIDENDIO, R.N., CHIEF, MEDICAID REVIEW SERVICES

SUBJECT:   HOSPITAL INPATIENT PROSPECTIVE RATES -
           EFFECTIVE JANUARY 1, 1998
           PROCEDURE MEMO 98 - 02

This procedure memo supersedes Procedure Memos 97-18 and 97-15.

Effective with service dates of January 1, 1998 and thereafter, please pay the following prospective rates for all urban and rural Nevada hospitals:

|          | CODE   | RATE     | DEFINITION       |
|----------|--------|----------|------------------|
| **NEWBORN**  | X03003 | $   385  | 1-3 Day Stay     |
|          | X03004 | 2,420    | 4 or More Day Stay |
|          | X03026 | 158      | ICL/Day          |
|          | X03027 | 218      | SNL/Day          |
| **NEONATAL** | X03201 | $ 1,710  | Day              |
|          | X03226 | 158      | ICL/Day          |
|          | X03227 | 218      | SNL/Day          |

(Neonatal rates apply only to Sunrise Hospital and Medical Center, St. Mary's Regional Medical Center, Valley Hospital Medical Center, University Medical Center and Washoe Medical Center).

| CODE | RATE | DEFINITION |
|------|------|------------|

NV 014079

| | | | |
|---|---|---|---|
| **MATERNITY** | X03303 | $ 1,920 | 1-3 Day Stay |
| | X03304 | 4,975 | 4 or More Day Stay |
| | X03326 | 158 | ICL/Day |
| | X03327 | 218 | SNL/Day |

Procedure Memo 96-

January 2, 1998

Page 2

| | | | |
|---|---|---|---|
| **MED/SURGICAL** | X03505 | $ 3,175 | 1-5 Day Stay |
| | X03510 | 7,960 | 6-10 Day Stay |
| | X03515 | 15,400 | 11-15 Day Stay |
| | X03520 | 21,105 | 16-20 Day Stay |
| | X03525 | 45,155 | 21-25 Day Stay |
| | X03501 | 885 | Per Diem (Daily rate after 25th day) |
| | X03526 | 158 | ICL/Day |
| | X03527 | 218 | SNL/Day |
| | | | |
| **PSYCH/SUB ABUSE** | X06052 | 435 | Day (psychiatric) |
| | X06020 | 435 | Day (substance abuse detox) |
| | X06021 | 435 | Day (substance abuse treatment) |
| | X06026 | 158 | ICL/Day |
| | X06027 | 218 | SNL/Day |

(Psychiatric rates also apply to payments made to freestanding psychiatric hospitals).

PE:DC:vr(K:\MED\MEDWP\PROMEMO\98DFT-DC.WPD)

pc:   Steve Abba, LCB, Fiscal Division
      Christopher Thompson, CPA, Administrator

April Townley, Deputy Administrator
Janice Wright, Deputy Administrator
Peggy Epidendio, R.N., Chief, Medicaid Review Services
Steve Bremer, Chief, Medicaid Managed Care Services
Matthew Bayan, Chief, Medicaid Program Services
John Brumley, ASOII, Budget & Statistics
Debbie Waggoner, Chief, Budget, Rates and Accounting
Medicaid Accounting
Medicaid Library
Ann Dallas
L. Tim Terry, Sr. DAG, Medicaid Fraud Control Unit
Diane Nassir, Management Analyst III Supervisor, SURS
Melissa Dyer, SWPSII, SURS
Bill Cook, SWM, LV Belrose DO
Kathy Wood, SWM, Bible Way DO
Carol Tilstra, R.N., MSSII
Kristy Saranpa, Supervisor, Provider Service & Support BC/BSN
Pam Deam, Audit Manager, BC/BSN
Nancy Echante, Claims Supervisor, BC/BSN
Dianne Hunter, Health Services Department, BC/BSN
Nancy Stefun, Health Services Department, BC/BSN
Jim Shiles, Supervisor, Data Entry/Clerical, BC/BSN

NV 014081

# DIVISION OF HEALTH CARE FINANCING AND POLICY

1100 E. William Street, Suite 116
Carson City, NV 89701
702-687-4176
Fax: 702-684-8792

[Please note: New Address and fax number]

## FAX TRANSMISSION COVER SHEET

Date: 12/31/97

To: Dave Caloiaro

Fax:

Re: New Hospital Rates Effec. 1/1/98

Sender: Deb Waggoner
DIVISION OF HEALTH CARE FINANCING AND POLICY
DEPARTMENT OF HUMAN RESOURCES

YOU SHOULD RECEIVE ____ PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL 702-687-4176.

COMMENTS: I faxed a copy of this to BCBS as advance notice of the rates.

NV 014082

## HOSPITAL INPATIENT RATES - PROVIDER 11 AND 13

| CATEGORIES | Procedure Code | 07/01/97 | 01/01/98 Indexed (1.4%) |
|---|---|---|---|
| **MEDICAL/SURGICAL** | | | |
| 1 - 5 | 3505 | $3,130 | $3,175 |
| 6 - 10 | 3510 | $7,850 | $7,960 |
| 11 - 15 | 3515 | $15,185 | $15,400 |
| 16 - 20 | 3520 | $20,815 | $21,105 |
| 21 - 25 | 3525 | $44,535 | $45,155 |
| PER DIEM | 3501 | $875 | $885 |
| **MATERNITY** | | | |
| 1 - 3 | 3303 | $1,895 | $1,920 |
| 4+ | 3304 | $4,905 | $4,975 |
| **NEWBORN** | | | |
| 1 - 3 | 3003 | $380 | $385 |
| 4+ | 3004 | $2,385 | $2,420 |
| **NEONATAL** | | | |
| PER DIEM RATE | 3201 | $1,685 | $1,710 |
| **PSYCH/SUB-ABUSE** | | | |
| PER DIEM RATE | 6052 6020 6021 | $430 | $435 |
| **ADMINISTRATIVE DAY** | | | |
| ICL | 3X26/6X26 | 156 | $158 |
| SNL | 3X27/6X27 | 215 | $218 |

NV 014083

*remains the same, and 2) urgency to get the rules out ASAP*

# REVIEW CHECKLIST

The author of a proposed change in policy or procedure has determined that the proposed change has a potentially significant impact on your area of responsibility and has, therefore, submitted this proposed change to you for review and comment prior to further implementation. Please review the attached materials closely and respond to the author by the date requested.

| I. AUTHOR | Date |
|---|---|
| Co-Author | Date |
| Co-Author | Date |
| Document | Effective Date |

**II. REVIEWER**                                                                 Return by _____

_____
_____
_____
_____
_____
_____

## III. ATTACHMENTS INCLUDED FOR YOUR INFORMATION

- ☐ Social Security Act, Public Laws
- ☐ Federal Regulations (CFR)
- ☐ HCFA Regional Memorandum
- ☐ HCFA State Medicaid Manual
- ☐ Nevada Revised Statutes (NRS)
- ☐ State Plan Amendment
- ☐ Welfare Division Policy
- ☐ Background and Explanation
- ☐ Manual Transmittal Letter (MTL)
- ☐ Other

## IV. AUTHOR'S CHECKLIST (To accompany submission for approval)

| | | | | |
|---|---|---|---|---|
| Reviewer's responses considered? | YES NO | Included | YES NO | |
| State Plan amendment required? | YES NO | Obtained | YES NO | PENDING |
| Welfare Board approval required? | YES NO | Obtained | YES NO | PENDING |
| Medical Care Advisory Group? | YES NO | Obtained | YES NO | PENDING |
| Attorney General review? | YES NO | Obtained | YES NO | PENDING |
| Blue Cross/Blue Shield review? | YES NO | Obtained | YES NO | PENDING |
| District Office staff review? | YES NO | Obtained | YES NO | PENDING |
| Other staff/Division input? | YES NO | Obtained | YES NO | PENDING |
| Procedure Memorandum needed? | YES NO | Completed | YES NO | PENDING |
| Provider Bulletin needed? | YES NO | Completed | YES NO | PENDING |
| System change required? | YES NO | Completed | YES NO | PENDING |
| Fiscal impact? | YES NO | | | |
| Does this obsolete Bulletins? | YES NO | | | |
| Does this obsolete Procedure Memo? | YES NO | | | |
| Changing BC/BSN Billing Manual? | YES NO | | | |

NV 014084

_____
Author's Signature

(Page 1 of 2)  6406 - AGC  (7/95)

## V. COMMENTS

| Reviewer Comments | Author's Response to Comments/Actions |
|---|---|
|  |  |

Review completed by: _____  Date _____
                      Signature

(DRAFT)  (Page 2 of 2)  6406-AGC  (7/95)

NV 014085

# CLEARANCE SHEET

PUBLICATIONS USE ONLY

TO: ☐ DEPUTY - ADMINISTRATIVE SERVICES
    ☐ Approve    1/26/98
    ☐ Comments:   1/9/99 Peguy

☐ DEPUTY - MEDICAID   1/6/98 Mutt
    ☐ Approve   1/8/98 Steve B.
    ☐ Comments:

☐ DEPUTY - PROGRAM/FIELD OPERATIONS
    ☐ Approve
    ☐ Comments:

☐ CHIEF, CHILD SUPPORT
    ☐ Approve
    ☐ Comments:

☐ DEPUTY - NOMADS
    ☐ Approve
    ☐ Comments:

☒ ADMINISTRATOR   CM 1/20/98
    ☒ Approve
    ☐ Comments:

☐ STAFF SPECIALIST
    ☐ Approve
    ☐ Comments:

NOTE: Staff Specialist plus one other signature required for approval.

DATE: 1-2-98
CONTROL #: 1484 A+B
RETURN DUE: ASAP
FROM/RETURN TO: Dave Caloiard, Medicaid
    (Name, Phone, Unit)   687-4336
ITEM: ☐ Manual  ☐ DIP  ☐ Form  ☐ Handbook  ☒ Other
Identify: Hospital Inpatient Rates: fiscal agent procedure memo and provider bulletin

ORIGIN OF CHANGE:
☐ New Federal/State Mandate
☐ New NSWD Option/Policy
☐ Procedure Change
☒ System Change
☐ Budgetary Necessity
☐ Clarification of Existing Policy
☐ Prior Federal/State Mandate
☐ Prior NSWD Option/Policy

SYSTEM CHANGE NEEDED: ☒ Yes   ☐ No
DISTRICT OFFICE INPUT: ☐ Yes   ☒ No
DEPUTY ATTORNEY GENERAL REVIEW: ☐ Yes   ☒ Not Necessary

WELFARE BOARD APPROVAL (Administrative Manual 303): ☐ Yes   ☒ No
Justify decision:

FISCAL IMPACT: ☒ Yes   ☐ No
Justify decision: Semi-annual inpatient hospital rate adjustment

EFFECTIVE DATE OF CHANGE: 1-1-98

BACKGROUND AND EXPLANATION:
Itemize changes as for MTL:
These documents communicate Medicaid's newly revised hospital rates to all instate hospitals (provider bulletin) and fiscal agent Blue Cross and Blue Shield of Nevada (procedure memo), for rate reimbursement purposes.

O.K. to Type: SB for AT 1/13/98   ☐ Form 1015 attached for form change(s).
O.K. to Print: DW 2-3-98

DISTRIBUTION: WHITE - Publications Control; CANARY - Originator

6006 - AGC (5/96)

NV 014086