# EXHIBIT 46

BOB MILLER
*Governor*

**STATE OF NEVADA**

CHARLOTTE CRAWFORD
*Director*

CHRISTOPHER THOMPSON
*Administrator*



### DEPARTMENT OF HUMAN RESOURCES
# DIVISION OF HEALTH CARE FINANCING AND POLICY
**2527 N. Carson Street**
**Carson City, Nevada   89706-0113**
**(702) 687-4775**

August 18, 1998

TO:        DWIGHT HANSEN, DIRECTOR, MEDICAID OPERATIONS
           BLUE CROSS/BLUE SHIELD OF NEVADA

FROM:      PEGGY ESPIDENDIO, R.N.
           CHIEF, MEDICAID REVIEW SERVICES

SUBJECT:   AUTOMATED UNIT DOSE CREDIT RETURN PROCESSING
           PROCEDURE MEMO 98 - 14

The procedure for processing unit dose drugs returned for credit to the Division of Health Care Financing and Policy, Medicaid from pharmacy providers follows.  The form utilized for this process is NMO 3444.

Once the form is received at Blue Cross/Blue Shield of Nevada, the lead processor refers to Medicaid system: main menu.  Selects BC.  Selects RTN.  The processor will key in the following information:

Provider #, claims marked with X in the MPX box, NDC #, drug issue date, quantity and SUL when applicable.  The screen has a delete field for deleting errors.  Place an X in the DEL field.  This will delete the entire line.

The processor will sign and date the copy of the pharmacy input form and provide it to the Accounting Assistant at Blue Cross/Blue Shield of Nevada for reconciliation purposes.

All BC/BSN entries will generate a Unit Dose Return update printout WL80026C.

The printouts are delivered to 1) Pharmacy Services Consultant, NMO and 2) Medicaid Accounting, Accounting Assistant, BC/BSN.

The Medicaid Accounting Assistant reconciles these entries with the Unit Dose Return Update Log, report number WL80026C.  All entries are summarized on Schedule VI of the Monthly Medicaid Statement of Cash Receipts and Disbursements.

LS:rl (K:\MED\MEDWP\PROMEMO\98-14.wpd)

pc:   Steve Abba, LCB, Fiscal Division
      Christopher Thompson, CPA, Administrator
      April Townley, Deputy Administrator
      Janice Wright, Deputy Administrator
      Peggy Epidendio, R.N., Chief, Medicaid Review Services
      Laurie England, Chief, Medicaid Managed Care Services
      Matthew Bayan, Chief, Medicaid Program Services
      John Brumley, ASOII, Budget & Statistics
      Debbie Waggoner, Chief, Budget, Rates and Accounting
      Medicaid Accounting
      Medicaid Library
      Ann Dallas
      L. Tim Terry, Sr. DAG, Medicaid Fraud Control Unit
      Diane Nassir, Management Analyst III, Supervisor, SURS
      Jane Mathis, MSSII, SURS
      Bill Cook, SWM, LV Belrose DO
      Kathy Wood, SWM, Bible Way DO
      Carol Tilstra, R.N., MSSII
      Kristy Saranpa, Supervisor, Provider Service & Support BC/BSN
      Pam Deam, Audit Manager, BC/BSN
      Nancy Echante, Claims Supervisor, BC/BSN
      Lynn Smith, Health Services Department, BC/BSN
      Nancy Stefun, Health Services Department, BC/BSN
      Jim Shiles, Supervisor, Data Entry/Clerical, BC/BSN
      Romelle Hinson, Program Assistant III

NV 012645



**BOB MILLER**
*Governor*

**STATE OF NEVADA**

**CHARLOTTE CRAWFORD**
*Director*

**CHRISTOPHER THOMPSON**
*Administrator*

### DEPARTMENT OF HUMAN RESOURCES
## DIVISION OF HEALTH CARE FINANCING AND POLICY
**2527 N. Carson Street**
**Carson City, Nevada   89706-0113**
**(702) 687-4775**

August 17, 1998

TO:         DWIGHT HANSEN, DIRECTOR, MEDICAID OPERATIONS
            BLUE CROSS/BLUE SHIELD OF NEVADA

FROM:       PEGGY EBIDENDIO, R.N.
            CHIEF, MEDICAID REVIEW SERVICES

SUBJECT:    AUTOMATED UNIT DOSE CREDIT RETURN PROCESSING
            PROCEDURE MEMO 98 - 14

The procedure for processing unit dose drugs returned for credit to the Division of Health Care Financing and Policy, Medicaid from pharmacy providers follows. The form utilized for this process is ~~3444BM~~. NMO 3444

Once the form is received at Blue Cross/Blue Shield of Nevada, the lead processor refers to Medicaid system: main menu. Selects BC. Selects RTN. The processor will key in the following information:

Provider #, claims marked with X in the MPX box, NDC #, drug issue date, quantity and SUL when applicable. The screen has a delete field for deleting errors. Place an X in the DEL field. This will delete the entire line.

The processor will sign and date the copy of the pharmacy input form and provide it to the Accounting Assistant at Blue Cross/Blue Shield of Nevada for reconciliation purposes.

All BC/BSN entries will generate a Unit Dose Return update printout WL80026C.

The printouts are delivered to 1) Pharmacy Services Consultant, NMO and 2) Medicaid Accounting, Accounting Assistant, BC/BSN.

The Medicaid Accounting Assistant reconciles these entries with the Unit Dose Return Update Log, report number WL80026C. All entries are summarized on Schedule VI of the Monthly Medicaid Statement of Cash Receipts and Disbursements.

LS:vr (K:\MED\MEDWP\PROMEMO\98-14.wpd)

NV 012646

L-345

# DRAFT

August 11, 1998

TO:        DWIGHT HANSEN, DIRECTOR, MEDICAID OPERATIONS
BLUE CROSS/BLUE SHIELD OF NEVADA

FROM:     PEGGY EPIDENDIO, R.N.
CHIEF, MEDICAID REVIEW SERVICES

SUBJECT:  AUTOMATED UNIT DOSE CREDIT RETURN PROCESSING
PROCEDURE MEMO 98 - 14

The procedure for processing unit dose drugs returned for credit to the Division of Health Care Financing and Policy, Medicaid from pharmacy providers is as follows. The form utilized for this process is 3444SM.

Once the form is received at Blue Cross/Blue Shield of Nevada, the lead processor refers to Medicaid system: main menu. Selects BC. Selects RTN. The processor will key in the following information:

Provider #, claims marked with X in the MPX box, NDC #, drug issue date, quantity and SUL when applicable. The screen has a delete field for deleting errors. Place an X in the DEL field. This will delete the entire line.

The processor will sign and date the copy of the pharmacy input form and provide it to the Accounting Assistant at Blue Cross/Blue Shield of Nevada for reconciliation purposes.

All BC/BSN entries will generate a Unit Dose Return update printout WL80026C.

The printouts are delivered to 1) Pharmacy Services Consultant, NMO and 2) Medicaid Accounting, Accounting Assistant, BC/BSN.

The Medicaid Accounting Assistant reconciles these entries with the Unit Dose Return Update Log, report number WL80026C. All entries are summarized on Schedule VI of the Monthly Medicaid Statement of Cash Receipts and Disbursements.

**NV 012647**

LS:rl August 11, 1998 (K:\MED\MEDWP\PROMEMO\98dft-ls.wpd)

NV 012648

July 15, 1998

TO:        Dwight Hansen, Director, Medicaid Operations
           Blue Cross/Blue Shield of Nevada

FROM:      Peggy Epidendio, R.N.
           Chief, Medical Review Services

SUBJECT:   AUTOMATED UNIT DOSE CREDIT RETURN PROCESSING
           PROCEDURE MEMO 98-

The procedure for processing unit dose drugs returned for credit to the Division of Health Care Financing and Policy, Medicaid from pharmacy providers is as follows. The form utilized for this process is 34-44 SM

Once the form is received at Blue Cross/Blue Shield of Nevada , the Lead Processor refers to Medicaid system: main menu. Selects BC. Selects RTN. The processor will key in the following information:
Provider #, claims marked with X in the MPX box, NDC #, drug issue date, quantity and SUL when applicable. The screen has a delete field for deleting errors. Place an X in the DEL field This will delete the entire line.

The processor will sign and date the copy of the pharmacy input form and provide it to the Accounting Assistant at Blue Cross/Blue Shield of Nevada for reconciliation purposes.

All BC/BSN entries will generate a Unit Dose Return update printout WL80026C.

The printouts are delivered to 1) Pharmacy Services Consultant, NMO and 2) Medicaid Accounting, Accounting Assistant, BC/BSN.

The Medicaid Accounting Assistant reconciles these entries with the Unit Dose Return Update Log, report number WL80026C. All entries are summarized on Schedule VI of the Monthly Medicaid Statement of Cash Receipts and Disbursements.

NV 012649

# REVIEW CHECKLIST

The author of a proposed change in policy or procedure has determined that the proposed change has a potentially significant impact on your area of responsibility and has, therefore, submitted this proposed change to you for review and comment prior to further implementation. Please review the attached materials closely and respond to the author by the date requested.

**I. AUTHOR** _Larre Squartoff_     Date _2·23.98._

Co-Author _____ Date _____

Co-Author _____ Date _____

Document _Unit Dose Credit Return Processing_ Effective Date _3/7/98_

**II. REVIEWER**     Return by _2-7/98_

CT   ✓   _Credit 7/20_

NB

## III. ATTACHMENTS INCLUDED FOR YOUR INFORMATION
- ☐ Social Security Act, Public Laws _____
- ☐ Federal Regulations (CFR) _____
- ☐ HCFA Regional Memorandum _____
- ☐ HCFA State Medicaid Manual _____
- ☐ Nevada Revised Statutes (NRS) _____
- ☐ State Plan Amendment _____
- ☐ Welfare Division Policy _____
- ☐ Background and Explanation _____
- ☐ Manual Transmittal Letter (MTL) _____
- ☐ Other _____

## IV. AUTHOR'S CHECKLIST (To accompany submission for approval)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Reviewer's responses considered? | YES | NO | Included | YES | NO | | |
| State Plan amendment required? | YES | NO | Obtained | YES | NO | PENDING |
| Welfare Board approval required? | YES | NO | Obtained | YES | NO | PENDING |
| Medical Care Advisory Group? | YES | NO | Obtained | YES | NO | PENDING |
| Attorney General review? | YES | NO | Obtained | YES | NO | PENDING |
| Blue Cross/Blue Shield review? | YES | NO | Obtained | YES | NO | PENDING |
| District Office staff review? | YES | NO | Obtained | YES | NO | PENDING |
| Other staff/Division input? | YES | NO | Obtained | YES | NO | PENDING |
| Procedure Memorandum needed? | YES | NO | Completed | YES | NO | PENDING |
| Provider Bulletin needed? | YES | NO | Completed | YES | NO | PENDING |
| System change required? | YES | NO | Completed | YES | NO | PENDING |
| Fiscal impact? | YES | NO | | | | |
| Does this obsolete Bulletins? | YES | NO | | | | |
| Does this obsolete Procedure Memo? | YES | NO | | | | |
| Changing BC/BSN Billing Manual? | YES | NO | | | | |

NV 012650

Author's Signature

# COMPUTER SYSTEM CHANGE REQUEST

TO: MANAGEMENT ANALYSIS

REQUESTER:___Laurie Squartsoff_____  SYSTEM: Mainframe____ SUBMISSION DATE:__1/22/98_____

DATE REQUIRED FOR COMPLETION: _____   URGENT: O YES  O NO

IF YES, WHY? _____

## DESCRIPTION OF PROBLEM:

The Unit Dose Drug Return function needs to be set up as a Blue Cross Blue Shield Office function in order to allow the Lead Processor to enter the Drugs Returned for Credit forms

## Proposed changes:

On the Medicaid System: Main Menu, please remove the Unit Dose Drug Return(**RTN**) function from the Central Office Functions (**CO**) menu and move it to the Blue Cross/Blue Shield Office Functions (**BC**) menu.

I verify all other affected departments have been notified of this problem/corrective action.

Signature of Chief/Responsible Person: _____

NV 012651