# EXHIBIT 50

z1752.txt

```
 1
 2
 3
 4                UNITED STATES DISTRICT COURT
 5                  DISTRICT OF MASSACHUSETTS
 6                           -oOo-
 7   In Re: PHARMACEUTICAL
     INDUSTRY AVERAGE WHOLESALE
 8   PRICE LITIGATION
     _____     MDL DOCKET NO.
 9                                       CIVIL ACTION
                                         01CV12257-PBS
10   THIS DOCUMENT RELATES TO:
     ALL ACTIONS
11
12   _____/
13
14
15
                         DEPOSITION OF
16
                        CHARLES DUARTE
17
                        MARCH 22, 2006
18
                     CARSON CITY, NEVADA
19
20
21
22
23
24     REPORTED BY:   STEPHANIE ZOLKOWSKI CCR 283
       COMPUTER-ASSISTED TRANSCRIPTION BY:  caseCATalyst
25
```

                                                          1
                  UNCERTIFIED ROUGH DRAFT TRANSCRIPT

z1752.txt

```
1           THE WITNESS:  It's not confidential.
2           MS. BRECKENRIDGE:  Is that your legion or
3    Comprehensive Cancer Center's legion?
4           MR. LITOW:  I believe -- what do you mean by
5    legion?
6           MS. BRECKENRIDGE:  The Highly Confidential
7    legion at the bottom.
8           MR. LITOW:  I don't know.
9           I would like to ask the court reporter to
10   mark as Duarte Exhibit 10 a document bearing bates
11   number CCCN 52.
12          (Exhibit 10 marked for identification.)
13   BY MR. LITOW:
14      Q   Mr. Duarte, do you recognize this document?
15      A   Yes.
16      Q   What is this document?
17      A   Looks like an email to Chava Peebles.
18          Didn't recognize her name.
19      Q   Who is Chava Peebles?
20      A   I am assuming she's affiliated with US
21   Oncology, which is Comprehensive Cancer Centers of
22   Nevada.
23      Q   I would like to direct your attention to the
24   first paragraph, third sentence of that, which states,
25   "As you can see we are requesting approval to pay the
```

80
UNCERTIFIED ROUGH DRAFT TRANSCRIPT

z1752.txt

1    lesser of billed charge or a 120 percent of the
2    maximum allowed for those codes.  (2002 Medicare is
3    what we reference as the current maximum allowed.)
4    This will be done retroactively to April 1, 2004."
5         Do you see that?
6    A    Yes.
7    Q    Do you know for what are the payments
8    referred to in that sentence?
9    A    Yes.
10        Physician services, specifically what are
11   called medicine codes.  These are physician services
12   administered in the office setting.
13   Q    Does the payment relate to drugs in any way
14   or is it just for services?
15   A    It's for physician services.  These are rates
16   associated with what's called the current procedural
17   terminology set of codes.  CPT codes.
18   Q    I would like to direct your attention to the
19   second paragraph, first sentence.  "There are two
20   other things you should keep in mind.  First, the
21   adjustment does not put the rates as they were prior
22   to May 2003."
23        Do you see that?
24   A    Yes.
25   Q    How do the rates change in May 2003, if you

                                                    81
UNCERTIFIED ROUGH DRAFT TRANSCRIPT

1    recall?
2    A    In May 2003, the legislature required us to

z1752.txt

3  reduce physician reimbursements on, I forget the exact
4  levels, but to reduce them from what we had in
5  standing in our existing policies, which in some cases
6  reimbursed particularly procedure lists as much as a
7  174 percent of Medicare fee schedule.  2002 Medicare
8  fee schedule.
9          And so we revised that back to ranges of
10 approximately 80 to a hundred percent.
11         We then were -- because of access problems,
12 particularly with pediatric subspecialists, asked to
13 change the rates.
14         And there was a lot of pressure on us because
15 many of these subspecialists were referring children
16 out of state and not taking care of them any more.
17 Particularly in Southern Nevada hospitals.
18         We were asked to raise the rates particularly
19 associated with the medicine code set.  So we sought
20 CMS approval for a State Plan amendment to revise
21 those codes retroactive to April 1, 2004.
22         I think we got it approved in June or July of
23 '04.
24    Q    Just so I understand it, in May 2003, these
25 particular rates were reduced; is that correct?

                                                    82
            UNCERTIFIED ROUGH DRAFT TRANSCRIPT

1     A    That's right.
2     Q    And then subsequent to that there were
3  concerns raised by primarily pediatricians about the
4  levels of reimbursement which created concerns, access

z1752.txt

```
 5   concerns, in your department?
 6        A    Actually --
 7             MS. BRECKENRIDGE:  Objection.  Form.
 8             THE WITNESS:  -- specifically they were
 9   medical and surgical subspecialists who primarily
10   served pediatric patients.
11             These would be individuals such as pediatric
12   nephrologists, pediatric oncologists and pediatric
13   cardiologists who were very concerned about the change
14   in reimbursement.
15   BY MR. LITOW:
16        Q    They expressed those concerns to you,
17   correct, or to the Medicaid employee's, correct?
18        A    Yes.
19             To me, to the Governor, to Mr. Wilden to a
20   variety of other people.
21        Q    As a result of those concerns the rate was
22   changed?  It was increased; is that correct?
23        A    That is correct.
24             It was done retroactive to April 1st.
25        Q    What evidence did you have other than the
```

83

UNCERTIFIED ROUGH DRAFT TRANSCRIPT

```
 1   complaints from these particular providers that the
 2   reimbursement rates were insufficient?
 3        A    The fact that we were receiving concerning
 4   calls from parents whose very severely ill children
 5   were having to be shipped out of state to California
 6   facilities was significant evidence to me that we were
```

z1752.txt

7 losing access to care for these critical pediatric
8 subspecialists.
9     We were paying for those transports to a
10 number of hospitals in California and paying for
11 services to pediatric physician groups in California.
12   Q  Do you know whether these payments included
13 reimbursement for administration of drugs?
14   A  I don't know specifically.
15     Excuse me. Yes. They do include, I think
16 the medicine code range does include, that.
17     But you might want to confirm that with Miss
18 Lawrence.
19   Q  Do you know whether you printed out this
20 email?
21   A  No, I do not. I usually don't.
22   Q  You don't print out emails; is that correct?
23   A  It's not my practice.
24   Q  Do you know what you did with the email? Did
25 you delete it? Do you still have it?

                                                                 84
UNCERTIFIED ROUGH DRAFT TRANSCRIPT

1   A  I may still have it. I archive my emails.
2   MR. LITOW: Let's take a lunch break now.
3                         (Lunch.)
4
5                   EXAMINATION
6 BY MR. DILLON:
7   Q  Mr. Duarte, my name is Chris Dillon. We were
8 introduced this morning. I represent Warrick

Page 79