# EXHIBIT 54

Page 1

THE UNITED STATES DISTRICT COURT

    FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - x

IN RE PHARMACEUTICAL           : MDL 1456

INDUSTRY AVERAGE WHOLESALE     : Master File No.

PRICE LITIGATION               : 01-CV-12257-PBS

- - - - - - - - - - - - - - - x


              Billings, Montana

             Thursday, February 16, 2006


      Deposition of RANDALL CRAIG HOLM, a witness herein, called for examination by counsel for Defendants in the above-entitled matter, pursuant to notice and the Federal Rules of Civil Procedure, the witness being duly sworn, by agreement, by CRAIG KNOWLES, a Notary Public in and for the State of Colorado, taken at 33 Last Chance Gulch, Helena, Montana, at 8:57 a.m., on Thursday, February 16, 2006, and the proceedings being taken down in Stenotype by CRAIG KNOWLES and transcribed under his direction.

Page 23

1   backing up the equipment we need to provide.
2           In the event that our equipment fails,
3   we back up stuff so we can restore it for that
4   purpose.
5           In terms of the content that is out
6   there that each agency has in their databases and
7   things like that, that is up to them to determine
8   retention and backup cycles and things like that.
9   That -- my responsibility from a computer center
10  point of view is more that disaster recovery.
11      Q.  So for instance, then, Montana Medicaid
12  may have a separate or additional backup or
13  electronic retention policy that may or may not
14  extend beyond the 30 days that is captured in the
15  central files?
16      A.  They may.  I mean, I'm not familiar with
17  their schedules.
18      Q.  That is my next question, you don't --
19      A.  No.
20      Q.  -- know whether or not they do?
21      A.  No.
22      Q.  So, with respect to the information that

1   is centrally backed up, what happens to that
2   information once it's 30 days old, is it
3   permanently deleted?
4        A.   Yes, it's deleted.  The tapes are reused
5   for new backups, so it's overwritten for new data.
6        Q.   So, for instance, there wouldn't be at
7   this point any electronic data information
8   centrally backed up for January 10th, 2006?
9        A.   Actually, there is, because at the point
10  that any e-mail discovery is initiated, we'll
11  start holding the tapes and not releasing them so
12  that we are not destroying information that is
13  needed.
14             So we actually -- we've got a couple of
15  discovery efforts under way right now.  So we've
16  held tapes prior to 30 days currently.
17       Q.   Are e-mails -- strike that.
18             Is this litigation subject to one of
19  those holds that you described?
20       A.   Yes.
21       Q.   Do you know when that hold was
22  initiated?

1    A.    We've got tapes to December 1st, 2005.
2    Q.    Just so I understand, do those tapes
3  contain backup for the entire e-mail server, or
4  just specific individuals, or just a particular
5  agency?
6    A.    For the entire e-mail server.
7    Q.    Okay.
8    A.    That is the way our backup strategy is
9  built, we backup servers, we don't back up
10 individual mailboxes.
11   Q.    So everything on Montana's Outlook
12 Exchange server from December 1, 2005 at this
13 point has been preserved?
14   A.    Yes.
15   Q.    Is that effort ongoing from this point,
16 so for instance, 30 days from now the February
17 16th information will still be there?
18   A.    Yes, that's correct.
19   Q.    Is there anything else besides the
20 e-mail Exchange servers being backed up centrally,
21 at least?
22   A.    Well, yes, we back up everything

1   been the limit since we first implemented
2   Microsoft Exchange in '99, when we did that.
3        Q.   I assume deleted e-mails encompassed
4   within this, items that are in the deleted items
5   folder are encompassed within this 50 megabyte?
6        A.   Yes, that's correct.
7        Q.   So you can't sneak your way around it.
8   You have to double-delete at that point once
9   you've reached the 50 megabyte ceiling; is that
10  right?
11       A.   Yeah, or set your -- I mean, the user
12  can set that timeframe that those deleted items
13  are kept.  If someone's been, for example, keeping
14  them for 90 days and they've got 90 days worth of
15  deleted items, they might change it down to 30 or
16  change it to five days or one day.  Then they
17  don't have to worry and it automatically deletes
18  at a quicker interval.
19       Q.   Okay.
20       A.   Yeah, there are various ways to do that.
21       Q.   I guess what I'm asking is, once you've
22  reached that 50 megabyte limit, you have to

1  permanently delete items within your e-mail to get
2  back within the ceiling; is that right?
3       A.   That's correct.
4       Q.   Okay.
5       A.   Well, that's one way to do it.
6       Q.   Are there other ways?
7       A.   They can move the mail to some other
8  place.
9       Q.   I see.  So they could, I guess, someone
10 could, theoretically at least, someone could save
11 some number of e-mails into I guess it's a .pst
12 file?
13      A.   Yes.
14      Q.   Then store that somewhere else?
15      A.   That's correct.
16      Q.   But it's got to be out of there?
17      A.   It's got to be out of there.  You either
18 move it or delete it.  But it's got to go
19 someplace for them to stay under that 50 meg
20 limit.
21      Q.   One other thing I wanted to ask you a
22 couple follow-up questions about.  You said you