IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Judge Patti B. Saris |
| **THIS DOCUMENT RELATES TO**<br>*State of Nevada v. Abbott Laboratories, et al.*,<br>    Case No. CV02-00260 (Nevada I), | Chief Magistrate Judge Marianne B. Bowler |
| *State of Nevada v. American Home Products, et al.*,<br>    CA No. 02-CV-12086-PBS (Nevada II), and | **HEARING:   March 29, 2006** |
| *State of Montana v. Abbott Labs., Inc., et al.*<br>    CA No. 02-CV-12084-PBS | **10:00 a.m.** |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF
THEIR SECOND MOTION TO COMPEL DISCOVERY FROM PLAINTIFFS
THE STATE OF NEVADA AND THE STATE OF MONTANA**

Defendants respectfully request leave to file a Reply Brief in Support of their Second Motion to Compel Discovery From Plaintiffs the State of Nevada and the State of Montana. A Reply Brief will assist the Court as it considers Defendants' Motion and Plaintiffs' Opposition in preparation for oral argument scheduled on March 29, 2006. The Reply Brief is intended to clarify and supplement the record with evidence acquired from deposition testimony and documents produced by the States since the filing of the Motion on January 31, 2006. For example, just this week, the State of Nevada provided Defendants with a document from a "Nevada Prescription Drug Policy Makers' Summit" that conclusively demonstrates that the very interagency communications regarding drug reimbursement issues that Plaintiffs assert never took place (Opp. at 6) actually occurred. Defendants also respond to new arguments raised by the States that were not addressed in the Motion.

WHEREFORE, Defendants respectfully request that the Court grant this Motion and permit its Reply Brief.

## Certification Pursuant to Local Rules 7.1 and 37.1

Pursuant to Local Rules 7.1(a)(2) and 37.1 of this Court, the undersigned counsel certifies that counsel for Defendants conferred unsuccessfully with Plaintiffs' counsel in an effort to obtain Plaintiffs' consent to the filing of a Reply Brief.

Respectfully submitted on behalf of all
Defendants in the Nevada and Montana actions,

/s/ Geoffrey E. Hobart
Geoffrey E. Hobart (BBO # 547499)
Mark H. Lynch
Ronald G. Dove, Jr.
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Mark D. Seltzer (BBO #556341)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850

Frederick G. Herold
DECHERT LLP
1117 California Avenue
Palo Alto, CA 94304
Telephone: (650) 813-4930
Facsimile: (650) 813-4848

Thomas H. Lee II
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

                                              Telephone:  (215) 994-2994
                                              Facsimile:  (215) 994-2222

*Attorneys for Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline*

March 24, 2006

## Certificate of Service

I hereby certify that on **March 24, 2006**, I caused a true and correct copy of Defendants' Motion for Leave to File a Reply Brief in Support of their Second Motion to Compel Discovery From Plaintiffs the State of Nevada and the State of Montana, together with accompanying exhibits, to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 in MDL No. 1456.

/s/ Ronald G. Dove, Jr.