FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

MAR 21  P 3: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) | |
| AVERAGE WHOLESALE PRICE ) | MDL NO. 1456 |
| LITIGATION ) | Civil Action No. 01-12257-PBS |
| ) | |
| ) | Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ) | |
| ALL CLASS ACTIONS ) | Chief Mag. Judge Marianne B. Bowler |

## DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM PLAINTIFF BLUE CROSS BLUE SHIELD OF MASSACHUSETTS

Defendants to the Amended Master Consolidated Class Action Complaint respectfully move this Court for an order compelling plaintiff Blue Cross Blue Shield of Massachusetts ("BCBSMA") to produce documents pursuant to specific requests contained in the subpoena served upon BCBSMA on December 9, 2005, and for such other and further relief as the Court deems just and appropriate. The grounds for this motion are set forth in the accompanying memorandum of law, declaration of Adeel Mangi and exhibits thereto, declaration of Eric Christofferson, and declaration of Lyndon M. Tretter.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel hereby certify that counsel for defendants conferred with counsel for BCBSMA regarding the issues addressed in this motion, but were unable to resolve or further narrow the issues.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d) the undersigned counsel hereby request oral argument on the issues set forth in this motion and the accompanying memorandum of law, supporting declarations and exhibits thereto.

Dated: March 21, 2006

Respectfully submitted,

/s/ Andrew D. Schau
Andrew D. Schau (admitted *pro hac vice*)
Erik Haas (admitted *pro hac vice*)
Adeel A. Mangi (admitted *pro hac vice*)
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
(212) 336-2000

*Attorneys for Defendants Johnson & Johnson, Centocor Inc. and Ortho Biotech Products L.P., on behalf of all defendants to the Amended Master Consolidated Class Action Complaint*

1263512v1