UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action: 01-CV-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*State of Nevada v. Abbot Laboratories, et al.,* Case No. CV02-00260 (Nevada I), | Chief Magistrate Judge Marianne B. Bowler |
| *State of Nevada v. American Home, Products, et al.,* CA No. 02-CV12086-PBS *(Nevada II),* and | **Hearing**: **March 29, 2006**<br>10:00 a.m. |
| *State of Montana v. Abbott Labs Inc., et al.,* CA No. 02-CV-12084-PBS | |

**NOTICE OF ERRATA**

Defendants respectfully file the attached revised Exhibit 39 to Defendants' Reply Brief in Support of Their Second Motion to Compel Discovery from Plaintiffs the State of Nevada and the State of Montana, filed on March 24, 2006. The attached Exhibit 39 supersedes and replaces the previously filed Exhibit 39.

Dated: March 28, 2006.

**Submitted On Behalf of Defendants**

**PERKINS COIE** LLP


By /s/ Kathleen M. O'Sullivan
    David J. Burman
    Kathleen M. O'Sullivan
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  (206) 359-8000
Facsimile:  (206) 359-9000


Thomas J. Sartory
Gary M. Ronan
**GOULSTON & STORRS** LLP
400 Atlantic Avenue
Boston, MA  02110-3333
Telephone:  (617) 482-1776
Facsimile:  (617) 574-4112


*Attorneys for Defendant Immunex Corporation*