UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ALL ACTIONS ) <br> ) | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> JUDGE PATTI B. SARIS |

## CERTIFICATE OF GOOD STANDING

Thomas C. Chabanis, an Of Counsel with the firm Shook, Hardy & Bacon L.L.P., 600 14th Street, N.W., Suite 800, Washington, DC, 20005-2004, hereby certifies:

1. I am a member of the Bars of the District of Columbia and New York.

2. I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings against me as a member of the Bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Under penalty of perjury this 23rd day of March, 2006.

Respectfully submitted,

/s/ Thomas C. Chabanis
Thomas C. Chabanis
SHOOK, HARDY & BACON L.L.P.
600 14th Street N.W., Suite 800
Washington, DC 20005-2004
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

1926175v1