# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: *State of Nevada v. Abbott Labs., Inc. et al.,* Case No. CV02-00260<br><br>*State of Nevada v. American Home Products, et al.,* CA No. 02-CV-12086-PBS<br><br>*State of Montana v. Abbott Labs., Inc., et al.* D. Mont. Cause No. CV-02-09-H-DWM | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## [PROPOSED] CASE MANAGEMENT ORDER NO. [24]

Saris, U.S.D.J.

Case Management Order No. 23 is amended as follows:

1. Plaintiffs shall file any expert reports on liability issues by June 13, 2006.

2. Defendants shall file any expert reports on liability issues by July 14, 2006.

3. With respect to any motions for summary judgment, briefing will proceed according to the following schedule:

| | |
|---|---|
| Motions for Summary Judgment | July 14, 2006 |
| Oppositions to Motion | August 11, 2006 |
| Replies | August 25, 2006 |
| Sur-replies | September 9, 2006 |
| Hearing | October __, 2006 |

**SO ORDERED**

- 1 -

- 2 -

DATED: _____        _____
                                                        Hon. Patti B. Saris
                                                        United States District Court Judge

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing**, [PROPOSED] CASE MANAGEMENT ORDER NO. [24]**to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on April 3, 2006, a copy to LexisNexis File & Serve for Posting and notification to all parties.

      By    /s/ Steve W. Berman
         Steve W. Berman
      **HAGENS BERMAN SOBOL SHAPIRO LLP**
      1301 Fifth Avenue, Suite 2900
      Seattle, WA  98101
      Telephone:  (206) 623-7292