UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ ) <br> IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE        ) <br> LITIGATION                                    ) <br> _____) <br>                                                          ) <br> THIS DOCUMENT RELATES TO       ) <br> 01-CV-12257-PBS AND 01-CV-339    ) <br> _____) | MLD NO. 1456 <br> Civil Action No. 01-12257-PBS <br><br> Hon. Patti B. Saris <br><br> Chief Mag. Judge Marianne B. Bowler |

**PLAINTIFF BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC.'S MOTION FOR LEAVE TO FILE DECLARATION OF STEPHEN L. COCO IN SUPPORT OF OPPOSITION OF PLAINTIFF BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC.'S TO DEFENDANTS' MOTION TO COMPEL UNDER SEAL**

Plaintiff Blue Cross and Blue Shield of Massachusetts, Inc. ("BCBSMA") respectfully moves this Court for leave to file the following document under seal:

Declaration of Stephen L. Coco in Support Of Opposition Plaintiff Blue Cross and Blue Shield of Massachusetts, Inc. to Defendants' Motion to Compel

Pursuant to the Protective Order entered by this Court on December 13, 2002 (The "MDL Protective Order"), the parties in the above-captioned cases have designated many documents and other information produced in these cases as either "CONFIDENTIAL" or 'HIGHLY CONFIDENTIAL."  In particular, the above-listed filing attaches or references documents and deposition testimony of BCBSMA which BCBSMA has been designated as "HIGHLY CONFIDENTIAL."  Pursuant to paragraph 15 of the MDL Protective Order, any document or pleading containing quotes from or otherwise referencing such information shall be filed under seal.

BN1 35030488.1

- 2 -

WHEREFORE, BCBSMA respectfully requests that this Court grant it leave to file the above-listed document under seal.

        Respectfully Submitted,
        BLUE CROSS AND BLUE SHIELD OF
        MASSACHUSETTS, INC.
        By its attorneys,


        /s/ Stephen L. Coco
        Christopher P. Sullivan (BBO# 485120)
        James S. Harrington (BBO# 543774)
        Stephen L. Coco (BBO# 561169)
        ROBINS, KAPLAN, MILLER & CIRESI, LLP
        800 Boylston Street, 25th Floor
        Boston, MA  02199-7610
        Phone: (617) 267-2300
        Fax: (617) 267-8288

Dated: April 4, 2006

- 3 -

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), the undersigned certifies that I conferred with counsel for the defendants and was advised that the defendants consent to this motion.

/s/ Stephen L. Coco
Stephen L. Coco

## CERTIFICATE OF SERVICE

I hereby certify that I, Stephen L. Coco, an attorney, caused a true and correct copy of the foregoing OPPOSITION OF PLAINTIFF BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC. TO DEFENDANTS' MOTION TO COMPEL to be served on all counsel of record electronically, pursuant to Section D of Case Management Order No. 2, this 4th day of April, 2006.

/s/ Stephen L. Coco
Stephen L. Coco (BBO# 561169)
ROBINS, KAPLAN, MILLER & CIRESI, LLP
800 Boylston Street, 25th Floor
Boston, MA  02199-7610
Phone: (617) 267-2300
Fax: (617) 267-8288