# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br> _____ <br><br> THIS DOCUMENT RELATES TO: <br><br><br> 01-CV-12257-PBS and 01-CV-339 <br> _____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL No. 1456 <br><br> Master File No. 01-CV-12257 <br><br> Judge Patti B. Saris <br><br> Chief Mag. Judge Marianne B. Bowler |

## NOTICE OF APPEARANCE

Please enter the appearance of Julie B. Brennan as counsel of record on behalf of third party Oxford Health Plans, LLC.


Dated:  April 4, 2006	Respectfully submitted,

MANCHEL & BRENNAN, P.C.


	/s/ Julie B. Brennan
Julie B. Brennan (BBO # 564101)
199 Wells Avenue, Suite 301
Newton, Massachusetts 02459
Tel:  (617) 796-8920
Fax: (617) 796-8921

## CERTIFICATE OF SERVICE

I certify that on April 4, 2006, a true and correct copy of the foregoing Notice of Appearance was served on all counsel of record by electronic service pursuant to Case Management Order No. 2.  A copy of the same was served on counsel for Patterson Belknap Webb & Tyler LLP by electronic service and also by first class mail.

	/s/ Julie B. Brennan
Julie B. Brennan