# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION _____ THIS DOCUMENT RELATES TO: 01-CV-12257-PBS AND 01-CV-339 _____ | MDL No. 1456 Master File No. 01-CV-12257-PBS Hon. Patti B. Saris Chief Mag. Judge Marianne B. Bowler |

## ORDER

Upon consideration of the Motion of Third-Party Oxford Health Plans to Extend the Time to Respond to Defendants' Motion to Compel, and for good cause shown, it is by this Court, this ___ day of ___, 2006,

**ORDERED:** That the Motion is granted and the time for Oxford Health Plans to Respond is extended until April 18, 2006.

_____
United States Magistrate Judge

- 1 -