# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | Master File No. 01-CV-12257-PBS |
| _____ ) | Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO: ) | |
| ) | Chief Mag. Judge Marianne B. Bowler |
| 01-CV-12257-PBS AND 01-CV-339 ) | |
| ) | |
| _____ ) | |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), counsel for Oxford Health Plans, LLC ("Oxford") conferred with counsel for Defendants regarding Oxford's request for an extension of time to respond to the motion to compel. Counsel for Defendants advised that they would not agree to a fourteen day extension until April 18, 2006 for Oxford to respond to Defendants' Motion to Compel.

Dated: April 4, 2006         Respectfully submitted,

MANCHEL & BRENNAN, P.C.

          /s/ Julie B. Brennan
Julie B. Brennan (BBO # 564101)
199 Wells Avenue, Suite 301
Newton, Massachusetts 02459
Tel: (617) 796-8920
Fax: (617) 796-8921

and

- 2 -

Thomas F. Fitzgerald
Michael J. Prame
Lars C. Golumbic
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, NW
Washington, DC  20006
Tel: (202) 857-0620

Attorneys for Oxford Health Plans, LLC