# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> 01-CV-12257-PBS and 01-CV-339 ) <br> ) <br> ) <br> _____ ) | MDL No. 1456 <br><br> Master File No. 01-CV-12257 <br><br> Judge Patti B. Saris |

## CORPORATE DISCLOSURE STATEMENT
## OF OXFORD HEALTH PLANS, LLC

Pursuant to Local Rule 7.3(A), Oxford Health Plans, LLC makes the following disclosures:

UnitedHealth Group Incorporated is the corporate parent and sole shareholder of Oxford Health Plans, LLC.

UnitedHealth Group Incorporated is publicly traded on the New York Stock Exchange. No other publicly held company owns ten percent or more of the stock of Oxford Health Plans, LLC.

Dated: April 4, 2006    Respectfully submitted,

MANCHEL & BRENNAN, P.C.

_____/s/ Julie B. Brennan_____
Julie B. Brennan (BBO # 564101)
199 Wells Avenue, Suite 301
Newton, Massachusetts 02459
Tel: (617) 796-8920
Fax: (617) 796-8921

Thomas F. Fitzgerald
Michael J. Prame
Lars C. Golumbic
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, NW
Washington, DC  20006
Tel: (202) 857-0620
Fax: (202) 659-4503

Attorneys for Oxford Health Plans, LLC