# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENTS RELATES TO:<br>State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories, Inc., *et al.*<br>Case No. 1:03-cv-11226-PBS | ) ) ) ) ) ) ) ) ) ) ) ) | **MDL NO. 1456**<br>**Master File No. 01-12257-PBS**<br><br>**(Original Central District of California No. 03-CV-2238)**<br><br>**Judge Patti B. Saris** |

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Paragraph 16 of Case Management Order No. 1, please enter the appearance of, and deem admitted *pro hac vice*, Brent Caslin, of the law firm Kirkland & Ellis LLP, as Counsel of Record on behalf of Defendants Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals Inc., Roxane Laboratories, Inc., and Ben Venue Laboratories, Inc., in the above-captioned matter. It is also requested that his name be added to the Master Service List maintained by the Clerk.

Mr. Caslin is not a member of the bar of the United States District Court for the District of Massachusetts. As stated in the accompanying declaration of Mr. Caslin, filed herewith as **Exhibit A**, he is a member of good standing of a bar of a district court of the United States.

The appropriate filing fee is being submitted to the Clerk of the Court under separate cover.

BOST1-884518-1

Dated: April 5, 2006          Respectfully submitted,

By: /s/ Lee M. Holland
Lee M. Holland (BBO #650617)
John W. Steinmetz (BBO #568108)
Robinson & Cole LLP
One Boston Place
Tel : 617-557-5900
Fax: 617-557-5999

## CERTIFICATE OF SERVICE

I, Lee M. Holland, on behalf of Defendants Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals Inc., Roxane Laboratories, Inc., and Ben Venue Laboratories, Inc. hereby certify that on this 5th day of April, 2006, a copy of the foregoing document has been served on counsel of record in accordance with the Court's Case Management Order No. 2.

/s/ Lee M. Holland
Lee M. Holland