UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENTS RELATES TO:<br>State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories, Inc., *et al.*<br>Case No. 1:03-cv-11226-PBS | **MDL NO. 1456**<br>**Master File No. 01-12257-PBS**<br><br>**(Original Central District of California No. 03-CV-2238)**<br><br>**Judge Patti B. Saris** |

## DECLARATION OF BRENT CASLIN

I, Brent Caslin, declare as follows:

1. I am a partner of Kirkland & Ellis LLP in Los Angeles, California.

2. I have been admitted to, and am a member in good standing in, the following courts:

| | |
|---|---|
| Supreme Court of California | December 8, 1998 |
| Supreme Court of Washington State | May 24, 2005 |
| Supreme Court of the United States | May 10, 2002 |
| United States District Court for the Western District of Washington | May 10, 2002 |
| United States District Court for the Northern District of California | August 16, 1998 |
| United States District Court for the Southern District of California | January 21, 2000 |
| United States District Court for the Eastern District of California | January 21, 2000 |
| United States District Court for the Central District of California | January 20, 2000 |
| Ninth Circuit Court of Appeals | May 9, 2005 |

3.	I am not a member of the Bar of this Court.

4.	There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.	I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the statements contained herein are true and correct.

Executed this 4 day of April, 2006.

/s/ Brent Caslin
Brent Caslin
  California Bar No. 198682
KIRKLAND & ELLIS LLP
777 South Figueroa Street, Suite 3700
Los Angeles, California 90017
213/680-8400 (Tel.); 213/680-8500 (Fax)
bcaslin@kirkland.com

**ATTORNEYS FOR BEN VENUE LABORATORIES, INC., BOEHRINGER INGELHEIM CORP., BOEHRINGER INGELHEIM PHARMACEUTICALS INC., AND ROXANE LABORATORIES, INC.**