# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION </br></br> THIS DOCUMENTS RELATES TO: </br> State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories, Inc., *et al.* </br> Case No. 1:03-cv-11226-PBS | **MDL NO. 1456** </br> **Master File No. 01-12257-PBS** </br></br> **(Original Central District of California No. 03-CV-2238)** </br></br> **Judge Patti B. Saris** |

## DECLARATION OF GLEN G. MASTROBERTE

I, Glen G. Mastroberte, declare as follows:

1. I am an associate of Kirkland & Ellis LLP in Los Angeles, California.

2. I have been admitted to, and am a member in good standing in, the following courts:

| | |
|---|---|
| United States District Court for the Southern District of California | October 8, 2004 |
| United States District Court for the Central District of California | May 7, 2004 |

3. I am not a member of the Bar of this Court.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

BOST1-884521-1

I declare under penalty of perjury that the statements contained herein are true and correct.

Executed this 4 day of April, 2006.

       /s/ Glen Mastroberte
       Glen G. Mastroberte
         California Bar No. 224721
       KIRKLAND & ELLIS LLP
       777 South Figueroa Street, Suite 3700
       Los Angeles, California 90017
       213/680-8400 (Tel.); 213/680-8500 (Fax)
       gmastroberte@kirkland.com

**ATTORNEYS FOR BEN VENUE LABORATORIES, INC., BOEHRINGER INGELHEIM CORP., BOEHRINGER INGELHEIM PHARMACEUTICALS INC., AND ROXANE LABORATORIES, INC.**