UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | Hon. Patti B. Saris<br>Chief Mag. Judge Marianne B. Bowler |

## DECLARATION OF ADEEL A. MANGI

I, Adeel A. Mangi, declare as follows:

1. I am associated with Patterson Belknap Webb & Tyler LLP and represent Johnson & Johnson, Centocor Inc., and Ortho Biotech Products L.P. in this litigation. I offer this declaration in opposition to third party Oxford Health Plans' ("Oxford") motion to extend by two weeks its time to file opposition to defendants' motion to compel Oxford to produce documents and witnesses for deposition pursuant to the subpoena served upon Oxford on April 19, 2004, and for recovery of attorney fees and costs.

2. On February 2, 2006 this Court issued an order compelling Oxford's parent United Health Care to produce documents and witnesses for deposition. A copy of that transcript was attached as Exhibit 15 to my original declaration in support of Defendants' Motion To Compel Third Party Oxford Health Plans To Produce Documents And Witnesses For Deposition Pursuant To Subpoena And For Recovery Of Attorney Fees And Costs.

3. Attached as Exhibit 1 is a copy of my email exchange with counsel for Oxford dated March 29, 2006.

4. Until now, counsel for Oxford took the position that Oxford was separately

represented and would be responding to its own subpoena independently. Oxford has now transferred its representation to counsel who have already had extensive involvement with this case through their representation of Oxford's parent United Health Care. Upon being contacted by counsel seeking a second extension I offered them a short second extension to enable them to speak with their client and respond to the motion, but counsel for Oxford insisted on a full two weeks.

        I declare under penalty of perjury that the foregoing is true and correct.

                                              /s/ Adeel Mangi
                                                 Adeel A. Mangi

Executed on this 5th day of April 2006

1269185v1

# Exhibit 1

**Mangi, Adeel A. (x2563)**

**From:** Mark Sandmann [MMS@rawlingsandassociates.com]
**Sent:** Wednesday, March 29, 2006 2:15 PM
**To:** Mangi, Adeel A. (x2563)
**Subject:** RE: Oxford

Thanks and take care.

Mark M. Sandmann
502.814.2157

IMPORTANT WARNING: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED.  If you have received this message in error, please notify us immediately and delete the related message.


>>> "Mangi, Adeel A. (x2563)" <AAMANGI@PBWT.COM> 03/29/06 02:12PM >>>
Mark:  Per your request, this memorializes that defendants have agreed to grant Oxford a four day extension on its time to respond to defendants' motion to compel until Tuesday, April 4, 2006.  Defendants and Oxford have agreed oppositions papers are due and must be filed on or before that date.  I am not including our email chain to preserve its confidentiality at your request.  Please let me know if you have any questions.

Regards
Adeel


---

Privileged/Confidential Information may be contained in this message.  If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone.  In such case, you should destroy this message and kindly notify the sender by reply email.  Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

---

IRS Circular 230 disclosure:  Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.  (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)
==========================================================================

1