# Exhibit D

C:\PROGRAM FILES\MICROSOFT OFFICE\OFFICE11\STARTUP\

CLOSED, CONSOLIDATED

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11935-PBS

Government Employees Hospital Association v. Serono International, S.A. et al
Assigned to: Judge Patti B. Saris
Related Case: 1:01-cv-12257-PBS
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 09/23/2005
Jury Demand: Plaintiff
Nature of Suit: 370 Fraud or Truth-In-Lending
Jurisdiction: Diversity

## Plaintiff

**Government Employees Hospital Association**
*individually and on behalf of all others similarly situated*

represented by **David S. Nalven**
Hagens Berman Sobol Shapiro LLP
One Main Street
4th Floor
Cambridge, MA 02142
617-482-3700
Fax: 617-482-3003
Email: davidn@hbsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D. Fischer**
Rawlings and Associates
325 W. Main Street
Louisville, KY 40202
US
502.587.8060
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Sandmann**
Rawlings & Associates, P.L.L.C.
325 W. Main Street
Louisville, KY 40202
502-587-1279
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**

>
> Hagens Berman Sobol Shapiro LLP
> 1301 5th Avenue
> Suite 2900
> Seattle, WA 98101-1090
> 206-623-7292
> Fax: 206-623-0594
> Email: steve@hbsslaw.com
> *LEAD ATTORNEY*
> *ATTORNEY TO BE NOTICED*
>
> **Thomas M. Sobol**
> Hagens Berman Sobol Shapiro LLP
> 26th Floor
> One Main Street
> 4th Floor
> Cambridge, MA 02142
> 617-482-3700
> Fax: 617-482-3003
> Email: Tom@hbsslaw.com
> *LEAD ATTORNEY*
> *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Serono International, S.A.**

**Defendant**

**Serono, Inc.**    represented by    **David M. Ryan**
> Nixon Peabody, LLP
> 100 Summer Street
> Boston, MA 02110
> 617-345-6060
> Fax: 866-947-1616
> Email: dryan@nixonpeabody.com
> *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
|  |  |  |

| | | | |
|---|---|---|---|
| 09/23/2005 | | 1 | COMPLAINT against Serono International, S.A., Serono, Inc. Filing fee: $ 250, receipt number 67087, filed by Government Employees Hospital Association. (Attachments: # 1 Part 2 of Complaint# 2 Appendix)(Elefther, Elizabeth) (Entered: 09/27/2005) |
| 09/23/2005 | | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Elefther, Elizabeth) (Entered: 09/27/2005) |
| 09/23/2005 | | | Summons Issued as to Serono International, S.A., Serono, Inc.. (Elefther, Elizabeth) (Entered: 09/27/2005) |
| 10/18/2005 | | 2 | AFFIDAVIT OF SERVICE Executed by Government Employees Hospital Association. Serono International, S.A. served on 9/24/2005, answer due 10/14/2005. Acknowledgement filed by Government Employees Hospital Association. (Sobol, Thomas) (Entered: 10/18/2005) |
| 10/18/2005 | | 3 | ****DUPLICATED ENTRY OF DOCKET NO. 2 AFFIDAVIT OF SERVICE Executed by Government Employees Hospital Association. Acknowledgement filed by Government Employees Hospital Association. (Sobol, Thomas) Modified on 10/18/2005 (Elefther, Elizabeth). (Entered: 10/18/2005) |
| 10/18/2005 | | | Notice of correction to docket made by Court staff. Correction: Docket No 3 corrected because: It was a duplicated entry of Docket No. 2 (Elefther, Elizabeth) (Entered: 10/18/2005) |
| 10/24/2005 | | 4 | MOTION to Reassign Case *Pursuant to Local Rule 40.1(I)* by Serono, Inc..(Ryan, David) (Entered: 10/24/2005) |
| 10/24/2005 | | 5 | MEMORANDUM in Support re 4 MOTION to Reassign Case *Pursuant to Local Rule 40.1(I)* filed by Serono, Inc.. (Attachments: # 1 Exhibit A)(Ryan, David) (Entered: 10/24/2005) |
| 10/24/2005 | | 6 | CORPORATE DISCLOSURE STATEMENT by Serono, Inc.. (Ryan, David) (Entered: 10/24/2005) |
| 10/25/2005 | | 7 | SUMMONS Returned Executed Serono, Inc. served on 10/20/2005, answer due 11/9/2005. (Sobol, Thomas) (Entered: 10/25/2005) |
| 10/26/2005 | | | Judge Patti B. Saris : ElectronicORDER entered granting 4 Motion to Reassign Case. Case reassigned to Judge Patti B. Saris for all further proceedings. Judge Nathaniel M. Gorton no longer assigned to the case. (Patch, Christine) (Entered: 10/31/2005) |

| | | |
|---|---|---|
| 10/31/2005 | | Judge Patti B. Saris : Electronic ORDER entered. ORDER consolidating cases. This case is now consolidated with CA 01-12257-PBS. (Patch, Christine) (Entered: 10/31/2005) |
| 10/31/2005 | | Civil Case Terminated. (Patch, Christine) (Entered: 10/31/2005) |
| 11/21/2005 | 8 | AMENDED COMPLAINT - *First Amended Class Action Complaint Against Serono International, S.A., Serono Laboratories, Inc., Serono, Inc., RJL Systems, Inc., and Rudolph J. Liedtke* against Serono International, S.A., Serono, Inc., filed by Government Employees Hospital Association.(Sobol, Thomas) Additional attachment(s) added on 12/5/2005 (Paine, Matthew). (Entered: 11/21/2005) |
| 01/05/2006 | 9 | SUMMONS Returned Executed Serono International, S.A. served on 12/14/2005, answer due 1/3/2006. (Sobol, Thomas) (Entered: 01/05/2006) |
| 01/05/2006 | 10 | SUMMONS Returned Executed Serono, Inc. served on 12/21/2005, answer due 1/10/2006. (Sobol, Thomas) (Entered: 01/05/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/04/2006 14:58:36 | | | |
| **PACER Login:** | hb0116 | **Client Code:** | 9999.14 |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-11935-PBS |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |