**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | |
| THIS DOCUMENT RELATES TO: | NO. 1456 |
| *State of Nevada v. Abbott Labs, Inc., et al.,* Civ. Act. No. 02-00260 (Nevada I), *State of Nevada v. American Home Products, et al.,* Civ. Act. No. 02-12086-PBS (Nevada II), and *State of Montana v. Abbott Labs Inc., et al.,* 02-CV-12084-PBS | Civil Action No. 01-CV-12257-PBS  Judge Patti B. Saris |

**[PROPOSED] CASE MANAGEMENT ORDER NO. \_\_\_**

April \_\_\_, 2006

Saris, U.S.D.J.

Case Management Order No. 23 is amended as follows:

1.     The fact discovery cut-off date for discovery of the States is April 28, 2006.

2.     Plaintiffs shall file any expert reports on liability issues by April 28, 2006.

3.     Defendants shall file any expert reports on liability by May 19, 2006.

06735-0059 SL060950206

4.      With respect to any motions for summary judgment, briefing will proceed according to the following schedule:

| | |
|---|---|
| Motions for Summary Judgment | May 19, 2006 |
| Oppositions to Motions | June 16, 2006 |
| Replies | June 30, 2006 |
| Hearing | July 17, 2006 (2 p.m.). |

**SO ORDERED**

_____
PATTI B. SARIS
United States District Judge