UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
IN RE PHARMACEUTICAL INDUSTRY )
AVERAGE WHOLESALE PRICE ) MDL NO. 1456
LITIGATION ) CIVIL ACTION NO. 01-12257-PBS
)
) Hon. Patti B. Saris
THIS DOCUMENT RELATES TO )
ALL ACTIONS )
)

# TRACK 1 DEFENDANTS' MOTION TO WITHDRAW MOTION FOR LEAVE TO FILE UNDER SEAL

The Track I Defendants hereby move this Court to withdraw the Track I Defendants' Motion for Leave to File Under Seal, docket entry 2282, filed on March 15, 2006, with respect to the following two documents:

(1)  Memorandum of Law in Support of Track 1 Defendants' Joint Motion for Summary Judgment; and

(2)  Track I Defendants' Statement of Undisputed Material Facts in Support of Defendants' Motion for Summary Judgment, submitted pursuant to Local Rule 56.1.

As grounds for this motion, Plaintiffs have informed the Track I Defendants that Plaintiffs no longer seek confidential treatment for portions of deposition testimony and expert reports included in the Track I Defendants' Memorandum of Law and Statement of Undisputed Facts.  Plaintiffs have assented to this motion.

Dated: Boston, Massachusetts
April 7, 2006

Respectfully Submitted,

By:  /s/ Lucy Fowler
Nicholas C. Theodorou (BBO # 496730)
Lucy Fowler (BBO #647929)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, Massachusetts 02210
Tel: (617) 832-1000

D. Scott Wise
Michael S. Flynn
Kimberley D. Harris
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York  10017
Tel: (212) 450-4000

Attorneys for AstraZeneca Pharmaceuticals LP

Steven M. Edwards
Lyndon M. Tretter
HOGAN & HARTSON, LLP
875 Third Avenue, Suite 2600
New York, NY  10022
Tel: (212) 918-3000

Attorneys for the Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.

Mark H. Lynch
Geoffrey E. Hobart (BBO #547499)
Ronald G. Dove, Jr.
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004
Tel:  (202) 662-6000

Frederick G. Herold
DECHERT LLP
1117 California Avenue
Palo Alto, CA  94304
Tel:  (650) 813-4800

Mark D. Seltzer (BBO #556341)

HOLLAND & KNIGHT LLP
10 St. James Ave.
Boston, MA  02116
Tel: (617) 523-2700

Attorneys for SmithKline Beecham Corporation
d/b/a GlaxoSmithKline


William F. Cavanaugh, Jr.
Andrew D. Schau
Erik Haas
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036
Tel: (212) 336-2000

Attorneys for the Johnson & Johnson Defendants


John T. Montgomery (BBO #352220)
Brien T. O'Connor
Steven A. Kaufman (BBO #262230)
Darcy W. Shearer
Eric P. Christofferson (BBO #654087)
ROPES & GRAY LLP
One International Place
Boston, MA  02110
Tel:  (617) 951-7000

Attorneys for Schering-Plough Corp. and
Warrick Pharmaceuticals Corp.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for plaintiff assents to this motion.

                                            /s/ Lucy Fowler
                                            Lucy Fowler

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on April 7, 2006 to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                                            /s/ Lucy Fowler
                                            Lucy Fowler