# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION )<br>)<br>)<br>)<br>)<br>) | MDL No. 1456<br><br>Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: THE AMENDED MASTER CONSOLIDATED CLASS ACTION )<br>)<br>)<br>) | Judge Patti B. Saris<br><br>Chief Mag. Judge Marianne B. Bowler |

## [PROPOSED] ORDER GRANTING DEFENDANT BRISTOL-MYERS SQUIBB COMPANY'S MOTION TO COMPEL PRODUCTION OF EXHIBITS TO A LETTER SENT BY PLAINTIFF VEN-A-CARE OF THE FLORIDA KEYS TO HCFA

Having considered each of the parties' submissions with respect to Defendant Bristol-Myers Squibb Company's Motion To Compel Exhibits To A Letter Sent By Plaintiff Ven-A-Care Of The Florida Keys To HCFA, the Court hereby grants the motion.

It is hereby ordered that on or before April 21, 2006, Ven-A-Care complete production to Bristol-Myers Squibb Company of the exhibits responsive to Bristol-Myers Squibb Company's document requests.

Dated: _____                                     _____
                                                      Hon. Marianne B. Bowler
                                                      United States Magistrate Judge