# EXHIBIT C

**Tretter, Lyndon M.**

**From:** Tretter, Lyndon M.
**Sent:** Tuesday, March 21, 2006 11:25 AM
**To:** 'Jbreen@breenlaw.com'
**Subject:** RE: Ven-A-Care letter

**Categories:** A NEW E-MAIL

Jim,

I have not heard from you since my e-mail below. I have also left you a voice mail. Please let me know whether your client is willing to produce the exhibit volumes this week. If not, we need to bring this to the Magistrate Judge's attention. Accordingly, please let me know what is going on.

---

**From:** Tretter, Lyndon M.
**Sent:** Monday, March 06, 2006 7:08 PM
**To:** Jbreen@breenlaw.com
**Subject:** Ven-A-Care letter

Jim,

Nice talking to you today. As discussed, I am counsel for BMS in the MDL. As part of the discovery in that case, we have obtained a copy of the attached October 2, 1996 letter from your client to Dr. Bruce Vladeck of HCFA. The second paragraph makes reference to "two volumes of exhibits", some which exhibits are discussed later on in the body of the letter. We would like to obtain copies of the exhibit volumes. Please let me know if you can help.

Thanks,

Lyndon Tretter
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
(212) 918-3528
lmtretter@hhlaw.com

<< File: Pages from DOC100.PDF >>