# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL NO. 1456 |
| | ) | CIVIL ACTION NO. 01-CV-12257-PBS |
| | ) | |
| | ) | Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) | |

## DECLARATION OF LUCY FOWLER

I, Lucy Fowler, declare as follows:

      1.    I am an attorney with Foley Hoag LLP, counsel for Defendant AstraZeneca Pharmaceuticals LP in this action. I submit this declaration in support of AstraZeneca Pharmaceuticals LP's Counter Statement to Plaintiffs' Local Rule 56.1 Statement in Support of Plaintiffs' Motion for Partial Summary Judgment Against all Track 1 Defendants.

      2.    Several of the exhibits submitted in support of AstraZeneca's Counter Statement have been deemed "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" and are hereby Filed Under Seal.

      3.    Attached as Exhibits 1 through 23 hereto are true and correct copies of the following:

| EXHIBIT | TAB |
|---|---|
| Excerpts from the transcript of the depositions of John R. Freeberry (May 20, 2004) (Oct. 4, 2005) (HIGHLY CONFIDENTIAL) (Filed Under Seal.) | 1 |
| Excerpts from the transcript of the deposition of Christopher J. Iacono (June 9, 2005) (HIGHLY CONFIDENTIAL) (Filed Under Seal.) | 2 |

| **EXHIBIT** | **TAB** |
|---|---|
| Excerpts from the transcript of the deposition of Carol L. Ware (Oct. 25, 2005) (HIGHLY CONFIDENTIAL) (Filed Under Seal.) | 3 |
| Excerpts from the transcript of the deposition of Sean D. Coakley (Oct. 25, 2005) (HIGHLY CONFIDENTIAL) (Filed Under Seal.) | 4 |
| E-mail from John Freeberry to Joan McDevitt (August 9, 2000) (HIGHLY CONFIDENTIAL) (Filed Under Seal.) | 5 |
| Excerpts from the transcript of the deposition of Mark Reisenauer (Dec. 8, 2005) (HIGHLY CONFIDENTIAL) (Filed Under Seal.) | 6 |
| Excerpts from the transcript of the deposition of Patricia K. Morgan (Jan. 11, 2005) (HIGHLY CONFIDENTIAL) (Filed Under Seal.) | 7 |
| Excerpts from the transcript of the deposition of Greg Looney (May 12, 2005) (HIGHLY CONFIDENTIAL) (Filed Under Seal.) | 8 |
| Excerpts from the transcript of the deposition of Steve Buckanavage (June 8, 2005) (HIGHLY CONFIDENTIAL) (Filed Under Seal.) | 9 |
| Excerpts from the transcript of the deposition of Jeffrey L. Alverson (June 29, 2004) (HIGHLY CONFIDENTIAL) (Filed Under Seal.) | 10 |
| Excerpts from the deposition of Stephen W. Schondelmeyer (Oct. 14, 2004) (HIGHLY CONFIDENTIAL) (Filed Under Seal.) | 11 |
| Excerpts from the transcript of the deposition of James F. Liebman (Feb. 11, 2005) (HIGHLY CONFIDENTIAL) (Filed Under Seal.) | 12 |
| Excerpts from the transcript of the deposition of Dean McAlister (July 27, 2005) (HIGHLY CONFIDENTIAL) (Filed Under Seal.) | 13 |
| Excerpts from the transcript of the deposition of Robert C. Black (Aug. 30, 2005) (HIGHLY CONFIDENTIAL) (Filed Under Seal.) | 14 |
| Excerpts from the transcript of the deposition of Cynthia L. Davies (Nov. 9, 2005) (HIGHLY CONFIDENTIAL) (Filed Under Seal.) | 15 |
| Excerpts from the transcript of the deposition of Carol L. Ryan (Aug. 25, 2005) (HIGHLY CONFIDENTIAL) (Filed Under Seal.) | 16 |

| **EXHIBIT** | **TAB** |
|---|---|
| Excerpts from the transcript of the deposition of James O'Shea (Sept. 28, 2005) (HIGHLY CONFIDENTIAL) (Filed Under Seal.) | 17 |
| Excerpts from the transcript of the deposition of David R. Brennan (Feb. 14, 2006) (HIGHLY CONFIDENTIAL) (Filed Under Seal.) | 18 |
| Excerpts from the transcript of the deposition of Jennifer Judy (Oct. 11, 2005) (HIGHLY CONFIDENTIAL) (Filed Under Seal.) | 19 |
| Excerpts from the transcript of the deposition of Deborah Wilson (Oct. 11, 2005) (HIGHLY CONFIDENTIAL) (Filed Under Seal.) | 20 |
| Excerpts from the transcript of the deposition of Scott Robbins (Oct. 11, 2005) (HIGHLY CONFIDENTIAL) (Filed Under Seal.) | 21 |
| Excerpts from the transcript of the deposition of Susan Klein-Zignoli (Aug. 26, 2005) (HIGHLY CONFIDENTIAL) (Filed Under Seal.) | 22 |
| Excerpts from the Report of Independent Expert Ernst R. Berndt (Feb. 9, 2005.) | 23 |

I declare under penalty of perjury that the foregoing is true and correct.

By: _____
Lucy Fowler (BBO #647929)
FOLEY HOAG, LLP
155 Seaport Blvd.
Boston, Massachusetts 02210
Telephone: (617) 832-1000

Dated: April 7, 2006

3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered via Federal Express to counsel for plaintiffs on April 7, 2006:

Thomas M. Sobol, Esq.
Hagens Berman Sobol Shapiro
One Main Street
4th Floor
Cambridge, MA 02142
(617) 482-3700

Steve W. Berman, Esq.
Hagens Berman Sobol Shapiro
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101
(206) 623-7292

_____