# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | Judge Patti B. Saris |
| | **[REDACTED VERSION]** |

### DECLARATION OF ERIC P. CHRISTOFFERSON TRANSMITTING DOCUMENTS RELIED UPON IN SCHERING'S AND WARRICK'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR <u>PARTIAL SUMMARY JUDGMENT AGAINST ALL TRACK 1 DEFENDANTS</u>

I, ERIC P. CHRISTOFFERSON, hereby declare:

1. I am a member of the bar of the Commonwealth of Massachusetts and of this Court. I am an associate with Ropes & Gray LLP, and counsel to Defendants Schering-Plough Corporation ("Schering") and Warrick Pharmaceuticals Corporation ("Warrick"). I submit this Declaration in support of Schering's and Warrick's Memorandum in Opposition to Plaintiffs' Motion for Partial Summary Judgment Against All Track 1 Defendants ("Schering's and Warrick's Memorandum in Opposition to Plaintiffs' Motion") to place before the Court documents referenced in Schering's and Warrick's Memorandum in Opposition to Plaintiffs' Motion and Schering's and Warrick's Response to Plaintiffs' 56.1 Statement.

2. Attached hereto as Exhibits A through J are true and correct copies of the following:

| **EXHIBIT** | **TAB** |
|---|---|
| Excerpts of transcript of hearing before Magistrate Judge Marianne B. Bowler (Nov. 9, 2005) | A |
| Excerpts from Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Damages (Dec. 15, 2005) (filed under seal) | B |
| Excerpts from Supplemental Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calculation of Damages: Addendum (Feb. 3, 2006) (filed under seal) | C |
| Excerpts from the transcript of the deposition of Louis Manfredi (July 11, 2005) | D |
| Excerpts from the transcript of the deposition of Brian Longstreet (Aug. 11, 2005) | E |
| Excerpts from the transcript of the deposition of Gary Bishop (July 17, 2005) | F |
| Excerpts from the transcript of the deposition of Meredith Rosenthal (Feb. 22-23, 2006) (filed under seal) | G |
| Excerpts from the transcript of the deposition of Raymond S. Hartman (Mar. 1, 2006) (filed under seal) | H |
| Excerpts from the transcript of the deposition of Debra Kane (July 3, 2005) | I |
| Excerpts from the transcript of the deposition of Jerome Sherman (July 7, 2005) | J |

3.  Several of the exhibits attached hereto contain information that has been deemed confidential and highly confidential and are hereby filed under seal. Those exhibits are B-C and G-H.

I declare under penalty of perjury that the foregoing is true.

/s/ Eric P. Christofferson_____
Eric P. Christofferson

EXECUTED this 7th day of April, 2006 in Boston, Massachusetts.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2006, I caused a true and correct copy of the foregoing to be served on all Counsel of Record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Eric P. Christofferson
Eric P. Christofferson