UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br><br> CIVIL ACTION NO. 01-CV-12257-PBS <br><br> Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **FILED UNDER SEAL** |

**DECLARATION OF LUCY FOWLER IN SUPPORT OF ASTRAZENECA PHARMACEUTICALS LP'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON BEHALF OF CLASSES 1 AND 2 AGAINST DEFENDANT ASTRAZENECA BASED ON ITS GUILTY PLEA RELATED TO ZOLADEX**

I, Lucy Fowler, declare as follows:

1. I am an attorney with Foley Hoag LLP, counsel for Defendant AstraZeneca Pharmaceuticals LP in this action. I submit this declaration in support of AstraZeneca Pharmaceuticals LP's Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment Against Defendant AstraZeneca.

2. Attached as Exhibits 1 through 12 hereto are true and correct copies of the following:

| **EXHIBIT** | **TAB** |
|---|---|
| Excerpts from Senate Report No. 100-303. | 1 |
| Excerpts from House Report No. 100-76. | 2 |
| Excerpts from the transcript of the deposition of Robert A. Howe (Nov. 16, 2005) (HIGHLY CONFIDENTIAL). | 3 |

| **EXHIBIT** | **TAB** |
|---|---|
| Excerpts from the document production of Robert Howe, bearing Bates Numbers HOWE 0055, 0073 (HIGHLY CONFIDENTIAL). | 4 |
| Excerpts from the document production of Leroy Townsend, bearing Bates Number TOWN 0046 (HIGHLY CONFIDENTIAL). | 5 |
| Excerpts from the transcript of the deposition of Leroy Townsend (Nov. 15, 2005) (HIGHLY CONFIDENTIAL). | 6 |
| *Walker v. TAP Pharm. Prods.*, No. CPM L 682-01 (N.J. Super. Ct., Apr. 23, 2004) (Order and Memorandum of Decision). | 7 |
| *Stetser v. TAP Pharm., Inc.*, No. 1-CV-5268 (N.C. Gen. Ct. of Justice Super. Ct. Div., Mar. 9, 2004) (Order on Plaintiffs' Motion for Partial Summary Judgment). | 8 |
| *Walker v. TAP Pharm. Prods.*, No. CPM L 682-01 (N.J. Super. Ct.) (Class Action Complaint filed Oct. 8, 2001). | 9 |
| *Stetser v. TAP Pharm., Inc.*, No. 1-CV-5268 (N.C. Gen. Ct. of Justice Super. Ct. Div.) (Class Action Complaint filed Dec. 27, 2001). | 10 |
| Excerpts from the transcript of the deposition of Robert Black (Aug. 30, 2005) (HIGHLY CONFIDENTIAL). | 11 |
| Excerpts from the transcript of the deposition of James O'Shea (Sept. 28, 2005) (HIGHLY CONFIDENTIAL). | 12 |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 7, 2006.

By: /s/ Lucy Fowler
Lucy Fowler (BBO # 647929)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered via Federal Express to counsel for plaintiffs on April 7, 2006:

Thomas M. Sobol, Esq.
Hagens Berman Sobol Shapiro
One Main Street
4th Floor
Cambridge, MA 02142
(617) 482-3700

Steve W. Berman, Esq.
Hagens Berman Sobol Shapiro
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101
(206) 623-7292

*[signature]*