

STEVE W. BERMAN
(206) 224-9320
steve@hbsslaw.com

**HAGENS BERMAN
SOBOL SHAPIRO LLP**

April 7, 2006

*Via Electronic Filing and Hand Delivery on April 10, 2006*

Clerk of the Court
United District Court
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210

    Re:   *In Re: Pharmaceutical Industry Average Wholesale Price Litigation,*
            MDL No. 1456

Dear Sir/Madam:

    Enclosed for filing in the above-captioned matter please find the following documents:

1. Notice of Filing Under Seal;

2. Plaintiffs' Motion for Leave to File Under Seal;

3. [Proposed] Order Granting Plaintiffs' Motion for Leave to File Under Seal;

4. Plaintiffs' Memorandum In Opposition to Track 1 Defendants' Joint Motion for Summary Judgment;

5. Response of Class Plaintiffs to Statement of Undisputed Facts in Support of Track 1 Defendants' Motion for Summary Judgment;

6. Declaration of Steve W. Berman in Support of Plaintiffs' Memorandum In Opposition to Track 1 Defendants' Joint Motion for Summary Judgment;

ATTORNEYS AT LAW        SEATTLE   LOS ANGELES   CAMBRIDGE   PHOENIX   CHICAGO
206.623.7292   206.623.0594
www.hbsslaw.com

001534-16 101753 V1

Clerk of the Court
April 7, 2006
Page 2

      7.      Declaration of Raymond S. Hartman in Opposition to Defendants' Motion for Summary Judgment;

      8.      Plaintiffs' Opposition to AstraZeneca Pharmaceuticals LP's Motion for Summary Judgment;

      9.      Response of Plaintiffs' to Defendant AstraZeneca Pharmaceuticals LP's Local Rule 56.1 Statement of Undisputed Facts in Support of Its Motion for Summary Judgment;

      10.     Declaration of Steve W. Berman in Support of Plaintiffs' Opposition to AstraZeneca Pharmaceuticals LP's Motion for Summary Judgment and Response of Plaintiffs' to Defendant AstraZeneca Pharmaceuticals LP's Local Rule 56.1 Statement of Undisputed Facts in Support of Its Motion for Summary Judgment;

      11.     Plaintiffs' Memorandum in Opposition to the BMS Defendants' Motion for Summary Judgment;

      12.     Response of Class Plaintiffs to Local Rule 56.1 Statement of Defendants Bristol-Myers Squibb Corporation and Oncology Therapeutics Network;

      13.     Declaration of Steve W. Berman in Support of Plaintiffs' Memorandum in Opposition to the BMS Defendants' Motion for Summary Judgment and Response of Class Plaintiffs to Local Rule 56.1 Statement of Defendants Bristol-Myers Squibb Corporation and Oncology Therapeutics Network;

      14.     Plaintiffs' Opposition to the Johnson & Johnson Defendants' Motion for Summary Judgment;

      15.     Class Plaintiffs' Response to the Johnson & Johnson Defendants' Local Rule 56.1 Statement in Support of Their Motion for Summary Judgment as to Class 1 and Class 2;

      16.     Declaration of Steve W. Berman in Support of Plaintiffs' Opposition to the Johnson & Johnson Defendants' Motion for Summary Judgment;

      17.     Plaintiffs' Memorandum in Opposition to Schering-Plough Corporation's and Warrick Pharmaceuticals Corporation's Motion for Summary Judgment as to Class 2 Claims;

001534-16 101753 V1

Clerk of the Court
April 7, 2006
Page 3

18. Response of Class Plaintiffs to Concise Statement of Undisputed Material Facts in Support of Schering-Plough Corporation's and Warrick Pharmaceutical Corporation's Motion for Summary Judgment;

19. Declaration of Steve W. Berman in Support of Plaintiffs' Memorandum in Opposition to Schering-Plough Corporation's and Warrick Pharmaceuticals Corporation's Motion for Summary Judgment as to Class 2 Claims and Response of Class Plaintiffs to Concise Statement of Undisputed Material Facts in Support of Schering-Plough Corporation's and Warrick Pharmaceutical Corporation's Motion for Summary Judgment;

20. Declaration of David Aaronson;

21. Declaration of M. Joyce Howe;

22. Declaration of James Shepley;

23. Declaration of Leroy Townsend;

24. Declaration of Larry Young; and

25. Class Plaintiffs' Rule 56(f) Affidavit In Support of Refusal of Summary Judgment.

Please acknowledge this filing by date-stamping the enclosed copy of this letter and returning it to the waiting messenger. Thank you.

Sincerely,

Steve W. Berman

SWB:clf

Enclosures
cc: All Counsel (via LexisNexis file & serve)

001534-16 101753 V1