UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | 
| THIS DOCUMENT RELATES TO: | ) ) |
| ALL ACTIONS | ) ) ) |

MDL No. 1456

CIVIL ACTION:  01-CV-12257-PBS

Judge Patti B. Saris

## NOTICE OF FILING UNDER SEAL

To:   All Counsel of Record

Please take notice that on April 7, 2006, we, as attorneys for plaintiffs, caused to be filed under seal with the Clerk of the United States District Court for the District of Massachusetts the following items:

1. Plaintiffs' Memorandum In Opposition to Track 1 Defendants' Joint Motion for Summary Judgment;

2. Declaration of Steve W. Berman in Support of Plaintiffs' Memorandum In Opposition to Track 1 Defendants' Joint Motion for Summary Judgment;

3. Declaration of Raymond S. Hartman in Opposition to Defendants' Motion for Summary Judgment;

4. Plaintiffs' Opposition to AstraZeneca Pharmaceuticals LP's Motion for Summary Judgment;

5. Response of Plaintiffs' to Defendant AstraZeneca Pharmaceuticals LP's Local Rule 56.1 Statement of Undisputed Facts in Support of Its Motion for Summary Judgment;

- 1 -

- 2 -

6. Declaration of Steve W. Berman in Support of Plaintiffs' Opposition to AstraZeneca Pharmaceuticals LP's Motion for Summary Judgment and Response of Plaintiffs' to Defendant AstraZeneca Pharmaceuticals LP's Local Rule 56.1 Statement of Undisputed Facts in Support of Its Motion for Summary Judgment;

7. Plaintiffs' Memorandum in Opposition to the BMS Defendants' Motion for Summary Judgment;

8. Declaration of Steve W. Berman in Support of Plaintiffs' Memorandum in Opposition to the BMS Defendants' Motion for Summary Judgment and Response of Class Plaintiffs to Local Rule 56.1 Statement of Defendants Bristol-Myers Squibb Corporation and Oncology Therapeutics Network;

9. Plaintiffs' Opposition to the Johnson & Johnson Defendants' Motion for Summary Judgment;

10. Class Plaintiffs' Response to the Johnson & Johnson Defendants' Local Rule 56.1 Statement in Support of Their Motion for Summary Judgment as to Class 1 and Class 2;

11. Declaration of Steve W. Berman in Support of Plaintiffs' Opposition to the Johnson & Johnson Defendants' Motion for Summary Judgment;

12. Plaintiffs' Memorandum in Opposition to Schering-Plough Corporation's and Warrick Pharmaceuticals Corporation's Motion for Summary Judgment as to Class 2 Claims;

13. Response of Class Plaintiffs to Concise Statement of Undisputed Material Facts in Support of Schering-Plough Corporation's and Warrick Pharmaceutical Corporation's Motion for Summary Judgment; and

14. Declaration of Steve W. Berman in Support of Plaintiffs' Memorandum in Opposition to Schering-Plough Corporation's and Warrick Pharmaceuticals Corporation's Motion for Summary Judgment as to Class 2 Claims and Response of Class Plaintiffs to Concise Statement of Undisputed Material Facts in Support of Schering-Plough Corporation's and Warrick Pharmaceutical Corporation's Motion for Summary Judgment.

| | |
|---|---|
| DATED:  April 7, 2006 | By   /s/ Steve W. Berman   <br>   Thomas M. Sobol (BBO#471770)<br>   Edward Notargiacomo (BBO#567636)<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA  02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003 |

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

- 4 -

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Shanin Specter
Donald E. Haviland, Jr.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
Facsimile:  (215) 772-1359
Telephone:  (215) 772-1000

**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 4 -

## CERTIFICATE OF SERVICE

     I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **NOTICE OF FILING UNDER SEAL** be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on April 7, 2006, a copy to LexisNexis File and Serve for Posting and notification to all parties

     By  /s/ **Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292