UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | 
| THIS DOCUMENT RELATES TO: | ) ) |
| ALL ACTIONS | ) ) ) |

MDL No. 1456

CIVIL ACTION: 01-CV-12257-PBS

Judge Patti B. Saris

# PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs, by their attorneys, respectfully move this Court for leave to file under seal the following pleadings and other materials: (a) Plaintiffs' Memorandum in Opposition to Track 1 Defendants' Joint Motion for Summary Judgment; (b) Declaration of Steve W. Berman in Support of Plaintiffs' Memorandum in Opposition to Track 1 Defendants' Joint Motion for Summary Judgment; (c) Declaration of Raymond S. Hartman in Opposition to Defendants' Motion for Summary Judgment; (d) Plaintiffs' Opposition to AstraZeneca Pharmaceuticals LP's Motion for Summary Judgment; (e) Response of Plaintiffs to Defendant AstraZeneca Pharmaceuticals LP's Local Rule 56.1 Statement of Undisputed Facts in Support of Its Motion for Summary Judgment; (f) Declaration of Steve W. Berman in Support of Plaintiffs' Opposition to AstraZeneca Pharmaceuticals LP's Motion for Summary Judgment and Response of Plaintiffs to Defendant AstraZeneca Pharmaceuticals LP's Local Rule 56.1 Statement of Undisputed Facts in Support of its Motion for Summary Judgment; (g) Plaintiffs' Memorandum in Opposition to the BMS Defendants' Motion for Summary Judgment; (h) Declaration of Steve W. Berman in

- 1 -

Support of Plaintiffs' Memorandum in Opposition to the BMS Defendants' Motion for Summary Judgment and Response of Class Plaintiffs to Local Rule 56.1 Statement of Defendants Bristol-Myers Squibb Corporation and Oncology Therapeutics Network; (i) Plaintiffs' Opposition to the Johnson & Johnson Defendants' Motion for Summary Judgment; (j) Class Plaintiffs' Response to the Johnson & Johnson Defendants' Local Rule 56.1 Statement in Support of Their Motion for Summary Judgment as to Class 1 and Class 2; (k) Declaration of Steve W. Berman in Support of Plaintiffs' Opposition to the Johnson & Johnson Defendants' Motion for Summary Judgment; (l) Plaintiffs' Memorandum in Opposition to Schering-Plough Corporation's and Warrick Pharmaceuticals Corporation's Motion for Summary Judgment as to Class 2 Claims; (m) Response of Class Plaintiffs to Concise Statement of Undisputed Material Facts in Support of Schering-Plough Corporation's and Warrick Pharmaceutical Corporation's Motion for Summary Judgment; and (n) Declaration of Steve W. Berman in Support of Plaintiffs' Memorandum in Opposition to Schering-Plough Corporation's and Warrick Pharmaceuticals Corporation's Motion for Summary Judgment as to Class 2 Claims and Response of Class Plaintiffs to Concise Statement of Undisputed Material Facts in Support of Schering-Plough Corporation's and Warrick Pharmaceutical Corporation's Motion for Summary Judgment.

The foregoing items include or reference copies of documents and/or excerpts from documents that certain defendants have identified as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" pursuant to the terms of the December 13, 2004 Protective Order. Also, the foregoing items reference information contained in documents designated by certain defendants as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL." In addition, the foregoing items not only quote extensively from and/or attach documents that certain defendants have designated as

"CONFIDENTIAL" or "HIGHLY CONFIDENTIAL," but also they include references to pricing data that defendants likely believe to be highly proprietary in nature.

Paragraph 15 of the Protective Order mandates that any document or pleading containing material such as that referenced above be filed under seal. Plaintiffs hereby seek to comply with the terms of the Protective Order.

While plaintiffs seek to file the above-listed items under seal in order to comply with the Protective Order, plaintiffs believe that much if not all of the material that defendants have designated or likely deem to be "CONFIDENTIAL" or HIGHLY CONFIDENTIAL is not truly confidential or highly confidential. Accordingly, plaintiffs plan to move for an order unsealing the summary judgment (and other) materials recently filed by defendants under seal, in addition to the materials that plaintiffs themselves hereby seek to file under seal.

WHEREFORE, Plaintiffs respectfully request that this Court grant them leave to file the foregoing listed materials under seal.

DATED: April 7, 2006

By   /s/ **Steve W. Berman**
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Shanin Specter
Donald E. Haviland, Jr.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
Facsimile:  (215) 772-1359
Telephone:  (215) 772-1000

**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL** be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on April 7, 2006, a copy to LexisNexis File and Serve for Posting and notification to all parties

By  /s/ **Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

001534-16 101120 V1