UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) ) ALL ACTIONS ) ) | MDL No. 1456 CIVIL ACTION: 01-CV-12257-PBS Judge Patti B. Saris |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

THIS MATTER is before the Court on plaintiffs' motion for leave to file under seal.  The Court, having considered all pleadings in support and in opposition thereto, and being fully advised in the premises, hereby

GRANTS plaintiffs' motion for leave to file under seal the following items:

1.  Plaintiffs' Memorandum In Opposition to Track 1 Defendants' Joint Motion for Summary Judgment;

2.  Declaration of Steve W. Berman in Support of Plaintiffs' Memorandum In Opposition to Track 1 Defendants' Joint Motion for Summary Judgment;

3.  Declaration of Raymond S. Hartman in Opposition to Defendants' Motion for Summary Judgment;

4.  Plaintiffs' Opposition to AstraZeneca Pharmaceuticals LP's Motion for Summary Judgment;

5.  Response of Plaintiffs' to Defendant AstraZeneca Pharmaceuticals LP's Local Rule 56.1 Statement of Undisputed Facts in Support of Its Motion for Summary Judgment;

- 1 -

- 2 -

6. Declaration of Steve W. Berman in Support of Plaintiffs' Opposition to AstraZeneca Pharmaceuticals LP's Motion for Summary Judgment and Response of Plaintiffs' to Defendant AstraZeneca Pharmaceuticals LP's Local Rule 56.1 Statement of Undisputed Facts in Support of Its Motion for Summary Judgment;

7. Plaintiffs' Memorandum in Opposition to the BMS Defendants' Motion for Summary Judgment;

8. Declaration of Steve W. Berman in Support of Plaintiffs' Memorandum in Opposition to the BMS Defendants' Motion for Summary Judgment and Response of Class Plaintiffs to Local Rule 56.1 Statement of Defendants Bristol-Myers Squibb Corporation and Oncology Therapeutics Network;

9. Plaintiffs' Opposition to the Johnson & Johnson Defendants' Motion for Summary Judgment;

10. Class Plaintiffs' Response to the Johnson & Johnson Defendants' Local Rule 56.1 Statement in Support of Their Motion for Summary Judgment as to Class 1 and Class 2;

11. Declaration of Steve W. Berman in Support of Plaintiffs' Opposition to the Johnson & Johnson Defendants' Motion for Summary Judgment;

12. Plaintiffs' Memorandum in Opposition to Schering-Plough Corporation's and Warrick Pharmaceuticals Corporation's Motion for Summary Judgment as to Class 2 Claims;

13. Response of Class Plaintiffs to Concise Statement of Undisputed Material Facts in Support of Schering-Plough Corporation's and Warrick Pharmaceutical Corporation's Motion for Summary Judgment; and

14. Declaration of Steve W. Berman in Support of Plaintiffs' Memorandum in Opposition to Schering-Plough Corporation's and Warrick Pharmaceuticals Corporation's Motion for Summary Judgment as to Class 2 Claims and Response of Class Plaintiffs to Concise Statement of Undisputed Material Facts in Support of Schering-Plough Corporation's and Warrick Pharmaceutical Corporation's Motion for Summary Judgment.

IT IS SO ORDERED.


DATED: _____          _____
                                                                                       Hon. Patti B. Saris
                                                                                       United States District Court Judge

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing [**PROPOSED**] **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL** be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on April 7, 2006, a copy to LexisNexis File and Serve for Posting and notification to all parties

      By      /**s**/ **Steve W. Berman**
      Steve W. Berman
      **HAGENS BERMAN SOBOL SHAPIRO LLP**
      1301 Fifth Avenue, Suite 2900
      Seattle, WA  98101
      (206) 623-7292