# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT PERTAINS TO:<br>ALL CLASS ACTIONS | Judge Patti B. Saris |

## DECLARATION OF REVEREND DAVID AARONSON

I, David Aaronson, hereby declare as follows:

1.      This Declaration is submitted in opposition to Defendants' Motions for Summary Judgment.

2.      My wife, Susan Aaronson, and I, are residents of the State of North Carolina and reside in Matthews, North Carolina.

3.      My wife was diagnosed with both breast and ovarian cancer. She has been prescribed the following physician-administered drugs as part of her treatment for these illnesses: albumin; albuterol sulfate; bacitracin; bupivacaine; carboplatin injectable; cefazolin sodium; cisplatin; darbepoetin alfa; dexamethasone sodium phosphate; dextrose injectable; dextrose sodium choloride; diltiazem hydrochloride injectable; diphenhydramine injectable; enoxaparin sodium; epinephrine; epoetin alfa; famotidine; fentanyl citrate; furosemide; glycopyrrolate injectable; heparin sodium; hetastarch sodium chloride injectable; hydromorphone injectable; ipratorium bromide; lidocaine hydrochloride injectable; magnesium sulfate injectable; midazolam hydrochloride; morphine sulfate injectable; neostigmine methylsulfate; odansetron; paclitaxel; pegfilgrastim; phenylephrine; plicamycin; potassium choloride; promethazine injectable; ringers lactated with dextrose injectable; propofol injectable; sodium chloride; succinylcholine chloride injectable; and vercuronium bromide injectable.

4.      My wife and I have paid for a portion of the cost of these physician administered prescription medications which she received.

5.      My wife has treated for her cancer with the following healthcare providers: Dr. Guilhem Canturaria, Presbyterian Cancer Center and Dr. Edwin Shoaf, First Charlotte Physicians.

6.      My wife and I relied on the advice of my wife's health care providers regarding her medical treatment, use of the above listed prescription drugs, and whether or not she should continue to use them.

7.      My wife and I relied on the advice of my wife's doctors and their facilities to be fair in their pricing of prescription medications and to comport with all ethical, moral, medical, regulatory and legal standards with respect to their medical care and treatment and their bills.

8.      My wife and I do not know if she ever received free samples of any of the prescription drugs she was administered and our medical bills and records do not indicate whether or not she received free samples of any of these drugs. Also, my wife's healthcare providers never told us whether or not she received free samples of these prescription medications.

9.      My wife and I do not know if (or to what extent) her doctors or their facilities received free samples of prescription medications and then billed for the free samples, as we were never told.

10.     My wife and I do not know what her doctors or their facilities paid for the prescription medications my wife was administered, as we were never told.

11.     My wife and I do not know if (or to what extent) her doctors or their facilities profited from the sale of prescription medications, as we were never told.

12.     My wife and I do not know if (or to what extent) her doctors or their facilities received other things of value from any of the defendant drug companies, as we were never told.

13. Prior to the filing of this action, I did not ever have occasion to read any government report, article or presentation in the media, or other document or presentation which caused us to learn about the unlawful marketing and sales practices alleged in this case to have been committed by the drug company defendants.

14. As set forth in the Complaint my wife and I filed in this action, my wife and I believe that we, and the people we represent in the certified class in this case, have suffered direct injury and damages as a result of the defendants' conduct.

15. I hereby declare under penalty of perjury that all of the foregoing statements made by me are true and correct to the best of my knowledge, information and belief.

This the 7th day of April, 2006.

/s/ _____
**DAVID AARONSON**