UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT PERTAINS TO:<br>ALL CLASS ACTIONS | Judge Patti B. Saris |

### DECLARATION OF LEROY TOWNSEND

I, Leroy Townsend, hereby declare as follows:

1. This Declaration is submitted in opposition to Defendants Motions for Summary Judgment.

2. I am a resident of the State of Florida and reside in Naples, Florida.

3. I have been diagnosed with prostate cancer. Since my diagnosis, I have been prescribed Zoladex as part of my treatment for this illness.

4. I have paid for a portion of the cost of this physician-administered prescription medication which I received.

5. I have treated for this illness with various healthcare providers, including Dr. Emil Grieco.

6. I relied on the advice of my healthcare providers regarding my medical treatment, use of the above listed prescription drug, and whether or not I should continue to use it.

7. I relied on the advice of my doctors and their facilities to be fair in their pricing of prescription medications and to comport with all ethical, moral, medical, regulatory and legal standards with respect to their medical care and treatment and their bills.

8. I do not know if I ever received free samples of any of the Zoladex I was administered and my medical bills and records do not indicate whether or not I received any free samples of

this drug.  Also, my healthcare providers never told me whether or not I received free samples of this drug.

9. I do not know if (or to what extent) my doctors or their facilities received free samples of prescription medications and then billed for the free samples, as I was never told.

10. I do not know what my doctors or their facilities paid for the Zoladex I was administered, as I was never told.

11. I do not know if (or to what extent) my doctors or their facilities profited from the sale of prescription medications, as I was never told.

12. I do not know if (or to what extent) my doctors or their facilities received other things of value from any of the defendant drug companies in this litigation, as I was never told.

13. Prior to the filing of this action, I did not ever have occasion to read any government report, article or presentation in the media, or other document or presentation which caused us to learn about the unlawful marketing and sales practices alleged in this case to have been committed by the drug company defendants.

14. As set forth in the Complaint I filed in this action, I believe that I, and the people I represent in the certified class in this case, have suffered direct injury and damages as a result of the defendants' conduct.

15. I hereby declare under penalty of perjury that all of the foregoing statements made by me are true and correct to the best of my knowledge, information and belief.

This the 7th day of April, 2006.

/s/ _____
**LEROY TOWNSEND**