UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | ) No. MDL Docket No. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) |
| This Document Relates to The Master Consolidated Class Action | ) ) Judge Patti B. Saris ) ) ) ) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Robert J. Muldoon, Jr. (rjmuldoon@sherin.com) as counsel of record for defendant Teva Pharmaceuticals USA, Inc.

        Teva Pharmaceuticals USA, Inc.

        By its attorneys,

        /s/ Robert J. Muldoon
        Robert J. Muldoon, Jr., BBO#: 359480
        James W. Matthews, BBO#: 560560
        Pamela A. Zorn, BBO#: 640800
        Sherin and Lodgen LLP
        101 Federal Street
        Boston, Massachusetts 02110
        (617) 646-2000

Dated: April 10, 2006