UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | ) No. MDL Docket No. 1456 )<br>) CIVIL ACTION: 01-CV-12257-PBS )<br>)<br>) Judge Patti B. Saris |
| This Document Relates to The Master Consolidated Class Action | ) ) ) ) |

### NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of James W. Matthews (jwmatthews@sherin.com) as counsel of record for defendant Teva Pharmaceuticals USA, Inc.

    Teva Pharmaceuticals USA, Inc.

    By its attorneys,

    /s/ James W. Matthews
    Robert J. Muldoon, Jr., BBO#: 359480
    James W. Matthews, BBO#: 560560
    Pamela A. Zorn, BBO#: 640800
    Sherin and Lodgen LLP
    101 Federal Street
    Boston, Massachusetts 02110
    (617) 646-2000

Dated: April 10, 2006