UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | ) No. MDL Docket No. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) |
| This Document Relates to The Master Consolidated Class Action | ) Judge Patti B. Saris ) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Pamela A. Zorn (pazorn@sherin.com) as counsel of record for defendants Teva Pharmaceuticals USA, Inc.

                                  Teva Pharmaceuticals USA, Inc.

                                  By its attorneys,

                                /s/ Pamela A. Zorn
                                Robert J. Muldoon, Jr., BBO#: 359480
                                James W. Matthews, BBO#: 560560
                                Pamela A. Zorn, BBO#: 640800
                                Sherin and Lodgen LLP
                                101 Federal Street
                                Boston, Massachusetts 02110
                                (617) 646-2000

Dated: April 10, 2006