UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | ) No. MDL Docket No. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) |
| This Document Relates to The Master Consolidated Class Action | ) ) Judge Patti B. Saris ) ) ) ) |

## MOTION FOR ADMISSION OF ATTORNEYS *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Pamela A. Zorn, a member of the bar of this Court and attorney for defendant Teva Pharmaceuticals USA, Inc., moves to admit attorneys T. Reed Stephens and Geoffrey J. Repo to the bar of this Court *pro hac vice*. In support of this Motion, the movant relies on the accompanying Affidavits of T. Reed Stephens and Geoffrey J. Repo, which state that: (1) Mr. Stephens is a member in good standing of the bars of the Commonwealth of Pennsylvania, the District of Columbia, and the Eastern District of Pennsylvania, and Mr. Repo is a member in good standing of the bars of the State of Illinois and the Northern District of Illinois; (2) neither Mr. Stephens nor Mr. Repo are currently the subject of any disciplinary proceedings as a member of any bar; and (3) both Mr. Stephens and Mr. Repo are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

**WHEREFORE**, Teva Pharmaceuticals USA, Inc. requests that the Court grant this motion to admit T. Reed Stephens and Geoffrey J. Repo *pro hac vice*.

- 2 -

                TEVA PHARMACEUTICALS USA, INC.,

                By its attorneys,

                /s/ Pamela A. Zorn
                Robert J. Muldoon, Jr. (BBO# 359480)
                James W. Matthews (BBO# 560560)
                Pamela A. Zorn (BBO #640800)
                Sherin and Lodgen LLP
                101 Federal Street
                Boston, MA 02110
                (617) 646-2000

DATED: April 10, 2006