# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS AND THE STATE OF MONTANA ACTION | |

## ORDER

For good cause shown, all proceedings involving SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK") in the consolidated class cases and the Montana case are stayed until further order of the Court.

BY THE COURT:

The Honorable Patti B. Saris
United States District Judge

DATED: April 7, 2006