UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| ALL ACTIONS | |

## PLAINTIFFS' UNOPPOSED MOTION TO AMEND CMO NO. 20

Plaintiffs respectfully move the Court for an Order amending CMO No. 20 to continue the trial date in this case until September 25, 2006.  In support of this motion plaintiffs state as follows:

The trial in this case is presently scheduled for September 11, 2006.  Three members of plaintiffs' trial team including lead trial counsel are committed on September 11, 2006, a commitment that was set prior to entry of CMO No. 20.  Plaintiffs' counsel can conclude that matter and be ready by September 25, 2006.  AstraZeneca's counsel, the first defendant set on September 11, 2006, does not object.  Therefore, plaintiffs request a continuance of the trial until September 25, 2006.

For the reasons presented above, plaintiffs respectfully ask this Court to amend CMO No. 20 to continue the trial date until September 25, 2006.

DATED:  April 10, 2006 By  /s/ Steve W. Berman
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

-3-

                Marc H. Edelson
                Allan Hoffman
                Edelson & Associates LLC
                45 West Court Street
                Doylestown, PA  18901
                Telephone: (215) 230-8043
                Facsimile: (215) 230-8735

                Shanin Specter
                Donald E. Haviland, Jr.
                Kline & Specter, P.C.
                1525 Locust Street, 19th Floor
                Philadelphia, PA  19102
                Facsimile:  (215) 772-1359
                Telephone:  (215) 772-1000

                **CO-LEAD COUNSEL FOR**
                **PLAINTIFFS**

-1-

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

      I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on April 10, 2006, I caused copies of **PLAINTIFFS' UNOPPOSED MOTION TO AMEND CMO NO. 20** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                            **/s/ Steve W. Berman**
                                            Steve W. Berman

001534-16 87790 V1