UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456 |
| THIS DOCUMENT RELATES TO ALL ACTIONS. ) ) ) ) ) ) ) | Judge Patti B. Saris MDL No. 1456 Civil Action No. 01-12257-PBS |

## NOTICE OF APPEARANCE OF SHAMIR PATEL ON BEHALF OF BAXTER INTERNATIONAL INC. AND BAXTER HEALTHCARE CORPORATION

Pursuant to Local Rule 83.5.3(b) and paragraph 16 of this Court's Case Management Order No. 1, Shamir Patel of the law firm of Dickstein Shapiro Morin & Oshinsky LLP, hereby enters his appearance on behalf of Defendants Baxter International Inc. and Baxter Healthcare Corporation in the above-captioned matter.

Mr. Patel is not a member of the bar of the United States District Court for the District of Massachusetts, but respectfully seeks admission *pro hac vice* in accordance with the procedure set forth in this Court's Case Management Order No. 1. The Certificate of Good Standing attached hereto as Exhibit A demonstrates that Mr. Patel is a member of the bar in good standing in every jurisdiction where he has been admitted to practice and is familiar with the Local Rules of this Court.

The appropriate $50 filing fee has been submitted to the Clerk under separate cover.

Respectfully submitted,

/s/ Jill Brenner Meixel
Peter E. Gelhaar, (BBO#: 188310)
Jill Brenner Meixel, (BBO#: 652501)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 720-2880

## CERTIFICATE OF SERVICE

I, Shamir Patel, certify that a true and correct copy of the foregoing Notice of Appearance was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on April 11, 2006, a copy to Lexis/Nexis for positing and notification.

/s/ Shamir Patel
Shamir Patel

DSMDB.2070023.1