# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) MDL No. 1456 |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS. | ) ) ) ) ) ) ) ) Judge Patti B. Saris MDL No. 1456 Civil Action No. 01-12257-PBS |

## CERTIFICATE OF GOOD STANDING OF JARED DAVID RODRIGUES

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Jared Rodrigues, hereby certify that:

1. I am an associate in the law firm of Dickstein Shapiro Morin & Oshinsky LLP, which maintains offices at 2101 L Street NW, Washington, DC, 20037;

2. I am a member in good standing in every jurisdiction where I have been admitted to practice, which includes the following: Commonwealth of Virginia, the District of Columbia, and the United States District Court for the Eastern District of Virginia;

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

4. I am familiar with the facts surrounding this dispute and the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

Jared Rodrigues
April 11, 2006

DSMDB.2070182.1