UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>GOVERNMENT EMPLOYEES HOSPITAL ASSOCIATION, and DISTRICT COUNCIL 37 HEALTH AND SECURITY PLAN TRUST, Individually and on behalf of all others similarly situated,<br>    Plaintiffs<br><br>v.<br><br>SERONO INTERNATIONAL, S.A., SERONO LABORATORIES, INC., SERONO, INC., RJL SYSTEMS, INC., And RUDOLPH J. LIEDTKE,<br>    Defendants. |  |

**UNOPPOSED MOTION TO EXTEND PAGE LIMITATIONS RELATING TO MOTION TO DISMISS GEHA V. SERONO INTERNATIONAL, S.A. ET AL.**

Pursuant to L.R. 7.1(B)(4), defendants Serono International, S.A., Serono Laboratories, Inc., and Serono, Inc. (collectively the "Serono Defendants") hereby request leave of Court to submit memoranda in excess of twenty pages with respect to the anticipated motion to dismiss the Second Amended Complaint in *GEHA et al. v. Serono International, S.A. et al.*, which will be filed on or before April 28, 2006. Greater than twenty pages for the memoranda of law may be required, in part, because of the nature and complexity of the claims at issue. The Second Amended Complaint asserts eight causes of action sounding in civil RICO, civil conspiracy, common law fraud, unjust enrichment, and the consumer protection statutes of forty-four (44) states plus the District of Columbia, and the proposed page limitations are reasonable in light of

the scope and complexity of these claims.

Serono requests leave to file memoranda of law not to exceed the following page limitations:

| | |
|---|---|
| Serono Defendants' Motion to Dismiss | 60 pages |
| Plaintiffs' Opposition | 60 pages |
| Serono Defendants' Reply | 20 pages |

Serono respectfully submits that the proposed memoranda will enhance the Court's understanding of the parties' respective arguments concerning the motion to dismiss. Serono's counsel has discussed this motion with Plaintiffs' counsel, and Plaintiffs' counsel has indicated that they do not oppose the motion.

Respectfully submitted:

SERONO INTERNATIONAL, S.A.,
  SERONO, Inc., and SERONO
  LABORATORIES, INC.

By their attorneys,

/s/ David M. Ryan
_____
 Fred A. Kelly (BBO No. 544046)
 David M. Ryan (BBO No. 644037)
 Amy R. George (BBO No. 629548)
 NIXON PEABODY LLP
 100 Summer Street
 Boston, MA  02110
 Telephone: (617) 345-1000

Dated: April 11, 2006

## RULE 7.1 CERTIFICATION

  I hereby certify that on April 11, 2006, I conferred with David S. Nalven, Esq. concerning the length of the parties' memoranda of law relating to the anticipated motion to dismiss, and he indicated that he did not oppose this motion.

              /s/ David M. Ryan
              _____
              David M. Ryan


## CERTIFICATE OF SERVICE

  I, David M. Ryan, do hereby certify that I caused a copy of the foregoing Stipulation to be served by electronic means, upon all counsel of record, on this 11th day of April, 2006.

              /s/ David M. Ryan
              _____
              David M. Ryan