UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS. | Judge Patti B. Saris |

## NOTICE OF APPEARANCE ON BEHALF OF NON-PARTY AMERISOURCEBERGEN CORPORATION AND MOTION FOR ADMISSION *PRO HAC VICE* OF STEVEN E. BIZAR, ESQUIRE

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts (the "Local Rules"), Nathan R. Soucy, Esquire, a member in good standing of the bar of the United States District Court for the District of Massachusetts, hereby enters an appearance on behalf of Non-party AmerisourceBergen Corporation and moves this Court to enter an order authorizing Steven E. Bizar, Esquire of the law firm Buchanan Ingersoll PC, 1835 Market St., 14th Floor, Philadelphia, PA 19103, to appear and practice *pro hac vice* before the United States District Court for the District of Massachusetts in this case, on behalf of Non-party AmerisourceBergen Corporation, and states as grounds therefor as follows:

1. As set forth in the accompanying Certificate, Steven E. Bizar is a member of the bar of the Commonwealth of Pennsylvania, the United States District Court for the Eastern, Middle and Western Districts of Pennsylvania, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Seventh Circuit, the United States Court of International Trade, the State of New York, and the United States District Courts for the Southern and Eastern Districts of New York, and is a member in good standing in every

jurisdiction where he has been admitted to practice, and is not subject to pending disciplinary proceedings as a member of the bar in any jurisdiction.

2. Steven E. Bizar, Esquire is familiar with the Local Rules.

WHEREFORE, the undersigned counsel respectfully moves for admission of Steven E. Bizar to practice and appear before this Court *pro hac vice*.

Dated this 11th day of April, 2006.

By: /s/ Nathan R. Soucy
Nathan R. Soucy (BBO # 660914)
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street, 16th Floor
Boston, MA  02110
(617) 951-2505
(617) 951-0679 (facsimile)
soucy@cwg11.com