UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION : : : : THIS DOCUMENT RELATES TO : ALL ACTIONS. : : : | MDL No. 1456 Civil Action: 01-CV-12257-PBS Judge Patti B. Saris |

## CERTIFICATION OF GOOD STANDING

I, Steven E. Bizar, Esquire, hereby certify:

1.    I am an attorney with the law firm of Buchanan Ingersoll PC, 1835 Market St., 14th Floor, Philadelphia, PA 19103. I seek permission to appear *pro hac vice* in this case for the purpose of serving as co-counsel for Non-party AmerisourceBergen Corporation, along with the law firm of Cohn Whitesell & Goldberg LLP.

2.    I am admitted to practice as a member of the following courts:

State of New York;

United States District Courts for the Southern and Eastern Districts of New York;

United States Court of Appeals for the Third Circuit;

Commonwealth of Pennsylvania;

United States District Court for the Eastern District of Pennsylvania;

United States District Court for the Middle District of Pennsylvania;

United States Court of Appeals for the Seventh Circuit;

United States District Court for the Western District of Pennsylvania; and the

United States Court of International Trade.

3  Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts (the "Local Rules"), I am in good standing in every jurisdiction in which I have been admitted to practice, there are no disciplinary proceedings pending against me in any jurisdiction in which I have been admitted to practice, and I have reviewed and am familiar with the Local Rules.

Dated this 10th day of April, 2006.

                /s/ Steven E. Bizar
                Steven E. Bizar