UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | : : : | MDL No. 1456 |
| | : | Civil Action: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : : : : | Judge Patti B. Saris |

## CERTIFICATION OF GOOD STANDING

I, Meredith Myers LeConey, Esquire, hereby certify:

1. I am an attorney with the law firm of Buchanan Ingersoll PC, 1835 Market St., 14th Floor, Philadelphia, PA 19103. I seek permission to appear *pro hac vice* in this case for the purpose of serving as co-counsel for Non-party AmerisourceBergen Corporation, along with the law firm of Cohn Whitesell & Goldberg LLP.

2. I am admitted to practice as a member of the bar with the Commonwealth of Pennsylvania, the State Bar of New Jersey, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the District of New Jersey, and the United States Court of Appeals for the Third Circuit.

3. Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts (the "Local Rules"), I am in good standing in every jurisdiction in which I have been admitted to practice, there are no disciplinary proceedings pending against me in any jurisdiction in which I have been admitted to practice, and I have reviewed and am familiar with the Local Rules.

Dated this 10th day of April, 2006.

                                                          /s/ Meredith Myers LeConey
                                                          Meredith Myers LeConey