# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ | ) | MDL No. 1456 |
| IN RE PHARMACEUTICAL INDUSTRY | ) | Master File No. 01-12257-PBS |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | (Original Central District of |
| California | ) | |
| _____ | ) | No. 03-CV-2238) |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | Judge Patti B. Saris |
| State of California, *ex rel.* Ven-A-Care v. | ) | |
| Abbott Laboratories, Inc., *et al.* | ) | |
| CASE #: 1:03-cv-11226-PBS | ) | |
| _____ | ) | |

## NOTICE OF PROPOSED CASE MANAGEMENT ORDER
## PURSUANT TO THE COURT'S MARCH 16, 2006 RULING

Defendants Lipha, S.A. and Merck KGaA (collectively, the "Merck Entities") and Plaintiffs, through their undersigned counsel, respectfully submit the attached proposed case management order as directed by the Court on March 16, 2006. On March 16, 2006, the Court granted Plaintiffs and the Merck Entities' joint motion to stay the deadline for the Merck Entities to respond to the First Amended Complaint In Intervention and directed Plaintiffs and the Merck Entities to submit a proposed scheduling order.

Dated:  April 11, 2006

_____ /s Philip D. Robben _____
Christopher C. Palermo (*pro hac vice*)
Philip D. Robben (*pro hac vice*)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone:  (212) 808-7800
Facsimile:  (212) 808-7897

***Counsel for Defendants***
***Lipha, S.A. and Merck KGaA***

_____/s Timothy Foote_____
Timothy Foote
Deputy Attorney General
State of California Department of Justice
1455 Frazee Road, Suite 315
San Diego, CA 92108
Telephone:  (619) 688-6043
Facsimile:  (619) 688-4200

**_Counsel for Plaintiffs_**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Proposed Case Management Order and accompanying Proposed Case Management Order were delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on April 11, 2006, a copy of each to LexisNexis File & Serve for posting and notification to all parties.

_____/s Philip D. Robben_____
Philip D. Robben