# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) **MDL NO. 1456** <br> **Master File No. 01-12257-PBS** |
| THIS DOCUMENTS RELATES TO: <br> State of California, *ex rel*. Ven-A-Care v. Abbott Laboratories, Inc., *et al.* <br> Case No. 1:03-cv-11226-PBS | ) ) ) ) ) ) **(Original Central District of California No. 03-CV-2238)** <br><br> **Judge Patti B. Saris** |

### NOTICE OF PHARMA INVESTMENT, LTD.'S JOINDER IN PROPOSED CASE MANAGEMENT ORDER PURSUANT TO THE COURT'S MARCH 16, 2006 RULING

Defendant Pharma Investment, Ltd., a foreign corporation served with the First Amended Complaint-In-Intervention in this action on March 23, 2006, hereby joins in the Proposed Case Management Order Pursuant to the Court's March 16, 2006 Ruling, filed on April 11, 2006 by Defendants Lipha, S.A. and Merck KGaA, and Plaintiffs.  Defendant Pharma Investment, Ltd. has agreed with the Plaintiffs to be subject to the briefing schedule related to foreign defendants set forth in the Proposed Case Management Order.  Consistent with the agreement between Plaintiffs and Defendants Lipha, S.A. and Merck KGaA in the Proposed Case Management Order, Defendant Pharma Investment, Ltd. does not waive any jurisdictional, service of process, or other defense.

Dated:  April 12, 2006                                    Respectfully submitted,

                                                                              /s/ Lee Holland
                                                                    Brent Caslin (S.B.N. 198682)
                                                                    Glen G. Mastroberte (S.B.N. 224721)
                                                                    KIRKLAND & ELLIS LLP
                                                                    777 South Figueroa Street, Suite 3700
                                                                    Los Angeles, California  90017
                                                                    Telephone:   (213) 680-8400
                                                                    Facsimile:    (213) 680-8500

BOST1-885214-1

>
> Helen E. Witt, P.C.
> Anne M. Sidrys, P.C.
> KIRKLAND & ELLIS LLP
> 200 E. Randolph Drive
> Chicago, Illinois 60601-6636
> Telephone: (312) 861-2000
> Facsimile: (312) 861-2200
>
> John W. Steinmetz, Esq.
> Lee M. Holland, Esq.
> Robinson & Cole LLP
> One Boston Place
> Boston, Massachusetts 02108
> Telephone: (617) 557-5900
> Facsimile: (617) 557-5999
>
> *Attorneys for Defendant:*
> *Pharma Investment, Ltd.*

## CERTIFICATE OF SERVICE

I, Lee M. Holland, hereby certify that on April 12, 2006, I caused a true and correct copy of the foregoing, ***Notice of Pharma Investment, Ltd.'s Joinder in Proposed Case Management Order Pursuant to the Court's March 16, 2006 Ruling***, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2.

Dated:  April 12, 2006

                                                           /s/ Lee Holland
                                                      Lee M. Holland