UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | ) No. MDL Docket No. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) |
| This Document Relates to The Master Consolidated Class Action | ) Judge Patti B. Saris ) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Robert J. Muldoon, Jr. (rjmuldoon@sherin.com) as counsel of record for defendant IVAX Corporation.

         IVAX Corporation,

         By its attorneys,

         /s/ Robert J. Muldoon
         Robert J. Muldoon, Jr., BBO#: 359480
         James W. Matthews, BBO#: 560560
         Pamela A. Zorn, BBO#: 640800
         Sherin and Lodgen LLP
         101 Federal Street
         Boston, Massachusetts 02110
         (617) 646-2000

Dated: April 13, 2006