UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | ) No. MDL Docket No. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) |
| This Document Relates to The Master Consolidated Class Action | ) Judge Patti B. Saris ) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of James W. Matthews (jwmatthews@sherin.com) as counsel of record for defendant IVAX Corporation.

IVAX Corporation,

By its attorneys,

/s/ James W. Matthews
Robert J. Muldoon, Jr., BBO#: 359480
James W. Matthews, BBO#: 560560
Pamela A. Zorn, BBO#: 640800
Sherin and Lodgen LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 646-2000

Dated: April 13, 2006

00110881.DOC /