UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | ) No. MDL Docket No. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) ) |
| This Document Relates to The Master Consolidated Class Action | ) Judge Patti B. Saris ) ) ) ) |

## MOTION FOR ADMISSION OF ATTORNEYS *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Pamela A. Zorn, a member of the bar of this Court and attorney for defendant IVAX Corporation, moves to admit attorneys T. Reed Stephens and Elizabeth I. Hack to the bar of this Court *pro hac vice*. In support of this Motion, the movant relies on the accompanying Affidavits of T. Reed Stephens and Elizabeth I. Hack, which state that: (1) Mr. Stephens is a member in good standing of the bars of the Commonwealth of Pennsylvania, the District of Columbia, and the Eastern District of Pennsylvania, and Ms. Hack is a member in good standing of the bars of the State of New York and the District of Columbia; (2) neither Mr. Stephens nor Ms. Hack are currently the subject of any disciplinary proceedings as a member of any bar; and (3) both Mr. Stephens and Ms. Hack are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

**WHEREFORE**, IVAX Corporation requests that the Court grant this motion to admit T. Reed Stephens and Elizabeth I. Hack *pro hac vice*.

- 2 -

        IVAX Corporation,

        By its attorneys,

        /s/ Pamela A. Zorn
        Robert J. Muldoon, Jr. (BBO# 359480)
        James W. Matthews (BBO# 560560)
        Pamela A. Zorn (BBO #640800)
        Sherin and Lodgen LLP
        101 Federal Street
        Boston, MA 02110
        (617) 646-2000

Dated:  April 13, 2006