UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | ) ) No. MDL Docket No. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) |
| This Document Relates to The Master Consolidated Class Action | ) ) Judge Patti B. Saris ) ) ) ) |

### AFFIDAVIT OF T. REED STEPHENS, ESQ. IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEYS PRO HAC VICE

I, T. Reed Stephens, on my oath swear and depose:

1. I am a member of the law firm of Sonnenschein Nath & Rosenthal LLP, located at 1301 K Street, N.W., Suite 600, East Tower, Washington, D.C. 20005, telephone (202) 408-6400.

2. I was admitted to the Bar of the Commonwealth of Pennsylvania in 1992, the Bar of the District of Columbia in 1993, and the Bar of the Eastern District of Pennsylvania in 1992.

3. I am in good standing in every jurisdiction where I have been admitted to practice. I am not currently suspended or disbarred in any jurisdiction. No disciplinary proceedings are pending against me in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

00110877.DOC /

5.  My firm represents defendant IVAX Corporation and I respectfully request admission to the Bar of this Court *pro hac vice*.

Signed under the penalties of perjury this 12th day of April, 2006.

*[signature]*
T. Reed Stephens

00110877.DOC /