UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | ) No. MDL Docket No. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) |
| This Document Relates to The Master Consolidated Class Action | ) Judge Patti B. Saris ) ) ) |

### AFFIDAVIT OF ELIZABETH I. HACK, ESQ. IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEYS PRO HAC VICE

I, Elizabeth I. Hack, on my oath swear and depose:

1. I am a member of the law firm of Sonnenschein Nath & Rosenthal LLP, located at 1301 K Street, N.W., Suite 600, East Tower, Washington, D.C. 20005, telephone (202) 408-6400.

2. I was admitted to the Bar of the State of New York in 1989, and the Bar of the District of Columbia in 1989.

3. I am in good standing in every jurisdiction where I have been admitted to practice. I am not currently suspended or disbarred in any jurisdiction. No disciplinary proceedings are pending against me in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

00110878.DOC /

5.  My firm represents defendant IVAX Corporation and I respectfully request admission to the Bar of this Court *pro hac vice*.

Signed under the penalties of perjury this 12th day of April, 2006.

_____
Elizabeth I. Hack