```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL ) | |
| INDUSTRY AVERAGE WHOLESALE ) | |
| PRICE LITIGATION ) | MDL No. 1456 |
| ) | CIVIL ACTION NO. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ) | |
| ALL ACTIONS ) | |

**CASE MANAGEMENT ORDER NO. 25**

Saris, U.S.D.J.

Case Management Order No. 23 is amended as follows:

1. Plaintiffs shall file any expert reports on liability issues by June 13, 2006.

2. Defendants shall file any expert reports on liability by July 14, 2006.

3. With respect to any motions for summary judgment, briefing will proceed according to the following schedule:

| | |
|---|---|
| Motions for Summary Judgment | July 14, 2006 |
| Oppositions to Motion | August 11, 2006 |
| Replies | August 25, 2006 |
| Sur-replies | September 9, 2006 |
| Hearing | October 23, 2006 at 2:00 p.m. |

**SO ORDERED.**

                                            **S/PATTI B. SARIS**
                                            United States District Judge