UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL NO. 1456 <br><br> Civil Action: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS ) ) ) ) | Judge Patti B. Saris |

### WITHDRAWAL OF APPEARANCE OF ANTHONY A. FROIO

Please take notice that Anthony A. Froio of Robins, Kaplan, Miller & Ciresi L.L.P., hereby withdraws his appearance as counsel for Blue Cross Blue Shield of Massachusetts, Inc., in the above-captioned matter.

April 13, 2006                                    Respectfully submitted,


/s/ Anthony A. Froio
Anthony A. Froio (BBO #554708)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street
25th Floor
Boston, MA  02199
Email: aafroio@rkmc.com
Tel.:  (617) 267-2300
Fax.:  (617-267-8288

BN1 35030714.1

## **CERTIFICATE OF SERVICE**

     I, Anthony A. Froio, hereby certify that on April 13, 2006, a true copy of the above Withdrawal of Appearance was served electronically on all counsel of record.

                                       /s/ Anthony A. Froio
                                       Anthony A. Froio