Larry J. Crown
602-234-7822
ljc@jhc-law.com

April 14, 2006

**VIA EMAIL**

Tina D. Reynolds
Dickstein Shapiro Morin & Oshinsky
2101 L. Street NW
Washington, DC 20037
(ReynoldsT@dsmo.com)

    Re:   *In Re: Pharmaceutical Industry Average Wholesale Price Litigation*
            MDL No. 1456

Dear Tina:

    This confirms that you have agreed to continue the Rule 30(b)(6) Deposition of American Benefit Plan Administrators, Inc. initially set for April 27, 2006. I represent Class Representative, Roger Clark, and will be attending this deposition. I advised you that I will be involved in a two-week jury trial beginning on April 18, 2006. Once American Benefits contacts you in response to the records subpoena, we will all pick an agreeable date during the first two weeks of May. Thank you for your consideration.

                                         Sincerely,

                                         s/Larry J. Crown/

                                         Larry J. Crown

LJC/kc
All counsel via LexisNexis
3778-4