UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) State of California, *ex rel.* Ven-A-Care v. ) Abbott Laboratories, *et al.* ) 03-cv-11226-PBS ) ) | MDL No. 1456<br>Master File No. 01-12257-PBS<br><br>Judge Patti B. Saris |

**PLAINTIFFS' MOTION TO FILE REPLY IN SUPPORT OF
OBJECTIONS TO TAKING JUDICIAL NOTICE OF FACTS AND
CONCLUSIONS SET FORTH IN DEFENDANTS' MOTION TO DISMISS**

Pursuant to Local Rule 7.1(b)(3), Plaintiffs respectfully move the Court for permission to file a reply in support of their <u>Objections Pursuant to Rule 201(e) of the Federal Rules of Evidence to Judicial Notice of Facts and Conclusions Set Forth in Defendants' Motion to Dismiss</u>. The reply and a proposed order are submitted contemporaneously with this motion.

On January 17, 2006, Defendants filed a joint Motion to Dismiss the First Amended Complaint-in-Intervention, and therein requested the Court take judicial notice of various publicly available records. On March 2, Plaintiffs filed their Objections, and on April 3, Defendants filed an Opposition to Plaintiffs' Objections.

Plaintiffs maintain that the importance of the issues raised by the pending Motion to Dismiss, as well as the need to reply to contentions made by Defendants in their opposition, justify submission of a reply.

Counsel for Plaintiff California[1] and Defense counsel[2] discussed the instant motion and intended reply brief on April 12, 2006. Defense counsel instructed the undersigned to state that Defendants do not presently take a position regarding Plaintiffs' reply brief.

                    Respectfully submitted,

                    BILL LOCKYER
                    Attorney General for the State of California

Dated: April 17, 2006          By:    /s/ Nicholas N. Paul
                                              NICHOLAS N. PAUL
                                              Supervising Deputy Attorney General
                                              California Department of Justice
                                              1455 Frazee Road, Suite 315
                                              San Diego, California 92108
                                              Tel: (619) 688-6099
                                              Fax: (619) 688-4200

                                              **Attorneys for Plaintiff,**
                                              **STATE OF CALIFORNIA**

| THE BREEN LAW FIRM, P.A. | BERGER & MONTAGUE, P.C. |
|---|---|
| By:   /s/ James J. Breen<br>JAMES J. BREEN<br>5755 No. Point Parkway, Suite 39<br>Alpharetta, Georgia 30022<br>Telephone: (770) 740-0008<br>Fax: (770) 740-9109 | By:   /s/ Susan Schneider Thomas<br>SUSAN SCHNEIDER THOMAS<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000<br>Fax: (215) 875-4604 |
| **Attorneys for *Qui Tam* Plaintiff,**<br>**VEN-A-CARE OF THE**<br>**FLORIDA KEYS, INC.** | **Attorneys for *Qui Tam* Plaintiff,**<br>**VEN-A-CARE OF THE**<br>**FLORIDA KEYS, INC.** |

---

[1] Nicholas N. Paul (Supervising Deputy Attorney General, California)

[2] Tina M. Tabacchi (Jones Day, Abbott)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br>Master File No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>State of California, *ex rel.* Ven-A-Care v.<br>Abbott Laboratories, *et al.*<br>01-cv-12257-PBS and 03-cv-11226-PBS ) ) ) ) ) ) | |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE REPLY IN SUPPORT OF OBJECTIONS TO JUDICIAL NOTICE OF FACTS AND CONCLUSIONS SET FORTH IN DEFENDANTS' MOTION TO DISMISS

Upon consideration of Plaintiffs' Motion to File Reply in Support of Objections to Judicial Notice, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiffs' Motion is granted and that Plaintiffs may file a reply in support of their Objections Pursuant to Rule 201(e) of the Federal Rules of Evidence to Judicial Notice of Facts and Conclusions Set Forth in Defendants' Motion to Dismiss.

IT IS SO ORDERED.

Dated: _____

HONORABLE PATTI B. SARIS
United States District Court Judge

3

## CERTIFICATE OF SERVICE

I, Nicholas N. Paul, hereby certify that on April 17, 2006, I caused a true and correct copy of the foregoing, **PLAINTIFFS' MOTION TO FILE REPLY IN SUPPORT OF OBJECTIONS TO TAKING JUDICIAL NOTICE OF FACTS AND CONCLUSIONS SET FORTH IN DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE REPLY IN SUPPORT OF OBJECTIONS TO JUDICIAL NOTICE OF FACTS AND CONCLUSIONS SET FORTH IN DEFENDANTS' MOTION TO DISMISS** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: April 17, 2006

                                              /s/ Nicholas N. Paul
                                              NICHOLAS N. PAUL
                                              Supervising Deputy Attorney General