# Exhibit A

**EXHIBIT A**

**Suffolk Amended Complaint/Consolidated Complaint Comparisons, e.g.**

## ABBOTT

Suffolk Amended Complaint

- Fraudulent AWPs for:
    - Depokote Tab 250
    - Depakote Tab 500
    - Kaletra Cap Softgel                                                    SC at ¶ 125

Consolidated Complaint

- Fraudulent AWPs compared with "DOJ Determined Actual AWPs" in 2001 for:
    - Acetylcysteine
    - Acyclovir[1]
    - Amikacin Sulfate
    - Calcitriol (Calcijex)
    - Cimetidine Hydrochloride[2]
    - Clindamycin Phosphate[3]
    - Dextrose
    - Dextrose Sodium Chloride
    - Diazepam[4]
    - Furosemide[5]
    - Gentamicin Sulfate
    - Heparin Lock Flush
    - Metholprednisolone Sodium Succinate
    - Sodium Chloride
    - Tobramycin Sulfate
    - Vancomycin Hydrochloride                                         CC at ¶ 183

- Fraudulent AWPs compared with actual wholesale prices for
  Vancomycin 1995, 1996, 1999                                          CC at ¶ 187

- Fraudulent AWPs compared with "DOJ actual prices" for
  Amikacin from 1997-2003                                              CC at ¶ 189

---

[1] Went on FUL list on November 20, 2001.  From January 1- November 19, 2001 was reimbursed based on AWP.
[2] *Id.*
[3] *Id.*
[4] *Id.*
[5] *Id*

- Fraudulent AWPs for 551 NDCs from year 2000        *See* Exhibit A to CC

- Examples of generally available actual market prices for 72 NDCs
  with spreads of 48.67% - 2045.16% below AWP      *See* Exhibit B-1 to CC


## ALPHARMA GROUP (Alpharma, Faulding, Purepac)

<u>Suffolk Amended Complaint</u>

- Not named in Suffolk

<u>Consolidated Complaint</u>

- Fraudulent AWPs compared with actual wholesale prices for
  Alprazolam 0.5mg (tab) from 2000-2002      CC at ¶ 206

- Fraudulent AWPs compared with actual wholesale prices for
  Clobetasol 0.05% cream from 2001-2002      CC at ¶ 207

- FUL manipulation for Clobetasol 0.5% cream in 2001      CC at ¶¶ 208- 209

- Fraudulent AWPs compared with actual wholesale prices for
  Isosorbide 30mg 2001-2005      CC at ¶ 211

- Fraudulent AWPs for 414 NDCs from year 2000      *See* Exhibit A to CC

- Examples of generally available actual market prices for 228
  NDCs  with spreads of 40.11% - 4979.96% below AWP      *See* Exhibit B-3 to CC


## ALPHA THERAPEUTICS

<u>Suffolk Amended Complaint</u>

- Not named in Suffolk

<u>Consolidated Complaint</u>

- Fraudulent AWP compared with actual wholesale price in 1995
  for Venoglobulin-S 5%      CC at ¶ 221

- Fraudulent AWP compared with actual wholesale price for
  Venoglobulin-S 10% in 1995      CC at ¶ 221

2

- Fraudulent AWP compared with actual wholesale price for
  Venoglobulin-S 10% in 2000                                        CC at ¶ 222

- Fraudulent AWPs for 7 NDCs from year 2000                        *See* Exhibit A to CC

- Examples of generally available actual market prices for 2 NDCs
  with spreads of 48.67% below AWP                                 *See* Exhibit B-2 to CC

## AMGEN GROUP  (Amgen, Immunex)

Suffolk Amended Complaint

- Fraudulent AWPs in 2001 for:
    o Epogen Vial 10,000v/ml
    o Enbrel Kit 25mg
    o Neupogen Vial 300mcg/ml                                       SC at ¶ 138

Consolidated Complaint

- Specific examples of marketing spread for Aranesep              CC at ¶¶ 230-233

- Fraudulent AWP compared with actual wholesale price for
  Neulasta 1mg PFS in 2003                                         CC at ¶ 234

- Fraudulent AWP compared with actual wholesale price for
  Neupogen 480mcg in 2003                                          CC at ¶ 235

- Fraudulent AWPs compared with actual wholesale prices  for
  Leucovorin 350mg in 1992                                         CC at ¶ 236

- Fraudulent AWPs compared with actual wholesale prices for
  Leucovorin 50mg, 100mg, 350mg in 1995                           CC at ¶ 237

- Fraudulent AWPs compared with actual wholesale prices for
  Methotrexate LP 50mg, LP 100mg, 200mg, LP 250mg in 1998         CC at ¶ 238

- Fraudulent AWPs for 59 NDCs from year 2000                      *See* Exhibit A to CC

- Examples of generally available actual market prices for five
  NDCs with spreads of 329.91% - 476.82% below AWP                *See* Exhibit B-4 to CC

## ASTRAZENECA

Suffolk Amended Complaint

3

- Fraudulent AWPs in 2001 for:
  - o Nexium
  - o Prilosec
  - o Seroquel                  SC at ¶ 146

Consolidated Complaint

- Fraudulent AWP compared with actual price for Zestril 40 mg/100 NOC in 2000          CC at ¶ 257

- Specific examples of company policy of marketing spread      CC at ¶¶ 252-255

- Fraudulent AWPs for 183 NDCs from year 2000.      *See* Exhibit A to CC

- Examples of generally available actual market prices for 60 NDCs with spreads of 50.44% -3980.68% below AWP.      *See* Exhibit B-5 to CC

**BARR**

Suffolk Amended Complaint

- Fraudulent pricing in 2001 for Fluoxetine      SC at ¶ 166

Consolidated Complaint

- Fraudulent AWPs compared with actual wholesale priced for Chlordiazepoxide 25mg cap in 2000-2001      CC at ¶¶ 280-281

- Manipulation of FUL in 2001 for Chlordiazepoxide 25mg cap      CC at ¶¶ 283-284

- Fraudulent AWPs for 293 NDCs in 2000      See Exhibit A to CC

- Examples of generally available actual market prices for 145 NDCs with spreads of 48.17% -3467.36% below AWP      *See* Exhibit B-6 to CC

**BAXTER**

Suffolk Amended Complaint

- Not named in SC

Consolidated Complaint

- Specific examples of company-wide policy of marketing spread     CC at ¶¶ 291-296

- Fraudulent AWPs compared with "DOJ Determined Actual AWPs"
  for Dextrose, Dextrose Sodium Chloride and Sodium Chloride     CC at ¶ 297

- Fraudulent AWP compared with actual wholesale price for Sodium
  Chloride Irrigation Solution 500 ml 18s.     CC at ¶ 300

- Fraudulent AWP compared with actual wholesale price for
  Dextrose 5% 25ml in 2000     CC at ¶ 302

- Fraudulent AWPs for 92 NDCs from year 2000     *See* Exhibit A to CC

- Examples of generally available market prices for two NDCs
  with spreads of 38.09% -617.59% below AWP     *See* Exhibit B-7 to CC

## BAYER

### Suffolk Amended Complaint

- Fraudulent pricing for Cipro Tab 500mg in 2001     SC at ¶ 171

### Consolidated Complaint

- Specific examples of marketing spread for Recombinate     CC at ¶ 312

- Specific examples of using off-invoice pricing in 1994 for
  Gamimmune-N 10% and Kogenate to eliminate Medicaid risk     CC at ¶¶ 314-317

- DOJ conclusion of fraudulent AWP for Immune Globulin     CC at ¶ 321

- Fraudulent AWPs for 72 NDCs from year 2000     *See* Exhibit A to CC

- Examples of generally available actual market prices for 34
  NDCs with spreads of 117.04% -1905.25% below AWP     *See* Exhibit B-8 to CC

## BIOGEN IDEC

### Suffolk Amended Complaint

- Fraudulent pricing for Avonex VL 30mg in 2001     CC at ¶ 189

### Consolidated Complaint

- Specific allegations of Best Price/Rebate non-compliance with
  respect to Amevive, Zevalin and Avonex                          CC at ¶¶ 331-335

- Fraudulent AWPs for 1 NDC from year 2000                        *See* Exhibit A to CC

## BOEHRINGER GROUP   (Boehringer, Bedford, Ben Venue, Roxane)

Suffolk Amended Complaint

- Not named in SC

Consolidated Complaint

- Fraudulent AWPs compared with "DOJ Determined Actual AWPs" for:
    o  Acyclovir Sodium
    o  Amikacin Sulfate
    o  Mitomicyn
    o  Cytarabine
    o  Doxorubicin HCL
    o  Etoposide
    o  Leucovorin Calcium
    o  Methotrexate Sodium
    o  Vinblastine Sulfate                                        CC at ¶ 344

- Specific allegations of company policy to sell drugs at deep
  discounts off AWP and to market spread                         CC ¶¶ 342, 343, 345

- Fraudulent  for AWPs compared with actual wholesale prices for
   ipratropium bromide in 1999 and 2000                          CC at ¶¶ 348-349

- Fraudulent AWPs compared with actual wholesale prices for
  lithium carbonate from 1994-1996                               CC at ¶ 350

- Fraudulent AWPs compared with actual wholesale prices for
  Furosemide 20mg tablets in 2000-2001[6]                        CC at ¶¶ 351-352

- Manipulation of FUL for Furosemide 20mg tablets in 2001        CC ¶¶ 354-355

- Fraudulent AWP compared with actual wholesale price for
  Haloperidol Deconoate 100 mg/ml in 2000                        CC at ¶ 356

- Fraudulent AWP compared with actual wholesale price for
  Prednisone 20mg tablets in 2000                                CC at ¶ 357

---

[6] Furosemide 20mg went on FUL list on November 20, 2001.

- Fraudulent AWPs for 360 NDCs in 2000      *See* Exhibit A to CC

- Examples of generally available actual market prices for 210 NDCs
with spreads of 40.08% -1572.07% below AWP      *See* Exhibit B-10 to CC


## BMS GROUP    (Bristol Myers, Apothecon, Westwood, OTN)

### Suffolk Amended Complaint

- Fraudulent prices for Buspar, Glucophage, Plavix, Pravachol,
Sustiva, Zerit      SC at ¶ 194

### Consolidated Complaint

- Specific allegations of BMS policy to market spreads for BMS drugs,
including Vepesid and Etoposide      CC at ¶¶ 370-371

- Fraudulent AWPs compared with actual wholesale prices for
Cytoxan Lyophilized IV 1mg, in 2000-2001; deep discounting off
WAC for same      CC at ¶¶ 379-380

- Fraudulent AWPs compared with actual wholesale prices for
Vepesid in 1998 and 2000      CC at ¶¶ 381, 382

- Fraudulent AWPs compared with actual wholesale prices for
Blenoxane in 1995, 1997 and 1998      CC at ¶ 383

- Fraudulent AWPs compared with actual wholesale prices for
Amiken 500mg/2m-10s and Amikin 1g/vial 4m – 10s in 1998      CC at ¶ 384

- Fraudulent AWPs for 687 NDCs in 2000      *See* Exhibit A to CC

- Examples of generally available actual market prices for 269 NDCs
with spreads of 41.51% -6685.76% below AWP      *See* Exhibit B-9 to CC


## CHIRON

### Suffolk Amended Complaint

- False AWPs for Tobi Neb 300/5ml      (amended)    SC at ¶ 202

### Consolidated Complaint

- False AWPs s compared with actual wholesale prices in 1995 for

7

Cytarabine, Lyoph; Doxorubicin Solution; Leuvocorin, Lyoph
and Methotrexate PFS                                      CC at ¶ 391

- Specific examples from 1995 of marketing spread between acquisition cost and
  False AWPs for Leucovorin injection 200mg and Doxorubicin HCL,
  sol, 200mg                                              CC at ¶ 392

- Specific examples of off-invoice pricing to maintain fictional wholesale
  Prices for Leucovorin 200mg and Doxorubicin            CC at ¶ 393

- Fraudulent prices and unreported discounts for Acetylcystine,
  Doxorubicin, Cytarbine, Doxorubicin HCL                CC at ¶ 394

- Fraudulent AWPs compared with actual true prices for Mitomycin
  20mg 1995-1998                                          CC ¶ 395

- Fraudulent AWPs for 2 NDCs in 2000          *See* Exhibit A to CC

## DEY

<u>Suffolk Amended Complaint</u>

- Not named in Suffolk Complaint

<u>Consolidated Complaint</u>

- Specific examples of marketing spread for Albuterol, Cromolyn,
  Metaproterenol, and other drugs at issue               CC at ¶¶ 404-411

- Fraudulent AWP compared with actual wholesale price for
  Metaproterenol Sulfate in 2000                         CC at ¶ 416

- Fraudulent AWPs compared with actual prices for Albuterol and
  Ipatropium Bromide 1996, 1999, 2000 and 2001           CC at ¶ 419

- Fraudulent pricing in 2001 for Acetylcysteine, Albuterol Sulfate[7],
  Cromolyn Sodium[8] and Metaproterenol Sulfate          CC at ¶ 421

- Fraudulent AWPs compared with actual sales prices for:
  o Acetylcysteine Solution
  o Albuterol Sulfate Inhalation Soln.
  o Cromolyn Sodium Inhalation
  o USP, Metaproterenol Sulfate Inhalation Soln.

---

[7] Went on FUL list on November 20, 2001. From January 1- November 19, 2001 was reimbursed based on AWP.
[8] *Id.*

| | |
|---|---|
| o Sodium Chloride Solution | CC at ¶ 425 |

- Specific OIG findings regarding Albuterol Sulfate's excessive reimbursement costs      CC at ¶¶ 423-424

- False and inflated AWPs compared with actual wholesale prices for Albuterol Sulfate from 1993 and 1998      CC at ¶ 426

- Improper utilization of off-invoice pricing for Cromolyn Sodium and Ipatropium Bromide, failure to account for off-invoice sales      CC at ¶¶ 429-431

- Fraudulent AWPs for 43 NDCs in 2000      *See* Exhibit A to CC

- Examples of generally available actual market prices for 29 NDCs with spreads of 69.33% -774.27% below AWP      *See* Exhibit B-11 to CC

## ELI LILLY

Suffolk Amended Complaint

- Fraudulent pricing in 2001 for:
    - o Prozac cap 20mg, 40mg
    - o Zyprex tabs      SC at ¶ 208

Consolidated Complaint

- Specific allegation that Lilly negotiated prices with its providers, PBMS, GPOs and other large purchasers at deep discounts off WAC, while at same time maintaining false AWP      CC at ¶ 437

- Fraudulent AWPs compared with actual prices (based on House Committee documents) in 2001 for Vancocin 10mg      CC at ¶ 439

- Fraudulent AWP compared with actual available price in 2000 for Humalog Mix 75/25 vial      CC at ¶ 440

- Specific deep discounts in 2004 for Zyprexa and Symbyax not accounted for in calculations of WAC or AWP      CC at ¶ 442-443

- Fraudulent AWPs for 116 NDCs in 2000      *See* Exhibit A to CC

## ENDO PHARMACEUTICALS

Suffolk Amended Complaint

- Not named in Suffolk Complaint

Consolidated Complaint

- Fraudulent AWPs compared with actual wholesale prices from 2001-2002 for Selegeline 5mg; Catropril/Hetz 50/25; Oxycodine w/APAP 5/500 Carbidopo/Levo 25/100; Cimetidine 400mg; Glipizide 10mg     CC at ¶ 455

- Fraudulent AWP compared with actual wholesale price for Cyclobenzaprine 10mg tab in 2000     CC at ¶ 457

- Fraudulent AWP compared with actual wholesale price for Glipizide 10mg tab in 2000     CC at ¶457

- Manipulation of FUL for Selegeline 5mg, Catropril HCTZ; Oxycodone, Cyclobenzaprine, Carbidopo/Levo in 2001-2002     CC at ¶ 459

- Fraudulent AWPs for 127 NDCs in 2000     *See* Exhibit A to CC

- Examples of generally available actual market prices for56 NDCs with spreads of 96.80% - 2323.95% below AWP     *See* Exhibit B-12 to CC

## ETHEX

Suffolk Amended Complaint

- Not named in Suffolk Complaint

Consolidated Complaint

- Fraudulent AWP compared with actual market price for Nitroglycerin 9mg in 2000-2001     CC at ¶ 467

- Fraudulent AWP compared with actual market price for Hydromorphone HCL 4mg in 2000, 2001, 2003     CC at ¶ 463

- Fraudulent AWP compared with actual market price for Doxazosin Mesylate 4mg in 2000     CC at ¶ 469

- Manipulation of FUL for Doxazosin Mesylate 4mg tablet in 2002     CC ¶¶ 471-472

- Fraudulent AWPs for 56 NDCs in 2000     *See* Exhibit A to CC

- Examples of generally available actual market prices for 52 NDCs

with spreads of 102.14% - 859.11% below AWP                    *See* Exhibit B-13 to CC

## FOREST GROUP

Suffolk Amended Complaint

- Fraudulent pricing in 2001 for Celexa tabs 20mg                    SC at ¶ 213

Consolidated Complaint

- Fraudulent AWPs compared with actual wholesale prices for
  Levothroid from July 1997-June 1999                              CC at ¶ 482

- Fraudulent AWP compared with actual wholesale price for Tiazac
  120mg in 2000                                                    CC at ¶ 483

- Fraudulent AWPs for 97 NDCs in 2000                    *See* Exhibit A to CC

- Examples of generally available actual market prices for 20
  NDCs with spreads of 37.86% - 125.31% below AWP        *See* Exhibit B-14 to CC

## FUJISAWA GROUP

Suffolk Amended Complaint

- Fraudulent pricing for Prograf cap 1mg                    SC at ¶ 218

Consolidated Complaint

- Fraudulent AWPs compared with actual prices in 1995 for
  Triamcinolone, Calcium Gluconate, Cefazolin Sodium, Ceftizolin Sodium,
  Amcinonide, Doxycycline Hyclate, Fluphenazine Hydrochloride, Folic Acid,
  Levothyroxine Sodium, Lidocaine Hydrochloride, Magnesium Sulfate,
  Mannitol, Neostigmine Methylsulfate, Oxytocin, Potassium Acetate,
  Potassium Choride, Potassium Phosphate, Pyridoxine Hydrochloride,
  Scopolamine Hydrbromide, Selenium                              CC at ¶ 492

- Fraudulent AWPs compared with actual prices in 1996 for Adenocard IV,
  Adenoscan, Aristocort A, Atropine Sulfate Injection, Doxorubicin,
  Furosemide, Hydroxyzine Hydrochloride, Protamine Sulfate, Selepen, Sodium
  Acetate, Sodium Bicarbonate, Sodium Choride, Sodium Phosphate,
  Tracelyte, Vinblastine Sulfate, Water for Injection              CC at ¶ 493

- Fraudulent AWPs compared with "DOJ Actual Determined AWPs" for:
  Acyclovir Sodium, Sodium Phosphate Fluorouracil, Gentamacin Sulfate,
  Pentamidine Isethionate, Vancomycin Hydrochloride          CC at ¶ 495

- Fraudulent AWPs for 50 NDCs in 2000                    *See* Exhibit A to CC

- Examples of generally available actual market prices for 10
  NDCs with spreads of 45.49% - 287.35% below AWP        *See* Exhibit B-15 to CC


## GSK GROUP  (GlaxoSmithKline, SmithKline Beecham)

<u>Suffolk Amended Complaint</u>

- Fraudulent pricing in 2001 for:
  - o   Flonase .05% nasal spray
  - o   Combivir tab
  - o   Epivir tab 150mg
  - o   Lamictal tab 100mg
  - o   Ziagen tab 300mg
  - o   Flovent Inhaler 110mcg
  - o   Serevent inhaler 21mcg
  - o   Wellbutrin tab 150 mg
  - o   Augmentin tab 875-125
  - o   Avandia tab 8mg
  - o   Paxil tabs 10mg, 20mg, 30mg, 40mg              SC at ¶ 229

<u>Consolidated Complaint</u>

- Fraudulent pricing and Best Price violations in 2001 for Zantac 150mg     CC at ¶ 518-521

- Fraudulent AWPs in 1996 for Zofran and Kytril          CC at ¶¶ 501-505

- Fraudulent AWPs for 356 NDCs in 2000                  *See* Exhibit A to CC

- Examples of generally available actual market prices for 47
  NDCs with spreads of 40.23% - 307.14% below AWP        *See* Exhibit B-16 to CC


## HOFFMAN-LAROCHE GROUP

<u>Suffolk Amended Complaint</u>

- Not named in Suffolk Complaint

Consolidated Complaint

- Fraudulent AWP compared with actual price for Kytril 1 mg/ml vial in 2002
  CC at ¶ 527

- Fraudulent AWPs for 128 NDCs in 2000
  *See* Exhibit A to CC

## IVAX GROUP   (Ivax Corporation and Ivax Pharmaceuticals, Inc.)

Suffolk Amended Complaint

- Fraudulent AWPs for Clozapine
  SC at ¶ 245

Consolidated Complaint

- Fraudulent AWP compared with actual wholesale price in 2000 for Methyldopa 250mg tablet (1000 count package)
  CC at ¶ 534

- Fraudulent AWP compared with actual wholesale price in 2002 for Buspirone 10mg (100 count package)
  CC at ¶ 535

- Fraudulent AWP compared with actual wholesale price in 2003 for Buspirone 10mg (100 count package)
  CC at ¶ 536

- Manipulation of FUL for Buspirone in 2002-2003
  CC at ¶¶ 538-539

- Fraudulent AWP compared with actual wholesale price for Verapmil HCL 240 mg in 2000
  CC at ¶ 541

- Fraudulent AWP compared with actual wholesale price for Clozapine in 2000-2002
  CC at ¶ 542

- Fraudulent AWPs for 1231 NDCs in 2000
  *See* Exhibit A to CC

- Examples of generally available actual market prices for 333 NDCs with spreads of 40.95% - 2737.91% below AWP
  *See* Exhibit B-17 to CC

## JOHNSON & JOHNSON GROUP  (Johnson & Johnson, Janssen, Ortho McNeil, Ortho Biotech)

Suffolk Amended Complaint

- Fraudulent pricing in 2001 for Janssen's:
  o Aciphex tab 20mg
  o Duragesic Dis 100 mcg/H

13

      o  Risperdal tab .25mg, .5mg, 1mg, 2mg, 3mg, 4mg           SC at ¶ 250

- Fraudulent pricing in 2001 for Ortho McNeil's:
  - o  Ultram tab 50 mg
  - o  Topamax tab 100mg
  - o  Levaquin tab 500mg                      SC at ¶ 251

- Fraudulent pricing in 2001 for Ortho Biotech's Procrit vial 1000U/ML, 2000U/ML, 4000U/ML                SC at ¶ 251

## Consolidated Complaint

- Fraudulent AWP compared with available price for Sod/Potass/K Cit/Sodium Cit (473 ml) in 2000       CC at ¶ 553

- Fraudulent AWP compared with available price for Ketoconazole (200mg) in 2000                   CC at ¶ 554

- Fraudulent AWP compared with available price for Topamax (25mg 60s) in 2000                   CC at ¶ 555

- Specific examples of marketing spread and deep discounting off AWP for Procrit in 2001 and 2003             CC at ¶¶ 558-559

- Fraudulent AWPs for 164 NDCs in 2000        *See* Exhibit A to CC

- Examples of generally available actual market prices for 24 NDCs with spreads of 35.29% - 1302.00% below AWP     *See* Exhibit B-18 to CC

## KING GROUP

### Suffolk Amended Complaint

- Not named in Suffolk Complaint

### Consolidated Complaint

- Fraudulent AWP compared with available price in 1999 for Humantin 250mg capsules (a spread of at least 66% over generally available market price)            CC at ¶ 576

- Fraudulent AWP compared with available price in 2000 for Lorabid Pulv. 400mg capsule (spread of at least 57% over generally available market price)            CC at ¶ 577

- Fraudulent AWP compared with available price in 2001 for Altace 10mg capsule (spread of at least 202% over generally available market price)  CC at ¶ 578

- Fraudulent AWPs for 173 NDCs in 2000  *See* Exhibit A to CC

- Examples of generally available actual market prices for 88 NDCs with spreads of 40.84% - 1585.58% below AWP  *See* Exhibit B-19 to CC

## MEDIMMUNE

Suffolk Amended Complaint

- Fraudulent pricing in 2001 for Synagis vial 100mg  SC at ¶ 258

Consolidated Complaint

- Specific allegations that MedImmune concedes it inflates AWP for Synagis to compensate for administrative costs  CC at ¶ 592

- Fraudulent AWPs for 4 NDCs in 2000  *See* Exhibit A to CC

- Examples of generally available actual market prices for 1 NDC with a spread of 40.84% below AWP  *See* Exhibit B-20 to CC

## MERCK

Suffolk Amended Complaint

- Fraudulent pricing in 2001 for:
    - Crixivan tab 40mg
    - Fosamax tab 70mg
    - Singulair tab 10mg
    - Vioxx tab 25mg
    - Zocor tab 20mg, 40 mg  SC at ¶ 259

Consolidated Complaint

- Specific allegations of abuse in 2000 of nominal price exception for Pepcid, Zocor, Vioxx  CC at 21, ¶ 602-606

- Specific allegations that Merck sold Zocor for $0.28 per pill while reporting a Best Price for Zocor of $2.30 per pill  CC at ¶ 602

- Specific allegations that Merck sold Pepcid 20mg[9] for $0.10 per pill
  while reporting an AWP of $1.95 per pill                     CC at ¶ 602

- Fraudulent AWPs for 233 NDCs in 2000                    *See* Exhibit A to CC

- Examples of generally available actual market prices for 8
  NDCs with spreads of 36.83% - 164.90% below AWP      *See* Exhibit B-21 to CC


## MYLAN GROUP

### Suffolk Amended Complaint

- Not named in Suffolk Complaint

### Consolidated Complaint

- Fraudulent AWPs and WACs compared with actual available price
  in 2003 for Tizanidine HCL 4mg tablet  (AWP spread of 189% over
  generally available market price; WAC  spread of 128%)          CC at ¶ 612

- AWP/WAC spreads of greater than 1.25% in 2002 for:
    o Hydrochlorothiazide 25mg Tablet
    o Diphenhydramine 50mg Caps
    o Dipyridamole 50mg Tablet
    o Furosemide 40mg Tablet
    o Hydroxyzine PAM 50mg Cap
    o Amitriptyline HCL 100mg Tablet
    o Albuterol Sulfate 4mg Tablet [10]                          CC at ¶ 614

- Specific allegation of disconnect between AWP and WAC for
  Dipyridamole 25mg in 2002 (AWP 115% over WAC)          CC at ¶ 615

- Specific allegations from 2002 of disconnect between AWP and WAC for
  Dipyridamole 25mg (i.e., WAC increases do not correlate to AWP
  increases)                                          CC at ¶¶ 615-617

- Fraudulent AWP compared with actual available price in 2000 for
  Atenolol (25mg 100s)                                CC at ¶ 618

- Fraudulent AWPs for 700 NDCs in 2000                    *See* Exhibit A to CC

- Examples of generally available actual market prices for 557 NDCs

---

[9] Went on FUL list on November 20, 2001.  January 1- November 19, 2001 was reimbursed based on AWP
[10] Came off FUL list in August 2002.  Was reimbursed based on AWP therefter

with spreads of 42.61 – 6521.61% below AWP                    *See* Exhibit B-22 to CC

## NOVARTIS  (Novartis, Sandoz, Geneva)

Suffolk Amended Complaint

- Fraudulent AWPs for Clorazil                              SC at ¶ 264

Consolidated Complaint

- Fraudulent AWPs compared with actual available prices in 2000
  for Tegretol 200mg and Clorazil 100mg                     CC at ¶ 630

- Fraudulent AWPs compared with actual available prices for
  Ranitidine 2001-2002 (AWP spreads of 150%-598%            CC at ¶ 631

- OIG documented inflated AWP for Aredia in 2000            CC at ¶ 632

- Fraudulent AWPs for 1089 NDCs in 2000                     *See* Exhibit A to CC

- Examples of generally available actual market prices for 336
  NDCs with spreads of 40.68% - 8662.26% below AWP          *See* Exhibit B-23 to CC

## ORGANON

Suffolk Amended Complaint

- Not named in Suffolk Complaint

Consolidated Complaint

- False and inflated AWP compared with actual available price in 2002
  for Remeron 15mg tablet                                   CC at ¶ 638

- Market share rebates for Desogen 0.15mg tablet in 1998    CC at ¶ 640

- Fraudulent AWPs for 21 NDCs in 2000                       *See* Exhibit A to CC

## PAR

Suffolk Amended Complaint

- Not named in Suffolk Complaint

Consolidated Complaint

- False and inflated AWP compared with actual available price in 2000 for Dexamethasone 4mg

  CC at ¶ 646

- False and inflated AWP compared with actual available price in 2000 for Ranitidine 150mg

  CC at ¶ 648

- Fraudulent AWPs for 397 NDCs in 2000

  *See* Exhibit A to CC

- Examples of generally available actual market prices for 143 NDCs with spreads of 55.39% - 6856.52% below AWP

  *See* Exhibit B-24 to CC


**PFIZER GROUP   (Pfizer, Agouron and Sanofi-Synthelabo, Inc.)**

Suffolk Amended Complaint

- Fraudulent pricing in 2001 for:
    - Ambien tab 10mg
    - Glucotrol XL tab 10mg[11]
    - Lipitor tab 10mg, 20mg, 40mg
    - Neurontin tab 300mg,400mg,600mg
    - Norvasc tab 10mg, 5mg
    - Zithromax tab 250mg
    - Zoloft tab 100mg, 50mg
    - Zyrtec tab 10mg
    - Xalatan 0.005% eyedrops
    - Celebrex cap 100mg, 200mg

  SC at ¶ 268

Consolidated Complaint

- False and inflated AWPs for Bleomycin 15mg in 1996-1998

  CC at ¶ 660

- Congressional findings of manipulated disparities between AWPs and direct prices for Vincasar in 1997

  CC at ¶ 670

- Active marketing of 75% spread for Adriamycin

  CC at ¶¶ 671-672

- Active marketing of spreads for 100, 200 and 500mg vials of Toposar in 1995

  CC at ¶¶ 674-676

- Fraudulent AWPs compared with actual prices for Adriamycin RDF

---

[11] Went on FUL list on November 20, 2001.  From January 1-November 19, 2001 was reimbursed based on AWP.

10mg, 20mg, 50mg and 150mg in 1995                    CC at ¶ 676

- Fraudulent AWPs compared with actual prices for 663 NDCs
  in 2000                                            *See* Exhibit A to CC

- Examples of generally available actual market prices for 109 NDCs
  with spreads of 43.42% - 2185.68% below AWP        *See* Exhibit B-25 to CC


## PURDUE GROUP

Suffolk Amended Complaint

- Fraudulent AWPs for OxyContin                       SC at ¶ 280

Consolidated Complaint

- False and inflated AWPs in 2000 for 100 count package of MS Contin
  100mg tablet SA                                    CC at ¶ 683

- False and inflated AWPs in 2000 for 100 count package of Ocycontin
  80mg tablet SA                                     CC at ¶ 684

- Fraudulent AWPs for 38 NDCs in 2000                *See* Exhibit A to CC

- Examples of generally available actual market prices for 35 NDCs
  with spreads of 41.85% - 182.82% below AWP         *See* Exhibit B-26 to CC


## SANOFI/AVENTIS GROUP  (Sanofi-Synthelabo, Aventis Pharmaceuticals, Dermik, Aventis Behring, Hoechst Marion Roussel)

Suffolk Amended Complaint

- Fraudulent AWPs for Helixate FS Sol 1000           SC at ¶ 160

Consolidated Complaint

- Fraudulent pricing for Anzemet 5mg in 1997         CC at ¶ 694

- Specific examples of marketing spread for Anzemet and other drugs    CC at ¶¶ 695-700
  in 1997

- Marketing spread  in 1997 for Anzemet 100mg IV in 5ml vial          CC at ¶ 701

- DOJ documented specific fraudulent AWPs for:
  - o  Anzemet Injectable (dolasetron Mesylate)
  - o  Factor VIII/ Bioclate
  - o  Factor VIII/ Helixate
  - o  Gammar (immune globulin)                    CC at ¶ 701

- OIG findings of inflated AWPs for immune globulin 5mg, Anzemet 10mg, Taxotere 20mg                    CC at ¶ 702

- Fraudulent AWPs for 281 NDCs in 2000.          *See* Exhibit A to CC

- Examples of generally available actual market prices for 22 NDCs with spreads of 55.77% - 676.23% below AWP.          *See* Exhibit B-27 to CC


## SCHERING GROUP  (Schering-Plough, Warrick)

Suffolk Amended Complaint

- Fraudulent pricing in 2001 for Claritin Tab 10mg                    CC at ¶ 289

- Fraudulent pricing in 2001 for Albuterol Inhaler 90mcg                    CC at ¶ 306

Consolidated Complaint

- Specific allegations of bundling Schering's Proventil with Warrick's Albuterol Sulfate                    CC at ¶ 718

- Fraudulent AWPs compared with actual wholesale prices in 1997 for Clotrimazole and Perphenazine                    CC at ¶ 739

- Fraudulent AWPs compared with actual wholesale prices in 2002 for:
  - o  ISMN
  - o  Oxaprozin
  - o  Potassium Choride
  - o  Sodium Chloride
  - o  Sulcrafate Tablets                    CC at ¶ 740

- Fraudulent AWP compared with actual available price for Albuterol Sulfate 3ml 60s in 2000 (spread of 231%)                    CC at ¶ 741

- Fraudulent AWPs compared with actual wholesale prices for Isosorbide Mononitrate and Albuterol  in 1998, 1999, 2000-2001                    CC at ¶ 742

- Fraudulent AWPs for 278 NDCs in 2000.          *See* Exhibit A to CC

- Examples of generally available actual market prices for 125 NDCs with spreads of 50.541126.78% below AWP.    *See* Exhibit B-28 to CC

## SERONO

Suffolk Amended Complaint

- Not named in Suffolk Complaint

Consolidated Complaint

- Fraudulent AWPs for 8 NDCs in 2000.    *See* Exhibit A to CC

## TAP PHARMACEUTICAL

Suffolk Amended Complaint

- Fraudulent pricing in 2001 for Prevacid Cap 15mg, 30mg    CC at ¶ 300

Consolidated Complaint

- Specific allegation of abusing nominal price exception for Prevacid    CC at ¶ 15, 23

- False and inflated AWPs compared with actual prices for Prevacid 15mg and 30mg in 2000    CC at ¶ 764

- Sales of Prevacid 15 and 30mg at 0.24 per dose, contrasted wit Reported AWPs at $4.20 and $4.28 per pill in 2002    CC at ¶ 765

- False and inflated AWPs for Lupron 22.5mg in 2000    CC at ¶ 769

- Fraudulent AWPs for 24 NDCs in 2000.    *See* Exhibit A to CC

## TEVA GROUP

Suffolk Amended Complaint

- Not named in Suffolk Complaint

Consolidated Complaint

- Specific false and inflated AWPs in 2003 for Glyuride 5mg tablet    CC at ¶ 775

- Specific false and inflated AWPs and WACs for Piroxicam 20mg (AWP was 7292% over available price; WAC was 2568% over available price)  CC at ¶ 776

- AWP for Halopendol DEC 100mg/ml in 2003 of $144.  Available price of $43.11 (spread of 234%)  CC at ¶ 777

- False reporting of WACs for Halopridol DEC 100 mg/ml in 2003  CC at ¶ 777

- Specific false AWPs in 2000 for Naproxen 500 mg, Ranitidine 150mg, Fluphenazine 25mg/ml, Etoposide 20ml/ml in 2000  CC at ¶ 780

- Fraudulent AWPs for 790 NDCs in 2000.  *See* Exhibit A to CC

- Examples of generally available actual market prices for 537 NDCs with spreads of 40.79% - 10377.19% below AWP  *See* Exhibit B-29 to CC

## WATSON

Suffolk Amended Complaint

- Not named in Suffolk Complaint

Consolidated Complaint

- AWP / WAC spread in excess of 1.25% in 1996 for:
  - Fluphenazine HCL 1mg
  - Gemfibrozil 600mg
  - Imipramine HCL 10mg
  - Nadolol 20mg
  - Perphenazine 2mg  CC at ¶ 801

- 353% spread in 2000 for Dicyclomine 20mg (reported AWP of $33.11; generally available market price of $2.31)  CC at ¶ 803

- 103% spread in 2000 for Methylphenidate (reported AWP of $47.40; generally available market price of $23.52)  CC at ¶ 804

- Fraudulent AWPs for 984 NDCs in 2000.  *See* Exhibit A to CC

- Examples of generally available actual market prices for 710 NDCs with spreads of 41.73% - 10880.09% below AWP  *See* Exhibit B-30 to CC

**WYETH**

Suffolk Amended Complaint

- Fraudulent pricing in 2001 for Effexor Cap 75mg and Protonix Tab 40mg     CC at ¶ 311

Consolidated Complaint

- Active marketing of spread for Protonix; deep discounts for Protonix unaccounted for in calculation of AWP     CC at ¶ 814

- Specific allegations of false and inflated AWPs (compared with actual wholesale prices) for:
    - Ativan 2mg/ml 10ml vial
    - Ativan 2mg/ml 1ml 25s
    - Ativan 2mg/ml 10mls 10s
    - Ativan 2mg/ml 1ml 10s
    - Ativan 4mg/ml 1ml 10s
    - Ativan 4mg/ml 1ml 10s
    - Ativan 4mg/ml 10ml ea
    - Ativan 4mg/ml 1ml ea     CC at ¶ 817

- Spreads of 1760% for Protonix 40mg in 2002 (AWPs of $3.13/pill; Counties reimbursed at $2.82 per pill; generally available market prices of $0.16/pill)     CC at ¶¶ 819-822

- Fraudulent AWPs for 630 NDCs in 2000.     *See* Exhibit A to CC

- Examples of generally available actual market prices for 164 NDCs with spreads of 45.48% - 20930.04% below AWP.     *See* Exhibit B-31 to CC