# Exhibit A

**EXHIBIT A**

**<u>Suffolk Amended Complaint/Consolidated Complaint Comparisons, e.g.</u>**

**ABBOTT**

<u>Suffolk Amended Complaint</u>

- Fraudulent AWPs for:
    - Depokote Tab 250
    - Depakote Tab 500
    - Kaletra Cap Softgel                                    SC at ¶ 125

<u>Consolidated Complaint</u>

- Fraudulent AWPs compared with "DOJ Determined Actual AWPs" in 2001 for:
    - Acetylcysteine
    - Acyclovir[1]
    - Amikacin Sulfate
    - Calcitriol (Calcijex)
    - Cimetidine Hydrochloride[2]
    - Clindamycin Phosphate[3]
    - Dextrose
    - Dextrose Sodium Chloride
    - Diazepam[4]
    - Furosemide[5]
    - Gentamicin Sulfate
    - Heparin Lock Flush
    - Metholprednisolone Sodium Succinate
    - Sodium Chloride
    - Tobramycin Sulfate
    - Vancomycin Hydrochloride                          CC at ¶ 183

- Fraudulent AWPs compared with actual wholesale prices for
  Vancomycin 1995, 1996, 1999                          CC at ¶ 187

- Fraudulent AWPs compared with "DOJ actual prices" for
  Amikacin from 1997-2003                              CC at ¶ 189

---

[1] Went on FUL list on November 20, 2001. From January 1- November 19, 2001 was reimbursed based on AWP.
[2] *Id.*
[3] *Id.*
[4] *Id.*
[5] *Id*

- Fraudulent AWPs for 551 NDCs from year 2000          *See* Exhibit A to CC

- Examples of generally available actual market prices for 72 NDCs
  with spreads of 48.67% - 2045.16% below AWP          *See* Exhibit B-1 to CC


## ALPHARMA GROUP (Alpharma, Faulding, Purepac)

Suffolk Amended Complaint

- Not named in Suffolk

Consolidated Complaint

- Fraudulent AWPs compared with actual wholesale prices for
  Alprazolam 0.5mg (tab) from 2000-2002          CC at ¶ 206

- Fraudulent AWPs compared with actual wholesale prices for
  Clobetasol 0.05% cream from 2001-2002          CC at ¶ 207

- FUL manipulation for Clobetasol 0.5% cream in 2001          CC at ¶¶ 208- 209

- Fraudulent AWPs compared with actual wholesale prices for
  Isosorbide 30mg 2001-2005          CC at ¶ 211

- Fraudulent AWPs for 414 NDCs from year 2000          *See* Exhibit A to CC

- Examples of generally available actual market prices for 228
  NDCs  with spreads of 40.11% - 4979.96% below AWP          *See* Exhibit B-3 to CC


## ALPHA THERAPEUTICS

Suffolk Amended Complaint

- Not named in Suffolk

Consolidated Complaint

- Fraudulent AWP compared with actual wholesale price in 1995
  for Venoglobulin-S 5%          CC at ¶ 221

- Fraudulent AWP compared with actual wholesale price for
  Venoglobulin-S 10% in 1995          CC at ¶ 221

- Fraudulent AWP compared with actual wholesale price for
  Venoglobulin-S 10% in 2000                                          CC at ¶ 222

- Fraudulent AWPs for 7 NDCs from year 2000                   *See* Exhibit A to CC

- Examples of generally available actual market prices for 2 NDCs
  with spreads of 48.67% below AWP                              *See* Exhibit B-2 to CC


## AMGEN GROUP  (Amgen, Immunex)

Suffolk Amended Complaint

- Fraudulent AWPs in 2001 for:
  - Epogen Vial 10,000v/ml
  - Enbrel Kit 25mg
  - Neupogen Vial 300mcg/ml                                          SC at ¶ 138

Consolidated Complaint

- Specific examples of marketing spread for Aranesep          CC at ¶¶ 230-233

- Fraudulent AWP compared with actual wholesale price for
  Neulasta 1mg PFS in 2003                                          CC at ¶ 234

- Fraudulent AWP compared with actual wholesale price for
  Neupogen 480mcg in 2003                                          CC at ¶ 235

- Fraudulent AWPs compared with actual wholesale prices  for
  Leucovorin 350mg in 1992                                          CC at ¶ 236

- Fraudulent AWPs compared with actual wholesale prices for
  Leucovorin 50mg, 100mg, 350mg in 1995                        CC at ¶ 237

- Fraudulent AWPs compared with actual wholesale prices for
  Methotrexate LP 50mg, LP 100mg, 200mg, LP 250mg in 1998     CC at ¶ 238

- Fraudulent AWPs for 59 NDCs from year 2000                 *See* Exhibit A to CC

- Examples of generally available actual market prices for five
  NDCs with spreads of 329.91% - 476.82% below AWP         *See* Exhibit B-4 to CC


## ASTRAZENECA

Suffolk Amended Complaint

3

- Fraudulent AWPs in 2001 for:
  - o   Nexium
  - o   Prilosec
  - o   Seroquel           SC at ¶ 146

## Consolidated Complaint

- Fraudulent AWP compared with actual price for Zestril
  40 mg/100 NOC in 2000        CC at ¶ 257

- Specific examples of company policy of marketing spread      CC at ¶¶ 252-255

- Fraudulent AWPs for 183 NDCs from year 2000.     *See* Exhibit A to CC

- Examples of generally available actual market prices for 60
  NDCs with spreads of 50.44% -3980.68% below AWP.     *See* Exhibit B-5 to CC


## BARR

### Suffolk Amended Complaint

- Fraudulent pricing in 2001 for Fluoxetine        SC at ¶ 166

### Consolidated Complaint

- Fraudulent AWPs compared with actual wholesale priced for
  Chlordiazepoxide 25mg cap in 2000-2001       CC at ¶¶ 280-281

- Manipulation of FUL in 2001 for Chlordiazepoxide 25mg cap     CC at ¶¶ 283-284

- Fraudulent AWPs for 293 NDCs in 2000      See Exhibit A to CC

- Examples of generally available actual market prices for 145
  NDCs with spreads of 48.17% -3467.36% below AWP     *See* Exhibit B-6 to CC


## BAXTER

### Suffolk Amended Complaint

- Not named in SC

### Consolidated Complaint

- Specific examples of company-wide policy of marketing spread     CC at ¶¶ 291-296

- Fraudulent AWPs compared with "DOJ Determined Actual AWPs" for Dextrose, Dextrose Sodium Chloride and Sodium Chloride     CC at ¶ 297

- Fraudulent AWP compared with actual wholesale price for Sodium Chloride Irrigation Solution 500 ml 18s.     CC at ¶ 300

- Fraudulent AWP compared with actual wholesale price for Dextrose 5% 25ml in 2000     CC at ¶ 302

- Fraudulent AWPs for 92 NDCs from year 2000     *See* Exhibit A to CC

- Examples of generally available market prices for two NDCs with spreads of 38.09% -617.59% below AWP     *See* Exhibit B-7 to CC

## BAYER

### Suffolk Amended Complaint

- Fraudulent pricing for Cipro Tab 500mg in 2001     SC at ¶ 171

### Consolidated Complaint

- Specific examples of marketing spread for Recombinate     CC at ¶ 312

- Specific examples of using off-invoice pricing in 1994 for Gamimmune-N 10% and Kogenate to eliminate Medicaid risk     CC at ¶¶ 314-317

- DOJ conclusion of fraudulent AWP for Immune Globulin     CC at ¶ 321

- Fraudulent AWPs for 72 NDCs from year 2000     *See* Exhibit A to CC

- Examples of generally available actual market prices for 34 NDCs with spreads of 117.04% -1905.25% below AWP     *See* Exhibit B-8 to CC

## BIOGEN IDEC

### Suffolk Amended Complaint

- Fraudulent pricing for Avonex VL 30mg in 2001     CC at ¶ 189

### Consolidated Complaint

- Specific allegations of Best Price/Rebate non-compliance with respect to Amevive, Zevalin and Avonex                                   CC at ¶¶ 331-335

- Fraudulent AWPs for 1 NDC from year 2000                              *See* Exhibit A to CC

## BOEHRINGER GROUP   (Boehringer, Bedford, Ben Venue, Roxane)

Suffolk Amended Complaint

- Not named in SC

Consolidated Complaint

- Fraudulent AWPs compared with "DOJ Determined Actual AWPs" for:
  - o  Acyclovir Sodium
  - o  Amikacin Sulfate
  - o  Mitomicyn
  - o  Cytarabine
  - o  Doxorubicin HCL
  - o  Etoposide
  - o  Leucovorin Calcium
  - o  Methotrexate Sodium
  - o  Vinblastine Sulfate                                                   CC at ¶ 344

- Specific allegations of company policy to sell drugs at deep discounts off AWP and to market spread                               CC ¶¶ 342, 343, 345

- Fraudulent  for AWPs compared with actual wholesale prices for ipratropium bromide in 1999 and 2000                                  CC at ¶¶ 348-349

- Fraudulent AWPs compared with actual wholesale prices for lithium carbonate from 1994-1996                                            CC at ¶ 350

- Fraudulent AWPs compared with actual wholesale prices for Furosemide 20mg tablets in 2000-2001[6]                                   CC at ¶¶ 351-352

- Manipulation of FUL for Furosemide 20mg tablets in 2001        CC ¶¶ 354-355

- Fraudulent AWP compared with actual wholesale price for Haloperidol Deconoate 100 mg/ml in 2000                                   CC at ¶ 356

- Fraudulent AWP compared with actual wholesale price for Prednisone 20mg tablets in 2000                                           CC at ¶ 357

---

[6] Furosemide 20mg went on FUL list on November 20, 2001.

- Fraudulent AWPs for 360 NDCs in 2000                            *See* Exhibit A to CC

- Examples of generally available actual market prices for 210 NDCs
  with spreads of 40.08% -1572.07% below AWP          *See* Exhibit B-10 to CC


## BMS GROUP   (Bristol Myers, Apothecon, Westwood, OTN)

Suffolk Amended Complaint

- Fraudulent prices for Buspar, Glucophage, Plavix, Pravachol,
  Sustiva, Zerit                                                              SC at ¶ 194

Consolidated Complaint

- Specific allegations of BMS policy to market spreads for BMS drugs,
  including Vepesid and Etoposide                                 CC at ¶¶ 370-371

- Fraudulent AWPs compared with actual wholesale prices for
  Cytoxan Lyophilized IV 1mg, in 2000-2001; deep discounting off
  WAC for same                                                            CC at ¶¶ 379-380

- Fraudulent AWPs compared with actual wholesale prices for
  Vepesid in 1998 and 2000                                           CC at ¶¶ 381, 382

- Fraudulent AWPs compared with actual wholesale prices for
  Blenoxane in 1995, 1997 and 1998                               CC at ¶ 383

- Fraudulent AWPs compared with actual wholesale prices for
  Amiken 500mg/2m-10s and Amikin 1g/vial 4m – 10s in 1998        CC at ¶ 384

- Fraudulent AWPs for 687 NDCs in 2000                            *See* Exhibit A to CC

- Examples of generally available actual market prices for 269 NDCs
  with spreads of 41.51% -6685.76% below AWP          *See* Exhibit B-9 to CC


## CHIRON

Suffolk Amended Complaint

- False AWPs for Tobi Neb 300/5ml                    (amended)    SC at ¶ 202

Consolidated Complaint

- False AWPs s compared with actual wholesale prices in 1995 for

Cytarabine, Lyoph; Doxorubucin Solution; Leuvocorin, Lyoph
and Methotrexate PFS                                    CC at ¶ 391

- Specific examples from 1995 of marketing spread between acquisition cost and
  False AWPs for Leucovorin injection 200mg and Doxorubucin HCL,
  sol, 200mg                                            CC at ¶ 392

- Specific examples of off-invoice pricing to maintain fictional wholesale
  Prices for Leucovorin 200mg and Doxorubucin           CC at ¶ 393

- Fraudulent prices and unreported discounts for Acetylcystine,
  Doxorubucin, Cytarbine, Doxorubucin HCL               CC at ¶ 394

- Fraudulent AWPs compared with actual true prices for Mitomycin
  20mg 1995-1998                                        CC ¶ 395

- Fraudulent AWPs for 2 NDCs in 2000                    *See* Exhibit A to CC

## DEY

Suffolk Amended Complaint

- Not named in Suffolk Complaint

Consolidated Complaint

- Specific examples of marketing spread for Albuterol, Cromolyn,
  Metaproterenol, and other drugs at issue              CC at ¶¶ 404-411

- Fraudulent AWP compared with actual wholesale price for
  Metaproterenol Sulfate in 2000                        CC at ¶ 416

- Fraudulent AWPs compared with actual prices for Albuterol and
  Ipatropium Bromide 1996, 1999, 2000 and 2001          CC at ¶ 419

- Fraudulent pricing in 2001 for Acetylcysteine, Albuterol Sulfate[7],
  Cromolyn Sodium[8] and Metaproterenol Sulfate         CC at ¶ 421

- Fraudulent AWPs compared with actual sales prices for:
  o Acetylcysteine Solution
  o Albuterol Sulfate Inhalation Soln.
  o Cromolyn Sodium Inhalation
  o USP, Metaproterenol Sulfate Inhalation Soln.

---

[7] Went on FUL list on November 20, 2001.  From January 1- November 19, 2001 was reimbursed based on AWP.
[8] *Id.*

    o   Sodium Chloride Solution                        CC at ¶ 425

- Specific OIG findings regarding Albuterol Sulfate's excessive
  reimbursement costs                             CC at ¶¶ 423-424

- False and inflated AWPs compared with actual wholesale prices
  for Albuterol Sulfate from 1993 and 1998              CC at ¶  426

- Improper utilization of off-invoice pricing for Cromolyn Sodium and
  Ipatropium Bromide, failure to account for off-invoice sales     CC at ¶¶ 429-431

- Fraudulent AWPs for 43 NDCs in 2000             *See* Exhibit A to CC

- Examples of generally available actual market prices for 29
  NDCs with spreads of 69.33% -774.27% below AWP     *See* Exhibit B-11 to CC

## ELI LILLY

Suffolk Amended Complaint

- Fraudulent pricing in 2001 for:
  - o   Prozac cap 20mg, 40mg
  - o   Zyprex tabs                             SC at ¶ 208

Consolidated Complaint

- Specific allegation that Lilly negotiated prices with its providers, PBMS,
  GPOs and other large purchasers at deep discounts off WAC, while at
  same time maintaining false AWP                     CC at ¶ 437

- Fraudulent AWPs compared with actual prices (based on House
  Committee documents) in 2001 for Vancocin 10mg       CC at ¶ 439

- Fraudulent AWP compared with actual available price  in 2000 for
  Humalog Mix 75/25 vial                        CC at ¶ 440

- Specific deep discounts in 2004 for Zyprexa and Symbyax not accounted for
  in calculations of WAC or AWP                    CC at ¶ 442-443

- Fraudulent AWPs for 116 NDCs in 2000          *See* Exhibit A to CC

## ENDO PHARMACEUTICALS

Suffolk Amended Complaint

- Not named in Suffolk Complaint

Consolidated Complaint

- Fraudulent AWPs compared with actual wholesale prices from 2001-2002 for Selegeline  5mg; Catropril/Hetz 50/25; Oxycodine w/APAP 5/500 Carbidopo/Levo 25/100; Cimetidine 400mg; Glipizide 10mg    CC at ¶ 455

- Fraudulent AWP compared with actual wholesale price for Cyclobenzaprine 10mg tab in 2000    CC at ¶ 457

- Fraudulent AWP compared with actual wholesale price for Glipizide 10mg tab in 2000    CC at ¶457

- Manipulation of FUL for Selegeline 5mg, Catropril HCTZ; Oxycodone, Cyclobenzaprine, Carbidopo/Levo in 2001-2002    CC at ¶ 459

- Fraudulent AWPs for 127 NDCs in 2000    *See* Exhibit A to CC

- Examples of generally available actual market prices for56 NDCs with spreads of 96.80% - 2323.95% below AWP    *See* Exhibit B-12 to CC

**ETHEX**

Suffolk Amended Complaint

- Not named in Suffolk Complaint

Consolidated Complaint

- Fraudulent AWP compared with actual market price for Nitroglycerin 9mg in 2000-2001    CC at ¶ 467

- Fraudulent AWP compared with actual market price for Hydromorphone HCL 4mg in 2000, 2001, 2003    CC at ¶ 463

- Fraudulent AWP compared with actual market price for Doxazosin Mesylate 4mg in 2000    CC at ¶ 469

- Manipulation of FUL for Doxazosin Mesylate 4mg tablet in 2002    CC ¶¶ 471-472

- Fraudulent AWPs for 56 NDCs in 2000    *See* Exhibit A to CC

- Examples of generally available actual market prices for 52 NDCs

with spreads of 102.14% - 859.11% below AWP                    *See* Exhibit B-13 to CC

## FOREST GROUP

Suffolk Amended Complaint

- Fraudulent pricing in 2001 for Celexa tabs 20mg                    SC at ¶ 213

Consolidated Complaint

- Fraudulent AWPs compared with actual wholesale prices for
  Levothroid from July 1997-June 1999                    CC at ¶ 482

- Fraudulent AWP compared with actual wholesale price for Tiazac
  120mg in 2000                    CC at ¶ 483

- Fraudulent AWPs for 97 NDCs in 2000                    *See* Exhibit A to CC

- Examples of generally available actual market prices for 20
  NDCs with spreads of 37.86% - 125.31% below AWP                    *See* Exhibit B-14 to CC

## FUJISAWA GROUP

Suffolk Amended Complaint

- Fraudulent pricing for Prograf cap 1mg                    SC at ¶ 218

Consolidated Complaint

- Fraudulent AWPs compared with actual prices in 1995 for
  Triamicinolone, Calcium Gluconate, Cefazolin Sodium, Ceftizolin Sodium,
  Amcinonide, Doxycycline Hyclate, Fluphenazine Hydrochloride, Folic Acid,
  Levothyroxine Sodium, Lidocaine Hydrochloride, Magnesium Sulfate,
  Mannitol, Neostigmine Methylsulfate, Oxytocin, Potassium Acetate,
  Potassium Choride, Potassium Phosphate, Pyridoxine Hydrochloride,
  Scopolamine Hydrbromide, Selenium                    CC at ¶ 492

- Fraudulent AWPs compared with actual prices in 1996 for Adenocard IV,
  Adenoscan, Aristocort A, Atropine Sulfate Injection, Doxorubicin,
  Furosemide, Hydroxyzine Hydrochloride, Protamine Sulfate, Selepen, Sodium
  Acetate, Sodium Bicarbonate, Sodium Choride, Sodium Phosphate,
  Tracelyte, Vinblastine Sulfate, Water for Injection                    CC at ¶ 493

11

- Fraudulent AWPs compared with "DOJ Actual Determined AWPs" for:
  Acyclovir Sodium, Sodium Phosphate Fluorouracil, Gentamacin Sulfate,
  Pentamidine Isethionate, Vancomycin Hydrochloride           CC at ¶ 495

- Fraudulent AWPs for 50 NDCs in 2000                          *See* Exhibit A to CC

- Examples of generally available actual market prices for 10
  NDCs with spreads of 45.49% - 287.35% below AWP              *See* Exhibit B-15 to CC


## GSK GROUP   (GlaxoSmithKline, SmithKline Beecham)

Suffolk Amended Complaint

- Fraudulent pricing in 2001 for:
  - o   Flonase .05% nasal spray
  - o   Combivir tab
  - o   Epivir tab 150mg
  - o   Lamictal tab 100mg
  - o   Ziagen tab 300mg
  - o   Flovent Inhaler 110mcg
  - o   Serevent inhaler 21mcg
  - o   Wellbutrin tab 150 mg
  - o   Augmentin tab 875-125
  - o   Avandia tab 8mg
  - o   Paxil tabs 10mg, 20mg, 30mg, 40mg           SC at ¶ 229

Consolidated Complaint

- Fraudulent pricing and Best Price violations in 2001 for Zantac 150mg     CC at ¶ 518-521

- Fraudulent AWPs in 1996 for Zofran and Kytril                CC at ¶¶ 501-505

- Fraudulent AWPs for 356 NDCs in 2000                         *See* Exhibit A to CC

- Examples of generally available actual market prices for 47
  NDCs with spreads of 40.23% - 307.14% below AWP             *See* Exhibit B-16 to CC


## HOFFMAN-LAROCHE GROUP

Suffolk Amended Complaint

- Not named in Suffolk Complaint

Consolidated Complaint

- Fraudulent AWP compared with actual price for Kytril 1 mg/ml vial
  in 2002                                                                  CC at ¶ 527

- Fraudulent AWPs for 128 NDCs in 2000                            *See* Exhibit A to CC

## IVAX GROUP   (Ivax Corporation and Ivax Pharmaceuticals, Inc.)

Suffolk Amended Complaint

- Fraudulent AWPs for Clozapine                                    SC at ¶ 245

Consolidated Complaint

- Fraudulent AWP compared with actual wholesale price in 2000
  for Methyldopa 250mg tablet (1000 count package)                 CC at ¶ 534

- Fraudulent AWP compared with actual wholesale price in 2002 for
  Buspirone 10mg (100 count package)                               CC at ¶ 535

- Fraudulent AWP compared with actual wholesale price in 2003
  for Buspirone 10mg (100 count package)                           CC at ¶ 536

- Manipulation of FUL for Buspirone in 2002-2003                   CC at ¶¶ 538-539

- Fraudulent AWP compared with actual wholesale price for
  Verapmil HCL 240 mg in 2000                                      CC at ¶ 541

- Fraudulent AWP compared with actual wholesale price for
  Clozapine in 2000-2002                                           CC at ¶ 542

- Fraudulent AWPs for 1231 NDCs in 2000                            *See* Exhibit A to CC

- Examples of generally available actual market prices for 333
  NDCs with spreads of 40.95% - 2737.91% below AWP                 *See* Exhibit B-17 to CC

## JOHNSON & JOHNSON GROUP  (Johnson & Johnson, Janssen, Ortho McNeil, Ortho Biotech)

Suffolk Amended Complaint

- Fraudulent pricing in 2001 for Janssen's:
  - Aciphex tab 20mg
  - Duragesic Dis 100 mcg/H

      o  Risperdal tab .25mg, .5mg, 1mg, 2mg, 3mg, 4mg          SC at ¶ 250

- Fraudulent pricing in 2001 for Ortho McNeil's:
  - o Ultram tab 50 mg
  - o Topamax tab 100mg
  - o Levaquin tab 500mg           SC at ¶ 251

- Fraudulent pricing in 2001 for Ortho Biotech's Procrit vial 1000U/ML, 2000U/ML, 4000U/ML           SC at ¶ 251

Consolidated Complaint

- Fraudulent AWP compared with available price for Sod/Potass/K Cit/Sodium Cit (473 ml) in 2000           CC at ¶ 553

- Fraudulent AWP compared with available price for Ketoconazole (200mg) in 2000           CC at ¶ 554

- Fraudulent AWP compared with available price for Topamax (25mg 60s) in 2000           CC at ¶ 555

- Specific examples of marketing spread and deep discounting off AWP for Procrit in 2001 and 2003           CC at ¶¶ 558-559

- Fraudulent AWPs for 164 NDCs in 2000           *See* Exhibit A to CC

- Examples of generally available actual market prices for 24 NDCs with spreads of 35.29% - 1302.00% below AWP           *See* Exhibit B-18 to CC

## KING GROUP

Suffolk Amended Complaint

- Not named in Suffolk Complaint

Consolidated Complaint

- Fraudulent AWP compared with available price in 1999 for Humantin 250mg capsules (a spread of at least 66% over generally available market price)           CC at ¶ 576

- Fraudulent AWP compared with available price in 2000 for Lorabid Pulv. 400mg capsule (spread of at least 57% over generally available market price)           CC at ¶ 577

- Fraudulent AWP compared with available price in 2001 for Altace 10mg capsule (spread of at least 202% over generally available market price)     CC at ¶ 578

- Fraudulent AWPs for 173 NDCs in 2000     *See* Exhibit A to CC

- Examples of generally available actual market prices for 88 NDCs with spreads of 40.84% - 1585.58% below AWP     *See* Exhibit B-19 to CC

## MEDIMMUNE

Suffolk Amended Complaint

- Fraudulent pricing in 2001 for Synagis vial 100mg     SC at ¶ 258

Consolidated Complaint

- Specific allegations that MedImmune concedes it inflates AWP for Synagis to compensate for administrative costs     CC at ¶ 592

- Fraudulent AWPs for 4 NDCs in 2000     *See* Exhibit A to CC

- Examples of generally available actual market prices for 1 NDC with a spread of 40.84% below AWP     *See* Exhibit B-20 to CC

## MERCK

Suffolk Amended Complaint

- Fraudulent pricing in 2001 for:
  - o Crixivan tab 40mg
  - o Fosamax tab 70mg
  - o Singulair tab 10mg
  - o Vioxx tab 25mg
  - o Zocor tab 20mg, 40 mg     SC at ¶ 259

Consolidated Complaint

- Specific allegations of abuse in 2000 of nominal price exception for Pepcid, Zocor, Vioxx     CC at 21, ¶ 602-606

- Specific allegations that Merck sold Zocor for $0.28 per pill while reporting a Best Price for Zocor of $2.30 per pill     CC at ¶ 602

15

- Specific allegations that Merck sold Pepcid 20mg[9] for $0.10 per pill while reporting an AWP of $1.95 per pill     CC at ¶ 602

- Fraudulent AWPs for 233 NDCs in 2000     *See* Exhibit A to CC

- Examples of generally available actual market prices for 8 NDCs with spreads of 36.83% - 164.90% below AWP     *See* Exhibit B-21 to CC


## MYLAN GROUP

### Suffolk Amended Complaint

- Not named in Suffolk Complaint

### Consolidated Complaint

- Fraudulent AWPs and WACs compared with actual available price in 2003 for Tizanidine HCL 4mg tablet (AWP spread of 189% over generally available market price; WAC spread of 128%)     CC at ¶ 612

- AWP/WAC spreads of greater than 1.25% in 2002 for:
  o Hydrochlorothiazide 25mg Tablet
  o Diphenhydramine 50mg Caps
  o Dipyridamole 50mg Tablet
  o Furosemide 40mg Tablet
  o Hydroxyzine PAM 50mg Cap
  o Amitriptyline HCL 100mg Tablet
  o Albuterol Sulfate 4mg Tablet [10]     CC at ¶ 614

- Specific allegation of disconnect between AWP and WAC for Dipyridamole 25mg in 2002 (AWP 115% over WAC)     CC at ¶ 615

- Specific allegations from 2002 of disconnect between AWP and WAC for Dipyridamole 25mg (i.e., WAC increases do not correlate to AWP increases)     CC at ¶¶ 615-617

- Fraudulent AWP compared with actual available price in 2000 for Atenolol (25mg 100s)     CC at ¶ 618

- Fraudulent AWPs for 700 NDCs in 2000     *See* Exhibit A to CC

- Examples of generally available actual market prices for 557 NDCs

---

[9] Went on FUL list on November 20, 2001. January 1- November 19, 2001 was reimbursed based on AWP
[10] Came off FUL list in August 2002. Was reimbursed based on AWP therefter

with spreads of 42.61 – 6521.61% below AWP                    *See* Exhibit B-22 to CC

## NOVARTIS  (Novartis, Sandoz, Geneva)

Suffolk Amended Complaint

- Fraudulent AWPs for Clorazil                                SC at ¶ 264

Consolidated Complaint

- Fraudulent AWPs compared with actual available prices in 2000
  for Tegretol 200mg and Clorazil 100mg                      CC at ¶ 630

- Fraudulent AWPs compared with actual available prices for
  Ranitidine 2001-2002 (AWP spreads of 150%-598%            CC at ¶ 631

- OIG documented inflated AWP for Aredia in 2000             CC at ¶ 632

- Fraudulent AWPs for 1089 NDCs in 2000                      *See* Exhibit A to CC

- Examples of generally available actual market prices for 336
  NDCs with spreads of 40.68% - 8662.26% below AWP          *See* Exhibit B-23 to CC

## ORGANON

Suffolk Amended Complaint

- Not named in Suffolk Complaint

Consolidated Complaint

- False and inflated AWP compared with actual available price in 2002
  for Remeron 15mg tablet                                    CC at ¶ 638

- Market share rebates for Desogen 0.15mg tablet in 1998     CC at ¶ 640

- Fraudulent AWPs for 21 NDCs in 2000                        *See* Exhibit A to CC

## PAR

Suffolk Amended Complaint

- Not named in Suffolk Complaint

Consolidated Complaint

- False and inflated AWP compared with actual available price in 2000 for Dexamethasone 4mg     CC at ¶ 646

- False and inflated AWP compared with actual available price in 2000 for Ranitidine 150mg     CC at ¶ 648

- Fraudulent AWPs for 397 NDCs in 2000     *See* Exhibit A to CC

- Examples of generally available actual market prices for 143 NDCs with spreads of 55.39% - 6856.52% below AWP     *See* Exhibit B-24 to CC

**PFIZER GROUP   (Pfizer, Agouron and Sanofi-Synthelabo, Inc.)**

Suffolk Amended Complaint

- Fraudulent pricing in 2001 for:
    - Ambien tab 10mg
    - Glucotrol XL tab 10mg[11]
    - Lipitor tab 10mg, 20mg, 40mg
    - Neurontin tab 300mg,400mg,600mg
    - Norvasc tab 10mg, 5mg
    - Zithromax tab 250mg
    - Zoloft tab 100mg, 50mg
    - Zyrtec tab 10mg
    - Xalatan 0.005% eyedrops
    - Celebrex cap 100mg, 200mg     SC at ¶ 268

Consolidated Complaint

- False and inflated AWPs for Bleomycin 15mg in 1996-1998     CC at ¶ 660

- Congressional findings of manipulated disparities between AWPs and direct prices for Vincasar in 1997     CC at ¶ 670

- Active marketing of 75% spread for Adriamycin     CC at ¶¶ 671-672

- Active marketing of spreads for 100, 200 and 500mg vials of Toposar in 1995     CC at ¶¶ 674-676

- Fraudulent AWPs compared with actual prices for Adriamycin RDF

---

[11] Went on FUL list on November 20, 2001. From January 1-November 19, 2001 was reimbursed based on AWP.

10mg, 20mg, 50mg and 150mg in 1995                                   CC at ¶ 676

- Fraudulent AWPs compared with actual prices for 663 NDCs
  in 2000                                                            *See* Exhibit A to CC

- Examples of generally available actual market prices for 109 NDCs
  with spreads of 43.42% - 2185.68% below AWP                       *See* Exhibit B-25 to CC


**PURDUE GROUP**

Suffolk Amended Complaint

- Fraudulent AWPs for OxyContin                                      SC at ¶ 280

Consolidated Complaint

- False and inflated AWPs in 2000 for 100 count package of MS Contin
  100mg tablet SA                                                    CC at ¶ 683

- False and inflated AWPs in 2000 for 100 count package of Ocycontin
  80mg tablet SA                                                     CC at ¶ 684

- Fraudulent AWPs for 38 NDCs in 2000                                *See* Exhibit A to CC

- Examples of generally available actual market prices for 35 NDCs
  with spreads of 41.85% - 182.82% below AWP                         *See* Exhibit B-26 to CC


**SANOFI/AVENTIS GROUP  (Sanofi-Synthelabo, Aventis Pharmaceuticals, Dermik, Aventis
Behring, Hoechst Marion Roussel)**

Suffolk Amended Complaint

- Fraudulent AWPs for Helixate FS Sol 1000                           SC at ¶ 160

Consolidated Complaint

- Fraudulent pricing for Anzemet 5mg in 1997                         CC at ¶ 694

- Specific examples of marketing spread for Anzemet and other drugs  CC at ¶¶ 695-700
  in 1997

- Marketing spread  in 1997 for Anzemet 100mg IV in 5ml vial         CC at ¶ 701

- DOJ documented specific fraudulent AWPs for:
  - o Anzemet Injectable (dolasetron Mesylate)
  - o Factor VIII/ Bioclate
  - o Factor VIII/ Helixate
  - o Gammar (immune globulin)                                CC at ¶ 701

- OIG findings of inflated AWPs for immune globulin 5mg, Anzemet
  10mg, Taxotere 20mg                                          CC at ¶ 702

- Fraudulent AWPs for 281 NDCs in 2000.                        *See* Exhibit A to CC

- Examples of generally available actual market prices for 22
  NDCs with spreads of 55.77% - 676.23% below AWP.             *See* Exhibit B-27 to CC


## SCHERING GROUP  (Schering-Plough, Warrick)

Suffolk Amended Complaint

- Fraudulent pricing in 2001 for Claritin Tab 10mg             CC at ¶ 289

- Fraudulent pricing in 2001 for Albuterol Inhaler 90mcg       CC at ¶ 306

Consolidated Complaint

- Specific allegations of bundling Schering's Proventil with Warrick's
  Albuterol Sulfate                                            CC at ¶ 718

- Fraudulent AWPs compared with actual wholesale prices in 1997 for
  Clotrimazole and Perphenazine                                CC at ¶ 739

- Fraudulent AWPs compared with actual wholesale prices in 2002 for:
  - o ISMN
  - o Oxaprozin
  - o Potassium Choride
  - o Sodium Chloride
  - o Sulcrafate Tablets                                       CC at ¶ 740

- Fraudulent AWP compared with actual available price for Albuterol
  Sulfate 3ml 60s in 2000 (spread of 231%)                     CC at ¶ 741

- Fraudulent AWPs compared with actual wholesale prices for
  Isosorbide Mononitrate and Albuterol  in 1998, 1999, 2000-2001   CC at ¶ 742

- Fraudulent AWPs for 278 NDCs in 2000.                        *See* Exhibit A to CC

20

- Examples of generally available actual market prices for 125 NDCs with spreads of 50.541126.78% below AWP.    *See* Exhibit B-28 to CC

## SERONO

Suffolk Amended Complaint

- Not named in Suffolk Complaint

Consolidated Complaint

- Fraudulent AWPs for 8 NDCs in 2000.    *See* Exhibit A to CC

## TAP PHARMACEUTICAL

Suffolk Amended Complaint

- Fraudulent pricing in 2001 for Prevacid Cap 15mg, 30mg    CC at ¶ 300

Consolidated Complaint

- Specific allegation of abusing nominal price exception for Prevacid    CC at ¶ 15, 23

- False and inflated AWPs compared with actual prices for Prevacid 15mg and 30mg in 2000    CC at ¶ 764

- Sales of Prevacid 15 and 30mg at 0.24 per dose, contrasted wit Reported AWPs at $4.20 and $4.28 per pill in 2002    CC at ¶ 765

- False and inflated AWPs for Lupron 22.5mg in 2000    CC at ¶ 769

- Fraudulent AWPs for 24 NDCs in 2000.    *See* Exhibit A to CC

## TEVA GROUP

Suffolk Amended Complaint

- Not named in Suffolk Complaint

Consolidated Complaint

- Specific false and inflated AWPs in 2003 for Glyuride 5mg tablet    CC at ¶ 775

- Specific false and inflated AWPs and WACs for Piroxicam 20mg
  (AWP was 7292% over available price; WAC was 2568% over
  available price)                                                    CC at ¶ 776

- AWP for Halopendol DEC 100mg/ml in 2003 of $144.  Available
  price of $43.11 (spread of 234%)                                    CC at ¶ 777

- False reporting of WACs for Halopridol DEC 100 mg/ml in 2003        CC at ¶ 777

- Specific false AWPs in 2000 for Naproxen 500 mg, Ranitidine 150mg,
  Fluphenazine 25mg/ml, Etoposide 20ml/ml in 2000                     CC at ¶ 780

- Fraudulent AWPs for 790 NDCs in 2000.                               *See* Exhibit A to CC

- Examples of generally available actual market prices for 537
  NDCs with spreads of 40.79% - 10377.19% below AWP                   *See* Exhibit B-29 to CC

## WATSON

Suffolk Amended Complaint

- Not named in Suffolk Complaint

Consolidated Complaint

- AWP / WAC spread in excess of 1.25% in 1996 for:
  - o  Fluphenazine HCL 1mg
  - o  Gemfibrozil 600mg
  - o  Imipramine HCL 10mg
  - o  Nadolol 20mg
  - o  Perphenazine 2mg                                               CC at ¶ 801

- 353% spread in 2000 for Dicyclomine 20mg (reported AWP of $33.11;
  generally available market price of $2.31)                         CC at ¶ 803

- 103% spread in 2000 for Methylphenidate (reported AWP of $47.40;
  generally available market price of $23.52)                        CC at ¶ 804

- Fraudulent AWPs for 984 NDCs in 2000.                               *See* Exhibit A to CC

- Examples of generally available actual market prices for 710
  NDCs with spreads of 41.73% - 10880.09% below AWP                   *See* Exhibit B-30 to CC

## WYETH

<u>Suffolk Amended Complaint</u>

- Fraudulent pricing in 2001 for Effexor Cap 75mg and Protonix Tab 40mg          CC at ¶ 311

<u>Consolidated Complaint</u>

- Active marketing of spread for Protonix; deep discounts for Protonix
  unaccounted for in calculation of AWP                                          CC at ¶ 814

- Specific allegations of false and inflated AWPs (compared with actual
  wholesale prices) for:
    - o  Ativan 2mg/ml 10ml vial
    - o  Ativan 2mg/ml 1ml 25s
    - o  Ativan 2mg/ml 10mls 10s
    - o  Ativan 2mg/ml 1ml 10s
    - o  Ativan 4mg/ml 1ml 10s
    - o  Ativan 4mg/ml 1ml 10s
    - o  Ativan 4mg/ml 10ml ea
    - o  Ativan 4mg/ml 1ml ea                                                    CC at ¶ 817

- Spreads of 1760% for Protonix 40mg in 2002 (AWPs of $3.13/pill;
  Counties reimbursed at $2.82 per pill; generally available market
  prices of $0.16/pill)                                                         CC at ¶¶ 819-822

- Fraudulent AWPs for 630 NDCs in 2000.                        *See* Exhibit A to CC

- Examples of generally available actual market prices for 164
  NDCs with spreads of 45.48% - 20930.04% below AWP.          *See* Exhibit B-31 to CC