<u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that on the 17th day of April, 2006 he caused a true and correct copy of the New York Counties Consolidated Opposition To Defendants' Motion To Dismiss the MNYCC (with Exhibit A) as well as the City of New York and the Captioned Counties Response to the Individual Motions to Dismiss of the following defendants and defendant groups: Amgen, AstraZeneca, Bayer, Biogen, Boehringer, EMD, Endo, Forest, Hoffman Laroche, Medimmune, Merck, Mylan, Novartis, Par, Pfizer, Sandoz (with Exhibit A), Sanofi, TAP and Wyeth, as well as the Declaration of Joanne M. Cicala in Opposition to Motions to Dismiss (with Exhibits A, B, and C) to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the honorable Patti B. Saris in MDL No. 1456.  The amended complaint was posted to Lexis Nexis File and Serve's Electronic Service System.

/s/Aaron D. Hovan
Aaron D. Hovan, Esq.
Kirby McInerney & Squire
830 Third Avenue, 10 Floor
New York, NY 10022
(212) 371-6600