# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE:  PHARMACEUTICAL INDUSTRY | ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE | ) | Master File No. 01-CV-12257-PBS |
| LITIGATION | ) | |
| _____ | ) | **Declaration of Michael J. Prame in** |
| THIS DOCUMENT RELATES TO: | ) | **Support of Oxford Health** |
| | ) | **Plans, LLC's Memorandum of Law** |
| 01-CV-12257-PBS AND 01-CV-339 | ) | **in Opposition to Defendants'** |
| | ) | **Motion to Compel** |
| _____ | ) | |

Pursuant to section 1746 of Title 28 of the United States Code, I, MICHAEL J. PRAME, declare as follows:

1.      I am an attorney and principal with the firm Groom Law Group, Chartered, counsel for Oxford Health Plans, LLC ("Oxford") in the above-captioned matter.

2.      I submit this Declaration in support of Oxford's Memorandum in Opposition to Defendants' Motion to Compel.

3.      Attached as Exhibit 1 to this Declaration is a true and correct copy of the subpoena that Defendants issued on Oxford on April 19, 2004.

4.      Attached as Exhibit 2 to this Declaration is a true and correct copy of a letter dated June 28, 2005 from Jessica Gorden Cortes of Patterson Belknap Webb & Tyler to Mark Sandmann of Rawlings & Associates.

5.      Attached as Exhibit 3 is a true and correct copy of the transcript of a motion hearing held on February 2, 2006 before the Honorable Marianne B. Bowler.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on April 18, 2006                    /s/ Michael J. Prame