CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 17th day of April, 2006 he caused true and correct copies of the City of New York and the Captioned Counties Oppositions to the Individual Motions to Dismiss of the following defendants and defendant groups: Chiron Corporation, Purdue Pharma L.P. and Eli Lilly. These documents have been delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the honorable Patti B. Saris in MDL No. 1456. The Oppositions to the Individual Motions to Dismiss were posted to the Lexis Nexis File and Serve's Electronic Service System.

/s/Aaron D. Hovan
Aaron D. Hovan, Esq.
Kirby McInerney & Squire
830 Third Avenue, 10 Floor
New York, NY 10022
(212) 371-6600