**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ) ) 01-CV-12257-PBS AND 01-CV-339 ) ) ) | Judge Patti B. Saris |

### MOTION FOR LEAVE TO FILE UNDER SEAL OF DEFENDANTS BRISTOL-MYERS SQUIBB COMPANY, ONCOLOGY THERAPEUTICS NETWORK CORPORATION AND APOTHECON, INC.

Defendants Bristol-Myers Squibb Company, Oncology Therapeutics Network Corporation and Apothecon, Incorporated (together, "BMS"), move this Court for leave to file under seal the Supplemental Declaration of Steven M. Edwards, dated April 27, 2006, in support of BMS's motion for summary judgment.  This declaration, together with the exhibits annexed thereto, is being filed under seal because it and certain of the exhibits annexed thereto contain documents, deposition testimony and/or proprietary pricing data designated as "Highly Confidential" under the terms of the protective order entered by this Court on December 13, 2002.  BMS will file redacted versions of the aforementioned documents through the Court's Electronic Case Filing System.

WHEREFORE, defendants respectfully request that this Court grant them leave to file under seal the Supplemental Declaration of Steven M. Edwards, dated April 27, 2006, together with the exhibits annexed thereto.

\\\NY - 58559/0059 - 937154 v1

Dated: Boston, Massachusetts
April 28, 2006

                                              Respectfully Submitted,

By:  /s/ Jacob T. Elberg
      Thomas E. Dwyer (BBO No. 139660)
      Jacob T. Elberg (BBO No. 657469)
      **DWYER & COLLORA, LLP**
      600 Atlantic Avenue
      Boston, MA  02210
      Tel: (617) 371-1000
      Fax: (617) 371-1037

Steven M. Edwards (SE 2773)
Lyndon M. Tretter ((LT 4031)
Admitted *pro hac vice*
**HOGAN & HARTSON LLP**
875 Third Avenue
New York, NY  10022
Tel: (212) 918- 3640

Attorneys for Defendants Bristol-Myers Squibb Company, Oncology Therapeutics Network, Corp. and Apothecon, Inc.

## CERTIFICATE OF SERVICE

    I, Lyndon M. Tretter, hereby certify that on April 28, 2006, pursuant to Paragraph 11 of Case Management Order No. 2, I have caused to be served on all counsel of record a true and correct copy of the foregoing Motion For Leave To File Under Seal by electronic service, by sending a copy of same to Lexis/Nexis File and Serve for posting and notification to all parties.

                                      /s/ Lyndon M. Tretter
                                          Lyndon M. Tretter