

**HAGENS BERMAN**
**SOBOL SHAPIRO LLP**

STEVE W. BERMAN
(206) 224-9320
steve@hagens-berman.com

April 28, 2006

**_Via Electronic Filing & Hand Delivery on May 1, 2006_**

Clerk of the Court
United States District Court
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210

> Re:   *In Re: Pharmaceutical Industry Average Wholesale Price Litigation,*
> MDL No. 1456

Dear Clerk of the Court:

Enclosed please find for filing with the Court the following documents:

1.   Notice of Filing Under Seal;

2.   Plaintiffs' Motion for Leave to File Under Seal;

3.   [Proposed] Order Granting Plaintiffs' Leave to File Under Seal;

4.   Plaintiffs' Reply Memorandum in Support of Motion for Partial Summary Judgment Against All Track 1 Defendants;

5.   Reply Declaration of Raymond S. Hartman in Support of Plaintiffs' Motion for Partial Summary Judgment Against All Track 1 Defendants **[FILED UNDER SEAL]**;

6.   Plaintiffs' Reply Memorandum in Support of Motion for Partial Summary Against Defendant BMS **[FILED UNDER SEAL]**;

7.   Plaintiffs' Reply in Support of Summary Judgment Against Johnson & Johnson **[FILED UNDER SEAL]**;

Clerk of the Court
April 28, 2006
Page 2

8.     Declaration of Mark E. Duxbury;

9.     Reply Declaration of Steve W. Berman in Support of Plaintiffs' Reply in Support of Summary Judgment Against Johnson & Johnson **[FILED UNDER SEAL]**;

10.     Plaintiffs' Reply to Schering-Plough Corporation's and Warrick Pharmaceutical Corporation's Memorandum in Opposition to Plaintiffs' Motion for Partial Summary Judgment Against All Track 1 Defendants and Responses to Plaintiffs' L.R. 56.1 Statement of Undisputed Material Facts in Support of Motion for Partial Summary Judgment Against All Track 1 Defendants **[FILED UNDER SEAL]**;

11.     Reply Declaration of Steve W. Berman in Support of Plaintiffs' Reply to Schering-Plough Corporation's and Warrick Pharmaceutical Corporation's Memorandum in Opposition to Plaintiffs' Motion for Partial Summary Judgment Against All Track 1 Defendants and Responses to Plaintiffs' L.R. 56.1 Statement of Undisputed Material Facts in Support of Motion for Partial Summary Judgment Against All Track 1 Defendants **[FILED UNDER SEAL]**;

12.     Plaintiffs' Reply in Support of Motion for Partial Summary Judgment on Behalf of Classes 1 and 2 Against Defendant AstraZeneca Based on Its Guilty Plea Related to Zoladex **[FILED UNDER SEAL]**;

13.     Opposition to AstraZeneca Pharmaceutical LP's Counter Statement To Plaintiffs' Local Rule 56.1 Statement in Support of Plaintiffs' Motion for Partial Summary Judgment on Behalf of Classes 1 and 2 Against Defendant AstraZeneca Based on Its Guilty Plea Related to Zoladex **[FILED UNDER SEAL]**;

14.     Declaration of Kenneth A. Wexler Filed in Connection With Plaintiffs' Reply in Support of Motion for Partial Summary Judgment on Behalf of Classes 1 and 2 Against Defendant AstraZeneca Based on Its Guilty Plea Related to Zoladex **[FILED UNDER SEAL]**;

15.     Plaintiffs' Reply as to AstraZeneca Pharmaceuticals LP's Supplemental Memorandum of Law in Opposition to Class Plaintiffs' Motion for Partial Summary Judgment on Defendants' Affirmative Defenses **[FILED UNDER SEAL]**;

Clerk of the Court
April 28, 2006
Page 3

16.   Reply Declaration of Steve W. Berman in Support of Plaintiffs' Reply as to AstraZeneca Pharmaceuticals LP's Supplemental Memorandum of Law in Opposition to Class Plaintiffs' Motion for Partial Summary Judgment on Defendants' Affirmative Defenses **[FILED UNDER SEAL]**;

17.   Reply Memorandum in Further Support of Plaintiffs' Motion for Partial Summary Judgment on Defendants' Affirmative Defenses **[FILED UNDER SEAL]**; and

18.   Reply Declaration of Steve W. Berman in Support of Reply Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment on Defendants' Affirmative Defenses **[FILED UNDER SEAL]**.

Sincerely,

Steve W. Berman

Enclosures
cc:   All Counsel