UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE            ) <br> LITIGATION                                           ) <br> _____ ) <br>                                                               ) <br> THIS DOCUMENT RELATES TO:          ) <br>                                                               ) <br> ALL ACTIONS                                     ) <br> _____ ) | MDL No. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

## NOTICE OF FILING UNDER SEAL

To:   All Counsel of Record

Please take notice that on April 28, 2006, we, as attorneys for plaintiffs, caused to be filed under seal with the Clerk of the United States District Court for the District of Massachusetts the following items:

1.   Reply Declaration of Raymond S. Hartman in Support of Plaintiffs' Motion for Partial Summary Judgment Against All Track 1 Defendants;

2.   Plaintiffs' Reply Memorandum in Support of Motion for Partial Summary Against Defendant BMS;

3.   Plaintiffs' Reply in Support of Summary Judgment Against Johnson & Johnson;

4.   Reply Declaration of Steve W. Berman in Support of Plaintiffs' Reply in Support of Summary Judgment Against Johnson & Johnson;

5.   Plaintiffs' Reply to Schering-Plough Corporation's and Warrick Pharmaceutical Corporation's Memorandum in Opposition to Plaintiffs' Motion for Partial Summary Judgment Against All Track 1 Defendants and Responses to Plaintiffs' L.R. 56.1 Statement of Undisputed Material Facts in Support of Motion for Partial Summary Judgment Against All Track 1 Defendants;

- 1 -

- 2 -

6. Reply Declaration of Steve W. Berman in Support of Plaintiffs' Reply to Schering-Plough Corporation's and Warrick Pharmaceutical Corporation's Memorandum in Opposition to Plaintiffs' Motion for Partial Summary Judgment Against All Track 1 Defendants and Responses to Plaintiffs' L.R. 56.1 Statement of Undisputed Material Facts in Support of Motion for Partial Summary Judgment Against All Track 1 Defendants;

7. Plaintiffs' Reply in Support of Motion for Partial Summary Judgment on Behalf of Classes 1 and 2 Against Defendant AstraZeneca Based on Its Guilty Plea Related to Zoladex;

8. Opposition to AstraZeneca Pharmaceutical LP's Counter Statement To Plaintiffs' Local Rule 56.1 Statement in Support of Plaintiffs' Motion for Partial Summary Judgment on Behalf of Classes 1 and 2 Against Defendant AstraZeneca Based on Its Guilty Plea Related to Zoladex;

9. Declaration of Kenneth A. Wexler Filed in Connection With Plaintiffs' Reply in Support of Motion for Partial Summary Judgment on Behalf of Classes 1 and 2 Against Defendant AstraZeneca Based on Its Guilty Plea Related to Zoladex;

10. Plaintiffs' Reply As to AstraZeneca Pharmaceuticals LP's Supplemental Memorandum of Law in Opposition to Class Plaintiffs' Motion for Partial Summary Judgment on Defendants' Affirmative Defenses;

11. Reply Declaration of Steve W. Berman in Support of Plaintiffs' Reply as to AstraZeneca Pharmaceuticals LP's Supplemental Memorandum of Law in Opposition to Class Plaintiffs' Motion for Partial Summary Judgment on Defendants' Affirmative Defenses;

12. Reply Memorandum in Further Support of Plaintiffs' Motion for Partial Summary Judgment on Defendants' Affirmative Defenses; and

13. Reply Declaration of Steve W. Berman in Support of Reply Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment on Defendants' Affirmative Defenses.

- 2 -

DATED:  April 28, 2006                          By      /s/ Steve W. Berman
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

- 4 -

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Shanin Specter
Donald E. Haviland, Jr.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
Facsimile:  (215) 772-1359
Telephone:  (215) 772-1000

**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **NOTICE OF FILING UNDER SEAL** be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on April 28, 2006, a copy to LexisNexis File and Serve for Posting and notification to all parties

      By      /s/ **Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292