UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |
| | MDL NO. 1456 |
| | Civil Action No. 01-12257-PBS |
| | Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO THE AMENDED MASTER CONSOLIDATED CLASS ACTION | Chief Mag. Judge Marianne B. Bowler |

**DECLARATION OF MICHAEL DEMARCO IN SUPPORT OF
THE TRACK TWO DEFENDANTS' MOTION TO RENEW THEIR MOTION TO
COMPEL (DOCKET ENTRY NO. 2162) DIRECTED TO
THIRD-PARTY NATIONAL HERITAGE INSURANCE COMPANY IN ITS CAPACITY
AS THE MEDICARE PART B CARRIER FOR MASSACHUSETTS AND
<u>REQUEST FOR HEARING ON MAY 9, 2006</u>**

I am a partner in the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP, representing Defendant Aventis Pharmaceuticals, Inc.  I offer this declaration in support of the Track Two Defendants' Motion to Renew Their Motion to Compel (Docket Entry No. 2162) Directed to Third-Party National Heritage Insurance Company in its Capacity as the Medicare Part B Carrier for Massachusetts and Request for Hearing on May 9, 2006.

1. Attached as Exhibit A is the April 19, 2006 letter from Michael DeMarco to Gary S. Starr.

2. Attached as Exhibit B is the April 21, 2006 letter from Gary S. Starr to Michael DeMarco.

3. Attached as Exhibit C is the April 28, 2006 letter from Michael DeMarco to Gary S. Starr.

4. Attached as Exhibit D is the April 28, 2006 email from Gary S. Starr to Aimée E. Bierman

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 28, 2006                                    /s/ Michael DeMarco
                                                          Michael DeMarco

BOS-963841 v1 5544510-0903