## Bierman, Aimee E.

**From:** Starr, Gary [GStarr@Goodwin.com]
**Sent:** Friday, April 28, 2006 2:18 PM
**To:** Bierman, Aimee E.
**Cc:** Leslie.Stafford@hhs.gov; Andy.Mao@usdoj.gov; Wattenmaker, Benjamin M.; Muehlberger, James P. (SHB); DeMarco, Michael; Ricciuti, Michael D.; Mizell, Nick P. (SHB)
**Subject:** RE: Letter to Gary Starr.pdf

Aimee,

I have received your letter this afternoon that is in response to my letter from last Friday.

My client contact is not in today and I am in depositions all day on Monday.

We will respond as soon as we reasonably can.

Gary


-----Original Message-----
**From:** Bierman, Aimee E. [mailto:abierman@klng.com]
**Sent:** Friday, April 28, 2006 1:05 PM
**To:** Starr, Gary
**Cc:** Leslie.Stafford@hhs.gov; Andy.Mao@usdoj.gov; Wattenmaker, Benjamin M.; Muehlberger, James P. (SHB); DeMarco, Michael; Ricciuti, Michael D.; Mizell, Nick P. (SHB)
**Subject:** Letter to Gary Starr.pdf



<<Letter to Gary Starr.pdf>>

*Aimee E. Bierman*
*Kirkpatrick & Lockhart Nicholson Graham LLP*
*State Street Financial Center*
*One Lincoln Street*
*Boston, MA 02111-2950*
*617.261.3166*
*617.261.3175 (fax)*
*www.klng.com*

*This Electronic Message contains confidential information from the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP that may be privileged. The information is intended to be for the use of the addressee only. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited.*

04/28/2006