**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) |  MDL NO. 1456<br>CIVIL ACTION NO. 01-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

AstraZeneca Pharmaceuticals LP, by its attorneys, hereby moves this Court for leave to file under seal the Declaration of Jessica V. Barnett in Support of the Reply Memorandum of Law in Further Support of Track 1 Defendants' Joint Motion for Summary Judgment and attached exhibits.

Pursuant to the Protective Order entered by this Court on December 13, 2002 (the "MDL Protective Order"), the parties in the above captioned cases have designated many documents and other information produced in these cases as either "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL." The Declaration of Jessica Barnett in Support of Reply Memorandum of Law in Further Support of Track 1 Defendants' Joint Motion for Summary Judgment and attached exhibits incorporate—either directly or indirectly—information that has been designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL", including pricing information. Pursuant to paragraph 15 of the MDL Protective Order, any document or pleading containing quotes from or otherwise referencing such information shall be filed under seal.

WHEREFORE, AstraZeneca Pharmaceuticals LP respectfully requests that this Court grant it leave to file the Declaration of Jessica Barnett in Support of Reply Memorandum of Law

in Further Support of Track 1 Defendants' Joint Motion for Summary Judgment and attached exhibits under seal.

Dated: Boston, Massachusetts
April 28, 2006

           Respectfully Submitted,

           By:  /s/ Jessica V. Barnett
           Nicholas C. Theodorou (BBO # 496730)
           Jessica Barnett (BBO #650535)
           FOLEY HOAG LLP
           155 Seaport Blvd.
           Boston, Massachusetts 02210
           Tel: (617) 832-1000

           D. Scott Wise
           Michael S. Flynn
           Kimberley Harris
           DAVIS POLK & WARDWELL
           450 Lexington Avenue
           New York, New York 10017
           Tel: (212) 450-4000

           Attorneys for AstraZeneca Pharmaceuticals LP

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on April 28, 2006, a copy to LexisNexis File & Serve for posting and notification to all parties.

           /s/ Jessica V. Barnett
           Jessica V. Barnett