UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 ) ) ) ) CIVIL ACTION: 01-CV-12257-PBS ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) Judge Patti B. Saris ) |

**DECLARATION OF Michael O. Gum,**

pursuant to 28 U.S.C. § 1746, declares as follows:

1. I currently hold the position of Director of Pharmacy at The Presbyterian Hospital in Charlotte, North Carolina. I have held this position since February, 2005.

2. My job duties at the hospital include oversight of the Pharmacy, including Purchasing, Billing, Distribution and Policy. I am knowledgeable regarding the manner in which The Presbyterian Hospital bills patients for in-patient and out-patient medical services, including the methods by which the hospital determines charges for medication administered to patients.

3. I have reviewed the hospital's billing records for Susan Ruth Aaronson. In particular, I have reviewed the hospital's charges for carboplatin and paclitaxel.

4. I am not able to determine the National Drug Code ("NDC") for the carboplatin and paclitaxel that was administered to Ms. Aaronson. Accordingly, I am unable to say who manufactured the drugs that were administered to this patient.

5. The Presbyterian Hospital's charge for carboplatin varied between $1792.25 and $1476.70 for a 450 mg injection. Presbyterian Hospital charged $1792.25 for the 450mg carboplatin injection administered to Ms. Aaronson as part of out-patient treatment in July,

August, September and October 2004. Presbyterian Hospital charged $1476.70 for the 450mg carboplatin injection administered to Ms. Aaronson as part of out-patient treatment in November 2004.

6. The Presbyterian Hospital's charges for the carboplatin administered to Ms. Aaronson in 2004 -- whether as part of her in-patient or out-patient treatment -- were not based on Average Wholesale Price ("AWP").

7. Ms. Aaronson's records also indicate that she received paclitaxel as part of out-patient treatment at Presbyterian Hospital. Presbyterian Hospital's charge for the paclitaxel administered to Ms. Aaronson in July, August, September, October and November 2004 was $501.00 for a 100 mg injection.

8. In two instances, one in November 2004 and the other in December 2004, Ms. Aaronson's records indicate that Presbyterian Hospital charged $442.15 for 130 mg of paclitaxel (in these two instances Ms. Aaronson's records indicate that she received two paclitaxel injections – a 100mg paclitaxel injection and a 30mg paclitaxel injection).

9. The Presbyterian Hospital's charges for the paclitaxel administered to Ms. Aaronson in 2004 -- whether as part of in-patient or out-patient treatment -- were not based on Average Wholesale Price ("AWP").

I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on this 23rd day of March, 2006.

_____
Notary

_____
Michael O. Gum, PharmD
Director of Pharmacy

My Commission Expires 1-4-2009

2