UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ ) <br> ) <br> ) <br> IN RE:  PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE         ) <br> LITIGATION                                         ) <br> ) <br> _____) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO:      ) <br> ) <br> *State of California, et al. v.*                  ) <br> *Abbott Laboratories, Inc. et al.,*            ) <br> CIVIL ACTION NO. 1:03-CV-11226-PBS  ) <br> _____) | MDL NO. 1456 <br><br> CIVIL ACTION:  01-CV-12257-PBS <br><br> Judge Patti B. Saris |

**STIPULATED MOTION FOR ORDER PERMITTING DEPOSITION OF HARVEY WEINTRAUB**

Defendants Warrick Pharmaceuticals Corporation ("Warrick"), Schering-Plough Corporation ("Schering"), Plaintiffs, State of California, and Relator Ven-a-Care of the Florida Keys, Inc., through their undersigned counsel, hereby move for the entry of an order permitting the taking of the deposition of Harvey Weintraub for purposes of discovery in the above-referenced action. In support of this motion, Warrick, Schering, Plaintiffs and Relator state as follows:

1.  On April 12, 2006 Counsel for Warrick and Schering notified Plaintiffs of a scheduled deposition of former Warrick Vice President Harvey Weintraub. An accompanying letter stated that Mr. Weintraub is 77 years old, has a skeletal problem that prevents him from sitting for extended periods without pain, and has Parkinson's disease. The letter indicates, that due to Mr. Weintraub's age and health, he may not be available in the future as a witness.

2.  Pursuant to the stipulated Case Management Order No. 18 (Par. 6), Plaintiffs (State of California) and Defendants have been limited to conducting discovery in this matter

-1-

with third parties only (i.e. there is to be no discovery between Plaintiffs and Defendants pending the outcome of the Motions to Dismiss.)

3. In light of Mr. Weintraub's condition and in order to preserve his testimony in this matter, it is necessary, at this time, to take the deposition of Harvey Weintraub (proposed order attached).

WHEREFORE, the undersigned parties respectfully request that the Court enter an Order permitting the taking of the deposition of Harvey Weintraub.

Dated:  April 28, 2006

   /s/   Brien T. O'Connor\
Brien T. O'Connor (BBO # 546767)\
Adam Wright (BBO #661823)\
Ropes & Gray LLP\
One International Place\
Boston, MA 02110\
Telephone: 617-951-7000\
Facsimile:  617-951-7050

*Counsel for Schering and Warrick*

   /s/  Timothy Foote\
Timothy Foote\
CA. St. Bar # 115621\
Deputy Attorney General\
State of California Department of Justice\
1455 Frazee Road, Suite 315\
San Diego, CA 92108\
Telephone:  (619) 688-6114\
Facsimile:  (619) 688-4200\
Email: Timothy.Foote@doj.ca.gov

*Counsel for Plaintiffs*

   /s/   James J. Breen\
James J. Breen\
The Breen Law Firm, P.A.\
5755 Northpoint Parkway, Suite 39\
Alpharetta, GA. 30022\
Telephone:  (770) 740-0008\
FAX:  (770) 740-9109

*Counsel for Relators*

## **ORDER**

IT IS HEREBY ORDERED THAT the restraint on discovery between Plaintiffs and Defendants per CMO 18 are lifted for the purpose of taking the deposition of Harvey Weintraub.

_____
Patti B. Saris
United States District Judge

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to LR 7.1(A)(2), the undersigned counsel hereby certify that the parties have conferred in good faith to resolve the issues involved and, as a result, have filed this motion.

                                       __/s/ Timothy C. Foote_____
                                       Timothy C. Foote
                                       Deputy Attorney General
                                       State of California Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                       __/s/_Timothy C. Foote_____
                                       Timothy C. Foote
                                       Deputy Attorney General
                                       State of California Department of Justice