UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JUDGE PATTI B. SARIS |

**STIPULATED REVISED SCHEDULE FOR THE
TRACK TWO CLASS CERTIFICATION BRIEFING**

Pursuant to paragraph 6 of CMO 24, Plaintiffs and Track Two Defendants hereby stipulate as follows:

1. Plaintiffs' motion for class certification regarding Track Two Defendants shall be filed by May 8, 2006.

2. Track Two Defendants' consolidated opposition brief to class certification shall be filed by June 15, 2006, and limited to 40 pages. (The parties agree that the 20 pages provided by the Court for the now-deleted Track 2 consolidated sur-reply may be utilized by the Track 2 Defendants in their consolidated opposition brief).

3. Track Two Defendants' individual briefs in opposition to class certification shall be filed by June 15, 2006. These individual briefs shall not exceed eight pages each. (The parties agree that the three pages provided by the Court for the now-deleted individual defendants' sur-replies may be utilized by the individual defendants in their individual opposition briefs).

4. Plaintiffs' replies to the Track Two Defendants' consolidated and individual memoranda in opposition to class certification shall be filed by June 30, 2006.

5. Track Two Defendants will forego the filing of sur-replies.

Dated: May 1, 2006

| /s/ Michael DeMarco | /s/ Steve W. Bierman |
|---|---|
| Michael DeMarco (BBO 119960) <br> mdemarco@klng.com <br> Aimèe E. Bierman (BBO 640385) <br> abierman@klng.com <br> KIRKPATRICK & LOCKHART <br> NICHOLSON GRAHAM, LLP <br> State Street Financial Center <br> One Lincoln Street <br> Boston, MA 02111-2950 <br> (617) 261-3100 | Steve W. Berman <br> Steve@hbsslaw.com <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 1301 Fifth Avenue <br> Suite 2900 <br> Seattle WA 98101 <br> (206) 224-9320 |
| *Attorneys for Aventis Pharmaceuticals Inc. and on behalf of all Track 2 Defendants* | *Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Michael DeMarco
Michael De Marco