

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NEW ENGLAND CARPENTERS HEALTH )
BENEFITS FUND, et al,          )
                               )
            Plaintiffs         )
                               )
        -VS-                   ) CA No. 05-11148-PBS
                               ) Pages 1 - 23
FIRST DATABANK, INC.,          )
a Missouri Corporation;        )
and McKESSON CORPORATION,      )
a Delaware Corporation,        )
                               )
            Defendants         )

**STATUS CONFERENCE**

BEFORE THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

United States District Court
1 Courthouse Way, Courtroom 19
Boston, Massachusetts
February 9, 2006, 3:30 p.m.

LEE A. MARZILLI
CERTIFIED REALTIME REPORTER
United States District Court
1 Courthouse Way, Room 3205
Boston, MA  02210
(617)345-6787

```
 1  A P P E A R A N C E S:

 2       THOMAS M. SOBOL, ESQ., Hagens Berman Sobol Shapiro LLP,
    One Main Street, Fourth Floor, Cambridge, Massachusetts,
 3  02142, for the Plaintiffs.

 4       JOHN A. MACORETTA, ESQ., Spector, Roseman & Kodroff,
    1818 Market Street, Suite 2500, Philadelphia, Pennsylvania,
 5  19103, for the Plaintiffs.

 6       LORI A. SCHECHTER, ESQ., Morrison & Foerster, LLP,
    425 Market Street, San Francisco, California, 94105-2482, for
 7  McKesson.

 8       JOAN M. GRIFFIN, ESQ., Burns & Levinson,
    One Beacon Street, Boston, Massachusetts, 02108, for
 9  McKesson.

10       MARK C. REDMAN, ESQ., The Hearst Corporation,
    1345 Avenue of The Americas, New York, New York, 10105,
11  in-house counsel for The Hearst Corporation.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1         THE COURT:  No.
2         MS. SCHECHTER:  -- as was done in the MDL?
3         THE COURT:  Unless I -- that was just different.
4  And if I become persuaded that I don't understand it, I'll
5  back it off, but right now I'm not seeing that.
6         MS. SCHECHTER:  Okay.  I mean, we will seek to
7  present some of the very same evidence that was presented to
8  show that the self-administered class for TPPs cannot be
9  certified in the same manner that your Honor has already
10 ruled.
11        THE COURT:  That may be true, I mean, because I
12 really understand it now.  I mean, the expert helped me
13 through the industry.
14        MS. SCHECHTER:  I don't mean the independent
15 expert.  I was just saying that the parties are going to push
16 forth expert reports, and the plaintiffs had contemplated
17 that in their order, and we'll need to take their
18 depositions.  That's all, that's all I was suggesting.
19        THE COURT:  So play it out a little bit more for
20 me.  What do you mean?  The experts on what?  On --
21        MS. SCHECHTER:  On class certification issues.
22        THE COURT:  On what issue?
23        MS. SCHECHTER:  Well, for example, the
24 relationships between the PBMs and the TPPs and how it might
25 affect the pricing that goes into this, the fact that --

Case 1:01-cv-12257-PBS   Document 2501-3   Filed 04/21/06   Page 4 of 5

16

1        THE COURT:  Sure, all the things I saw last time.
2   Anything new?
3        MS. SCHECHTER:  Correct, but McKesson has not
4   developed that evidence.  We haven't even seen that evidence.
5        THE COURT:  I think it's either all publicly
6   available, and if it's not, move to either make it publicly
7   available or to come in under the protective order.
8        MS. SCHECHTER:  Okay, that would work for us
9   because we don't have access to it because of the protective
10  order.
11       THE COURT:  But if you read my opinion, I mean,
12  there may be new things because you're a wholesale level, and
13  I dealt before with different levels, but we talked quite a
14  bit about wholesale.  Just I understand it better, and I may
15  not decide to hire an independent expert.
16       MS. SCHECHTER:  I'm just suggesting we would put in
17  an expert report.
18       THE COURT:  Oh, I'm assuming you will.  That's fair
19  enough.  You don't know yet who your expert is?
20       MS. SCHECHTER:  No, we do not.
21       MR. REDMAN:  Your Honor, we would probably do the
22  same.  Again, it is a little different with a publisher
23  actually in the case this time as opposed to on the fringes,
24  so I just wanted to --
25       MS. SCHECHTER:  So the issue only becomes, is the

```
 1                    C E R T I F I C A T E
 2
 3
     UNITED STATES DISTRICT COURT )
 4   DISTRICT OF MASSACHUSETTS    ) ss.
     CITY OF BOSTON               )
 5
 6
 7
 8            I, Lee A. Marzilli, Official Federal Court
 9   Reporter, do hereby certify that the foregoing transcript,
10   Pages 1 through 23 inclusive, was recorded by me
11   stenographically at the time and place aforesaid in Civil
12   Action No. 05-11148-PBS, New England Carpenters Health
13   Benefits Fund Vs. First Databank, Inc., et al, and thereafter
14   by me reduced to typewriting and is a true and accurate
15   record of the proceedings.
16            In witness whereof I have hereunto set my hand this
17   20th day of February, 2006.
18
19
20
21
22
23            _____
              LEE A. MARZILLI /CRR
24            OFFICIAL FEDERAL COURT REPORTER
25
```