UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL NO. 1456 )<br>) CIVIL ACTION: 01-CV-12257-PBS )<br>) JUDGE PATTI B. SARIS |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned, an attorney licensed to practice law in the Commonwealth of Massachusetts and in the District of Massachusetts, respectfully moves that Michael P. Doss be admitted to practice before this Honorable Court for purposes of the above-noted case. Mr. Doss is licensed to practice law in the State of Illinois and the United States District Court for the Northern District of Illinois.

According to the Certificate of Good Standing attached hereto, Mr. Doss states as follows:

(1) He is a member of the Bar in good standing in every jurisdiction in which he has been admitted to practice.

(2) There are no disciplinary proceedings pending against him as a member of the Bar in any jurisdiction.

(3) He is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, I move that Mr. Doss be admitted this 1st day of May, 2006.

Respectfully submitted,

/s/ Robert P. Sherman
_____
Robert P. Sherman (BBO # 458540)
DLA PIPER RUDNICK GRAY CARY US LLP
33 Arch Street, 26th Floor
Boston, MA 02110
(617) 406-6000
Fax: (617) 406-6100
Email: rob.sherman@dlapiper.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL NO. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) ) JUDGE PATTI B. SARIS |

## CERTIFICATE OF GOOD STANDING

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, I, Michael P. Doss, hereby certify as follows:

1. I am a member of the bar of the State of Illinois. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice. I am an attorney of the law firm Sidley Austin LLP. My office is located at, One South Dearborn Street, Chicago, IL 60603. I represent defendant Bayer Corporation in this matter.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. My application for leave to practice in this Court is on motion of a member of the bar of this Court, Robert P. Sherman, DLA Piper Rudnick Gray Cary US LLP, 33 Arch Street, 26th Floor, Boston, Massachusetts 02110. Mr. Sherman has filed an appearance in this action.

Signed under the penalties of perjury this 1st day of May, 2006.

Respectfully submitted,

Michael P. Doss
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7920