UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION : : : : THIS DOCUMENT RELATES TO : ALL ACTIONS. : : | MDL No. 1456<br><br>Civil Action: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## MOTION FOR ADMISSION *PRO HAC VICE* OF PAUL D. WEINER, ESQUIRE

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts (the "Local Rules"), Nathan R. Soucy, Esquire, a member in good standing of the bar of the United States District Court for the District of Massachusetts, hereby moves this Court to enter an order authorizing Paul D. Weiner, Esquire, of the firm Buchanan Ingersoll PC, 1835 Market St., 14th Floor, Philadelphia, PA 19103, to appear and practice *pro hac vice* before the United States District Court for the District of Massachusetts in this case, on behalf of non-party AmerisourceBergen Corporation, and states as grounds therefor as follows:

1. As set forth in the accompanying Certificate, Paul D. Weiner is a member of the bars of the Commonwealth of Pennsylvania, the State Bar of New Jersey, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Middle District of Pennsylvania, the United States District Court for the District of New Jersey, and the United States Court of Appeals for the Third Circuit, is a member in good standing in every jurisdiction where he has been admitted to practice, and is not subject to pending disciplinary proceedings as a member of the bar in any jurisdiction.

2. Paul D. Weiner is familiar with the Local Rules.

WHEREFORE, the undersigned counsel respectfully moves for admission of Paul D. Weiner to practice and appear before this Court *pro hac vice*.

Dated this 3rd day of May 2006.

By: /s/ Nathan R. Soucy
Nathan R. Soucy (BBO # 660914)
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street, 16th Floor
Boston, MA 02110
(617) 951-2505
(617) 951-0679 (facsimile)
soucy@cwg11.com