UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS. | Judge Patti B. Saris |

## CERTIFICATION OF GOOD STANDING

I, Paul D. Weiner, Esquire, hereby certify:

1. I am an attorney with the law firm of Buchanan Ingersoll PC, 1835 Market St., 14th Floor, Philadelphia, PA 19103. I seek permission to appear *pro hac vice* in this case for the purpose of serving as co-counsel for Non-party AmerisourceBergen Corporation, along with the law firm of Cohn Whitesell & Goldberg LLP.

2. I am admitted to practice as a member of the following courts:

    Commonwealth of Pennsylvania;

    State Bar of New Jersey;

    United States District Court for the Eastern District of Pennsylvania;

    United States District Court for the Middle District of Pennsylvania;

    United States District Court for the District of New Jersey; and the

    United States Court of Appeals for the Third Circuit.

3. Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts (the "Local Rules"), I am in good standing in every jurisdiction in which I have been admitted to practice, there are no disciplinary proceedings pending against me in

any jurisdiction in which I have been admitted to practice, and I have reviewed and am familiar with the Local Rules.

Dated this 3rd day of May, 2006.

/s/ Paul D. Weiner
Paul D. Weiner