# Attachment

# Proposed Order Text

- 1 -

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | Master File No. 01-CV-12257-PBS |
| _____ ) | Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO: ) | |
| ) | Chief Mag. Judge Marianne B. Bowler |
| 01-CV-12257-PBS AND 01-CV-339 ) | |
| ) | |
| _____ ) | |

## ORDER

Upon consideration of the Motion of Third-Party Oxford Health Plans to Reschedule the Court's Hearing On Defendants' Motion to Compel, Docket No. 2298, and for good cause shown, it is by this Court, this ___ day of ___, 2006,

**ORDERED:** That the Motion is granted and the hearing on Defendants' Motion to Compel Oxford Health Plans is rescheduled for _____, 2006 at 10 a.m. before Chief Judge Marianne B. Bowler.

_____
United States Magistrate Judge