## **CERTIFICATE OF SERVICE**

I certify that on May 3, 2006, a true and correct copy of the Motion to Reschedule the Court's Hearing on Defendants' Motion to Compel and Proposed Order were served on all counsel of record by electronic service pursuant to Case Management Order No. 2. A copy of the same was served on counsel for Patterson Belknap Webb & Tyler LLP by electronic service and also by first class mail.

                                                    /s/ Julie B. Brennan
                                                    Julie B. Brennan