## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 ) ) ) ) | Hon. Patti B. Saris |

## THE JOHNSON & JOHNSON DEFENDANTS' MOTION FOR LEAVE TO RESPOND TO THE DUXBURY DECLARATION

Johnson & Johnson, Ortho Biotech Products, L.P., and Centocor, Inc., by their attorneys, respectfully move this Court for leave to respond to the Duxbury Declaration. The grounds for this motion are set forth in the accompanying Memorandum of Law and Declaration of Andrew D. Schau dated May 5, 2006.

Dated: May 5, 2006                           Respectfully submitted:

/s/ William F. Cavanaugh, Jr.
William F. Cavanaugh, Jr.
Andrew D. Schau
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, New York  10036-6710
(212) 336-2000

Attorneys for the Johnson & Johnson Defendants

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that I conferred with counsel for plaintiffs and was advised that plaintiffs do not consent to this motion.

       /s/ Andrew D. Schau_____
       Andrew D. Schau

## CERTIFICATE OF SERVICE

I certify that on May 5, 2006 a true and correct copy of the foregoing MOTION FOR LEAVE TO RESPOND TO THE DUXBURY DECLARATION was served on all counsel via Lexis/Nexis.

       /s/ Andrew D. Schau_____
       Andrew D. Schau