**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS <br><br> Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 ) ) ) ) |  |

**DECLARATION OF ANDREW D. SCHAU IN SUPPORT OF THE JOHNSON & JOHNSON DEFENDANTS' MOTION FOR LEAVE TO RESPOND TO THE DUXBURY DECLARATION**

Andrew D. Schau, declares as follows:

1. I am a member of Patterson Belknap Webb & Tyler LLP, attorneys for the J&J Defendants. Attached to this declaration are true and correct copies of the following materials:

| | |
|---|---|
| Exhibit 1 | *Duxbury v. Ortho Biotech, Inc.*, No. 52348-1-I, 2004 WL 93588 (Wash. App. Div. 1, May 3, 2004) |
| Exhibit 2 | Complaint, *United States of America, ex rel., Mark Eugene Duxbury v. Ortho Biotech Products, L.P.*, No. 03-1289-RWZ (D. Mass.) |
| Exhibit 3 | The Government's Notice of Election to Decline Intervention, *United States of America, ex rel., Mark Eugene Duxbury v. Ortho Biotech Products, L.P.*, No. 03-1289-RWZ (D. Mass. July 12, 2005) |
| Exhibit 4 | Declaration of Lyndon Tretter (Aug. 30, 2005) |
| Exhibit 5 | *Will-O-Wheel Farms v. A.O. Smith Harvestore Products, Inc.*, 1991 WL 86286, *6 (6th Cir. 1991) |
| Exhibit 6 | *In re Del Grosso*, 1992 WL 280788 (Bkrtcy. N.D.Ill.,1992) |

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Andrew D. Schau

Dated: May 5, 2006                    Andrew D. Schau

1276143v1

**CERTIFICATE OF SERVICE**

      I certify that on May 5, 2006 a true and correct copy of the foregoing DECLARATION OF ANDREW D. SCHAU IN SUPPORT OF THE JOHNSON & JOHNSON DEFENDANTS' MOTION FOR LEAVE TO RESPOND TO THE DUXBURY DECLARATION was served on all counsel via Lexis/Nexis.

                                                  _/s/ Andrew D. Schau_____
                                                  Andrew D. Schau