UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL | : | |
| INDUSTRY AVERAGE WHOLESALE | : | MDL No. 1456 |
| PRICE LITIGATION | : | |
| | : | Civil Action: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | : | |
| ALL ACTIONS. | : | Judge Patti B. Saris |
| | : | |
| _____ | : | |

### CERTIFICATE OF SERVICE
### [CORRECTED]

The undersigned hereby certifies that on May 5, 2006, I caused a copy of Non-Party AmerisourceBergen Corporation's ("ABC") Motion for Leave to Supplement ABC's Response in Opposition to Plaintiffs' Motion to Compel And In Support of ABC's Cross-Motion For A Protective Order (Filed Under Seal) to be served in the manner and on the parties listed below:

Jennifer Fountain Connolly                                   *VIA FACSIMILE AND U.S. MAIL*
The Wexler Firm, LLP
One North LaSalle Street
Suite 2000
Chicago, Illinois 60602
(312) 346-0022

Edward Notargiacomo                                          *VIA HAND DELIVERY*
Hagens Berman Sobol Shapiro
One Main Street
4th Floor
Cambridge, MA 02142

                                                     /s/ Nathan R. Soucy
                                                    Nathan R. Soucy (BBO # 660914)
                                                    **COHN WHITESELL & GOLDBERG LLP**
                                                      101 Arch Street, 16th Floor
                                                      Boston, MA  02110
                                                      (617) 951-2505

Cert Serv (Supp) – Motion to Supp