## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## PLAINTIFFS' MOTION TO CERTIFY CLAIMS WITH RESPECT TO TRACK 2 DEFENDANTS

Pursuant to Fed. R. Civ. P. 23(b)(2) and (b)(3), plaintiffs move for an order certifying the claims against the Track 2 Defendants.

The plaintiffs submit a proposed order that mirrors the Court's January 30, 2006 Order regarding plaintiffs' motion to certify the claims involving the Track 1 Defendants.

This motion is supported by Plaintiffs' Memorandum of Law in Support of Motion to Certify Claims With Respect to Track 2 Defendants, the Declaration of Donald E. Haviland, Jr., Esquire, in Support of Plaintiffs' Motion to Certify Claims With Respect to Track 2 Defendants (detailing the payments made by the Class 1 representatives), the Affidavit of Glenn Randle, a member of the Board of Trustees of the Sheet Metal Workers National Health Fund (a Class 2 representative) and the Declaration of Charles Hannaford on behalf of Pipefitters Local 537 Trust Fund (Class 3 representative).

- 2 -

| | |
|---|---|
| DATED:  May 8, 2006. | By    /s/ **Steve W. Berman**  <br>    Thomas M. Sobol (BBO#471770)  <br>    Edward Notargiacomo (BBO#567636)  <br>Hagens Berman Sobol Shapiro LLP  <br>One Main Street, 4th Floor  <br>Cambridge, MA  02142  <br>Telephone: (617) 482-3700  <br>Facsimile: (617) 482-3003 |

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Shanin Specter
Donald E. Haviland, Jr.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
Facsimile:  (215) 772-1359
Telephone:  (215) 772-1000

**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 4 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

      I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on May 8, 2006, I caused copies of **PLAINTIFFS' MOTION TO CERTIFY CLAIMS WITH RESPECT TO TRACK 2 DEFENDANTS** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                         **/s/ Steve W. Berman**
                                         Steve W. Berman

001534-16  107441 V1