
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS. | Judge Patti B. Saris |

## DECLARATION OF CHARLES HANNAFORD

I, Charles Hannaford, under the penalty of perjury, hereby declare as follows:

1.  I have personal knowledge of the facts stated below, would so testify in court if called upon to do so, and am competent to provide testimony.

2.  I am the Fund Administrator for the Pipefitters Local 537 Trust Funds (the "Fund"). Our office is located at 35 Travis Street, Unit One, Allston, Massachusetts.

3.  I am familiar with the records and documents maintained in the ordinary course of business by the Fund, and am familiar with the document governing the operation of the Fund. The Fund provides medical benefits, including a prescription benefit, to participants who are almost exclusively residents of the Commonwealth of Massachusetts.

4.  The Fund was found to be an adequate class representative for Class 3 in this Court's January 30, 2006 Consolidated Order Re: Motion for Class Certification relating to Track I Defendants. I have been advised that other defendants, referred to as Track II Defendants, include: Abbott, Amgen, Aventis, Baxter, Bayer, Dey Labs, Fujisawa, Gensia (a member of the Sicor Group), Immunex, Pfizer, Pharmacia, Sicor, and Watson.

5.  The Fund uses Blue Cross Blue Shield of Massachusetts ("BCBS of MA") as its third-party administrator to process medical benefit claims for our plan members. BCBS of MA has performed this function for us for many years. BCBS of MA compiled claims data for the

Fund showing AWP-based payments for physician administered drugs manufactured by both Track I and Track II Defendants. This claims data has previously been provided to Defendants in electronic form.

6. As Administrator of the Fund I authorized Fund counsel to survey the electronic claims records of the Fund. This search confirmed that the Fund made payments on behalf of Massachusetts residents based on AWP for those single-source and multi-source drugs manufactured by Track II Defendants reflected in the chart attached as Exhibit 1.

7. Specifically, the Fund made payments for drugs purchased by Massachusetts-resident beneficiaries that were manufactured by the following Track II Defendants: Abbott, Amgen, Aventis, Bayer, Baxter, Dey, Fujisawa, Immunex, Pharmacia, and Watson.

I make the foregoing statements under penalty of perjury on the date written next to my name below.

Date: March 8, 2006

_____
Charles Hannaford

# EXHIBIT 1

# Pipefitters Local 537 Trust Fund
# Summary of Track 2 Drug Coverage

| HCPCS Code | AWP Track 2 Manufacturer(s) | Drug Name(s) | HCPCS Description |
|---|---|---|---|
| J1070 | Pharmacia | Depo-Testosterone | INJECTION - TESTOSTERONE CYPIONATE, UP TO 100 MG |
| J1080 | Pharmacia | Depo-Testosterone | INJECTION - TESTOSTERONE CYPIONATE, 1 CC, 200 MG |
| J1100 | Watson | Dexamethasone Acetate | INJECTION - DEXAMETHOSONE SODIUM PHOSPHATE, UP TO 4 MG/ML |
| J1260 | Aventis | Anzemet | INJECTION, DOLASETRON MESYLATE, 1MG,1/1/00-10MG |
| J1440 | Amgen | Neupogen | INJECTION, FILGRASTIM (G-CSF), 300 MCG |
| J1441 | Amgen | Neupogen | INJECTION, FILGRASTIM (G-CSF), 480 MCG |
| J1561 | Aventis/Bayer/Baxter | Gammar-P IV/Gamimune/Gammagard | INJECTION - IMMUNE GLOBUOLIN, INTRAVENOUS, PER 500 MG |
| J1562 | Aventis/Bayer/Baxter | Gamimune | IMMUNE GLOBULIN INTRAVENOUS (HUMAN), 10%, PER 5 GRAMS |
| J1563 | Aventis/Bayer/Baxter | Gamimune | INJECTION - IMMUNE GLOBULIN, INTRAVENOUS, IG |
| J1642 | Abbott/Baxter | Heparin/Heparin/Heparin | INJECTION - HEPARIN SODIUM, (HEPARIN LOCK FLUSH), PER 10 UNITS |
| J2920 | Pharmacia | Solu-Medrol | INJECTION - METHYLPREDNISOLONE SODIUM SUCCINATE, UP TO 40 MG |
| J2930 | Abbott | A-Methapred | INJECTION - METHYLPREDNISOLONE SODIUM SUCCINATE, UP TO 125 MG |
| J3010 | Abbott | Fentanyl Citrate | INJECTION - FENTANYL CITRATE, UP TO 2 ML |
| J3360 | Abbott/Watson | Diazepam/Diazepam IV | INJECTION - DIAZEPAM, UP TO 5 MG |
| J3370 | Abbott/Baxter/ Fujisawa/Watson | Vancomycin/Vancocin/Lyphocin/Vancomycin | INJECTION - VANOMYCIN HCL, UP TO 500 MG |
| J3490 | Baxter | Brevibloc/Travasol/Bretylium | HOME INFUSION-UNCLASSIFIED DRUGS |
| J7030 | Baxter | Sodium Chloride | INFUSION, NORMAL SALINE SOLUTION, 1000 CC |
| J7040 | Baxter | Sodium Chloride | INFUSION, NORMAL SALINE SOLUTION, STERILE (500 ML OR 1 UNIT) |

| HCPCS Code | AWP Track 2 Manufacturer(s) | Drug Name(s) | HCPCS Description |
|---|---|---|---|
| J7050 | Baxter | Sodium Chloride | INFUSION, NORMAL SALINE SOLUTIION 250 CC |
| J7194 | Baxter | Bebulin | FACTOR IX, COMPLEX, PER UNIT |
| J7625 | Dey | Albuterol Sulfate/Ventolin/Proventil | ALBUTEROL SULFATE,0.5%, PER ML, INHAL SOLUTION ADMIN THRU DME |
| J9100 | Pharmacia | Cytarabine | CYTARABINE HCL, 100 MG |
| J9250 | Immunex | Methotrexate | METHOTREXATE SODIUM MIX, 2 CC OR 5 MG |