UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris<br>(case pending in D. Mass.) |
| THIS DOCUMENT RELATES TO THE CONSOLIDATED CLASS ACTION | |

**NON-PARTY NATIONAL HERITAGE INSURANCE COMPANY INC'S MOTION TO RENEW ITS CROSS-MOTION TO QUASH SUBPOENAS AND OPPOSITION TO MOTION TO COMPEL**

On October 27, 2005, this Court issued a subpoena on non-party National Heritage Insurance Company, Inc. ("NHIC"), which is not a party to this litigation, ordering the production of documents. As set forth in the memorandum of law dated March 17, 2006, as well as the accompanying Supplemental Memorandum, the subpoena for production of documents imposes an undue burden on NHIC. In addition, Defendants have made no showing that the value of the information sought outweighs the burden imposed on NHIC. For these reasons, NHIC respectfully moves to quash Defendants' subpoenas pursuant to Fed. R. Civ. P. 45(c).

Dated: May 8, 2006, Hartford, Connecticut.

                **NON-PARTY**
                **NATIONAL HERITAGE INSURANCE COMPANY**


                By:  /s/ Benjamin M. Wattenmaker
                    Benjamin M. Wattenmaker MA Juris No.:
                    Benjamin Wattenmaker
                    MA Juris No.:  644919
                    E-Mail:bwattenmaker@goodwin.com
                    Gary S. Starr
                    Fed. Bar No.: ct06138
                    E-mail:  gstarr@goodwin.com
                    SHIPMAN & GOODWIN LLP
                    One Constitution Plaza
                    Hartford, CT 06103-1919
                    Phone:  (860) 251-5000
                    Fax: (860) 251-5214
                    Its Attorneys

## LOCAL RULE 7.1(A)(2) AND 37.1 CERTIFICATION

Pursuant to Local Rules 7.1(A)(2) and 37.1, the undersigned counsel hereby certifies that counsel for NHIC conferred with counsel for Defendants in an attempt to narrow the areas of disagreement. The parties were unable to resolve the instant dispute.

/s/ Benjamin M. Wattenmaker
Benjamin M. Wattenmaker MA Juris No.:

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Non-party National Heritage Insurance Company, Inc.'s Motion to Renew its Cross-Motion to Quash Subpoenas and Opposition to Motion to Compel, has been sent via electronic transmission on this 8th day of May, 2006, or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Benjamin M. Wattenmaker
Benjamin M. Wattenmaker MA Juris No.:

430438 v.01