# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>ALL CLASS ACTIONS | Chief Magistrate Judge Marianne B. Bowler |

## MOTION FOR ADMISSION *PRO HAC VICE* OF C. MICHAEL MOORE, ESQ. AND JOHN P. MCDONALD, ESQ.

Eric P. Christofferson, an associate of the law firm Ropes & Gray, LLP, and a member in good standing of the bar of this Court, respectfully requests that the Court, pursuant to Local Rule 83.5.3, enter an Order authorizing C. Michael Moore and John P. McDonald to appear *pro hac vice* in the above-captioned cases on behalf of Defendants, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation. In support of this Motion, I submit as follows:

1. As set forth in the attached declarations, C. Michael Moore is a member of the bars of the State of Texas, the United States District Courts for the Northern, Eastern, and Southern Districts of Texas, the United States Court of Appeals for the Fifth Circuit, and the United States Supreme Court.

2. As set forth in the attached declarations, John P. McDonald is a member of the bars of the State of Texas, the United States District Courts for the Northern, Eastern, and Western Districts of Texas, the United States District Court for the Central District of Illinois, and United States Court of Appeals for the Fifth Circuit.

3. C. Michael Moore is a member in good standing in every jurisdiction where he has been admitted to practice. John P. McDonald is also a member in good standing in every jurisdiction where he has been admitted to practice.

4. Neither C. Michael Moore or John P. McDonald is subject to pending disciplinary proceedings as a member of the bar in any jurisdiction.

5. C. Michael Moore and John P. McDonald are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. Appropriate filing fees have been sent via overnight courier to the Clerk of Court.

WHEREFORE, I respectfully request that this Court enter the proposed Order authorizing the admission *pro hac vice* of C. Michael Moore and John P. McDonald.

          Respectfully submitted,

          /s/ Eric P. Christofferson
          Eric P. Christofferson (BBO#654087)
          Ropes & Gray LLP
          One International Place
          Boston, Massachusetts 02110-2624
          (617) 951-7000

Dated:  May 9, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.


                                                  /s/ Eric P. Christofferson_____
                                                  Eric P. Christofferson