UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 </br></br> Civil Action No. 01-12257-PBS </br></br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | Chief Magistrate Judge Marianne B. Bowler |

**[PROPOSED] ORDER GRANTING JOHN P. MCDONALD'S AND C. MICHAEL MOORE'S MOTION TO APPEAR *PRO HAC VICE***

The Court, having considered the Notice of Appearances of John P. McDonald and Michael Moore's Motion to Appear *Pro Hac Vice*, finds that the Motion should be **GRANTED**.

It is therefore **ORDERED** that John P. McDonald are C. Michael Moore are admitted *pro hac vice* in the above-captioned matters on behalf of Schering-Plough Corporation and Warrick Pharmaceuticals Corporation.

SIGNED this _____ day of _____, 2006.

_____
PRESIDING JUDGE