UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) ) ALL ACTIONS ) ) ) | Case No. MDL NO. 1456 <br><br> Master File No.: 01-12257-PBS <br> Hon. Patti B. Saris |

# NOTICE OF WITHDRAWAL OF BRUCE A. WESSEL AND BRIAN D. LEDAHL AS COUNSEL FOR IVAX CORPORATION AND IVAX PHARMACEUTICALS, INC.

Pursuant to Local Rule 83.5.2 of this Court, Attorneys Bruce A. Wessel and Brian D. Ledahl hereby give notice of their withdrawal from this action as counsel for Defendants Ivax Corporation and Ivax Pharmaceuticals, Inc. (collectively "Ivax"). Ivax Corporation was recently acquired by Teva Pharmaceuticals, which is also a defendant in various of the actions pending in this MDL proceeding. Counsel for Teva Pharmaceuticals has now appeared on behalf of Ivax in this action. Any motions or hearings currently pending before the Court will be handled by successor counsel.

1493016

- 2 -

A copy of this notice will also be served on Ivax.

                                          Respectfully submitted,

                                          ____/s/ Brian D. Ledahl_____
                                          Bruce A. Wessel
                                          Brian D. Ledahl
                                          IRELL & MANELLA LLP
                                          1800 Ave. of the Stars, Suite 900
                                          Los Angeles, California 90067
                                          Phone: (310) 277-1010
                                          Facsimile: (310) 203-7199

Dated:  May 9, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered to counsel of record on May 9, 2006 by electronic service, pursuant to the Court's Case Management Order Number 2.

Additionally, I have caused a copy of this notice to be served on Ivax Corporation and Ivax Pharmaceuticals, Inc. by United States Mail, postage paid and addressed as follows:

Philip Greenberg, Esq.
Ivax Corporation
4400 Biscayne Boulevard
Miami, Florida 33137

                 /s/ Brian D. Ledahl
                 Brian D. Ledahl