UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Judge Patti B. Saris |
|---|---|
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF TIFFANY CHEUNG**

Pursuant to this Court's Case Management Order No. 1, Timur S. Engin, a member of the bar of this Court, hereby moves for the admission *pro hac vice* of Tiffany Cheung as counsel for Purdue Pharma L.P. in the above-captioned actions.

In support of this motion, Ms. Cheung has certified that (1) she is a member of the bar in good standing in every jurisdiction where she has been admitted to practice; (2) she has never been the subject of any disciplinary proceedings as a member of the bar in any jurisdiction; and (3) she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.  Ms. Cheung's Affidavit, sworn to on May 3, 2006, is attached as Exhibit A to this motion.  A check in the amount of $50.00 is being forwarded to the Court with this motion for admission *pro hac vice.*

Respectfully submitted,

By: /s/ Timur S. Engin
           Timur S. Engin (BBO# 647384)

MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304
(650) 813-5600
(650) 494-0792

1
sf-1916082

## CERTIFICATE OF SERVICE

      I hereby certify that on May 10, 2006, true copies of the above document were served upon all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456, by sending a copy of the above document to LexisNexis File & Serve for posting and notification to all parties.

                                      /s/ Tiffany Cheung
                                      Tiffany Cheung