# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **AFFIDAVIT OF TIFFANY CHEUNG** |

STATE OF CALIFORNIA        )
                           ) ss.:
COUNTY OF SAN FRANCISCO )

Tiffany Cheung, being duly sworn, deposes and says:

1. I am an associate of the firm of Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105, attorneys for defendant Purdue Pharma L.P. in the actions captioned above. I submit this affidavit pursuant to Case Management Order No. 1, § V (providing for admission of counsel *pro hac vice*), entered in the action captioned above.

2. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice: The courts of the State of California, the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California, the United States Court of Appeals for the Ninth Circuit, and the United States Court of Federal Claims.

3. I have never been the subject of a professional disciplinary proceeding.

sf-1900771

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Tiffany Cheung

Sworn to before me this
3rd day of May, 2006

Notary Public

P. STICH REGAN
Commission # 1637094
Notary Public - California
San Francisco County
My Comm. Expires Jan 10, 2010

sf-1900771