UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS | |

### AMGEN INC.'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER

Pursuant to Local Rule 7.1(b)(3), Amgen Inc. moves for leave to file the accompanying Reply Memorandum in Support of its Motion for Protective Order Relating to Plaintiffs' Rule 30(b)(6) Deposition Regarding Sales and Marketing.

Amgen seeks leave to file the accompanying Reply Memorandum in order to clarify the record and to further assist the Court on ruling on the relief requested.

WHEREFORE, Amgen Inc. respectfully requests that this Court grant it leave to file its Reply Memorandum in support of Its Motion for Protective Order Relating to Plaintiffs' Rule 30(b)(6) Deposition Regarding Sales and Marketing.

Respectfully submitted,

/s/ Frank A. Libby, Jr.
Frank A. Libby, Jr.
Douglas S. Brooks
Kelly, Libby & Hoopes, P.C.
175 Federal Street, 8th Floor
Boston, Massachusetts 02110
Telephone:  (617) 338-9300
Facsimile:  (617) 338-9911

          Joseph H. Young
          Steven F. Barley
          Hogan & Hartson, L.L.P.
          111 S. Calvert Street, Suite 1600
          Baltimore, Maryland  21202
          Telephone:  (410) 659-2700
          Facsimile:  (410) 539-6981

Dated: May 11, 2006

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing Amgen Inc.'s Motion for Leave to File a Reply Memorandum in Support of its Motion for Protective Order was, this 11th day of May, 2006, served electronically via Lexis/Nexis on all counsel of record in this matter.

      /s/ Joseph H. Young
      Joseph H. Young