

**JENNINGS, HAUG & CUNNINGHAM,** LLP
LAWYERS

2800 North Central Avenue
Suite Eighteen Hundred
Phoenix, Arizona 85004-1049
602-234-7800
Facsimile 602-277-5595

Larry J. Crown
602-234-7822
ljc@jhc-law.com

May 10, 2006

Henderson Legal Services
1120 G. Street N.W.
Suite 1010
Washington, D.C. 20005

    Re:   *In Re: Pharmaceutical Industry Average Wholesale Price Litigation*
           MDL No. 1456

To Whom It May Concern:

    Enclosed please find the original signature page/errata pages, both of which have been signed by Roger Clark regarding his deposition that took place on March 30, 2006.

                           Sincerely,

                           /LJC/

                           Larry J. Crown

LJC/kc
Enclosures
cc: All Counsel (via ECF)
3778-4

196

1   concluded. And I would like to request Mr. Clark
2   have the opportunity to read the transcript and sign
3   it.
4          MR. BERGEN: We have a stipulation that
5   the parties stipulate that Exhibit Clark 006 will be
6   faxed to the court reporter directly, pages 284 to
7   288.
8          (The deposition concluded at 3:29
9   p.m.)
10
11                         ---oOo---
12
13
14              _____
                         Roger L Clark
15                        ROGER CLARK
16
17  Subscribed and sworn to and before me
18  this  8  day of  May           , 20 06 .
19
20
21  _Karlee Ann Hunt_                    OFFICIAL SEAL
                                         KARLEE ANN HUNT
22          Notary Public                NOTARY PUBLIC - State of Arizona
                                         NAVAJO COUNTY
                                         My Comm. Expires Sept. 11, 2009

Page 1

1   ERRATA

2   CAPTION: _____

3   DATE: 05/08/2006

4   WITNESS: Roger L Clark

5   I wish to make the following changes, for the following

6   reasons:

7   PAGE   LINE

8   ____  ____  CHANGE: _____  REASON: _____

9   ____  ____  CHANGE: _____  REASON: _____

10  ____  ____  CHANGE: _____  REASON: _____

11  ____  ____  CHANGE: _____  REASON: _____

12  ____  ____  CHANGE: _____  REASON: _____

13  ____  ____  CHANGE: _____  REASON: _____

14  ____  ____  CHANGE: _____  REASON: _____

15  ____  ____  CHANGE: _____  REASON: _____

16  ____  ____  CHANGE: _____  REASON: _____

17  ____  ____  CHANGE: _____  REASON: _____

18  ____  ____  CHANGE: _____  REASON: _____

19  ____  ____  CHANGE: _____  REASON: _____

20  ____  ____  CHANGE: _____  REASON: _____

21  ____  ____  CHANGE: _____  REASON: _____

22  ____  ____  CHANGE: _____  REASON: _____

Page 2

| | PAGE | LINE | | |
|---|---|---|---|---|
| 1 | | | | |
| 2 | ____ | ____ | CHANGE: _____ | REASON: _____ |
| 3 | ____ | ____ | CHANGE: _____ | REASON: _____ |
| 4 | ____ | ____ | CHANGE: _____ | REASON: _____ |
| 5 | ____ | ____ | CHANGE: _____ | REASON: _____ |
| 6 | ____ | ____ | CHANGE: _____ | REASON: _____ |
| 7 | ____ | ____ | CHANGE: _____ | REASON: _____ |
| 8 | ____ | ____ | CHANGE: _____ | REASON: _____ |
| 9 | ____ | ____ | CHANGE: _____ | REASON: _____ |
| 10 | ____ | ____ | CHANGE: _____ | REASON: _____ |
| 11 | ____ | ____ | CHANGE: _____ | REASON: _____ |
| 12 | ____ | ____ | CHANGE: _____ | REASON: _____ |
| 13 | ____ | ____ | CHANGE: _____ | REASON: _____ |
| 14 | ____ | ____ | CHANGE: _____ | REASON: _____ |
| 15 | ____ | ____ | CHANGE: _____ | REASON: _____ |
| 16 | ____ | ____ | CHANGE: _____ | REASON: _____ |
| 17 | ____ | ____ | CHANGE: _____ | REASON: _____ |
| 18 | ____ | ____ | CHANGE: _____ | REASON: _____ |
| 19 | ____ | ____ | CHANGE: _____ | REASON: _____ |
| 20 | ____ | ____ | CHANGE: _____ | REASON: _____ |
| 21 | ____ | ____ | CHANGE: _____ | REASON: _____ |
| 22 | ____ | ____ | CHANGE: _____ | REASON: _____ |

Page 3

```
 1    PAGE   LINE

 2    ____   ____      CHANGE: _____   REASON: _____

 3    ____   ____      CHANGE: _____   REASON: _____

 4    ____   ____      CHANGE: _____   REASON: _____

 5    ____   ____      CHANGE: _____   REASON: _____

 6    ____   ____      CHANGE: _____   REASON: _____

 7    ____   ____      CHANGE: _____   REASON: _____

 8    ____   ____      CHANGE: _____   REASON: _____

 9    ____   ____      CHANGE: _____   REASON: _____

10    ____   ____      CHANGE: _____   REASON: _____

11    ____   ____      CHANGE: _____   REASON: _____

12    ____   ____      CHANGE: _____   REASON: _____

13    ____   ____      CHANGE: _____   REASON: _____

14    ____   ____      CHANGE: _____   REASON: _____

15    ____   ____      CHANGE: _____   REASON: _____

16    ____   ____      CHANGE: _____   REASON: _____

17    ____   ____      CHANGE: _____   REASON: _____

18    ____   ____      CHANGE: _____   REASON: _____

19    ____   ____      CHANGE: _____   REASON: _____

20    ____   ____      CHANGE: _____   REASON: _____

21    ____   ____      CHANGE: _____   REASON: _____

22    ____   ____      CHANGE: _____   REASON: _____
```