# EXHIBIT 2

# sanofi~synthelabo

May 24, 2004

VIA FAX # 202-228-2316
VIA FAX # 202-228-2131

Senator Charles E. Grassley
Chairman, Committee on Finance
Senator Max Baucus
Ranking Member, Committee on Finance
United States House Senate
204 Hart Senate Office Building
Washington, DC 20510-6200

### April 29, 2004 Request for Pricing Information

Dear Senators Grassley and Baucus:

This responds to your April 29, 2004 letter regarding use of nominal pricing at Sanofi-Synthelabo Inc. ("Sanofi" or "the Company"). While Sanofi offers goods at no cost through its needy patient assistance and product replacement programs, the Company does not engage in nominal pricing as that term is defined in the relevant statutes and regulations. The Company hereby responds to your specific requests as follows:

Request No. 1: Provide an executed copy of your company's most recent Medicaid Rebate Agreement with the Secretary of Health and Human Services.

Response to Request No. 1: Attached please find the Company's executed Medicaid Rebate Agreement with the Secretary of Health and Human Services.

Request No. 2: Provide a copy of the assumptions by your company in determining Best Price, in accordance with the terms of manufacturer's responsibilities under section II of your Medicaid Rebate Agreement.

Response to Request No. 2: The Company determines Best Price in accordance with Section 1927 of the Social Security Act ("the Act"), the Company's Medicaid Rebate Agreement and the published guidance of the Centers for Medicare and Medicaid Services ("CMS"). Specifically, the Company calculates best price for all single source or innovator multiple source (i.e., drugs approved under an NDA) covered outpatient drugs of the company within thirty (30)

days of the end of each calendar quarter. As set forth in the relevant guidance, the term "best price" means, with respect to a single source drug or innovator multiple source drug of a manufacturer, the lowest price available from the manufacturer during the rebate period to any wholesaler, retailer, provider, health maintenance organization, nonprofit entity, or governmental entity within the United States, excluding any prices charged on or after October 1, 1992, to the Indian Health Service, the Department of Veterans Affairs, a State home receiving funds under section 1741 of Title 38, the Department of Defense, the Public Health Service, or a covered entity described in subsection (a)(5)B) of this section; any prices charged under the Federal Supply Schedule of the General Services Administration; any prices used under a State pharmaceutical assistance program; and any depot prices and single award contract prices, as defined by the Secretary, of any agency of the Federal Government. Best price is inclusive of cash discounts, free goods that are contingent on any purchase requirement, volume discounts, and rebates (other than rebates under Section 1927). Bundled discounts must be apportioned by value. Pursuant to Section 1927 of the Act, sales at nominal prices are not considered in the determination of Best Price. A "nominal price" is any price which is less than 10% of the average manufacturer price ("AMP") in the same quarter for which the AMP is computed. Section II of the Company's Medicaid Rebate Agreement permits the Company to make reasonable assumptions in its calculations of Best Price in the absence of specific guidance in Section 1927 of the Act, federal regulations and the terms of the Medicaid Rebate Agreement. The Company believes that guidance provided in these sources permits calculation of Best Price without reference to assumptions beyond the scope of this guidance. Accordingly, the Company has no such assumptions.

Request No. 3: Identify the person(s) and/or agent(s) (including name, title and contact information) within or affiliated with your company who is/are currently responsible for calculating, determining, generating, reporting and maintaining the quarterly Medicaid rebate program data for your company, including but not limited to AMP and Best Price.

Response to Request No. 3: The following individuals currently are responsible for calculating, determining, generating, reporting and maintaining the Company's quarterly Medicaid rebate program data: Barbara Missaggia, Senior Manager, Government Contracts, (212) 551-4181, e-mail: barbara.missaggia@us.sanofi.com.

Request No. 4: Identify the person(s) and/or agent(s) (including name, title and contact information) within or affiliated with your company who is/are currently responsible for ensuring compliance of reported quarterly data for the Medicaid rebate program with appropriate laws and program directives.

Response to Request No. 4: The following individuals currently are responsible for ensuring compliance of reported quarterly data for the Medicaid rebate program with appropriate laws and program directives: Barbara Missaggia, Senior Manager, Government Contracts, (212) 551-4181, e-mail: barbara.missaggia@us.sanofi.com in conjunction with counsel.

Request No. 5: Identify the person(s) and/or agent(s) (including name, title and contact information) within or affiliated with your company who is/are currently responsible for authorizing, developing, implementing, and/or monitoring any marketing or sales programs in which sales of covered outpatient pharmaceuticals are made at prices considered to be "merely nominal" under section 1927 of the Act.

<u>Response to Request No. 5</u>: The Company does not sell covered drug products at nominal prices.

<u>Request No. 6</u>: State whether your company has a formal, written policy with respect to sales of covered outpatient drugs at prices considered to qualify for the Nominal Price Exception, or if your company relies on an unwritten policy. To the extent a written policy exists, attach copies, including all versions and revisions of the policy since its inception. To the extent an unwritten policy exists, describe it in detail, including but not limited to describing any criteria used in authorizing, developing, implementing and/or monitoring any marketing or sales programs in which sales of covered outpatient drugs are made at prices considered to qualify for NPE.

<u>Response to Request No. 6</u>: As noted in Response to Request No. 5, above, the Company does not sell covered drug products at nominal prices. Nor does the Company have a policy, written or unwritten, with respect to sales of covered outpatient drugs at nominal prices. It is the Company's understanding that, as currently defined by Congress, the Medicaid Rebate Agreement and CMS, a nominal price is determined mathematically as any price less than ten percent of the AMP in the same quarter for which the AMP is computed.

<u>Request No. 7</u>: In accordance with your company's response to #6 above, describe the factors and circumstances your company takes into account when determining whether sales of covered outpatient drugs should be made at prices that are considered to fall within NPE. For example, what factors does your company take into account when determining who may purchase covered outpatient drugs at a "merely nominal" price? What type(s) of entities purchase drugs at prices that are "merely nominal?" Are not-for-profit entities the exclusive recipients of a "merely nominal" price? Under what circumstances may for-profit entities purchase covered outpatient drugs for a "merely nominal" price?

<u>Response to Request No. 7</u>: As noted in Response to Request No. 5, the Company does not sell covered drug products at nominal prices. <u>See also</u> Response to Request No. 6, above.

<u>Request No. 8</u>: What types of contractual arrangements govern your company's drug sales that fall under NPE? For example, what contractual terms or conditions does your company typically and/or commonly include in transactions for drugs sold under NPE? Must a purchaser meet a certain market share percentage requirement for a drug or class of drug as a condition to obtaining a "merely nominal" price? Does your company ever make drug prices under NPE transactions available for only one quarter or do they typically have longer duration? Does your company ever condition the sale of any drug at a "merely nominal" price on an agreement to purchase more of that drug or other drugs? If so, explain the details and circumstances.

<u>Response to Request No. 8</u>: As noted in Response to Request No. 5, the Company does not sell covered drug products at nominal prices. <u>See also</u> Response to Request No. 6, above.

<u>Request No. 9</u>: Identify any drug that your company sold at a price with NPE, i.e., at a price that was "merely nominal," during the 12 most recently completed quarters as of the date of this request.

Response to Request No. 9: As noted in Response to Request No. 5, the Company does not sell covered drug products at nominal prices. See also Response to Request No. 6, above.

Please note that the May 7, 2004 Excel template forwarded to the Company by Dan Donovan references the April 29th letter and specifically Questions 10 & 11 in that letter. The copy of the letter we received contained only nine requests. Our understanding of the template, however, is that it requests Best Price information relative to products that the Company has sold at nominal prices in the last twelve quarters. As noted above, the Company does not sell covered drugs at nominal prices. Accordingly, the Company has not provided data for any of the fields in the referenced template. Please let us know if our understanding is incorrect. Also, please note that the Company has entered into joint ventures or other similar arrangements with other pharmaceutical manufacturers that have been in force during all or part of the past twelve quarters. It is Sanofi's understanding that these manufacturers, due to the nature of the products at issue or the size of the manufacturers, likely have received letters similar to the captioned letter. The Company's responses above are based only upon information known to it.

We hope the above information is responsive to your request. Once you have had an opportunity to review Sanofi's submission, please let us know if you have any questions or if we can provide further assistance.

Sincerely,

Barbara Missaggia
Senior Manager, Government Contracts
Telephone #212-551-4181
E-mail address: barbara.missaggia@us.sanofi.com

Enclosure

cc:   Timothy Rothwell
      President & Chief Executive Officer
      Sanofi-Synthelabo, Inc.