**EXHIBIT 3**



CHARLES E. GRASSLEY, IOWA, CHAIRMAN

ORRIN G. HATCH, UTAH
TRENT LOTT, MISSISSIPPI
OLYMPIA J. SNOWE, MAINE
JON KYL, ARIZONA
CRAIG THOMAS, WYOMING
RICK SANTORUM, PENNSYLVANIA
BILL FRIST, TENNESSEE
GORDON SMITH, OREGON
JIM BUNNING, KENTUCKY
MIKE CRAPO, IDAHO

MAX BAUCUS, MONTANA
JOHN D. ROCKEFELLER IV, WEST VIRGINIA
KENT CONRAD, NORTH DAKOTA
JAMES M. JEFFORDS (I), VERMONT
JEFF BINGAMAN, NEW MEXICO
JOHN F. KERRY, MASSACHUSETTS
BLANCHE L. LINCOLN, ARKANSAS
RON WYDEN, OREGON
CHARLES E. SCHUMER, NEW YORK

KOLAN DAVIS, STAFF DIRECTOR AND CHIEF COUNSEL
RUSSELL SULLIVAN, DEMOCRATIC STAFF DIRECTOR

# United States Senate

COMMITTEE ON FINANCE
WASHINGTON, DC 20510-6200

February 23, 2005

VIA FACSIMILE: (212) 551-4927
ORIGINAL BY U.S. MAIL

Mr. Timothy Rothwell
President & Chief Executive Officer
Sanofi-Synthelabo
90 Park Avenue
New York, New York 10016

Dear Mr. Rothwell:

The U.S. Senate Committee on Finance (Committee) began an inquiry into the use of the nominal price exception (NPE) to the Medicaid Drug Rebate Program in April of last year. Your company submitted information in response to the Committee's initial request. In the months since, the Committee has been engaged in an effort to understand pricing practices under the Medicaid Rebate Program to determine the impact on the cost to taxpayers of Medicaid purchasing prescription drugs. The Committee appreciates your cooperation and compliance and requests further assistance as its study of Medicaid and drug pricing issues moves forward.

After reviewing information received by the Committee in response to its initial request, the Committee wishes to inquire further about certain practices evidenced therein. The Committee is concerned that drug manufacturers may be applying the NPE more broadly than was originally intended, which could increase costs to taxpayers by virtue of reduced Medicaid rebates. In order to ensure that the NPE is being used for the purposes which Congress intended, and to consider possible legislative modifications to the NPE, we wish to understand further how some pharmaceutical manufacturing companies are using the NPE and why some others are not using it. As Chairman and Ranking Member, we request that your company provide the following information to the Committee:

1. Why does your company not use the NPE in its pricing practices? Is there an absence of demand for nominal prices within your company's customer base?

2. Does your company's customer base include charitable organizations? If so, does your company offer those customers discounts or other special pricing arrangements? Please be as specific as possible in describing these arrangements.

Please provide the information and any responsive documents requested by March 15, 2005. In complying with this request, respond by repeating the enumerated request, followed by the accompanying response; attach and identify all relevant documents by title and the number(s) of the enumerated request(s) to which they are responsive. Finally, in complying with this request, Sanofi-Synthelabo means its corporation, or one or more of its divisions, subsidiaries or affiliates, or related entities, including any other companies or corporations with which Sanofi-Synthelabo entered into a partnership, joint venture or any other business agreement or arrangement.

Any questions or concerns should be directed to our Committee staff, Dan Donovan (majority) at (202) 224-4515 and David Schwartz (minority) at (202) 224-5315. *All correspondence should be sent via facsimile to (202) 228-2131 (majority) and (202) 228-2316 (minority), and original by U.S. mail.* All document deliveries should be coordinated with the Chief Clerk for the Committee, Ms. Carla Martin, at (202) 224-4992, and made in accordance with her instructions. In order to comply with Committee deadlines, certain delivery information must be submitted to the Chief Clerk at least 24 hours ahead of the anticipated delivery.

Sincerely,

*Chuck Grassley*
Charles E. Grassley
Chairman

*Max Baucus*
Max Baucus
Ranking Member