UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257 PBS |
| THIS DOCUMENT RELATES TO: ) ) | Judge Patti B. Saris |
| *The City of New York v. Abbott Labs., et al.* (S.D.N.Y. No. 03-CV-06054) *County of Suffolk v. Abbott Labs., et al.* (E.D.N.Y. No. CV-03-229) *County of Westchester v. Abbott Labs., et al.* (S.D.N.Y. No. 03-CV-6178) *County of Rockland v. Abbott Labs., et al.* (S.D.N.Y. No. 03-CV-7055) *County of Dutchess v. Abbott Labs, et al.* (S.D.N.Y. No. 05-CV-06458) *County of Putnam v. Abbott Labs, et al.* (S.D.N.Y. No. 05-CV-04740) *County of Washington v. Abbott Labs, et al.* (N.D.N.Y. No. 05-CV-00408) *County of Rensselaer v. Abbott Labs, et al.* (N.D.N.Y. No. 05-CV-00422) *County of Albany v. Abbott Labs, et al* (N.D.N.Y. No. 05-CV-00425) *County of Warren v. Abbott Labs, et al.* (N.D.N.Y. No. 05-CV-00468) *County of Greene v. Abbott Labs, et al.* (N.D.N.Y. No. 05-CV-00474) *County of Saratoga v. Abbott Labs, et al.* (N.D.N.Y. No. 05-CV-00478) *County of Columbia v. Abbott Labs, et al.* (N.D.N.Y. No. 05-CV-00867) *Essex County v. Abbott Labs, et al.* (N.D.N.Y. No. 05-CV-00878) *County of Chenango v. Abbott Labs, et al.* (N.D.N.Y. No. 05-CV-00354) *County of Broome v. Abbott Labs, et al.* (N.D.N.Y. No. 05-CV-00456) *County of Onondaga v. Abbott Labs, et al.* (N.D.N.Y. No. 05-CV-00088) County of Tompkins v. Abbott Labs, et al. (N.D.N.Y. No. 05-CV-00397) *County of Cayuga v. Abbott Labs, et al.* (N.D.N.Y. No. 05-CV-00423) *County of Madison v. Abbott Labs, et al.* (N.D.N.Y. No. 05-CV-00714) *County of Cortland v. Abbott Labs, et al.* (N.D.N.Y. No. 05-CV-00881) *County of Herkimer v. Abbott Labs, et al.* (N.D.N.Y. No. 05-CV-00415) *County of Oneida v. Abbott Labs, et al.* (N.D.N.Y. No. 05-CV-00489) | **AFFIDAVIT OF MICHAEL CONLEY** |

| | |
|---|---|
| *County of Fulton v. Abbott Labs, et al.* (N.D.N.Y. No. 05-CV-00519) | ) ) |
| *County of St. Lawrence v. Abbott Labs, et al.* (N.D.N.Y. No. 05-CV-00479) | ) ) |
| *County of Jefferson v. Abbott Labs, et al.* (N.D.N.Y. No. 05-CV-00715) | ) ) |
| *County of Lewis v. Abbott Labs, et al.* (N.D.N.Y. No. 05-CV-00839) | ) ) |
| *County of Chautauqua v. Abbott Labs, et al.* (W.D.N.Y. No. 05-CV-06204) | ) ) |
| *County of Allegany v. Abbott Labs, et al.* (W.D.N.Y. No. 05-CV-06231) | ) ) |
| *County of Cattaraugus v. Abbott Labs, et al.* (W.D.N.Y. No. 05-CV-06242) | ) ) |
| County of Genesee v. Abbott Labs, et al. (W.D.N.Y. No. 05-CV-06206) | ) ) |
| *County of Wayne v. Abbott Labs, et al.* (W.D.N.Y. No. 05-CV-06138) | ) ) |
| *County of Monroe v. Abbott Labs, et al.* (W.D.N.Y. No. 05-CV-06148) | ) ) |
| *County of Yates v. Abbott Labs, et al.* (W.D.N.Y. No. 05-CV-06172) | ) ) |
| *County of Niagara v. Abbott Labs, et al.* (W.D.N.Y. No. 05-CV-06296) | ) ) |
| *County of Seneca v. Abbott Labs, et al.* (W.D.N.Y. No. 05-CV-06370) | ) ) |
| *County of Orleans v. Abbott Labs, et al.* (W.D.N.Y. No. 05-CV-06371) | ) ) |
| County of Ontario v. Abbott Labs, et al. (W.D.N.Y. No. 05-CV-06373) | ) ) |
| *County of Schuyler v. Abbott Labs, et al.* (W.D.N.Y. No. 05-CV-06387) | ) ) |
| *County of Steuben v. Abbott Labs, et al.* (W.D.N.Y. No. 05-CV-06223) | ) ) |
| *County of Chemung v. Abbott Labs, et al.* (W.D.N.Y. No. 05-CV-06744) | ) ) |
| AND | ) |
| *County of Nassau v. Abbott Labs, et al.* (E.D.N.Y. No. 04-CV-5126) | ) ) ) |

STATE OF NEW JERSEY  )
                     ) ss:
COUNTY OF UNION      )

MICHAEL CONLEY, being duly sworn, deposes and says:

1. I am the Executive Director for U.S. Managed Markets, Trade Corporate Accounts, and Customer Service for Novartis Pharmaceuticals Corporation ("NPC"), a defendant in this action. I have held this position at NPC since approximately March 2000.

2. I submit this affidavit in support of NPC's motion to dismiss the Complaints in this action as to NPC.

3. NPC researches, develops, manufactures and markets brand name patented pharmaceutical products used to treat a number of diseases and conditions. Patented pharmaceutical products are typically not available in generic form.

4. NPC does not market and sell generic drugs to wholesalers, retailers or providers.

_____
MICHAEL CONLEY

Subscribed and sworn to before me
this 4th day of May, 2006

_____
Notary Public

**CARMELA YAUCH**
**A NOTARY PUBLIC OF NEW JERSEY**
My Commission Expires Jan. 3, 2009

31261074.DOC

## Certificate of Service

      I, Brett R. Budzinski, certify that pursuant to Case Management Order No. 2, I caused a copy of the foregoing document to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties in this action on this 11th day of May 2006.

                                                     /s/ Brett R. Budzinski
                                                     Brett R. Budzinski