# **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2006, I caused a true and correct copy of the DEFENDANT SANDOZ INC's SUPPLEMENTAL REPLY MEMORANDUM OF LAW REGARDING MULTIPLE SOURCE GENERIC DRUG PRODUCTS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CORRECTED CONSOLIDATED COMPLAINT AND THE SECOND AMENDED COMPLAINT OF NASSAU COUNTY to be served on all counsel of record by electronic service, accordance with Case Management Order No.2, by sending a copy to Verilaw Technologies for posting and notification to all parties.



                 /s/ Sheryl Dickey
                 Sheryl Dickey