

**Kirkpatrick & Lockhart Nicholson Graham LLP**

State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
617.261.3100
Fax 617.261.3175
www.klng.com

May 12, 2006

Michael DeMarco

617.951.9111
Fax:  617.261.3175
mdemarco@klng.com

**VIA CM/ECF**

The Honorable Magistrate Judge Marianne B. Bowler
United States District Court
For the District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 8420
Boston, MA  02210

Re:    In re Pharmaceutical Industry Average Wholesale Price Litigation MDL 1456

Dear Magistrate Judge Bowler:

I am writing in response to the letter from Benjamin Wattenmaker, counsel for National Heritage Insurance Company dated May 11, 2006 and to address the form of proposed order attached thereto (the "NHIC Proposed Order") [Docket Entry No. 2556].  The Track Two Defendants request that the following points be considered in your decision to enter the Track Two Defendants' Renewed Motion to Compel [Docket Entry No. 2162, as renewed by Docket Entry Nos. 2485/2498]:

1.    For all categories of documents, NHIC's production should be from 1991 forward. As this court was made aware during the March 29, 2006 hearing on the Track Two Defendants' original Motion to Compel and as set forth in the Declaration of Steven Skwara, Esq. [Docket Entry No. 2248], NHIC possesses all of the Part B carrier records from 1991 onward.

2.    NHIC should not be allowed to exclude documents contained in the boxes currently stored in the Iron Mountain facility from its production.  See NHIC Proposed Order at 2.

3.    The declaration provisions set forth in paragraphs 2(c) and 2(d) of NHIC's Proposed Order are acceptable to the Track Two Defendants.  See NHIC Proposed Order at 3-4.

4.    NHIC has agreed to produce its internal and external guidelines for processing Part B reimbursements for physician administered drugs by June 5, 2006.  See NHIC

BOS-968643 v1 5544510-0903

BOSTON • DALLAS • HARRISBURG • LONDON • LOS ANGELES • MIAMI • NEWARK • NEW YORK • PALO ALTO • PITTSBURGH • SAN FRANCISCO • WASHINGTON



Kirkpatrick & Lockhart Nicholson Graham LLP

The Honorable Magistrate Judge Marianne B. Bowler
United States District Court
For the District of Massachusetts
May 12, 2006
Page 2

Proposed Order at 4 ¶¶ 3-4.  The Track Two Defendants request that such documents be produced by May 19, 2006.

5.      The Track Two Defendants object to NHIC's suggestion that it can discharge its obligation to produce items listed in the NHIC Proposed Order by supplying a declaration asserting undue burden.  See NHIC Proposed Order at 4.  The Track Two Defendants assert that declarations are only acceptable when NHIC claims it does not have or can not find the listed documents.

6. The Track Two Defendants will pay for retrieval and copy costs; not for staff time of NHIC.  See NHIC Proposed Order at 5.  We are not aware of any other party in this litigation paying for "staff time."

7. The Track Two Defendants request that NHIC's 30(b)(6) designees be produced on or before June 2, 2006.  See NHIC Proposed Order at 5.  The Track Two Defendants' Opposition to Class Certification is due June 15, 2006 and NHIC has previously offered dates in April, indicating that the designees are presumably ready and prepared to testify to their designated areas of inquiry.

8. The Track Two Defendants will not pay NHIC's legal and paralegal costs for the April 11-14, 2006 document production.  See NHIC Proposed Order at 5.  NHIC acknowledges in its Memorandum in Support of its Motion to Quash that contract paralegals will review document for privilege for $37 per hour.  See Docket Entry No. 2530 at 9.  The Track Two Defendants previously agreed to pay $80 per hour and only for time spent by paralegal reviewing for attorney-client privilege.

9. Finally, the Track Two Defendants request that their fees and costs incurred in prosecuting the original Motion to Compel and their Renewed Motion to Compel be levied against NHIC.  NHIC previously agreed to produce documents listed in the NHIC Proposed Order by April 2006, misrepresented that they had sent them on April 14, 2006, and refused to address these matters any further until the Track Two Defendants renewed the Motion to Compel.  The Track Two Defendants have been requesting the documents related to the 30(b)(6) areas of inquiry for weeks and now, only after the



Kirkpatrick & Lockhart Nicholson Graham LLP

The Honorable Magistrate Judge Marianne B. Bowler
United States District Court
For the District of Massachusetts
May 12, 2006
Page 3

Track Two Defendants renewed their Motion to Compel, is NHIC finally agreeing to produce responsive materials. It is clear that NHIC only acts when faced with a Motion to Compel - the very conduct for which sanctions are awarded under the rules.

Very truly yours,

Michael DeMarco

MDM/AEB/gmf

cc:  Gary S. Starr, Esq. (by e-mail)
     Benjamin M. Wattenmaker, Esq. (via CM/ECF)