UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| ALL ACTIONS | |

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO AMGEN INC.'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER**

Plaintiffs oppose Amgen Inc.'s ("Amgen") motion for leave to file a reply memorandum in support of its motion for protective order.  While Amgen states that it "seeks leave to file the accompanying Reply Memorandum in order to clarify the record and to further assist the Court on ruling on the relief requested," in fact, its proposed reply memorandum does not clarify the record and it will not aid the Court in disposing of Amgen's motion.

By and large, Amgen's proposed reply memorandum simply reiterates what it said in its opening memorandum.  As for the timeline regarding Amgen's pretextual request for a meet-and-confer, that chain of events was set forth in plaintiffs' opposition memorandum, and Amgen does not dispute plaintiffs' account.

Regarding footnote one of Amgen's proposed reply, the sketch it paints by no means tells the whole story, nor is it accurate in all of its contentions.  For these reasons, too, the Court should deny Amgen's instant motion for leave to file a reply memorandum, lest plaintiffs also be

required to ask for leave to file a memorandum to set the record straight with regard to the contentions that Amgen makes in the brief it seeks to file.

Plaintiffs have explained why they believe they should be able to proceed with their 30(b)(6) deposition(s) as noted, and Amgen has explained why it now believes it is entitled to a protective order – even as it does not disavow the contradictory correspondence that it sent to plaintiffs, which correspondence plaintiffs have placed before the Court.  Respectfully, plaintiffs submit that without Amgen's reply memorandum, the Court already has all the information it needs to decide the instant dispute.

|  |  |
|---|---|
| DATED:  May 12, 2006. | By     /s/ Steve W. Berman         <br>   Thomas M. Sobol (BBO#471770)<br>   Edward Notargiacomo (BBO#567636)<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA  02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003<br><br>**LIAISON COUNSEL**<br><br>Steve W. Berman<br>Sean R. Matt<br>Robert F. Lopez<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA  98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br><br>Elizabeth Fegan<br>Hagens Berman Sobol Shapiro LLP<br>60 W. Randolph Street, Suite 200<br>Chicago, IL  60601<br>Telephone: (312) 762-9235<br>Facsimile: (312) 762-9286 |

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Shanin Specter
Donald E. Haviland, Jr.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
Facsimile:  (215) 772-1359
Telephone:  (215) 772-1000

**CO-LEAD COUNSEL FOR PLAINTIFFS**

-3-

-4-

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on May 12, 2006, I caused copies of **PLAINTIFFS' MEMORANDUM IN OPPOSITION TO AMGEN INC.'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

       **/s/ Steve W. Berman**
       Steve W. Berman