UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS, 01-CV-339 AND 1:03-CV-11226-PBS | Civil Action No. 01-CV-12257 PBS<br><br>Judge Patti B. Saris<br>Chief Magistrate Judge Marianne B. Bowler |

## STIPULATION

WHEREAS, Defendant Bristol-Myers Squibb Company ("BMS") has filed a motion for an order requiring Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care") to produce two volumes of exhibits enclosed with a letter it sent to the Health Care Financing Administration ("HCFA") on October 2, 1996; and

WHEREAS, the Court, having considered the submissions of BMS and Ven-A-Care and heard oral argument, has decided to allow the motion;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for BMS and Ven-A-Care, that:

1. Ven-A-Care will produce to BMS on or before May 15, 2006, the exhibits enclosed with its letter to HCFA dated October 2, 1996.

2. This production shall be deemed to have occurred in 01-CV-12557-PBS and 01-CV-339, not 1:03-CV-11226-PBS and shall not be used in 1:03-CV-11226-PBS while intra-party discovery is stayed per the existing Case Management Order.

Dated: May 10, 2006

_____  
James J. Breen  
**THE BREEN LAW FIRM, P.A.**  
Suite 39, 5755 North Point Parkway  
Alpharetta, GA 30222  
Tel: (770) 740-0008  
Fax: (770) 740-9109  

Attorneys for Ven-A-Care of the Florida Keys, Inc.

_____  
Steven M. Edwards (SE 2773)  
Lyndon M. Tretter ((LT 4031)  
Admitted *pro hac vice*  
**HOGAN & HARTSON LLP**  
875 Third Avenue  
New York, NY 10022  
Tel: (212) 918- 3640  

Attorneys for Defendant Bristol-Myers Squibb Company

SO ORDERED: _____  
United States Magistrate Judge

2