# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO THE CLASS ACTION | |

## TRACK TWO DEFENDANTS' MOTION TO STRIKE HAROLD BEAN

Plaintiffs for the first time name a new individual class representative, Mr. Harold Bean, in their Motion to Certify Claims With Respect to Track Two Defendants. This attempt by plaintiffs to add Mr. Bean without first obtaining leave to amend the pending complaint violates the prior orders of this Court and the Federal Rules of Civil Procedure. In addition, it is prejudicial to the Track Two Defendants. Accordingly, the Track Two Defendants respectfully move this Court to strike those portions of Plaintiffs' Motion and supporting documents relating to Mr. Bean.

In the alternative, the Track Two Defendants request that the Court grant defendants a period of ninety (90) days from the date of the Court's ruling to respond to plaintiffs' request to certify him as a class representative. During that period, all other class certification proceedings with respect to the Track Two Defendants will remain on schedule. The parties will then separately brief the issues regarding Mr. Bean.

...

The grounds for this motion are set forth in the accompanying memorandum of law.

                                            Respectfully submitted,

ON BEHALF OF THE TRACK TWO DEFENDANTS,

/s/ Richard D. Raskin
Richard D. Raskin
Michael Doss
Jaime L.M. Jones
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Attorneys for Defendant Bayer Corporation

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I certify that the moving parties have communicated with counsel for Plaintiffs in an effort to resolve the dispute referred to in this motion, and that the parties have not been able to reach agreement with respect thereto.

/s/ Richard D. Raskin
Richard D. Raskin

- 4 -

## CERTIFICATE OF SERVICE

I, Richard D. Raskin, hereby certify that I am one of Bayer Corporation's attorneys, and that I caused a true and correct copy of the foregoing TRACK TWO DEFENDANTS' MOTION TO STRIKE HAROLD BEAN to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 16th day of May, 2006.

/s/ Richard D. Raskin
Richard D. Raskin