UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS ) ) ) ) |  |

**PLAINTIFFS' MOTION FOR LEAVE TO JOIN HAROLD BEAN AS A PLAINTIFF AND PROPOSED CLASS REPRESENTATIVE**

Plaintiffs move the Court for leave to join as an additional Plaintiff and proposed Class 1 representative, Harold Bean. In support of this motion, Plaintiffs state as follows.

Class Plaintiffs have been diligently following the Court's Order to identify Class 1 representatives. As the Court knows, many of these class representatives are gravely ill.

On the eve of filing Class Plaintiffs' motion to certify Track 2 claims, Class Plaintiffs obtained the records necessary to add Mr. Bean as a proposed class representative for Class 1. Mr. Bean is 85 years old, covered by the Medicare Part B program and paid for epoetin alfa [both Procrit and Epogen], methyprednisolone, normal saline solution, ringers lactate infusion, adrenalin epinephrine injection, atropine sulfate injection, albuterol sulfate inhalation solution, ipratropium bromide, and goserelin acetate injection [Zoladex], all AWPIDs. His records have been turned over to the Defendants in time for them to conduct whatever discovery is needed.

Therefore, Class Plaintiffs request that their motion be granted and ask that the following paragraph be added to the Fourth Amended Master Consolidated Class Action Complaint:

24A. Plaintiff Harold Bean resides in Rockport, Texas
and is a 85 year old Medicare Part B recipient with supplemental

1

insurance. Mr. Bean suffers from a number of acute medical conditions, including prostate cancer and a respiratory condition. During the applicable time period, Mr. Bean was prescribed, and was charged for, among others, the following physician-administered drugs, based in whole or in part on AWP: epoetin alfa [both Procrit and Epogen], methyprednisolone, normal saline solution, ringers lactate infusion, adrenalin epinephrine injection, atropine sulfate injection, albuterol sulfate inhalation solution, ipratropium bromide, and goserelin acetate injection [Zoladex]. Mr. Bean has made payments for the foregoing drugs, as his supplemental insurance requires him to make percentage payments. Mr. Bean is a proposed class representative for, among other Track 2 defendants, Abbott, Amgen, Baxter, Dey, the Fujisawa Group, Pharmacia, and Warrick.

Pursuant to Fed. R. Civ. P. 37(a)(2) and L.R., D. Mass 37.1, undersigned counsel certifies that Plaintiffs have conferred with counsel for defendants regarding the issues raised in this Motion, but the parties were unable to narrow their areas of dispute.

DATED: May 16, 2006.

By  /s/ Steve W. Berman
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Robert F. Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Shanin Specter
Donald E. Haviland, Jr.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
Facsimile: (215) 772-1359
Telephone: (215) 772-1000

**CO-LEAD COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

    I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on May 16, 2006, I caused copies of **PLAINTIFFS' MOTION FOR LEAVE TO JOIN HAROLD BEAN AS A PLAINTIFF AND PROPOSED CLASS REPRESENTATIVE** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

       **/s/ Steve W. Berman**
      Steve W. Berman

001534-16 109737 V1

4