## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION  ) ) ) | MDL No. 1456 |
| ) | Civil Action No. 01-CV-12257 PBS |
| ) | |
| THIS DOCUMENT RELATES TO ) 01-CV-12257-PBS AND 01-CV-339   ) | Judge Patti B. Saris Chief Magistrate Judge Marianne B. Bowler |

### THE BMS DEFENDANTS' SUPPLEMENTAL REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT (SUBMITTING EXHIBITS TO THE VEN-A-CARE LETTER OF OCTOBER 2, 1996)

**DWYER & COLLORA, LLP**
600 Atlantic Avenue
Boston, Massachusetts
(617) 371-1000

*Of Counsel*:
  Thomas E. Dwyer, Jr.

**HOGAN & HARTSON L.L.P.**
875 Third Avenue
New York, New York 10022
(212) 918-3000

*Of Counsel*:
  Steven M. Edwards, Esq.
  Lyndon M. Tretter, Esq.

*Attorneys for Defendants Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.*

Dated:  May 18, 2006

\\\NY - 58559/0059 - 941857 v1

In support of their motion for summary judgment [Docket # 2263, filed March 15, 2006], the BMS defendants rely on a letter from Zachary Bentley and T. Mark Jones of Ven-A-Care to Bruce Vladeck, the Administrator of the Health Care Financing Administration ("HCFA") dated October 2, 1996. [Exhibit L to the Declaration of Steven M. Edwards dated March 15, 2006.] Plaintiffs have objected to that letter on the ground that it does not include the exhibits that are referenced in the letter. [Plaintiffs Memorandum In Opposition to the BMS Defendants' Motion For Summary Judgment, at p 33, Filed Under Seal, April 7, 2006].

The letter was produced to defendants by the federal government in response to a subpoena, but did not include the exhibits. Prior to the filing of BMS's motion for summary judgment, on March 6, 2006, counsel for BMS asked counsel for Ven-A-Care to provide the exhibits, but they declined to do so. See Docket # 2376, Affidavit of Lyndon M. Tretter in Support of Motion to Compel the Production of Exhibits to a Letter Sent by Plaintiff Ven-A-Care of the Florida Keys to HCFA. BMS then made a motion for an order compelling production of the exhibits [Docket # 2374], and noted in its reply to Plaintiffs' response that it intended to submit the documents once Judge Bowler had resolved the motion. [Docket # 2496, BMS Defendants' Reply Memorandum of Law in Support of Motion for Summary Judgment, at p 13, fn. 23]. Last week, Judge Bowler granted the motion and ordered Ven-A-Care to produce the exhibits. Ven-A-Care produced the exhibits and designated them highly confidential under the protective order.

Accordingly, the exhibits to the Ven-A-Care letter are being filed under seal and submitted herewith.

Dated:   Boston, Massachusetts
         May 18, 2006
                            Respectfully Submitted,

By: /s/ Jacob T. Elberg
Thomas E. Dwyer (BBO No. 139660)
Jacob T. Elberg (BBO No. 657469)
**DWYER & COLLORA, LLP**
600 Atlantic Avenue
Boston, MA 02210
Tel: (617) 371-1000
Fax: (617) 371-1037
tdwyer@dwyercollora.com
jelberg@dwyercollora.com

Steven M. Edwards (SE 2773)
Lyndon M. Tretter ((LT 4031)
Admitted *pro hac vice*
**HOGAN & HARTSON LLP**
875 Third Avenue
New York, NY 10022
Tel: (212) 918- 3640

Attorneys for Defendants Bristol-Myers Squibb Company, Oncology Therapeutics Network, Corp. and Apothecon, Inc.

### CERTIFICATE OF SERVICE

I, James S. Zucker, hereby certify that on May 18, 2006, pursuant to Paragraph 11 of Case Management Order No. 2, I have caused to be served on all counsel of record a true and correct copy of the foregoing BMS Defendants' Supplemental Memorandum in Support of Their Motion for Summary Judgment (Submitting Exhibits to the Ven-A-Care Letter of October 2, 1996) by electronic service, by sending a copy of same to Lexis/Nexis File and Serve for posting and notification to all parties.

/s/ James S. Zucker
James S. Zucker