**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: Counties' Consolidated Complaint | ) ) ) ) |

**MOTION FOR LEAVE TO FILE UNDER SEAL OF DEFENDANTS BRISTOL-MYERS SQUIBB COMPANY AND ONCOLOGY THERAPEUTICS NETWORK CORPORATION**

Defendants Bristol-Myers Squibb Company and Oncology Therapeutics Network Corporation (together, "BMS"), move this Court for leave to file under seal two volumes of exhibits (the "Exhibits") to a letter sent by plaintiff Ven-A-Care of the Florida Keys ("Ven-A-Care") to Dr. Bruce Vladeck of the Health Care Financing Administration ("HCFA") because plaintiff Ven-A-Care designated the Exhibits as "Highly Confidential" pursuant to the terms of the Protective Order entered by this Court on December 13, 2002.  These Exhibits are the attachments to The BMS Defendants' Supplemental Reply In Support of Their Motion for Summary Judgment (Submitting Exhibits to the Ven-A-Care Letter of October 2, 1996), filed electronically today (without the Exhibits).

\\\NY - 58559/0059 - 941867 v1

WHEREFORE, defendants respectfully request that this Court grant them leave to file the Exhibits under seal.

Dated:   Boston, Massachusetts
         May 18, 2006

Respectfully Submitted,

By:   /s/ Jacob T. Elberg
      Thomas E. Dwyer (BBO No. 139660)
      Jacob T. Elberg (BBO No. 657469)
      **DWYER & COLLORA, LLP**
      600 Atlantic Avenue
      Boston, MA  02210
      Tel: (617) 371-1000
      Fax: (617) 371-1037
      tdwyer@dwyercollora.com
      jelberg@dwyercollora.com

      Steven M. Edwards (SE 2773)
      Lyndon M. Tretter ((LT 4031)
      Admitted *pro hac vice*
      **HOGAN & HARTSON LLP**
      875 Third Avenue
      New York, NY  10022
      Tel: (212) 918- 3640

Attorneys for Defendants Bristol-Myers Squibb Company and Oncology Therapeutics Network, Corp.

### CERTIFICATE OF SERVICE

I, Steven M. Edwards, hereby certify that on May 18, 2006, pursuant to Paragraph 11 of Case Management Order No. 2, I have caused to be served on all counsel of record a true and correct copy of the foregoing Motion For Leave To File Under Seal by electronic service, by sending a copy of same to Lexis/Nexis File and Serve for posting and notification to all parties.

/s/ Steven M. Edwards
Steven M. Edwards

\\\NY - 58559/0059 - 941867 v1