# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | Civil Action No. 01-12257-PBS |
| | Judge Patti B. Saris (case pending in D. Mass.) |
| THIS DOCUMENT RELATES TO THE CONSOLIDATED CLASS ACTION | MAY 24, 2006 |

## NON-PARTY NATIONAL HERITAGE INSURANCE COMPANY INC'S MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' OPPOSITION TO ITS CROSS-MOTION TO QUASH SUBPOENAS

Pursuant to Local Rule 7.1(B)(3), National Heritage Insurance Company ("NHIC") moves for leave to file this Reply to Track Two Defendants' Opposition to NHIC's Cross-Motion to Quash for the following reasons:

1. Defendants' Opposition raises new allegations that purportedly bolster its request for sanctions, costs, and fees;

2. Defendants' Opposition makes new arguments of law in support of its request for documents from non-party NHIC that were never requested in any subpoena for production of documents issued pursuant to Fed. R. Civ. P. 45;

3. NHIC respectfully requests a leave to file a Reply to Defendants' Opposition to respond to Defendants' new allegations and arguments.

Dated: May 24, 2006, Hartford, Connecticut.

**NON-PARTY**
**NATIONAL HERITAGE INSURANCE COMPANY**

By: _/s/ Ben Wattenmaker_
Benjamin M. Wattenmaker
MA Juris No.: 644919
E-Mail: bwattenmaker@goodwin.com
Gary S. Starr
Fed. Bar No.: ct06138
E-mail: gstarr@goodwin.com
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
Phone: (860) 251-5000
Fax: (860) 251-5216
Its Attorneys

## RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel certifies that opposing counsel was contacted for the purpose of attempting to resolve the issue raised by this motion, and that opposing counsel did not assent to the relief requested herein.

_____
Benjamin M. Wattenmaker, Esq.

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via electronic transmission on this 24th day of May, 2006, or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

_____
Benjamin M. Wattenmaker

436443 v.01