UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ) | |
| IN RE PHARMACEUTICAL INDUSTRY ) | |
| AVERAGE WHOLESALE PRICE ) | MDL NO. 1456 |
| LITIGATION ) | |
| _____) | Master File No: 01-CV-12257-PBS |
| ) | |
| THIS DOCUMENT RELATES TO ) | Judge Patti B. Saris |
| ALL ACTIONS ) | |
| _____) | |

**NOTICE OF APPEARANCE OF
BRIAN J. MURRAY ON BEHALF OF ABBOTT LABORATORIES AND ABBOTT
LABORATORIES INC. AND MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b) and paragraph 16 of this Court's Case Management Order No. 1, Brian J. Murray of the law firm Jones Day, hereby enters his appearance on behalf of Defendants Abbott Laboratories and Abbott Laboratories Inc. in the above-captioned matter.

Mr. Murray is not a member of the bar of the United States District Court for the District of Massachusetts, but respectfully seeks admission *pro hac vice* in accordance with the procedure set forth in this Court's Case Management Order No. 1. The attached Certificate demonstrates that Mr. Murray is a member in good standing of various bars and is familiar with the Local Rules of this Court.

The appropriate $50 filing fee has been submitted to the Clerk of the court under separate cover with a copy of this Notice and Motion.

2

Dated: May 24, 2006                                     Respectfully Submitted,


/s/ Toni-Ann Citera
Daniel E. Reidy
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

Toni-Ann Citera
JONES DAY
222 East 41st Street
New York, NY 10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

**Counsel for Defendant Abbott Laboratories and Abbott Laboratories Inc.**

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on May 24, 2006, a copy to Lexis-Nexis for posting and notification to all parties.

                                                /s/ Tara A. Fumerton
                                                Tara A. Fumerton