UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____<br>)<br>IN RE PHARMACEUTICAL INDUSTRY )<br>AVERAGE WHOLESALE PRICE )<br>LITIGATION )<br>_____)<br>)<br>THIS DOCUMENT RELATES TO )<br>ALL ACTIONS )<br>_____) | MDL NO. 1456<br><br>Master File No:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## CERTIFICATE OF BRIAN J. MURRAY

I, Brian J. Murray, in accordance with Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, represent and certify as follows:

1. I am associated with the law firm of Jones Day, which maintains offices at 77 West Wacker Drive, Chicago, Illinois 60601-1676;

2. I am a member in good standing of the bars of Illinois and the District of Columbia, the United States Courts of Appeal for the First, Second, Sixth, Seventh, Ninth, and Federal Circuits, and the United States District Courts for the Northern and Central Districts of Illinois and the Eastern District of Wisconsin;

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

4. I am familiar with the facts surrounding this dispute and the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:  May 24, 2006                     /s/ Brian J. Murray

                                                  Brian J. Murray
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601-1676
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585