# Exhibit 5



Perkins
Coie

1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
PHONE: 206.583.8888
FAX: 206.583.8500
www.perkinscoie.com

June 9, 2003

**VIA LEGAL MESSENGER**

Sean R. Matt
Hagens Berman LLP
1301 Fifth Avenue
Seattle, WA 98101

Re:    **In re Pharmaceutical Industry AWP Litigation,
MDL No. 1456, Civil Action No. 01-CV-12257-PBS**

Dear Sean:

Enclosed are the four final boxes of documents that you requested.  The documents contain the following bates ranges:

**Box 10:**  IAWP 069677 - 085314 (P009402 - P025037)

**Box 11:**  IAWP 085315 - 089416 (P025038 - P029139)

**Box 12:**  IAWP 089417 - 102821 (P029140 - P043047)

**Box 13:**  IAWP 111507 - 150159 (P051729 - P090502).

Also enclosed are computer disks and CDs containing the electronic invoices and spreadsheets that were made available for your review electronically, and were produced to the government in electronic form.  This completes Immunex's production of the documents that were previously produced to the government, pursuant to CMO No. 5.

Very truly yours,

Kathleen M. O'Sullivan

KMO:eg

cc:    David J. Burman

[06735-0051/SL031600.052]

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · HONG KONG · LOS ANGELES
MENLO PARK · OLYMPIA · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · WASHINGTON, D.C.

Perkins Coie LLP (Perkins Coie LLC in Illinois)





Q2 - 1995

P 075594

HIGHLY CONFIDENTIAL

IAWP135251



**HIGHLY CONFIDENTIAL**

**IAWP135252**

**Q3 - 1995**

**P 075595**



HIGHLY CONFIDENTIAL

IAWP135253

**Q4 - 1995**

**P 075596**



**HIGHLY CONFIDENTIAL**

IAWP135254

**Q1 - 1996**

**P 075597**









HIGHLY CONFIDENTIAL

IAWP135260

Q1 - 1997

P 075603



HIGHLY CONFIDENTIAL

IAWP135261

Q2 - 1997

P 075604





**HIGHLY CONFIDENTIAL**

**IAWP135263**

**Q1 - 1998**
**Q2 - 1998**

**P 075606**









Q1 - 2000
Q2 - 2000

P 075610

HIGHLY CONFIDENTIAL

IAWP135267





**Samples '95 - 99**

**P 089598**

**HIGHLY CONFIDENTIAL**

**IAWP149255**





Region III
Excel spreadsheets
P089601

Chargeback 1995.xls
 "  1996.xls
 "  1997.xls
 "  1998.xls
 "  1999.xls
 "  2000.xls
 "  2001.xls
DDD Data 1999-2000.xls
DDD Data 2001.xls
Direct Report 1997- Current.xls



SONY          I N D E X

Q1 - 1995

P 075593

HIGHLY CONFIDENTIAL

IAWP135250



IAWP135251



IAWP135252

HIGHLY CONFIDENTIAL

IAWP135253

SONY                           I N D E X

$Q1 - 1996$

P 075597

HIGHLY CONFIDENTIAL

IAWP135254

SONY                      I N D E X

Q2 - 1996

P 075598

HIGHLY CONFIDENTIAL

IAWP135255



HIGHLY CONFIDENTIAL

IAWP135256





IAWP135260



HIGHLY CONFIDENTIAL

IAWP135261

HIGHLY CONFIDENTIAL





HIGHLY CONFIDENTIAL

IAWP135264



HIGHLY CONFIDENTIAL

IAWP135265

SONY                    I N D E X

Q3 - 1999

Q4 - 1999

P 075609

HIGHLY CONFIDENTIAL

IAWP135266



SONY          I N D E X

Q3-2000

Q4-2000

P 075611

**HIGHLY CONFIDENTIAL**



Samples '95-99

**P 089598**

**HIGHLY CONFIDENTIAL**

IAWP149255