**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL No. 1456 |
| | ) Civil Action No. 01-CV-12257 PBS |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | ) ) Judge Patti B. Saris ) Chief Magistrate Judge Marianne B. Bowler |

**THE BMS DEFENDANTS' MEMORANDUM CONCERNING SUBSEQUENT HISTORY OF CASE CITED BY PLAINTIFFS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

**DWYER & COLLORA, LLP**
600 Atlantic Avenue
Boston, Massachusetts
(617) 371-1000

*Of Counsel*:
  Thomas E. Dwyer, Jr.

**HOGAN & HARTSON L.L.P.**
875 Third Avenue
New York, New York 10022
(212) 918-3000

*Of Counsel*:
  Steven M. Edwards, Esq.
  Lyndon M. Tretter, Esq.

*Attorneys for Defendants Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.*

Dated: May 26, 2006

In their reply memorandum in support of their motion for partial summary judgment against BMS, plaintiffs cite Matter of Regina Corp., 61 F.T.C. 983, 1962 F.T.C. Lexis 92, at *34-36 (Oct. 11, 1962) for the proposition that list prices must be "the usual and customary prices at which products are sold." (Pltfs.' Reply at 3.)  Without conceding that this case is relevant, BMS believes the Court should be aware that the FTC subsequently modified that decision in 65 F.T.C. 246 (1964), and adopted a regulation providing that a list price "will not be deemed fictitious if it is the price at which substantial (that is, not isolated or insignificant) sales are made . . . ."  16 C.F.R. § 233.3.

Dated:  Boston, Massachusetts
        May 26, 2006

                                      Respectfully Submitted,

                                      By:   /s/ Jacob T. Elberg
                                              Thomas E. Dwyer (BBO No. 139660)
                                              Jacob T. Elberg (BBO No. 657469)
                                              **DWYER & COLLORA, LLP**
                                              600 Atlantic Avenue
                                              Boston, MA  02210
                                              Tel: (617) 371-1000
                                              Fax: (617) 371-1037
                                              tdwyer@dwyercollora.com
                                              jelberg@dwyercollora.com

                                              Steven M. Edwards (SE 2773)
                                              Lyndon M. Tretter ((LT 4031)
                                              Admitted *pro hac vice*
                                              **HOGAN & HARTSON LLP**
                                              875 Third Avenue
                                              New York, NY  10022
                                              Tel: (212) 918- 3640

                                              Attorneys for Defendants Bristol-Myers Squibb Company, Oncology Therapeutics Network, Corp. and Apothecon, Inc.

## **CERTIFICATE OF SERVICE**

      I, James S. Zucker, hereby certify that on May 26, 2006, pursuant to Paragraph 11 of Case Management Order No. 2, I have caused to be served on all counsel of record a true and correct copy of the foregoing BMS Defendants' Memorandum Concerning Subsequent History of Case Cited by Plaintiffs in Support of their Motion for Summary Judgment by electronic service, by sending a copy of same to Lexis/Nexis File and Serve for posting and notification to all parties.

                                                /s/ James S. Zucker
                                                  James S. Zucker