UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION      CIVIL ACTION NO.
                                        01-12257-PBS
                                        MDL NO. 1456

### NOTICE OF RESCHEDULED HEARING

SARIS, U.S.D.J.                                          March 26, 2006

      At the request of counsel, the Hearing re Class Notice previously scheduled for June 26, 2006 has been **rescheduled to June 5, 2006** at **9:00 a.m.** in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

      /s/ Robert C. Alba
      Deputy Clerk

Copies to:  All Counsel