UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>CIVIL ACTION: 01-CV-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS |   |

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO STRIKE HAROLD BEAN AS A PROPOSED CLASS REPRESENTATIVE**

Plaintiffs have filed a motion to add Mr. Bean to the operative complaint. As explained in the motion, he became a viable class representative virtually as plaintiffs were finalizing the Track 2 class papers. There was no legitimate opportunity to add him to the complaint prior to the class certification motion.

Before the ink on the Track 2 certification was dry the Track 2 defendants were demanding that we drop Mr. Bean and they would not stipulate to his being added to the complaint. They offered no rationale for refusing to stipulate as no legitimate basis exists for opposing the addition of Mr. Bean.

Mr. Bean is an important addition to providing coverage for Track 2 class representation that is the real reason for the Track 2 defendants' position.

Nor do defendants need 90 days to conduct discovery on one class representative. Plaintiffs immediately turned over his documents and have offered to make him available for deposition. The Track 2 squadron of defense lawyers can certainly tackle the discovery needed from this elderly gentleman lickety split and do not need 90 days.

DATED:  May 26, 2006.					By	/s/ Steve W. Berman
							      Thomas M. Sobol (BBO#471770)
							      Edward Notargiacomo (BBO#567636)
							Hagens Berman Sobol Shapiro LLP
							One Main Street, 4th Floor
							Cambridge, MA  02142
							Telephone: (617) 482-3700
							Facsimile: (617) 482-3003

							**LIAISON COUNSEL**

							Steve W. Berman
							Sean R. Matt
							Robert F. Lopez
							Hagens Berman Sobol Shapiro LLP
							1301 Fifth Avenue, Suite 2900
							Seattle, WA  98101
							Telephone: (206) 623-7292
							Facsimile: (206) 623-0594

							Elizabeth Fegan
							Hagens Berman Sobol Shapiro LLP
							60 W. Randolph Street, Suite 200
							Chicago, IL  60601
							Telephone: (312) 762-9235
							Facsimile: (312) 762-9286

							Eugene A. Spector
							Jeffrey Kodroff
							Spector, Roseman & Kodroff, P.C.
							1818 Market Street, Suite 2500
							Philadelphia, PA  19103
							Telephone: (215) 496-0300
							Facsimile: (215) 496-6611

							Kenneth A. Wexler
							Jennifer Fountain Connolly
							The Wexler Firm LLP
							One North LaSalle Street, Suite 2000
							Chicago, IL  60602
							Telephone: (312) 346-2222
							Facsimile: (312) 346-0022

3

>Marc H. Edelson
>Allan Hoffman
>Edelson & Associates LLC
>45 West Court Street
>Doylestown, PA  18901
>Telephone: (215) 230-8043
>Facsimile: (215) 230-8735
>
>Shanin Specter
>Donald E. Haviland, Jr.
>Kline & Specter, P.C.
>1525 Locust Street, 19th Floor
>Philadelphia, PA  19102
>Facsimile:  (215) 772-1359
>Telephone:  (215) 772-1000
>
>**CO-LEAD COUNSEL FOR PLAINTIFFS**

001534-16  111498 V1                         3

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on May 26, 2006, I caused copies of **PLAINTIFFS' MEMORANDUM IN OPPOSITION TO STRIKE HAROLD BEAN AS A PROPOSED CLASS REPRESENTATIVE** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                              **/s/ Steve W. Berman**
                                              Steve W. Berman