UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| THIS DOCUMENT RELATES TO: *The City of New York and New York Counties v. Abbott Laboratories, Inc., et al.,* | Civil Action No. 01-CV-12257- PBS  Judge Patti Saris |

**PLAINTIFFS' EMERGENCY MOTION FOR A TWO-DAY EXTENSION OF TIME TO FILE SUR-REPLY MEMORANDA IN FURTHER OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

The City Of New York and the New York Counties[1] hereby move for a two-day extension of their time to file any sur-reply memoranda in further opposition to Defendants' Motions to Dismiss the Consolidated Complaint and Nassau Counties' Second Amended Complaint. Per CMO #21, plaintiffs' sur-replies are due May 31, 2006. The requested extension would adjust plaintiffs' filing date to June 2, 2006. The additional time is sought as a result of unavoidable scheduling conflicts of plaintiffs' counsel which occurred during–and effectively abbreviated-- plaintiffs' response time.

On May 30, 2006, plaintiffs contacted defense counsel spokesperson Lyndon Tretter to

---

[1] The "New York Counties" are Albany, Allegany, Broome, Cattaraugus, Cayuga, Chautauqua, Chemung, Chenango, Columbia, Cortland, Dutchess, Essex, Fulton, Genessee, Greene, Herkimer, Jefferson, Lewis, Madison, Monroe, Nassau, Niagara, Oneida, Onondaga, Ontario, Orleans, Putnam, Renssellear, Rockland, Saratoga, Schuyler, Seneca, St. Lawrence, Steuben, Suffolk, Tompkins, Warren, Washington, Wayne, Westchester, Wyoming, Yates, and Ulster.

request defendants' consent to this two-day extension. Mr. Tretter indicated that he did not expect defendants to object to plaintiffs' request but reasonably indicated that he needed to consult with the defendants' group before responding definitively. Plaintiffs have not yet heard back from Mr. Tretter and so file this motion out of an abundance of caution. No further requests for any extensions relating to defendants' motions to dismiss shall be filed.

Dated: May 31, 2006

Respectfully submitted,

**City of New York and all captioned Counties except Nassau, by**

**KIRBY McINERNEY & SQUIRE, LLP**
830 Third Avenue
New York, New York 10022
(212) 371-6600

/s/ Joanne M. Cicala
Joanne M. Cicala (JC 5032)
James P. Carroll Jr. (JPC 8348)
Aaron D. Hovan (AH 3290)
David E. Kovel (DK 4760) (*pro hac vice* pending)

**For the City of New York**

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York

John R. Low-Beer (JL 3755)
Ari Biernof (AB 6357)
Assistant Corporation Counsels
100 Church Street, Room 3-162
New York, New York 10007
(212) 788-1007

1

**LORNA B. GOODMAN**
Peter J. Clines
Rachel S. Paster
Nassau County Attorney, by

**MOULTON & GANS, P.C.**

/s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO # 184540

55 Cleveland Road
Wellesley, MA  02481
Telephone: (781) 235-2246
Facsimile: (781) 239-0353

**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**

Melvyn I. Weiss
Michael M. Buchman
Ryan G. Kriger
One Pennsylvania Plaza
New York, New York 10119-0165
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229

*Special Counsel for the
County of Nassau*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| | Civil Action No. 01-CV-12257- PBS |
| THIS DOCUMENT RELATES TO:<br>*The City of New York and New York Counties v. Abbott Laboratories, Inc., et al.,* | Judge Patti Saris |

**[PROPOSED] SCHEDULING ORDER**

IT IS HEREBY ORDERED THAT the City of New York and the New York Counties[1] are hereby granted an extension to June 2, 2006 to file any sur-replies in further opposition to defendants' motions to dismiss.

Dated: May 31, 2006

Hon. Patti B. Saris
United States District Court Judge

---

[1] The "New York Counties" are Albany, Allegany, Broome, Cattaraugus, Cayuga, Chautauqua, Chemung, Chenango, Columbia, Cortland, Dutchess, Essex, Fulton, Genessee, Greene, Herkimer, Jefferson, Lewis, Madison, Monroe, Nassau, Niagara, Oneida, Onondaga, Ontario, Orleans, Putnam, Renssellear, Rockland, Saratoga, Schuyler, Seneca, St. Lawrence, Steuben, Suffolk, Tompkins, Warren, Washington, Wayne, Westchester, Wyoming, Yates, and Ulster.

i

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 31st day of May, 2006 he caused a true and correct copy of the New York Counties Motion for an Extension of Time and Proposed Order to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the honorable Patti B. Saris in MDL No. 1456.

/s/Aaron D. Hovan
Aaron D. Hovan, Esq.
Kirby McInerney & Squire
830 Third Avenue, 10 Floor
New York, NY 10022
(212) 371-6600