**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456 |
| | | CIVIL ACTION:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) ) | Judge Patti B. Saris |
| ALL ACTIONS | ) ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiffs, by their attorneys, respectfully move this Court for leave to file under seal the following pleadings and other materials:  (a) Plaintiffs' Memorandum in Opposition to Immunex Corporation's Motion for Protective Order Regarding May 17, 2006 Deposition Notice and the (b) Declaration of Robert F. Lopez in Opposition to Immunex Corporation's Motion for Protective Order Regarding May 17, 2006 Deposition Notice.

The foregoing items include excerpts from a database that Immunex Corporation ("Immunex") has designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" pursuant to the terms of the December 13, 2004 Protective Order.  Paragraph 15 of the Protective Order mandates that any document or pleading containing material such as that referenced above be filed under seal.  Plaintiffs hereby seek to comply with the terms of the Protective Order.

While plaintiffs seek to file the above-listed items under seal in order to comply with the Protective Order, plaintiffs believe that much if not all of the material that Immunex has designated "CONFIDENTIAL" or HIGHLY CONFIDENTIAL is not truly confidential or highly

confidential.  Accordingly, plaintiffs reserve the right to move for an order unsealing the

referenced pleadings, and, as appropriate, some or all of the referenced database.

     Finally, plaintiffs have contacted counsel for Immunex, and Immunex does not oppose

this motion to file under seal.

     WHEREFORE, plaintiffs respectfully request that this Court grant them leave to file the

foregoing listed materials under seal.

DATED:  May 31, 2006                   By____**/s/ Steve W. Berman**_____

                                 Thomas M. Sobol (BBO#471770)
                                 Edward Notargiacomo (BBO#567636)
                       Hagens Berman Sobol Shapiro LLP
                       One Main Street, 4th Floor
                       Cambridge, MA  02142
                       Telephone: (617) 482-3700
                       Facsimile: (617) 482-3003

                       **LIAISON COUNSEL**

                       Steve W. Berman
                       Sean R. Matt
                       Robert F. Lopez
                       Hagens Berman Sobol Shapiro LLP
                       1301 Fifth Avenue, Suite 2900
                       Seattle, WA  98101
                       Telephone: (206) 623-7292
                       Facsimile: (206) 623-0594

                       Elizabeth Fegan
                       Hagens Berman Sobol Shapiro LLP
                       60 W. Randolph Street, Suite 200
                       Chicago, IL  60601
                       Telephone: (312) 762-9235
                       Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Shanin Specter
Donald E. Haviland, Jr.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
Facsimile:  (215) 772-1359
Telephone:  (215) 772-1000

**CO-LEAD COUNSEL FOR
PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL** be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on May 31, 2006, a copy to LexisNexis File and Serve for Posting and notification to all parties.


By_____/s/ Steve W. Berman_____
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292