# EXHIBIT 1

# TPP Long Form Notice

United States District Court – District of Massachusetts

# If You Are a Third-Party Payor Based in or With Beneficiaries in Massachusetts
# And You Made Reimbursements For Any of the Drugs Listed Below,

## A Class Action Lawsuit May Affect Your Rights.

*The District Court has approved the text of this Notice and authorized its printing and publication. It is not from a lawyer. You are not being sued.*

A lawsuit claims that certain drug companies (the "Defendants") reported false and inflated average wholesale prices ("AWP") for some types of outpatient drugs ("Covered Drugs"), and asks the Court to award money damages to Third-Party Payors ("TPP") that made reimbursements for those drugs based on the drug's AWP.

The Court has said that the lawsuit can go forward on behalf of two "Classes" of TPPs. Those Classes include (1) TPPs who made reimbursements for all or part of their insured's 20% co-payment under Medicare Part B for a Covered Drug between January 1, 1991 and January 1, 2005, and (2) TPPs who reimbursed for the drugs listed below outside of Medicare Part B based on a contract that uses AWP as a reimbursement benchmark between January 1, 1991 and June 1, 2006. In addition, in order to qualify to be a member of one of these Classes, TPPs must have made reimbursements for beneficiaries in Massachusetts, *or* made reimbursements for the Covered Drugs and have its principal place of business in Massachusetts.

| Defendant Drug Company | Covered Drugs |
|---|---|
| AstraZeneca | Zoladex |
| Bristol-Myers Squibb Group | Blenoxane; Coumadin; Cytoxan; Etopophos; Paraplatin: Rubex; Taxol; VePesid |
| Johnson & Johnson Group | Remicade; Procit |
| Schering Plough Group | Albuterol; Integrilin; Intron A; Perphenazine; Proventil; Temodar |

- The charts below summarize your legal rights and choices. *You must make choices now regarding your rights. Please read all of this Notice carefully*.

*Questions? Call toll free 1-800-000-0000, or visit www.AWPlitigation.net.*

## A SUMMARY OF YOUR RIGHTS AND CHOICES:

| You May: | | Due Date |
|---|---|---|
| **Do Nothing** | *Stay in the lawsuit and wait for the result.*<br>By doing nothing, you stay in the Classes.  You keep the possibility of getting money that could come from a trial or a settlement with any of the four Defendants in the Classes, but you give up the right to sue these Defendants yourself about the claims in the lawsuit.   **See Question 18.** | |
| **Exclude Yourself** | *Get out of the Classes.*<br>You can write and ask to get out of the Classes.  If any money is awarded later in a trial or settlement with any of the four Defendants in the Classes, you can't get any payment, but you keep the right to sue those Defendants at your own expense about the claims in the lawsuit.  **See Question 14.** | **_Postmarked by_ September 15, 2006** |
| **Appear In the Lawsuit** | *Participate in the lawsuit on your own or through a lawyer.*<br>If you don't exclude yourself, you can appear and speak in the lawsuit on your own or through your own lawyer.  (Class Counsel has been appointed to represent you at no cost.) **See Question 17.** | |

*Questions? Call toll free 1-800-000-0000, or visit www.AWPlitigation.net.*

-2-

# WHAT THIS NOTICE CONTAINS

**Basic Information** .............................................    Page
   1.  Why did I get this Notice?
   2.  What is this lawsuit about?
   3.  Why is this a class action?
   4.  Who qualifies as a Third-Party Payor?

**The Claims In The Lawsuit** ...............................    Page
   5.  What does the lawsuit claim?
   6.  What do the Defendants say about the lawsuit?
   7.  Has the Court decided who is right in the lawsuit?
   8.  Are there any benefits or money available now?

**The Classes**.........................    Page
   9.  How many Classes are there?
  10.  Who is in the Classes?
  11.  What are the Covered Drugs?
  12.  What does it mean if I'm a member of either or both of the Classes?

**Your Rights As A Member of the Classes**.....................    Page
  13.  How do I remain in either or both of the Classes?
  14.  Can I get out of the lawsuit and the Classes?
  15.  How does a TPP exclude itself from either or both of the Classes?
  16.  If a TPP excludes itself, can it get any money or benefits from the lawsuit?

**Your Rights As A Member Of Either Classes**.........................    Page
  17.  Can a TPP Class Member appear or speak in this lawsuit?
  18.  How does a TPP Class Member appear in this lawsuit?

**If You Do Nothing**.........................................    Page
  19.  What happens if a TPP Class Member doesn't do anything at all?

**The Lawyers Representing TPP Class Members** .....................    Page
  20.  Do TPP Class Members have a lawyer in this lawsuit?
  21.  Who pays Class Counsel and how much will they be paid?
  22.  Should a TPP Class Member get its own lawyer?

**Getting More Information** ...............................    Page
  22.  Are more details and information available?

**Appendix I – Covered Drugs** .........................    Page

*Questions? Call toll free 1-800-000-0000, or visit www.AWPlitigation.net.*

# BASIC INFORMATION

### 1. Why did I get this Notice?

A lawsuit has been filed against several drug companies. The Court has said that the lawsuit can go forward as a class action on behalf of consumers and TPPs who paid or reimbursed for one or more of the Covered Drugs, which are listed in Appendix I at the end of this Notice.

You received this Notice because you are a TPP that may have made reimbursements for Covered Drugs between January 1, 1991 and December 31, 2004 or between January 1, 1991 and June 1, 2006. If so, the lawsuit may affect you. Each TPP Class Member has legal rights and choices to make before the Court holds trials to decide whether the claims being made with respect to the drug companies are true. The first of a series of trials begins on September 25, 2006. **Each TPP Class Member must make a choice whether to remain in the Classes before September 15, 2006.**

This Notice explains:

- What the lawsuit is about, and why it is a class action lawsuit.
- What the lawsuit claims and what the drug companies say about the claims.
- Who is affected by the lawsuit.
- What TPP's legal rights and choices are.
- Who represents TPP Class Members in the lawsuit.
- How and by when each TPP Class Member needs to act

### 2. What is this lawsuit about?

Defendant drug companies either report the average wholesale price ("AWP") of each drug they make to trade publications or provide those publications with information that causes the publication to publish an AWP for each of their drugs. The published AWP of a drug is used to set the price that consumers making co-payments, Medicare and insurance companies will pay for the drug. The lawsuit claims that Medicare, private insurers, and consumers paid more than they should have paid for the Covered Drugs because drug companies reported false and inflated AWPs on these drugs.

The Court in charge of the lawsuit is the United States District Court for the District of Massachusetts. The name of the lawsuit is *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS. The people who sued are called the Plaintiffs. The drug companies they sued are called the Defendants.

The lawsuit includes as many as 42 Defendants. At this time, the Court has certified the first phase of the lawsuit to begin with a trial of the claims against the following Defendants in the following order:

- AstraZeneca (which includes: AstraZeneca, PLC; AstraZeneca Pharmaceuticals L.P.; and AstraZeneca U.S.),

*Questions? Call toll free 1-800-000-0000, or visit www.AWPlitigation.net.*

-4-

- The <u>Bristol-Myers Squibb</u> Group (which includes: Bristol-Myers Squibb Co.; Oncology Therapeutics Network Corp.; and Apothecon, Inc.),
- The <u>Johnson & Johnson</u> Group (which includes: Johnson & Johnson; Centocor, Inc.; Ortho Biotech; McNeil-PPC, Inc.; and Janssen Pharmaceutica Products, L.P.), and
- The <u>Schering Plough</u> Group (which includes Schering-Plough Corp. and Warrick Pharmaceuticals Corp.).

Whenever you see the word "Defendants" in this Notice, it includes only the companies listed above: AstraZeneca, Bristol-Myers Squibb Group, Johnson & Johnson Group and the Schering Plough Group.

### 3.  Why is this a class action?
In a class action lawsuit, one or more people or entities called "class representatives" sue on behalf of others who have similar claims.  The people and entities together are a "class" or "class members."  The Court must determine if it will allow the lawsuit to proceed as a class action.  If it does, a trial of the claims then decides the lawsuit for everyone in the class.  The Court in this lawsuit decided it could be a class action because there are thousands of people and TPPs that are affected, and one lawsuit would be better than many individual lawsuits.

### 4.  Who qualifies as a Third-Party Payor?
A TPP is an entity that is:

(a) A party to a contract, issuer of a policy, or sponsor of a plan, *and*

(b) At risk, under such contract, policy, or plan, to pay or reimburse all or part of the cost of prescription drugs dispensed to covered natural persons.

TPPs include insurance companies, union health and welfare benefit plans and self-insured employers. Entities with self-funded plans that contract with a health insurance company or other entity to serve as a third-party claims administrator to administer their prescription drug benefits can qualify as TPPs.  Third-party claim administrators may also file a claim on behalf of a self-funded plan if the third-party claim administrator has legal authority and authorization from the self-funded plan to do so.

## THE CLAIMS IN THE LAWSUIT

### 5.  What does the lawsuit claim?
The lawsuit claims that the Defendants violated various state consumer protection laws because they provided false and inflated AWPs on certain types of outpatient drugs, including the Covered Drugs.  The lawsuit also claims that the Defendants reported inflated AWPs with the knowledge that Medicare Part B and private insurers rely on reported AWPs to determine the prices they will reimburse doctors for those drugs.  The lawsuit says that as a result of the inflated AWPs, TPPs who reimburse part or all of their insured's co-payment under Medicare Part B or who used AWP as a pricing standard for reimbursement for those

*Questions? Call toll free 1-800-000-0000, or visit www.AWPlitigation.net.*

-5-

drugs outside of Medicare Part B, reimbursed more than they should have.  The lawsuit asks the Court to award money damages to those TPPs.

### 6. What do the Defendants say about the lawsuit?

The Defendants say they didn't do anything wrong.  Defendants deny that they are responsible for any of the claims made in the lawsuit.

### 7. Has the Court decided who is right in the lawsuit?

No.  The Court hasn't decided who is right in the lawsuit yet.  Much more must occur before the Court holds a trial, including notifying Class Members.  By deciding now that the lawsuit can continue as a class action, the Court isn't saying who will win.

### 8. Are there any benefits or money available now?

No money or benefits are available now because the Court hasn't decided whether those Defendants did anything wrong.  There could be money or benefits in the future if one or more Defendants settle before a trial, or if the Court decides in favor of the Classes after a trial.  There's no guarantee that any money for Class Members will ever be obtained from the Defendants.

## THE CLASSES

### 9. How many Classes are there?

The Court has ruled that there are two different Classes for TPPs who reimbursed for Covered Drugs: a MediGap TPP Class, and a Massachusetts Class.  A TPP could be a member of one or both Classes.

### 10. Who is in the Classes?

A TPP is a member of the MediGap TPP Class if it made reimbursements for all or part of its insured's 20% co-payment under Medicare Part B for Covered Drugs anytime between January 1, 1991 and January 1, 2005 **or**

A TPP is a member of the Massachusetts Class if it reimbursed for Covered Drugs outside of Medicare Part B based on a contract that uses AWP as a reimbursement benchmark anytime between January 1, 1991 and June 1, 2006.

In order to be member of either the MediGap TPP Class or the Massachusetts Class, the reimbursements must have been for a beneficiary in Massachusetts or the Third Party Payor must have its principal place of business in Massachusetts.

### 11. What are the Covered Drugs?

The Covered Drugs are: **Albuterol, Blenoxane, Coumadin, Cytoxan, Etopophos, Integrilin, Intron A, Paraplatin, Perphenazine, Procrit, Proventil, Remicade, Rubex,**

*Questions? Call toll free 1-800-000-0000, or visit www.AWPlitigation.net.*

**Taxol, Temodar, VePesid and Zoladex.**

**You can find a complete list of the Covered Drugs, by Defendant drug manufacturer, drug name, and NDC code, in Appendix I to this Notice.**

### 12. What does it mean if I'm a member of either or both of the Classes?

If a TPP is a member of either of the classes listed above and does not exclude itself, it won't be able to sue the Defendants again for the claims in this lawsuit if the Court, after a trial, decides Defendants did nothing wrong. But if there is an award of money after a trial or a settlement with any of the remaining Defendants, a TPP that does not exclude itself will be able to make a claim for a share of that money.

## YOUR RIGHTS AS A MEMBER OF THE CLASSES

### 13. How do I remain in either or both of the Classes?

A TPP is automatically a member of the Classes if it fits the Class Definition as outlined in Question 10. At this time, a TPP does not have to do anything to remain in either or both of the Classes. Each TPP will be notified if there is a settlement with any of the Defendants or if the Court determines that any of the Defendants are liable for damages as a result of the trials.

### 14. Can I get out of the lawsuit and the Classes?

If a TPP is a member of either or both of the Classes, and it wants to keep the right to sue Defendants AstraZeneca, Bristol-Myers Squibb Group, Johnson & Johnson Group, or Schering Plough Group about the same claims on its own (and at its own expense), it must take steps to get out of the Classes. This is called excluding yourself.

### 15. How does a TPP exclude itself from either or both of the Classes?

To exclude itself from either or both of the Classes, a TPP must send a letter signed by an authorized representative that includes all of the following:

- The company name, address, and telephone number, and the name of its authorized representative;
- The name and number of the lawsuit: *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS;
- If a TPP has hired its own lawyer, the name, address, and telephone number of that lawyer; *and*
- A statement that the TPP elects to be excluded from the either the MediGap TPP Class or the Massachusetts Class, or both Classes.

All exclusion letters must be mailed first class, **postmarked on or before September 15, 2006,** to:

*Questions? Call toll free 1-800-000-0000, or visit www.AWPlitigation.net.*

AWP Litigation Administrator
P.O. Box xxx
City, State Zip code

Please remember that a Class Member can't exclude itself by phone or by sending an email.

### 16. If a TPP excludes itself, can it get any money or benefits from the lawsuit?
No. If a TPP excludes itself from either or both of the Classes, it will not get money or benefits from the Class(es) if any are obtained from a settlement or trial of the lawsuit involving the Defendants. If a TPP excludes itself, it is no longer part of the Classes, and nothing that happens in the lawsuit affects it. But a TPP that properly excludes itself can sue or be part of a different lawsuit against the Defendants about the claims in this case.

## YOUR RIGHTS AS A MEMBER OF THE CLASSES

### 17. Can a TPP Class Member appear or speak in this lawsuit?
As long as it doesn't exclude itself, a TPP Class Member can (but does not have to) participate and speak for itself in this lawsuit through its own lawyer. This is called making an appearance. Remember that the TPP Class Member will have to pay for the lawyer itself. If a TPP Class Member appears in the lawsuit, it is still a Class Member and can share in any benefits the Classes might receive as a result of settlement or a trial.

### 18. How does a TPP Class Member appear in this lawsuit?
If a TPP Class Member wants its own lawyer instead of Class Counsel to participate or speak for it in this lawsuit, its lawyer must give the Court a paper that is called a Notice of Appearance. The Notice of Appearance should include the name and number of the lawsuit, and state that it wishes to enter an appearance in the lawsuit.

The Notice of Appearance must be filed with the Court at the following address:

Clerk of Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

A Notice of Appearance should be filed with the Court before the first of a series of trials of this lawsuit begins. The first trial is currently scheduled to start on September 25, 2006.

## IF YOU DO NOTHING

### 19. What happens if a TPP Class Member doesn't do anything at all?
If a TPP Class Member does nothing, it stays in the Classes and all of the Court's orders in the lawsuit will apply to it, including any decision on the trial for the Classes. By staying in either or both of the Classes, a TPP Class Member keeps the possibility of getting money or

*Questions? Call toll free 1-800-000-0000, or visit www.AWPlitigation.net.*

benefits later from the lawsuit.

## THE LAWYERS REPRESENTING TPP CLASS MEMBERS

### 20. Do TPP Class Members have a lawyer in this lawsuit?
Yes. The Court has appointed the following law firms to represent TPP Class Members:

Hagens Berman Sobol Shapiro LLP
www.hagens-berman.com
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
   *and*
One Main Street, 4th Floor
Cambridge, MA 02142

Mark H. Edelson
Edelson & Associates LLC
45 West Court Street
Doylestown, PA 18901

Spector Roseman & Kodroff, PC
www.srk-law.com
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Wexler Toriseva Wallace LLP
www.wtwlaw.us
One North LaSalle St., Suite 2000
Chicago, IL 60602

Kline & Specter, PC
www.klinespecter.com
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19102

These lawyers are called Class Counsel.  Class Members won't be charged for these lawyers. More information about Class Counsel and their experience is available at the Web sites listed above.

### 21.  Who pays Class Counsel and how much will they be paid?
If Class Counsel obtains money or benefits for the Classes through a settlement or a successful trial, they will ask the Court for payment of attorneys' fees and costs out of the total amount of money and benefits obtained. <u>The Court must approve the amount of attorneys' fees and costs</u>.  If Class Counsel doesn't obtain any money or benefits for the Classes, they won't receive or ask to receive any attorneys' fees or reimbursement of expenses.

### 22.  Should a TPP Class Member get its own lawyer?
A TPP Class Member doesn't need to hire its own lawyer because Class Counsel works for all Class Members.  But, if a TPP wants its own lawyer to speak for it or appear in Court, it must file a Notice of Appearance (*see* Question 18 to find out how to submit a Notice of Appearance).  If a Class Member hires a lawyer to appear for it in the lawsuit, it will have to pay the lawyer itself.

*Questions? Call toll free 1-800-000-0000, or visit www.AWPlitigation.net.*

-9-

## GETTING MORE INFORMATION

### 23. Are more details and information available?

This Notice is just a summary of the lawsuit. More details are in the Complaint filed by Class Counsel and the other legal documents that have been filed with the Court in this lawsuit. Anyone can look at and copy these legal documents at any time during regular office hours at the Office of the Clerk of Court, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, Massachusetts 02210. Copies of some of the important documents, like the Complaint, are also available online at www.AWPlitigation.net.

In addition, if you have any questions about the lawsuit or this Notice, you may:

- Visit the AWP Litigation Web site at www.AWPlitigation.net
- Call toll free 1-xxx-xxx-xxxx (hearing impaired call 1-yyy-yyy-yyyy)
- Write to: AWP Litigation Administrator, PO Box xxxx, City, State Zip code.

*By Order of the United States District Court, District of Massachusetts.*

Date: _____          _____
                                 The Honorable Judge Patti B. Saris

*Questions? Call toll free 1-800-000-0000, or visit www.AWPlitigation.net.*

-10-

# Appendix I

**AstraZeneca**

| NDC | Description |
| --- | --- |
| 00186198804 | PULMICORT RESPULES 60 mls 2 X 30.25mg/2mL |
| 00186198904 | PULMICORT RESPULES 60 mls 2x30 .5mg/2mL |
| 00310096036 | Zoladex 3.6mg 1x1EA Depot |
| 00310096130 | Zoladex 10.8mg 1x1EA Depot |
| 00310095130 | Zoladex 10.8mg 1x1EA Depot |
| 00310095036 | Zoladex 3.6mg 1x1EA Depot |

10

**BMS Group**

| NDC | Description |
|---|---|
| 00015301026 | BLENOXANE INJ 15 UNIT VHA |
| 00015301020 | BLENOXANE INJ 15 UNIT VL |
| 00015306326 | BLENOXANE INJ 30 UNIT VHA |
| 00015306301 | BLENOXANE INJ 30 UNIT VL |
| 00590032435 | COUMADIN INJ 5MG VIAL |
| 00015053910 | CYTOXAN 100MG LYOPH W/CYT |
| 00015054812 | CYTOXAN 1G 6X50ML VHA+ |
| 00015054810 | CYTOXAN 1GM LYOPH W/CYTOG |
| 00015054610 | CYTOXAN 200MG LYOPH W/CYT |
| 00015054912 | CYTOXAN 2G 6X100ML VHA+ |
| 00015054910 | CYTOXAN 2GM LYOPH W/CYTOG |
| 00015054710 | CYTOXAN 500MG LYOPH W/CYT |
| 00015050001 | CYTOXAN FOR INJ 100 MG |
| 00015050041 | CYTOXAN INJ 100MG |
| 00015050641 | CYTOXAN INJ 1X2GM VIAL |
| 00015050241 | CYTOXAN INJ 1X500MG VIAL |
| 00015050141 | CYTOXAN INJ 200MG |
| 00015054712 | CYTOXAN LYO 500MG VL VHA |
| 00015054741 | CYTOXAN LYOPH 500MG |
| 00015053941 | CYTOXAN LYOPHILIZED 100MG |
| 00015054841 | CYTOXAN LYOPHILIZED 1GM |
| 00015054641 | CYTOXAN LYOPHILIZED 200MG |
| 00015054941 | CYTOXAN LYOPHILIZED 2GM |
| 00015050541 | CYTOXAN PINJ 1X1G VIAL |
| 00015050303 | CYTOXAN TABLETS 50 MG |
| 00015050302 | CYTOXAN TABLETS 50MG |
| 00015050401 | CYTOXAN TABS 25MG |
| 00015050301 | CYTOXAN TABS 50MG |
| 00015050348 | CYTOXAN TABS 50MG |
| 00015340420 | ETOPOPHOS 100MG VIAL |
| 00015321429 | PARAPLATIN 10X15ML VHA+ |
| 00015321529 | PARAPLATIN 10X45ML VHA+ |
| 00015321329 | PARAPLATIN 10X5ML VHA+ |
| 00015321410 | PARAPLATIN 150MG LYOPH CY |
| 00015321430 | PARAPLATIN 1X150MG LYO VL |
| 00015321530 | PARAPLATIN 1X450MG LYO VL |
| 00015321510 | PARAPLATIN 450MG VL W/CYT |
| 00015321330 | PARAPLATIN 50MG LYOPHILIZ |
| 00015321310 | PARAPLATIN 50MG W/CYTO |
| 00015335322 | RUBEX 100 MG LYOPHILIZED |
| 00015335324 | RUBEX 100MG IMMUNEX LABEL |
| 00015335124 | RUBEX 10MG IMMUNEX LABEL |
| 00015335122 | RUBEX 10MG LYOPHILIZED |
| 00015335224 | RUBEX 50MG IMMUNEX LABEL |
| 00015335222 | RUBEX 50MG LYOPHILIZED |
| 00015347630 | TAXOL 100MG INJ MULTIDOSE |
| 00015347627 | TAXOL 100MG SEM-SYN VIAL |
| 00015347620 | TAXOL 100MG/16.7ML VHA+ L |
| 00015347911 | TAXOL 300MG/50ML VIAL |
| 00015345620 | TAXOL 30MG CONC FOR INJ |

11

| | |
|---|---|
| 00015347530 | TAXOL 30MG INJ MULTIDOSE |
| 00015347527 | TAXOL 30MG SEM-SYN VIAL |
| 00015347520 | TAXOL 30MG/5ML VHA+ LABEL |
| 00015309510 | VEPESID 100MG VIAL W/CYTO |
| 00015309530 | VEPESID 100MG VL W/O CYTO |
| 00015306224 | VEPESID 1G 50ML VIAL VHA+ |
| 00015306220 | VEPESID 1GM/50ML |
| 00015306120 | VEPESID 500MG |
| 00015306124 | VEPESID 500MG 25ML VL VHA |
| 00015309145 | VEPESID 50MG CAPSULES |
| 00015309520 | VEPESID INJ 100MG/5ML |
| 00015308420 | VEPESID INJ 150MG/7.5ML |

12

**Johnson & Johnson Group**

| NDC | Description |
|-----|-------------|
| 57894003001 | C168J REMICADE 1PCK |
| 59676031201 | PROCRIT 10,000 U/ML |
| 59676031002 | PROCRIT 10000 U |
| 59676031001 | PROCRIT 10000 U/ML |
| 00062740103 | PROCRIT 10000U/ML AMG |
| 59676032001 | PROCRIT 20,000 U/ML |
| 59676030202 | PROCRIT 2000 U/ |
| 59676030201 | PROCRIT 2000 U/ML 6 |
| 00062740201 | PROCRIT 2000U/ML AMG |
| 59676030302 | PROCRIT 3000 U/ |
| 59676030301 | PROCRIT 3000 U/ML 6 |
| 00062740503 | PROCRIT 3000 U/ML INST |
| 00062740501 | PROCRIT 3000U/ML AMG |
| 59676030402 | PROCRIT 4000 U/ |
| 59676030401 | PROCRIT 4000 U/ML 6 |
| 00062740004 | PROCRIT 4000 U/ML INST |
| 59676034001 | PROCRIT 40000 U/ML |
| 00062740003 | PROCRIT 4000U/ML AMG |
| 00062542307 | PWRWNG PERMANEN |

14

**Schering Plough Group**

| NDC | Description |
|---|---|
| 59930151504 | ALBUTEROL INHALATION SOLUTION |
| 59930164702 | ALBUTEROL INHALATION SOLUTION |
| 59930150006 | ALBUTEROL SULFATE INHAL. SOL. |
| 59930150008 | ALBUTEROL SULFATE INHAL. SOL. |
| 59930151701 | ALBUTEROL SULFATE SOLUTION |
| 59930151702 | ALBUTEROL SULFATE SOLUTION |
| 59930155020 | ALBUTEROL SULFATE SOLUTION |
| 00085113601 | INTEGRILIN |
| 00085117701 | INTEGRILIN |
| 00085117702 | INTEGRILIN |
| 00085123501 | INTRON A FOR INJ MULTIDOSE PEN |
| 00085124201 | INTRON A FOR INJ MULTIDOSE PEN |
| 00085125401 | INTRON A FOR INJ MULTIDOSE PEN |
| 00085116801 | INTRON A INJ 18MIU HSA FREE |
| 00085113301 | INTRON A INJ 25MIU HSA FREE |
| 00085118401 | INTRON A INJ 3MIU HSA FREE |
| 00085118402 | INTRON A INJ 3MIU HSA FREE |
| 00085119101 | INTRON A INJ 5MIU HSA FREE |
| 00085119102 | INTRON A INJ 5MIU HSA FREE |
| 00085117901 | INTRON A INJ PAK10MIU HSA FREE |
| 00085117902 | INTRON A INJ PAK10MIU HSA FREE |
| 00085057102 | INTRON A INJECTABLE 10MILLN IU |
| 00085057106 | INTRON A INJECTABLE 10MILLN IU |
| 00085111001 | INTRON A INJECTABLE 18MILLN IU |
| 00085028502 | INTRON A INJECTABLE 25MILLN IU |
| 00085064703 | INTRON A INJECTABLE 3MILLN IU |
| 00085064704 | INTRON A INJECTABLE 3MILLN IU |
| 00085064705 | INTRON A INJECTABLE 3MILLN IU |
| 00085012002 | INTRON A INJECTABLE 5 MILLN IU |
| 00085012003 | INTRON A INJECTABLE 5 MILLN IU |
| 00085012004 | INTRON A INJECTABLE 5 MILLN IU |
| 00085012005 | INTRON A INJECTABLE 5 MILLN IU |
| 00085053901 | INTRON A INJECTABLE 50MILLN IU |
| 00085068901 | INTRON A INJECTION 18 MIU |
| 00085092301 | INTRON A SOL FOR INJ 10 MILLI |
| 00085076901 | INTRON A SOL. FOR INJ. 25MILLN |
| 00085095301 | INTRON A SOLUTION 18MIU 3ML |
| 59930160001 | PERPHENAZINE |
| 59930160002 | PERPHENAZINE |
| 59930161001 | PERPHENAZINE 16MG |
| 59930160501 | PERPHENAZINE 8MG |
| 59930160502 | PERPHENAZINE 8MG |
| 59930160301 | PERPHENAZINE TABLETS |
| 59930160302 | PERPHENAZINE TABLETS |
| 00085133601 | PROVENTIL INHALATION SOLUTION |
| 00085020901 | PROVENTIL SOLUTION .083MG/ML |
| 00085180601 | PROVENTIL SOLUTION .083MG/ML |
| 00085020802 | PROVENTIL SOLUTION 5MG/ML |
| 00085020852 | PROVENTIL SOLUTION 5MG/ML |
| 00085125901 | TEMODAR 100MG |

15

| | |
|---|---|
| 00085125902 | TEMODAR 100MG |
| 00085124401 | TEMODAR 20MG |
| 00085124402 | TEMODAR 20MG |
| 00085125201 | TEMODAR 250MG |
| 00085125202 | TEMODAR 250MG |
| 00085124801 | TEMODAR 5MG |
| 00085124802 | TEMODAR 5MG |

# Consumer Long Form Notice

United States District Court – District of Massachusetts

# If You Made a Co-Payment Through Medicare Part B or Made a Percentage Co-Payment in Massachusetts, For Any of the Drugs Listed Below,

## A Class Action Lawsuit May Affect Your Rights.

*The District Court has approved the text of this Notice and authorized its printing and publication.  It is not from a lawyer. You are not being sued.*

➢ A lawsuit claims that certain drug companies reported false and inflated average wholesale prices ("AWP") for certain types of outpatient drugs.  The reported AWPs are used to set prescription drug prices that are paid by Medicare, consumers and insurers.  The lawsuit also asks the Court to award money damages to some people who paid or made co-payments for the drugs.

➢ The Court has said that the lawsuit can go forward on behalf of a "Class" or group of people that made co-payments for certain drugs ("Covered Drugs") manufactured and marketed by Defendants AstraZeneca, Bristol-Myers Squibb Group, Johnson & Johnson Group and Schering Plough Group.   Certain dosages of the following Covered Drugs are included: **Albuterol, Blenoxane, Coumadin, Cytoxan, Etopophos, Integrilin, Intron A, Paraplatin, Perphenazine, Procrit, Proventil, Remicade, Rubex, Taxol, Temodar, VePesid and Zoladex.**

➢ The Court has said there are two different Classes for people who made co-payments for certain drugs between January 1, 1991 and December 31, 2004 and January 1, 1991 and June 1, 2006: a Medicare Part B Class, and a Massachusetts Class.  See Questions 8 and 10 to see if you are a Class Member in either or both Classes.

➢ A series of trials will begin on September 25, 2006 to determine whether the claims in this lawsuit against the Defendants listed above are true.

This Notice explains what your rights and choices are in each Class.  You could be a member of both Classes depending upon what Covered Dugs you purchased and where you live. *You must make a choice now regarding your rights in both Classes.  Please read all of this Notice carefully*.

*Questions? Call toll free 1-800-000-0000, or visit www.AWPlitigation.net.*

# A SUMMARY OF YOUR RIGHTS AND CHOICES:

| You May: | | Due Date |
|---|---|---|
| **Do Nothing** | *Stay in the lawsuit and wait for the result.*<br>By doing nothing, you keep the possibility of getting money that could come from a trial or a settlement. But you give up the right to sue the Defendants yourself about the claims in the lawsuit. | |
| **Exclude Yourself** | *Get out of the Class.*<br>You can write and ask to get out of the lawsuit. If any money or benefits are awarded later in a trial or settlement, you can't get these benefits, but you keep the right to sue the drug companies at your own expense about the claims in the lawsuit. **See Questions 12 and 13.** | *Postmarked by*<br>**September15, 2006** |
| **Appear In The Lawsuit** | *Participate in the lawsuit on your own or through a lawyer.*<br>If you don't exclude yourself, you can appear and speak in the lawsuit on your own or through your own lawyer. (Class Counsel has been appointed to represent you at no cost.) **See Questions 15 and 16.** | |

*Questions? Call toll free 1-800-000-0000, or visit www.AWPlitigation.net.*

# WHAT THIS NOTICE CONTAINS

**Basic Information ..............................................**   Page
   1.  Why did I get this Notice?
   2.  What is this lawsuit about?
   3.  Why is this a class action?

**The Claims In The Lawsuit .................................**   Page
   4.  What does the lawsuit claim?
   5.  What do the Defendants say about the lawsuit?
   6.  Has the Court decided who is right in the lawsuit?

**What are the Classes and Who are Class Members?.........**   Page
   7.  How many Classes are there?
   8.  Am I part of the Medicare Part B Class?
   9.  How do I know if my co-payment was under Medicare Part B?
   10. Am I part of the Massachusetts Class?

**What are the Covered Drugs.......................................**   Page
   11. How can I tell if the drug I took is included as a Covered Drug?

**Your Rights – Getting Out of the Class Action......................**   Page
   12. Can I get out of the lawsuit and the Class?
   13. How do I exclude myself from the Classes?
   14. If I exclude myself, can I get any money or benefits from the lawsuit?

**Your Rights – Appearing In The Lawsuit..............**   Page
   15. Can I appear or speak in this lawsuit?
   16. How do I appear in this lawsuit?

**If You Do Nothing.......................................**   Page
   17. What happens if I don't do anything at all?

**The Lawyers Representing You ...........................**   Page
   18. Do I have a lawyer in this lawsuit?
   19. Who pays the lawyers and how much will they be paid?
   20. Should I get my own lawyer?

**Getting More Information ........................................**   Page
   21. Are more details and information available?

# BASIC INFORMATION

## 1. Why did I get this Notice?

A lawsuit has been filed against several drug companies on behalf of people who paid for one or more of the drugs – called "Covered Drugs" – see Question 11. You received this Notice because you may have made a co-payment for a Covered Drug between either January 1, 1991 and December 31, 2004 or January 1, 1991 and June 1, 2006. If so, the lawsuit may affect you.

You have legal rights and choices to make before a trial will decide whether the claims being made against the Defendant drug companies on your behalf are true. The first of a series of trials begins on September 25, 2006. **You must make you choice whether to remain in the class or exclude yourself before September 15, 2006.**

This Notice explains:

- What the lawsuit is about, and why it is a class action lawsuit.
- What the lawsuit claims and what the drug companies say about the claims.
- Who is affected by the lawsuit.
- Who represents you in the lawsuit.
- What your legal rights and choices are.
- How and by when you need to act.

## 2. What is this lawsuit about?

Defendant drug companies either report the average wholesale price ("AWP") of each drug they make to trade publications or provide those publications with information that causes the publications to publish an AWP for each of their drugs. The published AWP of a drug is used to set the price that consumers making percentage co-payments, Medicare and insurance companies will pay for the drug. The lawsuit claims that Medicare, private insurers and consumers paid more than they should have paid for the Covered Drugs because drug companies reported false and inflated AWPs concerning these drugs.

The Court in charge of the lawsuit is the United States District Court for the District of Massachusetts. The name of the lawsuit is *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS. The people who sued are called the Plaintiffs. The drug companies they sued are called the Defendants.

The lawsuit includes as many as 42 Defendants. At this time, the Court has certified the first phase of the lawsuit to begin with a trial of the claims against the following Defendants in the following order:

- AstraZeneca (which includes: AstraZeneca, PLC; AstraZeneca Pharmaceuticals L.P.; and AstraZeneca U.S.),
- The Bristol-Myers Squibb Group (which includes: Bristol-Myers Squibb Co.; Oncology Therapeutics Network Corp.; and Apothecon, Inc.),
- The Johnson & Johnson Group (which includes: Johnson & Johnson; Centocor, Inc.; Ortho Biotech; McNeil-PPC, Inc.; and Janssen Pharmaceutica Products, L.P.), and

*Questions? Call toll free 1-800-000-0000, or visit www.AWPlitigation.net.*

- The <u>Schering Plough</u> Group (which includes Schering-Plough Corp. and Warrick Pharmaceuticals Corp.).

Whenever you see the word "Defendants" in this Notice, it includes only the companies listed above: AstraZeneca, Bristol-Myers Squibb Group, Johnson & Johnson Group and the Schering Plough Group.

### 3. Why is this a class action?

In a class action lawsuit, one or more people called "class representatives" sue on behalf of people who have similar claims. The people together are a "class" or "class members." The court must determine if it will allow the lawsuit to proceed as a class action. If it does, a trial of the claims then decides the lawsuit for everyone in the class. The Court in this lawsuit decided it could be a class action because there are thousands of people that are affected, and one lawsuit would be better than many individual lawsuits.

## THE CLAIMS IN THE LAWSUIT

### 4. What does the lawsuit claim?

The lawsuit claims that the Defendants violated various state consumer protection laws because they provided false and inflated AWPs on certain types of outpatient drugs, including the Covered Drugs. The lawsuit also claims that the Defendants reported inflated AWPs with the knowledge that Medicare Part B and private insurers rely on reported AWPs to determine the prices they will reimburse doctors for those drugs. The lawsuit says that as a result of the inflated AWPs, people who made co-payments under Medicare Part B or a percentage co-payment under private insurance for these drugs paid more than they should have. The lawsuit asks the Court to award money damages to those people.

### 5. What do the Defendants say about the lawsuit?

The Defendants say they didn't do anything wrong. Defendants deny that they are not responsible for any of the claims made in the lawsuit.

### 6. Has the Court decided who is right in the lawsuit?

No. The Court hasn't decided who is right in the lawsuit yet. Much more must occur before the Court holds a trial, including notifying Class Members. By deciding now that the lawsuit can continue as a class action, the Court isn't saying who will win.

## WHAT ARE THE CLASSES AND WHO ARE CLASS MEMBERS?

*To know if you're affected by this lawsuit, you first should determine if you're a member of the Class.*

### 7. How many classes are there?

The Court has said there are two different Classes for consumers who purchased Covered Drugs, a Medicare Part B Class and a Massachusetts Class.

*Questions? Call toll free 1-800-000-0000, or visit www.AWPlitigation.net.*

-5-

You could be a member of one or both Classes if you made a co-payment for a drug that is listed in the chart in Question 11 **and**, you meet the other requirements that are described below. Before you see if you meet these other requirements, you should first determine if you took one or more of the Covered Drugs.

## 8. Am I part of the Medicare Part B Class?

You're a member of the Medicare Part B Class and part of this lawsuit if you are a resident of any state in the U.S. (except the states listed below), **and** between January 1, 1991 and January 1, 2005, you paid (or are currently obligated to pay) a co-payment under Medicare Part B for any of the Covered Drugs that are listed under these 3 Defendants:

- AstraZenenca,
- The Bristol-Myers Squibb Group,
- The Johnson & Johnson Group, or
- Schering Plough Group.

You are **not** a member of the Medicare Part B Class if you resided in Alabama, Alaska, Georgia, Iowa, Kentucky, Louisiana, Mississippi, Montana or Virginia at the time you made the co-payment. The Court excluded persons residing in these states from the Medicare Part B Class because those states' consumer protection laws don't allow class actions.

You are also **not** part of the Medicare Part B Class if:

(a) You were fully reimbursed for the co-payment you made (for example, your MediGap or other private insurer reimbursed you the full amount); *or*

(b) Your co-payment was a flat amount instead of a percentage of the total charge (for example, your MediGap or other private insurer paid for all of the co-payment except for a flat amount such as $10 or $20 that you had to pay). If your co-payment is a set dollar amount and does not differ with the price of the drug, your co-payment is a flat co-payment and not a percentage co-payment and you are not a member of the class.

## 9. How do I know if my co-payment was under Medicare Part B?

If you are 65 or older, or are younger than 65 but receive social security benefits because of a disability, you are entitled to Medicare benefits. Medicare Part A is the primary coverage for your health care costs when you are admitted as a patient in a hospital, and enrollment is generally automatic at age 65.

Medicare Part B helps to pay primarily for outpatient services such as care given in your doctor's office, outpatient hospital care, and physical therapy. Medicare Part B also has a limited drug benefit. For drugs that are covered under Part B, Medicare pays 80% of the drug cost, and you are responsible for paying the other 20% (which is your co-payment).

Generally, the drugs covered under Medicare Part B are ones that are administered by your doctor, such as cancer treatment drugs that are given through injections or an IV. But Part B also covers some drugs that are self-administered (ones that you take yourself). Those

*Questions? Call toll free 1-800-000-0000, or visit www.AWPlitigation.net.*

-6-

include some oral anti-cancer drugs in pill form, some pills prescribed to help with nausea or anemia in connection with chemotherapy and drugs provided with some durable medical equipment, such as inhalation drugs used with a nebulizer (a compressed air machine).

Like Part A, Medicare Part B coverage is also automatic, but you have the option to decline it. You pay a monthly premium for Medicare Part B coverage (which is typically deducted from your social security check). You can tell if you're enrolled in Medicare Part B by looking at your Medicare insurance card. It will say if you are enrolled in Part B.

If you took one of the Covered Drugs when you were an inpatient in the hospital, you did not make a co-payment under Medicare Part B. However, if a Covered Drug was prescribed or administered by your doctor as a part of an outpatient treatment at a clinic, and you are enrolled in Medicare Part B, you may have been billed a co-payment of 20% of the drug cost if Medicare is your primary payer.

For the vast majority of people enrolled in Medicare, Medicare is the primary payer. Medicare is your secondary payer only if: (a) you or your spouse have continued to work after age 65 and have accepted the employer's health care insurance, or (b) you are a disabled person under 65 and have large group health plan coverage through your current job or the job of a family member. Unless either of these situations applies to you, your co-payment for a Covered Drug would have been under Medicare Part B.

### 10. Am I part of the Massachusetts Class?

Like the Medicare Part B Class, you must have paid a percentage co-payment for a Covered Drug to be part of the Massachusetts. But this Class is limited to people who paid a percentage co-payment for the Covered Drug in the state of Massachusetts. You don't have to have paid for the drug under Medicare Part B – you could have paid a percentage co-payment for the Covered Drug under your private health insurance plan.

You're a member of the Massachusetts Class and part of this lawsuit if, between January 1, 1991 and June 1, 2006:

- You paid (or are currently obligated to pay) a percentage co-payment for any Covered Drug in the state of Massachusetts.

You're included in the Massachusetts Class if your payment was a percentage co-payment. You're **not** included in the Class if you paid a fixed or flat co-payment. A fixed or flat co-payment is one that is the same no matter how much the drug costs. For example, if you pay $10 for any generic drug, and $30 for any brand name drug, you have a flat co-pay. A percentage co-pay is one that is based on the cost of the drug (for example, if the drug costs $50, and your co-payment is 25% of the drug cost, you pay $12.50).

## WHAT ARE THE COVERED DRUGS?

### 11. How can I tell if the drug I took is included as a Covered Drug?

Most, but not all, of the Covered Drugs are ones that a doctor administers to you in the form of an injection – either through a shot, an IV, or an implant beneath the skin. A few are

*Questions? Call toll free 1-800-000-0000, or visit www.AWPlitigation.net.*

drugs that you take yourself, such as the pill forms of Cytoxan, VePesid, Alkeran and Temodar – all cancer therapy drugs.  Most of the Covered Drugs are used for the treatment of various types of leukemia and cancers of the breast, ovaries, cervix, prostrate, testes, lung, brain, and bone marrow.  Other Covered Drugs are used to treat nausea or anemia resulting from cancer therapy, asthma, migraines, heart problems, leukemia, herpes, psychoses, or rheumatoid arthritis.

The Covered Drugs in the Class, by Defendant, are listed below:

## AstraZeneca

*AstraZeneca, AstraZeneca Pharmaceuticals and AstraZeneca U.S.*

| Drug Name | Treatment | Dosages |
|---|---|---|
| **Zoladex** | Prostrate and breast cancer; Endometriosis | Implant: 3.6mg <br> Injection (3 month): 10.8mg <br> Kit for injection: 10.8mg <br> syringe;  3.6mg syringe |

## Bristol-Myers Squibb Group

*Bristol-Myers Squibb, Oncology Therapeutics Network and Apothecon*

| Drug Name | Treatment | Dosages |
|---|---|---|
| **Blenoxane** | Cancer of cervix and uterus, head and neck, or testicle and penile cancer; Hodgkin's disease | Powder for Injection: 15 Unit Vial; 30 Unit Vial |
| **Coumadin** | Thrombosis (blood clots); Atrial fibrillation (irregular, rapid heart beat); Heart attack | Injection: 5mg vial |
| **Cytoxan** | Cancer (primarily breast, ovarian); Leukemia; Nephrotic syndrome (kidney disease) | Injection: 100mg; 200 mg; 500mg; 1gm; 1x2gm; <br><br> Lyophilized Injection: 100mg; 200mg; 500mg <br> Powder for Injection: 500mg; 1gm; 2gm <br> Tablets: 25mg; 50 mg |
| **Etopophos** | Lung and testicular cancer; Cancer of the lymph glands; Leukemia | Powder for Injection: 100mg |
| **Paraplatin** | Ovarian cancer | Powder for Injection: 50mg; 150mg; 450mg |

*Questions? Call toll free 1-800-000-0000, or visit www.AWPlitigation.net.*

-8-

| | | |
|---|---|---|
| **Rubex** | Ovarian and breast cancer; Cancers of the bone, stomach, lung, bladder and thyroid; Leukemia | Powder for Injection: 10mg; 50mg; 100mg<br>Powder for Injection (Under Immunex label): 10mg; 50mg; 100mg |
| **Taxol** | Ovarian and breast cancer; Lung cancer; Kaposi's sarcoma | Injection: 30mg; 30mg/5ml; 300mg/50ml<br>Injection Solution: 100mg; 100mg/16.7ml |
| **VePesid** | Testicular cancer; Small cell lung cancer | Injection Solution: 100mg; 150mg; 500mg; 1gm<br>Capsules: 500mg |

## Johnson & Johnson Group
*Johnson & Johnson, Centocor, Ortho Biotech, McNeil-PPC and Janssen Pharmaceutica Products*

| Drug Name | Treatment | Dosages |
|---|---|---|
| **Remicade** | Rheumatoid arthritis; Crohn's disease; Ulcerative colitis | Intravenous Injection: 100 mg vial |
| **Procit** | Anemia (especially anemia due to chemotherapy or HIV) | Solution for Injection: 2,000 Unit/ml; 3,000 Unit/ml; 4,000 Unit/ml; 10,000 Unit/ml; 20,000 Unit/ml; 40,000 Unit/ml |

## Schering-Plough Group
*Schering-Plough and Warrick Pharmaceuticals*

| Drug Name | Treatment | Dosages |
|---|---|---|
| **Albuterol** | Asthma, chronic bronchitis, emphysema, and other lung diseases | Inhalation Solution: XX<br>Sulfate Inhalation Solution: XX |
| **Integrilin** | Chest pain and heart attack. May also be given during heart surgery | Intravenous Injection: 0.75mg/ml; 2mg/ml |

| **Intron A** | Melanoma, leukemia, hepatitis B and C, lymphoma, Kaposi's sarcoma | Solution for Injection: 10 million, 18 million, 30 million, 60 million multidose pen; 3 million, 5 million, 1 0million, 18 million, 25 million unit HSA-Free vials Powder for Injection: 3 million, 5 million, 10 million, 18 million, 25 million, 50 million unit vials |
| --- | --- | --- |
| **Perphenazine** | Psychiatric disorders; Severe nausea and vomiting | Tablets: 2mg; 4mg; 8mg; 16mg |
| **Proventil** | Asthma, bronchitis, and emphysema. | Inhalation Solution: 5mg/ml; .83mg/ml |
| **Temodar** | Cancerous brain tumors | Capsules: 5mg; 20mg; 100mg; 250mg |

There may be other dosage amounts and forms for some of these drugs in this litigation that are not included.

Please carefully review the list of Covered Drugs. If your doctor gave you or prescribed one or more of these drugs in the listed forms and dosages during the time periods listed in Questions 8 and 10 you might be a member of the Medicare Part B Class or Massachusetts Class, or both. To determine which Class you fit into, please read Questions 8 and 10.

## YOUR RIGHTS – GETTING OUT OF THE CLASS ACTION

### 12. Can I get out of the lawsuit and the Class?

If you don't want money or benefits from the Class (if any are ever awarded) and you want to keep the right to sue the Defendants about the same claims on your own, you must take steps to get out of the Class. This is called excluding yourself. By excluding yourself, you keep the right to file your own lawsuit or join another lawsuit against the Defendants about the claims in this lawsuit.

### 13. How do I exclude myself from the Classes?

To exclude yourself from either or both of the Classes, you must send a letter signed by you that includes all of the following:

- Your name, address, and telephone number;
- The name and number of the lawsuit: *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS;
- If you have hired your own lawyer, the name, address, and telephone number of your lawyer; _and_

*Questions? Call toll free 1-800-000-0000, or visit www.AWPlitigation.net.*

- A statement that you want to be excluded from either or both the Classes, and which Class(es) you want to be excluded from.

Your exclusion letter must be mailed first class, **postmarked on or before September 15, 2006,** to:

> AWP Litigation Administrator
> P.O. Box xxx
> City, State Zip code

Please remember that you can't exclude yourself by phone or by sending an email.

### 14.  If I exclude myself, can I get any money or benefits from the lawsuit?

No.  If you exclude yourself from either or both of the Classes, you will not get money or benefits from the Class(es) if any are obtained from a settlement or trial of the lawsuit involving the remaining Defendants.  If you exclude yourself, you're no longer part of the Class, and nothing that happens in the lawsuit affects you.  But you can sue or be part of a different lawsuit against the Defendants about the claims in this case.

## YOUR RIGHTS – APPEARING IN THE LAWSUIT

### 15.   Can I appear or speak in this lawsuit?

As long as you don't exclude yourself, you can (but do not have to) participate and speak for yourself in this lawsuit through your own lawyer.  This is called making an appearance.  Remember that you will have to pay for the lawyer yourself.  If you appear in the lawsuit, you are still a member of the Class and can share in any benefits the Class might receive as a result of settlement or a trial.

### 16.   How do I appear in this lawsuit?

If you want your own lawyer instead of Class Counsel to participate or speak for you in this lawsuit, your lawyer must give the Court a paper that is called a Notice of Appearance.  The Notice of Appearance should include the name and number of the lawsuit, and state that you wish to enter an appearance in the lawsuit.

The Notice of Appearance must be filed with the Court at the following address:

> Clerk of Court
> John Joseph Moakley U.S. Courthouse
> 1 Courthouse Way, Suite 2300
> Boston, Massachusetts 02210

Your Notice of Appearance should be filed with the Court before the beginning of the series of trials of each Defendant in this lawsuit.  The first trial is currently scheduled to start on September 25, 2006.

*Questions? Call toll free 1-800-000-0000, or visit www.AWPlitigation.net.*

-11-

# IF YOU DO NOTHING

### 17.   What happens if I don't do anything at all?

If you do nothing, you stay in the Class and will be represented by Class Counsel. You also keep the possibility of getting money or benefits from the lawsuit if the Class wins at trial or settles the lawsuit. By staying in the Class, all of the Court's orders in the lawsuit will apply to you, including any decision on the trial. Please remember that staying in the Class means you can't sue the Defendants yourself about any of the claims in this lawsuit.

# THE LAWYERS REPRESENTING YOU

### 18. Do I have a lawyer in this lawsuit?

Yes. The Court has appointed the following law firms to represent you and other Class Members:

Hagens Berman Sobol Shapiro LLP
www.hagens-berman.com
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
    *and*
One Main Street, 4th Floor
Cambridge, MA 02142

Mark H. Edelson
Edelson & Associates LLC
45 West Court Street
Doylestown, PA 18901

Spector Roseman & Kodroff, PC
www.srk-law.com
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Wexler Toriseva Wallace LLP
www.wtwlaw.us
One North LaSalle St., Suite 2000
Chicago, IL 60602

Kline & Specter, PC
www.klinespecter.com
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19102

These lawyers are called Class Counsel. You won't be charged for these lawyers. More information about Class Counsel and their experience is available at the Web sites listed above.

### 19.   Who pays the lawyers and how much will they be paid?

If Class Counsel obtains money or benefits for the Class through a settlement or a successful trial, they will ask the Court for payment of attorneys' fees and expenses out of the total amount of money and benefits obtained. The Court must approve the amount of attorneys' fees and expenses. If Class Counsel doesn't obtain any money or benefits for the Class, they won't receive or ask to receive any attorneys' fees or reimbursement of expenses.

### 20.   Should I get my own lawyer?

You don't need to hire your own lawyer because Class Counsel works for you. But, if you want your own lawyer to speak for you or appear in Court, you must file a Notice of Appearance (*see* Question 16 to find out how to submit a Notice of Appearance). If you

*Questions? Call toll free 1-800-000-0000, or visit www.AWPlitigation.net.*

-12-

hire a lawyer to appear for you in the lawsuit, you will have to pay the lawyer yourself

## GETTING MORE INFORMATION

### 21.   Are more details and information available?

This Notice is just a summary of the lawsuit. More details are in the Complaint filed by Class Counsel, and the other legal documents that have been filed with the Court in this lawsuit. You can look at and copy these legal documents at any time during regular office hours at the Office of the Clerk of Court, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, Massachusetts 02210.   Copies of some of the important   documents,   like   the   Complaint   are   also   available   on-line   at www.AWPlitigation.net.

In addition, if you have any questions about the lawsuit or this Notice, you may:

- • Visit the AWP Litigation Web site at www.AWPitigation.net
- • Call toll free 1-xxx-xxx-xxxx (hearing impaired call 1-yyy-yyy-yyyy)
- • Write to: AWP Litigation Administrator, PO Box xxxx, City, State Zip code.

*By Order of the United States District Court, District of Massachusetts.*

Date: _____          _____

The Honorable Judge Patti B. Saris

# EXHIBIT 2

## AFFECTED DRUGS
### EXHIBIT 2
### AstraZeneca

| Drug Name | Treatment | Dosages |
|---|---|---|
| ZOLADEX | Prostrate and breast cancer; Endometriosis | Implant: 3.6mg<br>Injection (3 month): 10.8mg<br>Kit for injection: 10.8mg syringe; 3.6mg syringe |

## Bristol-Myers Squibb Group

| Drug Name | Treatment | Dosages |
|---|---|---|
| BLENOXANE | Cancer of cervix and uterus, head and neck, or testicle and penile cancer; Hodgkin's disease | Powder for Injection: 15 Unit Vial; 30 Unit Vial |
| COUMADIN | Thrombosis (blood clots); Atrial fibrillation (irregular, rapid heart beat); Heart attack | Injection: 5mg vial |
| CYTOXAN | Cancer (primarily breast, ovarian); Leukemia; Nephrotic syndrome (kidney disease) | Injection: 100mg; 200 mg; 500mg; 1gm; 1x2gm;<br>Lyophilized Injection: 100mg; 200mg; 500mg<br>Powder for Injection: 500mg; 1gm; 2gm<br>Tablets: 25mg; 50 mg |
| ETOPOPHOS | Lung and testicular cancer; Cancer of the lymph glands; Leukemia | Powder for Injection: 100mg |
| PARAPLATIN | Ovarian cancer | Powder for Injection: 50mg; 150mg; 450mg |
| RUBEX | Ovarian and breast cancer; Cancers of the bone, stomach, lung, bladder and thyroid; Leukemia | Powder for Injection: 10mg; 50mg; 100mg<br>Powder for Injection (Under Immunex label): 10mg; 50mg; 100mg |
| TAXOL | Ovarian and breast cancer; Lung cancer; Kaposi's sarcoma | Injection: 30mg; 30mg/5ml; 300mg/50ml<br>Injection Solution: 100mg; 100mg/16.7ml |
| VEPESID | Testicular cancer; Small cell lung cancer | Injection Solution: 100mg; 150mg; 500mg; 1gm<br>Capsules: 500mg |

## Johnson & Johnson Group
### Centocor, Ortho Biotech and Ortho McNeil

| Drug Name | Treatment | Dosages |
|---|---|---|
| REMICADE | Rheumatoid arthritis; Crohn's disease; Ulcerative colitis | Intravenous Injection: 100 mg vial |
| PROCIT | Anemia (especially anemia due to chemotherapy or HIV) | Solution for Injection: 2,000 Unit/ml; 3,000 Unit/ml; 4,000 Unit/ml; 10,000 Unit/ml; 20,000 Unit/ml; 40,000 Unit/ml |

## Schering Plough Group
### Schering Plough and Warrick Pharmaceuticals

| Drug Name | Treatment | Dosages |
|---|---|---|
| ALBUTEROL | Asthma, chronic bronchitis, emphysema, and other lung diseases | Inhalation Solution Sulfate Inhalation Solution |
| INTEGRILIN | Chest pain and heart attack. May also be given during heart surgery | Intravenous Injection: 0.75mg/ml; 2mg/ml |
| INTRON A | Melanoma, leukemia, hepatitis B and C, lymphoma, Kaposi's sarcoma | Solution for Injection: 10million, 18million, 30million, 60 million multidose pen; 3million, 5million, 10million, 18million, 25 million unit HSA-Free vials Powder for Injection: 3million, 5million, 10million, 18million, 25 million, 50million unit vials |
| PERPHENAZINE | Psychiatric disorders; Severe nausea and vomiting | Tablets: 2mg; 4mg; 8mg; 16mg |
| PROVENTIL | Asthma, bronchitis, and emphysema. | Inhalation Solution: 5mg/ml; .83mg/ml |
| TEMODAR | Cancerous brain tumors | Capsules: 5mg; 20mg; 100mg; 250mg |