# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 
| | MDL NO. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| | 05-CV-11795-PBS |
| | 06-CV-10690-PBS |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | |
| *State of Florida, et al. v. Alpharma, Inc., et al.* | Chief Mag. Judge Marianne B. Bowler |
| *State of Florida, et al. v. Mylan Laboratories, Inc., et al.* | |

## STATUS REPORT JUNE 1, 2006

Pursuant to the Court's June 17, 2004 Procedural Order, the undersigned counsel for Plaintiffs hereby submit the following status report to the Court listing the status of all motions to date.

Respectfully Submitted,

DATED: June 1, 2006

By /s/ Mark S. Thomas

Mark S. Thomas (FL Bar No. 0001716)
Mary S. Miller (FL Bar No. 0780420)
Bernabé A. Icaza (FL Bar No. 0647871)
Assistant Attorneys General
**CHARLES J. CRIST, JR.**
**STATE OF FLORIDA ATTORNEY GENERAL**
**OFFICE OF THE ATTORNEY GENERAL**
**MEDICAID FRAUD CONTROL UNIT**
PL-01, The Capitol
Tallahassee, Florida 32399-1050

Telephone:850-414-3600
Facsimile:850-487-9475

**ATTORNEYS FOR THE STATE OF FLORIDA**

James J. Breen
Alison W. Simon
**THE BREEN LAW FIRM, P.A.**
Post Office Box 297470
Pembroke Pines, FL 33029-7470

Gary Azorsky
Susan Schneider Thomas
Joy P. Clairmont
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: 215-875-5711
Facsimile: 215-875-4604

Jonathan Shapiro
**STERN, SHAPIRO, WEISSBERG & GARIN LLP**
90 Canal Street
Boston, MA

**ATTORNEYS FOR VEN-A-CARE OF THE FLORIDA KEYS, INC.**

## MDL 1456 Status Report
### State of Florida *ex rel.* Ven-A-Care v. Alpharma, Inc., *et al.*
### Case No.: 05-CV-11795-PBS

**Complaint in Intervention**

On April 5, 2005, Plaintiffs filed a Complaint in Intervention styled *State of Florida v. Alpharma, Inc.*, No. 98-3032F (Fla. 2d Cir. Ct.) in the Florida Circuit Court for the Second Judicial Circuit in and for Leon County, Florida.

**Removal to Federal Court**

On July 20, 2005, Defendants removed this action to the United States District Court for the Northern District of Florida.

**Transfer to the District Court of Massachusetts**

On July 25, 2005, Defendant Sandoz, Inc., filed a notice of related action seeking transfer of this action to the District Court of Massachusetts. Plaintiffs filed a Notice of Non-Opposition to the Defendants' request to transfer. On August 25, 2005, the Judicial Panel on Multidistrict Litigation (JPML) transferred *State of Florida v. Alpharma, Inc. et al.*, Case No. 4:05-cv-257 (N.D. Fla.) to this Court and assigned Case No. 05-cv-11795. On September 1, 2005, this Court consolidated this case with Case No. 01-12257-PBS.

**Motion for Remand and Memorandum of Law in Support of Motion for Remand**

Before this case was transferred to this Court, on August 18, 2005, Plaintiffs filed a Motion for Remand and Memorandum of Law in Support of Motion for Remand to Florida Circuit Court in the United States District Court for the Northern District of Florida. After transfer, on September 14, 2005, the parties filed a Joint Motion for Consideration of Scheduling Order requesting that this Court adopt the parties' proposed scheduling order. On October 4, 2005, this Court granted the Parties' proposed scheduling order ("Scheduling Order").

Pursuant to the Scheduling Order, Plaintiffs filed revised Memoranda of Law with this Court.

**Pending Motions to Date**

Plaintiffs' Motion for Remand and Memorandum of Law in Support of Motion for Remand to Florida Circuit Court ("Motion to Remand") is **currently pending** before this Court. On January 27, 2006, this Court heard oral argument and took the Motion to Remand under advisement. No other motions are currently pending before this Court in this case.

### MDL 1456 Status Report

3

**State of Florida *ex rel.* Ven-A-Care v. Mylan Laboratories, Inc., *et al.*
Case No.: 06-CV-10690-PBS**

**Complaint in Intervention**

On July 20, 2005, Plaintiffs filed a Complaint in Intervention styled *State of Florida v. Mylan Laboratories, Inc.*, Nos. 98-3032G (Fla. 2d Cir. Ct.) in the Court of the Second Judicial Circuit in and for Leon County, Florida.

**Removal to Federal Court**

On December 16, 2005, Defendants removed this action to the United States District Court for the Northern District of Florida.

**Transfer to the District Court of Massachusetts**

On April 12, 2006, the JPML transferred *State of Florida v. Mylan Laboratories, Inc. et al.*, Case No. 4:05-cv-490 (N.D. Fla.), to this Court and this case was assigned Case No. 1:06-CV-10690.  On or about April 20, 2006, this Court entered an Order consolidating Case No. 1:06-CV-10690 with Case No. 01-CV-12257.

In light of the fact that this case has been transferred to this Court by the JPML, the Motion for Remand is **currently pending** before this Court.  The parties are consulting on a briefing schedule that will provide for the timely filing of briefs reflecting First Circuit law and recent rulings concerning the scope of federal jurisdiction.

**CERTIFICATE OF SERVICE**

       I hereby certify that I, Jonathan Shapiro, an attorney, caused a true and correct copy of the foregoing Status Report to be served on all counsel of record electronically on June 1, 2006, pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LEXIS File & Serve electronic filing service. I hereby also certify that a copy hereof was furnished via U.S. Mail this 1st day of June, 2006, to the following:

| | |
|---|---|
| Wayne A. Cross<br>Michael J. Gallagher<br>Paul Olszowka<br>Sheryl Dickey<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br><br>*Attorneys for Sandoz, Inc.* | Peter Antonacci<br>Johnathan P. Kilman<br>GrayRobinson, P.A.<br>301 South Bronough Street<br>Suite 600 (32301)<br>Post Office Box 11189<br>Tallahassee, Florida 32302<br><br>*Attorneys for Novartis AG and Sandoz, Inc.* |
| Robert J. Miller<br>Reed Smith LLP<br>599 Lexington Avenue-28th Floor<br>New York, NY 10022<br><br>*Attorneys for Faulding, Inc. and Mayne Group, Ltd.* | Dennis P. Orr<br>Grant J. Esposito<br>Michelle J. Annunziata<br>Mayer, Brown, Rowe & Maw LLP<br>1675 Broadway<br>New York, NY 10019<br><br>*Attorneys for Novartis AG*<br><br>John R. Fleder<br>Hyman, Phelps & McNamara, P.C.<br>700 Thirteenth Street, N.W. - Suite 1200<br>Washington, DC 20005<br><br>*Attorney for Alpharma, Inc., Alpharma, USPD, Inc. f/k/a Barre-National, Inc., Barre Parent Corporation, Purepac Pharmaceutical Co.* |

| | |
|---|---|
| Barry Richard<br>Laureen E. Galeoto<br>Greenberg Traurig, P.A.<br>101 E. College Ave.<br>Tallahassee, FL 32301 | Gary R. Greenberg<br>Louis J. Scerra, Jr.<br>Jonathon Cohen<br>James Vant<br>Greenberg Traurig, LLP<br>One International Plaza, 20th Floor<br>Boston, MA 02110<br><br>*Attorneys for Defendants Mylan<br>Laboratories and Mylan Pharmaceutials, Inc.* |
| Jay Shapiro<br>Christopher L. Barnett<br>Samuel O. Patmore<br>Stearns Weaver Miller Weissler Ahladeff<br>Suite 2200 - Museum Tower<br>150 W. Flagler Street<br>Miami, FL 33130 | T. Reed Stephens<br>Elizabeth I. Hack<br>Sonnenschein Nath & Rosenthal LLP<br>& Sitterson, P.A.<br>1301 K Street, N.W.<br>Suite 600, East Tower<br>Washington, DC 20005<br><br>*Attorneys for Defendants Novapharm, Ltd.,<br>Teva Pharmaceutical Industries, Ltd., and<br>Teva Pharmaceutical USA* |
| Stephen A. Ecenia<br>Rutledge, Ecenia, Purnell & Hoffman, P.A.<br>P.O. Box 551<br>215 S. Monroe Street, Suite 420<br>Tallahassee, FL 32301<br><br>*Attorneys for Alpharma, Inc., Alpharma,<br>USPD, Inc. f/k/a Barre-National, Inc.,<br>Barre Parent Corporation, Purepac<br>Pharmaceutical Co., Watson<br>Pharmaceuticals, Inc. and Schein<br>Pharmaceuticals (n/k/a Watson Pharma, Inc.)* | Douglas B. Farquhar<br>Michelle L. Butler<br>Christine P. Bump<br>Hyman, Phelps & McNamara, P.C.<br>700 Thirteenth Street, N.W.<br>Suite 1200<br>Washington, D.C. 20005<br><br>*Attorneys for Defendants Watson<br>Pharmaceuticals, Inc. and Schein<br>Pharmaceuticals<br>(n/k/a Watson Pharma, Inc.)* |

/s/ Jonathan Shapiro
STERN, SHAPIRO, WEISSBERG & GARIN LLP
90 Canal Street
Boston, MA
**ATTORNEYS FOR VEN-A-CARE OF THE FLORIDA KEYS, INC.**