# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

## CLASS PLAINTIFFS' MOTION TO STRIKE TRACK 1 DEFENDANTS' UNAUTHORIZED MEMORANDA

Class Plaintiffs move to strike the Track One Defendants' two latest briefs: (i) Track One Defendants' Notice of Supporting Authority Regarding Statutory Adoption of AWP in 1997 filed on May 26, 2006; and (ii) Track One Defendants' Memorandum Addressing Class Plaintiffs' "Plain Meaning" Argument filed on May 30, 2006.

Both of these submissions were not authorized, violated Case Management Order No. 20 ("CMO No. 20"), and for the reasons stated below, should be stricken.

Case Management Order No. 20 ("CMO No. 20"), as modified by the Court's March 29, 2006, electronic Order, established a briefing schedule for summary judgment motions pertaining to the Track One Defendants. CMO No. 20 did not authorize Defendants to file any additional briefing, let alone supplemental and repetitive briefing after the hearing on the motion was held.

The Court has already provided the parties with a generously sufficient opportunity to brief all issues relating to Track One summary judgment proceedings, including the pivotal issue of the meaning of AWP, which all parties agree should be interpreted as a matter of law. Indeed, the Track One Defendants submitted three joint briefs pertaining to the plain meaning of AWP, and the individual Track One Defendants also commented on the issue separately in their individual briefs. Defendants also submitted the lengthy opinions of multiple, overlapping experts all of whom addressed the same issue. And Defendants also had the opportunity to present ample argument at the hearing, however unconvincing that argument turned out to be.

Not surprisingly, after four years of litigation, and after besieging the Court with reams of argument and expert reports, Defendants' latest unauthorized briefs add nothing new. They are but a regurgitation of Defendants' steadfast but illogical mantra that Congress intended AWP to mean fraudulent prices submitted by Defendants, and that this definition permitted Defendants to

engage in AWP manipulation and marketing of the spread to whatever extent Defendants desired.

Now, after finally realizing that the Court is unlikely to accept Defendants' absurd interpretation, Defendants' phalanx of lawyers retreated to their offices.  Defendants faced a conundrum.  Afraid of an adverse ruling and aware that they had submitted multiple briefs on the meaning of AWP, Defendants no doubt feared that the Court would not allow further submissions.  The fear of an adverse ruling overcame their respect for and adherence to the rules and CMO No. 20, and Defendants thus filed the unauthorized submissions.

Defendants should not be permitted to flout the Court's case scheduling orders and local rules by adding even more paper to the already voluminous Court file.  Neither CMO No. 20 nor any local rule permits a "panic" clause bestowing on the parties a right to submit unauthorized briefing when things might not be going their way.  Accordingly, the Court should strike Defendants' briefs.

In the alternative, should the Court consider the submissions, Plaintiffs seek leave to file, and for the Court to consider, a response which is being "filed" today subject to Court approval.

DATED:  June 1, 2006.

By____/s/ Steve W. Berman_____
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

001534-16  111861 V1

Shanin Specter
Donald E. Haviland, Jr.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
Facsimile:  (215) 772-1359
Telephone:  (215) 772-1000

**CO-LEAD COUNSEL FOR
PLAINTIFFS**

001534-16  111861 V1

**CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE**
Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on June 1, 2006, I caused copies of **CLASS PLAINTIFFS' MOTION TO STRIKE TRACK 1 DEFENDANTS' UNAUTHORIZED MEMORANDUM** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

 /s/ Steve W. Berman
Steve W. Berman

001534-16  111861 V1