**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION  ) ) ) ) | MDL No. 1456 |
| _____ ) | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS ) ) ) ) ) ) | Judge Patti B. Saris |

**THE JOHNSON & JOHNSON DEFENDANTS' OPPOSITION TO CLASS PLAINTIFFS' MOTION FOR AN ORDER APPROVING THE FORM AND MANNER OF CLASS NOTICE**

Johnson & Johnson, Centocor, Inc., and Ortho Biotech Products, L.P. (the J&J Defendants) respectfully submit this opposition to Class Plaintiffs' Motion for an Order Approving the Form and Manner of Class Notice ("Plaintiffs' Motion"). The J&J Defendants adopt and incorporate herein the reasoning set forth in the memoranda authored by the other Track 1 Defendants, which are being filed today. The J&J Defendants also oppose Plaintiffs' Motion for the additional that it improperly lists at least two Johnson & Johnson companies (McNeil-PPC, Inc. and Janssen Pharmaceutica Products, L.P.) that are not alleged to have engaged in wrongdoing relating to Procrit® and Remicade®, the only to Johnson & Johnson company products at issue.

For these reasons, the J&J Defendants respectfully request that Plaintiffs' Motion be DENIED.

1284263v1

                        Respectfully submitted,

                        /s/ Andrew D. Schau
                        William F. Cavanaugh, Jr.
                        Andrew D. Schau
                        PATTERSON BELKNAP WEBB & TYLER LLP
                        1133 Avenue of the Americas
                        New York, NY  10036-6710
                        (212) 336-2000

                        Attorneys for the Johnson & Johnson Defendants

Dated:  June 2, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 2, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

      /s/ Andrew D. Schau_____
      Andrew D. Schau

1284263v1