EXHIBIT A

Westlaw.

15085754634                                                                                                    Page 1


15085754634

CORPORATE RECORDS & BUSINESS REGISTRATIONS

This Record Last Updated:   04/10/2006
Database Last Updated:      05-26-2006
Update Frequency:           WEEKLY
Current Date:               05/28/2006
Source:                     AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFI-
                            CIAL SOURCE

COMPANY INFORMATION

Name:                       **BOEHRINGER INGELHEIM** CORPORATION

FILING INFORMATION

Identification Number:      C7122-1984
Filing Date:                10/23/1984
State of Incorporation:     NEVADA
Date Incorporated:          10/23/1984
Status:                     ACTIVE
Corporation Type:           PROFIT
Business Type:              DOMESTIC CORPORATION
Where Filed:                CORPORATION DIV
                            STATE CAPITOL
                            CARSON CITY, NV 89714

REGISTERED AGENT INFORMATION

Name:                       CORPORATION TRUST COMPANY OF NEVADA
Address:                    6100 NEIL ROAD;STE 500
                            RENO, NV

PRINCIPAL INFORMATION

Name:                       J MARTIN CARROLL
Title:                      PRESIDENT
Address:                    371 WILTON RD E
                            RIDGEFIELD, CT  06877

Name:                       MARLA S. PERSKY ESQ
Title:                      SECRETARY
Address:                    190 GEORGE WASHINGTON HWY
                            RIDGEFIELD, CT  06877

Name:                       HERMANN TETZNER


© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**Westlaw.**

15085754634                                                                  Page 2

| | |
|---|---|
| Title: | TREASURER |
| Address: | 95 MILL SPRING LN |
| | STAMFORD, CT  06903 |
| | |
| Name: | WERNER GERSTENBERG |
| Title: | DIRECTOR |
| Address: | 112 CHESTNUT HILL RD |
| | STAMFORD, CT  06903 |

### AMENDMENT INFORMATION

| | |
|---|---|
| Amendments: | 09/29/2005 MISCELLANEOUS   ANNUAL LIST-DOCUMENT ID: 20050451456-72 |
| | 12/28/2004 MISCELLANEOUS   MERGER-DOCUMENT ID: C7122-1984-009 |
| | 09/22/2004 MISCELLANEOUS   ANNUAL LIST-DOCUMENT ID: C7122-1984-002 |
| | 10/10/2002 MISCELLANEOUS   ANNUAL LIST-DOCUMENT ID: C7122-1984-010 |
| | 04/24/2002 MISCELLANEOUS   AMENDMENT-DOCUMENT ID: C7122-1984-008 |
| | 10/29/1999 MISCELLANEOUS   RESIDENT AGENT ADDRESS CHANGE-DOCUMENT ID: C7122-1984-007 |
| | 07/11/1995 MISCELLANEOUS   AMENDMENT-DOCUMENT ID: C7122-1984-006 |
| | 12/31/1984 MISCELLANEOUS   AMENDMENT-DOCUMENT ID: C7122-1984-005 |
| | 12/20/1984 MISCELLANEOUS   AMENDMENT-DOCUMENT ID: C7122-1984-004 |
| | 12/14/1984 MISCELLANEOUS   AMENDMENT-DOCUMENT ID: C7122-1984-003 |
| | 10/23/1984 MISCELLANEOUS   ARTICLES OF INCORPORATION-DOCUMENT ID: C7122-1984-001 |

### STOCK INFORMATION

Stock:
- Dollar Value:
- Authorized        10,000
- Shares:
- Par Value:        $0.1

            Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
              to order copies of documents related to this or other matters.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.



15085754634                                                                    Page 3

                              Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE OFFICIAL
RECORD.   CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

11636672338 Page 1

11636672338

**CORPORATE RECORDS & BUSINESS REGISTRATIONS**

| | |
|---|---|
| This Record Last Updated: | 03/02/2006 |
| Database Last Updated: | 06-02-2006 |
| Update Frequency: | MONTHLY |
| Current Date: | 06/02/2006 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

**COMPANY INFORMATION**

| | |
|---|---|
| Name: | **BOEHRINGER INGELHEIM** PHARMACEUTICALS, INC. |
| Address: | 900 RIDGEBURY ROAD<br>RIDGEFIELD, CT 06877 |
| D&B DUNS: | 60-317-5944 |

**NAME INFORMATION**

| | |
|---|---|
| Former Name: | **BOEHRINGER INGELHEIM** LTD. |

**FILING INFORMATION**

| | |
|---|---|
| Identification Number: | 0071684 |
| Filing Date: | 02/09/1978 |
| State of Incorporation: | DELAWARE |
| Status: | ACTIVE |
| Corporation Type: | NOT AVAILABLE |
| Business Type: | CORPORATION |
| Address Type: | BUSINESS |
| Where Filed: | SECRETARY OF STATE/CORPORATIONS DIVISION<br>30 TRINITY ST<br>HARTFORD, CT 06106 |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | C T CORPORATION SYSTEM |
| Address: | ONE COMMERCIAL PLAZA<br>HARTFORD, CT |

**PRINCIPAL INFORMATION**

| | |
|---|---|
| Name: | J. MARTIN CARROLL |
| Title: | PRESIDENT |
| Address: | 900 RIDGEBURY ROAD;<br>RIDGEFIELD, CT  06877 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

| | |
|---|---|
| Name: | PAUL R. FONTEYENE |
| Title: | EXEC. VICE PRES |
| Address: | 900 RIDGEBURY ROAD; |
| | RIDGEFIELD, CT 06877 |
| | |
| Name: | HERMANN TETZNER |
| Title: | SENIOR VICE PRES. - FINANCE & TREAS. |
| Address: | 900 RIDGEBURY ROAD; |
| | RIDGEFIELD, CT 06877 |
| | |
| Name: | MARLA S. PERSKY, ESQ |
| Title: | SENIOR VP, GENERAL COUNSEL & SECRETARY |
| Address: | 900 RIDGEBURY ROAD; |
| | RIDGEFIELD, CT 06877 |
| | |
| Name: | FRANK A. POMER, ESQ. |
| Title: | ASSISTANT SECRETARY |
| Address: | 900 RIDGEBURY ROAD; |
| | RIDGEFIELD, CT 06877 |

**AMENDMENT INFORMATION**

| | | | |
|---|---|---|---|
| Amendments: | 02/03/2006 | MISCELLANEOUS | REPORT |
| | 02/07/2005 | MISCELLANEOUS | REPORT |
| | 08/13/2004 | MISCELLANEOUS | REPORT |
| | 02/25/2003 | MISCELLANEOUS | REPORT |
| | 06/14/2002 | MISCELLANEOUS | REPORT |
| | 05/14/2001 | MISCELLANEOUS | REPORT |
| | 03/31/2000 | MISCELLANEOUS | REPORT |
| | 02/16/1999 | MISCELLANEOUS | REPORT |
| | 12/29/1997 | MISCELLANEOUS | REPORT |
| | 02/25/1997 | MISCELLANEOUS | REPORT |
| | 02/27/1996 | MISCELLANEOUS | REPORT |
| | 05/07/1985 | MISCELLANEOUS | AMENDED CERTIFICATE OF AUTHORITY |
| | 05/30/1984 | MISCELLANEOUS | CHANGE OF AGENT ADDRESS |
| | 02/09/1978 | MISCELLANEOUS | CERTIFICATE OF AUTHORITY |

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE OFFICIAL

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.



11636672338 Page 3

RECORD.  CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

42206954966                                                                  Page 1

42206954966

## CORPORATE RECORDS & BUSINESS REGISTRATIONS

| | |
|---|---|
| This Record Last Updated: | 05/02/2006 |
| Database Last Updated: | 06-02-2006 |
| Update Frequency: | MONTHLY |
| Current Date: | 06/02/2006 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

### COMPANY INFORMATION

| | |
|---|---|
| Name: | **BOEHRINGER INGELHEIM** ROXANE, INC. |
| Address: | 1809 WILSON RD.<br>COLUMBUS, OH 43228 |

### NAME INFORMATION

| | |
|---|---|
| Home State Name: | **BOEHRINGER INGELHEIM** ROXANE, INC. |

### FILING INFORMATION

| | |
|---|---|
| Identification Number: | 0817935 |
| Filing Date: | 04/13/2005 |
| State of Incorporation: | DELAWARE |
| Status: | ACTIVE |
| Corporation Type: | NOT AVAILABLE |
| Business Type: | CORPORATION |
| Address Type: | BUSINESS |
| Where Filed: | SECRETARY OF STATE/CORPORATIONS DIVISION<br>30 TRINITY ST<br>HARTFORD, CT 06106 |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | C T CORPORATION SYSTEM |
| Address: | 1 COMMERCIAL PLAZA<br>HARTFORD, CT |

### PRINCIPAL INFORMATION

| | |
|---|---|
| Name: | MR. J. MARTIN CARROLL |
| Title: | CHAIRMAN OF THE BOARD |
| Address: | BOEHRINGER INGELHEIM CORP.; 900 RIDGEBURY RD.<br>RIDGEFIELD, CT 06877 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

| | |
|---|---|
| Name: | ROBERT C. FROMUTH |
| Title: | PRES. |
| Address: | BOEHRINGER INGELHEIM CORP.; 900 RIDGEBURY RD. |
| | RIDGEFIELD, CT  06877 |
| | |
| Name: | ROBERT C. FROMUTH |
| Title: | CHIEF OPER OFFICER |
| Address: | BOEHRINGER INGELHEIM CORP.; 900 RIDGEBURY RD. |
| | RIDGEFIELD, CT  06877 |
| | |
| Name: | MARLA S. PERSKY |
| Title: | SECRETARY |
| Address: | 900 RIDGEBURY ROAD; |
| | RIDGEFIELD, CT  06877 |

## AMENDMENT INFORMATION

Amendments:    04/17/2006 MISCELLANEOUS    REPORT
               04/13/2005 MISCELLANEOUS    CERTIFICATE OF AUTHORITY

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE OFFICIAL RECORD.  CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.