# EXHIBIT B



# BUSINESS RECORD

D&B Completed Analysis:04-21-2006
Database Last Updated:04-21-2006
Source:Copyright (c) 2002 by Dun & Bradstreet, Inc.
Current Date:05/28/2006

## COMPANY INFORMATION

DUNS:07-270-1865
Name:BOEHRINGER INGELHEIM
ADDRESS:900 RIDGEBURY RD
RIDGEFIELD, CT 06877
TELEPHONE:203-798-9988

YEAR STARTED:1971

## BUSINESS DESCRIPTION

LINE OF BUSINESS:MFG PHARMACEUTICAL

SIC CODE(S):
  2834PHARMACEUTICAL PREP
  6221CMDTY CNRCT BRKRS DLR

## EMPLOYEE INFORMATION

EMPLOYEES HERE:1,500
EMPLOYEES TOTAL:6,000

## COMPANY HISTORY/OPERATIONS/RELATIONSHIPS & OTHER INFORMATION

HISTORY 11/02/05 WERNER GERSTENBERG, CEO-PRES DIRECTOR(S): THE OFFICER(S) CHARTER AMENDED
IN DEC 1984 CHANGING NAME FROM BOEHRINGER INGELHEIM LTD TO ITS PRESENT STYLE.
BUSINESS STARTED 1971 BY PHARMA INVESTMENT LTD.
100% OF CAPITAL STOCK IS OWNED BY PHARMA INVESTMENT LTD.
WERNER GERSTENBERG BORN 1938.
1966 GRADUATE OF THE UNIVERSITY OF MUNICH, MUNICH, GERMANY, MBA. 1966-1983 C H BOEHRINGER
SOEHNE GMBH, INGELHEIM, GERMANY, FINANCIAL DEPARTMENT.
1983-PRESENT ACTIVE HERE.
5 AFFILIATES: THROUGH SIMILAR STOCK OWNERSHIP BY THE IMMEDIATE PARENT AND TOP PARENT,
THERE ARE NUMEROUS RELATED COMPANIES LOCATED WORLDWIDE WHICH MANUFACTURE AND MARKET PHAR-
MACEUTICALS.
INTERCOMPANY RELATIONS: NONE.
OPERATION 11/02/05 6 FOREIGN PARENT IS PHARMA INVESTMENT LTD, TORONTO, ONTARIO, CANADA.
DUNS NUMBER IS 20-760-3200, STARTED IN 1938, WHICH OPERATES AS A HOLDING COMPANY.
REFERENCE IS MADE TO THAT REPORT FOR BACKGROUND INFORMATION ON THE PARENT AND ITS MANAGE-

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.



MENT.
THE PARENT COMPANY OWNS 100% OF CAPITAL STOCK OF THE BUSINESS.
THE PARENT COMPANY HAS 16 OTHER SUBSIDIARIES.
INTERCOMPANY RELATIONS: LOANS AND ADVANCES SETTLED ON A CONVENIENCE BASIS.
PHARMA INVESTMENT LTD IN TURN IS A WHOLLY OWNED SUBSIDIARY OF 7 BOEHRINGER INGELHEIM INTERNATIONAL, GMBH, INGELHEIM, GERMANY, STARTED 1925 WHICH MANUFACTURES AND MARKETS PHARMACEUTICALS AND ANIMAL HEALTH PRODUCTS.
MANUFACTURES PHARMACEUTICAL PREPARATIONS, SPECIALIZING IN AMPULED OR CAPSULED MEDICINES AND VETERINARY PHARMACEUTICAL PREPARATIONS (95%).
OPERATES AS COMMODITY CONTRACTS BROKER OR DEALER, SPECIALIZED AS TRADERS (4%).
TERMS ARE 2% 30 NET 31 DAYS (WITHIN AND OUTSIDE OF THE UNITED 8 STATES).
HAS 1,000 ACCOUNT(S).
SELLS TO DISTRIBUTORS.
TERRITORY : UNITED STATES AND PUERTO RICO.
NONSEASONAL.
EMPLOYEES: 6,000 WHICH INCLUDES OFFICER(S) AND 5 PART-TIME.
1,500 EMPLOYED HERE.
FACILITIES: OCCUPIES 266,000 SQ. FT. IN BRICK BUILDING.
LOCATION: RESIDENTIAL SECTION ON SIDE STREET.
SUBSIDIARIES: THIS COMPANY HAS THE FOLLOWING SUBSIDIARIES. (1) BOEHRINGER INGELHEIM PHARMACEUTICALS (INC), (CT 1985), RIDGEFIELD, CT, DUNS# 60-317-5944, (100% OWNED), MANUFACTURES HUMAN MEDICAL PHARMACEUTICALS.
NO FINANCIAL STATEMENT AVAILABLE. (2) BOEHRINGER INGELHEIM VETMEDICA, INC, DUNS# 00-713-4091, (DE 1979; ACQUIRED 1978), ST JOSEPH, MO, (100% OWNED), MANUFACTURES VETERINARY PHARMACEUTICALS.
NO FINANCIAL STATEMENT AVAILABLE. (3) ROXANE LABORATORIES INC, DUNS# 05-883-9929, (DE 1978; ACQUIRED 1979), COLUMBUS, OH, (100% OWNED), MANUFACTURES HUMAN MEDICAL (CONT'D) PHARMACEUTICALS.
NO FINANCIAL STATEMENT AVAILABLE. (4) B I CHEMICALS INC, DUNS# 09-356-1652, (VA 1976), PETERSBURG, VA, (100% OWNED), MANUFACTURER OF HUMAN PHARMACEUTICAL CHEMICALS.
2 (5) BEN VENUE LABORATORIES, INC, BEDFORD, OH, (100% OWNED) A CONTRACT DEVELOPER AND MANUFACTURER OF STERILE PHARMACEUTICALS.
THROUGH ITS BEDFOR LABORATORIES DIVISION, IT IS ALSO A PRODUCER OF GENERIC INJECTABLE PHARMACEUTICALS.
NO FINANCIAL STATEMENT AVAILABLE.
INTERCOMPANY RELATIONS BETWEEN THE PARENT COMPANY AND SUBSIDIARIES CONSIST OF LOANS AND ADVANCES SETTLED ON A CONVENIENCE BASIS.
00-00(4PR /071) 99999 207603200 068071071 H 3 BANK: CORESTATES BANK NA, PHILADELPHIA, PA 4 5 6 7 8

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.



BUSINESS RECORD

D&B Completed Analysis:04-21-2006
Database Last Updated:04-21-2006
Source:Copyright (c) 2002 by Dun & Bradstreet, Inc.
Current Date:05/28/2006

COMPANY INFORMATION

DUNS:60-317-5944
Name:BOEHRINGER INGELHEIM
ADDRESS:900 RIDGEBURY RD
RIDGEFIELD, CT 06877
TELEPHONE:203-798-9988

YEAR STARTED:1971

BUSINESS DESCRIPTION

LINE OF BUSINESS:MFG PHARMACEUTICALS

SIC CODE(S):
  2834PHARMACEUTICAL PREP

EMPLOYEE INFORMATION

EMPLOYEES HERE:1,300
EMPLOYEES TOTAL:1,796

COMPANY HISTORY/OPERATIONS/RELATIONSHIPS & OTHER INFORMATION

HISTORY 12/30/05 WERNER GERSTENBERG, CEO-PRES HOLGER HUELS, SR V PRES-FIN DIRECTOR(S): THE OFFICER(S) BUSINESS STARTED 1971 BY THE PARENT COMPANY.
100% OF CAPITAL STOCK IS OWNED BY BOEHRINGER INGELHEIM CORP. WERNER GERSTENBERG BORN 1938. 1966 GRADUATE OF THE UNIVERSITY OF MUNICH, MUNICH, GERMANY, MBA. 1966-1983 C H BOEHRINGER SOEHNE GMBH, INGELHEIM, GERMANY, FINANCIAL DEPARTMENT.
1983-PRESENT ACTIVE HERE.
HOLGER HUELS BORN 1951, NOT ACTIVE HERE.
ACTIVE WITH THE PARENT COMPANY.
5 AFFILIATES: THROUGH STOCK OWNERSHIP OF THE IMMEDIATE PARENT, BOEHRINGER INGELHEIM CORPORATION, ITS DIRECT PARENT, PHARMA INVESTMENT LTD AND THE TOP PARENT, BOEHRINGER INGELHEIM INTERNATIONAL GMBH, THERE ARE NUMEROUS RELATED COMPANIES LOCATED WORLDWIDE WHICH MANUFACTURE AND MARKET MEDICAL AND VETERINARY PHARMACEUTICAL PREPARATIONS, ACT AS CHEMICAL COMMODITY TRADERS AND MANUFACTURE AND DISTRIBUTE INGREDIENTS USED IN THE MAKING OF BAKERY PRODUCTS.
INTERCOMPANY RELATIONS: NONE.
6 OPERATION 12/30/05 SUBSIDIARY OF BOEHRINGER INGELHEIM CORPORATION, RIDGEFIELD, CT WHICH

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.



OPERATES AS A HOLDING COMPANY.
PARENT COMPANY OWNS 100% OF CAPITAL STOCK.
PARENT COMPANY HAS NUMEROUS OTHER SUBSIDIARY(IES).
AS NOTED, THIS COMPANY IS A SUBSIDIARY OF BOEHRINGER INGELHEIM CORPORATION, DUNS NUMBER 072701865, AND REFERENCE IS MADE TO THAT REPORT FOR BACKGROUND INFORMATION ON THE PARENT COMPANY AND ITS MANAGEMENT.
7 A CURRENT FINANCIAL STATEMENT IS NOT AVAILABLE.
BOEHRINGER INGELHEIM CORPORATION IS IN TURN A WHOLLY OWNED SUBSIDIARY OF PHARMA INVESTMENT LTD, TORONTO, ONTARIO, CANADA, DUNS# 20-760-3200, STARTED 1938 WHICH OPERATES AS A HOLDING COMPANY AND HAS NUMEROUS OTHER SUBSIDIARIES.
INTERCOMPANY RELATIONS: NONE.
THE ULTIMATE PARENT COMPANY IS BOEHRINGER INGELHEIM INTERNATIONAL GMBH, INGELHEIM, GERMANY, FORMED 1925 WHICH MANUFACTURES MEDICINES AND VETERINARY PHARMACEUTICAL PREPARATIONS, ACT AS COMMODITY TRADERS AND 8 MANUFACTURES INGREDIENTS USED IN THE MAKING OF BAKERY PRODUCTS.
THE TOP PARENT HAS NUMEROUS OTHER SUBSIDIARIES.
INTERCOMPANY RELATIONS: NONE. ( MANUFACTURER OF CARDIOVASCULAR AND BRONCHOPULMONARY PHARMACEUTICALS AND THROUGH ITS DIVISION NATURAL DIETARY SUPPLEMENTS.
TERMS ARE 2% 30 NET 31 DAYS.
HAS 5000 ACCOUNT(S).
SELLS TO DRUG WHOLESALERS AND THROUGH ITS DIVISION PHARMACIES AND HEALTH PRODUCT RETAIL STORES.
TERRITORY : UNITED STATES.
NONSEASONAL.
EMPLOYEES: 1,796 WHICH INCLUDES OFFICER(S).
1,300 EMPLOYED HERE.
FACILITIES: OWNS 1,326,000 SQ. FT. IN 3 MULTI STORY BRICK AND GLASS BUILDINGS.
LOCATED AT THIS ADDRESS ARE PRODUCTION, RESEARCH AND DEVELOPMENT AND AN ADMINISTRATIVE BUILDING.
LOCATION: RESIDENTIAL SECTION ON WELL TRAVELED STREET.
BRANCHES: BRANCHES: DISTRIBUTION AND WAREHOUSE FACILITY MAINTAINED IN BROOKFIELD, CT AND A SALES OFFICE A SALES OFFICE IN (CONT'D) SOUTHBURY, CT. DIVISION: BUSINESS MAINTAINS A DIVISION AT CAPTIONED ADDRESS UNDER THE NAME NATURAL HEALTH PRODUCTS DIVISION WHICH MANUFACTURES AND 2 MARKETS DIETARY SUPPLEMENTS.
00-00(8T7 /016) 00000 072701865 068016016 H 3 4 5 6 7 8

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.