CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 2nd day of June, 2006 he caused a true and correct copy of the New York Counties Consolidated Surreply To Defendants' Motion To Dismiss the MNYCC as well as the City of New York and the Captioned Counties Response to the Individual Motions to Dismiss of the following defendants and defendant groups: Amgen, AstraZeneca, Aventis Pharmaceuticals, Inc. Bayer, Biogen, Boehringer, EMD, Endo, Eli Lilly, Forest, Hoffman Laroche, MedImmune, Merck, Mylan, Novartis, Par, Purdue, Pfizer, Sandoz, TAP and Wyeth to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the honorable Patti B. Saris in MDL No. 1456.

/s/Aaron D. Hovan
Aaron D. Hovan, Esq.
Kirby McInerney & Squire
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 371-6600