# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | : MDL NO. 1456 <br> : <br> : Civil Action No. 01-12257-PBS <br> : <br> : Judge Patti B. Saris <br> : (case pending in D. Mass.) |
| THIS DOCUMENT RELATES TO THE CONSOLIDATED CLASS ACTION | : <br> : JUNE 5, 2006 |

## NON-PARTY NATIONAL HERITAGE INSURANCE COMPANY, INC.'S NOTICE OF ITS OUTSTANDING MOTIONS

Pursuant to this Court's June 17, 2004 Procedural Order, the parties to this litigation (not including Non-Party National Heritage Insurance Company, Inc.) must provide this Court with a status report regarding all pending motions on a monthly basis. On June 1, 2006, the parties filed their monthly status report, which purported to list "the status of all pending motions to date." However, the parties' status report omitted two pending motions filed by NHIC:

- NHIC's Motion to Renew its Cross-Motion to Quash Subpoenas [Docket Entry No. 2529], filed on May 8, 2006; and

- NHIC's Motion for Leave to File Reply to Defendants' Opposition to Its Cross-Motion to Quash Subpoenas [Docket Entry No. 2600], filed on May 24, 2006.

Dated: June 5, 2006, Hartford, Connecticut.

**NON-PARTY
NATIONAL HERITAGE INSURANCE COMPANY**

By: /s/ Ben Wattenmaker

Benjamin M. Wattenmaker
MA Juris No.: 644919
E-Mail: bwattenmaker@goodwin.com
Gary S. Starr
Fed. Bar No.: ct06138
E-mail: gstarr@goodwin.com
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
Phone: (860) 251-5000
Fax: (860) 251-5216
Its Attorneys

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was sent via electronic transmission on this 2d day of June, 2006. Parties may access this filing through the Court's system.

_____
Benjamin M. Wattenmaker

437359 v.01