UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITIZENS FOR CONSUMER JUSTICE, et. al )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ABBOTT LABORATORIES, INC., et al., )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br>NO. 01-12257-PBS |

### NOTICE OF APPEARANCE OF DAVID E. KOVEL ON BEHALF OF THE CITY OF NEW YORK AND THE NEW YORK COUNTIES AND MOTION FOR ADMISSION PRO HAC VICE

Pursuant to this Court's Case Management Order No. 1, the undersigned counsel hereby moves that David E. Kovel, Esq., of Kirby McInerney & Squire LLP, 830 3rd Avenue, New York, NY, 10022, be admitted to appear on behalf of the City of New York and the captioned New York Counties and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1.  Mr. Kovel, is and has been a member in good standing of the bars of the following United States District Courts of New York

    | | |
    |---|---|
    | Southern District | 2003 |
    | Eastern District | 2004 |
    | Northern District | 2004 |
    | Western District | 2005 |
    | Court of Appeals 1st Circuit | 2005 |

2. Mr. Kovel is and has been a member in good standing of the bar of the State of New York since 2003;

3. There are no disciplinary proceedings pending against Mr. Kovel as a member of the bar in any jurisdiction;

4. Mr. Kovel is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5. In further support of this motion, Mr. Kovel has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Mr. Kovel's admission to practice before this Court *pro hac vice*.

/s/Joanne M. Cicala
Joanne M. Cicala
Kirby McInerney & Squire LLP
830 Third Avenue, 10th Floor
New York, NY 10022
(BBO#: 5032)

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, David E. Kovel, Esq., hereby certify that: (1) I am admitted to the bar of the Southern District of New York; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

_____
David E. Kovel

Dated: June 5th, 2006

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, <u>J. Michael McMahon,</u> Clerk of this Court, certify that

<u>DAVID E. KOVEL</u> , Bar # <u>DK4760</u>

was duly admitted to practice in this Court on

<u>OCTOBER 28TH, 2003</u> , and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York   on   MAY 4th, 2006

<u>J. Michael McMahon</u>
Clerk

by <u>/s/ Robert Miranda</u>
Deputy Clerk

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CITIZENS FOR CONSUMER JUSTICE, et. al )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>)<br>ABBOTT LABORATORIES, INC., et al., )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br>NO. 01-12257-PBS |

## ORDER ALLOWING ADMISSION

The Court having considered the Motion for Admission Pro Hac Vice filed by Joanne M. Cicala for the admission *pro hac vice* of David E. Kovel for the purpose of representing the plaintiffs in this matter,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Motion is hereby granted, and that David E. Kovel is admitted to practice before this Honorable Court in connection with the above styled cause.

_____
Patti B. Saris
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by U.S. Mail, properly addressed, postage prepaid, on this _____ day of June, 2006, upon the following:

/s/Joanne M. Cicala
Joanne M. Cicala

Dated: June 5, 2006