# KIRBY McINERNEY & SQUIRE, LLP

TELEPHONE (212) 371-6600
(212) 317-2300
FACSIMILE (212) 751-2540

*830 Third Avenue*
*New York City 10022*

**Via Federal Express, ECF and Verilaw**

June 8, 2006

The Honorable Patti B. Saris
United States District Court for the
District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02210

    Re: *City of New York/ New York Counties v. Abbott Labs, et al. (MDL 1456)*

Dear Judge Saris:

    We collectively represent the City of New York and New York County Plaintiffs in the above-referenced matter. We write regarding Plaintiffs' Sur-Reply to Defendants' Joint Motion to Dismiss filed on June 2, 2006.

    It has recently come to our attention that the Sur-Reply contains a misstatement at page 18, lines 5-6. Specifically, the sentence now reads:

> In the above examples, had the defendant published its McKesson Servall price, the FUL would have been less than one quarter of what it actually was.

In fact, the sentence should read:

> In the above examples, had the defendant published its McKesson Servall price, the FUL would have been about a third of what it actually was.

    Plaintiffs are filing a corrected Sur-Reply together herewith reflecting this correction. Defendants have consented to this filing.

    Respectfully submitted,

Joanne M. Cicala
Kirby McInerney & Squire, LLP
Counsel for the City of New York
and all NY Counties in MDL 1456
except Nassau

Michael M. Buchman
Milberg Weiss Bershad &
Schulman LLP
Special Counsel for Nassau
County

WEBSITE: KMSLAW.COM      E-MAIL: KMS@KMSLAW.COM