**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| _____ | ) | |
| IN RE PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION NO. 01-CV-12257-PBS |
| _____ | ) | |
| | ) | Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| ALL ACTIONS | ) | |
| ALL ACTIONS | ) | |

**ASTRAZENECA PHARMACEUTICALS LP'S MOTION TO FILE A RESPONSE TO PLAINTIFFS' SUR-REPLY AND SUPPLEMENTAL SUR-REPLY REGARDING <u>ASTRAZENECA'S MOTION FOR SUMMARY JUDGMENT</u>**

AstraZeneca Pharmaceuticals LP ("AstraZeneca"), by its attorneys, hereby moves this Court for leave to file a response to Plaintiffs' Sur-Reply to AstraZeneca's Motion for Summary Judgment Discussing Two Discrete Issues Requested by the Court ("Pl. Sur-Reply") and Plaintiffs' Motion for Leave to File One-Page Supplement to Their Sur Reply in Opposition to AstraZeneca's Motion for Summary Judgment Discussing Two Discrete Issues Requested by The Court ("Pl. Supp. Sur-Reply").  AstraZeneca states that the grounds for its motions are as follows:

1. At the May 23, 2006 summary judgment hearing, the Court provided Plaintiffs with the opportunity to submit a sur-reply, to clarify specific questions raised during that hearing.  Tr. at 49-50.

2. Plaintiffs filed a sur-reply on May 26, 2006, purporting to address the "two discrete issues requested by the Court."  <u>See</u> Plaintiffs' Sur-Reply.

3. Plaintiffs then filed a motion for leave to file a "one-page supplement" to their sur-reply on June 5, in which they provide more detail on their views on Florida law.  <u>See</u> Plaintiffs' Suppl. Sur-Reply.

4. Because Plaintiffs' recent filings misstate the law and incorporate material that AstraZeneca has not yet had an opportunity fully to address in its own filings, AstraZeneca would like an opportunity to submit the attached five-page response to Plaintiffs' arguments.

WHEREFORE, AstraZeneca respectfully requests leave to file a response to Plaintiffs' Sur-Reply to AstraZeneca's Motion for Summary Judgment Discussing Two Discrete Issues Requested by the Court and Plaintiffs' Motion for Leave to File One-Page Supplement to Their Sur Reply in Opposition to AstraZeneca's Motion for Summary Judgment Discussing Two Discrete Issues Requested by The Court, and all other relief that this Court deems just and proper.  The proposed response is attached as Exhibit A.

Dated: Boston, Massachusetts
June 8, 2006

Respectfully Submitted,

By: /s/ Lucy Fowler
Nicholas C. Theodorou (BBO # 496730)
Lucy Fowler (BBO # 647929)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, Massachusetts 02210
Tel: (617) 832-1000

D. Scott Wise
Michael S. Flynn
Kimberley Harris
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000

Attorneys for AstraZeneca Pharmaceuticals LP

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for defendants conferred with counsel for plaintiffs on this motion, and that counsel for plaintiffs does not assent to the motion.

/s/ Lucy Fowler
Lucy Fowler

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on June 8, 2006, a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Lucy Fowler
Lucy Fowler