## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | : : : MDL No. 1456 : |
| THIS DOCUMENT RELATES TO: | : Civil Action No. 01-12257-PBS : |
| *COUNTY OF NASSAU v. ABBOTT LABORATORIES, INC., et al.* | : Judge Patti D. Saris : : |
| E.D.N.Y. Case No. 04-CV-5126 | : |

### UNOPPOSED MOTION TO ADMIT PETER J. CLINES AND MICHAEL M. BUCHMAN PRO HAC VICE

Now comes Nancy Freeman Gans, a member in good standing of the bar of this Court, and moves the admission in the above-entitled cause of action on behalf of Plaintiff County of Nassau of Peter J. Clines, Esquire, of the Nassau County Attorney's Office, of Mineola, New York, and Michael M. Buchman, of Milberg Weiss Bershad & Schulman, LLP, of New York, New York.  Attorneys Cline and Buchman each certifies (see Certificates attached to this motion) that (1) he is a member of the bar in good standing in all jurisdictions where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I have filed an appearance in the above-entitled action and today have sent a check for $100 via regular mail to the Clerk of Court.

June 9, 2006                                         Respectfully submitted,

/s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO # 184540
**MOULTON & GANS, P.C.**
55 Cleveland Road
Wellesley, Massachusetts 02481
Telephone: 781-235-2246

## LOCAL RULE 7.1 CERTIFICATE

I, Nancy Freeman Gans, hereby certify that Michael M. Buchman has consulted via email with Lyndon Tretter, Esq., of Hogan and Hartson, counsel for all Defendants, concerning the within Motion and that Mr. Tretter assents.

/s/ Michael M. Buchman
Michael M. Buchman

## CERTIFICATE OF SERVICE

I, Ryan G. Kriger, hereby certify that I served a copy of the foregoing document upon counsel for all parties this 9th day of June, 2006.

/s/ Ryan G. Kriger
Ryan G. Kriger