UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | : <br> : <br> : MDL No. 1456 <br> : |
| THIS DOCUMENT RELATES TO: <br><br> *COUNTY OF NASSAU v. ABBOTT LABORATORIES, INC., et al.* <br><br> E.D.N.Y. Case No. 04-CV-5126 | : Civil Action No. 01-12257-PBS <br> : <br> : Judge Patti D. Saris <br> : <br> : <br> : <br> : |

## CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Peter J. Clines, hereby certify that:

1. I am a member in good standing of the bar of New York.

2. There are no disciplinary proceedings pending against me as a member of the foregoing bars; and

3.  I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: June 6, 2006
New York, New York

**OFFICE OF THE NASSAU COUNTY ATTORNEY**

By: _____
Peter J. Clines
One West Street
Mineola, New York  11501
Telephone: (516) 571-3015
Facsimile: (516) 571-6684-

*Chief, Bureau of Affirmative Litigation*