UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | : <br> : <br> : MDL No. 1456 <br> : |
| THIS DOCUMENT RELATES TO: | : Civil Action No. 01-12257-PBS <br> : |
| *COUNTY OF NASSAU v. ABBOTT LABORATORIES, INC.,* et al. | : Judge Patti D. Saris <br> : <br> : |
| E.D.N.Y. Case No. 04-CV-5126 | : |

**CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Michael M. Buchman, hereby certify that:

1. I am a member in good standing of the bars of Connecticut and New York.

2. There are no disciplinary proceedings pending against me as a member of the foregoing bars; and

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: June 8, 2006
      New York, New York

**MILBERG WEISS BERSHAD & SCHULMAN LLP**

By: _____
Michael M. Buchman
One Pennsylvania Plaza
New York, New York 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

*Special Counsel for the
County of Nassau*