**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

MDL. NO. 1456

Civil Action No.  01-CV-12257- PBS

Judge Patti B. Saris

**NOTICE OF APPEARANCE OF JOHN R. LOW-BEER ON BEHALF OF THE CITY OF NEW YORK AND THE NEW YORK COUNTIES AND MOTION FOR ADMISSION *PRO HAC VICE.***

Pursuant to Local Rule 83.5.3(b) and paragraph 16 this Court's Case Management Order No. 1, the undersigned counsel hereby moves that John R. Low-Beer, Esq., Corporation Counsel to the City of New York, hereby enters his appearance on behalf of the City of New York and the New York Counties in the above captioned actions.

Mr. Low-Beer is not a member of the bar of the United States District Court for the District of Massachusetts, but respectfully seeks admission *pro hac vice* in accordance with the procedures set forth in this Court's Case Management Order No. 1.  The attached Certificate demonstrates that Mr. Low-Beer is a member in good standing of various bars and is familiar with the Local Rules of this Court.

The appropriate $50 filing fee has been submitted to the Clerk of the court under separate cover with a copy of this Notice and Motion.

WHEREFORE, the undersigned counsel respectfully moves Mr. Low-Beer's admission to practice before this Court *pro hac vice.*

1

/s/Joanne M. Cicala
Joanne M. Cicala
Kirby McInerney & Squire LLP
830 Third Avenue, 10th Floor
New York, NY 10022
(BBO#: 5032)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of June, 2006, a true and correct copy of the foregoing has been served to counsel of record by electronic service pursuant to Case Management Order no. 2 entered by the honorable Patti B. Saris in MDL no.1456.


/s/Joanne M. Cicala_
Joanne M. Cicala

Dated: June 9, 2006

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| THIS DOCUMENT RELATES TO: | Civil Action No.  01-CV-12257- PBS |
| ALL ACTIONS | Judge Patti B. Saris |

## ORDER ALLOWING ADMISSION

The Court having considered the Motion for Admission Pro Hac Vice filed by Joanne M. Cicala for the admission *pro hac vice* of John R. Low-Beer for the purpose of representing the plaintiffs in this matter,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Motion is hereby granted, and that John R. Low-Beer is admitted to practice before this Honorable Court in connection with the above styled cause.

_____
Patti B. Saris

United States District Judge

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION                                                        MDL. NO. 1456

THIS DOCUMENT RELATES TO:                    Civil Action No.  01-CV-12257- PBS

ALL ACTIONS                                                     Judge Patti B. Saris

### CERTIFICATE OF JOHN R. LOW-BEER

I, John R. Low-Beer, in accordance with Rule 83.5.3 of the Local Rules of the United

States District Court for the District of Massachusetts, I, John R. Low-Beer, Esq., represent and

certify as follows:

1.  I am associated with the Corporation Counsel for the City of New York located at

    100 Church Street Room 3-162, New York, NY, 10007.

2.  I am admitted to the bar of the Southern and Eastern Districts of New York;

3.  I am a member of the bar in good standing in every jurisdiction where I have been

    admitted to practice;

4.  No disciplinary proceedings are pending against me as a member of any bar in any

    jurisdiction; and

5.  I am familiar with the Local Rules of the United States District Court for the District

    of Massachusetts.

    I declare under penalty of perjury that the foregoing is true and correct.

5

Respectfully submitted,


/s/ John R. Low-Beer
John R. Low-Beer
Assistant Corporation Counsels
100 Church Street, Room 3-162
New York, New York  10007
(212) 788-1007

Executed: June 9th, 2006