UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION | CIVIL ACTION NO.<br>01-12257-PBS<br>MDL NO. 1456 |

**NOTICE OF RESCHEDULED HEARING**

SARIS, U.S.D.J.                                                                                                 June 9, 2006

       The Motion Hearing on Motions to Dismiss re New York cases previously scheduled for June 16, 2006, at 2:00 p.m. is **rescheduled** to **June 16, 2006, at 10:30 a.m.**

**NOTE: Change is to time only.**

                                                   /s/ Robert C. Alba
                                                    Deputy Clerk

Copies to:  All Counsel