# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) |
| | MDL NO. 1456 |
| | CIVIL ACTION:  01-CV-12257-PBS |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO THE CLASS ACTION | Chief Magistrate Judge Marianne B. Bowler |

### ABBOTT LABORATORIES' NOTICE OF OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL AND FOR ASSESSMENT OF DISCOVERY-RELATED COSTS AGAINST DEFENDANT ABBOTT LABORATORIES

Pursuant to CMO No. 8, Defendant Abbott Laboratories, Inc. ("Abbott") hereby notifies the Court of its opposition to Plaintiffs' Motion to Compel and for Assessment of Discovery-Related Costs Against Defendant Abbott Laboratories (Docket No. 2630).

Abbott further notifies the Court of its intention to file a memorandum in opposition to Plaintiffs' Motion on or before June 29, 2006, pursuant to an agreement with Plaintiffs. Accordingly, Abbott hereby moves, with the consent of the Plaintiffs, for an extension of time until and including June 29, 2006 in which to file its opposition.

Dated:  June 12, 2006

Respectfully submitted,

/s/ Brian J. Murray
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

*Counsel for Defendant Abbott Laboratories, Inc.*

CHI-1538838v1

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for the Plaintiffs assent to this motion.

/s/ Brian J. Murray
Brian J. Murray

## CERTIFICATE OF SERVICE

I, Brian J. Murray, an attorney, hereby certify that I caused a true and correct copy of the foregoing ABBOTT LABORATORIES' NOTICE OF OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL AND FOR ASSESSMENT OF DISCOVERY-RELATED COSTS AGAINST DEFENDANT ABBOTT LABORATORIES to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 12th day of June, 2006.

/s/ Brian J. Murray
Brian J. Murray
