FOR THE DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE PHARMACEUTICAL INDUSTRY     :
AVERAGE WHOLESALE PRICE          :
LITIGATION                           :  MDL NO. 1456
                                    :
                                    :  CIVIL ACTION:  01-CV-12257-PBS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THIS DOCUMENT RELATES TO ALL    :  Judge Patti B. Saris
ACTIONS                         :
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts (the "Local Rules"), Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") hereby moves this Court to grant Cheryl Thomae Viirand leave to appear and practice in this Court pro hac vice.  As grounds for this motion, AstraZeneca states as follows:

1.      Ms. Viirand is an attorney with the law firm of Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017.

2.      Ms. Viirand is not a member of the Massachusetts Bar or the Bar of the United States District Court for the District of Massachusetts.

3.      Ms. Viirand has met the requirements to practice before the United States District for the District of Massachusetts, as set forth in Local Rule 83.5.3.  See Certificate of Ms. Viirand, attached hereto as Exhibit A.

WHEREFORE, AstraZeneca respectfully requests that this Court grant this motion for Leave to Admit Cheryl Thomae Viirand, pro hac vice.

Dated:   June 14, 2006

Respectfully submitted,

By:   /s/ Lucy Fowler
         Nicholas C. Theodorou (BBO #495730)
         Lucy Fowler (BBO #647929)
         FOLEY HOAG LLP
         155 Seaport Boulevard
         Boston, Massachusetts 02210
         (617) 832-1000

         Attorneys for AstraZeneca
           Pharmaceuticals LP


## CERTIFICATION PURSUANT TO LOCAL RULE 7.1


Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for defendants conferred with counsel for plaintiff on this motion, and that counsel for plaintiff assented to the motion.

/s/ Lucy Fowler
Lucy Fowler

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on June 14, 2006, a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Lucy Fowler
Lucy Fowler

CERTIFICATE OF CHERYL THOMAE VIIRAND

I, Cheryl Thomae Viirand, hereby certify as follows:

1.      I am an associate of the firm of Davis Polk & Wardwell, which is located

at 450 Lexington Avenue, New York, New York 10017.

2.      I have been admitted to practice in the following jurisdictions in the years

indicated:

> State of California (2001);
> U.S. District Court for the Northern District of New York (2001);
> U.S. District Court for the Central District of New York (2003) and
> Court of Appeals for the 9th Circuit (2002).

3.      I am an attorney in good standing in the above-referenced jurisdictions.

4.      I have not been disbarred in any jurisdiction, and no disciplinary actions

are pending against me.

5.      I am familiar with the Local Rules of the United States District Court for

the District of Massachusetts.

Signed under the pains and penalties of perjury this 14th day of June, 2006.


By:    /s/ Cheryl Thomae Viirand
       Cheryl Thomae Viirand