## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### DEFENDANT DEY, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant Dey, Inc. ("Dey"), by its counsel, respectfully moves this Court for leave to file under seal the following pleadings and other materials: (1) Declaration of Philip D. Robben In Opposition To Plaintiffs' Motion To Certify Claims With Respect To Dey, Inc. (with exhibits) and (2) Dey's Individual Memorandum In Opposition To Plaintiffs' Motion to Certify Claims With Respect To Track 2 Defendants.

The foregoing items include or reference copies of deposition testimony, documents and/or excerpts from deposition testimony and/or documents that certain Plaintiffs have identified as "HIGHLY CONFIDENTIAL" pursuant to the terms of the December 13, 2004 Protective Order. Also, the foregoing items reference information contained in documents designated by certain Plaintiffs as "HIGHLY CONFIDENTIAL." In addition, the foregoing items not only quote extensively from and/or attach documents or deposition testimony that certain Plaintiffs have designated as "HIGHLY CONFIDENTIAL," but also they include references to claims data that Plaintiffs likely believe to be highly proprietary in nature.

Paragraph 15 of the Protective Order mandates that any document or pleading containing material such as that referenced above be filed under seal. Dey hereby seeks to comply with the terms of the Protective Order.

Pursuant to Local Rule 7.1(a)(2), counsel for Dey conferred with Plaintiffs' counsel in an attempt to resolve or narrow the issues on this motion. Such conference did not obviate the need for this motion.

WHEREFORE, Dey respectfully requests that this Court grant its leave to file the foregoing listed materials under seal.

Dated: June 15, 2006

>Respectfully submitted,
>
>KELLEY DRYE & WARREN LLP
>
>By: _/s/ William A. Escobar_
>William A. Escobar (*Pro Hac Vice*)
>Christopher C. Palermo (*Pro Hac Vice*)
>Philip D. Robben (*Pro Hac Vice*)
>
>101 Park Avenue
>New York, New York 10178
>Telephone: (212) 808-7800
>Facsimile: (212) 808-7897
>
>Attorneys for Dey, Inc.

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was delivered on June 15, 2006 to all counsel of record in Civil Action No. 01-CV-12257-PBS by electronic means via LexisNexis File & Serve, pursuant to Paragraph 11 of Case Management Order No. 2.

_____
Philip D. Robben