## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

### [PROPOSED] ORDER GRANTING DEFENDANT DEY, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL

THIS MATTER is before the Court on Defendant Dey, Inc.'s motion for leave to file under seal. The Court, having considered all pleadings in support and in opposition thereto, and being fully advised in the premises, hereby

GRANTS Dey, Inc.'s motion for leave to file under seal the following items:

1. Declaration of Philip D. Robben In Opposition To Plaintiffs' Motion To Certify Claims With Respect To Dey, Inc. (with exhibits); and

2. Dey's Individual Memorandum In Opposition To Plaintiffs' Motion to Certify Claims With Respect To Track 2 Defendants.

IT IS SO ORDERED.

DATED: _____        _____
                                                                 Hon. Patti B. Saris
                                                                 United States District Court Judge

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was delivered on June 15, 2006 to all counsel of record in Civil Action No. 01-CV-12257-PBS by electronic means via LexisNexis File & Serve, pursuant to Paragraph 11 of Case Management Order No. 2.

_____
Philip D. Robben