UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### NOTICE OF FILING UNDER SEAL

To:   All Counsel of Record

Please take notice that on June 15, 2006, we, as counsel for Defendant Dey, Inc., caused to be filed under seal with the Clerk of the United States District Court for the District of Massachusetts the following items:

1. Declaration of Philip D. Robben In Opposition To Plaintiffs' Motion To Certify Claims With Respect To Dey, Inc. (with exhibits); and

2. Dey's Individual Memorandum In Opposition To Plaintiffs' Motion to Certify Claims With Respect To Track 2 Defendants.

Dated: June 15, 2006

By:_____
William A. Escobar (*Pro Hac Vice*)
Christopher C. Palermo (*Pro Hac Vice*)
Philip D. Robben (*Pro Hac Vice*)

KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York  10178
Telephone:  (212) 808-7800
Facsimile:  (212) 808-7897

Attorneys for Dey, Inc.

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was delivered on June 15, 2006 to all counsel of record in Civil Action No. 01-CV-12257-PBS by electronic means via LexisNexis File & Serve, pursuant to Paragraph 11 of Case Management Order No. 2.

_____
Philip D. Robben