UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | |

**DEFENDANT AVENTIS BEHRING L.L.C'S
MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendant Aventis Behring L.L.C., now known as ZLB Behring L.L.C., hereby moves this Court for leave to file the following submission under seal:

- Defendant Aventis Behring L.L.C.'s Individual Memorandum in Opposition to Plaintiffs' Motion for Track Two Class Certification

Pursuant to the Protective Order entered by this Court on December 13, 2004 (the "Protective Order") both the parties in the above captioned case and non-party witnesses have designated many documents and other information produced in this litigation as either "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL." Pursuant to the Procedural Order entered by this Court on May 25, 2006 (the "Procedural Order"), this Court has indicated that pleadings referencing private medical information of named plaintiffs may be entitled to be filed under seal, either as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information. The submission listed above incorporates – either directly or indirectly – such "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" private medical information.

BOS-979774 v1 5544510-0903

WHEREFORE, Aventis Behring L.L.C. respectfully requests that this Court grant it leave to file the submission listed above under seal.

AVENTIS BEHRING, LLC
By its Attorneys,

 /s/ Aimée E. Bierman
Michael DeMarco (BBO #119960)
  mdemarco@klng.com
Aimée E. Bierman (BBO #640385)
  abierman@klng.com
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(617) 261-3100

William D. Nussbaum
Jonathan T. Rees
HOGAN & HARTSON L.L.P.
555 13th Street, NW
Washington D.C. 20004
(202) 637-5600
FAX:  (202) 637-5910

Dated:  June 15, 2006

### CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2006 I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Aimée E. Bierman
Aimée E. Bierman

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that on June 14, 2006, counsel for Aventis Behring L.L.C. conferred with counsel for plaintiffs on this motion.  Plaintiffs indicated that they would not assent to this Motion.

/s/ Aimée E. Bierman
Aimée E. Bierman