UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | |

**[PROPOSED] ORDER GRANTING DEFENDANT AVENTIS BEHRING L.L.C. s MOTION FOR LEAVE TO FILE UNDER SEAL**

Upon consideration of all pleadings in support and in opposition thereto, and for good cause showing, the Court hereby **GRANTS** Defendant Aventis Behring L.L.C.'s Motion for Leave to File Under Seal the following:

- Defendant Aventis Behring L.L.C.'s Individual Memorandum in Opposition to Plaintiffs' Motion for Track Two Class Certification

**IT IS SO ORDERED.**

DATED:_____       _____

                                                                  Hon. Patti B. Saris
                                                                  United States District Court Judge