UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | |

### DEFENDANT AVENTIS BEHRING L.L.C.'S NOTICE OF FILING UNDER SEAL

To: All Counsel of Record

Please take notice that on June 15, 2006 Aventis Behring L.L.C. caused to be filed with the Clerk of the District of Massachusetts under seal the following documents:

- Defendant Aventis Behring L.L.C.'s Individual Memorandum in Opposition to Plaintiffs' Motion for Track Two Class Certification

BOS-979752 v1 5544510-0903

- 2 -

Respectfully submitted,

AVENTIS BEHRING, LLC
By its Attorneys,

 /s/ Aimée E. Bierman
Michael DeMarco (BBO #119960)
  mdemarco@klng.com
Aimée E. Bierman (BBO #640385)
  abierman@klng.com
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(617) 261-3100

William D. Nussbaum
Jonathan T. Rees
HOGAN & HARTSON L.L.P.
555 13th Street, NW
Washington D.C. 20004
(202) 637-5600
FAX:  (202) 637-5910

Dated:  June 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2006 I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Aimée E. Bierman
Aimée E. Bierman