**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) | MDL NO. 1456  CIVIL ACTION:  01-CV-12257-PBS  Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO THE CLASS ACTION | | Chief Magistrate Judge Marianne B. Bowler |

**ABBOTT LABORATORIES, INC.'S MOTION FOR LEAVE
TO FILE INDIVIDUAL BRIEF, INDIVIDUAL EXPERT REPORT OF
STEVEN J. YOUNG, AND SUPPORTING MATERIALS UNDER SEAL**

Defendant Abbott Laboratories, Inc. ("Abbott") respectfully moves the Court for leave to file under seal the following pleadings and other materials:

- Abbott Laboratories, Inc.'s Individual Memorandum of Law In Opposition To Track 2 Class Certification, and

- The Expert Report of Steven J. Young Related to Track 2 Class Certification On Behalf Of Abbott Laboratories, Inc. Dated June 15, 2006, and supporting materials.

The foregoing items include or reference copies of documents or excerpts of documents that certain parties have identified as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" pursuant to the terms of the December 13, 2002 Protective Order.  Also, the foregoing items reference information contained in documents designated by certain parties as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL."  They also include references to private medical information of certain of the named plaintiffs.

Paragraph 15 of the Protective Order mandates that any document or pleading containing material such as that referenced above be filed under seal.  Abbott hereby seeks to comply with the terms of the Protective Order.

WHEREFORE, Abbott respectfully requests that this Court grant it leave to file the foregoing listed materials under seal.

Dated: June 15, 2006               Respectfully submitted,

/s/ Brian J. Murray
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

*Counsel for Defendant Abbott Laboratories, Inc.*

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that on June 15, 2006, he conferred with counsel for the Plaintiffs, and Plaintiffs do not oppose this motion.

    /s/ Brian J. Murray
Brian J. Murray

**CERTIFICATE OF SERVICE**

I, Brian J. Murray, an attorney, hereby certify that I caused a true and correct copy of the foregoing ABBOTT LABORATORIES' MOTION FOR LEAVE TO FILE INDIVIDUAL BRIEF, INDIVIDUAL EXPERT REPORT OF STEVEN J. YOUNG, AND SUPPORTING MATERIALS UNDER SEAL to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 15th day of June, 2006.

    /s/ Brian J. Murray
Brian J. Murray