**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | Chief Magistrate Judge Marianne B. Bowler |
| THE CLASS ACTION | ) | |

**<u>NOTICE OF FILING UNDER SEAL</u>**

To:  All Counsel of Record

Please take notice that on June 15, 2006, as counsel for Defendant Abbott Laboratories,

Inc. ("Abbott"), we caused to be filed under seal with the Clerk of the U.S. District Court for the

District of Massachusetts the following items:

- Abbott Laboratories, Inc.'s Individual Memorandum of Law In Opposition To Track 2 Class Certification, and

- The Expert Report of Steven J. Young Related to Track 2 Class Certification On Behalf Of Abbott Laboratories, Inc. Dated June 15, 2006, and supporting materials.

Dated:  June 15, 2006                                    Respectfully submitted,

                                                                     /s/ Brian J. Murray
                                                                     James R. Daly
                                                                     Tina M. Tabacchi
                                                                     Brian J. Murray
                                                                     JONES DAY
                                                                     77 West Wacker Drive, Suite 3500
                                                                     Chicago, Illinois  60601
                                                                     Telephone:  (312) 782-3939
                                                                     Facsimile:  (312) 782-8585

                                                                     *Counsel for Defendant Abbott Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, Brian J. Murray, an attorney, hereby certify that I caused a true and correct copy of the foregoing NOTICE OF FILING UNDER SEAL to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 15th day of June, 2006.

 /s/ Brian J. Murray    
Brian J. Murray