**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CONSOLIDATED PRIVATE CLASS ACTIONS ) ) ) ) | Judge Patti B. Saris |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Defendants Fujisawa USA, Inc. and Fujisawa Healthcare, Inc. ("Fujisawa"), by counsel, respectfully move this Court for leave to file under seal the following pleadings and other materials:

1. Fujisawa Healthcare, Inc.'s and Fujisawa USA, Inc.'s Individual Opposition to Plaintiffs' Motion to Certify Claims With Respect To Track 2 Defendants (and Exhibits)

The foregoing items include or reference copies of deposition testimony, documents and/or excerpts from deposition testimony and/or documents that certain Plaintiffs have identified as "HIGHLY CONFIDENTIAL" pursuant to the terms of the December 13, 2004 Protective Order. Also, the foregoing items reference information contained in documents designated by certain Plaintiffs as "HIGHLY CONFIDENTIAL." In addition, the foregoing items not only quote extensively from and/or attach documents or deposition testimony that certain Plaintiffs have designated as "HIGHLY CONFIDENTIAL," but also they include references to claims data that Plaintiffs likely believe to be highly proprietary in nature.

Paragraph 15 of the Protective Order mandates that any document or pleading containing material such as that referenced above be filed under seal. Fujisawa hereby seeks to comply with the terms of the Protective Order.

WHEREFORE, Fujisawa respectfully requests that this Court grant its leave to file the foregoing listed materials under seal.

        Respectfully Submitted,

        BINGHAM MCCUTCHEN LLP

            S. Elaine McChesney
            150 Federal Street
            Boston MA  02110
            (617) 951-8501
            (617) 951-8736 (fax)

        REED SMITH LLP

        By:   /s/  Andrew L. Hurst

            Andrew L. Hurst
            1301 K Street NW
            Suite 1100 – East Tower
            Washington, DC 20005
            (202) 414-9200
            (202) 414-9299 (fax)

            Michael T. Scott
            2500 One Liberty Place
            1650 Market Street
            Philadelphia, PA  19103-7301
            (215) 851-8100
            (215) 851-1420 (fax)

            Attorneys for Defendants Fujisawa USA, Inc. and Fujisawa Healthcare, Inc.

Dated:  June 15, 2006

- 3 -

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was delivered on June 15, 2006 to all counsel of record in Civil Action No. 01-CV-12257-PBS by electronic means via LexisNexis File & Serve, pursuant to Paragraph 11 of Case Management Order No. 2.

                                                 /s/ Andrew L. Hurst
                                                  Andrew L. Hurst