# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CONSOLIDATED PRIVATE CLASS ACTIONS | ) ) ) ) | Judge Patti B. Saris |

### [PROPOSED] ORDER GRANTING DEFENDANTS FUJISAWA USA, INC.'S AND FUJISAWA HEALTHCARE, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL

THIS MATTER is before the Court on Defendants Fujisawa USA, Inc.'s and Fujisawa Healthcare, Inc.'s ("Fujisawa") motion for leave to file under seal.  The Court, having considered all pleadings in support and in opposition thereto, and being fully advised in the premises, hereby

GRANTS Fujisawa's motion for leave to file under seal the following items:

1. Fujisawa Healthcare, Inc.'s And Fujisawa USA, Inc.'s Individual Opposition To Plaintiffs' Motion To Certify Claims With Respect To Track 2 Defendants (and Exhibits)

IT IS SO ORDERED.


DATED: _____          _____
                                      Hon. Patti B. Saris
                                      United States District Court Judge

- 2 -

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on June 15, 2006 to all counsel of record in Civil Action No. 01-CV-12257-PBS by electronic means via LexisNexis File & Serve, pursuant to Paragraph 11 of Case Management Order No. 2.

/s/ Andrew L. Hurst
Andrew L. Hurst
