**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| _____ | ) | |
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION NO. 01-CV-12257-PBS |
| _____ | ) | |
| THIS DOCUMENT RELATES TO | ) | Judge Patti B. Saris |
| ALL CONSOLIDATED PRIVATE CLASS | ) | |
| ACTIONS | ) | |

**NOTICE OF FILING UNDER SEAL**

To:     All Counsel of Record

Please take notice that on June 15, 2006, we, as counsel for Defendants Fujisawa USA,

Inc. and Fujisawa Healthcare, Inc. ("Fujisawa"), caused to be filed under seal with the Clerk of

the United States District Court for the District of Massachusetts the following item:

  1.   Fujisawa Healthcare, Inc.'s and Fujisawa USA, Inc.'s Individual Opposition to
       Plaintiffs' Motion to Certify Claims With Respect To Track 2 Defendants (and
       Exhibits)

                                            Respectfully Submitted,


                                    BINGHAM MCCUTCHEN LLP

                                            S. Elaine McChesney
                                            150 Federal Street
                                            Boston MA  02110
                                            (617) 951-8501
                                            (617) 951-8736 (fax)

- 2 -

REED SMITH LLP

By:   /s/  Andrew L. Hurst
Andrew L. Hurst
1301 K Street NW
Suite 1100 – East Tower
Washington, DC 20005
(202) 414-9200
(202) 414-9299 (fax)

Michael T. Scott
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301
(215) 851-8100
(215) 851-1420 (fax)

Attorneys for Defendants Fujisawa
USA, Inc. and Fujisawa Healthcare,
Inc.

Dated:  June 15, 2006

- 3 -

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on June 15, 2006 to

all counsel of record in Civil Action No. 01-CV-12257-PBS by electronic means via LexisNexis

File & Serve, pursuant to Paragraph 11 of Case Management Order No. 2.


                                              /s/ Andrew L. Hurst
                                             Andrew L. Hurst