UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | ) ) ) ) | |

## MOTION TO FILE UNDER SEAL

Defendants Pfizer Inc., Pharmacia Corp., and Pharmacia & Upjohn, Inc., by their undersigned counsel, respectfully move the Court for leave to file under seal the following pleadings: (1) Defendant Pfizer's Individual Memorandum in Opposition to Class Certification and (2) Defendant Pharmacia's Individual Memorandum in Opposition to Class Certification.

The foregoing papers include references to documents that certain Plaintiffs have identified as "HIGHLY CONFIDENTIAL" pursuant to the terms of the December 13, 2004 Protective Order. In addition, the foregoing items also include references to claims data that Plaintiffs likely believe to be highly proprietary in nature.

Paragraph 15 of the Protective Order mandates that any document or pleading containing material such as that referenced above be filed under seal. Pfizer Inc., Pharmacia Corp., and Pharmacia & Upjohn, Inc. seek to comply with the terms of the Protective Order.

WHEREFORE, Pfizer Inc., Pharmacia Corp., and Pharmacia & Upjohn, Inc. respectfully requests that the papers listed above be filed under seal.

Dated  June 15, 2006                     Respectfully Submitted,


   /s/ Mark Smith
Mark Smith
Laredo & Smith
15 Broad Street, Suite 600
Boston, MA 02109
617.367.7984 (Tel.)
617.367.6475 (Fax)

John C. Dodds
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
215.963.5000 (Tel.)
215.963.5001 (Fax)

Scott A. Stempel
J. Clayton Everett, Jr.
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004
202.739.3000 (Tel.)
202.739.3001 (Fax)

## **CERTIFICATE OF SERVICE**

    I, Mark Smith, hereby certify that I am one of the attorneys for Pfizer Inc., Pharmacia Corp., and Pharmacia & Upjohn, Inc., and that I caused a true and correct copy the foregoing MOTION TO FILE UNDER SEAL to be served on all counsel of record electronically by causing the same to be posted via LexisNexis, this 15th day of June, 2006.

                                           /s/ Mark Smith
                                           Mark Smith