UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | | |

### [PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL

THIS MATTER is before the Court on Pfizer Inc., Pharmacia Corp., and Pharmacia & Upjohn, Inc., motion for leave to file under seal. The Court, having considered all pleadings in support and opposition thereto, and being fully advised, hereby

GRANTS the motion to file under seal the following items:

(1) Defendant Pfizer's Individual Memorandum in Opposition to Class Certification and

(2) Defendant Pharmacia's Individual Memorandum in Opposition to Class Certification.

DATED:_____                    _____
                                          Hon. Patti B. Saris
                                          United States District Court Judge

1-WA/2584371.1