UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) ) | MDL No. 1456<br><br>Civil Action: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | |

### DECLARATION OF STEVEN ROH

Steven Roh, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a data analyst for Morgan, Lewis & Bockius LLP. In that capacity, I have access to and am familiar with the databases kept and maintained by Pharmacia Corp. and Pharmacia & Upjohn, Inc. (collectively "Pharmacia") relating to those companies' sales of pharmaceutical products. I understand that those databases were produced to plaintiffs in the above-captioned case.

2. At the request of counsel, I conducted key word searches of the Pharmacia sales and chargeback databases in an attempt to identify sales or chargeback transactions with providers to Patricia Young and beneficiaries of the Sheet Metal Workers National Health Fund.

3. There are no records of sales or chargeback transactions with the Oklahoma Arthritis Center for Solu-Cortef in the Pharmacia electronic sales and chargeback databases that were produced to plaintiffs.

4. Likewise, there are no records of sales or chargeback transactions with the Springfield Medical Associates, Inc. for Neosar or Adriamycin in the Pharmacia electronic sales and chargeback databases that were produced to plaintiffs.

5. And there are no records of sales or chargeback transactions with Chartwell Home Therapies for Adrucil in the Pharmacia electronic sales and chargeback databases that were produced to plaintiffs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

June 14, 2006

_____
Steven Roh