UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> Hon. Patti B. Saris |

**BAXTER INTERNATIONAL INC. AND BAXTER HEALTHCARE CORPORATION'S ("BAXTER") MOTION TO FILE THEIR OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (AS TO THE TRACK TWO DEFENDANTS) AND DECLARATION OF MICHAEL J. BOLTON UNDER SEAL**

Pursuant to Paragraphs 15 and 29 of the Protective Order entered by this Court on December 13, 2002, Defendants Baxter International Inc. and Baxter Healthcare Corporation hereby move for the issuance of a protective order to file their Opposition to Plaintiffs' Motion for Class Certification (As to the Track Two Defendants) and Declaration of Michael J. Bolton under seal, because the Opposition and Declaration contain confidential medical information concerning the proposed class representatives, that Plaintiffs previously have designated as confidential in their underlying Motion. A [Proposed] Order is attached hereto as Exhibit A.

Dated: June 15, 2006

Respectfully submitted,

/s/ Jill Brenner Meixel
Jill Brenner Meixel (BBO #652501)
Peter E. Gelhaar (BBO #188310)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street
33rd Floor
Boston, MA  02108
Telephone:  (617) 720-2880
Facsimile:  (617) 720-3554

Merle M. DeLancey, Jr.
J. Andrew Jackson
DICKSTEIN SHAPIRO MORIN LLP
2101 L St. NW
Washington, DC 20037
Telephone: (202) 785-9700
Facsimile: (202) 887-0689

Counsel for Defendants
BAXTER INTERNATIONAL INC.
BAXTER HEALTHCARE CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2006, a true and correct copy of the foregoing document was served via Lexis Nexis File and Serve pursuant to this Court's case management order.

/s/ Shamir Patel
Shamir Patel
Attorney for Defendants Baxter
International Inc. and Baxter Healthcare
Corporation