# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Judge Patti B. Saris |

## [PROPOSED] ORDER

Defendants Baxter International Inc. and Baxter Healthcare Corporation's Motion to File Their Opposition to Plaintiffs' Motion for Class Certification (As to the Track Two Defendants) and Declaration of Michael J. Bolton Under Seal is hereby granted.

Entered: _____

_____
Patti B. Saris
United States District Judge