UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | No. MDL Docket No. 1456 |
|  | CIVIL ACTION:  01-CV-12257-PBS |
| This Document Relates to The Master Consolidated Class Action | Judge Patti B. Saris |

### SICOR INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant Sicor Inc. hereby moves this Court for leave to file the following submission under seal:

- Defendant Sicor Inc.'s Individual Memorandum in Opposition to Plaintiffs' Motion to Certify Claims with Respect to Track 2 Defendants.

Pursuant to the Protective Order entered by this Court on December 13, 2002 (the "2002 Protective Order") and the Stipulated Protective Order Governing Confidential Health Information entered by this Court on June 8, 2004 (the "2004 Protective Order"), the parties in the above captioned case and non-party witnesses have designated many documents and other information produced in this litigation as either CONFIDENTIAL or HIGHLY CONFIDENTIAL.  Pursuant to the 2002 Protective Order and the 2004 Protective Order, this Court has indicated that pleadings referencing private medical information of named plaintiffs may be entitled to be filed under seal, either as CONFIDENTIAL or HIGHLY CONFIDENTIAL

information.  The submission listed above incorporates either directly or indirectly such CONFIDENTIAL or HIGHLY CONFIDENTIAL private medical information.

WHEREFORE, Sicor Inc. respectfully requests that this Court grant it leave to file the submission listed above under seal.

Respectfully submitted,

_____/s/ James W. Matthews_____
Robert J. Muldoon, Jr.  (BBO# 359480)
James W. Matthews (BBO# 560560)
Pamela A. Zorn (BBO# 640800)
SHERIN AND LODGEN LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000


_____/s/ Elizabeth I. Hack_____
Elizabeth I. Hack (admitted *pro hac vice*)
Preston Pugh (admitted *pro hac vice*)
SONNENSCHEIN, NATH & ROSENTHAL
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
(202) 408-6400
(202) 408-6399 (facsimile)

Attorneys for Defendant
SICOR INC.

Dated: June 15, 2006

## **CERTIFICATE OF SERVICE**

      I hereby certify that I, Elizabeth I. Hack, an attorney, caused a true and correct copy of the foregoing Sicor Inc.'s Motion for Leave to File Under Seal to be served on all counsel of record electronically via LexisNexis File & Serve system on June 15, 2006 pursuant to Section D of Case Management Order No. 2.

                        ___/s/ Elizabeth I. Hack___
                        ELIZABETH I. HACK