UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | No. MDL Docket No. 1456 |
|  | CIVIL ACTION: 01-CV-12257-PBS |
| This Document Relates to The Master Consolidated Class Action | Judge Patti B. Saris |

## [PROPOSED] ORDER GRANTING SICOR INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL

Upon consideration of all pleadings in support and in opposition thereto, and for good cause showing, the Court hereby **GRANTS** Defendant Sicor Inc.'s Motion for Leave to File Under Seal the following:

- Defendant Sicor Inc.'s Individual Memorandum in Opposition to Plaintiffs' Motion to Certify Claims with Respect to Track 2 Defendants.

**IT IS SO ORDERED.**

DATED:_____     _____

Hon. Patti B. Saris
United States District Court Judge