UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | No. MDL Docket No. 1456 |
|  | CIVIL ACTION: 01-CV-12257-PBS |
| This Document Relates to The Master Consolidated Class Action | Judge Patti B. Saris |

## SICOR INC.'S NOTICE OF FILING UNDER SEAL

To:  All Counsel of Record

Please take notice that, on June 15, 2006, Sicor Inc. caused to be filed with the Clerk of the District of Massachusetts under seal the following document:

- Defendant Sicor Inc.'s Individual Memorandum in Opposition to Plaintiffs' Motion to Certify Claims with Respect to Track 2 Defendants.

Respectfully submitted,


_____/s/ James W. Matthews_____
Robert J. Muldoon, Jr.  (BBO# 359480)
James W. Matthews (BBO# 560560)
Pamela A. Zorn (BBO# 640800)
SHERIN AND LODGEN LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000


_____/s/ Elizabeth I. Hack_____
Elizabeth I. Hack (admitted *pro hac vice*)
Preston Pugh (admitted *pro hac vice*)
SONNENSCHEIN, NATH & ROSENTHAL
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
(202) 408-6400
(202) 408-6399 (facsimile)

Attorneys for Defendant
SICOR INC.

Dated: June 15, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that I, Elizabeth I. Hack, an attorney, caused a true and correct copy of the foregoing Sicor Inc.'s Motion for Leave to File Under Seal to be served on all counsel of record electronically via LexisNexis File & Serve system on June 15, 2006 pursuant to Section D of Case Management Order No. 2.


                ___/s/ Elizabeth I. Hack___
                ELIZABETH I. HACK