UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**[PROPOSED] ORDER GRANTING DEFENDANT IMMUNEX CORPORATION'S MOTION FOR LEAVE TO FILE UNDER SEAL**

THIS MATTER is before the Court on Defendant Immunex Corporation's Motion for Leave to File Under Seal.  The Court, having considered all pleadings in support and in opposition thereto, and being fully advised in the premises, hereby

GRANTS Defendant Immunex Corporation's Motion for Leave to File Under Seal with respect to the following item:  Defendant Immunex Corporation's Individual Memorandum in Opposition to Plaintiffs' Motion to Certify Claims with Respect to Track 2 Defendants.

IT IS SO ORDERED.

1

[06735-0051]

DATED: _____    _____
                                   Hon. Patti B. Saris
                                   United States District Court Judge

[06735-0051]

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2006, I caused a true and correct copy of the [Proposed Order] Granting Defendant Immunex Corporation's Motion for Leave to File Under Seal to be served on all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending a copy to LexisNexis File and Service for posting and notification to all parties.

By  /s/ Kathleen M. O'Sullivan
     Kathleen M. O'Sullivan