UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

**DECLARATION OF SCOTT FORAKER IN SUPPORT OF DEFENDANT IMMUNEX CORPORATION'S INDIVIDUAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO CERTIFY CLAIMS WITH RESPECT TO TRACK 2 DEFENDANTS**

I, Scott Foraker, duly declare as follows:

1. I am a Vice President at Amgen Inc. ("Amgen").

2. In July 2002, Immunex Corporation ("Immunex") was acquired by Amgen and is now a wholly-owned subsidiary of Amgen.

3. In November 2002, Immunex entered into an agreement with Ares Trading S.A., a then wholly-owned subsidiary of Serono S.A., pursuant to which Immunex licensed to Serono the exclusive right to market and sell Novantrone® in the United States.

1

[06735-0051-000000/SL061560 214.DOC]

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct based on my own personal knowledge.

Executed this 14th day of June, 2006.

_____
Scott Foraker, Vice President

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2006, I caused a true and correct copy of the Declaration of Scott Foraker in Support of Defendant Immunex Corporation's Individual Memorandum in Opposition to Plaintiffs' Motion to Certify Claims with Respect to Track 2 Defendants to be served on all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending a copy to LexisNexis File and Service for posting and notification to all parties.

                                              By /s/ Kathleen M. O'Sullivan
                                                 Kathleen M. O'Sullivan

[/DOCUMENT.01]