UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**DECLARATION OF KATHLEEN M. O'SULLIVAN IN SUPPORT OF DEFENDANT IMMUNEX CORPORATION'S INDIVIDUAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO CERTIFY CLAIMS WITH RESPECT TO TRACK 2 DEFENDANTS**

I, Kathleen M. O'Sullivan duly declare as follows:

1.      I am a partner at the law firm of Perkins Coie LLP, in Seattle, Washington, representing Immunex Corporation.

2.      Attached hereto as Exhibit A is a true and correct copy of excerpts from Amgen Inc.'s 8-K filing with the Securities and Exchange Commission, dated July 15, 2002.

3.      Attached hereto as Exhibit B is a true and correct copy of excerpts from Immunex Corporation's 10-K filing with the Securities and Exchange Commission, dated March 8, 2002.

1

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct based on my own personal knowledge.

Executed this 15th day of June, 2006.

/s/ Kathleen M. O'Sullivan
Kathleen M. O'Sullivan

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2006, I caused a true and correct copy of the Declaration of Kathleen M. O'Sullivan in Support of Defendant Immunex Corporation's Individual Memorandum in Opposition to Plaintiffs' Motion to Certify Claims with Respect to Track 2 Defendants to be served on all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending a copy to LexisNexis File and Service for posting and notification to all parties.

                                                By  /s/ Kathleen M. O'Sullivan
                                                   Kathleen M. O'Sullivan