# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CONSOLIDATED PRIVATE CLASS ACTIONS | |

## TRACK TWO DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL

The Track Two Defendants, hereby move this Court for leave to file the following submissions under seal:

1. Track Two Defendants' Memorandum in Opposition to Class Certification

2. Appendix to Track Two Defendants' Opposition to Class Certification

Pursuant to the Protective Order entered by this Court on December 13, 2004 (the "Protective Order") certain third-parties have designated many documents and other information produced in this litigation as either "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL."  The submissions listed above incorporate – either directly or indirectly – such "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information.

BOS-979994 v1 5544510-0903

WHEREFORE, the Track Two Defendants respectfully request that this Court grant them leave to file the submissions listed above under seal.

        Respectfully submitted,

/s/ Aimée E. Bierman
Michael DeMarco (BBO #119960)
  mdemarco@klng.com
Aimée E. Bierman (BBO #640385)
  abierman@klng.com
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(617) 261-3100

Michael L. Koon
James P. Muehlberger
Nicholas Mizell
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
(816) 474-6550

Attorneys for Aventis Pharmaceuticals Inc. and on behalf of the following Track Two Defendants:

Abbott Laboratories, Amgen Inc., Aventis Pharmaceuticals Inc., Baxter Healthcare Corp., Baxter International Inc., Bayer Corporation, Dey, Inc., Fujisawa Healthcare Incorporation, Fujisawa USA, Inc., Hoechst Marion Roussel, Inc., Immunex Corporation, Pfizer, Inc., Pharmacia Corp., Pharmacia & Upjohn, Sicor, Inc. f/k/a Gensia, Inc., Gensia Sicor Pharmaceuticals, Inc., Sicor Pharmaceuticals, Inc., Watson Pharmaceuticals, Inc., and ZLB Behring LLC.

Dated: June 15, 2006

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2006 I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Aimée E. Bierman
Aimée E. Bierman

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that on June 14, 2006, counsel for the Track Two Defendants conferred with counsel for plaintiffs on this motion. Plaintiffs indicated that they would not assent to this Motion.

/s/ Aimée E. Bierman
Aimée E. Bierman