# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CONSOLIDATED PRIVATE CLASS ACTIONS | |

## TRACK TWO DEFENDANTS' NOTICE OF FILING UNDER SEAL

To: All Counsel of Record

Please take notice that on June 15, 2006 the Track Two Defendants caused to be filed with the Clerk of the District of Massachusetts under seal the following documents:

1.  Track Two Defendants' Memorandum in Opposition to Class Certification;

2.  Appendix to Track Two Defendants' Opposition to Class Certification.

Respectfully submitted,

/s/ Aimée E. Bierman
Michael DeMarco (BBO #119960)
 mdemarco@klng.com
Aimée E. Bierman (BBO #640385)
 abierman@klng.com
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(617) 261-3100

BOS-979344 v1

        Michael L. Koon
        James P. Muehlberger
        Nicholas Mizell
        SHOOK, HARDY & BACON L.L.P.
        2555 Grand Blvd.
        Kansas City, Missouri 64108-2613
        (816) 474-6550

Attorneys for Aventis Pharmaceuticals Inc. and on behalf of the following Track Two Defendants:

Abbott Laboratories, Amgen Inc., Aventis Pharmaceuticals Inc., Baxter Healthcare Corp., Baxter International Inc., Bayer Corporation, Dey, Inc., Fujisawa Healthcare Incorporation, Fujisawa USA, Inc., Hoechst Marion Roussel, Inc., Immunex Corporation, Pfizer, Inc., Pharmacia Corp., Pharmacia & Upjohn, Sicor, Inc. f/k/a Gensia, Inc., Gensia Sicor Pharmaceuticals, Inc., Sicor Pharmaceuticals, Inc., Watson Pharmaceuticals, Inc., and ZLB Behring LLC.

Dated: June 15, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that on June 15, 2006 I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

        /s/ Aimée E. Bierman
        Aimée E. Bierman