# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CONSOLIDATED PRIVATE CLASS ACTIONS | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## [PROPOSED] ORDER GRANTING TRACK TWO DEFENDANTS MOTION FOR LEAVE TO FILE UNDER SEAL

Upon consideration of all pleadings in support and in opposition thereto, and for good cause showing, the Court hereby **GRANTS** the Track Two Defendants' Motion for Leave to File Under Seal the following:

1. Track Two Defendants' Memorandum in Opposition to Class Certification

2. Appendix to Track Two Defendants' Opposition to Class Certification

**IT IS SO ORDERED.**

DATED:_____     _____

                                                                                     Hon. Patti B. Saris
                                                                                     United States District Court Judge