**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CONSOLIDATED PRIVATE CLASS ACTIONS | |

**AVENTIS PHARMACEUTICALS, INC.'S
MOTION FOR LEAVE TO FILE UNDER SEAL**

Aventis Pharmaceuticals, Inc. hereby moves this Court for leave to file the following submission under seal:

- Defendant Aventis Pharmaceuticals Inc.'s Individual Memorandum in Opposition to Plaintiffs' Motion for Class Certification

Pursuant to the Protective Order entered by this Court on December 13, 2004 (the "Protective Order") both the parties in the above captioned case and non-party witnesses have designated many documents and other information produced in this litigation as either "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL." Pursuant to the Procedural Order entered by this Court on May 25, 2006 (the "Procedural Order"), this Court has indicated that pleadings referencing private medical information of named plaintiffs may be entitled to be filed under seal, either as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information. The submissions listed above incorporate – either directly or indirectly – such "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" private medical information.

BOS-979682 v2

WHEREFORE, Aventis Pharmaceuticals Inc. respectfully request that this Court grant them leave to file the submissions listed above under seal.

/s/ Aimée E. Bierman
Michael DeMarco (BBO #119960)
mdemarco@klng.com
Aimée E. Bierman (BBO #640385)
abierman@klng.com
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA  02109-1808
(617) 261-3100
Michael L. Koon
James P. Muehlberger
Nicholas Mizell
SHOOK, HARDY & BACON L.L.P.
2255 Grand Boulevard
Kansas City, Missouri  64108-2613
(816) 474-6550

*Attorneys for Defendant*
*Aventis Pharmaceuticals Inc.*

Dated:  June 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2006 I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Aimée E. Bierman
Aimée E. Bierman

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that on June 14, 2006, counsel for Aventis Pharmaceuticals, Inc. conferred with counsel for plaintiffs on this motion.  Plaintiffs indicated that they would not assent to this Motion.

/s/ Aimée E. Bierman
Aimée E. Bierman