UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CONSOLIDATED PRIVATE CLASS ACTIONS | |

### AVENTIS PHARMACEUTICALS, INC.'S NOTICE OF FILING UNDER SEAL

To: All Counsel of Record

Please take notice that on June 15, 2006 Aventis Pharmaceuticals, Inc. caused to be filed with the Clerk of the District of Massachusetts under seal the following documents:

Aventis Pharmaceuticals, Inc.'s Individual Memorandum in Opposition to Plaintiffs' Motion for Class Certification

Respectfully submitted,

/s/ Aimée E. Bierman
Michael DeMarco (BBO #119960)
   mdemarco@klng.com
Aimée E. Bierman (BBO #640385)
   abierman@klng.com
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109-1808
(617) 261-3100

BOS-979748 v1

- 2 -

>Michael L. Koon
>James P. Muehlberger
>Nicholas Mizell
>SHOOK, HARDY & BACON L.L.P.
>2255 Grand Boulevard
>Kansas City, Missouri  64108-2613
>(816) 474-6550
>
>*Attorneys for Defendant*
>*Aventis Pharmaceuticals Inc.*

Dated:  June 15, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that on June 15, 2006 I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

>/s/ Aimée E. Bierman
>Aimée E. Bierman