# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CONSOLIDATED PRIVATE CLASS ACTIONS | |

### [PROPOSED] ORDER GRANTING AVENTIS PHARMACEUTICALS, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL

Upon consideration of all pleadings in support and in opposition thereto, and for good cause showing, the Court hereby **GRANTS** Aventis Pharmaceuticals, Inc.'s Motion for Leave to File Under Seal the following:

> Aventis Pharmaceuticals, Inc.'s Individual Memorandum in Opposition to Plaintiffs' Motion for Track Two Class Certification

**IT IS SO ORDERED.**

DATED:_____       _____

                                                          Hon. Patti B. Saris
                                                          United States District Court Judge