UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | |
| THIS DOCUMENT RELATES TO<br><br>*State of California v. Abbott Laboratories, Inc. et al.*<br>03-CV-11226-PBS<br><br>*New York Master Consolidated Action*<br>01-CV-12257-PBS | MDL 1456<br><br>MASTER FILE NO.<br>01-CVS-12257-PBS |

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.5.2(a), notice is given of the appearances of William A. Escobar, Neil Merkl, Christopher C. Palermo, Philip D. Robben, and Elizabeth Quinlan of the law firm of Kelley Drye & Warren LLP, 101 Park Avenue, New York, N.Y., 10178, (212) 808-7800, as counsel of record on behalf of Defendants Mylan Laboratories Inc., Mylan Pharmaceuticals Inc., and UDL Laboratories, Inc. in the above-captioned matters.

Respectfully Submitted,

By:/s/ Elizabeth Quinlan
William A. Escobar *(pro hac vice)* (NY Bar # 1820620)
Neil Merkl *(pro hac vice)* (NY Bar # 1929058)
Christopher C. Palermo *(pro hac vice)* (NY Bar # 2197614)
Philip D. Robben *(pro hac vice)* (NY Bar # 2928711)
Elizabeth Quinlan (BBO # 651644)
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800

## CERTIFICATE OF SERVICE

   I certify that a true and correct copy of the foregoing was delivered on June 15, 2006 to all counsel of record in Civil Action No. 01-CV-12257-PBS by electronic means via LexisNexis File & Serve, pursuant to Paragraph 11 of Case Management Order No. 2.

                Peter Boiko