# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL No.1456 ) ) Civil Action No. 01-CV-12257-PBS ) ) Judge Patti B. Saris ) |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | ) ) ) ) |

## WATSON PHARMACEUTICALS, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant Watson Pharmaceuticals, Inc. ("Watson"), by its attorneys, respectfully moves this Court for leave to file under seal the following pleadings and other materials:  (1) Watson Pharmaceuticals' Individual Memorandum in Opposition to Class Certification; (2) Declaration of Jeffrey L. Johnson; (3) Declaration of Brian J. Wesoloski and exhibit; and (4) Declaration of Michelle L. Butler and exhibits.

The foregoing items reference copies of documents and/or excerpts from documents that Plaintiffs have identified as "HIGHLY CONFIDENTIAL" pursuant to the terms of the December 13, 2002 Protective Order.  In addition, the foregoing items include references to patients' medical records that Plaintiffs likely believe to be highly confidential in nature.

Paragraph 15 of the Protective Order mandates that any document or pleading containing material such as that referenced above be filed under seal.  Watson hereby seeks to comply with the terms of the Protective Order.

WHEREFORE, Watson respectfully requests that this Court grant it leave to file the foregoing listed materials under seal.

1

DATED:  June 15, 2006.

By   /s/ Douglas B. Farquhar
Douglas B. Farquhar
Michelle L. Butler
Brian J. Wesoloski
Hyman, Phelps & McNamara, P.C.
700 13th Street, N.W., Suite 1200
Washington, D.C.  20005
(202) 737-5600
(202) 737-9329 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that I, Douglas B. Farquhar, caused a true and correct copy of the foregoing **WATSON PHARMACEUTICALS, INC'S MOTION FOR LEAVE TO FILE UNDER SEAL** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on June 15, 2006, a copy to LexisNexis File and Serve for Posting and notification to all parties.

By /s/ Douglas B. Farquhar
Douglas B. Farquhar
Hyman, Phelps & McNamara, P.C.
700 13th Street, N.W., Suite 1200
Washington, D.C. 20005
(202) 737-5600
(202) 737-9329 (Fax)