UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |  MDL No.1456<br><br>Civil Action No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | | |

## [PROPOSED] ORDER GRANTING WATSON PHARMACEUTICALS, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL

THIS MATTER is before the Court on Defendant Watson Pharmaceuticals, Inc.'s ("Watson's") motion for leave to file under seal. The Court, having considered all pleadings in support and in opposition thereto, and being fully advised in the premises, hereby

GRANTS Watson's motion for leave to file under seal the following items:

1. Watson Pharmaceuticals, Inc.'s Individual Memorandum in Opposition to Class Certification;

2. Declaration of Jeffrey L. Johnson;

3. Declaration of Brian J. Wesoloski and exhibit; and

4. Declaration of Michelle L. Butler and exhibits.

IT IS SO ORDERED.

DATED: _____    _____
Hon. Patti B. Saris
United States District Court Judge

1

## CERTIFICATE OF SERVICE

      I hereby certify that I, Douglas B. Farquhar, caused a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING WATSON PHARMACEUTICALS' MOTION FOR LEAVE TO FILE UNDER SEAL** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on June 15, 2006, a copy to LexisNexis File and Serve for Posting and notification to all parties.

By   /s/ Douglas B. Farquhar
Douglas B. Farquhar
Hyman, Phelps & McNamara, P.C.
700 13th Street, N.W., Suite 1200
Washington, D.C.  20005
(202) 737-5600
(202) 737-9329 (Fax)