# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
|  | MDL No.1456 |
|  | Civil Action No. 01-CV-12257-PBS |
|  | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | ) ) ) ) ) |

## NOTICE OF FILING UNDER SEAL

To:    All Counsel of Record

Please take notice that on June 15, 2006, I, as counsel for Watson Pharmaceuticals, Inc., caused to be filed under seal with the Clerk of the United States District Court for the District of Massachusetts the following items:

1.    Watson Pharmaceuticals, Inc.'s Individual Memorandum in Opposition to Class Certification;

2.    Declaration of Jeffrey L. Johnson;

3.    Declaration of Brian J. Wesoloski and exhibit; and

4.    Declaration of Michelle L. Butler and exhibits.

Dated:  June 15, 2006

By   /s/ Douglas B. Farquhar
Douglas B. Farquhar
Hyman, Phelps & McNamara, P.C.
700 13th Street, N.W., Suite 1200
Washington, D.C.  20005
(202) 737-5600
(202) 737-9329 (Fax)

1

## CERTIFICATE OF SERVICE

I hereby certify that I, Douglas B. Farquhar, caused a true and correct copy of the foregoing **NOTICE OF FILING UNDER SEAL** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on June 15, 2006, a copy to LexisNexis File and Serve for posting and notification to all parties.

By   /s/ Douglas B. Farquhar
Douglas B. Farquhar
Hyman, Phelps & McNamara, P.C.
700 13th Street, N.W., Suite 1200
Washington, D.C.  20005
(202) 737-5600
(202) 737-9329 (Fax)