# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL No. 1456 ) ) Civil Action No. 01-CV-12257 PBS ) |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | ) Judge Patti B. Saris ) Chief Magistrate Judge Marianne B. Bowler |

## DECLARATION OF STEVEN M. EDWARDS IN SUPPORT OF TRACK 1 DEFENDANTS' MOTION TO PRECLUDE THE EXPERT TESTIMONY OF DR. RAYMOND HARTMAN

STEVEN M. EDWARDS, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of Hogan & Hartson L.L.P., attorneys for defendants Bristol-Myers Squibb Co., Oncology Therapeutics Network Corp. and Apothecon, Inc. ("BMS"). I make this declaration in support of Track 1 Defendants' Motion to Preclude the Expert Testimony of Dr. Raymond Hartman. I have personal knowledge of the facts stated herein.

2. On May 17, 2006, I e-mailed plaintiffs' counsel to discuss a proposed briefing schedule for *Daubert* motions on expert testimony for Class 1 and Class 2. Plaintiffs' counsel refused to confer on the briefing schedule for the *Daubert* motion. Attached hereto as Exhibit 1 is a true and correct copy of my e-mail exchange with plaintiffs' counsel.

3. Attached hereto are true and correct copies of the following exhibits:

| | |
|---|---|
| Exhibit 2 | Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calculation of Damages, dated December 15, 2005 |

| Exhibit 3 | Supplemental Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calculation of Damages: Addendum, dated February 3, 2006 |
|---|---|
| Exhibit 4 | Deposition of Raymond Hartman taken on October 7, 2004 (Morning) (Pages 1-165) |
| Exhibit 5 | Deposition of Raymond Hartman taken on October 7, 2004 (Afternoon) (Pages 166-320) |
| Exhibit 6 | Deposition of Raymond Hartman taken on October 8, 2004 (Pages 321-628) |
| Exhibit 7 | Deposition of Raymond Hartman taken on February 27, 2006 (Pages 629-904) |
| Exhibit 8 | Deposition of Raymond Hartman taken on February 28, 2006 (Pages 905-1168) |
| Exhibit 9 | Deposition of Raymond Hartman taken on March 1, 2006 (Pages 1169-1469) |

4. Attached hereto as Exhibit 10 is a table cross-referencing the Hartman deposition exhibits to the exhibits as they are numbered in this declaration.

5. Attached hereto as Exhibits 11-15 are true and correct copies of the following defendants' expert reports:

| Exhibit 11 | Declaration of Daniel L. McFadden dated March 21, 2006 |
|---|---|
| Exhibit 12 | Merits Report and Declaration of Gregory K. Bell, Ph.D., on behalf of Track 1 Defendants dated March 22, 2006 |
| Exhibit 13 | Merits Report and Declaration of Eric M. Gaier, Ph.D. dated March 21, 2006 |
| Exhibit 14 | Merits Report and Declaration of Fiona M. Scott Morton, Ph.D. dated March 22, 2006 |
| Exhibit 15 | Merits Report of Linda A. Haegele, M.D. dated March 20, 2006 |

2

6. Attached hereto as Exhibit 16 is a true and correct copy of the Report of Independent Expert Professor Ernst R. Berndt to Judge Patti B. Saris dated February 9, 2005.

7. Attached hereto as Exhibits 17-36 are true and correct copies of the following documents in the public domain:

| | |
|---|---|
| Exhibit 17 | Task Force on Prescription Drugs- Final Report (1969) |
| Exhibit 18 | OIG, *Changes to the Medicaid Prescription Drug Program Could Save Millions* (1984) |
| Exhibit 19 | 56 Fed. Reg. 59524 (Nov. 25, 1991) |
| Exhibit 20 | GAO, *Medicare Reimbursement Policies Can Influence the Setting and Cost of Chemotherapy* (Jul. 1992) |
| Exhibit 21 | OIG, *Physicians' Costs for Chemotherapy Drugs* (Nov. 1992) |
| Exhibit 22 | Bill Alpert, *Hooked on Drugs*, Barron's, (June 10, 1996) |
| Exhibit 23 | Letter from Zachary Bentley and T. Mark Jones to Bruce Vladeck dated October 2, 1996 |
| Exhibit 24 | Cancer Economics, *Insurers Are Eliminating Markup on Cancer Drugs, Official Says* (Mar. 1997) |
| Exhibit 25 | Report of the Committee on the Budget, House of Representatives, Balanced Budget Act of 1997, § 10616 (June 24, 1997) |
| Exhibit 26 | OIG, *Excessive Medicare Payments for Prescription Drugs* (Dec. 1997) |
| Exhibit 27 | 42 C.F.R. § 405.517 (1998) |
| Exhibit 28 | OIG, *Comparing Drug Reimbursement: Medicare and the Department at Veterans Affair* (Nov. 1998) |
| Exhibit 29 | Secretary of Health and Human Services, *Report to Congress: The Average Wholesale Price for Drugs Covered Under Medicare* (1999) |
| Exhibit 30 | Senate Congressional Record at S8022 (Sept. 5, 2000) |
| Exhibit 31 | Letter from Nancy-Ann Min DeParle to Congress (Sept. 8, 2000) |

| Exhibit 32 | OIG, *Medicare Reimbursement of Prescription Drugs* (Jan. 2001) |
| --- | --- |
| Exhibit 33 | American Society of Clinical Oncology, *Reform of the Medicare Payment Methods for Cancer Chemotherapy* (May 2001) |
| Exhibit 34 | Testimony of Thomas Scully, Senate Finance Committee Hearing (Mar. 14, 2002) |
| Exhibit 35 | GAO, *Medicare: Challenges Remain in Setting Payments for Medical Equipment, Supplies and Covered Drugs* (2002) |
| Exhibit 36 | MedPAC, *Variation and Innovation in Medicare*, Ch. 9 (June 2003) |

8. Attached hereto as Exhibits 37- 51 are true and correct copies of the following deposition transcripts for which deponents have claimed confidentiality, and accordingly are filed under seal:

| Exhibit 37 | Deposition of Mike Beaderstadt taken on September 17, 2004 |
| --- | --- |
| Exhibit 38 | Deposition of Mickey Brown taken on March 9, 2005 |
| Exhibit 39 | Deposition Eric Cannon taken on September 13, 2004 |
| Exhibit 40 | Deposition of Dan Dragalin taken on September 17, 2004 |
| Exhibit 41 | Deposition of Christopher Eddy taken on October 6, 2004 |
| Exhibit 42 | Deposition of Robert Farias taken on October 20, 2004 |
| Exhibit 43 | Deposition of Hal Goldman taken on September 20, 2004 |
| Exhibit 44 | Deposition of Thomas Greenbaum taken on January 14, 2005 |
| Exhibit 45 | Deposition of Jill Herbold taken on January 14, 2005 |
| Exhibit 46 | Deposition of James Kenney taken on September 20, 2004 |
| Exhibit 47 | Deposition of John Killion taken on January 6, 2006 |
| Exhibit 48 | Deposition of Edward Lemke taken on January 11, 2005 |
| Exhibit 49 | Deposition of David Morris taken on January 5, 2005 |

| Exhibit 50 | Deposition of Michael Mulrey taken on January 5, 2006 |
| --- | --- |
| Exhibit 51 | Deposition of Joe Spahn taken on November 30, 2004 |

9. Attached hereto as Exhibit 52 is a true and correct copy of exhibits to the October 2, 1996 Ven-A-Care letter as to which Ven-A-Care has claimed confidentiality, and accordingly is filed under seal.

10. Attached hereto as Exhibit 53 is a chart that compares Hartman's ASP and spreads to the best price and spreads derived from the Ven-A-Care exhibits (Ven-A-Care Exhibit 3 and Florida Infusion catalog prices). The chart was created by my associate Hoa T.T. Hoang. Ven-A-Care has claimed confidentiality as to the Ven-A-Care exhibits and accordingly this document is filed under seal.

Dated: June 16, 2006

 /s/ Steven M. Edwards  
 Steven M. Edwards

**CERTIFICATE OF SERVICE**

I, Steven M. Edwards, certify that a true and correct copy of the foregoing document was served on all counsel of record by e-mail and electronic service pursuant to Paragraph 11 of the Case Management Order No. 2 on June 16, 2006, by sending a copy to Lexis/Nexis for posting and notification to all parties.

 /s/ Steven M. Edwards  
 Steven M. Edwards