410:20
ennsylvania
325:14 326:5
eople 333:15
338:3 339:2
339:6 341:21
345:19 347:3
348:1 371:20
388:18
416:21
446:20 457:8
459:19 460:7
486:22 500:7
532:15,17
533:19 564:3
565:1 588:21
590:4 592:10
595:17,19,21
597:18,20
600:21 615:7
er 357:3
470:21
ercent 341:2
341:3,4,4
342:14
349:18
366:16 367:3
370:1 371:11
375:15,16,18
377:13 392:7
392:15
393:18 394:1
395:13,17
421:5,13
432:17,17,18
432:18
474:17 495:3
495:8 496:17
496:17,21,22
497:21
500:15,16
503:15
510:16,17,17
511:6,12,13
511:21 512:1

512:17,18,19
518:15
543:17,18
544:16,18,19
550:13
551:17,21
552:11 553:6
562:9 569:20
571:5 572:12
572:19
579:11
580:15,21
588:9,9,15,15
595:18
600:11
619:15
percentage
335:19
349:22 377:8
409:7 457:17
470:6,8
471:2 472:5
472:21 473:5
473:14 493:8
500:13 512:5
522:4 523:7
526:2 545:14
605:6
percentages
453:14
496:13
542:11
perfect 372:16
451:13
521:20
perfectly
503:18
552:16
perform
439:14
performed
408:9 470:21
482:13
perhaps
348:20 407:5

434:17 524:8
533:6
period 375:7
410:2 412:14
412:15 413:2
413:2,5,6,15
414:4,13
454:14 482:5
482:12 486:2
501:19
502:15 503:6
503:6,7,7
504:4,5
555:21 556:1
562:1,16
600:4 615:16
periods 413:11
413:13 501:7
501:9 502:4
502:6,12,17
permissible
533:11
permitted
567:11
person 354:2
367:2 368:5
372:14
492:21,22
493:1 499:12
566:16
persons 334:13
341:13
349:11
351:14 388:4
552:15
perspective
418:19
419:11 423:8
441:19 619:4
peruse 364:11
364:16
Pfizer 326:9
pharmaceuti...
321:4 435:14
461:16

464:19
474:18
539:12 615:5
pharmaceuti...
323:10,19
406:17 531:4
Pharmacia
326:10
pharmacies
333:18
342:11
360:17 361:2
365:4 384:16
391:21 423:2
445:16
447:16 594:4
601:4 605:7
610:1,18,20
612:12 623:1
623:16 624:1
pharmacology
397:8
pharmacy
327:11,19
330:5,19
376:9,10
379:3,5,20,22
380:4 384:6
385:6,8
389:20 390:3
391:9,18
396:21 466:3
466:4 469:12
488:11
500:21 510:7
538:2
phase 362:7
437:18 513:2
515:11
520:20
526:12
527:10
phenomenon
341:15
408:22

phrase 449:22
508:18
physician
329:12
355:11
529:11 542:7
542:8,13
546:15
547:20 548:4
558:4 559:1
575:19 581:5
597:4
physicians
334:3 423:3
536:1,11,21
537:15
538:11,18
544:8 550:12
550:16
551:16
564:10
572:15 581:1
581:8 594:3
611:17
physician's
365:4
physician-ad...
329:8 446:10
457:20
492:12 529:6
529:13 530:1
531:3,10
532:11 536:6
537:16,19
538:12 540:8
541:9 546:19
550:22
554:15 582:3
Ph.D 321:12
327:3 331:20
628:8
piercing 407:2
Pinkham
602:6
place 321:19

Case 1:01-cv-12257-PBS Document 2715-6 Filed 06/16/06 Page 2 of 28
Raymond S. Hartman, Ph.D.   Confidential - Attorneys' Eyes Only      October 8, 2004
Volume II                          Boston, MA

47

478:11
514:15
527:22 540:2
578:10,15
592:11
604:15,21
plaintiff 615:2
617:8,12
plaintiffs
322:9 344:17
345:11
409:16
410:15
415:15
614:13,21
615:15 616:7
616:13,19
618:6
plan 329:7
357:18 412:1
419:1,1,6
480:6 546:15
546:18 550:8
550:14
planning
405:13
440:15
553:19 554:8
554:9
plans 329:11
453:13 531:9
547:20 548:3
549:10
550:11
551:15
553:19 554:8
554:22 555:1
play 489:4
playful 487:11
487:12
plea 448:1
568:8
pleading 402:2
please 410:19
487:15 514:2

585:5 600:16
pled 565:1
569:9
plug 579:21
plus 419:14
420:15 421:5
422:15 423:1
427:5,6
430:13,16
577:17
583:13
Plymouth
628:3
pocket 578:17
point 333:1
342:12
352:12
357:15
361:19
376:17 377:9
386:10
387:22
391:12 393:2
414:6 438:1
482:4 492:14
494:12,14
499:13
504:19 507:2
519:15
534:11
539:11
552:12 574:5
581:10
593:19
605:12
610:14
613:18
pointed 479:4
595:9 607:17
pointing
600:18
points 352:20
597:13 602:9
602:10
policy 564:16

POLK 323:12
poorest 602:1
popular
395:18
478:20
population
337:22
338:13
339:19
340:15
342:19
346:10 347:2
347:4 348:3
348:3 349:12
350:21
351:15
populations
339:7
portion 411:10
portions
563:19
posed 339:20
posing 356:10
posited 558:2
position 370:6
401:7 407:7
436:14
494:11
534:11 551:7
579:2
positions
607:10
620:15
possession
577:14
possibilities
480:12
484:15 494:1
494:2,12
591:15
possibility
591:10
possible 437:8
515:2 522:6
524:6 562:12

583:6 589:19
620:17
possibly 609:8
post 403:6,14
403:15 412:1
postcontract...
475:19
postponed
604:5
potential 520:2
potentially
352:2 541:22
578:5
powder 582:2
power 598:2
598:20 599:6
599:10 601:7
608:1,18
609:5,12,17
610:4
powerful
481:3,4
practice 337:7
568:18
586:15
practices
355:21 425:6
432:6 435:13
437:2 449:5
544:3 564:22
565:4,5,6
preceding
366:1 453:19
precisely 339:9
347:14,16
420:18 457:8
475:15 476:3
521:14
536:17 613:6
precontractu...
403:13
475:18
predict 480:20
543:4
predictable

545:8
prediction
592:14
prelaunch
392:8
preliminarily
348:8 391:10
preliminary
328:13
331:14
581:10 582:7
prelude 351:5
premise
606:18 607:2
prepared
483:5
preparing
621:17
prescription
327:15 328:5
330:12 331:4
392:13 423:2
467:14
516:20
593:16,20
594:1
present 326:12
333:10
413:16
presented
441:10
press 395:19
478:20
pressure
449:15
497:11,11
pressures
451:15,19
presume 479:6
pretty 360:22
511:16 535:5
540:20
prevail 598:22
prevent 618:16
prevented

618:7
eventing
603:18
events 620:6
evious 343:7
eviously
331:21 364:6
e-30(b)(6)
333:13
ice 321:5
339:18,18
363:16
364:22 365:3
368:4 376:5
376:10 379:4
379:21 380:6
380:14,15
381:9,16
382:8,19
385:14,20
387:3 388:10
392:8 397:17
421:20
426:21 427:6
430:16 431:5
446:6 448:7
451:18
458:14 460:4
460:10
461:17
463:14,22
470:20,21
497:17 498:1
499:2,2,15,17
499:20 500:1
500:3,4,9
501:15
506:16
510:12,22
513:11,12
516:19 517:3
517:16 518:8
518:15,20,20
518:21
528:15,17

530:9 541:16
542:21,22
545:12
554:13,14
560:10,16,21
561:2 562:7
562:12,19
566:22 567:2
567:3 569:2
569:13
573:15,18
576:7,10,12
577:8 582:14
582:14 584:8
584:8 585:3
586:19,19
588:4 590:22
592:7,9
593:10,15
594:1,2
596:17,17
599:11 603:5
604:7 606:1
607:21
609:10,20
610:2,17,19
610:21
611:10,20
620:2 621:5
priced 453:21
480:4 506:15
508:9
prices 340:5
345:16,21,22
368:9,20,20
369:1 377:17
377:20
385:18
393:18
426:19 478:8
478:15
495:13
497:15,16
517:21 519:8
545:3 550:12

550:14
551:16
553:20 554:9
554:10 555:3
576:18
586:18 587:1
596:7 603:10
603:21 604:2
610:13 611:5
612:6,19,22
pricing 334:16
397:16 403:8
426:22 427:3
427:9 430:11
430:19 431:3
453:12,17,19
466:4 486:3
494:7 500:22
502:12 508:2
508:6,19
509:4 510:7
525:21 528:4
528:6,9
549:11 554:4
555:10 577:1
586:16
593:17
594:14 604:9
607:16
pricings 431:2
primarily
570:21
584:13
585:21
principle 608:9
principles
442:7
prior 330:2
370:16,21
371:1,6
409:1 413:2
471:21
501:15,18
570:15
571:22

private 355:12
529:7,15
530:2,10
531:1,8
532:8 536:3
536:7,14
540:9 551:1
554:16
593:21
probably
348:19
548:20
procedure
321:14 337:7
procedures
434:15 544:3
proceeding
611:13
proceedings
527:7
process 417:3
539:4,20
processes
454:2
procompetiti...
400:10 402:6
produced
452:18 456:6
465:19
product
405:20
458:22
459:16,19
460:16,16,20
462:11
463:15 464:4
477:22 478:1
479:20
480:17,18
494:18,19,21
603:14
607:21
production
327:11,15,20
328:6,14

330:6,13,20
331:5,15
products 398:3
398:3 462:13
462:15
474:18 478:1
480:3 481:8
530:9 613:13
Professional
321:15 628:5
628:18
Professor
606:9
profit 390:20
550:16
552:21
profitability
393:1
profits 391:5
proforma
541:11
543:21
544:13 619:8
profoundly
356:16
357:10
Program
327:11 328:5
330:6 331:4
466:4 500:22
510:7
programs
451:17
progress
527:16
projection
592:14
prolonged
541:1
promising
404:17
property
345:10
proportional
524:8

Case 1:01-cv-12257-PBS   Document 2715-6   Filed 06/16/06   Page 4 of 28
Raymond S. Hartman, Ph.D.   Confidential - Attorneys' Eyes Only   October 8, 2004
Volume II   Boston, MA

49

327:11 330:6
453:22 466:3
466:4 500:14
500:22 510:7
523:18
**proposals**
619:6
**propose** 355:6
523:13
**proposed**
341:14 436:2
604:17
**proposition**
338:11
384:20
417:11 438:2
438:3 486:9
**prove** 441:5
**proven** 436:21
440:20 573:2
573:3,5
**proverbial**
590:20
**proves** 353:4
357:5
**provide** 335:13
335:16
359:19
369:10,21
371:10
414:14
616:18
**provided**
396:16
416:11
**providence**
402:15
**providers**
445:10 485:2
538:12
**provides**
368:15 472:3
**provision**
468:5 476:18
**provisions**

469:4
**public** 321:17
368:5 395:1
417:6 529:14
530:10 536:6
593:21 622:5
628:6
**publicly**
332:17,17
348:17
447:18
**publicly-ava...**
394:4 395:9
**published**
482:20 517:3
518:15
**pull** 601:1
**pulled** 493:13
**purchase**
463:15
550:12
551:16
**purchaser**
566:21
**purchasers**
609:17
610:13 611:6
611:7
**purchases**
443:3 450:14
562:18 620:9
**purchasing**
408:7
**purely** 451:18
**purported**
600:19
**purpose** 360:9
**purposes**
338:18
339:12
358:14
391:15 413:3
518:13
**pursuant**
321:13

471:22 508:9
**push** 497:12
**put** 338:15
346:4 354:12
358:19
361:20 366:6
395:11
402:17
418:21 420:9
429:2,7
438:10,10
447:18 453:6
454:12
479:19
487:21
488:20
515:12 526:8
527:21
531:22
535:21 540:2
544:14
552:17
580:18 593:6
601:9 603:7
613:20,20
615:22,22
618:21 620:5
**putting** 358:10
448:22 595:6
595:20
**p.m** 452:4,5
455:10,20
529:2,3
546:8 572:6
594:22
621:16 627:2

---
**Q**

**qualification**
427:16
**qualifies**
525:15
**qualify** 412:9
**quantum**
442:17

444:22
512:22
**quarter** 411:15
411:15,16
465:14
471:19,21
473:10 504:8
**question**
339:20
341:12
343:22
344:13
346:12,13,17
346:19,22
350:22 351:2
351:9 356:11
357:6 358:9
364:19 365:5
365:19
366:14 367:6
367:7 370:16
370:19,21
371:1,6,9
373:10 378:9
378:15,16,18
379:1,10,12
379:18
383:15 385:2
390:10
410:18,20
417:17
418:18 419:4
419:10
422:18 423:7
426:10,17
427:4 429:5
429:9,17,19
449:6 456:9
469:1,2
482:9 484:3
490:15,16
502:21 509:2
514:20 525:2
533:12,13,17
547:7 556:17

556:17,20
557:2,4,6,12
561:3,14
564:17
570:15 573:9
575:7,16,22
591:4 592:16
595:3
**questioning**
346:15
**questions**
336:4 339:3
343:18
348:10,11
360:2 391:1
420:12 525:6
526:17
545:19 574:3
**quick** 574:11
**quickly** 416:16
426:4 544:2
**quite** 339:8
344:22
362:18
403:13 542:3
582:5 611:18
623:4
**quote** 401:9
444:3,7
449:22 450:1
456:5 471:13
507:6 535:21
545:1 550:10
550:17
553:18
566:21
593:18

---
**R**

**R** 330:1
**radar** 591:22
**Raeann** 328:21
417:22 418:2
418:21
**raise** 612:21

ising 553:20
554:10
555:13
nge 340:1
494:9 495:2
495:11,20
501:1 510:16
511:13,16,19
512:8 580:20
601:9,10
620:18
nges 441:12
489:22
543:17 545:2
te 446:3
520:1,5
538:18
539:18,19
550:15 563:6
592:10,19
ates 335:18
338:6 348:13
374:18
392:10,14
393:20
395:16
406:15
435:22 436:4
439:2 475:12
528:11 531:2
540:1 541:16
550:21
565:20
585:19
590:13 620:3
624:1,4
ather 359:12
419:14
420:16 421:3
422:16
423:12
446:15
625:18
RAYMOND
321:11 327:3

331:20 628:8
RE 321:4
reach 410:12
reached 378:1
405:12
read 370:21
371:6,7
378:9,15,21
379:13,16
401:19
404:10
410:18,21
418:13
420:11 421:9
422:6,6,9,18
422:19 424:6
425:18
428:13
429:11,18
518:22
531:11,17
532:2,5,6,10
557:6,8,10
561:10,13,21
561:22
563:17,18,18
564:7 565:18
567:11,13
571:15,20,22
572:7 594:18
621:22
reading 370:13
373:1 423:21
468:16
472:19
511:10
531:14,16
547:9
readjusts
451:13
real 350:6
363:15
388:11,13
395:7 408:13
408:13,13

442:14 443:7
446:6 497:11
586:8
reality 369:6
476:7 478:16
realized
332:16
really 348:14
397:18
432:18 445:5
445:22
480:16
572:19 589:1
600:2 605:14
607:9
realm 355:9,10
Realtime
321:16
628:19
reanswer
561:3
reask 525:2
reason 334:19
334:21 352:8
356:11 476:1
592:17
reasonable
614:10
reasonably
368:4 522:7
reasons 595:11
rebate 459:5
460:1 462:9
464:1,3
468:6 470:6
471:2 472:5
472:21 475:1
475:2,21,22
476:9,11
479:17
rebates 404:5
404:7 446:14
446:16
447:12,14
452:8,18

454:4,8,16,21
456:7 457:11
457:17 458:1
458:14 459:2
459:12,20
460:11
462:10 464:2
465:20
466:18 471:6
471:16,20
472:4,11,16
473:3,5,12,14
476:20 496:3
496:14 506:7
506:8 609:15
618:10
620:10 621:7
recall 334:12
334:14
374:13,14,14
374:15
376:17
398:11
428:15
469:21 532:5
537:17 584:2
605:10,12
618:4
receded 607:3
receive 471:16
475:1,3
520:21
577:17
received 449:1
459:17
471:20
473:14 613:5
613:6,18
620:11
receives
472:10
receiving
404:3,6
595:16
recent 389:8

399:11 404:1
404:12
407:21
414:12,13
recess 388:22
389:1 452:4
452:5 455:9
529:2,3
recollection
334:8 428:15
532:13 534:3
549:5 566:19
568:16
616:22
reconsider
567:7
record 344:16
344:21
378:16
398:14
422:20 429:8
429:13 435:8
455:8 466:2
467:7,8,10
469:10 498:8
500:18
515:15
547:18 573:5
628:12
records 476:19
recover 520:15
Red 518:16
redefining
508:16
redound
484:17
reduce 407:5
553:19 554:8
554:9
reduction
375:19
377:16
500:11
reductions
596:17

Raymond S. Hartman, Ph.D.   Confidential - Attorneys' Eyes Only   October 8, 2004
Volume II                      Boston, MA

51

| | | | | |
|---|---|---|---|---|
| **refer** 338:10 | **reflective** | 335:18,20 | 348:13 | **relationship** |
| 605:19 | 610:3 | 338:6,9 | 349:20 350:1 | 343:20 346:6 |
| **reference** | **reflects** 368:3 | 341:18 343:1 | 387:6 389:19 | 357:22 |
| 436:7 442:1 | 402:8 577:3 | 350:15 | 433:22 | 362:14 |
| 466:7 | **refuted** 486:16 | 352:19 | 458:19 | 363:19 365:6 |
| **references** | **regard** 384:22 | 366:16 | 507:20 511:3 | 365:9,10 |
| 524:14 | 397:1 607:19 | 374:18 377:3 | 521:5 522:5 | 366:11 |
| 525:10 | **regarding** | 387:22 | 535:9 | 367:16 369:7 |
| **referred** 376:1 | 329:16 345:8 | 392:10,14 | **reimburses** | 369:12 370:3 |
| 518:8 548:19 | 369:5 440:6 | 393:20 | 433:20 | 371:13 375:8 |
| **referring** | 484:22 531:9 | 395:16 | **reimbursing** | 377:14 |
| 391:2 484:4 | 550:7 566:1 | 406:15 | 408:19 423:1 | 385:17 |
| 498:16 | 566:4 | 419:12,13 | 445:20 | 389:16 431:4 |
| 500:19,20 | **regime** 439:3 | 423:10,11 | 555:10 | 431:7,11,12 |
| 566:18 | 458:11 | 424:13,18 | 565:14 | 444:14,16 |
| 624:13 | 525:21 | 425:6 435:22 | 588:18 | 457:2,3 |
| 625:12 | **Registered** | 436:4 439:2 | **relate** 382:15 | 475:10 |
| **refers** 450:1,5 | 321:15 628:5 | 439:3 446:3 | 458:12 | 489:16 |
| 507:12 | 628:18 | 458:11,11 | 528:13 | 497:22 504:1 |
| 532:14 | **regular** 352:18 | 475:12 | 590:13,15 | 504:12 |
| **refine** 358:17 | **regulation** | 497:12 499:7 | **related** 362:1 | 509:10,13,18 |
| 363:1 495:4 | 420:20 | 499:9,10 | 363:13 383:4 | 510:1 518:1 |
| 582:22 583:4 | 424:19 552:4 | 503:15 | 384:2 402:3 | 519:3 521:8 |
| 583:7,16 | 552:5 559:6 | 513:15,16,18 | 433:22 447:8 | 541:15 556:3 |
| **reflect** 344:17 | 563:10 | 514:15,18 | 454:19 | 558:12 584:7 |
| 368:8,21 | 571:10 | 515:7 520:5 | 458:12 | 584:16 585:2 |
| 435:9 472:15 | **regulations** | 523:8 528:11 | 462:22 | 585:6 586:4 |
| 494:5 498:9 | 420:22 559:9 | 530:11 531:2 | 476:19 | 586:7,9 |
| 500:19 596:4 | 559:11,13,20 | 532:7,8,11 | 517:17 518:5 | 587:12 588:1 |
| 596:14 608:1 | 561:22,22 | 538:18 539:4 | 519:10,14 | 588:1,2,5 |
| 609:11 | 563:17 564:6 | 539:5 540:1 | 520:1 528:16 | 589:2 590:5 |
| 623:12 | 564:7,16 | 540:22 | 530:11 | 592:20 595:4 |
| **reflected** 357:8 | 565:17 | 541:16 | 532:10 537:6 | **relationships** |
| 367:16,22 | 572:17 | 542:10 | 540:18 | 371:18 403:8 |
| 375:13 378:5 | 573:16 | 550:21 | 558:11 | 489:5 501:14 |
| 385:18,21 | **reimbursable** | 559:21 560:2 | 577:11 | 586:22 |
| 387:2 493:9 | 516:14 | 563:5 565:20 | 585:21 | **relative** 391:6 |
| 528:10 563:2 | **reimburse** | 567:5 573:16 | 590:12 | 411:15 |
| 577:3,6 | 420:14 | 585:19 | 599:21 | 412:18 455:1 |
| 586:8 596:6 | 422:15 562:3 | 590:13 592:9 | **relates** 321:7 | 488:12 |
| 599:22 | **reimbursed** | 592:19 | 462:10 469:5 | 494:20 |
| **reflecting** | 451:1 520:1 | 593:21 620:3 | 510:22 | 504:11 512:5 |
| 388:11 | 523:6 526:9 | 624:1,4 | **relating** 429:9 | 521:5,6,6,12 |
| **reflection** | 536:2,11 | **reimbursem...** | 462:11 | 528:11,14 |
| 338:7 | **reimbursem...** | 336:3 346:7 | 518:19 | 541:20 558:7 |

mond S. Hartman, Ph.D.   Confidential - Attorneys' Eyes Only          October 8, 2004
lume II                              Boston, MA

| | | | | |
|---|---|---|---|---|
| 568:19 | **remit** 471:19 | 345:15 449:5 | 550:20 | 391:20 |
| 588:12 608:1 | 473:11 | 535:13 | 554:14 559:3 | 445:16 |
| 508:11,11,18 | **render** 575:12 | 565:13 | **respond** 359:6 | 447:16 |
| 511:17,21 | **repeat** 557:6 | **reports** 372:7 | 416:16 | 448:11 450:6 |
| lease 396:12 | **report** 334:20 | 601:2 621:2 | **responding** | 578:7 581:20 |
| leased | 344:14 | **represent** | 427:19 565:6 | 605:7 606:20 |
| 616:12 | 356:20 392:6 | 339:7 349:17 | 607:6 | 607:17 |
| levance | 393:3,10 | 426:5 593:19 | **response** | 610:18 |
| 513:3,5 | 394:10 | 594:2 602:19 | 356:12,13 | 612:11 623:1 |
| levant | 404:11 435:9 | **representative** | 415:3 419:4 | 623:15 624:1 |
| 332:16 | 435:11 449:4 | 335:11 338:3 | 545:18 | **retailer** 377:18 |
| 382:14 | 452:12 454:8 | 339:1 614:13 | 573:10 616:3 | 497:6 623:19 |
| 391:17 400:1 | 456:4,9,18 | **representing** | **responses** | **retailers** 342:9 |
| 400:7 457:19 | 460:13 464:7 | 333:15 | 339:22 406:6 | 392:11,18,20 |
| 483:10 486:8 | 477:13 | 345:13 | 550:9 | 393:1,20,21 |
| 512:5 562:10 | 483:17,19 | **represents** | **responsive** | 406:17 |
| 588:16 | 484:12 485:4 | 370:10 | 351:11 | 448:11 521:1 |
| liability | 485:14,19 | **request** 348:8 | 378:13,18 | 584:9 623:9 |
| 534:12 | 486:6 534:3 | **requests** | 379:9 | **retain** 392:21 |
| liable 534:17 | 534:4,16,17 | 400:19,20 | **restrictions** | 401:16 |
| 535:3 | 535:17 | **require** 336:17 | 396:4 | **retained** 454:4 |
| liance | 547:13,19 | 336:18 | **result** 332:13 | 454:21 |
| 593:11 | 548:20 549:4 | 617:17 | 338:7 350:12 | 471:22 |
| lied 335:1,3 | 549:13 | **required** 353:5 | 400:5 403:18 | **retention** |
| 531:21 | 550:20 | 400:21 | 410:9 447:5 | 334:9 |
| 532:20 549:6 | 563:21 564:2 | **requirements** | 491:14 | **return** 393:4 |
| lief 415:5 | 565:7 579:22 | 454:3 457:13 | 513:15 530:7 | 418:5 568:17 |
| 448:1 | 586:6 602:3 | **research** 340:9 | 599:9,9,14,14 | **returning** |
| lies 424:11 | 621:17 | 388:8 475:16 | 623:20 | 376:14 |
| ly 368:6 | **reported** 404:1 | 482:16 484:8 | **resulting** | 568:12 |
| 369:13 | 451:7 472:16 | 534:10 | 542:15 | **reveal** 512:19 |
| 530:12,14 | 489:16 490:9 | **resell** 577:15 | 603:20 | **revealed** |
| 535:21 | 503:13 519:7 | **resolution** | **results** 368:21 | 350:14 357:5 |
| 547:14 | 583:1 614:11 | 417:1 | 403:14 | 434:9 600:19 |
| lying 486:10 | **reporter** | **respect** 339:17 | 404:16 | **reveals** 447:19 |
| emain 384:3,4 | 321:15,16,16 | 339:21 344:2 | 405:16 | **revenue** |
| 401:10 | 370:21 371:6 | 352:3 353:9 | 430:14,17 | 383:22 384:1 |
| emained | 371:7 378:9 | 353:13,15,19 | 483:4 534:19 | 386:1 460:20 |
| 386:12 587:2 | 378:14,21 | 354:5 356:8 | 535:13 | 462:6 578:22 |
| emaining | 379:16 | 357:21 394:3 | 536:18 | **revenues** |
| 592:4 | 557:10 628:5 | 432:22 433:6 | 541:18 | 386:13 387:2 |
| emember | 628:18,19,19 | 433:8 435:3 | 543:16 545:7 | 387:19 |
| 469:2 487:17 | **Reporter's** | 474:2 479:16 | 595:5 599:21 | 388:13 |
| 533:4 549:12 | 326:15 | 498:13 517:6 | **resume** 602:12 | 460:14 |
| 606:14 | **reporting** | 537:8,16 | **retail** 355:13 | **review** 343:17 |

Case 1:01-cv-12257-PBS   Document 2715-6   Filed 06/16/06   Page 8 of 28
Raymond S. Hartman, Ph.D.   Confidential - Attorneys' Eyes Only   October 8, 2004
Volume II                              Boston, MA

53

349:3 394:6
397:13
452:16 456:5
465:18 480:6
480:7,8
487:16
535:19
**reviewed**
384:22
469:14,19
484:2 515:22
534:2 544:6
544:7,12
567:18
591:19
605:11
607:18
**reviewing**
469:21
**revolved** 356:5
568:21
**RFP** 505:21
619:5,6
**RFPs** 505:8,22
506:2
**rice** 590:22
599:11
**RICO** 345:5,6
527:9
**right** 340:5
362:8 364:19
417:3 426:5
427:8 429:7
430:18 438:7
443:14
450:19
462:13
473:21,22
476:8,11,13
476:19
477:14 484:6
487:2,14
491:4 502:22
522:1 523:3
523:10,14,20

559:22
576:14
577:19 578:3
578:11 580:7
582:19
589:16,19
590:17,18,19
591:1 594:7
598:4 605:18
608:19
**rights** 477:5
**Rock** 574:6
**role** 489:4
**room** 357:12
438:12
498:10,14
546:8 572:6
576:21
594:22
621:16
**Ropes** 321:18
324:3
**RTP** 329:16
566:1,4
569:6
**Rules** 321:14
**run** 543:22
**runs** 397:6
**rural** 361:2
601:6 602:2
**RX** 328:18
398:16,20

_____
            S
_____
**S** 321:11 327:3
327:8 328:1
329:1 330:1
331:20 628:8
**said** 343:8
344:22
358:17
366:14
372:16
374:11,18
377:1 380:21

383:3 388:17
393:9 395:11
397:15
405:16 420:1
420:21 422:5
422:9 427:14
428:21 441:2
443:9 445:21
448:13
452:12
456:16 471:1
477:10 479:1
490:18
492:16
497:17
498:11,12
563:20 565:7
573:18 576:9
578:10,14
585:1 591:21
625:16
628:12
**salaries** 460:21
545:3
**sale** 385:20
387:3 430:16
431:5 550:15
560:16,21
562:19
582:14,14
612:19
**sales** 395:21
426:6 461:17
462:20,20
463:5 605:6
**salesman**
372:19
**salespeople**
460:22
**same** 373:7,8
381:6,8,12
384:3,4
385:8 386:21
393:2,19
395:12

404:10
412:14,17,19
427:7 430:14
430:17
445:13
499:20 504:2
541:9 548:2
549:8,8,15
555:11
557:18 558:3
558:14
566:16
573:16
579:16 585:2
585:15
595:10
624:10
625:13 626:9
626:13,15
**sample** 335:11
336:18
337:19,21
339:1,19
341:3,8
342:3,14,18
343:3,15
347:21 348:2
348:4 349:7
349:10,13,14
349:17
351:16,20
521:1 537:1
**samples**
335:21 337:1
339:9 537:2
**sampling**
338:14,17
340:16,20
346:10 347:2
347:5,16
353:6
**sat** 415:10
**Saul** 323:4
**savings** 401:15
**saw** 360:16

362:19 363:1
363:12,18
471:6 552:11
**say** 335:4,9,13
335:14 340:5
342:7 366:19
372:21
374:10
375:14
376:20
381:15
382:16
391:19 392:2
392:3,6,15
393:15 396:2
397:17 402:3
402:4 404:14
407:14
411:19
412:18
413:12
419:17
441:13 445:2
448:3 450:13
450:16
452:16 453:2
453:18 457:9
464:17
474:20 477:8
480:9 481:11
490:20 497:3
497:21 499:1
500:15 501:4
502:3,10
503:8,10
504:7 509:20
509:22 524:3
524:15
535:11 541:7
543:8 544:5
544:12,20
551:14 553:2
558:6 559:6
560:1 568:13
576:4 579:7

mond S. Hartman, Ph.D.    Confidential - Attorneys' Eyes Only          October 8, 2004
lume II                              Boston, MA

587:21 589:7
589:8 606:16
618:9 619:11
620:8 624:22
626:10
ying 360:7
363:11,17
369:21 371:9
374:13 376:2
376:7,19
377:4 379:2
379:19 380:4
382:18 386:2
386:22 387:5
389:3,6,6,8,9
389:14
390:11,16
404:16
405:14
406:21 407:1
413:1 421:5
424:11 435:2
439:20 451:3
457:15,16
459:20
468:17 473:9
478:3,5,5,16
478:21
491:21 492:5
492:8 495:6
495:22 496:6
496:20 500:6
504:5 509:7
542:5 551:11
551:13 552:1
559:19
560:18
562:15
563:20
565:12,19
569:1,18
573:1 586:12
586:14 594:8
619:18 621:1
621:3

says 402:16
415:21
422:12
428:18
430:12,17
435:16,22
471:13 499:3
511:7,11
516:18
551:14
554:20 565:9
571:4 588:20
scale 450:21
623:12
scenario
503:17
scheme 366:13
366:21 375:2
383:6,7,8,9
405:11 406:2
406:19
409:11,18,22
410:1 412:8
412:20 425:5
431:10
432:14
442:11,14
443:1,2
447:5 475:4
481:15 499:9
499:10
501:20 502:2
502:15
504:15
513:16 540:2
550:21 556:7
558:18 569:6
596:9,16
599:5
schemes
439:11,12
Schering 324:7
Schering-Plo...
449:2 508:1
Schlep 602:1

Schleps 597:21
SCHOLER
323:3
Schondelme...
360:19
396:20 397:7
school 451:12
481:2 622:5
scientific
434:15
scope 623:12
Scott 323:13
326:4
screaming
619:16
screeched
414:17
screeching
417:8
screwed
601:19
scripts 335:20
454:5 466:5
scrutiny
482:19,19
483:1
se 357:3
seal 394:5,18
395:3
search 340:6
searches
399:10
407:19 408:2
second 400:19
444:1 470:22
504:19
507:11,17
514:2
secondary
587:10
secondly 403:1
555:16
secrecy 445:12
446:7
secret 446:22

446:22 447:1
secretly 444:4
448:14
section 429:18
444:2 470:5
471:9 472:1
473:8 484:20
486:4 518:12
550:3
sector 355:12
355:14
391:18 529:7
529:14,15
530:2 531:1
532:8 536:3
536:7,14
540:9,14
551:1 554:16
securities
372:15
see 342:15
343:17 347:8
347:10,20
349:4 352:22
358:22
397:19
402:15
404:16 412:6
415:8 417:5
418:22 422:1
423:18
428:18 430:3
433:20
441:17
442:13 450:6
457:8 461:1
461:19 468:1
470:4,7
471:8,13
472:2,20
481:16
510:19 511:5
516:13,17
521:4 527:13
532:19 537:2

537:2,3
547:11
548:18 552:7
560:22
566:14
569:22 573:1
573:4 582:11
592:2 596:3
596:13
597:12 601:2
601:3 616:5
619:8 620:9
621:1,12,13
seeing 446:6
450:19 451:2
549:15 555:5
555:21
597:12
611:15
616:11
619:13 621:9
seem 376:14
476:14
559:19
seemed 463:4
seems 350:5
368:5 421:15
432:2,3
565:11
seen 352:14
353:9,12,13
353:14,16,18
397:15 398:8
399:4 403:19
404:18 412:6
412:10
414:15
467:17 468:2
504:18,19,21
532:18 536:4
541:14 546:3
546:4,10
547:3,8
548:13 560:5
572:21 573:7

Raymond S. Hartman, Ph.D.   Confidential - Attorneys' Eyes Only   October 8, 2004
Volume II                          Boston, MA

55

| | | | | |
|---|---|---|---|---|
| 585:22 | 456:17,20 | 343:10 347:6 | she 419:1,5,6 | 478:17 512:3 |
| 590:11 | 457:1,8 | 352:21 366:8 | 421:10,14,14 | 525:16 552:3 |
| 614:18 624:2 | 465:16 | 388:7,18 | 421:19,19 | 570:1 579:20 |
| sees 596:10 | 487:21 | 407:1 420:19 | 422:12,17 | showing 597:8 |
| segment 452:2 | 560:22 | 424:18 427:2 | 423:18,21 | shows 343:1 |
| selected 485:17 | 567:11 568:1 | 430:11 | 424:13,20,22 | 368:14 |
| 521:1 | 568:13 | 434:14 | 593:17 594:5 | 392:13 524:6 |
| self 370:9 | 569:14 | 440:19 469:4 | Shield 496:11 | 549:9 |
| 484:10 | sentences | 472:1 506:2 | Shields 343:12 | side 430:3 |
| self-insured | 424:7 425:4 | 542:15 | shift 422:22 | 608:17 609:6 |
| 370:10 | 568:5 571:22 | 543:21 545:6 | 488:9 | 611:11 |
| 405:13 | sentencing | 549:12 | shining 492:14 | signal 368:19 |
| 617:15 | 408:15 | 559:20 560:3 | shipping 454:3 | 431:8 588:6 |
| self-interest | 409:12 | 563:6 628:10 | 457:12 | 588:13 |
| 623:9 | 444:19 445:8 | 628:15 | shirtless | 595:15 |
| sell 380:14 | 463:9 563:3 | sets 358:16 | 438:16 | signaled |
| 458:22 | 563:19,22 | 468:5 | shocked 415:7 | 345:20 |
| 459:16 | 564:14 | setting 333:12 | SHOOK | signals 594:14 |
| 460:15 | 566:17 | 375:1 388:10 | 324:18 | signatures |
| 577:12,13 | 567:19 568:7 | 449:8 | Shorthand | 516:2 |
| 578:21 579:1 | separate 523:1 | settlement | 321:14 | signed 566:14 |
| 594:3 | separately | 440:6 565:2 | 628:19 | 566:16 |
| seller 598:4,20 | 453:21 462:8 | settling 499:1 | should 344:16 | 614:22 |
| 599:1,6,11 | 560:5 | seven 348:10 | 344:21 359:3 | 615:15 |
| selling 372:22 | September | 349:1 622:3 | 361:6 366:5 | significant |
| 377:7 445:19 | 328:10 | several 550:6 | 366:7 367:2 | 396:16 |
| 460:14,17 | 331:11 418:1 | 589:8 | 368:2 374:7 | 605:13 |
| 497:8 499:19 | 425:9 | shall 516:18 | 374:11,21 | similar 352:10 |
| 592:7,9 | service 470:21 | share 344:5 | 375:1,10,22 | 352:11 |
| 609:10 610:2 | 480:4 541:2 | 404:6 444:19 | 485:12 | 434:17 468:1 |
| 610:12,17,19 | 542:22 | 447:22 | 487:22 | 510:21 |
| 610:21 611:5 | 545:21 | 460:17 496:3 | 492:22 498:9 | 548:12 551:3 |
| 612:5,22 | 554:14 556:4 | 568:10 | 504:12 | 613:19 |
| 626:13 | 556:12,14 | 596:20 597:1 | 505:12 | 619:14 |
| sells 380:16 | 557:14,16 | 616:15 | 513:17 | similarities |
| sense 339:20 | services 327:20 | shared 448:9 | 559:19 561:3 | 625:19 |
| 616:2 | 330:20 | 452:19 454:9 | 561:18 | simple 493:12 |
| sent 426:2 | 469:12 | 454:17 456:8 | 562:22 563:4 | 522:6 524:5 |
| 469:20 | 470:18 480:3 | 458:3,4 | 563:6 565:20 | 533:17 547:7 |
| sentence | 485:2 538:19 | 465:20 | 567:8 569:19 | simpler 463:20 |
| 379:14 | 539:5,7,19 | 466:19 468:6 | 571:10 | simplify 503:6 |
| 435:21 444:2 | 558:4,8 | shares 391:8 | 572:20 | simply 486:9 |
| 447:7,8 | SESSION | sharing 446:12 | 602:11 | 512:20 |
| 452:16 454:7 | 455:19 | 450:14 469:5 | show 364:14 | since 385:1 |
| 456:3,11,14 | set 339:2 342:6 | 621:6 | 395:15 425:7 | 388:10 |

mond S. Hartman, Ph.D.   Confidential - Attorneys' Eyes Only        October 8, 2004

lume II                        Boston, MA

| | | | | |
|---|---|---|---|---|
| 402:12,20 | 604:1 | 382:21 384:9 | 509:14,16 | 624:16,18,20 |
| 408:14,15 | **slipped** 539:15 | 384:12 | 512:13 | 626:20 627:1 |
| 429:4 436:3 | **slowly** 406:3 | 385:10 | 514:21 | **Sobol's** 354:20 |
| 489:22 | 416:18 | 389:12,21 | 517:11 | **sold** 385:22 |
| 517:19 553:1 | 451:11 | 390:14 396:2 | 519:17 | 387:4 411:10 |
| 586:15 | 481:22 | 397:22 | 523:11,16,21 | 433:18,19 |
| 588:17,17 | **small** 339:9 | 401:17 | 524:12,15,19 | 435:20 |
| 614:5,21 | 341:1 342:10 | 406:22 | 525:4,11 | 436:11 445:1 |
| ngle 354:15 | 343:13 349:1 | 407:18 408:4 | 526:13,16 | 450:6 460:20 |
| 355:8 373:3 | 370:8 408:12 | 409:3,19 | 528:7,19,22 | 462:11,14,15 |
| 447:13 494:3 | 601:5 602:2 | 410:17 413:4 | 530:4 532:3 | 463:17 |
| 494:3 544:19 | 605:15 | 413:7,22 | 534:1,14 | 530:10 |
| 575:18 | 608:15 | 415:18 416:5 | 535:4 536:13 | 560:10 |
| 603:14,15,16 | **smaller** 558:8 | 416:7 417:15 | 536:15 | 562:20 564:9 |
| 608:21,21 | **smedwards...** | 420:7 422:3 | 537:10 538:5 | 564:9 576:5 |
| 624:11,13 | 322:17 | 423:16 424:3 | 540:10,16 | 577:8,22 |
| 625:8 626:6 | **smorgenster...** | 427:14 428:8 | 541:3 542:1 | 581:20 597:7 |
| 626:7,11 | 323:8 | 429:4,12 | 544:9 545:16 | 607:21 |
| ngle-source | **snapping** | 431:18 432:1 | 551:8,10 | 611:17 |
| 495:1 580:20 | 451:14 | 433:1,10 | 554:17 556:6 | 625:14,22 |
| 580:22 581:3 | **Sobol** 322:4 | 435:8 437:10 | 556:8,15 | **sole** 439:20 |
| 625:1 | 335:8 336:11 | 438:8 439:17 | 557:18 561:6 | **solution** 582:2 |
| r 509:2 547:7 | 337:13 | 440:1,4 | 561:10 | **some** 340:13 |
| tuation | 341:10 | 443:15 | 563:14 | 341:22 343:9 |
| 382:18 | 344:12 | 447:10 450:3 | 567:10 | 343:13 345:7 |
| 440:17,17 | 346:11,19 | 454:10 455:2 | 569:21 | 345:8,15 |
| 491:20 551:3 | 348:6 351:3 | 455:6 456:12 | 571:11 | 356:20 359:8 |
| 558:2 | 351:8,17 | 459:6,9 | 573:11 574:6 | 362:12 |
| ze 335:16 | 352:5 353:10 | 461:11 467:4 | 575:6,9,10 | 364:12,14 |
| 340:14 342:7 | 354:7 355:20 | 467:6 468:8 | 576:15 577:5 | 397:15 |
| 346:9 347:1 | 358:2,8 | 474:4,7 | 578:12 | 401:14 |
| 349:10,12 | 360:11 | 479:12 481:1 | 579:14,16 | 411:17,17 |
| 431:15 433:4 | 361:16 | 482:7 486:14 | 582:16,18 | 415:5 416:14 |
| 436:10 | 362:16 363:6 | 486:21 487:8 | 584:11 | 417:1 427:5 |
| 437:13,20,20 | 363:21 364:2 | 487:10,13 | 585:13 590:7 | 428:20 |
| 608:11 | 365:13,17 | 489:7,19 | 591:13 596:2 | 430:12 434:6 |
| **KADDEN** | 367:11 | 491:10 492:3 | 597:16 | 437:8 438:14 |
| 324:10 | 368:16 370:4 | 492:6 493:20 | 598:17 | 438:15 |
| kaufman@... | 370:15,18 | 493:22 | 606:22 608:3 | 442:19,19 |
| 324:7 | 371:4 373:15 | 494:13 496:4 | 609:13 610:7 | 444:20 |
| kim 426:4 | 376:12 | 500:18 | 612:9,14 | 450:14 |
| **LATE** 324:10 | 378:19 379:6 | 501:11 | 613:3,14 | 453:16 |
| **light** 337:16 | 379:11 380:1 | 505:15 | 617:4 618:13 | 457:16 463:6 |
| 421:18 | 380:8,19 | 506:11,17 | 620:13 | 463:13,18 |
| **lightly** 587:2 | 381:1,22 | 508:13 | 621:21 | 472:14 475:9 |

Raymond S. Hartman, Ph.D.   Confidential - Attorneys' Eyes Only          October 8, 2004
Volume II                                Boston, MA

57

| | | | | |
|---|---|---|---|---|
| 477:8 479:2 | 525:13,17 | 388:17 427:9 | 491:22,22 | **spurious** |
| 479:5,20 | 535:1 555:2 | 430:19 | 493:17,18,19 | 590:20 |
| 482:16 485:8 | 555:9 583:20 | 447:14 | 495:4,5,10,15 | **Square** 324:12 |
| 492:17 494:7 | 583:21 | 531:22 | 495:20 | **squeezed** |
| 495:7,8 | 585:18 | 544:19 | 503:19,21 | 411:21 |
| 496:10,11 | 611:19,21 | 564:15 | 504:22 | **Squibb** 322:20 |
| 498:9 499:4 | 619:2 | 569:17 | 512:15 | **ss** 628:3 |
| 499:15 507:2 | **sometime** | 575:18 | 540:15,21 | **sstempel@m...** |
| 514:4 517:22 | 427:21 | 624:11,13 | 553:10 559:4 | 326:8 |
| 527:13 | **sometimes** | 625:8 626:6 | 561:17 567:2 | **St** 590:22 |
| 537:21 574:3 | 400:17 524:4 | 626:7,11 | 568:9 569:2 | 599:12 |
| 574:16 | 581:1 587:1 | **sources** 345:17 | 569:19,22 | 618:18 |
| 581:18,19,20 | **somewhere** | 394:8,11 | 571:9 572:21 | **staff** 401:4 |
| 581:21 | 499:7 | **specialized** | 579:10 580:4 | 407:20 |
| 583:17 584:6 | **sophisticated** | 454:1 | 580:5,13 | 613:17 |
| 592:19 599:5 | 617:3,7,11 | **specialty** 541:8 | 601:18 620:4 | **stage** 402:2,9 |
| 599:5 602:2 | **sorry** 346:21 | **specific** 365:3 | **spreads** 407:4 | 527:20 612:2 |
| 602:12,20 | 354:16 | 390:22 392:4 | 410:6,6,10,14 | **stamp** 469:13 |
| 607:16 610:9 | 379:13 393:9 | 394:11 | 410:16 | **stamped** |
| 610:22 613:8 | 399:5 413:12 | 395:22 461:4 | 411:12,13,14 | 467:15 |
| 613:9,19 | 418:20,20 | **specifically** | 412:1,13,14 | **stand** 456:17 |
| 616:7 617:17 | 419:17 | 406:11 431:3 | 412:17 432:4 | **standard** |
| **somebody** | 426:12 | 524:13 | 432:5 433:3 | 342:16 |
| 366:20 464:8 | 427:17 | 558:17,22 | 441:8 442:13 | 351:21 353:2 |
| 595:1 | 429:15 | 608:8 | 443:5,6,11 | 399:20 |
| **somebody's** | 449:12 455:3 | **spectrum** | 444:5,11,17 | 434:15 |
| 592:15 595:7 | 457:1 460:7 | 342:6 345:21 | 445:5 448:14 | 440:16 508:3 |
| **someone** 366:9 | 466:3 507:15 | **speculate** | 448:18,19 | 508:6,19 |
| 366:13 369:4 | 510:8 516:7 | 605:16 | 449:9,11,17 | 530:9 544:1 |
| 372:4,9,11 | 524:12 | **speculating** | 450:1,1,5,10 | 544:2 |
| 374:2 417:12 | 530:18 | 605:14 | 450:11 451:9 | **standards** |
| 421:7 525:14 | 531:13 | **speculative** | 481:16 | 544:22 |
| 620:19 | 547:10 | 352:7 | 489:21 490:2 | **standing** |
| **something** | 560:17 571:1 | **spelled** 543:12 | 492:9 493:12 | 590:21 |
| 337:6 340:4 | 584:18 589:9 | **spelling** 486:22 | 494:5,10,22 | 599:12 |
| 344:14 357:6 | 593:6 597:16 | **spite** 477:16,18 | 495:8,21 | **stark** 557:20 |
| 357:7 362:10 | 614:2 | 480:10 | 502:11 551:5 | **start** 416:21 |
| 372:3 391:14 | **sort** 358:10 | **spread** 387:11 | 552:10 | 527:21 |
| 407:8 417:18 | 463:6 477:8 | 392:21 | 568:16,17 | 552:22 607:5 |
| 421:6,15 | 526:19 | 431:16 432:9 | 580:16 | **started** 371:21 |
| 434:17 | 600:18 622:6 | 432:13,13,16 | 581:11 582:6 | 386:3 407:9 |
| 437:15 | **sounds** 356:16 | 434:13,13 | 596:10,14 | 407:15,16 |
| 465:12 471:3 | 384:20 | 443:3 448:13 | 597:9 601:8 | 429:16,22 |
| 515:10 | **source** 354:16 | 451:4 490:9 | 601:9,21,22 | 445:6 497:14 |
| 524:16 | 355:9 388:13 | 490:18,19,20 | 611:15,16 | 553:2 586:16 |

mond S. Hartman, Ph.D.    Confidential - Attorneys' Eyes Only    October 8, 2004
lume II                    Boston, MA

arting 410:2
418:22
593:19
594:12
arts 429:6
ate 339:10
403:21,22
435:11
496:11
506:22
530:21 554:3
599:18
ated 433:2
440:2 593:12
atement
328:16
394:10 398:8
398:15,18
401:8,22
402:16
452:22 453:1
459:8 466:9
508:20,22
509:1,2,7
atements
424:8
ates 321:1
329:21 444:3
451:3 456:4
466:11
474:15
507:13 550:5
553:18 566:2
566:21 570:6
593:18
atistical
337:19
342:17
349:15 524:6
528:13
586:12
atistically
350:15
atisticians
336:22 339:5

statutory
559:12
594:12
stay 585:15
Stempel 326:4
621:15
step 532:9
steps 621:18
622:11
Steve 429:4
468:9 525:6
Steven 322:12
324:4
sticker 497:15
497:17,22
499:17,20
500:1,3
still 346:9
347:1 377:5
407:11
409:17
411:11
416:19
588:10
stipulated
492:20
stock 372:20
372:20
stop 414:18
stopped 565:5
stopping
400:11 565:6
621:10
straight 415:10
strategic
405:12
475:19
576:21 579:2
stratified
360:15 521:1
street 322:5
535:1
strike 378:10
378:11 392:1
461:6 507:16

542:17
622:21
stronger
598:19,20,22
structural
400:3,8
488:6
structure
358:16 388:1
485:1
students 480:9
studied 482:3
482:10
studies 356:17
360:13 483:8
484:4,5
study 337:19
414:1 483:5
530:2,12
531:11,22
532:2,14
546:11 549:7
549:7 597:14
studying
582:13 622:1
stuff 459:18
subject 359:9
394:5,18
395:3 409:8
416:19
433:14 434:1
437:5,13,16
442:21 465:7
470:11 471:3
471:13 472:4
473:7 481:22
482:19 483:1
484:11 488:1
502:1 504:6
505:21,22
518:1 524:1
525:20
530:10
535:18
538:14 568:7

583:9,20
587:15
601:17 605:5
605:8 612:21
617:14 626:8
subjective
592:12
submissions
537:4
submit 506:2
520:14
submitted
332:19
349:18,22
391:13
394:15
536:22
572:15
submitting
619:5
subparagraph
393:14 468:8
514:12
subset 473:15
606:15
subsets 338:3
339:6
substantial
486:5
substantially
425:2 436:1
substitute
518:18
substitution
488:10,13
subtleties
607:3
success 407:10
such 335:12
368:7 386:5
391:10
412:12
430:13 444:4
447:1 448:14
448:17
449:17,18,22

450:5 452:18
454:8 456:7
462:17
465:20
492:21,22
493:1,5,9
521:10,12,13
537:7 543:16
545:7 551:20
583:10
591:17
612:11
628:11
sucker 500:3
suddenly
406:1,3
414:20
415:10
sued 478:22
suffer 416:2
417:12 437:9
514:12
suffered 367:4
515:4
sufficient
336:20
341:19 349:7
354:10 477:3
481:6,14
614:1,3
sufficiently
350:16
391:12 407:2
432:7 442:10
480:11
482:22,22
607:4 612:17
614:9
suggest 452:18
456:7 479:15
497:20
554:12
563:11
suggesting
382:7,10,11

Raymond S. Hartman, Ph.D.   Confidential - Attorneys' Eyes Only   October 8, 2004
Volume II                         Boston, MA

59

385:6
**suggests**
  414:16 453:2
  465:19
  470:11
  534:16
**suit** 543:20
**sum** 368:21
  501:15 622:8
**summaries**
  563:17
  568:14
**summarize**
  521:2 544:17
  603:22
**summarizes**
  394:6
**summarizing**
  470:17
**summary**
  386:18
  402:14 534:2
  603:21
**summation**
  361:10
**supplemental**
  546:10
**supply** 560:13
**support** 441:14
  464:15
  465:21
  482:14 603:7
**supporting**
  434:22 466:9
**supports**
  417:11
**suppose**
  366:18
  499:18
**supposed**
  361:13
**supracompet...**
  604:4
**sure** 344:10,12
  344:22

388:21
390:21 393:6
402:1 415:22
418:7 467:21
490:17 503:2
503:12 525:5
528:18 542:3
547:11
578:13
598:18 609:2
614:19
619:20
622:17 624:9
**survey** 329:11
337:22 340:4
347:6 351:20
352:13 353:1
354:2 357:5
357:20
368:15
371:22 531:8
532:14,16,18
533:19,22
534:9,13
535:13,14
547:19 548:3
550:9 554:7
555:7 583:6
583:12
**surveyed**
535:11
**surveying**
339:19 340:9
340:11
**surveys** 338:21
339:21 353:8
353:12,13,14
353:18
356:14,18
357:19
358:21,22
590:11
**suspicious**
516:3
**switching**

483:3
**sworn** 331:21
628:10
**system** 411:22
424:11 550:7
567:5 569:4
576:19
**systematically**
612:5
**Systems** 550:4

**T**

**T** 321:10 327:8
328:1 329:1
**table** 411:7
448:21 450:5
548:11
549:15 582:1
**tables** 441:11
613:21
**tablet** 582:4
**tainted** 428:20
**take** 334:17
351:22
354:18 359:7
364:5 365:22
370:15
372:20
383:21
387:18
388:19 392:4
398:11 401:1
408:20 426:7
440:20 444:9
444:10
451:22 455:3
455:6 456:8
461:15
462:19 467:3
467:12 468:3
469:3,8,22
476:15
478:11
479:10 482:3
483:15 498:2

498:11,20,21
505:3 507:5
509:19
515:12
528:19
549:21
552:22 562:4
565:18 577:9
577:14
579:18 587:5
587:9 597:21
600:17
608:10
613:17,18
615:8 620:22
**taken** 356:19
388:22
417:22 425:8
452:4 455:9
463:13
467:21
495:19 529:2
572:11
594:17 601:8
601:14,15,15
604:21
621:18
622:11
**takes** 401:1
454:13,14,15
**taking** 336:1
337:18
345:10
372:13 384:1
385:12,13
386:13,18
387:15
413:18 421:3
494:16
539:21
560:19 581:3
581:5,5
625:7,8
**talk** 337:2
352:1 431:12

452:7 453:15
495:1 503:5
518:19 529:5
532:17
533:20 559:1
**talked** 333:2,5
333:8,18,22
334:3,6
403:20 411:9
447:15
475:14
477:11
497:15,16
532:15
533:18,21
551:5
**talking** 335:14
337:9 340:10
341:20 346:1
346:14 350:3
359:11,22
360:19,20
374:9 381:15
381:16,17,20
382:16 385:4
390:8 395:16
421:2 429:16
448:19
451:17 456:3
457:10
462:19
485:19 486:8
496:13,14,15
497:4 503:1
503:2 505:16
506:4,7
511:18 512:1
543:9 555:17
557:3 560:7
572:9,10
581:17 590:1
592:11 600:6
608:5,6
619:19
**talks** 466:13

mond S. Hartman, Ph.D.   Confidential - Attorneys' Eyes Only          October 8, 2004
lume II                              Boston, MA

| | | | | |
|---|---|---|---|---|
| AP 444:13 | **terminated** | 428:20 429:5 | **Thank** 419:7 | 614:16 |
| 445:9 461:16 | 414:19 | 429:21,22 | 449:18 514:9 | 615:12 |
| 461:16 563:3 | **terminology** | 498:16 | 529:1 626:19 | 616:14 |
| 563:20 | 569:19 | 528:21 | 626:20 | **them** 336:4 |
| 564:14 565:4 | **terms** 338:9 | 602:20 | **their** 333:16,16 | 358:5 369:3 |
| 568:16 | 345:13 400:1 | 628:12 | 338:8,9 | 388:4 395:1 |
| 570:18,21 | 403:12 443:8 | **than** 335:2 | 339:3,13,13 | 398:7 444:7 |
| AP's 567:20 | 457:11 | 340:10 | 340:20 | 448:16 |
| rget 616:14 | 461:16 | 359:12 376:5 | 343:17,17,19 | 450:17,18 |
| utologies | 471:14 | 376:10 379:5 | 348:12,15 | 457:11 |
| 517:21 | 510:14 | 379:22 380:6 | 353:9,19 | 465:13 477:6 |
| lephone | 525:12 | 380:15 384:8 | 354:3 356:5 | 477:18,20 |
| 326:16 | 542:15 543:1 | 384:17 | 360:15 363:2 | 479:7 480:7 |
| ll 347:3 | 577:1 582:12 | 392:18 | 386:4 387:2 | 480:7,8 |
| 349:11,16 | 587:8 602:1 | 395:22 400:8 | 394:20 | 481:8 486:7 |
| 350:20 | **test** 508:5 | 403:14 | 395:21 396:5 | 491:13 |
| 351:14 | **testified** | 407:17 | 398:6 401:14 | 505:21 520:8 |
| 417:19 425:3 | 331:22 370:1 | 419:14 | 401:15,16 | 529:18 |
| 428:17 | 371:12 374:6 | 420:16 | 404:3,6,14 | 533:20,20,21 |
| 432:19 439:4 | 380:11 384:5 | 422:11,16 | 405:2,18 | 541:13 551:7 |
| 445:10 | 396:10 | 423:12 | 406:10 | 555:4 563:18 |
| 517:22 | 423:19 | 426:22 | 416:22 | 565:1,18 |
| 575:14,15 | 506:14 | 431:13 442:2 | 426:19 436:3 | 574:5 578:1 |
| 595:13 | **testifies** 490:8 | 443:6 445:1 | 448:9,9 | 578:4 582:9 |
| lling 356:3 | 519:12 | 446:15 | 449:4 450:22 | 601:6,9,18 |
| 438:7 445:9 | **testify** 440:5 | 450:21 478:1 | 451:1 458:22 | 615:17 616:4 |
| 485:12 | 534:12 | 485:3 486:5 | 459:16,19 | 616:5,12 |
| lls 356:7 | **testifying** | 489:1 493:2 | 461:18,20 | 621:10 |
| 367:20 | 523:17,18 | 493:21 494:6 | 463:3 464:11 | **themselves** |
| 423:20 | **testimony** | 494:7 510:2 | 464:13 | 350:14 |
| 544:18 | 332:7,19 | 513:17 | 475:11,11 | 360:13 |
| 611:19,20 | 364:14,18 | 525:17 | 477:2,20 | 512:19 |
| en 406:8 | 366:1 380:20 | 531:19 | 478:22 479:9 | 623:10 |
| 424:6 622:3 | 384:10,13 | 536:10 | 483:1,2 | **then** 339:8 |
| erazosin | 391:15 | 551:21 552:2 | 488:11,19 | 348:2 353:5 |
| 332:20 | 394:16 | 553:4 564:5 | 490:14 491:7 | 361:7 364:15 |
| 347:15 | 396:17 401:1 | 567:1 578:1 | 493:4 514:17 | 370:18 371:7 |
| 394:19 | 409:10 | 579:11 | 521:11,11 | 374:19 |
| 602:21 | 413:19 | 581:15 | 531:9 555:2 | 376:22 377:1 |
| 603:13 | 415:13 416:1 | 595:18 | 555:3 558:7 | 378:21 |
| 604:13 | 416:1,6,8 | 598:20,21 | 564:19 565:7 | 379:14,16 |
| rm 364:21 | 418:16 419:8 | 599:1 606:1 | 565:12 | 382:4 396:13 |
| 390:5 449:17 | 422:2 423:15 | 608:11 | 578:21 579:1 | 410:20 417:7 |
| 624:11,13 | 423:22 424:2 | 611:22 | 579:2 596:20 | 417:7 422:18 |
| 625:11 | 426:8 427:13 | 625:18 | 607:12 | 423:8 428:17 |

Raymond S. Hartman, Ph.D.   Confidential - Attorneys' Eyes Only          October 8, 2004
Volume II                              Boston, MA

61

| | | | | |
|---|---|---|---|---|
| 429:13 | 352:20 | 472:12,14,21 | 569:10,12,12 | 441:13 451:8 |
| 430:12 431:7 | 356:12,12,14 | 473:1 474:1 | 571:6 574:1 | 451:11 457:7 |
| 431:8 433:7 | 358:14 359:8 | 474:13 | 574:7 581:18 | 460:7 470:17 |
| 434:21 | 360:1 368:7 | 475:16,18 | 581:22 582:2 | 475:17 477:5 |
| 435:21 437:1 | 371:19 | 476:8,11 | 582:4,5,8 | 478:1 480:11 |
| 439:8 441:18 | 372:15 | 477:3,14 | 584:6,12 | 480:15 |
| 452:2 453:16 | 376:22 377:2 | 478:5,7 | 587:22 588:4 | 486:22 |
| 453:18,20 | 382:4,17 | 479:19 480:8 | 589:12,13,18 | 487:22 500:6 |
| 454:19 460:1 | 383:6,7,15,16 | 481:5 485:17 | 590:5 591:10 | 519:22 524:3 |
| 464:1 504:13 | 384:18 | 485:21 488:9 | 591:15,16,18 | 525:6 527:11 |
| 513:19,20 | 385:16,19 | 492:1,14,22 | 592:1 593:12 | 543:22 544:4 |
| 523:19 | 386:6 387:10 | 492:22 | 593:16 594:9 | 565:16 |
| 527:18 | 390:16,17,18 | 493:16 494:1 | 595:6 597:22 | 570:18 |
| 528:13 | 392:3,6,17 | 494:2,4 | 598:14 | 596:17,17,18 |
| 535:15 | 394:9 395:6 | 495:5,6 | 599:18,20 | 600:10,10 |
| 544:16 | 400:20 402:5 | 497:19 498:9 | 608:13,14,16 | 601:13 |
| 556:12 | 402:20,21 | 498:10 | 609:3 613:7 | 619:21 620:2 |
| 557:10,14 | 403:1,6,11 | 499:16 | 613:22 614:2 | 620:9 621:6 |
| 560:21 | 404:7,20 | 506:20 | 614:3,12 | 622:4 |
| 562:10 | 406:6,7 | 507:17 511:4 | 615:4 616:22 | **they** 335:13,15 |
| 572:20 | 407:16,16 | 512:18 | 618:7,15 | 337:21,22 |
| 574:15 578:5 | 415:6 416:9 | 513:19,21 | 619:20,22 | 338:20,22 |
| 582:4 586:2 | 416:10 417:2 | 515:7 516:13 | 620:6 621:10 | 339:2,6,7,12 |
| 589:9,21 | 417:7 420:1 | 516:16 | 621:12 | 341:1,2,22 |
| 594:5 601:20 | 421:8,10 | 517:22 519:2 | 623:18 625:4 | 345:20 346:3 |
| 616:5 | 424:11,13 | 520:2 523:1 | 625:8 | 350:9,10,13 |
| **theory** 381:4 | 426:12 430:9 | 523:3,5,6 | **therefor** | 350:14 352:8 |
| 433:6 480:20 | 431:7,17 | 524:7 526:19 | 529:17 | 352:9,10 |
| 514:11 | 432:4,4,5,7 | 526:20,20,22 | **therefrom** | 356:21 |
| **therapeutic** | 433:2 434:6 | 527:10 | 481:9 | 360:14,14,15 |
| 600:1 624:15 | 434:7,12,19 | 534:19 539:8 | **thereof** 440:22 | 360:20 |
| 625:2,19 | 438:17 | 539:17 540:3 | 441:1 453:10 | 362:19,20 |
| **therapeutica...** | 440:19 | 540:7 541:15 | 532:12 | 363:1,11 |
| 625:4 | 442:19 | 542:11,14,20 | **thermostat** | 368:1 369:2 |
| **there** 332:9,12 | 445:15 | 542:21 543:1 | 438:11,22 | 373:13 374:8 |
| 332:15 | 446:18,18,19 | 543:2,21 | **these** 336:13 | 376:4 377:5 |
| 333:10,14 | 448:7 449:9 | 544:14,21,22 | 336:19 | 377:6 386:9 |
| 334:9,19,21 | 450:14 451:4 | 545:2,7 | 347:17 | 386:12,14,20 |
| 337:15,19 | 451:8,14 | 550:3,6,10 | 349:18 356:1 | 386:20,20,22 |
| 338:2 340:4 | 453:10 459:3 | 551:14 552:8 | 356:6 358:20 | 387:8,8,14,17 |
| 340:8,10 | 461:20 462:2 | 554:12 555:6 | 359:17 361:3 | 387:19,20,21 |
| 341:1 345:3 | 462:8,18,21 | 555:8,12,13 | 387:6 406:6 | 388:4 392:2 |
| 345:6,16 | 462:22 463:1 | 556:5 560:1 | 411:20 | 392:3,8,20 |
| 346:19,21 | 464:1,14 | 563:12 | 416:11 | 394:18 |
| 349:5 351:9 | 470:5 471:1 | 564:20 | 435:13 439:6 | 395:16 |

| | | | | |
|---|---|---|---|---|
| 396:11 401:6 | 498:22 500:8 | 625:16 | 418:14 | 387:13 |
| 403:10 404:2 | 505:11,11,12 | **they're** 340:19 | 419:19 426:2 | 392:12 398:4 |
| 404:3,5,8,14 | 505:13 506:5 | 348:12 | 426:3 427:15 | 398:5 408:8 |
| 405:1,2,17,18 | 506:12 | 371:17 386:8 | 428:1,19 | 417:7 444:15 |
| 406:11,12,13 | 510:10,11 | 388:10,12 | 438:5 447:12 | 445:17 447:4 |
| 406:14 407:7 | 511:9 518:19 | 404:5,15,16 | 453:5 461:3 | 449:10 450:8 |
| 408:18 | 520:12,13,13 | 405:1,14 | 469:19 | 450:10 |
| 410:10 | 524:4 525:16 | 411:14 | 472:12 | 452:20 473:7 |
| 411:16,17,18 | 526:15 530:7 | 451:16 | 476:11 479:1 | 475:7 476:2 |
| 412:19 | 533:21 537:6 | 468:17 476:4 | 492:18,21 | 477:15 |
| 415:16 416:9 | 537:12 539:4 | 520:6 538:19 | 498:8,22 | 485:21 |
| 416:16,16,17 | 539:5 540:21 | **they've** 520:1 | 526:10 | 489:10,14 |
| 416:22 | 540:22 | **thin** 396:22 | 532:17 | 496:10,19 |
| 417:13 421:2 | 541:19 546:2 | **thing** 342:22 | 533:10 | 497:3 503:3 |
| 421:3,4 | 548:1 553:5 | 350:2 395:12 | 534:21 535:5 | 506:1 507:11 |
| 424:17,17 | 555:3,4,10,11 | 424:20 464:8 | 535:19 538:4 | 507:18,19 |
| 428:3,5,7,8,9 | 555:14,15,17 | 470:22 | 545:18 | 512:4 514:16 |
| 428:16 | 555:18,19 | 521:21 | 546:12 | 519:21 |
| 436:21 | 558:10 | 573:17 593:1 | 548:20 564:3 | 520:22 521:3 |
| 437:19 438:5 | 560:12 563:4 | 595:10 | 564:3,13 | 521:9,10,13 |
| 438:6 441:11 | 564:5,6,9,11 | **things** 332:14 | 573:4 574:3 | 535:11 |
| 442:20,20,21 | 565:5,7,7,12 | 347:22 | 582:1 595:8 | 536:22 |
| 442:21,22 | 565:14 574:3 | 368:22 | 595:13,14,22 | 537:15 |
| 445:20 446:2 | 576:18,21,22 | 376:21 | 596:3 597:12 | 538:10,17 |
| 446:4,13,14 | 576:22 577:2 | 391:20 399:9 | 598:13,15 | 540:13 541:6 |
| 447:4 448:8 | 578:21,22 | 400:13 | 602:6,12,13 | 542:6 543:11 |
| 449:4 450:12 | 581:14 584:1 | 404:22 405:4 | 614:18 | 553:9 578:6 |
| 453:15,17,18 | 586:15,21 | 451:12 | 615:21 617:6 | 588:17 618:8 |
| 454:13 | 587:1,2 | 470:16 473:4 | 618:20,22 | 620:7,15 |
| 457:13 458:2 | 588:15,22 | 477:17 485:3 | 619:4 | 621:20 |
| 458:4,7 | 590:15 595:8 | 494:6 501:4 | **thinking** | 622:13,15 |
| 459:17,18 | 595:12 | 504:10 | 369:19 | 623:2,21 |
| 460:15 462:5 | 597:19 601:7 | 527:14 528:2 | 372:19 | 624:3 |
| 462:6 464:7 | 601:16,17 | 541:12 | **thinks** 464:21 | **Thomas** 322:4 |
| 464:10,12 | 602:4,7,8 | 597:13 | 487:4 | **those** 334:13 |
| 476:4,6 | 603:1,16 | 617:16 | **third** 322:14 | 335:22 337:4 |
| 477:5,20,21 | 607:10 | **think** 333:4 | 444:2 531:1 | 341:21 342:2 |
| 481:9 485:10 | 609:17 | 338:20 | 552:21 | 345:22 346:2 |
| 488:8 490:3 | 611:18,18 | 341:13 343:7 | **thirdly** 403:19 | 346:4 348:5 |
| 490:8,9,10,11 | 614:21 615:7 | 349:9 351:8 | **third-party** | 355:18 359:8 |
| 490:11 491:1 | 615:7,10,11 | 352:8 353:22 | 335:14 342:8 | 367:3 373:21 |
| 491:2,3,6,7 | 616:8 619:11 | 384:5 399:5 | 343:9,11,13 | 373:21,21 |
| 492:17 493:1 | 619:16 620:1 | 399:11 | 348:17 349:1 | 375:19 |
| 493:3,6 | 620:20,20 | 407:12 411:1 | 356:4 370:9 | 377:16,20 |
| 496:2 498:21 | 621:11 | 412:3 417:17 | 377:19 387:9 | 385:18 387:1 |

Raymond S. Hartman, Ph.D.   Confidential - Attorneys' Eyes Only   October 8, 2004
Volume II   Boston, MA

63

| | | | | |
|---|---|---|---|---|
| 388:1 393:15 | 603:14,17 | 327:13,16,21 | 602:14 | 521:17 620:3 |
| 394:8 396:14 | 604:22 | 328:7,15 | 615:16 618:6 | **towards** |
| 400:11 404:6 | 609:19,19,20 | 330:8,14,21 | **times** 324:12 | 416:13 |
| 414:5,11 | 610:2 611:3 | 331:6,16 | 385:22 387:3 | **town** 566:13 |
| 424:14 425:3 | 611:6,17 | 347:20 368:2 | 589:8 | 602:4 |
| 434:22 | 612:19 | 377:17,18,18 | **title** 516:4 | **Toyota** 497:16 |
| 442:21 443:4 | 614:20 | 411:13 | **today** 332:4 | **Toyotas** |
| 443:8 445:2 | 615:18 616:5 | 412:18,19 | 602:21 | 499:19 |
| 445:5 450:9 | 617:15 622:9 | 414:12 430:2 | 624:12 | **TPP** 403:5 |
| 451:18 | 623:13,16 | 447:16 448:7 | **together** | 452:20 |
| 460:17 | 626:12 | 466:6 467:15 | 338:16 | **TPPs** 452:19 |
| 462:14 | **though** 370:1 | 469:13 | 356:22 449:1 | 454:9 456:8 |
| 463:11,16,16 | 371:12 | 478:18 | 493:13 593:7 | 465:20 |
| 473:17 | 373:13 | 484:21 | 620:5 | **track** 411:6 |
| 478:13 | 404:14 416:3 | 485:11 | **told** 346:9 | 462:15 |
| 481:17 | 417:13 509:1 | 515:18 | 347:1 349:9 | 463:22 |
| 488:12 494:2 | 593:18 | 528:13 562:2 | 351:19 | **trade** 328:17 |
| 494:4,5,12,16 | 626:12 | 574:15 | 366:15,18 | 360:18 384:7 |
| 501:16,18 | **thought** 332:6 | 581:21 | 414:3 514:22 | 384:8,19 |
| 502:17 | 342:20 | 583:14 | 602:10 | 385:21 386:4 |
| 505:20 513:9 | 362:20 | 585:21 | 613:22 | 386:5 387:5 |
| 517:20 | 369:18 423:5 | 605:22 | **Tom** 455:5 | 398:15,19 |
| 518:13,21,21 | 480:19 | 611:17 | 525:1 574:2 | 402:1,17,19 |
| 519:4 525:20 | 523:17 | **throughout** | **tom@hagens...** | 582:15 |
| 526:10 | 531:19 545:5 | 445:8 482:12 | 322:8 | **traded** 539:16 |
| 528:14 530:8 | 598:12 | 562:16 615:4 | **too** 384:15 | **trade-offs** |
| 537:3,11 | 608:20 | **tied** 383:5 | 498:17 | 539:1,9,18 |
| 539:7,9 | 620:20 | 555:15 | 557:20,20 | 540:3 543:2 |
| 541:15 543:3 | **thousand** | **tiller** 357:15 | 592:6 595:3 | **trading** 555:15 |
| 545:19,21,22 | 465:11 | **time** 393:19 | **took** 420:20 | **transaction** |
| 552:21 558:9 | **thousands** | 402:22 414:5 | 604:14 | 369:15 541:1 |
| 560:11 | 400:17 | 414:13 | **top** 426:19 | 609:5 |
| 562:14 565:5 | **three** 348:20 | 416:19 | **topless** 438:16 | **transactions** |
| 565:6,10,16 | 413:10,12,14 | 435:10 | **total** 341:6 | 345:22 |
| 565:19 568:4 | 534:22 | 448:22 | 348:3 350:20 | 368:20 432:8 |
| 568:8 575:21 | 552:10 | 454:14 455:5 | 351:15 386:1 | **transcript** |
| 576:1 579:8 | **three-page** | 467:22 482:5 | 387:3,3 | 329:20 393:4 |
| 581:7,9,16,20 | 328:16 | 501:7,9 | 409:7 464:2 | 422:10,11 |
| 582:6 583:2 | 398:18 | 502:17 | 473:5,14 | 570:3,5,12 |
| 583:16 | 402:14 | 516:22,22 | 475:21 522:4 | **translate** |
| 586:22 587:4 | **three-year** | 520:10 554:6 | **totally** 362:8 | 512:15 |
| 587:5 588:22 | 415:1 | 555:8,11 | 372:11 | **transparency** |
| 590:13 591:1 | **threshold** | 587:2 592:4 | **toward** 345:16 | 386:11 |
| 601:1,9 | 410:12 526:5 | 594:11,20 | 445:7 451:10 | 405:22 |
| 602:22 603:3 | **through** | 598:17 | 488:13 | 406:14 |

416:13 486:3
618:10
619:17
ansparent
405:20
451:18 475:6
477:22
489:12
491:17
619:18
eat 462:5
eated 461:2
eating
355:22
626:17
ends 550:6
ial 332:19
336:16
436:22
440:21
ier 527:12
ip 618:17
ue 367:9,13
367:17 416:4
416:8 417:14
433:14
435:15
436:21 457:5
466:20 467:2
474:3 479:11
512:12
534:13
578:19
628:11
usted 602:11
y 358:5 398:4
441:5 481:16
483:15
489:11 583:7
615:11
ying 341:7
344:2 350:4
351:16
357:17
428:22

524:15
535:10
561:16
587:21 589:7
606:14
turn 359:3
364:10
438:12
442:18
465:12
466:17 471:9
484:18 485:6
510:5 524:4
543:5 570:11
577:15 586:2
592:22 605:5
turned 572:18
turning 471:10
turns 359:5
457:4 504:10
513:10,20
535:2 580:14
587:11
twice 372:21
495:9
two 341:2,4
343:4 347:22
348:5,18
373:21
397:16 409:2
414:22
419:19
421:10
424:14
453:21
466:18
470:16
473:17 488:8
502:17
504:10
511:22 512:2
539:1,9
563:13 582:6
589:15
590:16,18

591:1,2,9
597:13 613:7
TYLOR 325:3
type 347:16
358:11
372:14 391:1
409:9 460:3
521:14 522:5
524:9 543:8
545:20
580:17 583:2
604:15
types 336:13
340:11
343:11 345:9
345:18
347:19
352:16
359:17
360:17,18
361:1 390:16
392:16
399:21 411:8
461:21
463:11 505:2
524:8 596:11
600:8 601:4
T.T 322:13

_____
U
U 506:16
508:10,12,21
UFCW 328:7,8
331:6,7
Ugo 499:21
Ugos 499:20
ultimate 349:8
427:6 478:12
576:18 585:3
606:2
ultimately
361:7 371:15
433:19
623:13
unbundled

470:20
unclear 362:8
403:9 407:11
518:22
under 329:17
382:2 383:14
420:15
453:12
466:18 470:4
470:21
506:15 511:4
513:15
514:11,13
515:2 518:4
520:15 526:9
533:2 534:6
538:1,8
545:4 551:18
561:17 562:1
566:5
undergradu...
534:22
understand
347:21
348:14 350:2
354:15 355:8
358:9 362:18
363:10 365:5
365:19
387:13
397:20
405:21
406:12,14
407:9 408:16
408:17
415:22
420:11
421:15
422:12
427:19
450:21 457:3
457:14
472:13
478:13,14
480:1 481:7

482:9 488:4
489:11
502:21
503:18 520:9
528:21
538:21 541:4
553:22 554:2
559:2 561:16
564:20,22
565:1,3
570:18 576:4
592:5 595:1
605:18
608:20 614:4
614:9,12
616:5
understanding
333:13
343:19 345:3
345:4 348:15
352:3 359:1
364:21 365:2
366:10 372:5
373:5 384:6
395:2 397:6
405:10 406:4
407:14
408:10
416:15
420:13
422:13
449:22 451:8
472:7,8,18
473:17 475:9
476:1 489:9
499:14,22
505:7,20
506:10,12
508:18
509:11 518:3
520:5 526:18
527:7,16
538:7,9
539:3 540:12
541:13,21

Raymond S. Hartman, Ph.D.   Confidential - Attorneys' Eyes Only            October 8, 2004
Volume II                          Boston, MA

65

| | | | | |
|---|---|---|---|---|
| 550:11 | 488:13 | 511:12 | 594:13 | **variations** |
| 551:15 552:9 | 578:22 | 525:21 | 596:16 | 494:4 512:18 |
| 553:3,5 | **United** 321:1 | 533:20 | 624:12 | 600:5,7,17 |
| 554:4 555:6 | 329:20 566:2 | 576:22 598:7 | 625:11 | **variety** 337:16 |
| 614:8 621:11 | 570:5 | 598:9 601:8 | **used** 363:15 | 338:17 |
| 621:13 622:9 | **units** 385:22 | **UPMC** 418:22 | 421:11 | 345:17 |
| **understandi...** | 387:4 483:19 | 419:1,6,13 | 426:22 443:8 | 352:18 395:6 |
| 340:12 | 437:4 463:17 | 422:21 | 447:6 457:17 | 458:14 462:1 |
| 348:11 | 597:7 | 423:10 | 505:8,12,12 | 517:1 520:22 |
| 350:17 | **universally** | **upon** 335:3 | 505:13 | 530:22 |
| 422:17 | 585:22 | 349:7 510:17 | 551:18 | 544:21 |
| **understands** | **universe** 341:6 | 511:14 | 573:15 | 617:16 |
| 421:7,10,14 | **unless** 390:21 | 575:11 | 601:11,11 | **various** 376:22 |
| **understood** | 391:1 421:21 | 595:15 | 624:10 | 378:6 468:16 |
| 333:16 | 450:14 533:1 | 617:11,16 | **useful** 457:19 | 545:2 567:4 |
| 363:18 375:9 | **unlike** 358:11 | **upper** 494:16 | **uses** 445:2,3 | 569:3 577:20 |
| 389:17 431:6 | 360:2 | 495:11,20 | 509:6 | 594:13 |
| 444:5 446:19 | **unlikely** | 506:21 | **using** 359:18 | **vary** 382:13 |
| 448:15 450:9 | 357:10 | 518:10,14 | 400:2 441:4 | 437:14 546:2 |
| 489:15 545:5 | 359:21 | **urban** 361:1 | 443:11,11 | **vastly** 408:17 |
| 545:6 551:6 | **unnecessary** | 601:6 | 510:14 | **Vegas** 618:17 |
| 551:20 553:9 | 610:15 | **urologists** | 516:22 | **veil** 403:8 |
| 564:4 | **unquote** 545:1 | 445:1 | 624:10 | 407:2 446:18 |
| **undertake** | **unrelated** | **us** 392:4 | **usual** 453:15 | 447:20 |
| 353:6 | 508:21 | 438:13,14,15 | **usually** 462:3 | **venture** 571:14 |
| **undertaken** | **unreliable** | 510:9 533:6 | 463:20 538:8 | **Vepesid** 411:7 |
| 482:17 596:9 | 535:16 | 610:9 614:11 | 576:16 | **veracity** |
| **unearthed** | **unsatisfied** | 621:8 | **U.S** 570:4 | 414:10 |
| 416:9 | 476:3 | **use** 334:15 | | **Vermont** |
| **unfair** 501:13 | **untainted** | 340:21 341:1 | **V** | 403:21 |
| **uniformly** | 442:22 | 341:2 361:3 | **v** 566:2 570:4 | **versions** |
| 587:3 | **until** 416:22 | 361:4,8 | **validity** 545:9 | 488:14 |
| **unimportant** | 432:19 561:7 | 365:3 366:15 | **value** 372:7 | **versus** 329:21 |
| 442:20 | **untouched** | 375:4 412:1 | 565:18 | 410:5 432:13 |
| **uninformed** | 457:4 | 413:2,5 | **variability** | 570:6 |
| 368:6 373:2 | **up** 342:13 | 416:17,17 | 347:11 349:5 | **very** 335:19 |
| **unique** 352:2 | 358:16 360:8 | 427:5 430:12 | 349:6 360:4 | 339:9 341:1 |
| 354:3 541:22 | 360:14,21 | 441:18 | **variable** | 342:5,17 |
| 542:2,4,12 | 361:5 368:14 | 459:18 464:5 | 545:11 | 352:9,11 |
| 543:20 545:1 | 386:18 | 500:10 508:2 | **variables** | 369:5 370:22 |
| **uniqueness** | 415:10 427:7 | 508:6,19 | 340:2,13 | 372:5 397:10 |
| 543:8,13 | 438:12 447:3 | 582:7 583:13 | 543:3 | 404:12 |
| 544:1 | 461:17 | 583:15 | **variation** | 407:21 426:4 |
| **unit** 433:19 | 499:14 | 586:16,17 | 359:9,9,15,18 | 432:3 433:2 |
| 460:19,20 | 510:15 | 589:14 | 362:3 421:18 | 444:20 453:6 |

mond S. Hartman, Ph.D.    Confidential - Attorneys' Eyes Only    October 8, 2004
lume II                    Boston, MA

| | | | | |
|---|---|---|---|---|
| 466:17 480:5 | **volume** 321:11 | **wake** 401:11 | 408:14 | 386:4 387:7 |
| 480:15 | 417:21 | **walk** 438:11 | **Waxman** | 392:3 394:9 |
| 512:19 516:3 | 462:14 620:9 | 498:19 | 463:19 | 394:18 396:2 |
| 524:4 533:17 | **vote** 338:21 | **want** 347:8,9 | **way** 341:12 | 399:20 |
| 543:14,14 | 339:10,11 | 354:20,21 | 347:14,17 | 404:22 |
| 544:2 574:4 | 602:5 | 364:10,16 | 382:13 391:3 | 411:12 |
| 574:10 | **vulnerable** | 370:19 | 391:7 404:9 | 412:13 |
| 576:20 582:7 | 366:21 | 383:11 | 417:8 428:1 | 415:11 |
| 600:3 619:14 | 372:11 | 384:14,21 | 428:20 | 416:17 420:8 |
| 626:20 | | 417:20 | 438:11 | 424:4 426:10 |
| tted 535:20 | **W** | 418:15 426:7 | 464:17,20 | 426:17 |
| a 326:16 | **WAC** 334:15 | 429:12 | 479:8 495:16 | 428:12,12 |
| 518:2 581:4 | 343:20 369:8 | 443:22 452:7 | 505:5 520:7 | 429:6,10,15 |
| ctims 409:17 | 372:9 373:6 | 461:1 471:4 | 520:9 523:13 | 444:9,13 |
| ew 335:17 | 376:21 377:5 | 477:21 | 529:19 | 448:3 450:8 |
| 421:17 | 377:9,11,16 | 487:13 | 541:10 | 450:16 458:4 |
| 468:20 | 377:20 378:2 | 498:20 | 577:21 595:7 | 461:10,11 |
| 592:19 | 378:4 381:16 | 500:16 504:7 | 604:6,22 | 470:14 472:8 |
| 597:13 | 381:19 382:3 | 516:9 525:2 | **ways** 340:3 | 473:19 475:5 |
| ewed 371:20 | 382:6,10 | 525:4 559:1 | 446:14 447:4 | 476:8,15 |
| iewing 366:3 | 383:1,2,4,7 | 561:11 | 485:22 | 482:10 484:4 |
| 411:4 420:3 | 383:11,13,18 | 570:11 | 539:16 567:4 | 484:7 487:8 |
| 425:22 430:6 | 427:5 430:13 | 571:22 574:2 | 569:3 | 487:13 490:7 |
| 435:6 466:22 | 431:3,4,9 | 574:14 | **weaker** 599:2 | 491:13 |
| 467:19 | 497:22 | 589:10 592:2 | **weakness** | 495:10 496:7 |
| 468:13 | 517:17 519:1 | 597:1 607:5 | 599:10 | 500:1 505:21 |
| 469:17 | 519:7 528:17 | 615:22 618:9 | **wearing** | 509:1,19 |
| 474:11 | 531:5 551:12 | 619:3,11 | 543:19 | 510:5 511:11 |
| 483:21 | 564:4 574:18 | 620:8,12 | **Web** 399:10 | 519:16,19 |
| 515:20 | 575:1 576:6 | 621:3 | **WEBB** 325:3 | 523:9,13 |
| 532:22 547:5 | 576:9 577:12 | **wanted** 387:21 | **wedge** 406:15 | 524:10 |
| 548:15 549:1 | 577:12 578:1 | 404:21 | **week** 618:18 | 526:15 527:4 |
| 567:16 572:3 | 579:5 583:18 | 418:20 | **well** 335:9 | 529:14,19 |
| 593:3 | 583:22 | 533:14 592:3 | 340:17,22 | 530:14 535:5 |
| igorous | 584:18 585:7 | 624:9 | 341:9 343:3 | 535:15 |
| 401:11 | 585:16 586:2 | **wants** 358:17 | 344:5,10,15 | 538:20 539:2 |
| iolated 458:8 | 586:7,9,20 | 567:14 | 351:3 352:13 | 539:10 541:5 |
| iolation 345:6 | 587:18 588:5 | **WARDWELL** | 354:14 363:1 | 549:3,7 |
| 603:6,11,18 | 588:8 589:12 | 323:12 | 363:10 | 553:15 |
| 604:8 | 589:18,20 | **Washington** | 365:16 | 554:20 560:1 |
| iolations | **WACs** 342:1 | 325:15 326:6 | 370:18 | 562:7 567:10 |
| 367:18 | 388:7 584:2 | **wasn't** 440:15 | 376:19 377:4 | 572:20 585:5 |
| itiate 489:17 | 584:5 | 509:1 534:21 | 378:10,19 | 585:22 |
| 490:5 | **wait** 377:5 | **water** 514:4 | 380:22 381:4 | 587:21 |
| itiated 489:20 | **waive** 396:4 | **watershed** | 381:22 385:3 | 589:12 590:3 |

Raymond S. Hartman, Ph.D.    Confidential - Attorneys' Eyes Only          October 8, 2004
Volume II                          Boston, MA

67

| | | | | |
|---|---|---|---|---|
| 590:11 597:2 | 459:15 | 486:8 496:13 | 460:3 462:19 | 544:14 551:4 |
| 615:22 | 461:20 462:2 | 496:14,15 | 490:20 | 558:3,13 |
| 626:15 | 462:18,19,21 | 499:1 503:1 | 493:14 | 559:17 568:3 |
| **went** 438:21 | 463:2 476:8 | 505:16 | 496:15 | 568:16 571:4 |
| 490:11 491:6 | 486:1 500:19 | 511:18,22 | 500:12,13 | 582:2 588:8 |
| 531:19 604:6 | 501:6,7,9,20 | 555:20 557:3 | 503:10 511:4 | 589:12,18 |
| **were** 330:4 | 501:21 502:1 | 560:7 587:22 | 512:21 | 592:2 597:12 |
| 333:14,15 | 502:6 505:21 | 610:16 621:4 | 520:11 | 602:4 605:20 |
| 334:10 336:3 | 505:22 506:4 | 621:4 | 521:19 526:3 | 613:18 622:5 |
| 339:14 342:1 | 506:5 510:14 | **we've** 475:14 | 526:15 544:5 | 625:22 |
| 342:20 346:7 | 520:13 521:5 | 477:11 | 552:13 553:2 | **whereas** |
| 346:14 | 525:20 | 515:12 | 554:6 562:10 | 458:13 |
| 348:13 | 531:14 | 522:19 | 564:16 | 595:19 |
| 353:20 | 535:13 | **wfcavanaug...** | 565:16 | **whereby** 468:5 |
| 360:18,20 | 545:20 551:5 | 325:8 | 592:18 593:6 | **wherein** 392:5 |
| 363:15 | 554:8 555:10 | **whatever** | 602:13 604:9 | **WHEREOF** |
| 367:22 368:1 | 555:11 | 337:17 351:4 | 604:20 605:2 | 628:14 |
| 372:15 | 558:21 564:4 | 353:6 366:22 | 605:19 | **Whereupon** |
| 373:14 374:9 | 564:17 | 367:3,19,20 | 615:16 | 627:2 |
| 375:7 376:15 | 565:17 568:5 | 367:22 | 624:12,22 | **whether** |
| 376:19,22 | 568:6,16,18 | 368:12 | 625:11,16,17 | 338:18,19 |
| 377:21 | 569:9 570:18 | 371:19 | **whence** 394:14 | 339:11 340:3 |
| 383:12 | 572:17 583:9 | 383:10 | 431:1 | 344:13 |
| 385:15,19 | 588:22 | 385:18 | **where** 336:15 | 347:13 349:5 |
| 386:6,22 | 591:22 592:1 | 386:14,17 | 338:16 | 349:6,14 |
| 387:7,14 | 596:19 | 397:5 404:4 | 340:22 | 352:22 |
| 389:3,11 | 597:14 598:9 | 404:17 415:2 | 374:11 | 358:12 360:3 |
| 396:8 402:5 | 598:12 604:3 | 429:8 454:18 | 393:15 395:6 | 362:7 386:15 |
| 405:16 407:1 | 606:8 608:13 | 460:13,15 | 404:2 419:17 | 386:16 |
| 407:4 408:8 | 608:16,20 | 499:6,17 | 430:1 447:22 | 387:16 |
| 409:16 | 614:11 616:8 | 511:6 565:9 | 448:21 | 391:17 |
| 410:14,14 | 616:14 | 579:12 | 449:14 | 394:21 |
| 411:12 | 617:13,14 | 580:14 | 454:16 | 399:12 402:9 |
| 412:14,17,19 | 619:1 620:21 | 583:11,13 | 462:18 | 402:18 |
| 415:12 417:5 | **weren't** 359:14 | **whatsoever** | 463:19 471:6 | 419:12 |
| 428:16 432:5 | 374:8 505:12 | 363:4 | 471:10,13 | 422:22 |
| 437:12 | **We'll** 364:4 | **when** 333:10 | 477:13,14,15 | 423:10 |
| 441:11 | **we're** 335:13 | 337:20 | 478:12 | 431:17 |
| 442:10,20,22 | 381:11 | 347:21 361:9 | 487:19 | 437:19 |
| 444:5,13,21 | 382:16 | 368:9 374:17 | 499:15 | 441:17 |
| 445:1,5,15,20 | 385:14 | 381:15 386:7 | 504:22 510:9 | 442:10 |
| 448:14 | 404:18 | 386:8 392:9 | 512:16 | 454:20 457:4 |
| 450:11 | 405:15 430:3 | 399:6 410:10 | 519:14 | 457:6 458:2 |
| 454:13,21 | 450:19 451:1 | 410:22 | 527:10 | 458:4,7 |
| 456:2 458:21 | 451:3 477:13 | 433:22 445:4 | 534:20 | 468:1 472:15 |

Henderson Legal / Spherion
(202) 220-4158

mond S. Hartman, Ph.D.   Confidential - Attorneys' Eyes Only        October 8, 2004
lume II                              Boston, MA

| | | | | |
|---|---|---|---|---|
| 476:6 480:16 | 402:14,15 | 576:18 577:8 | 597:18 606:9 | **whose** 347:8 |
| 481:9 482:20 | 403:7 404:9 | 577:13 | 623:14 | 361:14 370:6 |
| 488:9 493:16 | 405:10 | 578:10,22 | **whoever** | 495:7 628:9 |
| 496:15 506:8 | 408:22 | 579:21 | 433:19,19 | **why** 334:19 |
| 511:5 518:6 | 417:11 424:7 | 580:13,17 | 526:4 541:7 | 344:22 |
| 518:9 519:1 | 432:10,10 | 581:9 582:2 | **whole** 336:21 | 354:18 |
| 520:18 521:8 | 434:20 438:3 | 582:3,9 | 340:1 350:18 | 391:17 |
| 525:9 532:19 | 440:18,20 | 584:5 594:2 | 359:16 | 394:17 412:4 |
| 533:18 537:6 | 441:7 442:14 | 596:15 | 368:11 | 461:7 471:8 |
| 537:18 | 444:2,18 | 597:15,19 | 371:17 372:6 | 491:12 |
| 538:16 539:8 | 447:13,14 | 604:14 611:1 | 373:17,18,18 | 493:17 494:2 |
| 539:15 540:7 | 448:7 458:15 | 611:11,19,20 | 385:22 | 547:17 |
| 542:16,18 | 463:3,5 | 617:13,16 | 458:13,17 | 548:17 |
| 545:13 551:5 | 464:22 465:1 | 621:19 | 475:13 | 549:21 |
| 555:14,19 | 466:18 | 622:12,22 | 492:13 516:4 | 561:13 564:5 |
| 556:5 558:5 | 467:13 468:8 | 623:14 | 576:18 578:2 | **will** 335:9,13 |
| 558:9,10 | 470:18 472:5 | 624:14 625:2 | 596:6 | 335:16,16,21 |
| 575:15 | 473:15 | 625:13,21 | **wholesale** | 336:1,2,4,19 |
| 585:14 | 478:14 479:8 | **whichever** | 321:4 364:22 | 337:2,8,11 |
| 588:12 591:4 | 479:10 | 562:7 | 383:2 561:2 | 339:10,10 |
| 599:9 604:13 | 482:21 | **while** 403:3 | 562:7 567:2 | 343:7,8,19 |
| 608:16 | 485:11 494:5 | 404:7 412:21 | 573:14,18 | 347:6,12 |
| 609:22 616:4 | 501:14 | 475:17 | 586:18,19 | 348:8,18,19 |
| 616:7 618:4 | 502:18 503:2 | 481:20 514:7 | 593:10,15,22 | 348:22 349:2 |
| hich 332:18 | 503:22 505:8 | 527:20 | **wholesaler** | 349:3,16 |
| 332:20,21 | 507:1,5 | **who** 333:15 | 377:18 380:6 | 350:22 353:5 |
| 335:3,20 | 509:20 | 338:21 366:9 | 380:7,14,17 | 356:12,17 |
| 339:16 340:7 | 510:12 | 366:13,20 | 381:10,18 | 357:6,8 |
| 340:15,21 | 512:17 | 369:4 370:10 | 382:3,8,20 | 359:6,22 |
| 341:7 344:1 | 515:12 | 372:4,9,11 | 383:18 576:5 | 361:4,9 |
| 347:4 348:3 | 517:16,16 | 373:20 374:2 | 576:6 584:8 | 362:6,9,10,11 |
| 349:7,12 | 518:12 | 388:3,5,16,18 | 605:22 606:2 | 370:20 375:4 |
| 350:16 353:3 | 522:16 524:2 | 407:16 | **wholesalers** | 383:12,13,18 |
| 355:4 356:15 | 533:18 | 409:17 419:5 | 333:22 383:1 | 383:19,21 |
| 358:11 364:6 | 535:12 538:3 | 421:7 441:3 | 383:19 | 392:22 |
| 382:17 | 540:5,13 | 491:19 | 576:10,13,13 | 395:15 396:2 |
| 385:18 387:2 | 543:22 545:2 | 507:19 515:3 | 576:16,20 | 396:3 400:11 |
| 387:21 388:8 | 545:10 | 520:3 521:10 | 577:14,21,22 | 400:13 |
| 390:19 | 548:20 549:9 | 525:20 | 584:9 594:3 | 401:10 410:8 |
| 391:13 | 553:9 556:21 | 532:15 533:4 | 606:10,15,16 | 410:8,9,9 |
| 392:19 | 556:21 560:4 | 533:8,19 | 606:19 | 415:5 416:9 |
| 394:12,15 | 560:10,12 | 554:9 564:13 | 607:10 | 416:10,11,14 |
| 395:14 | 562:4 564:1 | 570:16,17 | **whom** 341:21 | 416:21 |
| 396:17 | 567:1 571:1 | 576:17 | 343:5 347:9 | 420:14 |
| 399:10 | 575:11 | 595:15 | 403:10 | 422:14 |

Raymond S. Hartman, Ph.D.    Confidential - Attorneys' Eyes Only    October 8, 2004
Volume II    Boston, MA

69

| | | | | |
|---|---|---|---|---|
| 425:10 426:5 | 574:4,10,22 | 612:19 | 628:9,13,14 | 557:13,15 |
| 434:13,13,17 | 579:20 | **witness** 321:12 | **witnesses** | 572:14 |
| 434:18,20 | 581:14 | 327:2 344:5 | 401:2 | 584:15,22 |
| 435:18 436:2 | 582:10 | 344:9,10,18 | **Wolf** 516:2 | 585:1,3,6,16 |
| 437:16 | 583:13,15 | 344:20,21 | **wonder** 430:3 | 586:8,10 |
| 438:13,16,18 | 585:9 587:20 | 355:3 364:9 | **won't** 434:5 | 587:6,8,12 |
| 442:9,12,15 | 597:2 598:22 | 366:3 371:2 | 445:11 | 598:12,13,16 |
| 442:16 443:1 | 599:1,2,4,18 | 378:17 | **word** 462:13 | **worst** 601:16 |
| 446:22,22 | 599:20 | 388:19 | **words** 358:4 | **worth** 372:21 |
| 447:1,3 | 602:12 | 393:13 411:4 | 391:22 427:4 | **Wosinska** |
| 448:5 453:2 | 605:21 | 418:5 420:3 | 439:20 443:5 | 486:17 |
| 455:4 457:5 | 607:22 | 425:15,20,22 | 458:1 459:1 | **would** 332:9 |
| 459:3 460:1 | **William** 325:4 | 426:15 | 563:8 | 332:13 |
| 461:14 462:3 | **Williams** | 429:10 430:6 | **work** 335:7 | 338:15 |
| 462:4 464:9 | 321:14 628:4 | 435:6 440:5 | 340:18 394:2 | 345:19 351:5 |
| 471:16,19 | 628:17 | 440:11,14 | 399:14 403:1 | 366:19 |
| 472:4,6 | **willing** 386:22 | 443:21 | 419:1 434:21 | 367:15,18,21 |
| 473:11 | 388:12 | 451:14 | 435:1 464:18 | 368:11 |
| 474:16 475:1 | 396:11 | 452:11 | 469:15 481:5 | 369:21 |
| 475:2,8 | 414:14 | 466:22 | 481:21 | 370:22 |
| 483:15 | 458:22 | 467:16,19 | 536:20 | 371:10 372:2 |
| 487:18 | 459:15 | 468:4,13,20 | 607:13 | 372:2 373:11 |
| 493:13 494:6 | 491:16 | 469:9,17 | 610:11 | 375:2,5,12,13 |
| 495:4 510:21 | 578:21 579:1 | 470:2 471:12 | 622:10 | 375:15,17,20 |
| 511:2,6 | 619:7 | 474:11 | **worked** 465:2 | 376:3,7 |
| 512:3,15,19 | **wise** 323:13 | 476:17 | 482:4 528:6 | 377:2,3,20,22 |
| 512:22 513:6 | 445:6 594:21 | 483:21 487:9 | 556:1 | 378:6 379:2 |
| 513:19,21 | **withdrawing** | 487:11,15 | **working** 408:8 | 379:19 380:4 |
| 515:1,10,10 | 370:16 | 498:2,11,15 | 477:19 | 380:13 381:5 |
| 515:10 | **within** 338:13 | 500:20 507:8 | **works** 419:6 | 381:9,11 |
| 517:14,18 | 343:16 | 514:1,6,9 | 481:22 622:7 | 382:6,8,10,13 |
| 519:2,6,8 | 355:22 356:6 | 515:14,20 | **world** 350:6 | 382:19 |
| 521:2,4,7 | 422:7 441:11 | 516:7,11 | 375:16 377:2 | 384:14,14,21 |
| 522:6,20,22 | 444:1 471:17 | 524:18,21 | 380:13,17 | 385:7 386:21 |
| 523:1,3,5,6 | 473:9 489:1 | 530:17,19 | 381:5,5 | 387:19,20 |
| 524:7 525:16 | 489:22 | 532:22 533:8 | 383:3,10 | 389:10,15,15 |
| 526:6,7 | 507:13 | 533:12,14 | 385:7,12,13 | 389:18,19 |
| 527:18,20,21 | 543:14 611:5 | 547:5 548:1 | 387:18 | 391:17 |
| 535:7 540:3 | 612:6 623:16 | 548:10,15 | 389:10,14 | 396:11,22 |
| 546:1 553:20 | 623:20 625:6 | 549:1 550:1 | 405:21 | 397:3,4,13,19 |
| 554:10 555:1 | 626:4 | 561:12 | 421:17 | 399:10,22 |
| 555:18 | **without** 370:13 | 567:16 | 431:14 | 401:3,21 |
| 558:15 | 423:21 442:1 | 570:13 572:3 | 451:21 | 403:17 |
| 560:13,15 | 557:19 | 574:7 593:3 | 458:20 556:1 | 406:19 |
| 570:2 574:4 | 579:19 | 617:6 626:22 | 556:10,12 | 411:14,19 |

mond S. Hartman, Ph.D.    Confidential - Attorneys' Eyes Only                October 8, 2004
lume II                                      Boston, MA

| | | | | |
|---|---|---|---|---|
| 412:3,16,20 | 511:9 517:22 | 617:17 | 420:5,18 | 407:22 |
| 415:7 419:4 | 518:9 519:9 | 618:15 619:3 | 431:21 | 479:22 |
| 419:11 420:5 | 520:9,9,11,14 | 619:4,5,6,11 | 432:20 433:3 | 505:17 622:3 |
| 420:9 422:9 | 520:16 | 620:16,19,19 | 434:16 | **yesterday** |
| 423:8 427:6 | 525:12,14 | 626:4 | 448:20 494:4 | 332:7,14 |
| 429:7 430:13 | 528:14 529:5 | **wouldn't** | 494:10 | 360:20 |
| 430:16 431:8 | 534:21 | 384:18 397:4 | 503:22 | 376:16 |
| 431:8,14 | 535:16,18 | 480:20 607:5 | 522:10,15,21 | 380:11 384:5 |
| 432:13 | 540:1 541:5 | 608:18 | 522:22 523:2 | 395:11 |
| 441:12 443:7 | 541:5,12 | 615:10 617:2 | 523:3,10,12 | 403:21 411:9 |
| 444:6 446:4 | 543:8 545:14 | 617:7 | 601:12 | 497:14 |
| 448:15 | 545:17,21 | **write** 493:7 | **yardsticks** | 506:14 |
| 450:12,16,17 | 551:6 553:13 | 574:20 | 336:10 344:2 | **yet** 356:12 |
| 454:15,17 | 553:15 558:1 | **writing** 613:4 | 354:9 355:6 | 362:4,5 |
| 455:1 458:19 | 558:4,9,11 | **written** 437:5 | 356:15 361:6 | 428:21 436:7 |
| 459:14 | 561:4 562:3 | 482:16 | 371:15,16 | 445:20 477:2 |
| 460:21 461:1 | 565:7 571:18 | 488:18 505:6 | 375:4 383:12 | 524:2 537:13 |
| 461:1,3,4 | 575:21 577:9 | 531:20 552:4 | 420:19 433:7 | 538:6 612:2 |
| 463:13,16 | 579:11,18,21 | 565:17 | 434:6,22 | 616:12 |
| 464:4,5,6,15 | 580:2,11,12 | 594:17 | 435:4 441:9 | **yield** 574:4 |
| 464:17 465:6 | 580:12,13,17 | **wrong** 459:8 | 441:12,18 | **York** 322:15 |
| 466:19 468:6 | 580:17,20 | 486:20 487:5 | 442:2 443:12 | 322:15 323:6 |
| 468:9 469:3 | 581:6 582:9 | 487:5 575:8 | 453:4 492:9 | 323:6,15,15 |
| 470:15,16,22 | 583:19,19,20 | 584:18 598:5 | 494:5,15,17 | 324:13,13 |
| 471:2 476:9 | 583:21,21 | 598:6,11 | 495:5 502:13 | 325:6,6 |
| 479:6,7 | 585:15,17,18 | **wrote** 564:5,14 | 519:6 522:18 | 372:20 |
| 480:19,21 | 586:1,2 | | 529:17 | 403:22 |
| 481:18 | 590:1,3 | — **X** — | 551:18,20 | **young** 498:19 |
| 484:17 | 596:16 597:5 | X 327:1,8 | 552:3 582:8 | 498:20 |
| 487:16 | 597:6,22 | 328:1 329:1 | 582:10,19,21 | **your** 332:6,12 |
| 488:17 | 602:15 | 453:22,22 | 582:22 | 334:20 335:7 |
| 489:17,20 | 603:22,22,22 | 500:22 501:1 | 583:16 589:3 | 336:9 343:3 |
| 491:7,9,15 | 604:21 | 512:17 | 596:3,12 | 343:6 344:14 |
| 492:17 493:1 | 605:14 | | 600:4,9 | 349:14 |
| 493:3,8,18 | 606:17 | — **Y** — | 601:10 | 354:19 355:5 |
| 494:15,17 | 607:20 | **yardstick** | 604:11,17,17 | 360:9 363:9 |
| 496:2 497:10 | 608:10,12,13 | 341:17 343:6 | 604:19,19,22 | 363:10 |
| 497:10,18,20 | 608:16,19,22 | 352:4 353:20 | **year** 407:9,15 | 364:21 |
| 500:10 | 609:2,4,9,15 | 354:4 356:2 | 407:17 409:2 | 365:15 |
| 502:13,16 | 609:18,20 | 356:9 360:9 | 427:22 504:8 | 366:16 |
| 503:16 | 610:3,9 | 368:13 | 549:8 554:21 | 368:13,15 |
| 504:17 505:3 | 612:4 613:5 | 369:22 | 604:14 | 380:13 381:4 |
| 505:11 506:2 | 615:2,8,11,11 | 371:11 373:4 | **years** 385:1 | 383:14 384:6 |
| 508:10 509:5 | 616:5,6 | 373:8,11,16 | 395:8 405:15 | 384:20 390:4 |
| 509:22 510:4 | 617:11,12,15 | 410:5 411:12 | 406:1,9 | 391:15 393:3 |

Raymond S. Hartman, Ph.D.    Confidential - Attorneys' Eyes Only         October 8, 2004
Volume II                                    Boston, MA

| | | | | |
|---|---|---|---|---|
| 394:10 | 567:7 569:19 | 557:15 | **017** 328:21 | **100** 366:17 |
| 395:10 396:6 | 570:15 571:8 | **$75** 375:11,17 | 418:3 420:4 | 375:14 |
| 407:14 | 571:17 | **$85** 377:2 | 425:16 | 376:21 377:6 |
| 409:10 | 573:13 576:3 | **$875** 565:2 | **018** 329:4 | 377:7 432:18 |
| 413:19 | 579:22 | | 425:13,19 | 574:18 575:1 |
| 415:13,22 | 584:15,22 | **0** | 426:1 430:7 | 579:5,11 |
| 416:1,6 | 585:1 586:6 | **00002066** | **019** 329:7 | 580:15 |
| 418:15,18 | 592:22 595:2 | 510:9 | 546:22 547:6 | 600:11 |
| 419:10 420:5 | 597:21 602:9 | **000052** 328:14 | **020** 329:11 | **10017** 323:15 |
| 423:8 426:21 | 602:10 604:7 | 331:15 | 548:7,10,16 | **10022** 322:15 |
| 430:15 | 607:13 | **000135** 328:15 | **021** 329:15 | **10022-3598** |
| 431:20 | 610:11 | 331:16 | 566:7 567:17 | 323:6 |
| 432:20 433:6 | 614:20 | **002** 355:2 | **02110** 321:20 | **10036-6522** |
| 433:8 434:16 | 615:13 617:5 | 411:5 435:7 | **02110-2624** | 324:13 |
| 434:22 435:2 | 620:9 621:3 | 483:22 593:4 | 324:5 | **10036-6710** |
| 435:4 436:15 | 621:17 626:4 | **002818** 467:15 | **02142** 322:6 | 325:6 |
| 438:1 439:20 | **yourself** | **003724** 327:21 | **022** 329:20 | **11** 453:9 |
| 439:21 | 428:14 | 330:21 | 570:8 572:4 | 465:22 466:2 |
| 441:15 | **you're** 341:6 | 469:13 | **0239** 328:20 | 530:16 |
| 443:20,22 | 351:16 | **003749** 327:22 | 398:17,22 | **1111** 326:5 |
| 450:2 452:9 | 353:21 | 330:22 | **03-7** 549:9 | **1133** 325:5 |
| 452:9 454:6 | 359:22 382:7 | **00747** 328:7 | **031** 328:20 | **12** 467:13 |
| 454:8 456:4 | 395:22 446:5 | 331:6 | 398:17,22 | 468:11 |
| 456:8,9,15,21 | 501:4,5 | **00766** 328:8 | | 515:17 |
| 460:12,22 | 503:18 | 331:7 | **1** | **12:21** 452:4 |
| 461:5,7 | 600:18 | **01CV12257-...** | **1** 328:10 | **12:32** 452:5 |
| 464:15 | **you've** 492:16 | 321:2 | 331:11 410:3 | **12:37** 455:10 |
| 465:17,21 | | **010** 364:8 | 411:15 | **120** 419:22 |
| 466:8 469:15 | **Z** | 366:4 393:7 | **1,000** 339:1 | **1201** 325:14 |
| 472:7 484:3 | **Zeneca** 323:19 | **011** 327:11 | **1.9** 470:5 | **125** 376:20,21 |
| 486:12 | **zero** 504:17 | 330:9 467:1 | **1.9D** 471:9 | 574:18 575:1 |
| 490:16 499:7 | 513:20,22 | **012** 327:14 | **1.9F** 474:6,14 | 580:5 |
| 499:22 | 559:4 561:18 | 330:16 | **1:24** 455:20 | **128** 418:17 |
| 502:16 505:4 | 563:7 571:10 | 467:20 | **10** 342:13 | 419:9,21 |
| 505:14 507:6 | | 468:14,21 | 349:18 364:7 | 420:11 |
| 508:18,20 | **$** | **013** 327:18 | 366:19 395:4 | **129** 419:21 |
| 514:11 515:2 | **$1.25** 376:20 | 331:1 469:18 | 395:8 405:15 | **13** 393:3,9 |
| 516:9 524:17 | **$10** 556:11,11 | 474:12 549:2 | 406:1 418:1 | 469:8 496:21 |
| 524:20 525:3 | 557:13,14 | **014** 328:4 | 445:20 446:4 | 500:15 |
| 528:21 529:9 | 558:13,13 | 331:8 | 479:22 497:9 | 511:20 |
| 529:21 540:4 | **$100** 503:9,13 | **015** 328:9 | 530:18 | 543:17 |
| 540:6 541:21 | **$15** 556:13 | 331:17 | **10A** 435:11,16 | 544:19 |
| 545:9 550:20 | 557:16 | 515:21 | **10:09** 357:12 | 548:21 549:9 |
| 556:17 559:3 | **$18,000** 500:2 | **016** 328:16 | **10:48** 388:22 | **13C** 393:3,14 |
| 561:1,11,16 | **$5** 556:13 | 399:1 418:8 | **10:56** 389:1 | **130993** 628:19 |

```
36 515:18
4 422:19
  426:9,14
  430:2 483:19
6 342:14
  392:14 395:4
  406:1 443:19
  446:2 503:15
  505:17
  515:12
54 426:8,13
  430:2
55 430:2
6 369:22
  371:11
  398:14 418:5
  484:21 495:2
  495:8 580:21
7 366:16
  375:15,18
  417:21
  418:11
  496:22
  511:20
  543:18
  544:19 549:6
8 364:16
  425:11
8,000 497:21
  499:6
9 546:14
  549:19,20,22
980s 596:7
984 412:19
990 412:19
990s 601:22
991 410:3
  412:18
  413:16
  414:12
992 562:2
997 562:2
999 328:10
  331:11
  515:17
```

**2**

```
2 355:1 411:15
  417:21 472:1
  549:15 561:7
  613:21
  628:22
20 367:3
  392:14
  393:22
  418:16 419:8
  420:1 438:12
  496:17
  497:21
  511:21
  547:18 588:9
  588:15
2000 411:15
  412:18
20004 326:6
2001 411:2,16
20015 325:15
2002 411:13
  531:8
2003 329:10,14
  546:17,21
  547:21 548:6
  554:3,21
  555:19
2004 321:21
  329:22
  399:10 404:2
  418:1 485:18
  555:20
  566:12 570:4
  570:7 628:16
2010 628:22
202-662-5544
  325:16
202-739-5211
  326:7
2366 453:8
  466:6
2067 500:21
2070 453:10
```

```
  466:10
2077 453:8
  466:6 501:2
  510:9
21 565:22
212-336-2000
  325:7
212-450-4000
  323:16
212-735-3000
  324:14
212-836-7210
  323:7
212-918-3506
  322:16
22 452:10,13
  559:18 570:3
23 425:9
23,000 497:18
24 329:22
  354:19 355:5
  357:2 495:1
  566:12 570:4
  570:7 579:22
25 432:17
  445:21 446:2
  487:18
  569:20 571:5
  572:19 588:9
  588:15
2555 324:19
26 349:10
  484:21
277 466:6
27700002066
  501:1
2774444 510:8
2838 468:3,11
29 530:21
```

**3**

```
3 401:8 411:16
  474:17
  549:18
  613:21
```

```
3A 411:7
3B 448:21
3-5 329:10
  546:17,21
3-7 329:14
  547:22 548:6
3:07 529:2
3:23 529:3
3:44 546:8
30 392:15
  394:1 484:18
  485:6 496:17
  530:15
  531:14,16
30D 452:9,12
  452:14 456:4
  465:17
  466:10
30(b)(6)
  358:18
  464:12
  612:17
33 370:1
  371:11 495:2
  580:21
330 327:11,14
331 327:18
  328:4,9
332 327:4
34 483:16
35 444:1
3728 471:11
3733 476:16
3747 470:1
  472:22
3748 473:8
3749 469:13
38 357:2
39 531:15
399 328:16
```

**4**

```
4 430:2 507:7
  518:12
  549:21
```

```
  570:14 571:4
4th 322:5
4.4B 476:15
4:21 572:6
4:45 594:22
40 510:17
  511:13 512:1
  512:19
418 328:21
425 323:5
  329:4
45 455:6
450 323:14
47 466:8,12
48 559:17,18
```

**5**

```
5 342:13 507:7
5,000 499:22
5:14 621:16
5:20 627:2
50 404:12
  432:17 451:1
  485:15
  509:22 511:6
  608:14,15,16
500 339:1
  404:13
  450:19
  485:15
52 515:18
546 329:7
548 329:11
55 518:11
55(b) 329:17
  566:5
566 329:15
570 329:20
574 327:5
```

**6**

```
6 401:8 413:10
  415:21 421:5
  435:12 507:6
60 395:12,17
```

Raymond S. Hartman, Ph.D.   Confidential - Attorneys' Eyes Only         October 8, 2004
Volume II                        Boston, MA

73

| | | | | | |
|---|---|---|---|---|---|
| 471:17 473:9 | **9:36** 321:21 | | | | |
| 500:16 | **90** 392:7 | | | | |
| 510:17 | 393:18 | | | | |
| 511:13 | 395:13,17 | | | | |
| 574:19 575:3 | 445:18 | | | | |
| 579:3 580:5 | 497:10 | | | | |
| 580:6 | **90s** 386:5 | | | | |
| **602** 327:6 | 486:1 621:3 | | | | |
| **617-482-3700** | **94** 418:22 | | | | |
| 322:7 | **95** 421:13 | | | | |
| **617-951-7000** | 550:13 | | | | |
| 324:6 | 551:17 553:6 | | | | |
| **63** 516:10 | 562:9 | | | | |
| **64** 516:10 | **98** 411:18 | | | | |
| **64106-2613** | **99** 411:18 | | | | |
| 324:20 | | | | | |
| **68** 570:11 | | | | | |
| 571:3 | | | | | |
| **7** | | | | | |
| **7** 435:12 | | | | | |
| **72** 364:10,11 | | | | | |
| 364:17 | | | | | |
| **75** 432:18 | | | | | |
| **8** | | | | | |
| **8** 321:21 | | | | | |
| **80** 377:6,13 | | | | | |
| 392:7 393:18 | | | | | |
| 497:2 510:16 | | | | | |
| 511:12 512:1 | | | | | |
| 512:18 | | | | | |
| **816-474-6550** | | | | | |
| 324:21 | | | | | |
| **83** 366:18 | | | | | |
| 375:16 | | | | | |
| **844** 467:15 | | | | | |
| **85** 377:8 | | | | | |
| **87** 377:8,8 | | | | | |
| 497:2 | | | | | |
| **875** 322:14 | | | | | |
| **9** | | | | | |
| **9** 487:19 | | | | | |
| 532:12 | | | | | |