Raymond S. Hartman, Ph.D.        CONFIDENTIAL                February 28, 2006
                                  Boston, MA

1

| A | | | | |
|---|---|---|---|---|
| aamangi@pbwt.... 908:18 | 999:14 1007:8 1063:13 1065:14 1078:2,5 1079:14 1079:20 1081:6 1099:21 1101:13 1102:12 1113:2,5 1113:6 1130:19 1132:5,21 1138:3 1140:9 1142:1 1149:3 1152:20 | act 923:21 925:6 930:17,20 931:22 933:5,8 977:16 978:12 979:4,13 985:16 987:1 1025:7 | administer 1137:18 | 994:16 1051:12 1066:10 1144:4 1160:16 |
| ability 973:1 1042:15 1045:5 1046:1 1075:17 | | | administered 963:12 965:11 966:3 971:22 973:16 994:22 995:14 998:14 1000:6 1010:10 1010:12 1012:14 1022:19 1027:20 1035:18 1040:17 1041:19 1069:7 1116:6 1126:18 1126:20 1127:1,2 1128:13 1129:1,2 1129:14,15 1133:11,12 | Affairs 950:18,22 |
| | | | | affect 1003:1 1010:3,14 1046:6 1046:8,13 1139:18 |
| able 920:19 973:9 983:9 985:16 1006:5 1012:2 1019:8 1022:7 1031:10 1032:8,8 1035:10 1039:18 1041:10 1046:1 1048:8,20 1051:12,13 1057:15 1065:6 1067:8 1069:18 1069:18 1070:3 1091:1 1110:6 1126:14 1139:5 1144:4 1154:4,6 1161:12 | | acted 935:6 978:3 1019:6 1025:7 | | |
| | | | | affil 1014:21 |
| | | acting 936:13 978:6 | | affiliated 1014:18 |
| | | | | affiliates 1122:7 1123:22 |
| | accounting 1083:7 | action 1168:13,15 | | |
| | accumulated 946:6 | ACTIONS 905:9 | | affiliations 1014:21 |
| | accumulates 937:1 | activities 933:19 1158:11 | | affirmative 961:2 986:19 |
| | accurate 1030:18 1161:4 | | | |
| | | actors 948:18 | | affixed 1168:17 |
| | accurately 1038:5 | actual 920:11 921:5 924:1 925:10 926:9 931:7 937:20 938:3 956:12 960:12 983:5 984:16,17 1038:15 1044:20 1045:12 1048:21 1063:14 1067:22 1080:10 1148:14 1162:7,8,17 | | afternoon 1044:1 1108:10,12 |
| | achieve 990:6 1153:15 1154:4,6 | | administering 1001:18 | age 1090:17 |
| | acquiescence 958:5 959:1 | | administers 942:17 1093:15 | agency 1145:2 |
| | acquired 952:5 1032:20 | | | aggregate 1157:20 |
| | | | administration 921:1 1014:4 1055:1,7 1063:12 1093:8,18 | Aggregated 1101:20,22 |
| absence 995:22 | acquiring 1031:14 | | | aggressive 1010:14 |
| absent 1109:6 | acquisition 920:8 920:11 921:2,5 921:11,19,20 922:3,3,5,6 924:2 930:7 931:7 946:2 952:17 1005:13 1006:18 1009:20 1038:2 1038:15 1054:1 1056:1 1060:15 1061:18 1062:2 1062:18 1071:10 1075:3,13,21 1076:1,14 1077:1 1095:17 1140:9 1150:10,11,13 1152:2 | | | aggressively 1041:10 1046:16 1158:5 1159:13 |
| abuse 970:4 994:12 1019:9 1065:19 | | | Administration's 922:11 | |
| abused 972:17 | | add 982:2 1166:18 1166:18 | administrative 940:14 953:16 1061:15 | agile 947:21 948:4 |
| abuses 1052:11 | | added 927:14 1137:8 | | ago 1063:2 1092:21 1093:1 |
| accept 1033:1 1041:11 1050:13 1053:12 1054:19 1054:21 1057:6,8 1058:15,20 1059:1 1062:15 | | additional 996:6 1019:10 | admits 986:11,12 | agree 917:2 945:17 946:21 955:11 956:13 965:12,22 1012:16 1013:2,8 1013:13 1022:20 1024:8,19 1033:19 1036:1 1039:2 1137:10 1153:3 1154:12 |
| | | addressed 916:4 974:17 | admitted 956:10 | |
| | | | adopt 922:10 924:14 961:13 | |
| access 1038:1,2 | | addressing 1064:21 | adopted 922:18 924:9 944:7 1065:21 | |
| accessible 1081:1 | | | | |
| accomplished 1001:21 | | Adeel 908:14 | adoption 931:21 | |
| accord 919:2 1054:13 | | adeptly 949:16 | Advanced 960:14 960:17 961:6 | agreeable 1033:15 |
| | | adequate 1017:1 | | |
| accords 918:3 | across-the-board 1061:4 | adjourned 1166:22 | advantage 947:8 949:12 955:9 | agreed 921:18 954:19 1033:17 |
| account 994:9 | | adjusts 949:14 | | |

Henderson Legal Services
(202) 220-4158

| | | | | |
|---|---|---|---|---|
| agreeing 1001:5 | alternative 925:21 | 1078:3 1081:3,4 | antecedent 924:12 | 1042:2 1106:4 |
| agreement 970:12 | 926:3 934:12,18 | 1081:11,14 | Anthem 1032:20 | applying 982:5 |
| 1158:7 | 934:21 943:21 | 1083:1,21 1084:6 | 1037:2,8,14 | approach 920:9 |
| agreements 946:18 | 950:11 1071:13 | 1085:22 1087:5 | antipsychotic | 982:1 993:5 |
| 1038:3 | 1075:10 1142:2 | 1099:22 1104:5 | 990:10 | 1133:1 |
| agrees 946:22 | 1143:11,18 | 1105:22 1106:7 | anybody 1056:4 | approaching |
| ahead 924:8 980:4 | 1146:12 | 1112:10 1116:22 | 1143:1 | 1034:16 |
| 1030:3,12 | alternatives 944:3 | 1130:15 1131:4 | anybody's 1125:7 | appropriate 923:2 |
| aimed 994:15 | 1013:12 | 1134:5 1138:11 | anymore 1054:17 | 948:6 954:15 |
| air 1125:11,14 | Alto 909:6 | 1138:14 1143:10 | apparently 916:1 | 969:14 1045:1 |
| airline 1067:17,17 | ambulatory | 1154:21 1160:1 | 961:21 995:19 | approval 1033:13 |
| Alamitos 1020:2 | 1084:20 | 1166:3,11,18,18 | appear 916:16 | Approximately |
| allegations 947:17 | Americas 908:15 | analyze 1029:16 | 929:7 930:13 | 1063:10 |
| 955:5 1159:9 | amount 921:1 | 1037:15 1079:12 | 982:15 989:21 | approximation |
| alleged 970:3 992:2 | 925:19,20 926:1 | 1085:19,19 | 1044:8 1080:3 | 1110:19 1122:5 |
| 994:6 1019:9 | 968:14 997:7 | 1138:21 1161:13 | 1110:14 1126:15 | approximations |
| 1029:18 1045:11 | 999:17 1008:4 | anecdotal 932:21 | 1131:12 1132:12 | 1121:3 |
| 1055:11 1056:11 | 1023:12,20 | 1003:4 1121:4,4 | APPEARANCES | arbitrary 1106:12 |
| 1063:17 1065:19 | 1037:16 1049:12 | annual 1049:18 | 906:1 907:1 | 1121:5 |
| 1070:8 1094:13 | 1050:1 1052:19 | 1095:3 1110:16 | 908:1 909:1 | area 924:20 940:19 |
| 1160:17 | 1053:13 1054:2 | 1140:8 1157:20 | 910:1 | 960:18 995:13 |
| allocating 1090:16 | 1055:16 1058:7 | answer 922:21 | appeared 920:15 | areas 936:9 991:1 |
| 1104:19 | 1062:4 1064:13 | 923:16 947:13 | 929:21 955:1 | 1033:7 |
| allocation 1089:16 | 1077:4 1089:10 | 957:10,12 983:7 | 991:4 1002:6 | argument 925:19 |
| 1090:5 | 1094:3 1096:9 | 987:4 995:7 | 1103:1 1115:8 | Arizona 1020:2 |
| allow 926:4 949:12 | 1150:12 1155:18 | 1005:2,10,13 | APPEARING | arrangement |
| 958:2 997:2,21 | amounts 1003:18 | 1010:1 1011:7,15 | 910:11 | 947:14 |
| 1008:8 1045:20 | 1035:16 1054:17 | 1021:15 1024:8 | appears 929:17 | arrangements |
| 1075:12 1080:22 | 1065:21 1080:7 | 1024:12,18 | 930:8 1018:21 | 1106:16,18 |
| 1091:4 1101:3 | AMP 944:4,5 | 1030:19 1031:2 | 1063:9 1093:10 | arrive 981:2 |
| allowed 929:16,22 | analogous 1067:14 | 1033:2,15 1034:4 | 1102:10 1136:8 | article 966:14 |
| 933:1 1028:20 | 1067:14 | 1037:18,21,22 | 1139:17 1158:9 | 976:12 984:10 |
| 1056:5 1066:12 | analyses 957:21 | 1038:17 1051:1 | 1166:8 | articles 982:12 |
| 1083:6 1100:6 | 981:16 985:20 | 1060:15,16,21 | Appendix 963:11 | articulated 951:22 |
| 1101:4 | 1024:5 1106:4 | 1061:5 1107:5,9 | 963:15,16,18,19 | 1057:10 |
| allowing 1055:14 | 1123:6 | 1114:10 1127:19 | 1102:10 | articulations |
| allows 1099:2 | analysis 959:5 | 1130:6 1145:14 | applicable 905:14 | 930:12 |
| alter 937:4 1004:6 | 986:3 988:18 | 1159:10 | 1090:12 1132:4,8 | artificial 1005:11 |
| 1023:14 | 1007:11 1013:22 | answered 1129:6 | 1133:2 | 1011:15 |
| alterations 950:7 | 1014:8 1015:1 | 1140:21 1155:5 | application 982:6 | artificially 1044:20 |
| altered 1002:12 | 1037:21 1063:14 | answering 1050:19 | apply 1034:12 | ascertain 1110:6 |
| 1003:18 | 1065:15 1066:4 | answers 1168:10 | 1040:13,15 | aside 1039:6 |

| | | | | |
|---|---|---|---|---|
| 1118:1 1132:19 | 1045:2,3 1068:9 | 1008:12,15 | 1158:13 1160:2 | 1049:15 1071:13 |
| 1140:16 | 1069:12 1070:10 | 1018:8 1023:20 | 1160:20 1161:6 | **attractiveness** |
| **asked** 925:16 926:7 | 1070:16,22,22 | 1032:7 1048:19 | **asymmetric** 978:21 | 1070:15 |
| 927:18 947:1,4,4 | 1071:10,14 | 1049:18 1067:3 | 1051:7,12 | **attributable** |
| 947:16 948:2,14 | 1072:1 1073:22 | 1071:8 1082:4 | **Atlantic** 905:20 | 1114:5 |
| 948:22 949:18,20 | 1074:2 1113:10 | 1100:13 1110:15 | **attachment** 915:11 | **attribute** 1045:15 |
| 951:9 961:3 | 1139:11,13,15 | 1113:22 1114:15 | 994:2 1086:15 | 1079:2 |
| 987:22 990:21 | 1141:4 1143:5,21 | 1114:19 1131:19 | 1101:18 1108:16 | **atypical** 990:10 |
| 1002:13 1014:9 | 1145:20 1146:6 | 1134:3 1136:1 | 1108:19,21 | **audience** 1131:7 |
| 1015:16 1017:5 | 1146:18 1147:19 | 1137:10 1139:5 | 1109:10,21 | **August** 916:3 |
| 1024:15 1029:21 | 1150:5 1151:20 | **assumed** 1132:6 | 1110:12 1111:15 | **automobiles** |
| 1041:14 1051:1 | 1154:14,21 | **assumes** 1082:6,7 | 1111:21 1112:4 | 977:17,20 |
| 1055:9,10 | 1155:6,22 1156:2 | 1082:14 1155:10 | 1119:21 1156:7,8 | **available** 918:9 |
| 1063:18 1088:17 | 1160:6 | **assuming** 968:19 | 1156:8,9 1158:9 | 953:2,7,17 954:7 |
| 1100:1,5,9,13 | **aspect** 965:9 | 1008:19 1016:22 | 1158:17 1160:20 | 954:13,22 977:5 |
| 1112:21 1129:5 | 1040:9 | 1025:16 1050:11 | **attachments** | 977:11,13 978:4 |
| 1133:14 1140:1 | **aspects** 1047:2 | 1096:10 1104:16 | 1086:17 1108:15 | 978:11,22 979:12 |
| 1140:20 1155:4 | **ASPs** 964:2 | 1110:17 1114:8 | 1108:17 1111:14 | 987:1 995:19 |
| 1163:3 1164:11 | 1067:19 1069:5 | 1114:11 1116:10 | 1112:14 1156:4,5 | 1013:5 1033:8,20 |
| 1164:13,15 | 1070:3 1072:4 | 1118:3 | **attain** 944:19 | 1120:2 1121:3,4 |
| 1165:12,14 | 1094:15 1100:8 | **assumption** | **attempt** 932:5 | 1121:5 1132:16 |
| 1166:7 1168:10 | 1101:8 1141:12 | 1007:14 1008:1 | 1063:18 1079:14 | 1134:14 |
| **asking** 916:7 | 1141:20 1142:3 | 1113:13,16 | **attempted** 1017:6 | **Aventis** 908:11 |
| 921:22 922:4 | 1143:12 1146:13 | 1115:2,3,13 | 1029:16 1089:11 | **Avenue** 905:20 |
| 926:15,16 948:9 | 1151:2,5,7,8 | 1116:12 1117:17 | 1090:15 | 906:17 907:5 |
| 948:16 982:18 | **ASP's** 1151:6 | 1118:22 1119:4 | **attempting** 1147:1 | 908:15 909:5,13 |
| 986:17 988:20 | **assess** 933:9 1100:1 | 1130:8 1136:4,7 | **attempts** 1025:7 | 910:15 |
| 989:5,5 1002:15 | **assessment** | 1138:6,10 | 1052:19 | **average** 905:5 |
| 1013:17 1025:14 | 1131:21 1135:2 | **assumptions** | **attention** 934:17 | 922:5 944:4 |
| 1025:17,20 | **assign** 1109:2,10 | 1026:20 1027:10 | 965:6 966:10 | 952:16,16 993:20 |
| 1037:18 1101:5 | **assigning** 1112:18 | 1113:20,21 | 994:18 996:21 | 997:8,11 1071:3 |
| 1118:8 1126:4 | 1113:14 1131:5 | 1118:9,10 | 1004:13 1030:7 | 1071:3 1095:16 |
| 1130:21 1131:4 | 1139:19 | **Astra** 907:9 | 1032:21 1037:3 | 1095:18 1096:21 |
| 1132:20 1140:22 | **assimilate** 1019:7 | 1108:13,16 | 1059:17 1063:8 | 1096:22 1097:4,9 |
| 1142:11,14 | **assimilated** 977:7 | 1110:13 1122:14 | 1074:10 1092:13 | 1097:22 1098:14 |
| **ASP** 930:2 934:14 | **associated** 1005:6 | 1129:19 1130:3 | 1092:14 1120:14 | 1098:14 1103:5 |
| 934:19 944:3 | 1049:12 1110:19 | 1130:16 1131:7 | **attorney** 1168:11 | 1104:4 1106:7 |
| 968:4,17,20,22 | **association** | 1132:17 1138:15 | 1168:14 | 1110:16 1133:7 |
| 969:5 970:19 | 1128:18 | 1140:2,15 1141:1 | **attract** 993:17 | 1139:15 1140:10 |
| 981:9 985:8 | **assume** 950:4,9 | 1144:15,19 | **attracting** 979:19 | 1144:3 1148:13 |
| 988:16 992:15 | 953:9 968:12 | 1145:16 1146:10 | 1074:10 | 1151:12,12,15 |
| 993:19 1044:20 | 980:11 1008:11 | 1147:5 1156:5 | **attractive** 1048:20 | 1152:20 1153:2 |

| | | | | |
|---|---|---|---|---|
| 1153:17 1154:8 | 992:15 993:11,13 | **AWPs** 932:8 968:9 | 1019:14 1025:17 | 1116:2 1117:18 |
| 1155:10 | 993:13,17 | 1067:20 1070:4 | 1028:4 1034:1 | 1119:1 1121:3,7 |
| **averaged** 1155:11 | 1005:11 1007:14 | 1074:8 1080:8 | 1051:3,4 1053:13 | 1121:19 1123:14 |
| **avoid** 948:1 1006:6 | 1008:15 1011:14 | 1082:13,17 | 1057:1 1058:12 | 1124:8 1134:16 |
| 1016:13 1022:8 | 1011:16 1019:3 | 1094:15 1100:8 | 1070:9 1086:16 | 1141:3,4 1164:6 |
| 1023:15 1163:2 | 1030:18,20 | 1101:8 1110:19 | 1103:22 1104:10 | **basic** 981:22,22 |
| **avoiding** 1081:12 | 1031:1,20 1035:6 | 1141:12,19 | 1105:20 1117:12 | 1053:19 1056:13 |
| **aware** 915:4 | 1035:10,12 | 1143:12 1146:13 | 1152:4,6 1156:3 | 1115:17 |
| 931:20 932:9,12 | 1038:10,10 | 1146:15 | **background** | **basically** 991:14 |
| 932:18 933:16 | 1039:12,14 | **AWP-based** | 1061:11 | 1008:20 1009:19 |
| 935:4,5 938:15 | 1040:5 1044:19 | 922:12 | **BACON** 908:3 | 1081:22 |
| 939:21 940:4 | 1045:3,6,9 | **AZ** 1109:22 | **Balanced** 923:21 | **basing** 921:3 |
| 973:22 977:16 | 1046:10,20 | 1160:15 1161:14 | 925:6 930:17,20 | **basis** 915:3 937:18 |
| 978:2 979:8 | 1047:4,15 1048:5 | **A-1** 1108:19 | 931:21 | 938:2 972:4 |
| 992:20 995:2,4 | 1048:6,7,12 | 1109:21 | **bargaining** 1046:2 | 1031:1,12 |
| 998:21 1000:21 | 1049:3,5 1060:20 | **A-2-B** 1101:18,21 | 1047:9 | 1049:19 1050:11 |
| 1002:2,21 1006:1 | 1061:5,16,18 | **A-6** 1102:10 | **Barron's** 976:12 | 1053:18 1083:13 |
| 1013:6,6 1026:11 | 1062:10,13,20 | **a.m** 905:22 | **base** 943:5 1081:14 | 1090:5 1095:3 |
| 1064:1,4,15,19,22 | 1063:17 1068:14 | | 1089:20 1094:2,4 | 1100:20 1115:1,3 |
| 1091:7 1129:18 | 1069:6,21 1071:1 | **B** | **based** 914:16 915:3 | 1115:12 1120:2 |
| 1157:1 1164:18 | 1071:4,10 1073:3 | **B** 911:9 912:9 | 917:14,20 918:19 | 1122:3 1127:21 |
| **awareness** 935:3,7 | 1073:22 1074:4 | 913:1 1008:6 | 918:20 921:10 | 1132:5 1133:18 |
| 936:10 940:16 | 1074:14,17 | 1049:14,15,19 | 923:6 933:1 | 1134:16 1136:4 |
| 944:1 972:21,22 | 1075:7,10,16 | 1068:9 1071:14 | 939:3 941:4,8 | 1140:9 1146:12 |
| **AWP** 914:21 | 1076:6,16 1077:4 | 1071:20 1073:1 | 943:15,21 944:13 | 1150:18 1151:17 |
| 918:11 928:12 | 1078:21 1080:5 | 1096:5 1114:3,14 | 945:12,17 946:1 | **bat** 1093:11 |
| 929:15,22 930:3 | 1081:5 1082:2,5 | 1114:16,20,21 | 951:21 952:16,17 | **Bates** 911:4 915:10 |
| 930:4,18 931:6,6 | 1082:6,8,9 | 1115:15 1117:10 | 952:21 963:4 | 915:13 919:8 |
| 931:20 932:1 | 1083:11 1084:2 | 1117:19 1118:3,6 | 966:16,18 968:5 | 927:8 |
| 933:1,13 934:14 | 1084:13,15,17,22 | 1118:13,18 | 968:6,8 973:11 | **Beaderstadt** 913:3 |
| 934:16,17,19 | 1085:1,12 1086:7 | 1127:7,10 1128:8 | 987:3 1001:16 | 1030:2,5 1031:16 |
| 935:18 944:3 | 1086:21 1095:18 | 1128:12,17,18 | 1019:1 1031:11 | 1034:11 |
| 952:8,12,21 | 1095:20,21 | 1132:9,11 1135:6 | 1037:20 1038:14 | **bear** 1005:12 |
| 957:2 964:3 | 1100:20 1113:9 | 1136:8,10,12 | 1038:15 1071:9 | 1038:18 1042:2,7 |
| 967:9,10,12,13,16 | 1134:20 1139:10 | **back** 917:16 918:10 | 1076:22 1082:1,5 | 1042:8,9,16 |
| 967:17,18,21 | 1140:9 1142:3,20 | 929:13,19 932:16 | 1083:8,13,18,19 | 1137:9 |
| 968:1,2,5,12,20 | 1143:1,2 1144:11 | 934:22 938:22 | 1083:22 1084:13 | **becoming** 932:22 |
| 968:21 969:21 | 1144:14,21 | 961:1 963:1 | 1084:15,16 | 934:16 1005:20 |
| 970:7,18 971:1 | 1145:18,20,21,21 | 987:17 988:21 | 1085:12,20 | 1160:14 |
| 971:18 981:9 | 1145:22 1146:22 | 993:3,4 1001:19 | 1086:7 1088:6,20 | **began** 991:6 |
| 985:9 988:7 | 1147:12,17 | 1009:9 1010:7 | 1089:4 1090:20 | 1073:21 1158:10 |
| 990:5,15 991:22 | 1148:18 1160:6 | 1011:10,11,12 | 1091:1 1097:11 | **beginning** 933:9 |
| | | 1017:16 1018:1 | | |

956:15 958:10 971:15 975:6 1009:18 1030:8 1030:13 1037:5 1037:12 1044:4 1059:22 1108:6 1109:11 1111:3 1112:19
**behalf** 905:13
**behavior** 934:22 935:1 936:13,17 937:4 945:19 947:17 949:21 973:2 985:11 998:10 1003:9 1063:20,21 1094:13 1095:2 1098:14 1099:1 1147:21 1151:2 1158:5
**behavioral** 956:12 977:13
**behaviors** 947:3
**believe** 938:14 945:1 1005:16 1023:4 1044:9 1144:6
**believed** 938:12
**BELKNAP** 908:13
**belongs** 1133:13
**benchmark** 943:4 1031:1,20 1039:13 1045:1 1067:16,17 1075:7 1082:6 1144:22
**benchmarks** 943:22
**beneficiary** 1101:19,21 1114:17
**benefit** 959:13

**benefits** 1069:22
**Berman** 906:3 1120:18
**Berndt** 912:21 958:18 959:13 960:4,10 965:9 966:1,9,12 986:12 996:4,14 996:19,22 997:19 998:6 999:4 1001:6,9 1013:6 1027:16 1028:4
**Berndt's** 960:3 966:21 995:10,19 996:18
**best** 939:22 940:2,8 954:2 1014:10 1017:7 1106:3 1109:16 1122:5 1122:11,11 1124:7 1129:7 1160:1
**bet** 1109:17
**better** 994:4 1032:8 1071:17 1074:1 1074:17 1091:1 1103:3 1106:8 1123:11,12
**bias** 1163:3
**biased** 1163:5
**bid** 1028:11
**big** 1098:20
**bigger** 969:3
**biggest** 1034:4,9
**bill** 930:6 931:7 998:18 1082:11 1085:11 1089:5 1160:9
**billed** 1084:12,13 1084:21,22 1107:3 1128:5,6
**billing** 922:5

1079:21 1082:9 1082:12,13 1134:21
**billings** 1134:15
**bills** 1107:6
**bioequivalency** 1001:15
**bit** 917:22 978:5 987:6 1037:7 1097:4 1103:19 1104:21 1151:13 1151:14
**blame** 946:11,16
**Bliley** 919:7
**Blue** 916:5,5,12,13 959:5,5 1004:10 1004:10 1016:14 1016:14,16,16 1018:5,6,9,9,10 1018:10 1019:5,5 1020:15 1032:14 1032:17,18 1056:15,15 1057:11,11 1079:13,13 1086:11,11,13,13 1086:17,17
**BMS** 989:15,17 1018:7,8 1019:13 1019:18 1023:8 1101:19,21 1102:1 1106:3,5
**boatload** 1098:13
**BOCKIUS** 909:11
**body** 998:8
**bold** 934:11
**borne** 1022:2
**boss** 1033:12,18
**Boston** 905:20 907:14 911:19
**bottom** 1063:9
**Boulevard** 908:6

**bouncing** 1103:4 1104:10
**bound** 963:5
**boxes** 1111:16
**brand** 964:1 969:5 997:5,8 1004:22 1005:5 1009:21 1012:19 1150:20 1150:20
**branded** 967:13,17 1001:14 1006:15
**Brattle** 911:10,11
**break** 974:22 1036:16,22 1042:21 1107:16 1107:22
**breakout** 1124:3 1124:19
**bright** 1067:3
**bring** 1045:21
**bringing** 976:11
**Bristol-Myers** 906:22
**broad** 937:1 955:19 1126:13 1148:7
**broader** 1078:6
**broadly** 957:22 987:1
**brought** 1040:7 1059:4 1107:2 1137:9
**btye@brattle.com** 911:13
**bucket** 1118:19,19 1119:6,6
**bucks** 1073:5
**Budget** 923:21 925:6 930:17,20 931:22
**build** 1089:11
**built** 954:16 1026:19 1138:6

**bulk** 942:19 1097:2
**bullet** 1063:9
**bunch** 1152:12
**burden** 980:13
**burdens** 953:16
**bureaucracy** 941:1
**BURLING** 910:13
**business** 1031:17 1034:13,15 1067:9 1144:7,7 1144:10
**but-for** 981:20 1050:14 1053:6 1053:15 1061:7 1062:20 1063:15 1078:14 1099:17 1099:19 1100:2,5 1100:18,20 1101:3,4
**buy** 1068:19 1069:13 1075:20 1076:3 1152:13
**buyer** 1026:12,14 1026:15,22
**buying** 1069:20 1073:14 1152:11 1152:12
**buys** 1015:8 1026:21
**B's** 1068:19

---
**C**

**C** 905:11 1156:9
**CA** 909:6
**cabinet** 919:22
**calculate** 1030:21 1100:13 1113:1 1162:3
**calculated** 1008:13 1008:14 1097:19 1111:9 1114:5 1140:8,17 1156:18

| | | | | |
|---|---|---|---|---|
| **calculating** 1008:6 1114:11 | 916:20 **carriers** 914:15 **carved** 998:12 **case** 910:9 922:13 925:18 944:9 948:22 955:5 961:7 970:21 979:4 980:14 990:12,15 994:13 994:14,14 1015:10 1032:6 1052:16 1056:14 1058:5,14,17,18 1058:20 1066:5 1073:8,18 1078:3 1095:19,20 1106:17 1115:21 1121:7,19 1130:15 1138:5 1139:13,20 1141:13,19 1143:10 1150:10 1150:20 1157:18 1161:6,18 1164:12 1165:2 **cases** 932:3,11 939:5 951:16 1035:21 1079:19 1119:20 1163:4 **case-by-case** 915:2 **Cassette** 975:6 1043:2 1044:4 1108:3,6 1167:4 **catalog** 1145:6 1148:8 **categories** 1091:15 1118:16 **category** 991:21 992:5 1093:19 1129:22 **causation** 937:19 **cause** 970:22 | 1030:3 1071:18 1142:13 1144:12 1166:1 **Center** 913:11 1092:9,11 **cert** 1078:19 **certain** 946:19 947:2,3 978:7 984:3 985:1 992:12 1006:15 1027:9,15 1029:14 1041:11 1047:2 1048:9 1052:21 1053:13 1054:1,17 1067:20 1081:17 1090:17,18 1115:7 1118:5 1165:17 **certainly** 925:18 932:3,5 941:13 942:19 943:13 946:4 952:15 953:21 969:10 971:11,20 986:1 998:7 999:19,22 1013:9 1021:7 1024:4 1028:18 1028:22 1029:7 1031:19 1040:3 1054:3 1055:18 1056:14 1064:7 1066:5 1078:5 1092:4 1110:10 1117:2 1128:15 1138:17 1141:14 1157:11,21 1160:7 1162:12 **Certified** 905:16,17 **certify** 1168:4,11 **CFR** 920:15 921:13 929:7,17,17 | 930:8 946:10 **CFRs** 923:7 **chain** 1036:19 1135:21 **chair** 1036:20 1107:13 **chairman** 919:7 **challenging** 1085:13 **chance** 1122:17 **change** 918:12,13 918:15 936:13,15 936:17 946:13 955:3 956:12 958:6,15 978:7 978:14 979:1,2,4 980:1 1003:16 1006:22 1021:20 1039:18 1055:20 1057:12 1058:5,6 1060:19 1061:3 1062:4 1063:19 1145:2,21,21 1147:16 1148:21 **changed** 939:20 1003:19 1054:14 1106:18 **changes** 935:8 954:4,4,20 955:22 973:2 977:14,14 978:15 1065:16,18 1146:2,3,16 1148:6,7,9 **changing** 974:2 985:7 1012:5 1061:13 1071:1 1146:22 1147:19 1148:3 1149:12 **channels** 1165:5 **chapter** 941:18 1078:4,5 | **characteristics** 992:8 1045:14 **characterization** 1029:9 **characterizations** 1013:7 **characterize** 958:22 1029:15 1035:15 1039:15 **characterized** 966:2 976:20,22 976:22 1067:15 1075:6 **characterizing** 960:12 1098:13 **charge** 924:1 925:10 926:9 930:6 1019:13 1083:14,20 1084:13 1085:12 1153:5 **charged** 925:19 926:1 931:7 944:15 **charges** 1083:9,11 1089:5 **charge-back** 1021:8 **charge-backs** 1149:12 **charitable** 1144:6,8 **chart** 976:3 **charts** 1044:8 1078:20 **check** 989:19 1120:6 1126:7 **chemo** 1093:9 **chemotherapy** 962:3 **Chicago** 910:6 962:21 1034:20 **choice** 935:15 |
| **calculation** 967:10 1007:17,19 1015:13,17 1016:4 1017:3 1018:14,16 1019:17 1021:4 1082:1 1094:3,4 1100:16 1109:6 1140:17 1160:21 | | | | |
| **calculations** 1089:4 1089:11 1109:19 1118:4 1132:18 1132:19 1154:21 1161:17 | | | | |
| **California** 909:5 1020:2 | | | | |
| **call** 1050:7 1095:5 1148:18 | | | | |
| **called** 905:13 1092:8 | | | | |
| **calling** 1072:17 1151:22 | | | | |
| **calls** 928:17 | | | | |
| **Cambridge** 906:7 911:12 | | | | |
| **capitated** 1082:19 1082:21 1083:2 1089:4 | | | | |
| **capture** 991:20 992:13 | | | | |
| **care** 932:6 936:10 958:19 960:17 974:16,17 980:17 999:10 1074:9,13 1091:20 1129:4 | | | | |
| **careful** 1163:7 | | | | |
| **carefully** 1107:8 1163:2 | | | | |
| **carried** 1016:22 | | | | |
| **carrier** 916:17,17 | | | | |

| | | | | |
|---|---|---|---|---|
| 1088:6 | 1080:5,11 1082:8 | 951:22 1035:2 | come 946:17 | company 1018:5 |
| choose 958:2 | 1082:15,17 | 1066:14 1127:11 | 971:11 972:15 | 1032:17,18 |
| chose 1166:5,8,15 | 1083:13 1084:1,9 | 1159:6,7 | 984:14 1012:20 | 1033:19 1144:15 |
| chosen 1161:21 | 1086:15 1134:15 | client 1018:7 | 1033:10 1034:1 | comparator 962:18 |
| Christopher 913:5 | Clarendon 911:18 | 1129:19 1130:22 | 1035:22 1056:9 | 969:19 970:5 |
| 1032:11,12 | clarify 1111:14 | 1145:16 | 1082:15 1085:4 | 985:2 987:7,10 |
| CIGNA 960:15 | 1117:13 | clients 1107:11 | 1097:15 1104:9 | 988:18 989:9,22 |
| 1019:21 1020:1,3 | class 956:16,17 | clinics 1015:18 | 1124:7 1128:16 | 993:6 1012:7 |
| 1020:4 | 971:15,16 | Clinton 919:22 | comes 937:3 | 1163:12 |
| circumstance | 1004:11 1014:6 | Closaril 990:9 | 1072:22 1085:10 | comparators |
| 1008:21 | 1017:16 1021:6 | close 965:21 972:22 | coming 946:17 | 992:10 |
| circumstances | 1021:11 1047:21 | 1038:9 1090:21 | 972:20,20 979:8 | compare 1056:8 |
| 1001:17 1066:3 | 1078:19 1087:8,8 | 1107:10 | 1103:21 | 1134:6 |
| 1070:14 | 1089:16,17 | closely 983:1,7 | commencing | compared 1037:15 |
| citation 960:4 | 1090:16 1093:17 | 1054:9 1064:12 | 905:22 | 1045:11 1140:4 |
| 1116:11 | 1109:2 1112:7,8 | 1080:6 1117:3,7 | comment 1015:2 | Comparing 912:14 |
| citations 932:21 | 1112:8 1113:22 | 1135:1 | Commerce 919:7 | 950:16,21 |
| 960:1 961:1 | 1114:1 1139:1 | CMS 940:3,21 | commercial 928:13 | comparison 937:20 |
| 982:2,15 1002:13 | 1145:17 1146:11 | code 1019:14,16,21 | 928:15 | 938:3 951:13 |
| 1010:16 | 1147:6 1149:19 | 1023:7 1082:22 | commission 982:10 | 968:20 969:4 |
| cite 923:18 934:10 | 1150:2 1155:15 | 1134:12 | 1168:22 | 992:19 1155:8 |
| 959:19 982:12 | classes 944:9 | codes 1014:12 | commit 945:12 | compete 988:6,6 |
| 999:4 1002:1 | 998:12 1014:12 | 1063:12 1082:12 | commitment | 989:11 990:13 |
| 1040:11 1052:9 | 1082:22 1089:16 | 1115:20 1117:4,4 | 1164:4 | 994:4 1066:22 |
| 1058:22 1059:3,5 | 1093:22 1096:10 | 1117:5,7 1118:12 | Committee 919:8 | 1067:1,8,13,21 |
| 1122:18 1128:21 | 1109:9 1165:6 | coding 1079:4 | committing 1164:4 | 1069:4 1075:14 |
| cited 920:16 922:14 | classification | 1080:3 1093:11 | 1164:5 | 1077:7 1141:20 |
| 924:6 932:4 | 1084:20 | cognitive 1038:21 | common 981:16 | 1142:18,21,22 |
| 959:21 962:22 | classified 1017:5 | cognizance 958:4 | 982:1 984:6 | 1158:19 |
| 980:7 981:17 | 1084:10 1118:12 | coin 1099:12 | 1003:13,21 | competed 1101:7 |
| 985:17,18,19 | Clayton 909:12 | coinsurance | 1009:20 | competes 1067:19 |
| 986:2,8 1158:15 | clear 931:2 932:22 | 1064:7,9,13 | Commonwealth | competing 1068:4 |
| cites 960:9 1052:10 | 934:15 936:5 | 1065:10 1087:16 | 905:19 1168:1,4 | 1075:15 1077:6 |
| citing 962:20 | 944:12 955:17,18 | colleagues 1123:3 | 1168:21 | 1142:12 |
| City 908:7 1047:20 | 959:11 964:7 | collected 1087:4 | communicate | competition 969:22 |
| 1079:13 1086:18 | 967:14,16 979:3 | collection 918:6 | 1145:13 | 970:1,2 971:8,11 |
| Civil 905:15 | 1022:4 1039:16 | 1087:1 1089:6 | communicated | 972:1,5,13,17 |
| claim 1049:11 | 1051:20 1057:19 | Colleen 906:16 | 1022:4 | 973:11 988:9 |
| 1117:11 | 1058:1 1085:1 | colloquy 961:22 | community 925:15 | 989:12 990:17 |
| claiming 1064:21 | 1114:10 1157:22 | Collora 905:20 | companies 949:12 | 991:8,14,20 |
| claims 1016:1 | 1159:12,14 | column 964:15 | 949:17 987:19 | 992:6,10,11,21 |
| 1046:19 1064:8 | clearly 939:11 | 1077:18 | 988:15 | 993:9 994:8,9,12 |

994:16 995:5
998:22 999:7
1000:22 1001:2
1001:22 1002:3
1002:21 1004:21
1005:1,7,22
1006:16 1009:22
1012:13 1013:11
1015:6 1026:17
1027:15 1028:10
1028:13,18,19
1029:12,17
1069:8,11 1070:1
1070:1 1100:8
1101:6 1104:18
1105:7,11,14,16
1105:18,21
1106:9 1142:5,9
1157:8
**competitive** 978:19
1026:13,15,16
1027:1,9,11,12,14
1027:20 1036:6
1071:13 1077:8
**competitively**
1026:17 1160:2
**competitor**
1070:20 1137:14
1157:1,5,14
**competitors**
1035:17 1158:1
**complaint** 1018:1
1124:22
**complete** 995:22
1161:3
**completeness** 935:5
**component** 973:16
973:18 974:5
**comports** 1082:9
**comprehensive**
1125:2 1161:8
**computer** 927:22

928:4 947:9
**conceptual** 1132:2
1132:4,20
1139:18 1140:6
1140:19
**conceptually**
1140:1,4
**concern** 1074:7
1159:6
**concerned** 979:20
979:21
**concerning** 931:22
**concerns** 929:22
1011:15
**conclude** 944:8
973:10 1027:18
**concluded** 969:14
1027:17 1078:16
**conclusion** 923:12
1024:16 1025:16
1025:17 1028:9
**conclusions** 995:20
**concomitant**
957:17
**concur** 965:9
**Conditional**
1113:16
**conditioned** 1029:7
**conditions** 945:10
1148:22 1149:1
**conduct** 945:4,21
946:2,4 1007:20
**conducted** 914:19
1066:4 1166:12
**confidence** 983:16
984:3
**confirm** 1090:3
1109:1 1118:11
**Congress** 922:17
923:3,7,20 924:8
924:14 926:4
929:5,9,18

930:16 931:9
932:17 933:5
945:22 946:12
948:5 958:9
**congressional**
921:16 972:18
**Congressman**
927:7
**Connecticut**
909:18 910:9
**connection** 1160:3
**conscious** 1166:9
**conservatism**
1089:10
**conservative**
1016:13 1085:5
**consider** 926:13
989:13 1026:2
1034:4,4,5
1063:11 1131:6
1132:3 1144:18
1145:14 1146:8
1162:9,17
**considerable** 997:3
997:21
**considerably** 997:8
997:11 1079:16
1125:9
**consideration**
1034:9 1130:14
1140:18
**considered** 950:1
954:9 1014:5
1025:10,21
1031:15 1056:17
1057:3 1065:4,20
1078:13 1142:14
1145:18 1146:15
1146:15 1147:20
1161:5,16 1165:1
**consistent** 916:12
943:9 976:15

1002:10 1018:2
**consistently**
1091:19
**consolidated**
972:21
**constant** 934:19
1074:3 1148:4
**constraints** 978:20
**consultants** 990:21
**consumer** 983:16
984:2 1149:17
**consumers** 977:22
1029:2 1070:2
1154:1 1162:12
**containment**
1074:9
**context** 936:7
961:18 986:6
989:6 996:22
998:5 1010:7
1011:22 1016:12
1022:3 1024:3
1029:11 1040:10
1062:13 1069:6
1070:5 1078:7,11
1078:15 1080:18
1085:1 1101:14
1109:8 1127:15
1132:12 1157:20
**contexts** 966:14
981:21 1069:9
**contextually**
1012:2
**continually**
1165:13
**continuation** 914:2
**continue** 955:10
958:2 1054:19
1062:21
**continued** 905:12
907:1,22 908:1
908:22 909:1,22

910:1,22 913:1
922:11 930:6
**continues** 977:11
**contours** 1005:19
**contract** 1021:19
1044:15 1083:18
1149:10,16
1162:13 1163:10
1163:20 1164:5
**contracted** 943:7
943:15 952:6
1051:17
**contracting** 957:2
**contracts** 977:3
984:17,18 996:1
1082:5,19,21
1083:2,8 1086:8
1089:4,4,5
1100:4 1162:7
**contractual** 1009:7
1162:18
**contradicts** 980:22
**contrary** 1002:16
1008:11
**control** 932:6
1137:11 1168:9
**controlling** 931:19
**Cont'd** 912:5
**convergence**
1081:5
**conversations**
1124:17,18
**convince** 1068:18
**copay** 1064:14
1065:5,6,8
1087:4 1088:14
**copayment** 1087:2
1087:9,10,20,21
1088:2,11 1089:6
1089:7
**copayments** 1079:3
**copays** 1064:2,11

copies 1120:13
copy 915:8 919:6
  975:9 1023:2
  1030:1 1032:10
  1092:8
Corp 907:9
Corporation
  907:17 909:17
correct 916:3 920:2
  920:5,6 921:6
  924:20 925:11
  926:18 932:13
  933:12,17 935:13
  937:21 938:1,4,5
  938:10,16 939:22
  940:5 941:9,12
  951:14,15,18,19
  952:8 953:3
  956:3,9 959:8
  962:9,10 965:3
  967:1,9,10
  968:17,18 969:1
  976:4,5,9 984:19
  987:14 992:22
  1000:17 1003:14
  1005:3,9,10,13,13
  1007:3,22 1009:3
  1014:2,16 1015:6
  1015:14 1016:6
  1017:3,14,20
  1018:16 1020:16
  1021:6 1022:21
  1025:4 1027:1
  1030:22 1032:6
  1038:12 1041:17
  1042:17 1048:10
  1048:17,18
  1060:21 1061:5
  1062:5 1065:8
  1068:5,15
  1069:17 1071:16
  1071:21 1072:7

  1077:12 1079:5,8
  1079:16 1081:15
  1082:2,3,19
  1083:2,9,21
  1084:13 1085:14
  1086:5 1087:2,9
  1088:2 1089:18
  1089:19 1093:4
  1094:3,12
  1095:11 1096:11
  1097:13 1098:1
  1100:17 1102:2
  1106:13 1111:7
  1111:11 1112:1,3
  1112:8,12
  1113:19 1114:14
  1114:21 1115:16
  1117:17,20
  1118:6,20,21
  1119:2,3 1120:20
  1123:1 1124:20
  1135:13,15
  1138:1,13 1139:4
  1139:20 1140:7
  1140:19 1141:11
  1141:22 1148:20
  1149:4 1154:15
  1156:21 1157:6
  1157:10 1162:10
  1162:20 1163:11
correcting 926:22
corrections
  1089:12
correctly 1117:15
  1163:8
corresponding
  1115:13 1116:21
cost 920:8 921:5,11
  921:20 922:3,5,6
  924:2 930:7
  931:8 946:2
  952:17 963:13

  964:1 1005:13
  1012:20 1024:5
  1032:2 1037:15
  1053:22 1054:1
  1055:8 1062:2,18
  1067:22 1071:10
  1074:8,9 1075:3
  1075:13,21
  1076:1,14 1077:1
  1095:17 1148:19
  1150:10,11,13,15
  1152:3
costing 952:22
  953:1
costs 920:11 921:2
  922:4 932:6
  962:3 974:8
  999:10,11,12,13
  1006:18 1009:20
  1019:3 1022:1
  1026:14 1031:13
  1038:2,15 1056:1
  1056:6 1060:15
  1061:18 1068:2
  1074:13 1077:20
  1147:14,15
  1148:5,9,14
counsel 926:13,20
  1032:6 1106:17
  1112:22 1120:17
  1168:12
counseling 1038:22
count 961:1
countervailing
  1039:10
countless 959:9
country 977:18
  1091:12
couple 999:16
  1111:13 1159:19
course 1139:21
  1144:17 1154:5,8

court 905:1 960:6,8
  960:9 998:11
  1011:5 1109:1
coverage 1119:16
covered 1064:9
  1086:20
COVINGTON
  910:13
co-counsel 1107:13
CRA 911:16
crafted 1013:1
crazy 1074:13,17
create 932:1
  933:11 943:4
  1017:13
created 982:16
creates 1076:18
credit 1100:10
criteria 988:4
  989:11 1115:9
  1116:16 1117:8
  1133:17
cross 916:5,12
  937:1 959:5
  979:18 1004:10
  1016:14,16
  1018:6,9,10
  1019:5 1032:15
  1032:17,18
  1055:14 1056:15
  1057:11 1079:13
  1086:11,13,17
  1126:13
cross-elasticities
  1069:2
CRR 1168:20
crucial 1069:7
culminating 933:2
current 1079:2
  1081:13
currently 928:8
  1060:18

curve 1045:15,16
  1046:10 1077:5,6
customary 1083:8
  1083:10,14,20
  1084:10
customer 1014:11
  1019:14,16,21
  1023:7 1068:19
  1150:22
customers 1148:1
  1148:20 1149:3,6
  1149:9 1152:14
  1152:21
customer's 1067:9
cut 1120:7
Cyclophos 965:20
  965:20
Cyclophosphami...
  964:18

───────────
       D
───────────
D 905:11 912:1
Dakota 916:6,13
damage 985:16
  1013:22 1015:13
  1015:16 1016:3
  1017:3 1018:15
  1019:17 1021:4
  1081:14 1083:1
  1083:21 1088:13
  1089:3 1094:2,4
  1099:22 1100:16
  1118:4 1140:7
damages 944:8
  1007:17 1008:6,9
  1008:13,18
  1014:8 1078:18
  1082:1 1084:19
  1094:11 1095:10
  1096:9 1097:5,11
  1097:18 1098:21
  1100:2,12,16
  1101:9,19,21

| | | | | |
|---|---|---|---|---|
| 1102:19 1103:8 | 1126:16 1127:4,6 | 1142:6 | 1011:22 1069:20 | delivering 1046:5 |
| 1103:11,15,20 | 1139:5 1157:20 | debates 929:19 | 1132:1 1134:6 | demand 1069:1,2 |
| 1104:19 1109:3,5 | 1158:20 1160:21 | Debus 915:9 | 1137:12 | 1077:5,5 1148:9 |
| 1109:7,10 1110:1 | 1161:4,7,11,20,21 | decade 999:14 | declaration 918:15 | 1153:11 |
| 1111:20 1112:9 | 1162:1 1163:17 | decades 1126:2 | 919:2 922:14 | demands 1148:6 |
| 1112:18 1113:1,8 | 1164:9,15,16,21 | deceived 935:12,16 | 934:10 944:22 | demonstrate |
| 1113:14,22 | 1165:1,3,7,9,11 | 936:12,12,19 | 962:19 985:20,22 | 959:10 1031:19 |
| 1114:12 1116:22 | 1165:12,17,18,19 | 937:12 938:8 | 986:19 987:20 | demonstrated |
| 1117:18 1131:5 | 1166:1,1,3,5,5,16 | 977:10,10 | 994:19 1015:15 | 970:4 |
| 1139:19 | 1166:19 | December 934:9 | 1022:13 1088:9 | demonstrates |
| Darlene 915:9 | database 1019:14 | 975:11 1093:22 | 1101:15 1108:15 | 1026:12 1086:3 |
| data 918:6,9 | 1161:16 | 1101:2 1110:5,12 | 1110:12 1112:21 | demonstration |
| 939:18 966:15 | date 927:13 952:10 | 1111:13,20 | 1114:7 1115:11 | 1099:2 |
| 973:22 987:21 | 1105:1 1106:21 | 1112:3 1114:7 | 1119:22 1141:9 | DeParle 927:6,20 |
| 988:1,3,14,18,20 | 1107:4 | 1115:10 1119:21 | declarations | 928:7 930:14,14 |
| 988:21 989:3,5,6 | dated 916:3 919:8 | 1156:4,9 | 922:15 961:2 | Department |
| 989:15,18 991:8 | 927:7 939:13 | deception 935:16 | decline 1104:1 | 912:16 950:17,22 |
| 991:9 998:15 | 975:11 | 936:1 1029:18 | Deere 1030:18 | 1074:21 1143:3 |
| 999:22 1014:13 | David 906:5 913:8 | DECHERT 909:3 | defeat 955:4 | departure 991:2 |
| 1017:8 1021:8 | 1036:13 | decide 1032:22 | Defendant 906:22 | depending 968:9 |
| 1029:20 1033:19 | Davis 907:3 | 1033:14 1047:2 | 907:9,17 908:11 | 982:8 1009:21 |
| 1035:3 1045:13 | 1108:13 | 1077:7 | 908:19 910:9 | 1013:11 1064:11 |
| 1079:12 1080:9 | Dawn 1145:7 | decided 915:1 | Defendants 905:14 | depends 1069:1,2 |
| 1080:12,14,21 | day 936:21,22 | 931:10 979:13,15 | 970:2 980:14 | 1154:1,3 |
| 1081:14,17 | 937:7,7 1141:18 | 979:17 980:1 | 987:16 989:7 | depicting 976:3 |
| 1083:6 1085:7,20 | 1167:14 1168:5 | 1056:18 1057:3 | 1023:19 1078:19 | depicts 980:19 |
| 1086:2 1088:17 | 1168:17 | 1057:12 1141:2 | 1079:18 1080:12 | deponent 1003:5 |
| 1088:18,20,22 | days 928:1 | decides 1001:18 | 1082:10 1085:11 | 1168:5,7 |
| 1091:4,22 1092:6 | day-to-day 940:22 | deciding 1061:13 | 1092:3 1102:4 | deponents 1055:4 |
| 1093:21 1101:14 | DC 909:14 910:16 | 1133:1 | 1106:13 1125:1,8 | deposition 905:12 |
| 1102:1,3,9,12,14 | de 1085:8 | decision 948:8 | 1165:13,20 | 913:3,5,7,9 914:3 |
| 1103:4 1104:1 | deaf 1107:19 | 958:14 978:3 | Defendant's | 915:8 937:18 |
| 1106:4,5,13,14 | deal 940:13 974:13 | 1001:8,20 1009:1 | 1014:13 | 957:17 961:8,9 |
| 1110:15,18 | 1000:8 1102:4 | 1017:15 1022:8 | defense 1079:18 | 961:20 962:5 |
| 1113:17,19 | 1125:18,19,20 | 1034:1,2 1066:19 | defer 926:20 | 975:6 987:8 |
| 1115:6,6,14 | dealing 1090:1 | 1082:15 1084:18 | 1088:8 | 996:11 1004:9,13 |
| 1116:2,3,10 | 1098:11 | 1104:9 1105:3 | definition 1017:16 | 1009:10,13 |
| 1118:11 1119:9 | deals 941:14 | 1113:13 1137:20 | 1017:19 | 1030:1,5 1032:10 |
| 1119:10,15,20,22 | 1014:3,4 1109:22 | 1159:3 1166:10 | definitive 1024:8 | 1032:12 1034:12 |
| 1120:1,5 1121:2 | 1158:9 | decisions 946:8,9 | definitively 924:20 | 1036:11,13 |
| 1122:11 1125:1,5 | dealt 950:7 955:21 | 948:19 971:19 | delighted 926:12 | 1037:3 1043:3 |
| 1125:7 1126:6,11 | 999:19 1135:1 | 974:2 1006:11 | 1091:22 | 1044:5 1057:17 |

| | | | | |
|---|---|---|---|---|
| 1059:7,9,11,18 | 1038:13 1064:16 | 1145:5 1146:19 | 1029:4 1077:11 | 1029:17 |
| 1060:9,11 1063:1 | 1115:4 1146:11 | 1154:10 | 1082:1 1096:9 | **distinguish** 1011:8 |
| 1106:15 1108:6 | **determines** 1133:5 | **differs** 1042:6 | 1097:11 1140:11 | **distribution** 950:6 |
| 1122:13 1124:10 | 1133:6 | **difficult** 945:5,6 | 1140:12 1153:14 | 952:18 1045:8 |
| 1125:7 1167:3,5 | **determining** 981:8 | 986:10 | 1153:16,21 | 1046:13 1047:1,5 |
| 1168:10,13 | 983:11 | **difficulty** 958:1 | 1154:4 | 1047:6,12 1098:5 |
| **depositions** 961:5 | **develop** 984:4 | **diffuse** 1164:6 | **discovery** 959:9 | 1129:22 1135:4 |
| 1002:14 1057:10 | 1098:4 | **diffused** 978:17 | 1051:19 1160:13 | 1135:21 1151:15 |
| **describe** 933:22 | **developed** 984:7 | **digging** 1052:3 | **discuss** 982:12 | 1152:21 1154:18 |
| **described** 944:20 | 1132:8 1133:2 | **diminished** | 1079:7,11 1102:7 | 1155:7,9 |
| 954:18 | **developing** 921:2 | 1029:13 1079:16 | 1112:20 | **distributor** 1076:9 |
| **describes** 960:11 | 964:6 1134:2 | **diminishing** 1144:1 | **discussed** 925:6 | **DISTRICT** 905:1,2 |
| 1031:16 1119:22 | **deviated** 1146:6 | **direct** 914:7 938:22 | 934:20 972:16 | **division** 1024:20 |
| **describing** 948:11 | **deviation** 1145:20 | 957:14 994:18 | 1094:5 1114:7 | 1024:21 1119:5 |
| 948:12,13 | **deviations** 1005:21 | 996:21 1004:12 | 1119:20 1123:7 | 1137:19 |
| 1034:12 | **diagnosis** 1119:13 | 1017:10,19 | **discusses** 1077:12 | **DMERC** 1118:14 |
| **description** 912:10 | **differ** 982:8 | 1021:3,7 1030:7 | **discussing** 961:19 | **DOCKET** 905:4 |
| 913:2 944:11 | 1039:20 1040:14 | 1032:21 1037:3 | 1028:10,11 | **docs** 994:5 |
| 986:20 | 1042:7 | 1059:17 1063:8 | 1089:7 | **doctor** 914:10 |
| **descriptions** | **difference** 952:6 | 1092:13,14 | **discussion** 925:7,9 | 960:4,10 962:7 |
| 1159:7 1162:1 | 995:4 1005:16 | 1120:14 1161:15 | 933:21 941:16 | 966:8,12,21 |
| **design** 1092:19 | 1063:14 1071:9 | **directed** 1010:18 | 946:7 947:5 | 970:11 976:2 |
| **designated** 1128:17 | 1140:4,6 | 1165:4 | 997:7 1033:20 | 986:12 995:10,19 |
| **designed** 994:8 | **differences** 998:13 | **direction** 930:4 | 1078:8 1102:9 | 996:4,18,22 |
| 1052:22 | 1094:16 1146:13 | 1152:19 1160:8 | **discussions** 931:20 | 997:19 998:5 |
| **desirable** 1124:11 | **different** 937:4,5 | 1168:8 | 939:15,19 958:8 | 999:4 1001:5,9 |
| **desire** 1075:17 | 940:13,13 945:6 | **directions** 1081:9 | 958:9 1011:13 | 1001:17 1013:6 |
| **Despite** 985:13 | 960:13 978:14,15 | **directly** 1013:10 | **Disease** 1088:22 | 1027:16 1028:3 |
| **detail** 962:16,17 | 982:11,11 983:2 | 1015:4,8 1080:12 | 1165:22 | 1033:2 1034:7 |
| 964:7 999:5 | 983:18 991:1 | **director** 920:1 | **diseases** 1090:18 | 1035:8,9 1041:4 |
| 1119:21 1136:3 | 994:22 1001:13 | **disappeared** | 1133:21 | 1044:7 1045:18 |
| **detailed** 1157:18 | 1001:17 1010:5 | 1105:17 | **dispensed** 997:5 | 1046:4 1059:13 |
| **details** 1016:21 | 1011:3 1033:1,22 | **disclose** 1060:16 | 1133:7 | 1059:20,20 |
| 1060:10 1088:8 | 1034:19 1040:22 | **discount** 933:12 | **dispensing** 1125:19 | 1061:6 1072:11 |
| **determination** | 1041:1 1042:10 | 967:10,20 968:2 | **dispersion** 1078:20 | 1072:13 1080:13 |
| 954:14,17 | 1042:13 1045:6 | 968:21 990:5 | 1080:1 | 1080:16 1108:10 |
| **determine** 925:14 | 1053:14 1064:20 | 1029:6 1048:12 | **disprove** 979:14 | 1109:1 1111:12 |
| 981:20 1007:20 | 1064:20 1067:18 | 1048:15 1061:2 | 980:2 | 1112:8,13 |
| 1037:19 1042:16 | 1067:18 1076:20 | 1067:16 1075:4 | **disregard** 984:18 | 1116:20 1117:22 |
| 1047:11 1115:18 | 1097:19 1099:13 | 1077:1,3,3,10 | **disregarding** | 1120:15 1122:3 |
| 1122:15 | 1104:9 1117:6 | **discounts** 942:20 | 984:21 | 1124:12 1127:12 |
| **determined** 961:14 | 1124:6,6 1145:5 | 1005:1 1017:13 | **dissipated** 1027:21 | 1129:1,18 1134:3 |

1137:11 1138:14
1140:1 1141:10
1144:14 1149:18
1150:11 1154:12
1156:17 1160:1
1160:19 1162:5
**doctors** 1000:18
  1035:20 1052:1
  1056:7 1057:5,7
  1062:14 1091:14
  1091:14 1093:12
  1093:19 1116:5
  1119:11 1126:13
  1126:18 1127:1
  1127:14 1130:4,9
  1130:12 1131:2,3
  1132:22 1136:19
  1137:11,16
  1140:3 1149:19
  1149:21 1150:5
  1151:22
**doctor's** 1033:20
  1115:7 1125:22
  1127:13,16,20,22
  1128:1,14,20
  1129:4
**document** 905:8
  915:17,18,19
  917:22 918:18
  919:14,15,16
  920:7 927:4
  951:4 955:1,13
  957:4 959:14,14
  962:12 963:9,10
  965:2,7 966:11
  967:15 969:13,17
  971:4 975:14,15
  976:6 980:21
  982:14 996:9,15
  1010:10 1019:20
  1030:11 1036:22
  1037:9 1059:5,21

1078:7 1090:4
1092:8 1102:7
1103:9,13
1110:11 1158:16
**documentary**
  966:19
**documentation**
  958:13 967:19
  994:3 1024:15
  1125:15,18
  1158:8
**documented**
  949:18
**documents** 919:17
  920:17 946:8
  951:5,8 959:9,19
  960:7 962:8
  976:12,14
  1002:17 1006:10
  1008:3 1131:15
  1158:14,18,21
  1160:8
**doing** 933:9 945:15
  947:10 974:3,4
  980:16 994:6
  1014:7 1024:1
  1044:12 1067:10
  1072:9 1074:18
  1074:18 1098:16
  1131:21 1143:7
  1143:10 1153:8
  1159:12,13
  1160:3 1165:12
**dollar** 1023:17
  1049:6,12
  1150:12 1155:18
**dollars** 1018:8,13
  1048:16,21
  1049:3,6,19
  1050:13,20,21
  1051:14 1072:5
  1073:9

**domain** 995:12
**dominant** 1040:20
**Donna** 919:6,20
**door** 1074:21
**dosage** 1071:1,4
  1134:20
**double** 1070:22
  1071:1
**doubling** 1070:16
  1071:2 1074:13
  1074:17
**doubt** 929:3 1098:2
**doubted** 1030:18
  1031:1
**downward** 1104:6
**Doxorubicin**
  964:10,22
**Doxorubincin**
  964:9,20
**dramatic** 960:21
**draw** 923:11
  934:17 995:20
  1024:16 1120:2
  1124:14
**drawing** 1027:6
**drew** 1093:18
**Drive** 910:5
**driven** 1001:16
**drop** 1069:5
  1103:16
**dropped** 991:5
  1007:10,16,18
  1008:17
**dropping** 1144:8
**drug** 912:14 933:7
  936:3 943:6
  950:16,21 959:12
  964:10,12,14
  967:7 968:4,12
  984:22 988:5,8
  989:15,18,22
  990:12 991:21

992:4 993:7,22
997:5 998:18
1000:6 1001:13
1005:5,7,9
1009:21 1012:6,8
1013:13 1014:5
1018:7 1054:1,3
1054:21 1055:1
1056:6 1061:1,3
1062:21 1063:11
1063:12 1064:3
1065:2,7,12
1070:21 1072:6
1075:15 1080:17
1083:17 1093:8
1095:13 1101:20
1101:22 1104:17
1110:3 1111:16
1113:3 1115:4,8
1116:8 1118:13
1127:8 1128:17
1129:22 1130:19
1130:20 1131:20
1131:21 1132:10
1132:11 1133:6,6
1135:3,21 1136:8
1136:8,11,12,14
1137:14 1141:18
1150:8,20 1157:1
1163:17 1164:5
**drugs** 912:18
  914:16 917:14,20
  918:18 920:22
  926:2 932:7,9
  935:20 936:11
  937:2 939:10,11
  941:14 949:10
  950:20 951:3,14
  951:18 952:4
  955:16,20 957:22
  960:20 962:4,18
  963:7,12,21

964:5,17 965:11
965:14,17 966:3
966:16,18,22
968:5 969:19,19
970:5,6,10,13,14
970:17,20 971:5
971:14,16,22
973:16,20 974:3
974:9 975:11,13
979:21 981:12
985:2,3 986:7
987:7,10,12,13,22
988:4,11,19
989:1,6,8,9,9,10
989:14 990:2,8
990:11,16,20
991:1,7,9,10,11
991:12,13,18
992:9,10,12,20,22
993:6 994:22
995:1,4,5,13,15
997:1,4,22 998:3
998:4,6,8,9,9,14
998:17 999:1,1,6
999:9,13,15,16,17
999:20 1000:1,2
1000:6,16,17,22
1001:9,12,12
1002:3,22
1004:22 1005:2
1005:17,17
1006:16 1008:8
1009:3 1010:1,9
1010:12,15,18,20
1010:22 1011:3,8
1011:9,17,20
1012:11,12,12,14
1012:17,18
1013:4,5,9
1015:4,8 1021:17
1022:2,19,22
1023:11,17,21

| | | | | |
|---|---|---|---|---|
| 1024:5,10,22 | E 905:11 910:4 | 1143:6,16 | 1136:10 1142:20 | entered 996:2 |
| 1025:3 1027:17 | 912:1,9 913:1 | economist 946:17 | 1143:7 1146:2 | 1005:7 |
| 1027:20 1028:1,2 | 1086:16 | 948:17,17,20 | elastic 1077:8 | entering 1066:19 |
| 1028:3 1029:4,19 | EAC 914:13,15,16 | 1141:6 1145:10 | elasticity 1069:1 | entire 1096:9 |
| 1031:14 1032:4 | 914:20 915:3 | 1161:22 | elderly 1130:20 | 1097:12,12 |
| 1035:18 1036:3 | 917:14,20 918:2 | Eddy 913:6 | electronic 1160:21 | entirely 1029:2 |
| 1038:21 1039:7 | 918:9,19,20 | 1032:11,13,14 | elicited 1032:5 | 1063:16 |
| 1039:21 1040:2,5 | earlier 961:20 | Edward 906:4 | eligible 1118:2 | entities 1013:22 |
| 1040:10 1041:9 | 997:7 1018:1 | Edwards 906:13 | eliminate 1003:18 | 1014:1,9 1017:12 |
| 1048:10 1049:21 | 1019:1 1084:8 | 912:5 914:9 | 1081:16,20 | 1020:10 1021:4,5 |
| 1052:12 1066:3,6 | 1090:13 1103:21 | 915:7 919:5,12 | 1082:21 1083:6 | 1021:10 1131:9 |
| 1066:14,15,18,21 | early 933:3 935:2 | 919:14 927:4 | 1085:5 | 1135:20 1136:2,2 |
| 1069:7 1079:22 | 956:18 966:3 | 928:3 941:22 | eliminated 1029:14 | 1144:7 |
| 1085:11 1086:12 | 972:3 973:18 | 950:14 962:2 | 1100:7 1165:6 | entitled 950:16 |
| 1090:8 1091:2 | 976:19,21 1100:7 | 975:1,8 993:2 | elixir 1072:12,18 | 975:9 |
| 1093:17 1097:3 | 1102:15,17 | 996:14,17 | ELLIS 910:3 | entity 1137:19,21 |
| 1109:8,22 | earn 996:5 1009:1 | 1019:12 1029:22 | embrace 959:2 | 1138:8 |
| 1110:20 1115:10 | 1067:4 1071:16 | 1032:9 1036:10 | emphasis 934:11 | equal 1076:12 |
| 1117:10 1118:10 | earning 1009:2 | 1036:21 1042:21 | Empire 1032:14,14 | 1103:7,12 1150:5 |
| 1123:4 1124:22 | easily 1081:1 | 1059:9 1092:7 | 1033:15 | equation 914:22 |
| 1125:5 1126:14 | 1123:1 1126:9 | 1107:12,18 | empirical 937:19 | 969:2 |
| 1128:8,9,12,16,17 | East 910:5 | 1108:1 1141:17 | employed 1168:12 | equilibrium 945:10 |
| 1128:18 1131:12 | easy 964:21 | 1162:7 | employee 1168:14 | 1056:9 |
| 1132:9,9 1133:11 | econometric | ed@hbsslaw.com | employees 1088:16 | equipment 1117:6 |
| 1133:12,15,16 | 1102:22 | 906:9 | 1088:16 | 1128:2 1129:3,16 |
| 1141:12 1146:18 | economic 937:5 | effect 915:6 1027:7 | enable 1071:15 | equity 948:11 |
| 1163:12,21 | 948:6,18 949:21 | 1029:12 | enablement 940:6 | erased 928:2 |
| 1165:2,4 | 981:1 983:10 | effects 1027:21 | encouraged | Eric 911:3 |
| due 1022:19 | 1026:11 1027:3 | 1029:18 1070:8 | 1011:18 | ericgaier@bates... |
| 1158:11 | 1034:11 1070:8 | 1152:17 1153:12 | encouraging 996:7 | 911:7 |
| duly 1168:6 | 1144:9,19 | effort 1132:14 | 997:22 | Ernie 959:13 960:3 |
| durable 1117:6 | 1145:10,15 | efforts 918:6 932:8 | ended 1131:17 | Ernst 912:21 |
| 1128:1 1129:3,15 | 1146:21 1147:5 | either 934:12,13 | engaged 1007:21 | 996:19 |
| Dwyer 905:19 | 1147:21 1148:7 | 936:15 949:19 | 1094:8 | error 1109:6 |
| Dyckman 1063:6 | 1148:12,17,22 | 951:5 987:16 | enhance 1070:15 | errors 1079:4 |
| dynamic 978:14 | 1151:1 | 990:13 1006:15 | 1091:22 1166:3 | 1080:3 |
| 1041:2 | economically | 1008:22 1021:19 | enjoy 997:3,21 | Esq 906:4,5,13,14 |
| dynamics 1040:13 | 1146:9 1151:18 | 1027:18 1035:21 | ensuing 1168:6 | 906:15,16 907:4 |
| 1040:15 1042:10 | economics 981:16 | 1064:9 1070:4 | enter 982:21 983:2 | 907:12 908:4,5 |
| D-e-b-u-s 915:9 | 1036:8 1038:18 | 1087:8 1101:1 | 1026:12 1034:17 | 908:14 909:4,12 |
| D.C 911:6 | 1039:5 1053:19 | 1102:18 1112:1 | 1035:1 1046:1 | 910:4,14 |
| | 1054:19 1055:18 | 1125:5,21 1128:4 | 1055:6 1141:15 | essence 1069:22 |
| E | | | | |

essentially 943:18
  988:4 1008:14
  1015:19 1052:10
  1053:20 1069:3
  1071:2 1073:7
  1074:7 1075:9,13
  1083:15 1104:8
  1110:14 1115:19
  1123:10 1143:22
  1144:21 1145:4
  1149:9 1158:5
established 938:14
  950:5 1129:13
  1130:22
establishing 1131:4
estimate 921:2,3,20
  1090:18,22
  1091:1,4 1106:6
estimated 920:8
  921:11,19 922:2
  922:6 931:7
  1038:5 1076:14
  1103:2
estimates 914:20
  915:2 1090:20
  1129:7
ethical 948:9
evaluate 947:4
  948:3 1082:14
evaluated 1004:5
evaluations
  1132:13
events 978:15,16
Everett 909:12
everybody 955:2
  977:20 1031:7
  1152:11,16
  1155:11
evidence 937:1
  958:21 965:12
  966:19 979:14,16
  980:2,5,7,11

986:5 994:20
995:2 998:2
1002:1,13,15,20
1003:11,13,15,21
1010:4 1013:5
1022:6,18,21
1023:7,10 1024:9
1025:2,3 1040:11
1041:14,15
1051:6 1117:13
1162:9
exact 952:10
exactly 920:19
  934:3,4 942:14
  994:6 1027:16
exaggerated
  1080:1
examination
  1108:9 1159:20
  1168:6
examined 923:11
  963:4 1136:3
example 1016:8
  1056:22 1057:2
  1070:9,19 1071:7
  1102:11 1154:19
  1161:14
examples 933:22
  981:22 1019:10
  1052:9,10 1105:9
exceed 944:18
  981:10 1094:19
exceeded 1051:16
  1096:10 1097:16
excerpt 912:22
  1019:13,15
excess 956:8
  968:22 1022:8
  1051:10 1063:21
  1113:10 1157:16
excessive 912:19
  939:5 975:10,12

exchanged 978:21
exclude 1014:10
  1016:3,5,9,9
  1018:3,12
  1019:16 1021:3,5
  1021:7
excluded 1013:21
  1013:21 1017:2,9
excluding 1015:12
  1015:13
exclusivity 1104:12
  1104:22 1105:3,6
excuse 956:19
executive 960:14
exercise 987:15
exhibit 912:11,12
  912:13,14,17,19
  912:21,22 913:3
  913:5,7,9,11,13
  915:8,11,15
  919:5,10 925:2
  927:5,9 937:17
  941:21,22 942:2
  942:3,4,5,7
  950:14,15,18
  951:1,3,12
  953:12 957:16
  962:1 975:8,13
  976:1,8 980:18
  996:11,13,17,20
  1003:11 1004:9
  1009:10 1019:13
  1019:15 1029:22
  1030:6 1032:10
  1032:13 1036:11
  1036:14 1059:10
  1059:12 1062:22
  1063:3,3,5
  1077:15 1092:7
  1092:12,15
  1101:15 1108:16
  1111:20 1112:14

1120:9,11 1156:4
  1156:6,7
exist 985:1 1023:16
  1025:3 1075:19
existed 947:7 985:3
  1116:3
exists 980:11
  1003:11 1029:18
  1085:15
expect 1068:20
expectation 954:15
  956:21 968:16
  969:15 982:13
  983:11 1162:19
  1163:17
expectations
  946:18 955:6
  956:3,6,11,14
  978:7 981:8
  982:18,21 983:1
  983:3,4,6,17,19
  983:20,21 984:2
  984:6,15,16,19,21
  994:21 998:3
  1051:17 1100:3
  1162:10 1163:1,6
  1163:11
expected 1010:4
experience 960:18
  1030:17 1121:7
  1121:20 1123:8
  1123:15 1126:3
expert 918:22
  924:22 930:9
  931:15 940:17
  946:16 960:5
  1000:20 1085:10
  1085:15 1133:20
expertise 924:19
  940:20 948:21
experts 980:6
  1078:19 1079:18

1080:13
Expires 1168:22
explain 1044:11
  1056:22 1122:3
explains 1141:11
explanation
  1157:13
explanations
  1143:11,18
explicitly 1052:21
exploit 949:17
  1158:3
exploiting 1099:10
expressed 918:11
  923:13
expression 921:16
  923:7
extent 915:2
  935:19,20 940:16
  955:16 982:20
  983:5 984:15
  999:21 1002:8
  1005:20 1013:12
  1021:9,18
  1029:14,16
  1037:14 1045:11
  1051:15,20
  1052:13 1083:16
  1124:9 1137:16
  1138:1,10,15
  1139:12 1146:5
extract 1045:5
extrapolate
  1118:17
extremes 1098:4
E-1 1086:17
E-2 1086:17

F

F 905:11 994:2
  1158:9,17
face 991:13 992:6,7
  992:10,11

  1104:17 1108:10
faced 992:21 995:5
  999:10
facing 993:8
fact 916:12 922:8
  922:14,18 923:14
  923:20 930:20
  940:8 941:11
  943:15 950:5
  954:12 955:1
  958:5,7 978:7
  985:13 986:9
  996:4 1003:16
  1011:14 1017:11
  1018:22 1028:19
  1058:4 1060:19
  1061:3 1064:1,15
  1064:22 1075:1
  1091:7 1111:22
  1113:7,8 1132:21
  1148:19 1157:13
  1158:10
factor 1034:5
factors 942:17
  1034:3 1046:13
  1066:19 1147:16
facts 918:14 919:1
  960:8
factual 1117:13
factually 1041:17
fair 946:11 949:2
  949:11,16
fairly 944:12
  955:17,18
  1083:12
fairness 946:16
  948:9,11,15
  949:19
fall 1047:13
  1115:20 1118:18
  1119:5 1156:19
familiar 915:17

  920:11 1123:4,5
  1164:9
far 924:18 987:17
  1010:11 1038:8
  1038:20 1062:6
  1107:10 1125:11
fares 1067:20
  1068:2
Farias 913:10
  1059:8,11,18,20
  1059:20 1061:10
fashion 962:14
  1067:2 1080:22
fault 963:21
February 905:7,21
  1120:17 1168:5
  1168:17
federal 905:15
  918:2,19 921:9
  921:12 923:1
  941:3 942:18,20
  948:19 950:2
  955:12 1088:16
fee 1033:1 1065:13
fees 1063:12
  1065:16,18
fell 918:10
felt 1102:5 1166:17
field 932:20
fifth 1077:19
figure 1044:9,18
  1049:7 1124:19
  1132:6 1139:14
  1143:13
figures 1044:11
filled 1090:8
final 929:21 1034:2
  1076:9
finally 930:2 933:5
  936:13 945:14
  958:12 979:6
financial 1106:16

financially 1168:15
find 933:3 969:19
  985:22 990:1
  1035:5,9,11
  1044:13 1054:9
  1056:10 1063:5
  1091:1 1112:9
  1118:14 1158:22
finding 937:18
  981:4,5,11 982:5
  982:5 1007:16
  1051:18 1083:22
Fine 914:12
finish 1159:19
finished 923:16
finishing 1059:15
firm 1123:22
  1126:7
first 916:13 917:4
  917:12 920:7
  928:11,21 957:12
  990:9,10,11
  996:15 1005:5,8
  1051:3 1061:10
  1077:18 1108:21
  1109:9 1111:5,19
  1112:20
fish 1011:4
fit 1103:3,3
fits 922:8 1005:18
five 1040:20
  1086:12 1104:4
five-minute
  1107:16 1159:16
fixed 1095:18,20
flabbergasted
  959:14 960:19
  980:9
flat 1064:13 1087:9
  1087:10 1089:6
  1103:4
flipping 1099:12

Floor 906:6
Florida 1020:3
Flynn 907:4 912:6
  1108:9,11,12
  1120:7,13 1152:4
  1159:18,22
  1166:20
focal 934:16
focus 932:7 939:9
  958:17 966:6
  969:18 974:11
  1001:7,20
  1017:17 1024:4
  1055:9,10
  1063:19 1145:18
focused 1010:9
  1012:3 1063:16
  1138:18 1165:6
focusing 953:4
  957:22 964:6
  1024:2
follow 1012:18
following 924:16
  1073:20
follows 914:6
  1102:14
footnote 923:13,18
  923:19 981:19
  982:15 1045:17
footnotes 920:16
  924:5
forces 961:14
  1026:15 1027:20
  1034:11
forget 996:11
  1016:21 1088:7
  1164:20
forgot 975:22
formal 1102:22
formalized 946:18
  1164:8
formally 1007:14

formed 1155:21
former 942:2
  1128:5,6
forming 1113:13
formula 936:16
  946:13 1007:1
  1058:6 1069:19
formulae 994:11
  994:11
formulaically
  1144:15
formularies 1000:8
  1001:16
formulas 978:8
formulate 1141:15
formulated 996:2
formulation
  994:10
forth 929:13,19
  971:6 1081:22
forthcoming
  987:21
forward 952:1
  980:5,12 985:20
  1012:15 1028:18
  1084:8 1115:10
  1132:17 1159:1
found 939:4 957:19
  962:22 986:3
  996:14 1014:12
  1052:11,17
  1055:2 1081:4
  1083:10,15
  1084:14 1085:7
  1105:4 1110:20
  1110:21 1111:22
  1143:16 1146:21
Foundation
  1089:20
four 1086:8
  1098:18 1126:4
fourth 917:13

| | | | | |
|---|---|---|---|---|
| 1092:15 | **Furthermore** | 996:6 1005:8 | **GlaxoSmithKline** | 994:12 1001:19 |
| **frame** 1005:4 | 931:18 | 1007:10 1008:10 | 909:9 910:19 | 1015:22 1021:21 |
| **framework** | **fusion** 939:10 | 1008:12 1009:6 | **GMA** 1020:15 | 1024:3,18 1026:8 |
| 1139:19 | ——— G ——— | 1010:5 1011:18 | **go** 938:6 961:1 | 1027:6 1032:1 |
| **Frank** 1123:21 | **G** 909:4 1110:12,12 | 1012:20 1039:16 | 980:4 981:21 | 1034:7,15,16 |
| **frankly** 1107:18 | 1111:1 1156:8,8 | 1039:17 | 988:21 1009:9 | 1036:1,17,18,19 |
| **fraud** 1027:18,19 | 1162:2 | **getting** 928:18 | 1011:10 1017:22 | 1037:6,7 1046:17 |
| 1100:6 | **Gaier** 911:3 970:12 | 939:17 996:9 | 1020:10 1028:4 | 1046:18,19 |
| **fraudulent** 991:7 | 1045:18 1080:16 | 1010:17 1017:13 | 1030:3,9,11 | 1047:10 1050:17 |
| 992:2 1055:11 | **gained** 1134:18 | 1058:8,16,21 | 1031:5 1035:13 | 1050:18,22 |
| 1074:16 | 1153:22 | 1059:2 1061:1,1 | 1035:21 1039:1 | 1052:1,4 1054:4 |
| **Frederick** 909:4 | **Gairer's** 1080:14 | 1062:9,12,17 | 1056:19 1057:1 | 1056:3,7 1057:4 |
| **frederick.herold...** | **galvanized** 935:8 | 1069:21 1071:18 | 1067:10 1070:2,3 | 1058:6,8,15,20 |
| 909:8 | **game** 993:16 | 1096:1 1118:7 | 1070:9 1073:12 | 1069:13,13,14 |
| **free** 969:22 1098:1 | 1074:11 | 1141:8 1148:11 | 1073:13 1078:14 | 1070:17,22 |
| 1160:9 | **games** 1041:13 | 1159:8 | 1078:17 1080:9 | 1073:2,2,5 |
| **front** 938:20 | **garden** 980:16 | **give** 938:3 953:14 | 1107:11 1109:18 | 1074:4,19 |
| 957:15 976:14 | **gathered** 946:6 | 975:20 982:20 | 1111:15 1117:12 | 1075:11,12 |
| 1004:14 1059:13 | 977:19 | 1004:15 1009:13 | 1117:16 1134:19 | 1077:10,11 |
| 1101:17 1102:15 | **geared** 1076:15 | 1013:14 1029:3 | 1147:10,12,16,17 | 1083:19 1086:16 |
| 1108:18 1161:1 | **Gencarelli** 1145:7 | 1056:4,7 1096:4 | 1148:8,8,14 | 1091:11,11,13,15 |
| **FSS** 940:4 941:2,16 | **general** 915:5 | 1100:10 1106:5 | **God** 1006:11 | 1092:2 1097:10 |
| 942:14 943:5,6 | 920:19 1040:8 | 1123:10 1126:6 | 1020:19 | 1097:11 1099:5 |
| 943:10,12,13 | 1094:15 1102:13 | 1153:14 1159:21 | **goes** 920:21 931:18 | 1102:20,20 |
| 944:6,7 951:21 | 1124:17 | 1165:15,16,17 | 940:12 955:20 | 1103:17,18,22 |
| 953:7,17 | **generally** 943:5 | **given** 920:13 | 1025:1 1121:22 | 1104:6,14 1105:6 |
| **full** 955:16 980:9 | 1001:12 1010:19 | 921:15 942:20 | 1144:14 | 1105:8,8 1106:1 |
| 995:22 1029:13 | 1010:21 1011:5 | 954:11 984:3 | **going** 918:8 919:5 | 1106:2,10,11 |
| 1056:2,2 | 1083:11 | 1000:1 1006:5 | 925:13 929:14,16 | 1107:12,14,21 |
| **fully** 955:11 979:15 | **generated** 948:2 | 1009:22 1014:10 | 929:19 930:3 | 1112:22 1118:11 |
| 979:17 980:10 | **generic** 967:13,17 | 1016:8 1017:8 | 932:10 935:1 | 1120:14 1131:20 |
| 983:8 1022:4 | 968:9 972:1 | 1037:16 1074:14 | 936:4 945:16,17 | 1134:19 1142:19 |
| 1024:17 1029:8 | 995:13 996:7 | 1086:11 1089:10 | 955:2 957:21 | 1142:22 1143:21 |
| **fundamental** | 997:1,4,4,11,22 | 1094:18 1095:12 | 958:1,2,16 | 1147:11 1148:5,7 |
| 1079:21 1082:9 | 999:5,7 1000:22 | 1106:8,12 1112:2 | 961:14 968:11,11 | 1151:2,5,6,11,13 |
| 1082:12,13 | 1001:12,14 | 1139:16 1168:10 | 969:21 970:21 | 1151:14 1152:17 |
| 1134:21 | 1006:20 1009:2 | **gives** 1082:11 | 972:20 973:4,11 | 1153:1 1154:14 |
| **further** 925:13 | 1009:22 1012:13 | **giving** 1037:1 | 974:1,21 975:8 | 1154:22 1155:6 |
| 926:8 938:7 | 1012:17,17,19 | 1095:1 1153:16 | 981:14 982:10 | 1159:1 1160:11 |
| 1104:22 1108:9 | 1029:4 1069:3,10 | 1153:20 | 984:14,18 986:10 | 1165:15 |
| 1125:4 1168:11 | 1069:11 | **glad** 1106:13 | 987:9,17 988:10 | **good** 914:1,11 |
| 1168:13 | **generics** 970:21,22 | 1132:17 | 988:15 992:16 | 948:17 991:10 |

1012:7 1091:4
  1108:12
goods 1069:4
goose 1074:19
gotten 1126:15
gouged 1025:14
  1026:4
governed 954:20
government 941:6
  941:7 948:19
  956:2,4,5 958:10
governmental
  1088:16
governs 942:18
GPOs 1015:18
Grand 908:6
grandfathered
  1128:9
Grant 915:9,12
  916:1,5,11
gravitate 945:10
gray 907:11 1027:6
great 972:16
greater 999:21
  1008:16 1019:22
  1119:21
greatly 1079:22
grocery 975:21
group 911:10
  1010:18 1033:16
  1034:6 1041:6
  1047:20,22
  1048:1,2,8,20
  1049:14,15,16,19
  1050:12,13,17
  1131:13 1133:14
  1146:1 1153:19
  1153:21
groups 940:13
  977:22 1015:18
  1041:7 1042:14
  1045:7 1154:1,10

growing 944:1
  947:6
guess 936:1 971:16
  1111:15 1122:12
  1136:22 1137:2,4
  1142:9
guidance 1007:12
  1082:11
guides 1022:9
guiding 1017:15
guys 1072:15
  1099:14 1123:10
G-1 1156:8,8
G-1-B 1110:20
G-1-C 1110:22
  1111:1 1156:7,9
  1156:15
G-1-D 1160:20
  1162:2

                H
H 912:9 913:1
  1014:18
HAGENS 906:3
hair 948:20
half 973:5 974:22
  1036:17 1063:10
  1071:5 1098:8
  1107:15,21
  1141:18
Hancock 911:17
hand 1047:1
  1168:16
handed 1024:15
Hang 1059:19
happen 1034:7
  1056:14,16
  1065:20 1074:22
happened 948:12
  951:20 979:5
  987:15 988:11
  1003:5 1093:3
  1150:12

happening 973:15
  1006:12
happens 1127:5
  1150:16
happenstance
  1093:4
happy 1029:6
  1057:18,20
  1072:14,17
  1073:1
harbor 1066:9,10
  1066:16,17
hard 1066:13,13
  1086:2 1122:11
hardwired 956:16
  978:8 1100:3
HARDY 908:3
harm 1027:19
Hart 914:3
Hartman 905:13
  912:4,11,12,13,14
  912:17,19,21,22
  913:3,5,7,9,11,13
  914:5,10 915:8
  915:16 919:6,11
  925:2 927:5,9
  937:17 942:4,5,7
  950:15,15,18
  951:1,3,13
  953:12 957:16
  962:1,7 975:7,9
  975:13 976:1,2,8
  980:19 996:13,18
  996:20 1004:9
  1009:11 1019:13
  1019:15 1030:1,6
  1032:10,13
  1036:12,14
  1044:5,7 1059:10
  1059:12,14
  1061:7 1062:22
  1063:3,4,5

1073:1 1077:16
  1092:8,12
  1101:15 1108:7
  1108:10,16
  1111:20 1112:15
  1120:12 1129:18
  1156:5,7 1162:5
  1167:11
Hartman's
  1072:11,13
Hartson 906:12
  1120:18
Harvard 990:22
  1059:8 1060:2,13
  1061:4 1062:3
  1122:7 1123:4
  1131:13 1134:1
HCFA 914:14
  915:1 917:6
  920:2,4 924:8
  932:12,17 933:16
  935:12 936:1,12
  936:18 937:6,7,8
  937:9,12 938:7
  938:12,13,15
  939:21 940:4
  945:22 946:12
  948:4 950:1,6
  951:21 952:21
  958:9
HCPCS 1115:20
headaches 1031:10
heading 916:10
  1092:15
health 913:11
  960:16,19 980:17
  990:22 1063:10
  1074:9,12
  1091:20 1092:9
  1092:11 1131:14
  1134:1
hear 1107:19

1140:22 1152:19
  1163:1
heard 1156:13,14
hearing 1027:12
  1096:2 1148:3
heavily 941:11
held 1032:11
Helen 910:4
help 1104:21
  1120:7 1122:14
  1125:3,8 1166:17
helped 973:14
  1134:1,2
helpful 995:13
  1110:9
helps 962:5
hereunto 1168:16
Herold 909:4
hesitated 954:1
hey 973:10 1020:17
  1050:17 1051:22
  1073:1,21
  1074:12
HHC 912:11,12,13
  915:10,14,15
  919:9,10 927:8,9
HHS 920:1,2
hidden 992:17
  1052:22
hierarchy 999:10
high 930:1 955:15
  958:3 1105:19
higher 943:7
  969:10,10 972:2
  1006:17 1035:11
  1060:18 1065:7
  1077:22 1104:7
  1151:7 1153:9,21
  1155:22
highly 1092:5
hike 1050:21
hip 1019:22 1020:8

| | | | | |
|---|---|---|---|---|
| 1145:1 | hwitt@kirkland.... 910:8 | impact 918:1 954:14 958:5,6 1003:22 1005:14 1029:13 1089:3 1140:16 | Improvement 933:7 | 1101:9 1105:5 1143:8,21 1144:20 1145:19 1146:10,20 1147:6 1148:17 1157:9 1160:5,9 |
| hire 1056:4,4 | hypothesis 979:12 979:14 980:3,6 1065:9 1070:20 | | improving 949:1 | |
| historical 918:14 946:20 | | | IMS 988:18,20,21 989:4,5,18 1088:17,22 1092:1 1125:1,7 1126:6,11,12 1164:9,15 1165:1 1165:3,9,21 1166:5,5,16 | |
| history 923:10 925:1 985:4 1052:18 | hypothesize 1143:11 | impacts 949:21 1055:11 1065:19 | | |
| | hypothesized 1143:15,19 | imperfect 1027:14 | | increased 985:14 1065:13 1144:11 1148:19 1149:4 1151:17 1155:3 1158:22 |
| HMO 1015:3,12 1016:17 1017:3 1017:11,12,20 1018:4,10,13 1020:15 | | imperfectly 1027:11,13 | | |
| | hypothesizing 1055:20 | implement 914:15 926:5 1015:16 | | |
| | hypothetical 1053:9,14 1095:4 1095:7 1096:3,5 1097:6,14,15 1098:17 1152:14 1163:3 | implementation 930:11 1008:22 1099:3 | inadequate 1064:17 | |
| HMOs 1013:16 1014:16,20 1017:6 | | | inappropriate 1104:20 1146:5 | increases 1069:16 1144:16 |
| | | implemented 926:3 930:2,21 931:5 946:10 1075:1 1133:17 | incentive 1076:2,4 1077:1 | increasing 932:21 934:17 1067:1 1142:13 |
| Hoa 906:14 | | | | |
| Hoang 906:14 | | | incentives 1005:6,9 1133:10 | independent 914:21 960:5 986:14,18 1124:16 1133:18 |
| Hogan 906:12 1120:18 | hypotheticals 1098:2,4,10 | | | |
| hold 948:6,18 | | implementing 924:9 925:5 950:2 962:17 | incentivizing 1075:18 | |
| holding 1148:4 | **I** | | | Index 1088:22 1166:1 |
| home 1127:2 | idea 1061:17 1062:11 1089:2,9 1130:2 | | include 1018:4,14 1019:21 1021:11 1083:1,20 1091:8 1091:14 | |
| homogenous 1069:4 | | implication 980:9 | | indicate 958:3 1109:6 |
| | | implications 935:18 948:13 979:9 1027:15 1140:18 | | |
| hopefully 1015:8 | identification 991:3 | | | indicated 1121:8 1121:21 |
| hoping 987:12 | | | included 1021:10 1078:20 1080:2 1093:4 | |
| hospital 1015:1,4 1016:10 1084:21 | identified 990:1,21 1018:19 1079:15 1132:13 1141:1 | implied 1113:8 | | indicates 1031:21 |
| | | implies 1026:18 1145:21 | includes 962:19 970:14 1092:18 | indicating 980:7 1044:12 |
| hospitals 999:11 1000:18 1014:20 1081:21,22 | identify 981:1 983:10 990:22 1015:17 1080:10 1080:19 1110:7 1117:9 1120:16 | | | indication 952:3 |
| | | imply 931:17 | including 956:7 1084:19 1131:10 | indications 952:3 990:20 |
| | | importance 936:7 954:11 966:14 974:7 1089:13 | | |
| hot 1035:8 | | | inconsistent 998:1 1018:3 | indicator 970:7,8 |
| hour 973:5 974:22 1036:17 1107:15 1107:21 | | | | indicators 1163:11 |
| | identifying 991:6 1086:22 1087:7 1088:5,10 | important 966:17 974:13,15,18 1045:8 1084:5 1147:1,19 1162:8 1162:18 1163:4 1163:15 1166:2 | incorrect 924:2 926:18 927:2 1117:1 1138:11 | indices 983:16 |
| House 919:7 | | | | indirect 1014:6,6 1017:18 1021:9 1161:15 |
| htthoang@hhla... 906:20 | | | | |
| | ignore 1021:21 | | increase 932:1 933:13 934:13,20 947:19,19 1068:21,22 1069:1 1077:10 | |
| Humana 1020:18 | IL 910:6 | | | individual 929:12 979:21 1038:3 1064:10 |
| hundred 1054:13 1068:10 1072:3,5 1074:20 1098:8 | illegal 1066:1 1158:12 1160:17 | imposed 1067:3 | | |
| | | impossible 1038:4 | | |
| | immediately 1159:4 | | | individuals 977:1 |

1011:13
**induce** 1048:9
**induced** 1063:17
**inducements**
  992:18
**industries** 983:2
**industry** 905:5
  935:3 960:13
  980:17 981:12
  1011:6 1045:19
  1067:17,18
  1075:6,6 1121:7
  1121:20
**industrywide**
  944:1
**inflated** 1044:20
  1141:19
**inflation** 935:17
  947:18 1063:17
  1113:3 1148:19
**influence** 1070:4
**influencing**
  1149:16
**inform** 956:3,6
  973:14,14
  1034:18 1125:4
**informal** 1124:8
**information**
  928:14 932:22
  937:3 939:12,12
  939:18 940:7,12
  940:18,22 946:5
  947:5,6 949:14
  953:2,6 954:13
  954:22 955:11
  956:11 960:11,22
  962:11 965:2,7
  965:10,20 966:2
  966:5,11 969:9
  973:7,7,13,14
  974:19 976:17
  977:4,6,11,18

978:4,5,10,16,20
978:21,22 979:3
979:12 985:7,10
985:14,17 986:3
986:21 987:17
988:16 995:17,18
995:20,22
1001:10 1002:6
1002:10 1003:2,4
1006:2 1008:11
1013:20 1017:2
1018:20 1019:4
1021:22 1026:19
1033:13 1051:7
1051:13 1052:21
1054:15 1055:22
1056:2 1082:10
1085:4 1090:10
1091:19,21
1104:2 1117:15
1121:4,5 1132:15
1134:17 1145:2
1145:13 1147:15
1162:16 1163:14
1164:2,7
**informative** 1004:7
**informed** 945:19
  956:14 969:20
  971:19 976:6,9
  978:4 979:16,17
  1015:9 1053:1
  1137:3,5,7,7
**informing** 952:21
  956:11 976:13,13
  976:17 999:22
**inhalant** 1126:1,20
  1127:16
**inhalants** 1117:5
  1125:20
**inhalation** 939:10
**inhibitor** 990:9
**initially** 1160:4

**initiation** 1160:12
**injected** 1127:12
**innovator** 970:13
  970:14 1012:12
**inquire** 927:11
**inquiry** 925:14
  926:8,17
**insights** 1131:22
**insist** 926:22
  1058:8
**inspection** 1102:22
**instance** 1060:22
  1090:10
**instances** 939:6
**institution** 981:14
  1006:5 1024:6
**institutional**
  978:20 986:6
  1006:10 1025:6
**institutionalized**
  1006:3
**institutionally**
  977:15 978:1
  979:3 1003:3
  1006:20 1007:2
  1019:7 1021:21
  1022:7 1164:7,7
**institutions** 977:21
  982:9
**instructed** 917:7
**instructions** 1017:1
**insufficient** 995:20
**insulate** 1019:8
**insurance** 982:21
  1014:4 1087:13
  1088:4 1119:16
**insured** 1004:4,4
**insurer** 1045:20
  1064:10 1087:22
  1088:2 1119:18
**integrated** 1014:22
**intended** 929:9

**interest** 1003:14,20
  1152:8 1153:5
**interested** 984:8
  988:22 989:3
  1057:20 1085:16
  1085:17 1110:3
  1168:15
**Interferon** 965:14
  965:19
**interim** 1117:5
**intermediary**
  1134:12
**internal** 994:3
  1149:14 1158:18
**International**
  907:13 911:16
**interpretation**
  923:22 924:4
  926:17 1014:11
  1113:1
**interpretations**
  918:22
**interpreted** 918:13
  925:15 1117:14
**interrogatories**
  914:7
**introduce** 929:10
**introduced** 962:15
  1008:13,20
  1087:5
**introduction**
  1012:17
**introductory**
  962:13,16,17
**invent** 1098:9
**investigation**
  1007:20
**invite** 1074:14
  1143:2
**inviting** 1074:20
**invoice** 963:13
  964:1 967:22

1094:14,14
**invoices** 917:8
  1106:22 1107:2
**involved** 1000:7
  1035:16 1136:5
  1136:13 1137:17
**irrelevant** 1093:21
**isolated** 983:22
**issue** 969:4 980:15
  989:2 999:19
  1016:18,19
  1040:7 1064:21
  1065:17 1077:12
  1077:13 1118:1
  1137:9 1160:15
**issued** 1115:5
**issues** 934:1 936:8
  960:8 974:18
  984:8 986:13
  1016:13 1034:17
  1079:4,15
  1081:13 1092:6
  1124:5 1125:20
**item** 1022:1
**items** 974:12
**IV** 905:8
**i.e** 990:16 995:14
  1004:22
**I.1** 1111:15

────── J ──────

**J** 909:12 1082:11
  1117:3 1118:11
**James** 906:15
  908:4 1120:18
**January** 927:7,12
  950:20
**Japanese** 977:17
**jeverett@morga...**
  909:16
**jmuehlberger@s...**
  908:9
**Jodi** 905:16 1168:3

| | | | | |
|---|---|---|---|---|
| 1168:20 | keep 976:11,11 | 927:15,17,18 | 1124:15 1125:11 | 1040:18,19 |
| Joe 1123:20 | 1020:22 1033:9 | 929:18,21 931:2 | 1126:4,10,17,22 | 1045:6,21 |
| John 911:17 | 1075:17 1107:1 | 931:9,11 932:17 | 1128:21 1130:22 | 1046:15 1047:4 |
| 1030:17 | 1152:8 | 936:22 937:6,7 | 1132:5 1133:22 | 1047:14 1076:11 |
| Johnson 908:19,19 | keeping 934:19 | 938:20 940:7,11 | 1135:3,17,20 | 1105:15 |
| join 1046:16 | 1057:18,20 | 941:2,4,5,22 | 1136:17,18,19,20 | largeness 1046:21 |
| joined 1145:1 | kept 1074:3,3 | 943:17 945:7 | 1139:9 1144:14 | larger 968:15 |
| Jr 909:12 | kettle 1011:4 | 946:15 947:16 | 1152:10 1154:18 | 992:21 998:8,18 |
| jszucker@hhlaw... | kidding 1021:2 | 949:6 950:1,8 | 1155:14,20 | late 939:16 971:12 |
| 906:21 | Killion 996:10 | 951:11,20 952:2 | 1160:11 1165:11 | 971:21 1118:7 |
| judge 986:11,16 | 1004:10 1009:9 | 953:10,22 954:2 | 1165:16 | latest 1031:9 |
| 998:11 1007:13 | 1009:13 | 954:10 955:12 | knowing 945:8 | latitude 982:20 |
| 1022:17 1025:1 | Killion's 1004:8 | 959:1 961:16,18 | 955:8 1006:4 | launch 990:3 |
| 1065:21 | Killoren 908:5 | 964:22 968:7 | 1083:3,4 | 1008:10 1012:19 |
| judge's 986:4 | kind 930:6 939:18 | 969:8,8,9 970:20 | knowledge 926:6 | launched 1110:4 |
| 1023:9 | 948:1,14 956:10 | 971:8 972:5,9,12 | 945:2,3,5,7,12,13 | 1110:15 1116:2 |
| juice 1072:13,14,17 | 958:22 974:19 | 977:9,9 981:17 | 945:18,18 970:19 | laundry 975:22 |
| 1073:1 | 988:9 991:7 | 982:2,19 983:3 | 1003:13,21 | law 1055:13 1087:3 |
| July 917:8 | 992:2 993:8,18 | 983:16 986:10 | 1004:3 1009:20 | lawyer 918:21 |
| Justice 1074:21 | 994:16 1001:13 | 995:17 1004:1,2 | 1011:2 1023:13 | lead 1031:22 |
| 1143:3 | 1006:2 1007:16 | 1011:1 1014:17 | 1025:12 1026:19 | 1042:12 1046:22 |
| J-Code 976:5 | 1008:17 1021:22 | 1015:5 1016:10 | 1036:7 1041:18 | 1081:17 1096:1 |
| 986:12 1079:18 | 1027:7 1034:11 | 1016:18 1017:11 | 1060:3,14 | 1163:4 |
| 1079:20 1080:4 | 1036:5 1046:6 | 1023:7,8,17 | knowledgeable | leading 920:17 |
| 1115:13,18 | 1087:5 1110:19 | 1024:17 1025:2 | 955:19 1013:10 | 939:19 1158:12 |
| 1116:13,21 | 1160:16 1163:4 | 1026:1,4,6,9,14 | 1021:12 1026:22 | leads 1006:17 |
| 1134:4,8,10,19 | kinds 957:20 | 1028:15,21 | 1046:11 | 1099:6 |
| J-codes 1079:3 | 979:10 1005:21 | 1032:7 1037:18 | known 914:18 | learn 926:16 |
| 1115:5 1134:9 | 1041:9 1098:9 | 1038:6,8,20 | knows 1051:8 | 1116:20 |
| J-1 1112:4 | 1099:6 1148:6 | 1039:6 1040:2,20 | 1061:15 | learned 1053:2 |
| J-7 1119:21 | 1162:15 1163:14 | 1049:8 1051:5 | Kytril 994:1 | 1060:17,21 |
| ——— K ——— | KIRKLAND 910:3 | 1055:17 1056:6 | 1105:9 | leave 931:14 |
| K 911:5 | knew 914:14 | 1057:16 1061:11 | ——— L ——— | 934:14 1001:20 |
| Kaiser 1013:16,17 | 927:19 937:6,7 | 1062:1,1,8,13 | L 905:11 | led 943:19 944:17 |
| 1014:3 1015:10 | 943:19 959:16 | 1064:12 1065:4 | lack 960:11 | 946:8 1005:10 |
| 1016:8,9 1017:6 | 986:6 998:16 | 1070:21 1073:6,8 | laid 918:14 962:13 | 1006:2 1042:20 |
| 1017:19 1020:21 | 1031:7 | 1080:2 1084:3,4 | 962:18 1088:12 | left 914:12 942:15 |
| 1023:18,21 | knock 1074:21 | 1093:11,14 | 1100:12 | 1000:9 1033:5 |
| 1089:20 | know 916:8 918:9 | 1095:17 1098:5,6 | language 1022:16 | 1046:22 1133:16 |
| Kansas 908:7 | 919:20 920:18,19 | 1099:12 1104:11 | large 933:1,1 949:9 | legal 980:15 |
| 1079:13 1086:18 | 921:8,18 923:9 | 1105:13 1120:8 | 952:20 960:17 | 1065:17 1066:2 |
| Kaufman 907:12 | 924:12,15 927:14 | 1122:11 1124:14 | 1027:7 1039:11 | legislation 920:10 |