# Exhibit 10

| Edwards Declaration Exhibit | Table Cross-Referencing Hartman Deposition Exhibits to Edwards Declaration Exhibits | Hartman Deposition Exhibit |
|---|---|---|
| | Description | |
| Ex. 2 | Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calculation of Damages, dated December 15, 2005 | Ex. 23 |
| Ex. 3 | Supplemental Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calculation of Damages: Addendum, dated February 3, 2006 | Ex. 24 |
| Ex. 16 | Report of Independent Expert Professor Ernst R. Berndt to Judge Patti B. Saris dated February 9, 2005 | Ex. 47 |
| Ex. 19 | 56 Fed. Reg. 59524 (Nov. 25, 1991) | Ex. 38 |
| Ex. 21 | OIG, *Physicians' Costs for Chemotherapy Drugs* (Nov. 1992) | Ex. 27 |
| Ex. 22 | Bill Alpert, *Hooked on Drugs*, Barron's, (June 10, 1996) | Ex. 7 |
| Ex. 23 | Letter from Zachary Bentley and T. Mark Jones to Bruce Vladeck dated October 2, 1996 | Ex. 34 |
| Ex. 24 | Cancer Economics, *Insurers Are Eliminating Markup on Cancer Drugs, Official Says* (Mar. 1997) | Ex. 33 |
| Ex. 26 | OIG, *Excessive Medicare Payments for Prescription Drugs* (Dec. 1997) | Ex. 46 |
| Ex. 27 | 42 C.F.R. § 405.517 (1997) | Ex. 40 |
| Ex. 28 | OIG, *Comparing Drug Reimbursement: Medicare and the Department at Veterans Affair* (Nov. 1998) | Ex. 44 |
| Ex. 32 | OIG, *Medicare Reimbursement of Prescription Drugs* (Jan. 2001) | Ex. 45 |
| Ex. 36 | MedPAC, *Variation and Innovation in Medicare*, Ch. 9 (June 2003) | Ex. 26 |
| Ex. 37 | Deposition of Mike Beaderstadt taken on September 17, 2004 | Ex. 49 |
| Ex. 38 | Deposition of Mickey Brown taken on March 9, 2005 | Ex. 28 |
| Ex. 41 | Deposition of Christopher Eddy taken on October 6, 2004 | Ex. 50 |
| Ex. 42 | Deposition of Robert Farias taken on October 20, 2004 | Ex. 52 |
| Ex. 44 | Deposition of Thomas Greenbaum taken on January 14, 2005 | Ex. 29 |
| Ex. 45 | Deposition of Jill Herbold taken on January 14, 2005 | Ex. 30 |
| Ex. 47 | Deposition of John Killion taken on January 6, 2006 | Ex. 37 |
| Ex. 48 | Deposition of Edward Lemke taken on January 11, 2005 | Ex. 32 |
| Ex. 49 | Deposition of David Morris taken on January 5, 2005 | Ex. 51 |
| Ex. 50 | Deposition of Michael Mulrey taken on January 5, 2006 | Ex. 36 |
| Ex. 51 | Deposition of Joe Spahn taken on November 30, 2004 | Ex. 31 |