equipment required because of the toxicity of the chemotherapeutic agents …"[16]

10.     Medicare began covering erythropoietin, an outpatient drug used to treat anemia in dialysis and cancer patients, almost immediately following its approval in June 1989.[17]  In 1990, certain prescription immunosuppressive therapy and intravenous drugs suitable for administration in a home setting were added to Part B coverage. Coverage was again extended in 1993 to include some "oral, self-administered anti-cancer drugs."[18]

11.     The Omnibus Reconciliation Act of 1989 ("OBRA 89") mandated payment of physicians based on the RBRVS.  According to the GAO, the intent of this new payment system was to base physicians' payments on the relative resources used to provide a procedure, rather than on the physicians' charges.[19]  This new system was to be phased-in over 5 years, beginning in 1992.[20]  Eventually, the fee schedule was used "to pay physicians for more than 7,000 procedures, ranging from a routine office visit to surgical removal of a brain tumor."[21]

12.     While Medicare beneficiaries had had access to supplemental insurance (known as Medigap plans) since Medicare's inception, the Omnibus Budget Reconciliation Act of 1990 ("OBRA 90") required, as of 1992, new Medigap policies to "conform to 1 of 10 standardized benefit packages, labeled Plans A through J."[22]

---

[16]   53 Fed. Reg. 39644 (October 11, 1988).
[17]   Shih 1999, pp. 40-41.
[18]   SSB Statistical Supplement 2000, p. 44.
[19]   GAO Feb 1999, p. 1.
[20]   GAO Feb 1999, p. 28.
[21]   GAO Feb 1999, p. 1.
[22]   Fox, Peter D., Rani E. Snyder, and Thomas Rice, "Medigap Reform Legislation of 1990: A 10-Year Review," Health Care Financing Review, Spring 2003, Vol. 24, No. 3 ("Fox, et al. 2003"), p. 121.

## II.    1992:  MEDICARE PART B ADOPTS AWP

13.    In November 1991, HCFA published its final rule for Medicare Part B drug reimbursement, which stated that drug reimbursement was to be based on the lesser of EAC or AWP for single-source drugs and the lesser of EAC or the median of wholesale generic prices for multi-source drugs.[23]  HCFA specified that EAC "would be based on individual carrier estimates of the costs that physicians or other providers, as appropriate, actually pay for the drugs."[24]  In addition, HCFA said, "For certain types of drugs, such as chemotherapy drugs, significant indirect costs such as inventory costs, waste, and spoilage could be considered by carriers if these costs were documented."[25]  According to a letter from Nancy-Ann Min DeParle, HCFA administrator,

> "To implement this policy, HCFA developed a survey to get the necessary information from physicians.  However, because of the wide range of drugs used in different amounts at different frequencies by different types of physicians in different geographic areas of the country, we would have had to survey virtually all physicians in order to get a statistically valid estimate of acquisition costs.  Because that would have been burdensome and unfeasible, the Administration therefore determined that it would rely instead on the average wholesale price."[26]

14.    In response to a letter from one of its carriers, HCFA noted that drugs were to be reimbursed at the lowest of the national AWP, the EAC, or the actual charge, and no allowance for exceptions was made.  It was not acceptable to use manufacturer prices instead of *Red Book* prices to estimate the EAC.[27]

---

[23]    OIG, *Physicians' Costs for Chemotherapy Drugs,* A-02-91-01049, November 1992 ("OIG Nov 1992"), p. 4.

[24]    Congressional Research Service, Memo from Thomas Nicola (CRS) to the House Committee on Energy and Commerce Regarding Regulatory and Legislative History of Medicare Drug Reimbursement Based on Average Wholesale Price, August 31, 2001 ("CRS Aug 2001"), p. CRS-2, citing 56 Fed. Reg. 59525.

[25]    CRS Aug 2001, p. CRS-2.

[26]    Letter from Nancy-Ann Min DeParle (HCFA) to June Gibbs Brown (OIG) regarding OIG Draft Reports:  Medicare Reimbursement of End Stage Renal Disease Drugs and Medicare Reimbursement for Albuterol, June 13, 2000 ("DeParle (HCFA) Letter to Gibbs Brown Jun 2000"), p. 1.

[27]    Letter from Frank Camozzi (HCFA) to Celeste Brose (Blue Shield CA), February 2, 1995, p. 1.

Contains Highly Confidential Material – Subject to Protective Order

15.    In March 1994, HCFA requested that carriers request invoice data for high
volume drugs (for which expenditures exceeded $10 million in 1992) from a
sample of 5 to 10 physicians.[28]  The letter stated, "Section 405.509 of the
regulations permits the carriers to consider additional costs when determining the
estimated acquisition cost of a drug ... In addition to the estimated acquisition
costs, consider allowing an additional fee for the overhead of handling or
dispensing drugs."[29]  The purpose of Regional Carrier Letter No. 94-19, dated
June 8, 1994, was "to provide national uniform instructions on how to determine
the estimated acquisition cost and the average wholesale price of drugs, and to
provide additional information on other aspects of drug pricing."[30]  This letter
stated, "In addition to the EAC, consider allowing an additional fee for the
overhead of handling or dispensing drugs.  For example, you might determine that
an overhead allowance of 10% above the material costs would be equitable in
establishing EAC."[31]  On August 12, 1994, HCFA sent Regional Information
Letter (RIL) 94-435, instructing a carrier to suspend data collection efforts until
HCFA could obtain approval from the Office of Management and Budget
("OMB").[32]

## III.    1997: BALANCED BUDGET ACT

16.    The Balanced Budget Act of 1997 ("BBA 97") required adoption of the OPPS by
January 1, 1999,[33] although it was not implemented until August 2000.[34]

---

[28]    Letter from Charles Booth (Director, Office of Payment Policy, BPD) to All Associate Regional
Administrators regarding "Determination of Acquisition Cost of Drugs," March 15, 1994.

[29]    *Ibid.*, p. 3.

[30]    Letter from M.J. Christenberry, Associate Regional Administrator, Division of Medicare, HCFA
Regional Office VI, to All Regional Carriers, "Determination of Cost of Drugs – Action,"
Regional Carrier Letter No. 94-19, June 8, 1994, pp. 1-2.

[31]    *Ibid.*, p. 4.

[32]    Mentioned in letter from Darlene Debus (HCFA) to Grant Steffen (BCBS North Dakota), 1996
("Debus (HCFA) Letter to Steffen 1996"), HHC908-1217 to 1218.

[33]    63 Fed. Reg. 47552 (September 8, 1998).  "...implementation of the new system will have to be
delayed because of year 2000 systems concerns."

[34]    Lieder, Tzipora R., "HCFA Launches PPS for Hospital Outpatient Services; Billing May Pose
Challenge to Pharmacists," American Society of Health-System Pharmacists, August 1, 2000
("Lieder Aug 2000") p. 1, accessible at
http://www.ashp.org/news/ShowArticle.cfm?cfid=3365738&CFToken=59500826&id=593.

Contains Highly Confidential Material – Subject to Protective Order

Medicare outpatient reimbursement underwent a substantial change as a new system with fixed, prospectively determined payments for products and services provided by hospitals in the outpatient setting was implemented.  Within this system, HCFA grouped clinically similar outpatient services that used comparable levels of resources into payment groups, called Ambulatory Payment Classification ("APC") groups, similar to the Diagnosis-related Groups ("DRGs") in the inpatient prospective payment system.[35]  An APC rate could include payment for the surgical procedure, medication, supplies, and operating and surgical room services.[36]

17.    BBA 97 also widened the array of health plans available to Medicare beneficiaries, who had been limited to government fee-for-service or HMO plans, to include HMOs with a point of service option, preferred provider organizations, provider sponsored organizations, and private fee-for-service plans, which could all apply for certification as "Medicare+Choice" plans beginning in January 1999.[37]  CMS stated, "These options should expand the choices available to Medicare beneficiaries, particularly in rural areas.  Currently, 17 percent of Medicare beneficiaries are in managed care plans.  It is expected that by 2005, approximately 30 percent of all Medicare beneficiaries will be enrolled in Medicare+Choice plans."[38]  BBA 97 also established two high-deductible versions of Medigap plans.[39]

18.    According to Nancy-Ann Min DeParle, the HCFA Administrator, in 1997, the Administration proposed to pay physicians their actual acquisition costs for drugs, but Congress did not adopt the Administration's proposal.  "Instead, the Balanced

---

[35]    Kwong, Melsen and Rita Shane, "Medicare Outpatient Prospective Pricing System—A Pharmacy Perspective," Cedars-Sinai Medical Center, CA, American Society of Health-System Pharmacists, October 5, 2000 ("Kwong and Shane Oct 2000"), p. 1, available at http://www.ashp.org/practicemanager/mopps1.cfm.

[36]    Kwong and Shane Oct 2000, p. 2.

[37]    Center for Medicare and Medicaid Services, "New Health Options Available Under Medicare+Choice," June 18, 1998 ("New Health Options"), pp. 1-2, available at http://new.cms.hhs.gov/apps/media/press/release.asp?Counter=71.

[38]    New Health Options, p. 2.

[39]    Fox, *et al.* 2003, p. 125.

Contains Highly Confidential Material – Subject to Protective Order

Budget Act ["BBA"] reduced Medicare payments for covered drugs from 100 percent to 95 percent of the average wholesale price."[40] The regulations specified that single-source, brand-name drugs were to be reimbursed at 95 percent of AWP and that multi-source drugs (with two or more competing brands or generic equivalents) were to be reimbursed at 95 percent of the lower of: "(a) the median AWP for all generic forms of the drug or (b) the lowest brand name product AWP."[41] However, carriers had substantial discretion in implementing the methodology, which resulted in a "wide variation" in payment rates. Carriers differed as to whether they chose to "blend" or select the lowest brand name AWP, their source of AWPs, how frequently they updated AWPs, and other factors.[42] The variation in reimbursement rates across carriers for the same drug could be as much as 20 percent.[43]

19. In November 1999, out of concern that the OPPS payment rates, which were based on 1996 expenditures, might not reflect the costs of newer, more expensive drugs, Congress enacted a modification to the BBA 97 that established a list of "transitional pass-through" drugs.[44] These transitional pass-through drugs, which were to remain on the pass-through list for at least two but no more than three years, would be reimbursed separately from APC groups. After the transitional

---

[40]   DeParle (HCFA) Letter to Gibbs Brown Jun 2000, p. 1.

[41]   MedPAC, Report to the Congress: Variation and Innovation in Medicare, Jun 2003 ("MedPAC Jun 2003"), pp. 153-154. According to HCFA, "Section 4556 of BBA established payment for drugs not paid on a cost or prospective payment basis at the lower of the actual billed amount or 95 percent of the AWP, effective January 1, 1998." (See HCFA, "Medicare Program; Revisions to Payment Policies and Adjustments to the Relative Value Units Under the Physician Fee Schedule for Calendar Year 1999," 63 Fed. Reg. 58814 (November 2, 1998) at 58849.)

[42]   "The OIG found wide variation in prices paid by local carriers for covered drugs even though all payments were based on the same formula. Much of the difficulty stems from differences in how physician-administered drugs are coded by Medicare as well as many private payers ... While some HCPCS codes correspond to only one NDC, others can represent as many as ten ... Carriers had to choose the AWP from a single NDC code or compute an AWP from several corresponding NDC codes. Each carrier could make a different decision. Carriers also differed in frequency of updating AWPs." (MedPAC Jun 2003, p. 154.) See also OIG, *Excessive Medicare Payments for Prescription Drugs*, OEI-03-97-00290, December 1997 ("OIG Dec 1997"), p. 9.

[43]   "For some drug codes, the differences in allowed amounts were significant. Carriers' allowed amounts varied even for single-source drugs where the reimbursement rate is based on only one AWP ... For the first quarter of 1995, providers in one State were receiving 20 percent more in reimbursement than providers billing the same drug code in another State." (OIG Dec 1997, p. 9.)

[44]   Kwong and Shane Oct 2000, pp. 2-3, and Lieder Aug 2000, p. 1.

Contains Highly Confidential Material – Subject to Protective Order

period, payments for the APCs would be updated to include the cost for these drugs.[45]  Pass-through payments for these drugs were generally reimbursed at the lesser of the billed charge or 95 percent of AWP.[46]

20. In 1999, 6,267,379 (17.2 percent of total) community dwelling Medicare beneficiaries were enrolled in Medicare Risk HMOs, up from 1,068,187 (3.3 percent of total) beneficiaries enrolled in such plans in 1991.  Over the same period, the number of community dwelling Medicare beneficiaries enrolled in Fee-for-Service ("FFS") plans with no supplemental insurance decreased from 4,229,998 (13.1 percent of total) to 3,916,927 (10.8 percent of total).[47]

21. On September 5, 2000, Senator John Ashcroft introduced a bill, "Cancer Care Preservation Act."  Senator Ashcroft expressed concern about the proposed Medicare cuts in outpatient drug reimbursement through use of revised AWPs and discussed the awareness of the cancer community, the GAO and the HCFA of the inadequacy of reimbursement for professional services.[48]  The Senator said that the planned cuts in Medicare reimbursement would force physicians to send patients back to the hospital for treatment, but his bill would place restrictions on HCFA's ability to implement any changes to payment for outpatient cancer treatment, unless agreed to by the GAO, MedPAC, and members of the cancer community, and also would require the GAO to conduct a nationwide analysis to determine the appropriate payment rates for cancer services administered to Medicare beneficiaries.[49]

22. On September 8, 2000, HHS issued a program memorandum that provided revised AWPs to be used for 32 drugs, but specifically excluded their application

---

[45] Lieder Aug 2000, p. 1.

[46] Balanced Budget Act of 1997, H.R. Rep. No. 217 105th Congress, 1st Session, p. 798.

[47] Murray, Lauren A., and Franklin J. Eppig, "Insurance Trends for the Medicare Population, 1991-1999," *Health Care Financing Review*, Spring 2002, Vol. 23, No. 3, pp. 9-15, at p. 10.

[48] Statements on Introduced Bills and Joint Resolutions, By Mr. Ashcroft (for himself, Mr. Hagel, and Mr. Abraham), Statement regarding S. 3003, the Cancer Care Preservation Act, Congressional Record – Senate, September 5, 2000, S8022-8023 ("Ashcroft Statement Sep 2000), p. S8022.

[49] Ashcroft Statement Sep 2000, pp. S8022-23.

Contains Highly Confidential Material – Subject to Protective Order

to 17 drugs.  HCFA authorized Medicare carriers to use these revised prices, which had been obtained in the DOJ and National Association of Medicaid Fraud Control Units ("NAMFCU") investigations of providers' drug acquisition costs.[50]

23.    In a letter to Members of Congress, Nancy-Ann Min DeParle, the HCFA Administrator, stated, "This policy [reducing reimbursement to 95 percent of AWP under BBA 97] captures only a small fraction of the excessive Medicare payment amounts, as average wholesale price data do not reflect actual costs for many Medicare-covered drugs.  Therefore, the Administration has proposed to pay 83 percent of the average wholesale price."[51]

24.    In November 2000, HCFA retracted their authorization regarding use of these new AWPs, due to impending congressional actions.[52]  Shortly after this, Congress passed section 429 of the Benefits Improvement and Protection Act ("BIPA"), which mandated that the GAO study reimbursements for Part B drugs and for their administration and provide recommendations regarding modifications to the reimbursement system.  The legislation also imposed a moratorium on any direct or indirect decrease of drug reimbursement after January 1, 2001.[53]  HCFA conveyed to its carriers that they believed that the moratorium applied to changing the discount to AWP at which it would reimburse, but did not apply to any change in payment allowances resulting from marketplace factors such as entry of a generic version of a Part B drug.[54]

---

[50]    DHHS and HCFA, Program Memorandum – Intermediaries/Carriers, *An Additional Source of Average Wholesale Price Data in Pricing Drugs and Biologicals Covered by the Medicare Program*, Transmittal AB-00-86, September 8, 2000 ("Transmittal AB-00-86"), p. 2.  The excluded drugs were chemotherapy agents and blood clotting factors.

[51]    Letter to Members of Congress from Nancy-Ann Min DeParle, HCFA Administrator, reproduced in *Medicare Part B Resource: Focused Information for Medicare Part B Providers in Maine, Massachusetts, New Hampshire, and Vermont*, October/November 2000, published by the National Heritage Insurance Company of Hingham, Massachusetts, pp. 17-18.

[52]    DHHS and CMS, Program Memorandum, Transmittal AB-00-115, November 17, 2000 ("Transmittal AB-00-115"), p. 1.

[53]    DHHS and CMS, Program Memorandum, Transmittal AB-01-66, May 3, 2001.

[54]    CRS Aug 2001, p. CRS-7.

Contains Highly Confidential Material – Subject to Protective Order

25. In order to "correct identified differences amongst its local carriers," CMS established the Single Drug Pricer ("SDP") program, effective January 1, 2003.[55] Under this new program, CMS establishes prices centrally[56] and distributes the SDP list to carriers every quarter.[57] Drugs subject to the SDP include all Medicare-covered drugs for which the payment allowance is based on AWP, except for drugs billed to DME carriers and hospital outpatient drugs billed to fiscal intermediaries.[58]

## IV. 2003: MEDICARE PRESCRIPTION DRUG, IMPROVEMENT, AND MODERNIZATION ACT

26. The Medicare Prescription Drug, Improvement, and Modernization Act of 2003 established a new Medicare outpatient prescription drug benefit, effective in 2006; changed the rates at which Medicare Part B drugs were reimbursement for 2004; and introduced a new reimbursement benchmark, the Average Sales Price ("ASP"), for drugs dispensed under Medicare Part B after January 1, 2005. The MMA also authorized the CMS to study physician practice expenses and revise payments for drug administration. For 2004, most Part B drugs were reimbursed at 85 percent of the AWP in effect on April 1, 2003, while blood clotting factors, drugs that were not available for Medicare payment on April 1, 2003, vaccines, ESRD drugs, and infusion drugs used with DME were reimbursed at 95 percent of AWP.[59]

27. Section 303(d) of the MMA "establishes a program for the acquisition of and payment for competitively biddable Part B covered drugs and biologicals

---

[55] DHHS and CMS, Program Memorandum, Transmittal AB-02-174, December 3, 2002 ("Transmittal AB-02-174"), Attachment.

[56] CMS chose Palmetto GBA to determine AWPs for the program. See MedPAC Jun 2003, p. 160.

[57] Transmittal AB-02-174, p. 2.

[58] "Standardizing Prices for Medicare Covered Drugs," Palmetto GBA, accessed at http://www.palmettogba.com/palmetto/providers.nsf/PrintFrame?OpenFrameSet&Frame=PrintBot tom&Src=/palmetto/providers.nsf/PrintableDocs/85256A46005D491A85256C9300493BD4?Open Document.

[59] "Medicare Program; Changes to Medicare Payment for Drugs and Physician Fee Schedule Payments for Calendar Year 2004, Interim final rule with comment period," 69 Fed. Reg. 1084 (January 7, 2004). DME infusion drugs were reimbursed at 95 percent of the AWP in effect on October 1, 2004. (See 69 Fed. Reg. 1086.)

Contains Highly Confidential Material – Subject to Protective Order

furnished on or after January 1, 2006."[60]  This section provided physicians with two options for acquiring the drugs administered to Medicare patients:  they could obtain drugs from an entity selected to participate in the Competitive Acquisition Program or they could continue to purchase drugs and bill Medicare under the ASP drug payment methodology.[61]

28.     "Effective January 2005, Medicare pays for the majority of Part B covered drugs using a drug payment methodology based on the ASP.  In accordance with section 1847A of the Act, manufacturers submit to us [CMS] the ASP data for their products.  These data include the manufacturer's total sales (in dollars) and number of units of a drug to all purchasers in the United States in a calendar quarter (excluding certain sales exempted by statute), with limited exceptions.  The sales price is net of discounts such as volume discounts, prompt pay discounts, cash discounts, free goods that are contingent on any purchase requirement, chargebacks, and rebates (other than rebates under section 1927 of the Act).  The Medicare payment rate is based on 106 percent of the ASP (or for single source drugs, 106 percent of wholesale acquisition cost (WAC), if lower), less applicable deductible and coinsurance."[62]

29.     The MMA also created two methods for reimbursing for prescription drugs under OPPS.  First, charges for low-cost drugs (defined as drugs with daily median costs below $50) were bundled into their associated APC groups.[63]

> "In 2004, the reimbursement rate [for higher cost drugs] was 88% of the average wholesale price (AWP) for single-source medications, 68% of AWP for multi-source medications, and 46% of AWP for generic medications.  In 2005, the rate will decrease to 83% of AWP for single-

---

[60]     "Medicare Program; Revisions to Payment Policies Under the Physician Fee Schedule for Calendar Year 2006 and Certain Provisions Related to the Competitive Acquisition Program of Outpatient Drugs and Biologicals Under Part B, Final rule with comment," 70 Fed. Reg. 70116 (November 21, 2005), at 70 Fed. Reg. 70236.

[61]     70 Fed. Reg. 70236 (November 21, 2005).

[62]     "Medicare Program; Competitive Acquisition of Outpatient Drugs and Biologicals Under Part B," Interim final rule with comment period," 70 Fed. Reg. 39023 (July 6, 2005).

[63]     American Society of Health-System Pharmacists, *Pharmaceutical Reimbursement: Keeping Up With Changing Times*, December 5, 2004, p. 6.

Contains Highly Confidential Material – Subject to Protective Order

source medications and remain the same for multi-source and generic medications.  In 2006, the rate will be 106% of the average sales price (ASP) or average acquisition cost."[64]

---

[64]    *Ibid.*

**APPENDIX C:  INFORMATION ON PHARMACUETICAL PRICING FROM NON-GOVERNMENT SOURCES**

1.      This appendix focuses on non-government documents regarding the acquisition cost and reimbursement of pharmaceuticals.  Many of the references indicate that the private sector has been exposed to and acted upon information generated in the public sector.  For instance, *Drug Topics* refers to Medicaid programs as the "trend-setters" for third party prescription plans[1] and the "leaders" in a game of "follow the leader."[2]  A 1994 *Health Care Financing Review* article commented that Medicaid policy was especially significant, because private payors "often mimic their own States' Medicaid payment methods for prescription drugs."[3]  In addition, private insurance companies acted as carriers, or local administrators of the Medicare and Medicaid programs, and received regular data and guidance from the federal government concerning reimbursement levels and actual acquisition costs.[4]  Further, deponents have testified that their companies used Medicare reimbursement levels as a reimbursement benchmark.[5]

2.      Since at least the late 1980s, there have been numerous references to government studies about prescription drug prices in newspaper and journal articles.  These articles cite studies and reports from the OIG,[6] the Congressional Budget Office

---

[1]     Robinson, Bill, "Medicaid at 20:  Still Awkward and Troubled," *Drug Topics*, April 21, 1986, p. 36.

[2]     Ehrlich, Frederick J, "Learning To Live With Third Party," *Drug Topics*, February 17, 1986, p. 38.

[3]     Lamphere-Thorpe, Jo Ann, William P. Johnston, Kerry E. Kilpatrick, and G. Joseph Norwood, "Who Cares What it Costs to Dispense a Medicaid Prescription?," *Health Care Financing Review*, March 22, 1994, p. 9.

[4]     OIG, *Changes to the Medicaid Prescription Drug Program Could Save Millions,* A-06-40216, September 1984, p. 3.

[5]     See, for example, Beaderstadt (John Deere) Deposition, pp.17-19 and Deposition of Michael T. Mulrey, Manager of Provider Reimbursement in the Actuarial Department, Blue Cross Blue Shield of Massachusetts ("BCBS-MA"), January 5, 2006, pp. 61-63.

[6]     Alpert, Bill, "Hooked on Drugs:  Why do Insurers Pay Such Outrageous Prices for Pharmaceuticals?" *Barron's*, June 10, 1996 ("Alpert 1996"), p. 15.

Contains Highly Confidential Material -- Subject to Protective Order

("CBO"),[7] the New York State Consumer Protection Board,[8] and the Senate Special Committee on Aging.[9]  Furthermore, these articles were published in widely-read publications such as the *Los Angeles Times, Newsday,* and *The Washington Post.*  There was also extensive coverage of Congressional Hearings in 2001 and 2002 and of the debate surrounding the Medicare Modernization Act.

## I.     1980s

3.      An article published in the July 5, 1987, *Lexington Herald-Leader* (KY) quoted the director of regulatory affairs for Rugby Laboratories as saying, "The (Average Wholesale Price) is a joke" and quoted a top Pennsylvania Medicaid official as saying that AWP "just doesn't mean anything.  It has no connection to what pharmacists really purchase the drug for."[10]  This article also discussed an audit by the OIG conducted in 1985, stating "It [the audit] concluded that Average Wholesale Prices were, on the average, 16 percent too high."[11]  Later in 1987, *Drug Topics* reported that HCFA had "made clear its position that AWP is generally not a good guidepost in determining pharmacists' drug costs."[12]

4.      In 1989, *Newsday* noted that "insurers say the average wholesale price isn't the price they pay for drugs.  Depending on the medicine, the acquisition price can be as much as 50 percent less than the average wholesale price."[13]  In the same year, the *Arkansas Democrat-Gazette* published an interview with Bill McCutcheon, a

---

[7]   Dillon, Michael J., "Drug Pricing:  One Size Fits None," *Journal of Commerce,* August 3, 1994, p. 6A; Enthoven, Alain, "Discounts:  A Healthy Dose of Competition," *The Washington Post,* August 11, 1999 ("Enthoven 1999"), p. A19.

[8]   Unger, Michael, "Study Finds Drug Prices Vary Widely:  Consumer Board Sees Spread of up to 700%," *Newsday,* August 28, 1990 ("Unger 1990"), p. 41.

[9]   Rosenblatt, Robert A., "Catastrophic Care Would Pay More for Drugs than VA, Study Finds," *Los Angeles Times,* July 16, 1989, Part 1, p. 16.

[10]   Miller, John Winn, "Drug Industry Overcharging Medicaid Prescriptions Cost Taxpayers Millions of Extra Dollars," Lexington Herald-Leader, July 5, 1987 ("Miller 1987"), p. A1.

[11]   Referring to OIG, *OIG Use of Average Wholesale Prices in Reimbursing Pharmacies Participating in Medicaid and the Medicare Prescription Drug Program,* October 3, 1989.

[12]   Robinson, Bill, "New Medicaid Drug Rules:  Reform or Retreat," *Drug Topics,* September 7, 1987, p. 54.

[13]   Sanger, Elizabeth, "No Rx for Plans; Drug Plans Draw Pharmacists' Ire," *Newsday* (New York), February 24, 1989, p. 47.

Contains Highly Confidential Material – Subject to Protective Order

HCFA deputy regional administrator, in which he said that even the publishers of AWP openly admit that AWP "'doesn't represent the actual cost' to pharmacies 'by any stretch of the imagination.'"[14]  This article also reported that HCFA had "recently ruled that the average wholesale price [was] no longer an acceptable reimbursement standard."  Another 1989 *Arkansas-Democrat Gazette* article looked at prices for Zantac and found that the AWP was $63, that pharmacies could purchase it at $55, hospitals could purchase it at $53, and the Veterans Administration could purchase it for $41.[15]

5.      In 1989 the *Washington Post* reported that "[t]he generally accepted practice in the industry has been to use 'the average wholesale price' – something akin to the 'blue book' value of an automobile – as a way to measure the cost of the drug."[16]  This article discussed a study commissioned by Mack Trucks that found pharmacies could buy brand name drugs for AWP minus 15 percent and generic drugs for AWP minus 50 percent.

## II.     1990s

6.      Between 1990 and 1993, many newspaper and journal articles discussed pharmaceutical discounts in connection with the Congressional hearings on the Medicaid best-price legislation.  Publications such as *Drug Topics*,[17] the *Los Angeles Times*,[18] *The New York Times*,[19] and *The Seattle Times*[20] published articles discussing the varying levels of discounts and rebates received by

---

[14]  "Pharmacists Face Big Losses Under Proposal, Official Says," *Arkansas Democrat-Gazette*, March 23, 1989.

[15]  Henson, Maria, "Pryor Going after Lower Drug Prices," *Arkansas Democrat-Gazette*, July 17, 1989.

[16]  Sun, Lena H., "Prescription Drug Plans Face Threat; Pharmacy Chains Dropping Programs," *The Washington Post*, April 14, 1989, p. A1.

[17]  Conlan, Michael F., "Now Come Some Serious Medicaid Cuts," *Drug Topics*, September 17, 1990, p. 45.

[18]  Reynolds, Maura, "Medicaid Savings," *Los Angeles Times*, November 20, 1990, Part A ("Reynolds 1990"), p. 5.

[19]  Freudenheim, Milt, "Business and Health; Medicaid Fight by Drug Makers," *The New York Times*, July 31, 1990, Section D, p. 2.

[20]  King, Warren, "Drug Companies Hit Over Price Boosts—Hospitals, Other Health Organizations Report Increases of 20 Percent or More," *The Seattle Times*, February 17, 1991, p. A1.

different classes of trade and the federal government.  These discounts ranged from 10 to 70 percent according to the *Los Angeles Times*;[21] while the *Arkansas Democrat-Gazette* reported that discounts could range from 25 to 60 percent.[22] The *Los Angeles Times* quoted Professor Stephen Schondelmeyer as saying, "Many hospitals get products at 40 to 60% less than what the retail pharmacy pays."[23]

7.   An article published in *Trustee* in 1991 discussed the impact of the Medicaid Best Price legislation on the prices charged to hospital buying groups and mentioned two instances in which hospital purchase prices have skyrocketed:  for Yale-New Haven Medical Center, the price of Coumadin went from $2.10 to $42.12; the price of warfarin at the University of Wisconsin Hospital and Clinic was raised from $1.80 to $36.70.[24]

8.   In 1993, publications such as the *Washington Post* began to cover *In re:  Brand Name Prescription Drug Litigation*, in which pharmacies complained about pharmaceutical price differentials across different classes of trade.[25]  In October 1993, the *Los Angeles Times* reported retail drugstores as saying they paid up to 1,200 percent higher prices for drugs than did health maintenance organizations ("HMOs"), and mail-order pharmacies.[26]  The *Chicago Sun-Times* reported that retail pharmacists paid drug prices that were up to 1,245 percent higher than those paid by other classes of trade.[27]

---

[21]   Reynolds 1990, p. 5.

[22]   "Drug Price Surge Hits VA Hospitals," *Arkansas Democrat-Gazette*, February 24, 1991.

[23]   "Drug Firms Start Holding Line on Prices," *Los Angeles Times*, January 12, 1992, Business, Part D, p. 11.

[24]   Chaconas, Judy, "Providers Offer Prescription for Medicaid Drug-Pricing Law," Trustee, December 1991, p. 19.

[25]   Mathews, Jay, "Drugstores Accuse Firms of Fixing Drug Prices," *The Washington Post*, October 15, 1993 ("Mathews 1993").

[26]   Gellene, Denise, "Suit Accuses 7 Drug Makers of Price-Fixing," *Los Angeles Times*, October 15, 1993, Part D, p. 1.

[27]   Mathews, Jay, "Chains Accuse Drug Firms of Price-Fixing," *Chicago-Sun Times*, October 15, 1993, p. 6.

Contains Highly Confidential Material – Subject to Protective Order

9.  In 1996, *The New York Times* reported that HMOs received discounts and rebates from drug manufacturers by "contending they can push tens of thousands of patients toward one or another brand, or often a low-priced generic copy, at the expense of similar drugs."[28]  The *Chicago Tribune* reported that managed-care organizations, mail-order pharmacies, hospitals, and nursing homes could purchase drugs at prices 40 to 95 percent lower than the prices available to retail pharmacies.[29]  Also in 1996, the *Washington Post* reported that AWP is a "price that is used as a baseline to negotiate prices and reimbursement rates."[30]

10. In 1996, staff at *Barron's* performed an analysis of pricing for the "top 20 Medicare drugs (which account for about 75% of the program's drug spending), as well as for various intravenous solutions."[31]  They followed a methodology similar to that employed in the OIG studies discussed in Exhibit C, comparing AWPs listed in the *Red Book* and the *Blue Book* with "current quotes or price lists from several leading wholesaler[s] specializing in sales to doctors, home health firms, nursing homes and hospitals."[32]  They found that "for generic drugs, nearly every manufacturer's price was 60%-85% below the published average wholesale price" and that for intravenous nutritionals and solutions, "[c]atalog wholesale prices ... are, on average, 80%-93% below those companies' AWPs," concluding, "If most health-care providers can get these prices, is it any wonder an industry wag says that AWP really means 'Ain't What's Paid?'."[33]

11. A January 1997 article in *The Washington Post* said AWP is "not ... the price that's really charged [to] most customers."[34]  Also in January 1997, an article in

---

[28]  Freudenheim, Milt, "The New Drug-Price Squeeze; H.M.O.'s are Fighting Back in the Battle over Costs," *The New York Times*, March 13, 1996, Section D, p. 1.

[29]  Hutchcraft, Chuck, "Drug Suit Prescription has Pharmacists Queasy; Some Fear Settlement Won't Cure Sales Ills," *The Chicago Tribune*, February 19, 1996, Business, p. 1.

[30]  Day, Kathleen, "A Bitter Pill to Swallow; Small Pharmacies a Dying Breed as Profit Margins Shrink; Druggists' Dilemma," *The Washington Post*, February 26, 1996, p. F01.

[31]  Alpert 1996, p. 15.  They noted that the OIG was also investigating pricing for these drugs.

[32]  Alpert 1996, p. 15.

[33]  Alpert 1996, p. 15.

[34]  Rich, Spencer, "Battling the High Prices Medicare Pays for Drugs," *The Washington Post*, January 2, 1997, Section A, p. A15.

*The Pink Sheet* stated, "Pharmacists would receive Medicare reimbursement at the actual or estimated cost of outpatient drugs rather than average wholesale price under language expected to be included in President Clinton's budget for fiscal year 1998."[35]   A week later, *The Pink Sheet* reported on an OIG audit of state Medicaid payment rates, which found that AWP overstated pharmacy acquisition costs by 18.3 percent for brand-name drugs and by 42.4 percent for generic drugs.[36]

12.   In a 1997 radio address, President Clinton referred to AWP as "the so-called sticker price" for drugs and said, "Few doctors, however, actually pay the full sticker price."[37]

13.   One article published in *Cancer Economics* in March 1997 discussed the Administration's budget proposal to reduce reimbursement to 80 percent of physicians' actual acquisition cost, stating "If adopted, the proposal would eliminate a major source of revenue for oncologists and, according to many observers, may lead physicians to administer chemotherapy in the hospitals, thereby actually increasing healthcare costs."[38]   Another article in the same issue quoted the chief medical officer at United HealthCare Corp. as saying in a speech to the National Cancer Centers Network, "The markups for chemotherapy medicines are getting to be so high that the public is beginning to react.  You are losing credibility from that.  What you will see happening in my company and, I suspect, others, is that you will no longer be getting reimbursed at (Average

---

[35]   "Medicare Coverage of Outpatient Dialysis, Transplant and Cancer Drugs Would Be Tied to Actual Cost Rather than AWP Under Language Expected in Clinton '98 Budget," *The Pink Sheet*, January 6, 1997, p. 5.

[36]   "AWP Overstates Actual Pharmacy Invoice Cost for Brand Name Drugs by Average of 18.3% Nationwide, HHS IG Concludes; Generic AWP Overstates Cost by 42.5%," *The Pink Sheet*, January 13, 1997, p. 7.

[37]   "Clinton Wants Stricter Curbs on Doctor Charges for Drugs," *Chicago Tribune*, December 14, 1997, p. 5.

[38]   "Administration Proposes Cut Of Markup On Outpatient Drugs," *Cancer Economics*, a Supplement to the *Cancer Letter*, March 1997, p. 1.

Contains Highly Confidential Material – Subject to Protective Order

Wholesale Price).  You will be getting reimbursed at catalogue prices."[39]  He was also quoted as saying, "Employers are already bringing this up to me.  'What are you doing about oncologists who are making too much money on drugs?'"[40]

## III.    2000 TO THE PRESENT

14.    A 2000 *New York Times* article quotes Patricia Wilson, a pharmaceutical consultant, as saying "[t]hey [AWPs] are not an average, not wholesale and not a price, other than what employers pay."[41]  A June 2000 *Drug Topics* article noted, "Shaughnessy [Product Manager for *Red Book*] likened AWP to a sticker price on a new car.  'No one actually really pays that price,' he said.  'There are various market conditions that go into the price of a product.'"[42]  In May 2000, an article in *USA Today* discussed the letters that House Commerce Committee Chairman Tom Bliley sent to "at least seven drugmakers [asking them to] explain how they set prices for certain products covered by Medicare and Medicaid."[43]  The article mentioned the "new drug price-reporting effort," saying, "Under the new effort … [t]he difference in price could be stunning.  In Florida, for example, the reimbursement for a liter of dextrose dropped from $13 to $3.88, and for Ativan, an injectable sedative, the reimbursement went from about $93 to $48."

15.    A second 2000 *New York Times* article quoted U.S. Secretary of Health and Human Services, Donna Shalala, as saying that Medicare was paying "far more than doctors pay for many of the medicines."[44]  According to this article, a 1997 HHS study found that "Medicare payments for 22 drugs, including many cancer drugs, exceeded the actual wholesale prices by 29 percent, or $447 million, in

---

[39]    "Insurers are Eliminating Markup On Cancer Drugs, Official Says," *Cancer Economics*, a Supplement to the *Cancer Letter*, March 1997, p. 3.

[40]    *Ibid.*, p. 1.

[41]    Freudenheim, Milt, "New Questions on Drug Plans as Costs Soar," *The New York Times*, May 7, 2000, Section 1, p. 1.

[42]    Conlan, Michael F, "AWP under Fire Again at Federal and State Levels," *Drug Topics*, June 5, 2000, p. 48.

[43]    Appleby, Julie, "House Committee Asks Drug Firms To Justify Pricing Policy," *USA Today*, May 10, 2000, p. 1B.

[44]    Pear, Robert, "Administration Plans Cuts in Some Drug Payments," *The New York Times*, Section 1, August 6, 2000, p. 12.

Contains Highly Confidential Material – Subject to Protective Order

1996.  For 8 of the 22 drugs, it said, Medicare paid more than twice the actual wholesale price." *The Wall Street Journal* reported on an "18-month investigation into drug-industry pricing practices by the House Commerce Committee," stating "[f]or example, according to a wholesale catalog, health-care providers in June could buy 15 units of Pharmacia Corp.'s cancer drug Bleomycin for about $140.  But Medicare reimbursements were set at 95% of the announced price of $309.98.  That meant doctors buying Bleomycin could make about $154 on each purchase."[45]  The article also stated, "Drug companies argue that the government has long known that announced prices for these drugs ... represented a 'sticker price,' not the actual cost to doctors.  After relying on AWP to set Medicare and Medicaid reimbursements for years, the government can't honestly claim to have been bilked, the companies say."

16. In late 2000, *Pharmaceutical Executive* reported that the House Commerce Committee had found that TAP and other pharmaceutical companies had been publishing AWPs that were much higher than acquisition costs.[46]

17. In 2001, an article in *Formulary* stated that AWP "does not represent the true transaction cost."[47]  Numerous articles describing the Congressional hearings on Medicare reimbursement in September 2001 were published.   *USA Today* also reported Deputy Inspector General Grob's written testimony and quoted him as saying, "Until the system is changed, Medicare ... will continue to pay excessive amounts for prescription drugs."[48]  *The Boston Globe* reported on the upcoming hearing, stating, "Authorities in Massachusetts and across the nation are not waiting for Congress to act.  Government sources said prosecutors at the US

---

[45] Cloud, David S. and Laurie McGinley, "How Drug Makers Influence Medicare Reimbursements to Doctors," *The Wall Street Journal*, September 27, 2000.

[46] Brichacek, Andra, "Medicare Manipulation: Government Looks The Other Way As Physicians Line Their Pockets With Taxpayer Money," *Pharmaceutical Executive*, November 1, 2000, p. 170.

[47] Malone, Daniel C., Sean D. Sullivan, David L. Veenstra, Edward P. Armstrong and Amy J. Grizzle, "Determining Unit Cost Values for Health Care Resources in Pharmacoeconomic Studies," *Formulary*, April 1, 2001, p. 294.

[48] Appleby, Julie, "Feds To Ask Today For Medicare Drug Change," *USA Today*, September 21, 2001 (quotation shortened in original).

Contains Highly Confidential Material – Subject to Protective Order

attorney's office in Boston and the Massachusetts attorney general's office are investigating whether at least 20 pharmaceutical companies committed fraud by manipulating the prices of drugs reimbursed through Medicare and Medicaid."[49] *The Seattle Times'* report on the hearings discussed the excessive Medicare reimbursement, but also quoted Larry Norton, president of the American Society of Clinical Oncology ("ASCO"), as saying, "The cost of supplies, equipment, and nurse time for a chemotherapy infusion significantly exceeds the Medicare payment amount. Medicare pays less than one-fourth of the total costs."[50]

18.     On December 20, 2001, *PR Newswire* covered the filing of a lawsuit by the Prescription Access Litigation ("PAL") project against "28 U.S. drug companies for manipulating the 'average wholesale price' of drugs covered by Medicare."[51] *Business Wire* covered the filing of a suit by Steve Berman, acting as "special assistant attorney general for the state of Nevada," alleging that "drug companies engaged in deceptive trade practices by manipulating or misstating the average wholesale price..."[52] In February 2002, *American Health Line* covered the filing of a suit by the attorney general of Montana alleging that 18 drug companies "illegally misstated the average wholesale prices of their medications...."[53]

19.     An article in the January 21, 2002, issue of *Drug Store News* discussed both a study by the OIG that "... concluded that retail pharmacies pay an average of nearly 22 percent below average wholesale prices for the drugs they obtain" and a study performed by the Center for Pharmacoeconomic Studies at the University of

---

[49]   Dembner, Alice, "Medicare Waste Raises Cost of Drugs by $1B: Congress to Hear Report on Overpayment Excess," *The Boston Globe*, September 21, 2001, p. A2.

[50]   "Medicare Drug Pricing Faces Congressional Fix; Many HMOS Trimming Their Program Coverage," *The Seattle Times*, September 22, 2001, p. A10.

[51]   "Consumer Groups Charge Industry-Wide Price Manipulation—Over $800 Million in Illegal Profits from Medicare & Medicaid Patients; Federal Lawsuit Charges 28 Drug Companies with RICO, State and Federal Anti-Trust, and Consumer Protection Violations," *PR Newswire*, Boston, December 20, 2001.

[52]   "Hagens Berman Assists Nevada in Charging Drug Companies with Fraudulent Pricing Schemes," *Business Wire*, January 25, 2002.

[53]   "Montana: Accuses 18 Drug Makers of Price Manipulation," *American Health Line*, February 26, 2002.

Contains Highly Confidential Material – Subject to Protective Order

Texas that disputed the OIG's findings.[54]  An article in *The Metropolitan Corporate Counsel* in March 2002 stated, "Indeed, for several decades, the federal government has been aware that the Medicare and Medicaid programs have been reimbursing for certain drugs at prices higher than their actual acquisition cost to private parties, physicians and others."[55]

20.     A 2002 article in the *St. Petersburg Times* said that oncologists generally receive large discounts off AWP, so that Medicare reimbursement rates at or close to 100 percent of AWP exceeded the cost of the drug to the physician.[56]  In 2002, Asela Cuervo, general counsel for the American Association for Homecare, was quoted as saying "[i]t's no surprise to anybody that the AWP contains a large spread from the actual acquisition price."[57]  The article also said, "Even its defenders agree that AWP is 'wholesale' in name only, and that, for many drugs, it sets reimbursement levels far above the prices that providers typically pay."

21.     The February 13, 2003, edition of *The New York Times* carried an article on lawsuits that New York State Attorney General Spitzer intended to file against two major pharmaceutical companies and mentioned that six other states had filed similar suits, including California and Texas.[58]  The article gave information on markups for Taxotere (19 percent), Camptosar (19 percent), Kytril (34 percent), and Anzemet (79 percent).  These filings were also discussed in a number of newspaper articles published on February 14, 2003, including the *Philadelphia Inquirer* and *Newsday*.[59]

---

[54]   Frederick, James, "Federal Drug Price Data Flawed, Charges University Of Texas Study," *Drug Store News*, Vol. 24, No. 1, January 21, 2002, p. 10.

[55]   Sanzo, Kathleen M. and Stephen Paul Mahinka, "Pharmaceutical Pricing: System Changes and Global Effects, *The Metropolitan Corporate Counsel*, March 2002, p. 24.

[56]   "Medicare Markup For Drugs:  10,000%," *St. Petersburg Times* (Florida), July 14, 2002, p. 1A.

[57]   Gray, Tom, "Construction Ahead," *HomeCare*, October 2002, p. 10.

[58]   Abelson, Reed, and Jonathan D. Glater, "New York Will Sue 2 Big Drug Makers on Doctor Discount," *The New York Times*, Sections A, February 13, 2003, p. 1.

[59]   Pugh, Tony, "N.Y. sues Glaxo and Pharmacia over Drug Prices," *Philadelphia Inquirer*, Business, February 14, 2003; Marshall, Randi F., "Spitzer Sues Drug Makers," *Newsday*, February 14, 2003, p. A08.

Contains Highly Confidential Material – Subject to Protective Order

22.   A Health Policy Report entitled, "Medicare and Drug Pricing" was published in the April 17, 2003, issue of the New England Journal of Medicine.  According to the article, "The challenge facing policymakers is to strike a balance between the overpayments for drugs and the underpayments for practice expenses that will satisfy the disparate stakeholders."[60]  The report also pointed out that the first administrative action by CMS after October 2002 testimony by the Administrator of CMS was the announcement of a "'single drug pricer' to eliminate the variation in prices paid by its local carriers according to how they apply the current payment method."[61]

23.   In August 2003, *The New York Times* quoted "the administration" as saying, "Doctors typically pay 66 percent to 87 percent of the average wholesale price."[62]  An August 2003 *Saint Paul Pioneer Press* article quoted Warrick's spokesperson, Bill O'Donnell, as saying "The point is, it has been well-known and widely reported since the 1960s that average wholesale price does not reflect actual prices."[63]  According to an article in the *Lexington Herald Leader*, the Kentucky attorney general sued five drug companies, using prices for albuterol as an example:  AWP is $21.41, retail price is ca. $17, and cost to pharmacy is $3.75; "a difference of over 570 percent."[64]

24.   An article in the September 29, 2003, *Times-Picayune* reported on the reaction of oncologists to proposed legislation that would reduce reimbursement for drugs.  The article said that doctors paid between 13 and 34 percent less than AWP and cited U.S. Representative Billy Tauzin as saying, "… the difference between what some doctors paid and what they were reimbursed by the government was vast.

---

[60]   Iglehart, John K., "Medicare and Drug Pricing," Health Policy Report, *New England Journal of Medicine,* April 17, 2003, p. 1590.

[61]   *Ibid.*, p. 1593.

[62]   Pear, Robert, "Cancer Drugs Face Funds Cut in a Bush Plan," *The New York Times*, Section A, August 6, 2003, p. 1.

[63]   Hanners, David, "Drug Price Boost Alleged," *Saint Paul Pioneer Press*, Business, August 28, 2003, p. 1C.  Warrick is the generic drug subsidiary of Schering-Plough.

[64]   Brammer, Jack, "Drug Makers Cheated State, Lawsuit Says," *Lexington Herald Leader*, City and Region, September 16, 2003, p. B1.

Sometimes the discounts are much deeper ..."[65]  The article also cited ASCO "estimates [that] Medicare covers about 25 percent of the clinical, administrative and labor costs associated with administering chemotherapy drugs."  On October 29, 2003, *Drug Industry Daily* reported that CMS would delay its issuance of a final rule on drug reimbursement for Medicare Part B drugs, because CMS wants "... to give Congress the opportunity to act."[66]  Another article on the same subject appeared in the November 5, 2003 issue of *Generic Line.*[67]

---

[65]  Walsh, Bill, "Medicare law provision would trim drug profits," *Times-Picayune*, September 29, 2003, p. 4.

[66]  "CMS Delaying Final Rule as Congress Debates AWP," *Drug Industry Daily*, October 29, 2003.

[67]  "AWP Methodology Final Rule Delayed by Medicare Debate," *Generic Line*, Vol. 20, No. 21, November 5, 2003.

Contains Highly Confidential Material – Subject to Protective Order



**EXHIBIT A**

# GREGORY K. BELL
Group Vice President

Ph.D. Business Economics,
Harvard Graduate School of Arts and Sciences/
Harvard Graduate School of Business Administration

M.B.A. Harvard Graduate School of
Business Administration

B.A. Simon Fraser University

Dr. Bell, group vice president at CRA International, is responsible for business consulting and also the practice leader for pharmaceuticals and intellectual property.  In addition, he is a principal member of the firm's Finance and Transfer Pricing practices.  As an expert witness, Dr. Bell frequently testifies on damages in intellectual property, finance, and antitrust litigation.  Dr. Bell's business consulting engagements focus on the economics of business strategy, working with firms to develop sustainable competitive advantages in specific product markets.  He has led and consulted to numerous projects concerning game theory and competitive strategy, global launch strategy, product pricing and positioning, capital budgeting and real options, and cost-benefit analyses.

## EXPERIENCE

### Business

1992–Present    *Group Vice President*, CRA International, Boston, MA

- Dr. Bell directs CRA's Pharmaceuticals and Intellectual Property practices.

1987    *Management Consultant*, Alliance Consulting Group, Boston, MA

- Dr. Bell designed a market research program for a consumer electronics client's new product development.

1986    *Associate*, Corporate Finance, Wood Gundy, Vancouver, Canada

- Dr. Bell participated in drafting the prospectus and in marketing the initial public offering of a sportswear manufacturer.

1982–1985    *Chartered Accountant*, Pannell Kerr Forster, Victoria, Canada

- Dr. Bell provided financial accounting, auditing, taxation, and related management consulting services, focusing on special projects involving accounting theory, financial forecasts, and business valuations.

- He also developed a course to prepare the national firm's articling students for the uniform final examination, an examination required to receive the designation of chartered accountant.

- Dr. Bell placed eighth in Canada on the 1983 uniform final examination and was named to national honor roll.

## Academic

1991–1992    *Visiting Assistant Professor*, Economics Department, Northeastern University.

- Dr. Bell was responsible for undergraduate courses in industrial organization, managerial economics, and principles of microeconomics.

1991–1992    *Lecturer*, Economics Department, Harvard University.

- Dr. Bell developed the senior-level undergraduate course, "Economics of Business Strategy."

*Section Leader*, Economics Department, Harvard University.

- Dr. Bell led sections in industrial organization.

1990–1991    *Research Associate*, Economics Department, Harvard University.

- Dr. Bell conducted mergers and acquisitions analysis.

1982    *Research Assistant*, Economics Department, Simon Fraser University.

- Dr. Bell performed capital markets analysis.

## PUBLICATIONS

"Global Pricing Strategies for Pharmaceutical Product Launches." With P. Rankin and T. Wilsdon. Chapter 2 of *The Pharmaceutical Pricing Compendium*, pp. 13–23, Urch Publishing Ltd, 2003.

"Cost Implications of Low Molecular Weight Heparins as Prophylaxis Following Total Hip and Knee Replacement." With S. Goldhaber. *Vascular Medicine* (February 2001).

"Economic Outcomes Analysis of Implantable Cardioverter Defibrillators." With M. Stanton. *Circulation* (March 2000).

"Clinical Realities and Economic Considerations: Economics of Intrathecal Therapy." With Samuel J. Hassenbusch et al. *Journal of Pain and Symptom Management* (September 1997).

"Cost-Effectiveness Analysis of Spinal Cord Stimulation in Treatment of Failed Back Surgery Syndrome." With D. Kidd and R. North. *Journal of Pain and Symptom Management* (May 1997).

"Irreversible Investments and Volatile Markets: A Study of the Chemical Processing Industry." With J. Campa. *Review of Economics and Statistics* (February 1997).

"Volatile Exchange Rates and the Multinational Firm: Entry, Exit, and Capacity Options." In L. Trigeorgis (ed.), *Real Options in Capital Investment*. Westport, CT: Praeger, 1995, pp. 163–181.

"Innovation in Cardiac Imaging." With S. Finkelstein and K. Neels. *Medical Innovation at the Crossroads,* Volume 5. Washington, DC: Institute of Medicine, National Academy Press, 1995, pp. 125–154.

"Illustrative Case Problem." With D. Wright. Chapter 13 in Deloris R. Wright, *U.S. Transfer Pricing Guide: Practice and Policy*. CCH, 1995.

"Irreversible Investments and Volatile Exchange Rates: Theory and Evidence." Ph.D. Thesis, Harvard University, 1992.

## PRESENTATIONS

"Damages:  Lost Profits, Consequential Damages, Damages for Non-Patented Items, Best Practices for the Use of Experts."  Panel participant for The Fifth Annual Sedona Conference on Patent Litigation, Sedona, AZ, October 2004.

"Patent Damages:  Engineering and Regulatory Work-Arounds."  Calculating and Proving Patent Damages, Law Seminars International, Reston, Virginia, June 14, 2004.

"Pricing Strategy and the Product Line."  Pricex 2003, Chicago, IL, June 11, 2002.

"Reasonable Royalties for Emerging Technologies."  Chaired Panel for The Third Annual Sedona Conference on Patent Litigation, Sedona, AZ, November, 2002.

"Does Price Matter?  Pricing, Game Theory, and the Economics of Business Strategy."  Pricex 2002, Chicago, IL, April 30, 2002.

"eCommerce and Strategy for the Pharmaceuticals Industry."  Chairman for The Canadian National e-Pharma Summit II, Toronto, Canada, June 26–27, 2001.

"Exports and Flexible Production Technologies in Volatile International Markets."  4th Annual Conference on Real Options, Cambridge, UK, July 7–8, 2000.

"The Valuation of Oil Drilling Rights: A Real Options Case Study." 2nd Annual Conference on Real Options, Chicago, IL, June 11–12, 1998.

"Prejudgment Interest."  Conference: Charles River Associates' Economists' Perspectives on Antitrust Today—Session: Topics in Calculating Damages, Boston, MA, April 30, 1998.

"Designing Licenses that Maximize Client Profits."  American Intellectual Property Law Association Spring Meeting, Minneapolis, MN, April 23, 1998.

"Economics of Therapy."  Nonmalignant Pain Management Roundtable, Memphis, TN, January 9, 1997.

"How to Structure Risk-Sharing Contracts to Put Teeth in Disease Management."  Congress on Health Outcomes and Accountability, Washington, DC, December 10–13, 1995.

Balancing Low and High Risk Projects."  Institute for International Research, Portfolio Planning & Management Conference, Philadelphia, PA, October 23–25, 1995.

"Capitated Pricing for Pharmaceuticals."  Medical Marketing Association National Meeting, Monterey, CA, June 1995.

"Evaluating the Cost-Effectiveness of Pharmaceuticals."  Anti-Rheumatic Guidelines and International Society for Rheumatic Therapeutics, Scottsdale, AZ, May 1995.

"The Role of Pharmacoeconomics in the Drug Approval Process."  Anti-Rheumatic Guidelines and International Society for Rheumatic Therapeutics, Scottsdale, AZ, May 1995.

"Compliance with Section 482."  With D. Wright.  Institute for International Research, *Practical Approaches to Transfer Pricing* conference, New Orleans, LA, February 22–23, 1995.

"XYZ Corporation: A Case Study in Transfer Pricing."  With D. Wright.  Institute for International Research, *Practical Approaches to Transfer Pricing* conference, New Orleans, LA, February 22–23, 1995.

"Medtronic's Spinal Cord Stimulation Systems: Reimbursement and Marketing Strategy."  Sloan School, Massachusetts Institute of Technology, Cambridge, MA, June 1993.

"Exports and Production Technology under Volatile Exchanges Rates."  Stanford University, Stanford, CA, February 1992.

"Capacity and Volatile Exchange Rates: A Study of the Chemical Processing Industry."  London Business School, London, United Kingdom, March 1991; University of Michigan, Ann Arbor, MI, March 1991; University of British Columbia, Vancouver, BC, February 1991; Kellogg School of Management, Northwestern University, Evanston, IL, January 1991.

## TESTIMONY

Expert report and deposition testimony on behalf of Plaintiff in *LoJack Corporation v. Clare, Inc.* (December 2005, January 2006, March 2006).  Commonwealth of Massachusetts Superior Court, Civil Action No. 03-00627.

Expert report and deposition testimony on behalf of Defendant in *PHT Corporation v. Invivodata, Inc.* (November, December 2005).  U.S. District Court of Delaware, C.V. No. 04-60 GMS.

Expert report and deposition testimony on behalf of Defendant in *PHT Corporation v. CRF, Incorporated* (November, December 2005).  U.S. District Court of Delaware, C.V. No. 04-61 GMS.

Expert reports on behalf of GlaxoSmithKline Inc. in *Her Majesty The Queen v. GlaxoSmithKline* (October 2005, January 2006).  Tax Court of Canada, Court File No.98-712(IT)G.

Expert report and deposition testimony on behalf of Plaintiffs in *IVPCare, Inc.v. Harvard Pilgrim Health Care, Inc.* (October, November 2005).  Superior Court Department of the Trial Court, Commonwealth of Massachusetts, Civil Action No. 03-5058-BLS.

Expert reports on behalf of Plaintiffs in *Pharmacia & Upjohn Company, LLC v. Sicor Inc., et al.* (September 2005, February 2006).  U.S. District Court of Delaware, C.A. No. 04-833 (KAJ).

Expert reports and deposition testimony on behalf of Wyeth, Inc. in *Applera Corporation et al. v. Wyeth, Inc.* (August, September, October 2005).  Circuit Court for Montgomery County, Maryland, Civil Action No. 242761.

Expert reports and deposition testimony on behalf of Defendant Medco Health Solutions, Inc., et al. in *U.S. Government v. Merck-Medco et al.* (August, September, October, November 2005).  U.S. District Court, Eastern District of Pennsylvania, No. 00-CV-737.

Expert reports and deposition testimony on behalf of Defendant FMC Corporation in *Microcrystalline Cellulose Antitrust Litigation* (April, May, June 2005).  U.S. District Court, Eastern District of Pennsylvania, Master File No. 01-CV-111 (O'Neill, J.) MDL No. 1402.

Expert report on behalf of Defendants in *Robert J. Swanston v. TAP Pharmaceutical Products, Inc., et al.* (February 2005).  Superior Court of the State of Arizona in and for the County of Maricopa, Cause No. CV2002-004988.

Expert reports on behalf of Joint Services International, B.V. in *Joint Services International, B.V. v. O'Neill, Inc.* (January, April 2005).  London Court of International Arbitration, LCIA Arbitration No. 3513.

Expert report and deposition testimony on behalf of Defendants in *RoseMarie Ryan-House, et al. v. GlaxoSmithKline, et al.* (December 2004).  United States District Court, Eastern Division of Virginia, Civil Action No. 2:02cv442.

Expert tutorial and testimony on behalf of Fast Track Defendants in *Pharmaceutical Industry Average Wholesale Price Litigation* (December 2004).  United States District Court, District of Massachusetts, Civil Action No. 01-CV-12257 PBS.

Expert report and deposition testimony on behalf of Yangtze Optical Fibre and Cable Company Ltd. in *Yangtze Optical Fibre and Cable Company LTD.* v. *Lucent Technologies Inc.* (November 2004, March 2005).  United States District Court, District of Massachusetts, Civil Action No. 03CV11413EFH.

Expert report and deposition testimony on behalf of Defendants in *Medtronic Vascular, Inc.* v. *Boston Scientific Corporation, et al.,* (July, August 2004).  United States District Court, District of Delaware, Civil Action No. 98-478 SLR.

Expert report and deposition testimony on behalf of Mylan Laboratories, Inc., et al., in *Lorazepam & Clorazepate Antitrust Litigation* (May, June 2004).  United States District Court, District of Columbia, MDL No. 1290 (TFH).

Affidavit on behalf of Novopharm Limited in *Pfizer Canada et al.* v. *The Minister of Health and Novopharm Limited* (May 2004).  Federal Court, Court File No. T-2448-03.

Expert report and deposition testimony on behalf of Bayer AG and Bayer Corporation in *Ciprofloxacin Hydrochloride Antitrust Litigation* (April, May 2004).  United States District Court, Eastern District of New York, Master File No. 1:00-MD-1383.

Affidavit and testimony on behalf of Novopharm Limited in *Merck & Co et al.* v. *The Minister of Health and Novopharm Limited* (April, August 2004).  Federal Court, Court File No. T-1627-03.

Expert report and deposition testimony on behalf of SRU BioSystems et al. in *Corning Incorporated et al.* v. *SRU BioSystems et al.* (April, May 2004).  United States District Court, District of Delaware, Civil Action No. 03-633-JJF.

Expert reports and testimony on behalf of Respondent in *Roche Diagnostics GmbH* v. *SmithKline Beecham (Cork) Ltd* (January, April, July 2004).  ZCC Arbitration No. 362.

Expert report and testimony on behalf of Hans-Werner Hector in *Hans-Werner Hector* v. *The Bank of America Corporation et al.* (January, April 2004).  American Arbitration Association.

Expert report on behalf of Enzo Biochem, Inc. in *Enzo Biochem, Inc.* v. *Gen-Probe, Inc. et al.* (December 2003).  United States District Court, Southern District of New York, Civil Action No. 99-4548 (AKH).

Expert report on behalf of Defendants in *Truitt Enterprises et al.* v. *Union Security Life Insurance Company et al.* (November 2003).  United States District Court, District of Maryland (Northern Division), Civil Action No. 03-1422.

Expert report and deposition testimony on behalf of Plaintiffs in *DataSafe, Inc. et al.* v. *Federal Express Corporation et al.* (August 2003, January 2004).  Commonwealth of Massachusetts, Superior Court Department, Civil Action No. 01-2590.

Expert report on behalf of SmithKline Beecham Animal Health Inc. in *SmithKline Beecham Animal Health Inc.* v. *Her Majesty The Queen* (July 2003).  The Court of Queen's Bench, File No. 95-1077 (IT) G.

Expert report on behalf of Bayer Corporation in *Cipro Cases I & II* (June 2003). Superior Court of the State of California, County of San Diego, JCCP.  Proceeding Nos.:  4154 & 4220.

Expert reports and deposition testimony on behalf of Defendants in *Johnson Matthey Inc.* v. *Research Corporation, et al.* (March, April 2003).  United States District Court, Southern District of New York, Case No. 01-CV-8115 (MBM).

Expert report and deposition testimony on behalf of Bayer AG in *Anne Cunningham, et al.* v. *Bayer AG, et al.* (March, April 2003).  Supreme Court of the State of New York, County of New York, Index No. 603820-00.

Expert reports and deposition testimony on behalf of Plaintiff in *Star Scientific* v. *R.J. Reynolds Tobacco Company* (January, March 2003, October 2004).  United States District Court for the District of Maryland, Southern Division, Case No. AW 01-CV-1504 and AW 02-CV-2504.

Expert report and deposition testimony on behalf of Defendants in *Tyco Adhesives LP* v. *Olympian Tape Sales, Inc. et al.* (August, October 2002).  United States District Court, District of Massachusetts, Civil Action No. 00-11965-NG.

Expert report on behalf of Defendant in *Cook Incorporated* v. *Boston Scientific Corporation* (August 2002).  United States District Court for the Northern District of Illinois, Eastern Division, Civil Action No. 01-CV-9479.

Deposition testimony and trial testimony on behalf of Defendants in *Engelhard Corporation* v. *Research Corporation, et al.* (July, October 2002).  Supreme Court of the State of New York, County of New York, Index No. 601847/98.

Expert report and testimony on behalf of Plaintiffs in *Biovail Laboratories Incorporated* v. *Mylan Pharmaceuticals, Inc.* (July 2002, January 2003).  American Arbitration Association, Case No. 50T13329601.

Expert reports and deposition testimony on behalf of Plaintiffs in *Novartis Consumer Health, Inc.* v. *Elan Transdermal Technologies et al.* (June, July, August 2002).  United States District Court Southern District of Florida, Miami Division, Civil Action No. 01-1120-CIV-MOORE.

Expert report on behalf of Defendants in *Frederick F. Buechel, M.D. and Michael J. Pappas, Ph.D.* v. *John N. Bain, John G. Gilfillan, III et. al.* (March 2002).  Supreme Court of the State of New York County of New York, No. 106963/95.

Expert reports and deposition testimony on behalf of Defendants in *National Rural Electric Cooperative Association et al.* v. *Breen Capital Services Corporation et al.* (February 2002, October 2004).  United States District Court of New Jersey, Civil Action No. 2:00cv00722.

Expert report on behalf of Aesculap in *Aesculap AG & Co. et al.* v. *Walter Lorenz Surgical, Inc.* (November 2001).  United States District Court for Northern District of California, No. C00-02394-MJJ.

Certification on behalf of Defendants in *Louise Garretson et al.* v. *CSFBTLC Trust II et al.* (October 2001).  United States Superior Court for the District of New Jersey, No. HUD-L-3117-00.

Expert report and trial testimony on behalf of C.R. Bard, Inc., in *N.M.T. Medical, Inc.* v. *C.R. Bard, Inc.* (April 2001).  American Arbitration Association, AAA Case No. 11 199 00973 00.

Expert report and trial testimony on behalf of Boston Scientific Corp., et al. in *Boston Scientific Corp. et al.* v. *Medtronic AVE, Inc.* (March and April 2001).  American Arbitration Association, AAA File No. 50 T 133 00307 00.

Expert report and deposition testimony on behalf of Defendants in *DuPont Pharmaceuticals, et al.* v. *Molecular Biosystems, Inc., et al.* (January and February 2001).  United States District Court for the District of Delaware, Civ. No. 99-273 (JJF).

Expert reports on behalf of BASF in *Sawgrass Systems, Inc.,* v. *BASF Corporation* (December 2000, January 2001).  United States District Court for the District of South Carolina, Civ. 2:98-3574-11 and 2:99-912-1.

Expert reports and deposition testimony on behalf of Plaintiffs in *Apothecon, Inc., et al.* v. *Barr Laboratories, Inc., et al.* (November 2000, April 2001, June 2005, January 2006, February 2006). United States District Court for the District of Southern New York, No. 98 Civ. 0861 (RWS) and No. 99 Civ. 3687 (RWS).

Expert report on behalf of Wold Trona Company, Inc., in *Wold Trona Company, Inc.* v. *SNC-Lavalin America, Inc., et al.* (October 2000).  United States District Court for the District of Wyoming, Civ. No. 00CV-1008B.

Expert reports, deposition testimony, and trial testimony on behalf of SciMed Life Systems, Inc., and Boston Scientific Corporation in *Cordis Corporation* v. *Advanced Cardiovascular Systems, Inc., et al.* (August, November, and December 2000).  United States District Court for the District of Delaware, Civ. No. 97-550-SLR.

Expert reports and deposition testimony on behalf of SciMed Life Systems, Inc., and Boston Scientific Corporation in *Cordis Corporation* v. *Boston Scientific Corporation and SciMed Life Systems Inc.* (August and November 2000).  United States District Court for the District of Delaware, Civ. No. 98-197-SLR.

Expert report and deposition testimony on behalf of SciMed Life Systems, Inc., and Boston Scientific Corporation in *Advanced Cardiovascular Systems, Inc. and Guidant Sales Corporation* v. *SciMed Life Systems, Inc. and Boston Scientific Corporation* (November and December 1999). United States District Court for the District of Indiana, IP 98-1108-C-H/G.

Affidavit on behalf of Novopharm Ltd. in *Apotex Fermentation Inc. and Apotex Inc.* v. *Novopharm Ltd. et al.* (October 1999). The Court of Queen's Bench, File No. CI 93-01-73733.

Expert report and deposition testimony on behalf of Bausch & Lomb, Inc., in *Disposable Contact Lens Antitrust Litigation* (July 1999, August 1999). United States District Court for the District of Florida, 94-MDL 1030-J-20A.

Expert reports and trial testimony on behalf of Procter & Gamble Inc. in *Unilever PLC et al.* v. *Procter & Gamble Inc. et al.* (January 1999, December 1999). Federal Court of Canada, T-2534-85.

Expert report for mediation submitted on behalf of Breen Capital in *City of Jersey City* v. *Breen Capital* (December 1998). Superior Court of New Jersey, C-57-98.

Expert reports, deposition testimony, and trial testimony on behalf of Braintree Laboratories, Inc., in *Braintree Laboratories, Inc.,* v. *Nephro-Tech, Inc., et al.* (November 1998, September 1999, June 1999, October 1999). United States District Court for the District of Kansas, 96-CV-2459.

Expert report on behalf of Artegraft, Inc., in *Ethicon Inc. and Johnson & Johnson Consumer Products Inc.* v. *Artegraft, Inc.* (September 1998). American Arbitration Association, File 18-199-00136-96.

Expert report and deposition testimony on behalf of Astro-Valcour, Inc., in *The Dow Chemical Corporation* v. *Astro-Valcour, Inc.* (June 1998, July 1998). United States District Court for the Northern District of New York, 95-CV-1357.

Expert reports and deposition testimony on behalf of Glaxo Wellcome in *Emory University* v. *Glaxo Wellcome* (February 1998, August 1998, September 1998). United States District Court for the Northern District of Georgia, 96-CV-1754.

Expert reports and deposition testimony on behalf of Glaxo Wellcome in *Emory University* v. *Glaxo Wellcome* (November 1997, March 1998, April 1998). United States District Court for the Northern District of Georgia, 96-CV-1868.

Expert reports on behalf of American Home Products in *Johnson & Johnson* v. *American Home Products* (June 1996). United States District Court for the Eastern District of Pennsylvania, 94-CV-1388.

Testimony on behalf of Novo Nordisk in *Genentech, Inc.* v. *Novo Nordisk A/S et al.* (May 1996). United States District Court for the Southern District of New York, 96-CV-1755.

## CONSULTING PROJECTS

### Adult Nutritionals

- Evaluate opportunity to purchase pumps and plastics business for enteral feeding.

- Assess value of a patient / consumer regarding awareness / trial / usage.  Market research involving patients.

- Assess value of hospital contracts for feeding systems in Canada.  Market research involving patients and hospitals.

### Antibiotics

- Pricing and managed care strategy to support launch of quinolone.  Market research with managed care and physicians.

- Evaluation of European reimbursement environment for launch of quinolone.

- Managed care strategy for quinolone.  Market research with managed care.

- Pricing and managed care strategy to support launch of ketolide.  Market research with managed care and physicians.

### Blood Products

- Cost-effectiveness study for anti-clotting product.

- Strategy for anti-anemia product as it faces competing entry.  Market research with managed care, physicians and hospitals.  Address new Medicare policies regarding ASP and CAP.

- Pricing and managed care strategy for anti-clotting product facing competing entry.  Market research with managed care and physicians.

- Reimbursement issues for clotting factor.

### Cardiovascular Products

- Managed care contracting strategy for statins.  Market research with physicians.

- Capitated pricing strategy for statins.

- Pricing and managed care strategy to support global launch of a new class of cardiovascular products for the treatment of hypertension and heart failure.  Markets include US, Canada, Europe.  Market research with managed care and physicians.

- Managed care strategy for anti-platelet product.

## CNS Products

- Managed care strategy for anti-arthritic.

- Pricing and managed care strategy to support launch of prescription pain product. Market research with managed care, physicians and patients.

- Managed care strategy to support dissolving formulation of anti-psychotic.

- Strategy review for Alzheimer's product.

- Managed care strategy for insomnia product facing competitive entry. Market research with managed care.

- Managed care strategy and salesforce training to support launch of depot formulation of anti-psychotic. Market research with managed care.

- Managed care strategy to protect opioid analgesic business as product goes generic. Market research with managed care and physicians.

- Managed care strategy to support franchise products for the prevention and treatment of migraines.

- Managed care strategy to support anti-psychotic franchise confronting competing entry, generic penetration, and preparation for launch of second-generation product. Market research with managed care.

- Pricing and managed care strategy to support the launch of a long-acting opioid. Market research with managed care, physicians and patients.

- Opportunity assessment for new patch product for Alzheimer's disease. Markets include US and Europe. Market research with managed care, physicians and care-givers.

## Endocrinology

- Managed care strategy to support the launch of extended-release and combination diabetes products.

- Pricing and managed care strategy to support launch of menopause product. Market research with managed care and physicians.

- Pricing and managed care strategy to support launch of an orphan drug product for Gaucher's disease. Market research with managed care, physicians and patients.

## Gastro-Intestinal Products

- Cost-effectiveness study of GI impact of NSAIDs.

- Capitated pricing strategy for H2 antagonists.

- Managed care strategy and salesforce training to support the launch of PPI.  Market research with managed care and physicians.

- Capitated pricing strategy for PPI.

- Impact of launch of competing PPI.  Market research with managed care and physicians.

- Impact of PPI going generic.

## Infant Formula

- Value of government (WIC) contracts in the infant formula business.  Study covered all aspects of recommendation and consumption behavior and all aspects of manufacturing and distribution, including shelf facings at drug stores, mass merchandisers and super-markets. Market research focused on purchasing and consumption behavior.

- Advise on bid pricing strategy for government contracts.

- Advise on likely exit strategy of competitor.

- Optimal size for ethical salesforce, calling on hospitals and pediatricians.

- Design program for private-sector leadership to combat low-birthweight.

- Assess opportunity for new manufacturing facility and packaging options.

- Advise on likely entry strategy of potential competitor.

- Pricing strategy across product line.  Market research with consumers.

## Oncology

- Strategy for second-generation oncolytic as predecessor product goes generic.   Market research with physicians and hospitals.

- Strategy for oncolytic as it goes generic.  Market research with physicians and hospitals.

- Pricing and managed care strategy to support the launch of a second-generation oncolytic. Market research with physicians and hospitals.

- Diagnostic strategy for breast cancer.  Market research with physicians.

- Contracting strategy alternatives to support the launch of an oncolytic.

## Other

- Pricing and managed care strategy to support the launch of a prescription facial hair removal product.

- Managed care strategy to support incontinence product.  Market research with managed care, physicians and patients.

- Managed care strategy to support the launch of a product for premature ejaculation.  Market research with managed care, physicians and patients.

- Distribution strategy for a specialty pharmacy asthma product.

- Advise on global pricing for growth hormone anticipating competitive entry.

## General Strategy

- Evolution of managed care and its impact on the pharmaceutical industry.

- Strategy for the retail pharmacy.

- Innovations in managed care contracting.

- Assessment of B2B e-commerce strategy for the pharmaceutical industry.

- Contracting for all manufacturer products with major US PBM.

- Forced conversion to OTC status.

- Innovation in the pharmaceutical industry:  Opportunities for Europe.

- Tender pricing strategy and implementation.  Pilot test covers Mexico, Brazil, Taiwan, Australia, UAE.

- Strategy for Medicare Part D.

- Reference pricing and the impact on innovation the pharmaceutical industry in Europe

## HONORS AND AWARDS

- Dean's Doctoral Fellow, Harvard Graduate School of Arts and Sciences/ Harvard Graduate School of Business Administration.

- George Baker Scholar, John Thayer Scholar, Frank Knox Memorial Fellow, McKenzie King Traveling Scholar, Harvard Graduate School of Business Administration.

- Governor General's Gold Medal, Gordon Shrum Scholar, Simon Fraser University.

## Exhibit B:  Materials Relied Upon

<u>Outside Material</u>

2000 HIP Annual Report.

"Horizon Blue Cross Blue Shield of New Jersey:  Current and Historical Role in Providing Health Insurance Coverage in New Jersey," Rutgers Center for State Health Policy, February 2003.

2000 Deere & Company 10-K405, TennCare Oversight Division, Managed Care Organization Annual Reports 1998-2001, John Deere Health Plan, accessed at http://www.state.tn.us/commerce/tenncare/users/reports/archive/annualreports1998_2001.html.

Abelson, Reed, and Jonathan D. Glater, "New York Will Sue 2 Big Drug Makers on Doctor Discount," *The New York Times*, February 13, 2003.

About UnitedHealth Group: History & Innovation, UnitedHealth Group Website, available at http://www.unitedhealthgroup.com/about/inn.htm.

Abramson, Richard G. et al, "Generic Drug Cost Containment in Medicaid: Lessons from Five State MAC Programs," *Health Care Financing Review*, Spring 2004, Vol. 25, No. 3.

Academy of Managed Care Pharmacy, "A Guide to Understanding Common Prescription Drug Pricing Terms," available at http://www.amcp.org/data/nav_content/dpd.pdf.

Accredo, *About Accredo: History,* accessed at http://www.accredohealth.net/ahi/about/history.htm.

Adams, Katherine, "Biologicals and Benefit Design:  What's New for '06?" *Biotechnology Healthcare*, February 2006, http://www.biotechnologyhealthcare.com/journal/fulltext/3/1/BH0301028.pdf.

Aetna's 2000 10-K.

Agulnick, Seth, "Drug-Price Tactic is Common, Experts Say," *The NewsJournal (DE)*, January 18, 2002.

Alpert, Bill, "Hooked on Drugs:  Why do Insurers Pay Such Outrageous Prices for Pharmaceuticals?" *Barron's*, June 10, 1996.

*American Health Line,* "Drug Prices:  Hot Topic for Lawmakers, Producers, Consumers," December 15, 1992.

*American Health Line,* "Montana:  Accuses 18 Drug Makers of Price Manipulation," February 26, 2002.

American Society of Health-System Pharmacists, *Pharmaceutical Reimbursement: Keeping Up With Changing Times*, December 5, 2004.

Anthem's 2001 10-K.

Appleby, Julie, "Feds To Ask Today For Medicare Drug Change," *USA Today*, September 21, 2001.

Appleby, Julie, "House Committee Asks Drug Firms To Justify Pricing Policy," *USA Today*, May 10, 2000.

*Arkansas Democrat-Gazette,* "Drug Makers' Efforts to Cut Costs Not Enough, Prior Says," September 3, 1990.

*Arkansas Democrat-Gazette,* "Drug Price Surge Hits VA Hospitals," February 24, 1991.

*Arkansas Democrat-Gazette,* "Pharmacists Face Big Losses under Proposal, Official Says," March 23, 1989.

Association of American Medical Colleges and American Hospital Association, *Guide to Assessing the Financial Impact of Outpatient PPS*, July 2000.

Atlantic Information Services, Inc., "Survey Spots MCOs' Contracting Goals for Specialty Pharmacy," *Drug Cost Management Report*, July 30, 2004.

Atlantic Information Services, Inc., "Effective Plan Design Helps Keystone Get Specialty Rx Rebates," *Managed Care Week*, January 12, 2004.

Atlantic Information Services, Inc., *Specialty Pharmacy Markets by Therapeutic Category:  A Chapter from AIS's Specialty Pharmacy: Stakeholders, Strategies and Markets*, 2004.

Baker, Thomas, "Specialty Therapies Lose Special Status:  Survey Results Say Managed Care is Revamping the Way it Handles Biologics," *Pharmaceutical Executive*, September 2004, http://www.pharmexec.com/pharmexec/article/articleDetail.jsp?id=123007.

Contains Highly Confidential Material -- Subject to Protective Order

Ball, Robert, *Social Security Amendments of 1972: Summary and Legislative History*, accessed at http://www.ssa.gov/history/1972amend.html.

*Barron's*, "Painful Profits: Cancer-treatment Firms May Soon See Their Plump Margins Slashed," February 26, 1996.

Barrueta, Anthony, Senior Counsel for the Kaiser Foundation Health Plan, FTC/DOJ Joint Hearings, Health Care and Competition Law and Policy, Pharmacy Benefit Management Companies, June 26, 2003.

BCBS of Massachusetts 2000 Annual Report.

BCBS of Minnesota 2004 Annual Financial Report.

Benenson, Michael and Steve Gutman, "Chapter 6: Specialty Care Contracting," *Managed Care Contracting: A Guide for Healthcare Professionals,* June 17, 1997.

*BestWire*, "Major Insurance Mergers Realigned Industry Lineup in 2003," December 31, 2003.

Brammer, Jack, "Drug Makers Cheated State, Lawsuit Says," *Lexington Herald Leader*, September 16, 2003.

Breisch, Sandra Lee, "Specialties Force Delay in Episodic Pay: Insurer Seeks to End Variations in Care; Physicians Don't want to Disincentivize Appropriate Care," *The American Academy of Orthopedic Surgeons: Bulletin*, Vol. 48, No. 4, August 2000.

Brichacek, Andra, "Medicare Manipulation: Government Looks The Other Way As Physicians Line Their Pockets With Taxpayer Money," *Pharmaceutical Executive*, Vol. 20, No. 11, November 1, 2000.

Bryant, Jim, "Taking Charge of Specialty Drug Costs," *Managed Healthcare Industry Forum on Pharmacy Benefits*, June 3, 2004.

*Business Insurance*, "Health Maintenance Organizations Listed - California," December 1991.

*Business Insurance*, "Health Maintenance Organizations Listed - Connecticut," December 1990.

*Business Insurance*, "Health Maintenance Organizations Listed - Pennsylvania," 1990.

*Business Insurance*, "Health maintenance organizations Listed- Michigan," December 1990.

*Business Insurance*, "Health maintenance organizations Listed- New Jersey," December 1990.

*Business Wire*, "Coventry Corporation Names Rusty Hailey Vice President, Specialty Markets," June 23, 1994.

*Business Wire*, "HealthCare USA Signs Strategic Merger Agreement with Coventry Corp.," February 6, 1995.

*Business Wire,* "Hagens Berman Assists Nevada in Charging Drug Companies with Fraudulent Pricing Schemes," January 25, 2002.

*Cain Brothers*, "Should You Take Managed Care Out of Integrated Delivery Systems," Vol. 40, Spring 2003.

California HealthCare Foundation, *Making Sense of Managed Care Regulation in California*, November 2001.

California Oncology Consortium, "ANCO Responds to Slanted NY Times Article About Drug Reimbursement and Cancer Doctors," January 28, 2003, http://www.californiaoncology.org/assns/ancoresp12603.htm.

*Cancer Economics, A Supplement to the Cancer Letter,* "Administration Proposes Cut Of Markup On Outpatient Drugs," March 1997.

*Cancer Economics,* "Insurers are Eliminating Markup On Cancer Drugs, Official Says," Cancer Economics, March 1997.

Caremark, *Caremark History*, acessed at http://www.caremark.com/wps/portal/_s.155/3359?cms=CMS-2-003599.

Carroll, John, "Plans Struggle for Control of Specialty Pharma Costs," *Managed Care*, September 2005.

Carter, Grace M. *et al,* "Use of Diagnosis-Related Groups by Non-Medicare Payers," *Health Care Financing Review*, Vol. 16, No. 2, Winter 1994.

Cauchi, Richard, Prescription Drug Discount, Price Control, and Bulk Purchasing Legislation 1999 – 2000, *National Conference of State Legislatures*, April 28, 2000.

Contains Highly Confidential Material -- Subject to Protective Order

Caves, Richard E., Michael D. Whinston, Mark A. Hurwitz, "Patent Expiration, Entry and Competition in the U.S. Pharmaceutical industry:  An Exploratory Analysis," *Brookings Papers on Economic Activity*, 1991.

Chaconas, Judy, "Providers Offer Prescription for Medicaid Drug-Pricing Law," *Trustee*, Vol. 44, No. 12, December 1991.

*Chicago Tribune,* "Clinton Wants Stricter Curbs on Doctor Charges for Drugs," December 14, 1997.

CIGNA 2000 Annual Statistical Supplement.

CIGNA Pharmacy Benefits, Evolution - Pharmacy Producer Newsletter, *Optimal Drug Benefit Solutions from CIGNA*, March 2005.

CIGNA Pharmacy Benefits, *Specialty Drug Management - What Your Clients Should Know*, http://www.cigna.com/health/pharmacy/evolution/specialtyDrugs_0105.htm.

Clements, Joe, "HMO Blue Reports a 10 Million Loss at Six-Month Mark," *Boston Business Journal*, Vol. 12, No. 27, August 24, 2003.

Cloud, David S. and Laurie McGinley, "How Drug Makers Influence Medicare Reimbursements to Doctors," *The Wall Street Journal*, September 27, 2000.

Cohen, Joshua P., "PBMs and a Medicare Prescription Drug Benefit," *Food and Drug Law Journal*, Vol. 55, No. 311, 2000.

Collins, Sara R., Bradford H. Gray, and Jack Hadley, "The For-Profit Conversion of Nonprofit Hospitals in the U.S. Health Care System: Eight Case Studies," *The Commonwealth Fund*, May 2001, p. 13.

Community Oncology Alliance, *A Letter to Mark B. McClellan*, December 7, 2004.

Community Oncology Alliance, Cancer Care Comprehensive Coding Task Force, Overview Report on Coding Costs (CPEP), 2004

Community Oncology Alliance, The Cancer Care Comprehensive Coding Task Force, *Recommendations on the Reimbursement of Cancer Care Services Provided to Medicare (Part B) Recipients in Community Cancer Practices*, June 2, 2004.

Conlan, Michael F, "AWP Under Fire Again at Federal and State Levels," *Drug Topics*, Vol. 144, No. 11, June 5, 2000.

Conlan, Michael F, "Reform:  What it Means for Pharmacy," *Drug Topics*, Vol. 137, No. 19, October 11, 1993.

Conlan, Michael F., "AWP Use For Medicaid Plans Comes Under New Attack," *Drug Topics*, December 11, 1989.

Conlan, Michael F., "Now Come Some Serious Medicaid Cuts," *Drug Topics*, Vol. 134, No. 18, September 17, 1990.

Connolly, Allison, "Beyond the Controversy, VOA Really Is Different," *The Virginian-Pilot*, January 29, 2006.

Coventry's 2000 Annual Report.

Danzon, Patricia and Mark V. Pauly, "Health Insurance and the Growth in Pharmaceutical Expenditures," *Journal of Law and Economics*, Vol. XLV, October 2002.

Danzon, Patricia, Gail Wilensky and Kathleen Means, "Alternative Strategies for Medicare Payment of Outpatient Prescription Drugs—Part B and Beyond," *American Journal of Managed Care*, Vol. 2, No. 3, March 2005.

Davis, Karen, Karen Scott Collins, and Cynthia Morris, "Managed Care:  Promise and Concerns," *Health Affairs*, Fall 1994.

Day, Kathleen, "A Bitter Pill to Swallow; Small Pharmacies a Dying Breed as Profit Margins Shrink," *The Washington Post*, February 26, 1996.

Dembner, Alice, "Medicare Waste Raises Cost of Drugs by $1B; Congress to Hear Report on Overpayment Excess," *The Boston Globe*, September 21, 2001.

Denn, James, "CHP has a strong hold on managed health care," *Times Union* (Albany, NY), Feb. 26, 1995.

Contains Highly Confidential Material -- Subject to Protective Order

Dietz, Elizabeth, "Trends in Employer-Provided Prescription-Drug Coverage," *Monthly Labor Review*, August 2004.

Dillon, Michael J., "Drug Pricing: One Size Fits None," *Journal of Commerce*, August 3, 1994.

Don Glickstein, "Group Health Cooperative of Puget Sound - A Short History," *The Permanente Journal*, Spring 1998.

Dong, Xiaoli and Donald Fetterolf, "Specialty Pharmacy: An Emerging Area of Interest for Medical Management," *Disease Management*, Vol. 8, No. 2, 2005.

Dougherty, Elizabeth and Dawn Hagin, "Market Memo: Move Quickly, But Cautiously in Outpatient Cancer Care," *Health Care Strategic Management*, February 1989.

*Drug Benefit News*, "Aetna Grows PBM Business with Stand-Alone 'Carve Back' Clients," March 11, 2005.

*Drug Cost Management Report*, "AdvancePCS Drug Trends Study Demonstrates Cost-Control Efforts Paying Off," June 2002.

*Drug Cost Management Report*, "Highmark Forms New Specialty Pharmacy, Medmark, Inc., to buy Fishers SPS," September 26, 2003.

*Drug Cost Management Report,* "Aetna Takes Mail-order In-House; Ends Contract with Express Scripts," November 2002.

*Drug Cost Management Report,* "Aetna Takes Mail-order In-House; Ends Contract with Express Scripts," November 2002.

*Drug Cost Management Report*, "Blues-owned PBMs Primarily Serve Blues HMO Markets – Pharmacy Benefit Management," August 2002.

*Drug Cost Management Report*, "Mail-order Rates, Capabilities Foster Increased Competitiveness among PBMs," September 12, 2003.

*Drug Cost Management Report*, "Specialty Pharmacy Market Offers Expansion Opportunity for PBMs," September 12, 2003.

*Drug Cost Management Report*, "Survey Spots MCOs' Contracting Goals for Specialty Pharmacy," July 30, 2004.

*Drug Industry Daily,* "CMS Delaying Final Rule as Congress Debates AWP," October 29, 2003.

*Drug Store News*, "Chains Still Lead, But Food Stores, Mail-Order Deliver Hefty Gains," May 21, 2001, http://www.findarticles.com/p/articles/mi_m3374/is_7_23/ai_75030573/print.

*Drug Topics*, "HCFA Shelves 'new' Medicare AWPs under pressure from Congress," December 11, 2000.

*Drug Topics*, "Revamped ASP for Medicare and Medicaid criticized," June 10, 2000.

Duffy, Robert, "Led by Blues, HMOs Enjoyed Plentiful 1989," *Boston Business Journal*, Vol. 10, No. 2, March 5, 1990.

Edelman, Bill, "Specialty Pharmacy Booms, but for How Long?" *Biotechnology Healthcare*, March 2004.

Ehrlich, Frederick J, "Learning To Live With Third Party," *Drug Topics*, Vol. 130, 1986.

Ellison, Sara Fisher, "What Prices Can Tell Us About the Market for Antibiotics," *MIT Working Paper*, July 1998.

Elswick, Jill, "Biotech Medicines Challenge Plan Design," *Employee Benefit News*, June 15, 2003.

Elswick, Jill, "Rx-only Consumer-driven Plans Hit Market," *Employee Benefit News*, December 2003.

Employee Benefit Research Institute, "Prescription Drugs: Coverage, Costs, and Quality," *EBRI Issue Brief,* No. 122, January 1992.

Employee Benefit Research Institute, "Prescription Drugs: Recent Trends in Utilization, Expenditures, and Coverage," *EBRI Issue Brief,* No. 265, January 2004.

Enthoven, Alain, "Discounts: A Healthy Dose of Competition," *The Washington Post*, August 11, 1999.

Enthoven, Alain, "The History and Principles of Managed Competition," *Health Affairs*, Supplement, 1993.

Contains Highly Confidential Material -- Subject to Protective Order

Eppig, Franklin J., and George S. Chulis, "Trends in Medicare Supplementary Insurance: 1992-96," *Health Care Financing Review*, Vol. 19 No. 1, Fall 1997.

Fox, Peter D., "An Overview of Managed Care," in Peter R. Kongstvedt (ed.) *The Managed Health Care Handbook, Fourth Edition*, 2001.

Fox, Peter D., Rani E. Snyder, and Thomas Rice, "Medigap Reform Legislation of 1990: A 10-Year Review," *Health Care Financing Review, Vol. 24, No. 3*, Spring 2003.

Frederick, James, "Federal Drug Price Data Flawed, Charges University Of Texas Study," *Drug Store News*, January 21, 2002.

Freudenheim, Milt, "Business and Health; Medicaid Fight by Drug Makers," *The New York Times*, Section D, July 31, 1990.

Freudenheim, Milt, "The New Drug-Price Squeeze; H.M.O.'s are Fighting Back in the Battle over Costs," *The New York Times*, Section D, March 13, 1996.

Frieden, Joyce, "Employers Push to Manage Prescription Drug Costs," *Business and Health,* Vol. 10, No. 6, May 1992.

FTC and DOJ, *Improving Health Care: A Dose of Competition*, July 2004.

Gagnon, Jean P. and Christopher A. Rodowskas, "The Influence of Wholesale Discounts and Other Factors on Prescription Ingredient Costs," *AJPH*, Vol. 64., No. 10, October 1974.

Gaynor, Martin and Deborah Haas-Wilson, "The Blessing and the Curse of Managed Care-Vertical Relations in Health Care Markets," Paper Prepared for the AEI Conference "Managed Care and Changing Health Care Markets," Washington D.C. April 10, 1997.

Gaynor, Martin and Tami Mark, "Physicians Contracting with Health Plans, A Survey of the Literature," February 9, 1996, http://lost-contact.mit.edu/afs/net/project/afs32/andrew.cmu.edu/heinz/wpapers/1996-7.pdf.

Gellene, Denise, "Suit Accuses 7 Drug Makers of Price-Fixing," *Los Angeles Times*, Part D, October 15, 1993.

Gencarelli, Dawn M., "One Pill, Many Prices: Variation in Prescription Drug Prices in Selected Government Programs," *NHPF Issue Brief*, No. 807, August 29, 2005.

Gencarelli, Dawn, "Average Wholesale Price for Prescription Drugs: Is There a More Appropriate Pricing Mechanism?," *NHPF Issue Brief*, No. 775, June 7, 2002.

Gencarelli, Dawn, "Medicaid Prescription Drug Coverage: State Efforts to Control Costs," *NHPF Issue Brief*, No. 790, May 10, 2003.

Genentech Website, "FDA Approves Genentech's Drug to Treat Children's Growth Disorder," *Newsroom, Press Releases,* October 18, 1985, accessed at http://www.gene.com/gene/news/press-releases/display.do?method=detail&id=4235&categoryid=4.

*Generic Line,* "AWP Methodology Final Rule Delayed by Medicare Debate," November 5, 2003.

Glaser, Martha, "Future Will Rely Even More on Drug Formularies," *Drug Topics*, Vol. 132, No. 8, April 18, 1988.

Glied, Sherry, "Managed Care," National Bureau of Economic Research, Working Paper Series, July 1999.

Gray, Tom, "Construction Ahead," *Home Care*, October 2002.

Groves, Anita, "The Medicare Prescription Drug, Improvement, and Modernization Act of 2003 and Changes in the Outpatient Prospective Payment System: Assessing the Impact on Your Health System," *Pharmaceutical Reimbursement: Keeping Up with Changing Times*, Proceedings of an educational symposium during the 39th ASHP Midyear Clinical Meeting, December 5, 2004, accessed at http://www.ashpadvantage.com/website_images/pdf/reimburse.pdf

Halcombe, Dawn G., "The Evolution of Community Oncology Care and its Threatened Extinction Due to Federal Private Payment Reform," *American College of Medical Practice Executives Paper* (Medical Group Management Association Article Archive), September 2004.

Hall, Ken, "As HMOs Mature, Changes are on the Horizon," *Business Dateline: Intecorp*, Vol. 5, No. 3, February 7, 1986.

Contains Highly Confidential Material -- Subject to Protective Order

Hanners, David, "Drug Price Boost Alleged," St. Paul Pioneer Press, August 28, 2003.

Harris, Gardiner, "Among Cancer Doctors, A Medicare Revolt," *The New York Times*, March 11, 2004.

Harvard Pilgrim covered lives numbers from HMO Chains and Networks: Companies, http://www.managedcaredigest.com/edigests/hm2000/hm2000c01s02g01.html.

Health Care Financing Review, Vol. 24, No. 1, "Medicaid Confronts a Changing Managed Care Marketplace," Fall 2002.

*Health Care Program - Resources on Pharmaceutical Costs and Access, 2005 Edition*, National Conference of State Legislatures, December 20, 2005.

Health Net's 2000 Annual Report.

*Healthcare Crisis Hits Medicare Patients Needing Immune Globulin - Medicare Modernization Act has unintended but devastating repercussions for seriously ill beneficiaries*, Immune Deficiency Foundation Media Release, May 16, 2005, www.primaryimmune.org/media/releases/IVIGMedRel-Testimonials-Fact%20Sheet.

Henson, Maria, "Pryor Going after Lower Drug Prices," *Arkansas Democrat-Gazette*, July 17, 1989.

Henson, Maria, "Pryor Going after Lower Drug Prices," *Arkansas Democrat-Gazette*, July 17, 1989.

Herzlinger, Regina, *Cancer Care in America: Description and Implications of Outpatient Community-Based Cancer Care*, Boston Healthcare Associates, March 2002.

Hilzenrath, David S., "GAO Finds Drugs are Cheaper in Britain, Where Prices are Regulated," *The Washington Post*, February 3, 1994.

Ho, Sam, *Specialty Pharmacy Third Party Payer Perspective*, PacifiCare, October 25, 2005.

Hoadley, Jack, *Cost Containment Strategies for Prescription Drugs: Assessing the Evidence in the Literature*, Prepared for the Kaiser Family Foundation, March 2005.

Hoffman, William, "A Look at the Trends in Physician Pay - While Overall Pay Remains Flat, Doctor-Employees May Face Trouble," *American College of Physicians, from ACP-ASIM Observer*, February 2001.

http://www.google.com/search?hl=en&lr=&oi=defmore&defl=en&q=define: RBRVS.

https://secure.cigna.com/cgi-bin/health/sdrug_list.cgi.

Humana History, Humana Website, available at http://www.humana.com/corporatecomm/companyinfo/history.asp.

Humana's 2000 10-K.

Hutchcraft, Chuck, "Drug Suit Prescription has Pharmacists Queasy; Some Fear Settlement Won't Cure Sales Ills," *The Chicago Tribune*, Business, February 19, 1996.

Iglehart, John K., "Medicare and Drug Pricing," Health Policy Report, *New England Journal of Medicine* 348;16, April 17, 2003.

Japsen, Bruce, "Medicare Drug Payment Reform May Not Sting Oncologists," *Chicago Tribune*, September 25, 2001.

Johnson, Kjel, "Medicare Reimbursement Will Affect Specialty Payouts; MMA Pays Less for Drugs, but More for Administering Them," *Managed Healthcare Executive*, July 1, 2004.

*Journal of American Pharmaceutical Association*, "Drug Utilization Review: Mechanisms to Improve its Effectiveness and Broaden its Scope," Vol. 40, No. 4, 2000.

*Journal of Research in Pharmaceutical Economics, Volume 10 Numbers 2/3*, "Task Force on Prescription Drugs-Final Report," February 7, 1969, reproduced in "Prescription Drugs under Medicare: The Legacy of the Task Force on Prescription Drugs, Part 1."

Kaiser Family Foundation, *Medicare: A Timeline of Key Developments*, accessed at http://www.kff.org/medicare/medicaretimeline.cfm.

Kaiser Permanente, http://employers.kaiserpermanente.org/kpweb/structurekp/entrypage.do.

Kathpal Technologies, *High Cost Drugs Under the Outpatient Prospective Payment System*, Draft, prepared for the Health Care Financing Administration under contract by Myers and Stauffer LC, October 27, 1999.

Contains Highly Confidential Material -- Subject to Protective Order

Kim, James, "Drug-Company Backlash, Pressure on Prices Hurts Stocks," *USA Today*, November 4, 1992.

King, Warren, "Drug Companies Hit Over Price Boosts -- Hospitals, Other Health Organizations Report Increases of 20 Percent or More," *The Seattle Times*, February 17, 1991.

Kittrell, Alison, "Cost-Sharing Plans are Successful:  Study," *Business Insurance*, September 5, 1988.

Kleinke, J.D., "Re-Naming and Re-Gaming:  Medicare's Doomed Attempt to Reform Reimbursement for Injectable Drugs," *Health Affairs*, December 8, 2004.

Knight, Wendy, "Too Much or Too Little? The Role of Pharmaceuticals in the Health Care System," *Journal of Managed Care Pharmacy*, Vol. 5, No. 4, July/August 1999.

Koco, Linda, "Carve-Out Plan Settles Drug Claims at Point of Service," *National Underwriter Life & Health-Financial Services Edition,* No. 1, January 1, 1990.

Kongstvedt, Peter R., "Clinical Services Requiring Authorization," in Peter R. Kongstvedt (ed.) *The Managed Health Care Handbook, Fourth Edition,* 2001.

Kreling, David H, "Assessing Potential Prescription Reimbursement Changes:  Estimated Acquisition Costs In Wisconsin," *Health Care Financing Review*, Spring 1989.

Kreling, David H., "A Comparison of Pharmacists' Acquisition Costs and Potential Medicaid Prescription Ingredient Cost Reimbursement in Wisconsin," *Journal of Research in Pharmaceutical Economics*, Vol. 3, No. 3, 1991.

Kunzi, S. Gregg, "National Drug Formularies," *Pharmaceutical Executive*, Vol. 19, No. 4, April 1, 1999.

Kwong, Melsen and Rita Shane, "Medicare Outpatient Prospective Pricing System – A Pharmacy Perspective," *Cedars-Sinai Medical Center, CA, American Society of Health-System Pharmacists,* October 5, 2000, accessed at http://www.ashp.org/practicemanager/mopps1.cfm.

Lagoe, Ronald, Deborah L. Aspling and Gert P. Westert, "Current and Future Developments in Managed Care in the United States and Implications for Europe," *Health Research Policy Systems*, March 17, 2005, accessed at http://www.pubmedcentral.nih.gov/picrender.fcgi?artid=1079919&blobtype=pdf.

Lamphere-Thorpe, Jo Ann, William P. Johnston, Kerry E. Kilpatrick and G. Joseph Norwood, "Who Cares What it Costs to Dispense a Medicaid Prescription," *Health Care Financing Review*, Vol. 15, No. 3, March 22, 1994.

Lee, AJ, Hefner, D, Dobson A, Hardy, R. Jr., "Evaluation of the Maximum Allowable Cost Program," *Health Care Financing Review,* Vol. 4, No. 3, March 1983.

Levick, Diane, "Insurers Investing in Medical Practices," *The Hartford Courant*, August 29, 1993.

Lieder, Tzipora R., "HCFA Launches PPS for Hospital Outpatient Services; Billing May Pose Challenge to Pharmacists," *American Society of Health-System Pharmacists*, August 1, 2000, accessed at http://www.ashp.org/news/ShowArticle.cfm?cfid=3365738&CFToken=59500826&id=593.

*LookSmart*, "RBRVS Becomes General Pay Method in Boston, as Medicare RVU Amount Falls," December 2001, available at http://www.findarticles.com/p/articles/mi_m0FB/is_13_2/ai_80616762/print.

*Los Angeles Times, Business, Part D,* "Drug Firms Start Holding Line on Prices," January 12, 1992.

Lyles, Alan and Francis B. Palumbo, "The Effect of Managed Care on Prescription Drugs," *Pharmacoeconomics*, Vol. 15, No. 2, February 1999.

Major Insurance Mergers Realigned Industry Lineup in 2003, *BestWire*, December 31, 2003.

Malone, Daniel C., Sean D. Sullivan, David L. Veenstra, Edward P. Armstrong and Amy J. Grizzle, *Determining Unit Cost Values for Health Care Resources in Pharmacoeconomic Studies,* Formulary, Vol. 36, No. 4, 2001, p. 294.

*Managed Care Monitor,* "PacifiCare: To Integrate FHP Operations in California, American Health Line," August 4, 1997.

*Managed Care Week,* "Health Plan Strategies for Pharmacy Benefit Management," January 13, 2003.

*Managed Healthcare Executive,* "Specialty Pharmaceutical Coverage by Managed Care Plans," Vol. 14, No. 10, October 1, 2004.

Contains Highly Confidential Material -- Subject to Protective Order

March, Astara, "Brown Bagging Chemotherapy Drugs," *Oncology Issues*, Vol. 16, No. 4, July/August 2001.

Marshall, Randi F., "Spitzer Sues Drug Makers," *Newsday,* February 14, 2003.

Marx, Claude R., "Medicare Pays $1.9 Billion More Than Needed for Drugs, Audit Says," *The Associated Press*, September 20, 2001.

Massachusetts Division of Insurance, Bureau of Managed Care.

Mathews, Jay, "Chains Accuse Drug Firms of Price-Fixing," *Chicago Sun Times*, October 15, 1993.

Mathews, Jay, "Drugstores Accuse Firms of Fixing Drug Prices," *The Washington Post*, October 15, 1993.

Maynard, Micheline, "GM Proposes Major Changes in Health Care System," *United Press International*, August 15, 1984.

McCann, Barton C., and Julia A. James, *The Impact of Medicare Payment Policies on Patient Access to Quality Cancer Care*, June 1999.

McCormick, Lauren A. and Russel T. Burge, "Diffusion of Medicare's RBRVS and Related Physician Payment Policies," *Health Care Finance Review*, Vol. 16, No. 2, December 22, 1994.

McGarvey, Michael, "The Challenge of Containing Health Care Costs," *Financial Executive*, Vol. 8, No. 1, January 1992.

Medcenters of North Dakota and Capcare Merge, *Southwest Newswire*, March 6, 1987.

Medcenters of North Dakota, Heart of America HMOs to Explore Combining Operations, *Southwest Newswire*, April 27, 1987.

*Medco Drug Trend Report,* "Managing Generation Rx:  How to Balance Cost & Care," Vol. 7, May 2005.

Medicare Current Beneficiary Survey, *The Characteristics and Perceptions of the Medicare Population*, 2002.

*Medicare+Choice Enrollment by Healthcare Organization (Parent Company) Calendar year 2000*, available at http://www.medicarehmo.com/mrepenho.htm

Meet Regence Rx, Regence Rx Website, available at http://www.regencerx.com/meet/index.html.

Miller, John Winn, "Drug Industry Overcharging Medicaid Prescriptions Cost Taxpayers Millions of Extra Dollars," *Lexington Herald-Leader*, July 5, 1987.

Moore, William J. and Newman, Robert J., "Drug Formulary Restrictions As a Cost-Containment Policy in Medicaid Programs," *Journal of Law and Economics*, Vol. 36, April 1993.

Mortenson, Lee *et al, Background on the AWP Issue:  Assessing the Impact on Hospitals and Practices*, California Oncology Consortium, April 26, 2005.
www.californiaoncology.org/archives/assnarchive/acccarchive/arcaccc02.htm

M-Plan Website, *Quick Facts*, accessed at http://www.mplan.com/content.aspx?quick_facts.htm.

Murray, Lauren A., and Franklin J. Eppig, "Insurance Trends for the Medicare Population, 1991-1999," *Health Care Financing Review*, Spring 2002, Vol. 23, No. 3.

*National Association of Chain Drug Stores v. Bowen*, CIV. A. No. 87-2911, 1989 WL 43948, April 1989.

National Commercial Covered Lives, from "Health, United States, 2004: with Chartbook on Trends in the Health of Americans," U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Health Statistics, 2004.

National Conference of State Legislatures, "Recent Medicaid Prescription Drug Laws and Strategies, 2001-2005," November 2005, p. 3, accessed at http://www.ncsl.org/programs/health/medicaidrx.htm.

Navarro, Robert P., "Prescription Drug Benefits in Managed Care," in Peter R. Kongstvedt (ed.) *The Managed Health Care Handbook, Fourth Edition,* 2001.

Neergaard, Lauran, "Healthbeat:  Patients Scramble for Lifesaving Drug in Wake of Medicare Payment Change," The Associated Press, *June 13, 2005.*

Newhouse, John J. and David B. White, *Managed Care:  Lessons in Healthcare Reform*, Academy of Business & Administrative Sciences 2000 International Conference, July 10-12, 2000.

Contains Highly Confidential Material -- Subject to Protective Order

*News Release,* "Kaiser Permanente Continues to Strengthen Financial Base," October 30, 2000, available at http://ckp.kp.org/newsroom/national/archive/businesshealthplans/nat_001030_thirdqtr.html and Medicare HMO Data Report, http://www.medicarehmo.com/mrepenpn.htm.

Nirtaut, Dennis J., Susan M. Werner, William J. Miner and Richard E. Sherman, "Combined Strategy Curbs Skyrocketing Drug Costs," *Business Insurance,* July 15, 1991.

Noether, Monica, Peter Rankin and Rhett Johnson, *Competition in Health Insurance and Physician Markets: A Review of "Competition in Health Insurance: A Comprehensive Study of U.S. Markets" by the American Medical Association,* Charles River Associates, April 2002, p. 15.

Northwest Georgia Oncology Centers Video, February 2005, http://www.communityoncology.org.

Norton, Edward C., and Douglas Staiger, "How Hospital Ownership Affects Access to Care for the Uninsured," *RAND Journal of Economics,* Vol. 25, No. 1, 1994.

O'Sullivan, Jennifer, *Medicare: Payments for Covered Prescription Drugs,* Congressional Research Service, Report for Congress, May 21, 2002.

O'Brien, Daniel P. and Greg Shaffer, "The Welfare Effects of Forbidding Discriminatory Discounts: A Secondary Line Analysis of Robinson-Patman," *Journal of Law, Economics, & Organization,*

Office of Drug Pricing, *The Drug Pricing Program Established by Section 340B of the Public Health Service Act: Information Act,* Washington D.C., February 1999.

Office of Technology Assessment, *Recombinant Erythropoietin: Payment Options for Medicare,* OTA-H-451, May 1990.

Oncology Nursing Society, *Reimbursement vs. Reality: A Discussion Paper on Medicare Payments for Cancer Treatment,* 2003, http://www.ons.org/lac/pdf/Reimbursement.pdf.

PacifiCare's 2000 10-K.

Palmetto GBA, *Standardizing Prices for Medicare Covered Drugs,* Palmetto GBA, accessed at http://www.palmettogba.com/palmetto/providers.nsf/PrintFrame?OpenFrameSet&Frame=PrintB ottom&Src=/palmetto/providers.nsf/PrintableDocs/85256A46005D491A85256C9300493BD4?O penDocument.

Pappas, Christina L., "Prescription for a Competitive HMO Market," *Business Worcester,* Vol. 7, No. 2, March 21, 1988.

Pear, Robert, "Administration Plans Cuts in Some Drug Payments," *New York Times,* August 6, 2000.

Pear, Robert, "Cancer Drugs Face Funds Cut in a Bush Plan," *The New York Times,* August 6, 2003.

Pennebaker, George, "The Rest of the AWP Story," Contemporary Pharmacy Management, January-February 1998.

Pharmacy Benefit Management Institute, *The Prescription Drug Benefit Cost and Plan Design Survey Report,* Takeda, 2005.

Phelps, Richard, "Fallon Clinic, Primary Care Physicians Merge, *Business Worcester,* Vol. 8, No. 11, July 24, 1989.

*Pittsburgh Business Times,* "Highmark Forms Medmark, Buying Fisher's SPS," September 22, 2003.

Powell, Jennifer Heldt, "Drug Firm Sued for Alleged Overcharges," *The Boston Herald,* January 4, 2002.

*PR Newswire,* "Humana, Community Health Plan Sign Definitive Agreement for Humana's Acquisition of Ohio HMO," November 8, 1990.

*PR Newswire,* "United Healthcare Signs Definitive Agreement to Purchase Ramsay-HMO," February 15, 1994.

*PR Newswire, Boston,* "Consumer Groups Charge Industry-Wide Price Manipulation – Over $800 Million in Illegal Profits from Medicare & Medicare Patients; Federal Lawsuit Charges 28 Drug Companies with RICO, State and Federal Anti-Trust, and Consumer Protection Violations," December 20, 2001.

Press Release, "Aetna to Own 100 Percent of Aetna Specialty Pharmacy," October 26, 2005, http://www.aetna.com/news/2005/pr_20051026b.htm.

Press Release, "Anthem Prescription, Anthem Prescription Earns Specialty Pharmacy Accreditation," September 16, 2003, http://www.anthem.com/jsp/antiphona/apm/nav/ilink_pop_native.do?content_id=PW_041259.

Prince, Michael, "Competition Driving Staff Model HMOs to Evolve," *Business Insurance*, August 5, 1996.

Pugh, Tony, "N.Y. sues Glaxo and Pharmacia over Drug Prices," *Philadelphia Inquirer*, February 14, 2003.

Rankin, Ken, "Retail Rx Fears Medicaid Double Cross – Medicaid Average Wholesale Price Reimbursement System – Column," *Drug Store News*, March 6, 1989.

*Red Book,* 2005 Edition, Thomson Micromedex.

Reynolds, Maura, "Medicaid Savings," *Los Angeles Times*, November 20, 1990, Part A.

Rich, Spencer, "Battling the High Prices Medicare Pays for Drugs," *The Washington Post*, January 2, 1997, Section A.

Rich, Spencer, "Report Faults Soaring Prescription Drug Prices," *The Washington Post*, September 24, 1991.

Richardson, John, *PBMs: The Basics and an Industry Overview*, The Health Strategies Consultancy, LLC, June 26, 2003.

Robinson, Bill, "Medicaid at 20:  Still Awkward and Troubled," *Drug Topics*, Vol. 130, 1986.

Robinson, Bill, "New Medicaid Drug Rule:  Reform or Retreat," *Drug Topics*, Vol. 131, September 1987.

Robinson, James C., "The Future of Managed Care Organization," *Health Affairs*, Vol. 18, March/April 1999.

Rosenblatt, Robert A., "Catastrophic Care Would Pay More for Drugs than VA, Study Finds," *Los Angeles Times*, July 16, 1989.

*Saint Paul Pioneer Press,* "Drug Price Boost Alleged," August 28, 2003.

Sanger, Elizabeth, "No Rx for Plans; Drug Plans Draw Pharmacists' Ire," *Newsday* (New York), February 24, 1989.

Sanzo, Kathleen M. and Stephen Paul Mahinka, "Pharmaceutical Pricing:  System Changes and Global Effects," *The Metropolitan Corporate Counsel*, March 2002.

Scott Morton, Fiona, "The Strategic Response by Pharmaceutical Firms to the Medicaid Most-Favored-Customer Rules," *RAND Journal of Economics*, Vol. 28, No. 2, Summer 1997.

Shane, Rita, "A Proactive Approach to MMA:  Improving Outpatient Revenue Cycle Management," *Pharmaceutical Reimbursement: Keeping Up with Changing Times*, Proceedings of an educational symposium during the 39th ASHP Midyear Clinic Meeting on Sunday, December 5, 2004 in Orlando, FL, http://www.ashpadvantage.com/website_images/pdf/reimburse.pdf.

Shih, Ya-Chen Tina, "Effect of Insurance on Prescription Drug Use by ESRD Beneficiaries," *Health Care Financing Review*, Vol. 20, No. 3, Spring 1999.

Siegel, Jerry, "Back to the Future:  An Oncology Case Study," *Pharmaceutical Reimbursement: Keeping Up with Changing Times*, Proceedings of an educational symposium during the 39th ASHP Midyear Clinic Meeting on Sunday, December 5, 2004 in Orlando, FL, www.ashpadvantage.com/website_images/pdf/reimburse.pdf.

Sirois, Paula, "HMOs Should Prepare Now to Get Handle on Injectables," *Managed Care*, April 2002.

Sloan, Frank, Gabriel Picone, D Taylor, and Shin-Yi Chou, "Not-For-Profit Ownership and Cost and Quality of Care:  Is There a Dime's Worth of Difference," *Handbook of Health Economics*, Vol. 1, AJ Culyer and Joseph P. Newhouse (eds), Elsevier, 2000.

Social Security Bulletin, *Annual Statistical Supplement, 2000*, accessed at http://www.ssa.gov/history/pdf/hlth_care.pdf.

*Specialty Pharmacy News*, "MCOs Oncology Strategies Focus on Provider Issues," April 2005.

*Specialty Pharmacy News*, "MN Blues Plan Looks Beyond McKesson Deal to Build Specialty Pharmacy Program," November 2005.

*St. Paul Pioneer Press*, "Public Company News," December 25, 2005.

*St. Petersburg Times (Florida),* "Medicare Markup for Drugs: 10,000%," July 14, 2002.

Stein, Charles, "Harvard Community, Pilgrim Eye Merger," Boston Globe, July 23, 1994.

Stein, Charles, "Top Quality HMOs not Rated the Most Popular," Boston Globe, April 2, 1996.

Stein, Charles, "Top Quality HMOs not Rated the Most Popular," *Boston Globe*, April 2, 1996.

Structure of Kaiser Permanente, available at
        http://members.kaiserpermanente.org/kpweb/structurekp/deta...lapp/feature/
        123structurekp/Fast_facts_national_page2.html, accessed 2/15/2006.

Suh, Dong-Churl, Willard Manning, Stephen Schondelmeyer, and Ronald Hadsall, "Effect of Multiple-Source Entry on Price competition After Patent Expiration in the Pharmaceutical Industry," *American College of Healthcare Executives*, 2000.

Sun, Lena H., "Prescription Drug Plans Face Threat; Pharmacy Chains Dropping Programs," *The Washington Post*, April 14, 1989.

Swartz, Katherine and Troyen A. Brennan, "Integrated Health Care, Capitated Payment and Quality:  The Role of Regulation," *Medicine and Public Issues*, Vol. 124, No. 4, February 15, 1996 .

Tarlach, Gemma M, "Domino Effect:  Will new rule drive patients from doctors to hospitals?" *Drug Topics*, Vol. 142, No. 7, April 6, 1998.

*The Associated Press State & Local Wire*, "Report: Baystate not Breaking Antitrust Laws," October 3, 2001.

The Atlanta Journal and Constitution, *Mail-Order Pharmacies Cut Bills for Drugs*, Business, Section H, May 5, 1991.

The Kaiser Family Foundation and Health Research and Educational Trust, *Employer Health Benefits 2005 Annual Survey*.

*The New York Times*, "Cancer Drugs Face Funds Cut in a Bush Plan," August 6, 2003.

*The New York Times,* "New Questions on Drug Plans as Costs Soar," Section 1, May 7, 2000.

*The Pink Sheet,*  "AWP Overstates Actual Pharmacy Invoice Cost for Brand Name Drugs by Average of 18.3% Nationwide, HHS IG Concludes; Generic AWP Overstates Cost by 42.5%," January 13, 1997.

*The Pink Sheet,* "Medicare Coverage of Outpatient Dialysis, Transplant and Cancer Drugs Would Be Tied to Actual Cost Rather than AWP Under Language Expected in Clinton '98 Budget," January 6, 1997.

*The Pink Sheet*, "Streamlined Method for Exempting CAP Drugs From ASP Urged by PhRMA, BIO," Vol. 68, No. 008, February 20, 2006.

*The Pink Sheet*, "End of Aranesp, Procrit Pricing War Illustrates Inflationary Impact of ASP," Vol. 68, No. 7, February 13, 2006.

*The Seattle Times,* "Medicare Drug Pricing Faces Congressional Fix; Many HMOs Trimming Their Program Coverage," September 22, 2001.

Thurston, Norman K., "Physician Market Power -- Evidence from the Allocation of Malpractice Premiums," *Economic Inquiry*, Vol. 39, No. 3, July 2001.

Tufts Center for the Study of Drug Development, *Impact Report*, Vol. 2, July/August 2000.

Tufts Managed Care Institute, *A Brief History of Managed Care*, 1998.

Unger, Michael, "Study Finds Drug Prices Vary Widely; Consumer Board Sees Spread of up to 700%," *Newsday*, August 28, 1990.

Viles, Peter, "Part II: Managed Care is Industry's Answer to Health Care Costs," *The Associated Press*, January 22, 1991.

Von Oehsen, William H., *Pharmaceutical Discounts Under Federal Law: State Program Opportunities*, Public Health Institute, May 2001.

Wagner, Eric R., "Types of Managed Care Organizations," in Peter R. Kongstvedt (ed.) *The Managed Health Care Handbook, Fourth Edition,* 2001.

Walsh, Bill, "Medicare law provision would trim drug profits," *Times-Picayune*, September 29, 2003.

Well point's 2000 10-K.

Whitmore, Julie, "How Michael Reese Boss Beats HMO Odds," Crains Chicago Business, Vol. 12, No. 7, February 13, 1989.

Wolinsky, Howard, "First-Class Prescriptions:  Medicine by Mail Makes its Market," *Chicago Sun-Times*, August 3, 1992.

Contains Highly Confidential Material -- Subject to Protective Order

*YourHealthDaily*, "GlaxoSmithKline Plans Drug Discount Program for Low-Income Elderly," October 3, 2001.

### Government

146 Cong. Rec. S8022 to 23, daily ed. Sept. 5, 2000, Statement of Senator Ashcroft.

Administrative Rules of Montana, Department of Public Health and Human Services, Section 37.86.105(4) available at http://arm.sos.state.mt.us/37/37-19835.htm.

Balanced Budget Act of 1997, H.R. Rep. No. 217 105th Congress, 1st Session.

Center for Medicaid and Medicare Services, *Safe and Effective Approaches to Lowering State Prescription Drug Costs: Best Practices Among State Medicaid Program*, September 9, 2004.

Center for Medicare and Medicaid Services, "History of the Medicaid Drug Rebate Program," http://www.cms.hhs.gov/medicaid/drugs/mrphistory.asp (accessed June 17, 2005).

Center for Medicare and Medicaid Services, "Sample Medicaid Rebate Agreement," http://www.cms.hhs.gov/medicaid/drugs/rebate.pdf.

Center for Medicare and Medicaid Services, *Competitive Acquisition Program Interim Final Rule* (CMS-1325-IFC), June 27, 2005.

Center for Medicare and Medicaid Services, *New Health Options Available Under Medicare+Choice*, June 18, 1998, accessed at http://new.cms.hhs.gov/apps/media/press/release.asp?Counter=71.

Comment by Joseph Newhouse, Ph.D., MedPAC 2003 Public Meeting

Congressional Budget Office, *How the Medicaid Rebate on Prescription Drugs Affects Pricing in the Pharmaceutical Industry*, January 1996.

Congressional Budget Office, *Medicaid's Reimbursements to Pharmacies for Prescription Drugs*, December 2004.

Congressional Budget Office, *Prices for Brand-Name Drugs Under Selected Federal Programs*, June 2005.

Congressional Research Service, *Memo from Thomas Nicola (CRS) to the House Committee on Energy and Commerce regarding Regulatory and Legislative History of Medicare Drug Reimbursement Based on Average Wholesale Price*, August 31, 2001.

Congressional Research Service, *Report to Congress: Outpatient Prescription Drugs: Acquisition and Reimbursement Policies under Selected Federal Programs*, August 9, 1999.

Department of Health and Human Services and Center for Medicare and Medicaid Services, *Program Memorandum*, Transmittal AB-00-115, November 17, 2000.

Department of Health and Human Services and Center for Medicare and Medicaid Services, *Program Memorandum*, Transmittal AB-01-66, May 3, 2001.

Department of Health and Human Services and Center for Medicare and Medicaid Services, *Program Memorandum*, Transmittal AB-02-174, December 3, 2002.

Department of Health and Human Services and Center for Medicare and Medicaid Services, *Single Drug Pricer Clarifications*, Transmittal AB-03-147, April 18, 2003.

Department of Health and Human Services and Health Care Financing Administration, *Program Memorandum – Intermediaries/Carriers*, "An Additional Source of Average Wholesale Price Data in Pricing Drugs and Biologicals Covered by the Medicare Program," Transmittal AB-00-86, September 8, 2000.

Department of Health and Human Services, Health Care Financing Administration, "A Profile of Medicaid:  Chartbook 2000."

Department of Health and Human Services, Health Care Financing Administration, *Program Memorandum – Intermediaries/Carriers*, "Source of Average Wholesale Price Data in Pricing Drugs and Biologicals Covered by the Medicare Program," Transmittal AB-00-115, November 17, 2000.

Department of Health and Human Services, *Medicaid Program - Reconsideration of Disapproval of a Louisiana State Plan Amendment*, August 4, 1988.

Contains Highly Confidential Material -- Subject to Protective Order

Department of Health and Human Services, *Medicaid Program - Reconsideration of Disapproval of a Oklahoma State Plan Amendment*, October 4, 1988.

Department of Public Health and Human Services, *Administrative Rules of Montana, Section 37.86.105(4)*, accessed at http://arm.sos.state.mt.us/37/37-19835.htm.

DHHS, CMS, "Medicaid Drug Rebate Program:  Overview," http://www.cms.hhs.gov/MedicaidDrugRebateProgram/01_Overview.asp#TopOfPage (accessed March 20, 2006).

Discretionary Spending Offsets Act for Fiscal Year 2000, H.R. 3085, 106th Cong. § 716, 1999.

Discussion by Joan Sokolovsky, MedPAC, at the MedPAC 2003 Public Meeting, March 21, 2003.

Fiscal Responsibility Act of 1999, S. 1959, 106th Cong. § 124, 1999.

Food and Drug Administration Website, *The Orphan Drug Act (as amended)*, accessed at http://www.fda.gov/orphan/oda.htm.

General Accounting Office, "Pharmaceutical Pricing Terms," available at http://nhpf.ags.com/M&M_E.brief.book/session10/Drug.pricing.terms.pdf.

Generic Pharmaceutical Association, MAC - Maximum Allowable Cost, available through http://www.gphaonline.org.  See also, "Maximum Allowable Cost (MAC)," available at http://www.gphaonline.org/AM/Template.cfm?Section=State_Affairs&TEMPLATE=/CM/HTMLDisplay.cfm&CONTENTID=1936.

H.R. Rep. 108-178(II), 108th Congress, July 15, 2003.

H.R. Report 107-801, 107th Congress, January 2, 2003.

Health Care Financing Administration, "EAC survey Report of California Medi-Cal," *EAC Patrol Initiative*, 1986.

Health Care Financing Administration, "Determination of Cost of Drugs – Action," *Regional Carrier Letter No. 94-19, Letter to All Regional Carriers*, June 8, 1994.

Health Care Financing Administration, *Action Transmittal HCFA-AT-77-113*, "Medicaid – Formula for Determining EAC for Drugs," December 13, 1977.

Health Care Financing Administration, *EAC Patrol Initiative - EAC survey report of California Medi-Cal*, 1986.

Health Care Financing Administration, *Program Memorandum, Intermediaries/Carriers*, "Implementation of the New Payment Limit for Drugs and Biologicals," Transmittal No. AB-97-25, January 1998.

Health Care Financing Administration, Regional Carrier Letter No. 94-19, *Determination of Costs of Drugs – Action*, June 8, 1994.

Health Care Financing Administration, *Study of Pharmaceutical Benefit Management*, Contract No. 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/0097, June 2001.

Health Resources and Services Administration, "Pharmacy Affairs & 340B Drug Pricing Program: Pharmacy Affairs, Glossary of Pharmacy Related Terms," http://www.hrsa.gov/opa/glossary.htm.

Hearing Before the Committee on Ways and Means, *Legislation to Cover Prescription Drugs Under Medicare*, 106th Congress, June 13, 2000.

Hearing Before the Subcommittee on Health Care of the Committee on Finance, U.S. Senate, 107th Congress, Second Session, *re Reimbursement and Access to Prescription Drugs Under Medicare Part B*, Statement Prepared by Thomas A. Scully, March 14, 2002.

History of the SSA During the Johnson Administration 1963 – 1968, *Medicare – The Development of Medicare*, accessed at http://www.ssa.gov/history/ssa/lbjmedicare1.html.

Letter from Bryan B. Mitchell, Principal Deputy Inspector General to William Toby, Acting Administrator, HCFA attaching Office of the Inspector General, *Cost of Dialysis –Related Drugs*, A-01-91-00526, October 1992.

Letter from Charles Booth (Director, Office of Payment Policy, BPD) to All Associate Regional Administrators, *Determination of Acquisition Cost of Drugs*, March 15, 1994.

Letter from Congress to President George W. Bush, May 19, 2005.

Contains Highly Confidential Material -- Subject to Protective Order

Letter from Dennis Smith (CMS) to State Medicaid Directors, SMDL #02-014, September 18, 2002.

Letter from Don M. Newman, then-Under Secretary, HHS to Charles M. West, Executive Vice President, National Association of Retail Druggists, November 13, 1987.

Letter from Donna Shalala, then-Secretary, U.S. Department of Health and Human Services, to Representative Thomas Bliley, Chairman, Commerce Committee, U.S. House of Representatives 2, May 31, 2000.

Letter from Frank Camozzi (HCFA) to Celeste Brose (Blue Shield CA), February 2, 1995.

Letter from FTC to Assembly Member Greg Aghazarian, September 7, 2004

Letter from Gail R. Wilensky, then-HCFA Administrator, to then-Sen. Lloyd Bentsen, Chairman, U.S. Senate Committee on Finance, October 1, 1990.

Letter from Glenn M. Hackbarth, Chairman of Medicare Payment Advisory Commission, to Thomas Scully, Administrator of CMS, October 4, 2002.

Letter from Grant E. Steffen, MD to Jill Merrill, Medicare Program, HCFA, August 5, 1996.

Letter from Louis W. Sullivan, then-Secretary, HHS to Charles West, Executive Vice President, NARD, May 16, 1989.

Letter from Nancy-Ann DeParle (HCFA) to June Gibbs Brown (OIG), *OIG Draft Reports: Medicare Reimbursement of End Stage Renal Disease Drugs and Medicare Reimbursement for Albuterol*, June 13, 2000.

Letter from Nancy-Ann Min DeParle, Administrator, HCFA, to Congress, September 8, 2000.

Letter from Nancy-Ann Min DeParle, Administrator, Health Care Financing Administration, to June Gibbs Brown, Inspector General, June 13, 2000, produced as Exhibit E to Office of Inspector General, "Medicare Reimbursement of Albuterol," OEI-03-00-00311, June 2000.

Letter from Phyllis S. Tyzenhouse, Member CAC, Virginia, to Bart McCann, HCFA, June 11, 1997.

Letter from Senator Saxby Chambliss, et al., various Members of Congress, to Donna Shalala, Secretary, U.S. Department of Health and Human Services 1, July 28, 2000.

Letter from Senators Christopher S. Bond and John Ashcroft to Donna E. Shalala, Secretary, Department of Health and Human Services, August 3, 2000.

Letter from Tom Bliley (Committee on Commerce) to Donna E. Shalala (HHS) regarding Examination of the Prices that Medicare pays for the Limited Number of Medicare-Covered Outpatient Drugs, May 5, 2000.

Letter from Tom Bliley to Nancy-Ann DeParle, *Medicare Drug Pricing Manipulation*, Healthcare Financing Administration, September 25, 2000.

Majority Staff Report, Special Committee of Aging, United States Senate, *Prescription Drug Prices: Are We Getting Our Money's Worth?*, S. Rep. 101-49, 1989.

Management Advisory Report from Richard Kusserow, Inspector General, to Louis B. Hays, Acting Administrator, Health Care Financing Administration, A-06-40216, re: *Use of Average Wholesale Prices in Reimbursing Pharmacies Participating in Medicaid and the Medicare Prescription Drug Program, October 3, 1989.*

Medicare and Medicaid Beneficiary Protection Act of 1997, H.R. 2632, 105th Cong. § 206, 1997.

*Medicare Drug Reimbursements: A Broken System for Patients and Taxpayers*, 107th Congress 87-89, 2001.

Medicare Fraud and Overpayment Act of 1998, H.R. 3471, 105th Cong. § 2 ,1998.

Medicare Fraud and Overpayment Act of 1998, S. 1788, 105th Cong. § 2, 1998.

Medicare Fraud and Reimbursement Reform Act of 1999, H.R. 2229, 106th Cong. § 2, 1999.

Medicare Payment Advisory Commission, "Physician Administered Drugs: Distribution and Payment Issues in the Private Sector; A study conducted by NORC at the University of Chicago and Georgetown University for the Medicare Payment Advisory Commission," August 2003.

Medicare Payment Advisory Commission, "Survey of Health Plans Concerning Physician Fees and Payment Methodology," conducted by Dyckman & Associates, No. 03-7, August 2003 .

Medicare Payment Advisory Commission, *Health Plan Payment For Physician-Administered Drugs*, prepared by Zachary Dyckman and Peggy Hess, Dyckman & Associates, July 2003.

Contains Highly Confidential Material -- Subject to Protective Order