Medicare Payment Advisory Commission, Public Meeting, Ronald Reagan Building, International Trade Center, March 21, 2003.

Medicare Payment Advisory Commission, Report to Congress, *Effects of Medicare Payment Changes on Oncology Services*, January 2006.

Medicare Payment Advisory Commission, Report to Senate Committee on Finance Staff, *Payment System for Prescription Drugs Covered under Part B*, February 28, 2003.

Medicare Payment Advisory Commission, *Medicare Payment Policy*, Report to Congress, March 2003.

Medicare Payment Advisory Commission, *Selected Medicare Issues*, Report to Congress, June 2000.

Medicare Payment Advisory Commission, *Variation and Innovation in Medicare,* Report to Congress, June 2003.

*Medicare Prescription Drug and Modernization Act of 2003*, 108th Congress, Report by Mr. Tauzin, June 25, 2003.

Medicare Prescription Drug Coverage Act of 1998, H.R. 4753, 105th Cong. § 7, 1998.

Medicare Prescription Drug, Improvement, and Modernization Act of 2003, 42 U.S.C. § 1395, 2006.

Medicare Waste Tax Reduction Act of 1998, S. 2335, 105th Cong. § 6, 1998.

Medicare Waste Tax Reduction Act of 1999, S. 1451, 106th Cong. § 4, 1999.

Medicare, Medicaid and SCHIP Benefits Improvement and Protection Act of 2000, Pub. L. No. 106-554, § 429(c), 2000.

Memorandum from Charles Booth, Director, Office of Payment Policy, HCFA, to All Associate Regional Administrators for Medicare, March 15, 1994.

Memorandum from HCFA, Region VI to Office of the Director, Bureau of Eligibility, Reimbursement and Coverage, HHS, March 10, 1988.

Memorandum from Irwin Wolkstein, Assistant Director Division of Policy and Standards, HEW, to Joseph Higgins, Drug Task Force, *et al.*, August 6, 1968.

National Center for Health Statistics, Welcome NAMCS Participants, January 11, 2006, accessed at http://www.cdc.gov/namcs/.

Omnibus Budget Reconciliation Act of 1990, H. R. 5835, 101st Congress § 4401 (codified as 42 USCA § 1396s), 1990.

Pharmacy Benefits Management, Strategic Healthcare Group, U.S. Department of Veterans Affairs, *Drug and Pharmaceutical Prices*, http://www.pbm.va.gov/PBM/prices.htm.

*President's Fiscal Year 1998 Budget Proposal for Medicare, Medicaid, and Welfare: Hearings before the Committee on Finance, U.S. Senate*, 105th Congress. 85, 1997.

PricewaterhouseCoopers, *Study of Pharmaceutical Benefit Management*, HCFA Contract No. 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/0097, June 2001.

Ratner, Jonathan, "Pharmacy Benefit Managers - Early Results on Ventures with Drug Manufacturers," *GAO Reports*, GAO/HEHS-96-45, November 9, 1995.

Regional Carrier Letter No. 94-19, "Determination of Cost of Drugs – Action," *from M.J. Christenberry, Associate Regional Administrator, Division of Medicare, HCFA Regional Office VI*, June 8, 1994.

Report by the U.S. Comptroller General, HRO-81-36, "Program to Control Prescription Drug Costs Under Medicaid and Medicare Could Be Strengthened," *Medicare and Medicaid Guide*, December 31, 1980.

Report to Congress by Donna Shalala, then-Secretary, HHS, *The Average Wholesale Price For Drugs Covered Under Medicare*, 1999.

Social Security Bulletin, Annual Statistical Supplement, 2000, p. 43, available at http://www.ssa.gov/history/pdf/hlth_care.pdf.

State of Florida Agency for Health Care Administration, "Medicaid Prescribed Drug Spending Control Program," *Annual Report*, January 15, 2001.

Statement of Michael Zimmerman, *Issues Related to Possible Coverage of Outpatient Prescription Drugs Under Medicare*, GAO, GAO/T-HRD-87-15, June 2, 1987.

Statements on Introduced Bills and Joint Resolutions, By Mr. Ashcroft (for himself, Mr. Hagel, and Mr. Abraham), Statement regarding S. 3003, the Cancer Care Preservation Act, Congressional Record – Senate, September 5, 2000, S8022-8023.

Stop Medicare Overpayment Act of 1998, H.R. 3139, 105th Cong. § 2, 1998.

The Florida Senate, *Review of Medicaid Prescription Drug Pricing*, Interim Project Report 2005-141, November 2004.

*The Medicaid Drug Rebate Amendments of 1992*, House Report 102-384 (II).

The White House Office of Communications, Weekly Radio Address to the Nation December 12, 1997, Remarks by the President in Radio Address to the Nation, 1997 WL 767416.

U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Health Statistics, 2004, available at http://www.cdc.gov/nchs/data/hus/hus04.pdf.

U.S. Department of Health, Education, and Welfare, Office of the Secretary, Memorandum from Philip R. Lee, February 7, 1969.

U.S. Department of Health, Education, and Welfare, Task Force on Prescription Drugs, Background Papers, *The Drug Makers and the Drug Distributors*, December 1968.

U.S. Pharmacopeia Drug Utilization Review Advisory Panel, "Drug Utilization Review: Mechanisms to Improve Its Effectiveness and Broaden its Scope," *Journal of American Pharmaceutical Association*, Vol. 40, No. 4, 2000.

Wisconsin Department of Health and Family Services, Budget Change Items, accessed at http://www.pswi.org/government/Fiscal%20Bureau%20Budget%20Analysis.pdf.

**Office of Inspector General**

Office of Inspector General, *A Comparison of Albuterol Sulfate Prices*, OEI-03-94-00392, June 1996.

Office of Inspector General, *Appropriateness of 340B Drug Pricing*, OEI-05-02-00070, June 2004.

Office of Inspector General, *Appropriateness of Medicare Prescription Drug Allowances*, OEI-03-95-00420, May 1996.

Office of Inspector General, *Are Medicare Allowances for Albuterol Sulfate Reasonable?* OEI-03-97-00292, August 1998.

Office of Inspector General, *Changes to the Medicaid Prescription Drug Program Could Save Millions*, A-06-40216, 1984.

Office of Inspector General, *Comparison of Medicaid Federal Upper Limit Amounts to Average Manufacturer Prices*, OEI-03-05-00110, June 2005.

Office of Inspector General, *Cost of Dialysis-Related Drugs, A-01-91-00526,* October 1992.

Office of Inspector General, *Excessive Medicare Payments for Prescription Drugs*, OEI-03-97-00290, December 1997.

Office of Inspector General, *Excessive Medicare Reimbursement for Albuterol*, OEI-03-01-00410, March 2002.

Office of Inspector General, *Medicaid Drug Price Comparison: Average Sales Price to Average Wholesale Price*, OEI-03-05-00200, June 2005.

Office of Inspector General, *Medicaid Drug Price Comparisons: Average Manufacturer Price to Published Prices*, OEI-05-05-00240, June 2005.

Office of Inspector General, *Medicaid Pharmacy Actual Acquisition Cost of Prescription Drug Products for Brand Name Drugs*, A-06-96-00030, April 1997.

Office of Inspector General, *Medicaid Rebates for Physician-Administered Drugs*, OEI-03-02-00600, April 2004.

Office of Inspector General, *Medicaid's Use of Revised Average Wholesale Prices,* OEI-03-00010, September 2001.

Office of Inspector General, *Medicare Payments for Nebulizer Drugs*, OEI-03-94-00390, February 1996.

Office of Inspector General, *Medicare Reimbursement for Existing End-Stage Renal Disease Drugs*, OEI-03-04-00120, May 2004.

Office of Inspector General, *Medicare Reimbursement of Albuterol*, OEI-03-00-00311, Jun 2000.

Office of Inspector General, *Medicare Reimbursement of Prescription Drugs*, OEI-03-00-00310, January 2001.

Office of Inspector General, *Need to Establish Connection Between the Calculation of Medicaid Drug Rebates and Reimbursement for Medicaid Drugs*, A-06-97-00052, May 1998.

Office of Inspector General, *Physicians' Costs for Chemotherapy Drugs*, A-02-91-01049, November 1992.

Office of Inspector General, *Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the California Department of Health Services*, A-06-95-00062, May 1996.

Office of Inspector General, *Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the North Carolina Department of Human Resources*, A-06-95-00071, September 1996.

Office of Inspector General, *State Strategies to Contain Medicaid Drug Costs*, OEI-05-02-00680, October 2003.

Office of Inspector General, *Update: Excessive Medicare Reimbursements for Albuterol*, OEI-03-03-00510, January 2004.

Office of Inspector General, *Use of Average Wholesale Prices in Reimbursing Pharmacies Participating in Medicaid and the Medicare Prescription Drug Program*, A-06-89-00037, October 3, 1989.

**General Accounting Office**

General Accounting Office, *Issues Related to Possible Coverage of Outpatient Prescription Drugs Under Medicare*, Statement of Michael Zimmerman, GAO/T-HRD-87-15, June 2, 1987.

General Accounting Office, *Medicaid: Changes in Drug Prices Paid by HMOs and Hospitals Since Enactment of Rebate Provisions*, GAO/HRD-93-43, January 1993.

General Accounting Office, *Medicaid: Changes in Drug Prices Paid by VA and DOD Since the Enactment of Rebate Provisions*, GAO/HRD-91-139, September 1991.

General Accounting Office, *Medicaid: Outpatient Drug Costs and Reimbursements for Selected Pharmacies in Illinois and Maryland*, GAO-HRD-93-55FS, March 1993.

General Accounting Office, *Medicare – Payment for Blood Clotting Factor Exceeds Providers' Acquisition Cost*, GAO-03-184, January 2003.

General Accounting Office, *Medicare Chemotherapy Payments: New Drug and Administration Fees are Closer to Providers' Costs*, GAO-05-142R, December 1, 2004.

General Accounting Office, *Medicare Part B: Program Payments Should Reflect Market Prices*, GAO-01-1142T, September 21, 2001.

General Accounting Office, *Medicare Physician Fee Schedule: Practice Expense Payments to Oncologists Indicate Need for Overall Refinements*, GAO-02-53, October 2001.

General Accounting Office, *Medicare Physician Payments: Need to Refine Practice Expense Values During Transition and Long Term*, GAO/HEHS-99-30, February 1999.

General Accounting Office, *Medicare: Challenges Remain in Setting Payments for Medical Equipment and Supplied Covered Drugs*, Statement of Leslie G. Aronovitz, Testimony Before the Subcommittee on Labor, Health and Human Services, Education and Related Agencies, Committee on Appropriations, U.S. Senate, GAO-02-833T, June 12, 2002.

General Accounting Office, *Medicare: Payments for Covered Outpatient Drugs Exceed Providers' Cost*, GAO-01-1118, September 2001.

General Accounting Office, *Medicare: Reimbursement Policies Can Influence the Setting and Cost of Chemotherapy*, GAO/PEMD-92-98, July 1992.

General Accounting Office, *Prescription Drugs: Changes in Prices for Selected Drugs*, GAO/HRD-92-128, August 1992.

### Federal Register
39 FR 40303-4.
39 FR 41480.
40 FR 32283-303.
42 CFR § 405.517, 2001.
52 FR 28648-655.
53 FR 39644.
56 FR 25792-800.
56 FR 59502, 59524-5, 59621.
57 FR 55914.
63 FR 47552-54.
63 FR 58813-4. 49.
65 FR 18434.
69 FR 1084-1090.
69 FR 17935.
69 FR 55763-5.
70 FR 32294.
70 FR 39022-3.
70 FR 70116-70236.
70 FR 70480.

### Testimony and Cases
Brief for United States Department of Health and Human Services, Respondent, in *Louisiana v. Department of Health & Human Servs.*, No. 89-4566, 5th Cir., January 16, 1990.
*In re Arkansas Department of Human Servs.*, 1991 WL 634857, HHS Dept. App. Bd. August. 22, 1991.
*In re Brand Name Prescription Drugs Antitrust Litigation*, The United States Court of Appeals for the Seventh Circuit, MDL No. 997, Argued June 25, 1997, Decided August 15, 1997, Opinion Authored by Chief Judge Posner.
*In re Oklahoma Department of Human Servs.*, 1991 WL 634860, HHS Dep't App. Bd. August. 13, 1991.
*Louisiana v. Department of Health & Human Servs.*, 905 F.2d 877, 5th Cir., 1990.
Pub. L. No. 105-33 § 4566(a) (codified as 42 U.S.C. § 1395u(o)(1))
Public Law 106-113, Title II, Subtitle A, Sec. 201(b)
Saris, Judge Patti, *Memorandum and Order Re: Motion for Class Certification*, January 30, 2006.
*State of Arkansas v. U.S. Department of Health and Human Services*, Civ. Action No. LRC 89-962, December 1989.
*State of Louisiana v. U.S. Department of Health and Human Services*, No 89-4566 July 13, 1990.
Statement of Kermit Foteno, Reconsideration Hearing of Louisiana State Plan Amendment, September 21, 1988.
Statement of Nancy Saltzman, Medical Policy Specialist, HCFA Region VI, Reconsideration Hearing of Louisiana State Plan Amendment, September 22, 1988.
Statement of Peter Rodler, Program Analysts Officer, HCFA, Reconsideration Hearing of Louisiana State Plan Amendment, September 22, 1988.
Testimony of Dennis Smith, Director of the Center for Medicare and Medicaid Services, *Medicaid Prescription Drug Reimbursement Before the House Energy and Commerce Subcommittee on Oversight and Investigations*, December 7, 2004.
Testimony of George F. Grob, *Medicare Payments for Prescription Drugs*, September 21, 2001.
Testimony of Janet Rehnquist, *Reimbursement and Access to Prescription Drugs Under Medicare Part B*, March 14, 2002.

Testimony of Leslie G. Aronovitz (GAO), *Medicare: Challenges Remain in Setting Payments for Medical Equipment and Supplies and Covered Drugs,* Subcommittee on Labor, Health and Human Services, Education and Related Agencies, Committee on Appropriations, U.S. Senate, GAO-02-833T, June 12, 2002.

Testimony of Michael McMullan, Deputy Director, Center for Beneficiaries Choices, CMS before the Senate Committee on Governmental Affairs, "Does CMS Have the Right Prescription? Implementing the Medicare Prescription Drug Program," April 8, 2004, http://www.cms.hhs.gov/apps/media/press/testimony.asp?Counter=1010.

Testimony of Michael Zimmerman (GAO), *Issues Related to Possible Coverage of Outpatient Prescription Drugs Under Medicare,* Subcommittee on Health, Committee on Ways and Means, House of Representatives, GAO/T-HRD-87-15, June 2, 1987.

Testimony of Nancy-Ann Min DeParle, Hearing Before the Committee on Ways and Means, House of Representatives, 106th Congress, Second Session, *re Legislation to Cover Prescription Drugs Under Medicare,* June 13, 2000.

Testimony of Stuart Wright, Deputy Inspector General for Evaluation and Inspections, Office of Inspector General, U.S. Department of Health and Human Services, House Committee on Energy and Commerce, Subcommittee on Oversight and Investigations, available at http://oig.hhs.gov/testimony/docs/2005/340bHouseE&C12-05.pdf.

Testimony of Thomas A Scully, *Reimbursement and Access to Prescription Drugs Under Medicare Part B,* Senate Hearing, March 14, 2002.

Testimony of Thomas A. Scully on Medicare Payment for Drugs, Centers for Medicare and Medicaid Services, U.S. Department of Health and Human Services Before the House Energy and Commerce Subcommittees on Oversight & Investigations and Health, September 21, 2001, http://www.cms.hhs.gov/apps/media/press/testimony.asp?Counter=612.

Testimony of William J. Scanlon, Director, Health Care Issues, General Accounting Office, *Medicare Part B Drugs: Program Payments Should Reflect Market Prices,* GAO-01-1142T, September 2001.

Third Amended Master Consolidated Class Action Complaint Amended to Comply with Court's Class Certification Order, October 17, 2005.

Written Testimony of Edward. H. Stratemeier, Esq. (Aventis), Before the Subcommittee on Oversight and Investigation Committee on Energy and Commerce on AWP-Based Reimbursement for Prescription Drugs by Medicaid, December 7, 2004.

## Expert Reports

Bell, Gregory K., Ph.D., *Tutorial - Evidentiary Hearing,* MDL No. 1456, Civil Action: 01-CV-12257-PBS, filed under Judge Patti B. Saris, December 7, 2004.

Berndt, Ernest R., Ph.D., *Expert Report of Professor Ernst R. Berndt to Judge Patti B. Saris,* MDL No. 1456, Civil Action No 01-12257-PBS, United States District Court of Massachusetts, filed under Judge Patti B. Saris, February 9, 2005.

Berndt, Ernest R., Ph.D., *Memorandum to Judge Patti B. Saris, re Pharmaceutical Average Wholesale Price Litigation (MDL No. 1456, Civil Action No 01-12257-PBS),* August 9, 2005.

Hartman, Raymond S., Ph.D., *Declaration of Dr. Raymond S. Hartman in Rebuttal to Dr. Halbert L. White,* MDL No. 1456, Civil Action: 01-CV-12257-PBS, filed under Judge Patti B. Saris, December 16, 2004.

Hartman, Raymond S., Ph.D., *Declaration of Raymond S. Hartman in Support of Certification of the Class of End-Payor Purchasers,* MDL No. 1456, Civil Action No. 01-12257-PBS, filed under Judge Patti B. Saris, February 20, 2004.

Hartman, Raymond S., Ph.D., *Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calculation of Damages,* MDL No. 1456, Civil Action: 01-CV-12257-PBS, filed under Judge Patti B. Saris, December 15, 2004.

Hartman, Raymond S., Ph.D., *Declaration of Raymond S. Hartman in Support of Plaintiffs' Motion for Class Certification*, MDL No. 1456, Civil Action: 01-CV-12257-PBS, filed under Judge Patti B. Saris, September 3, 2004.

Hartman, Raymond S., Ph.D., *Errata to Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calculation of Damages*, MDL No. 1456, Civil Action: 01-CV-12257-PBS, filed under Judge Patti B. Saris, February 27, 2006.

Hartman, Raymond S., Ph.D., *Rebuttal Declaration of Dr. Raymond S. Hartman in Support of Plaintiffs' Motion for Class Certification*, MDL No. 1456, Civil Action: 01-CV-12257-PBS, filed under Judge Patti B. Saris, December 16, 2004.

Hartman, Raymond S., Ph.D., *Rebuttal Declaration of Raymond S. Hartman in Response to the Sur-Reply Declaration of Steven J. Young*, MDL No. 1456, Civil Action: 01-CV-12257-PBS, filed under Judge Patti B. Saris, December 16, 2004.

Hartman, Raymond S., Ph.D., *Supplemental Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calculation of Damages: Addendum*, MDL No. 1456, Civil Action: 01-CV-12257-PBS, filed under Judge Patti B. Saris, February 6, 2006.

Rosenthal, Meredith, Ph.D., *Liability Report of Dr. Meredith Rosenthal*, MDL No. 1456, Civil Action: 01-CV-12257-PBS, filed under Judge Patti B. Saris, December 15, 2005.

Rosenthal, Meredith, Ph.D., *Written Tutorial of Dr. Meredith Rosenthal*, MDL No. 1456, Civil Action: 01-CV-12257-PBS, filed under Judge Patti B. Saris, December 6, 2004.

**Depositions**

Deposition of Carol Sidwell, John Deere Health, September 17, 2004

Deposition of Christopher Brecht, Carday Associates, June 3, 2004.

Deposition of Dan Dragalin, Executive Vice President for Network, MultiPlan, September 17, 2004.

Deposition of David B. Morris, Anthem Blue Cross Blue Shield, January 5, 2005.

Deposition of Edward Kaplan, Segal, July 12, 2004.

Deposition of Edward Lemke, Humana, January 11, 2005.

Deposition of Eric Cannon, Director of Pharmacy Services, Intermountain Health Care, September 13, 2004.

Deposition of Gary M. Owens, Vice President of Medical Management and Policy, Independence Blue Cross, July 22, 2005.

Deposition of J. Russell Hailey, Chief Pharmacy Officer and Vice President of Pharmaceutical Services, Coventry Health Care, August 4, 2004.

Deposition of James Kenney, September 20, 2004

Deposition of James P. Messinger, Union Labor Life Insurance Company, October 22, 2004.

Deposition of Jeffrey Alverson, Senior Director of Contract Strategy, AstraZeneca, June 29, 2004.

Deposition of Jill S. Herbold, Assistant Vice President Practitioner Reimbursement, CIGNA, January 14, 2005.

Deposition of Joe Spahn, Senior Health Care Consultant, Anthem BCBS, November 30, 2004.

Deposition of John M. Killion, Blue Cross Blue Shield of Massachusetts, January 6, 2006.

Deposition of Joseph L. Hirschmann, In re: Texas Civil Investigative Demand to First DataBank, February 5, 2002.

Deposition of Joseph L. Hirschmann, In the State of Texas vs. Dey, November 12, 2002.

Deposition of Margaret Johnson Horizon Blue Cross Blue Shields, September 22, 2004.

Deposition of Meredith Rosenthal, February 22-23, 2006.

Deposition of Michael Baca, Executive Director of Financial operations at HealthNet, October 8, 2004.

Deposition of Michael T. Mulrey, Manager of Provider Reimbursement in the Actuarial Department, Blue Cross Blue Shield of Massachusetts, January 5, 2006.

Deposition of Mickey Brown, Director of Provider Networks, Blue Cross Blue Shield Mississippi, March 9, 2005.

Deposition of Mike Beaderstadt, Director of Provider Relations, John Deere Health Care, September 17, 2004.

Deposition of Paula Pfankuch, Senior Manager, Professional Reimbursement Programs, Blue Cross and Blue Shield of Illinois, September 14, 2004.

Deposition of Raeann Maxwell, Director of Pharmacy Services, University of Pittsburgh Medical Center, September 10, 2004.

Deposition of Raymond S. Hartman, February 27 through March 1, 2006.

Deposition of Robert Bell, Director of Trade Relations, Anthem Prescription Management, December 1, 2004.

Deposition of Thomas Greenebaum, January 14, 2005

Deposition of Timothy Hopkins, Executive Director of Retail and Mail Order Operations, Anthem Prescription Management, November 30, 2004.

Deposition of Timothy Miller, Director of Reimbursement Strategies, Anthem Blue Cross and Blue Shield, Virginia, January 5, 2005.

Deposition of William Barre, MedImpact Health Systems, September 29, 2004.

### Interviews

Conversation with Chris Jennings, March 6, 2006.
Conversation with Julia James, February 24, 2006.
Conversation with Stan Weintraub, February 24, 2006.

### Bates

CIGNA 00013677 (also stamped AWP056-1410)

Health Care Financing Administration, *Transmittal No. AB-98-76*, December 1998, produced as AWP001-0899 to 900.

Letter from Bill McCutchen, Acting Regional Administrator, Health Care Financing Administration, to Sandra L. Robinson, Secretary and State Health Officer, Louisiana Department of Health and Human Services, March 1985, [HHC011 - 0792 - 0794 at 0793].

Letter from Darlene Debus, Manager, Colorado State Team, HCFA, Region VIII, to Grant Steffen, M.D., Blue Cross Blue Shield of North Dakota, July 25, 1996, produced as HHC908-1217 to 1218.

Letter from Frank Camozzi, Chief, Technical Issues Section, Division of Medicare, HCFA to Richard W. Griesenbeck, M.D. at HHC015-1588 (Feb. 22, 1994) (produced as HHC015-1588 to1589)

Letter from Health Care Financing Administration, to All Carriers, July 27, 1994, AWP011-0868.

Letter from Nancy-Ann Min DeParle, Administrator, Health Care Financing Administration, to Medicare Fiscal Intermediaries and Carriers, September 14, 2000, AWP041-0943-AWP041-0946.pdf

Letter from Zachery T. Bentley & T. Mark Jones, Ven-A-Care of the Florida Keys, Inc. to Bruce Vladeck, then-Administrator, HCFA, October 2, 1996, produced as HHC003-0479 to 84.

Memorandum from Charles Booth, Director, Office of Payment Policy, HCFA, to All Associate Regional Administrators for Medicare, August 8, 1994, produced as HHC902-0173.

Memorandum from Jill B. Merrill, Health Insurance Specialist, Medicare Operations Branch, HCFA, to All Part B Carriers, August 12, 1994, produced as AWP032-0035.

Exhibit C

Discount and "Spread" Calculations By Drug Type and Competition

|  | Count | Percentile | Reported as Discount from AWP* | | | | | Converted to Hartman "Spread"[1] | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | 10th | 25th | 50th | 75th | 90th | 10th | 25th | 50th | 75th | 90th |
| **PAD** |  |  |  |  |  |  |  |  |  |  |  |  |
| Single-Source | 279 |  | 13.3% | 17.0% | 21.3% | 29.5% | 46.9% | 15.3% | 20.5% | 27.1% | 41.7% | 88.4% |
| Multi-Source | 314 |  | 15.5% | 30.4% | 59.5% | 75.2% | 85.4% | 18.4% | 43.7% | 147.2% | 302.7% | 586.1% |
| Total | 593 |  | 13.7% | 19.3% | 31.7% | 64.0% | 79.6% | 15.8% | 24.0% | 46.4% | 177.8% | 390.2% |
| **SAD** |  |  |  |  |  |  |  |  |  |  |  |  |
| Single-Source | 285 |  | 12.0% | 13.4% | 16.8% | 21.6% | 26.9% | 13.6% | 15.5% | 20.1% | 27.6% | 36.8% |
| Multi-Source | 168 |  | 12.0% | 14.3% | 17.5% | 24.9% | 56.0% | 13.6% | 16.7% | 21.2% | 33.1% | 127.5% |
| Total | 453 |  | 12.0% | 13.7% | 17.0% | 21.6% | 39.6% | 13.6% | 15.9% | 20.5% | 27.6% | 65.5% |
| **Total** |  |  |  |  |  |  |  |  |  |  |  |  |
| Single-Source | 564 |  | 12.0% | 15.1% | 19.2% | 24.0% | 40.2% | 13.7% | 17.7% | 23.8% | 31.6% | 67.3% |
| Multi-Source | 482 |  | 12.5% | 17.5% | 39.2% | 69.5% | 82.0% | 14.2% | 21.2% | 64.4% | 227.9% | 455.6% |
| Total | 1046 |  | 12.1% | 15.9% | 21.6% | 48.3% | 74.1% | 13.8% | 18.9% | 27.6% | 93.4% | 285.6% |

Contains Highly Confidential Materials -- Subject to Protective Order

## Exhibit C: Notes

*: Discounts are reported as the difference between AWP and acquisition cost, as a percentage of AWP (i.e., discount = (AWP-acquisition cost) / AWP. The "spread" metric employed by Dr. Hartman takes the difference as a percentage of acquisition cost (i.e., "spread" = (AWP-acquisition cost) / acquisition cost. Based on these formulae, the conversion from discount to "spread" is defined as: spread = discount / (1 - discount).

If a report lists the same data more than once, it is entered only once in the table.

If a report, article or testimony references data from an earlier source already in the table, that data is not entered again.

Only data that lists prices comparing AWP and some form of acquisition cost, AWP can be calculated from the reimbursement rate.

For those observations before 1998, the AWP was used as the Medicare reimbursement.

For those observations between 1998 and 2003, inclusive, and which reported Medicare prices and not AWP, calculated AWP = Medicare Reimbursement / 0.95.

For those observations from 2004 that have Medicare prices listed, AWP calculated one of two ways according to the MMA

 For most drugs, reimbursement was set at 85 percent of AWP (as of April 2003), so AWP calculated as Medicare Reimbursement / 0.85;

 Reimbursement for: blood clotting factors; drugs that were not available for Medicare payment on April 1, 2003; vaccines; drugs for ESRD; and infusion drugs used with DME remained at 95 percent of AWP (as of October 2003), so AWP was calculated as Medicare Reimbursement / 0.95.

If a report lists a range of prices, two observations are listed: one for the minimum and one for the maximum. For example, if acquisition cost is reported as the range between $1.00 and $2.00 and AWP is reported at $3.00, then one observation will have acquisition cost = $1.00 and AWP =$3.00 and the second observation will have acquisition cost = $2.00 and AWP = $3.00.

A drug is flagged as a physician administered drug (PAD) if covered by Medicare Part B. Included are the following:

 Injectable drugs which are mostly administered by the physician (i.e., insulin is not included);

 Drugs administered using durable medical equipment (DME), which includes inhalation drugs (e.g., albuterol, ipratropium bromide);

 Immunosuppressive drugs;

 Oral anti-cancer drugs that have an injectable form;

 Oral anti-emetic drugs, which are those drugs that are used in cancer treatment to prevent nausea;

 Synthroid injection (Synthroid injection is reimbursed as a PAD if the physician provides a statement explaining why the oral formulation could not be used);

 Those drugs not listed under Medicare Part B but which are primarily provided in injectable form are also classified as PAD, with an exception for insulin products.

A drug is flagged as multi-source if it is listed so in the source material. If the report doesn't identify the drug as single or multiple source, then other sources are referenced to determine whether there is more than one drug with the same active ingredient (from different manufacturers, excluding co-promotional or co-marketing agreements). Principal research sources include the FDA Orange Book, the Drugs@FDA website, news releases, and company reports and financial filings.

In general, a drug is considered multi-source if generic equivalents are available; otherwise the drug is considered single-source. Special cases include:

 Biologics are all treated as single-source (including Albumin, Botulinum, Hepatitis B Vaccine, Immune Globulin, and Pneumococcal Vaccine);

 A generic version of paclitaxel was released in September of 2000; any observations of paclitaxel for that year are flagged as single source;

 Albuterol, co-marketed by GSK and Schering-Plough as Ventolin and Proventil, is considered as single-source until generic entry in 1992;

 Epotein Alfa (EPO), co-marketed by J&J and Amgen as Procrit and Epogen, is considered single-source;

 Hydropres, whose formula includes resperdine and hydrochlorothiazide, is considered multi-source because each of those molecules was multi-source.

All EPO data is included; EPO is reimbursed differently depending on HCPCS codes (Q0126 for non-ESRD;Q9920-9940 for ESRD).

Contains Highly Confidential Materials -- Subject to Protective Order

**Exhibit C: Sources**

| Source Document | Entries |
|---|---|
| Office of Inspector General, *Changes to the Medicaid Prescription Drug Program Could Save Millions*, 1984. | 220 |
| Henson, Maria, "Pryor Going after Lower Drug Prices," *Arkansas Democrat-Gazette*, July 17, 1989. | 3 |
| General Accounting Office, *Prescription Drugs: Changes in Prices for Selected Drugs*, GAO/HRD-92-128, August 1992. | 16 |
| Office of Inspector General, *Cost of Dialysis-Related Drugs*, A-01-91-00526, October 1992. | 66 |
| Office of Inspector General, *Physicians' Costs for Chemotherapy Drugs*, A-02-91-01049, November 1992. | 38 |
| General Accounting Office, *Medicaid: Outpatient Drug Costs and Reimbursements for Selected Pharmacies in IL and MD*, GAO/HRD-93-55FS, March 1993. | 227 |
| Alpert, Bill, "Hooked on Drugs," *Barron's*, June 10, 1996, p. 15-16,18. | 13 |
| Office of Inspector General, *A Comparison of Albuterol Sulfate Prices*, OEI-03-94-00392, June 1996. | 10 |
| Office of Inspector General, *Excessive Medicare Payments for Prescription Drugs*, OEI-03-97-00290, December 1997. | 132 |
| Office of the Inspector General, *Are Medicare Allowances for Albuterol Sulfate Reasonable?* OEI-03-97-00292, August 1998. | 6 |
| *High Cost Drugs Under the Outpatient Prospective Payment System*, Prepared for the Health Care Financing Administration by Kathpal Technologies, September 8, 1999. | 121 |
| Office of Inspector General, *Medicare Reimbursement of Albuterol*, OEI-03-00-00311, June 2000. | 54 |
| *An Additional Source of Average Wholesale Price Data in Pricing Drugs and Biologicals Covered by the Medicare Program*, Department of Health and Human Services, September 8, 2000. | 2 |
| Letter from Tom Bliley to Nancy Ann DeParle, *Medicare Drug Pricing Manipulation*, Healthcare Financing Administration, September 25, 2000. | 5 |
| Malone, Daniel C., Sean D. Sullivan, David L. Veenstra, Edward P. Armstrong and Amy J. Grizzle, "Determining Unit Cost Values for Health Care Resources in Pharmacoeconomic Studies," *Formulary*, Vol. 36, No. 4, 2001, p. 294. | 1 |
| Office of Inspector General, *Medicare Reimbursement of Prescription Drugs*, OEI-03-00-00310, January 2001. | 24 |
| Marx, Claude R., "Medicare Pays $1.9 Billion More Than Needed for Drugs, Audit Says," *The Associated Press*, September 20, 2001. | 1 |
| *Medicare Payments for Prescription Drugs*, Testimony of George F. Grob, September 21, 2001 | 1 |
| General Accounting Office, *Medicare Part B: Program Payments Should Reflect Market Prices*, GAO-01-1142T, September 21, 2001. | 4 |
| Appleby, Julie, "Feds to Ask Today for Medicare Drug Change," *USA Today*, September 21, 2001. | 1 |
| Japsen, Bruce, "Medicare Drug Payment Reform May Not Sting Oncologists," *Chicago Tribune*, September 25, 2001. | 1 |
| General Accounting Office, *Medicare: Payments for Covered Outpatient Drugs Exceed Providers' Cost*, GAO-01-1118, September 2001. | 41 |
| Office of the Inspector General, *Excessive Medicare Reimbursement for Albuterol*, OEI-03-01-00410, March 2002. | 6 |
| *Reimbursement and Access to Prescription Drugs Under Medicare Part B*, Testimony of Janet Rehnquist, March 14, 2002 | 5 |
| "Medicare Markup for Drugs: 10,000%," *St. Petersburg Times (Florida)*, July 14, 2002, p. 1A. | 1 |
| *Medicare Payment Advisory Commission, Report to the Congress: Variation and Innovation in Medicare*, June 2003. | 1 |
| "Cancer Drugs Face Funds Cut in a Bush Plan," *The New York Times*, August 6, 2003, p. 1. | 4 |
| Hanners, David, "Drug Price Boost Alleged," *St. Paul Pioneer Press*, August 28, 2003, p. 1C. | 1 |
| Office of Inspector General, *Update: Excessive Medicare Reimbursements for Albuterol*, OEI-03-03-00510, January 2004. | 5 |
| Office of Inspector General, *Medicare Reimbursement for Existing ESRD Drugs*, OEI-03-04-00120, May 2004. | 20 |
| General Accounting Office, *Medicare Chemotherapy Payments: New Drug and Administration Fees are Closer to Providers' Costs*, GAO-05-142R, December 1, 2004. | 16 |
| | 1046 |

Contains Highly Confidential Materials -- Subject to Protective Order

Exhibit D
Pharmaceutical Pricing Terms

| Price Term | Short Description | Common Usage of the Term | Publicly Available |
|---|---|---|---|
| 340B Price | PHS Act drug discount program, 340B Ceiling Price | The 340B price is the maximum price that manufacturers can charge (for direct sales and sales through wholesalers) to "covered entities," which include eleven categories of facilities and programs funded by the Health Resource & Services Administration (HRSA), including disproportionate share hospitals (DSH) owned by or under contract with state or local governments, federally qualified health centers (FQHC) and AIDS drug assistance programs (ADAP). Although wholesalers may charge covered entities a reasonable distribution fee, manufacturers must ensure that the discount is passed on to the covered entities. In order to receive reimbursement under Medicaid, manufacturers must also provide their covered drugs under 340B. The 340B price is calculated quarterly as the AMP minus a discount; where the discount is determined using the Medicaid rebate formula. Drugs purchased under 340B are not eligible for Medicaid rebates. Established by Section 340B of the Public Health Service Act (PHS Act) as a result of the Veterans Health Care Act of 1992 (VHCA). | No |
| ASP | Average Sales Price | Established by the Medicare Modernization Act of 2003, ASP is the statutorily defined price for drugs covered under Medicare Part B. Calculated using actual sales transactions, the manufacturer's average sales price includes sales to all purchasers other than sales exempt from Medicaid best price and sales at nominal charges. ASP is calculated quarterly by manufacturers as a weighted average price, net of volume discounts, prompt pay discounts, cash discounts, free goods that are contingent on any purchase requirement, chargebacks and rebates (excluding Medicaid rebates). | Yes |
| Best Price | Medicaid Best Price | In calculating the Medicaid "best price," manufacturers must (1) include cash discounts, free goods contingent upon purchase requirements, volume discounts, and rebates, (2) determine price without regard to special packaging, labeling, or identifiers on the dosage form or product package, and (3) not take into account prices that are nominal (i.e., equal or less than 10 percent of AMP). Best price calculations exclude prices charged to entities covered under the VHCA (i.e., 340B, FCP, FSS, VA NCP), state drug assistance programs, single-award contract prices paid by any federal agency, and Medicaid supplemental rebates. For bundled sales, discounts are allocated in proportion to the dollar value of the units of each drug sold under the bundled arrangement. Best Prices are calculated quarterly by manufacturers and submitted to CMS within 30 days of the end of the calendar quarter. Established by OBRA 1990. | No |
| FCP | Federal Ceiling Price | The FCP is the maximum price that manufacturers can charge for drugs purchased by the Veterans Administration (VA), Department of Defense (DOD), Public Health Service (PHS) (including the Indian Health Service), and the Coast Guard. In order to receive reimbursement under Medicaid, manufacturers must also make available their covered branded drugs to the four protected agencies under the FCP at a discount of at least 24% below the non-FAMP, minus any cash discounts, rebates, or similar reductions. Manufacturers must offer an additional discount if their FSS prices rise faster than the CPI-U. Does not include noninnovator multiple-source or generic drugs. Established by Section 603 of the Veterans Health Care Act of 1992. | No |
| FSS | Federal Supply Schedule Price | The Federal Supply Schedule is a price list for the approximately 23,000 drugs that are available to federal purchasers. FSS prices are intended to be no greater than the prices paid to manufacturers by their "most-favored" nonfederal customers under similar terms and conditions. Because terms and conditions of nonfederal sales can vary by drug, the most-favored customer price may not be the lowest price in the market. The Veterans Health Care Act of 1992 requires that manufacturers must list their covered branded pharmaceutical products on the FSS in order for them to be covered by Medicaid. The VA's National Acquisition Center (NAC) is the sole government negotiator with manufacturers in establishing prices for the approximately 23,000 drugs listed on the FSS. | Yes |
| FUL | Federal Upper Limit | Medicaid reimbursements to a retail pharmacy for multiple source drugs on the FUL list must not exceed, in the aggregate, payment levels determined by applying to each drug entity a reasonable dispensing fee (established by the State and specified in the State plan), plus an amount based on the limit per unit that CMS has determined to be equal to 150 percent applied to the lowest price listed (in package sizes of 100 units, unless otherwise noted) in any of the published compendia of cost information of drugs. Established in 1987, the FUL list was initially restricted to multi-source drugs with at least three therapeutically equivalent drug products (according to the Orange Book). The FUL list is based on price data from First Data Bank (Blue Book), Medi-Span, the Red Book and the CMS State Medicaid Manual, and is updated twice annually. | Yes |
| MAC | Maximum Allowable Cost | A MAC list sets an upper bound on the reimbursement to a pharmacy or provider for drugs based on a particular drug product regardless of whether the drug is branded or generic. MACs are used extensively by private insurers, PBMs, and by some state-run health programs. States have the option of establishing their own MAC lists for the Medicaid program as long as their payment ceilings are not in excess of the Federal Upper Limit (FUL). In practice, state MAC lists generally contain more drugs and designate lower prices than the FUL list. States use several methods for setting MACs, including 1) setting MAC at the level of the lowest priced generic equivalent of the drug, 2) setting MAC based on actual acquisition cost surveys, or 3) setting MAC at the FUL. Several states have implemented MACs for PADs (e.g., FL, MT, WI). | Yes/No[i] |
| Nominal Price | Nominal Price | The Medicaid Best Price calculation excludes sales at nominal prices, which are defined to be sales at prices less than 10% of the Average Manufacturer Price (AMP). The VA interprets "nominal" to be pricing, "designed to benefit the public by financially aiding disadvantaged, not-for-profit covered drug dispensaries or researchers using a drug for an experimental or non-standard purpose."[18] Therefore, the VA's Non-FAMP includes sales to commercial entities at nominal prices. | No |

Contains Highly Confidential Materials – Subject to Protective Order

**Exhibit D**

**Pharmaceutical Pricing Terms**

| Price Term | Short Description | Common Usage of the Term | Publicly Available |
|---|---|---|---|
| Non-FAMP, NFAMP | Non-Federal Average Manufacturer's Price | The Non-FAMP is the weighted average price paid by wholesalers to a manufacturer for drugs distributed to non-federal purchasers. The Non-FAMP is calculated quarterly and annually by manufacturers under their master agreement with the VA based on purchases over the previous 12 months. The non-FAMP includes sales at nominal prices to commercial entities. It also includes free drug samples "when they are contingent on written upon verbal commercial agreements."[18]   The non-FAMP was established by Section 603 of the Veterans Health Care Act of 1992. | No |
| U&C price | Usual and Customary price | Usual and customary prices are the undiscounted prices that cash-paying individuals without insurance coverage would pay at the retail pharmacy counter.  Also called the "cash price." | Yes[ii] |
| VA NCP | VA National Contract Price | The price the VA obtains for the "Big 4" agencies (the VA, Department of Defense, Public Health Service, and Coast Guard) through competitive bids from manufacturers for selected drugs in exchange for their inclusion in the VA formulary. NCP prices are lower than FSS prices. National contracts are usually for a one-year term with four one-year options to extend the contract. The VA has been undertaking a standardization process that selects a specific drug(s) within a therapeutic class for inclusion on its national formulary, balancing clinical preferences with concentrated buying power. | Yes[iii] |

**Notes**

i. While state and federal MAC lists are generally available to the public, private payor and PBM MAC lists are generally considered proprietary.
ii. Available to the public, but not usually reported/published.
iii. Not all drugs have National Contracts.

**Sources**

1 "Administrative Rules of Montana," September 30, 2005, http://arm.sos.state.mt.us/37/37-19835.htm.
2 69 FR 55763-55765, September 16, 2004.
3 Abramson, Richard G. et al, "Generic Drug Cost Containment in Medicaid: Lessons from Five State MAC Programs, CMS," July 19, 2003.
4 Academy of Managed Care Pharmacy, "A Guide to Understanding Common Prescription Drug Pricing Terms," available at http://www.amcp.org/data/nav_content/dpd.pdf.
5 CBO, *Prices for Brand-Name Drugs Under Selected Federal Programs*, June 2005.
6 Cigna Pharmacy Management "Cigna Pharmacy Benefits Evolution," Pharmacy Producer Newsletter, March 2005.
7 CMS, "History of the Medicaid Drug Rebate Program," http://www.cms.hhs.gov/medicaid/drugs/mrphistory.asp (accessed June 17, 2005).
8 CMS, "Sample Medicaid Rebate Agreement," http://www.cms.hhs.gov/medicaid/drugs/rebate.pdf.
9 CRS, *CRS Report to Congress: Outpatient Prescription Drugs: Acquisition and Reimbursement Policies under Selected Federal Programs*, August 9, 1999.
10 Deposition of Michael Baca (Health Net), October 8, 2004.
11 GAO, "Pharmaceutical Pricing Terms," available at http://nhpf.ags.com/M&M_E.brief.book/session10/Drug.pricing.terms.pdf.
12 Gencarelli, Dawn M., "One Pill, Many Prices: Variation in Prescription Drug Prices in Selected Government Programs," National Health Policy Forum, Issue Brief No. 807, August 29, 2005.
13 Generic Pharmaceutical Association, MAC - Maximum Allowable Cost, available through http://www.gphaonline.org.  See also, "Maximum Allowable Cost (MAC)," available at http://www.gphaonline.org/AM/Template.cfm?Section=State_Affairs&TEMPLATE=/CM/HTMLDisplay.cfm&CONTENTID=1936.
14 Health Resources and Services Administration, "Pharmacy Affairs & 340B Drug Pricing Program:  Pharmacy Affairs, Glossary of Pharmacy Related Terms," http://www.hrsa.gov/opa/glossary.htm.
15 OIG, *Appropriateness of 340B Drug Pricing*, June 2004, OEI-05-02-00070.
16 State of Florida Agency for Health Care Administration, "Medicaid Prescribed Drug Spending Control Program," Annual Report, January 15, 2001.
17 Testimony of: Stuart Wright, Deputy Inspector General for Evaluation and Inspections, Office of Inspector General, U.S. Department of Health and Human Services, House Committee on Energy and Commerce, Subcommittee on Oversight and Investigations, available at http://oig.hhs.gov/testimony/docs/2005/340bHouseE&C12-05.pdf.
18 von Oehsen, III, William H., "Pharmaceutical Discounts Under Federal Law: State Program Opportunities," Public Health Institute-Pharmaceuticals & Indigent Care Program, May 2001.
19 Wisconsin Health and Family Services, "Budget Change Items," 2004-05, available at http://www.pswi.org/government/Fiscal%20Bureau%20Budget%20Analysis.pdf.

Contains Highly Confidential Materials -- Subject to Protective Order

**Exhibit E**

Payor Vertical Integration

| Payor[1] | US Covered Lives | MA Covered Lives | Vertical Integration into Drug Purchasing[54] | | | | |
|---|---|---|---|---|---|---|---|
| | | | Mail Order Pharmacy | Specialty Pharmacy | Captive PBM | Staff Model HMO | Hospital Ownership |
| Aetna[2] | 19,029,000 | 160,211 | X[24,25] | X[34] | X[24,25] | X[50] | |
| Anthem[3,22] | 6,243,000 | N/A | | X[32,33] | X[25,27,28] | X[46] | |
| BCBS of Massachusetts[4] | 2,076,178 | 900,984 | | | | X[31] | |
| BCBS of Minnesota[5] | 1,812,642 | N/A | | | X[27,28] | | |
| CIGNA[6] | 14,231,000 | 90,169 | X[24,27,29] | X[21,34] | X[25,27] | X[29,30,42] | |
| Coventry[7] | 1,518,622 | N/A | | | | X[38] | |
| Fallon Community Health Plan[8] | 192,385 | 192,385 | | | | X[48] | |
| Harvard Pilgrim[9] | 1,191,594 | 637,493 | | | | X[43,53] | |
| Health Net[10] | 3,354,000 | N/A | | | X[25,27] | | |
| Health New England, Inc.[11] | 75,437 | 75,437 | | | | | X[52] |
| Highmark[12] | 150,000 | N/A | | X[32] | | | |
| HIP New York[13] | 662,484 | N/A | | | | X[49] | |
| Humana[14,15] | 3,652,800 | N/A | | X[26] | X[25] | X[14,45] | X[37] |
| John Deere Health[16] | 388,449 | N/A | | | | X[51] | |
| Kaiser[17] | 8,100,000 | N/A | | | X[27,28] | X[35,44] | X[36] |
| PacifiCare[18,21] | 4,117,900 | N/A | | | X[25,27] | X[47] | |
| United HealthCare[19,21] | 15,717,997 | 74,116 | | | X[25,40,41] | X[39] | |
| Wellpoint[20,22] | 10,218,518 | N/A | X[24,27] | X[34] | X[25,27,28] | | |
| Subtotal | 92,732,006 | 2,130,795 | | | | | |
| Total[23] | 180,385,780 | 2,889,689 | | | | | |
| Percent of Total | 51% | 74% | | | | | |

Notes

1. Other payors outside of Massachusetts that are vertically integrated include BCBS of Michigan, BCBS of New Jersey, Capitol Health Plan, Group Health of Puget Sound, HAP of Michigan, Intermountain Health Care, and The Regence Group. "Health maintenance organizations listed- Michigan", Business Insurance, Dec. 1990 (referencing BCBS of Michigan); "Health maintenance organizations listed- New Jersey", Business Insurance, Dec. 1990 (referencing BCBS of New Jersey); "Horizon Blue Cross Blue Shield of New Jersey: Current and Historical Role in Providing Health Insurance Coverage in New Jersey", Rutgers Center for State Health Policy, February 2003 (referencing BCBS of New Jersey-aka Horizon BCBS); Denn, James, "CHP has a strong hold on managed health care", Times Union (Albany, NY), Feb. 26, 1995 (referencing Capitol Health Plan); Don Glickstein, "Group Health Cooperative of Puget Sound - A Short History", The Permanente Journal (referencing Group Health of Puget Sound); "Should You Take Managed Care Out of Integrated Delivery Systems", Cain Brothers, Vol. 40, Spring 2003 (referencing HAP of Michigan); Deposition of Eric Cannon, September 13, 2004, pp. 24, 43 (referencing IHC); Regence Rx," Regence Rx Website, available at http://www.regencerx.com/meet/index.html (referencing the Regence Group).
2. Covered lives as of 2000 including commercial and Medicare managed care members. Aetna total covered lives numbers from Aetna's 2000 10-K, Massachusetts membership numbers from the Massachusetts Division of Insurance, Bureau of Managed Care.
3. Covered lives as of 2000 including commercial and Medicare managed care members. Anthem covered lives numbers from Anthem's 2001 10-K.
4. Covered lives as of 2000 including commercial and Medicare managed care members. BCBS of Massachusetts covered lives numbers from BCBS of Massachusetts 2000 Annual Report and from the Massachusetts Division of Insurance, Bureau of Managed Care.
5. Covered lives as of 2000. BCBS of Minnesota covered lives numbers from BCBS of Minnesota 2004 Annual Financial
6. Covered lives as of 2000 including commercial and Medicare managed care members. CIGNA covered lives numbers from CIGNA 2000 Annual Statistical Supplement, Massachusetts membership numbers from the Massachusetts Division of Insurance, Bureau of Managed Care.

Contains Highly Confidential Materials -- Subject to Protective Order

## Exhibit E

Payor Vertical Integration

7. Covered lives as of 2000 including commercial and Medicare managed care members. Coventry covered lives numbers from Coventry's 2000 Annual Report.
8. Covered lives as of 2000 including commercial and Medicare managed care members. Massachusetts Division of Insurance, Bureau of Managed Care.
9. Covered lives as of 2000 including commercial and Medicare managed care members. Harvard Pilgrim covered lives numbers from HMO Chains and Networks: Companies, http://www.managedcaredigest.com/edigests/hm2000/hm2000c01s02g01.html, As of 9/1999, "Senior Prescription Drug Coverage: The State of the Medigap Markets in Massachusetts and New Hampshire," The Massachusetts Health Policy Forum, Issue Brief, No. 7, 2000, p. 9 and the Massachusetts Division of Insurance, Bureau of Managed Care.
10. Covered lives as of 2000 including commercial and Medicare managed care members. Health Net's covered lives numbers from Health Net's 2000 Annual Report.
11. Covered lives as of 2000 including commercial and Medicare managed care members. Health New England Inc.'s covered lives numbers from the Massachusetts Division of Insurance, Bureau of Managed Care.
12. Covered lives as of 2000, Medicare Managed Care Only. Breisch, Sandra Lee, "Specialties Force Delay in Episodic Pay: Insurer Seeks to End Variations in Care; Physicians Don't want to Disincentivize Appropriate Care," The American Academy of Orthopedic Surgeons: Bulletin, Vol. 48, No. 4, August 2000.
13. Covered lives as of 2000, including commercial and Medicare managed care members. 2000 HIP Annual Report.
14. Humana and Michael Reese Health Plan, Inc., merged in 1991. Michael Reese was a staff model HMO in Illinois. Collins, Sara R., Bradford H. Gray, and Jack Hadley, "The For-Profit Conversion of Nonprofit Hospitals in the U.S. Health Care System: Eight Case Studies," The Commonwealth Fund, May 2001, p. 13; Whitmore, Julie, "How Michael Reese Boss Beats HMO Odds," Crains Chicago Business, Vol. 12, No. 7, February 13, 1989, Sec. 1, p. 17.
15. Covered lives as of 2000 including commercial and Medicare managed care members. Humana's covered lives numbers from Humana's 2000 10-K.
16. Covered lives as of 2000, including commercial and Medicare managed care members. 2000 Deere & Company 10-K405, TennCare Oversight Division, Managed Care Organization Annual Reports 1998-2001, John Deere Health Plan. Available at http://www.state.tn.us/commerce/tenncare/users/reports/archive/annualreports1998_2001.html.
17. Covered lives as of 2000. Kaiser's covered lives numbers from "Kaiser Permanente Continues to Strengthen Financial Base," News Release, October 30, 2000, available at http://ckp.kp.org/newsroom/national/archive/businesshealthplans/nat_001030_thirdqtr.html and Medicare HMO Data Report, http://www.medicarehmo.com/mrepenpn.htm.
18. Covered lives as of 2000 including commercial and Medicare managed care numbers. PacifiCare's covered lives numbers from PacifiCare's 2000 10-K.
19. Covered lives as of 2000 including commercial and Medicare managed care numbers. United Healthcare's covered lives numbers from United healthcare's 2000 10-K, Medicare Managed Care Lives come from "Medicare+Choice Enrollment by Healthcare Organization (Parent Company) Calendar year 2000," available at http://www.medicarehmo.com/mrepenho.htm, and Massachusetts covered lives from the Massachusetts Division of Insurance, Bureau of Managed Care.
20. Covered lives as of 2000 including commercial and Medicare managed care numbers. Well point's covered lives numbers from Well point's 2000 10-K.
21. United HealthCare and PacifiCare later merged. See, for example, "Public Company News," St. Paul Pioneer Press, December 25, 2005, p. 4D.
22. Anthem and Well point later merged. See, for example, "Major Insurance Mergers Realigned Industry Lineup in 2003," BestWire, December 31, 2003.
23. Covered lives as of 2000 including commercial and Medicare managed care members. National Covered Lives Numbers for Medicare managed care from "Medicare+Choice Enrollment by Healthcare Organization (Parent Company) Calendar year 2000," available at http://www.medicarehmo.com/mrepenho.htm; National Commercial Covered Lives from "Health, United States, 2004: with Chartbook on Trends in the Health of Americans," U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Health Statistics, 2004, available at http://www.cdc.gov/nchs/data/hus/hus04.pdf; Massachusetts Covered Lives include HMO group, HMO individual, HMO other, Medicare Risk, Medicare Cost, and PPO enrollment from the Massachusetts Division of Insurance for the year 2000.
24. "Mail-order Rates, Capabilities Foster Increased Competitiveness among PBMs," *Drug Cost Management Report*, September 12, 2003.
25. "Aetna Takes Mail-order In-House; Ends Contract with Express Scripts," *Drug Cost Management Report*, November 2002. "[T]he company's in-house PBM unit, Aetna Pharmacy Management, handles the bulk of other PBM functions for Aetna's members with drug coverage." "CIGNA HealthCare already performs most PBM functions in-house; it restructured and consolidated its PBM efforts as of July 2000. Anthem, PacifiCare and WellPoint are other large MCOs that already have fully functioning PBM units that also serve self-insured employers. Humana, Health Net and United HealthCare have all tried the in-house [PBM] route, and now contract with large outside PBMs for most functions." Aetna Pharmacy Management has 11.1 million covered lives.

Contains Highly Confidential Materials -- Subject to Protective Order

**Exhibit E**

Payor Vertical Integration

26. March, Astara. "Brown Bagging Chemotherapy Drugs," *Oncology Issues*, Vol. 16, No. 4, July/August 2001, pp. 23–28 at 28. Humana began its brown bagging system in 1994 and dispenses chemotherapy drugs from two pharmacies it operates in Tampa and Ft. Lauderdale, Florida.
27. "Health Plan Strategies for Pharmacy Benefit Management," *Managed Care Week*, January 13, 2003. Anthem subsidiary Anthem Prescription Management and WellPoint subsidiary WellPoint Pharmacy Management offer PBM services. BCBS of Minnesota is a part equity owner in an external PBM that has 1.5 million covered lives. CIGNA subsidiaries CIGNA Pharmacy Management (PBM) and CIGNA Tel-Drug (mail order) have 8.7 million covered lives. Health Net subsidiary Health Net Pharmaceutical Services (PBM) has 3.4 million covered lives. Kaiser Foundation Health Plan's internal PBM has 8.2 million covered lives. PacifiCare subsidiary Prescription Solutions, Inc. (PBM) has approximately 3 million covered lives.
28. "Blues-owned PBMs Primarily Serve Blues HMO Markets – Pharmacy Benefit Management," *Drug Cost Management Report*, August 2002. BCBS of Minnesota's PBM subsidiary is Prime Therapeutics.
29. Deposition of Thomas Greenebaum, January 14, 2005, pp. 11-12, 14. CIGNA has had a specialty pharmacy since May of 2002. CIGNA owns approximately 10 staff model pharmacies in Arizona.
30. Deposition of Jill Herbold, January 14, 2005, p. 63. Cigna owns one physician group in Phoenix Arizona.
31. Deposition of Michael T. Mulrey, January 5, 2006, pp. 12-13, 17. BCBSMA had both physician groups and pharmacies. BCBSMA did not disband its staff model HMOs until 1996 or 1997. See also, "Health Maintenance Organizations listed; Massachusetts," Business Insurance, December, 1988, p. 30; Duffy, Robert, Led by Blues, HMOs Enjoyed Plentiful 1989, Boston Business Journal, Vol. 10, No. 2, March 5, 1990, Sec. 1, p. 3; and Clements, Joe, HMO Blue Reports a 10 Million Loss at Six-Month Mark, Boston Business Journal, Vol. 12, No. 27, August 24, 1003, Sec. 1, p. 1.
32. "Highmark Forms New Specialty Pharmacy, Medmark, Inc., to buy Fishers SPS," Drug Cost Management Report, September 26, 2003.
33. "Specialty Pharmacy Market Offers Expansion Opportunity for PBMs," Drug Cost Management Report, September 12, 2003.
34. Carroll, John, "Plans Struggle for Control of Specialty Pharma Costs," Managed Care, September 2005. Operated a specialty pharmacy at least as early as 2004.
35. See, for example, Comments of Anthony Barrueta, Senior Counsel, Kaiser Foundation Health Plan Inc., Before the Federal Trade Commission/Department of Justice Joint Hearings: Health Care and Competition Law and Policy, Pharmacy Benefit Management Companies (PBMs), June 26, 2003, p. 1. Kaiser is not technically a staff model HMO, Barrueta refers to it as a "non-profit integrated health care delivery system that purchases more than $2.5 billion in prescription drugs annually for its 8.2 million members." Barrueta further says that "integrated delivery systems, like Kaiser Permanente, that have internalized the physician, pharmacist and payer role, historically effectively created competition among manufacturers."
36. Structure of Kaiser Permanente, available at http://members.kaiserpermanente.org/kpweb/structurekp/deta...lapp/feature/ 123structurekp/Fast_facts_national_page2.html, accessed 2/15/2006.
37. "Humana History," Humana Website, available at http://www.humana.com/corporatecomm/companyinfo/history.asp. Humana Owned hospitals until 1993 when it spun off its hospital operations into Galen Health Care Inc., which later merged with Columbia/HCA.
38. "Coventry Corporation Names Rusty Hailey Vice President, Specialty Markets," Business Wire, June 23, 1994; "HealthCare USA Signs Strategic Merger Agreement with Coventry Corp.," Business Wire, February 6, 1995. "Coventry Corp. is one of the fastest growing HMOs in the country and for three consecutive years has been recognized by FORTUNE magazine as one of the fastest growing public companies in America. Health care is delivered to its 550,000 members through a combination staff model and IPA (Individual Practice Association)." "Health Maintenance Organizations Listed - Pennsylvania," Business Insurance, 1990, HMOs, p. 57. Coventry sold its staff-model HMO in 1997, deposition of J. Russell Hailey, Coventry Healthcare, Inc., August 4, 2004.
39. "United Healthcare Signs Definitive Agreement to Purchase Ramsay-HMO," PR Newswire, February 15, 1994. "United HealthCare Corporation (NYSE: UNH) and Ramsay-HMO, Inc. (NYSE: RMO) said today they have signed a definitive agreement under which United HealthCare will acquire Ramsay-HMO. Ramsay-HMO, which is based in Coral Gables, Fla., owns and operates a 172,000-member, predominantly staff-model, HMO serving the South Florida community in the Miami, Ft. Lauderdale and Palm Beach areas, including its recently announced entry into the Orlando market through the acquisition of Genesis Health Systems, Inc."
40. "About UnitedHealth Group: History & Innovation," UnitedHealth Group Website, available at http://www.unitedhealthgroup.com/about/inn.htm. In 1988 "United HealthCare incorporates the first pharmacy benefits management company, Diversified Pharmaceutical Services Inc."
41. United Sold its PBM in 1994. Ratner, Jonathan, Pharmacy Benefit Managers - Early Results on Ventures with Drug Manufacturers, GAO Reports, GAO/HEHS-96-45, November 9, 1995.
42. "Health Maintenance Organizations Listed - California, Business Insurance," December 18, 1991, 1991-1992 Managed Care Market Report - HMOs, p. 16.

Contains Highly Confidential Materials -- Subject to Protective Order

**Exhibit E**

Payor Vertical Integration

43. Stein, Charles, "Harvard Community, Pilgrim Eye Merger," Boston Globe, July 23, 1994, Metro-Region, p. 1. "Harvard Community, based in Brookline, was founded in 1969 as a staff model health maintenance organization. Harvard has its own salaried doctors who see patients at centers around Greater Boston. Over the years Harvard has branched out by buying group medical practices." See, also, Stein, Charles, "Top Quality HMOs not Rated the Most Popular," Boston Globe, April 2, 1996, Economy, p. 37; and 1998 Annual Report, A Year in the Life of the Health Care System, CSHSC, July 1999. "Harvard Vanguard Medical Associates, a 600-physician multi-specialty group practice, spins off from its long-time owner, the Harvard Pilgrim Health Plan."

44. Hall, Ken, "As HMOs Mature, Changes are on the Horizon," Business Dateline: Intecorp, Vol. 5, No. 3, February 7, 1986, Sec. 1, p. 15. "Kaiser Permanente Medical Care Program -- About 26,000 people in Connecticut and 27,000 in Westchester County belong to the Northeast Permanente Medical Group, the regional affiliate of this group model HMO. The group HMO is virtually indistinguishable from the staff model to members and employers. The difference is in the relationship the participating physicians have with the HMO itself. Kaiser's physicians are not employees of the health plan, as they would be with a staff model HMO. Rather, they are a private corporation unto themselves, contractually bound to Kaiser to provide medical care for members of the plan. There are about 40 physicians in the Northeast Permanente Medical Group. There are an additional 250 "physician-specialist-consultants" who are contracted to provide occasional services when necessary. The Group has about 1,100 employees."

45. "Humana, Community Health Plan Sign Definitive Agreement for Humana's Acquisition of Ohio HMO," PR Newswire, November 8, 1990, Financial News.

46. "Health Maintenance Organizations Listed - Connecticut," Business Insurance, December 1990, HMOs, p. 25. Characterizes Community Health Care Plan as a staff model HMO affiliated with BCBS of Connecticut. BCBS of Connecticut merged with Anthem in August 1997, Earls, Bill, "Blue Cross Merger Approved: What does it mean, Middlesex Magazine & Business Review," Vol. 4, No. 9, September 1997, p. 38.

47. Prince, Michael, "Competition Driving Staff Model HMOs to Evolve," Business Insurance, August 5, 1996, News, p.6. Characterizes FHP International Corp. as having a staff model HMO from 1961 until about 1996. PacifiCare and FHP operations were merged in 1997, "PacifiCare: To Integrate FHP Operations in California," American Health Line, August 4, 1997, Managed Care Monitor.

48. See, for example, Pappas, Christina L., "Prescription for a Competitive HMO Market," Business Worcester, Vol. 7, No. 2, March 21, 1988; Phelps, Richard, "Fallon Clinic, Primary Care Physicians Merge, Business Worcester, Vol. 8, No. 11, July 24, 1989, Sec. 1, p. 1.; and Stein, Charles, "Top Quality HMOs not Rated the Most Popular," Boston Globe, April 2, 1996, Economy, p. 37. While Fallon Community Health Plan is not technically considered staff model, the Fallon Clinic operates the Fallon Community Health Plan.

49. Robinson, James C., "The Future of Managed Care Organization," Health Affairs, Vol. 18, March/April 1999, pp. 7-24.

50. See, for example, Levick, Diane, "Insurers Investing in Medical Practices," The Hartford Courant, August 29, 1993, Sec. A, p. 1; Viles, Peter, "Part II: Managed Care is Industry's Answer to Health Care Costs," The Associated Press, January 22, 1991; "Medcenters of North Dakota, Heart of America HMOs to Explore Combining Operations," Southwest Newswire, April 27, 1987; PR Newswire, Minneapolis, January 24, 1985; "Medcenters of North Dakota and Capcare Merge," Southwest Newswire, March 6, 1987. Aetna sold its physician practices to Medpartners in 1997, Gaynor, Martin and Deborah Haas-Wilson, "The Blessing and the Curse of Managed Care-Vertical Relations in Health Care Markets," Paper Prepared for the AEI Conference "Managed Care and Changing Health Care Markets," Washington D.C. April 10, 1997, July 16, 1998, p. 2.

51. Deposition of Carol Sidwell (John Deere Health), September 17, 2004, pp. 40-46. John Deere Health had a staff model HMO from approximately 1993-1999.

52. See, for example, "Report: Baystate not Breaking Antitrust Laws," The Associated Press State & Local Wire, October 3, 2001.

53. Deposition of James Kenney, September 20, 2004, pp. 7-11. Harvard Pilgrim owned physician clinics and pharmacies. Harvard Pilgrim purchased drugs either directly or from a wholesaler. The Staff Model HMO became a group model practice "a few years ago". On Pages 12-13 of his deposition, James Kenney says that Harvard Pilgrim acquired brand name drugs from manufacturers at 2-50% off WAC, while they purchased generic drugs at 50-80% off WAC.

54. This exhibit displays information on payors who were involved in drug purchasing for which enrollment information is readily available.

N/A These payors do not cover any lives in Massachusetts.

Contains Highly Confidential Materials -- Subject to Protective Order

# Exhibit F

## Physician Acquisition Cost Calculation

This formula specifies a methodology for estimating physician acquisition costs for any product using data generally available to pharmaceutical companies. Physician acquisition costs reflect sales to physicians (directly, or through wholesalers, specialty distributors, or physician GPOs) net of price concessions. Application of the formula may vary by company and product depending on data collection methodologies, information systems, types of contracts, etc. The formula should be adapted as needed to account for any such unique circumstances, and the circumstances and differences from the general formula should be documented.

| | Dollars | Units | Comment |
|---|---|---|---|
| **Add Sales to Direct Purchasers**[1] | | | |
| Direct sales to physicians | A | AA | |
| Sales to wholesalers | B | BB | It is expected that most sales to physicians will be at a contracted price and will accordingly generate a chargeback record. To the extent there are physician sales that do not generate a chargeback, the company will need to estimate the magnitude of such sales and include them in B, BB, C, and CC. |
| Sales through physician / specialty distributors | C | CC | |
| **Total Sales** | D = sum(A:C) | DD = sum(AA:CC) | |
| **Less Purchases by Non-Physicians** | | | |
| Sales through wholesalers to hospitals | E | EE | Direct sales to hospitals need not be included above or deducted here. |
| Sales through wholesalers to retail pharmacies | F | FF | Direct sales to retail pharmacies need not be included above or deducted here. |
| Sales through wholesalers to government institutions (e.g., VA/DOD) | G | GG | |
| Sales through wholesalers to other non-physicians (e.g., home health, specialty pharmacies, LTC, etc.) | H | HH | |
| | I = sum(E:H) | II = sum(EE:HH) | |
| **Less Price Concessions**[2] | | | |
| Chargebacks (limited to physician purchases) | J | JJ | |
| Rebates paid directly to physicians | K | KK | |
| Rebates to specialty / physician distributors | L | LL | |
| Rebates to physician GPOs | M | MM | |
| Prompt pay discount | N ( = I * 2%) | | Assumed 2% for all manufacturers, products, and purchasers. |
| **Total Deductions** | O = sum(J:N) | | |
| **Physician Acquisition Cost** | P = (D - I - O) / (DD - II) | | |

### Notes

[1] Assumed to be net of returns.

[2] Admin fees are assumed to be for services provided and are not deducted as price concessions. To be conservative, this calculation does not attempt to account for any additional markup by distributors. Such a markup may be appropriate for products requiring special handling.

Contains Highly Confidential Materials -- Subject to Protective Order