

Exhibit 3.3
Remicade Annual ASP vs. AWP, 1998-2004 (NDC 57894003001)

**Notes:**
Liability Report of Dr. Meredith Rosenthal, Dec. 15, 2005, p. 19.  Extended to year 2004.
AWP and Hartman ASP as shown in Hartman Declaration, Dec. 15, 2005, Attachment G.4.a and G.4.b.
Initial AWP increased by Physicians' Services CPI.  A band of 5% above and below this AWP is shown.

Contains Highly Confidential Material Subject to Protective Order



**Exhibit 3.4**

**Intron A Annual ASP vs. AWP, 1991-2004 (NDC 00085053901)**

**Notes:**
Graph adapted from Liability Report of Dr. Meredith Rosenthal, Dec. 15, 2005, p. 20. Extended to year 2004.
AWP and Hartman ASP as shown in Hartman Declaration, Dec. 15, 2005, Attachment G.5.a and G.5.b.
Initial AWP increased by Physicians' Services CPI. A band of 5% above and below this AWP is shown.

Contains Highly Confidential Material Subject to Protective Order



**Exhibit 3.5**
**Blenoxane Annual ASP vs. AWP, 1993-2004 (NDC 00015301020)**

**Notes:**
Graph adapted from Hartman Declaration, Dec. 15, 2005, Attachment F, p. 9. Extended to year 2004.
AWP and Hartman ASP as shown in Hartman Declaration, Dec. 15, 2005, Attachment G.2.a and G.2.b.
Initial AWP increased by Physicians' Services CPI. A band of 5% above and below this AWP is shown.

Contains Highly Confidential Material Subject to Protective Order

**Exhibit 3.6.1**
**Taxol Annual ASP vs. AWP, 1993-2004 (NDC 00015345620)**

**Notes:**
Graph adapted from Hartman Declaration, Dec. 15, 2005, Attachment H.2.  Extended to year 2004.
AWP and Hartman ASP as shown in Hartman Declaration, Dec. 15, 2005, Attachment G.2.a and G.2.b.
Initial AWP increased by Physicians' Services CPI.  A band of 5% above and below this AWP is shown.

Contains Highly Confidential Material Subject to Protective Order

Exhibit 3.6.2
Taxol Annual ASP vs. AWP, 1998-2004 (NDC 00015347520)



**Notes:**
Graph adapted from Hartman Declaration, Dec. 15, 2005, Attachment H.2.  Extended to year 2004.
AWP and Hartman ASP as shown in Hartman Declaration, Dec. 15, 2005, Attachment G.2.a and G.2.b.
Initial AWP increased by Physicians' Services CPI.  A band of 5% above and below this AWP is shown.

Contains Highly Confidential Material Subject to Protective Order



Exhibit 3.6.3
Taxol Annual ASP vs. AWP, 1995-2004 (NDC 000153347527)

Legend: Hartman ASP — AWP — Initial AWP Increased by Physicians' Services CPI

**Notes:**
Graph adapted from Hartman Declaration, Dec. 15, 2005, Attachment H.2. Extended to year 2004.
AWP and Hartman ASP as shown in Hartman Declaration, Dec. 15, 2005, Attachment G.2.a and G.2.b.
Initial AWP increased by Physicians' Services CPI. A band of 5% above and below this AWP is shown.

Contains Highly Confidential Material Subject to Protective Order

Exhibit 3.6.4

## Taxol Annual ASP vs. AWP, 1993-2004 (NDC 00015347530)



Legend: Hartman ASP — AWP — Initial AWP Increased by Physicians' Services CPI

**Notes:**
Graph adapted from Hartman Declaration, Dec. 15, 2005, Attachment H.2. Extended to year 2004.
AWP and Hartman ASP as shown in Hartman Declaration, Dec. 15, 2005, Attachment G.2.a and G.2.b.
Initial AWP increased by Physicians' Services CPI. A band of 5% above and below this AWP is shown.

Contains Highly Confidential Material Subject to Protective Order



**Exhibit 3.6.5**

**Taxol Annual ASP vs. AWP, 1998-2004 (NDC 00015347620)**

**Notes:**
Graph adapted from Hartman Declaration, Dec. 15, 2005, Attachment H.2. Extended to year 2004.
AWP and Hartman ASP as shown in Hartman Declaration, Dec. 15, 2005, Attachment G.2.a and G.2.b.
Initial AWP increased by Physicians' Services CPI. A band of 5% above and below this AWP is shown.

Contains Highly Confidential Material Subject to Protective Order



Exhibit 3.6.6
Taxol Annual ASP vs. AWP, 1996-2004 (NDC 00015347627)

Notes:
Graph adapted from Hartman Declaration, Dec. 15, 2005, Attachment H.2. Extended to year 2004.
AWP and Hartman ASP as shown in Hartman Declaration, Dec. 15, 2005, Attachment G.2.a and G.2.b.
Initial AWP increased by Physicians' Services CPI. A band of 5% above and below this AWP is shown.

Contains Highly Confidential Material Subject to Protective Order



Exhibit 3.6.7
Taxol Annual ASP vs. AWP, 1996-2004 (NDC 00015347630)

**Notes:**
Graph adapted from Hartman Declaration, Dec. 15, 2005, Attachment H.2.  Extended to year 2004.
AWP and Hartman ASP as shown in Hartman Declaration, Dec. 15, 2005, Attachment G.2.a and G.2.b.
Initial AWP increased by Physicians' Services CPI.  A band of 5% above and below this AWP is shown.

Contains Highly Confidential Material Subject to Protective Order

Exhibit 3.6.8
Taxol Annual ASP vs. AWP, 1998-2004 (NDC 00015347911)

**Notes:**
Graph adapted from Hartman Declaration, Dec. 15, 2005, Attachment H.2.  Extended to year 2004.
AWP and Hartman ASP as shown in Hartman Declaration, Dec. 15, 2005, Attachment G.2.a and G.2.b.
Initial AWP increased by Physicians' Services CPI.  A band of 5% above and below this AWP is shown.

Contains Highly Confidential Material Subject to Protective Order