Exhibit 22

Case 1:01-cv-12257 PBS   Document 2719-10   Filed 06/16/06   Page 2 of 11

Payment has been made to the Copyright Clearance Center for this article



# BARRON'S

Vol. LXXVI No. 24 · © 1996 Dow Jones & Company, Inc. All Rights Reserved · June 10, 1996

**Market Week** — Begins After Page 28

**STOCKS**
The Trader  *Lauren R. Rublin*
You can't kill this bull. It shakes off everything. So far, anyway.............. MW3

**FOREIGN INVESTMENT**
International Trader  *Peter C. Du Bois*
Manipulating the Nikkei Index is so easy it's a license to print money..... MW8

**STOCKS**
Charting The Market
Computer Learning climbs. Coca-Cola Enterprises uncorks. Lowe rises..... MW9

**CAPITAL MARKETS**
Current Yield  *Randall W. Forsyth*
It's the real economy, stupid, that's driving up real interest rates........ MW10

**CAPITAL MARKETS**
Trading Points  *Andrew Bary*
Apple and Kmart highlight a busy week in the convertibles markets........... MW11

**FUTURES**
Commodities Corner
*Cheryl Strauss Einhorn*
Farmers and investors are in the dark about this year's cotton crop.......... MW16

**OPTIONS**
The Striking Price  *Thomas N. Cochran*
Once again, derivatives foreshadow a turn in the stock market.................. MW17

---

**DEPARTMENTS**

Index to Companies ............................... 8
Review & Preview ................................. 10
Follow-Up: Sonny Bloch. Pittway.
  Don Hays. ...................................... 12
Cash Track ........................................ 38
Fund Scope ....................................... 40
13D Filings ....................................... 42
Market Watch ..................................... 44
Offerings in the Offing .......................... 46
Research Reports ................................. 48
Insider Transactions ............................. 48
Mailbag: Frosty Permafund rebuttal.
  Just kidding. Doubts about Q-Ratio ............ 52
Corrections & Amplifications ..................... 48

COVER ILLUSTRATION:
KEN WESTPHAL for *Barron's*

Directory of Services .............................. 43

## Hooked on Drugs  *Bill Alpert*
Why do insurers pay such outrageous sums for pharmaceuticals? It's a crucial question in health care, where insiders joke that AWP, the acronym for "average wholesale price," really means "ain't what's paid." — **15**

## High Stakes  *Steven J. Viuker*
Dozens of companies across the U.S. are salivating at the prospect of interactive gambling via computer, TV or telephone. But don't bet the ranch that the doors of the global electronic casino will swing open soon. — **20**

## Boring Doubles  *Kathryn M. Welling*
AN INTERVIEW WITH MARK BOYAR • Even in today's market, this money manager finds plenty of neglected stocks with the potential to double or better over the next few years. A kind word for Playboy. Why Time Warner is a winner. — **22**

**COVER STORIES**

## Russia's New Face  *Maggie Mahar*
Regardless of whether Boris Yeltsin or his Communist rival, Gennady Zyuganov, wins the coming election, capitalism will keep advancing in the land that once was its greatest foe. Lingering woes, real progress. The 59-year lifespan. Where have all the homeless pensioners gone? — **29**

## Boris, Part II?
One indicator seems sure Yeltsin will get the chance to appear in a sequel to his rocky reign: Russia's stock market has climbed on the expectation. — **35**

## Mega-Deal  *Robert Sobel*
Netscape? Lucent? Scania? In real terms, their debut deals were chump change compared with the mother of all IPOs: U.S. Steel's 1901 offering. — **41**

## Service Contracts  *Thomas G. Donlan*
EDITORIAL COMMENTARY • Military maintenance need not cost so much. Also, for contrarians, betting against Uncle Sam promises big payoffs. — **54**

---

**UP & DOWN WALL STREET**  *Alan Abelson*
**Al and Raul** — **3**
Why it's tough for public servants to make ends meet. Pressure on Presstek.

**SPEAKING OF DIVIDENDS**  *Shirley A. Lazo*
**A Tasty Snack** — **45**
Nabisco Holdings whips up a dividend increase for its new shareholders.

**MUTUAL FUNDS**
FUND OF INFORMATION  *Leslie P. Norton*
**Radical Rotation** — **37**
Ken Heebner's hair-trigger style has hurt at times, but look who's got the whip hand now.

**MUTUAL FUNDS**
MUTUAL CHOICE  *Mary Romano*
**Don't Get Carried Away** — **39**
Nick Whitridge's strategy isn't unique. The novelty is that he sticks with it.

**ECONOMIC BEAT**  *Gene Epstein*
**Coming Up Roses** — **46**
Powered by healthy job gains, the economy is looking up. And that's putting it mildly.

**THE ELECTRONIC INVESTOR**  *Theresa W. Carey*
**E-Mail Back Talk** — **50**
Reader response and questions on our May 6 cover story, "Getting Wired."

EXHIBIT
Hartman
007
10/07/04

Case 1:01-cv-12257-PBS    Document 2719-10    Filed 06/16/06    Page 3 of 11

# Hooked on Drugs

*Why do insurers pay such outrageous prices for pharmaceuticals?*

BY BILL ALPERT • Jim Fanning saw the plaque in a doctor's splendid home: "This is the house that leucovorin built." Leucovorin is one of the cancer drugs that typifies a basic drug-industry pricing convention that, in Fanning's view, is a multibillion-dollar fraud. Fanning, the pharmacy director of Fort Worth-based ChemoLab, isn't alone in criticizing the published wholesale prices that most insurers, public and private, use in determining how much to pay for pharmaceuticals. For many drugs, especially the growing number coming off patent and going generic, the drug providers actually pay wholesale prices that are 60%-90% below the so-called average wholesale price, or AWP, used in reimbursement claims.

But Medicare, one of the largest insurers that still reimburses at AWP, is about to demand a change. The huge federal health-insurance program, trying to forestall insolvency, soon will propose regulations aimed at cutting the amount it lays out for the nearly $2 billion in annual drug claims it covers outside of hospitals. The move — especially if it is followed by others now paying near AWP for drugs — will attack from a new direction the pricing practices of a drug industry already beset by antitrust suits from retail drugstores. It also could upset a large segment of the health-care industry, which has thrived on the huge spread between the published wholesale prices used in insurance claims and the far lower wholesale prices actually paid.

That segment includes oncology practices, respiratory therapy firms and home-infusion companies. It also includes the drug makers themselves, whose allegedly inflated price lists and the opportunity for profiteering that they afford to middlemen, gain them market share and encourage overuse of their products. Among the publicly traded companies that could be affected: Apria Healthcare Group, Lincare Holdings, RoTech Medical, OmniCare, Abbott Laboratories and Baxter International.

Most people don't even know that Medicare pays for pharmaceuticals and related products, but through piecemeal congressional authorizations, the program now covers certain drugs for emphysema, cancer, kidney dialysis and organ transplantation, often requiring injection. While still barely 1% of its nearly $184 billion in 1995 spending, Medicare's outpatient drug bill (not including co-payments) was $1.8 billion last year, double 1992's level.

Under its current regulations, Medicare provides reimbursement for those drugs at the lesser of either its estimate of what the drugs cost the doctors or the Average Wholesale Price.

But Medicare's attempts to survey doctors for their costs have been stymied by federal paperwork rules, so it reimburses at the AWP.

Like most drug buyers focused on average wholesale price, Medicare looks to compendia such as the *Red Book*, put out monthly by Medical Economics, of Montvale, N.J., or the rival *Blue Book* published by First DataBank, a Hearst subsidiary in San Bruno, Calif. Only after Medicare's drug bill started to rocket did policy makers at the Department of Health and Human Services start closely scrutinizing their AWP payments.

They've asked the department's inspector general's office to examine how Medicare suppliers' true acquisition costs square with the program's reimbursement levels.

Claims for nebulizer drugs, the inhalants used by many asthma and emphysema sufferers, were the first studied by the auditors. From under $80 million in 1992, Medicare's annual bill for inhalation drugs grew to $250 million last year, most of it for a steroid called albuterol sulfate.

In a report released Thursday, the inspector general's office stated that the medical-equipment firms that Medicare reimburses at an average wholesale price-derived 40-43 cents per milliliter actually paid less than half that, on average: just 19 cents.

The report asserted that Medicare could have saved about $94 million if its reimbursements had been based on actual wholesale prices over the 14 months covered by the study.

Another report by the inspector general produced a similar finding for feeding-tube liquids, like the market-leading Ensure products of Abbott Labs. These, the IG found, cost nursing homes 42% less than the price that Medicare bases its reimbursements on. Such products cost Medicare and its beneficiaries several hundred million dollars a year.

The inspector general currently is looking at prices for big-ticket drugs and intravenous liquids, too. *Barron's* has done the same, in an examination of the top 20 Medicare drugs (which account for about 75% of the program's drug spending), as well as for various intravenous solutions. Our study shows that for many drugs coming off-patent, the average wholesale price in no way represents the true wholesale price.

For about 300 dose forms of the drugs, *Barron's* got the AWPs from the *Red Book* and the *Blue Book*. Then, we collected current quotes or price lists from several leading wholesaler specializing in sales to doctors, home health firms, nursing homes and hospitals.

These wholesalers included: The Oncology Therapeutics Network, a South San Francisco-based joint venture of Bristol-Myers Squibb and Axion; Florida Infusion Services of Palm Harbor, Fla.; National Specialty Services, of Nashville; and UltraCare, of Overland Park, Kan. Prices also came in from the Boulder, Colo., hospital buying group Vista Purchasing Partners.

This sampling showed that for single-source drugs still enjoying patent protection, such as Bristol-Myers Squibb's Taxol or Platinol, true wholesale prices are generally 10%-20% below published AWPs.

But for generic drugs, nearly every manufacturer's price was 60%-80% below the published average wholesale price. Some of the generics account for significant spending by Medicare, claiming half of the top 20 slots. Two of them, albuterol and leucovorin, are in the No. 2 and No. 5 slots, respectively.

Pricing is even more unreal worse for intravenous nutritionals and solutions, a category dominated by Abbott Laboratories and Baxter International. Catalog wholesale prices for these items are, on average, 80%-95% below those companies' AWPs.

The prices from the different wholesalers were closely bunched. "There are really no special deals out there," contends Fanning, who buys plenty of drugs at wholesale himself.

If most health-care providers can get these prices, is it any wonder an industry wag says that AWP really means "Ain't What's Paid"?

The high prices on generic drugs have led investigators to seek the source of the published AWPs. Back in 1992, major drug manufacturers told the inspector general's office that the *Red Book*, not the manufacturers, determined the AWP. But *Red Book* officials blamed the manufacturers.

The answers are the same today. Phil Southerd, associate product manager of the *Red Book*, says it publishes prices that are faxed right from

### AWP, AIN'T WHAT'S PAID

▶ A sample of drugs whose published Average Wholesale Prices is widely above the wholesale price available to almost any buyer. Some of these AWPs actually have risen, while real wholesale prices have plummeted. Publishers say drug makers dictate AWPs.

| Drug | Use | Maker | '95 AWP* | Wholesale Price | % Under AWP |
|---|---|---|---|---|---|
| Doxorubicin HCL powder, 10 mg injectable | Chemotherapy | Adria Labs* | $45.00 | $13.00 | 72 |
| Etoposide 100 mg in 5 ml for injection | Chemotherapy | Gensia | 141.97 | 34.00 | 76 |
| Gentamicin Sulfate, 100 mg in 10 ml injection | Antibiotic | Abbott | 6.18 | 1.26 | 80 |
| Intravenous Immune Globulin, 10 mg | Chemotherapy | Baxter | 640.71 | 266.00 | 58 |
| Leucovorin Calcium, 350 mg Injection | Chemotherapy | Immunex | 137.94 | 22.50 | 84 |
| Methotrexate 250 mg injection | Chemotherapy | Chiron | 26.88 | 6.40 | 76 |
| Vancomycin HCL 5-gm in 100 ml injection | Antibiotic | Abbott | 135.99 | 36.00 | 74 |
| Vincristine Sulfate 1 mg injection | Chemotherapy | Eli Lilly | 34.62 | 6.72 | 81 |
| 8.5% Amino Acid sol., 1000 ml for parenteral nutr. | TPN | Abbott | 152.65 | 10.81 | 93 |
| 30% Dextrose Sol., 500 ml in glass | Intravenous Sol | Baxter | 27.03 | 2.56 | 91 |
| Lactated Ringer's Injection, 500 ml | Intravenous Sol | Baxter | 11.16 | 1.61 | 86 |
| Normosol 500 ml | Intravenous Sol | Abbott | 16.86 | 2.04 | 88 |
| Potassium Phosphate, 15 ml vial | Intravenous Sol | Abbott | 5.55 | 0.48 | 91 |

*Unit of Pharmacia-Upjohn

Sources: 1995 Red Book, Route Industry, UltraCare

the manufacturers. "They're not our prices," he insists.

Ed Edelstein, *Blue Book* editor, says that, while some brand-name firms don't give him prices, generic firms do. "The AWP is the manufacturer's suggested wholesale price," he says. "It's our editorial policy to go along with that."

But Immunex, with a thriving generic cancer-drug business, says its average wholesale prices aren't its own. "The drug manufacturers have no control over the AWPs published . . . ," says spokeswoman Valerie Dowell.

A maker of generic inhalants gives a different answer, but off the record: "The AWPs typically originate with the manufacturer."

More puzzling is the way generic AWPs stay at their lofty perches, or even rise, as competition forces a drug's true wholesale price into the abyss. "The reason this is happening," suggests Michael Neff, pharmacy program administrator of Medi-Cal, California's Medicaid agency, "is that most folks in a position to pay — even state Medicaid programs and HMOs — generally use AWP as a benchmark for reimbursement."

In 1993, the Bristol-Myers Squibb cancer drug Vepesid came off-patent, opening the market for a generic form called etoposide. A 100-milligram dose of Vepesid had an AWP of about $136. The first generic etoposide was Gensia Pharmaceutical's, with a market price of about $75, but the AWP of $142.

The second generic to market, from Pharmacia, pushed the market price to $60, but Pharmacia set an AWP around $140. Today, the market price for 100 milligrams of etoposide is around $35, but Gensia actually raised its AWP last year by about 10%.

When some drug salespeople visit a doctor, says another Medicaid administrator, the salesperson lets the doctor know that his product has a bigger spread between AWP and the real price than any other generic firm.

If manufacturers deliberately maintain lofty AWPs on their generic drugs, it directly profits their customers, not them. Of course, the drug makers might then gain market share and higher sales from their customers' over-utilization.

Indeed, for makers of generics, unreal average wholesale prices pose a classic social dilemma. If some, but not all, rectify their AWPs, the honest makers cut their own throats. "Manufacturers have told me that if they act on their own they'll dry up their own business," says Medi-Cal's Neff. "If I'm a buyer and one drug gives me 20% higher reimbursement, who am I going to go with?"

Some insurers, including Medicare, decree maximum prices for each generic drug, to avoid the alleged manipulation of AWPs. But it takes a year or so to establish a maximum price for new generics, and insurers haven't gotten around to setting prices for many doses.

"There definitely is over-utilization of these products," acknowledges a maker of inhalation drugs. "Because HCFA [the Health Care Financing Administration, the federal Medicare-Medicaid agency] is paying a somewhat arbitrary price, this has been discussed for almost three years.

### FALSE CLAIMS?

► Some of these firms make drugs, or bill insurers for drugs, that cost far less than the published Average Wholesale Price that Medicare and other insurers pay on claims. Says one wholesaler: "It may be legal, but it's certainly not ethical."

| Company | Symbol | Exchange | Recent Price | Medicare Reimbursement Change Might Affect |
|---|---|---|---|---|
| Abbott Labs | ABT | NYSE | 43 5/8 | Medicare buys $500 million of Lupron; also $100s-of-millions of nutritionals |
| American Home Prods | AHOM | NNM | 45 1/2 | Medicare/Medicaid pay for 60% of firm's respiratory and infusion services revenues |
| American Oncology Resources | AORI | NNM | 44 1/4 | One-third of revenues from Medicare/Medicaid; chemo drugs a big profit center |
| Amgen | AMGN | NNM | 60 1/2 | $75 million in Medicare payments for Neupogen = 10% of drug's U.S. sales |
| Baxter International | BAX | NYSE | 46 5/8 | Government demands rationale for its published prices on intravenous products |
| Bristol-Myers Squibb | BMY | NYSE | 88 3/8 | Cancer drugs a mainstay; Medicare bought about 25% of U.S. sales of Taxol |
| Chiron | CHIR | NNM | 97 | Cancer drugs approx 5% of sales |
| Coram | CRH | NYSE | 4 1/2 | One-third of revenues from nutritional therapy; 27% of payments from Medicare/Medicaid |
| Gensia | GNSA | NNM | 5 5/8 | Largest product is generic etoposide; just got approval for generic doxorubicin |
| Immunex | IMNX | NNM | 15 1/2 | Cancer collaboration with American Home Products; leucovorin a $20 million product |
| Lincare Holdings | LNCR | NNM | ~41 3/4 | 60% of revenues from Medicare/Medicaid, who are after firm's 85% gross margins |
| Omnicare | OCR | NYSE | 56 | Nursing home pharmacy gets 50% of sales from Medicaid/Medicare; expanding in Infusion business |
| Pharmacia-Upjohn | PNU | NYSE | 42 5/8 | Cancer drugs approx. 9% of drug sales |
| Physician Practice Management | PHYN | NNM | 49 3/4 | 45% of revenues from Medicare/Medicaid; chemo drugs a big profit center |
| RoTech | ROTC | NNM | 19 1/4 | 50% of revenues Medicare/Medicaid; 6% from chemo and nutrition therapy |

Source: Company reports

---

## Schwab Trust Services Can Make a Difference for Generations.

At Charles Schwab, we believe that estate planning is essential for everyone—no matter what your income or net worth may be. Without a plan for the future, you could leave your loved ones with unexpected legal problems and estate settlement delays, and your estate could be needlessly taxed. **Our Trust Specialists Will Help You Get Started.** Schwab Trust Services can help you open and effectively manage your own trust account. Our in-branch Trust Specialists are available to meet with you, answer questions about trusts and estate planning, and explain how to open and fund a trust account.

**Pay No Account Set-Up or Custodial Fees.** At Schwab you can also open a self-directed trust account with just $1,000 instead of the large minimums required by most banks and trust companies. Plus, you'll find a wide choice of investments, including more than 1,000 mutual funds, CDs and bonds. And, with a Schwab One® Trust Account, you'll get checking and a Visa® debit card for easy access to your money.

**Opening a Schwab Trust Account Is Simple.** To find out more about Schwab Trust Services, visit one of more than 200 Schwab offices nationwide or call us today.

*Get Schwab's Guide to Estate Planning free when you call or visit the Schwab office nearest you.*



**Charles Schwab**
Helping Investors Help Themselves®
1-800-225-8569
http://www.schwab.com

©1996 Charles Schwab & Co., Inc. All rights reserved. Member SIPC/NYSE. (6/96)

It's not rocket science; what's taken them so long?

Some of the inspector general's investigators believe they've been played for fools. "We trusted the industry and the providers," says one investigator, off the record. "We didn't know how pervasive the discounting was. We thought it was available to just select providers."

Now, the Justice Department is serving "civil investigative demands" — a kind of subpoena in antitrust investigations — on manufacturers, asking them how those inaccurate AWPs wind up in the *Red Book* and *Blue Book*.

Baxter has received one, according to investigators, for its intravenous solutions, whose true wholesale prices — like those of rival Abbott — seem to be 90% below the average wholesale price. Baxter wouldn't comment to *Barron's*.

> If most health-care providers can get much lower prices for pharmaceuticals than insurers do, is it any wonder that an industry wag says that "average wholesale price" really stands for "ain't what's paid"?

"The drug makers created false statements so that the doctors could make hundreds of millions of dollars," maintains an angry investigator. "If OIG doesn't get them, the Justice Department will."

Some investigators view the spreads guaranteed by extreme average wholesale prices as a kind of kickback to doctors, in violation of federal laws.

One group of infusion-industry veterans is reportedly considering attacking the problem by filing a private suit under the False Claims Act. This is the whistleblower law that allows citizens with knowledge of fraud against the government to sue on behalf of the government and share in the recovery.

Meanwhile, the cooler-headed policymakers at the inspector general's office and in HCFA are reconsidering Medicare's drug reimbursement rules. They plan to propose their changes in the Federal Register soon.

"Medicare's been paying too much for our drugs," says deputy inspector general George Grob. "We're paying the window-sticker price when everybody else wants a discount and is getting it."

Tom Alt, of HCFA's Bureau of Policy Development, notes that any savings for Medicare will mean savings for beneficiaries, who are kicking in 20% co-payments at current Medicare prices.

Any reduction in reimbursement levels probably would have some effect on the firms that enjoy the spreads between everyday low wholesale prices and the average wholesale prices at which Uncle Sam reimburses them.

That includes oncology practice-management firms like American Oncology Resources and Physician Reliance Network, which earn significant profits on the chemotherapy drugs they administer to cancer patients. Likewise, respiratory-therapy and infusion firms like American HomePatient, Apria Healthcare, Coram Healthcare, Lincare Holdings and Ro-Tech Medical, which owe their sensational profit margins, to various degrees, to their drug spreads.

Then, there are the drug makers themselves, including Abbott, Baxter, Chiron, Genzia and Immunex — all with wide AWP spreads on their generic offerings.

Dr. H. Merrick Reese, the CEO of Physician Reliance, says he doubts that HCFA plans to cut reimbursement rates for cancer drugs, which he says his firm marks up only modestly.

More likely, Medicare will go after the inhalation drugs like albuterol, says Dr. Joseph Bailes, who chairs the clinical practice committee of the American Society of Clinical Oncology.

ChemoLabs is doing what it can to ensure that the AWP tricksters start running out of fools. Located near Fort Worth Airport, Fanning's firm will supply chemotherapy drugs for insurers, shipping doses to oncologists as needed, and for a fraction of the average wholesale price.

And the most aggressive public insurers, including Medicaid programs in six states, are turning their backs on AWP.

They now base their drug payments on WAC — the Wholesale Acquisition Cost actually paid by medical-care providers.

*Blue Book* editor Edelstein warns, however, that this won't end the game. "Then the manufacturers will just start fooling around with that price," he warns.

For now, says Fanning, the ChemoLab pharmacist, the bonanza drug is etoposide. Someday, he expects to see a plaque saying: "This is the house that etoposide built." ■



ROBERTSON STEPHENS MUTUAL FUNDS

**HAVE YOU NOTICED?**

| | YTD | Avg Return 1 Yr-R | Since Incept | |
|---|---|---|---|---|
| Robertson Stephens | | | | 6/30/93 |
| Contrarian Fund | 18.21% | 55.79% | 20.55% | 5/2/94 |
| Developing Countries Fund | 22.69% | 2.92% | -5.69% | 11/30/87 |
| Emerging Growth Fund | 23.84% | 17.33% | 21.50% | 11/15/95 |
| Global Natural Resources Fund | 25.99% | N/A | 18.70% | 11/15/95 |
| Global Low-Priced Stock Fund | 35.89% | N/A | 22.20% | 7/12/95 |
| Growth & Income Fund | 25.36% | N/A | 22.00% | 11/15/95 |
| Information Age Fund | 20.75% | N/A | -6.60% | 7/12/95 |
| Partners Fund | 30.03% | N/A | 23.00% | 5/12/95 |
| Value + Growth Fund | 4.68% | 19.67% | 23.41% | |

Please call for the complete story behind these numbers.
**1-800-766-3863** ext.151
E-mail: Funds@rsco.com

**ROBERTSON STEPHENS & COMPANY**
BRINGING THE FUND MANAGER TO YOU

5-year average annual return for the Emerging Growth Fund is **11.56%**

# BARRON'S

Vol. LXXVI No. 24 · © 1996 Dow Jones & Company, Inc. All Rights Reserved · June 10, 1996



## Market Week
*Begins After Page 28*

**STOCKS**
**The Trader** *Lauren R. Rublin*
You can't kill this bull. It shakes off everything. So far, anyway............ MW3

**FOREIGN INVESTMENT**
**International Trader** *Peter C. Du Bois*
Manipulating the Nikkei Index is so easy it's a license to print money..... MW8

**STOCKS**
**Charting The Market**
Computer Learning climbs. Coca-Cola Enterprises uncorks. Lowe rises..... MW9

**CAPITAL MARKETS**
**Current Yield** *Randall W. Forsyth*
It's the real economy, stupid, that's driving up real interest rates........... MW10

**CAPITAL MARKETS**
**Trading Points** *Andrew Bary*
Apple and Kmart highlight a busy week in the convertibles markets......... MW11

**FUTURES**
**Commodities Corner** *Cheryl Strauss Einhorn*

## COVER STORIES

### Hooked on Drugs *Bill Alpert*
Why do insurers pay such outrageous sums for pharmaceuticals? It's a crucial question in health care, where insiders joke that AWP, the acronym for "average wholesale price," really means "ain't what's paid."    15

### High Stakes *Steven J. Vinker*
Dozens of companies across the U.S. are salivating at the prospect of interactive gambling via computer, TV or telephone. But don't bet the ranch that the doors of the global electronic casino will swing open soon.    20

### Boring Doubles *Kathryn M. Welling*
**AN INTERVIEW WITH MARK BOYAR** · Even in today's market, this money manager finds plenty of neglected stocks with the potential to double or better over the next few years. A kind word for Playboy. Why Time Warner is a winner.    22

### Russia's New Face *Maggie Mahar*
Regardless of whether Boris Yeltsin or his Communist rival, Gennady Zyuganov, wins the coming election, capitalism will keep advancing in the land that once was its greatest foe. Lingering woes, real progress. The 59-year lifespan. Where have all the homeless pensioners gone?    29

### Boris, Part II?
One indicator seems sure Yeltsin will get the chance to appear in a sequel to his rocky reign: Russia's stock market has climbed on the expectation.    35




# Hooked on Drugs

## Why do insurers pay such outrageous prices for pharmaceuticals?

BY BILL ALPERT • Jim Fanning saw the plague in a doctor's splendid home: "This is the house that leucovorin built." Leucovorin is one of the cancer drugs that typifies a basic drug-industry pricing convention that, in Fanning's view, is a multibillion-dollar fraud. Fanning, the pharmacy director of Fort Worth-based ChemoLab, isn't alone in criticizing the published wholesale prices that most insurers, public and private, use in determining how much to pay for pharmaceuticals. For many drugs, especially the growing number coming off patent and going generic, the drug providers actually pay wholesale prices that are 60%-90% below the so-called average wholesale price, or AWP, used in reimbursement claims.

But Medicare, one of the largest insurers that still reimburses at AWP, is about to demand a change. The huge federal health-insurance program, trying to forestall insolvency, soon will propose regulations aimed at cutting the amount it pays out for the nearly $2 billion in annual drug claims it covers outside of hospitals. The move — especially if it is followed by others now paying near AWP for drugs — will attack from a new direction the pricing prac...

the top 20 Medicare drugs (which account for about 75% of the program's drug spending), as well as for various intravenous solutions. Our study shows that for many drugs coming off-patent, the average wholesale prices in no way represents the true wholesale price.

For about 300 dose forms of the drugs, Barron's got the AWPs from the Red Book and the Blue Book. Then, we collected current quotes or price lists from several leading wholesaler specializing in sales to doctors, home health firms, nursing homes and hospitals.

These wholesalers included: The Oncology Therapeutics Network, a South San Francisco-based joint venture of Bristol-Myers Squibb and Axion; Florida Infusion Services of Palm Harbor, Fla.; National Specialty Services of Nashville; and UltraCare, of Overland Park, Kan. Prices also came in from the Boulder, Colo., hospital buying group Vista Purchasing Partners.

This sampling showed that for single-source drugs still enjoying patent protection, such as Bristol-Myers Squibb's Taxol or Pfizer's Platinol, true wholesale prices

doctors for their costs have been stymied by federal paperwork rules, so it reimburses at the AWP.

Like most drug buyers focused on average wholesale price, Medicare looks to compendia such as the Red Book, put out monthly by Medical Economics, of Montvale, N.J., or the rival Blue Book, published by First DataBank, a Hearst subsidiary in San Bruno, Calif. Only after Medicare's drug bill started to rocket did policy makers at the Department of Health and Human Services start closely scrutinizing their AWP payments.

They've asked the department's inspector general's office to examine how Medicare suppliers' true acquisition costs square with the program's reimbursement levels.

Claims for nebulizer drugs, the inhalants used by many asthma and emphysema sufferers, were the first studied by

sulfate.

In a report released Thursday, the inspector general's office stated that the medical-equipment firms that Medicare reimburses at an average wholesale price-derived 40-48 cents per milliliter actually paid less than half that, on average, just 19 cents.

The report asserted that Medicare could have saved about $94 million if its reimbursements had been based on actual wholesale prices over the 14 months covered by the study.

Another report by the inspector general produced a similar finding for feeding-tube liquids, like the market-leading Ensure products of Abbott Labs. These, the IG found, cost nursing homes 42% less than the price that Medicare bases its reimbursements on. Such products cost Medicare and its beneficiaries several hundred million dollars a year.

ing to forestall insolvency, Bush will propose regulations aimed at cutting the amount it lays out for the nearly $2 billion in annual drug claims it covers outside of hospitals. The move – especially if it is followed by others now paying near AWP for drugs – will attack from a new direction the pricing practices of a drug industry already beset by antitrust suits from retail drugstores. It also could upset a large segment of the health-care industry, which has thrived on the huge spread between the published wholesale prices used in insurance claims and the far lower wholesale prices actually paid.

That segment includes oncology practices, respiratory therapy firms and home-infusion companies. It also includes the drug makers themselves, whose allegedly inflated price lists and the opportunity for profiteering that they afford to middlemen, gain them market share and encourage overuse of their products. Among the publicly traded companies that could be affected: Apria Healthcare Group, Lincare Holdings, RoTech Medical, OmniCare, Abbott Laboratories and Baxter International.

Most people don't even know that Medicare pays for pharmaceuticals and related products, but through piecemeal congressional authorizations, the program now covers certain drugs for emphysema, cancer, kidney dialysis and organ transplantation, often requiring injection. While still barely 1% of its nearly $184 billion in 1995 spending, Medicare's outpatient drug bill (not including co-payments) was $1.8 billion last year, double 1992's level.

Under its current regulations, Medicare provides reimbursement for those drugs at the lesser of either its estimate of what the drugs cost the doctors or the Average Wholesale Price.

But Medicare's attempts to survey screaming tired AWP payments... They've asked the department's inspector general's office to examine how Medicare suppliers' true acquisition costs square with the program's reimbursement levels.

Claims for nebulizer drugs, the inhalants used by many asthma and emphysema sufferers, were the first studied by the auditors. From under $80 million in 1992, Medicare's annual bill for inhalation drugs grew to $250 million last year, and most of it for a steroid called albuterol.

...general produced a similar finding for feeding-tube liquids, like the market-leading Ensure products of Abbott Laboratories. These, the IG found, cost nursing homes 42% less than the price that Medicare bases its reimbursements on. Such products cost Medicare and its beneficiaries several hundred million dollars a year.

The inspector general currently is looking at prices for big-ticket drugs and intravenous liquids, too. *Barron's* has done the same, in an examination of

▶ A sample of drugs whose published Average Wholesale Price is wildly above the wholesale price available to almost any buyer. Some of these AWPs actually have risen, while real wholesale prices have plummeted. Publishers say drug makers dictate AWPs.

### AWP: AIN'T WHAT'S PAID

| Drug | Use | Maker | '95 AWP | Wholesale Price | % Under AWP |
|---|---|---|---|---|---|
| Doxorubicin HCl powder, 10 mg injectable | Chemotherapy | Adria Labs* | $46.00 | $13.00 | 72% |
| Etoposide 100 mg in 5 ml for injection | Chemotherapy | Gensia | 141.97 | 34.00 | 76 |
| Gentamicin Sulfate, 100 mg in 10 ml injection | Antibiotic | Abbott | 6.18 | 1.26 | 80 |
| Intravenous Immune Globulin, 10 mg | Chemotherapy | Baxter | 640.71 | 266.00 | 58 |
| Leucovorin Calcium, 350 mg injection | Chemotherapy | Immunex | 137.94 | 22.50 | 84 |
| Methotrexate 250 mg Injection | Chemotherapy | Chiron | 26.88 | 6.40 | 76 |
| Vancomycin HCl 5 gm in 100 ml injection | Antibiotic | Abbott | 135.99 | 36.00 | 74 |
| Vincristine Sulfate 1 mg injection | Chemotherapy | Eli Lilly | 34.62 | 6.72 | 81 |
| 8.5% Amino Acid sol., 1000 ml for parenteral nutr. | TPN | Abbott | 152.65 | 10.81 | 93 |
| 50% Dextrose Sol., 500 ml in glass | Intravenous Sol | Baxter | 27.03 | 2.56 | 91 |
| Lactated Ringer's Injection, Intravenous Sol | Intravenous Sol | Baxter | 11.16 | 1.61 | 86 |
| Normosol 500 ml | Intravenous Sol | Abbott | 16.86 | 2.04 | 88 |
| Potassium Phosphate, 15 ml vial | Intravenous Sol | Abbott | 5.55 | 0.48 | 91 |

* Unit of Pharmacia-Upjohn

Source: 1995 Red Book; Florida Infusion; UltraCare

Nashville; and UltraCare, of Overland Park, Kan. Prices also came in from the Boulder, Colo., hospital buying group Vista Purchasing Partners.

This sampling showed that for single-source drugs still enjoying patent protection, such as Bristol-Myers Squibb's Taxol or Platinol, true wholesale prices are generally 10%–20% below published AWPs.

But for generic drugs, nearly every manufacturer's price was 60%–85% below the published average wholesale price. Some of the generics account for significant spending by Medicare, claiming half of the top 20 slots. Two of them, albuterol and leucovorin, are in the No. 2 and No. 5 slots, respectively.

Pricing is even more unreal worse for intravenous nutritionals and solutions, a category dominated by Abbott Laboratories and Baxter International. Catalog wholesale prices for these items are, on average, 80%–93% below those companies' AWPs.

The prices from the different wholesalers were closely bunched. "There are really no special deals out there," contends Fanning, who buys plenty of drugs at wholesale himself.

If most health-care providers can get these prices, is it any wonder an industry wag says that AWP really means "Ain't What's Paid"?

The high prices on generic drugs have led investigators to seek the source of the published AWPs. Back in 1992, major drug manufacturers told the inspector general's office that the *Red Book*, not the manufacturer, determined the AWP. But *Red Book* officials blamed the manufacturers.

The answers are the same today. Phil Southerd, associate product manager of the *Red Book*, says it publishes prices that are faxed right from

16    BARRON'S    June 10, 1996

the manufacturers. "They're not our prices," he insists.

Ed Edelstein, *Blue Book* editor, says that, while some brand-name firms don't give him prices, generic firms do. "The AWP is the manufacturer's suggested wholesale price," he says. "It's our editorial policy to go along with that."

But Immunex, with a thriving generic cancer-drug business, says its average wholesale prices aren't its own. "The drug manufacturers have no control over the AWPs published . . . ," says spokeswoman Valerie Dowell.

A maker of generic inhalants gives a different answer, but off the record: "The AWPs typically originate with the manufacturer."

More puzzling is the way generic AWPs stay at their lofty perches, or even rise, as competition forces a drug's true wholesale price into the abyss. "The reason this is happening," suggests Michael Neff, pharmacy program administrator of Medi-Cal, California's Medicaid agency, "is that most folks in a position to pay — even state Medicaid programs and HMOs — generally use AWP as a benchmark for reimbursement."

In 1993, the Bristol-Myers Squibb cancer drug Vepesid came off-patent, opening the market for a generic form called etoposide. A 100-milligram dose of Vepesid had an AWP of about $136. The first generic etoposide was Gensia Pharmaceutical's, with a market price of about $75, but the AWP of $142.

The second generic to market, from Pharmacia, pushed the market price to $60, but Pharmacia set an AWP around $140. Today, the market price for 100 milligrams of etoposide is around $35, but Gensia actually raised its AWP last year by about 10%.

When some drug salespeople visit a doctor, says another Medicaid administrator, the salesperson lets the doctor know that his product has a bigger spread between AWP and the real price than any other generic firm.

If manufacturers deliberately maintain lofty AWPs on their generic drugs, it directly profits their customers, not them. Of course, the drug makers might then gain market share and higher sales from their customers' over-utilization.

Indeed, for makers of generics, unreal average wholesale prices pose a classic social dilemma. If some, but not all, rectify their AWPs, the honest makers cut their own throats. "Manufacturers have told me that if they act on their own they'll dry up their own business," says Medi-Cal's Neff. "If I'm a buyer and one drug gives me 20% higher reimbursement, who am I going to go with?"

Some insurers, including Medicare, decree maximum prices for each generic drug, to avoid the alleged manipulation of AWPs. But it takes a year or so to establish a maximum price for new generics, and insurers haven't gotten around to setting prices for many doses.

"There definitely is over-utilization of these products," acknowledges a maker of inhalation drugs. "Because HCFA [the Health Care Financing Administration, the federal Medicare-Medicaid agency] is paying a somewhat arbitrary price, this has been discussed for almost three years.▶

▶Some of these firms make drugs, or bill insurers for drugs, that cost far less than the published Average Wholesale Price that Medicare and other insurers pay on claims. Says one wholesaler: "It may be legal, but it's certainly not ethical."

### FALSE CLAIMS?

| Company | Symbol | Exchange | Recent Price | Medicare Reimbursement Change Might Affect |
|---|---|---|---|---|
| Abbott Labs | ABT | NYSE | 43⅝ | Medicare buys $500 million of Lupron; also $100s-of-millions of nutritionals |
| American Home Prods | AHOM | NNM | 45½ | Medicare/Medicaid pay for 60% of firm's respiratory and infusion services revenues |
| American Oncology Resources | AORI | NNM | 44¼ | One-third of revenues from Medicare/Medicaid; chemo drugs a big profit center |
| Amgen | AMGN | NNM | 60½ | $75 million in Medicare payments for Neupogen = 10% of drug's U.S. sales |
| Baxter International | BAX | NYSE | 46⅞ | Government demands rationale for its published prices on intravenous products |
| Bristol-Myers Squibb | BMY | NYSE | 88⅞ | Cancer drugs a mainstay; Medicare bought about 25% of U.S. sales of Taxol |
| Chiron | CHIR | NNM | 97 | Cancer drugs approx 5% of sales |
| Coram | CRH | NYSE | 4½ | One-third of revenues from nutritional therapy; 27% of payments from Medicare/Medicaid |
| Gensia | GNSA | NNM | 5⅛ | Largest product is generic etoposide; just got approval for generic doxorubicin |
| Immunex | IMNX | NNM | 15½ | Cancer collaboration with American Home Products; leucovorin a $20 million product |
| Lincare Holdings | LNCR | NNM | 41¾ | 60% of revenues from Medicare/Medicaid, who are after firm's 85% gross margins |
| Omnicare | OCR | NYSE | 56 | Nursing home pharmacy gets 50% of sales from Medicaid/Medicare; expanding in infusion business |
| Pharmacia-Upjohn | PNU | NYSE | 42⅝ | Cancer drugs approx. 9% of drug sales |
| Physician Practice Management | PHYN | NNM | 49¾ | 45% of revenues from Medicare/Medicaid; chemo drugs a big profit center |
| RoTech | ROTC | NNM | 19¾ | 50% of revenues Medicare/Medicaid; 6% from chemo and nutrition therapy |

Source: Company reports

Schwab Trust Services Can

It's not rocket science; what's taken them so long?"

Some of the inspector general's investigators believe they've been played for fools. "We trusted the industry and the providers," says one investigator, off the record. "We didn't know how pervasive the discounting was. We thought it was available to just select providers."

Now, the Justice Department is serving "civil investigative demands" — a kind of subpoena in antitrust investigations — on manufacturers, asking them how those inaccurate AWPs wind up in the *Red Book* and *Blue Book*.

Baxter has received one, according to investigators, for its intravenous solutions,

> *If most health-care providers can get much lower prices for pharmaceuticals than insurers do, is it any wonder that an industry wag says that "average wholesale price" really stands for "ain't what's paid"?*

whose true wholesale prices — like those of rival Abbott — seem to be 90% below the average wholesale price. Baxter wouldn't comment to *Barron's*.

"The drug makers created false statements so that the doctors could make hundreds of millions of dollars," maintains an angry investigator. "If OIG doesn't get

them, the Justice Department will."

Some investigators view the spreads guaranteed by extreme average wholesale prices as a kind of kickback to doctors, in violation of federal laws.

One group of infusion-industry veterans is reportedly considering attacking the problem by filing a private suit under the False Claims Act. This is the whistleblower law that allows citizens with knowledge of fraud against the government to sue on behalf of the government and share in the recovery.

Meanwhile, the cooler-headed policymakers at the inspector general's office and in HCFA are reconsidering Medicare's drug reimbursement rules. They plan to propose their changes in the Federal Register soon.

"Medicare's been paying too much for our drugs," says deputy inspector general George Grob. "We're paying the window-sticker price when everybody else wants a discount and is getting it."

Tom Ault, of HCFA's Bureau of Policy Development, notes that any savings for Medicare will mean savings for beneficiaries, who are kicking in 20% co-payments at current Medicare prices.

Any reduction in reimbursement levels probably would have some effect on the firms that enjoy the spreads between everyday low wholesale prices and the average wholesale prices at which Uncle Sam reimburses them.

That includes oncology practice-management firms like American Oncology Resources and Physician Reliance Network, which earn significant profits on the chemotherapy drugs they administer to cancer patients. Likewise, respiratory-therapy and infusion firms like American HomePatient, Apria Healthcare, Corain Healthcare, Lincare Holdings and Ro-Tech Medical, which own their sensational

---

ROBERTSON STEPHENS MUTUAL FUNDS

## HAVE YOU NOTICED?

Global Value
**Robertson Stephens**

|  | YTD % ret | Average Annual Return 1-Yr-R | Since Incept |
|---|---|---|---|
|  | 18.21% | 55.79% | 20.55% |
|  |  | 2.02% | -5.69% |
|  |  | 6/30/93 | 5/2/94 |



**Robertson Stephens**

Global Value

| | | |
|---|---|---|
| Contrarian Fund | 18.21% | 55.79% | 20.55% | 6/30/93 |
| Developing Countries Fund | 22.69% | 2.92% | -5.69% | 5/2/94 |
| Emerging Growth Fund | 23.84% | 17.33% | 21.50% | 11/30/87 |
| Global Natural Resources Fund | 25.99% | N/A | 18.70% | 11/15/95 |
| Global Low-Priced Stock Fund | 35.89% | N/A | 22.20% | 11/15/95 |
| Growth & Income Fund | 25.36% | N/A | 22.00% | 7/12/95 |
| Information Age Fund | 20.75% | N/A | -6.60% | 11/15/95 |
| Partners Fund | 30.03% | N/A | 23.00% | 7/12/95 |
| Value + Growth Fund | 4.68% | 19.67% | 23.41% | 5/12/9? |

**Please call for the complete story behind these numbers.***

**1-800-766-3863 ext.151**

E-mail: Funds@rsco.com

**ROBERTSON STEPHENS & COMPANY**

BRINGING THE FUND MANAGER TO YOU

*5-year average annual return for the Emerging Growth Fund is **11.56%**

For more information, including management fees, expenses and the risks associated with short selling, index options and investing internationally, in small companies or in a particular sector, call Robertson, Stephens & Company LLC, distributor, for a prospectus. Read it carefully before you invest. Past performance is no guarantee of future results. You should realize that investment return and principal value will fluctuate so that shares, when redeemed, may be worth more or less than their original cost. Total returns are historical and include changes in share price and reinvestment of dividends and capital gains. *YTD first (Year-to-date total return) as of 5/23/96. All other performance numbers are average annual returns as of 3/31/96. Returns for funds with a 1995 inception date are total returns.

work, which earn significant profits on the chemotherapy drugs they administer to cancer patients. Likewise, respiratory-therapy and infusion firms like American HomePatient, Apria Healthcare, Coram Healthcare, Lincare Holdings and Ro-Tech Medical, which owe their sensational profit margins, to various degrees, to their drug spreads.

Then, there are the drug makers themselves, including Abbott, Baxter, Chiron, Genzia and Immunex — all with wide AWP spreads on their generic offerings.

Dr. H. Merrick Reese, the CEO of Physician Reliance, says he doubts that HCFA plans to cut reimbursement rates for cancer drugs, which he says his firm marks up only modestly.

More likely, Medicare will go after the inhalation drugs like albuterol, says Dr. Joseph Bailes, who chairs the clinical practice committee of the American Society of Clinical Oncology.

ChemoLabs is doing what it can to ensure that the AWP tricksters start running out of fools. Located near Fort Worth Airport, Fanning's firm will supply chemotherapy drugs for insurers, shipping doses to oncologists as needed, and for a fraction of the average wholesale price.

And the most aggressive public insurers, including Medicaid programs in six states, are turning their backs on AWP.

They now base their drug payments on WAC—the Wholesale Acquisition Cost actually paid by medical-care providers.

*Blue Book* editor Edelstein warns, however, that this won't end the game. "Then the manufacturers will just start fooling around with that price," he warns.

For now, says Fanning the ChemoLab pharmacist, the bonanza drug is etoposide. Someday, he expects to see a plaque saying: "This is the house that etoposide built." ∎