| 105TH CONGRESS<br>1st Session | HOUSE OF REPRESENTATIVES | REPORT<br>105-149 |

# BALANCED BUDGET ACT OF 1997

---

# R E P O R T

OF THE

## COMMITTEE ON THE BUDGET
## HOUSE OF REPRESENTATIVES

TO ACCOMPANY

### H R 2015

A BILL TO PROVIDE FOR RECONCILIATION PURSUANT TO SUB-
SECTIONS (b)(1) AND (c) OF SECTION 105 OF THE CONCURRENT
RESOLUTION ON THE BUDGET FOR FISCAL YEAR 1998

together with

### ADDITIONAL AND MINORITY VIEWS



JUNE 24 1997.—Committed to the Committee of the Whole House on
the State of the Union and ordered to be printed

---

U.S GOVERNMENT PRINTING OFFICE
WASHINGTON  1997

1354

provision is intended to promote efficiency, increase uniformity, and reduce administrative burdens in claims administration and billing procedures

*Effective Date* The provision is effective upon enactment

*Section 10615 Updates for ambulatory surgical services*

*Current Law* Medicare pays for ambulatory surgical center (ASC) services on the basis of prospectively determined rates These rates are updated annually by the CPI-U OBRA 93 eliminated updates for ASCs for FY1994 and FY1996

*Explanation of Provision.* The provision would set the updates for FY 1998 through FY2002 at the increase in the CPI-U minus 2 0 percentage points

*Reason for change* This provision would contribute to slowing unsustainable growth in Part B expenditures

*Effective date* This provision is effective for services delivered on or after October 1, 1997

*Section 10616 Reimbursement for drugs and biologicals*

*Current Law* Payment for drugs is based on the lower of the estimated acquisition cost or the national average wholesale price Payment may also be made as part of a reasonable cost or prospective payment.

*Explanation of Provision.* The provision would specify that in any case where payment is not made on a cost or prospective payment basis, the payment shall be equal to 95 percent of the average wholesale price for the drug or biological involved.

*Reason for Change* The Inspector General for the Department of Health and Human Services has found evidence that over the past several years Medicare has paid significantly more for drugs and biologicals than physicians and pharmacists pay to acquire such pharmaceuticals For example, the Office of Inspector General reports that Medicare reimbursement for the top 10 oncology drugs ranges from 20 percent to nearly 1000 percent per dosage more than acquisition costs The Committee intends that the Secretary, in determining the average wholesale price, should take into consideration commercially available information including such information as may be published or reported in various commercial reporting services The Committee will monitor AWPs to ensure that this provision does not simply result in a 5% increase in AWPs

*Effective Date* The provision is effective January 1, 1998

*Section 10617 Coverage of oral anti nausea drugs under chemotherapeutic regimen*

*Current Law* Medicare provides coverage for certain oral cancer drugs The Administration has specified that Medicare will pay for anti-emetic drugs when they are needed for the administration and absorption of primary Medicare covered oral anticancer chemotherapeutic agents when a high likelihood of vomiting exists.

*Explanation of Provision.* The provision would provide coverage, under specified conditions, for a self administered oral drug used as an acute anti-emetic used as part of an anticancer chemotherapeutic regimen It would have to be administered by or under the supervision of a physician for use immediately before,