

JUNE 2003

# REPORT TO THE CONGRESS

# Variation and Innovation in Medicare



MEDPAC — Medicare Payment Advisory Commission

JUNE 2003



The Medicare Payment Advisory Commission (MedPAC) is an independent federal body established by the Balanced Budget Act of 1997 (P.L. 105–33) to advise the U.S. Congress on issues affecting the Medicare program. In addition to advising the Congress on payments to health plans participating in the Medicare+Choice program and providers in Medicare's traditional fee-for-service program, MedPAC is also tasked with analyzing access to care, quality of care, and other issues affecting Medicare.

The Commission's 17 members bring diverse expertise in the financing and delivery of health care services. Commissioners are appointed to three-year terms (subject to renewal) by the Comptroller General and serve part time. Appointments are staggered; the terms of five or six Commissioners expire each year. The Commission is supported by an executive director and a staff of analysts, who typically have backgrounds in economics, health policy, and public health.

MedPAC meets publicly to discuss policy issues and formulate its recommendations to the Congress. In the course of these meetings, Commissioners consider the results of staff research, presentations by policy experts, and comments from interested parties. (Meeting transcripts are available at www.medpac.gov.) Commission members and staff also seek input on Medicare issues through frequent meetings with individuals interested in the program, including staff from congressional committees and the Centers for Medicare & Medicaid Services (CMS), health care researchers, health care providers, and beneficiary advocates.

Two reports—issued in March and June each year—are the primary outlet for Commission recommendations. This report describes variations in Medicare and innovations in purchasing for the program. Annual reports each March focus on payment policy. In addition to annual reports and occasional reports on subjects requested by the Congress, MedPAC advises the Congress through other avenues, including comments on reports and proposed regulations issued by the Secretary of the Department of Health and Human Services, testimony, and briefings for congressional staff.

JUNE 2003

# REPORT TO THE CONGRESS

# Variation and Innovation in Medicare



MEDPAC — Medicare Payment Advisory Commission

601 New Jersey Avenue, NW • Suite 9000 • Washington, DC 20001
(202) 220-3700 • Fax: (202) 220-3759 • www.medpac.gov


Medicare
Payment Advisory
Commission

601 New Jersey Avenue, NW • Suite 9000
Washington, DC 20001
202-220-3700 • Fax: 202-220-3759
www.medpac.gov

Glenn M. Hackbarth, J.D., Chairman
Robert D. Reischauer, Ph.D., Vice Chairman
Mark E. Miller, Ph.D., Executive Director

June 12, 2003

The Honorable Richard B. Cheney
President of the Senate
U.S. Capitol
Washington, DC 20510

Dear Mr. Vice President:

I am pleased to submit a copy of the Medicare Payment Advisory Commission's June 2003 Report to the Congress: Variation and Innovation in Medicare. This report fulfills MedPAC's legislative mandate to examine issues affecting the Medicare program, including the implications of changes in health care delivery for the Medicare program.

This report examines variation within expenditures, patterns of care, performance, and supplemental insurance, as well as several possible payment innovations.

- The first two chapters of this report look at variation in Medicare spending across the country and at the differing insurance markets for products that supplement Medicare.
- The next four chapters examine variation within major classes of providers, including hospitals, physicians, post-acute care providers, and dialysis facilities.
- The last three chapters investigate, and in some cases offer recommendations for, approaches Medicare could take to purchase more effectively. Ideas discussed include incentives to improve quality, competitive pricing, and alternative methods of paying for Medicare-covered drugs.
- The report includes two appendixes. One fulfills our statutory obligation to analyze the Secretary of HHS's estimate of the update for physician services. The other lays out a new feature of the June report—an agenda for improving data on Medicare and health care.

Sincerely,

Glenn Hackbarth, J.D.
Chairman

Enclosure



601 New Jersey Avenue, NW • Suite 9000
Washington, DC 20001
202-220-3700 • Fax: 202-220-3759
www.medpac.gov

Glenn M. Hackbarth, J.D., Chairman
Robert D. Reischauer, Ph.D., Vice Chairman
Mark E. Miller, Ph.D., Executive Director

June 12, 2003

The Honorable J. Dennis Hastert
Speaker of the House of Representatives
U.S. House of Representatives
H232 Capitol Building
Washington, DC 20515

Dear Mr. Speaker:

I am pleased to submit a copy of the Medicare Payment Advisory Commission's June 2003 Report to the Congress: Variation and Innovation in Medicare. This report fulfills MedPAC's legislative mandate to examine issues affecting the Medicare program, including the implications of changes in health care delivery for the Medicare program.

This report examines variation within expenditures, patterns of care, performance, and supplemental insurance, as well as several possible payment innovations.

- The first two chapters of this report look at variation in Medicare spending across the country and at the differing insurance markets for products that supplement Medicare.
- The next four chapters examine variation within major classes of providers, including hospitals, physicians, post-acute care providers, and dialysis facilities.
- The last three chapters investigate, and in some cases offer recommendations for, approaches Medicare could take to purchase more effectively. Ideas discussed include incentives to improve quality, competitive pricing, and alternative methods of paying for Medicare-covered drugs.
- The report includes two appendixes. One fulfills our statutory obligation to analyze the Secretary of HHS's estimate of the update for physician services. The other lays out a new feature of the June report—an agenda for improving data on Medicare and health care.

Sincerely,

Glenn Hackbarth, J.D.
Chairman

Enclosure

## Acknowledgments

This report was prepared with the assistance of many people. Their support was key as the Commission considered policy issues and worked toward consensus on its recommendations. We thank the staff members of the Centers for Medicare & Medicaid Services who, despite a heavy workload, were particularly helpful during preparation of the report: Sharon Arnold, Brady Augustine, Jody Blatt, Phillip Cotterill, William Cymer, Rick Foster, Pamela Frederick, Mark Freeland, Stuart Guterman, Marc Hartstein, Stephen Heffler, Peter Hickman, Linda Magno, Ann Meadow, Solomon Mussey, Kimberly Neuman, Robert Niemann, Barbara Paul, Sharman Stephens, Mark Wynn, Scott Young, and Carlos Zarabozo.

The Commission also received valuable insights and assistance from others—in government, industry, and the research community—who generously offered their time and knowledge: Rich Averill, Bob Berenson, Don Berwick, Carmela Bocchino, Deborah Chollet, Janet Corrigan, Kathleen Dalton, Suzanne Delbanco, Laura Dummit, Zach Dyckman, Nancy Edwards, Carlos Figueiredo, Elliott Fisher, Karen Fisher, Nancy Foster, Jane Galvin, Daniel Gaylin, Isadora Gil, Michael Gluck, Norbert Goldfield, Russ Hereford, Jack Hoadley, Chris Hogan, Mark Holmes, Brent James, Lisa Joyner, Ed Kalman, Kathryn Linehan, Korbin Liu, Joanne Lynn, Barbara Manard, Maria Martino, Sharon McIlrath, Adil Moiduddin, Gordon Mosser, Kevin Piper, Robert Rubin, Mary Beth Senkewicz, Kathleen Smith, Gerri Smolka, Bruce Steinwald, Sarah Townsend, Brad Travers, Sally Trude, Margaret VanAmringe, Andy Webber, and Robert Wolfe.

Chapter 7, on using incentives to improve the quality of care in Medicare, would not have been possible without the contributions of many private sector purchaser and plan representatives. The lessons the Commission learned from these many and varied initiatives were critical for developing guidance for the Medicare program. We thank the individuals we interviewed: Stuart Baker, Deborah Loeb Bohren, Bruce Bradley, Beau Carter, Becky Cherney, Jack Cox, Helen Darling, Francois de Brantes, Sam Fleming, Roberta Herman, Sam Ho, Herb Kuhn, Peter Lee, Janet Marchibroda, Woody Myers, Sam Nussbaum, Carolyn Pare, Sue Peters, Sam Schmitts, Patricia Smith, and Bob Stone.

Once again, the programmers at Social and Scientific Systems provided highly capable assistance to the Commission staff. In particular, we appreciate the hard work of Valerie Aschenbach, Daksha Damera, Deborah Johnson, Carl Newman, and Arlene Turner.

Finally, the Commission wishes to thank Mimi Cantwell, Cynthia Pratt, and Rebecca Weber for their help editing and producing this report. ∎

# Table of contents

Acknowledgments .................................................. v
Tables ............................................................ ix
Figures ........................................................... xi

Executive summary ................................................ xv

**Chapters**

**1   Geographic variation in per beneficiary Medicare
     expenditures ................................................ 3**
    Background ...................................................... 4
    Measurement of variation ........................................ 4
    Sources of variation ............................................ 4
    Analysis of total variation ..................................... 6
    Does variation in adjusted service use imply inequity? .......... 8
    Factors affecting variation in smaller geographic areas ........ 10
    Conclusions .................................................... 13

**2   Market variation: implications for beneficiaries and
     policy reform ............................................... 19**
    Insurance markets and supplemental benefits .................... 21
    Overview of Medicare insurance markets in states and metropolitan areas .... 31
    Conclusions and key policy questions for future work ........... 35

**3   Accounting for variation in hospital financial performance
     under prospective payment ................................... 41**
    Summary of findings ............................................ 43
    Modeling sources of variation in hospitals' Medicare inpatient PPS margins ... 43
    Findings ....................................................... 47
    Study limitations .............................................. 55
    Discussion and policy implications ............................. 55

**4   Growth and variation in use of physician services .......... 61**
    Trends in use of physician services ............................ 62
    Geographic variation in use of physician services .............. 64
    Interpreting the data .......................................... 65
    Next steps ..................................................... 66

**5   Monitoring post-acute care .................................. 71**
    Patterns of beneficiaries' use of post-acute care pre- and post-PPS .... 73
    Comparing beneficiaries treated in long-term care hospitals and other settings ... 79

6   Quality of dialysis care and providers' costs ................91
    Paying for outpatient dialysis services ................................94
    Assessing the relationship between quality and dialysis providers' costs ......94
    Implications and next steps ..........................................98

7   Using incentives to improve the quality of care in
    Medicare ..................................................107
    How incentives relate to improving health care quality ....................109
    Private sector use of incentives .......................................111
    Applying incentives to improve quality in Medicare .......................113
    Examples of private sector efforts to use incentives to improve quality ......122

8   Using market competition in fee-for-service Medicare ......131
    Key design issues ..................................................132
    Two competitive pricing demonstrations ................................134
    Building upon demonstration experience ...............................141

9   Medicare payments for outpatient drugs under Part B .....149
    Coverage and spending ..............................................150
    Issues raised by the current payment system ............................155
    Reform efforts .....................................................159
    Lessons from other payers ..........................................164

Appendixes

A   Review of CMS's estimate of the payment update for
    physician services ..........................................173

B   Agenda for improved data on Medicare and health care ...179
    Monitoring access .................................................179
    Assessing quality of care ...........................................180
    Assessing costs of care ............................................180
    Access to private payer information .................................182

C   Commissioners' voting on recommendations ...............187

Acronyms ..........................................................191

More about MedPAC

Commission members ...............................................197
Commissioners' biographies .........................................199
Commission staff ..................................................205

# Tables

1   **Geographic variation in per beneficiary Medicare expenditures** ... 3
1-1   Effect of adjustments on variation in Medicare FFS expenditures by state, 2000 ... 8
1-2   Summary statistics for variables explaining variation in adjusted service use, 2000 ... 12
1-3   Using demographic data to explain variation in adjusted service use, 2000 ... 13
1-4   Using demographic and health care market data to explain variation in adjusted service use, 2000 ... 13

2   **Market variation: implications for beneficiaries and policy reform** ... 19
2-1   The playing field for Medicare supplementation ... 23
2-2   Medicare beneficiaries with employer-sponsored coverage, by state ... 31
2-3   Medicare beneficiaries with Medicaid coverage, by state ... 32
2-4   Medicare beneficiaries with Medigap coverage, by state ... 32
2-5   Percent of Medigap policies that include a prescription drug benefit (H, I, or J), by state ... 32
2-6   Medicare beneficiaries in Medicare managed care plans, by state ... 32
2-7   Medicare beneficiaries' supplementation, by urban and rural areas ... 33
2-8   Medicare beneficiaries' supplementation, selected metropolitan areas ... 34
2-9   Medicare beneficiaries' supplementation, by age and state Medigap mandates ... 35
2-10   State Medigap mandates ... 35

3   **Accounting for variation in hospital financial performance under prospective payment** ... 41
3-1   Hospitals included in analysis by cost reporting year ... 47
3-2   Variables included in models of Medicare hospital inpatient margins ... 49
3-3   Predicted payment-to-cost margins by location and type of ownership, for an otherwise identical base case facility, 1998 ... 54

4   **Growth and variation in use of physician services** ... 61
4-1   Change in use of physician services per beneficiary in traditional Medicare, for selected services, 1999–2002 ... 63
4-2   Geographic variation in use of physician services among the 50 largest metropolitan statistical areas, 1999–2002 ... 65

5   **Monitoring post-acute care** ... 71
5-1   Changes in the spending for and duration of post-acute care episodes, 1996 and 2001 ... 75
5-2   Changes in the per capita use of and spending for post-acute care, by states' 1996 level of spending ... 76

| | | |
|---|---|---|
| 5-3 | Hospital discharge destinations for selected DRGs, 1996 and 2001 | 78 |
| 5-4 | Comparing predicted use of and spending for community-referral home health to actual levels, 2001 | 79 |
| 5-5 | Comparison of patient characteristics by market areas, 2001 | 83 |
| 5-6 | Patients in five DRGs by selected levels of severity of illness, in market areas with and without LTCHs, 2001 | 84 |
| 5-7 | Total payments for patients who used post-acute care, by use of LTCHs, in market areas with LTCHs, 2001 | 85 |
| 5-8 | Death rates and rates of readmission for patients who used post-acute care, in market areas with LTCHs, 2001 | 86 |
| 5-9 | Characteristics of primary referrers to long-term care hospitals and nation's general hospitals, 2000 | 87 |

**6 Quality of dialysis care and providers' costs ........... 91**

| | | |
|---|---|---|
| 6-1 | Characteristics of freestanding dialysis facilities, by quartile of average cost per hemodialysis treatment, 2000 | 92 |
| 6-2 | Recent studies examining the impact of providers' characteristics on quality of dialysis care | 93 |
| 6-3 | Quality of dialysis care and beneficiaries' outcomes, by quartile of average cost per hemodialysis treatment, 2000 | 98 |
| 6-4 | Multivariate regression analysis of facility-level cost per treatment for composite rate services and beneficiaries' outcomes, 2000 | 99 |
| 6-5 | Multivariate regression analysis of facility-level cost per treatment for both composite rate services and injectable drugs and beneficiaries' outcomes, 2000 | 100 |

**7 Using incentives to improve the quality of care in Medicare ........... 107**

| | | |
|---|---|---|
| 7-1 | National summary of Medicare quality indicators | 116 |

**8 Using market competition in fee-for-service Medicare ...... 131**

| | | |
|---|---|---|
| 8-1 | Concentration of markets, by type of DME | 144 |

**9 Medicare payments for outpatient drugs under Part B ..... 149**

| | | |
|---|---|---|
| 9-1 | Top 20 drugs covered by Medicare Part B, by share of expenditures, 2001 | 151 |
| 9-2 | Health plans' pricing for physician-administered drugs, by AWP formula | 167 |

**A Review of CMS's estimate of the payment update for physician services ........... 173**

| | | |
|---|---|---|
| A-1 | Preliminary sustainable growth rate, 2004 | 174 |
| A-2 | Estimate of the update for physician services, 2004 | 174 |