# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br><br> CIVIL ACTION NO. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Hon. Patti B. Saris <br><br> ORAL ARGUMENT REQUESTED |

## ASTRAZENECA PHARMACEUTICALS LP'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") respectfully moves this Court for summary judgment as to all claims asserted against it in the Fourth Amended Master Consolidated Class Action Complaint. The grounds for this motion are stated in: (1) the Memorandum of Law in Support of Track 1 Defendants' Joint Motion for Summary Judgment; and (2) AstraZeneca's individual memorandum of law, which AstraZeneca has submitted to address issues specific to AstraZeneca. In accordance with the Court's instructions, AstraZeneca is filing an individual memorandum of law fewer than twenty-five pages. AstraZeneca respectfully requests that the Court hear oral argument on this motion.

WHEREFORE, for the reasons set forth in the memoranda described above, AstraZeneca respectfully requests that the Court grant its motion for summary judgment as to all claims in the Fourth Amended Master Consolidated Class Action Complaint and enter an Order:

    a.    dismissing all claims in the Fourth Amended Master Consolidated Class Action Complaint as asserted against AstraZeneca; and

b.  providing such other and further relief as the Court deems just and proper.

Dated:  Boston, Massachusetts
        March 15, 2006

Respectfully Submitted,

By: _____
Nicholas C. Theodorou (BBO # 496730)
Lucy Fowler (BBO #647929)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, Massachusetts 02210
Tel: (617) 832-1000

D. Scott Wise (admitted *pro hac vice*)
Michael S. Flynn (admitted *pro hac vice*)
Kimberley Harris (admitted *pro hac vice*)
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000

Attorneys for AstraZeneca
Pharmaceuticals LP

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for defendants attempted to confer with counsel for plaintiff on this motion, but was unable to reach counsel for plaintiff.

_____
Lucy Fowler

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on March 15, 2006 via Federal Express to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

_____
Lucy Fowler