# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. No. 1456 |
| | CIVIL ACTION:  01-CV-12257-PBS |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## CLASS PLAINTIFFS' AND TRACK 1 DEFENDANTS' JOINT REQUEST FOR EXTENSION OF TIME TO SUBMIT PROPOSED FORM OF CLASS NOTICE

Class Plaintiffs and Track I Defendants hereby request an extension of time to submit proposed forms of notice to the class.  The parties request that the Court grant an extension until Wednesday, June 21, 2006 for the parties to make such submissions to the Court.

The Court held a hearing on June 5, 2006 concerning the form and manner of notice to class members.  At the June 5 hearing, among other things, the Court instructed the parties to meet and confer in order and to present the Court with forms of notice that were acceptable to all parties, or in the alternative, to present the Court with alternative proposals from both the Plaintiffs and Defendants.  The Court instructed the parties to file something seven days in advance of the June 26, 2003 hearing, or June 19, 2006.

The parties have exchanged drafts of each of the notices and are in the process of conferring in order to present the Court with as few differences in the form of notice as possible.

The parties hereby request an extension of the time to file with the Court until Wednesday June

21, 2006 to accomplish this goal.


DATED:  June 19, 2006                    By **/s/ Thomas M. Sobol**
                                            Thomas M. Sobol (BBO#471770)
                                            Edward Notargiacomo (BBO#567636)
                                            Hagens Berman Sobol Shapiro LLP
                                            One Main Street, 4th Floor
                                            Cambridge, MA  02142
                                            Telephone: (617) 482-3700
                                            Facsimile: (617) 482-3003

                                            **LIAISON COUNSEL**

                                            Steve W. Berman
                                            Sean R. Matt
                                            Hagens Berman Sobol Shapiro LLP
                                            1301 Fifth Avenue, Suite 2900
                                            Seattle, WA  98101
                                            Telephone: (206) 623-7292
                                            Facsimile: (206) 623-0594

                                            Elizabeth Fegan
                                            Hagens Berman Sobol Shapiro LLP
                                            60 W. Randolph Street, Suite 200
                                            Chicago, IL  60601
                                            Telephone: (312) 762-9235
                                            Facsimile: (312) 762-9286

                                            Eugene A. Spector
                                            Jeffrey Kodroff
                                            Spector, Roseman & Kodroff, P.C.
                                            1818 Market Street, Suite 2500
                                            Philadelphia, PA  19103
                                            Telephone: (215) 496-0300
                                            Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Shanin Specter
Donald E. Haviland, Jr.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
Facsimile:  (215) 772-1359
Telephone:  (215) 772-1000

**CO-LEAD COUNSEL FOR PLAINTIFFS**

**ON BEHALF OF TRACK 1 DEFENDANTS**

DATED: June 19, 2006

By:  **/s/ D. Scott Wise**_____
    Nicholas C. Theodorou (BBO #496730)
    Lucy Fowler (BBO #647929)
    Foley Hoag LLP
    155 Seaport Blvd.
    Boston, MA 02210
    Telephone: (617) 832-1000

    D. Scott Wise (admitted *pro hac vice*)
    Michael S. Flynn (admitted *pro hac vice*)
    Kimberley Harris (admitted *pro hac vice*)
    Davis Polk & Wardwell
    450 Lexington Avenue
    New York, NY 10017
    Telephone: (212) 450-4000

    **ATTORNEYS FOR ASTRAZENECA**
    **PHARMACEUTICALS LP**

By:  **/s/ Steven M. Edwards**_____
    Steven M. Edwards (SE 2773)
    Lyndon M. Tretter (LT 4031)
    Admitted *pro hac vice*
    Hogan & Hartson LLP
    875 Third Avenue
    New York, NY 10022
    Telephone: (212) 918-3640

    Thomas E. Dwyer (BBO #139660)
    Jacob T. Elberg (BBO #657469)
    Dwyer & Collora, LLP
    600 Atlantic Avenue
    Boston, MA 02210
    Telephone: (617) 371-1000

    **ATTORNEYS FOR DEFENDANTS**
    **BRISTOL-MYERS SQUIBB COMPANY,**
    **ONCOLOGY THERAPEUTICS**
    **NETWORK, CORP. AND APOTHECON,**
    **INC.**

By:  **/s/ William F. Cavanaugh, Jr.**
 William F. Cavanaugh, Jr.
 Andrew D. Schau
 Patterson Belknap Webb & Tyler LLP
 1133 Avenue of the Americas
 New York, NY 10036-6710
 Telephone: (212) 336-2000

 **ATTORNEYS FOR THE JOHNSON &**
 **JOHNSON DEFENDANTS**

By:  **/s/ John T. Montgomery**
 John T. Montgomery (BBO #352220)
 Steven A. Kaufman (BBO #262230)
 Eric P. Christofferson (BBO #654087)
 Ropes & Gray LLP
 One International Place
 Boston, MA 02110-2624
 Telephone: (617) 951-7000

 **ATTORNEYS FOR SCHERING-PLOUGH**
 **CORPORATION AND WARRICK**
 **PHARMACEUTICALS CORPORATION**

**CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE**
Docket No. MDL 1456

  I, Edward Notargiacomo, hereby certify that I am one of plaintiffs' attorneys and that, on June 19, 2006, I caused copies of **Class Plaintiffs' and Track 1 Defendants' Joint Request for Extension of Time to Submit Proposed Form of Class Notice** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

   **/s/ Edward Notargiacomo**
   Edward Notargiacomo