AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

State of California, et al.,

**SUMMONS IN A CIVIL ACTION**

V.

Abbott Laboratories, Inc., et al.

CASE NUMBER: 01-CV-12257-PBS
MDL No. 1456

TO: (Name and address of Defendant)

Lipha, S.A.
37 rue Saint-Romain
69379 Lyon Cedex 08
France

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian V. Frankel
Supervising Deputy Attorney General
Bureau of Medical Fraud and Elder Abuse
Office of the Attorney General
California Department of Justice
1455 Frazee Road, Suite 315
San Diego, California 92108

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SA_____                NOV 3 - 2005
CLERK                                     DATE

(By) DEPUTY CLERK



# TRANSPERFECT
T R A N S L A T I O N S

City of New York, State of New York, County of New York

ATLANTA
BOSTON
BRUSSELS
CHICAGO
DALLAS
DENVER
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
STOCKHOLM
TOKYO
WASHINGTON, DC

I, Allison Hahn, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the California Summons from English into French.

*Allison Hahn*

Allison Hahn

Sworn to before me this
20th of January, 2006.

*Paul D. Ralston*

Signature, Notary Public

PAUL D. RALSTON
Notary Public, State of New York
No. 01RA6023867
Qualified in Queens County
Commission Expires May 3, 2007

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

AO 440 (Rév. 8/01) Assignation dans une action civile

## TRIBUNAL FÉDÉRAL DE PREMIÈRE INSTANCE DES ÉTATS-UNIS
## (UNITED STATES DISTRICT COURT)

District de

État de Californie et autres,

**ASSIGNATION DANS UNE AFFAIRE CIVILE**

contre

Abbott Laboratories, Inc., et autres,

N° D'INSTANCE : 01-CV-12257-PBS
MDL N° 1456

À : (Nom et adresse de la Partie défenderesse)

Lipha, S.A.
37, rue Saint-Romain
69379 Lyon Cedex 08
France

**VOUS ÊTES PAR LES PRÉSENTES CITÉ(E) À COMPARAÎTRE** et mis(e) en demeure de signifier à l'AVOCAT DE LA PARTIE DEFENDERESSE (nom et adresse)

Brian V. Frankel
Supervising Deputy Attorney General
Bureau of Medical Fraud and Elder Abuse
Office of the Attorney General
California Department of Justice
1455 Frazee Road, Suite 315
San Diego, California 92108 – États-Unis

une réponse à la demande qui vous est signifiée par la présente assignation, dans un délai de \_\_\_\_20\_\_\_\_ jours après que le présent acte vous aura été signifié, hors la date de signification. À défaut, un jugement par défaut sera rendu à votre encontre pour la réparation réclamée dans la demande. Votre réponse doit être déposée au Greffe de ce tribunal dans un délai raisonnable après signification.

| **ILLISIBLE** | **3 NOV. 2005** |
|---|---|
| GREFFIER | DATE |

[cachet rond : TRIBUNAL FÉDÉRAL DE PREMIÈRE INSTANCE DES ÉTATS-UNIS, District du Massachussetts]

\_\_\_\_\_[*Signature illisible*]_____
GREFFIER ADJOINT

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* __15 février 2006__
   - at (place, street, number)
   - *à (localité, rue numéro)* __Lyon 8e Commissariat de Police__
   __47, Av. Général Frère 69008 LYON__

   - in one of the following methods authorised by article 5—
   - *dans une des formes suivantes prévues à l'article 5:*
     - ☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       a) *selon les formes légales (article 5, alinéa premier, lettre a).*
     - ☐ (b) in accordance with the following particular method*:
       b) *selon la forme particulière suivante :* _____
     - ☒ (c) by delivery to the addressee, who accepted it voluntarily.*
       c) *par remise simple*

   The documents referred to in the request have been delivered to:
   *Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __Mme ROMERO née BOURGUIGNON Carine__
   __Juriste au sein du laboratoire MERCK SANTE__
   __(ex-LiphA)__
   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination ou autres, avec le destinataire de l'acte:*
   __Salariée du laboratoire concerné__

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants :* __Sans objet__

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:* __1 exemplaire complet de la procédure__

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:* __PV de notification/remise__

*Delete if inappropriate.*

COMMISSARIAT de POLICE
43, Av. Général Frère
69008 LYON
Tél. 04 72 78 01 40
(France)

Done at / *Fait à* __Lyon 8e__, the / *le* __15.02.2006__

Signature and/or stamp.
*Signature et/ou cachet.*

Le Capitaine de Police
Desprets

2

Translation of the written part in the 3rd page of

CERTIFICATE

1)
--- Date:                                      February 15, 2006

--- At:                                        Police station of the 8th district Lyon
                                               47 General Frere Avenue 69008 Lyon

--- Identity and description of person:        Mrs. ROMERO born BOURGUIGNON Carine
                                               MERCK SANTE (ex- Lipha) laboratory company lawyer

--- Relationship to the addressee:             Salaried employee of the concerned laboratory

2) that the document has not been served, by reason of the following facts:        No reason

Documents returned:
One complete copy of the                       Done at:  (France) Lyon 8th,  February 15, 2006
proceedings

In appropriate cases, documents                Police Captain
establishing the service:                      (Signed: C Desprets)
Notified /deliver

REPUBLIQUE FRANCAISE
MINISTERE DE L'INTERIEUR

DIRECTION GENERALE DE LA POLICE NATIONALE

CIAT LYON 8EME

P.V. : 2006/    /

AFFAIRE :

CN 11270
Exécution d'instructions

OBJET :

Notification à :
Mme BOURGUIGNON née
ROMERO Carine
29 ans, juriste
37, rue St Romain LYON 8

## PROCES VERBAL

L'an deux mille six,
le quinze février à onze heures cinquante

Nous, **Carinne DESPRETS**
    CAPITAINE DE POLICE
    en fonction B.S.U

Officier de Police Judiciaire en résidence à LYON 8ème
--- Vu le dossier ci-joint, ---
--- Agissant conformément aux instructions reçues à savoir notifier à un représentant du laboratoire LIPHA ( devenu depuis 2002 laboratoire MERCK SANTE ) une citation à comparaître d'une part et remettre un dossier relatif à une procédure judiciaire engagée par l'Etat de Californie, d'autre part, ---
--- Exécutant lesdites instructions, ---
--- Se présente à notre demande la personne ci-après, -
**Mme BOURGUIGNON née ROMERO Carine**, née le 12 avril 1976 à Lyon 4ème, de nationalité française, juriste au sein du laboratoire MERCK SANTE sis 37, rue St Romain 69008 Lyon -
Tél: 04.72.378.28.86 , ---
laquelle munie d'une délégation de pouvoir signée de M MENU, Directeur administratif et financier rédigée le 14 février courant, ---
--- nous déclare:

"Je suis informée du motif pour lequel je suis convoquée dans votre service, ---
--- je rappelle que le laboratoire pharmaceutique dénommée LIPHA a changé d'appelation en juin 2002 pour devenir Laboratoire MERCK SANTE, votre dossier concerne bien la société qui m'emploie, ---
--- Vous me donnez connaissance de ce que le laboratoire MERCK SANTE est concerné par une procédure judiciaire engagée par l'Etat de Californie.----
--- Vous m'informez de ce que le laboratoire devenu MERCK SANTE est cité à Comparaître, j'en prends acte.----
--- Vous me remettez un gros dossier ainsi que sa version en langue anglaise, ---
--- je vous en donne décharge.---
--- j'ai bien pris connaissance du délai de 20 jours qui nous est imparti pour réagir - hors la présente journée.---
--- je ne vois rien d'autre à déclarer.---
--- Je reçois copie du présent procès verbal valant notification et le signe ainsi que vous après lecture faite personnellement, n'ayant rien à modifier ou à ajouter.---
        la déclarante                        le capitaine de police

| | |
|---|---|
| French Republic<br>Ministry of the Interior | STATEMENT |
| General Manager of the<br>National Police | Year Two Thousand Six<br>the 15th of February at eleven fifty AM |
| CIAT Lyon 8 | We, Carinne DESPRETS |
| P.V.2006 | Police Captain<br>On Duty B.S.U. |

CASE
CN 11270
Hearing performance

REASON
To notify
Mrs., BOURGUIGNON born ROMERO Carine
29 years old, Lawyer
37 St. Romain St. LYON 8.

Judicial Police Officer in residence at Lyon 8.
---Considering the attached file.
--- Acting according the instructions received to notify a representative of the LIPHA laboratory ( which in 2002 became MERCK SANTE laboratory) a summons to appear was issued and at the same time submit the file involved in a California judicial procedure
--- Acting on the above summons:
---The person named underneath,
Mrs. BOURGUIGNON born ROMERO Carine, born on the 12th of April 1976 in Lyon in the 4th district, French National, a lawyer with the MERCK SANTE laboratory located at 37 ST. Romain Street 69008, Lyon
Telephone 04.72.378.28.86,
appeared with a delegation of power signed
by M. MENU administrative and financial
director, drafted the 14th of February of the current year.

She advises us:
" I am informed of the reason for which I have been summoned to your office---
---I remind you that the pharmaceutical laboratory named LIPHA has, in June 2002 changed its name to MERCK SANTE laboratory, your file does relate to the company which employs me.
---You inform me that MERCK SANTE laboratory is involved in a California State judicial procedure.
---You inform me that the laboratory, which became MERCK SANTE, has been subpoenaed to appear.
I acknowledge that fact.
---You are handing me a large file as well as its English version.
---I sign off on it.
---I acknowledge that we have 20 days, less today, to answer it.
---I have anything else to declare---
--- I receive and sign this statement as notification.
After personally read this statement I find nothing to modify nor to add.

| The Declarant | The police captain |
|---|---|
| (Signed: Bourguignon) | (Signed: C Desprets) |



## ATTESTATION

Je soussigné, Gérard MENU, Directeur Administratif et Financier de MERCK SANTE, autorise Carine BOURGUIGNON, Juriste, à retirer tout document pour le compte de la société, auprès du Commissariat de Police de Lyon 8$^{ème}$.

Fait à Lyon, pour faire et valoir ce que de droit.
Le 14 février 2006.

G. MENU
*Directeur Administratif et Financier*

Merck Santé · France
Siège social
37 rue Saint-Romain
F 69379 Lyon cedex 08
Tél +33 (0)4 72 78 25 25
Fax +33 (0)4 78 75 39 05
www.merck.fr

s.a.s. au capital de 77 797 247 euros
572 028 033 rcs Lyon
ident. tva FR 75 572 028 033

**MERCK**

## CERTIFICATE

I, the undersigned Gérard MENU, Administrative and Financial Director of MERCK SANTE, authorizes lawyer Carine BOURGUIGNON to retrieve, from the Lyon's 8th district police station, all documents regarding the company.

Issued in Lyon to give value for what is right
The 14th of February 2006

(Signed)
G.MENU
Administrative and Financial Director

Merck Santé – France
Headquarters
37 Saint-Romain St
F 69379 Lyon cedex 08
Phone +33 (0)4 72 78 25 25
Fax    +33 (0)4 78 75 39 05
www.merck.fr

Limited Partnership Company capital of
77 797 247 euros
572 028 033 Lyon
ID Number of Value Added Tax
FR 75 572 028 033

## Translator's Declaration

I certify and declare that I am competent in interpreting and translating French into English and English into French and furthermore declare that this is an accurate and true translation of the attached French language document.

Translator's signature: _____  Date: 05/12/2006

Translator's name:     **Charles Légier**

California State Certification # 700303

Translator's address:  421 Wilson Ave. Richmond, CA 94805.  Tel (510) 367 8714

Translator E-Mail:    charlesl@jps.net

## CERTIFICATE OF SERVICE

I, Nicholas Paul, hereby certify that on June 19, 2006, I caused a true and correct copy of the foregoing, **Summons in a Civil Action Returned Executed as to Lipha, S.A.** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated:  June 19, 2006

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Nicholas Paul_
　　　　　　　　　　　　　　　　　　　　　　　NICHOLAS PAUL
　　　　　　　　　　　　　　　　　　　　　　　Supervising Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　　　Bureau of Medi-Cal Fraud & Elder Abuse
　　　　　　　　　　　　　　　　　　　　　　　State of California
　　　　　　　　　　　　　　　　　　　　　　　1455 Frazee Road, Suite 315
　　　　　　　　　　　　　　　　　　　　　　　San Diego, CA 94108
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (619) 688-6114
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (619) 688-4200