♦AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

State of California, et al.,

**SUMMONS IN A CIVIL ACTION**

V.

Abbott Laboratories, Inc., et al.

CASE NUMBER: 01-CV-12257-PBS
MDL 1456

TO: (Name and address of Defendant)

Merck KGaA
Frankfurter Str. 250
Darmstadt
D-64293   Germany

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian V. Frankel
Supervising Deputy Attorney General
Bureau of Medical Fraud and Elder Abuse
Office of the Attorney General
California Department of Justice
1455 Frazee Road. Suite 315
San Diego, California   92108

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE

NOV 3 - 2005



**TRANSPERFECT**
TRANSLATIONS

ATLANTA
BOSTON
BRUSSELS
CHICAGO
DALLAS
DENVER
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
STOCKHOLM
TOKYO
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Allison Hahn, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the California Summons from English into German.

*Allison Hahn*

Allison Hahn

Sworn to before me this 20th of January, 2006.

*Paul D. Ralston*

Signature, Notary Public

PAUL D. RALSTON
Notary Public, State of New York
No. 01RA6023867
Qualified in Queens County
Commission Expires May 3, 2007

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

AO 440 (Rev. 8/01) Ladung in einer Zivilklage

UNITED STATES DISTRICT COURT (BEZIRKSGERICHT DER VEREINIGTEN STAATEN)

_____ Bezirk _____

State of California (US-Bundesstaat Kalifornien) u.a. ,

./.

Abbott Laboratories, Inc. , u.a.

**LADUNG IN
EINER ZIVILKLAGE**

FALLNUMMER: 01-CV-12257-PBS
MDL Nr. 1456

AN: (Name und Adresse des/der Beklagten)

Merck KGaA
Frankfurter Str. 250
D-64293 Darmstadt

**SIE WERDEN HIERMIT AUFGEFORDERT** und sind verpflichtet, dem ANWALT DES KLÄGERS/DER KLÄGERIN (Name und Adresse)

Brian V. Frankel
Supervising Deputy Attorney General
Bureau of Medical Fraud and Elder Abuse
Office of the Attorney General
California Department of Justice
1455 Frazee Road, Suite 315
San Diego, California 92108
[USA]

innerhalb von ___20___ Tagen nach Zustellung dieser Ladung, der Zustellungstag ausgenommen, eine Erwiderung auf die Klage, die Ihnen zusammen mit dieser Ladung zugestellt wird, zukommen zu lassen. Im Falle der Unterlassung ergeht ein Versäumnisurteil im in der Klage geforderten Umfang gegen Sie. Erwiderungen, die den Klageparteien zugestellt werden, müssen innerhalb einer angemessenen Frist nach Zustellung beim Urkundsbeamter des Gerichts eingereicht werden.

_____[Name unleserlich]_____          _____3. November 2005
URKUNDSBEAMTER DES GERICHTS    DATUM

[Stempel des Bezirksgerichts für den Bezirk Massachusetts]

_____[Unterschrift]_____
(Durch) STELLV. URKUNDSBEAMTEN DES GERICHTS

# Amtsgericht Darmstadt



Geprüft.
Darmstadt, den 2 0. APR. 2006
Der Präsident des Amtsgerichts

| | |
|---|---|
| Amtsgericht, Postfach 11 09 51, 64224 Darmstadt | **Aktenzeichen**    **3 AR 27/06** |
| Nicholas Paul<br>Deputy Attorney General<br>1455 Frazee Road, Suite 315<br>San Diego, CA 92108<br>U. S. A. | Telefon:    83 91<br>Telefax:    06151 - 12 8357 |
| | Ihr Zeichen<br>Ihre Nachricht |
| | Datum    **04.04.2006** |

**Rechtshilfeverkehr mit dem Ausland in Zivilsachen**

**Ersuchen vom**       30.01.2006

**Zustellung an**       Firma Merck KGaA

Sehr geehrte Damen und Herren,

beiliegend geben wir Ihnen das Rechtshilfeersuchen nach Erledigung, unter Beifügung des Zustellungszeugnisses zurück

Mit dem Ausdruck vorzüglicher Hochachtung

Höbel
Rechtspflegerin



64293 Darmstadt · Julius-Reiber-Str. 15
Telefon 06151 - 12 0 · Telefax 06151 - 12 8357

Sprechzeiten: Montag - Freitag, 09.00 - 12.00 Uhr

AVR 11 - Übersendung von Schriftstücken (EU, CA, 55 DOT)   (08.94)

*(Upper left corner partial, illegible round seal)*
District Court of Darmstadt

*(Center, upper margin)* **93E** *(Handwritten notation)* 2-22/06
Reviewed and Corrected.

Darmstadt on the 20th of April 2006
The President of the District Court
*(Illegible signature)*

*(Upper right margin)* Coat of Arms

<u>District Court, Post Office Box 11 09 51.64224 Darmstadt</u>

**File Reference 3 AR 27/06**

Telephone: 8391
Telefax: 06151 - 12 8357

Your Reference
Your Notification
Date 04/04/2006

Nicholas Paul
Deputy Attorney General
1455 Frazee Road, Suite 315
San Diego, CA 92108
U.S.A.

**Legal Assistance Correspondence with Foreign Jurisdictions Regarding Civil Matters**

**Request Dated**     1/30/2006

**Service Delivery to**   Merck KGaA Company

Dear Ladies and Gentlemen:

We are returning to you herewith the completed Legal Assistance Request, including as an attachment the certificate of service.

Respectfully yours,

*(Illegible initials)*
Höbel
Legal Assistant

*(Superimposed round seal)* Darmstadt District Court

*(At bottom, printed)*
64293 Darmstadt - Julius-Reiber-Str. 15     Business hours:  Monday-Friday, 9:00 - 12:00
Telephone 06151 - 120 - Telefax 06151 - 12 8357

AVR11 - Transfer of written correspondence (EU CA 55.DOT) - (08.94)

## CERTIFICATION

I, Carlos E. Benemann, certify:

That I am familiar with both the English and German languages, and that I am competent to translate documents from German to English. I am a Certified California State Court Interpreter and Registered California German interpreter, Certification and Registration No. 300778.

That I have translated from German into English the attached document entitled **Legal Assistance Correspondence dated 4/4/06**.

I hereby certify that the document was completely, fully and accurately translated to the best of my knowledge, ability and belief.

DATED: May 20, 2006

*[signature]*
Carlos E. Benemann
Interpreter-Translator
P. O. Box 1034
Ferndale, CA 95536
(707) 786-9135

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *

*1. que la demande a été exécutée*

- the (date)
- *le (date)* __22.02.2006__
- at (place, street, number)
- *à (localité, rue numéro)* __Darmstadt, Frankfurter Str. 250__

- in one of the following methods authorised by article 5—
- *dans une des formes suivantes prévues à l'article 5:*

  ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.

  *a) selon les formes légales (article 5, alinéa premier, lettre a).*

  ☐ (b) in accordance with the following particular method*:

  *b) selon la forme particulière suivante :* _____

  ☒ (c) by delivery to the addressee, who accepted it voluntarily.*

  *c) par remise simple*

The documents referred to in the request have been delivered to:

*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:

*2. que la demande n'a pas été exécutée, en raison des faits suivants :*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**

*Annexes*

**Documents returned:**

*Pièces renvoyées:* __Civil Action Complaint and Summons__

In appropriate cases, documents establishing the service:

*Le cas échéant, les documents justificatifs de l'exécution:*

Done at __Darmstadt__, the __04.06.2006__

*Fait à* , *le*

Signature and/or stamp.

*Signature et/ou cachet.*

[signature] [stamp: AMTSGERICHT DARMSTADT]

*Delete if inappropriate.

*Rayer les mentions inutiles*

2

## CERTIFICATE OF SERVICE

I, Nicholas Paul, hereby certify that on June 19, 2006, I caused a true and correct copy of the foregoing, **Summons in a Civil Action Returned Executed as to Merck KGaA** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated:  June 19, 2006

                                                ___/s/ *Nicholas Paul*___
NICHOLAS PAUL
Supervising Deputy Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
State of California
1455 Frazee Road, Suite 315
San Diego, CA 94108
Telephone: (619) 688-6114
Facsimile: (619) 688-4200