≈AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

for the _____ District of _____ Massachussetts

| | |
|---|---|
| STATE OF CALIFORNIA, ex rel. VEN-A-CARE OF THE FLORIDA KEYS, INC., a Florida Corporation,<br><br>V.<br><br>ABBOTT LABORATORIES, INC., et al.<br>See Addendum Sheet for Additional Defendants | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER:   MDL 1456, No. 01-12257-PBS |

TO: (Name and address of Defendant)

PHARMA INVESTMENT, LTD.
5180 South Service Road
Burlington, Ontario
Canada   L7L 5H4

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BILL LOCKYER, Attorney General of the State of California
Thomas A. Temmerman, Sr. Assistant Attorney General
1455 Frazee Road, Suite 315
San Diego, CA   92108

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                                OCT - 6 2005

CLERK                                                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                            *Signature of Server*

                                        _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*

*1. que la demande a été exécutée*

— the (date)
— *le (date)* __MARCH 23, 2006__

— at (place, street, number)
— *à (localité, rue numéro)* __5180 South Service Rd__
__Burlington ON L7L 5H4__

— in one of the following methods authorised by article 5—
— *dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.

*a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method*:

*b) selon la forme particulière suivante :* _____

☒ ~~(c) by delivery to the addressee, who accepted it voluntarily.*~~

~~*c) par remise simple*~~

The documents referred to in the request have been delivered to:

*Les documents mentionnés dans la demande ont été remis à:*

— (identity and description of person)
— *(identité et qualité de la personne)* __Ludwig Reuter__

— relationship to the addressee (family, business or other):
— *liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* __V.P. Finance & Adm__

2) that the document has not been served, by reason of the following facts*:

*2. que la demande n'a pas été exécutée, en raison des faits suivants :*

_____

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*

Documents returned:
*Pièces renvoyées:*
__as on request__

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at __Milton__, the __28th Day of March, 2006__
*Fait à*, *le*

Signature and/or stamp.
*Signature et/ou cachet.*

. Enforcement Officer

*Delete if inappropriate.

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Massachusetts

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | MINISTRY OF THE ATTORNEY GENERAL<br>Ontario Court of Justice<br>Courthouse, 393 Main Street<br>Haileybury, Ontario<br><br>P0J 1K0<br>Canada |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
  (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

  *(identité et adresse)*     Pharma Investment, Ltd.
  5180 South Service Road, Burlington, Ontario L7L 5H4, Canada
           Tel:

[ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[X]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)   selon la forme particuliére suivante (article 5, alinéa premier, lettre b)*:By personally delivering the documents into the hands of any officer, managing agent or any other agent authorized to accept service of process upon the defendant.  If you are unable to effect service by this method, please proceed with service in accordance with sub-paragraph (a) above.
[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summons in a Civil Action / Addendum to Summons
First Amended Complaint in Intervention for Money
Damages and Civil Penalties for Violations of the
California False Claims Act
Exhibits A, B, C, D, E, F, G, H, I, J, K, L, M, N, O,
P, Q, R
Summary of the Document to be Served

Done at                                          , the
*Fait à* Minneapolis, Minnesota, U.S.A.        , *le* 2-23-06

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,         USM-94
both of which may still be used)                      (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

## CERTIFICATE OF SERVICE

I, Nicholas Paul, hereby certify that on June 19, 2006, I caused a true and correct copy of the foregoing, **Summons in a Civil Action Returned Executed as to Pharma Investment, LTD.** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: June 19, 2006

                                               /s/ *Nicholas Paul*
                                         NICHOLAS PAUL
                                         Supervising Deputy Attorney General
                                         Bureau of Medi-Cal Fraud & Elder Abuse
                                         State of California
                                         1455 Frazee Road, Suite 315
                                         San Diego, CA 94108
                                         Telephone: (619) 688-6114
                                         Facsimile: (619) 688-4200