UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) State of California, *ex rel.* Ven-A-Care v. ) Abbott Laboratories, *et al.* ) 03-cv-11226-PBS ) ) | MDL No. 1456 Master File No. 01-12257-PBS Judge Patti B. Saris |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE OBJECTIONS TO DEFENDANTS' SUPPLEMENTAL BRIEF

As of the filing date of the instant Motion, the Court has not ruled on Defendants' request for leave to file their Supplemental Brief In Support Of Their Motion To Dismiss Plaintiffs' First Amended Complaint-In-Intervention. Should the Court grant Defendants' request, and pursuant to Local Rule 7.1(b)(3), Plaintiffs respectfully move this Court for leave to file Plaintiffs' Objections To Defendants' Supplemental Brief, attached hereto. Defendants have told Plaintiffs they oppose the instant Motion.

                                                  Respectfully submitted,

                                                  BILL LOCKYER
                                                  Attorney General for the State of California

Dated: June 20, 2006                    By:     /s/ Nicholas N. Paul
                                                  NICHOLAS N. PAUL
                                                  Supervising Deputy Attorney General
                                                  California Department of Justice
                                                  1455 Frazee Road, Suite 315
                                                  San Diego, California  92108
                                                  Tel:  (619) 688-6099
                                                  Fax:  (619) 688-4200

                                                  **Attorneys for Plaintiff,**
                                                  **STATE OF CALIFORNIA**

| THE BREEN LAW FIRM, P.A. | BERGER & MONTAGUE, P.C. |
|---|---|
| By:     /s/ James J. Breen<br>JAMES J. BREEN<br>5755 No. Point Parkway, Suite 39<br>Alpharetta, Georgia  30022<br>Telephone: (770) 740-0008<br>Fax: (770) 740-9109 | By:     /s/ Susan Schneider Thomas<br>SUSAN SCHNEIDER THOMAS<br>1622 Locust Street<br>Philadelphia, PA  19103<br>Telephone:  (215) 875-3000<br>Fax:  (215) 875-4604 |
| **Attorneys for *Qui Tam* Plaintiff,**<br>**VEN-A-CARE OF THE**<br>**FLORIDA KEYS, INC.** | **Attorneys for *Qui Tam* Plaintiff,**<br>**VEN-A-CARE OF THE**<br>**FLORIDA KEYS, INC.** |

## CERTIFICATE OF SERVICE

I, Nicholas N. Paul, hereby certify that on June 20, 2006, I caused a true and correct copy of the foregoing, **PLAINTIFFS' MOTION FOR LEAVE TO FILE OBJECTIONS TO DEFENDANTS' SUPPLEMENTAL BRIEF** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: June 20, 2006

                                                        /s/ Nicholas N. Paul
                                                        NICHOLAS N. PAUL
                                                        Supervising Deputy Attorney General