**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL No. 1456 ) ) Civil Action No. 01-CV-12257 PBS ) |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | ) Judge Patti B. Saris ) Chief Magistrate Judge Marianne B. Bowler |

## NOTICE OF FILING

TO:  All Counsel of Record

Please take notice that on June 21, 2006 the undersigned counsel for Johnson & Johnson, Centocor, Inc., and Ortho Biotech Products, L.P. (the Johnson & Johnson Defendants) caused to be filed with the Clerk of the United States District Court for the District of Massachusetts a [PROPOSED] AGREED ORDER CONCERNING PLAINTIFFS' MOTION TO UNSEAL ALL CONFIDENTIAL OR HIGHLY CONFIDENTIAL DESIGNATED DOCUMENTS USED IN SUMMARY JUDGMENT PROCEEDINGS.  Said Order, if entered by the Court, would resolve plaintiffs' motion, filed May 19, 2006, to unseal all documents filed in connection with the summary judgment motions, on terms that have been agreed to by plaintiffs and the Johnson & Johnson Defendants.

Dated:  June 21, 2006            /s/ Andrew D. Schau
                                 William F. Cavanaugh, Jr.
                                 Andrew D. Schau
                                 **PATTERSON BELKNAP WEBB & TYLER LLP**
                                 1133 Avenue of the Americas
                                 New York, NY  10036-6710
                                 (212) 336-2000

                                 Attorneys for the Johnson & Johnson Defendants

**CERTIFICATE OF SERVICE**

      I certify that on June 21, 2006, I caused a true and correct copy of the foregoing Notice of Filing to be served on all counsel via Lexis/Nexis.

          /s/ Andrew D. Schau
          Andrew D. Schau