UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | ) ) MDL No. 1456 ) |
| _____ ) | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | ) Judge Patti B. Saris ) ) ) ) |

**SCHERING-PLOUGH CORPORATION'S AND
WARRICK PHARMACEUTICALS CORPORATION'S MEMORANDUM
REGARDING FORMS AND MANNER OF NOTICE PURSUANT TO
THE COURT'S REQUEST AT THE JUNE 5, 2006 HEARING**

Schering-Plough Corporation ("Schering") and Warrick Pharmaceuticals Corporation ("Warrick") hereby adopt the positions and reasoning set forth in the memoranda filed today by AstraZeneca, BMS, and J&J relating to class notice. To the extent that those memoranda relate specifically to the respective products of each company, the reasoning provided should also apply to Schering's and Warrick's products.

Respectfully submitted,

/s/ Eric P. Christofferson
John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Eric P. Christofferson (BBO#654087)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Schering-Plough Corporation and Warrick Pharmaceuticals Corporation*

Dated:  June 21, 2006

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on June 21, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

      /s/ Eric P. Christofferson
      Eric P. Christofferson