**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION  ) ) ) | MDL No. 1456 |
| ) | Civil Action No. 01-CV-12257 PBS |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339  ) ) ) ) | Judge Patti B. Saris Chief Magistrate Judge Marianne B. Bowler |

**THE JOHNSON & JOHNSON DEFENDANTS' MEMORANDUM REGARDING FORMS AND MANNER OF NOTICE PURSUANT TO THE COURT'S REQUEST AT THE JUNE 5, 2006 HEARING**

Johnson & Johnson, Centocor, Inc., and Ortho Biotech Products, L.P. (the "J&J Defendants") hereby join with AstraZeneca Pharmaceuticals LP and the other Track 1 defendants in objecting to plaintiffs' proposed form and manner of class notice. As AstraZeneca points out, the parties have made substantial progress in their efforts to reach agreement. Nevertheless, the remaining areas of disagreement warrant careful scrutiny by the Court.

First, it is imperative that the Medicare Part B class receive actual notice by mail. Plaintiffs initially resisted giving actual notice, but appear now to acknowledge that actual notice is required. See AstraZeneca Memo. at 2-3.

Second, there should be a separate notice for each defendant group—and preferably each defendant—in order to maximize the notice's demographic reach and minimize confusion. In J&J's case, for example, the two drugs at issue, Procrit® and Remicade® are used by completely different patients. Procrit®, which is sold by Ortho Biotech, is used to treat anemia in cancer patients, pre-dialysis renal failure patients, AIDs patients, and surgery patients. Remicade, which is sold by Centocor, is used to treat arthritis and Crohn's disease. Plaintiffs

offer no evidence that these patient populations are overlapping and, in fact, there is no reason to expect that they would be.

Third, the J&J Defendants agree with AstraZeneca's assessment of the shortcomings in the content of plaintiffs' proposed notice, both as to Class 1 and Class 2. See AstraZeneca Memo. at 10-12; 15-16.

Finally, the J&J Defendants agree with AstraZeneca that plaintiffs' notice fails to make clear that Medicare Part B beneficiaries who did not pay for subject drugs have no legal obligation to do so under the Medicare statute or regulations. Id. at 12-14; .

In sum, as to the remaining areas where the parties have not been able to reach agreement, the J&J Defendants join AstraZeneca in opposing plaintiffs' proposed class notice.

Dated: June 21, 2006            /s/ Andrew D. Schau
                                              William F. Cavanaugh, Jr.
                                              Andrew D. Schau
                                              **PATTERSON BELKNAP WEBB & TYLER LLP**
                                              1133 Avenue of the Americas
                                              New York, NY  10036-6710
                                              (212) 336-2000

                                              Attorneys for the Johnson & Johnson Defendants

1289169v1

## **CERTIFICATE OF SERVICE**

I certify that on June 21, 2006, I caused a true and correct copy of the foregoing MEMORANDUM REGARDING FORMS AND MANNER OF NOTICE PURSUANT TO THE COURT'S REQUEST AT THE JUNE 5, 2006 HEARING to be served on all counsel via Lexis/Nexis.

    /s/ Andrew D. Schau
    Andrew D. Schau

1289169v1