## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

## PLAINTIFFS' MOTION TO EXTEND TIME FOR RESPONDING TO TRACK 2 DEFENDANTS' OPPOSITION TO CLASS CERTIFICATION

In CMO No. 24 the Court directed plaintiffs to file a class motion for the Track 2 Defendants addressing the issue of typicality and adequacy. Plaintiffs did so.

Defendants sought additional time to respond and plaintiffs agreed. A stipulation was approved allowing the Track 2 Defendants until June 15 to respond, and providing plaintiffs with a reply due on June 30, 2006.

On June 15, 2006, the Track 2 Defendants responded with 130 pages of briefs, in 16 different pleadings, with new expert declarations, and voluminous exhibits. A list of the motions and exhibits filed by the Track 2 Defendants is attached hereto as Exhibit A.

Plaintiffs cannot respond within two weeks to this mass of materials, particularly given pending work on class notice issues, ongoing discovery efforts, a recently filed Daubert motion that contains six binders of materials and many additional matters in process.

Plaintiffs request that they have 30 days to respond, or until July 15, 2006.

- 1 -

001534-16 114195 V1

| | |
|---|---|
| DATED:  June 21, 2006 | By____/s/ Steve W. Berman_____<br>Thomas M. Sobol (BBO#471770)<br>Edward Notargiacomo (BBO#567636)<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA  02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003 |

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

- 3 -

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Shanin Specter
Donald E. Haviland, Jr.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
Facsimile:  (215) 772-1359
Telephone:  (215) 772-1000

**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 3 -

- 4 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

    I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on June 21, 2006, I caused copies of **PLAINTIFFS' MOTION TO EXTEND TIME FOR RESPONDING TO TRACK 2 DEFENDANTS' OPPOSITION TO CLASS CERTIFICATION** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                         **/s/ Steve W. Berman**
                                         Steve W. Berman

# Exhibit A

1. Track Two Defendants' Memorandum In Opposition to Class Certification

2. Appendix to Track Two Defendants' Memorandum In Opposition to Class Certification

**ABBOTT**

3. Abbot Laboratories, Inc.'s Individual Memorandum of Law In Opposition to Track 2 Class Certification

4. Expert Report of Steven J. Young Related to Track 2 Class Certification On Behalf of Abbott Laboratories, Inc. Dated June 15, 2006

**AMGEN**

5. Amgen Inc.'s Individual Memorandum In Opposition to Plaintiffs' Motion for Track 6. Two Class Certification

**AVENTIS**

6. Aventis Pharmaceuticals Inc.'s Individual Memorandum

**AVENTIS BEHRING L.L.C.**

7. Defendant Aventis Behring L.L.C.'s Individual Memorandum In Opposition to Plaintiffs; Motion for Track Two Class Certification

8. Declaration of Mary Ann Tomasso In Support of the Individual Memorandum In Opposition to Class Certification Filed by Aventis Behring L.L.C., n/k/a ZLB Behring L.L.C.

**BAXTER**

9. Baxter's Individual Opposition to Plaintiffs; Motion for Class Certification (As to Track Two Defendants)

10. Declaration of Michael J. Bolton

**BAYER**

11. Defendant Bayer Corp.'s Individual Memorandum In Opposition to Class Certification

**DEY**

12. Dey's Individual Memorandum In Opposition to Plaintiffs' Motion to Certify Claims with Respect to Track 2 Defendants

13. Declaration of Philip D. Robben In Opposition to Plaintiffs' Motion to Certify Claims with Respect to Dey, Inc.

## FUJISAWA

14. Fujisawa Healthcare Inc.'s and Fujisawa USA, Inc.'s Individual Opposition to Plaintiffs' Motion to Certify Claims With Respect to Track 2 Defendants

## IMMUNEX

15. Defendant Immunex Corporation's Individual Memorandum In Opposition to Plaintiffs' Motion to Certify Claims With Respect To Track 2 Defendants

16. Declaration of Kathleen M. O'Sullivan In Support of Defendant Immunex Corporation's Individual Memorandum In Opposition to Plaintiffs' Motion to Certify Claims With Respect To Track 2 Defendants

17. Declaration of Scott Foraker In Support of Defendant Immunex Corporation's Individual Memorandum In Opposition to Plaintiffs' Motion to Certify Claims With Respect To Track 2 Defendants

## PFIZER, INC., PHARMACIA CORP. and PHARMACIA & UPJOHN, INC.

18. Defendant Pfizer's Individual Memorandum In Opposition to Class Certification

19. Defendant Pharmacia's Individual Memorandum In Opposition to Class Certification

20. Declaration of Steven Roh

## SICOR

21. Defendant Sicor, Inc.'s Individual Memorandum In Opposition to Plaintiffs' Motion to Certify Claims with Respect to Track 2 Defendants

## WATSON

22. Watson Pharmaceuticals, Inc.'s Individual Memorandum in Opposition to Class Certification

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> JUDGE PATTI B. SARIS |

## APPENDIX TO TRACK TWO DEFENDANTS' MEMORANDUM IN OPPOSITION TO CLASS CERTIFICATION

### [FILED UNDER SEAL]

Track Two Defendants submit the following exhibits in support of their Memorandum in Opposition to Class Certification.

Exhibit 1:   Expert Report of Zachary Dyckman in Support of Track 2 Defendants' Opposition to Class Certification dated June 14, 2006.

Exhibit 2:   Expert Declaration of Steven J. Young in Support of Track 2 Defendants' Opposition to Class Certification dated June 15, 2006. (Information relied upon by Young is contemporaneously filed herewith as Binders 1 –6)

Exhibit 3:   Declaration of Darlene Murphy dated May 5, 2006

Exhibit 4:   Excerpt of Memorandum of Intervenors, Valerie Samsell and Milton Greene, In opposition to the Joint Motion for Preliminary Approval of Proposed Nationwide Lupron Purchaser Class Settlement, Certification of Settlement Class and Approval of Notice Plan dated November 22, 2004, M.D.L. 1430, No. 01-CV-10861-RGS (D. Mass.)

Exhibit 5:   Track 2 Defendants' Request for Production of Documents to

|              |                                                                                                                 |
|--------------|-----------------------------------------------------------------------------------------------------------------|
|              | Plaintiffs dated November 3, 2005                                                                               |
| Exhibit 6:   | Plaintiffs' Objection and Response to Track 2 Defendants' Request for Production of Documents to Plaintiffs dated January 12, 2006 |
| Exhibit 7:   | Track 2 Defendants' Interrogatories to Plaintiffs dated November 3, 2005                                        |
| Exhibit 8:   | Plaintiffs' Response to the Track 2 Defendants' Interrogatories To Plaintiffs dated January 12, 2006            |
| Exhibit 9:   | Declaration of Steven J. Young on Opposition to the Plaintiff's Motion for Class Certification dated October 25, 2004 |
| Exhibit 10:  | Ven-A-Care Letter to Dr. Vladeck dated October 2, 1996 (Bates Range HHC003-0479 to HHC003-0484)                 |
| Exhibit 11:  | Florida Jury Instructions                                                                                       |
| Exhibit 12:  | Illinois Jury Instructions                                                                                      |
| Exhibit 13:  | New York Jury Instructions                                                                                      |
| Exhibit 14:  | National Heritage Insurance Company (NHIC) Email dated November 7, 2001 (Bates Range AWP002-1942 to AWP002-1944) |
| Exhibit 15:  | National Heritage Insurance Company (NHIC) Email dated November 14, 2001 (Bates Range AWP002-1959 to AWP002-1960) |
| Exhibit 16:  | National Heritage Insurance Company (NHIC) Email dated November 15, 2001 (Bates Range AWP002-1962 to AWP002-1965) |
| Exhibit 17:  | National Heritage Insurance Company (NHIC) Email dated October 11, 2000 (Bates Range AWP001-0841 to AWP001-0842) |
| Exhibit 18:  | National Heritage Insurance Company (NHIC) Email dated October 11, 2000 (Bates Range AWP001-0891 to AWP001-0892) |
| Exhibit 19:  | National Heritage Insurance Company (NHIC) Email dated July 31, 2002 (Bates Range AWP003-0002 to AWP003-0006)   |
| Exhibit 20:  | National Heritage Insurance Company (NHIC) Chart                                                                |

|  |  |
|---|---|
|  | (Bates Range AWP003-0014 to AWP003-0039) |
| Exhibit 21: | National Heritage Insurance Company (NHIC) Email dated October 11, 2000 (Bates Range AWP001-0894 to AWP001-0897) |
| Exhibit 22: | National Heritage Insurance Company (NHIC) Email dated October 11, 2000 (Bates Range AWP001-0964) |
| Exhibit 23: | National Heritage Insurance Company (NHIC) Email dated October 12, 2000 (Bates Range AWP001-0975) |
| Exhibit 24: | Merit Report and Declaration of Eric M. Gaier dated March 21, 2006 |
| Exhibit 25: | Merit Report and Declaration of Gregory K. Bell dated March 22, 2006 |
| Exhibit 26: | Merit Report and Declaration of Fiona Scott Morton dated March 22, 2006 |
| Exhibit 27: | Excerpts of Deposition of Harold Carter dated March 23, 2006 |
| Exhibit 28: | Excerpts of Deposition of Sheila R. Cizauskas dated March 10, 2006 |
| Exhibit 29: | Excerpts of Deposition of Roger Clark dated March 20, 2006 |
| Exhibit 30: | Excerpts of Deposition of Maureen Coneys dated April 12, 2006 |
| Exhibit 31: | Exhibit 7 of Dr. Jan L. Cook Deposition dated March 6, 2006 |
| Exhibit 32: | Excerpts of Deposition of Denise DeMaina dated January 5, 2006 |
| Exhibit 33: | Excerpts of Deposition of Deborah Devaux dated March 9, 2006 |
| Exhibit 34: | Excerpts of Deposition of Steven J. Fox dated March 8, 2006 |
| Exhibit 35: | Excerpts of Deposition of Lisa M. Gorman dated March 7, 2006 |
| Exhibit 36: | Excerpts of Deposition of Charles Hannaford dated December 29, 2005 |
| Exhibit 37: | Excerpts of Deposition of Raymond S. Hartman dated February 27, 2006 |
| Exhibit 38: | Excerpts of Deposition of Raymond S. Hartman dated February 28, 2006 |
| Exhibit 39: | Exhibit 7 of Hartman Deposition dated October 7, 2004 |
| Exhibit 40: | Exhibit 27 of Hartman Deposition dated February 27, 2006 |

| | |
|---|---|
| Exhibit 41: | Excerpts of Deposition of Jill S. Herbold dated January 14, 2005 |
| Exhibit 42: | Excerpts of Deposition of Marjorie J. Howe dated March 31, 2006 |
| Exhibit 43: | Excerpts of Deposition of Robert A. Howe dated November 16, 2005 |
| Exhibit 44: | Excerpts of Deposition of John M. Killion dated January 6, 2006 |
| Exhibit 45: | Excerpts of Deposition of Patricia Kay Morgan dated January 11, 2005 |
| Exhibit 46: | Exhibit 8 of Morgan Deposition dated January 11, 2005 (Bates Range FBD-AWP 02005) |
| Exhibit 47: | Excerpts of Deposition of Michael T. Mulrey dated January 5, 2006 |
| Exhibit 48: | Excerpts of Deposition of Vincent D. Plourde dated April 13, 2006 |
| Exhibit 49: | Excerpts of Deposition of Glenn Randle dated November 17, 2005 |
| Exhibit 50: | Excerpts of Deposition of Melissa Shannon dated May 23, 2006 |
| Exhibit 51: | Exhibit 1 of Sharon L. Smith Deposition dated April 14, 2006 |
| Exhibit 52: | Excerpts of Deposition of Hunter G. Walters dated March 28, 2006 |
| Exhibit 53: | Excerpts of Deposition of Larry L. Young dated March 24, 2006 |
| Exhibit 54: | Excerpts of Deposition of Dr. Barry G. Zallen dated April 4, 2006 |
| Exhibit 55: | Excerpt from United States House of Representatives Budget Committee Report for H.R. 2015 dated June 24, 1997 |

DATED this 15th day of June, 2005.

Michael DeMarco (BBO #119960)
mdemarco@klng.com
Aimée E. Bierman (BBO #640385)
abierman@klng.com
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(617) 261-3100

Michael L. Koon
James P. Muehlberger
Nicholas Mizell
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
(816) 474-6550

Attorneys for Aventis Pharmaceuticals Inc. and on behalf of the following Track Two Defendants:

Abbott Laboratories, Amgen Inc., Aventis Pharmaceuticals Inc., Baxter Healthcare Corp., Baxter International Inc., Bayer Corporation, Dey, Inc., Fujisawa Healthcare Incorporation, Fujisawa USA, Inc., Hoechst Marion Roussel, Inc., Immunex Corporation, Pfizer, Inc., Pharmacia Corp., Pharmacia & Upjohn, Sicor, Inc. f/k/a Gensia, Inc., Gensia Sicor Pharmaceuticals, Inc., Sicor Pharmaceuticals, Inc., Watson Pharmaceuticals, Inc., and ZLB Behring LLC

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2006 I served a true and correct copy of the foregoing on Plaintiffs' liaison counsel, Thomas M. Sobol and Edward Notargiacomo, Hagens Berman Sobol Shapiro LLP, One Main Street, 4th Floor, Cambridge, MA 02142, by hand delivery.[1]

Aimée E. Bierman

---

[1] Binders 1-6 as referenced in Exhibit 2 were served upon Plaintiffs' liaison counsel in electronic format on a CD-ROM.