# EXHIBIT 7

## Jessica Olver

| | |
|---|---|
| **From:** | Tim McHugh [t.mchugh@kinsella-novak.com] |
| **Sent:** | Tuesday, February 14, 2006 3:47 PM |
| **To:** | Katherine Kinsella |
| **Subject:** | 365 - AWP Drug Users |
| **Attachments:** | 060213-DrugUsers.xls |

20 named drugs and what they are used for.

---

**Tim McHugh**
**Kinsella/Novak Communications, Ltd.**
**2120 L Street, NW, Suite 205**
**Washington, DC 20037**
**202-379-1169 Direct Dial**
**202-293-6961 Fax**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kinsella/Novak Communications, Ltd. Unauthorized use, disclosure or copying of this communication or any part there of is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to info@kinsella-novak.com, and destroy this communication and all copies thereof, including all attachments.

| | Drug | Condition | User Profile |
|---|---|---|---|
| 1 | Pulmicort | Asthma | Children 1-8 |
| 2 | Zoladex | Used in the treatment of endometriosis, to thin the endometrial layer (lining of the uterus) prior to surgery for abnormal uterine bleeding, and some types of prostate and breast cancer. | Women |
| 3 | Blenoxane | Cervix and uterus cancer, head and neck cancer, testicle and penile cancer | |
| 4 | Cytoxan | Cancer (chemotherapeutic) medication | |
| 5 | Paraplatin | Initial treatment of ovarian cancer that has spread beyond the ovaries in combination with other approved chemotherapy drugs. | Women |
| 6 | Rubex | Breast and Ovarian Cancer | Women |
| 7 | Taxol | Treatment for breast, ovary and lung cancers, and AIDS-related Kaposi's sarcoma | |
| 8 | Vepesid | Used to treat cancer of the testicles and certain types of lung cancer. | Men |
| 9 | Imitrex | Used to treat vascular headaches such as migraine and cluster headaches. | |
| 10 | Kytril | Used to prevent and treat nausea and vomiting associated with cancer chemotherapy, radiation therapy, and anesthesia used during surgery. | |
| 11 | Lanoxin | Used to treat conditions such as congestive heart failure and atrial fibrillation/atrial flutter (types of fast heartbeats). | |
| 12 | Ventolin | fast-acting asthma medication for the treatment or prevention of bronchospasm with reversible obstructive airway disease and for the prevention of exercise-induced bronchospasm. | Patients 4 years of age and older. |
| 13 | Zofran | Used to prevent nausea and vomiting associated with cancer chemotherapy, radiation therapy, and surgery | |
| 14 | Zovirax | Treats certain types of viral infections, specifically herpes infections. | |
| 15 | Procrit | Used to treat anemia brought on by cancer and HIV treatments. | |
| 16 | Albuterol | Used to treat bronchospasm (wheezing, shortness of breath) associated with reversible obstructive airway disease such as asthma. | |
| 17 | Integrilin | Prevents your blood from clotting during episodes of chest pain or a heart attack, or while you are undergoing a procedure to treat a blocked coronary artery. | |
| 18 | Intron | For use in the treatment of malignant melanoma, hairy cell leukemia, chronic hepatitis B, chronic hepatitis C, condylomata acuminata, follicular (non-Hodgkin's) lymphoma, and AIDS-related Kaposi's sarcoma. | |
| 19 | Proventil | Used to treat bronchospasm (wheezing, shortness of breath) associated with reversible obstructive airway disease such as asthma. | |
| 20 | Temodar | Used to treat specific types of cancer of the brain in adults whose tumors have returned and whose tumors have just been diagnosed. | |

AWP-KIN-00154

# EXHIBIT 8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS |
| ) ) | Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) | |

## DECLARATION OF GREG LOONEY IN SUPPORT OF ASTRAZENECA PHARMACEUTICALS LP'S OPPOSITION TO PLAINTIFFS' PROPOSED NOTICE

I, Greg Looney submit this declaration in support of Defendant AstraZeneca Pharmaceuticals LP's Opposition to Plaintiffs' Proposed Notice. I declare and say the following:

1. I am the Brand Director for the Prostate Cancer Team at AstraZeneca Pharmaceuticals LP ("AstraZeneca" or "the Company"), located at 1800 Concord Pike, Wilmington, Delaware. I have worked at AstraZeneca or its predecessor companies since 1992. It is my responsibility to develop and implement strategic plans for the healthcare professional segment of the marketplace.

2. AstraZeneca manufactures and sells a physician-administered injection called Zoladex. I have been informed that the claims against AstraZeneca in this litigation relate to the sale of Zoladex between January 1, 1991 and December 31, 2004.

3. Zoladex suppresses the production of, and results in the near complete elimination of, testosterone in male patients and estrogen in female patients.

4. Zoladex was first approved for use in the United States for the treatment of prostate cancer in 1989. Zoladex was not approved for use in the treatment of endometriosis or advanced breast cancer until February 2, 1993 and December 18, 1995 respectively. Accordingly, prior to 1993, Zoladex was only approved for use in the treatment of male patients.

5. Moreover, the majority of Zoladex users have remained men diagnosed with prostate cancer. Indeed, between 1991 and 2004, over 90% of AstraZeneca's sales of Zoladex were for the treatment of prostate cancer.

June 19, 2006

/Greg Looney/

2

# EXHIBIT 9



**KINSELLA/NOVAK**
**COMMUNICATIONS, LTD.**
A SOURCECORP COMPANY

# NOTICE PROGRAM

## IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION,
### CASE NO. MDL NO. 1456
### (CA:01-CV-12257-PBS) (D.MASS.)

2120 L Street, NW | Suite 205 | Washington, DC 20037
Phone: 202.686.4111 | Fax: 202.293.6961 | Email: info@kinsella-novak.com | http://www.kinsella-novak.com

**THE ART & SCIENCE OF LEGAL NOTIFICATION**

*In Re Pharmaceutical Industry Average Wholesale Price Litigation*

## DEMOGRAPHICS

The chart below outlines the overall demographics of the two Consumer target audiences:

| DEMOGRAPHICS | MEDICARE RECIPIENTS | BRANDED/GENERIC DRUG USERS |
|---|---|---|
| **Gender** | | |
| Male | 42.8% | 40.8% |
| Female | 57.2% | 59.2% |
| **Age** | | |
| 18 - 24 | 2.9% | 9.4% |
| 25 - 34 | 3.4% | 14.5% |
| 35 - 44 | 3.9% | 19.3% |
| 45 - 54 | 6.6% | 20.6% |
| 55 - 64 | 10.8% | 16.4% |
| 65+ | 72.4% | 19.8% |
| **Education** | | |
| Graduated/Attended College | 35.9% | 54.0% |
| Graduated High School | 38.7% | 32.0% |
| **Household Income** | | |
| Under $10,000 | 10.2% | 5.9% |
| $10,000 - $29,999 | 42.0% | 20.4% |
| $30,000 - $49,999 | 23.9% | 20.3% |
| $50,000 - $74,999 | 13.9% | 20.1% |
| $75,000 - $99,999 | 5.4% | 13.6% |
| $100,000+ | 4.7% | 19.7% |
| **Ethnicity** | | |
| Caucasian | 84.0% | 82.5% |
| African-American | 11.0% | 10.1% |
| Hispanic | 5.7% | 9.0% |
| Asian | 1.2% | 1.9% |
| **Location[2]** | | |
| A & B Counties | 61.4% | 69.8% |
| C & D Counties | 38.6% | 30.2% |

---

[2] A Counties, as defined by A.C. Nielsen Company, are all counties belonging to the 25 largest metropolitan areas. These metro areas correspond to the MSA (Metropolitan Statistical Area) and include the largest cities and consolidated areas in the United States. B Counties, as defined by A.C. Nielsen Company, are all counties not included under A that are either over 150,000 population or in a metro area over 150,000 population according to the latest census. C Counties, as defined by A.C. Nielsen Company, are all counties not included under A or B that either have over 40,000 population or are in a metropolitan area of over 40,000 population according to the late census. D Counties are, essentially, rural counties in the Nielsen classification system of A, B, C, D counties.

*In Re Pharmaceutical Industry Average Wholesale Price Litigation*

## NATIONAL MEDIA DELIVERY

The paid media program outlined above is designed to deliver the following estimated reach and frequency measurements[3]:

- An estimated 85.7%[4] of Medicare Recipients will be reached with an average estimated frequency of 3.4 times, delivering 66,999,000 gross impressions[5].

- An estimated 84.1% of Branded/Generic Drug Users will be reached with an average estimated frequency of 3.2 times, delivering 244,387,000 gross impressions.

The paid media program provides Class Members with multiple exposure opportunities to media vehicles carrying the Publication Notice.

| TARGET | % OF TARGET REACHED | AVERAGE FREQUENCY | GROSS IMPRESSIONS |
|---|---|---|---|
| Medicare Recipient | 85.7% | 3.4 | 66,999,000 |
| Branded/Generic Drug Users | 84.1% | 3.2 | 244,387,000 |

If the trial date of September 25, 2006 is maintained for the AstraZeneca trial, the reach and frequency accumulation estimates as of September 10, 2006 will be as follows:

- An estimated 83.1% of Medicare Recipients will be reached with an average estimated frequency of 3.0 times.

- An estimated 81.6% of Branded/Generic Drug Users will be reached with an average estimated frequency of 2.9 times.

The reach of *Selecciones* is not included in these estimates.

*American Profile* and *AARP Bulletin* are not measured directly by MRI. However, the publishers of both magazines have developed readership estimates for selected studies based on their circulation and the measured readership of similar publications. This data

---

[3] MRI is a sample-based survey. Therefore, estimates of audience and/or demographics from these surveys are subject to sampling and non-sampling error. The use of mathematical values from those surveys should not be regarded as a representation that they are exact to the precise mathematical value stated.

[4] The readership estimates for *Parade* and *USA Weekend* are reflective of the broader readership measurement of the newspaper carrier groups into which these supplements are inserted. A recent custom study conducted by MRI indicates that the actual readership of the supplements is less than that of the carrier papers. While this study provided directional insight into the audience, the data provided is highly variable and insufficient for use in specific computation of reach and frequency. Therefore, the use of carrier paper readership for the newspaper supplements remains the accredited methodology and standard of the industry according to MRI and the Media Research Council.

[5] Gross impressions are the total number of times a media vehicle containing the Publication Notice is seen. This is a duplicated figure, as some viewers (readers) will see several media vehicles (publications) that contain the Publication Notice.