

**Kirkpatrick & Lockhart Nicholson Graham LLP**

State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
617.261.3100
Fax 617.261.3175
www.klng.com

June 21, 2006

Aimée E. Bierman
617.261.3166
Fax:  617.261.3175
abierman@klng.com

**VIA CM/ECF**

The Honorable Patti B. Saris
United States District Court
For the District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 8420
Boston, MA  02210

Re:   <u>In re Pharmaceutical Industry Average Wholesale Price Litigation MDL 1456</u>

Dear Judge Saris:

I am writing regarding the recently-filed Appendix to the Track Two Defendants' Memorandum in Opposition to Class Certification.

As per CMO 24, counsel were directed not to "refile affidavits, expert reports or duplicative materials concerning the industry as a whole." CMO 24 para. 4. It has recently come to our attention that the Appendix (which was filed under seal) inadvertently contained an expert report that had previously been filed with this Court (Exhibit 9: Declaration of Steven J. Young in Opposition to the Plaintiffs' Motion for Class Certification dated October 25, 2004) (Docket Entry No. 1156). We apologize for this duplicative filing.

Rather than refile the Appendix and add further paper to the record, we bring this matter to your attention by way of letter. If the Court wishes us to refile the Appendix, we will certainly do so. Thank you for your attention to this matter.

Very truly yours,

Aimée E. Bierman

AEB/gmf
cc:   Steve M. Berman, Esq.
      Thomas M. Sobol, Esq.
      Edward Notargiacomo, Esq.
      (Liaison Counsel for Plaintiffs)

      All Counsel of Record (via CM/ECF and LexisNexis)

BOS-981448 v1 5544510-0903