-1-

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

## DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' MOTION TO APPROVE THE FORM OF CLASS NOTICE AND THE MANNER OF NOTICE

I, Steve W. Berman, declare under penalty of perjury under the laws of the United States of America that:

1.      I am one of the attorneys for plaintiffs and have personal knowledge of the matters set forth therein.

2.      Attached as Exhibit 1 is the proposed publication notice to Class 1.

3.      Attached as Exhibit 2 is the proposed publication notice to TPPs.

4.      Attached as Exhibit 3 is the proposed mailed notice for Class 1.

5.      Attached as Exhibit 4 is the proposed mailed notice for TPPs.

6.      These notices were developed after consultation with Kinsella/Novak Communication, a nationally known expert in the design of media-based legal notification programs for class actions.

7.      I have spoken with Mr. George Henderson, an AUSA in Boston and Mr. Andy Mao of the Department of Justice ("DOJ") regarding the subpoena served on CMS pursuant to

001534-16  114329 V1

-2-

the Court's Order.  CMS will search its databases and produce names of Class Members.  It may

take a minimum of three months to do so.  Data for pre-1998 transactions is archived.  I have

asked, if the DOJ searched just 1998 forward, if that would reduce the time involved.  The

government is analyzing this.

8.      Attached as Exhibit 5 is the proposed notice program developed by Kinsella.


Dated:  June 21, 2006.                                              /s/ Steve W. Berman

001534-16  114329 V1

-3-

**CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE**

Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on June 21, 2006, I caused copies of **DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' MOTION TO APPROVE THE FORM OF CLASS NOTICE AND THE MANNER OF NOTICE** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.


        **/s/ Steve W. Berman**
        Steve W. Berman

001534-16  114329 V1