UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION            CIVIL ACTION NO.
                                              01-12257-PBS
                                              MDL NO. 1456

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                    June 22, 2006

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re Track 1 Defendants' Motion to Preclude the Expert Testimony of Dr. Raymond Hartman or, in the Alternative, for a Daubert Hearing on **June 26, 2006** at **3:00 p.m.,** in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

      /s/ Robert C. Alba
      Deputy Clerk

Copies to:  All Counsel