UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| ALL ACTIONS | |

## NOTICE OF FILING UNDER SEAL

To:    All Counsel of Record

Please take notice that on June 22, 2006, we, as attorneys for plaintiffs, caused to be filed under seal with the Clerk of the United States District Court for the District of Massachusetts the following items:

1. Plaintiffs' Memorandum in Support of Motion to Quash May 18, 2006 Amended Notice of Deposition of Harvey Weintraub Filed by Defendant Warrick Pharmaceuticals Corporation; and

2. Exhibit 1 to the Declaration of Steve W. Berman in Support of Plaintiffs' Motion to Quash May 18, 2006 Amended Notice of Deposition of Harvey Weintraub.

- 1 -

DATED:  June 22, 2006　　　　　　　　By　　/s/ Steve W. Berman
　　　　　　　　　　　　　　　　　　　　Thomas M. Sobol (BBO#471770)
　　　　　　　　　　　　　　　　　　　　Edward Notargiacomo (BBO#567636)
　　　　　　　　　　　　　　　　　　Hagens Berman Sobol Shapiro LLP
　　　　　　　　　　　　　　　　　　One Main Street, 4th Floor
　　　　　　　　　　　　　　　　　　Cambridge, MA  02142
　　　　　　　　　　　　　　　　　　Telephone: (617) 482-3700
　　　　　　　　　　　　　　　　　　Facsimile: (617) 482-3003

　　　　　　　　　　　　　　　　　　**LIAISON COUNSEL**

　　　　　　　　　　　　　　　　　　Steve W. Berman
　　　　　　　　　　　　　　　　　　Sean R. Matt
　　　　　　　　　　　　　　　　　　Hagens Berman Sobol Shapiro LLP
　　　　　　　　　　　　　　　　　　1301 Fifth Avenue, Suite 2900
　　　　　　　　　　　　　　　　　　Seattle, WA  98101
　　　　　　　　　　　　　　　　　　Telephone: (206) 623-7292
　　　　　　　　　　　　　　　　　　Facsimile: (206) 623-0594

　　　　　　　　　　　　　　　　　　Elizabeth Fegan
　　　　　　　　　　　　　　　　　　Hagens Berman Sobol Shapiro LLP
　　　　　　　　　　　　　　　　　　60 W. Randolph Street, Suite 200
　　　　　　　　　　　　　　　　　　Chicago, IL  60601
　　　　　　　　　　　　　　　　　　Telephone: (312) 762-9235
　　　　　　　　　　　　　　　　　　Facsimile: (312) 762-9286

　　　　　　　　　　　　　　　　　　Eugene A. Spector
　　　　　　　　　　　　　　　　　　Jeffrey Kodroff
　　　　　　　　　　　　　　　　　　Spector, Roseman & Kodroff, P.C.
　　　　　　　　　　　　　　　　　　1818 Market Street, Suite 2500
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　　　　Telephone: (215) 496-0300
　　　　　　　　　　　　　　　　　　Facsimile: (215) 496-6611

　　　　　　　　　　　　　　　　　　Kenneth A. Wexler
　　　　　　　　　　　　　　　　　　Jennifer Fountain Connolly
　　　　　　　　　　　　　　　　　　The Wexler Firm LLP
　　　　　　　　　　　　　　　　　　One North LaSalle Street, Suite 2000
　　　　　　　　　　　　　　　　　　Chicago, IL  60602
　　　　　　　　　　　　　　　　　　Telephone: (312) 346-2222
　　　　　　　　　　　　　　　　　　Facsimile: (312) 346-0022

        Marc H. Edelson
        Allan Hoffman
        Edelson & Associates LLC
        45 West Court Street
        Doylestown, PA  18901
        Telephone: (215) 230-8043
        Facsimile: (215) 230-8735

        Shanin Specter
        Donald E. Haviland, Jr.
        Kline & Specter, P.C.
        1525 Locust Street, 19th Floor
        Philadelphia, PA  19102
        Facsimile:  (215) 772-1359
        Telephone:  (215) 772-1000

        **CO-LEAD COUNSEL FOR**
        **PLAINTIFFS**

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **NOTICE OF FILING UNDER SEAL** be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on June 22, 2006, a copy to LexisNexis File and Serve for Posting and notification to all parties

      By      /s/ **Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

- 4 -