# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY  )
AVERAGE WHOLESALE PRICE        )   MDL No. 1456
LITIGATION                     )
―――――――――――――――――――――――――――――――  )   CIVIL ACTION: 01-CV-12257-PBS
                               )
THIS DOCUMENT RELATES TO:      )   Judge Patti B. Saris
                               )
ALL ACTIONS                    )
―――――――――――――――――――――――――――――――  )

## [PROPOSED] ORDER GRANTING PLAINTIFFS'
## MOTION FOR LEAVE TO FILE UNDER SEAL

THIS MATTER is before the Court on plaintiffs' motion for leave to file under seal.  The

Court, having considered all pleadings in support and in opposition thereto, and being fully

advised in the premises, hereby

GRANTS plaintiffs' motion for leave to file under seal the following items:

1.      Plaintiffs' Memorandum in Support of Motion to Quash May 18, 2006
        Amended Notice of Deposition of Harvey Weintraub Filed by Defendant
        Warrick Pharmaceuticals Corporation; and

2.      Exhibit 1 to the Declaration of Steve W. Berman in Support of Plaintiffs'
        Motion to Quash May 18, 2006 Amended Notice of Deposition of Harvey
        Weintraub.

IT IS SO ORDERED.


DATED: _____        _____
                                     Hon. Patti B. Saris
                                     United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL** be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on June 22, 2006, a copy to LexisNexis File and Serve for Posting and notification to all parties

By_____ **/s/ Steve W. Berman**_____

Steve W. Berman

**HAGENS BERMAN SOBOL SHAPIRO LLP**

1301 Fifth Avenue, Suite 2900

Seattle, WA  98101

(206) 623-7292

- 2 -