-1-

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| ALL ACTIONS | Chief Magistrate Judge Marianne B. Bowler |

## PLAINTIFFS' MOTION TO QUASH MAY 18, 2006 AMENDED NOTICE OF DEPOSITION OF HARVEY WEINTRAUB FILED BY DEFENDANT <u>WARRICK PHARMACEUTICALS CORPORATION</u>

Plaintiffs move pursuant to Fed. R. Civ. Pr. 26 and 30(a)(1)(B) to quash the May 18, 2006, Amended Notice of Deposition of Harvey Weintraub served by Defendant Warrick Pharmaceuticals Corporation.  This motion is supported by the accompanying memorandum of law, and the pleadings and record on file herein.  Plaintiffs have conferred with Warrick and have attempted in good faith to resolve this issue, to no avail.

DATED:  June 22, 2006.                    By     /s/ **Steve W. Berman**
                                                                      Thomas M. Sobol (BBO#471770)
                                                                       Edward Notargiacomo (BBO#567636)
                                                      Hagens Berman Sobol Shapiro LLP
                                                      One Main Street, 4th Floor
                                                      Cambridge, MA  02142
                                                      Telephone: (617) 482-3700
                                                      Facsimile: (617) 482-3003

                                                      **LIAISON COUNSEL**

-2-

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

-3-

        Shanin Specter
        Donald E. Haviland, Jr.
        Kline & Specter, P.C.
        1525 Locust Street, 19th Floor
        Philadelphia, PA  19102
        Facsimile:  (215) 772-1359
        Telephone:  (215) 772-1000

        **CO-LEAD COUNSEL FOR**
        **PLAINTIFFS**

-4-

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

     I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on June 22, 2006, I caused copies of **PLAINTIFFS' MOTION TO QUASH MAY 18, 2006 AMENDED NOTICE OF DEPOSITION OF HARVEY WEINTRAUB FILED BY DEFENDANT WARRICK PHARMACEUTICALS CORPORATION** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                            **/s/ Steve W. Berman**
                                            Steve W. Berman

001534-16 113774 V1