UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) M.D.L. No. 1456 ) |
| THIS DOCUMENT RELATES TO:<br><br>  ALL CLASS ACTIONS | ) CIVIL ACTION NO. 01-12257-PBS ) ) ) ) |

**ORDER**

June 20, 2006

Saris, U.S.D.J.

    I **DENY** all motions to seal except to the extent confidential medical information is contained in the memoranda or documents. (Dockets Nos. 2682, 2684, 2689, 2691, 2693, 2695, 2696, 2699, 2703, 2706, 2710, 2716.)  These boilerplate motions do not provide good cause to seal.

                                                **S/PATTI B. SARIS**
                                                United States District Judge