```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br>   ALL CLASS ACTIONS ) <br> ) | M.D.L. No. 1456 <br><br> CIVIL ACTION NO. 01-12257-PBS |

**ORDER**

June 20, 2006

Saris, U.S.D.J.

   The government shall inform the Court how long it will take to find the names and addresses of Medicare beneficiaries on whose behalf Part B drug claims for the drug Zoladex, manufactured by AstraZeneca,[1] have been submitted to Medicare for payment. The trial is scheduled for September 2006. If the information is difficult to mine from the databases, tell me how long it will take to find the names and addresses by increments of time. For example, if older databases are less accessible than more recent databases, please explain the differences in the

---

   [1] The class action involves the following subject drugs manufactured by AstraZeneca.

| NDC | Description |
|---|---|
| 00310096036 | Zoladex 3.6mg 1x1EA Depot |
| 00310096130 | Zoladex 10.8mg 1x1EA Depot |
| 00310095130 | Zoladex 10.8mg 1x1EA Depot |
| 00310095036 | Zoladex 3.6mg 1x1EA Depot |

(Docket No. 2097.)

level of difficulty and the time and money needed.

                                                    **S/PATTI B. SARIS**
                                                    United States District Judge