Hal Goldman, Pharm D., R.Ph.  Confidential
Sunrise, FL

September 20, 2004

1

| A | | | | |
|---|---|---|---|---|
| **abbreviation** 123:6 | 125:13 126:10,13 128:9 130:16 130:17 | 131:16 **acronyms** 109:17 | 132:4,9 **ad** 121:16 **add** 93:10 | 118:11 **afforded** 122:1 **after** 47:19 |
| **ability** 82:6 **able** 22:20 34:2 35:19 43:12 76:2 82:2 88:7,8 98:14 98:15 118:22 123:15 | **above** 1:22 90:15 **absolutely** 52:16 70:11 89:12 130:21 132:12 | **across** 28:9 46:5 57:7 63:10 113:2 **act** 89:10 **acted** 16:20 **action** 1:5 136:16,17 | **added** 43:11 64:6 121:19 **adding** 32:7 **additional** 43:8 86:14 102:9 | 61:22 78:11 93:7 99:19 107:15 125:5 **afternoon** 125:9 **afterwards** 96:21 |
| **about** 5:11 7:1 7:16 8:13 9:6 9:17 10:10 10:21 13:3 13:22 15:4,7 15:15,17,22 21:6 22:22 24:20 28:20 31:13 32:12 33:1 34:15 35:6 41:3 43:6 46:11 47:9 51:3 54:16 55:6 57:18,21 60:2,5 62:4,5 62:6 63:9 65:7 73:10 73:11,12,21 74:14 78:1,8 79:6 80:1,14 81:21 83:20 84:19 87:8 87:11,12 89:16 91:7 91:15,16 93:11 99:7 100:7 107:18 109:17,20 114:16 116:12 118:7 119:7,20,21 120:4,6 123:10,17 | **access** 114:7 **accidental** 20:13,13 **according** 77:1 **accordingly** 23:4,12 **account** 56:20 70:1 118:10 118:19 **accounts** 9:1 9:11 120:20 **accurate** 34:19 34:22 51:12 104:21 **acknowledge** 89:7 **ACLF** 65:1 **acquire** 130:9 **acquiring** 106:12 117:8 **acquisition** 20:18 26:11 26:22 27:1,2 27:3,5,11 39:17,19,22 40:17,22 41:1,5,7,20 45:2 46:4,20 47:1,7 51:11 51:13 113:4 118:16 119:15,21 120:2,7 123:12 | **ACTIONS** 1:8 **actual** 24:16 40:22 41:7 41:20 110:19 116:1 120:7 130:8 **actually** 12:11 15:8 16:20 17:9 23:1 24:21 26:18 28:18 29:20 31:18 32:7 33:8 38:9 39:5 40:2,18 47:1 48:17 53:21 54:18 54:22 55:5 55:18 58:14 62:12 64:20 65:6 69:2,3 69:12 80:6 86:4,20 87:18 92:8 94:1 96:18 97:17 99:6,8 100:14 101:3 101:14 102:12,12 103:19 104:18 113:10 114:6 114:17 119:18 122:2 130:13,20 | **additives** 25:4 25:8,20 28:11 29:4 **address** 17:20 **Addressing** 63:6 **adhering** 91:19 **administered** 22:1 23:2 61:14 63:1 128:8 **administering** 61:7 99:2 104:5 **administers** 22:4 **administrati...** 36:16 83:11 97:7 98:12 99:5 **Advanced** 73:1 73:9 74:21 75:8,9 99:12 99:13 100:2 100:7 **advantage** 97:8,16 109:5,13 **advised** 15:13 **affect** 43:15,20 82:22 **affected** 44:5 66:3 **affiliated** 11:12 **afford** 17:2 | 107:15 125:5 **agency** 10:18 **agent** 79:4,5 89:4 121:22 **agents** 14:20 50:14 51:16 63:8 **aggressive** 21:20 76:1 **ago** 8:14 11:19 91:16 114:11 114:12,16 **agree** 60:18 **agreed** 77:3 120:12 126:2 126:7 **agreement** 3:9 3:17,19 4:4,8 4:12 16:14 16:17 17:7 17:17,22 18:15 20:14 20:17 21:3,4 32:3,10 49:10,22 50:12 51:1 |

Hal Goldman, Pharm. D., R.Ph.  Confidential                September 20, 2004
Sunrise, FL

2

| | | | | |
|---|---|---|---|---|
| 53:10 54:21 | 105:3 106:1 | 16:2 20:11 | 25:13,21 | 46:18,22 |
| 66:13 68:1 | 110:12,21 | 59:1,8 60:3 | antidepressant | apologize 19:3 |
| 68:11,16 | 112:1 123:16 | 60:18 69:21 | 84:18,19 | 47:4 52:9 |
| 72:11,14 | 124:21 | 71:4 111:18 | antitrust 6:9 | 99:9,15 |
| 75:14 76:19 | 126:12 128:7 | 123:21 | Anti-Fungals | appear 25:3 |
| 76:20 82:11 | 130:12 | am 8:10 53:16 | 25:13 | APPEARAN... |
| 85:13 86:5 | 133:16 134:8 | 129:6 136:13 | Anti-Virals | 2:1 |
| 87:4,17,18 | allow 18:21 | 136:15,16 | 25:14 | appeared |
| 88:4 89:8 | 75:21 103:4 | amendment | any 7:1,5,16 | 135:8 |
| 90:5 95:21 | 124:8 | 3:21 49:10 | 8:5 10:11,12 | appears 25:12 |
| 96:14 97:6 | allowable | 49:17 | 11:12 18:21 | 125:13 |
| 101:2,13 | 50:20 76:22 | amount 9:10 | 26:18 44:20 | apples-to-ap... |
| 102:5 107:19 | allowables | 56:17 58:20 | 55:21 63:4 | 46:8 |
| 108:9 109:1 | 61:9 | 90:15 93:6 | 80:4 81:6,7 | applicable |
| 120:4 125:12 | allowed 34:11 | 93:12 94:2 | 84:1 91:12 | 108:3 |
| 133:3 | alluded 131:22 | 94:16 95:7 | 92:22 97:22 | applied 78:18 |
| agreements | almost 28:8 | 95:20 108:1 | 98:13,17 | applies 64:4,7 |
| 22:12 50:7 | 62:18 | 109:6 111:19 | 100:4,9 | applying 110:9 |
| 56:22 95:22 | along 43:7 | 118:2 120:13 | 105:21,22 | appropriate |
| 96:12 97:3 | already 48:6 | 122:15,16,16 | 106:7,15,18 | 19:9 112:19 |
| 105:22 106:1 | 58:21 64:5 | 122:17,18,20 | 107:9 113:4 | appropriately |
| 106:3,8 | 97:20 98:22 | 122:21 124:9 | 113:8 114:14 | 124:18 |
| 109:15 121:6 | 109:14 | 126:19,20 | 114:22 | appropriate... |
| ahead 21:1 | 128:14 132:1 | 128:1,2,3,3 | 115:18 118:5 | 124:12,18 |
| 22:7 | also 7:4,9 11:8 | 130:4 | 122:19 | approval 23:22 |
| Albertson's | 11:9,17 20:8 | amounts | 123:13,21 | 48:1 |
| 104:12 | 21:15 29:15 | 122:18 | 124:9 125:1 | approximately |
| Alhambra | 30:21 32:2 | analyze 127:14 | 129:5 136:14 | 13:1 |
| 2:18 | 33:14 41:2 | ancillary 3:19 | 136:15 | approximates |
| all 1:8 6:4,20 | 41:19 42:14 | 49:21 66:12 | anybody 36:4 | 23:8 |
| 10:13 12:7 | 43:4,10,18 | annual 82:14 | 74:11 112:14 | area 14:17 |
| 12:12,13 | 59:4,14 | another 6:6 | anymore 112:2 | 21:19,19,20 |
| 27:21 29:2 | 60:11,22 | 33:9 37:3 | anyone 73:6 | 38:1 57:11 |
| 29:20 31:3 | 62:15 63:15 | 61:3 72:21 | anything 9:7 | 57:15,16,18 |
| 32:10 41:4 | 66:16 68:16 | 78:17 94:19 | 9:10 10:20 | 60:7 66:5 |
| 44:22 45:1 | 70:10 76:2 | 119:14 127:7 | 77:21 81:8 | aren't 67:20 |
| 51:9 63:20 | 77:9 81:12 | answer 14:6 | anytime 40:1 | 118:6 |
| 70:8 71:1 | 89:22 94:18 | 21:1 53:6 | anywhere | Argus 76:12 |
| 73:7,18 | 102:13 105:8 | 91:3 106:14 | 12:21 42:17 | 81:22 98:11 |
| 75:18 81:1 | 120:1 121:6 | 119:3,10 | 104:22 | 98:15 99:5 |
| 83:21 84:2 | 130:5 | 131:21 | 129:13 131:1 | arm 16:21 60:1 |
| 84:15 89:1 | alternatives | answers 6:18 | any-willing-... | around 21:5 |
| 91:13 96:5,8 | 14:20 | 6:20 | 60:17 | 55:7 117:8 |
| 97:8 98:20 | always 14:21 | antibiotics | Anzemet 45:4 | arrangement |

Hal Goldman, Pharm D., R.Ph.  Confidential
Sunrise, FL

September 20, 2004

3

| | | | B | |
|---|---|---|---|---|
| 46:16 | 40:11 41:13 | 25:20,21 | **B** 2:16 3:6 4:1 | 34:8,12,13 |
| **arrived** 52:15 | 120:14 122:4 | 26:14 33:14 | 51:21 68:8 | 38:19,21 |
| **arthritis** 58:4 | 124:2,7,8 | 33:15 34:7 | **bachelor** 8:6 | 39:2,16 |
| **Article** 83:10 | 130:18 | 34:19,21 | **back** 24:10 | 40:18 41:15 |
| 97:7,16 | **auditing** 40:13 | 38:19 39:16 | 36:12 37:22 | 41:19 44:11 |
| **aside** 10:19 | 124:12 | 44:21 45:6 | 39:5 42:5,12 | 44:17,20 |
| 130:10 | **August** 54:2,15 | 45:10 46:3 | 43:6 44:18 | 45:1,21 46:4 |
| **ask** 6:17 7:2 | 100:22 | 47:11 50:15 | 46:13,21 | 46:10 47:3 |
| 10:21 15:18 | **authority** | 50:17 51:7 | 52:19 53:20 | 48:22 50:13 |
| 19:3 37:19 | 135:6 | 52:17 53:8 | 54:11,12 | 51:3,16,18 |
| 43:22 44:3 | **authorized** | 53:17 61:8 | 74:19,20 | 52:3,12,12,17 |
| 62:4 67:8 | 136:7 | 63:7,9,12,14 | 80:13 89:22 | 52:18 53:2 |
| 70:10 79:6 | **automatically** | 64:14,16 | 90:2,12,16 | 53:13,17 |
| 88:10 89:3 | 20:2 34:2 | 65:13,13,15 | 92:20 97:5 | 58:5,13,13,14 |
| 107:18 | 64:6 | 67:15,17 | 102:8 116:8 | 58:17 61:8,9 |
| 109:19 131:3 | **availability** | 68:3,5,20 | 117:3 125:11 | 61:18 63:8 |
| **asked** 35:11 | 113:13 | 69:1,3,7 70:1 | 126:13 132:9 | 65:18 66:5 |
| 88:6 132:9 | **available** 14:1 | 79:2,3,14,18 | **backdated** | 68:2,13 70:7 |
| **asking** 7:14 | 79:19 97:20 | 81:3 90:18 | 86:22 | 71:18,19 |
| 86:11 127:10 | 118:15 | 90:21 93:1 | **background** | 75:20 78:4 |
| **ASP** 123:3 | 120:21 | 102:17,17 | 8:1 | 79:14,21 |
| **assist** 18:19 | 123:11,14,21 | 103:11,13 | **backs** 90:12 | 80:17 82:13 |
| **associated** 51:9 | 127:19 131:1 | 104:12 105:1 | **back-calculate** | 84:6,12,22 |
| 80:16 | 131:11,16 | 105:1,6 | 130:11,14 | 89:22 90:11 |
| **assume** 31:3 | **Avenue** 2:11 | 106:13 | **badly** 60:2 | 90:15 92:22 |
| 78:9 80:15 | **average** 1:5 | 109:21,21 | **ballpark** 70:9 | 95:10 99:19 |
| **assumed** 34:1 | 17:19 25:9 | 110:1,9,16,19 | 70:13,15 | 103:19 |
| **Assuming** 95:2 | 25:17 51:16 | 111:9,19 | **bandied** | 105:18 110:6 |
| **assumption** | 63:9,16 | 113:5,16,19 | 109:17 | 111:6 118:8 |
| 41:12 116:9 | 65:13,18 | 115:22 117:8 | **bankrupt** | 118:17 |
| **Atlanta** 8:4 | 110:1,16,19 | 117:12,16,16 | 54:14 | 120:21 122:2 |
| **attached** 44:12 | 111:1 116:1 | 117:20,20 | **bankruptcy** | 122:12 |
| **attachment** | 116:4,6,9,10 | 118:9,12,16 | 54:10 | 126:15 |
| 24:11 38:10 | 116:15 | 119:9 124:19 | **base** 129:9,11 | 127:11,12 |
| 68:7 102:8 | 117:13 118:9 | 127:11 129:5 | **based** 11:13 | 131:2 133:22 |
| 104:22 | 118:21 123:7 | 129:10,12,17 | 13:16 16:5 | **basically** 17:13 |
| **attempts** 23:6 | **averaging** | 129:21 130:7 | 19:4 21:14 | 64:3 84:14 |
| **attention** | 129:21 | 134:4 | 21:15,18 | 104:6 |
| 111:22 116:8 | **aware** 15:21 | **AWPs** 38:16 | 23:3 24:11 | **basis** 18:21 |
| **attorney** 91:17 | 107:8 130:8 | 79:12 115:6 | 25:9 26:11 | 38:22 42:4 |
| 91:18 136:14 | 131:13 | 115:15 | 26:14,22 | 44:13 51:15 |
| 136:16 | **away** 33:2 98:7 | 118:18 | 27:9 30:2 | 82:3,14 |
| **audit** 4:14 40:1 | 100:2 | **a.m** 1:17 | 32:15 33:21 | 92:17,19 |
| 40:2,4,5,10 | **AWP** 24:22 | | | 93:11,19 |

Hal Goldman, Pharm D., R.Ph.   Confidential
Sunrise, FL

September 20, 2004

4

| | | | | |
|---|---|---|---|---|
| 127:8 132:6 | 101:19,20 | **because** 14:2 | 110:15,17 | 103:6 106:1 |
| **basket** 84:17 | 104:5 105:18 | 16:18 18:11 | 111:4,6,16 | 108:6 113:16 |
| 87:12 | 107:13 111:1 | 24:18,22 | 114:2 116:8 | 114:1,1 |
| **Bates** 23:22 | 111:12,18 | 35:20 41:16 | 116:17,19 | 115:7,16 |
| 24:9 30:22 | 112:9,11,13 | 42:21 44:22 | 132:18 | 117:7,12 |
| 49:11,16 | 112:18 115:8 | 46:18 47:4 | **before** 1:19 | 131:13 |
| 50:1 66:14 | 116:10 | 55:1 58:3 | 5:12 6:16 | 133:16 134:2 |
| 66:22 72:12 | 117:13,21 | 63:20 65:14 | 8:18 9:18 | **believed** |
| 85:7,14,20 | 118:3,12,22 | 65:17 74:12 | 16:15 24:3 | 116:14 |
| 93:22 101:1 | 121:4,9,12,14 | 75:4,22 | 31:7 36:15 | **below** 43:4 |
| **batteries** 28:4 | 121:15,16 | 77:13,19 | 50:5 78:18 | 118:16 |
| **be** 6:20 7:19 | 122:22 123:1 | 80:22 81:18 | 81:11 110:22 | **benefit** 16:1 |
| 9:20 14:3 | 123:14,18 | 82:8,21 88:5 | 133:2 135:8 | 83:3 103:7 |
| 19:8,12 20:3 | 126:19 | 88:12 89:2,4 | **began** 100:7 | **benefits** 13:15 |
| 22:8,20 23:4 | 127:16 129:7 | 95:12 96:17 | **beginning** | 15:5,12,14 |
| 25:9,12,19 | 129:19 | 99:20 106:9 | 54:10 | 72:2 83:5 |
| 26:16 29:4,5 | 131:17,17 | 106:20 | **begins** 24:9 | **best** 75:18 |
| 32:15 33:7 | 133:8 | 109:14 114:6 | **behalf** 2:7,13 | **better** 14:22 |
| 34:2,15,15 | **Beach** 12:17 | 119:12 | 2:20 16:20 | 29:1 34:2 |
| 35:19,22 | **Beacon** 12:1,8 | 126:17 | 36:3 55:9 | 35:19 56:7 |
| 38:3,10 | 12:9 16:18 | 130:11 131:8 | 109:9,11 | 65:20 69:5 |
| 39:12,17 | 16:20 17:2,5 | 131:13 | **being** 10:19 | 76:10 |
| 42:16 45:21 | 17:7 18:9,13 | 132:13 | 50:20 70:15 | **between** 24:15 |
| 46:3,4,9,11 | 20:17 32:1,5 | **becoming** | 71:13 88:17 | 26:3 31:21 |
| 46:18 47:8 | 32:10 36:21 | 86:17 | 96:19 98:11 | 38:11 49:10 |
| 47:13 50:21 | 55:1,2,9,15 | **been** 5:4,12,17 | 106:4 121:17 | 49:17 57:21 |
| 51:10 53:6 | 55:16 66:13 | 5:20 6:15 9:7 | **belief** 112:3 | 72:14 74:17 |
| 53:11 54:7 | 67:11 71:6 | 9:8 16:2 18:5 | 117:10 | 75:9 85:13 |
| 54:11 56:5 | 73:1 94:14 | 24:18 33:5 | **believe** 5:17 | 97:3 105:3 |
| 58:5,21 59:2 | 100:11,22 | 35:2 42:1 | 12:18 18:1 | 115:7 119:19 |
| 59:3,3 60:6,7 | 101:9,22 | 43:9 45:2 | 21:6 28:13 | 123:19 |
| 60:13 61:9 | 102:2,6 | 46:20 48:10 | 31:17 32:19 | 131:14,14 |
| 61:10,11 | 103:4,16,17 | 48:12 51:7 | 40:18 43:8 | **BHP** 24:1 |
| 63:14 64:4 | 104:1 117:10 | 53:13 56:1 | 44:22 48:13 | 25:12 26:6 |
| 65:1 66:2 | **Beacon's** 55:9 | 61:8 67:5 | 49:13 52:1 | 27:16 29:9 |
| 67:19 70:12 | **bearing** 85:14 | 70:18 71:4,5 | 52:19 53:22 | 31:1,1,16,19 |
| 70:20 72:7 | 85:20 | 71:6 72:17 | 55:1 63:15 | 32:12 39:6 |
| 74:11 76:2 | **bears** 23:22 | 79:16 86:21 | 67:5 71:6 | 42:6,11 44:8 |
| 77:9,10,12,13 | 30:22 49:11 | 87:21 92:8 | 73:12 81:4 | 46:14,17,21 |
| 80:3 84:8,15 | 49:16,22 | 93:15 94:12 | 81:13 86:6 | 47:22 49:12 |
| 84:20,22 | 66:13,22 | 99:9 102:17 | 86:19 87:5 | 49:16 50:1 |
| 85:2 89:16 | 72:12 85:7 | 102:22 106:6 | 94:18,22 | 51:1,20 |
| 91:1 93:19 | **became** 8:13 | 108:18 109:7 | 101:7 102:7 | 66:14,22 |
| 95:18 96:7 | 9:21 68:11 | 109:8 110:13 | 102:11,22 | 67:12,22 |

Hal Goldman, Pharm D., R.Ph.  Confidential
Sunrise, FL

September 20, 2004

68:8,15
72:12 76:20
80:14 82:11
83:9 85:7,14
85:20 86:5
86:10,15
87:8 89:6,14
90:4 91:7
92:13 94:6
97:12 101:1
102:9,19
103:15
107:22 108:9
125:13
**bid** 32:21 33:8
33:11 34:17
35:16 36:3,4
36:16 37:10
37:13,16
38:5 42:15
42:19 74:3,4
74:21,22
75:3,10,12
**bidding** 37:8
38:4 100:4,8
**bids** 30:9 35:5
55:11 62:6
**big** 13:10
14:17 70:9
87:14
**bigger** 35:20
68:22
**bill** 22:17,21
122:6 126:18
**billed** 122:6,15
122:15,16,17
122:18,20
128:1,2
**billing** 41:14
56:5
**bit** 21:19 36:13
56:4 65:4
109:19
126:10

**blank** 28:10
48:13 73:13
**blister** 65:2
**block** 36:20
**blockbuster**
78:8
**Blue** 13:10
114:14
**board** 60:20
**BOCKIUS**
2:10
**bonus** 82:20
**book** 86:12
109:10 114:1
114:4,5,7,10
114:14,20
118:19
**booklet** 91:9
**books** 92:5
113:20
**boost** 39:13
**boss** 65:7
**both** 15:18
24:21 30:8
46:3 56:7
67:3,9 79:6
82:2 94:22
99:22 114:2
117:4 134:6
**bottom** 33:12
**Boy** 38:9
**brand** 14:20
50:16 64:14
67:15 68:4
79:4,7
**branded** 63:7
102:16
121:22
**brand-name**
77:16 103:11
104:17,22
117:16,19
**break** 7:5
47:15 102:12

107:14
**breaks** 102:10
**briefly** 91:7
**bring** 60:20
65:17 71:20
77:14
**broke** 87:20
**brought**
111:10,11,22
116:8
**Broward** 12:17
**built** 81:8
**bunch** 13:11
74:3
**bundle** 29:2
**bundled** 62:18
**burn** 29:15
**business** 10:22
11:2,4,7
21:15,16,17
30:8,10,12
32:14,17
33:2 36:5,20
36:21,22
37:2 48:17
53:19,20
55:11,14
59:7 61:5,6
61:18 70:1
71:2,8 72:17
72:20 73:16
74:4,22 75:3
75:11,17,20
81:12 91:21
98:11 99:10
101:22 102:3
103:6 105:10
109:10
120:12
**Buspar** 6:6,8
**but** 9:15 11:15
11:20 12:19
13:14 20:12
28:5,14 40:5

40:20 43:9
46:3,11 47:7
52:11 53:15
60:2,20
61:13 62:20
65:10 68:22
70:16 75:19
78:21 79:19
80:9 81:5
82:6 84:14
92:2 96:8
99:9 101:9
106:3 109:8
109:11,13
111:21 113:3
115:8,13
117:12,14
120:6 122:4
123:1,5
126:7 127:18
127:22 130:3
130:6,19
131:11 134:6
**buy** 35:19
79:13 106:22
118:9,22
**buying** 34:13
37:22 46:4
65:19 79:21
118:12
**buys** 119:5,6
**buy-in** 121:20

_____
**C**
C 4:1 24:11
102:19
104:13,15
121:7 122:3
122:13,17
126:13,15
127:11,17
128:5
**calculated** 33:6
43:10 46:17

82:13 84:13
104:9 111:2
122:7 129:2
129:5 130:5
**calculating**
45:19
**calculation**
53:13,15
81:3 110:6
127:8 128:4
130:7
**calculations**
90:11
**California**
72:6
**call** 20:6 50:19
59:22 64:3
71:14 80:20
84:8,16
108:15
**called** 5:3 8:19
11:9,15 16:3
22:3 25:4
27:17 28:12
29:9 30:14
31:11 32:8
39:6 62:16
73:2,12 78:8
92:17 105:10
121:10 127:5
128:21
**came** 25:19
26:16 34:6
53:20 54:11
73:16 74:5
74:20 76:15
87:16 88:3,3
91:17,18
99:17 101:19
102:2 107:11
115:4
**can** 7:6 14:15
14:18 17:11
19:3,5,10,14

Hal Goldman, Pharm D., R.Ph.  Confidential
Sunrise, FL

September 20, 2004

6

20:12,16
21:14 36:18
42:9 43:5
45:12,14
58:9 59:2
61:9,10
62:17 63:13
66:3,7 71:14
79:13 80:7
83:12 84:22
84:22 85:21
86:3 87:10
89:11,14
90:7 91:3
94:1 95:13
96:7,20,20
113:12 119:3
119:16
123:18 125:3
126:6 130:11
131:21
**cannot** 91:22
**can't** 14:6
41:15 48:12
52:21 66:3
73:12,13
114:2 116:19
123:4 129:22
131:5,9
**card** 65:2
**care** 11:9
13:22 61:2
73:6 74:1
**cares** 52:7
77:22
**carried** 16:4
**carry** 15:17
**carve** 22:16
**case** 6:5,12
42:19 47:7
69:10 87:13
88:8,18
111:5 121:15
**cases** 5:16 6:8

6:9 20:12,12
22:2,15
110:21 111:8
**casual** 6:21
**category** 25:4
25:13,16,20
25:21 26:7
27:16,17,19
39:6
**cause** 1:22
115:22
**caused** 35:5
115:18
**center** 59:19
**cents** 103:12
103:14
**certain** 53:17
102:10,11
130:2
**CERTIFIC...**
135:1 136:1
**certify** 135:7
136:7,13
**cetera** 25:21
**chain** 131:15
**chains** 63:21
64:5 65:15
65:19,22
70:9 102:11
132:9
**chance** 60:1
**change** 25:1,1
78:20 79:13
79:15 83:6
86:16 89:21
111:8 113:4
130:7 132:1
132:3,8
**changed** 12:12
17:4 24:17
111:19 112:4
112:5
**changes** 24:18
53:13 79:13

83:3,4,4
86:13 113:4
113:5 130:7
130:7
**Chapter** 48:17
**charge** 15:16
42:13 43:2
**charged** 28:15
29:6
**charges** 33:7
33:22 121:7
121:9,10
**chart** 4:16
51:21,22
52:2,9 85:19
92:14
**check** 90:20
94:15,18
95:18
**chemotherapy**
26:7,10,14,16
41:2 57:22
**chief** 65:6
**choice** 80:22
**choices** 75:19
**choose** 40:1
60:9 83:14
97:19
**choosing** 62:8
82:7 98:19
**chose** 37:20
74:3,4,7
83:16 88:12
108:12
109:13 116:5
**chosen** 62:21
98:2
**Cipro** 6:7,8
**Circle** 2:18
**circumstances**
5:21
**City** 76:12
**CIVIL** 1:5
**claim** 4:14

23:1 56:10
80:5,9
122:12,20,20
126:13 127:2
127:20
**claims** 56:12
80:8 104:6
122:2 126:11
126:15
**clarify** 15:18
37:5 44:4
68:7 97:2,6
104:11
**class** 42:1
84:18,20
129:21
**clause** 124:7,8
**clear** 20:22
120:7
**clinical** 10:4
16:5,19
17:10,11,13
17:18 20:10
71:18,19,21
88:16,20
**close** 22:18
57:9 63:21
70:9 96:5,8
**closed** 40:7
**closer** 35:16
**coat** 29:14
**code** 64:10
80:11,11
**collected**
108:14 109:9
**Columbia** 9:21
**column** 24:20
28:9 33:14
33:14 44:9
52:4,11,15
92:16 93:4
**columns** 24:22
**come** 5:11
14:19 15:20

29:22 34:11
55:16 60:10
76:7 90:2
110:9,22
111:3 113:2
114:8 132:9
**comes** 15:19
45:15 64:2
77:16 78:9
92:21
**comfortable**
60:12
**coming** 18:7
44:13 81:7
82:3 92:2
**comment**
52:19
**commercial**
21:16
**commission**
52:12 135:17
**committee**
71:11,16,21
71:22
**common** 63:7
73:19 92:4
117:12
**community**
33:22 34:8
**companies**
55:14 62:14
79:7 113:22
115:13
**company** 7:17
8:19 10:15
11:1 16:2,20
31:11 34:12
40:20 48:13
54:5,13,13
61:19 62:16
71:5 73:2,12
81:17 87:12
115:9 119:5
119:12 120:1

Hal Goldman, Pharm D., R.Ph.  Confidential
Sunrise, FL

September 20, 2004

7

133:13
company's
7:12 78:1
compare 36:11
114:19
compared
106:11
compares
90:17
comparing
96:6
comparison
46:8,10
compendia
115:1
compensate
25:7,15 26:9
29:17 39:14
56:14
compensated
20:16 55:21
61:7
compensating
50:12
compensation
20:15 30:1
53:1
compete 13:12
13:18 38:2
60:7,14
competing
81:12 98:10
competition
60:16 75:13
75:16 77:13
competitive
13:21 14:9
38:11 70:4
87:9,13
100:4,8
competitiven...
78:15
competitor
70:16

competitors
13:4,6,8 70:5
70:13 87:14
87:14
complete
136:10
compliance
40:15
component
14:7 62:13
62:15,20
81:10 83:13
84:7
computer
113:11 122:5
concept 40:21
concern 51:22
concerned
14:3
concerning
95:21
concluded
134:10
Concord 1:13
confidential
1:12 96:18
106:9
connected
136:16
connotations
119:18
consider 58:11
58:19 114:22
considered
29:4,6 40:11
46:18 52:20
59:3 98:19
considering
40:14
consistency
112:15
consistent 57:7
95:7,22
103:10

constitutes
89:9
consultant
15:5,12
112:17
consultants
15:21
consulting
16:19
consumer 14:2
contact 17:19
contain 41:19
contains 45:5
94:15
continue 18:2
83:16 88:13
90:4
continued
87:18
continues
19:16 25:11
27:16 79:20
89:10
contract 3:11
3:15 21:7,14
21:20,21,21
23:3,12,22
24:6 26:13
30:3,5 31:10
31:15 32:5,5
32:6 35:14
36:15 40:16
40:21 41:11
41:12 42:22
43:7 44:5,11
46:10,14,20
47:3 48:1,5
48:21 52:19
53:5,9,22
54:1 55:20
58:5 61:11
63:8 64:12
65:12 66:21
67:6,14,21

72:19 74:8
75:5 82:15
82:20 84:8
84:14 85:1
86:19 87:1,2
87:22 90:3
92:20 94:19
99:17 101:5
101:6,17,19
108:18 112:6
118:6 120:11
123:21
124:19 129:8
131:2,4,8
133:9
contracted
71:17 72:1
121:11
122:12
127:16
contracting
14:22 54:6
75:6 98:22
contracts
21:10,11,12
22:13 32:4
51:19 64:21
65:8,14 67:9
76:4 81:14
83:15,16,18
83:20 84:4
87:20 97:14
97:18,21
98:13,16,18
99:2 103:20
103:21 104:1
104:6 117:4
124:1,3,6
125:17,22
contractual
45:22
Contractually
120:14
Contract/Co...

48:4
contribute
81:7
control 9:8
22:19 23:22
36:20
conversation
6:21
copies 96:11
104:19
copy 19:1 74:9
96:13
Coral 2:19
corporate 7:10
correct 9:4
24:16 25:5
26:15 27:14
28:6 31:2,18
35:2 37:11
37:12,15
38:16 39:1
41:4,9 42:20
43:14 45:7
47:2,3,11,12
49:3 50:9
54:17 55:2
56:21 62:9
62:10 68:12
68:13,18
69:1 89:17
89:18 93:13
93:14,17
100:12,13
104:3,18
105:11
108:21 109:3
109:12 117:5
117:6,17,18
118:3,4,17,21
120:10 127:3
133:8 134:1
134:7
correction
99:14

Hal Goldman, Pharm D., R.Ph.  Confidential
Sunrise, FL

September 20, 2004

8

| | | | | |
|---|---|---|---|---|
| **correctly** 23:5 | 122:22 | 8:7 | CVS 65:16 | **death** 20:13 |
| 79:18 105:9 | 123:11 | **criteria** 77:2,4 | **CVS/Eckerd's** | **decide** 59:5 |
| 115:9 | 127:14 130:6 | 77:11 80:2 | 66:2 | 71:9 |
| **correlation** | 131:1 | 80:14 81:4 | | **decision** 71:19 |
| 45:21 | **couldn't** 17:2 | 82:19 | **D** | **decisions** 16:5 |
| **cost** 13:22 14:5 | 38:2 76:8 | **Cross** 13:10 | **D** 1:18 3:1 5:2 | 48:6,8 71:18 |
| 17:19,20 | **counsel** 89:13 | **CROSS-EX...** | 125:16 135:9 | **decrease** 78:2 |
| 22:19 26:12 | 111:6 136:14 | 125:7 | 136:8 | **decreases** 65:5 |
| 26:22 27:1,2 | 136:16 | **CuraScript** | **Dade** 12:16 | **Defendants** |
| 27:3,5 39:17 | **county** 12:17 | 3:13 30:14 | 135:4 136:4 | 2:13 5:3 |
| 39:20,22 | 12:19 135:4 | 30:20 31:12 | **Dadeland** 4:6 | **defer** 92:4 |
| 40:17,22 | 136:4 | 31:15 32:22 | 66:22 67:5 | **defined** 40:19 |
| 41:1,6,7,20 | **couple** 11:18 | 33:18 34:1,6 | 67:21 68:20 | 40:22 |
| 43:20 45:2 | 35:22 54:11 | 35:11 36:11 | 69:6,14 | **definitely** 67:6 |
| 46:4,20 47:1 | 59:11 62:14 | 36:18 37:1,7 | 117:4 | **degree** 8:6,6 |
| 47:7 52:3,15 | 65:22 74:21 | 37:10 38:4,7 | **dash** 28:10 | **delivered** 40:8 |
| 59:12 69:8 | 75:11 78:2 | 41:18 42:7 | **data** 127:1,4 | **department** |
| 69:13 70:17 | 107:18 | 43:13,19 | 127:14,18,21 | 10:3 17:1 |
| 76:22 78:3 | **course** 59:12 | 44:9 45:6,16 | 130:22 | 21:10 24:8 |
| 82:13 94:22 | 75:18 91:21 | 46:5,15 47:1 | 131:12,16 | 40:5 |
| 103:1 118:16 | **court** 1:1 | 53:22 55:12 | **Databank** | **depend** 64:21 |
| 119:15,21 | 109:18 | 62:7 120:5,8 | 110:5 114:14 | **depending** |
| 120:2,7 | **courtesy** | **CuraScript's** | 115:2,8,10,12 | 29:19 58:10 |
| 122:1 127:8 | 114:17 | 38:18 47:7 | **date** 6:13 | **depends** 59:4 |
| 127:15 | **cover** 42:14 | **current** 8:9 | 53:22 68:16 | 78:12,15 |
| **costs** 14:8,11 | 56:3 68:2 | 23:13 24:14 | **dated** 30:19 | 84:20 |
| 14:14 27:12 | 79:10 84:4 | 25:9 33:15 | 50:1 85:7 | **deponent** |
| 79:10 92:4 | 85:5 100:21 | 34:7,19 38:3 | 100:22 117:5 | 135:7 |
| 118:6 123:12 | **coverage** 83:4 | 41:15 45:20 | 136:19 | **deposed** 5:12 |
| 127:5 | **covered** 52:22 | 64:12,13,14 | **dates** 68:13 | 5:16 |
| **could** 9:7,8 | 105:17,18 | 64:22 99:1,2 | **day** 5:10 12:5 | **deposition** |
| 18:14 20:18 | **covering** 118:6 | 99:21 124:6 | 19:12,13 | 1:18,21 6:11 |
| 20:22 32:15 | **covers** 29:1 | 133:6 | 20:4,4 28:17 | 134:9 136:1 |
| 33:3,4 42:16 | **co-pay** 127:15 | **currently** 13:3 | 28:17,18 | 136:8 |
| 46:1 53:11 | **co-pays** 15:15 | 17:16 24:6 | 78:14 88:7 | **Depot** 90:14 |
| 59:5 73:8 | 15:19 | 63:19 71:3 | 135:11 | **Description** |
| 75:21 76:1 | **co-worker** | 72:3,5 88:6 | 136:19 | 3:7 4:2 |
| 76:14 78:3 | 7:19 | 97:4 | **days** 43:9 | **design** 13:15 |
| 80:12 89:21 | **Cr** 3:3 | **customary** | 111:16 | **designated** |
| 89:22 97:15 | **creating** 77:5 | 67:16,19 | **DC** 2:12 | 77:2 |
| 98:2 109:5 | **credited** | 102:19 121:7 | **DD043463** | **designed** 123:1 |
| 116:10 | 124:17 | 121:9 | 135:17 | **desk** 64:2 |
| 117:13 | **CRIDEN** 2:17 | **customers** | **deal** 113:9 | 113:2 |
| 121:12 122:4 | **criminal** 5:16 | 13:22 14:4 | **dealing** 62:5 | **detail** 109:19 |

Hal Goldman, Pharm D., R.Ph.  Confidential
Sunrise, FL

September 20, 2004

9

| | | | | |
|---|---|---|---|---|
| **detailed** 113:5 | 116:2 118:5 | 108:1,10 | 1:1 | 56:12 57:16 |
| **determine** 16:4 | 119:4,11 | 120:12 | **DME** 62:16 | 58:11,19 |
| 39:19 64:10 | 120:16 124:1 | **disclosed** 41:10 | **doc** 19:13 | 60:9 62:22 |
| 80:4,7,12 | 124:2 125:21 | **disclosure** | 22:15 | 63:22 64:21 |
| 112:11,18 | 133:10 136:7 | 108:6,15 | **DOCKET** 1:5 | 66:5 69:12 |
| 122:11 124:9 | **didn't** 34:16,20 | 109:8 | **doctor** 20:7 | 69:20 70:21 |
| **determined** | 35:2 47:4 | **discount** 38:19 | 22:4 23:3 | 71:9 74:11 |
| 80:19 81:2 | 60:19 75:12 | 43:12 45:9 | 56:5 57:10 | 75:15 78:4 |
| **developing** | 82:8 97:20 | 46:12 47:10 | 57:14 58:21 | 83:18 84:10 |
| 18:19 | 98:6,17 | 68:20,22 | 59:6 61:1 | 89:3,19 |
| **development** | 106:20 107:3 | 69:4,13 89:9 | 89:2 128:18 | 95:19 101:16 |
| 15:10,20 | 118:19 126:7 | 93:18 118:11 | **doctorate** 8:2 | 101:21 |
| 121:4 | 127:16 | 121:21 | **doctors** 21:8 | 106:15 |
| **did** 9:10,16 | **Diego** 72:6 | 127:15 | 22:2,20 23:7 | 107:22 108:7 |
| 10:5,7,8,11 | **difference** | **discounted** | 56:2 59:4 | 108:9 109:21 |
| 16:8 17:3,21 | 115:14 | 122:7 128:4 | 60:7,7,10,11 | 110:3,19 |
| 18:1,9 29:22 | **differences** | **discounts** 96:4 | **doctor's** 40:8,9 | 112:8 113:15 |
| 33:19 34:9 | 58:5 96:6,8 | 118:8,14,20 | 59:20 60:4 | 114:1,4 |
| 34:10 35:10 | **different** 45:22 | 120:21 | **document** 1:7 | 121:1,8 |
| 36:4,5,15 | 58:2 60:14 | 123:11,13,17 | 7:18 23:21 | 122:10 |
| 37:9,16,18,19 | 65:16 67:8 | 123:18 124:9 | 24:2,5 25:2 | 127:10 |
| 37:20 38:4,5 | 74:15 75:17 | 132:17 | 31:6,9,10,12 | **doesn't** 7:2 |
| 41:18,21 | 77:18 83:20 | **discussed** | 31:18,20 | 15:20 22:16 |
| 42:22 43:15 | 104:9 107:4 | 40:21 58:14 | 32:12 35:4 | 56:8,8,9 66:3 |
| 43:17 44:7 | 115:5,6,13,20 | **discusses** 46:15 | 36:10 66:12 | 74:11 78:16 |
| 45:14 52:1 | 116:4 120:3 | **Discussion** | 73:21 101:21 | 118:10 |
| 53:19 55:8 | 128:3 | 61:21 | **documentati...** | **doing** 40:11 |
| 68:20,22 | **differentiate** | **Disetronic** | 40:9 | 58:4 59:12 |
| 73:6,9 74:4 | 57:10 | 28:3 | **documents** | 70:19 72:17 |
| 75:2,4,5,17 | **differentiati...** | **dispensed** 80:8 | 31:14 50:5,7 | 101:22 |
| 76:6,7,13,17 | 103:2 | 84:5 124:10 | 86:4 95:21 | 121:15 |
| 81:11,16,20 | **differently** | 124:16 | **does** 11:12 | 128:14 |
| 82:17 83:7 | 112:7 116:4 | **dispensing** | 12:15,21 | **dollar** 24:16 |
| 88:10 91:10 | **diminish** 89:22 | 42:7,13,15,20 | 13:1,4,12,18 | 67:18 130:3 |
| 91:11,16 | **Dir** 3:3 | 43:1,2,18,19 | 13:18 14:11 | 130:5 |
| 92:6 95:3 | **direct** 5:6 | 44:4 50:16 | 14:12 17:16 | **dollars** 24:19 |
| 98:3,4,10 | 16:21 66:1 | 50:18,21 | 19:19 20:8 | 57:13 71:20 |
| 101:6,8,9,11 | 98:22 | 68:4,6 81:8 | 21:7,22 22:2 | **done** 11:18 |
| 101:14 102:8 | **directly** 21:7 | 81:10 103:12 | 25:7,15 26:9 | 18:4 20:2 |
| 103:4,6,17,19 | 54:19 104:1 | 103:13 105:7 | 29:14,17 | 25:17 27:19 |
| 103:21 111:3 | **director** 8:12 | 105:8 117:22 | 37:5 39:14 | 28:1 35:14 |
| 111:8 112:12 | 8:16 9:19 | **distributing** | 39:19 43:20 | 36:20 40:2,4 |
| 114:19,21,22 | 10:9 | 91:8 | 43:21 51:1,4 | 40:10 56:1 |
| 115:18,21 | **disclose** 106:10 | **DISTRICT** 1:1 | 51:22 52:2,9 | 59:2 60:4 |

Hal Goldman, Pharm D., R.Ph.  Confidential
Sunrise, FL

September 20, 2004

10

| | | | | |
|---|---|---|---|---|
| 72:20 75:4 | 16:14 24:2 | 16:4 18:22 | **E** | 88:3 |
| 98:7,22 | 31:22 47:22 | 22:1,3 23:2 | E 3:1,6 4:1 | **entering** |
| 99:19 100:10 | 55:6 73:19 | 25:4,16 26:7 | **each** 21:14 | 122:10 |
| 103:11 | 85:6 87:19 | 26:10,14,17 | 35:2,2 61:11 | **enters** 77:16 |
| 110:18 | **drafted** 89:12 | 27:18,21 | 79:21 87:12 | 78:22 80:9 |
| 117:13 | 104:3 | 28:5,7 33:13 | **earlier** 22:15 | **entire** 31:10 |
| 121:20 | **drawing** 73:13 | 38:19 39:2,6 | 40:21 41:3 | 35:7,8 63:10 |
| 132:11 | **drop** 65:3 78:6 | 39:15 40:6 | 56:21 61:4 | 71:7 94:21 |
| **don't** 6:4,13 | 79:20 | 41:3,19,22 | 87:11 120:6 | 109:10 |
| 7:2 13:20 | **dropped** | 42:2 43:16 | 131:22 | **entities** 11:12 |
| 15:18,22 | 121:22 | 43:21 44:6 | **early** 44:18 | 12:12 13:13 |
| 16:7 20:1 | **drops** 122:6 | 45:1,3 48:5 | 116:16 | 32:3 |
| 28:13,15 | **drug** 18:16,19 | 50:12 51:15 | **easy** 43:22 | **entitled** 17:10 |
| 47:14 53:6 | 19:5,20 20:3 | 51:22 56:6 | 84:18 | 18:16 20:15 |
| 56:12 59:15 | 22:4,5,6,11 | 58:22 61:7 | **eating** 28:3 | 23:21 24:11 |
| 60:16,19,22 | 26:19 27:13 | 61:14 62:22 | **education** 8:5 | 25:13 33:14 |
| 74:11 78:6 | 33:6 40:10 | 63:5,12 | 18:6 | 33:15 51:21 |
| 79:12 82:5 | 40:20 42:15 | 64:14 67:13 | **educational** | 66:12 72:11 |
| 90:19 92:12 | 44:22 50:16 | 67:17 68:5 | 7:22 92:9 | 83:10 90:5 |
| 93:2 100:6,9 | 50:17 51:2,4 | 69:17 70:4 | **EDWARDS** | **entity** 11:19 |
| 101:7 106:14 | 51:10 52:3,4 | 70:14 71:9 | 1:19 135:6 | 63:9 |
| 107:5 112:10 | 52:14 55:21 | 77:1 97:19 | 135:15 136:6 | **entrant** 78:10 |
| 112:14,16 | 56:2,3,9 | 102:6,16 | 136:21 | **equal** 126:18 |
| 116:7 121:1 | 58:17 61:15 | 103:1,11,13 | **effect** 54:22 | **equated** 119:5 |
| 121:5 125:1 | 61:16 70:21 | 104:17,22 | 67:9 68:16 | **equipment** |
| 127:10,21 | 71:13,18 | 105:5,6,17,18 | 86:7,21 | 51:9 62:16 |
| 130:15,16,19 | 77:16,17 | 106:12,22 | **effective** 14:18 | **error** 19:1 48:9 |
| 132:7 | 78:1,5,7,9 | 107:5,5,7 | 15:4 49:19 | **ESQ** 2:3,9,16 |
| **dosage** 90:18 | 79:3,19 80:5 | 110:12 115:6 | 53:22 68:11 | **establish** 20:22 |
| 92:17 93:7 | 80:6,10,15 | 116:15 117:8 | **efforts** 14:13 | **established** |
| **dosages** 90:6 | 82:12,13,14 | 117:16 | **either** 54:9 | 40:20 53:3 |
| **dose** 93:13,16 | 82:19,22 | 121:15 | 73:22 84:22 | 110:4 131:14 |
| **doses** 19:11 | 84:1,8,15,19 | 123:15 | 98:15 129:21 | **estimated** |
| **doubt** 112:5 | 97:12,13 | 124:10 128:8 | **else** 36:4 59:7 | 48:20 |
| **down** 6:18 | 105:22 106:3 | 128:9 130:9 | **emergency** | **et** 25:21 |
| 14:9 25:1 | 113:12 | 130:20 131:7 | 71:14 | **evaluation** |
| 46:7 51:3 | 116:10 | **drug-pricing** | **employee** | 18:17,20 |
| 65:18,18 | 117:19,22 | 78:20 | 136:14,15 | 19:6 |
| 66:4 70:17 | 118:2 120:9 | **due** 18:20,20 | **end** 11:2 53:11 | **even** 34:20 |
| 70:17 74:6 | 121:3 124:17 | 19:7 36:1,14 | 54:9 | 58:7 61:16 |
| 75:19 76:5,6 | 125:18 | **duly** 5:4 135:8 | **endeavors** 23:6 | 71:6 75:12 |
| 77:14 90:12 | 128:14,16 | **durable** 62:15 | **ended** 54:6,14 | **ever** 5:12 |
| 91:18 102:12 | **drugs** 10:6 | **during** 30:3,5 | 62:8 | 10:14,17 |
| **Dr** 5:8 7:22 | 14:18 15:17 | **duties** 8:15,21 | **enter** 87:16 | 15:5 40:2,11 |

58:19 72:1
72:20 91:12
101:8 106:11
114:13,22
115:22 118:5
123:3,7
125:21
**every** 79:9
80:9 83:5
96:13,16
119:12 124:6
127:1
**everybody**
12:11 13:15
33:21,22
**everything**
6:18 11:20
20:11 42:22
**exactly** 6:13
37:4 109:20
**EXAMINAT...**
5:6 133:19
**example** 29:9
45:4 46:22
60:6 65:15
90:14 92:15
104:11
118:19 124:2
**except** 34:16
**exclusivity**
77:19 78:10
78:11
**excuse** 93:4
**exhibit** 3:9,11
3:13,15,17,19
3:21 4:4,6,8
4:10,12,14,16
4:18 16:10
16:11 17:8
23:17,18,21
30:15,16,19
38:15 39:5
42:5 46:13
47:13,17,22

49:5,5,6,9,13
49:13,16,20
49:21 50:10
54:21 55:2
66:7,9,12,16
66:18,21
67:12 68:10
68:15 72:7,8
76:18 80:13
82:10 83:9
85:3,5,9,10
85:12,16,17
85:19,21,22
86:3,4,18,19
87:3,7 89:6
91:6 92:13
93:22 94:4
97:5,11
100:16,18,21
107:19
125:11,16
**Exhibits** 117:3
**existing** 32:4
35:21 46:16
**expect** 83:8
112:12
119:11
**expected**
112:14,15
**expensive**
14:20
**experience**
126:14
**expert** 11:14
13:14 112:18
**experts** 112:11
**expires** 78:11
135:18
**explain** 20:16
42:9 43:5
46:1 83:12
87:10 89:11
119:16
**explaining**

86:15
**exposes** 59:19
**Express** 73:5
81:15
**extent** 10:20
62:18
**extra** 28:15
29:15 57:12
**eye** 111:5

---

**F**

**F** 2:9
**face-to-face**
76:16
**facilities** 50:15
**facility** 103:2
**fact** 4:6 40:13
66:21 68:22
74:16 91:10
98:17 115:21
**factor** 59:3
82:7 98:18
118:10 121:5
**factored** 119:9
**factors** 58:11
81:6
**fair** 26:2 27:10
27:18 31:6
53:4,6 75:12
77:15 103:16
104:16 119:1
**fairly** 117:21
**fall** 67:19
**family** 59:17
**far** 88:14
**fat** 29:13,15
**favored** 84:9
**faxed** 64:3
**February**
30:19
**fee** 28:14,16,20
42:7,15,21
43:1 44:4
50:16,18,21

56:4,14,18
58:2,12,20
81:8,10
103:12,13
**feedback** 118:7
**feedings** 28:12
**feel** 56:7
**fees** 42:14 43:2
43:18,19
57:5,7 105:7
105:8
**felt** 35:19
37:22 38:2
73:19
**few** 29:5 41:16
57:12 65:2
**field** 122:5
127:7,9,20,22
128:1,2
129:18
**fields** 122:14
**figure** 122:19
127:12 130:3
130:6
**figured** 34:12
**file** 124:16
**filed** 1:21
48:17 54:10
77:20
**files** 6:7
**finalist** 74:6
76:16
**finalists** 76:9
**financial** 20:9
54:3,18
71:20 83:6
**financially**
136:17
**find** 122:4
**fine** 14:16
**firm** 2:3,9,16
**first** 5:4 31:3
45:5 50:10
52:6 55:7

67:22 77:21
80:11 91:13
94:3 100:14
104:16
107:10 110:5
115:8,10,12
126:12
**fiscal** 10:2
48:20
**five** 14:15 16:2
18:4 80:11
84:20
**fixed** 27:17
28:6,8,15,18
29:19 39:2
53:4 110:12
134:3
**flat** 85:1
**flex** 64:22
**flip-flopped**
69:12
**flood** 78:14
**floor** 1:14 79:1
**Florida** 1:15
1:20 2:19 8:7
9:1 11:17,20
12:6,16,18,21
13:7 20:20
23:15 24:7
24:15 25:7
25:15 26:3,9
30:3,4,20
32:8 34:3,14
35:21 36:22
37:13 38:10
38:13 39:14
39:22 40:3
40:22 41:8
46:7 48:18
49:10,17
50:11 60:17
62:7,8,13,17
63:19 70:7
72:11,22

Hal Goldman, Pharm D., R.Ph.  Confidential
Sunrise, FL
September 20, 2004

12

| | | | | |
|---|---|---|---|---|
| 73:4,9 86:7 | **Foundation's** | **full** 73:20 75:7 | 21:20 28:15 | **gives** 51:4 |
| 86:16 88:3 | 32:16 73:3 | 108:15 109:8 | 33:10 36:14 | 93:11 130:5 |
| 99:11,17 | **four** 114:7 | **full-plan** 82:16 | 37:16 40:12 | **giving** 14:19 |
| 108:7 135:3 | **fourth** 86:22 | **full-service** | 43:13 54:12 | 40:9 |
| 135:16 136:3 | **frame** 24:17 | 75:4 | 56:3 57:13 | **go** 9:3,3 13:15 |
| **folded** 99:10 | 78:19 | **funding** 86:11 | 58:2,9,22 | 26:20 28:12 |
| **follow** 132:16 | **fraud** 124:12 | 86:14 | 59:19 60:10 | 29:2 34:16 |
| **following** | 124:14 | **further** 27:15 | 60:11,14 | 35:5 36:16 |
| 47:20 62:1 | **from** 7:18 8:3 | 136:13 | 64:2 68:22 | 41:15 53:8,9 |
| 107:16 125:6 | 8:7 10:19 | **furthest** 24:20 | 69:21 70:3 | 53:19 83:21 |
| 129:16 | 18:9 20:5 | ———— | 76:7 77:20 | 90:15 92:20 |
| **following-na...** | 21:11 30:20 | **G** | 78:5,13,16 | 97:5 128:9 |
| 135:7 | 33:2,10 | **Gables** 2:19 | 79:15 80:9 | 130:17 131:5 |
| **follows** 5:5 | 35:22 36:3,4 | **gain** 30:10 | 84:12,21 | 132:4,5 |
| 77:9 | 37:7,10,13,16 | **gamut** 9:9 | 88:7,8 89:5 | **God** 48:12 |
| **food** 66:4 | 38:3 41:18 | **gave** 60:6 | 89:22 91:10 | **goes** 79:1 83:4 |
| **forgot** 73:10 | 42:6,17 | 92:11 107:9 | 92:6 95:8,15 | 108:20 |
| **form** 23:2,22 | 43:10,13 | **general** 5:20 | 96:2,11 | 126:13 |
| 52:13 | 55:12 58:21 | 63:2 84:3 | 113:2,10 | **going** 6:17,17 |
| **formally** | 59:6,16,17 | 91:18 | 118:8 120:11 | 6:18 19:8 |
| 100:10 | 60:10,11,13 | **generic** 50:17 | 121:18,18,22 | 20:5 33:8 |
| **formulary** | 62:15 69:21 | 63:12 67:17 | 122:7 123:15 | 36:17 38:3 |
| 13:17 16:5 | 70:8 74:14 | 68:5 77:1,16 | 126:6 127:1 | 40:6 44:3 |
| 70:21 71:1,7 | 78:3 81:22 | 78:10,22 | 127:10,21 | 46:13 47:13 |
| 71:10,19 | 82:21 84:11 | 79:4,12,17 | 133:7 | 48:13 54:7 |
| 84:9,10 | 85:6 86:11 | 103:12 105:5 | **gets** 23:12 64:6 | 54:14 62:3 |
| 86:12,13 | 88:9,10 | 105:6 106:18 | 78:18 80:5 | 66:2 69:8 |
| 88:5,15,20,22 | 89:19 91:10 | 107:10,11 | 80:15 84:11 | 70:11 75:7 |
| 89:17,20 | 91:12,15 | 118:2 121:15 | 119:12 | 78:1 79:8 |
| 91:8 92:5 | 92:3,21 94:2 | **generics** 14:19 | **getting** 37:7 | 126:19 |
| 105:19 | 94:12 95:8 | 18:7 64:16 | 38:3 59:22 | 128:18 130:3 |
| **forward** 21:2 | 97:19 100:2 | 77:9,12 80:1 | 69:14 70:13 | **Goldman** 1:18 |
| 132:1 | 103:5 105:1 | 104:17 | 71:14 95:18 | 3:4,7,9,11,13 |
| **found** 101:7 | 105:7 108:2 | 117:17 | 108:2 109:2 | 3:15,17,19,21 |
| 109:5 | 108:10,17 | **geographic** | 119:7 124:10 | 4:2,4,6,8,10 |
| **Foundation** | 109:2,6 | 59:5 | 132:19,22,22 | 4:12,14,16,18 |
| 12:2 32:2,6 | 110:13,13 | **geographical** | 133:5,10 | 5:2,8 7:22 |
| 32:10 35:6 | 113:3,15 | 64:10 | **give** 6:17 20:22 | 16:11,14 |
| 36:14,19 | 115:4 119:8 | **geography** | 29:15 33:19 | 23:18 24:2 |
| 71:7 73:2 | 127:1 129:13 | 57:19,20 | 57:12 76:3 | 30:16 47:17 |
| 105:10,13,14 | 130:9,10 | **Georgia** 8:4 | 113:15 130:3 | 47:22 49:5,5 |
| 105:19,21 | 132:17 | 66:5 | **given** 19:12 | 49:6 66:9,18 |
| 106:5,11,17 | 133:10 | **germs** 59:20 | 22:8 60:7 | 72:8 85:3,6 |
| 107:1 | **front** 102:12 | **get** 12:19 21:19 | 130:6 | 85:10,17,22 |

Hal Goldman, Pharm D., R.Ph.   Confidential
Sunrise, FL

September 20, 2004

13

| | | | | |
|---|---|---|---|---|
| 100:18 135:9 | 92:2 | 30:21 | 22:13 23:3 | 106:14 108:6 |
| 136:8 | **guys** 118:5 | **HANZMAN** | 24:2,4,6 28:8 | 108:13,16,17 |
| **gone** 61:10 | | 2:17 | 31:8 33:5 | 108:18 109:5 |
| 115:11 | ____ **H** ____ | **happen** 79:16 | 34:16 35:1,1 | 109:7,8 |
| **good** 5:8,9 80:8 | **H** 3:6 4:1 | 80:21 | 40:1,4,10,11 | 112:22,22 |
| 107:13 116:7 | **had** 6:6 9:1,13 | **happened** | 42:1 43:6,9 | 113:13 114:6 |
| 125:9 | 15:13 18:11 | 36:18 | 45:2,11 46:9 | 115:6,18 |
| **got** 41:18 43:7 | 30:7 31:10 | **happens** 35:22 | 46:19 48:10 | 116:19 118:7 |
| 57:15 60:12 | 32:1,2 34:9 | 77:17 78:11 | 48:12 50:5,6 | 119:10,14 |
| 61:2 62:13 | 34:12 35:11 | 78:21 79:2,3 | 51:7 52:4,12 | 121:20,20 |
| 65:14 68:19 | 35:20 36:20 | **hard** 123:20 | 53:13 56:8,8 | 122:22 123:3 |
| 74:14,18,19 | 38:5,14 40:7 | **has** 7:17 13:15 | 56:9 58:10 | 123:7,20 |
| 76:15 81:22 | 40:9 44:12 | 14:13 15:5 | 58:13 59:4 | 124:2 126:5 |
| 96:14 98:7 | 46:5,10 | 16:2 24:17 | 59:15 60:4 | 127:20 |
| 119:18 | 47:20 50:13 | 38:10 40:2 | 60:11,18,19 | 130:15,16 |
| **gotten** 94:14 | 54:13 55:16 | 61:1,2,3 | 60:19 61:1,8 | 132:11,18 |
| 108:17 | 56:21 62:1,6 | 62:13 64:12 | 61:10,11 | 133:17 |
| 121:21 | 62:19 71:7 | 65:16,22 | 62:15 63:7 | **having** 5:4 |
| **government** | 72:20 73:3,8 | 67:5 71:4,6 | 63:20 64:22 | 54:3 60:4 |
| 10:18,20 | 74:2,6 75:4 | 72:1,17 74:9 | 65:2,2,8,19 | 121:16 |
| **graduate** 8:5 | 81:1,14,15,19 | 77:13 78:5 | 69:2,3 71:5 | **HCFA** 23:1 |
| **grand** 73:8 | 86:12,12 | 78:10 79:16 | 71:11,17,18 | 50:19 52:12 |
| **grant** 91:7,10 | 87:20,21 | 80:10 84:8 | 73:8 74:16 | 67:18 68:6 |
| **granted** 77:19 | 88:12 96:18 | 85:5 92:16 | 75:21 76:19 | 77:8 81:15 |
| **grants** 91:12 | 97:3,18 98:1 | 97:8,15 | 77:12,19,22 | 102:18 105:8 |
| 92:3,6,11 | 98:22 99:7 | 110:15 112:3 | 78:9 79:9 | 113:17,17 |
| **greater** 68:19 | 99:14 100:11 | 112:5 114:13 | 80:2,20 81:4 | **he** 32:1 52:7 |
| **GREGORY** | 104:1 105:9 | 115:11 122:2 | 81:13 83:15 | 54:13 56:8,9 |
| 2:9 | 105:21 | 124:6 125:1 | 83:18,20 | 56:10,12 |
| **ground** 6:16 | 106:18 | 127:18 | 84:8 86:21 | 58:16 89:5 |
| **group** 60:13 | 107:16 109:4 | **have** 5:12,13 | 86:21 87:4 | 91:3 119:21 |
| **guarantee** | 109:14 | 7:1 8:2,6,11 | 88:18 90:19 | **head** 6:5,21 |
| 82:12,19 | 114:15 | 9:7,8,10 | 91:12 92:8 | 90:19 |
| 83:1 | 120:14 | 10:14,16,17 | 92:20 93:2 | **header** 11:20 |
| **guarantees** | 124:11 125:6 | 11:6,7,7,8,12 | 93:15 94:14 | **health** 10:12 |
| 82:12 | 125:18,20,22 | 11:14,17 | 94:18,20,20 | 12:2,8 13:5 |
| **guess** 35:1 52:9 | 126:2 | 12:16,17,18 | 95:11,13,22 | 52:20,22 |
| 67:8 99:8 | **Hal** 1:18 3:4 | 13:2,3,4,9,16 | 96:16 97:8 | 73:1 81:22 |
| 108:8 111:7 | 5:2 30:22 | 14:19 16:9 | 97:10,15 | 89:7 98:11 |
| 125:12,18 | 31:3 135:9 | 16:14,16 | 98:2,17 99:8 | 100:13 |
| 127:16 133:1 | 136:8 | 17:3,16 18:4 | 100:9 102:17 | **healthcare** |
| **guessing** 128:9 | **half** 8:13 9:17 | 18:5,12,22 | 102:22 103:7 | 8:20 9:21 |
| **guidelines** | **hand** 135:10 | 19:4 20:2 | 103:17,21 | 12:9 16:22 |
| 91:17,18,19 | **handwritten** | 21:9,13 22:5 | 105:19 | 70:5 72:5 |

Hal Goldman, Pharm D., R.Ph.  Confidential
Sunrise, FL

September 20, 2004

14

73:18 76:12
80:22
**HealthNet**
105:12
**Healthplan**
2:20 7:11
10:22 11:1
16:18 30:20
32:9 36:14
49:10,17
50:11 72:12
73:4 77:3
84:6 85:13
86:7,16,17
87:1 94:16
**Healthplans**
55:1,15
66:13 100:22
**Healthplan's**
82:14 103:16
**Healthy** 11:9
11:10
**heard** 118:7
123:3,4,7
**hearing** 54:17
**held** 8:11
10:14,17
16:3,22
44:17 98:13
103:20
**help** 15:9
19:10 22:19
86:11 92:1,4
112:18
132:14
**helps** 42:14
**here** 7:9 16:2
18:5 19:1,4
24:17 28:1
28:14 29:9
31:13 34:15
39:16,21
40:17 41:16
48:22 51:18

52:20 59:3
61:13 62:19
66:4,4
110:17
112:16 125:9
**he'll** 22:6
**he's** 57:11
**high** 17:19
58:3
**higher** 39:18
59:12 60:1,3
69:4,12 70:2
126:18,20
**highest** 95:15
**highly** 95:12
95:13
**high-tech** 58:8
**high-utilized**
78:7
**him** 22:16 52:6
57:12,13
89:3
**HIP** 20:19
30:20 32:1,4
32:11 35:15
43:7 49:10
49:17 50:11
54:6 55:6,19
72:22 73:9
81:18,18,19
86:7 87:19
88:2,2 99:11
99:17,21
100:7 132:21
133:13
**HIP's** 133:1
**HIP-MedCh...**
3:17,21
**his** 22:6 56:9
56:11,15
**history** 36:13
**hit** 95:13
**hits** 121:3
**HMO** 11:7

**hold** 9:16 10:8
10:11 83:20
84:22 97:20
**holds** 41:4
**home** 49:18
52:20,21
62:17
**honest** 38:10
74:12
**honestly** 12:19
16:8 74:13
98:9 111:17
115:17
**hope** 28:3
**hospital** 9:9,11
59:13,19
**hospitals** 9:2
9:21 21:8
58:22 60:2,3
**host** 57:16 58:9
61:10
**how** 5:14 8:11
9:16 10:8
11:13,16
13:1,12
14:17 15:16
16:7,7 20:16
21:22 23:11
25:7,15,19
26:9,16
28:17 29:17
29:22 33:4
34:6 35:10
39:14,19
42:14 45:9
50:11 52:2
52:14,21
53:2 54:6,13
58:16 59:21
60:14 61:5
62:22 63:18
63:22 65:12
66:2 71:9
72:17 73:9

73:16 75:17
75:20 78:12
80:14,18
81:2 84:13
87:16 88:2
88:14 90:11
90:17 93:18
95:3,17
99:17 102:2
102:5,15
104:8 105:14
109:7,9
110:15 111:1
111:8 122:11
124:19 129:2
129:14
132:18
**However** 60:17
118:8
**Humana** 9:20
13:9 70:6

_____ **I** _____

**idea** 100:9
115:18
119:10
**Ident** 3:7 4:2
**identification**
16:12 23:19
30:17 47:18
49:6 66:10
66:19 72:9
85:4,11,18
86:1 100:19
**identify** 17:18
18:22 19:11
**if** 7:1,2,4,17
9:3 13:20
16:22 17:7
18:15 19:12
19:22 20:3,4
20:14 22:14
22:15 23:5
24:9 25:2

26:6 27:10
27:15 28:7,8
29:8 33:12
34:18,21
39:5 41:13
42:5 43:8
44:20 45:4
46:13 48:3
49:9 50:10
50:16,17,19
50:22 51:8
51:20 52:6
52:17,18,21
53:6,8 56:12
56:21 57:7
57:10 58:7
59:8 60:12
60:16,18
61:1 64:10
64:11,22
65:12 66:7
67:12,16
68:10,15
70:10 71:12
74:9,11
76:19 77:18
77:22 78:5
79:7,15 80:4
82:10 83:3,9
84:10,18,19
85:21 87:7
89:2,5,6,14
90:1,4 91:6
91:20 92:13
92:14,22
93:3,10,22
94:21 96:10
96:16 97:5
97:11,19
100:9 101:6
102:7 104:11
105:9 106:11
106:17
107:11,22

Hal Goldman, Pharm D., R.Ph.   Confidential           September 20, 2004
Sunrise, FL

15

| | | | | |
|---|---|---|---|---|
| 108:3,8,12,16 | **included** 94:19 | 59:13,19,19 | 105:15 | 7:13 9:7,8,15 |
| 111:2 112:10 | **Incorporated** | **infusions** | 106:13,17 | 19:11 20:10 |
| 112:14 | 49:11 | 59:15 | 107:1 | 88:20 112:21 |
| 113:12,17 | **increase** 58:20 | **infustion** 58:4 | **internally** | **item** 29:14 |
| 115:5,8 | 79:9 | **ingredient** | 17:15 18:3 | 121:17 |
| 117:3,19 | **increases** | 127:5,8 | 19:17 | **items** 28:1,15 |
| 118:2 121:1 | 79:11 113:2 | **ingredients** | **International** | 57:5 |
| 121:5,10 | **increasing** | 127:15 | 8:7 | **its** 12:15 14:8 |
| 122:15,20,22 | 59:21 | **inherent** 28:16 | **intervene** 20:2 | 14:13 16:3 |
| 123:4 124:16 | **incumbent** | **initial** 31:19 | **into** 17:5 23:12 | 19:19 23:9 |
| 125:1 126:16 | 30:13 35:11 | 35:14 55:19 | 28:12 29:2 | 29:17 82:7 |
| 126:22 127:4 | 37:1,3 55:10 | **initiatives** 73:2 | 37:8 57:13 | 89:20 93:7 |
| 127:11,12,14 | 55:13,15 | 100:13 112:6 | 59:18 64:1 | 100:12 |
| 127:20 128:2 | 107:10 | **injectable** | 81:8 86:7,20 | 101:10 103:4 |
| 129:4,6,7 | **incurring** | 58:22 89:2 | 87:16 88:3 | 103:17 |
| 130:1,1,7,7 | 117:21 | 96:6 | 115:17 | 106:15 109:1 |
| 130:17,22 | **incurs** 121:3 | **injectables** | 118:10 119:9 | 109:14 124:1 |
| 131:16 | **independent** | 46:19 48:5 | **intravenous** | 126:18 |
| **III** 29:10 | 69:6,11 | **injecting** 28:3 | 39:10 | **itself** 86:5 |
| **immediate** | **independents** | **injection** 92:16 | **invasive** 59:22 | **it'd** 123:1 |
| 82:15 | 64:5 102:11 | **instead** 121:17 | **inventory** 9:8 | **IVIG** 39:7 |
| **immediately** | **individual** | **insurance** 11:1 | 9:14 56:9 | **I'd** 12:18 16:9 |
| 78:17 | 11:7 79:21 | 11:15,16 | 121:21 | 22:13 23:17 |
| **Immuglobin** | 81:13 | 13:5 32:9 | **invoice** 40:10 | 30:15 33:5 |
| 39:10 | **individually** | 70:17 | 41:17 | 43:6 45:11 |
| **immune** 39:13 | 57:1 | **integrated** | **invoices** 40:1 | 46:9 49:4 |
| **immunosup...** | **industry** 1:5 | 55:4 73:1 | **involved** 14:6 | 66:16 81:4 |
| 39:12 | 83:4 91:22 | 81:17 | 78:4 95:20 | 83:20 90:19 |
| **impact** 48:20 | **infection** 60:3 | **integrating** | 111:4 113:6 | 92:20 93:2 |
| **implemented** | **inflation** 79:10 | 32:14 | **in-house** 17:1 | 94:20,20 |
| 72:19 | **information** | **integration** | **in-store** 121:10 | 100:16 |
| **important** 6:19 | 7:19 15:16 | 73:18 | **IPS** 73:3 81:16 | 109:19 |
| 14:8 58:16 | 17:14 41:10 | **intended** 27:4 | 105:11 106:2 | 122:22 |
| 70:12,16 | 80:10 94:9 | **intent** 101:3,14 | **ISM** 73:14 | 127:20 |
| 82:6 112:20 | 94:11 106:10 | **interest** 14:5 | 76:11 81:22 | **I'll** 7:3,8 29:8 |
| **impromptu** | 111:11 115:1 | **interested** | 98:11,13,17 | 103:10 |
| 33:1 | **informative** | 131:17 | 99:13,18 | **I'm** 6:16,16 7:9 |
| **inappropriate** | 18:8 | 136:17 | 100:1 132:21 | 7:14,16 |
| 19:9,11,15,22 | **infused** 29:13 | **interesting** | 133:12 | 11:14 12:2 |
| **Inc** 30:20 | 56:3 | 82:18 | **isn't** 14:21 | 13:14 14:2,6 |
| 51:21 66:13 | **infusion** 49:18 | **internal** 17:3 | **issue** 71:13 | 15:12,20 |
| 85:14 | 56:4,14,18 | 17:16 18:11 | 99:3,5 | 23:21 36:7 |
| **include** 10:5 | 57:5 58:8,8 | 40:4,13 | 127:17 | 42:10 45:19 |
| 14:11 | 58:12,20 | 81:20 105:10 | **issues** 5:11 | 46:1,1 48:13 |

Hal Goldman, Pharm. D., R.Ph.  Confidential
Sunrise, FL

September 20, 2004

16

| | | | | |
|---|---|---|---|---|
| 52:6 53:2,18 | 13:16 15:18 | 15:6,22 16:7 | 123:10 | **led** 33:8 111:13 |
| 56:22 66:1 | 15:22 16:22 | 18:6 20:9 | **knowledge** | **left** 24:21 |
| 68:2 73:10 | 17:2,15 28:1 | 21:12,19 | 7:12,16 34:8 | **legal** 11:18 |
| 90:13 94:21 | 33:11 38:1 | 23:13 25:19 | 34:10 36:1 | 48:7 89:12 |
| 107:1,8 | 40:15 44:4 | 26:16 27:7 | 58:13 | **length** 53:5,8 |
| 109:18 128:9 | 47:9 59:5 | 28:13 29:12 | **known** 12:5,8 | **less** 14:20 51:7 |
| 129:7,16,16 | 60:20 61:20 | 32:18 34:6 | 79:16 110:1 | 59:16,16 |
| 131:13 | 62:12 68:7 | 34:18,21 | 110:17 | 67:16,19 |
| 132:12 133:2 | 75:10 83:3 | 36:17 41:22 | **knows** 33:21 | 69:11,13,17 |
| **I've** 16:2 | 86:13 87:2 | 42:19 44:13 | **KODROFF** | 121:10,11 |
| 103:10 106:6 | 94:13 97:2,6 | 44:20 45:9 | 2:4 | 122:7,15,18 |
| 110:17 | 104:11 | 52:14,17 | | 127:15 |
| 111:16 114:3 | 107:19 | 53:6 56:12 | **L** | **let** 7:3,5 22:16 |
| 116:17 123:9 | 109:19 | 57:7,15,22 | **labeled** 22:8 | 31:17 36:12 |
| 132:9 | 115:11 | 60:16 61:5 | **lack** 29:1 65:19 | 52:22 69:2 |
| **I.V** 3:11 23:15 | 116:18 119:4 | 62:15 68:19 | 76:10 | 70:9,11 |
| 24:7,15 25:7 | 125:3,16 | 70:9,11 74:1 | **language** 58:6 | 98:15 125:11 |
| 25:15 26:3,9 | **justice** 8:7 | 74:9,11 76:9 | 58:7 74:8 | 126:10,14 |
| 30:3,4 32:19 | | 77:4 79:2 | 83:13 89:12 | **letter** 3:13 4:10 |
| 33:17 34:3 | **K** | 80:18 81:2 | 101:16 | 4:18 30:19 |
| 35:21 36:11 | **Kansas** 76:12 | 81:14 82:3 | 123:22 129:8 | 64:3 85:6 |
| 37:2,13,16 | **keep** 6:7 14:8 | 90:17 92:10 | 131:2 | 86:10,15 |
| 38:10,13 | 22:18 36:5 | 92:12,19,22 | **large** 1:21 | 100:21 101:3 |
| 39:14,22 | 58:20 61:15 | 93:18 99:17 | 121:21 | 101:14 |
| 40:3,22 41:8 | 61:19 70:16 | 100:6 101:6 | **large-group** | **letters** 123:5 |
| 42:21 44:5 | 70:17 74:13 | 101:12 102:2 | 11:7 | **let's** 45:11 |
| 46:6 48:5 | 103:10 | 104:8 105:14 | **last** 14:14 | 76:18 78:9 |
| 62:7,8,13 | 108:19 | 105:17,21 | 45:14 53:5 | 79:6 102:16 |
| | 112:21 | 106:7,11,17 | 62:4 111:7 | 109:21 |
| **J** | **KEVIN** 2:16 | 107:9 108:3 | **later** 54:11 | 132:19 |
| **January** 86:8 | **key** 83:13 84:7 | 111:3,4 | **Lauderdale** | **level** 76:14 |
| **Jersey** 73:13 | **Kids** 11:9,10 | 112:10,10,14 | 57:15 | **LEWIS** 2:10 |
| **job** 7:11 8:18 | **kind** 33:1 | 112:15,16 | **law** 11:14 | **licensed** |
| 112:20,22 | 36:17 64:20 | 114:9 115:5 | 108:4 | 106:21 |
| **John** 2:3 125:9 | 87:11 112:17 | 116:7 119:10 | **lawsuit** 77:20 | **life** 5:15 |
| **join** 32:3 | 119:18,19 | 120:20 121:1 | **lawsuits** | **light** 110:21 |
| **joinder** 32:3,7 | 131:16 | 121:1,5 | 111:22 | **like** 16:9 19:10 |
| **July** 54:2,15 | **knew** 75:6 | 123:5,16 | **leader** 121:16 | 23:17 28:2 |
| 135:18 | 82:21 99:20 | 125:1 127:18 | **learn** 110:22 | 30:15 49:4 |
| **jumped** 119:19 | 104:19 | 128:11 129:2 | **learned** 7:18 | 64:20 65:22 |
| **June** 73:11 | 111:18 | 129:4,4 | **learning** | 66:16 81:8 |
| 133:12 | **know** 6:11,13 | 130:15,19,22 | 110:13 | 89:4 92:5 |
| **just** 7:3,5 | 6:16,20 7:3,5 | 131:12 | **least** 5:19 28:5 | 100:16 |
| 10:10 11:21 | 7:10 13:20 | **knowing** 36:16 | 57:3 | 109:19 113:7 |

Hal Goldman, Pharm D., R.Ph.   Confidential
Sunrise, FL

September 20, 2004

17

| | | | | |
|---|---|---|---|---|
| 132:4,10 | 35:15,17 | 89:14 90:4 | 122:7 132:14 | **MAC'd** 63:14 |
| **limit** 19:11 | **LLP** 2:10 | 90:20 91:6 | **lower-tech** | **made** 14:13 |
| **limits** 19:14 | **loaded** 113:17 | 92:13,15,21 | 58:8 | 41:13 71:16 |
| **line** 21:15,16 | 129:15,16 | 93:2,3,22 | **lowest** 13:19 | 99:14 |
| 21:17 32:16 | **local** 34:1,3 | 94:1,20 | 13:20 69:21 | **magazines** |
| 37:1 43:7 | 35:22 36:6 | 97:11 102:7 | **Lupron** 6:5,12 | 113:8 |
| 51:8 55:14 | 66:4 | 107:22 108:8 | 86:6,20 | **mail** 64:11 |
| 59:6 61:6,18 | **location** 58:15 | 111:13 | 87:15,21 | 103:1,3,5,7,9 |
| 71:8 104:14 | 59:5 64:21 | 112:17 113:3 | 88:1,9,13,13 | 114:16 |
| 104:16,17 | **long** 8:11 9:16 | 113:7,12,12 | 88:18,19 | **mailed** 73:21 |
| 105:10 | 10:8 36:19 | 117:3 130:1 | 89:4,16 90:6 | **maintained** |
| **lines** 11:2,4,5 | 59:16 71:5 | 130:2 131:1 | 90:14,18,22 | 77:1 |
| 55:11 61:4 | 72:17 73:9 | **looked** 61:11 | 92:14 93:7 | **maintaining** |
| 71:1 103:6 | 78:12,21 | 114:3 115:17 | 93:16 94:22 | 9:14 |
| 104:12 | 87:21 105:14 | **looking** 19:7,8 | 95:2 111:5 | **major** 13:8 |
| **LISA** 1:19 | 110:15,17 | 25:3 38:15 | **lure** 75:17 | 63:21 71:13 |
| 135:6,15 | 116:17 123:1 | 40:5 46:21 | **Lyposin** 29:10 | 87:14 |
| 136:6,21 | 132:18 | 63:14 80:13 | ——————— | **make** 7:2 9:2 |
| **list** 12:19 34:21 | **Long-Term** | 94:4 103:1 | **M** | 20:6 23:6,7 |
| 77:5 80:15 | 11:9 | 103:15 | **MAC** 50:20,20 | 29:8 40:6,15 |
| 80:16 97:12 | **look** 14:17,17 | 122:20 | 63:14 64:17 | 69:7,8,11 |
| 97:14,17 | 14:22 17:7 | 133:21 | 67:18 68:6 | 79:18 96:11 |
| 119:1,4 | 18:15 20:14 | **loop** 40:7 | 76:21 77:1,5 | 104:19 |
| 125:13,17,20 | 22:13 25:2 | **losing** 53:11 | 77:8,10 | 107:20 120:6 |
| 125:21 126:4 | 26:6 27:15 | **loss** 117:21 | 78:16,18 | **makes** 69:18 |
| 130:2 | 28:9 29:8 | 118:3 121:16 | 80:1,5,15,16 | **making** 42:20 |
| **listed** 33:13 | 31:17 33:5 | **lost** 35:17 | 80:21 81:7 | 69:7 124:15 |
| 41:5 45:5 | 33:12 34:20 | 59:16,17 | 81:12,15,15 | 124:16 |
| 46:22 52:3 | 35:2,2 39:5 | **lot** 7:15 9:15 | 81:20,20 | **managed** |
| **listing** 47:11 | 42:5 45:4 | 27:22 28:7 | 82:4 102:18 | 54:12 92:7 |
| 96:2 | 46:13 48:3 | 59:20 60:6 | 104:14 | **management** |
| **liter** 28:17 | 49:9 50:10 | 86:12 126:16 | 113:17,18 | 9:9 16:1 |
| **literally** 83:21 | 50:22 51:8 | **love** 2:16 15:7 | 128:21,22 | 72:12 73:15 |
| **liters** 28:18 | 51:20 52:7 | 45:12 47:14 | 129:1,13,14 | 86:16 92:8 |
| **litigation** 1:6 | 52:18,22 | 48:14 52:6 | 129:18 130:2 | **manager** 8:19 |
| 5:22 | 54:4 61:11 | 69:14,18 | **Macoretta** 2:3 | 72:2 86:10 |
| **litigations** 6:3 | 67:12,21 | 91:3 96:13 | 42:10,12 | **managing** 82:9 |
| **little** 13:11 | 68:10,15 | 96:20 119:3 | 49:20 50:3 | **manpower** |
| 21:19 56:4 | 69:2 76:18 | 125:3 131:21 | 91:2 94:4,7 | 82:8 |
| 88:12 109:19 | 76:19 81:4 | 132:5 | 119:2 125:1 | **manually** |
| 119:14 | 81:13 82:10 | **loves** 109:18 | 125:8,9 | 122:8 |
| 126:10 | 83:3,9,21 | **low** 78:5 | 133:16 | **manufacturer** |
| **lived** 55:5 | 84:19 87:7 | **lower** 14:5 | **MACs** 80:20 | 80:6,12 |
| **lives** 20:7 | 88:14 89:6 | 69:4 90:21 | 82:2 105:8 | 84:11 88:11 |

Hal Goldman, Pharm D., R.Ph.  Confidential
Sunrise, FL

September 20, 2004

18

| | | | | |
|---|---|---|---|---|
| 97:3 107:11 | 78:13,14,22 | 60:13 61:8 | 84:9 87:10 | 83:15 129:8 |
| 110:7 | 79:20 83:4 | 65:1 67:19 | 89:11 128:4 | **MediSpan** |
| **manufacture...** | 84:17,22 | 71:13 73:11 | 128:16 133:5 | 114:15,20 |
| 6:1 80:3 84:1 | 87:12 89:21 | 77:19 78:17 | **meant** 56:14 | 115:8,10 |
| 84:2 91:15 | 107:11 121:3 | 79:9 83:14 | 111:9 | **meet** 82:17 |
| 92:3,11 95:9 | **marketing** | 84:15,20 | **Med** 48:6,8 | 127:16 |
| 96:1 97:13 | 13:14 121:4 | 86:21,21 | 80:20,21 | **meeting** 71:15 |
| 97:15 105:22 | **marketplace** | 90:1 92:8 | 128:21 129:1 | **meetings** 16:3 |
| 106:4 108:2 | 60:22 | 95:18 102:22 | 129:13 130:2 | 16:22 |
| 108:11,17 | **marking** 23:21 | 110:22 | **MedChoice** | **meets** 71:12 |
| 109:2,15 | **Marks** 74:1 | 111:11 116:4 | 48:14,15,16 | **member** 29:15 |
| 119:8 120:19 | **markup** 110:6 | 116:22 117:1 | 49:11,18,22 | 59:14 60:13 |
| 125:19 130:9 | 110:9,12,18 | 118:11,12 | 50:8,12 | 82:14 |
| 132:17 | 111:18 112:3 | 121:4,9,15,16 | 51:21 53:19 | **members** 11:3 |
| **manufacture...** | 112:8,12 | 128:13 | 55:9 | 13:1,3 15:16 |
| 106:19 107:7 | **MASSACH...** | 132:20 | **Medco** 74:2,22 | 17:15 60:11 |
| **manufacture...** | 1:1 | **maybe** 19:12 | 75:3 | 65:2 67:20 |
| 132:5 | **master** 28:16 | 53:9 58:2,3 | **Medicaid** 11:6 | 84:6,6 103:4 |
| **many** 5:14 | 32:10 | 61:3 64:15 | **medical** 21:7 | 124:10 |
| 13:1 28:18 | **match** 41:17 | **MDL** 1:5 | 48:7 62:16 | **membership** |
| 63:18 82:22 | 68:9 122:16 | **me** 7:3,5 17:11 | 62:17 66:22 | 35:17 |
| 95:18 | **matches** | 19:5 31:17 | **Medicare** 11:6 | **mentioned** |
| **margin** 27:13 | 122:21 128:3 | 36:12 52:22 | 21:16 61:5 | 74:1 114:4 |
| 69:5 | **material** 79:15 | 56:21 69:2 | 61:17 | **Mercer** 8:4 |
| **mark** 23:17 | **math** 45:14 | 86:3 90:7,16 | **medication** | **Merck** 74:2,22 |
| 30:15 47:14 | 47:4 | 93:4 107:4 | 61:9 | 75:3 |
| 49:4 66:7,16 | **matter** 40:13 | 125:11 | **MedImpact** | **Mercks** 74:2 |
| 73:6 85:21 | 60:20 74:16 | 126:10,14 | 4:8 72:5,15 | **merged** 31:12 |
| 95:14 100:16 | **mattered** | 130:3 131:6 | 72:18 73:17 | 31:22 67:5 |
| **marked** 16:9 | 105:20 | 135:8 | 74:7 76:13 | **merger** 66:2 |
| 16:11 17:8 | **matters** 6:2 | **mean** 30:6 | 76:19 77:2 | 75:9 |
| 23:18 27:8 | **max** 90:8 | 52:18 109:20 | 78:19 80:17 | **Merit** 1:19 |
| 30:16 47:11 | **maximal** 50:20 | 109:21 110:3 | 82:12,17 | 136:6 |
| 48:3 49:6 | **maximum** | 111:15 116:6 | 96:18 97:6 | **method** 22:17 |
| 54:21 66:9 | 76:22 | 116:17 | 97:15,19 | 22:21,21 |
| 66:18 72:8 | **may** 7:13,14,20 | 119:17 | 99:11 100:15 | **methods** |
| 85:3,10,17,22 | 15:21 19:8 | 120:17 121:8 | 107:4,19 | 111:14 |
| 100:18 134:3 | 21:19,20 | 124:14 | 108:1,10,13 | **metropolitan** |
| **market** 2:5 | 22:16,18,20 | 129:11 | 108:16 109:1 | 21:20 |
| 12:15,18,21 | 29:5 39:12 | **meaning** 89:9 | 113:11,15 | **Mgmt** 3:9 |
| 13:7 14:19 | 39:17 43:9 | 125:17 | 125:12,22 | **Miami** 60:6 |
| 14:21 18:7 | 46:4 56:5 | **means** 7:11 | 129:15,18 | **Miami-Ft** |
| 19:8 34:14 | 57:12 58:5,7 | 42:9 43:5 | 133:9 | 57:15 |
| 70:8 77:10 | 58:21 60:9 | 76:22 83:12 | **MedImpact's** | **middle** 75:8 |

Hal Goldman, Pharm. D., R.Ph.   Confidential
Sunrise, FL

September 20, 2004

| | | | | |
|---|---|---|---|---|
| **mid-year** | 20:8,11 33:3 | 16:9,13 | **must** 53:12 | 102:7 |
| 86:12,14 | 33:4 36:19 | 23:17,20 | **my** 6:4,7 7:12 | **needed** 75:21 |
| **might** 59:3 | 53:12 69:9 | 30:15,18 | 19:4 43:22 | 76:2,15 |
| 60:6 65:3,16 | 98:6,8 | 42:10,11,12 | 65:7 70:8 | **needle** 60:1 |
| 65:17 96:11 | 108:14 109:9 | 43:3 45:12 | 86:10 90:19 | **needs** 77:9 |
| 118:9,22 | **monitor** 18:21 | 45:14,17 | 113:2 116:16 | **negated** 83:2 |
| 121:14 123:5 | 113:1 | 47:13,14,16 | 116:18,19 | **negotiate** |
| 123:14 | **Monitoring** | 47:21 48:14 | 117:10 | 56:17 64:19 |
| **migrated** | 113:5 | 48:19 49:4,8 | 119:20 | 70:2 133:7 |
| 132:21 | **month** 78:17 | 49:20,21 | 124:21 133:1 | **negotiated** |
| **miles** 35:22 | 82:14 83:5 | 50:3,4 52:6,8 | 134:8 135:10 | 24:7 51:19 |
| **milligram** | 130:6 | 61:20 62:2 | 135:17 | 57:1,4 74:7 |
| 90:14 92:16 | **monthly** 18:21 | 66:7,11,16,20 | 136:10 | 83:1,16 |
| **milligrams** | **months** 75:11 | 69:14,18,19 | **myself** 45:14 | 103:20 |
| 45:5 | 77:21 78:2 | 72:7,10 85:2 | | 123:18 133:6 |
| **mind** 78:1 | 78:11 | 85:5,12,19 | ——— **N** ——— | 133:11,11,13 |
| **minus** 25:10 | **more** 9:13 18:6 | 86:2 91:2,3,5 | **N** 3:1 4:1 | **negotiating** |
| 25:17,20,21 | 18:8 21:19 | 94:4,6,7,10 | **name** 12:11 | 21:11 69:20 |
| 33:15 34:7 | 40:5 47:10 | 96:10,13,15 | 32:11 35:15 | **negotiation** |
| 34:19 38:19 | 56:4 58:3 | 96:20,22 | 48:13 54:12 | 101:15 |
| 50:15,17 | 59:20 62:12 | 97:1 100:16 | 67:15 73:14 | 104:10 |
| 61:9 63:7,9 | 64:4 65:3,19 | 100:20 | 86:15 | 108:22 |
| 63:14 64:14 | 69:8 76:1 | 107:13,17 | **names** 97:13 | **negotiations** |
| 64:16 65:13 | 77:9,12 | 119:2,3 | **name-change** | 21:14 26:3 |
| 65:13,15 | 78:22 80:3 | 124:21 125:1 | 87:2 | 27:9 30:3,5 |
| 67:15,17 | 90:2,13 | 125:3,4,8 | **narrow** 76:6 | 44:17 61:10 |
| 68:3,5 69:3,7 | 107:18 | 131:20,21 | **narrowed** 74:5 | **neighborhood** |
| 81:3 102:17 | 109:19 | 133:16,20 | 75:19 76:5 | 47:8 |
| 102:18 | 111:10,11 | 134:8 | **national** 80:10 | **nephrology** |
| 103:11,13 | 113:5,6 | **much** 9:14 | 106:2 | 57:22 |
| 104:13 105:1 | 124:12,18 | 15:16 20:9 | **Nationwide** | **Nestor** 4:18 |
| 105:1,6 | **MORGAN** | 34:16 45:9 | 63:20 | 100:21 |
| 117:16,16,20 | 2:10 | 60:16 70:15 | **NDC** 80:10 | **net** 43:15 44:5 |
| 124:19 | **morning** 5:8,9 | 75:22 78:6 | **necessarily** | 93:15 |
| 129:10,12,17 | **most** 20:12 | 91:19 93:18 | 78:16 | **network** 10:9 |
| 129:22 130:4 | 22:2 43:1 | 95:3,17 | **necessary** | 17:18,20 |
| **missing** 19:1 | 63:7 87:3 | 102:6,15 | 58:19 | 18:19,21 |
| 94:11 | 113:3 115:3 | 109:7,9 | **need** 7:5,6 16:6 | 20:6 36:2 |
| **Missouri** 76:12 | **move** 62:3 | 113:5,6 | 21:18 39:13 | 42:17 58:16 |
| **model** 132:2 | 81:11 | **multiple** 11:2,4 | 57:10,12 | 58:21 60:8 |
| 133:21 | **moved** 21:2 | 31:13 80:20 | 58:15 60:21 | 63:6,10,16,18 |
| **mom-and-pop** | **moving** 132:1 | 86:4 121:12 | 64:11 71:18 | 64:1,5 65:9 |
| 64:7 | 133:22 | **multitude** 13:6 | 73:20 88:16 | 65:13 67:4,7 |
| **money** 18:13 | **Mr** 5:7 15:7,11 | 14:18 98:1 | 88:17 96:11 | 67:10 75:5 |

Henderson Legal / Spherion
(202) 220-4158

Hal Goldman, Pharm. D., R.Ph.  Confidential
Sunrise, FL

September 20, 2004

20

| | | | | |
|---|---|---|---|---|
| 75:22 103:3 | 85:14,20 | 116:2,3 | 65:18 134:6 | 76:7,14 |
| 103:16,18 | **not** 6:14,20 | 117:10,11,11 | **nursing** 50:15 | 81:12 98:12 |
| 131:5 132:2 | 9:13,14,14 | 117:22 119:5 | **nutrition** 28:13 | **offhand** 6:13 |
| **networks** | 10:13,16 | 119:12 121:5 | **NW** 2:11 | **office** 6:7 22:6 |
| 13:17 | 11:14 12:22 | 123:5,16,16 | | 23:2 26:20 |
| **never** 101:7 | 13:14 14:6 | 123:19 | **O** | 36:1 40:8,9 |
| 123:9 | 15:6,21 17:3 | 124:18 125:2 | **O** 4:1 | 59:2,15,21 |
| **new** 18:7 32:3 | 18:7 20:9,11 | 126:9 127:10 | **OATH** 135:1 | 60:4 91:17 |
| 38:5,7 48:21 | 22:2 26:1,14 | 129:3,5,6,6,7 | **objected** 91:3 | 91:17 |
| 54:5,6 60:13 | 27:21 29:5 | 129:16 130:3 | **Objection** 91:2 | **officer** 5:16 |
| 60:13 62:3 | 29:14 33:11 | 130:10,12,15 | 119:2 131:20 | 10:19 65:7 |
| 64:6,15 | 33:19 36:5,7 | 130:21 131:3 | **obtain** 30:8,12 | **offices** 42:3 |
| 73:13 75:10 | 37:18,20,20 | 131:13 | 43:10 76:1 | 59:10 |
| 81:19,19 | 37:21 40:10 | 132:12 | 87:20 103:4 | **office-based** |
| 86:12 87:1 | 40:19 43:2 | 136:13 | **obtained** 32:15 | 59:2 |
| 87:19 88:2 | 46:1,4 48:9 | **Notary** 1:20 | 87:22 104:19 | **official** 135:10 |
| 91:8,18 | 51:18 52:16 | 135:16 | **obtaining** | **officially** 54:10 |
| 99:21 107:11 | 53:2,2,7,15 | **notation** 30:21 | 21:10 | **often** 127:1 |
| 132:21 | 53:16,17,18 | **note** 136:11 | **obviously** 6:15 | **oh** 25:2 42:12 |
| 133:14 | 55:14 60:2,9 | **nothing** 62:19 | 6:19 14:22 | 45:16 48:12 |
| **newer** 14:21 | 61:13,18 | 82:21 115:17 | 41:15 | 101:11 112:5 |
| 22:13 | 64:21 66:1 | 124:11 | **occasionally** | **okay** 5:19 6:2 |
| **next** 33:14 | 68:21 70:15 | **notice** 1:21 | 79:16 | 6:11 7:7,21 |
| 51:8 89:14 | 71:20 73:7 | 28:7 | **occur** 71:13 | 9:2,16 12:4 |
| 93:3,3 | 74:4,16,21,22 | **notify** 96:16,18 | 121:14 | 12:10 15:2 |
| **night** 45:15 | 75:4,6,10 | **now** 8:16 18:3 | **occurring** | 25:2 29:8,12 |
| **nine** 73:22 | 76:7 77:21 | 19:17 22:14 | 121:13 | 31:20 32:12 |
| 74:5,18,18,19 | 78:1 83:15 | 35:4 55:16 | **October** 49:19 | 32:18 33:4 |
| 74:20,20 | 88:8 89:12 | 67:5 89:14 | 50:2 55:5,7 | 33:12,20 |
| **nobody** 20:22 | 90:19 94:21 | 108:15 | 85:7 | 34:18 35:4 |
| 77:22 | 95:12,17 | 111:21 115:9 | **off** 6:4 8:12 | 42:12 47:6 |
| **nod** 6:21 | 97:8,9,10 | 115:11 | 18:4 41:14 | 48:3,11 50:3 |
| **nor** 83:7 | 98:4,5,19,20 | 127:21 | 45:9,19 | 52:5 54:15 |
| 136:15,16 | 98:21 99:3,6 | 128:22 | 47:10 48:7 | 55:3 66:15 |
| **normal** 91:20 | 100:10 101:5 | 133:10,17 | 61:20,21 | 67:2,12 68:9 |
| **north** 12:19 | 102:4 103:17 | **number** 59:12 | 64:19 68:3 | 81:21 82:10 |
| 32:8 36:22 | 105:16 106:9 | 69:4 93:10 | 68:20 69:1,8 | 86:9,18 87:3 |
| 73:4 | 106:16,21,21 | 112:16 | 69:11 70:1 | 90:10 92:22 |
| **Northern** | 107:8,12 | 113:19,21 | 77:16 78:9 | 93:9,12 |
| 12:18 | 108:7 109:10 | 130:4 | 87:20 90:19 | 94:15 96:22 |
| **Nos** 23:22 | 109:13 111:1 | **numbers** 33:12 | 93:19 110:7 | 99:16 101:4 |
| 30:22 49:11 | 111:1,12 | 34:7,21 | 111:13 | 101:18 102:2 |
| 66:14,22 | 112:1 113:10 | 45:11 48:22 | 129:10,11 | 102:21 107:6 |
| 72:12 85:7 | 114:21 116:2 | 52:14 65:17 | **offer** 15:14 | 108:5,8 |

Hal Goldman, Pharm D., R.Ph.   Confidential
Sunrise, FL

September 20, 2004

21

| | | | | |
|---|---|---|---|---|
| 117:14 | 106:18 107:7 | 31:18 92:20 | 70:7,16,17 | 101:15,16 |
| 125:15,21 | 107:8 111:5 | 94:21 | 74:4,22 75:3 | 102:10,19 |
| 126:17,22 | 112:14 114:3 | **Orlando** 12:20 | 75:5,5,19,20 | 108:14 109:5 |
| 128:6,11,19 | 115:2,9 | **other** 8:5 10:11 | 75:22,22 | 114:1 122:19 |
| 129:4,20 | 124:6 125:3 | 10:12 13:11 | 76:3,16 | 124:19 125:3 |
| 130:8,19 | 132:9 | 13:12 15:3 | 80:22 83:16 | 127:12 |
| 132:13,16 | **ones** 13:10,11 | 29:5 33:9,10 | 83:17 84:6,6 | **outpatient** |
| 133:15,18 | 42:3 98:1 | 58:1 74:3 | 84:12,21 | 59:13 |
| **old** 9:20 20:19 | 133:7 | 76:9,11 81:6 | 86:13 87:20 | **outside** 12:21 |
| 32:4,5,6 | **one-pager** | 81:11 84:16 | 89:3,13,21 | 71:16 112:17 |
| 41:16 55:6 | 49:13 | 91:12,15 | 90:11 91:20 | **over** 14:14 |
| 62:4 71:6,6 | **online** 20:1 | 95:8,20 96:1 | 97:17 98:22 | 18:4 22:7 |
| 72:22 73:1,2 | 113:11,14 | 96:12 98:10 | 99:2 109:7,9 | 24:17 27:8 |
| 111:16,17 | 114:6,8 | 111:13 | 111:22 113:1 | 35:17 36:20 |
| **once** 5:16 | **only** 14:15 | 112:11,17 | 113:6,10,11 | 53:8 63:20 |
| 19:12 20:3 | 35:22 61:2 | 113:1 114:14 | 115:2,3 | 67:5 82:15 |
| 63:13 76:15 | 75:7 79:14 | 115:1,2,3 | 116:5 118:6 | 84:7 93:4 |
| 87:21 | 80:8 84:6 | 122:19 | 121:11 122:7 | 100:1,14 |
| **oncologist** 58:2 | 106:18,21 | 123:13 | 122:15,17 | 111:19 112:4 |
| **oncologist's** | 107:6 | **others** 70:10 | 124:6,19 | 112:5,8,12 |
| 58:7 | **onto** 60:15 | 78:12 95:13 | 128:9 129:13 | **overdoses** |
| **OncoScripts** | **opener** 111:5 | 103:11 | 130:10 131:2 | 20:13 |
| 3:15 31:11 | **opens** 64:6 | **otherwise** 7:15 | 131:5 132:9 | **override** 122:8 |
| 48:1,21 54:1 | **operating** 65:7 | **our** 6:20 11:3 | 133:13 | 122:9 |
| 54:4 | **operations** | 11:13,15 | **Ours** 114:8 | **overseeing** |
| **one** 6:5,6,6 | 8:10 | 13:16,17,17 | **ourselves** | 10:3,3,4 |
| 7:13 22:11 | **opposed** 7:20 | 15:3,10 | 81:20 | **overspending** |
| 27:22 28:3 | 133:6 | 22:19 24:7 | **out** 5:10 13:11 | 9:15 |
| 29:20 31:19 | **opted** 74:21,22 | 30:8,10 | 13:15 15:19 | **Owen** 8:20 |
| 35:3 36:7 | 83:15 126:9 | 35:12,21 | 15:20 22:16 | **own** 16:3 17:3 |
| 37:1,19 40:4 | **option** 83:14 | 36:1,3,5,20 | 27:22 33:8 | 65:22 73:3,4 |
| 42:21 43:6 | 97:19 | 36:22 40:4 | 34:16 35:5 | 75:5,5,22 |
| 45:5 46:6 | **oral** 96:7 | 40:13 42:16 | 35:16 36:16 | 76:3 87:12 |
| 47:5 55:10 | **order** 14:9 | 43:7 46:22 | 36:17 42:22 | 87:20 98:22 |
| 55:13,19 | 18:22 22:6 | 53:22 54:4 | 45:15 48:17 | 103:17,21 |
| 57:3,5 59:12 | 57:13 70:17 | 55:8 56:11 | 53:19,20 | 106:15,15,20 |
| 61:3,4 62:4 | 77:13 103:1 | 56:19 57:11 | 58:9 64:12 | 107:3 109:14 |
| 62:20 64:15 | 103:3,5,7 | 57:13 58:15 | 67:19 72:6 | **owned** 105:12 |
| 66:4 73:10 | **organization** | 58:16,17 | 73:13,21 | 117:11 |
| 76:11,12 | 11:13 20:10 | 59:6 60:10 | 74:10,17,21 | **ownership** |
| 78:9,22 80:2 | 35:7,8,13,20 | 60:20 63:6 | 76:12 83:7 | 32:1 73:19 |
| 82:15 87:5 | 57:11 82:20 | 63:10 64:2,5 | 87:18 88:14 | 117:12 |
| 87:13,14 | 87:21 | 64:12,22 | 88:17,18 | **o0o** 1:3 |
| 101:7 104:12 | **original** 20:20 | 66:4 67:6,19 | 91:17 92:2 | |

Hal Goldman, Pharm D., R.Ph.  Confidential                September 20, 2004
Sunrise, FL

22

| P | | | | |
|---|---|---|---|---|
| **P** 16:4,22 | **parent** 54:5 | 42:17,22 | **PCS** 73:1,9 | 38:19,22 |
| 71:16 | 105:12 | 43:4 50:20 | 74:21 75:8,9 | 108:19 109:7 |
| **package** 29:6 | 133:13 | 56:10,10 | 99:12,14 | 126:15 |
| **packet** 31:14 | **parental** 28:13 | 90:8,12 | 100:2,7 | 129:17 134:3 |
| **page** 17:8 | **part** 12:7 18:5 | 91:21 93:4 | 132:20 133:2 | 134:5 |
| 18:16,16 | 21:1 29:6 | 95:3,5 103:2 | 133:4,5 | **performed** |
| 19:1 20:14 | 41:11,12 | 107:4 113:13 | **peers** 70:8 | 32:13 |
| 25:3,11,12 | 62:12 88:14 | 116:10 | **penalized** | **performing** |
| 26:6 33:13 | 112:22 | 121:11 | 67:20 | 112:20 |
| 39:6 42:6,10 | 117:10 | 126:21 | **pending** | **period** 59:16 |
| 44:8,12 | 120:11 | 130:20 131:6 | 101:15 | **periodicals** |
| 46:14 47:22 | **participate** | **payer** 11:2 | **Pennsylvania** | 113:9 |
| 50:10,13,22 | 22:16 57:11 | **paying** 33:7,16 | 2:6,11 | **permitted** |
| 51:20 52:6 | 57:14 58:16 | 69:10 70:6 | **people** 21:11 | 131:3 |
| 67:12,22 | 61:6 | 93:8,15 | 33:10 46:19 | **person** 81:19 |
| 68:8,10,15 | **participated** | 102:6 111:12 | 50:14 56:20 | **personally** |
| 76:20 80:14 | 56:2 | 116:15 | 58:22 103:3 | 135:7 |
| 82:11 83:9 | **participating** | 117:15 128:5 | 113:1 116:4 | **Pfizer** 2:13 5:3 |
| 85:5 87:7 | 55:21 | **payment** 43:10 | 116:10,11 | **PHARM** 1:18 |
| 89:6,14 90:4 | **participation** | 56:12 102:13 | 118:22 | 5:2 135:9 |
| 91:6 92:13 | 49:22 | 102:15 | **per** 28:17,17 | 136:8 |
| 94:15 102:12 | **particular** | 123:17 127:9 | 28:17,17,18 | **pharmaceuti...** |
| 102:13,22 | 21:18 92:17 | **payments** | 82:13,14 | 1:5 5:22 |
| 125:13 | 93:16 107:7 | 108:10 | 93:13 129:19 | 10:15 14:11 |
| **pages** 26:19 | 122:11 | 123:21 | **percent** 25:10 | 14:14 15:1 |
| 29:5 97:12 | **parties** 115:20 | **payor** 106:21 | 25:22 26:12 | 15:14 51:16 |
| 102:9 103:15 | 136:14,15 | **pays** 58:12 | 26:17 27:8 | 83:17,19 |
| **paid** 23:7 | **partnered** | 69:16 119:21 | 27:12 39:17 | 85:12 91:22 |
| 28:20 43:8 | 81:18 | **PBM** 72:2,3,21 | 40:17 41:14 | 92:3,10 95:8 |
| 52:4 90:15 | **party** 110:5,18 | 73:3 75:4,13 | 43:8,9 45:15 | 98:13,18 |
| 93:6 106:4 | **past** 14:15 18:4 | 76:1 82:7 | 46:12,20 | 108:11 109:2 |
| 120:8 122:12 | 56:1 114:13 | 98:6,19 | 47:2,10 | 109:15 |
| 122:16,17,21 | 118:7 | 99:10 100:12 | 50:18 51:7 | 112:21 113:9 |
| 127:2 128:2 | **patent** 77:16 | 101:2,10 | 51:11 63:15 | 113:22 119:4 |
| 128:3 | 77:20 78:9 | 105:15 | 69:8,11,14 | 119:8 120:1 |
| **Palm** 12:17 | **patient** 22:8,9 | 106:13,17 | 78:3 82:13 | 120:19 |
| **panel** 59:6 | 29:3 40:8 | 107:1,9 | 93:20 102:17 | 126:11 |
| 60:10,12,15 | **patients** 28:12 | 109:1,6 | 104:13,14 | **pharmaceuti...** |
| **panhandle** | 39:12 61:2 | 113:7 116:5 | 105:1,2 | 4:10 9:12 |
| 12:20 57:12 | **pattern** 105:4 | **PBMs** 74:15 | 117:16,17,20 | 51:2 66:1 |
| **Paradigm** 75:9 | **patterns** 19:22 | 75:17 81:11 | 118:3 126:16 | 85:6,14 |
| **paragraph** | 84:7 98:8 | 98:10 107:4 | 128:9 129:14 | 86:11 |
| 51:3 | **pay** 22:18 23:9 | 115:3 | 129:14 | **Pharmacia** |
| | 28:9 39:22 | **PCP** 61:1 | **percentage** | 2:14 5:4 |

Hal Goldman, Pharm D., R.Ph.   Confidential
Sunrise, FL

September 20, 2004

23

| | | | | |
|---|---|---|---|---|
| **pharmacies** 42:17 46:5 63:1,18 64:18 67:3 69:20 79:13 102:8 104:2 104:9 106:15 106:20 107:3 111:14 116:13,15 117:8 118:8 118:15 120:22 123:11,14 130:9 **pharmacist** 8:22 20:6 **pharmacists** 17:14,18 **pharmacy** 3:9 8:2,10 9:9,19 13:17 15:10 15:13,20 16:1,3,21 17:1,10,11,13 17:20 18:11 23:9,13 28:21 29:18 30:22 34:14 42:17 43:1 46:7 48:4,7 49:18 62:13 64:1,11 65:1 65:9 66:22 67:13,22 68:20 69:5,6 69:22 70:14 71:11,20 72:1 79:22 80:8,9 103:5 103:9,18 111:16 116:17 118:5 120:12 | 121:12 122:5 122:10 124:1 124:20 126:12,17 128:20 130:19 132:8 **pharmacy's** 126:20 **pharmacy-a...** 70:4 102:6 **Philadelphia** 2:6 **philosophy** 116:18,18 **phone** 20:6 **phrasing** 52:21 **physically** 20:2 **physician** 21:22 58:15 128:7 **physicians** 15:4 17:15 17:18,20 18:6 21:13 42:2 57:16 71:17 **physician's** 26:20 58:14 59:15 **physician-ad...** 22:3 **pick** 76:13 **pill** 19:12 129:19 130:3 **place** 19:14 20:1 24:6,14 24:18 61:19 64:22 75:22 77:10 81:1 81:15,15 86:20 87:6 97:4,18 107:8 **places** 80:11 | **Plaintiffs** 2:7 125:10 **plan** 5:17,20 11:15,16 12:9 16:2,19 16:22 32:8,9 55:2 57:13 69:13,16 70:5 83:5 90:8 91:21 100:14 103:20 **Plana** 4:18 100:22 **plans** 10:12 12:8 20:21 73:19 89:7 **plan's** 80:22 83:14 116:18 **platform** 99:22 **player** 34:1,4 35:21 **please** 16:10 30:15 35:12 49:4 66:8,17 85:9,21 86:3 89:11 **plus** 23:2 26:12 26:17 27:12 38:21 39:17 40:17 42:3 45:2,2 46:20 47:1 50:15 50:18,21 51:11 63:9 63:15 64:15 64:16 67:15 67:17,18 68:3,5,6 102:17,18,18 103:12,13 104:13,14,14 105:1,2,8 127:15 | **pluses** 38:17 **PMB** 105:10 127:1,18 **point** 11:8 12:7 20:3 27:22 28:4 55:17 82:18 101:9 103:17 115:10 117:14 132:21 **police** 5:15 10:19 **policy** 61:19 106:18 107:6 **portion** 46:14 94:8 **portions** 98:7 **POS** 11:8 **pose** 7:13 **position** 8:9,11 8:21 9:16,18 10:1,8,14,17 84:9 **positions** 10:12 **possible** 59:9 69:21 **potential** 98:1 **potentially** 18:14 32:6 42:14 53:11 89:21 **power** 34:13 37:22 46:5 58:17 65:19 79:21 118:17 **PPM** 15:7 **PPO** 11:8,15 **practice** 26:21 57:8,9,17 58:15 88:14 92:4 **practicing** 71:17 | **preceding** 82:15 **preclude** 89:19 **predecessor** 116:20 **predefined** 77:2,4 **predetermin...** 27:20 **preexisting** 31:15 **premiums** 70:17 **prescribing** 15:4 19:13 19:15 **prescription** 10:5 17:19 19:21 20:5 124:15,16 **prescriptions** 40:7 65:21 103:5 124:13 **presentations** 74:6 76:16 **presumably** 126:3,22 **presume** 132:13 **Prevacid** 94:20 94:22 95:2 **prevent** 19:14 20:13 **price** 1:6 13:18 13:19,20,21 14:9 24:18 25:10,17 26:22 27:20 28:15,16 29:20 33:10 40:19 41:5 41:17 42:15 44:6,9,9,20 45:6,10,16,20 |

Hal Goldman, Pharm D., R.Ph.  Confidential
Sunrise, FL

September 20, 2004

24

| | | | | |
|---|---|---|---|---|
| 47:1 51:11 | 52:11 64:17 | **procedure** | 88:16 95:10 | 49:21 55:10 |
| 51:15,17 | 67:13,22 | 59:22 | 95:12,13,18 | 55:13 56:8 |
| 53:4 67:16 | 77:8 78:18 | **proceedings** | 95:20 111:13 | 56:15,19,22 |
| 69:21 70:3,5 | 80:2,5 81:20 | 47:20 62:1 | 119:22 | 59:9 60:19 |
| 77:10,17 | 82:4 112:21 | 107:16 125:6 | **profit** 69:5 | 61:2 64:4,20 |
| 78:15 79:1 | 113:1,9,10,12 | **process** 35:10 | **program** 11:10 | 119:20 120:8 |
| 79:19 81:2,7 | 113:14,15,16 | 37:8 38:4 | 18:20,20,20 | 128:8,10,12 |
| 90:17 92:17 | 113:16 114:2 | 40:6 63:22 | 19:6,7,10,14 | 128:17,20 |
| 92:19 93:3,4 | 114:14,22 | 73:20 75:13 | 19:20 22:4 | 130:10,13 |
| 93:11,19 | 115:1,3 | 76:3 89:16 | 22:11,17 | **providers** 21:8 |
| 110:2,4,16 | 122:6 | 100:5,8 | 51:2,10 | 22:12 26:21 |
| 111:19 113:2 | **pricings** 46:18 | 123:2 | 55:22 56:3 | 55:20 56:17 |
| 116:5 117:9 | **primary** 61:1 | **produce** 79:8 | 58:17 61:15 | 58:12 60:14 |
| 118:13 119:1 | **print** 86:12 | **produced** 80:6 | 81:12 89:8 | 61:5 62:5 |
| 120:18,20 | **printing** 92:5 | 96:12 | 97:7 99:5 | 65:6 92:11 |
| 122:6,10 | **prior** 5:15 9:19 | **produces** | **programs** | **provider's** |
| 123:8 129:14 | 10:11 12:13 | 87:12 | 26:20 92:8,9 | 27:3,5,11,11 |
| 129:19 | 16:7 20:21 | **product** 11:8 | 98:12 | 36:2 |
| **priced** 25:20 | 32:17 36:1 | 15:10,19 | **project** 8:19 | **providing** |
| 25:21 26:17 | 55:18 72:20 | 26:2 29:12 | **promise** 82:17 | 27:13 29:2 |
| **prices** 22:18 | 72:22 81:1 | 29:16,18 | **prompt** 20:5 | **provision** 13:4 |
| 33:16,18 | 91:16 92:2 | 35:2 41:1 | 43:4,10 | 108:1 109:14 |
| 34:15,18 | 94:13 99:7 | 50:19 52:3 | 123:17,20 | **public** 1:20 |
| 41:16 44:14 | 99:11,13 | 53:12 58:10 | **prompted** 54:3 | 63:2 135:16 |
| 53:3 77:14 | **probably** 9:17 | 78:4,4 79:8 | **proper** 9:14 | **publications** |
| 78:6 80:15 | 10:10 13:9 | 79:17 88:5 | **proposal** 24:12 | 115:5 |
| 80:18 90:6,7 | 13:10 24:17 | 89:2 90:9,13 | 30:9 38:18 | **publicly** |
| 106:12 | 24:21 31:12 | 94:19 95:15 | 41:18 42:6 | 131:11 |
| 110:20 114:8 | 35:16,16 | 95:17 96:7,7 | 44:9 132:10 | **publish** 121:2 |
| 114:19 116:1 | 44:18 59:11 | 106:19 | **proposals** | **published** 79:3 |
| 116:9 128:21 | 63:20,21 | 110:14,14 | 73:21 81:21 | 110:7,10 |
| 130:8 131:14 | 94:1 97:4 | 120:19 | **proprietary** | 113:19,21 |
| 132:14 | 111:4,7 | 121:10,20 | 96:17 | 114:19 |
| **pricing** 24:11 | 113:6 114:11 | **production** | **provide** 7:11 | 118:18 |
| 24:14 26:13 | 114:12,16 | 79:10 86:14 | 13:19 14:9 | 119:22 |
| 27:17 28:2,6 | 116:19 | **products** 12:15 | 14:18 17:14 | 120:16,18 |
| 28:8,19 | 119:12 122:4 | 14:1 26:18 | 27:12 51:1 | 132:5 133:22 |
| 29:19 30:2,4 | 123:1 126:16 | 26:19,22 | 62:17 | 134:2,4,6 |
| 30:9 33:19 | 127:5,14 | 29:2 41:5 | **provided** 7:19 | **publishers** |
| 35:12 38:2,7 | 128:5 130:5 | 51:14 52:20 | 11:3 30:2,4 | 110:9 |
| 38:8,11,13 | **problem** 44:2 | 53:9 77:1,22 | **provider** 11:10 | **Publix** 66:3 |
| 39:3 41:19 | 47:16 54:8 | 78:14 84:5 | 21:9 22:5,9 | **Pulmonary** |
| 43:15 44:8 | **problems** 9:3,5 | 84:16,21 | 22:19 24:8 | 32:19 33:17 |
| 51:5,6 52:11 | 9:5 54:3,18 | 87:9,13 | 27:8 38:1 | 34:3 36:11 |

Hal Goldman, Pharm D., R.Ph.   Confidential
Sunrise, FL

September 20, 2004

25

| | | | | |
|---|---|---|---|---|
| 37:2,16 | quarter 86:22 | **Ravine** 16:19 | 90:12,16 | 118:19 |
| 42:21 44:5 | 94:3,17 95:4 | 17:21 18:10 | 92:14 93:13 | redacted 94:12 |
| 46:6 | 95:5 | 18:18 20:16 | 94:17 95:16 | **REDIRECT** |
| punitive 18:8 | quarterly 42:7 | raw 79:15 | 95:21,22 | 133:19 |
| purchase 10:5 | 43:4 71:12 | re 1:5 | 96:12,13 | reduce 14:13 |
| 11:18,22 | question 7:4 | read 82:18 | 97:3,6,14 | 118:15 |
| 12:1,3 32:17 | 44:2 62:4 | 103:10 | 98:12 99:4 | 123:12 |
| 106:10,18 | 67:8 115:22 | reading 68:3 | 105:21 106:1 | reduced |
| 107:5 | 116:7 129:7 | reads 82:12 | 109:14 | 118:12 |
| purchased | 129:9 | 104:12,14 | 125:13,21 | refer 59:6 |
| 12:10 32:1 | questioned | real 52:22 | 133:2 | reference |
| 55:6,18 | 34:9 104:18 | 111:1 | rebates 84:13 | 76:21 113:20 |
| 115:10 | questions 6:17 | realized 112:1 | 86:6 88:7 | 121:7 129:5 |
| 117:19 | 7:1,12,14 | really 16:21 | 93:7 94:3 | referenced |
| purchaser | 10:21 19:4 | 18:6 19:7 | 95:3,8,11 | 31:4 |
| 106:21 | 43:22 107:18 | 20:12 40:5 | 96:3,4 106:4 | references |
| purchases | 124:21 125:1 | 46:8 55:14 | 108:2,17 | 120:5 |
| 12:14 55:19 | 126:13 | 57:10 61:14 | 109:2,6 | referred 11:22 |
| purchasing | 133:17 134:8 | 64:4,7,11 | 119:7,13 | referring 15:9 |
| 10:3 58:17 | quick 52:22 | 75:19 76:5 | 126:6 132:17 | 15:12 58:21 |
| 65:21 117:13 | quite 12:19 | 77:11,22 | 132:19,22 | 63:2 79:4 |
| 124:11 | 16:8 41:16 | 79:13 83:2,7 | 133:5,10,11 | refers 104:16 |
| purely 27:9 | 65:2 74:13 | 91:19 92:12 | 133:13 | reflect 24:22 |
| 34:8 55:14 | 78:6 98:9 | 95:17,19 | Rec 3:3 | 25:1 104:1 |
| 61:19 71:21 | 111:17 | 109:8 112:18 | recall 105:9 | refusal 107:10 |
| 107:3 | 115:17 | 116:2 120:2 | receive 83:6 | refused 75:3 |
| purpose 70:12 | quote 18:18 | 129:22 | 132:17 | refuses 89:5 |
| pursuant 1:21 | quotes 33:10 | 130:15 131:3 | received 37:10 | regarding |
| 89:8 109:4 | | 132:8 | 37:13 83:6 | 92:14 |
| put 19:14 20:1 | **R** | reason 6:19 | 114:17 | region 12:16 |
| 71:9 77:10 | range 63:13 | 21:1 28:11 | receiving | **Registered** |
| 84:10 88:16 | 78:3 81:5 | 40:14 62:12 | 132:18 | 1:19 136:6 |
| 89:16 122:5 | rate 44:15 | 71:12 | recent 87:3 | regulated |
| 122:6 | 63:12,14 | reasons 11:18 | 110:21 | 11:19 |
| puts 126:18 | 64:12,14,22 | 59:11 62:20 | recess 47:19 | regulates |
| putting 19:10 | 65:3,5,12,16 | 121:12,14 | 61:22 107:15 | 11:16 |
| 19:13 59:18 | 65:18 121:11 | rebate 4:12 | 125:5 | reimburse |
| 89:20 | 121:21,22 | 75:5 76:3 | record 61:20 | 21:22 22:2,9 |
| P.A 2:17 | 122:7,13,15 | 83:10 84:11 | 61:21 136:10 | 61:13 62:22 |
| p.m 1:17 | 127:16 | 84:12,21 | records 94:21 | 63:4 107:7 |
| 134:10 | rates 64:13,19 | 85:1,1,13 | recoup 121:3 | 124:20 |
| | 75:22 103:22 | 87:3,17 88:3 | Red 3:3 114:1 | reimbursed |
| **Q** | 104:8,20 | 88:6,9,10 | 114:4,5,7,10 | 23:4 27:19 |
| quantity 19:11 | rather 46:9 | 89:8,21 90:5 | 114:20 | 51:10,14 |

Hal Goldman, Pharm D., R.Ph.  Confidential
Sunrise, FL

September 20, 2004

26

117:20 122:2
**reimbursem...**
23:7,8 27:7
46:15 51:1
51:22 102:10
103:8,22
104:8 126:19
132:2
**reimbursem...**
104:21
**reimbursing**
111:14
117:15
**related** 46:19
**RELATES** 1:7
**relations** 21:9
24:8 56:19
**relationship**
48:6 55:8
131:14 133:1
**relationships**
45:22
**relative** 136:13
136:15
**rely** 38:5 113:6
**remained**
88:19
**remember** 6:4
52:21 82:5
93:2 114:2
115:9 129:22
**remove** 59:5
**removed** 77:20
**remuneration**
83:7
**rendered**
56:11
**renegotiate**
90:2
**renew** 83:5
**renewed** 86:19
**rephrase** 7:3
**replace** 22:6
48:5

**replacement**
22:4,11
26:19 45:1
50:14 51:2,4
51:10 55:22
56:2 58:17
61:15,16
128:14,16
**report** 4:14
122:22 136:8
**reporter** 1:20
6:18 109:18
136:6
**REPORTE...**
136:1
**represent** 27:4
108:9
**representation**
111:2,12,15
**representati...**
112:1
**representative**
7:10
**represents**
27:10 45:10
109:9 125:17
**request** 36:4
64:2,4,9
73:20 91:8
96:11,20
**requested** 36:2
86:13 136:9
**requests** 60:10
60:11 74:18
**require** 108:1
**required** 108:3
**requirement**
22:14 74:12
**research** 121:3
**reserve** 5:15
10:19
**response** 7:12
**responses**
74:14,18,19

**responsibilit...**
9:22
**responsibility**
10:2
**responsible**
8:22 10:2
21:10 91:21
**rest** 108:20
**result** 37:7
101:6 134:3
**resulted** 75:13
106:4
**retail** 42:16
63:6 103:3
130:11,19
131:5 132:2
**returned**
124:17
**review** 19:21
74:5 136:9
**reviewed** 48:6
**reviewing**
131:18
**re-form** 54:12
**RFP** 73:20
74:10 75:13
100:9
**rheumatolog...**
58:4
**ridiculous**
70:11
**right** 19:2
24:20,22
33:10 36:12
40:1 55:6,7
68:9 69:16
99:19 104:19
107:10
111:10
112:16
113:19
120:14 124:2
126:9 130:17
131:10

133:17
**risk** 59:21 60:3
**Rob** 54:11
**role** 8:12,13
**roll** 36:19
**rolled** 11:20
12:12 17:5
36:14
**rolling** 33:2
**rollup** 20:21
**room** 65:11
**ROSEMAN**
2:4
**roughly** 129:14
**rounding**
93:20
**routinely**
19:21
**rules** 6:16
108:7
**rumblings**
54:17
**running** 9:2
**rural** 21:19
22:15 57:11
**Rx** 16:19 17:21
18:10,18
20:16
**R.Ph** 1:18 5:2
135:9 136:8

--- S ---
**s** 3:6 4:1 40:22
**safety** 20:10
**said** 22:15 23:5
35:4 36:10
36:18 54:15
56:21 61:4
62:3 65:10
74:17 80:2
97:2,7 99:11
100:11 105:9
**sales** 121:4
123:7

**same** 7:8 8:15
18:16 25:11
29:20 42:1,2
46:3,4 68:16
70:9 71:1,7
96:9 99:22
133:5
**San** 72:6
**saturate** 60:22
**save** 20:8 33:3
33:4 36:18
**saved** 18:12
**saves** 20:7
**saving** 20:11
**savings** 32:15
33:6 42:8
43:5 49:2
82:13 122:1
**saw** 54:7 121:6
**say** 6:19 7:16
9:5 11:4 13:9
13:20 14:14
14:21 15:12
21:5 22:20
24:19 26:2
27:1,10,18
30:4 31:6
34:10 38:13
53:4 57:18
57:22 63:4
70:7 75:13
75:18 77:15
103:17
104:16,21
113:14
115:10
116:11 118:5
119:1 124:14
129:9 131:6
133:4
**saying** 99:9
127:1
**says** 30:22 42:7
43:4 76:22

Henderson Legal / Spherion
(202) 220-4158

Hal Goldman, Pharm D., R.Ph.   Confidential
Sunrise, FL

September 20, 2004

27

83:14 89:7
93:4 129:18
131:8
scenarios
77:18
schedule 20:15
40:12 51:21
90:5
science 8:6
Scott 55:6
73:19 87:19
Scott's 31:22
Scripts 73:5
81:15
seal 135:10
search 64:10
second 17:8
25:12 30:11
30:13 50:22
61:20 94:15
104:13,17
125:3
section 17:9,9
17:17 18:15
48:3 76:21
82:11 83:1,7
87:8,8 89:7,9
89:15,15,19
107:22 108:8
108:12 109:4
133:8
Security 89:10
Sedano 105:2
see 19:22 22:13
24:17 26:7
29:10 30:9
31:20 41:17
44:8 45:11
77:21 78:2,6
79:14 82:21
90:1 94:12
94:20 102:7
102:16 113:3
122:14,20,22

125:21 126:3
126:3,5,22
127:20
132:19
seeing 111:21
130:17
seek 18:9 35:5
seeking 55:11
seem 18:22
seen 7:18
16:14 24:2
31:6 50:5
110:22 123:9
sell 13:16,16
selling 88:19
121:17
send 22:7 64:9
87:1 113:22
sense 7:3 69:18
sent 30:8 42:2
74:10,17,20
separate 11:15
11:19 12:9
12:12 29:14
81:10 129:8
separately
29:7 35:3
September
1:16 68:11
68:16 72:19
73:17 82:1
99:8,9 117:5
135:11
136:19
service 11:8
18:9,12 20:3
49:9 72:11
75:7 76:14
103:9 109:5
126:2,8
services 3:11
4:4 10:4 11:3
13:17 16:21
17:1,10,11,13

23:16 24:7
24:15 25:8
25:15 26:4
26:10 30:5
32:20 33:17
34:3 36:11
37:2,14,17
38:14 39:15
40:3 41:8
44:5 56:11
56:15 59:9
66:13 75:6
servicing 65:1
serving 32:16
set 11:13 28:8
28:14 64:12
64:13 78:16
81:19 109:14
111:18,19
116:5 120:19
sets 77:11
setting 58:11
59:13
setup 42:2
seven 46:5
several 33:13
share 89:22
98:6 108:19
shared 96:19
sheet 4:6 66:21
68:2
shelves 56:9
ship 66:1
short 55:5
79:15
shot 33:21
should 7:19
19:12 20:3
34:14 35:19
41:17 48:9
48:12 67:8
112:9,18
129:9
show 14:4

32:15 108:13
108:13
113:17 114:1
126:6
showed 33:6
showing 33:1
52:6 111:11
shown 104:21
side 13:14
15:10,10,13
20:10,10
66:6
sides 56:7
signed 48:7
significant
117:21
signing 63:22
similar 38:9,16
38:17 81:1
92:11 98:12
105:4 116:19
133:8
since 24:17
111:17 114:3
single 34:13
sir 51:13
situation 60:5
75:10
six 77:21 78:11
84:21
six-month
78:10
size 34:13
35:12
skilled 50:14
slam 73:8
slow 132:8
small 11:6
16:19 17:2
34:1 38:1
64:7 65:11
115:16
smile 6:21
Social 89:10

software 76:3
90:12 98:14
98:16
sold 54:13
87:19,22
solution 29:14
some 10:21
12:7 20:11
22:15 28:5
33:6 38:18
38:21 39:2
41:19 42:13
52:19 53:13
54:18 57:22
58:5 60:9,9
65:3,10,14
71:12 74:3,3
79:11 81:14
84:11 86:13
88:20 90:6,6
92:7,7,8
95:11 96:5,6
101:9 108:6
108:6,18,19
109:17 110:5
112:15,17
113:1 115:10
115:14,16
121:6 129:17
130:4 133:2
134:5
somebody 36:2
59:18 77:19
118:9,11
119:6 121:18
somehow
54:12
someone 15:9
15:13
something 7:1
7:17,18 17:4
17:21 18:2
19:16 29:9
70:10 91:20

Hal Goldman, Pharm. D., R.Ph.  Confidential
Sunrise, FL

September 20, 2004

28

| | | | | |
|---|---|---|---|---|
| 92:16 107:20 112:11 121:16 127:5 128:21 131:17 | 23:13 26:21 27:3,4,8,11 28:21 29:17 43:1 57:21 89:3 119:20 120:8,12 | 10:4 **standard** 26:21 28:6 29:4,6 65:8 88:13 **start** 52:9 109:21 | 126:3 132:12 132:22 **stipulate** 45:12 **stock** 124:17 **stood** 123:5 **stop** 20:4 | **sum** 91:20 **summary** 48:4 94:13 **Sunrise** 1:15 **supplies** 28:1 51:9 |
| **sometimes** 57:4 88:7,8 **somewhere** 21:5 43:7 47:8 54:2,9 55:7 59:7 127:4 | 128:8,10,12 128:16,20 130:10,13 **specific** 18:22 81:4 95:13 **specifically** 7:20 17:8 | 125:11 **started** 8:12 31:18 32:2 54:2,17 73:10 99:19 110:22 116:21 | **stopped** 114:6 114:9 **store** 64:6 121:18 123:19,20 124:9 **stores** 64:7,8 | **supply** 9:15 79:15 82:2 98:14 **support** 92:1 **sure** 6:16 7:9 9:2 14:2 23:6 23:7 36:9 |
| **sorry** 12:2 42:10 44:1 45:19 46:1 73:10 107:1 | 22:7 25:3 76:21 80:13 82:11 87:7 89:15 91:6 92:13 93:22 97:11 | 128:11,13,15 132:20 **starting** 36:21 86:5 90:1 **starts** 18:16 27:16 31:16 | 66:4 124:4 130:11 **store's** 67:16 67:18 **Street** 2:5 **subject** 6:2 | 40:7,15 46:2 53:2,15 66:2 79:18 94:21 104:19 107:20,21 109:18 111:1 |
| **sort** 5:20 6:22 9:5 14:4 19:19 21:8 53:13 57:21 81:7,14 84:11 100:4 106:18 107:9 110:5 112:15 113:8 123:21 133:2 134:5 | **specify** 7:15 **SPECTOR** 2:4 **speculative** 33:18 34:18 **spell** 101:15,16 **spelled** 58:9 102:19 **spells** 124:19 **spend** 82:8,12 82:15,19 83:1 | 100:21 **state** 1:20 11:11,14,16 60:17 63:19 101:21 135:3 135:16 136:3 **statement** 94:2 **states** 1:1 17:17 18:18 46:6 48:4 51:8 63:11 | 28:6 **submit** 23:1 35:12 38:4 **submits** 126:12 **submitted** 32:22 36:10 38:6,7 62:7 **subscribe** 113:8 114:5 **subscribed** 114:13 | 120:7 124:15 124:16 125:4 129:6,7,16 133:2 **surrounding** 88:20 **survived** 32:5 **Svcs** 3:9 **switch** 89:4 133:10 **switched** 53:21 |
| **sorts** 32:21 59:9 **sought** 91:12 92:3 **source** 127:9 131:11 **sources** 114:22 **South** 11:17 12:5,16 34:14 46:7 70:7 | **spending** 9:11 **spoke** 54:19 **spots** 102:14 **spreadsheet** 24:10 27:15 38:14 **SSRI** 84:20 **stabilize** 78:18 79:12 | 99:22 108:6 **stenographic** 136:11 **stenographic...** 136:7 **step** 20:1 125:3 **steps** 19:19 **Stevens** 54:12 **stick** 46:21 | **subscribing** 114:9 **subscription** 114:17 **subsidiary** 62:14 **successful** 70:18 **such** 16:18 17:19 40:11 | 73:11 133:12 **sworn** 5:4 135:8 **system** 9:20 23:8 39:13 113:11 122:12 129:15,17 133:6 |
| **Southeast** 32:9 73:4 **speak** 14:15 60:2 116:19 **specially** 42:6 **specialty** 22:5 22:9,19 23:9 | **stabilizes** 79:19 **staff** 17:3,16 18:11 113:1 **staffing** 9:7 | **still** 11:19 19:3 36:7 56:12 65:10 74:9 79:8,8,9 87:5 88:13 89:5 | 56:3 70:5 71:13 80:5 110:5 114:14 **Suite** 2:5,18 | **Systems** 62:7,8 72:5 73:14 81:17,22 98:12 |

Hal Goldman, Pharm. D., R.Ph.  Confidential
Sunrise, FL

September 20, 2004

29

| T | | | | |
|---|---|---|---|---|
| **T** 3:6 4:1,1 | **TAP** 4:10,12 | testified 5:4 | 131:15 | 121:22 |
| 16:4,22 | 4:16 85:5,13 | testifying 7:9 | theirs 58:3 | 125:17,18,20 |
| 71:16 | 86:11 87:4 | **than** 21:20 | **them** 6:4 14:1 | 127:16 128:4 |
| **take** 7:6 31:17 | 87:17 88:4,9 | 47:10 58:3 | 15:21 27:12 | 132:7,22 |
| 33:11 47:15 | 91:8,13 93:8 | 59:20 62:12 | 33:19 34:9 | **then-account** |
| 76:18 78:17 | 94:2,19 95:3 | 65:16,16 | 34:11 35:20 | 86:10 |
| 79:9,10 | 95:22 | 68:20 69:11 | 36:1,3 38:21 | **then-existing** |
| 93:10 104:11 | **Target** 65:17 | 76:1 78:22 | 43:1,11 | 44:11 |
| 108:14 | **team** 9:4 40:13 | 90:13,21 | 52:12 54:7 | **then-Founda...** |
| 109:13 116:5 | **tech** 58:3 | 95:20 107:4 | 54:19 55:4 | 32:14 |
| 118:10 | **tell** 6:5 17:11 | 115:1 121:11 | 59:20 60:20 | **then-HIP** |
| **taken** 1:19 | 19:5 34:20 | 121:11 122:7 | 61:15 76:16 | 76:11 |
| 35:1 47:19 | 75:2 86:3 | 122:15,18,19 | 83:21,22 | **theory** 45:21 |
| 61:22 86:21 | 90:7 123:20 | 126:20 | 84:1 91:10 | **therapeutics** |
| 97:8,16 | 128:13 131:2 | 127:15 128:3 | 94:1 98:19 | 16:3 71:11 |
| 107:15 109:4 | 131:6 | **Thank** 5:10 | 113:3 114:1 | 71:21 |
| 125:5 | **tells** 127:7 | 48:15 94:7 | 117:15 127:2 | **therapy** 46:19 |
| **takes** 54:22 | **ten** 10:10 | 124:21 | 129:9 132:18 | 49:18 61:16 |
| 78:12 121:1 | **tend** 53:9 | 133:17 | 132:22 | **there** 9:3 11:5 |
| **taking** 1:21 | 77:20 | **Thanks** 15:8 | **then** 9:21 | 12:13 13:6 |
| 5:10 36:19 | **term** 7:14 29:1 | 37:5 | 12:17 22:5 | 13:11,15 |
| 98:7 112:6 | 65:20 76:10 | **that'll** 132:14 | 27:4,12 | 20:1 22:15 |
| 124:22 134:9 | 78:21 119:14 | **their** 17:3 | 31:11,11,20 | 25:1,4,12 |
| **talk** 5:11 15:3 | 119:17 120:1 | 26:11,22 | 32:1,2,11,21 | 26:6 28:5 |
| 65:6,6,7 70:8 | 123:3,7 | 33:6 34:10 | 35:21 40:18 | 29:5 30:21 |
| 73:12 76:7 | **terminate** 55:8 | 34:13,15,18 | 41:2,17 47:8 | 33:13,13 |
| 84:19 119:21 | **terminated** | 38:10 39:13 | 54:11,21 | 39:6 40:6,14 |
| 125:12 | 21:4 | 40:1,22 | 55:10 56:15 | 42:20,21 |
| 126:10 | **termination** | 41:20 42:19 | 59:21 67:17 | 43:19 45:21 |
| **talked** 28:20 | 21:2 | 44:9 45:1 | 74:4,7 77:15 | 51:20 52:19 |
| 41:3 60:5 | **terms** 15:19 | 47:1 52:12 | 77:20 78:1 | 52:21 54:7 |
| 62:6 80:14 | 16:1 21:12 | 56:5 65:22 | 79:17 84:21 | 54:18 55:15 |
| 87:11 89:16 | 22:12 24:16 | 69:8 73:3,14 | 86:7,15,16,18 | 58:5 59:12 |
| 91:7 93:11 | 38:8 44:15 | 78:14 79:10 | 87:20 88:18 | 60:6,18 |
| 99:7 119:20 | 57:3 60:18 | 81:4 82:3 | 88:22 90:2 | 63:18 65:10 |
| 120:6 123:10 | 61:12 65:21 | 84:16 87:12 | 93:13,15 | 77:9,12,13,18 |
| **talking** 7:16 | 75:16 96:2,4 | 87:13 98:7 | 95:3 97:18 | 78:19 80:2,4 |
| 9:6 15:7,15 | 96:8 99:4 | 98:16,16,19 | 101:21 | 80:15,17 |
| 15:17 22:22 | 101:12,15,16 | 103:19,21 | 102:15 | 81:6 82:21 |
| 24:19 31:13 | 101:21 | 108:14 | 103:15 104:5 | 88:14,17,20 |
| 35:5 54:16 | 102:10 104:6 | 109:10 113:4 | 105:8 108:8 | 92:7,14 96:7 |
| 57:18 80:1 | 106:7 108:18 | 118:15 121:4 | 108:14 112:3 | 96:10 97:19 |
| 116:11 120:4 | 109:17 124:4 | 122:5,6 | 116:8 117:20 | 97:22 100:4 |
| | **Terrace** 1:13 | 123:12 126:2 | 119:1,22 | 100:8,8,9 |

Hal Goldman, Pharm D., R.Ph.   Confidential
Sunrise, FL                                    September 20, 2004

30

| | | | | |
|---|---|---|---|---|
| 102:9 103:6 | 102:7 103:2 | 60:17 62:15 | 28:10,18 | 51:3 59:18 |
| 104:12,12 | 112:5 113:14 | 62:20 63:13 | 29:20 40:15 | 92:16 110:4 |
| 105:4 106:3 | 119:22 127:4 | 64:9 65:2 | 41:14 52:17 | 110:18 |
| 106:6 107:6 | 127:22 128:1 | 66:3 67:9 | 52:18 57:9 | 115:20 |
| 108:18 | 128:2 131:11 | 68:22 69:2,3 | 60:12 62:14 | **those** 5:21 6:3 |
| 111:17 | **these** 5:11 | 69:7,11 71:7 | 66:4 69:8,10 | 6:8 13:10 |
| 113:17 115:7 | 13:12 26:18 | 73:3 75:2,7,9 | 70:11 73:13 | 16:5 21:11 |
| 115:14,16,21 | 28:11 33:18 | 75:18 76:14 | 75:18 78:13 | 22:18,20 |
| 115:21 | 44:22 45:1,2 | 76:14,17 | 79:7 95:12 | 26:19,22 |
| 118:14 120:5 | 46:18 50:5,7 | 77:7,19 | 95:12 96:5,6 | 33:16 39:9 |
| 121:12 | 52:14,20 | 78:17 79:9 | 96:8,17 | 39:15 44:14 |
| 122:14,19 | 53:3,12 59:9 | 79:10 80:8 | 115:9 117:4 | 51:14 57:7 |
| 123:10,13 | 67:3,9 95:21 | 80:20,20 | 121:17 | 58:9 60:7 |
| 124:15 127:7 | 97:17 103:19 | 82:2,20 84:2 | **they've** 41:10 | 63:5,8 64:19 |
| 129:19 133:2 | 103:22,22 | 84:8,15,16 | 96:14 110:17 | 74:13,16 |
| **therefore** 69:7 | 104:1 112:1 | 86:22 88:6 | **thing** 6:22 15:3 | 75:6,12 |
| 91:22 99:21 | 115:5 131:6 | 89:5 90:1,2 | 21:8 27:22 | 80:18 84:13 |
| 99:22 | **they** 6:10 8:16 | 94:14 98:1,7 | 36:7 59:18 | 90:7 91:19 |
| **Thereupon** 5:1 | 8:17 9:1 12:5 | 98:14 99:1 | **things** 9:2 14:4 | 92:2,6 104:6 |
| 16:11 23:18 | 12:12 13:15 | 99:20,21 | 19:8,22 59:1 | 106:1,7 |
| 30:16 47:17 | 14:2 15:21 | 100:14 | 92:5 113:7 | 108:10 109:6 |
| 47:19 49:5 | 16:8,18,21,22 | 101:11 | 120:3 | 109:20 111:8 |
| 61:22 66:9 | 17:1,2 18:1 | 102:12 103:2 | **think** 6:6 13:21 | 115:1 118:19 |
| 66:18 72:8 | 18:11 20:4 | 103:19,20 | 19:3 36:7 | 119:8 123:18 |
| 85:3,10,17,22 | 21:13,21 | 104:3 106:20 | 43:6 44:18 | 124:3,21 |
| 100:18 | 22:16 23:1,3 | 106:20 107:3 | 53:12 56:21 | 131:13 |
| 107:15 125:5 | 27:21 30:8 | 107:3,5,6 | 59:2 60:5 | 133:12 134:6 |
| 134:9 | 31:11 33:2,4 | 108:14,15,19 | 68:7 70:3,18 | 134:8 |
| **there's** 7:17 | 33:6,22 34:1 | 109:20 110:5 | 73:14 74:19 | **though** 65:9 |
| 13:10 17:9 | 34:10,12,13 | 110:13 | 74:19,20 | 75:12 |
| 24:10 27:16 | 34:21 35:1 | 115:13 | 86:20 90:21 | **thought** 74:17 |
| 28:10,14 | 36:2 38:1,2,5 | 117:11 | 96:10 99:8 | 97:2 115:14 |
| 29:9,19 | 38:5 40:5 | 118:21 | 107:13 | **three** 5:18 50:5 |
| 31:12,13 | 42:15,19 | 119:11 120:1 | 110:19 111:5 | 53:11 74:6,6 |
| 33:14 36:7 | 43:9,9 46:17 | 120:2 121:2 | 111:6,10,22 | 76:6 114:11 |
| 59:11,14 | 46:17 48:17 | 121:15,20 | 112:8,10,14 | 114:16 123:5 |
| 60:1,3 63:13 | 50:15 53:11 | 122:5,8,15 | 112:16 | **three-year** |
| 63:19 68:7 | 53:14,20,21 | 126:5,6,7 | 115:11 116:8 | 53:10 |
| 71:12 74:12 | 54:2,5,10,11 | 128:11 129:6 | 116:16,17 | **threw** 82:20 |
| 76:21 77:18 | 54:14,19 | 130:20 | 120:5,6 | **through** 6:15 |
| 80:1,21 | 55:10,13,15 | 132:11 | 123:4,20 | 12:20 20:5 |
| 83:10 87:8 | 55:18,19 | 133:11 | 131:19,22 | 24:1 25:12 |
| 89:6 90:6 | 56:19,20 | **they're** 19:9 | 132:14,16 | 27:17 31:1 |
| 96:5 97:12 | 57:2 60:13 | 22:14 27:21 | **third** 1:14 6:6 | 36:1 40:4,6 |

Henderson Legal / Spherion
(202) 220-4158

Hal Goldman, Pharm D., R.Ph.  Confidential
Sunrise, FL

September 20, 2004

| | | | | |
|---|---|---|---|---|
| 49:12 50:1 | 116:16,17 | **transcript** 1:12 | 61:2 75:12 | 87:1 94:13 |
| 51:20 52:22 | 117:7,11,12 | 136:9,10 | 76:9 77:9,12 | 97:7,16 99:2 |
| 63:10 66:14 | 117:14 | **transitioned** | 78:17 80:3 | 101:22 102:5 |
| 67:1 72:13 | 124:22 | 100:1,14 | 102:13 | 104:6 106:6 |
| 76:15 79:1 | 130:16 | **trays** 51:9 | 104:12 111:7 | 108:3,17 |
| 82:19 83:9 | **times** 5:14,18 | **tremendously** | 114:11,12 | 117:11 118:6 |
| 83:21,21 | 5:19 53:9 | 118:12 | 115:13,20 | 124:1 |
| 85:8,15,20 | 114:7 | **trends** 19:7 | 119:18,19 | **undersigned** |
| 94:6 97:12 | **tiny** 36:12 65:3 | **tried** 20:21 | 120:3 122:14 | 135:6 |
| 99:5 101:1 | **today** 7:5 | **troubleshoot...** | **two-minute** | **understand** |
| 103:1,3 | 109:18 128:7 | 9:1 | 47:15 | 7:2,4,15,20 |
| 104:10 106:2 | **together** 19:10 | **true** 41:2,4 | **two-page** | 28:4 46:2 |
| 106:12 | 19:14 62:19 | 43:18,20 | 85:19 | 79:18 107:20 |
| 113:11,11,20 | 94:1 95:1,3 | 46:12 54:20 | **type** 15:15 | 110:3 120:16 |
| 128:8,10 | 119:15 | 61:16 109:16 | 22:21 42:2 | 125:16 128:6 |
| 129:15 | **told** 54:19 | 111:2,12,15 | 58:10 130:2 | 130:1 |
| 132:20,21 | 99:20 104:10 | 112:1 118:1 | **types** 57:8,9,21 | **understanding** |
| 133:4 | 106:6 111:6 | 136:10 | 92:11 123:13 | 36:8 110:8 |
| **tiered** 85:1 | **too** 13:11 | **truly** 56:11 | **typically** 64:18 | 110:15 111:8 |
| **time** 5:10 7:5,6 | 88:21 122:1 | 76:15 108:13 | 126:15 | **understands** |
| 12:7 20:18 | **took** 41:14 | 111:1,2,12 | | 119:16 |
| 20:19 22:7 | 68:16 | 118:9,21 | _____ **U** _____ | **understood** |
| 22:10 24:17 | **top** 6:4 30:21 | **truth** 34:20 | **U** 102:19 | 23:5 109:1 |
| 30:7,14 | 31:4 42:7 | **truthfully** | 104:13 121:7 | 118:14,18 |
| 31:22 32:8 | 90:19 | 75:19 130:16 | 122:3,13,17 | **undersupply** |
| 32:13 33:17 | **topic** 62:3,4 | **try** 7:3 13:16 | 126:13,15 - | 9:15 |
| 34:9 35:14 | **total** 28:12 | 13:18 18:5 | 127:11,17 | **United** 1:1 |
| 35:15,17 | 94:16 95:5 | 20:4 22:18 | 128:5 | 13:9 46:6 |
| 41:15 46:17 | **towards** 24:10 | 23:10 29:8 | **ultimately** | 63:11 |
| 48:16 49:1 | 53:10 | 61:13,14,19 | 76:13 | **University** 8:4 |
| 50:11 51:13 | **TPM** 28:12,14 | 64:18,21 | **umbrella** | 8:8 |
| 51:18 54:4 | 28:17 | 65:8 69:21 | 55:17 | **unless** 7:15 |
| 55:4 56:11 | **TPN** 29:2,13 | 70:1 75:17 | **under** 11:20 | 122:16 |
| 59:14,16,17 | **traditional** | 89:3 126:14 | 12:13 17:21 | **unsolicited** |
| 59:17 67:9 | 22:17,21 | **trying** 30:8,11 | 20:17 23:7 | 33:11 114:18 |
| 74:2,22 75:1 | 76:1 | 40:12 70:20 | 26:13 31:22 | **until** 126:7 |
| 75:8,10 | **traditionally** | 132:1,3 | 32:11,14 | **up** 11:13 12:20 |
| 78:19 79:14 | 42:16 56:1 | **turn** 24:9 | 35:14 36:15 | 27:8 29:22 |
| 82:9 98:7,15 | 59:14 65:5 | **turnaround** | 38:18 44:4 | 34:6,11 35:3 |
| 99:7,10 | 77:8 78:13 | 56:11 | 46:15 50:12 | 36:12 44:14 |
| 100:5 104:3 | 79:7,8 121:2 | **twice** 5:17 | 50:19 51:2,3 | 53:8,9 54:5,6 |
| 105:19 | 122:17 | 19:13 20:4 | 53:1 55:6,16 | 54:14 62:8 |
| 107:13 | **transactions** | **two** 30:7 38:11 | 67:6,11,13 | 63:22 71:16 |
| 108:22 116:2 | 61:14 | 45:22 53:9 | 73:19 80:5 | 81:7,19 82:3 |

Henderson Legal / Spherion
(202) 220-4158

Hal Goldman, Pharm D., R.Ph.  Confidential                    September 20, 2004
Sunrise, FL

32

| | | | | |
|---|---|---|---|---|
| 91:20 110:9 | 98:15,16 | 65:10 96:10 | 56:4 57:14 | 83:18 84:5 |
| 112:21 | 101:9 103:3 | 105:4 115:7 | 58:8 60:4 | 84:10 85:13 |
| 113:12 | 108:12 110:5 | 115:16,19,21 | 96:7 | 86:17 87:1 |
| 132:16 134:3 | 115:3 126:2 | **variations** | **very** 35:22 | 87:16 88:22 |
| **updatable** | 128:16,21 | 105:3 | 38:1,9,11,11 | 89:17,19 |
| 53:14 | 129:1 | **varied** 104:22 | 43:22 54:9 | 92:2 93:6,15 |
| **update** 103:16 | **used** 9:20 15:5 | 105:7 | 55:5 70:8 | 94:16,17 |
| **updated** 35:12 | 46:17 72:22 | **varies** 21:15 | 81:1 91:19 | 95:3 97:8,15 |
| 114:7,8 | 73:1,2,4 | 61:8 63:12 | 96:5,8 123:1 | 98:19 106:15 |
| **updates** 114:15 | 87:21 95:12 | 84:14 85:1 | 123:1 | 108:2,11 |
| **upon** 58:10 | 105:10 | 90:13 95:10 | **vice-president** | 109:1,5,13,20 |
| **upwards** 105:6 | 108:16 | **various** 90:6 | 8:10,13,16 | 109:22 110:3 |
| 105:7 | 111:17 115:8 | 104:2,8 | **VII** 83:10 97:7 | 110:19 111:3 |
| **us** 5:11 14:19 | 116:5 119:14 | 105:8 | 97:16 133:8 | 111:21 112:8 |
| 20:22 22:17 | **using** 15:21 | **vary** 21:14,21 | **visit** 23:2 | 112:12 114:4 |
| 30:2,9 32:13 | 83:16 90:14 | 57:16 58:7 | **Vista** 2:20 7:10 | 114:9,13 |
| 33:1,3,8 | 99:12 100:7 | 60:9 63:8 | 8:9 10:21,22 | 115:14,18 |
| 34:16,16 | 100:11 | 66:5 78:4 | 11:1,12,16,17 | 116:16,21 |
| 35:22 36:16 | 105:14 | 95:19 96:5 | 11:21 12:5,7 | 118:14,18 |
| 41:14 54:3 | 128:11 | 102:8 110:13 | 12:10,11,13 | 119:7,16 |
| 54:19 56:5 | **usual** 67:16,18 | **vein** 29:14 | 12:13,15 | 120:13,16 |
| 56:10,10 | 102:18 121:7 | **veins** 29:15 | 13:1,4,12,18 | 122:2,11 |
| 62:17 64:9 | 121:9 | **vendor** 23:15 | 14:8,13 15:5 | 123:10,14 |
| 70:9,11,16 | **usually** 9:13,13 | 30:11,13 | 17:5 18:2 | 124:2,6,8 |
| 71:17 74:12 | 42:3 78:2 | 32:16,18,19 | 19:16,19 | 125:18 |
| 75:21 76:3,3 | 79:12 110:6 | 33:2,9,15 | 20:19 21:7 | **Vista's** 109:11 |
| 76:7,14 87:1 | 126:18,20 | 34:7,19 38:3 | 21:22 22:2 | 110:8,15 |
| 93:8 97:20 | **utilization** | 45:20 48:16 | 23:6 24:15 | 112:3 128:7 |
| 98:14,15 | 18:17,19 | 54:4,5 56:5 | 25:7,15 26:3 | **volume** 58:18 |
| 108:13 | 19:5,20,21 | 75:21 76:2 | 26:9 28:21 | 79:14 118:8 |
| 109:18 | 78:5 84:7,12 | 76:11 88:6 | 29:17,22 | 120:21 |
| 110:22 | 84:15 88:12 | 89:3 96:16 | 32:4,9,15 | 123:11 |
| 111:11,11,13 | 90:1 95:11 | 99:1,21 | 36:15 39:14 | **vouchers** 96:2 |
| 112:18 113:7 | 98:8 | **vendors** 15:1 | 39:19 40:2 | |
| 117:11 126:6 | | 30:7 38:12 | 43:16 50:11 | **W** |
| 126:6 | **V** | 42:13 43:2 | 55:17,20 | **WAC** 26:17 |
| **use** 7:14 22:3 | **validate** 41:13 | 46:3 53:21 | 58:11,19 | 27:4,8,10,12 |
| 22:11 32:2 | **value** 43:11 | 73:22 74:3,7 | 59:8 62:7,22 | 38:17,21 |
| 70:21 72:3,5 | 121:19 | 76:6,7 83:17 | 67:6 69:20 | 40:18,19 |
| 73:6,9 75:7 | **value-buying** | 83:19 98:14 | 70:12,21 | 41:6 42:3 |
| 80:21,22 | 118:17 | 98:18 113:3 | 71:9 72:1,14 | 45:2 110:7 |
| 83:14,15 | **variabilities** | 113:22 | 72:17,20 | 110:10 112:4 |
| 89:5 90:1 | 82:22 | **verbal** 6:20 | 73:16 74:9 | 112:8,12 |
| 92:15 98:2 | **variation** | **versus** 33:7 | 80:4 82:7 | 113:16,21 |

Hal Goldman, Pharm D., R.Ph.  Confidential
Sunrise, FL

September 20, 2004

33

| | | | | |
|---|---|---|---|---|
| 119:5,15,22 | 2:12 | 86:2 91:5 | 81:18 82:2 | 65:14 101:7 |
| 120:1,5,16,18 | **wasn't** 98:8 | 94:6,10 | 82:22 87:19 | 109:17 |
| 121:2 132:5 | **waste** 121:3 | 96:10,15,22 | 87:22 88:8 | 110:13,21,22 |
| 133:22 134:2 | **way** 7:4 33:10 | 97:1 100:16 | 90:1 92:7,7 | 111:4,6,22 |
| **WAC-plus** | 44:20 55:21 | 100:20 | 97:17,18,19 | 119:19,20 |
| 26:19 133:21 | 56:13 63:7 | 107:13,17 | 97:20,22 | **whatever** 7:6 |
| **WAC-to-W...** | 80:4 92:22 | 124:21 125:4 | 98:10,14 | 45:12 126:17 |
| 46:10 | 103:10 | 131:20 | 99:1,1,20 | **what's** 39:16 |
| **wait** 56:8,9 | 122:19 | 133:20 134:8 | 100:14 | 56:1 88:17 |
| **waiting** 59:16 | 126:14 | **went** 21:1 | 101:13 103:6 | 88:17 95:15 |
| 78:13 132:12 | 127:21 129:6 | 35:16 37:8 | 103:20,22 | **when** 6:11 7:16 |
| **waits** 56:10 | **ways** 58:9 | 37:22 42:22 | 104:9 105:6 | 8:15 9:5 11:4 |
| **Walgreen's** | 60:18 63:4 | 48:17 53:20 | 106:1,3,6,8 | 11:18 15:12 |
| 65:16,22 | **wayside** | 86:7,20 | 106:21 107:3 | 17:4 18:6 |
| 73:1 81:14 | 115:11 | 87:22 | 107:16 | 20:19 21:4 |
| 100:11,13 | **well** 6:15 11:13 | **were** 5:20 6:2 | 113:12 | 22:20 24:19 |
| 101:2,9,22 | 15:15 24:21 | 8:15,15,17,21 | 114:19 | 27:1 30:4 |
| 102:3,5,13,15 | 29:19 44:15 | 9:2,3,11,22 | 115:13 | 32:1,13 |
| 102:16 103:5 | 75:18 77:15 | 12:12 16:18 | 116:15 117:8 | 38:13 43:22 |
| 103:8 104:5 | 79:6 80:7 | 16:21 17:1 | 117:11,11,15 | 53:19 54:15 |
| **walk-in** 63:2 | 82:18 90:13 | 26:17 30:7 | 117:15 | 55:11 57:18 |
| **want** 10:21 | 94:12 95:5 | 32:14 33:7 | 118:14,21 | 65:5 70:8 |
| 21:5 22:16 | 96:15 106:20 | 33:16,18,22 | 119:8,11 | 77:15 78:8 |
| 27:22 59:1 | 107:2 111:10 | 34:13,19 | 120:4 123:10 | 78:21,21 |
| 60:2,19,22 | 116:6 126:11 | 35:15,16,20 | 123:13 | 79:3 82:18 |
| 62:4 65:8 | 126:14 128:1 | 36:21 38:1,3 | 124:10,17 | 84:21 87:19 |
| 75:4 79:17 | 129:9,11 | 38:14,19,21 | 125:6 128:14 | 88:16 91:16 |
| 82:8 96:13 | 132:19 | 39:2 40:5 | 132:19,22 | 100:7 101:19 |
| 96:21 98:6 | **WELLS** 2:9 | 42:2,20 | 133:5,13 | 103:3 104:19 |
| 107:18 115:9 | 5:7 15:11 | 43:12,19 | **weren't** 99:4 | 111:3 113:14 |
| 120:6 125:12 | 16:9,13 | 44:17,22 | 106:10 | 116:11,14 |
| 132:13,16 | 23:17,20 | 45:1 47:20 | **we'd** 81:13 | 119:20 120:4 |
| **wanted** 33:9 | 30:15,18 | 49:6 50:14 | **we'll** 22:7 | 121:2,2 |
| 36:5,16 75:7 | 42:11 43:3 | 50:15 51:14 | 46:21 47:14 | 124:14 |
| 75:20 76:8 | 45:14,17 | 51:16,19 | 56:3 65:6 | 126:12 |
| 86:22 99:22 | 47:13,16,21 | 52:15 53:3,8 | **we're** 11:10 | 128:11,14 |
| 114:15 | 48:19 49:4,8 | 53:14 54:5 | 63:9,21 69:7 | 130:17 |
| 126:22 | 49:21 50:4 | 54:15 55:5 | 70:8,20 88:7 | 132:20,20 |
| 127:12 | 52:8 61:20 | 55:10,11,13 | 111:1,12 | 133:4,10 |
| **wants** 59:8 | 62:2 66:7,11 | 55:15,18,19 | 112:6 128:4 | **where** 6:21 8:3 |
| **warehouse** | 66:16,20 | 62:1,3,6,21 | 131:3 132:22 | 12:15 19:12 |
| 66:1 | 69:19 72:7 | 67:9,9 75:6,6 | **we've** 35:17 | 22:4 23:1 |
| **warning** 71:14 | 72:10 85:2,5 | 75:10,16,22 | 54:21 57:15 | 28:13 36:17 |
| **Washington** | 85:12,19 | 76:9 81:11 | 60:12 61:2 | 57:15 60:6 |

Henderson Legal / Spherion
(202) 220-4158

Hal Goldman, Pharm D., R.Ph.  Confidential
Sunrise, FL

September 20, 2004

34

| | | | | |
|---|---|---|---|---|
| 65:1,2 70:10 | 115:2,3 | 58:2 64:11 | 14:21 15:9 | 105:19 |
| 80:1 89:16 | 116:5,11 | 65:17 72:7 | 18:12 23:1,4 | 119:10 126:3 |
| 90:12 92:21 | 122:9 126:6 | 85:2 89:5 | 23:8 24:22 | **write** 6:18 |
| 99:10 108:19 | 131:4 | 90:8 91:1 | 25:1,3,9 | **writes** 89:3 |
| 117:7 133:6 | **whoever** 133:1 | 92:15 113:17 | 27:12 29:4 | **writing** 22:14 |
| **whereas** 46:6 | **whole** 9:8 | 128:13 | 30:9 33:7 | **written** 23:12 |
| 51:15 | 13:11 57:16 | 130:17 131:2 | 34:2,15 35:1 | 39:16 40:7 |
| **whether** 17:14 | 58:9 61:10 | **win** 56:7 | 35:1 39:22 | 88:17 93:20 |
| 19:9 21:16 | 63:16 | **wings** 78:14 | 42:1 43:10 | **wrong** 56:22 |
| 28:17 32:4 | **wholesale** 1:5 | **Winn-Dixie** | 45:2,21 46:3 | ——————— |
| 58:19 66:3 | 25:10,17 | 4:4 67:6 | 46:9,9,11,18 | **X** |
| 92:10 105:21 | 26:11 39:21 | 68:19 69:10 | 46:19 47:8 | **x** 1:10 3:1,6 4:1 |
| 107:9 112:15 | 51:16 110:1 | 69:15,17 | 50:20,21 | ——————— |
| 114:9 115:13 | 110:16 | 117:4,15,19 | 51:7 52:4,11 | **Y** |
| 115:22 | 111:18 113:4 | 118:12 124:2 | 53:5,6,12 | **yeah** 15:8 |
| 122:11 | 116:9 119:15 | 131:6,8 | 59:3 61:11 | 46:11 127:13 |
| 123:19 | 119:21 120:2 | **wish** 20:18 | 63:4,4 64:9 | 132:15 |
| 127:18 | **wholesaler** | **withdrawn** | 70:7 76:2 | **year** 8:13 9:17 |
| **which** 7:11 | 118:11 120:9 | 71:14 | 82:21,22 | 53:10 55:8 |
| 11:17 12:18 | 123:19 | **within** 9:1,1,20 | 89:16 90:2 | 79:9 82:15 |
| 30:14 42:5,6 | 131:15 | 10:9 26:21 | 90:15 93:15 | 82:16 91:16 |
| 45:5 47:19 | **whose** 27:1 | 43:8 56:11 | 93:19 94:14 | 114:7,17 |
| 55:4 58:11 | **who's** 58:4 | 57:9 78:2 | 94:18 101:19 | **years** 10:10 |
| 59:22 61:22 | 65:7 | 80:17 89:9 | 102:17 104:5 | 11:19 14:14 |
| 63:6 68:9 | **why** 15:18 18:9 | **witness** 3:3 5:3 | 105:18 | 16:2 18:5 |
| 73:3,20 | 27:7 28:18 | 15:8 42:13 | 107:13 | 35:18 41:16 |
| 76:18,20 | 34:16 37:21 | 45:16 48:15 | 108:13,13,16 | 53:11 54:11 |
| 79:19 80:6,7 | 40:14 47:14 | 69:16 91:4 | 108:16,18 | 111:7,17,20 |
| 80:10,21 | 51:14 53:7 | 94:8 96:16 | 109:7,8 | 112:6 114:11 |
| 84:9 94:4 | 53:21 59:8 | 133:18 | 112:11,17 | 114:12,16 |
| 97:5 107:15 | 62:11 65:7 | 135:10 | 116:9,19 | **yet** 40:10 |
| 107:19 115:2 | 68:19 75:2 | **work** 35:10 | 117:21,22 | **York** 54:5,6 |
| 117:3 120:2 | 76:5,13 | 52:2 59:16 | 118:3,15 | 81:19,19 |
| 125:5,11 | 77:12 88:10 | 64:1 65:3 | 121:11,14 | 87:19 88:2 |
| **whichever** | 88:19 98:5 | **working** 81:18 | 122:5,6,8,9 | 99:21 132:21 |
| 39:17 | 98:21 112:6 | 111:21 | 122:11,14,16 | 133:14 |
| **while** 33:5 | 116:3 132:7 | **world** 74:2 | 123:20 124:8 | **your** 5:10 6:11 |
| 36:19 114:2 | **wide** 63:13 | 132:8 | 126:3,5,5,21 | 6:21 7:11,22 |
| **who** 13:8 15:13 | **wiggle** 65:11 | **worry** 130:16 | 127:16 129:7 | 8:9,15,18,21 |
| 23:13 30:9 | **will** 6:5 17:18 | 130:17 | 129:19 | 9:18,22 |
| 30:11 35:21 | 18:18,21 | **worse** 69:3 | 131:17,17 | 13:22 22:12 |
| 48:8,16 54:4 | 20:4 22:6,8 | **worth** 98:8 | 132:4,4 | 23:13 30:12 |
| 58:21 72:4 | 28:9 41:13 | **would** 9:3 13:9 | 133:8 | 55:11 60:8 |
| 76:9 105:12 | 51:10 57:9 | 13:20 14:2 | **wouldn't** | 61:4 63:16 |

Hal Goldman, Pharm D., R.Ph.  Confidential
Sunrise, FL

September 20, 2004

35

| | | | | |
|---|---|---|---|---|
| 63:18 64:1 | **$1.50** 50:16,18 | 0040 82:11 | 134:10 | **1260** 31:1 |
| 67:3 70:5 | 50:21 64:15 | 0044 83:9 | **10** 39:17 40:17 | **13** 85:16,19 |
| 71:1 75:13 | 64:16 68:3 | 0045 107:22 | 41:14 46:20 | 92:13 |
| 75:17 81:12 | 102:17 | 0046 108:9 | 47:2 51:7 | **132** 3:4 |
| 88:15 95:21 | **$1.56** 63:10 | 005 3:17 49:5 | 72:7 76:18 | **1340** 1:13 |
| 98:10 111:8 | **$1.65** 42:16 | 006 3:19 49:5 | 80:13 82:10 | **14** 25:18,22 |
| 112:20 | **$10** 121:17 | 007 3:21 49:6 | 83:9 97:5,11 | 85:21 93:22 |
| 120:11 | **$164.91** 93:4 | 0071 97:12 | 107:19 | 94:6 104:13 |
| 122:12 | 93:12 | 125:14 | 125:11 | 105:1 |
| 124:10,22 | **$173.16** 45:6 | 0074 97:12 | **100** 4:18 | **15** 14:14 43:8 |
| 125:12 | 47:11 | 008 4:4 66:9 | **100-page** 73:21 | 68:3 69:3,7,7 |
| 126:14,18 | **$18** 29:21,22 | 0080 85:8 | **11** 20:14 48:18 | 69:14 100:17 |
| 127:1 128:8 | **$2** 42:18 68:5,6 | 86:15 | 85:2,5 86:3,4 | 100:21 |
| 131:4,8 | 102:18,18 | 0081 86:10 | 91:6 | 102:17 |
| **yourself** | 104:13 105:1 | 91:7 | **1111** 2:11 | **1500** 52:12 |
| 133:11 | 105:7 | 0082 86:5 | **1122** 24:1 | **16** 3:9 50:15,17 |
| **you'll** 7:4 28:7 | **$2/HCFA** | 009 4:6 66:18 | **1128B(b)** | 65:15 111:17 |
| 78:2 | 104:14 | 01 86:21,22 | 89:10 | **1682** 50:1 |
| **you're** 6:17 7:9 | **$2/U** 104:15 | 01CV12257-... | **1183** 24:9 | **17** 63:9 65:13 |
| 8:16 15:7 | **$250** 90:13,15 | 1:6 | **1186** 25:12 | 67:15 69:10 |
| 24:19 31:3 | 93:10,15,18 | 010 4:8 72:8 | 26:6 | 69:15 117:16 |
| 36:19 40:14 | **$309,348.37** | 011 4:10 85:3 | **1188** 27:16 | 117:20 |
| 53:15,17 | 95:6 | 012 4:12 85:10 | **1189** 29:9 | **1718** 50:1 |
| 57:18 59:21 | **$414.91** 92:18 | 013 4:14 85:17 | **1191** 27:17 | **1721** 49:16 |
| 59:22 63:2 | 93:19 | 014 4:16 85:22 | 39:6 | **1722** 49:12 |
| 127:10 | **$600,000** 95:14 | 015 4:18 | **12** 21:5 25:10 | **1723** 51:1 |
| 133:21 | **$7,000** 95:11 | 100:18 | 25:20 73:22 | **1732** 52:7 |
| **you've** 5:19 | **$80** 47:8 | | 74:18 85:7,9 | **1734** 51:20 |
| 6:15 7:17,18 | **$89.41** 45:6 | | 85:12 86:18 | **1741** 51:20 |
| 31:6 70:18 | 46:22 | **1** | 86:19 87:3,7 | **1742** 49:12 |
| | | **1** 16:10 17:8 | 89:6 | **18** 105:1 |
| **Z** | **0** | 21:6 25:3 | **12,000** 63:21 | **1818** 2:5 |
| **zero** 28:8 | **00** 21:6 54:10 | 43:8 50:13 | **1204** 24:1 | **19** 135:18 |
| **zip** 64:10 | **001** 3:9 16:11 | 86:21 126:16 | **1205** 31:1 | **19103** 2:6 |
| **Zoladex** 87:14 | **002** 3:11 23:18 | **1st** 49:19 50:2 | **1208** 32:12 | **1997** 49:19 |
| 88:11,19,21 | **0022** 101:1 | 68:11,17 | 33:13 36:10 | **1999** 8:18 |
| 88:22 89:20 | 102:22 | **1-00** 54:1 | 42:6,11,12 | 44:18 54:16 |
| 90:2 | **003** 3:13 30:16 | **1.1** 17:9 | 44:8 46:17 | 68:11,17 |
| | **0030** 102:9,20 | **1.1.1** 17:9,17 | 46:21 | 100:22 117:5 |
| **$** | 103:15 | **1.2** 18:15 | **1212** 31:16,21 | |
| **$1** 64:15,15 | **0031** 102:9 | **1.50** 42:18 | **1219** 31:21 | **2** |
| 67:15,18 | **0036** 76:20 | **1.56** 63:15 | **1220** 31:19,19 | **2** 18:16 23:17 |
| 105:2 | 80:14 | **1.6** 87:8 | **125** 3:4 | 23:21 38:15 |
| **$1.25** 105:7 | **004** 3:15 47:17 | **1.7** 76:21 | **1254** 46:14 | 39:5 43:9 |
| | | **1:05** 1:17 | | |

Hal Goldman, Pharm D., R.Ph.   Confidential
Sunrise, FL

September 20, 2004

36

| | | | | |
|---|---|---|---|---|
| 69:11 80:21 | 104:22 | **50** 47:10 64:16 | 54:9 73:11 | |
| 83:3 129:1 | **3.1** 89:7 | 78:3 81:3 | 73:11 116:21 | |
| 129:13 130:2 | **3.4** 89:15,19 | 103:12,13,13 | 116:22 117:1 | |
| **2,500** 63:20 | **3.75** 90:14 | 129:13,22,22 | 128:13 | |
| **20** 1:16 45:4 | 92:15 | **50-something** | 132:20 | |
| 59:4 64:15 | **3.9** 82:11 | 46:11 | 133:12 | |
| 65:13 78:3 | **30** 3:13 67:17 | **51.63** 45:15 | | |
| 103:11 | 97:3 105:7 | **54** 81:3 129:14 | | |
| 104:14 105:6 | 117:17 118:3 | 129:22 | | |
| **200,000** 35:15 | **31** 100:22 | **56** 63:14 | | |
| **2000** 44:18 | 101:1 103:15 | 129:13,22 | | |
| 50:2 55:5,7 | **32** 52:10 72:13 | | | |
| 82:1 98:11 | **327,000** 13:3 | **_____ 6 _____** | | |
| 99:9 | **33**134 2:19 | **6** 49:4,20,21 | | |
| **20004** 2:12 | **35** 83:20 97:3 | 51:11 54:21 | | |
| **2001** 30:19 | **36** 47:22 | 55:2 | | |
| 72:19 73:17 | **371** 85:15 | **600,000** 48:22 | | |
| 85:7 86:8 | **372** 87:8 | 49:2 | | |
| 99:8 125:18 | **373** 89:6 | **66** 4:4,6 | | |
| **2002** 94:3 | **374** 89:15 | | | |
| **2004** 1:16 | **383** 90:5 | **_____ 7 _____** | | |
| 135:11 | **384** 85:15 | **7** 49:4,14,16 | | |
| 136:19 | **385** 85:20 | **7.1.2** 107:22 | | |
| **2005** 135:18 | 92:14 | **7.1.5** 108:9 | | |
| **21st** 135:10 | **386** 85:20 | 109:4 | | |
| 136:19 | **389** 94:6 | **70** 61:3 | | |
| **220** 2:18 | **39.7** 93:20 | **72** 4:8 | | |
| **23** 3:11 | **390** 94:6 | **79** 72:13 | | |
| **23-page** 24:10 | | | | |
| **236** 67:1 | **_____ 4 _____** | **_____ 8 _____** | | |
| **237** 67:22 | **4** 26:12,17 27:8 | **8** 66:7,12 67:12 | | |
| **238** 68:10 | 27:12 47:13 | 68:15 117:3 | | |
| **25** 68:5 102:18 | 47:22 82:12 | **8-30-01** 24:11 | | |
| **2500** 2:5 | **4.99** 121:18 | **80** 61:3 | | |
| **255** 68:8 | **400** 2:18 | **85** 4:10,12,14 | | |
| **257** 67:1 | **400,000** 35:17 | 4:16 | | |
| **262** 66:14 | **414.91** 93:11 | | | |
| 68:15 | **45** 83:10 | **_____ 9 _____** | | |
| **278** 67:12 | **47** 3:15 | **9** 66:16,21 | | |
| **280** 66:14 | **49** 3:17,19,21 | 68:10 117:3 | | |
| | | **9th** 30:19 | | |
| **_____ 3 _____** | **_____ 5 _____** | **9:20** 1:17 | | |
| **3** 19:1 30:15,19 | **5** 3:4 49:4,9 | **90** 128:9 | | |
| 42:5 46:13 | 50:10 76:20 | **94** 85:8 | | |
| | | **99** 8:12 44:19 | | |

Henderson Legal / Spherion
(202) 220-4158