John M. Killion      HIGHLY CONFIDENTIAL      January 6, 2006
Boston, MA

---

106

1  formulary.
2     Q.  And having determined that they were
3  functionally equivalent, did they make a
4  formulary decision based upon the economics of
5  the administration of the drugs?
6     A.  Yes.  That went into the decision.
7     Q.  To your knowledge is Blue Cross/Blue
8  Shield of Massachusetts receiving any rebates on
9  Gonal F or any other physician- administered
10  drug?
11     A.  Not to my knowledge.
12     Q.  I started asking you before we switched
13  topics what your litigation experience was, so
14  let's get back to that.  When have you been
15  deposed previously?
16     A.  I was deposed when I was at Harvard
17  Pilgrim on two occasions.
18     Q.  What was the nature of those
19  depositions? What was the nature of the issue,
20  the litigation that you were deposed concerning?
21     A.  We had developed a relationship, a
22  contract relationship, with a pharmacy for

---

107

1  fertility medications.  After I left Tufts, Blue
2  Cross/Blue Shield terminated that relationship.
3  The provider's assertion was that the agreement
4  couldn't be terminated; it went into perpetuity.
5        MR. SULLIVAN:  Excuse me.  You said in
6  your answer "Blue Cross/Blue Shield." Did you
7  mean to say Tufts?
8        THE WITNESS:  Tufts.  I apologize.
9  BY MR. HAAS:
10     Q.  Were those two depositions in
11  connection with the same matter?
12     A.  Yes.
13     Q.  Have you been deposed in any other
14  action?
15     A.  No.
16     Q.  Have you otherwise had any
17  participation or involvement in any other
18  litigation?
19     A.  There was one incident at Tufts Health
20  Plan.
21     Q.  What was that incident?
22     A.  It was in regards to a member who was

---

108

1  trying to contact their primary care physician
2  relative to OB services, was unable to contact
3  their primary care physician.  We outreached to
4  the physician to contact the member.  The
5  physician apparently did not contact the member.
6  The member had a bad experience and sued the
7  physician.
8     Q.  When you began in Blue Cross/Blue
9  Shield of Massachusetts in 1985, did the company
10  have in place a staff model at that time?
11     A.  I don't recall.
12        (Discussion off the record.)
13  BY MR. HAAS:
14     Q.  Getting back to what has been marked as
15  Deposition Exhibit Killion 002, did you have any
16  conversations or communications with any
17  associations other than -- concerning the
18  specialty pharmacy issue other than that that is
19  reflected in this, the minutes of this meeting?
20     A.  Other associations other than MASCO?
21     Q.  Yes.
22     A.  No.

---

109

1     Q.  Did you have subsequent communications
2  with MASCO concerning this issue?
3     A.  I was involved in more than one
4  communication with MASCO.  I'm not clear of the
5  dates, so whether or not there were meetings
6  prior to this meeting or after this meeting, I
7  would need to see copies of minutes.
8     Q.  But it is your recollection there were
9  other specialty committee meetings with MASCO
10  that involved the question of whether to
11  implement a specialty pharmacy model for the
12  supply of oncology drugs?
13     A.  There were -- yes.  There were other
14  meetings with -- let me clarify that. Yes.  There
15  were other meetings with MASCO to discuss our
16  specialty pharmacy program in general and any
17  concerns or issues that MASCO wanted to raise in
18  regards to the delivery of oncology medications.
19     Q.  Were there any individuals on the
20  specialty pharmacy committee that was
21  specifically looking at the issue of whether to
22  implement a specialty pharmacy model for oncology

---

Henderson Legal Services
(202) 220-4158

John M. Killion          HIGHLY CONFIDENTIAL          January 6, 2006
Boston, MA

---

**110**

1  drugs?
2      A.  We made the decision not to implement
3  at that point in time and to further evaluate
4  when we rolled out the specific therapeutic
5  classes that I previously discussed.
6      Q.  Okay.  Now you said the decision was
7  not to implement the model with respect to
8  oncology drugs at that time.  Why was that?
9      A.  Part of it was because we were looking
10  at CMS and the reimbursement methodology,
11  understanding that at that point it wasn't
12  industry standard.  We were concerned, continue
13  to be concerned, in regards to being overcharged
14  for oncology medications but wanted to make sure
15  we roll out a program that benefits our members
16  and also addresses concerns that the oncologists
17  have raised in a thoughtful manner.
18      Q.  Okay.  Who was involved in that
19  analysis specifically dealing with oncology
20  drugs?
21      A.  Mike Mulrey was.
22      Q.  Anyone else?

**111**

1      A.  Not that I'm aware of.
2      Q.  Yesterday Mr. Mulrey testified the only
3  involvement he had was implementing your
4  strategy.  Is that incorrect testimony?
5      A.  Mike Mulrey had done an analysis
6  looking at the impact of moving to AWP minus 15.
7      Q.  Right.  But right now I'm talking about
8  whether the -- whether Blue Cross/Blue Shield of
9  Massachusetts --
10      MR. HAAS:  Withdraw that question.
11      Q.  The issue we're addressing, talking
12  about now is Blue Cross/Blue Shield's decision to
13  defer implementing the specialty pharmacy model
14  for oncology drugs.
15      A.  Um-hmm.
16      Q.  So the question, number one, is what
17  involvement, if any, did Mike Mulrey have in that
18  decision-making process?
19      A.  When you say implementing oncology for
20  specialty pharmacy, do you mean utilizing a
21  specialty pharmacy vendor for the oncology
22  program?

**112**

1      Q.  Yes.
2      A.  We didn't contemplate doing that.  We
3  contemplated looking at a change in reimbursement
4  methodology to our oncologists but not
5  implementing a specialty pharmacy program at that
6  point in time.
7      Q.  All right.  I understand that Blue
8  Cross/Blue Shield of Massachusetts engaged in an
9  analysis of whether to move from AWP or fee
10  schedule based methodology to ASP.  I understand
11  that.
12      A.  And that is Mike Mulrey's analysis that
13  I refer to.
14      Q.  Aside from that, with respect to the
15  question of whether or not Blue Cross/Blue Shield
16  of Massachusetts contemplated implementing a
17  specialty pharmacy model for the supply and
18  administration of oncology drugs, question number
19  one, did Blue Cross/Blue Shield of Massachusetts
20  contemplate implementing a specialty pharmacy
21  model for oncology drugs?
22      A.  We deferred a decision to implement

**113**

1  until we had more time to evaluate CMS
2  methodology.
3      Q.  Okay.  CMS doesn't have a specialty
4  pharmacy reimbursement model, does it?
5      A.  CMS has a reimbursement model.  When
6  you -- when you mean specialty pharmacy, do they
7  use a specialty pharmacy vendor to --
8      Q.  Right.
9      A.  Not that I'm aware of.  I believe it is
10  something that CMS is looking at.
11      Q.  My immediate question, though, is what
12  Blue Cross/Blue Shield considered in 2004.  Did
13  Blue Cross/Blue Shield of Massachusetts give any
14  consideration, do any analysis of whether to
15  implement a specialty pharmacy model with respect
16  to oncology drugs at that time?
17      A.  No.  We decided to defer.
18      Q.  Did you decide to defer the analysis or
19  the decision?
20      A.  The decision as to when we would
21  implement the program.
22      Q.  Okay.  So let me move back to my

John M. Killion        HIGHLY CONFIDENTIAL        January 6, 2006
Boston, MA

114

1  question. My question is did you analyze it or
2  consider it or do any work on that particular
3  issue in 2004.
4      A.  No, we did not, other than the analysis
5  that you're aware of that Mike Mulrey did, which
6  is what I had referred to previously.
7      Q.  That analysis is still the move from
8  AWP or fee schedule to ASP and not with respect
9  to whether to implement a specialty pharmacy?
10     A.  That is correct.
11     Q.  To be clear then, did, in your
12 knowledge, Mr. Mulrey do any analysis or study or
13 evaluation of whether to implement a specialty
14 pharmacy model?
15     A.  No.  Not a specialty pharmacy model.
16 No.
17     Q.  All right.  You said you didn't read
18 the Complaint in this matter?
19     A.  No.
20     Q.  Have you had any involvement in the in
21 re: Managed Care Litigation or the Thomas
22 litigation?

115

1      A.  Minimal involvement, yes.
2      Q.  What is your involvement?
3      A.  Producing any documents associated with
4  that.
5      Q.  When did you produce documents
6  associated with that case?
7      A.  I don't know the time frame.  I think
8  it was over a year ago now.
9      Q.  Do you have an understanding of the
10 allegations in that case?
11     A.  Not completely.
12     Q.  Do you have an understanding of any of
13 the allegations in that case?
14     A.  Not fully.  No.
15     Q.  Do you have an understanding that
16 physicians are alleging that the defendants,
17 including Blue Cross/Blue Shield of
18 Massachusetts, failed to properly reimburse them
19 for drugs?
20         MR. SULLIVAN:  Objection.  Beyond the
21 scope.
22     A.  No.  Not specifically.

116

1      Q.  What is your understanding of the terms
2  of this AWP litigation?
3         MR. HAAS:  Withdraw that question.
4      Q.  What is your understanding of
5  plaintiffs' allegations in the AWP litigation?
6      A.  That there was -- that AWP was an
7  artificially-established methodology in the
8  reimbursement of drugs and that that price was
9  overinflated, overcharged.
10     Q.  Prior to 2003 or 2004, did you have any
11 independent knowledge of that issue?
12     A.  Prior to 2004-2003?  Is that what you
13 said?
14     Q.  Yes.
15     A.  In 2004 when I saw The Wall Street
16 Journal article it referenced oncologists
17 purchasing oncology medications at much deeper
18 discounts than we reimburse for.
19     Q.  Prior to 2003 and 2004, did you have
20 any understanding as to the term "AWP"?
21     A.  Yes.
22     Q.  Okay.  When did you first gain an

117

1  understanding of the term "AWP"?
2      A.  When I was working in retail pharmacy
3  at Tufts Health Plan.
4      Q.  What was your understanding of the term
5  "AWP" at that time?
6      A.  That that was an industry standard that
7  insurers used to reimburse for drugs in
8  physicians' offices as well as through our PBM.
9      Q.  Was it your understanding that AWP was
10 generally set for brand name drugs at a 20 to 25
11 markup over the WAC, or wholesale acquisition
12 cost?
13     A.  No.  Not specifically.
14     Q.  Do you have a general understanding of
15 it?
16     A.  General, yes.
17     Q.  Do you have a general understanding
18 that AWP was set at some percentage over WAC or
19 markup over WAC?
20     A.  I wasn't that familiar with WAC at the
21 time.  No.
22     Q.  What was your understanding as to how

John M. Killion        HIGHLY CONFIDENTIAL        January 6, 2006
Boston, MA

---

118

1    AWP was set, if you had any understanding?
2        A.   That the manufacturers had a lot of
3    involvement in regards to AWP.
4        Q.   My question is what was your
5    understanding as to how -- I understand your
6    position in this litigation, but my specific
7    question was what was your understanding as to
8    how AWP was calculated.
9            MR. SULLIVAN:  That is a different
10   question.
11           MR. HAAS:  Well, it is not. What I said
12   was "set."
13   BY MR. HAAS:
14       Q.   But go ahead.
15       A.   That it -- again that it was -- it was
16   a fee that was established for the price of drugs
17   and that manufacturers had a large role in
18   dictating what that fee was.
19       Q.   How did you determine that
20   manufacturers had a large role in determining
21   what that fee was?
22       A.   That was my understanding.

---

119

1        Q.   How did you get that understanding?
2        A.   In -- in working in retail pharmacy at
3    that time.
4        Q.   What communication did you have that
5    reinforced or established that understanding at
6    that time?
7        A.   I think there were discussions
8    internally within the company in regards to AWP
9    and people referring to AWP as a -- as an
10   artificial price but a price that the industry
11   used in regards to establishing reimbursement off
12   of.
13       Q.   So when you were working in retail
14   pharmacy, you understood that AWP was an
15   artificial term, an artificial price?
16       A.   Yes.  That it was a -- correct.
17       Q.   Okay.  And you had discussions with
18   other members of Blue Cross/Blue Shield at that
19   time?
20           MR. SKWARA:  Objection.
21       Q.   Right?
22       A.   That was Tufts Health Plan.

---

120

1        Q.   Excuse me.  You had discussions with
2    other individuals at Tufts Health Plan at that
3    time regarding the fact that AWP was an
4    artificial price; correct?
5            MR. SULLIVAN:  Objection. Beyond the
6    scope.
7        Q.   You can answer.
8        A.   We had concerns at Tufts Health Plan in
9    regards to AWP, although we used AWP as the price
10   in which we reimbursed for drugs at the retail
11   pharmacy and encouraged our physicians to utilize
12   generics.
13       Q.   And what were your concerns with the
14   use of AWP at that time given that you knew that
15   it was an artificial price?
16       A.   Well, one of our major initiatives was
17   to move physicians to generic medications,
18   knowing that they were much more cost effective
19   than the price that was set for brand
20   medications.
21       Q.   So what did your knowledge that AWP was
22   an artificial price have to do with that

---

121

1    initiative?
2        A.   Moving physicians to generic
3    medications produced the result of providing a
4    more cost effective retail pharmacy program.
5        Q.   That is because you understood at the
6    time that generic drugs were discounted much more
7    heavily than brand name drugs; right?
8        A.   That's right.
9        Q.   That is common knowledge in the
10   industry; right?
11       A.   Maximum allowable cost.
12       Q.   Well, my question is isn't it common
13   knowledge or wasn't it common knowledge --
14       A.   Yes, it was.
15       Q.   -- at the time frame in 1998 when you
16   were in the retail pharmacy department of Tufts
17   that generic drugs were discounted heavily as
18   compared to brand name drugs?
19       A.   Yes.
20           MR. SULLIVAN:  Objection. Beyond the
21   scope.
22       A.   Yes.  That was my knowledge.

---

Henderson Legal Services
(202) 220-4158

John M. Killion        HIGHLY CONFIDENTIAL        January 6, 2006
Boston, MA

122

1      Q.  Was it also your understanding at the
2  time that when competition came into the market
3  for brand name drugs, i.e., multisource
4  competition, there were also discounts and
5  rebates that were provided on those drugs?
6          MR. SULLIVAN:  Objection.  Beyond the
7  scope.
8      A.  That's correct.
9      Q.  So typically -- so it was your
10  understanding then in the 1998 time frame that
11  when a brand name drug first came to market there
12  typically were no incentives associated with the
13  drug, but then as competition entered the market,
14  first multisource, and then with generics, more
15  incentives were provided for the drug; correct?
16          MR. SULLIVAN:  Objection.
17      A.  Correct.
18      Q.  And that is what led to your
19  understanding that AWP was an artificial price
20  because it didn't bear a relationship to the
21  acquisition cost; correct?
22      A.  Correct.

123

1      Q.  Now in 1998 when you had this
2  understanding, how did that impact the
3  reimbursement policies of Tufts at this time?
4          MR. SULLIVAN:  Objection.  Beyond the
5  scope.
6      A.  Tufts put in place a pharmacy risk
7  program to encourage the utilization of generic
8  medications and formulary medications at this
9  point in time.
10      Q.  And what was the reimbursement
11  methodologies that Tufts put in place in order to
12  address its understanding that generic drugs were
13  cheaper?
14      A.  Can you repeat that question?
15      Q.  I am just trying to close a loop.  What
16  was the particular pharmacy risk program that
17  Tufts put into place?
18      A.  I am sorry.  Your question was what was
19  the particular pharmacy risk program that Tufts
20  put into place?
21      Q.  Yes.  You had testified that Tufts put
22  into place a pharmacy risk program.

124

1      A.  That's correct.
2      Q.  My question simply is what was that
3  program.
4      A.  As I stated before, Tufts had a budget
5  per IPA, PHO, in regards to pharmacy expense,
6  provided reports to physicians in regards to
7  generic brand name utilization and encouraged the
8  use of generic utilization in our network along
9  with formulary utilization and other preferred
10  plans that we put in place where there was prior
11  authorization for high-cost brand name drugs.
12      Q.  Now we were discussing your knowledge
13  while at Tufts in 1998 that acquisition costs
14  varied based upon the competition for the drugs
15  in the marketplace.  When did you first obtain
16  that understanding?
17          MR. SULLIVAN:  Objection.  I think that
18  mischaracterizes what the witness' testimony was.
19          MR. HAAS:  I disagree.
20  BY MR. HAAS:
21      Q.  But you can clarify.
22          MR. SULLIVAN:  Do you understand the

125

1  question?
2          THE WITNESS:  No.
3      Q.  My question is when did you first
4  obtain the understanding that you have testified
5  to that in 1998 you understood that the
6  acquisition cost of drugs varied depending upon
7  whether it was branded, multisource or generic,
8  and the level of competition in the marketplace?
9      A.  Through our PBM and the discounts that
10  we were able to achieve through multisource drugs
11  versus brand name drugs --
12      Q.  All right.
13      A.  -- and the competition in the
14  marketplace.
15      Q.  All right.  Did you have that
16  understanding before coming to Tufts or while
17  working at Tufts?
18      A.  While working in Tufts.
19      Q.  So you obtained that understanding in
20  the 1998 time frame?
21      A.  Correct.
22      Q.  Was it your understanding that that was

John M. Killion          HIGHLY CONFIDENTIAL          January 6, 2006
Boston, MA

126

1   basically common knowledge at this point in time?
2        MR. SULLIVAN: Objection; beyond the
3   scope. Objection; form.
4        A.   Common knowledge that generics were
5   less expensive?
6        Q.   No. Just that brand name drugs --
7   excuse me -- common knowledge --
8        MR. HAAS: Withdraw the question.
9        Q.   Was it your understanding at the time
10  that it was basically common knowledge that
11  acquisition costs varied depending upon whether a
12  drug was brand or multisource or generic given
13  the level of competition in the marketplace for
14  the drugs?
15       A.   Yes.
16       MR. SULLIVAN: Objection to form.
17       A.   Yes.
18       MR. NOTARGIACOMO: Let me clarify
19  "acquisition cost."
20       MR HAAS: You can object. He said yes.
21       MR. SULLIVAN: I objected to the form
22  of the question. I think it is unclear.

127

1   BY MR. HAAS:
2        Q.   Your answer was yes?
3        A.   Can you clarify "acquisition cost"?
4        Q.   Price paid for the drugs.
5        MR. SULLIVAN: By whom?
6        MR. HASS: You have to give me a
7   chance.
8        MR. SULLIVAN: Sorry.
9        MR. HAAS: Just object.
10       MR. SULLIVAN: I did object, and you
11  didn't change the form.
12       MR. HAAS: You object. That is your
13  job. You object.
14       MR. SULLIVAN: I know my job.
15       MR. HAAS: If I want to clarify, I can.
16  If I don't, I don't.
17       MR. SULLIVAN: I understand.
18       MR. HAAS: So I will reask the
19  question, and I am trying to address your
20  concerns.
21  BY MR. HAAS:
22       Q.   The question is: Did you have an

128

1   understanding that the acquisition cost by
2   hospitals, by pharmacies, by doctors changed
3   depending upon whether a drug was brand name,
4   multisource or retail, generic, depending upon
5   the level of competition in the marketplace for
6   the drugs?
7        MR. SULLIVAN: Objection. Form;
8   compound; complex.
9        A.   When you are referring to acquisition
10  cost, I am referring specifically to the price
11  that Tufts Health Plan paid for the drugs, and we
12  knew that it was more cost effective for
13  multisource generic drugs than it was for our
14  physicians to be prescribing brand name drugs.
15       Q.   And it was your understanding the
16  reason for that was because manufacturers
17  provided different discounts and incentives and
18  depending upon the level of competition for the
19  drugs; correct?
20       MR. SULLIVAN: Objection. Beyond the
21  scope.
22       A.   That wasn't my understanding specific

129

1   to, as you said, as you restated it, physicians,
2   hospitals and others, but specific to the price
3   that we paid as a health plan through the retail
4   pharmacy program.
5        Q.   Right. But the price that you paid as
6   the ultimate payer was dependent -- turned in
7   part upon the price that the drugs could be
8   acquired, but turned upon the competition in the
9   marketplace for the particular drugs; right?
10       MR. SULLIVAN: Objection to form,
11  "ultimate payer." Vague.
12       A.   It was clear to us that yes, yes,
13  generics were more cost effective than brand name
14  drugs.
15       Q.   And just to be clear, you understood
16  that multisource were more cost effective than
17  brand name drugs because there was more
18  competition for multisource than brand name
19  drugs; right?
20       A.   Correct.
21       MR. SULLIVAN: Can we have an off-the-
22  record discussion here?

John M. Killion   HIGHLY CONFIDENTIAL   January 6, 2006
Boston, MA

---

130

1    MR. HAAS:  Yes.  Just one second.
2        (Discussion off the record,
3        followed by a luncheon recess
4        taken at 12:31 p.m.)
5
6        - - -
7
8        AFTERNOON SESSION
9        1:05 P.M.
10       MR. HAAS:  Back on the record.
11
12    CONTINUED DIRECT EXAMINATION OF MR. KILLION
13   BY MR. HAAS:
14       Q.  Mr. Killion, did you have the
15   opportunity to discuss the subject matter of your
16   testimony with your counsel during the half-hour
17   break?
18       A.  Briefly, yes.
19       Q.  What did you discuss?
20       A.  My understanding of --
21       MR. NOTARGIACOMO:  Objection.
22       MR. SULLIVAN:  Objection.

---

131

1        MR. HAAS:  On what grounds?  You
2    discussed with him the subject matter of his
3    cross examination, and you are instructing him
4    not to answer?
5        MR. SULLIVAN:  That is not the record.
6    You asked the witness if he had a discussion
7    concerning his testimony.
8        MR. HAAS:  Right.
9        MR. SULLIVAN:  The answer to that was
10   yes.
11       MR. HAAS:  Right.
12       MR. SULLIVAN:  And the subject matter
13   of that was his redirect examination, not the
14   cross examination.
15       MR. HAAS:  That is not what he
16   testified.
17       MR. SULLIVAN:  Wait a minute.
18       MR. HAAS:  Let me go back and
19   establish.  I will do it clean so we have no
20   question, and if you want to instruct him, go
21   ahead.
22   BY MR. HAAS:

---

132

1        Q.  Did you discuss the subject matter of
2    your testimony with your counsel during the
3    break?
4        MR. SULLIVAN:  Objection.  What do you
5    mean?  I think that is a misleading question.
6    What do you mean by "testimony"?
7        MR. HAAS:  It is -- okay.  I am going
8    to stand on that question.  If you want to object
9    to the question or you want to instruct him not
10   to answer that, I think it is a very clear
11   question under the law.  It is a proper inquiry
12   and exactly the type of question that courts will
13   allow.
14   BY MR. HAAS:
15       Q.  My question is:  Did you talk about the
16   subject matter of your testimony with your
17   counsel during the break?
18       A.  Specific to "subject matter"?
19       Q.  You don't understand what I mean when I
20   say "subject matter"?
21       A.  If you could be more clear, that would
22   be helpful.

---

133

1        Q.  Did you discuss with your counsel what
2    it is you testified to during -- on your --
3        MR. HAAS:  I withdraw the question.
4        Q.  During the half-hour break, did you
5    talk with counsel about what you testified to
6    before the break?
7        A.  I talked to -- to the responses to
8    questions that were asked.
9        Q.  All right.  What did you talk -- what
10   did you discuss with your counsel about the
11   answers that you gave prior to the break?
12       A.  Prior to the break?
13       Q.  No.  During the break, what did you
14   discuss with your counsel about what you
15   testified to prior to the break?
16       A.  My understanding of AWP relating to
17   acquisition cost.
18       Q.  And did you discuss with counsel how to
19   change or modify or amend your testimony?
20       A.  No.
21       Q.  What did you tell counsel concerning
22   the subject matter of your testimony?

---

John M. Killion          HIGHLY CONFIDENTIAL          January 6, 2006
Boston, MA

---

134

1      A.  My understanding of, again, of AWP as
2  it relates to acquisition cost.
3      Q.  As you testified in the record prior to
4  the break?
5      A.  That's correct.
6          MR. HAAS:  I have no further questions
7  at this time.
8          MR. NOTARGIACOMO:  In general or about
9  that subject?  Your examination is concluded?
10         MR. HAAS:  It is concluded at this
11 time.
12         MR. NOTARGIACOMO:  I just have a few, a
13 very few questions in --
14         MR. HAAS:  You are providing the cross
15 on behalf of plaintiffs?
16         MR. SULLIVAN:  Yes.
17         MR. NOTARGIACOMO:  Yes.
18         MR. HAAS:  Okay.
19          CROSS EXAMINATION
20 BY MR. NOTARGIACOMO:
21     Q.  When you -- do you remember when you
22 were discussing with Attorney Haas your

---

135

1  employment at Tufts Healthcare prior to the
2  break?
3      A.  Yes.
4      Q.  And there was a discussion about
5  average wholesale price and its relationship to
6  the actual acquisition prices; do you recall
7  that?
8          MR. HAAS:  Objection --
9      A.  Yes.
10         MR. HAAS:  -- to form.
11     Q.  And Mr. Haas asked you about your use
12 or -- he asked you about your understanding about
13 what AWP was?
14         MR. HAAS:  Objection to form.
15     Q.  Do you recall that?
16     A.  I do.
17     Q.  And do you recall saying that AWP was
18 an artificial price?
19         MR. HAAS:  Objection to form.
20     A.  I do.
21     Q.  And prior to the break, Mr. Haas asked
22 you -- Attorney Haas asked you whether it was

---

136

1  your understanding that AWP was an artificial
2  price because it did not bear a relationship to
3  actual prices.  Do you remember agreeing to that
4  statement?
5          MR. HAAS:  Objection to form.
6      A.  I do.
7      Q.  Do you have an understanding -- well,
8  actually in 1998 when you were employed at Tufts,
9  do you have an understanding of how AWP was
10 calculated?
11         MR. HAAS:  Objection to form.
12     A.  No.  Not how it was calculated.
13     Q.  Do you have -- did you have an
14 understanding as to the relationship between AWP
15 and the actual prices that were paid by
16 physicians for physician- administered drugs?
17     A.  No.
18         MR. HAAS:  Objection to form. The
19 record speaks for itself.
20     Q.  When you said and used the term
21 "artificial price" in that answer, what did you
22 mean by the term "artificial price"?

---

137

1          MR. HAAS:  Objection to form.
2      A.  Artificial price meaning a -- a price
3  that -- that was referred to as it ain't what you
4  pay, or the acronym AWP, ain't what you pay, used
5  commonly at Tufts Health Plan.
6      Q.  Did you have an understanding -- are
7  you using that term, "it ain't what it pays," is
8  it your understanding that AWP was not the
9  arithmetic actual average of wholesale prices?
10     A.  That --
11         MR. HAAS:  Objection to form. Leading
12 question.
13     A.  That's correct.
14     Q.  Did you understand what the
15 relationship was between average wholesale price
16 and as published or as --
17         MR. NOTARGIACOMO:  Strike that.
18     Q.  Did you have an understanding about
19 what average wholesale price was in relationship
20 to the prices that physicians were paying for
21 those drugs?
22     A.  No, I did not.

---

John M. Killion          HIGHLY CONFIDENTIAL          January 6, 2006
Boston, MA

---

138

```
 1          MR. HAAS:  Objection to form. The
 2   record speaks for itself.
 3          MR. NOTARGIACOMO:  I have no further
 4   questions.
 5          REDIRECT EXAMINATION
 6   BY MR. HAAS:
 7      Q.  Just to clarify, you testified after
 8   the break following your conversations with
 9   counsel that it was commonly discussed at Tufts
10   Plan in the 1998 time frame that AWP properly
11   stood for "ain't what's paid"; is that correct?
12          MR. SULLIVAN:  Objection. Form.
13      A.  That term had been used.  Correct.
14      Q.  And I believe you just testified that
15   you had --
16          MR. HAAS:  I withdraw that question.
17      Q.  So you understood that by that phrase,
18   "ain't what's paid," that AWP was not in fact the
19   actual average of wholesale prices; correct?
20      A.  That's correct.
21      Q.  And you understood at this time and it
22   was discussed at Tufts that AWP bore no
```

139

```
 1   predictable relationship to the actual cost as
 2   paid; right?
 3          MR. SULLIVAN:  Objection to form;
 4   compound.
 5      A.  Correct.
 6      Q.  Okay.
 7          MR. HAAS:  I have no further questions.
 8          MR. NOTARGIACOMO:  I think we are done.
 9          MR. SULLIVAN:  Okay.  Thank you.
10          (Whereupon, at 1:13 p.m., the
11          deposition was adjourned.)
12
13
14
15          _____
16               JOHN M. KILLION
17   Subscribed and sworn to and before me
18   this _____ day of _____, 20____.
19
20
21   _____
22       Notary Public
```

140

```
 1              CERTIFICATE
 2   Commonwealth of Massachusetts
 3   Plymouth, ss.
 4          I, Judith McGovern Williams, a Registered
 5   Professional Reporter and Notary Public in and for the
 6   Commonwealth of Massachusetts, do hereby certify:
 7          That JOHN M. KILLION, the witness whose
 8   deposition is hereinbefore set forth, was duly sworn
 9   by me and that such deposition is a true record of the
10   testimony given by the said witness.
11          IN WITNESS WHEREOF, I have hereunto set my
12   hand this _____ day of _____, 2006.
13
14
15          Judith McGovern Williams
16          Registered Professional Reporter
17          Certified Realtime Reporter
18          Certified LiveNote Reporter
19          Certified Shorthand Reporter No. 130993
20
21   My Commission expires:
22   April 2, 2010
```

John M. Killion                    HIGHLY CONFIDENTIAL                    January 6, 200
                                        Boston, MA

**A**

aamangi@pbwt....
    3:9
**ability** 72:16 80:15
**able** 125:10
**access** 71:1,6
**account** 94:1 97:1
    97:2,4
**accurate** 20:9
    45:18
**achieve** 125:10
**achievement** 59:2
**acquire** 20:19
**acquired** 129:8
**acquiring** 27:19,22
**acquisition** 15:8,15
    16:6,9 1 17:11
    122:21 124:13
    125:6 126:11,19
    127:3 128:1,9
    133:17 134:2
    135:6
**acronym** 49:15
    137:4
**action** 16:21 17:2
    66:17 107:14
**ACTIONS** 1:9
**actual** 46:12 135:6
    136:3,15 137:9
    138:19 139:1
**actuary** 48:10 50:8
**acute** 6:20 7:5
**addition** 70:1
**additional** 59:12
**address** 96:5 98:8
    123:12 127:19
**addressed** 104:17
    104:18
**addresses** 84:13
    110:16
**addressing** 64:18
    104:15 111:11

**Adeel** 3:5
**adjourned** 139:11
**administer** 69:7
    80:16 81:1
**administered** 9:15
    10:2,9 11:11
    13:11 17:18 24:9
    24:17 30:11,19
    36:8 38:16 39:7
    39:21 43:1,22
    44:12 47:4 65:11
    67:2 73:20 80:1,7
    80:12,19 82:4,16
    82:19 83:19
    93:20,21 94:11
    101:9,12 102:7
    103:7,8 106:9
    136:16
**administering**
    67:11,13
**administration**
    10:18 11:3 18:6
    18:12,20 30:16
    67:7 68:22 69:15
    79:20 83:1,13,18
    84:17 91:13
    99:22 102:16
    103:18 106:5
    112:18
**administration-r...**
    19:5,10
**adopted** 50:14 73:7
    73:13,18
**adverse** 79:12
    97:17
**affiliated** 32:16
**affiliation** 52:13
    55:4,5,11 56:1,3
    56:15
**affiliations** 51:20
    52:3,5,7 53:15,17
    53:20 54:3

**AFTERNOON**
    130:8
**agenda** 65:11,14
    67:6 104:10,12
**ago** 14:6 15:21 22:4
    22:8 41:19 45:10
    115:8
**agreeing** 136:3
**agreement** 107:3
**ahead** 45:5 99:10
    102:19 118:14
    131:21
**ain't** 137:3,4,7
    138:11,18
**allegations** 115:10
    115:13 116:5
**alleging** 115:16
**allow** 132:13
**allowable** 121:11
**alternative** 105:13
**ambiguity** 56:7
**ambulance** 7:1
**amend** 133:19
**Americas** 3:6
**amount** 29:11
    45:19 59:12 78:7
    87:12
**analogous** 7:16
**analyses** 15:14
    67:11 68:9,10
    74:2
**analysis** 18:21 68:3
    69:5,9 73:16 74:8
    87:22 101:15,16
    101:19 110:19
    111:5 112:9,12
    113:14,18 114:4
    114:7,12
**analyst** 48:2,10,10
**analysts** 102:1
**analyze** 114:1
**analyzed** 68:14

84:1
**ancillary** 6:16,18
    7:7 9:10 13:15,18
    23:16,19,20
    24:13 37:18 38:3
    48:8,9,13
**answer** 6:4 15:10
    15:11 30:4 41:13
    41:19 45:4 56:22
    80:21 81:7 99:11
    102:19 107:6
    120:7 127:2
    131:4,9 132:10
    136:21
**answers** 133:11
**Antiviral** 77:18
**anybody** 14:19
    48:21 50:21 51:1
    51:5
**anyway** 103:1
**apologize** 100:8
    102:20 107:8
**apparently** 90:16
    95:14 108:5
**appear** 90:5
**APPEARANCES**
    2:1 3:1 4:1
**appeared** 16:1
**appropriate** 96:7
    98:12 99:14,22
**approval** 105:14
**approximately** 7:3
    14:6 22:4 24:4
    31:2 37:5 75:2
**April** 62:14 140:22
**arithmetic** 137:9
**arrangement** 34:8
**arrow** 66:3
**Arthrometric** 63:6
**article** 15:22 16:5
    16:14 74:4
    116:16

**artificial** 119:10,15
    119:15 120:4,15
    120:22 122:19
    135:18 136:1,21
    136:22 137:2
**artificially-establ...**
    116:7
**aside** 13:6 16:12
    17:12 36:5 38:8
    39:16 41:6
    112:14
**asked** 21:7 40:16
    41:20 53:14,16
    55:15,16,21,22
    56:2,3 131:6
    133:8 135:11,12
    135:21,22
**asking** 41:15 77:5
    106:12
**ASP** 87:13 88:2
    89:4,8 112:10
    114:8
**aspect** 20:11
**ASP-based** 87:18
**assertion** 107:3
**assigned** 69:21
    70:4
**assist** 77:9
**Associate** 2:15
**associated** 83:2
    115:3,6 122:12
**Association** 60:17
**associations** 108:17
    108:20
**Attorney** 134:22
    135:22
**audible** 55:14
**author** 85:9 90:5
**authorization**
    26:10 29:9
    124:11
**available** 16:9

John M. Killion

HIGHLY CONFIDENTIAL
Boston, MA

January 6, 200

2

| | | | | |
|---|---|---|---|---|
| 92:19 | 131:18 | **best** 36:13 64:3 | 107:1,6 108:8 | **calculation** 46:12 |
| **Avenue** 3 :6,17 | **background** 8:9 | 96:19 98:7 102:3 | 111:8,12 112:7 | **called** 1:12 31:6 |
| **average** 1 :5 135:5 | **bad** 96:20 108:6 | 102:22 | 112:15,19 113:12 | 76:22 |
| 137:9,15,19 | **Barriers** 91:12 | **Betaseron** 77:21 | 113:13 115:17 | **calls** 79:12 |
| 139:3 | **Barry** 70:3 | **better** 70:12,12 | 119:18 | **call-in** 8:7 |
| **Avonex** 7 7:21 | **based** 44:21 87:12 | **beyond** 64:12 78:8 | **BOCKIUS** 4:5 | **Cambridge** 2:4 |
| **aware** 15:22 44:18 | 87:12,13,18 | 98:20 99:7,16 | **bore** 27:16 33:6 | **cancer** 66:4 |
| 46:21 62:21 63:1 | 103:13 106:4 | 100:4,5,14 | 138:22 | **cap** 44:1 |
| 65:3,12 67:10,16 | 112:10 124:14 | 102:17 115:20 | **Boston** 1:20 2:11 | **capacity** 72:10 |
| 69:4,6,12 74:8 | **basically** 126:1,10 | 120:5 121:20 | 2:18 | **capitated** 27:10,11 |
| 84:6,9,12,15,16 | **basis** 43:14 44:1,6 | 122:6 123:4 | **bottom** 66:17 | 27:16 30:12 |
| 90:8 99: 19 | 44:15 46:6 47:4 | 126:2 128:20 | **Boylston** 1:20 2:10 | 33:19 34:1,4 |
| 100:16 103:3,11 | 68:12 79:15 | **bigger** 19:16 | **bracket** 62:13 | 35:16 36:5 38:14 |
| 104:21 111:1 | **Bates** 62:6 86:5,5,7 | **blood** 77:6 | **brand** 117:10 | 43:13 |
| 113:9 114:5 | **BCBSMA** 66:19 | **Blue** 2:16,20 6:13 | 120:19 121:7,18 | **capitation** 34:13 |
| **AWP** 4:9,11,22 | **BCBSMA-AWP** | 7:15 9:6,15 10:3 | 122:3,11 124:7 | **Card** 25:6 |
| 15:5,5 41:22 43:9 | 62:6 | 10:15,19,22 11:4 | 124:11 125:11 | **care** 6:20 7:5 58:10 |
| 44:16,21 45:16 | **BCBSMA-AWP-...** | 11:19 14:13 | 126:6,12 128:3 | 71:1,6 108:1,3 |
| 46:5,8,8,15 74:5 | 5:13 62:1 | 17:15,18 22:22 | 128:14 129:13,17 | 114:21 |
| 81:22 87:12,17 | **bear** 122:20 136:2 | 23:13 31:19 | 129:18 | **career** 38:8 42:9 |
| 89:6,13 111:6 | **began** 108:8 | 37:21 42:4,19 | **branded** 125:7 | 51:17 |
| 112:9 114:8 | **behalf** 1:13 2:6,20 | 43:4,7,12,20 44:4 | **break** 40:1,16,22 | **Caremark** 12:5 |
| 116:2,5,6,20 | 3:10,20 4:10 54:7 | 44:10,13,18 | 88:18 130:17 | 75:9,10,11,17 |
| 117:1,5,9,18 | 61:13 134:15 | 45:13,18 47:2 | 132:3,17 133:4,6 | 92:21 93:10 |
| 118:1,3,8 119:8,9 | **believe** 13:21 14:3 | 49:1 51:13,15,19 | 133:11,12,13,15 | **carriers** 46:18 |
| 119:14 120:3,9,9 | 16:3 30:4,13 37:2 | 52:1 54:11,21 | 134:4 135:2,21 | **case** 48:11 115:6,10 |
| 120:14,21 122:19 | 41:16,20 45:10 | 55:1 56:12 61:13 | 138:8 | 115:13 |
| 133:16 134:1 | 46:16 47:19 | 64:5 65:21 66:22 | **Briefly** 130:18 | **catch** 7:22 |
| 135:13,17 136:1 | 48:19 61:6 63:16 | 67:6,12,20 68:1 | **bring** 34:3 79:19 | **categories** 78:3,11 |
| 136:9,14 137:4,8 | 66:1 70:11 74:21 | 68:13,20 69:1 | **budget** 27:8,17 | 92:17 93:1,4 |
| 138:10,18,22 | 84:17 85:19 88:8 | 70:16 71:5,8 | 28:1,2,4,5,8,11 | **caught** 96:8 |
| **a.m** 1:22 40:6,7 | 90:4 91:10 92:22 | 76:10 77:22 78:9 | 33:8,13 124:4 | **causing** 35:2 |
| 88:20,21 | 93:2,8 102:1 | 80:5,12 82:1,11 | **business** 27:13 | **certain** 97:9 |
| | 104:6,13 113:9 | 82:22 83:16,21 | 38:12 49:6,7 | **certainly** 53:20 |
| ——— **B** ——— | 138:14 | 84:11 86:7 87:1 | | 70:21 83:12 |
| **B** 5:8 91:14 | **BELKNAP** 3:3 | 87:10 88:3 89:2 | ——— **C** ——— | 93:18 |
| **back** 17:21 28:12 | **benefit** 23:3,4,7 | 90:17 92:10 | **c** 1:11 6:1 44:1 | **CERTIFICATE** |
| 31:15 37:14 40:8 | 25:4 27:16 28:14 | 93:12,22 95:18 | 75:16,16 76:12 | 140:1 |
| 41:1 54:19 63:19 | 28:19 79:6 | 96:22 99:1 100:9 | 77:11,12,15,17 | **Certified** 1:15,16 |
| 65:15 66:20 | **benefits** 27:13 | 100:17 102:4 | 91:15 | 1:17 140:17,18 |
| 84:15 88:22 | 97:12 110:15 | 103:4 104:21 | **cable** 31:8 | 140:19 |
| 106:14 108:14 | **BERMAN** 2:1 | 105:15,19 106:7 | **calculated** 44:22 | **certify** 140:6 |
| 113:22 130:10 | | | 118:8 136:10,12 | |

John M. Killion                HIGHLY CONFIDENTIAL                January 6, 200
                                    Boston, MA

chain 20:8,9
chance 127:7
change 87:9 112:3
    127:11 133:19
changed 128:2
changes 91:14
changing 69:11
charge 7:17 37:18
    38:2 43:22
chart 90:15
cheaper 69:1
    123:13
chemotherapy 66:5
    66:7,14,20
chief 50:7 63:10
Chiropractic 63:7
choose 40:20
    103:19
Choquette 48:11
chose 95:13
Christopher 2:9
circulate 90:11
Ciresi 1:19 2:8
Civil 1:14
Cizauskas 7:20
    8:11
clarification 41:14
clarify 109:14
    124:21 126:18
    127:3,15 138:7
clarifying 40:20
class 75:20 77:14
classes 21:11,19
    93:6 97:9 98:1
    100:1 101:18
    110:5
clean 131:19
clear 15:12 66:11
    91:9 94:18 109:4
    114:11 129:12,15
    132:10,21
clinical 47:12 48:11

60:3,17,18 79:11
    86:10 87:3
clinics 52:3
close 66:15 123:15
CMS 85:19 110:10
    113:1,3,5,10
CMS's 88:4
coagulation 77:10
collaborative 96:2
College 18:3
column 91:7
come 73:6 76:7
comes 28:12
coming 72:12
    125:16
commencing 1:21
comment 87:20
commentary 87:22
Commission
    140:21
committee 5:17
    47:6,8 49:9,10,11
    49:19,22 50:11
    50:12,13 51:2,7
    59:19,22 60:2,7,9
    60:11,15,21 61:2
    61:5,11,13,15
    62:13,18,19 65:4
    65:5,6,9,19,21
    71:17 74:14,16
    78:17,17 84:11
    85:22 86:8 101:3
    104:2,3,8 109:9
    109:20
committees 49:3
common 49:1,4,5
    90:11 121:9,12
    121:13 126:1,4,7
    126:10
commonly 77:16
    137:5 138:9
Commonwealth

1:18 64:8 140:2,6
communication
    109:4 119:4
communications
    17:13 84:8 90:16
    108:16 109:1
companies 79:8
company 12:15,16
    31:6,8 35:2 49:20
    63:18,19,20
    64:11 79:7 108:9
    119:8
comparable 105:20
compared 121:18
compensation 58:9
    59:1
competition 122:2
    122:4,13 124:14
    125:8,13 126:13
    128:5,18 129:8
    129:18
Complaint 16:20
    114:18
complete 22:10
    76:10
completely 115:11
completion 35:13
    35:18
complex 128:8
compliance 29:13
    29:22
components 53:4,5
compound 128:8
    139:4
concept 59:21
concerned 66:6,13
    71:21 110:12,13
concerning 14:22
    16:9 84:5 106:20
    108:17 109:2
    131:7 133:21
concerns 93:13,17

96:4,6 98:6
    109:17 110:16
    120:8,13 127:20
concluded 69:6
    134:9,10
condition 30:1,2
Coneys 50:1
conferring 81:4
confidential 13:3
confused 54:20
connection 14:7
    15:14,19 16:15
    18:17 25:11
    28:19,21 30:6
    42:18 79:18
    82:10,18 88:1
    107:11
Connell 48:4
consequences
    97:18
consider 93:12
    114:2
consideration 94:7
    95:17 98:16
    100:18 113:14
considerations
    94:2
considered 83:17
    83:22 95:11
    113:12
consistent 26:3
    29:8 33:8 41:16
    58:5
contact 108:1,2,4,5
contemplate 80:6
    82:2,20,22 112:2
    112:20
contemplated
    83:17 101:12
    104:1 112:3,16
contemplating
    82:12 98:17 99:2

context 41:20 68:1
continue 8:9 94:8
    96:14 102:10
    110:12
continued 2:22 3:1
    3:22 4:1 94:22
    130:12
continuing 78:4
    83:6 97:13
contract 11:21,22
    25:9,19 28:18
    29:18 48:8,12
    52:14,16,19 53:1
    53:2,3 57:5 75:15
    75:16,20 79:4,5
    80:14 106:22
contracted 78:10
contracting 6:19
    6:22 7:6,7,21
    8:13,14 9:3,13,22
    10:7 13:10,15
    23:20,22 25:13
    32:10 39:20
    41:10 42:10,21
    48:18 57:3
contracts 13:12
    17:16 29:19,21
    30:6 54:7 58:2
    76:10 79:7 81:14
    81:15
conversations 84:7
    84:10 90:19
    108:16 138:8
Cook 5:12 48:7
    51:2,4 61:22
    62:11,21 63:1
    69:17 70:2 87:1
    88:15 90:4
Cooke 48:12
coordinated 78:18
Copaxone 77:21
copies 109:7

John M. Killion · · · HIGHLY CONFIDENTIAL · · · January 6, 2006
Boston, MA

4

copy 85:3 90:6
Corp 4:11
correct 14:3,15
  17:11 20:12,14
  22:11 23:11
  25:18,20 26:6
  27:14,20 33:2
  34:6 35:18,22
  37:12 38:1 42:15
  42:16 44:17 46:1
  59:4,15 63:14
  71:10 74:17
  89:14 97:1,3
  103:21 114:10
  119:16 120:4
  122:8,15,17,21,22
  124:1 125:21
  128:19 129:20
  134:5 137:13
  138:11,13,19,20
  139:5
correction 31:18
cost 15:8,15 16:6
  68:9,10 71:22
  72:3,17 81:10,16
  81:17 84:17 87:5
  96:11 97:11
  117:12 120:18
  121:4,11 122:21
  125:6 126:19
  127:3 128:1,10
  128:12 129:13,16
  133:17 134:2
  139:1
costly 69:7
costs 16:10 67:11
  124:13 126:11
counsel 2:15 17:4,6
  17:7,10,12,13
  39:15,17 41:4,7
  41:18 91:2
  130:16 132:2,17

133:1,5,10,14,18
133:21 138:9
course 18:11 22:7
courses 18:19 19:2
  19:4,5,7,10,12
  20:1 21:1,2,6,13
  21:14 22:2,12,16
court 1:1 40:21
courts 132:12
co-payments 69:13
co-pays 66:4,15,19
created 84:4
cross 5:5 31:19
  49:2 84:11 88:3
  131:3,14 134:14
  134:19
cross-section 47:10
Cross/Blue 2:16,21
  6:13 7:15 9:6,15
  10:3,15,19,22
  11:4,19 14:13
  17:16,18 23:1,13
  37:21 42:4,19
  43:4,7,12,21 44:4
  44:10,13,19
  45:13,19 47:2
  49:1 51:13,16,19
  52:2 54:11,22
  55:2 56:12 61:13
  64:5 65:22 66:22
  67:6,12,20 68:1
  68:13,20 69:1
  70:16 71:5,8
  76:10 77:22 78:9
  80:5,13 82:1,11
  82:22 83:16,22
  86:7 87:2,10 89:2
  90:17 92:10
  93:12,22 95:18
  96:22 99:1 100:9
  100:17 102:4
  103:4 104:22

105:15,19 106:7
107:2,6 108:8
111:8,12 112:8
112:15,19 113:12
113:13 115:17
119:18
current 6:15 9:4,11
  63:21 80:10
  101:7 103:4
currently 6:9 52:2
  80:17 101:3
  104:2,4
C-I-Z-A-U-S-K-...
  8:1

**D**

D 1:11 5:1 6:1 92:1
date 78:9 86:10
  89:20 104:8,12
dated 5:10 61:21
  62:10
dates 109:5
David 48:9
day 91:13 139:18
  140:12
days 14:6 15:21
  39:12 41:19
dealing 110:19
Deb 9:1 88:13
debate 98:3
decide 113:18
decided 113:17
deciding 94:2
  95:17
decision 78:16
  87:20,21 93:14
  95:14 96:13
  105:21 106:4,6
  110:2,6 111:12
  112:22 113:19,20
decision-making
  111:18
deeper 116:17

Defendant 1:13
  3:10,20
defendants 4:10
  115:16
defer 111:13
  113:17,18
deferred 112:22
defined 58:7
  103:12
definitely 104:20
degree 18:2,7,12,20
  19:9 20:22 22:10
deliver 72:19,20
delivered 64:7
  91:16,20
delivery 19:13,20
  21:9 28:6 52:15
  52:20 55:6 56:16
  57:3 70:12 72:1
  79:8 83:13 96:7
  109:18
department 23:3,4
  23:6,17,19 24:14
  48:11,13 101:21
  102:2 121:16
departmental
  74:12
departments 47:11
depend 29:13
dependent 129:6
depending 49:8
  125:6 126:11
  128:3,4,18
depends 59:2 80:22
deposed 40:10
  106:15,16,20
  107:13
deposition 1:7,12
  16:16,19 17:1,7
  39:8 41:18 62:5
  65:16 86:4 89:16
  108:15 139:11

140:8,9
depositions 17:2
  106:19 107:10
derive 46:13
derived 42:14 46:3
describe 17:22 64:4
described 13:8
DESCRIPTION
  5:9
designated 13:3
designed 67:1
  68:21
determination
  87:16 89:3
determine 118:19
determined 103:15
  103:16 106:2
determining
  118:20
Devaux 9:1 88:13
develop 96:5
developed 106:21
development 25:10
  25:22 26:2 90:1
Dey 3:20
dialogue 70:7,9,11
  94:6 98:17 99:3
dictating 118:18
differ 57:8,9
difference 54:20
  55:9 56:8,11,19
  57:1,2
differences 57:16
different 7:4 47:11
  53:11 57:15,15
  57:20,21 64:15
  75:2,12 77:3,8
  89:11 118:9
  128:17
difficulties 8:7
direct 5:4 6:4 34:10
  130:12

John M. Killion                    HIGHLY CONFIDENTIAL                    January 6, 2006
                                           Boston, MA

5

direction 96:14
  105:11
directly 10:5,6 11:6
  13:9 30:8 33:13
  46:14 54:7 79:4,7
  84:9
director 6:16 7:20
  8:12,21 9:10
  13:15,16,18,19
  14:1,2 48:6,7
  50:10 63:12
directors 47:12
  69:21
disagree 124:19
discount 43:9 74:5
  79:9 81:19,21,22
discounted 81:10
  81:16,17 121:6
  121:17
discounts 116:18
  122:4 125:9
  128:17
discuss 17:14
  109:15 130:15,19
  132:1 133:1,10
  133:14,18
discussed 38:20,21
  71:20 99:12
  101:5 104:1
  110:5 131:2
  138:9,22
discussing 87:3
  97:17 124:12
  134:22
discussion 8:5 39:9
  39:14,17 41:3,6
  87:4,6 91:8
  108:12 129:22
  130:2 131:6
  135:4
discussions 17:6
  60:1 61:5 84:2

87:9,15 88:11,12
  88:15 89:21 92:7
  119:7,17 120:1
dispose 91:22
DISTRICT 1:1,2
division 12:8,12,18
  75:14
DOCKET 1:4
doctor 51:3,4
doctors 15:16 29:2
  55:13,16,18
  56:13,15 66:6,13
  71:7 79:20 128:2
document 1:8 62:6
  62:10 84:16,19
  85:3,6,9,11,14
  86:5,15,20 88:10
  89:18 90:9
documentation
  84:13
documented 88:7,8
documents 14:11
  14:12,13,16 15:7
  16:12 84:4 115:3
  115:5
doing 79:12 112:2
domain 15:4
doses 91:15
downside 28:11
Dr 5:11,12 61:7,8
  61:22,22
DRG 57:12
DRG-based 57:11
drive 2:17 56:9
drug 72:19 96:21
  105:11,12,13,17
  106:10 122:11,13
  122:15 126:12
  128:3
drugs 7:9,12,12,18
  9:14 10:2,9,17,18
  11:2,6,9 13:11

15:16 17:18
  18:14 19:17,18
  20:19 22:17 24:1
  24:9,17 26:9,16
  26:21 27:3,20,22
  29:10 30:10,16
  30:19 36:8 38:5
  38:16 39:3,7,21
  41:12 42:11 43:1
  43:6,8,13,22 44:5
  44:12,13,20
  45:16,19 46:10
  46:19 47:4 65:11
  67:2,7,12,13
  68:22 69:7,15
  71:22 72:17
  73:20 74:5 75:12
  75:16,17,20
  76:12,12,12,14,17
  76:18,19,20,22
  77:11,12,15,16,18
  77:20 78:1,3,8
  79:3,19,22 80:1,7
  80:9,12,14,15,17
  81:1,10,13,16,20
  81:21 82:3,11,17
  82:18,20 83:2,13
  83:14,19 91:14
  91:16,18,20,22
  92:17,18 93:4,21
  94:4 95:20 96:21
  97:10,19 100:1
  100:21 101:9,13
  101:16 102:6,16
  103:7 105:2,20
  106:5 109:12
  110:1,8,20
  111:14 112:18,21
  113:16 115:19
  116:8 117:7,10
  118:16 120:10
  121:6,7,17,18

122:3,5 123:12
  124:11,14 125:6
  125:10,11 126:6
  126:14 127:4
  128:6,11,13,14,19
  129:7,9,14,17,19
  136:16 137:21
DRYE 3:15
due 13:1
duly 6:3 140:8
dwell 56:8

─────────────
        E
─────────────
e 1:11 2:14 5:1,8
  6:1,1 64:21 85:11
early 16:3 65:9
economic 26:22
  27:5 29:1
economics 106:4
education 17:22
  20:21
Edward 2:2
ed@hagens-ber...
  2:5
effective 72:3,17
  96:11 120:18
  121:4 128:12
  129:13,16
effectuate 29:17
ehaas@pbwt.com
  3:8
either 11:10 44:20
  51:15
elected 97:9
elevated 14:2
else's 14:19
employed 6:10
  136:8
employment 22:20
  135:1
encompass 82:3
encompassed
  83:20 101:13

encourage 26:16
  27:2 30:15 67:7
  68:22 69:15 70:7
  70:9 123:7
encouraged 26:17
  120:11 124:7
endeavor 42:17
ended 40:7 88:21
engage 96:3
engaged 112:8
ensure 67:1 71:5,7
entered 122:13
entire 13:2
entities 7:7 74:22
  75:3
entitled 91:6
entity 12:20 32:16
  32:17 33:15 45:1
  75:4
equal 105:21
equivalent 106:3
Erik 3:4 12:22
ESI 54:6 79:6
Esquire 2:2,9,14
  3:4,5,16 4:6
establish 131:19
established 27:8,18
  28:1,3 33:9,14
  57:17 89:17
  118:16 119:5
establishing 119:11
evaluate 88:4 96:14
  97:13 98:7
  102:11 110:3
  113:1
evaluating 82:15
  94:8
evaluation 83:6
  114:13
event 73:18 97:19
eventually 75:4
exact 46:3 48:15

John M. Killion          HIGHLY CONFIDENTIAL          January 6, 2006
Boston, MA

6

85:18
**exactly** 77:13
  132:12
**Exam** 5:5
**examination** 5:4,6
  6:5 130:12 131:3
  131:13,14 134:9
  134:19 138:5
**example** 51:2
**exceeded** 28:9,11
**exception** 6:20
**excuse** 50:4 91:19
  107:5 120:1
  126:7
**executive** 50:3
**Exhibit** 5:10,16
  62:2,5,8 65:16
  86:1,4,12,19
  89:16 108:15
**expanded** 82:21
  104:15
**expanding** 78:6
  82:2
**expansion** 104:19
**expense** 28:6 124:5
**expensive** 67:18
  126:5
**experience** 42:14
  106:13 108:6
**experienced** 91:11
**expires** 140:21
**extent** 44:4,15 83:2

**F**

**F** 1:11 105:7,9,9,21
  106:9
**fact** 53:21 120:3
  138:18
**factor** 75:18 76:17
  76:20,22 77:1,7,7
  93:10
**factors** 77:2,3,3,6
**failed** 115:18

**fair** 22:9 25:16
  38:7 58:22 95:4
**fairly** 36:11
**fall** 77:14
**Fallon** 50:7
**familiar** 60:16 61:9
  61:18 62:18,20
  74:1,3 117:20
**Fanale** 5:11 61:22
  62:11 63:9,10
**far** 79:11
**fashion** 78:18
  97:11
**features** 29:3,5
**Federal** 1:14
**fee** 34:10 44:21
  45:14,20 46:4,13
  83:1,2,13,18,18
  112:9 114:8
  118:16,18,21
**feedback** 93:18
  98:6
**fees** 103:18
**fee-for** 44:14 47:4
**fee-for-service**
  87:11
**felt** 105:19,20
**fertility** 75:22
  76:18,19 105:3,6
  107:1
**figures** 36:21
**filed** 16:21
**files** 14:18,19 15:3
  16:13 85:4,6 90:7
**finance** 84:11
**financial** 33:7 58:7
**financially** 35:1
**find** 85:5
**fine** 56:7
**first** 6:3 8:2 14:4
  26:13,14 29:2
  39:12 45:8 55:22

65:17 72:4 80:10
  116:22 122:11,14
  124:15 125:3
**Fitzgibbons** 48:10
**five** 8:8 45:17
**five-minute** 88:17
**Floor** 2:3
**focus** 20:7,10 104:7
**focusing** 19:15
**Follistim** 105:22
**followed** 46:18,21
  130:3
**following** 90:12
  138:8
**follows** 6:4 41:2
**followup** 86:22
**foregoing** 66:7,14
**form** 15:9 45:3,22
  54:14 88:10
  93:16 94:5 95:8
  98:19 102:9,18
  105:18 126:3,16
  126:21 127:11
  128:7 129:10
  135:10,14,19
  136:5,11,18
  137:1,11 138:1
  138:12 139:3
**formation** 59:19
  60:9
**formed** 71:16
**forming** 65:4,7
**formulary** 26:7,9
  29:7 105:1,5,10
  105:13,16 106:1
  106:4 123:8
  124:9
**formulary-type**
  26:5
**forth** 59:3 140:8
**Forty** 39:12
**forward** 42:14

70:14 94:8
**for-service** 45:15
**foundation** 89:17
**four** 31:13 37:11
  45:10 78:2,11
  92:17
**Fox** 8:19 63:12
  71:14
**Fox's** 8:20
**frame** 9:12 45:11
  72:8 74:7 85:18
  115:7 121:15
  122:10 125:20
  138:10
**frequency** 61:1
**Friday** 1:21
**fully** 83:9 115:14
**full-time** 48:13
**functional** 49:2
**functionally** 106:3
**further** 83:6 88:4
  110:3 134:6
  138:3 139:7

**G**

**G** 1:11 6:1
**gain** 20:17,18 24:7
  24:16 39:5
  116:22
**general** 2:15 36:21
  41:21 59:5
  109:16 117:14,16
  117:17 134:8
**generally** 19:3
  80:15 117:10
**generic** 26:13,14
  26:16 27:2 30:16
  120:17 121:2,6
  121:17 123:7,12
  124:7,8 125:7
  126:12 128:4,13
**generics** 29:2
  120:12 122:14

126:4 129:13
**getting** 70:22
  108:14
**give** 19:8 113:13
  127:6
**given** 65:9 100:18
  120:14 126:12
  140:10
**go** 31:14 45:5 57:2
  99:10 102:19
  118:14 131:18,20
**goals** 58:9
**goes** 54:19
**going** 8:9 14:18
  31:19 34:21 40:3
  78:6 82:9 96:15
  96:19 101:6,8
  104:5 132:7
**Goldbach** 70:3
**Gonal** 105:7,9,21
  106:9
**good** 70:17 71:1,6
  72:1
**GPIP** 58:16,20
**graduate** 18:8 21:1
  21:22
**graduated** 22:1
**graduating** 22:20
**grounds** 131:1
**group** 27:18 28:2,4
  58:16,20 74:12
  86:9 91:9,17,21
  92:2 94:14,19,20
  94:21 96:17
**groups** 8:15 75:12
**growth** 77:3,6
**Guianta** 47:22
**G-O-N-A-L** 105:9
**G-U-I-A-N-T-A**
  47:22

**H**

**H** 1:11,11 5:8

John M. Killion
HIGHLY CONFIDENTIAL
Boston, MA
January 6, 2006

7

**Haas** 3:4  5:4,6 6:5
8:4,6 9:5 13:4,5
18:18 32:1,21
40:2,5,8,9,19
42:1,6 50:19,20
50:22 54:10 56:6
56:10 59:17
61:20 62:4 66:10
66:12 79:17 80:2
81:5 85:21 86:3
88:19,22 89:1
91:19 92:6 98:21
98:22 102:22
103:2 107:9
108:13 111:10
116:3 118:11,13
124:19,20 126:8
126:20 127:1,9
127:12,15,18,21
130:1,10,13
131:1,8,11,15,18
131:22 132:7,14
133:3 134:6,10
134:14,18,22
135:8,10,11,14,19
135:21,22 136:5
136:11,18 137:1
137:11 138:1,6
138:16 139:7
**HAGENS** 2:1
**half-hour** 130:16
133:4
**hampers** 91:13
**hand** 140:12
**Handing** 62:8
86:12
**happen** 92:16
96:21
**happened** 28:8
**Harold** 50:9
**Harvard** 32:7,9
33:8,22 34:21

35:10,14 36:2,7
36:19 38:13,21
92:1 94:17,22
95:5,9,10,14
106:16
**HASS** 127:6
**heading** 90:14 91:7
**health** 21:3,4,8,20
23:14 28:3 37:15
64:22 72:6
107:19 117:3
119:22 120:2,8
128:11 129:3
137:5
**healthcare** 12:3,9
12:13,19 18:5,5
18:12,20 19:4,9
19:12,13,14,17,19
19:20 20:2,11
21:9,15 22:13
50:4 52:15,20
53:22 55:6 56:16
64:7,16,21,21
69:2 135:1
**hear** 14:4 96:4
**heard** 39:12 53:19
72:4
**Heather** 48:12
**heavily** 121:7,17
**held** 13:22 23:9
24:4 60:2 92:9
**help** 26:2
**helpful** 132:22
**hemophilia** 75:17
76:15,16,21 77:4
77:7,9 81:21
93:10
**hemophiliac** 76:12
**hep** 75:16 76:12
77:11,12,15
**hepatitis** 75:16
77:17

**hereinbefore** 140:8
**hereunto** 140:11
**Heuer** 4:6
**high** 18:1
**higher** 72:20
**highly** 13:3
**high-cost** 12:17
124:11
**historical** 42:20
**history** 22:20
**hold** 24:3 30:22
31:12 37:4,19
**hospital** 7:21 8:12
32:16,16 33:1,11
33:14,17 34:5,9
35:7,10,17 38:14
57:5 67:3,8,14,17
68:4 69:8,10
**hospitals** 6:21 7:5
20:13,19 33:12
34:2 36:9 52:6,7
52:9,10,12 53:9
53:10,17 54:9,12
54:15,17 55:2,5
55:13,17,18 56:3
56:4,13,16 57:10
57:13 68:16
128:2 129:2
**hospital-based**
34:13
**hour** 40:4

————— **I** —————
**identification** 62:3
86:2
**identified** 29:10
**identify** 97:9
**immediate** 113:11
**impact** 35:10 64:6
64:10 111:6
123:2
**impacted** 30:2
**implement** 49:21

93:4,14 94:2,9
95:19 96:1
100:20 105:16
109:11,22 110:2
110:7 112:22
113:15,21 114:9
114:13
**implementation**
10:14 13:7 78:13
78:16 96:15
**implemented** 11:15
80:6 94:17
**implementing** 88:5
95:2 101:17
111:3,13,19
112:5,16,20
**important** 70:16,19
70:20,21
**incentive** 29:1
58:11,17,20
59:10
**incentives** 27:1,5
59:6,8 122:12,15
128:17
**incident** 107:19,21
**include** 19:16 78:7
101:8
**included** 30:11
82:20
**includes** 53:4
**including** 16:15
47:11 115:17
**incorrect** 111:4
**increase** 83:17
**increased** 103:18
**increasing** 83:1
**incumbent** 79:19
**independent**
116:11
**indirect** 10:11
**indirectly** 10:7
13:9

**individual** 8:17,18
78:19
**individuals** 47:9,10
47:15 49:20
74:13 109:19
120:2
**industry** 1:5 18:14
46:9 88:2,6 89:5
89:8,12 110:12
117:6 119:10
121:10
**influence** 95:16
**information** 14:9
14:22 16:9 98:10
**informed** 70:13
**inhibits** 91:14
**initial** 9:9 28:13
**initially** 55:15
**initiated** 65:20
92:12
**initiative** 49:8 64:1
64:2,3,4,5,9,14
71:19 78:5,19,22
88:5 92:13 93:20
97:7,22 121:1
**initiatives** 49:21
64:22 65:1 66:22
68:21 70:14 87:4
120:16
**injectables** 12:17
**input** 88:9 98:9
**inquiry** 132:11
**instituted** 92:1
**instruct** 131:20
132:9
**instructing** 131:3
**instructs** 15:10
**insurance** 20:5,9
**insurer** 53:22
**insurers** 117:7
**intent** 102:5,14
103:4

John M. Killion                HIGHLY CONFIDENTIAL                January 6, 2006
Boston, MA

8

interest 54:8,12,16
internally 119:8
interrupt 100:5
involve 7:7 18:20
  23:22 65:1 80:11
involved 1 0:7
  18:19 25:13 27:9
  32:19,22 34:4
  35:20 66:21
  73:21 74:13
  75:21 87:8,14,16
  87:19 99:14
  109:3,10 110:18
involvement 13:6,9
  38:3,15,17 39:1
  42:9 107:17
  111:3,17 114:20
  115:1,2 118:3
involves 1 12:9
involving 15:8,15
  21:14 22:13,17
  98:17 99:2
in-office 69:14
IPA 33:14 124:5
issue 7:13 35:5
  74:2 83:7,10,11
  84:1,5,14 97:6,16
  98:3,5,11 99:20
  100:10 106:19
  108:18 109:2,21
  111:11 114:3
  116:11
issued 100:12
issues 23:8 64:16
  64:18,19 65:2
  94:7 98:7,8 104:1
  104:10,11,16
  109:17
Item 66:18
IVP 76:5,6
i.e 51:16 122:3

_____ J _____

Jackson 48:14
James 62:11 63:9
  63:10
Jan 48:6 51:2,4
  62:11,21 63:1
  69:17 70:2 87:1
  88:15 90:4
Janis 48:8
January 1:9,21
job 34:3 127:13,14
Joe 47:22
John 1:8,12 5:3 6:3
  6:8 50:7 71:11,12
  139:16 140:7
Johnson 1:13,13
  3:11,11
Journal 16:1,14
  74:4 116:16
Judith 1:14 140:4
  140:15
June 86:10 89:20

_____ K _____

K 3:16 4:6
Kagan 61:8
Kaplan 1:19 2:8
Karen 48:14
KELLEY 3:15
kheuer@morgan...
  4:9
Killion 1:8,12 5:3
  5:10,16 6:3,8,9
  40:10,21 62:2,6,8
  65:16 86:1,4,12
  86:14,19 89:16
  108:15 130:12,14
  139:16 140:7
Kim 50:8
Kimberly 4:6
kind 53:11 55:10
knew 15:17 120:14
  128:12
know 15:13 35:4

35:12 36:10 45:8
  48:15 51:18 61:4
  68:15 73:15
  83:12 84:21,22
  85:1,2,15,18
  94:20 95:9,12
  102:12 104:11
  115:7 127:14
knowing 120:18
knowledge 39:5
  41:21 42:13
  51:17 61:3 65:17
  73:7 95:5 102:3
  105:2 106:7,11
  114:12 116:11
  120:21 121:9,13
  121:13,22 124:12
  126:1,4,7,10

_____ L _____

L 1:11,11
laboratory 7:1
large 32:15 35:1,3
  35:5 36:11
  118:17,20
late 13:21 14:1
Laurie 48:7
law 132:11
leader 64:17
leadership 35:8
Leading 137:11
leads 70:11
learn 45:13 72:10
learned 45:7
learning 15:21
led 122:18
left 23:13 31:18,19
  31:22 32:2,3
  35:14 37:10,14
  63:19 73:14
  107:1
let's 22:4 106:14
level 30:2 35:10

49:19 59:1,5 71:2
  72:20 125:8
  126:13 128:5,18
levels 58:1
LEWIS 4:5
limit 78:1
limits 29:8
line 55:15 62:12
Liscio 48:7
list 47:15 76:10
listen 96:3
litigation 1:6 14:5
  14:8 15:18,21
  16:15,18 45:9,12
  84:20 106:13,20
  107:18 114:21,22
  116:2,5 118:6
little 7:3 37:8 89:10
LiveNote 1:17
  140:18
LLP 2:1,8 3:3,15
  4:5
local 76:4
located 36:15
long 24:3 30:22
  31:12 37:4,19
longer 50:10 63:18
look 57:22 66:2,18
  73:4 86:14 97:22
  101:17
looked 67:22 68:2
  68:15 74:4 84:16
  100:10
looking 16:12
  49:21 64:6,15
  69:9 78:6 87:5
  93:3,20 98:1
  100:20 101:15
  109:21 110:9
  111:6 112:3
  113:10
looks 53:8

loop 123:15
Lorianne 3:16
lot 118:2
luncheon 130:3
Lynch 48:9
L.L.P 1:20

_____ M _____

M 1:8,12 5:3 6:3
  139:16 140:7
mail 85:12
Main 2:3
maintain 70:17
  89:6,12
maintained 71:7
major 49:20 52:12
  64:5,9,17 120:16
making 71:22
  87:19
manage 23:16
Managed 114:21
management 31:10
  33:16 35:6,17
  49:11,12,13,17
  50:9 58:5,6 72:19
  79:6
manager 23:19
  24:13,21 25:4,12
  32:10 38:9 47:19
  48:7,9,12 71:13
managing 25:3,7
  35:15 38:10
mandatory 95:11
  100:22 102:6,14
  103:6,15
Mandel 63:15,16
Mangi 3:5
manner 72:3 95:1
  110:17
manufacture 20:8
manufacturers
  98:10 99:3,14,20
  100:12 118:2,17

John M. Killion      HIGHLY CONFIDENTIAL      January 6, 2006
Boston, MA

9

118:20  128:16
**manufacturer's**
98:18
**mark** 61:20 85:21
**marked** 62:2 65:15
86:1,4 89:15
108:14
**market** 4:7 122:2
122:11, 13
**marketplace** 64:17
124:15 125:8,14
126:13 128:5
129:9
**marking** 62:5
**markup** 1 17:11,19
**MASCO** 60:10,14
60:19 61:6,7,13
61:16 62:13,19
62:20,22 65:18
66:5 89:20 90:17
94:6 108:20
109:2,4,9,15,17
**MASCO's** 66:13
**Mass** 63:6,6 87:2
**Massachusetts** 1:2
1:18,20 2:4,11,16
2:18,21 6:14 7:16
9:7,16 10:3,16,20
11:1,4,20 14:14
17:16,19 23:1,14
36:15 42:5,20
43:5 44:11,14,19
47:3 49:2 51:20
52:2,12 54:11,22
55:2 56:12 60:3
60:16,18 61:14
64:8 67:13,21
68:2,14 69:2
70:17 71:8 78:1
78:10 80:5 82:2
82:12 83:16,22
86:8,9 87:11

90:18 94:1 95:18
99:2 100:10,18
102:5 103:5
104:22 105:16
106:8 108:9
111:9 112:8,16
112:19 113:13
115:18 140:2,6
**Matt** 48:4
**matter** 17:5 39:16
41:5 107:11
114:18 130:15
131:2,12 132:1
132:16,18,20
133:22
**Maureen** 50:1
**Maximum** 121:11
**McGovern** 1:15
140:4,15
**MDL** 1:4
**mean** 19:11,19
21:5 27:7 29:16
33:5 34:20 53:6
57:19,20 64:10
71:6 81:11,14,18
100:5 107:7
111:20 113:6
132:5,6,19
136:22
**meaning** 15:5
137:2
**means** 21:8 94:15
**measures** 53:8
57:16,21 58:4
**Media** 31:6,7,20
37:10,11,14
**Medicaid** 21:16
**medical** 47:12 48:7
49:11,12,13,14,17
50:7,10 51:2,4
58:6 63:8,10
64:22 69:20,22

**Medicare** 18:16,22
21:15 44:22
45:20 46:3,12,20
87:12
**medication** 105:9
105:22
**medications** 16:7
68:17,17 72:2
76:1 77:8 78:7
79:9,10,14,15
84:18 105:4,6
107:1 109:18
110:14 116:17
120:17,20 121:3
123:8,8
**meds** 94:10,10
**meet** 17:4,6 59:11
60:22 69:22 70:4
**meeting** 5:17 16:17
17:9,12 58:9
65:18 86:1,8 87:1
89:19 90:12 92:9
92:16 95:12
108:19 109:6,6
**meetings** 48:20
60:2,8 61:1 62:22
63:2,5 69:18,18
109:5,9,14,15
**meets** 59:7
**member** 47:13
48:14 65:5 79:12
96:10 107:22
108:4,5,6
**members** 9:16 10:4
10:19 11:3 17:19
19:21 24:9,18
51:7 55:7 57:22
61:4 70:13,22
71:5 72:2,20
75:17 76:14
78:12,15 79:3,10
79:11,19 80:12

80:15,22 81:10
81:16 91:16,20
96:8,8 97:13
110:15 119:18
**member-related**
23:7
**memorandum** 5:10
61:21
**mention** 75:19
**mentioned** 39:1
89:2 92:18
101:18
**met** 41:18
**methodologies**
24:8 123:11
**methodology** 57:10
69:11 87:10,17
87:18,18 88:4
89:4 110:10
112:4,10 113:2
116:7
**metrics** 57:15 59:3
59:7,11
**middle** 66:3 96:9
**Mike** 48:19 85:10
110:21 111:5,17
112:12 114:5
**Miller** 1:19 2:8
**million** 78:12
**mind** 56:11 57:8
**Minimal** 115:1
**minus** 45:16 81:22
111:6
**minute** 17:21
131:17
**minutes** 8:8 62:14
86:22 90:3,11
95:12 108:19
109:7
**mischaracterizes**
124:18
**misleading** 132:5

**misspoke** 31:21
**misuse** 64:20
**MM3** 50:12
**model** 20:5 49:11
49:12,13,18
51:16 73:8,13
97:20 98:12,13
108:10 109:11,22
110:7 111:13
112:17,21 113:4
113:5,15 114:14
114:15
**modify** 133:19
**moneys** 35:10
**month** 66:20
**months** 31:13
37:11
**MORGAN** 4:5
**morning** 8:6
**Mortland** 47:17
**move** 32:14 89:8
94:8 112:9
113:22 114:7
120:17
**moved** 34:16
**movement** 97:20
**moving** 32:19,22
34:12 70:14
85:20 111:6
121:2
**MSCO** 86:10
**Mulrey** 48:20
85:10 110:21
111:2,5,17 114:5
114:12
**Mulrey's** 112:12
**multiple** 66:3,15
**multisource** 122:3
122:14 125:7,10
126:12 128:4,13
129:16,18
**Mulvey** 61:6

John M. Killion                 HIGHLY CONFIDENTIAL                 January 6, 2006
                                    Boston, MA

10

**M.D** 62:1 1,11 63:9
**M.D.s** 7:4
**M3** 50:17

---

**N**

**N** 1:11,11  5:1 6:1
  50:16
**name** 6:7  7:22 8:2
  11:17 58:18
  117:10 121:7,18
  122:3,11 124:7
  124:11 125:11
  126:6 128:3,14
  129:13,17,18
**names** 61:10
**Nancy** 50:17
**nature** 16:5 19:2
  21:2,18 52:16,18
  54:21 55:1 56:19
  56:21 96:3
  106:18,19
**necessarily** 79:21
**necessary** 72:2
**need** 109:7
**needs** 83:5 105:14
**negotiate** 58:1
**negotiates** 17:17
**negotiation** 9:13
  10:1,8 13:11
  39:19 41:10
  42:10,21
**network** 23:20
  25:17 36:2,18
  53:9,11,12 57:7
  71:9 124:8
**networks** 70:18
**nevertheless** 65:10
**new** 3:7,7,18,18
  49:10,12,13,17
  50:18 78:5 82:14
  85:20
**nexus** 38:11
**NM3** 49:15 78:16

**Notargiacomo** 2:2
  5:5 126:18
  130:21 134:8,12
  134:17,20 137:17
  138:3 139:8
**Notary** 1:17 139:22
  140:5
**number** 5:9 8:7
  64:18 111:16
  112:18
**numbered** 91:6
**numbers** 5:13 46:3
  46:13 62:1

---

**O**

**O** 1:11 6:1
**OB** 108:2
**object** 126:20
  127:9,10,12,13
  132:8
**objected** 126:21
**Objection** 15:9
  45:3,22 54:14
  93:16 94:5 95:8
  98:4,19 99:7,16
  100:2,5,14 102:9
  102:17,18 105:18
  115:20 119:20
  120:5 121:20
  122:6,16 123:4
  124:17 126:2,3
  126:16 128:7,20
  129:10 130:21,22
  132:4 135:8,14
  135:19 136:5,11
  136:18 137:1,11
  138:1,12 139:3
**objections** 103:10
**obtain** 17:15 18:7
  20:21 39:18 41:8
  42:19 47:1
  124:15 125:4
**obtained** 125:19

**obtaining** 18:19
  20:22 29:9
**occasions** 106:17
**occupational** 7:2
**offer** 72:16
**offhand** 77:13
**office** 30:11,16,20
  66:7,15 67:8,12
  67:19 68:5,22
  69:7,15 103:7
**officer** 50:7 63:11
**offices** 1:19 67:2
  94:11 102:7,16
  117:8
**off-the** 129:21
**oh** 13:17
**okay** 11:14 21:18
  35:13 37:16
  38:19 39:14 41:2
  42:1 43:3,10 44:9
  47:14 54:19 55:9
  56:6 60:5 77:20
  78:9 80:9,17 81:2
  82:7 99:9 101:11
  110:6,18 113:3
  113:22 116:22
  119:17 132:7
  134:18 139:6,9
**Olson** 50:8
**oncologist** 61:8,8
  96:18
**oncologists** 16:7
  60:17,18,22
  61:10 74:4 88:5
  90:2 93:19 94:21
  110:16 112:4
  116:16
**oncology** 16:7 60:3
  60:10,14 62:13
  62:19 68:17
  84:18 86:10 87:3
  91:11 94:4,10,19

95:20,20 96:17
  97:14,15 98:1
  109:12,18,22
  110:8,14,19
  111:14,19,21
  112:18,21 113:16
  116:17
**ongoing** 78:22
**open** 70:11
**operations** 24:22
  25:12 38:10
  47:20 48:6
**opportunities**
  97:12
**opportunity** 58:8
  97:10 130:15
**opposed** 33:15
**opted** 92:2 94:14
  94:21
**order** 27:2 69:14
  123:11
**organization** 70:6
  73:17 105:20
**orientation** 21:20
**originally** 81:20
**outcome** 69:5,9
**outpatient** 66:19
**outreached** 108:3
**outside** 15:3 34:2
**overall** 58:22 65:13
**overcharged**
  110:13 116:9
**overinflated** 116:9
**oversight** 31:10
**overuse** 64:21
**overview** 18:21
  20:18
**owned** 53:19
**ownership** 54:8,12
  54:16 55:4,8,11
  56:14
**O'Brien** 71:11,12

---

**P**

**P** 6:1
**page** 5:2,9 66:2
**paid** 34:10 35:11
  92:3,5,6 94:14
  127:4 128:11
  129:3,5 136:15
  138:11,18 139:2
**Pam** 47:17
**parameter** 58:7,7
**parenthetical**
  86:10
**Park** 2:17 3:17
**part** 16:3 20:17
  32:17 34:7 42:2,2
  59:2 60:5 61:10
  65:11,13 89:14
  97:7 101:16
  110:9 129:7
**partially** 83:11
**participate** 94:22
  95:7,13,21 98:15
  101:2 103:19
**participated** 48:20
  61:5 63:15 65:18
**participates** 61:12
**Participating** 3:13
  4:3
**participation** 60:1
  100:22 102:15
  103:5 107:17
**particular** 12:18
  25:8 46:3 77:14
  89:22 97:5,16
  100:1 101:22
  105:10 114:2
  123:16,19 129:9
**particularly** 35:20
**partnership** 70:12
**patient** 11:10 77:9
**patients** 10:18 66:4
  66:9,14 67:1

Henderson Legal Services
(202) 220-4158

John M. Killion          HIGHLY CONFIDENTIAL          January 6, 2006
Boston, MA

11

69:14 76:21
77:17 9 1:12
96:20 9 7:19
patterns 26:20
PATTERSON 3:3
Paula 48: 11
Pause 86: 17
pay 15:16 16:7
57:10,1 1 83:12
83:14 87:4 95:1
137:4,4
payer 129:6,11
paying 71 :22 72:18
74:4 81:20 95:1
137:20
payments 66:6
pays 137:7
pay-for-perform...
57:14,18 90:1
PBM 25:5 27:1
81:9,12, 14 117:8
125:9
PCS 25:6,17,19
peer 7:19
Pennsylvania 4:8
people 47:12 49:5,6
119:9
percent 34:15
45:17 81:22 89:6
89:13
percentage 36:1
44:16,21 117:18
performance 58:9
87:5
period 24:11 91:22
perpetuity 107:4
perspective 55:10
55:11,12 98:2,18
pertained 15:4
Peter 70:3
Pfizer 4:11
pharmaceutical

1:4 18:13 98:10
99:3 100:11
pharmaceuticals
76:5 100:11
Pharmacia 4:11
pharmacies 12:2
20:15 25:14
51:21 54:3,3 55:6
56:2 71:21 72:11
75:21 76:11
91:22 128:2
pharmacists 51:8
51:10,11
pharmacy 10:14,16
11:1,5,8,18,20,21
12:1,10,14,16
13:7 24:21 25:4
25:12 27:6,12,14
27:16 28:7,14,19
30:1 38:10,11,18
38:22 42:3,8,18
47:5,7,11,19 48:2
48:6,9,16 49:6
50:13 51:1,12
59:19,22 60:6,9
65:21 71:17,18
72:5,15,22 73:8
73:18,22 74:14
74:16 76:4,4,5
78:2,5,8,14,17
79:2,5,6,8 80:4
80:18 81:15 82:3
82:13,22 83:4,21
87:7 89:22 90:14
91:7,10,13,14,15
92:2,10,11,13,19
93:15,20 94:3,9
94:17 95:3,19
96:18 97:8,20
98:12 99:4,21
100:19 101:3,14
101:20 102:2

103:6 104:2,3,7
106:22 108:18
109:11,16,20,22
111:13,20,21
112:5,17,20
113:4,6,7,15
114:9,14,15
117:2 119:2,14
120:11 121:4,16
123:6,16,19,22
124:5 129:4
phase 65:9
Philadelphia 4:8
PHO 124:5
phone 79:11
phrase 94:13
138:17
physical 7:2
physician 7:21
8:15 10:8 11:10
13:10 27:18 28:2
28:4 32:10 35:7
36:18 38:12,15
39:6,20 42:22
43:21 44:11 47:3
52:3 58:11,17,20
59:1,6 63:2,4
65:10 67:19
68:19 69:19
73:19 80:1,6,11
80:16,19,20,22
82:4,5 83:20
96:10 101:9,12
103:9 106:9
108:1,3,4,5,7
136:16
physicians 6:21
8:15 9:14 10:2,17
11:3,7,12 12:15
17:17 20:13,19
24:9,17 26:2,19
26:21 27:1,6,9,15

27:19,21 28:13
28:18 29:12,18
29:20,22 32:14
32:19 33:1,6,13
34:2,3,7,13,15
35:1,6,15,21 36:1
36:6,8,12,14
38:13 41:22
45:14 53:12,20
55:5 57:6,11,15
58:2,8 67:2 70:8
70:10,18 71:1,13
82:13 93:21
94:11,21 95:6,13
95:21 96:3,6
100:3 101:1
102:7,8,15
103:19 115:16
117:8 120:11,17
121:2 124:6
128:14 129:1
136:16 137:20
physician-admin...
7:8,12,18 24:1
38:4 39:2 41:12
42:11 43:5,8,13
44:5,20 46:19
82:16,19 100:21
105:1
Picken 50:10
Pilgrim 32:7,9 33:8
34:1,21 35:11,14
36:7,19 38:13,22
92:1 94:17,22
95:5,9,10,14
106:17
Pilgrim's 36:2
place 26:4,8,15
29:9 30:15 47:6
53:7 57:4,13,14
69:13 72:1 80:11
92:17,22 93:2,9

108:10 123:6,11
123:17,20,22
124:10
Plaintiff 2:20
plaintiffs 2:6 116:5
134:15
plan 23:14 27:10
27:11,16 28:3,22
37:15 72:6 96:11
102:5,14 107:20
117:3 119:22
120:2,8 128:11
129:3 137:5
138:10
plans 68:21 124:10
play 96:13
player 64:17
Please 6:7 22:19
43:3
Plymouth 140:3
Pochini 48:8
point 15:17 46:7
51:8 65:3 72:12
72:18 73:5,6,14
73:21 88:2 89:9
92:22 93:2,2
101:4,5 102:4
110:3,11 112:6
123:9 126:1
pointing 91:2
policies 123:3
Policy-related 19:4
pool 32:15 33:15
34:3,8,14,18,20
34:22 35:1,16,21
36:2,12 64:20
pools 33:19
poorly-performing
34:18,19 35:20
position 6:15 7:16
9:9 13:22 23:2,9
23:15 24:3,4

Henderson Legal Services
(202) 220-4158

John M. Killion     HIGHLY CONFIDENTIAL     January 6, 2006
Boston, MA

12

30:22 3 1:9,11,12
31:16 32:8 37:4
37:16,19 48:1,5
63:21 1 18:6
**positions** 13:14,17
**post** 18:1
**potential** 73:17
**potentially** 96:20
**practice** 46:22
**practices** 42:20
**precise** 56:18
**predictable** 139:1
**preferred** 26:9
105:12 124:9
**preparation** 16:16
16:17,19 17:7
41:17
**prepared** 74:11
90:3
**preparing** 16:19
**prescribe** 29:2
**prescribing** 26:3
26:20 29:7,8
128:14
**prescription** 18:14
22:17 25:6 26:16
27:2
**president** 9:3 50:3
50:4,9 61:7 63:17
**previous** 41:16
**previously** 58:13
92:18 101:18
106:15 110:5
114:6
**price** 1:6 71:21
116:8 118:16
119:10,10,15
120:4,9,15,19,22
122:19 127:4
128:10 129:2,5,7
135:5,18 136:2
136:21,22 137:2

137:2,15,19
**prices** 135:6 136:3
136:15 137:9,20
138:19
**pricing** 18:14 72:17
**primary** 58:10
108:1,3
**prior** 26:10 29:9
31:19 34:8 42:7
43:22 44:18 95:2
98:1 104:18
105:14 109:6
116:10,12,19
124:10 133:11,12
133:15 134:3
135:1,21
**priority** 12:3,8,13
12:19,20,21
64:11 75:7,8,11
75:15,15 76:3
**problem** 40:19
**problems** 79:14
**Procedure** 1:14
**process** 46:18 75:5
76:7 88:9 93:3
99:15 101:6,8
111:18
**produce** 85:8 115:5
**produced** 84:20
86:6 121:3
**Producing** 115:3
**product** 76:17
**production** 5:12
62:1
**products** 75:18
77:1 93:10,11
**professional** 1:16
42:9 140:5,16
**profiling** 26:20
**program** 10:16
11:1,5,9,14,17,18
13:7 25:9,22

26:11,13,14,15
28:15,20,21 29:4
29:6,14,17,22
30:1,12,15 34:1
38:11,14,18,22
42:4,8,18 45:15
53:7 58:11,14,15
58:15,16,17,19,21
71:18 78:8,14
79:2,18 80:4,19
82:3 83:21 87:5,7
90:2 92:2,16 94:9
94:18,18 95:3,5,6
95:7,10,22 96:2,5
96:9,16 97:8 98:8
100:19 101:14
103:6,15,20
104:15 109:16
110:15 111:22
112:5 113:21
121:4 123:7,16
123:19,22 124:3
129:4
**programs** 10:14
25:22 26:3,5,7
30:7 33:20 57:4
57:12,14 58:6
59:3 68:21 69:12
72:19
**project** 31:10 35:14
35:19
**proper** 99:22
132:11
**properly** 40:17
115:18 138:10
**proposal** 50:14
**provide** 11:6 26:22
72:2 75:11 79:10
88:1 96:19 97:11
**provided** 29:1 33:7
122:5,15 124:6
128:17

**Providence** 18:2
20:22 22:21
**provider** 6:20,22
7:4 8:21 19:15
20:10 48:17,18
48:19,21 49:7
63:13,17 71:12
71:12
**providers** 53:15,21
54:22 57:19 70:7
75:12
**provider's** 107:3
**providing** 26:19
121:3 134:14
**provision** 11:2
**public** 1:18 15:4
21:3,4,8,15,20
139:22 140:5
**publicly** 16:8
**publicly-available**
14:21
**published** 137:16
**purchasing** 116:17
**purposes** 39:7
**pursuant** 1:13
103:8
**pursue** 78:4
**purview** 80:18
**put** 26:4 47:6 69:13
92:17 104:12
123:6,11,17,20,21
124:10
**putting** 60:6 104:4
104:5
**p.m** 130:4,9 139:10

**Q**

**quality** 53:4,5,7,8
57:12,21 58:5
64:20 71:7 72:21
87:5 97:12
**quantity** 29:8
**question** 9:5 15:1

28:13 40:16,22
41:2,17 50:22
51:9 53:14 55:3
55:16,16,21 56:1
56:18 59:17
60:13 80:3,10
89:10 92:15
98:21 102:12,21
103:1,3 109:10
111:10,16 112:15
112:18 113:11
114:1,1 116:3
118:4,7,10
121:12 123:14,18
124:2 125:1,3
126:8,22 127:19
127:22 131:20
132:5,8,9,11,12
132:15 133:3
137:12 138:16
**questions** 85:1
133:8 134:6,13
138:4 139:7
**quote** 66:16,18

**R**

**R** 6:1
**radiology** 7:1
**raise** 109:17
**raised** 110:17
**range** 36:22
**rationale** 60:5
**reactions** 79:13
**read** 16:20 17:1
41:1 66:11 86:20
91:8 94:13
114:17
**reading** 16:13
**really** 104:4,6
**realtime** 1:16 91:15
140:17
**reask** 15:1 127:18
**reason** 128:16

John M. Killion              HIGHLY CONFIDENTIAL              January 6, 2006
Boston, MA

rebates 1 06:8
   122:5
recall 21: 12,17,21
   27:17 2 8:10, 16
   30:21 3 6:4,20
   37:3 47:9,15
   48:22 90:9,18
   92:7 10 8:11
   135:6,1 5,17
recalling 61:9
receive 59:8,10
   85:11,17
received 29:12 30:3
receives 59:1,6,7
receiving 106:8
recess 40:6,7 8 8:20
   88:21 130:3
recognize 86:15
recollection 18:15
   19:1 28:22 30:17
   36:13 109:8
record 6:7 8:4,5
   17:22 22:19 40:8
   47:15 50:16 66:5
   66:11 81:4 88:22
   91:3,9 94:13
   108:12 129:22
   130:2,10 131:5
   134:3 136:19
   138:2 140:9
records 64:22
red 77:5
Redbook 46:16
redirect 5:6 131:13
   138:5
reduce 89:3
refer 58:16 112:13
referenced 16:6
   116:16
referred 25:21
   53:18 54:13
   62:18 114:6

137:3
referring 26:1
   58:10,15 61:19
   90:20,22 91:4
   119:9 128:9,10
refers 62:12 90:15
   94:20
reflected 108:19
regard 105:2
regarding 120:3
regards 35:6 46:9
   57:9,22 58:4 64:6
   70:14 71:2 87:6
   87:20 107:22
   109:18 110:13
   118:3 119:8,11
   120:9 124:5,6
regional 69:20
Registered 1:16
   140:4,16
regular 62:21 63:2
reimburse 24:8
   36:8 44:20 69:10
   95:15 115:18
   116:18 117:7
reimbursed 24:17
   43:5,12,21 44:5
   45:16,19 47:3
   59:14 68:16
   120:10
reimbursement 7:8
   7:17 9:14,22 10:1
   10:8 13:10 17:17
   19:17 20:1 23:22
   29:11,16 30:3,10
   33:20 34:1,4 35:3
   35:5,16 36:5,7
   38:4,15 39:2,6,19
   39:20 41:9,11,22
   42:11,22 46:9
   48:18,19 53:1,3
   55:10 57:10,11

57:12 65:2,10
   67:17 68:4,15,18
   69:11 85:20
   87:10 89:4,6,12
   103:17 110:10
   112:3 113:4,5
   116:8 119:11
   123:3,10
reimbursements
   53:9
reimburses 43:8
   44:11,14
reimbursing 30:19
   45:14 46:19
reinforced 119:5
related 19:12 33:11
   64:22
relates 1:8 105:3,5
   134:2
relating 133:16
relation 53:8
relations 8:21
   63:13 70:18
   71:13
relationship 25:4,8
   32:17 33:1,3,4,6
   33:10,17 34:9
   35:7,9 36:6 52:14
   52:17,20 53:10
   53:12,18 54:6,21
   55:1,8,12 56:13
   56:15,20,21
   57:19 71:3 73:1
   73:19 75:22
   82:13 92:11,20
   92:21 93:1,9,15
   94:3 95:19 99:5
   99:21 106:21,22
   107:2 122:20
   135:5 136:2,14
   137:15,19 139:1
relationships 57:5

57:6,17
relative 14:11
   94:10,19 96:15
   108:2
remember 68:10
   134:21 136:3
Rena 50:8
repeat 9:17 10:21
   100:7 123:14
rephrase 24:10
report 8:22 26:2
   49:9 66:20 71:14
reported 49:10,16
reporter 1:15,16,17
   1:17 40:21 41:1
   140:5,16,17,18,19
reports 26:19
   124:6
represent 36:3
required 95:21
reread 40:17,22
research 14:10,16
   15:2,15,20 18:16
   97:3
researched 14:9
   97:5
respect 9:13,22
   28:14 38:9,19,20
   42:21 44:13
   71:18 79:2,22
   80:9 83:15,19
   93:13 97:18
   98:11 100:20,22
   102:6,14,15
   105:1,11,17
   110:7 112:14
   113:15 114:8
Responding 23:7
response 55:14
responses 133:7
responsibilities
   9:12,21 23:5,18

25:1 32:11,13,14
   32:19,22
responsibility 6:19
   6:22 10:13 23:21
   25:9 42:3
responsible 8:14
   25:3 59:18 63:22
restated 129:1
restriction 105:17
restructuring
   34:22
result 121:3
retail 20:15 27:14
   28:7,14,19 30:1
   38:11 51:8,10,11
   51:12,21 54:2
   55:6 73:22 117:2
   119:2,13 120:10
   121:4,16 128:4
   129:3
returned 31:17
review 14:21 15:7
   15:13 16:8 18:21
   20:4 22:19 49:20
reviewing 90:9
RFP 71:20 74:11
   74:18 75:5 76:7
   78:5 82:8,14
   101:6,7,11 104:6
RFPs 92:14
right 12:15,18
   27:13 31:9 32:6,8
   46:4 54:1,5 58:3
   58:12 71:4 76:2,9
   78:21 79:1,16
   84:19 89:10 93:7
   93:22 95:4 96:12
   101:5 103:14
   111:7,7 112:7
   113:8 114:17
   119:21 121:7,8
   121:10 125:12,15

John M. Killion                HIGHLY CONFIDENTIAL                January 6, 2006
                                    Boston, MA

14

129:5,9, 19 131:8
131:11 133:9
139:2
**risk** 27:6, 15 28:14
   28:17 32:15,17
   33:4,7,1 1,19 34:7
   123:6,16,19,22
**Robert** 63:15,16
   66:18
**Robins** 1: 19 2:8
**role** 10:11 25:2
   32:12 38:2,12,20
   38:21 48:15
   72:15 82:21
   96:13 118:17,20
**roll** 93:5 96:9 97:10
   98:8 110:15
**rolled** 95:9 110:4
**rolling** 78:19 97:8
**routine** 79:15
**row** 90:15 91:3,4
**Rules** 1:14

― **S** ―
**S** 5:8 6:1
**satisfaction** 58:1
   71:2
**savings** 73:17
   97:11
**saw** 116:15
**saying** 135:17
**says** 66:5,18 96:18
**schedule** 34:10
   46:4,13 112:10
   114:8
**schedules** 44:22
   45:20
**school** 18:1
**scope** 98:20 99:8
   99:17 100:6,15
   102:18 115:21
   120:6 121:21
   122:7 123:5

126:3 128:21
**search** 14:19
**searched** 85:5
**second** 66:3 130:1
**section** 94:12
**see** 22:4 56:19
   62:12,15 76:9
   103:14 109:7
**select** 75:4
**selection** 76:6
**self** 82:15,16,19
   93:20
**send** 74:18,20,22
**sending** 71:20
**senior** 6:16 7:20
   8:12,21 9:3 13:15
   13:18 14:2 49:19
   50:4,8
**sense** 41:21 99:5
**sent** 74:21 92:13
**sentence** 94:13
**service** 47:4 96:19
**services** 6:17,18
   9:10 18:5 19:17
   19:18,20 20:2
   21:9,10 23:17,19
   24:13 25:6 28:7
   33:7 37:18 38:3
   44:15 47:13 48:8
   50:5,9 52:15,21
   55:7 56:17 57:3
   58:6 63:17 70:13
   79:11 91:15 96:7
   108:2
**servicing** 83:1,18
   103:17
**SESSION** 130:8
**set** 59:3 66:15
   92:10 117:10,18
   118:1,12 120:19
   140:8,11
**setting** 42:10,22

51:12 67:8,14,18
67:18 68:5,5,19
8:9,8,10,14
**share** 58:8 71:3
**shared** 93:19
**Sheila** 7:19 8:3
**Shield** 2:16,21 6:13
   7:15 9:7,15 10:3
   10:15,19,22 11:4
   11:19 14:13
   17:16,18 23:1,13
   37:22 42:4,19
   43:4,8,12,21 44:4
   44:10,14,19
   45:13,19 47:2
   49:1 51:14,16,19
   52:2 54:11,22
   55:2 56:12 61:14
   64:5 65:22 66:22
   67:7,12,21 68:2
   68:13,20 69:1
   70:17 71:5,8
   76:10 77:22
   78:10 80:5,13
   82:1,11,22 83:16
   83:22 86:7 87:2
   87:11 89:3 90:17
   92:10 93:12,22
   95:18 96:22 99:1
   100:9,17 102:4
   103:5 104:22
   105:15,19 106:8
   107:2,6 108:9
   111:8 112:8,15
   112:19 113:12,13
   115:17 119:18
**Shield's** 111:12
**shifting** 38:13
**shoot** 59:13
**Shorthand** 1:15
   140:19
**shown** 89:15

**side** 19:15 20:9
   27:13 38:12
   48:21 49:6,7
   73:22 96:6,10,10
**similar** 26:21
**simply** 124:2
**situation** 35:15
**Skwara** 2:14 16:18
   39:10 119:20
**smooth** 78:14
**societies** 63:2,4,8
   69:19,22 70:5
**Society** 60:3,18
   63:6,7 86:9 87:2
   90:17
**solely** 44:12
**solicited** 98:9
**sorry** 7:22 13:18
   24:11 31:18
   32:18 45:4 51:9
   52:18 58:18
   60:12 90:20
   100:4 105:8
   123:18 127:8
**speaks** 136:19
   138:2
**special** 60:1 62:13
**specialist** 48:12
**specialty** 5:16
   10:14,16 11:1,5,8
   11:18,20,21 12:1
   12:9,13,16 13:7
   18:4 38:18,22
   42:3,8,18 47:5,7
   51:1 59:19,21
   60:6,9,10,14
   61:12,15 62:19
   65:19,21 71:16
   71:21 72:5,11,15
   72:22 73:7,18
   74:13,15 76:11
   78:2,5,8,13,17

79:1,4,8 80:4,18
81:15 82:2,13,21
83:3,21 85:22
86:8,9 87:7 89:22
90:14 91:6,10,12
91:14,15,22 92:1
92:11,13,19
93:14,19 94:3,9
94:17 95:3,19
96:18 97:8,20
98:12 99:4,21
100:19 101:2,13
103:6 104:2,3,7
108:18 109:9,11
109:16,20,22
111:13,20,21
112:5,17,20
113:3,6,7,15
114:9,13,15
**specific** 29:10
   32:13 39:7 53:8
   57:4,13 68:7,10
   68:16 69:21
   72:17 84:1,5,17
   93:5 94:20 110:4
   118:6 128:22
   129:2 132:18
**specifically** 28:16
   35:4 65:4 73:15
   83:15 97:15,21
   102:12 104:12
   109:21 110:19
   115:22 117:13
   128:10
**specified** 45:20
**specify** 101:11
**speech** 7:2
**ss** 140:3
**staff** 11:12 47:12
   51:16 108:10
**stage** 78:13
**stamp** 86:7

John M. Killion                 HIGHLY CONFIDENTIAL                 January 6, 2006
                                    Boston, MA

15

stamped 62:6 86:5
    86:6
stand 132:8
standard 46:9 88:3
    88:6 89:5,8,12
    110:12 117:6
start 9:6 22:2
started 8:8 13:1
    45:9,12 106:12
starting 73:4
state 6:7 43:3
stated 124:4
statement 136:4
states 1:1 21:15
    91:8 94:14
statistical 19:7
statistics 21:12,19
steeper 81:20
step 17:21
Steve 8:19 16:17
    39:9 63:12 71:14
STEVEN 2:14
steven.skwara@...
    2:19
stood 138:11
stop 18:9
strain 35:2
strategy 1 11:4
Street 1:20 2:3,10
    4:7 16:1,13 74:3
    116:15
Strike 137:17
structure 80:10
    85:20
structured 68:18
studied 83:7,9,11
    97:21 99:20
    100:12
studies 15:8,13
    18:11 20:17
    22:13 67:10,21
    68:6,7 74:1

study 18:12,21
    20:15 83:6 97:16
    114:12
subgroup 74:15
subject 17:5 39:16
    41:5 62:12
    130:15 131:2,12
    132:1,16,18,20
    133:22 134:9
Subscribed 139:17
subsequent 109:1
success 91:12
successful 34:12
    78:15 91:11
    96:10
sued 108:6
suffering 76:14
Suffolk 21:1,22
    22:1,3,7
Sullivan 2:9 12:22
    15:9 21:7 31:21
    40:1,3,14 45:3,5
    45:22 50:16
    54:14 55:20 66:8
    81:3 84:21 90:22
    91:18 92:5 93:16
    94:5 95:8 98:4,19
    99:7,10,16 100:2
    100:4,14 102:9
    102:17 103:10
    105:18 107:5
    115:20 118:9
    120:5 121:20
    122:6,16 123:4
    124:17,22 126:2
    126:16,21 127:5
    127:8,10,14,17
    128:7,20 129:10
    129:21 130:22
    131:5,9,12,17
    132:4 134:16
    138:12 139:3,9

supervision 11:11
    80:20 82:5 102:8
    103:8
supplement 81:6
supplied 76:21
    78:1 81:12 83:3
supplies 12:17 81:9
supply 10:17 11:9
    12:15 19:16 20:8
    73:19 75:12
    76:11 78:10,11
    79:2,9 80:6,11
    81:14,15 94:3
    95:20 96:21
    97:18 109:12
    112:17
supplying 82:12
sure 9:18 10:22
    13:2,4 15:2 18:10
    29:15 40:2,5,17
    60:22 70:22
    71:22 78:18
    88:19 89:17 96:1
    96:17 99:18
    100:9 102:22
    110:14
surveys 15:7,14
switch 13:14,17
    87:17
switched 106:12
sworn 6:4 139:17
    140:8
system 18:17,22
    19:13,14,19
    20:11 21:15
    22:13 64:16 69:2
systems 72:1
_____
             T
T 1:11 5:8
table 91:4
take 21:11,14 40:1
    77:9 86:14 88:17

94:1,7 97:1,2,3
    98:5
taken 17:2 22:12
    22:16 40:6 77:16
    88:20 130:4
talk 132:15 133:5,9
talked 133:7
talking 15:19 27:12
    33:18,19 36:12
    74:7 111:7,11
talks 66:3
teleconference 3:13
    4:3
telephone 13:1
tell 77:13 86:15
    133:21
term 15:4,5 19:18
    21:4,8 116:20
    117:1,4 119:15
    136:20,22 137:7
    138:13
terminated 107:2,4
terms 116:1
testified 6:4 38:8
    43:11,20 44:6
    111:2 123:21
    125:4 131:16
    133:2,5,15 134:3
    138:7,14
testimony 40:20
    103:13 111:4
    124:18 130:16
    131:7 132:2,6,16
    133:19,22 140:10
Thank 50:19 91:19
    139:9
therapeutic 93:6
    97:9 98:1 101:17
    110:4
therapy 7:2,2,3
Theresa 61:6
thereto 88:1

thing 71:17
things 57:21 89:22
    96:20
think 16:17 31:21
    40:15 55:20,21
    56:4 66:8 80:21
    83:5 90:22 115:7
    119:7 124:17
    126:22 132:5,10
    139:8
third 76:5 90:15
    91:1,3,4,7
Thirteen 22:8
Thomas 114:21
thoughtful 110:17
three 31:2 69:20
    75:21
tied 33:12,13
Tim 48:10
time 9:11,12,18
    14:1 22:6 23:2
    24:6,10 25:5 26:8
    33:9 34:22 36:18
    36:20 45:11,21
    51:8 63:16 65:17
    72:4,7,15,18 73:2
    73:6 74:7,18
    78:20 85:18 89:9
    93:3,9 102:4
    108:10 110:3,8
    112:6 113:1,16
    115:7 117:5,21
    119:3,6,19 120:3
    120:14 121:6,15
    122:2,10 123:3,9
    125:20 126:1,9
    134:7,11 138:10
    138:21
timely 97:11
title 8:11,20 9:2
    47:18 50:2 85:14
    85:16

titled 86:7
titles 47:1 6
today 9:13 41:19
  43:6,12  51:19
  65:8 80: 14 84:12
  102:13
told 91:21
top 59:13
topics 106:13
total 36:18
tracks 67:21
trained 81:1
training 22:16
  80:16
transcript 13:3
transcripts 17:1
transformation
  64:1,2,4
transition 78:14
Trewick 3:16
tricky 56:5
true 140:9
trying 55:19 56:5,9
  64:13 108:1
  123:15 127:19
Tufts 23:14,15 24:6
  24:8,16,22 25:12
  25:16 26:8,10,13
  26:15,22 28:3,18
  29:12,17,19
  30:12,15,19
  31:15,22 32:2,3
  37:14,16 38:2,10
  38:21 72:6,11,22
  73:7,16 74:8
  107:1,7,8,19
  117:3 119:22
  120:2,8 121:16
  123:3,6,11,17,19
  123:21 124:4,13
  125:16,17,18
  128:11 135:1

136:8 137:5
138:9,22
turned 129:6,8
turning 65:15
two 37:5,8 45:12
  70:1 75:14 87:3
  89:21 106:17
  107:10
Two-page 5:10,16
  61:21 85:22
TYLER 3:3
type 21:11 26:7
  53:2 96:2 132:12
types 6:20 7:1,4
  77:2,3
typically 122:9,12

___ U ___

U 44:1
ultimate 50:13
  129:6,11
ultimately 28:12
Um-hmm 111:15
unable 108:2
unclear 126:22
undergoing 66:4
Undergraduate
  18:2
understand 26:3
  29:15 32:18
  36:21 43:10 96:4
  98:6 112:7,10
  118:5 124:22
  127:17 132:19
  137:14
understanding
  7:11 16:18 17:15
  19:8,22 20:18
  24:7,16 30:5,9,14
  30:18 33:22
  36:17 39:18 41:8
  41:15 42:19 43:3
  43:7,16,19 44:3

44:10 46:2,7,11
46:17 47:2 55:19
60:21 64:13 65:8
67:5 68:3,13
72:14 73:9,12
75:13 89:5,7,11
94:15,16 101:4
102:13 103:22
104:9,14 110:11
115:9,12,15
116:1,4,20 117:1
117:4,9,14,17,22
118:1,5,7,22
119:1,5 122:1,10
122:19 123:2,12
124:16 125:4,16
125:19,22 126:9
128:1,15,22
130:20 133:16
134:1 135:12
136:1,7,9,14
137:6,8,18
understood 40:17
  55:3 119:14
  121:5 125:5
  129:15 138:17,21
underuse 64:21
unfit 91:21
uninsured 64:20
United 1:1 21:15
University 21:1
use 91:21 113:7
  120:14 124:8
  135:11
utilization 123:7
  124:7,8,9
utilize 44:15 72:22
  120:11
utilized 25:16
utilizing 111:20

___ V ___

Vague 129:11

valid 93:13
varied 124:14
  125:6 126:11
variety 57:20 63:7
  64:15 77:8,12
various 7:7 47:10
vehicle 78:2 96:18
vendor 50:9 111:21
  113:7
versus 57:5 67:8
  68:5,18 125:11
Vertes 50:8
vice 9:3 50:3,4,8
  63:17
view 99:13
viewing 86:18
Village 76:3,6
virtue 53:21
volume 101:12
voluntary 95:6,11
  100:21
VP 50:8

___ W ___

WAC 117:11,18,19
  117:20
wait 88:3 131:17
waive 69:13
waiving 66:19
Wall 16:1,13 74:3
  116:15
want 13:2 17:5,14
  39:15 41:4 56:7
  70:22 71:4,6
  127:15 131:20
  132:8,9
wanted 78:12 88:3
  93:18 109:17
  110:14
WARREN 3:15
wasn't 88:6 110:11
  117:20 121:13
  128:22

wasteful 91:16
way 26:18 43:17
  62:17 64:7 65:12
  88:10
ways 43:4
WEBB 3:3
Wednesday 17:8
  39:11
week 104:6
Wells-Jackson
  48:14
went 23:14 31:6,20
  32:7 37:10,14
  106:6 107:4
weren't 27:21
we're 33:18 49:21
  53:21 78:4 83:6
  111:11
whatnot 13:2
whatsoever 84:13
WHEREOF
  140:11
wholesale 1:5
  117:11 135:5
  137:9,15,19
  138:19
Williams 1:15
  140:4,15
willing 98:15
Wisch 61:7
withdraw 9:5
  18:18 32:21
  50:22 54:10
  59:17 79:17 80:2
  98:21 111:10
  116:3 126:8
  133:3 138:16
withhold 44:6
witness 1:12 5:2
  8:10 40:15 41:14
  42:2 43:11,20
  44:6 50:18 55:22

John M. Killion               HIGHLY CONFIDENTIAL               January 6, 2006
                                    Boston, MA

17

62:9 81 :3 86:13
86:18 8 8:17
102:20  107:8
124:18  125:2
131:6 1 40:7,10
140:11
**words** 15 :3
**work** 12: 19 23:21
25:11 3 0:6 31:7
38:9 42 :7 66:22
69:22 79:2 1 14:2
**worked** 2 0:2 22:22
48:15 73:10
**working** 51:13,15
104:4 1 17:2
119:2,13 125:17
125:18
**workings** 18:13
**works** 71 :13
**world** 103:1
**worthy** 98:3

**X**

X 5:1,8

**Y**

Y 1:11
**year** 18:7 22:22
37:20 1 15:8
**years** 22:4,8 31:2
37:6,8 45:10,12
**yesterday** 43:11,20
44:7 111:2
**York** 3:7,7,18,18

**Z**

**Zallen** 70:3

**0**

**0003** 62:7
**0004** 5:14 62:2,7
**001** 5:10 62:2,6,8
65:16

**002** 5:16 86:1,5,12
86:19 89:16
108:15
**006** 5:4
**01CV12257-PBS**
1:5
**02142** 2:4
**02199** 1:21
**02199-7610** 2:11
**02215-3326** 2:18
**04** 74:6
**062** 5:14
**086** 5:17

**1**

1 5:11 61:21 62:10
**1:05** 130:9
**1:13** 139:10
**10** 75:2 86:11
**10th** 89:20
**10,000** 36:22 37:1,2
**10:22** 40:6
**10:33** 40:7
**10036-6710** 3:7
**101** 3:17
**10178** 3:18
**11:32** 88:20
**11:39** 88:21
**1133** 3:6
**12** 75:2
**12:31** 130:4
**130993** 140:19
**134** 5:5
**138** 5:6
**15** 22:4 111:6
**1701** 4:7
**19103** 4:8
**1985** 18:8 22:21
23:9 108:9
**1986** 23:10 24:6,12
72:7
**1991** 43:6,11
**1994** 24:7,12

**1995** 31:1,3 43:22
44:18 72:7
**1998** 31:3 32:4,5,9
121:15 122:10
123:1 124:13
125:5,20 136:8
138:10

**2**

2 140:22
**2,000** 36:14
**2.8** 78:12
**20** 117:10 139:18
**2001** 9:8,11,18
**2002** 5:11 61:22
62:10,14
**2003** 10:13 42:7,14
42:17,17 45:7
66:1 74:21
116:10,19
**2003-2004** 45:11
47:1
**2004** 11:16 13:21
14:1 16:4 42:7
45:8 85:19 86:11
89:20 113:12
114:3 116:10,15
116:19
**2004-2003** 116:12
**2005** 11:16
**2006** 1:9,21 64:12
140:12
**2010** 140:22
**212-336-2000** 3:8
**212-808-7740** 3:19
**215-963-4756** 4:9
**25** 117:10
**29** 62:14

**3**

3 91:6

**4**

**4th** 2:3
**40** 7:3 14:6 15:21
41:19 81:22
**401** 2:17

**6**

6 1:9,21
**617-246-3531** 2:19
**617-267-2300** 2:12
**617-482-3700** 2:5

**8**

8 77:7
**800** 1:20 2:10

**9**

9 77:8
**9:41** 1:22
**94** 24:5
**95** 24:5,7,12 89:6
89:13
**99** 34:15

Henderson Legal Services
(202) 220-4158