1-800-624-0152

# FLORIDA INFUSION

WEEKLY SPECIALS
07-24-95 TO 07-28-95

## TERUMO

| | | WAS | SALE |
|---|---|---|---|
| SCALP VEIN SETS | ALL SIZES | $19.00 | $17.50 |
| I.V. CATHETERS | ALL SIZES | $45.00 | $40.50 |

## DOXORUBICIN

50MG POWDER

20+ ........... $53.00

100+ ........... $52.00

## FLUOROURACIL/5FU

500mg............... $.79    2.5gm................. $4.45

5.0gm................. $6.85    2300550

## FLU VACCINE*

Pre-Book your Flu Vaccine for the 1995-1996 Season
Fluvirin® 5mL Vial - Split

1-100 ............................ $22.50
101-500 ............................ $21.00
over 500 ............................ $19.25

*ASK ABOUT OUR FREE SYRINGES OFFER

HIGHLY CONFIDENTIAL

VAC MDL 0470

# 1-800-624-0152

# FLORIDA INFUSION

WEEKLY SPECIALS
07-17-95 TO 07-21-95

## ADRIAMYCIN

10% OFF - Buy 10 Get 1 FREE

| | REGULAR | AFTER FREE GOODS |
|---|---|---|
| 10mg vial RDF | $14.50 | $13.20 |
| 20mg vial RDF | $29.00 | $26.30 |
| 50mg vial RDF | $72.50 | $65.90 |
| 150mg vial RDF | $215.60 | $196.00 |

| | REGULAR | AFTER FREE GOODS |
|---|---|---|
| 10mg vial PFS | $14.70 | $13.40 |
| 20mg vial PFS | $29.40 | $26.70 |
| 50mg vial PFS | $73.50 | $67.00 |
| 200mg vial PFS | $294.00 | $267.00 |

## ** TAXOL 30mg **

Buy 20 vials for $147.00 per vial

NEW FROM

GRAVITY TAXOL ADMINISTRATION SET WITH .22µ FILTER - Non-DEHP Tubing
84", 20 drop/ml, Y-site, Luer Lock Secure Connection — $3.00/each

TAXOL COMPATIBLE HUBER INFUSION SET
20 x 3/4", 20 x 1", 22 X 3/4", 22 x 1" — $2.90/each

## TOPOSAR

Save over VEPESID® prices!

| $64.00 | $128.00 | $320.00 |
|---|---|---|
| 100 mg vial | 200 mg vial | 500 mg vial |

2300551

*WHEN YOU BUY 2 GRAMS IN ANY COMBINATION OF SIZES!

## FLU VACCINE*

Pre-Book your Flu Vaccine for the 1995-1996 Season
Fluvirin® 5mL Vial - Split

| | |
|---|---|
| 1-100 | $22.50 |
| 101-500 | $21.00 |
| over 500 | $19.25 |

*ASK ABOUT OUR FREE SYRINGES OFFER

VAC MDL 0471

1-800-624-0152

# FLORIDA INFUSION

WEEKLY SPECIALS
07-10-95 TO 07-14-95

## MORE SUMMER SUPER VALUES...

Lowest Prices in the Nation!!!

### Rocephin® ROCHE

| | | |
|---|---|---|
| 250MG | 10/box | $94.67 |
| 500MG | 10/box | $171.65 |
| 1GM | 10/box | $293.76 |
| 2GM | 10/box | $583.79 |
| 1GM ADD-VANTAGE | 10/box | $303.27 |
| 2GM ADD-VANTAGE | 10/box | $599.00 |
| 10GM BULK | each | $286.38 |

### Ready-to-use ROFERON-A SC/IM

| | |
|---|---|
| 3 MILL UNIT MDV | $26.07 |
| 9 MILL UNIT MDV | $74.95 |
| 18 MILL UNIT MDV | $155.50 |
| 36 MILL UNIT MDV | $312.95 |

SPECIAL INTRODUCTORY PRICE

# MITOMYCIN

2300552

Generic - MUTAMYCIN®

5 MG .......... $102.00   20 MG ......... $338.00

## REDUCED PRICES ON YOUR FAVORITE ANGIOCATHS

**TERUMO** NEW REGULAR PRICE ............ $48.00

**JELCO** NEW REGULAR PRICE ............ $62.00

## FLU VACCINE*

Pre-Book your Flu Vaccine for the 1995-1996 Season

Fluvirin® 5mL Vial - Split

| | |
|---|---|
| 1-100 | $22.50 |
| 101-500 | $21.00 |
| over 500 | $19.25 |

*Ask about FREE syringe offer!

## ALL TERUMO SYRINGES A WHOPPING 10% OFF!

1-800-624-0152

# FLORIDA INFUSION

WEEKLY SPECIALS
07-10-95 TO 07-14-95

# LEUCOVORIN

| 100mg vial | | 350mg vial | |
|---|---|---|---|
| Burroughs Wellcome | | Lederle | |
| 100+ | $3.90 | 10+ | $29.50 |
| 500+ | $3.75 | 30+ | $25.50 |

# TOPOSAR

Save over VEPESID® prices!

$64.00* per 100mg

100mg vial ........ $64.00
200mg vial ........ $128.00
500mg vial ........ $320.00 2300553

*WHEN YOU BUY 2 GRAMS IN ANY COMBINATION OF SIZES!

# ZOFRAN

**Pre-mixed minibag** (32mg dose)

6-12 bags ........ $127.00/per bag
13- bags ........ $125.00/per bag

**2mg/mL 20mL MDV**

20-100 vials ........ $167.00/per vial
101+ vials ........ $165.00/per vial

# KYTRIL

**...WE GIVE IT AWAY**

$116.00

36 Vials or more - Limited Supplies



VAC MDL 0473

1-800-624-0152

# FLORIDA INFUSION

WEEKLY SPECIALS
05-30-95 TO 06-02-95

## DOXORUBICIN
50MG POWDER

$52.00 per vial (50 vials or more)

$53.00 per vial (10 to 49 vials)

## LEUCOVORIN
100MG VIAL B/W

$3.75 per vial (500 vials or more)

$3.90 per vial (100 vials or more)

## ZOFRAN
32MG PREMIXED BAG

$127.00 per bag (20 cases or more)

$128.00 per bag (10 to 19 cases)

$129.00 per bag (4 to 9 cases)

2300554

## LAST DAYS

The V.I.P. KYTRIL Program

As low as $107.50 per vial

To qualify you must place your order by May 30, 1995.

Pre-Book your Flu Vaccine for the 199501996 Season

Fluvirin® 5mL Vial - Split

| | |
|---|---|
| 1-100 | $22.50 |
| 101-500 | $21.00 |
| over 500 | $19.25 |

## NEW TAXOL GRAVITY ADMINISTRATION SET

Non-DEHP Tubing with .22µ filter - 84"
20 drop/mL • Y-site
Luer Lock Secure Connection

$3.00 each

REGULAR ~~$192.40~~

50 PER CASE

SALE $150.00

VAC MDL 0474

**1-800-624-0152**

# FLORIDAINFUSION

WEEKLY SPECIALS
05-01-95 TO 05-05-95

## ZOFRAN 32mg ...IT'S IN THE BAG

AS LOW AS $129.00 Per Bag

**NEW!!**

10 CASES OR MORE • 6 BAGS PER CASE
Our low every day BottomLine* Price is $132.00 per bag

**Premixed Minibag (32mg Dose)**
With the new, Zofran Premixed Bag there is no dilution required, there is no waste, and there is no admixing. This product was designed with the busy healthcare professional in mind. A convenient time-saver, this "break-through" solution is sure to help you maximize your cost containment program and become a popular alternative for your practice.

CONVENIENT
HIGHER AWP
COSTS LESS THAN VIAL
BETTER REIMBURSEMENT

## ADRIAMYCIN® PFS™ 2300555

**10% OFF - Buy 10 Get 1 FREE**

| | REGULAR | AFTER FREE GOODS |
|---|---|---|
| 10mg vial | $15.70 | $14.28 |
| 20mg vial | $31.40 | $28.56 |
| 50mg vial | $74.50 | $67.75 |
| 200mg vial | $298.00 | $270.90 |

Pre-Book your Flu Vaccine for the 1995-1996 Season
Fluvirin® 5ml Vial - Split

| | |
|---|---|
| 1-100 | $22.50 |
| 101-500 | $21.00 |
| over 500 | $19.25 |

| | |
|---|---|
| HAVRIX Hepatitis-A Vaccine .. Adult (1440 units) | $43.75 |
| HAVRIX Hepatitis-A Vaccine ... Pediat. (360 units) | $15.75 |
| NAVELBINE® Injection ...... 10mg/1ml Vial | $39.00 |
| NAVELBINE® Injection ...... 50mg/5ml Vial | $195.00 |
| ENGERIX Adult Dose .......... 20mcg/ml Vial | $42.00 |
| ENGERIX Pediatric .......... 10mcg/0.5ml Vial | $13.80 |

ASK CUSTOMER SERVICE ABOUT THE KYTRIL "VOLUME PRICING COMMITMENT".
THIS IS A VERY LIMITED OPPORTUNITY



VAC MDL 0475

1-800-624-0152

# FLORIDA INFUSION

WEEKLY SPECIALS
04-10-95 TO 04-14-95

# ETOPOSIDE

Generic Vepesid®

| 100mg MDV | 200mg MDV | 500mg MDV |
|---|---|---|
| $67.62 | $135.24 | $338.10 |

# FLUDARA 2300556

50mg Vial

$147.75

10 vials or more

# TERUMO SYRINGES

| | | | |
|---|---|---|---|
| 10 cc | Luer Lock | 100 / Bx | $11.80 / Bx |
| 20 cc | Luer Lock | 25 / Bx | $7.60 / Bx |
| 30 cc | Luer Lock | 25 / Bx | $9.60 / Bx |
| 60 cc | Luer Lock | 25 / Bx | $12.80 / Bx |

We will beat any bonafide offers!
Please call your Account Manager for the best pricing and services in the nation!

Pre-Book your Flu Vaccine for the 1995-1996 Season
Fluvirin® 5ml Vial - Split

| | |
|---|---|
| 1-100 | $22.50 |
| 101-500 | $21.00 |
| over 500 | $19.25 |

# ZOFRAN

32mg/50mL

## Premixed Bag

Shipping the week of April 17

VAC MDL 0476

1-800-624-0152

# FLORIDA INFUSION

WEEKLY SPECIALS

03-06-95 TO 03-10-95

# THE PROCRIT*

# 8% SALE

Take Advantage of Ortho Biotech's PHARMACY Rebate and an Additional Discount from Florida Infusion

10,000 U/ML ......... 87.40 per Vial

20,000 U/ML ...... 174.80 per Vial

* Applies to above sizes only

2300557

## Check out these **SUPER** Savings !!

- DOXORUBICIN 50mg Powder by Astra .... 10+ ....... 52.00
- ZOFRAN 20mg/mL 20mL .............................20+ ..... 167.00
- NEUPOGEN 1.0mL 10/Bx ............ with 2% 30 Net 31 ..... 1185.58
- NEUPOGEN 1.6mL 10/Bx ................ with 2% 30 Net 31 ..... 1897.30
- HEPATITIS-B Adult, Pre-filled Syringe or Vial ............................ 40.67
  Pediatric or Adolecent, Pre-filled Syringe or Vial .. 12.50
- Prebook FLU Vaccine (Evans Split Vaccine - OLD PNU-Immune) 100+ ....... 19.75



1-800-624-0152

VAC MDL 0477

FLORIDAINFUSION

WEEKLY SPECIALS
02-27-95 TO 03-03-95

# ETOPOSIDE

100mg Vial - Generic VEPESID

$79.50

10 Vials or more

# MINI-BAGS

D5W & NACL .9%

50mL or 100mL ...... $1.20 per bag $96.00/Case of 80

# I.V. BAGS

D5W & NACL .9%

2300558

150mL .................... $1.20 per bag $36.80/Case of 32

250mL .................... $1.20 per bag $27.60/Case of 24

Call us for information on three NEW PRODUCTS: HAVRIX (Hepatitis-A Vaccine), THIOPLEX (Replaces THIOTEPA), and HEPATITIS-B Vaccine **Pre-Filled Syringe** (Adult, Pediatric, and the NEW Adolescent dosage form).

1-800-624-0152

WEEKLY SPECIALS

02-20-95 TO 02-24-95

VAC MDL 0478

# FLORIDA INFUSION

# DOXORUBICIN

10mg Powder Vial by ASTRA®

SHORT-DATED - Expires on October 31, 1995

## SAVE UP TO 20%

1-59 ........ $10^{00}$

60+ .......... $9^{50}$

# TAXOL

30mg/5ml SDV

$145^{00}$

**WHILE THE SALE LASTS!**

Until February 28, 1995

2300559

KYTRIL 1mg/ml at $111.95 (12 Vials or more)

ADRIAMYCIN 200mg at $278.00 (Ask about VOLUME discounts)

NAVELBINE 10mg at $39.00 & 50mg at $195.00



IMPORTANT MESSAGE

# FLORIDA INFUSION

## MONTHLY SPECIALS

12-05-94 thru 12-31-94

Our monthly December Newsletter will not reach your offices until December 10th. We would like to advise you via Fax about our monthly specials so that you may take advantage of them as soon as possible.

## ADRIAMYCIN® PFS™

...the trusted brand

**Buy 10 Get 1 FREE**
**10% OFF**

| | REGULAR | AFTER FREE GOODS |
|---|---|---|
| 10mg vial | ~~15.70~~ | 14.28 |
| 20mg vial | ~~31.40~~ | 28.56 |
| 50mg vial | ~~74.50~~ | 67.75 |
| 200mg vial | ~~298.00~~ | 270.90 |

## NEOSAR®

(Cyclophosphamide by ADRIA Laboratories)

| | | | |
|---|---|---|---|
| 100mg | $2^{50}$ | 500mg | $7^{50}$ |
| 200mg | $3^{50}$ | 1000mg | $12^{50}$ |

## VINCRISTINE

| | | | |
|---|---|---|---|
| 1mg Schein | $5^{40}$ | 1mg Adria | $7^{40}$ |
| 2mg Schein | $9^{80}$ | 2mg Adria | $12^{60}$ |

## ROFERON-A 2% Off

| | Reg. Price | Sale Price |
|---|---|---|
| 3 Million | ~~$26^{13}$~~ | $25^{60}$ |
| 9 Million | ~~$78^{34}$~~ | $76^{75}$ |
| 18 Million | ~~$156^{78}$~~ | $153^{65}$ |
| 36 Million | ~~$311^{95}$~~ | $305^{75}$ |

2300560

## PHARMACIA CASSETTES

| | | | |
|---|---|---|---|
| Cassette 50ml | #602050 | 12 Box | $136^{80}$ |
| Cassette 100ml | #602100 | 12 Box | $198^{00}$ |
| Remote Reservoir w/Spike | #602050 | 12 Box | $203^{00}$ |

## PROCRIT

**PHYSICIANS 1% OFF**
**ALREADY REBATED PRICES**

| | | |
|---|---|---|
| 2,000 U/ML | 6 OR 25/BOX | 20.59 |
| 3,000 U/ML | 6 OR 25/BOX | 30.89 |
| 4,000 U/ML | 6 OR 25/BOX | 37.62 |
| 10,000 U/ML | 6/BOX | 86.53 |
| 10,000 U/ML | 25/BOX | 84.65 |
| 20,000 U/ML | 6/BOX | 173.05 |

**PHARMACIES 10% OFF**
**2% OFF plus 7% rebated invoice plus a minimum of 1% at year-end**

| | | |
|---|---|---|
| 2,000 U/ML | 6 OR 25/BOX | 18.23 |
| 3,000 U/ML | 6 OR 25/BOX | 27.34 |
| 4,000 U/ML | 6 OR 25/BOX | 36.46 |
| 10,000 U/ML | 6 OR 25/BOX | 86.58 |
| 20,000 U/ML | 6/BOX | 173.16 |

## TERUMO SYRINGE SALE

| | | | |
|---|---|---|---|
| 10cc | Luer Lock | 100 Box | 11.80/Box |
| 20cc | Luer Lock | 25 / Box | 7.60/Box |
| 30cc | Luer Lock | 25 / Box | 9.00/Box |
| 60cc | Luer Lock | 25 / Box | 12.80/Box |

## HUBER SETS

Huber Point Winged Infusion Sets for Implanted Ports

| Without Y Site | With Y Site |
|---|---|
| $2^{75}$ | $3^{10}$ |

## I.V. BAGS - SPECIAL SALE

SODIUM CHLORIDE .9% and D5W

| | | | |
|---|---|---|---|
| 150mL | 36/Cs | 41.60 | 39.00 |
| 250mL | 24/Cs | 32.00 | 29.00 |
| 500mL | 24/Cs | 36.00 | 34.00 |
| 1000mL | 12/Cs | 27.00 | 24.00 |

## MINI-BAGS

| | | | |
|---|---|---|---|
| 50mL | 80/Cs | 98.00 | 96.00 |
| 100mL | 80/Cs | 98.00 | 96.00 |

FAX #: (813) 942-6165 TELEPHONE: (813) 942-1829 TOLL FREE (800) 624-015?



VAC MDL
0480

IMPORTANT MESSAGE

# FLORIDAINFUSION

MONTHLY SPECIALS
12-05-94 thru 12-31-94

# PROCRIT®

ORTHO-BIOTECH's rebate program will end December 31, 1994. Take advantage of current rebates and of FloridaInfusion's **Additional Discounts** on PROCRIT® during December.

Pharmacy customers of FloridaInfusion, automatically enrolled in our buying group the National Pharmaceutical Network, receive special pricing on Procrit. Our price for Procrit is list without any up-charge or mark up. Unlike other Prime Vendor rebate programs, you get your rebate up front without delays. **For the month of December we have further reduced our low prices by 2% for Pharmacies only**. Refer to the chart below for the BottomLine* pricing on Procrit.

## As LOW as:

## 9% OFF

## 86.58 per vial

10,000 I.U. Box of 25 2300561

Plus an additional 1% guaranteed at year-end.

| | | | | | |
|---|---|---|---|---|---|
| 2,000 U/ML | 6/BOX | **18.23** | 4,000 U/ML | 6/BOX | **36.46** |
| 2,000 U/ML | 25/BOX | **18.23** | 4,000 U/ML | 25/BOX | **36.46** |
| 3,000 U/ML | 6/BOX | **27.34** | 10,000 U/ML | 6/BOX | **86.58** |
| 3,000 U/ML | 25/BOX | **27.34** | 10,000 U/ML | 25/BOX | **86.58** |
| 20,000 U/ML | 25/BOX | **173.17** | | | |



VAC MDL
0481

IMPORTANT MESSAGE

# FLORIDA INFUSION

WEEKLY SPECIALS

12-12-94 thru 12-23-94

There will be no shipping on Monday, December 26. Please be advised that UPS may not deliver your packages as timely as usual. Please order ahead to avoid the unexpected delays due to the increased holiday volume.

# ZOFRAN®

182.45

20 Vials or More

Physicians please call for your SPECIAL pricing.

# GAMMAGARD®

## I.V.I.G

**Solvent/Detergent Treated**

**Reconstitute to 10% Concentration**

2.5g .................. 70.00

5.0g ................ 139.00

10.0g ................ 278.00

2300562

Call your Account Manager for other BottomLine® prices.

VAC MDL
0482

16

2300563

HIGHLY CONFIDENTIAL

R2-039887

MONOJECT SYRINGES:

These sterile syringes are equipped with a hard pack that forms a safety container for the filled syringe. For instant gauge identification, the caps are color-coded and the plunger tip is a self-sealing, surgical grade rubber. Luer lock and slip luer style tip.

| CATALOG NUMBER | ITEM | UNIT SIZE | PRICE PER UNIT |
|---|---|---|---|
| 570-801 | TB syringe, hypodermic, slip luer, 1 mL | 100 ea./box | 14.25 |
| 570-803 | Syringe, hypodermic, luer lock, 3 mL | 100 ea./box | 11.00 |
| 570-806 | Syringe, hypodermic, luer lock, 6 mL | 50 ea./box | 10.50 |
| 570-812 | Syringe, hypodermic, luer lock, 12 mL | 50 ea./box | 11.25 |
| 570-820 | Syringe, hypodermic, luer lock, 20 mL | 25 ea./box | 15.75 |
| 570-835 | Syringe, hypodermic, luer lock, 35 mL | 25 ea./box | 18.35 |
| 570-860 | Syringe, hypodermic, luer lock, 60 mL | 20 ea./box | 23.00 |

Syringe

Luer Lock Tip

Slip Luer Tip

Eccentric Tip

Syringe Tips

MONOJECT STAINLESS STEEL NEEDLES:

These sterile, hypodermic needles feature a polypropylene color-coded hub that is translucent to show any blood flashback. The anti-coring needles come equipped with a clear needle sheath and a hard pack for safety.

| | Needle Gauge | Needle Length | | |
|---|---|---|---|---|
| 570-940 | 25 Ga. | 5/8" | 100 ea./box | 9.90 |
| 570-941 | 25 Ga. | 1" | 100 ea./box | 9.90 |
| 570-942 | 25 Ga. | 1-1/2" | 100 ea./box | 9.90 |
| 570-943 | 23 Ga. | 3/4" | 100 ea./box | 9.90 |
| 570-944 | 23 Ga. | 1" | 100 ea./box | 9.90 |
| 570-945 | 22 Ga. | 1" | 100 ea./box | 9.90 |
| 570-946 | 22 Ga. | 1-1/2" | 100 ea./box | 9.90 |
| 570-947 | 21 Ga. | 1" | 100 ea./box | 9.90 |
| 570-949 | 21 Ga. | 1-1/2" | 100 ea./box | 9.90 |
| 570-950 | 20 Ga. | 1" | 100 ea./box | 9.90 |
| 570-951 | 20 Ga. | 1-1/2" | 100 ea./box | 9.90 |
| 570-952 | 19 Ga. | 1" | 100 ea./box | 9.90 |
| 570-953 | 19 Ga. | 1-1/2" | 100 ea./box | 9.90 |
| 570-954 | 18 Ga. | 1" | 100 ea./box | 9.90 |
| 570-955 | 18 Ga. | 1-1/2" | 100 ea./box | 9.90 |

2300564

CALL 1-800-482-6700

VAC MDL
0484

| CATALOG NUMBER | ITEM | | | UNIT SIZE | PRICE PER-UNIT |
|---|---|---|---|---|---|

## MONOJECT FILTER NEEDLES WITH POLYPROPYLENE HUBS:

| | Depth Filter | Needle Gauge | Needle Length | | |
|---|---|---|---|---|---|
| 570-970 | 5 micron | 18 Ga. | 1-1/2" | 100 ea./box | 28.50 |
| 570-971 | 5 micron | 20 Ga. | 1-1/2" | 100 ea./box | 28.50 |

## MONOJECT TB SYRINGES, HYPODERMIC, WITH STAINLESS STEEL NEEDLES:

| | Volume | Needle Gauge | Needle Length | | |
|---|---|---|---|---|---|
| 570-901 | 1 mL | 25 Ga. | 5/8" | 100 ea./box | 21.75 |
| 570-902 | 1 mL | 26 Ga. | 3/8" | 100 ea./box | 21.75 |
| 570-903 | 1 mL | 27 Ga. | 1/2" | 100 ea./box | 21.75 |

Syringe with Needle

## MONOJECT SYRINGES, HYPODERMIC, WITH STAINLESS STEEL NEEDLES:

| | Volume | Needle Gauge | Needle Length | | |
|---|---|---|---|---|---|
| 570-904 | 3 mL | 20 Ga. | 3/4" | 100 ea./box | 16.20 |
| 570-905 | 3 mL | 20 Ga. | 1" | 100 ea./box | 16.20 |
| 570-906 | 3 mL | 20 Ga. | 1-1/2" | 100 ea./box | 16.20 |
| 570-907 | 3 mL | 21 Ga. | 1" | 100 ea./box | 16.20 |
| 570-908 | 3 mL | 21 Ga. | 1-1/2" | 100 ea./box | 16.20 |
| 570-909 | 3 mL | 22 Ga. | 1" | 100 ea./box | 16.20 |
| 570-910 | 3 mL | 22 Ga. | 1-1/4" | 100 ea./box | 16.20 |
| 570-911 | 3 mL | 22 Ga. | 1-1/2" | 100 ea./box | 16.20 |
| 570-912 | 3 mL | 23 Ga. | 1" | 100 ea./box | 16.20 |
| 570-913 | 6 mL | 20 Ga. | 1-1/2" | 50 ea./box | 15.95 |
| 570-914 | 6 mL | 21 Ga. | 1" | 50 ea./box | 15.95 |
| 570-915 | 6 mL | 21 Ga. | 1-1/2" | 50 ea./box | 15.95 |
| 570-916 | 6 mL | 22 Ga. | 1-1/2" | 50 ea./box | 15.95 |
| 570-917 | 12 mL | 18 Ga. | 1" | 50 ea./box | 16.75 |
| 570-918 | 12 mL | 20 Ga. | 1-1/2" | 50 ea./box | 16.75 |
| 570-919 | 12 mL | 21 Ga. | 1" | 50 ea./box | 16.75 |
| 570-920 | 12 mL | 21 Ga. | 1-1/2" | 50 ea./box | 16.75 |
| 570-921 | 12 mL | 22 Ga. | 1-1/2" | 50 ea./box | 16.75 |

2300565

CALL 1-800-482-6700

HIGHLY CONFIDENTIAL





## BECTON DICKINSON SYRINGES:

Sterile, single-use syringes with Tip Shield. Available with either a luer lock or slip luer tip.

| CATALOG NUMBER | ITEM | UNIT SIZE | PRICE PER UNIT |
|---|---|---|---|
| 550-010 | TB Syringe, hypodermic, slip luer, 1 mL | 100 ea./box | 12.10 |
| 550-300 | Syringe, hypodermic, luer lock, 3 mL | 100 ea./box | 8.95 |
| 550-500 | Syringe, hypodermic, luer lock, 5 mL | 100 ea./box | 16.85 |
| 550-600 | Syringe, hypodermic, luer lock, 10 mL | 100 ea./box | 18.15 |
| 550-700 | Syringe, hypodermic, luer lock, 20 mL | 40 ea./box | 20.15 |
| 550-800 | Syringe, hypodermic, luer lock, 30 mL | 30 ea./box | 17.90 |
| 550-900 | Syringe, hypodermic, luer lock, 60 mL | 30 ea./box | 27.50 |

Syringe

## BECTON DICKINSON STAINLESS STEEL NEEDLES:

Becton Dickinson features the PrecisionGlide Needle with X3 Point. These stainless steel, single-use, hypodermic needles have translucent, color-coded polypropylene hubs that are designed to fit any slip tip, eccentric tip, or luer lock syringe tip. Packaged in sterile, fiber-free, peel-apart package. Regular wall, regular bevel unless otherwise noted.

| | | Needle Gauge | Needle Length | | |
|---|---|---|---|---|---|
| 551-100 | | 27 Ga. | 1/2" | 100 ea./box | 7.93 |
| 551-101 | Intradermal bevel | 26 Ga. | 3/8" | 100 ea./box | 7.93 |
| 551-102 | | 26 Ga. | 1/2" | 100 ea./box | 7.93 |
| 551-103 | | 25 Ga. | 3/8" | 100 ea./box | 7.93 |
| 551-104 | | 25 Ga. | 1" | 100 ea./box | 7.93 |
| 551-105 | | 25 Ga. | 1-1/2" | 100 ea./box | 7.93 |
| 551-106 | | 24 Ga. | 1" | 100 ea./box | 7.93 |
| 551-107 | | 23 Ga. | 3/4" | 100 ea./box | 7.93 |
| 551-108 | | 23 Ga. | 1" | 100 ea./box | 7.93 |
| 551-109 | | 22 Ga. | 3/4" | 100 ea./box | 7.93 |
| 551-110 | | 22 Ga. | 1" | 100 ea./box | 7.93 |
| 551-111 | | 22 Ga. | 1-1/2" | 100 ea./box | 7.93 |
| 551-112 | | 22 Ga. | 1-1/4" | 100 ea./box | 7.93 |
| 551-113 | | 21 Ga. | 1" | 100 ea./box | 7.93 |
| 551-114 | | 21 Ga. | 1-1/2" | 100 ea./box | 7.93 |
| 551-115 | | 20 Ga. | 1" | 100 ea./box | 7.93 |
| 551-116 | | 20 Ga. | 1-1/2" | 100 ea./box | 7.93 |
| 551-117 | Thin wall | 19 Ga. | 1" | 100 ea./box | 7.93 |
| 551-118 | Thin wall | 19 Ga. | 1-1/2" | 100 ea./box | 7.93 |
| 551-119 | Thin wall | 18 Ga. | 1" | 100 ea./box | 7.93 |
| 551-120 | | 18 Ga. | 1" | 100 ea./box | 7.93 |
| 551-121 | | 18 Ga. | 1-1/2" | 100 ea./box | 7.93 |

Regular Bevel
Short Bevel
Intradermal Bevel
Regular Wall
Thin Wall

Needle Bevels

Needle Walls

2300566

CALL 1-800-482-6700

| CATALOG NUMBER | ITEM | | | UNIT SIZE | PRICE PER UNIT | |
|---|---|---|---|---|---|---|

## BECTON DICKINSON FILTER NEEDLE (thin wall)

| | Depth Filter | Needle Gauge | Needle Length | | | |
|---|---|---|---|---|---|---|
| 551-122 | 5 micron | 19 Ga. | 1-1/2" | 100 ea./box | 27.10 | NEW |

Syringe with Needle

## BECTON DICKINSON SYRINGES, HYPODERMIC, WITH STAINLESS STEEL NEEDLES:

These sterile, single-use syringes feature detachable, regular bevel needles for subcutaneous use. Slip luer style tip.

| | Volume | Needle Gauge | Needle Length | | |
|---|---|---|---|---|---|
| 550-015 | 1 mL | 25 Ga. | 5/8" | 100 ea./box | 17.50 |
| 550-016 | 1 mL | 25 Ga. | 5/8" | 100 ea./box | 17.50 |

These sterile, single-use syringes feature detachable, regular bevel needles with luer lock style tips.

| | Volume | Needle Gauge | Needle Length | | | |
|---|---|---|---|---|---|---|
| 550-318 | 3 mL | 18 Ga. | 1-1/2" | 100 ea./box | 13.15 | |
| 550-302 | 3 mL | 20 Ga. | 1" | 100 ea./box | 13.15 | |
| 550-301 | 3 mL | 20 Ga. | 1-1/2" | 100 ea./box | 13.15 | |
| 550-312 | 3 mL | 21 Ga. | 1" | 100 ea./box | 13.15 | |
| 550-310 | 3 mL | 21 Ga. | 1-1/2" | 100 ea./box | 13.15 | |
| 550-311 | 3 mL | 21 Ga. | 1-1/4" | 100 ea./box | 13.15 | |
| 550-324 | 3 mL | 22 Ga. | 1" | 100 ea./box | 13.15 | |
| 550-322 | 3 mL | 22 Ga. | 1-1/2" | 100 ea./box | 13.15 | |
| 550-323 | 3 mL | 22 Ga. | 1-1/4" | 100 ea./box | 13.15 | |
| 550-325 | 3 mL | 22 Ga. | 3/4" | 100 ea./box | 13.15 | |
| 550-331 | 3 mL | 23 Ga. | 1" | 100 ea./box | 13.15 | |
| 550-330 | 3 mL | 23 Ga. | 1-1/4" | 100 ea./box | 13.15 | |
| 550-351 | 3 mL | 25 Ga. | 1" | 100 ea./box | 13.15 | |
| 550-352 | 3 mL | 25 Ga. | 5/8" | 100 ea./box | 13.15 | |
| 550-529 | 5 mL | 20 Ga. | 1" | 100 ea./box | 25.60 | |
| 550-530 | 5 mL | 20 Ga. | 1-1/2" | 100 ea./box | 25.60 | |
| 550-527 | 5 mL | 21 Ga. | 1" | 100 ea./box | 25.60 | |
| 550-528 | 5 mL | 21 Ga. | 1-1/2" | 100 ea./box | 25.60 | |
| 550-525 | 5 mL | 22 Ga. | 1" | 100 ea./box | 25.60 | |
| 550-526 | 5 mL | 22 Ga. | 1-1/2" | 100 ea./box | 25.60 | |
| 550-523 | 5 mL | 23 Ga. | 1" | 100 ea./box | 25.60 | |
| 550-524 | 5 mL | 23 Ga. | 1-1/4" | 100 ea./box | 25.60 | |
| 550-606 | 10 mL | 20 Ga. | 1" | 100 ea./box | 27.30 | |
| 550-607 | 10 mL | 20 Ga. | 1-1/2" | 100 ea./box | 27.30 | NEW |
| 550-604 | 10 mL | 21 Ga. | 1" | 100 ea./box | 27.30 | NEW |
| 550-605 | 10 mL | 21 Ga. | 1-1/2" | 100 ea./box | 27.30 | NEW |
| 550-602 | 10 mL | 22 Ga. | 1" | 100 ea./box | 27.30 | |
| 550-603 | 10 mL | 22 Ga. | 1-1/2" | 100 ea./box | 27.30 | |
| 550-601 | 10 mL | 23 Ga. | 1-1/4" | 100 ea./box | 27.30 | |

Luer Lock Tip

Slip Luer Tip

Eccentric Tip

Syringe Tips

2300567

CALL 1-800-482-6700

HIGHLY CONFIDENTIAL



ABBOTT WINGED INFUSION SETS (Butterflys®):

Winged infusion sets, or Butterflys, automatically align the needle in the bevel-up position and provide firm needle control, eliminating needle roll during insertion. After venipuncture, the wings of the butterfly spread flat, providing firm anchorage for taping and less chance of pressure irritation to the patient as there is no needle hub. To minimize the possibility of needle movement within the vein, the winged infusion set comes with a short needle shaft and flexible tubing in regular or short lengths.

Butterfly

| CATALOG NUMBER | ITEM Needle Gauge | Needle Length | Tubing Length | Manufacturer # | UNIT SIZE | PRICE PER UNIT |
|---|---|---|---|---|---|---|
| 581-019 | 19 Ga. | 7/8" | 12" | 4590 | 40 ea./box | 21.70 |
| 581-219 | 19 Ga. | 7/8" | 3-1/2" INT | 4550 | 40 ea./box | 21.70 |
| 581-319 | 19 Ga. | 1-1/4" | 12" | 4989 | 20 ea./box | 10.85 |
| 581-021 | 21 Ga. | 3/4" | 12" | 4492 | 40 ea./box | 21.70 |
| 581-121 | 21 Ga. | 3/4" | 3-1/2" | 4821 | 40 ea./box | 21.70 |
| 581-221 | 21 Ga. | 3/4" | 3-1/2" INT | 4721 | 40 ea./box | 21.70 |
| 581-321 | 21 Ga. | 1-1/4" | 12" | 4990 | 20 ea./box | 10.85 |
| 581-023 | 23 Ga. | 3/4" | 12" | 4565 | 40 ea./box | 21.70 |
| 581-123 | 23 Ga. | 3/4" | 3-1/2" | 4867 | 40 ea./box | 21.70 |
| 581-223 | 23 Ga. | 3/4" | 3-1/2" INT | 4871 | 40 ea./box | 21.70 |
| 581-025 | 25 Ga. | 3/4" | 12" | 4506 | 40 ea./box | 21.70 |
| 581-125 | 25 Ga. | 3/8" | 3" | 5588 | 40 ea./box | 21.70 |
| 581-225 | 25 Ga. | 3/8" | 3-1/2" | 4573 | 40 ea./box | 21.70 |
| 581-325 | 25 Ga. | 3/4" | 3-1/2" INT | 5827 | 40 ea./box | 21.70 |

TERUMO

TERUMO WINGED INFUSION SETS (Surflo®):

The Surflo winged infusion set is designed to provide body-contoured attachment. The needle is bonded to the wings at an angle that allows for it to remain patent, permitting continued access with a single insertion. The soft, pliable wings are grooved to enhance flexibility and the soft tubing resists kinking and curling. To prevent leakage, the set is configured with a luer lock adapter.

Surflo

| | Needle Gauge | Needle Length | Tubing Length | Manufacturer # | | |
|---|---|---|---|---|---|---|
| 580-019 | 19 Ga. | 3/4" | 12" | SV19BLK | 50 ea./box | 25.00 |
| 580-119 | 19 Ga. | 3/4" | 3-1/2" | SV19BLS | 100 ea./box | 50.00 |
| 580-021 | 21 Ga. | 3/4" | 12" | SV21BLK | 50 ea./box | 25.00 |
| 580-121 | 21 Ga. | 3/4" | 3-1/2" | SV21BLS | 100 ea./box | 50.00 |
| 580-023 | 23 Ga. | 3/4" | 12" | SV23BLK | 50 ea./box | 25.00 |
| 580-123 | 23 Ga. | 3/4" | 3-1/2" | SV23BLS | 100 ea./box | 50.00 |
| 580-025 | 25 Ga. | 3/4" | 12" | SV25BLK | 50 ea./box | 25.00 |

2300568

CALL 1-800-482-6700

Winged Infusion Set

## WINGED INFUSION SETS:

These small vein infusion sets are sterile, disposable, and designed for single-patient use. They feature flexible wings with a textured surface to provide secure grip during venipuncture. Additionally, they feature a female luer lock connector with a flange, kink-resistant tubing for continuous flow, and a thin wall needle. Available in a 12" tubing or a 3-1/2" tubing.

| CATALOG NUMBER | ITEM Needle Gauge | Needle Length | Tubing Length | UNIT SIZE | PRICE PER UNIT |
|---|---|---|---|---|---|
| 588-600 | 21 Ga. | 3/4" | 3-1/2" | 100 ea./box | 40.00 |
| 588-601 | 23 Ga. | 3/4" | 3-1/2" | 100 ea./box | 40.00 |
| 588-602 | 25 Ga. | 3/4" | 3-1/2" | 100 ea./box | 40.00 |
| 588-603 | 19 Ga. | 3/4" | 12" | 100 ea./box | 40.00 |
| 588-604 | 20 Ga. | 3/4" | 12" | 100 ea./box | 40.00 |
| 588-605 | 21 Ga. | 3/4" | 12" | 100 ea./box | 40.00 |
| 588-606 | 22 Ga. | 3/4" | 12" | 100 ea./box | 40.00 |
| 588-607 | 23 Ga. | 3/4" | 12" | 100 ea./box | 40.00 |
| 588-608 | 24 Ga. | 3/4" | 12" | 100 ea./box | 40.00 |
| 588-609 | 25 Ga. | 3/4" | 12" | 100 ea./box | 40.00 |
| 588-610 | 27 Ga. | 3/4" | 12" | 100 ea./box | 40.00 |

2300569

CALL 1-800-482-6700



MARQUETTE MEDICAL INC.

## MARQUETTE WINGED, NON-CORING NEEDLES WITH INFUSION SETS:

These infusion sets are manufactured with non-DEHP tubing to avoid leaching of plasticizer. Featured with a luer lock hub and an on/off clamp. the infusion sets are available in three styles:

- NonCor Infusion Set with 7-1/2" non-DEHP tubing (bore size 0.044") (Ideal for slower infusions)
- NonCor Infusion Set with 8" non-DEHP tubing (bore size 0.088") (Ideal for viscous solutions such as lipids and blood)
- NonCor Infusion Set with Y-Site and 9" non-DEHP tubing

### NONCOR INFUSION SETS WITH 7-1/2" NON-DEHP TUBING:

| CATALOG NUMBER | Needle Gauge | Needle Length | Tubing Length | Clamp | Bore Size | UNIT SIZE | PRICE PER UNIT |
|---|---|---|---|---|---|---|---|
| 588-100 | 19 Ga. | 1" | 7-1/2" | on/off clamp | 0.044" | 25 ea./case | 74.25 |
| 588-110 | 19 Ga. | 3/4" | 7-1/2" | on/off clamp | 0.044" | 25 ea./case | 74.25 |
| 588-120 | 20 Ga. | 1" | 7-1/2" | on/off clamp | 0.044" | 25 ea./case | 74.25 |
| 588-130 | 20 Ga. | 1/2" | 7-1/2" | on/off clamp | 0.044" | 25 ea./case | 74.25 |
| 588-140 | 20 Ga. | 3/4" | 7-1/2" | on/off clamp | 0.044" | 25 ea./case | 74.25 |
| 588-150 | 22 Ga. | 1" | 7-1/2" | on/off clamp | 0.044" | 25 ea./case | 74.25 |
| 588-160 | 22 Ga. | 1/2" | 7-1/2" | on/off clamp | 0.044" | 25 ea./case | 74.25 |
| 588-170 | 22 Ga. | 3/4" | 7-1/2" | on/off clamp | 0.044" | 25 ea./case | 74.25 |
| 588-180 | 22 Ga. | 1-1/2" | 7-1/2" | on/off clamp | 0.044" | 25 ea./case | 74.25 |

### NONCOR INFUSION SETS WITH 8" NON-DEHP TUBING:

| CATALOG NUMBER | Needle Gauge | Needle Length | Tubing Length | Clamp | Bore Size | UNIT SIZE | PRICE PER UNIT |
|---|---|---|---|---|---|---|---|
| 588-200 | 19 Ga. | 1" | 8" | on/off clamp | 0.088" | 25 ea./case | 74.25 |
| 588-210 | 19 Ga. | 3/4" | 8" | on/off clamp | 0.088" | 25 ea./case | 74.25 |
| 588-220 | 19 Ga. | 1-1/2" | 8" | on/off clamp | 0.088" | 25 ea./case | 74.25 |
| 588-230 | 20 Ga. | 1" | 8" | on/off clamp | 0.088" | 25 ea./case | 74.25 |
| 588-240 | 20 Ga. | 3/4" | 8" | on/off clamp | 0.088" | 25 ea./case | 74.25 |
| 588-250 | 20 Ga. | 1-1/2" | 8" | on/off clamp | 0.088" | 25 ea./case | 74.25 |
| 588-260 | 22 Ga. | 1" | 8" | on/off clamp | 0.088" | 25 ea./case | 74.25 |
| 588-270 | 22 Ga. | 3/4" | 8" | on/off clamp | 0.088" | 25 ea./case | 74.25 |

On/Off Clamp

### NONCOR INFUSION SETS WITH Y-SITE AND 9" NON-DEHP TUBING:

| CATALOG NUMBER | Needle Gauge | Needle Length | Tubing Length | Clamp & Injection Site | UNIT SIZE | PRICE PER UNIT |
|---|---|---|---|---|---|---|
| 588-500 | 19 Ga. | 1" | 9" | on/off clamp + Y-site | 25 ea./case | 87.50 |
| 588-510 | 20 Ga. | 1" | 9" | on/off clamp + Y-site | 25 ea./case | 87.50 |
| 588-520 | 20 Ga. | 3/4" | 9" | on/off clamp + Y-site | 25 ea./case | 87.50 |
| 588-530 | 22 Ga. | 1" | 9" | on/off clamp + Y-site | 25 ea./case | 87.50 |
| 588-540 | 22 Ga. | 3/4" | 9" | on/off clamp + Y-site | 25 ea./case | 87.50 |

On/Off Clamp + Y-Site

2300570

CALL 1-800-482-6700

HIGHLY CONFIDENTIAL

EXEL INT

## EXEL HUBER INFUSION SETS:

The Exel Huber infusion sets with non-coring, 90 degree bend needles have the following features: 7" microbore tubing, spinning wing, and clamp. Available with or without Y-injection site.

On/Off Clamp + Y-Site + Spinning Wing

| CATALOG NUMBER | ITEM | | | | UNIT SIZE | PRICE PER UNIT |
|---|---|---|---|---|---|---|
| | Needle Gauge | Needle Length | Tubing Length | Clamp & Injection Site | | |
| 530-010 | 19 Ga. | 1" | 7" | on/off clamp + Y-site | 50 ea./box | 185.00 |
| 530-011 | 19 Ga. | 3/4" | 7" | on/off clamp + Y-site | 50 ea./box | 185.00 |
| 530-012 | 20 Ga. | 1" | 7" | on/off clamp + Y-site | 50 ea./box | 185.00 |
| 530-013 | 20 Ga. | 3/4" | 7" | on/off clamp + Y-site | 50 ea./box | 185.00 |
| 530-014 | 20 Ga. | 1-1/2" | 7" | on/off clamp + Y-site | 50 ea./box | 185.00 |
| 530-015 | 22 Ga. | 1" | 7" | on/off clamp + Y-site | 50 ea./box | 185.00 |
| 530-016 | 22 Ga. | 3/4" | 7" | on/off clamp + Y-site | 50 ea./box | 185.00 |
| 530-017 | 22 Ga. | 1-1/2" | 7" | on/off clamp + Y-site | 50 ea./box | 185.00 |
| 530-020 | 20 Ga. | 1" | 7" | on/off clamp | 50 ea./box | 173.00 |
| 530-021 | 20 Ga. | 3/4" | 7" | on/off clamp | 50 ea./box | 173.00 |
| 530-022 | 22 Ga. | 1" | 7" | on/off clamp | 50 ea./box | 173.00 |
| 530-023 | 22 Ga. | 3/4" | 7" | on/off clamp | 50 ea./box | 173.00 |

2300571

CALL 1-800-482-6700

HIGHLY CONFIDENTIAL



VAC M 0491

## BURRON WINGED HUBER INFUSION NEEDLES:

These right angle non-coring Huber point needles have flexible wings for increased control during penetration. They feature small bore tubing which reduces priming volume. Available in three styles: slide clamp, slide clamp and Y-site, and on/off clamp and Y-site. All needles have 6" tubing.

| CATALOG NUMBER | ITEM | | | | UNIT SIZE | PRICE PER UNIT |
|---|---|---|---|---|---|---|
| | Needle Gauge | Needle Length | Tubing Length | Clamp & Injection Site | | |
| 585-019 | 19 Ga. | 1/2" | 6" | slide clamp | 20 ea./case | 88.30 |
| 585-119 | 19 Ga. | 3/4" | 6" | slide clamp | 20 ea./case | 88.30 |
| 585-219 | 19 Ga. | 1" | 6" | slide clamp | 20 ea./case | 88.30 |
| 585-319 | 19 Ga. | 1-1/2" | 6" | slide clamp | 20 ea./case | 88.30 |
| 585-020 | 20 Ga. | 1/2" | 6" | slide clamp | 20 ea./case | 88.30 |
| 585-120 | 20 Ga. | 3/4" | 6" | slide clamp | 20 ea./case | 88.30 |
| 585-220 | 20 Ga. | 1" | 6" | slide clamp | 20 ea./case | 88.30 |
| 585-320 | 20 Ga. | 1-1/2" | 6" | slide clamp | 20 ea./case | 88.30 |
| 585-022 | 22 Ga. | 1/2" | 6" | slide clamp | 20 ea./case | 88.30 |
| 585-122 | 22 Ga. | 3/4" | 6" | slide clamp | 20 ea./case | 88.30 |
| 585-222 | 22 Ga. | 1" | 6" | slide clamp | 20 ea./case | 88.30 |
| 585-322 | 22 Ga. | 1-1/2" | 6" | slide clamp | 20 ea./case | 88.30 |
| 586-019 | 19 Ga. | 3/4" | 6" | slide clamp + Y-site | 20 ea./case | 97.75 |
| 586-119 | 19 Ga. | 1" | 6" | slide clamp + Y-site | 20 ea./case | 97.75 |
| 586-020 | 20 Ga. | 3/4" | 6" | slide clamp + Y-site | 20 ea./case | 97.75 |
| 586-120 | 20 Ga. | 1" | 6" | slide clamp + Y-site | 20 ea./case | 97.75 |
| 586-022 | 22 Ga. | 3/4" | 6" | slide clamp + Y-site | 20 ea./case | 97.75 |
| 586-122 | 22 Ga. | 1" | 6" | slide clamp + Y-site | 20 ea./case | 97.75 |
| 587-019 | 19 Ga. | 1" | 6" | on/off clamp + Y-site | 20 ea./case | 97.75 |
| 587-119 | 19 Ga. | 1-1/2" | 6" | on/off clamp + Y-site | 20 ea./case | 97.75 |
| 587-020 | 20 Ga. | 1" | 6" | on/off clamp + Y-site | 20 ea./case | 97.75 |
| 587-120 | 20 Ga. | 1-1/2" | 6" | on/off clamp + Y-site | 20 ea./case | 97.75 |

Slide Clamp

Slide Clamp + Y-Site

On/Off Clamp + Y-Site

2300572

CALL 1-800-482-6700

HIGHLY CONFIDENTIAL

MARQUETTE
MEDICAL INC.

Straight

Right Angle

## MARQUETTE HUBER NEEDLES (non-coring):

These non-coring needles, without an infusion set, are available in both straight and 90 degree bend needle style.

| CATALOG NUMBER | ITEM | | UNIT SIZE | PRICE PER UNIT |
|---|---|---|---|---|
| **MARQUETTE STRAIGHT HUBER NEEDLES:** | | | | |
| | Needle Gauge | Needle Length | | |
| 533-191 | 19 Ga. | 1" | 25 ea./box | 37.50 |
| 533-195 | 19 Ga. | 1-1/2" | 25 ea./box | 37.50 |
| 533-201 | 20 Ga. | 1" | 25 ea./box | 37.50 |
| 533-205 | 20 Ga. | 1-1/2" | 25 ea./box | 37.50 |
| 533-221 | 22 Ga. | 1" | 25 ea./box | 37.50 |
| 533-225 | 22 Ga. | 1-1/2" | 25 ea./box | 37.50 |
| **MARQUETTE RIGHT ANGLE HUBER NEEDLES:** | | | | |
| | Needle Gauge | Needle Length | | |
| 534-191 | 19 Ga. | 1" | 25 ea./box | 37.50 |
| 534-195 | 19 Ga. | 1-1/2" | 25 ea./box | 37.50 |
| 534-201 | 20 Ga. | 1" | 25 ea./box | 37.50 |
| 534-203 | 20 Ga. | 3/4" | 25 ea./box | 37.50 |
| 534-205 | 20 Ga. | 1-1/2" | 25 ea./box | 37.50 |
| 534-221 | 22 Ga. | 1" | 25 ea./box | 37.50 |
| 534-223 | 22 Ga. | 3/4" | 25 ea./box | 37.50 |
| 534-225 | 22 Ga. | 1-1/2" | 25 ea./box | 37.50 |

2300573

CALL 1-800-482-6700



## EXEL HUBER NEEDLES (non-coring):

Exel non-coring Huber needles are laser honed. Polypropylene hubs are color-coded according to gauge for easy identification. Available in both straight and 90 degree bend, with a volume of ±0.5 mL.

### EXEL STRAIGHT HUBER NEEDLES:

| CATALOG NUMBER | ITEM Needle Gauge | Needle Length | UNIT SIZE | PRICE PER UNIT |
|---|---|---|---|---|
| 531-194 | 19 Ga. | 1-1/4" | 50 ea./box | 112.50 |
| 531-201 | 20 Ga. | 1" | 50 ea./box | 112.50 |
| 531-202 | 20 Ga. | 1-1/2" | 50 ea./box | 112.50 |
| 531-204 | 20 Ga. | 1-1/4" | 50 ea./box | 112.50 |
| 531-221 | 22 Ga. | 1" | 50 ea./box | 112.50 |
| 531-222 | 22 Ga. | 1-1/2" | 50 ea./box | 112.50 |

Straight

### EXEL RIGHT ANGLE HUBER NEEDLES:

| CATALOG NUMBER | Needle Gauge | Needle Length | UNIT SIZE | PRICE PER UNIT |
|---|---|---|---|---|
| 532-191 | 19 Ga. | 1" | 50 ea./box | 112.50 |
| 532-193 | 19 Ga. | 3/4" | 50 ea./box | 112.50 |
| 532-201 | 20 Ga. | 1" | 50 ea./box | 112.50 |
| 532-202 | 20 Ga. | 1-1/2" | 50 ea./box | 112.50 |
| 532-203 | 20 Ga. | 3/4" | 50 ea./box | 112.50 |
| 532-221 | 22 Ga. | 1" | 50 ea./box | 112.50 |
| 532-222 | 22 Ga. | 1-1/2" | 50 ea./box | 112.50 |
| 532-223 | 22 Ga. | 3/4" | 50 ea./box | 112.50 |
| 532-224 | 22 Ga. | 1-1/4" | 50 ea./box | 112.50 |

Right Angle

2300574

CALL 1-800-482-6700



VAC MDL
0494

Pharmacia Deltec

## PORT-A-CATH® GRIPPER™ NEEDLES:

This non-coring, non-siliconized needle has a removable grip to provide a controlled grip during needle placement. The GRIPPER features a cushioned needle platform to protect the puncture site. These needles come assembled with an 8" kink-resistant extension tubing.

Y-Site

No Y-Site

| CATALOG NUMBER | ITEM Needle Gauge | Needle Length | Injection Site | UNIT SIZE | PRICE PER UNIT |
|---|---|---|---|---|---|
| 510-223 | 22 Ga. | 3/4" | Y-site | 12 ea./box | 66.00 |
| 510-221 | 22 Ga. | 1" | Y-site | 12 ea./box | 66.00 |
| 510-224 | 22 Ga. | 1-1/4" | Y-site | 12 ea./box | 66.00 |
| 510-203 | 20 Ga. | 3/4" | Y-site | 12 ea./box | 66.00 |
| 510-201 | 20 Ga. | 1" | Y-site | 12 ea./box | 66.00 |
| 510-204 | 20 Ga. | 1-1/4" | Y-site | 12 ea./box | 66.00 |
| 510-193 | 19 Ga. | 3/4" | Y-site | 12 ea./box | 66.00 |
| 510-191 | 19 Ga. | 1" | Y-site | 12 ea./box | 66.00 |
| 510-194 | 19 Ga. | 1-1/4" | Y-site | 12 ea./box | 66.00 |
| 511-223 | 22 Ga. | 3/4" | — | 12 ea./box | 66.00 |
| 511-221 | 22 Ga. | 1" | — | 12 ea./box | 66.00 |
| 511-203 | 20 Ga. | 3/4" | — | 12 ea./box | 66.00 |
| 511-201 | 20 Ga. | 1" | — | 12 ea./box | 66.00 |

2300575

CALL 1-800-482-6700

HIGHLY CONFIDENTIAL

Contact of Paclitaxel (TAXOL® Bristol-Myers Squibb) with administration sets, IV bottles, or IV bags containing PVC results in leaching of the plasticizer DEHP. Solutions of TAXOL® should be prepared and stored in **glass, polypropylene, or polyolefin containers.** TAXOL® should be administered using **non-PVC containing administration sets, such as those which are polyethylene-lined,** using an in-line filter with microporous membrane not greater than 0.22 microns. Refer to the TAXOL® package insert for additional information.

McGaw

Abbott

| CATALOG NUMBER | ITEM | UNIT SIZE | ORDER QTY. | PRICE PER UNIT |
|---|---|---|---|---|
| **IV ADMINISTRATION SETS & BAGS, PLASTIC (non-PVC):** | | | | |
| 599-000 | Nitroglycerin set, vented (McGaw) | | 1 | 10.00 |
| 780-250 | Dextrose 5% in Water | 250 mL IV bag | 24 | 1.55 |
| 780-500 | Dextrose 5% in Water | 500 mL IV bag | 24 | 1.55 |
| 780-999 | Dextrose 5% in Water | 1000 mL IV bag | 12 | 2.95 |
| 781-250 | Sodium Chloride, 0.9% solution | 250 mL IV bag | 24 | 1.55 |
| 781-500 | Sodium Chloride, 0.9% solution | 500 mL IV bag | 24 | 1.55 |
| 781-999 | Sodium Chloride, 0.9% solution | 1000 mL IV bag | 12 | 2.95 |
| **IV ADMINISTRATION SETS & BOTTLES, GLASS:** | | | | |
| 591-772 | Nitroglycerin set, vented (Abbott) | | 1 | 10.95 |
| 770-250 | Dextrose 5% in Water | 250 mL glass | 12 | 2.35 |
| 770-500 | Dextrose 5% in Water | 500 mL glass | 12 | 2.35 |
| 771-250 | Sodium Chloride, 0.9% solution | 250 mL glass | 12 | 2.35 |
| **IV ADAPTERS/FILTERS:** | | | | |
| 597-000 | Spike Adapter (McGaw/Abbott)* | | 1 | 1.00 |
| 592-679 | Filter, in-line, 0.22 micron without lock for gravity administration | | 1 | 2.60 |
| 594-524 | Filter, in-line, 0.22 micron with lock for pump administration | | 1 | 3.25 |

To prevent hypersensitivity, patients should be pretreated with dexamethasone (20 mg PO, 12 hr and 6 hr prior to treatment), diphenhydramine (50 mg IV, 30–60 min prior to treatment), and cimetidine (300 mg IV, 30–60 min prior to treatment) or ranitidine (50 mg IV, 30–60 min prior to treatment).

**SUPPORTIVE MEDICATIONS:**

| CATALOG NUMBER | ITEM | UNIT SIZE | ORDER QTY. | PRICE PER UNIT |
|---|---|---|---|---|
| 970-000 | Cimetidine HCl, solution (150 mg/mL) | 300 mg | 25 | 3.95 |
| 970-100 | Ranitidine, solution (50 mg/2 mL) | 2 mL | 10 | 3.95 |
| 840-400 | Dexamethasone, solution (4 mg/mL) | 20 mg MDV | 25 | 0.80 |
| 840-420 | Dexamethasone, solution (10 mg/mL) | 100 mg MDV | | 2.40 |
| 840-440 | Dexamethasone, solution (4 mg/mL) | 120 mg MDV | 25 | 2.40 |
| 840-445 | Dexamethasone, tablets, 4 mg | 50 per bottle | | 19.00 |
| 840-520 | Diphenhydramine HCl, solution (50 mg/mL) | 50 mg | 25 | 0.55 |

*For use between McGaw containers and Abbott administration sets.

2300576

**CALL 1-800-482-6700**

HIGHLY CONFIDENTIAL

+McGaw

VAC MDL 0496

## McGAW IV ADMINISTRATION SETS:

| CATALOG NUMBER | ITEM | Drops/mL | Tubing Length | Manufacturer # | UNIT SIZE | PRICE PER UNIT |
|---|---|---|---|---|---|---|
| 599-000 | AccuPro Pump Mini-drop Nitroglycerin Set, Universal spike, ContRoll™ clamp, male luer lock, vented. (Approved for TAXOL® administration.) | 60 | 108" | V8333 | 1 each | 10.00 |
| 599-010 | Roller clamp, flashtube, male adapter, nonvented. | 15 | 68" | V1400 | 50 ea./case | 77.50 |
| 599-015 | Roller clamp, injection site 28" above distal end, flashtube, male adapter, nonvented. | 15 | 94" | V1415 | 50 ea./case | 112.50 |
| 599-017 | ContRoll clamp, injection site 6" above distal end, flashtube, male adapter, nonvented. | 15 | 75" | V1417 | 50 ea./case | 80.00 |
| 599-018 | Vented spike, ContRoll clamp, injection site 6" above distal end, flashtube, male adapter, vented. | 15 | 76" | V1418 | 50 ea./case | 80.00 |
| 599-020 | Roller clamp, injection sites 6" and 28" above distal end, male adapter, nonvented. | 15 | 83" | V1420 | 50 ea./case | 107.50 |
| 599-021 | Roller clamp, injection sites 6" and 28" above distal end, flashtube, male adapter, nonvented. | 15 | 85" | V1421 | 50 ea./case | 120.00 |
| 599-027 | Pediatric set. Roller clamp, injection site 28" above distal end, male adapter. | 60 | 86" | V1427 | 50 ea./case | 112.50 |

2300577

CALL 1-800-482-6700

HIGHLY CONFIDENTIAL
R2-039901



**+McGaw**

## McGAW IV ADMINISTRATION SETS (continued):

| CATALOG NUMBER | ITEM | Drops/mL | Tubing Length | Manufacturer # | UNIT SIZE | PRICE PER UNIT |
|---|---|---|---|---|---|---|
| 599-045 | Primary set. Check valve, injection sites 6", 28", and 72" above distal end, roller clamp, male adapter, nonvented. | 15 | 96" | V1445 | 50 ea./case | 197.50 |
| 599-046 | Primary set. Check valve, injection sites 6" and 70" above distal end, ContRoll clamp, male adapter, nonvented. | 15 | 93" | V1446 | 50 ea./case | 217.50 |
| 599-220 | Blood donor set. 15 Ga. x 1" bottle needle, roller clamp, 17 Ga. x 1-1/2" thinwall hemorepellent donor needle. | — | 38" | V2220 | 50 ea./case | 157.50 |
| 599-404 | Totally sterile extension set. Female adapter, large bore tubing, injection sites 6" and 24" above distal end, slide clamp, male adapter. Priming volume: 6 mL. | — | 33" | V5404 | 50 ea./case | 102.50 |
| 599-500 | Blood administration set. Y-type, drip chamber with 170-micron blood filter, three roller clamps, flashtube, male adapter. | 10 | 87" | V2500 | 50 ea./case | 262.50 |
| 599-903 | Secondary set. Roller clamp, 18 Ga. needle. | 15 | 42" | V1903 | 50 ea./case | 35.00 |

## McGAW IV ADAPTER:

For use between McGaw containers and Abbott administration sets.

| CATALOG NUMBER | ITEM | Manufacturer # | UNIT SIZE | PRICE PER UNIT |
|---|---|---|---|---|
| 597-000 | Spike adapter. | N2050 | 1 each | 1.00 |

2300578

CALL 1-800-482-6700

ABBOTT

VAC MDL 0498

## ABBOTT IV ADMINISTRATION SETS:

| CATALOG NUMBER | ITEM | Drops/mL | Tubing Length | UNIT SIZE | PRICE PER UNIT |
|---|---|---|---|---|---|
| 591-871 | **Blood Y-Type Set with Pump (Nonvented)** 78-inch general floor set for alternate administration from blood bag container and other IV solution containers. Includes drip chamber, 170-micron nylon blood filter, CAIR clamp, and 3-inch latex sleeve. | 10 | 78" | 48 ea./case | 237.00 |
| 594-700 | **Blood Collection Set 24** 24-inch set for blood collection. 15-Ga. rubber piercing needle and pre-attached 17-Ga. IV needle. | — | 24" | 48 ea./case | 138.00 |
| 594-736 | **Blood Collection Set 36** 36-inch set for blood collection. 15-Ga. rubber piercing needle and pre-attached 17-Ga. IV needle. | — | 36" | 48 ea./case | 143.00 |
| 591-772 | **Vented Nitroglycerin Pump Set–Secure Lock** IV set with special low absorption polyethylene tubing for nitroglycerin administration, inline cassette and secure lock. (Approved for TAXOL® administration.) | — | 107" | 1 each | 10.95 |
| 591-882 | **Soluset 150 x 60 (Vented)** 77-inch Microdrip precision volume IV set with vented piercing pin, CAIR clamp, and slide clamps. Includes 150 mL calibrated burette, resealing injection site on burette with automatic shutoff valve, and Y-injection site 6 inches from male adapter. | 60 | 77" | 20 ea./case | 107.00 |
| 591-818 | **Venoset Piggyback (Nonvented)** 78-inch IV set with CAIR clamp, Y-type automatic backcheck valve, and 2 Y-injection sites 6 and 66 inches from male adapter. | 15 | 78" | 48 ea./case | 145.00 |
| 591-851 | **Venoset Backcheck (Nonvented)** 78-inch IV set with CAIR clamp, Y-type automatic backcheck valve, Y-injection site 40 and 4 inches from male adapter, and 3-inch latex sleeve. | 15 | 78" | 48 ea./case | 135.00 |
| 591-857 | **Venoset 72 (Nonvented)** 72-inch IV set with nonvented piercing pin, CAIR clamp, and flashback bulb. | 15 | 72" | 48 ea./case | 73.00 |
| 591-859 | **Venoset 78 (Nonvented)** 78-inch IV set with nonvented piercing pin, CAIR clamp, and Y-injection site 6 inches from male adapter. | 15 | 78" | 48 ea/case | 74.00 |
| 591-881 | **Venoset 78 (Vented)** 78-inch IV set with vented piercing pin, CAIR clamp, and Y-injection site 6 inches from male adapter. | 15 | 78" | 48 ea./case | 90.00 |
| 591-883 | **Venoset 70 Microdrip (Vented)** 70-inch precision drop IV set with vented piercing pin, CAIR clamp, and Y-injection site 6 inches from male adapter. | 60 | 70" | 48 ea./case | 70.00 |

2300579

CALL 1-800-482-6700