

VAC MD
0499

## ABBOTT

SUPPLY SECTION

| CATALOG NUMBER | ITEM | | | UNIT SIZE | PRICE PER UNIT |
|---|---|---|---|---|---|

# ABBOTT IV ADMINISTRATION SETS (continued):

| | | Drops/mL | Tubing Length | | |
|---|---|---|---|---|---|
| 594-967 | Venoset Piggyback (Vented)<br>80-inch IV set with vented piercing pin, CAIR clamp, Y-type automatic backcheck valve, and 2 Y-injection sites 6 and 66 inches from the male adapter. | 15 | 80" | 48 ea./case | 257.00 |
| 594-968 | Venoset Piggyback Microdrip (Vented)<br>80-inch precision drop IV set with vented piercing pin, CAIR clamp, Y-type automatic backcheck valve, and 2 Y-injection sites 6 and 66 inches from the male adapter. | 60 | 80" | 48 ea./case | 263.00 |
| Special Order | Venoset Piggyback with Flashback Bulb (Nonvented)<br>78-inch IV set with flashback bulb, CAIR clamp, Y-type automatic backcheck valve, and 2 Y-injection sites 6 and 66 inches from the male adapter. | 15 | 78" | 48 ea./case | 120.60 |

## IV EXTENSION SETS:

| | | | | | |
|---|---|---|---|---|---|
| 596-457 | Micropore Extension Set 12–Secure Lock<br>12-inch set with slide clamp and Secure Lock male adapter. (Sterile Pack) | | 12" | 50 ea./case | 110.00 |
| 596-458 | Micropore Extension Set–Secure Lock (1-Y)<br>20-inch set with slide clamp and Y-injection site 10 inches from Secure Lock male adapter. Sterile Pack) | | 20" | 50 ea./case | 115.00 |
| 596-459 | Micropore Extension Set–Secure Lock (2-Ys)<br>20-inch set with slide clamps and 2 Y-injection sites 12 and 6 inches from Secure Lock male adapter. Sterile Pack) | | 20" | 50 ea./case | 125.00 |
| 596-460 | Micropore Extension Set 36–Secure Lock<br>36-inch set with slide clamp and Secure Lock male adapter. (Sterile Pack) | | 36" | 50 ea./case | 125.00 |
| 596-461 | Micropore Extension Set 72–Secure Lock<br>72-inch set with slide clamp and Secure Lock male adapter. (Sterile Pack) | | 72" | 50 ea./case | 135.00 |

## IV BOTTLES:

| | | | |
|---|---|---|---|
| 591-614 | Empty evacuated container, glass, 150 mL | 12 ea./case | 25.00 |
| 591-615 | Empty evacuated container, glass, 250 mL | 12 ea./case | 30.00 |
| 591-616 | Empty evacuated container, glass, 500 mL | 12 ea./case | 35.40 |
| 591-617 | Empty evacuated container, glass, 1000 mL | 6 ea./case | 20.40 |

## IV FILTERS:

| | | | |
|---|---|---|---|
| 592-679 | Filter, in-line, 0.22 micron without lock for gravity administration | 1 each | 2.60 |
| 594-524 | Filter, in-line, 0.22 micron with lock for pump administration | 1 each | 3.25 |
| 594-025 | Filter, 0.22 micron for use with syringe | 1 each | 3.50 |

**CALL 1-800-482-6700**

2300580

- 37 -

| CATALOG NUMBER | HCPCS CODE | ITEM | UNIT SIZE | ORDER QTY. | PRICE PER UNIT |
|---|---|---|---|---|---|

### INJECTION CAPS (Heparin Locks):

| 580-800 | | Terumo Surflo® Injection Plugs, luer lock type | 100 ea./box | | 64.50 |

### IV ACCESSORIES:

| 500-001 | | Alcohol Prep Pads, Small | 200 ea./box | | 3.50 |
| 500-002 | | Alcohol Prep Pads, Medium | 200 ea./box | | 3.50 |
| 500-003 | | Alcohol Prep Pads, Large | 100 ea./box | | 3.50 |
| 500-009 | | IV Start Kits with Tegaderm™ Transparent dressing | 1 each | | 2.25 |
| 500-010 | | IV Start Kits with Tegaderm™ Transparent dressing & gloves | 1 each | | 2.95 |
| 500-008 | | Povidone Iodine Ointment, 1 g packets | 250 ea./box | | 29.75 |
| 500-011 | | Sterile central venous catheter dressing change kit with Tegaderm™ Transparent dressing | 1 each | | 6.95 |
| 500-007 | | Swabsticks, alcohol, 3 per packet | 25 packets | | 3.75 |
| 500-004 | | Swabsticks, lemon glycerine, 3 per packet | 25 packets | | 5.75 |
| 500-005 | | Swabsticks, povidone iodine, 1 per packet | 50 packets | | 12.75 |
| 500-006 | | Swabsticks, povidone iodine, 3 per packet | 25 packets | | 15.25 |

### SMALL VOLUME PARENTERALS:

| 342-400 | | Magnesium Sulfate, 50% solution | 2 mL | 25 | 0.45 |
| 342-410 | | Magnesium Sulfate, 50% solution | 10 mL | 25 | 0.60 |
| 341-200 | J2150 | Mannitol, 25% solution | 50 mL | 25 | 1.50 |
| 341-520 | | Potassium Chloride, solution (2 mEq/mL) | 20 mEq MDV | 25 | 0.46 |
| 341-530 | | Potassium Chloride, solution (2 mEq/mL) | 30 mEq | 25 | 0.49 |
| 341-540 | | Potassium Chloride, solution (2 mEq/mL) | 40 mEq MDV | 25 | 0.59 |
| 342-500 | | Sodium Bicarbonate, 8.4% solution (1 mEq/mL) | 50 mEq | 25 | 1.42 |
| 341-710 | | Sodium Chloride, 0.9% solution | 10 mL | 25 | 0.36 |
| 341-720 | | Sodium Chloride, 0.9% solution | 20 mL | 25 | 0.55 |
| 341-735 | | Sodium Chloride, 0.9% solution | 50 mL | 25 | 0.62 |
| 341-737 | | Sodium Chloride, 0.9% solution | 100 mL | 25 | 1.25 |
| 341-740 | | Sodium Chloride, 0.9% solution w/benzyl alcohol | 10 mL MDV | 25 | 0.52 |
| 341-750 | | Sodium Chloride, 0.9% solution w/benzyl alcohol | 30 mL MDV | 25 | 0.65 |
| 341-770 | | Sodium Chloride, 0.9% solution w/paraben | 30 mL MDV | 25 | 0.72 |
| 341-790 | | Sodium Thiosulfate, 10% solution | 1 g | 5 | 4.50 |
| 341-800 | | Sodium Thiosulfate, 25% solution | 12.5 g | | 20.80 |
| 341-910 | | Sterile Water for Injection | 10 mL | 25 | 0.36 |
| 341-920 | | Sterile Water for Injection | 20 mL | 25 | 0.55 |
| 341-935 | | Sterile Water for Injection | 50 mL | 25 | 0.68 |
| 341-937 | | Sterile Water for Injection | 100 mL | 25 | 1.25 |
| 341-940 | | Sterile Water for Injection w/benzyl alcohol | 30 mL MDV | 25 | 0.65 |
| 341-960 | | Sterile Water for Injection w/paraben | 10 mL MDV | 25 | 0.80 |
| 341-970 | | Sterile Water for Injection w/paraben | 30 mL MDV | 25 | 0.72 |

**2300581**

**CALL 1-800-482-6700**

HIGHLY CONFIDENTIAL

R2-039905

Injection Plug


VAC MSGAW
0501

**+McGaw**



## McGAW PLASTIC LARGE VOLUME PARENTERALS:

(Excel® is the trade name for the 250 mL, 500 mL, and 1000 mL size containers.)
(PAB® is the trade name for the 50 mL and 100 mL size containers.)

The Excel and PAB IV containers do not contain DEHP and will be compatible with drugs where this is of concern, such as TAXOL.® The stiff easy-grip saddle helps to eliminate needle stick injuries. For protection, the spike port has a tamper-proof seal attached. Packaged in an easy to remove overwrap, these containers are equipped with a large hanger tab.

| CATALOG NUMBER | HCPCS CODE | ITEM | UNIT SIZE | ORDER QTY. | PRICE PER UNIT |
|---|---|---|---|---|---|
| 780-050 | | Dextrose 5% in Water (non-PVC) | 50 mL IV bag | 84 | 1.55 |
| 780-100 | | Dextrose 5% in Water (non-PVC) | 100 mL IV bag | 64 | 1.55 |
| 780-250 | | Dextrose 5% in Water (non-PVC) | 250 mL IV bag | 24 | 1.55 |
| 780-500 | J7060 | Dextrose 5% in Water (non-PVC) | 500 mL IV bag | 24 | 1.55 |
| 780-999 | J7070 | Dextrose 5% in Water (non-PVC) | 1000 mL IV bag | 12 | 2.95 |
| 781-050 | J2912 | Sodium Chloride, 0.9% solution (non-PVC) | 50 mL IV bag | 84 | 1.55 |
| 781-100 | J2912 | Sodium Chloride, 0.9% solution (non-PVC) | 100 mL IV bag | 64 | 1.55 |
| 781-250 | J7050 | Sodium Chloride, 0.9% solution (non-PVC) | 250 mL IV bag | 24 | 1.55 |
| 781-500 | J7040 | Sodium Chloride, 0.9% solution (non-PVC) | 500 mL IV bag | 24 | 1.55 |
| 781-999 | J7030 | Sodium Chloride, 0.9% solution (non-PVC) | 1000 mL IV bag | 12 | 2.95 |

2300582

**CALL 1-800-482-6700**

- 39 -

HIGHLY CONFIDENTIAL

R2-039906

## ABBOTT



## ABBOTT PLASTIC LARGE VOLUME PARENTERALS (LifeCare®):

LifeCare IV Solutions are made of a flexible plastic that will not break if dropped. This lightweight container design is not dependent on air, which reduces the possibility of contamination. Additionally, the container features a tamper-proof outlet and side-mounted additive port.

| CATALOG NUMBER | HCPCS CODE | ITEM | UNIT SIZE | ORDER QTY. | PRICE PER UNIT |
|---|---|---|---|---|---|
| 700-050 | | Dextrose 5% in Water | 50 mL IV bag | 30 | 1.55 |
| 700-100 | | Dextrose 5% in Water | 100 mL IV bag | 30 | 1.55 |
| 700-150 | | Dextrose 5% in Water | 150 mL IV bag | 32 | 1.55 |
| 700-250 | | Dextrose 5% in Water | 250 mL IV bag | 24 | 1.55 |
| 700-500 | J7060 | Dextrose 5% in Water | 500 mL IV bag | 24 | 1.55 |
| 700-999 | J7070 | Dextrose 5% in Water | 1000 mL IV bag | 12 | 2.95 |
| 710-500 | | Dextrose 5% in 0.45% Sodium Chloride | 500 mL IV bag | 24 | 2.05 |
| 710-999 | | Dextrose 5% in 0.45% Sodium Chloride | 1000 mL IV bag | 12 | 3.05 |
| 720-500 | J7042 | Dextrose 5% in 0.9% Sodium Chloride | 500 mL IV bag | 24 | 2.05 |
| 720-999 | J7042 | Dextrose 5% in 0.9% Sodium Chloride | 1000 mL IV bag | 12 | 3.05 |
| 730-500 | | Dextrose 5% in Lactated Ringers | 500 mL IV bag | 24 | 2.20 |
| 730-999 | | Dextrose 5% in Lactated Ringers | 1000 mL IV bag | 12 | 3.20 |
| 740-250 | J7120 | Lactated Ringers | 250 mL IV bag | 24 | 2.20 |
| 740-500 | J7120 | Lactated Ringers | 500 mL IV bag | 24 | 2.20 |
| 740-999 | J7120 | Lactated Ringers | 1000 mL IV bag | 12 | 3.15 |
| 701-050 | J2912 | Sodium Chloride, 0.9% solution | 50 mL IV bag | 30 | 1.55 |
| 701-100 | J2912 | Sodium Chloride, 0.9% solution | 100 mL IV bag | 30 | 1.55 |
| 701-150 | J2912 | Sodium Chloride, 0.9% solution | 150 mL IV bag | 32 | 1.55 |
| 701-250 | J7050 | Sodium Chloride, 0.9% solution | 250 mL IV bag | 24 | 1.55 |
| 701-500 | J7040 | Sodium Chloride, 0.9% solution | 500 mL IV bag | 24 | 1.55 |
| 701-999 | J7030 | Sodium Chloride, 0.9% solution | 1000 mL IV bag | 12 | 2.95 |
| 750-999 | | Sterile Water for Injection | 1000 mL IV bag | 12 | 3.05 |

## ABBOTT GLASS LARGE VOLUME PARENTERALS (Abbo-Vac®):

This totally closed glass container system is ideal for those therapies which require a non-PVC container, such as TAXOL.³

| | | | | | |
|---|---|---|---|---|---|
| 770-250 | | Dextrose 5% in Water | 250 mL glass | 12 | 2.35 |
| 770-500 | J7060 | Dextrose 5% in Water | 500 mL glass | 12 | 2.35 |
| 771-250 | | Sodium Chloride, 0.9% solution | 250 mL glass | 12 | 2.35 |

**2300583**

**CALL 1-800-482-6700**

HIGHLY CONFIDENTIAL

R2-039907

In December 1991, the Occupational Safety and Health Administration (OSHA) issued a final standard regarding occupational exposure to bloodborne pathogens. This standard was designed to protect healthcare workers from the risks of contracting AIDS or hepatitis B as a result of workplace exposures to blood containing the human immunodeficiency virus (HIV) or the hepatitis B virus (HBV). In an office-based medical oncology practice, exposure to bloodborne pathogens results primarily from accidental needle sticks that can occur in the course of drawing specimens for blood tests, preparing and administering parenteral drugs, caring for intravenous catheters, and disposing of contaminated "sharps."



The standard mandates universal precautions to prevent contact with blood or other potentially infectious materials. Compliance methods include:

1. **Providing handwashing facilities** and ensuring that employees use them following exposure to blood or other potentially infectious materials.

2. Providing (at no cost to the employee) and **ensuring that employees use personal protective equipment** including gloves, gowns, face shields or masks, and eye protection. Hypoallergenic gloves, glove liners, powderless gloves, or other similar alternatives should be readily accessible to those employees who are allergic to the gloves normally provided.

3. Providing and ensuring that employees **use appropriate containers for disposal of contaminated, reusable sharps.** These containers must be puncture-proof and leak-proof on the sides and bottom, and appropriately labeled or color-coded. Shearing or breaking of contaminated needles is prohibited.

4. **Maintaining a clean and sanitary workplace.** The standard requires implementation of a written schedule for cleaning that specifies the method of decontamination to be used, in addition to cleaning, following contact with blood or other potentially infectious materials.

5. **Affixing warning labels,** including the orange or orange-red biohazard symbol, to containers of regulated waste and refrigerators, freezers, or other containers used to store or transport blood or other potentially infectious materials. Red bags may be used instead of labeling for handling materials within a facility that is using universal precautions in its handling of all biological specimens.

REFERENCES
1. Occupational Safety and Health Administration. Occupational exposure to bloodborne pathogens: final rule. 29 CFR Part 1910.1030. Federal Register 1991; 56:64175-64182.

2. Centers for Disease Control. Recommendations for preventing transmission of human immunodeficiency virus and hepatitis B virus to patients during exposure-prone invasive procedures. MMWR 1991; 8:1-9.

3. Mangione CM, Gerberding JL, Cummings SR. Occupation exposure to HIV: frequency and rates of underreporting of percutaneous and mucocutaneous exposures by medical housestaff. Am J Med 1991; 90:85-90.

4. Jagger J, Hunt EH, Brand-Elnagger J, Pearson RD. Rates of needle-stick injury caused by various devices in a university hospital. N Engl J Med 1988; 319:284-288.

**2300584**

**CALL 1-800-482-6700**

- 41 -

HIGHLY CONFIDENTIAL

R2-039908



## GLOVES:

**Exel™ Exam Gloves:** This exam glove can also be used for drug preparation and drug administration if double gloved. These gloves have a thickness of 0.0032."



| CATALOG NUMBER | ITEM | UNIT SIZE | PRICE PER UNIT |
|---|---|---|---|
| 530-001 | Gloves, latex exam, extra small | 100 ea./box | 5.90 |
| 530-002 | Gloves, latex exam, small | 100 ea./box | 5.90 |
| 530-003 | Gloves, latex exam, medium | 100 ea./box | 5.90 |
| 530-004 | Gloves, latex exam, large | 100 ea. box | 5.90 |

**Winfield® Chemo Gloves (Green):** The CYTAglove™ is made of a heavy duty latex and features extra long cuffs. These gloves have a thickness of 0.008" to 0.017."

| | | | |
|---|---|---|---|
| 540-000 | Gloves, surgical latex, small | 50 ea. box | 12.00 |
| 540-005 | Gloves, surgical latex, medium | 50 ea. box | 12.00 |
| 540-070 | Gloves, surgical latex, large | 50 ea. box | 12.00 |

**CYTO-Safetec™ Chemo Gloves (Blue):** These extra thick gloves made with surgical latex are ideal for drug preparation. This talc-free glove has extra long cuffs for protection. These gloves have a thickness of 0.010" to 0.016.'

| | | | |
|---|---|---|---|
| 520-010 | Gloves, surgical latex, talc-free, small | 50 pairs/box | 26.00 |
| 520-020 | Gloves, surgical latex, talc-free, medium | 50 pairs/box | 26.00 |
| 520-030 | Gloves, surgical latex, talc-free, large | 50 pairs/box | 26.00 |

**CYTO-Safetec™ Chemo Gloves (Yellow):** The thickness of these gloves allows for sensitivity and touch, making this glove ideal for administration. Made of surgical latex, this glove is talc-free. These gloves have a thickness of 0.009.'

| | | | |
|---|---|---|---|
| 520-040 | Gloves, surgical latex, talc-free, small | 50 pairs/box | 22.00 |
| 520-050 | Gloves, surgical latex, talc-free, medium | 50 pairs/box | 22.00 |
| 520-060 | Gloves, surgical latex, talc-free, large | 50 pairs/box | 22.00 |

## BAGS:

**Winfield® Infectious Waste Bags:** The 30-1/2" × 40" red, plastic bag is clearly labeled "Biohazard."

| | | | |
|---|---|---|---|
| 540-100 | Bags, infectious waste, 30-1/2" x 40", red plastic | 250 ea. case | 50.00 |

**CYTO-Safetec™ Chemo Zip Lock Bags:** These clear bags are equipped with a zip lock for disposing of cytotoxic agents. Labeled "Caution: Chemotherapy Cytotoxic Agent."

| | | | |
|---|---|---|---|
| 520-300 | Chemo bags, zip lock, 12" x 15", 4 mil | 250 ea. case | 108.00 |
| 520-310 | Chemo bags, zip lock, 9" x 9", 4 mil | 200 ea. case | 67.50 |

**2300585**

**CALL 1-800-482-6700**

HIGHLY CONFIDENTIAL

R2-039909



## CYTOGUARD® AEROSOL PROTECTION DEVICE:

CytoGuard® is a device that is attached to a vial of drug by the user prior to intro-
duction of diluent. It is designed to contain any aerosolization and to prevent
its escape into the surrounding atmosphere. This provides an added measure of
safety for the user of antineoplastic agents. The device, a molded plastic cap,
is affixed to a vial by means of a plastic retaining ring, forming a liquid-tight seal
against the stopper of the vial.



| CATALOG NUMBER | ITEM | UNIT SIZE | ORDER QTY. | PRICE PER UNIT |
|---|---|---|---|---|
| 561-003 | CytoGuard® Aerosol Protection Device | 1 each | 10 | 2.75* |

*Free with the purchase of any of the following Bristol-Myers Oncology Division products:
Lyophilized Cytoxan® cyclophosphamide) For Injection, Mutamycin® (mitomycin) For Injection 5-mg and 20-mg vials,
Paraplatin® carboplatin) For Injection, and VePesid® (etoposide) For Injection.

CytoGuard

## CHEMO DISPENSING PINS:

Chemo dispensing pins are used during reconstitution of a powdered chemotherapy
drug. The chemo dispensing pin prevents the aerosolization that is encountered
during drug dispensing and compounding by filtering the air exiting the vial
through a 0.2 micron hydrophobic filter.

| | | | |
|---|---|---|---|
| 561-000 | Chemo Dispensing Pin (Oncoline,® Adria) | 50 ea./case | 134.95 |
| 561-002 | Chemo Dispensing Pin (Burron) | 50 ea./case | 139.50 |



## PROTECTIVE APPAREL:

**Winfield³ Dust Mist Respirator Mask:** This lightweight mask, with a contoured fit
design, is used for protection against dust, mist, and fumes from cytotoxic agents.

| | | | |
|---|---|---|---|
| 560-330 | Dust/Mist Respirator Mask | 20 ea./box | 22.30 |

Oncoline


**Winfield³ Eye Goggles:** This eyewear is protective against chemotherapy and
infectious environments. The polycarbonate plastic design will fit over prescrip-
tion eyeglasses. Features a clear, wrap-around side panel for protection from
sprays and splashes.

| | | | |
|---|---|---|---|
| 560-140 | Eye Goggles, protective | 36 ea./case | 54.00 |



**Winfield³ Gowns:** The unisize yellow gown is made from lint-free polypropylene
and prevents contaminants from becoming airborne. Features include front tie
closure and long sleeve knitted cuffs.

| | | | |
|---|---|---|---|
| 540-080 | Gowns, unisize | 25 ea./box | 65.00 |

2300586

**CALL 1-800-482-6700**

- 43 -

HIGHLY CONFIDENTIAL

R2-039910

SAFE HANDLING SUPPLIES

VAC MDL
0506

| CATALOG NUMBER | ITEM | UNIT SIZE | PRICE PER UNIT |
|---|---|---|---|

## LABELS:

| | | | |
|---|---|---|---|
| 551-000 | Labels, Biohazard | 1000 ea./roll | 48.50 |
| 560-040 | Labels, Chemocaution, 1" round | 1000 ea./roll | 16.50 |
| 560-065 | Labels, Chemocaution, 3" x 1/2" | 500 ea./roll | 16.50 |
| 560-085 | Labels, Chemocaution, 3" x 1" | 500 ea./roll | 16.50 |
| 560-105 | Labels, Chemocaution, 3" x 1-1/2" | 500 ea./roll | 16.50 |

## PREP/INJECTION SITE MATS:

The Cyto-Safetec® prep mat is used for drug preparation and administration to absorb any leakage of chemotherapeutic agents. These mats have moisture proof polybacking and are made of nonlinting materials.

| | | | |
|---|---|---|---|
| 520-200 | ProPrep Mats, 11" x 19" | 50 ea./box | 22.00 |
| 520-250 | ProPrep Mats, 19" x 22" | 50 ea./box | 44.00 |

## CHEMOTHERAPY CONTAINERS:



Plastic CHEMO-tainer

The CHEMO-tainer™ by Winfield is made of puncture-resistant plastic with a yellow plastic top. Equipped with a starburst opening for one way containment, the container is suited for handling sharps, liquid, and chemotherapy waste. The 32 quart size has a clear lid and is stackable.

| | | | |
|---|---|---|---|
| 540-200 | Chemo Container (Sharps Container), plastic, 1.7 quarts, 3-1/2" x 3-1/2" x 10" | 20 ea./box | 34.00 |
| 540-205 | Chemo Container (Sharps Container), plastic, 10 quarts, 6" x 10" x 12" | 12 ea./box | 60.00 |
| 540-210 | Chemo Container (Sharps Container), plastic, 23 quarts, 8-1/2" x 12" x 16-1/2" | 4 ea./box | 38.00 |
| 540-215 | Chemo Container (Sharps Container), plastic, 32 quarts, 13-3/4" x 13-3/4" x 14" | 10 ea./box | 105.00 |

## CHEMOTHERAPY WASTE CONTAINERS/FIBER DRUMS:



Fiber Drum

The fiber/corrugated container includes a polyliner bag and comes fully assembled. Equipped with a round flap opening and an additional secure lid. The front side is labeled "Caution: Chemotherapy Cytotoxic Agent." Made by Cyto-Safetec.®

| | | | |
|---|---|---|---|
| 520-100 | Chemo Waste Container, Fiber/Corrugated Laminate, 10.0 gal | 4 ea./box | 46.70 |
| 520-150 | Chemo Waste Container, Fiber/Corrugated Laminate, 20.0 gal | 2 ea./box | 36.00 |

## SPILL KIT:

The CYTAspill™ Kit by Winfield includes all items necessary for handling spills of cytotoxic drugs. Kit includes: 2 pairs of gloves, gown, face mask, eyewear, CYTAscoop™ 2 absorbent towels, spill sign, and directions.

| | | | |
|---|---|---|---|
| 560-370 | Spill Kit | 1 each | 12.15 |

**2300587**

**CALL 1-800-482-6700**

- 44 -

HIGHLY CONFIDENTIAL

R2-039911

## BONE MARROW BIOPSY/ASPIRATION NEEDLES:

**Illinois Sternal/Illiac:** This single-use, sterile needle features an adjustable depth spacer to control the depth of penetration and a winged hub for control of the needle. To assure proper needle alignment, it has a two-piece, positive-locking, needle stylet design. Compatible with luer lock or luer slip syringe.



Illinois Sternal/Illiac

| CATALOG NUMBER | HCPCS CODE | ITEM | ORDER QTY | PRICE PER UNIT |
|---|---|---|---|---|
| 590-001 | A4550 | 15 Ga. x adjustable (3/8" to 1-7/8") | 5 ea./case | 60.00 |
| 590-002 | A4550 | 16 Ga. x adjustable (3/16" to 1-7/8") | 10 ea./case | 100.00 |
| 590-003 | A4550 | 18 Ga. x adjustable (9/16" to 1-1/2") | 5 ea./case | 60.00 |

**Jamshidi[a]:** The single-use, sterile needle has three parts including the screw cap, stylet, and needle hub. The stylet is locked in place by the cap on the proximal end which keeps it from loosening during insertion. The needle features a tapered distal tip.



Jamshidi

| | | | | |
|---|---|---|---|---|
| 590-004 | A4550 | 8 Ga. x 4" | 5 ea./case | 115.00 |
| 590-005 | A4550 | 11 Ga. x 4" | 5 ea./case | 115.00 |
| 590-006 | A4550 | 13 Ga. x 3-1/2" | 5 ea./case | 115.00 |
| 590-008 | A4550 | Contoured, 11 Ga. x 4" | 5 ea./case | 100.00 |

**Monoject:** This single-use, sterile needle is equipped with a winged hub and is designed so that the cap and stylet are one. The needle features a smooth, round handle and a hollow ground stylet for ease of use. The needle features a tapered distal tip and a positive-locking design.



Monoject

| | | | | |
|---|---|---|---|---|
| 590-009 | A4550 | 8 Ga. x 4" | 10 ea./case | 187.00 |
| 590-010 | A4550 | 11 Ga. x 4" | 10 ea./case | 187.00 |
| 590-011 | A4550 | 13 Ga. x 2-1/2" | 10 ea./case | 187.00 |
| 590-012 | A4550 | 13 Ga. x 3-1/2" | 10 ea./case | 187.00 |

**Rosenthal:** This traditional bone marrow needle design is made with a plastic hub. The single-use, sterile needle has a precision ground and fitted needle point and stylet tip.



Rosenthal

| | | | | |
|---|---|---|---|---|
| 590-013 | A4550 | Plastic hub, 16 Ga. x 3/4" | 20 ea./case | 215.00 |
| 590-014 | A4550 | Plastic hub, 16 Ga. x 2" | 20 ea./case | 215.00 |

**2300588**

HIGHLY CONFIDENTIAL

R2-039912



Bone Marrow Tray

### BONE MARROW BIOPSY/ASPIRATION TRAY:

Tray includes fenestrated drape, drape, 10% PVP swabsticks, 5 mL lidocaine (1% solution), 20 mL syringe, 5 mL (or 6 mL) syringe w/20 Ga. x 1-1/2" filter aspiration needle, 21 Ga. x 1-1/2" needle, 25 Ga. x 5/8" needle, specimen tube containing EDTA, scalpel blade w/handle, ten frosted slides (1" x 3"), specimen bottle (amber) and label, gauze sponges, elastic bandage, and variable component listed below.

| CATALOG NUMBER | HCPCS CODE | ITEM | ORDER QTY. | PRICE PER UNIT |
|---|---|---|---|---|
| 590-100 | A4550 | (no needle) | 1 each | 18.25 |
| 590-115 | A4550 | Illinois Sternal/Illiac needle, 15 Ga. x adjustable (3/8" to 1-7/8") | 1 each | 26.50 |
| 590-116 | A4550 | Illinois Sternal/Illiac needle, 16 Ga. x adjustable (3/16" to 1-7/8") | 1 each | 21.60 |
| 590-118 | A4550 | Illinois Sternal/Illiac needle, 18 Ga. x adjustable (9/16" to 1-1/2") | 1 each | 26.50 |
| 590-111 | A4550 | Jamshidi needle, 11 Ga. x 4" | 1 each | 29.95 |
| 590-108 | A4550 | Monoject needle, 8 Ga. x 4" | 1 each | 26.60 |
| 590-112 | A4550 | Monoject needle, 11 Ga. x 4" | 1 each | 26.60 |
| 590-114 | A4550 | Monoject needle, 13 Ga. x 3-1/2" | 1 each | 26.60 |
| 590-160 | A4550 | Rosenthal (metal hub) needle, 16 Ga. x 3/4" | 1 each | 21.50 |
| 590-162 | A4550 | Rosenthal (metal hub) needle, 16 Ga. x 2" | 1 each | 21.50 |

### LUMBAR PUNCTURE TRAY (adult):

Tray includes fenestrated drape, absorbent towel, removable prep cup, prep swabs, gauze sponges, 2 mL lidocaine (1% solution), 3 mL syringe w/25 Ga. x 5/8" needle, 22 Ga. x 1-1/2" infiltration needle, four specimen vials, three-way stopcock, manometer, extension tube (5" or 6"), and variable component listed below:

| | | | | |
|---|---|---|---|---|
| 590-218 | A4550 | 18 Ga. x 3-1/2" spinal needle | 1 each | 14.80 |
| 590-220 | A4550 | 20 Ga. x 3-1/2" spinal needle | 1 each | 14.80 |
| 590-222 | A4550 | 22 Ga. x 3-1/2" spinal needle | 1 each | 14.80 |

### PARACENTESIS TRAY:

Tray includes fenestrated drape, drape, absorbent towel, PVP swabsticks, gauze sponges, 5 mL lidocaine (1% solution), scalpel, Boasberg catheter set, vacuum bottle extension set, 60 mL syringe w/luer lock, 5 mL luer slip syringe, 19 Ga. x 1-1/2" filter aspirating needle, 21 Ga. x 1-1/2" needle, 25 Ga. x 5/8" needle, 2-liter drainage bag, syringe protector/drainage bag protector, and two 10 mL specimen vials.

| | | | | |
|---|---|---|---|---|
| 590-300 | A4550 | Paracentesis tray | 1 each | 31.00 |

### THORACENTESIS TRAY:

Tray includes fenestrated drape, absorbent towel, removable prep cup, prep swabs, gauze sponges, 5 mL lidocaine HCl (1% solution), 30 mL PVP (10% solution), 7" PVP radioopaque catheter w/14 Ga. x 2" needle, 25 Ga. x 5/8" needle, 22 Ga. x 2" needle, three-way stopcock, drainage bag w/hook, drainage tube, 36" extension set, and three 10-mL specimen tubes.

| | | | | |
|---|---|---|---|---|
| 590-400 | A4550 | Thoracentesis tray | 1 each | 31.00 |

**2300589**

**CALL 1-800-482-6700**

- 46 -

HIGHLY CONFIDENTIAL

R2-039913



VAC MED
0509?

(I·FLOW)

## PARAGON INFUSER:

This reusable, mechanical infuser utilizes a precision spring mechanism and a floating pressure plate for constant flow rate. Noiseless, lightweight and small in size, it also includes a fluid level indicator. The infuser is made from plastic with stainless steel parts and can be used for both chemotherapeutic and analgesic infusions. Use only with PARAGON administration sets. A separate deluxe carrying case is available in black.



| CATALOG NUMBER | ITEM | UNIT SIZE | PRICE PER UNIT |
|---|---|---|---|
| 500-754 | Ambulatory infusion pump | 1 each | 195.00 |
| 500-758 | Carrying case | 1 each | 11.95 |



PARAGON Infuser

## PARAGON ADMINISTRATION SETS:

These single-use administration sets include a round PVC IV bag with volume capacity of 110 mL, on/off clamp, luer connector, and 1.2 micron air-eliminating filter. Each set is approximately 50" long. For use with the PARAGON infuser only.

| | | | |
|---|---|---|---|
| 500-802 | Administration set, 0.5 mL/hr | 12 ea./box | 251.40 |
| 500-803 | Administration set, 1 mL/hr | 12 ea./box | 251.40 |
| 500-804 | Administration set, 2 mL/hr | 12 ea./box | 251.40 |
| 500-805 | Administration set, 4 mL/hr | 12 ea./box | 251.40 |



PARAGON Administration set

**2300590**

**CALL 1-800-482-6700**

-47-

HIGHLY CONFIDENTIAL

R2-039914

AMBULATORY INFUSION SUPPLIES

 **Pharmacia Deltec**

## L-CATH® PERIPHERALLY INSERTED CATHETERS, CENTRAL LINES:

Kits include catheter and introducer needle.

Trays include catheter, introducer needle, fenestrated drape, under drape, mask, 2 pr. gloves, 2 disposable towels, 2 tape measures, 2 tourniquets, 2 alcohol swabstick packets (3's), 2 PVP swabstick packets (3's), 3 gauze sponges (2" x 2"), 3 gauze sponges (4" x 4"), 1 transparent dressing, 1 smooth jaw forceps, 1 scissors, 4 tape strips, 4 Hib-Guard® cushion pads (3 1-part, 1 2-part), 3 mL syringe, 5 mL syringe, 18 Ga. x 1" needle, 23 Ga. x 1" needle, basin, and CSR wrap.

| CATALOG NUMBER | ITEM | Introducer Needle Ga. x Gcm | Catheter ODmm x IDmm x Gcm | UNIT SIZE | PRICE PER UNIT |
|---|---|---|---|---|---|
| 518-161 | Catheter, 16 Ga. | | Polyurethane: 1.7 x 1.2 x 56 | 1 each | 17.50 |
| 518-181 | Catheter, 18 Ga. | | Polyurethane: 1.7 x 1.2 x 56 | 1 each | 17.50 |
| 518-201 | Catheter, 20 Ga. | | Polyurethane: 1.7 x 1.2 x 56 | 1 each | 17.50 |
| 518-162 | Catheter Kit, 16 Ga. | 14 Ga. x 2.2 | Polyurethane: 1.7 x 1.2 x 56 | 1 each | 30.00 |
| 518-182 | Catheter Kit, 18 Ga. | 17 Ga. x 2.2 | Polyurethane: 1.7 x 1.2 x 56 | 1 each | 30.00 |
| 518-202 | Catheter Kit, 20 Ga. | 19 Ga. x 2.2 | Polyurethane: 1.7 x 1.2 x 56 | 1 each | 30.00 |
| 518-163 | Catheter Tray, 16 Ga. | 14 Ga. x 2.2 | Polyurethane: 1.7 x 1.2 x 56 | 1 each | 50.00 |

## CADD⁵ PUMP RESERVOIRS AND SETS:

| | | | |
|---|---|---|---|
| 516-050 | MEDICATION CASSETTE™ reservoir, 50 mL | 1 each | 14.25 |
| 516-100 | MEDICATION CASSETTE™ reservoir, 100 mL | 1 each | 20.50 |
| 516-030 | REMOTE RESERVOIR ADAPTOR™ cassette w/30" tubing | 12 ea./case | 186.00 |
| 516-060 | REMOTE RESERVOIR ADAPTOR™ cassette w/60" tubing | 12 ea./case | 252.00 |
| 516-130 | Extension set, 30" w/M/M luer lock | 12 ea./case | 38.00 |
| 516-145 | Extension set, 45" w/M/M luer lock | 12 ea./case | 41.00 |
| 516-160 | Extension set, 60" w/M/M luer lock | 12 ea./box | 44.00 |
| 516-200 | Bag spike set | 12 ea./case | 58.00 |
| 516-250 | Subcutaneous infusion set w/27 Ga. 30 degree bent needle | 12 ea./box | 70.00 |
| 516-022 | Administration set w/0.22 micron filter | 15 ea./case | 330.00 |
| 516-012 | Administration set w/1.2 micron filter | 15 ea./case | 330.00 |

2300591

HIGHLY CONFIDENTIAL

R2-039915

## CLINICAL COOPERATIVE GROUPS

BTCG: Brain Tumor Cooperative Group ............ 301/680-9770
Chairman: William R. Shapiro, MD ............ 602/285-3895
Patient referral: Marie Topor, Cindy Mattingly ............ 301/680-9770

CALGB: Cancer and Acute Leukemia Group B ............ 603/650-6717
Chairman: O. Ross McIntyre, MD
Patient referral: Sue Budinger ............ 919/286-4704

CCG: Children's Cancer Group ............ 818/447-0064
Chairman: W. Archie Bleyer, MD
Patient referral: Leena Hamu

ECOG: Eastern Cooperative Oncology Group ............ 303/239-3500
Chairman: Douglass C. Tormey, MD
Patient referral: Connie Reid

GOG. Gynecologic Oncology Group ............ 215/854-0770
Chairman: Robert C. Park, MD

Intergroup Rhabdomyosarcoma Study Group ............ 304/786-9602
Chairman: Harold M. Maurer, MD

NCCTG. North Central Cancer Treatment Group ............ 507/284-4972
Chairman: Michael J. O'Connell, MD
Patient referral: Betty Stoltenberg

NSABP: National Surgical Adjuvant Breast and Bowel Project ............ 412/648-9720
Interim Chairman: Ronald B. Herberman, MD
Patient referral: Mary Ketner, RN ............ 412/383-1400

NWTSG: National Wilms Tumor Study Group ............ 716/845-2334
Chairman: Daniel M. Green, MD

POG. Pediatric Oncology Group ............ 312/482-9944
Chairman: Sharon Murphy, MD

RTOG: Radiation Therapy Oncology Group ............ 215/574-3150
Chairman: James Cox, MD
Patient referral: Elaine Pakuris

SWOG. Southwest Oncology Group ............ 210/677-8808
Chairman: Charles A. Coltman, Jr., MD
Patient referral: Marjorie Godfrey

## [illegible]

Administrators in Oncology Hematology Assembly (ACHA) ............ 303/799-1111
American Academy of Pain Management ............ 209/545-0754
American Association for Cancer Research (AACR) ............ 215/440-9300
American College of Oncology Administrators (ACOA) ............ 313/540-4310
American Pain Society ............ 708/966-5595
American Society of Clinical Oncology (ASCO) ............ 312/644-0823
Association of Community Cancer Centers (ACCC) ............ 301/984-9496
Association of Nurses in AIDS Care (ANAC) ............ 215/321-2371
Association of Pediatric Oncology Nurses (APON) ............ 804/379-9150
Cancer Pain Coalition
Multidisciplinary effort to improve management of cancer pain. Contact local initiatives:

| | | |
|---|---|---|
| Arizona | Eugenie A. Obbens, MD | 602/650-6306 |
| California | Theresa Brechner, MD | 305/861-3542 |
| | Pamela Haylock, RN | 415/851-2881 |
| Colorado | Albert Brady, MD | 303/778-5741 |
| Connecticut | Judith Floyd, RN, MSN | 203/238-8433 |
| Florida | Lisa O. Silnon, RN, OCN | 813/988-6523 |
| Hawaii | Hob Osterlund, RN, MS | 808/955-3011 |
| Illinois | Lora McGuire, RN | 815/725-6847 |
| | Donna O'Shaughnessy | 315/842-2828 |
| | Michael E. Frederich, MD | 618/235-1703 |
| Indiana | Neil Irick, MD | 317/872-2332 |
| | Julie Painter, RN, OCN | 317/355-4903 |
| Kentucky | Lin Edwards | 502/456-6200 |
| Maine | Beth Place | 207/284-4566 |
| Maryland | Rebecca Finley, PharmD | 410/328-2563 |
| | Julie A. Steele, MPH, CHES | 301/496-6792 |
| Massachusetts | Margaret Barton Burke, RN, MS, OCN | 617/469-9549 |
| Michigan | Josephina Magno, MD | 313/876-9234 |
| | Stuart Weiner, MD | 313/733-7270 |
| Minnesota | Thomas E. Elliott, MD | 218/722-8364 |
| | Paula Sallmen, RN, OCN | 612/863-4633 |
| Missouri | Marianne Nalley, RN | 314/893-4800 |
| Montana | Ira Byock, MD | 406/728-8643 |
| New Hampshire | Marion B. Dolan | 603/279-4700 |
| New Jersey | Alice Duigon, RN, MSN | 908/929-4281 |
| New Mexico | Calla Michael, PhD | 505/265-1711 |
| | B. Forman, MD | 505/272-1754 |
| | Carol Dolan, RN | 505/272-1754 |
| | Delores Wanea | 505/272-1754 |
| New York | Kim Calder, MPS | 212/221-3300 |
| North Carolina | Faye McNaull, RN, OCN | 919/286-0411 |
| | Jo Ann Dalton, RN, EdD | 919/966-3737 |
| Ohio | Warren Wheeler, MD | 614/459-0241 |
| | Belinda Reed | 614/442-0608 |
| Oklahoma | Barbara Bilderback, RN | 918/494-1193 |
| Oregon | Kelly Scott, PharmD | 503/229-7145 |
| Pennsylvania | Mary A. Simmonds, MD | 717/761-7400 |
| | Georgia Trostle | 717/531-6849 |
| Texas | James Kuchta | 713/792-2222 |
| | Shree Boudston | 713/794-4040 |
| | Deborah Thorpe, RN, MS | 713/792-2924 |
| Utah | Perry G. Fine, MD | 801/581-6393 |
| | Arthur G. Lipman, PharmD | 801/581-5986 |
| Vermont | Don Harry | 802/656-2885 |
| Virginia | Thomas J. Smith, MD | 804/786-0450 |
| Washington | Nigel Bush, MD | 206/667-7246 |
| | Judy Kornell, RN, MN, OCN | 206/667-5021 |
| | C. Richard Chapman, PhD | 206/667-4747 |
| | Albert E. Einstein, Jr., MD | 206/223-6194 |
| Wisconsin | June Dahl, PhD | 608/262-0978 |

International Association for the Study of Pain;
International Pain Foundation ............ 206/547-6409
International Society of Nurses in Cancer Care ............ 071-352-8171 x2123 (UK)
Intravenous Nurses Society ............ 617/489-5205
Medical Group Management Association (MGMA) ............ 303/799-1111
National Association of Vascular Access
Networks (NAVAN) ............ 304/378-6286
National Coalition for Cancer Research (NCCR) ............ 202/544-1880
Oncology Nursing Society (ONS) ............ 412/921-7373

## [illegible]

ALABAMA:
Alabama Society of Clinical Oncology
Chairman: J. Maxwell Austin, Jr., MD ............ 205/939-1551

ALASKA:
Denali Oncology Group
Chairman: Dale Webb, MD ............ 907/562-0321

ARIZONA:
Arizona Clinical Oncology Society
Chairman: Robert J. Brooks, MD ............ 602/324-2409

CALIFORNIA:
Medical Oncology Association of Southern California
Chairman: Cary A. Presant, MD ............ 818/856-5858

Association of Northern California Oncologists
President: David Guilion, MD ............ 415/925-5000

COLORADO:
Rocky Mountain Oncology Society
Chairman: Jeannie Kinzie, MD ............ 303/270-7819

CONNECTICUT:
Medical Oncology Association
Chairman: Arthur Levy, MD ............ 203/789-2050

2300592

DELAWARE:
Oncology Associates of Delaware
Chairman: Irving Berkowitz, DO ...................................302/594-3320
FLORIDA:
Florida Society of Clinical Oncology
Chairman: Marc A. Saltzman, MD .............................305/757-2226
GEORGIA:
Georgia Society of Clinical Oncology
Chairman: James Smith, Jr., MD ...............................912/743-7068
IDAHO:
Mountain States Tumor Institute
Chairman: Tom Beck, MD ...........................................208/386-2711
ILLINOIS:
Illinois Medical Oncology Society
Chairman: James Wade, MD .......................................217/877-8121
INDIANA:
Indiana Medical Oncology Society
Chairman: Robert Woodburn, MD ...............................219/769-4855
KENTUCKY:
Kentucky Oncology Society
Chairman: Stanley Lowenbraun, MD ...........................502/582-3735
LOUISIANA:
Louisiana Oncology Society
Chairman: John Rainey, MD .......................................318/235-7898
MASSACHUSETTS:
Massachusetts Society of Clinical Oncologists
Chairman: Walt Kagan, MD .........................................617/479-3550
MICHIGAN:
Michigan Society of Hematology & Oncology
Chairman: Scott Nystrom, MD .....................................313/996-9211
MINNESOTA:
Minnesota Society of Clinical Oncology
Chairman: Irving J. Lerner, MD ...................................612/224-7505
MISSISSIPPI:
Mississippi Society of Oncology
Chairman: Van L. Lacky, MD .......................................601/355-2485
NEVADA:
Nevada Oncology Society
Chairman: Robert Gagliano, MD ..................................702/733-0409
NEW HAMPSHIRE/MAINE/VERMONT:
Northern New England Clinical Oncology Society
Chairman: A. Collier Smyth, MD ..................................603/622-6484
NEW JERSEY:
Oncology Society of New Jersey
Chairman: Mark S. Pascal, MD ...................................201/996-5900
NEW MEXICO:
Oncology Society of New Mexico
Chairman: Bruce Greenfield, MD .................................505/247-0216
NEW YORK:
New York State Society of Medical Hematologists/Oncologists
Chairman: Richard T. Silver, MD .................................212/288-5040
Upstate New York Society of Medical Oncology
Chairman: Robert W. Sponzo, MD ...............................518/786-3122
NORTH CAROLINA:
North Carolina Oncology Society
Chairman: Dudley Anderson, MD .................................919/291-3100
NORTH DAKOTA/SOUTH DAKOTA:
Dakotas Oncology Society
Chairman: Judith S. Kaur, MD .....................................701/224-6099
OHIO/WEST VIRGINIA:
Ohio/West Virginia Oncology Society
Chairman: Dale H. Cowan, MD ....................................216/524-7979
OKLAHOMA:
Oklahoma Society of Clinical Oncology
Chairman: Charles F. Nash, III, MD .............................918/744-3180
OREGON:
Oregon Society of Medical Oncology
Chairman: David H. Regan, MD ..................................503/239-7767

PENNSYLVANIA:
Pennsylvania Society for Hematology/Oncology
Chairman: Ronald N. Rubin, MD .................................215/221-4675
SOUTH CAROLINA:
South Carolina Oncology Society
Chairman: John Ravita, MD .........................................803/791-2000
TENNESSEE:
Tennessee Oncology Practice Society
Chairman: John W. McCravey, MD ..............................615/698-5402
TEXAS:
Texas State Medical Oncology Society
Chairman: Fred Ekery, MD ..........................................512/370-1509
UTAH:
Society UTAH Medical Oncology
Chairman: Patricia Lagant, MD ...................................801/253-3003
VIRGINIA:
Virginia Association of Hematologists & Oncologists
Chairman: Robert L. Burger, MD .................................304/627-8231
WISCONSIN:
Wisconsin Society of Oncology
Chairman: Ronald Hart, MD .........................................414/649-3451

NCI-DESIGNATED CLINICAL CANCER CENTERS

ALABAMA:
University of Alabama at Birmingham
Comprehensive Cancer Center
Director: Albert F. LoBuglio, MD ................................205/934-5077
ARIZONA:
University of Arizona
Arizona Cancer Center
Director: Sydney E. Salmon, MD ................................602/626-6372
CALIFORNIA:
Armand Hammer Center for Cancer Biology
Salk Institute
Director: Walter Eckhart, PhD ....................................619/453-4100
City of Hope Beckman Research Institute
Director: Stephen Forman, MD ...................................818/359-8111
Jonsson Comprehensive Cancer Center
University of California at Los Angeles
Director: Richard J. Steckel, MD .................................800/825-2631
La Jolla Cancer Research Foundation
Director: Ericki Ruoslanti, MD ....................................619/455-6480
The Kenneth Norris, Jr. Comprehensive Cancer Center
University of Southern California
Director: Peter Jones, MD ..........................................213/226-2370
University of California at San Diego Cancer Center
Acting Director: William Hrynivx, MD ..........................619/543-6178
COLORADO:
University of Colorado Cancer Center
University of Colorado Health Sciences Center
Director: Paul A. Bunn, Jr., MD ..................................303/270-3007
CONNECTICUT:
Comprehensive Cancer Center
Yale University
Director: Vincent DeVita, MD .....................................203/785-4095
DISTRICT OF COLUMBIA:
Lombardi Cancer Research Center
Georgetown University Medical Center
Director: Marc E. Lippman, MD ..................................202/687-2192
FLORIDA:
Sylvester Comprehensive Cancer Center
University of Miami Medical School
Director: Norman H. Altman, MD .................................305/545-1000
ILLINOIS:
Lurie Cancer Center
Northwestern University
Director: Steven Rosen, MD .......................................312/908-5250
University of Chicago
Cancer Research Center
Director: Richard L. Schilsky, MD ...............................312/702-6180

2300593

HIGHLY CONFIDENTIAL

R2-039917



**INDIANA:**
Purdue University Cancer Center
Director: William Baird, PhD ................................317/494-9129

**MAINE:**
The Jackson Laboratory
Director: Kenneth Paigen, PhD ............................207/288-3371

**MARYLAND:**
The Johns Hopkins Oncology Center
Director: Martin Abeloff, MD ...............................410/955-8800

**MASSACHUSETTS.**
Dana-Farber Cancer Institute
Director: Christopher T. Walsh, PhD ....................617/632-3000

Massachusetts Institute of Technology
Center for Cancer Research ................................617/253-6421

**MICHIGAN:**
University of Michigan Comprehensive Cancer Center
Director: Max S. Wicha, MD ...............................313/936-9583

Meyer L. Prentis Comprehensive Cancer Center
of Metropolitan Detroit
Director: Laurence H. Baker, DO .........................313/745-8870

**MINNESOTA:**
Mayo Comprehensive Cancer Center
Director: John S. Kovach, MD .............................507/284-4713

**NEW HAMPSHIRE.**
Norris Cotton Cancer Center
Dartmouth-Hitchcock Medical Center
Director: Edward Bresnick, MD ............................603/650-5000

**NEW YORK:**
Albert Einstein College of Medicine
Cancer Research Center
Director: Matthew D. Scharff, MD .........................718/430-2000

American Health Foundation
President: Ernst Wynder, MD ..............................212/953-1900

Cold Spring Harbor Laboratory
Director: Jane Watson, PhD ................................516/367-8397

Columbia University Comprehensive Cancer Center
Director: I. Bernard Weinstein, MD ........................212/305-6921

Kaplan Comprehensive Cancer Center
New York University Medical Center
Director: Vittorio Defendi, MD .............................212/263-6485

Memorial Sloan-Kettering Cancer Center
President: Paul A. Marks, MD ..............................800/525-2225

Nelson Institute for Environmental Medicine
New York University Medical Center
Director: Max Costa, PhD ..................................212/263-5280

Roswell Park Cancer Institute
Director: Thomas B. Tomasi, MD, PhD ...................800/ROSWELL

University of Rochester Cancer Center
Interim Director: Robert E. Borch, MD, PhD .............716/275-4911

**NORTH CAROLINA:**
Wake Forest University
Comprehensive Cancer Center
Bowman Gray School of Medicine
Acting Head: M. Robert Cooper, MD .....................919/716-4464

Duke University Comprehensive Cancer Center
Director: Robert C. Bast, Jr., MD .........................919/684-3377

Lineberger Cancer Research Center
University of North Carolina
Director: Joseph S. Pagano, MD ..........................919/966-3036

**OHIO:**
Case Western Reserve University
Ireland Cancer Center
Director: Nathan A. Berger, MD ...........................216/844-5432

Ohio State University
Comprehensive Cancer Center
Arthur G. James Cancer Hospital
Director: David E. Schuller, MD ...........................800/638-6996

**PENNSYLVANIA:**
Fels Research Institute
Temple University School of Medicine
Director: John MacDonald, MD ............................215/707-4000

Fox Chase Cancer Center
Director: Robert C. Young, MD .............................215/728-2781

Pittsburgh Cancer Institute
University of Pittsburgh
Director: Ronald B. Herberman, MD .......................412/647-2072

University of Pennsylvania Cancer Center
Director: John H. Glick, MD ................................215/662-6334

Wistar Institute Cancer Center
Director: Giovanni Rovera, MD .............................215/898-3926

**RHODE ISLAND:**
Brown University
Roger Williams Cancer Center
Director: Abby Lee Maizel, MD, PhD ......................401/456-2661

**TENNESSEE:**
Drew-Meharry-Morehouse
Consortium Cancer Center
Director: Louis Bernard, MD ...............................615/327-6927

St. Jude Children's Research Hospital
Director: Arthur W. Niennuis, MD ..........................901/522-0306

**TEXAS:**
San Antonio Cancer Institute
Director: Charles A. Coltman, Jr., MD .....................210/677-3850

M. D. Anderson Cancer Center
University of Texas
President: Charles A. LeMaistre, MD ......................713/792-6000

**UTAH:**
Utah Cancer Center
University of Utah School of Medicine
Director: Dwight T. Janerich, DDS, MPH ..................901/581-4048

**VERMONT:**
Vermont Cancer Center
University of Vermont
Interim Director: Richard Albertini, MD ....................802/656-4414

**VIRGINIA:**
Massey Cancer Center
Medical College of Virginia/VCU
Director: I. David Goldman, MD ............................804/786-9722

University of Virginia Cancer Center
Director: Charles Myers, MD ...............................304/924-5811

**WASHINGTON:**
Fred Hutchinson Cancer Research Center
Director: Robert W. Day, MD, PhD ........................206/667-5000

**WISCONSIN:**
Comprehensive Cancer Center
University of Wisconsin
Director: Paul P. Carbone, MD .............................608/263-8600

McArdle Laboratory for Cancer Research
University of Wisconsin Medical School
Director: Norman Drinkwater, PhD .........................608/262-2177

About Face .................................................416/944-3223
Support groups for patients with facial disfigurations.

AIDS Action Council ........................................202/986-1300
Lobbies for AIDS research, education and policy issues.

AMC Cancer Research Center ..............................800/525-3777
.................................................................303/233-6501(in CO)
Operates Cancer Information and Counseling Line
on cancer symptoms and treatment, support groups
and resources for financial aid and transportation services.

American Brain Tumor Association .........................800/886-2282
.................................................................707/827-9910 (in IL)
Provides information on brain tumors and treatment.

American Cancer Society (ACS) ............................800/227-2345
Offers patient and family educational programs
and raises money for cancer research.

2300594

HIGHLY CONFIDENTIAL

R2-039918

American Foundation for Urologic Disease ...................................800/242-2383
  Provides educational information about various urologic diseases.

American Institute for Cancer Research .......................................800/843-8114
  Provides information to help cancer patients cope
  with special nutritional needs and problems. Also has
  national cancer support group, "Pen Pals Support Network."

American Lung Association .............................................................212/315-8700
  Local chapters have support groups for patients
  with lung disease (although not specifically for lung cancer).

Better Together Club .....................................................................800/422-8811
  For patients with ostomies, created and funded by
  ConvaTec, an ostomy supply firm.

Biological Therapy Institute Foundation.....................................615/790-7535
  Provides information regarding the use of
  biopharmaceuticals in cancer therapy.

Bone Marrow Transplant Family Support Network .................800/826-9376
  Provides support for families coping with bone marrow transplants.

Bone Marrow Transplant (BMT) Newsletter...............................708/831-1913
  Provides information about bone marrow transplant
  procedures, insurance, and psychosocial aspects of recovery.

The Burger King Cancer Caring Center......................................412/622-1212
  Provides emotional support for cancer patients and their families.

CAN ACT (Cancer Patients Action Alliance) .............................718/522-4607
  Advocates increased access to treatment for cancer patients.

CANCERFAX* ...................................................................................301/402-5874
  Receive the most current cancer treatment information from the National
  Cancer Institute. Information is available 24 hours a day, 7 days a week in
  English and Spanish. Updated monthly.

Cancer Care, Inc. ............................................................................212/302-2400
  Counseling and financial support.

Cancer Conquerors Foundation ..................................................800/238-6479
  Offers cancer survival training programs and self-study
  materials with specific emphasis on body/mind/spirit integration.

Cancer Federation, Inc. .................................................................714/682-7989
  Funds cancer research programs.

Cancer Guidance Hotline ..............................................................412/261-2211
  Links callers with trained volunteers who have
  experienced cancer themselves or within their families.

Cancer Information Line .................................................................310/490-7392
  Provides information on cancer risks, screening,
  diagnosis, treatment and support.

Cancer Information and Support...................................................800/221-2141
  Provides information and peer support
  to patients with breast cancer.

Cancer Information Service ...........................................................800/422-6237
                                                                                         (800/4-CANCER)
  Information on cancer causes, prevention, detection,
  diagnosis, treatment, rehabilitation and research;
  supported by the National Cancer Institute.

Cancer Support Network .............................................................412/361-8600
  Provides emotional and psychological support
  through support groups, educational programs,
  community workshops, advocacy, and social gatherings.

Cancervive ......................................................................................213/203-9232
  Assists cancer survivors to face and overcome
  the challenges of "Life After Cancer."

ChemoCare .....................................................................................800/55-CHEMO
                                                                                         908/233-1103 (in NJ)
  Provides one-on-one support to people undergoing
  chemotherapy and/or radiation treatment from
  volunteers who have survived the treatment themselves.

Chemotherapy Foundation ...........................................................212/213-9292
  Supports development of improved cancer drug therapy
  through education and grant support for basic research.

Choice in Dying ..............................................................................212/366-5540
  Provides information on the living will, durable
  power of attorney, and advice and counseling (legal and personal)
  regarding terminal-care decision making.

Corporate Angel Network (CAN) ...............................................914/328-1313
  Helps arrange free transportation to and from
  distant treatment centers using corporate
  aircraft that have empty seats during business trips.

Encore .............................................................................................212/614-2700
  National YWCA discussion and exercise program
  for women who have had breast cancer surgery.

Families Against Cancer (FACT) .................................................315/446-5326
  A grassroots coalition in support of a new and
  more vigorous national policy on cancer.

Hospice Link ...................................................................................800/331-1620
                                                                                         203/767-1620
  Offers information about hospice care and can refer
  cancer patients and their families to local hospice programs.

International Association of Cancer
  Victors and Friends, Inc.............................................................310/822-5032
  Supports independent research for cancer therapies
  and provides information on role of nutrition in cancer.

International Association of Laryngectomees............................404/329-7561
                                                                                         404/329-7622
  Provides information and support for pre- and
  post-laryngectomy patients.

International Myeloma Foundation ..............................................800/452-CURE
  Promotes education and research in the treatment
  and/or prevention of myeloma.

Johanna's On Call to Mend Esteem .........................................518/482-4178
  Rehabilitation nursing service for patients with cancer.

Leukemia Society of America .....................................................800/955-4572
  Provides patient/family support groups, educational
  materials, and financial assistance for outpatient chemotherapy.

Look Good, Feel Better ................................................................800/395-5665
  Joint venture of ACS National Cosmetics Assn. and
  Cosmetic, Toiletry and Fragrance Association; provides
  educational services on enhancing personal appearance
  of people recovering from cancer.

Lymphoma Foundation of America ............................................202/223-6181
  Provides phone referrals for patients to self-help groups,
  peer counseling and advocacy.

Make Today Count ........................................................................800/432-2273
  A mutual support organization for persons with
  a life-threatening illness.

My Image After Breast Cancer ...................................................703/461-9616
  Maintains a 24-hour HOPEline staffed by breast cancer
  survivors to provide current, medically approved information
  to women newly diagnosed with breast cancer, or concerned
  about breast disease.

National AIDS Clearinghouse ......................................................800/458-5231
  Resource for information on HIV/AIDS programs, services
  and referrals.

National Alliance of Breast Cancer Organizations (NABCO) .................212/719-0154
  Resource for information on breast cancer
  detection and treatment.

National Bone Marrow Transplant Link (BMT Link) ...............800/LINK-BMT
  Reduces the burden of those affected by bone marrow
  transplantation and promotes public understanding.

National Brain Tumor Foundation ..............................................800/934-2873
  Supports research on causes of and
  treatments for brain cancer.

National Cancer Institute .............................................................800/422-6237
                                                                                         301/496-5583 (in MD)
  Provides information on a range of cancer topics.

National Cancer Survivors Day (NCSD) ...................................615/790-2400
  America's nationwide, annual celebration of life
  for cancer survivors, their families, friends and oncology teams.
  NCSD is celebrated on the first Sunday in June of each
  year in communities throughout America.

National Chronic Pain Outreach Association ............................301/652-4948
  Provides listings of pain support groups, pain management
  professionals, and pain clinics nationwide.

2300595

HIGHLY CONFIDENTIAL                                        R2-039919





National Coalition for Cancer Research (NCCR) ..................202/544-1880
  Educates the public and elected officials about the
  need to provide a supportive environment for the successful
  implementation of the National Cancer Act.

National Coalition for Cancer Survivorship (NCCS) ..............301/650-9127
  Coalition of organizations working in areas
  of cancer support and survivorship.

National Consumer Insurance Helpline .........................800/942-4242

National Health Information Center ...........................800/336-4797
  ............................................................301/565-4167 (in VA)
  Telephone referral service with comprehensive
  database of organizations and resources dealing
  with various health issues, including all forms of cancer.

National Hospice Organization ................................800/658-8898
  Provides information about hospice care to patients and
  families; also referral to local, regional and national resources.

National Kidney Cancer Association ...........................708/332-1051
  Provides information, sponsors research, and acts as
  an advocate on behalf of patients with kidney cancer.

National Lymphedema Association ..............................800/541-3259
  Provides information on the prevention and management
  of primary and secondary lymphedema.

National Marrow Donor Program ................................800/627-7692
  ............................................................612/627-5800
  Keeps registry of potential bone marrow donors.

National Self-Help Clearinghouse .............................212/642-2944
  Provides information on local self-help groups and resources.

Oley Foundation ..............................................300/776-6539
  Provides patient/family support groups for consumers
  of home parenteral and/or enteral nutrition therapy.

Patient Advocates for Advanced Cancer Treatments (PAACT) ......616/453-1477
  An association for both patients and physicians
  for diagnostic and therapeutic treatments of prostate cancer.

PDQ (Physician Data Query) ...................................300/4-CANCER
  The National Cancer Institute's computerized listing
  of up-to-date information on the latest types
  of cancer treatments, research studies, and clinical trials.

Pharmaceutical Manufacturers Association .....................800-PMA-INFO
  ............................................................202/393-5200 (in DC)
  Up-to-date directory of company programs that provide
  drugs to physicians whose patients could not otherwise
  afford them.

Pull-Thru Network ............................................708/665-1258
  ............................................................516/368-7792
  Provides information and support groups for parents
  of children with ostomies.

The Rainbow Foundation for Brain Tumor Research ..............914/928-3633
  Funds research on causes and treatment of brain tumors
  and provides support group network for patients and families.

Share: Self-Help for Women With Breast & Ovarian Cancer.......212/382-2111
  Promotes increased attention to and resources for
  the prevention and treatment of breast and ovarian cancer.

Skin Cancer Foundation .......................................212/725-5176
  Clearinghouse for information on the prevention
  and treatment of melanoma and other skin cancers.

Spirit and Breath Association ................................708/673-1384
  Provides telephone counseling/networking
  for patients with lung cancer.

Susan G. Komen Breast Cancer Foundation ......................300-I'M AWARE
  Supports research, education, screening
  and treatment of breast cancer.

United Ostomy Association ....................................714/660-8624
  Provides information to and visits patients with ostomies.

The Wellness Community .......................................310/314-2555
  Provides free psychosocial support to people recovering from cancer.

Y-ME National Organization for Breast Cancer Information and Support
  ............................................................300/221-2141
  Provides information and peer support to patients with breast cancer.

## PATIENT INFORMATION & SUPPORT - PEDIATRIC

Association for the Care of Children's Health ................301/654-6549
  Provides information for healthcare professionals
  and parents coping with children with chronic
  and life-threatening illnesses.

Association for Research of Childhood Cancer .................716/681-4433
  Provides support group for parents of children
  with cancer, and funds pilot projects in cancer research.

Candlelighters Childhood Cancer Foundation ..................301/657-8401
  ............................................................800/366-2223
  Provides self-help and support groups for parents
  and families whose children have or have had cancer.

Children's Hospice International ..............................703/684-0330
  Hotline ....................................................800/242-4453
  Provides support network for dying children and their families.

Ever Forward Foundation, Inc. ...............................503/224-9207
  Children with cancer are eligible to become members
  of the Kangaroo Klub, which provides age-appropriate
  communication and encouragement.

Federation for Children with Special Needs ...................617/482-2915
  Headquarters of the "National Parent Resource Center Project"
  to assist and ensure collaboration between
  healthcare professionals and parents.

The Kids on the Block, Inc. ..................................800/368-5437
  ............................................................410/290-9095 (in MD)
  Provides educational programs using child-sized
  puppets to teach children about cancer and pediatric care.

Make a Wish Foundation of America ............................800/722-9474
  Fulfills the favorite wish of a child under the age of 18
  with a life-threatening or terminal illness.

Ronald McDonald Houses .......................................312/836-7384
  Provides place for children and their parents to stay during
  the child's hospital treatment.

SKIP (Sick Kids Need Involved People) ........................212/421-9160
  Provides case management and advocacy services
  to families of children with complex healthcare needs.

M. D. Anderson Cancer Center,
  Drug Information ...........................................713/792-2855

Memorial Sloan-Kettering Cancer Center,
  Drug Information ...........................................212/639-7552

University of California at San Francisco School of Pharmacy,
  Drug Information ...........................................415/476-4046

2300596

- 52 -

HIGHLY CONFIDENTIAL

R2-039920

MANUFACTURERS' DRUG REIMBURSEMENT HOTLINES

Trade Name [Drug Generic Name]
Manufacturer, Hotline, and Services*

Actimmune* [Interferon Gamma-1b]
  Genentech ................................................. 800/879-4747  1,4,5

Adriamycin PFS™ [Doxorubicin HCl]
  Adria ...................................................... 800/366-5570  1

Alkeran* [Melphalan]
  Burroughs Wellcome ...................................... 800/423-6869  4
  Patient Assistance Program ............................... 800/722-9294  1

Abitrext* [Tuberculin Test]
  Parke-Davis .............................................. 800/755-0120  1

Aredia* [Pamidronate Disodium]
  Chiron Therapeutics ...................................... 800/939-4242  5

BiCNU* [Carmustine]
  Bristol-Myers Oncology Division .......................... 800/872-8718  4
  Oncology Access Program .................................. 800/272-4878  1

Blenoxane* [Bleomycin]
  Bristol-Myers Oncology Division .......................... 800/872-8718  4
  Oncology Access Program .................................. 800/272-4878  1

CeeNu* [Lomustine]
  Bristol-Myers Oncology Division .......................... 800/872-8718  4
  Oncology Access Program .................................. 800/272-4878  1

Cladribine - 2-CdA* [Leustatin]
  Ortho Biotech ............................................ 800/553-3851  3,4,5
  Financial Assistance Program ............................. 800/447-3437  1

Compazine* [Prochlorperazine]
  SmithKline Beecham ....................................... 215/751-5722  1,5

Cytovene* [Ganciclovir]
  Syntex ................................................... 800/444-4200  1

Cytoxan* [Cyclophosphamide]
  Bristol-Myers Oncology Division .......................... 800/872-8718  4
  Oncology Access Program .................................. 800/272-4878  1

Desferal* [Deferoxamine Mesylate]
  Ciba Pharmaceuticals ..................................... 800/742-2422  5
  Patient Support Program .................................. 800/257-3273  1

Diagnostic Services
  Bristol-Myers Squibb ..................................... 800/842-4296  5

Eocogen* [Epoetin alfa]
  Amgen .................................................... 800/272-9376  1,4,5

Ergamisol* [Levamisole HCl]
  Janssen Pharmaceuticals .................................. 800/544-2987  1

Fludara* for Injection [Fludarabine Phosonate]
  Berlex ................................................... 800/473-5832  1,4,5

Fluorouracil [Adrucil*]
  Adria .................................................... 800/366-5570  1

Fluorouracil
  Roche Laboratories ....................................... 800/443-6676  3,4,5
  Cost Assistance Program .................................. 800/526-6367  1

FUDR* [Floxuridine]
  Roche Laboratories ....................................... 800/443-6676  3,4,5
  Cost Assistance Program .................................. 800/526-6367  1

Gamimune* N [Immune Globulin]
  Cutter/Miles ............................................. 800/288-8374  1,5

Gammagard* [GIV [Immune Globulin]
  Baxter Hyland ............................................ 800/548-4448  1,4,5

Gammar* [Immune Globulin]
  Armour ................................................... 800/676-4266  5

Hydrea* [Hydroxyurea]
  Bristol-Myers Oncology Division .......................... 800/872-8718  4
  Oncology Access Program .................................. 800/272-4878  1

Idamycin* [Idarubicin HCl]
  Adria .................................................... 800/366-5570  1

Ifex - Mesnex * [Ifosfamide/Mesna]
  Bristol-Myers Oncology Division .......................... 800/872-8718  4
  Oncology Access Program .................................. 800/272-4878  1

Infusion Devices
  I-Flow* .................................................. 800/448-3569  5

Infusion Devices
  Ivion Corporation ........................................ 800/624-8466  4,5

Infusion Devices
  Medtronic, Inc. .......................................... 800/328-0810  5

Infusion Devices
  Pharmacia Deltec ......................................... 800/433-5832  5

Interleukin 2 [Aldesleukin, Proleukin*]
  Chiron Therapeutics ...................................... 800/775-7533  5

Intron* A [Interferon Alfa-2b]
  Schering ................................................. 800/521-7157  1,3,4

Kytril* [Granisetron]
  SmithKline Beecham ....................................... 800/699-3806  5
  Financial Assistance Program ............................. 800/366-8900  1

Lasix* [Furosemide]
  Hoechst-Roussel .......................................... 800/422-4779  1

Leukine* [GM-CSF/Sargramostim]
  Immunex .................................................. 800/321-4669  1,5
  Patient Assistance Program ............................... 206/587-0430  1

Leustatin* [Cladribine]
  Ortho Biotech ............................................ 800/447-3437  1

Lupron* [Leuprolide]
  TAP ...................................................... 800/453-8438  1,5

Lysodren* [Mitotane]
  Bristol-Myers Oncology Division .......................... 800/872-8718  4
  Oncology Access Program .................................. 800/272-4878  1

Megace* [Megestrol Acetate]
  Bristol-Myers Oncology Division .......................... 800/872-8718  4
  Oncology Access Program .................................. 800/272-4878  1

Methotrexate Sodium
  Immunex .................................................. 800/321-4669  1,5
  Patient Assistance Program ............................... 206/587-0430  1

Mesnex* [Mesna]
  Bristol-Myers Oncology Division .......................... 800/872-8718  4
  Oncology Access Program .................................. 800/272-4878  1

Mutamycin* [Mitomycin]
  Bristol-Myers Oncology Division .......................... 800/872-8718  4
  Oncology Access Program .................................. 800/272-4878  1

Mycostatin* Pastilles [Nystatin Lozenges]
  Bristol-Myers Oncology Division .......................... 800/872-8718  4
  Oncology Access Program .................................. 800/736-0003  1

Neosar* [Cyclophosphamide]
  Adria .................................................... 800/366-5570  1

Neupogen* [G-CSF/Filgrastim]
  Amgen .................................................... 800/272-9376  1,4,5

Nipent* [Pentostatin]
  Parke-Davis .............................................. 800/755-0128  1,5

Novantrone* [Mitoxantrone]
  Immunex .................................................. 800/321-4669  1,5
  Patient Assistance Program ............................... 206/587-0430  1

Oncaspar* [Pegaspargase]
  Rhone-Poulenc Rorer ...................................... 800/996-6626  5

Paraplatin* [Carboplatin]
  Bristol-Myers Oncology Division .......................... 800/872-8718  4
  Oncology Access Program .................................. 800/272-4878  1

Platinol* [Cisplatin]
  Bristol-Myers Oncology Division .......................... 800/872-8718  4
  Oncology Access Program .................................. 800/272-4878  1

Procrit* [Epoetin alfa]
  Ortho Biotech PROCRITline * .............................. 800/553-3851  2,4,5

Retrovir* [AZT/Zidovudine]
  Burroughs Wellcome ....................................... 800/423-6869  4
  Patient Assistance Program ............................... 800/722-9294  1

Roferon* -A [Interferon Alfa-2a]
  Roche Laboratories ....................................... 800/443-6676  3,4,5
  Cost Assistance Program .................................. 800/526-6361  1

- 54 -

2300597

Rubex® (Doxorubicin HCl)
Bristol-Myers Oncology Division ........................................800/872-8718    4
Oncology Access Program ..................................................800/272-4878    1

Sandoglobulin® (Immune Globulin)
Sandoz ...............................................................................800/772-7556    5
Financial Assistance Program ............................................800/447-6673    1

Sandostatin® (Octreotide Acetate)
Sandoz ...............................................................................800/772-7556    5
Financial Assistance Program ............................................800/447-6673    1

Tagamet® (Cimetidine HCl)
SmithKline Beecham ..........................................................215/751-5722    1,5

Tarabine PFS™ (Cytarabine)
Adria ..................................................................................800/366-5570    1

TAXOL® (Paclitaxel)
Bristol-Myers Oncology Division ........................................800/872-8718    4
Oncology Access Program ..................................................800/736-0003    1

Teslac® (Testolactone)
Bristol-Myers Oncology Division ........................................800/872-8718    4
Oncology Access Program ..................................................800/272-4878    1

TheraCys® (BCG, Live Intravesical)
Connaught Laboratories ......................................................717/839-4517    1

Thiotepa
Immunex ............................................................................800/321-4669    4,5
Patient Assistance Program ...............................................206/587-0430    1

TICE BCG® (BCG Vaccine)
Organon .............................................................................800/234-8423    5

Transderm Scop® (Scopolamine)
Ciba Pharmaceuticals .........................................................800/742-2422    5
Patient Support Program ....................................................800-257-3273    1

VePesid® (Etoposide)
Bristol-Myers Oncology Division ........................................800/872-8718    4
Oncology Access Program ..................................................800/272-4878    1

Videx® (ddI/Didanosine)
Bristol Laboratories ............................................................800/788-0123    1,4,5
Oncology Access Program ..................................................800/272-4878    1

Vincasar PFS™ (Vincristine)
Adria ..................................................................................800/366-5570    1

Vumon® (Teniposide)
Bristol-Myers Oncology Division ........................................800/872-8718    4
Oncology Access Program ..................................................800/272-4878    1

Zofran® (Ondansetron)
Glaxo .................................................................................800/745-2967    5
Indigent Patient Program ...................................................800/452-9677    1

Zoladex® (Goserelin Acetate)
Zeneca Pharmaceuticals ......................................................800/767-4424    5

* Services:
1   Free drugs/indigent patient programs
2   Product replacement
3   Dollar cap
4   Reimbursement assistance/interaction with third party payers
5   Reimbursement information and counseling only

## REIMBURSEMENT ASSISTANCE

Comprehensive Reimbursement Consultants, Inc. ...................................800/326-6788
    Reimbursement consulting and hard copy reports on billing codes and
    reimbursement rates for medical products, procedures and drugs.
    Comprehensive database is available on a state-by-state basis.

Documedics, Inc. ..........................................................................................415/589-6465
    Medicare Dx™ customized practice analysis to help physicians maximize
    practice income under RBRVS; based on practice-specific information, projects
    annual Medicare revenues over five years, revenue analysis by procedure
    code, and revenue impact report.
    Also assistance on coding and appealing denials.

Healthcare Financial Management Association (HFMA) .......................202/296-2920
    Information on regulatory issues and RBRVS.
    Ask for Marion Torschia or Ellen Altman.

2300598

- 55 -

HIGHLY CONFIDENTIAL

R2-039922

VAC MDL
0518

2300599

HIGHLY CONFIDENTIAL

R2-039923

## TERMS AND CONDITIONS

By ordering or accepting any goods, you agree to the following terms and conditions.

**New Accounts:** You may establish an account with Oncology Therapeutics Network (the Network) by calling toll-free to 1-800-482-6700 and providing an account representative with proof of license (a copy of the DEA license or state medical license must be on file with the Network). Subsequently, you will be required to submit a completed, signed membership application via mail or fax.

All orders are subject to acceptance by the Network or its agents at its principal place of business.

**Shipping:** Items are shipped prepaid by the Network. Orders for $100.00 or more are shipped free of charge. Orders for less than $100.00 are subject to a $15.00 service charge. (This charge does not apply to back-ordered items.) Drug items are shipped via overnight delivery to arrive no later than 3:30 p.m. the next business day. Refrigerated items or products are not shipped over weekends or holidays. Supply items are shipped via ground courier to arrive in two to three days. Expedited delivery is available upon request for $10.00 as follows: Drug orders are shipped to arrive by 10:30 a.m. the next business day and supply orders are shipped via 2nd day air service. Notwithstanding the above, the Network's only obligation is to make reasonable commercial efforts and, in any event, it cannot be responsible for matters beyond its reasonable control. The above delivery schedule may not be available in certain geographic areas.

Title to merchandise passes to the buyer upon delivery by the carrier. The responsibility of the Network for the merchandise ceases when shipment is delivered and accepted.

**Product Availability:** Items in stock are available for immediate shipment. In the event of excess demand or short supply, the Network may allocate its inventory among its members as it deems appropriate. The Network shall not be liable for failure to fulfill any order or to perform under any contract due to strike, fire, unavoidable accidents, inability to obtain supplies, contingencies of manufacturing or other causes beyond its control. We reserve the right to discontinue and withdraw from the marketplace any product, product size or packaging at any time

without further obligation on the part of the Network.

**Payment Terms:** You will have 75 days from the date of invoice to pay in full for your purchases without incurring finance charges. Purchases that remain unpaid past their due date incur finance charges based on the outstanding balance calculated from the due date until paid at an Annual Percentage Rate of 12% (8.5% in Alaska and Arkansas and 8% in Minnesota) or, if lower, the maximum rate permitted under applicable law. In the event of any overpayment of finance charges, such overpayment shall be applied to the remaining portion of your balance or returned to you. If back payments are due, current orders will not be shipped until payments are received. The Network reserves the right to maintain a credit limit on all accounts.

**Price Changes:** Prices listed are those in effect as of the date of this *Sourcebook*. Prices are subject to change without notice. Prices billed are the prices in effect at the time the order is accepted by the Network.

**Damages and Claims:** Inspect all shipments immediately upon arrival. If you find broken or damaged goods, notify the Network by phone within five days of receiving the shipment, so that we may arrange for pickup and replacement.

**Returned Goods Policy:**

1. The Network reserves the right to determine the eligibility of products to be returned for credit. Returns are subject to final review and evaluation by the Network, and will be processed in accordance with the returned goods policy in effect at the time the product was ordered.

2. All returns made to the Network must be accompanied by an itemized Return Materials Authorization Form and a signed statement that ensures that products were stored according to manufacturer specifications. A Return Materials Authorization Form can be obtained by calling the Customer Service Department at 1-800-482-6700.

3. All returns must be shipped directly to the Network c/o OTNJV, LP, 11698 San Marino Street. Rancho Cucamonga, CA 91730. Sales representatives are not authorized to pick up merchandise.

4. Credit for returns will not be issued for product sold with the specific designation that it is non-

**2300500**

HIGHLY CONFIDENTIAL                                             R2-039924

VAC MDL
0520

returnable. Before placing orders, please refer to the Network *Sourcebook* for specific items that are not eligible for credit and/or return.

5. Because product storage conditions are not within our control once product leaves our facility, the Network has a "No Returns" policy on refrigerated items. Therefore, no credit for returns will be issued for refrigerated products.

6. Product not purchased from the Network will not be accepted for credit and/or return.

7. Expired product may be returned for credit only with prior authorization from the Network. Under no circumstances will credit for returns be issued for products beyond one year of the expiration date.

8. Supply items, except those shipped in error, are not eligible for credit and/or return.

9. Special Order items (i.e., items not listed in the Network *Sourcebook*) are not eligible for credit and/or return.

10. This returned goods policy applies to purchases in the original manufacturer's packaging and in the manufacturer's minimum quantity. Product that has been repackaged or is otherwise known as distressed merchandise, or product not in the original container, is not eligible for credit and/or return.

11. Please notify the Customer Service Department, at 1-800-482-6700, of damages or shortages within five days of delivery, and note the damage or shortage on all delivery receipts or freight bills. Sign only for products actually delivered.

12. The Network will issue credit for authorized returned goods within 30 days of receipt by the Network. *No deduction* can be taken prior to that time.

13. Returns not due to the Network's error will be subject to a $25.00 handling fee.

14. The Network reserves the right to amend this policy by notification of the purchaser.

**Purchase for Own Use:** Sales are made with the express understanding and agreement that merchandise is purchased for sole use in the purchaser's medical practice, and is not intended to be sold or transferred by members for further sale or resale by retailers, wholesalers or other parties.

**Sales Taxes:** We are required by law to collect sales tax in certain jurisdictions. If appropriate we will, therefore, add the proper amount of tax (state, and, if any, local and transit) to your order.

**Liability:** The Network will not be liable under any contract, negligence, strict liability or other theory for any special, indirect, incidental or consequential damages or costs of procurement of substitute goods or services in connection with the subject matter of these terms and conditions or any products or the use, delivery or failure or delay of delivery thereof. The Network is not liable to any member for any loss, claim, or damage resulting from products or the use, delivery, or failure of delivery thereof, and the members hold the Network harmless for any such loss, claim, or damage.

**Warranty Disclaimer:** The Network does not manufacture or test the products it distributes. The manufacturer of the products may warrant certain aspects of the products. THE NETWORK GRANTS NO WARRANTIES, EXPRESSED OR IMPLIED, AND IT DISCLAIMS ALL WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT WITH RESPECT TO THE PRODUCTS DELIVERED HEREUNDER.

**Choice of Law:** The sale of products by the Network to you, the terms and conditions of such sales, and the parties' obligations arising from such sales whether or not such sales are completed, shall be governed by and construed in accordance with California law.

All drug orders shipped via Fed Ex Standard Overnight® Service at no extra cost... When time is critical, ask about Fed Ex Priority Overnight Service.



HIGHLY CONFIDENTIAL

R2-039925

## ALPHABETICAL LISTING OF PRODUCTS

| ITEM | PAGE |
|---|---|
| 2-CdA (2 Chlorodeoxyadenosine) - see Cladribine | 4 |
| 5-FU - see Fluorouracil | 5 |
| Abbokinase Open-Cath - see Urokinase | 14 |
| Actimmune - see Interferon gamma 1b | |
| Adriamycin - see Doxorubicin | 5 |
| Aerosol Protection Device | 2, 3, 43 |
| Alcohol Prep Pads | 38 |
| Aldesleukin - see Interleukin 2 | 6, 11 |
| Alferon N - see Interferon alfa N3 | 11 |
| Alkeran - see Melphalan HCl | 4, 9 |
| Altretamine | 8, 9 |
| Ambulatory Infusion Supplies | 47, 48 |
| A-methaPred - see Methylprednisolone Sod. Succ. | 16 |
| Amikacin Sulfate | 15 |
| Amphotericin B | 15 |
| Ancef - see Cefazolin Sodium | 15 |
| Aplitest - see Tuberculin Test | 10 |
| AquaMEPHYTON - see Phytonadione | 18 |
| Ara-C - see Cytarabine | 4 |
| Aredia - see Pamidronate Disodium | 7, 18 |
| Aristocort - see Triamcinolone Diacetate | 17 |
| Asparaginase | 4 |
| Ativan - see Lorazepam | 13 |
| Bags, infectious waste | 42 |
| BCG, Live Intravesical | 4, 9 |
| Benadryl - see Diphenhydramine HCl | 12, 33 |
| Betamethasone Sodium Phosphate | 12, 16 |
| Betamethasone Sodium Phosphate & Acetate | 12, 16 |
| BiCNU - see Carmustine | 2, 4 |
| Blenoxane - see Bleomycin Sulfate | 3, 4 |
| Bleomycin Sulfate | 3, 4 |
| Blood Collection Set | 35 |
| Bone Marrow Biopsy/Aspiration Needles and Trays | 45, 46 |
| "Butterfly" Infusion Sets - see Winged Infusion Sets | 25, 26 |
| Carboplatin | 2, 4 |
| Carmustine | 2, 4 |
| Catheter Dressing Change Kit | 38 |
| Catheters, Peripherally Inserted | 48 |
| CeeNu - see Lomustine | 2, 6, 8 |
| Cefazolin Sodium | 15 |
| Ceftazidime | 15 |
| Ceftriaxone Sodium | 15 |
| Celestone Phosphate - see Betamethasone Sodium Phosphate | 12, 16 |
| Celestone Soluspan - see Betamethasone Sodium Phosphate & Acetate | 12, 16 |
| Cerubidine - see Daunorubicin | 5 |
| Chemo Dispensing Pins | 43 |
| Chemo Gloves - see Gloves | 42 |
| Chemotherapy containers | 44 |
| Chlorpromazine | 12 |
| Cimetidine HCl | 17, 33 |
| Cisplatin | 2, 4 |
| Cladribine | 4 |
| Compazine - see Prochlorperazine | 9, 13 |
| Cosmegen - see Dactinomycin | 5 |
| Cyanocobalamin | 17 |
| Cyclophosphamide | 3, 4, 8 |
| Cytarabine | 4 |
| CytoGuard - see Aerosol Protection Device | 2, 3, 43 |
| Cytosar U - see Cytarabine | 4 |
| Cytovene - see Ganciclovir Sodium | 15 |
| Cytoxan - see Cyclophosphamide | 3, 4, 8 |
| D5W - see Dextrose 5% in Water | 33, 39, 40 |
| Dacarbazine | 5 |
| Dactinomycin | 5 |
| Daunorubicin HCl | 5 |
| DDAVP - see Desmopressin Acetate | 16 |
| Decadron - see Dexamethasone | 8, 12, 16, 33 |
| Deca-Durabolin - see Nandrolone Decanoate | 16 |
| Deferoxamine Mesylate | 17 |
| Delalutin - see Hydroxyprogesterone Caproate | 16 |
| Depo-Medrol - see Methylprednisolone Acetate | 16 |
| Depo-Provera - see Medroxyprogesterone Acetate | 16 |
| Depo-Testosterone - see Testosterone Cypionate | 17 |
| Desferal - see Deferoxamine Mesylate | 17 |
| Desmopressin Acetate | 16 |
| Dexamethasone | 8, 12, 16, 33 |
| Dextrose 5% in Lactated Ringers | 40 |
| Dextrose 5% in Sodium Chloride | 40 |
| Dextrose 5% in Water | 33, 39, 40 |
| DHPG - see Ganciclovir Sodium | 15 |
| Diazepam | 12 |
| Diphenhydramine HCl | 12, 33 |
| DMSO (Dimethyl Sulfoxide) | |
| Doxorubicin | 3 |
| Doxycycline Hyclate | |
| DTIC-Dome - see Dacarbazine | |
| Dust/Mist Respirator Mask | |
| Elspar - see Asparaginase | |
| Empty evacuated container, glass | |
| Engerix-B - see Hepatitis B Vaccine | |
| Epinephrine | |
| Epoetin alfa | |
| Epogen - see Epoetin alfa | |
| Ergamisol - see Levamisole | 6 |
| Erythropoietin - see Epoetin alfa | |
| Etoposide | 2, 5 |
| Eye Goggles | |
| Fiber Drum - see Waste Containers | |
| Filgrastim - see G-CSF | |
| Filter Needles | |
| Floxuridine | |
| Fludara - see Fludarabine Phosphate | |
| Fludarabine Phosphate | |
| Flu-Immune - see Influenza Virus Vaccine | |
| Flumazenil | |
| Fluorouracil | |
| Fluzone - see Influenza Virus Vaccine | |
| Fortaz - see Ceftazidime | |
| FUDR - see Floxuridine | |
| Fungizone - see Amphotericin B | |
| Furosemide | |
| G-CSF (Filgrastim) | |
| Gamimune N - see Immune Globulin Intravenous | |
| Gammagard - see Immune Globulin Intravenous | |
| Gammar - see Immune Globulin Intravenous | |
| Ganciclovir Sodium | |
| Gentamicin Sulfate | |
| Gloves | |
| GM-CSF (Sargramostim) | 10 |
| Goserelin Acetate | |
| Gowns | |
| Granisetron HCl | |
| GRIPPER Needles | |
| Haldol - see Haloperidol | |
| Haloperidol | |
| Heparin Locks - see Injection Caps | |
| Heparin Sodium | |
| Hepatitis B Immune Globulin | |
| Hepatitis B Vaccine | |
| Hexadrol - see Dexamethasone | 3, 12, 16 |
| Hexalen - see Altretamine | |
| Hexamethylmelamine - see Altretamine | |
| Huber Needles - see Non-Coring Needles | 27, 28, 29, 30 |
| Hyaluronidase | |
| Hydrea - see Hydroxyurea | 3, 5, 3 |
| Hydrocortisone Acetate | 13 |
| Hydrocortisone Sod. Succ. | 13 |
| Hydroxyprogesterone Caproate | |
| Hydroxyurea | 3, 5, 3 |
| Hydroxyzine | |
| Idamycin - see Idarubicin Hydrochloride | |
| Idarubicin Hydrochloride | |
| Ifex/Mesnex - see Ifosfamide/Mesna | 3, 5 |
| Ifosfamide/Mesna | 3, 5 |
| IL-2 - see Interleukin 2 | 3 |
| Imferon - see Iron Dextran | |
| Immune Globulin Intravenous | |
| Inapsine - see Droperidol | |
| InFeD - see Iron Dextran | |
| Influenza Virus Vaccine | |
| Injection Caps (Heparin Locks) | |
| Interferon alfa 2a | |
| Interferon alfa 2b | |
| Interferon alfa N3 | |
| Interferon gamma-1b | |
| Interleukin 2 (Aldesleukin) | 5 |
| Intron A - see Interferon alfa 2b | |
| Iron Dextran | |
| IV Adapters | 33 |
| IV Administration Sets | 33, 34, 35, 36 |
| IV Bottles | 33 |
| IV Extension Sets | |
| IV Filters | 33 |
| IV Start Kits with Tegaderm | |
| Kefzol - see Cefazolin Sodium | |

2300602

HIGHLY CONFIDENTIAL

R2-039926

Kenalog 40 - see Triamcinolone Acetonide ....................17
Ketorolac Tromethamine ....................13
Kytril - see Granisetron HCl ....................12
Labels ....................40
Lactated Ringers ....................17
Lasix - see Furosemide ....................6
Leucovorin ....................6, 8
Leucovorin Calcium ....................6, 8
Leukine - see GM-CSF ....................10, 11
Leuprolide Acetate ....................6
Leuprolide Acetate Depot ....................6
Leustatin - see Cladribine ....................4
Levamisole HCl ....................6, 8
Lidocaine ....................13, 17
Lomustine ....................2, 6, 8
Lorazepam ....................13
Lumbar Puncture Tray ....................46
Lupron - see Leuprolide Acetate ....................6
Lupron Depot - see Leuprolide Acetate Depot ....................6
Lysodren - see Mitotane ....................2, 7, 9
Magnesium Sulfate ....................17, 38
Mannitol ....................18, 38
Mechlorethamine HCl ....................6
Medroxyprogesterone Acetate ....................3, 5, 9
Megace - see Megestrol Acetate ....................3, 6, 9
Megestrol Acetate ....................3, 6, 9
Melphalan HCl ....................6, 9
Mesna ....................3, 6
Mesnex - see Mesna ....................3, 6
Methotrexate ....................6, 7, 9
Methylprednisolone Acetate ....................16
Methylprednisolone Sod. Succ. ....................16
Metoclopramide ....................13
Mexate - see Methotrexate ....................6, 7, 9
Midazolam ....................13
Mithracin - see Plicamycin ....................7
Mitomycin ....................2, 7
Mitomycin - see Mitomycin ....................2, 7, 9
Mitotane ....................7
Mitoxantrone ....................18
Multivitamins ....................10
Mumps Skin Test (MSTA) ....................10
Mumps Virus Vaccine ....................10
Mustargen - see Mechlorethamine HCl ....................6
Mutamycin - see Mitomycin ....................2, 7
MVC 9 + 3 - see Multivitamins ....................10
Mycostatin Pastilles - see Nystatin ....................3, 15
Narcillin Sodium ....................15
Naloxone ....................18
Nandrolone Decanoate ....................18
Narcan - see Naloxone ....................18
Needles ....................19, 20, 21, 22, 23, 24, 45
Neupogen - see G-CSF ....................10
NeuTrexin - see Trimetrexate gluconate ....................7, 15
Nipent - see Pentostatin ....................7
Nitrogen Mustard - see Mechlorethamine HCl ....................6
Non-Coring Needles ....................30, 31, 32
Novantrone - see Mitoxantrone ....................18
Nystatin ....................3, 15
Octamide PFS - see Metoclopramide ....................13
Octreotide Acetate ....................16
Oncaspar - see Pegaspargase ....................7
Oncovin - see Chemo Dispensing Pins ....................33
Oncovin - see Vincristine ....................3
Ondansetron HCl ....................3, 13
OSHA Standard Compliance Methods ....................41
Paclitaxel ....................3, 7
Pamidronate Disodium ....................7, 18
Paracentesis Tray ....................46
Paraplatin - see Carboplatin ....................2, 4
Pegaspargase ....................7
Pentostatin ....................7
Pharmacia Deltec CADD Pump Supplies ....................48
Phenergan - see Promethazine HCl ....................13
Phytonadione ....................18
Platinol - see Cisplatin ....................2, 4
Platinol - AQ - see Cisplatin ....................2, 4
Plicamycin ....................7
Pneumococcal Vaccine Polyvalent ....................10
Pneumovax 23 - see Pneumococcal Vaccine Polyvalent ....................10
Pnu-Immune - see Pneumococcal Vaccine Polyvalent ....................10
Potassium Chloride ....................18, 38
Povidone Iodine Ointment ....................38
Prednisolone Acetate ....................16, 17
Preplnjection Site Mats ....................44

Prochlorperazine ....................9, 13
Procrit - see Epoetin alfa ....................10
Proline - see GM-CSF ....................10, 11
Proleukin - see Interleukin 2 ....................6, 11
Promethazine HCl ....................13
Pump Reservoirs and Sets ....................48
Ranitidine ....................18, 33
Reglan - see Metoclopramide ....................13
Rimso - see DMSO ....................17
Rocephin - see Ceftriaxone Sodium ....................15
Roferon-A - see Interferon alfa 2a ....................11
Romazicon - see Flumazenil ....................17
Rubex - see Doxorubicin ....................3, 5
Sandostatin - see Octreotide Acetate ....................16
Sargramostim - see GM-CSF ....................10, 11
Scopolamine ....................13
Sharps Containers - see Chemotherapy Containers ....................44
Sodium Bicarbonate ....................18, 38
Sodium Chloride ....................33, 38, 39, 40
Sodium Thiosulfate ....................18, 38
Solu-Cortef - see Hydrocortisone Sod. Succ. ....................13, 16
Solu-Medrol - see Methylprednisolone Sod. Succ. ....................16
Spill Kit ....................44
Sterile Water for Injection ....................38, 40
Streptozocin ....................8
Swabsticks ....................38
Syringes ....................19, 20, 21, 22, 23, 24
Tagamet - see Cimetidine ....................17, 33
Tarabine - see Cytarabine ....................5
TAXOL - see Paclitaxel ....................3, 7
TAXOL Administration with non-PVC sets ....................33
Tazicef - see Ceftazidime ....................15
Tazidime - see Ceftazidime ....................15
TB Syringes ....................21, 23
Teniposide ....................7
Tesac - see Testolactone ....................3, 9, 17
Testolactone ....................3, 9, 17
Testosterone Cypionate ....................17
Tetanus Toxoid Adsorbed, USP ....................10
Tetanus Toxoid, USP ....................10
TheraCys - see BCG, Live Intravesical ....................4
Thiethylperazine Maleate ....................9, 14
Thiotepa ....................8
Thoracentesis Tray ....................46
Thorazine - see Chlorpromazine ....................12
Ticarcillin and Clavulanate Potassium ....................15
Tigan - see Trimethobenzamide ....................14
Timentin - see Ticarcillin and Clavulanate Potassium ....................15
Tine Test PPD - see Tuberculin Test ....................10
Tobramycin Sulfate ....................15
Toradol - see Ketorolac Tromethamine ....................13
Torecan - see Thiethylperazine Maleate ....................9, 14
Transderm Scop - see Scopolamine ....................13
Triamcinolone Acetonide ....................17
Triamcinolone Diacetate ....................17
Trimethobenzamide ....................14
Trimetrexate Gluconate ....................7, 15
Tuberculin Test ....................10
Tubersol - see Tuberculin Test ....................10
Unipen - see Narcillin Sodium ....................15
Urokinase ....................18
Valium - see Diazepam ....................12
Vancomycin ....................15
Velban - see Vinblastine Sulfate ....................7, 9
Venoglobulin I.S. - see Immune Globulin Intravenous ....................11
VePesid - see Etoposide ....................2, 5, 9
Versed - see Midazolam ....................13
Vibramycin - see Doxycycline Hyclate ....................15
Vinblastine Sulfate ....................7
Vincasar PFS - see Vincristine ....................3
Vincristine ....................3
Vitamin B12 - see Cyanocobalamin ....................17
Vitamin K - see Phytonadione ....................18
VP16 - see Etoposide ....................2, 5, 9
Vumon - see Teniposide ....................7
Waste Containers ....................44
Winged Infusion Sets ....................25, 26
Winged, Non-Coring Needles ....................27, 28, 29
Wycasa - see Hyaluronidase ....................8
Xylocaine - see Lidocaine ....................13, 17
Zanosar - see Streptozocin ....................8
Zantac - see Ranitidine ....................18, 33
Zofran - see Ondansetron ....................3, 13
Zoladex - see Goserelin Acetate ....................5

CALL 1-800-482-6700

2300603

- 59 -

HIGHLY CONFIDENTIAL

R2-039927



ONCOLOGY
THERAPEUTICS
NETWORK

395 OYSTER POINT BLVD., SUITE 405
SOUTH SAN FRANCISCO, CA 94080
TEL: 800-482-6700  FAX: 800-800-5673

2300604

HIGHLY CONFIDENTIAL                                                                R2-039928



ONCOLOGY

THERAPEUTICS

NETWORK

The Oncology
Drug and Supply

# Sourcebook

*For the Community-Based
Oncology Practice*

Fall 1994

2300605

HIGHLY CONFIDENTIAL

R2-039929

VAC MDL
0525

# Network Dollars Program Multiplies Your Savings

Receive a 5% credit in Network Dollars every time you purchase VePesid® For
Injection or Lyophilized Cytoxan? Then apply your credit toward the purchase
of any other drug or supply item in this *Sourcebook* (with the exception of Bristol
Laboratories and Mead Johnson oncology products). It's that simple.

Call your Network account representative for your balance and
for suggestions on how to apply your Network Dollars.

# Network Support for Manufacturers' Programs

The Network is participating in Glaxo's Zofran® Injection Discount Program and
Amgen's Neupogen® Physician Program. As a participating distributor, we will
provide service to your practice according to the terms of the agreement(s).

■

Both Zofran and Neupogen are eligible items in the Network Dollars program.
The 5% credit you earn with all of your VePesid For Injection and Lyophilized
Cytoxan purchases can be applied to your purchases of Zofran and Neupogen.
Call your account representative for more details.

■

Ortho Biotech has revised its Procrit® Rebate Program
to physician office accounts as follows:

| DESCRIPTION | ORDER QTY | REBATE AMOUNT |
|---|---|---|
| Procrit® 2000 units/mL | 6/box | 0.00 |
| Procrit® 3000 units/mL | 6/box | 0.00 |
| Procrit® 3000 units/mL | 25/box | 0.00 |
| Procrit® 4000 units/mL | 6/box | 2.00 |
| Procrit® 4000 units/mL | 25/box | 2.00 |
| Procrit® 10000 units/mL | 6/box | 7.60 |
| Procrit® 10000 units/mL | 25/box | 9.50 |

Rebates will no longer be offered on the 2000 units/mL and 3000 units/mL sizes.
Rebates for the 4000 units/mL and 10000 units/mL sizes will still be taken
directly off Network invoices. Effective through December 31, 1994.

**2300606**

Text:

**BRISTOL LABORATORIES®**
ONCOLOGY PRODUCTS

All Bristol Laboratories and Mead Johnson oral products are now returnable for credit after product expiration. These products include: Cytoxan® Tablets, Megace® Tablets, Megace® Oral Suspension, VePesid® Capsules, Mycostatin® Pastilles, Teslac,® CeeNU,® and Lysodren.®

In addition, two injectable products have been added to the returnable list: VePesid® Injectable and Platinol®-AQ.

These products are subject to the standard returned goods policy and procedures listed on page 57 of the *Sourcebook*.

| CATALOG NUMBER | NDC NUMBER | HCPCS CODE | BRAND NAME | ITEM | UNIT SIZE | ORDER QTY. | PRICE PER UNIT |
|---|---|---|---|---|---|---|---|
| 900-300 | 0015-3213-30 | J9045 | Paraplatin® | carboplatin, powder | 50 mg | | 60.00† |
| 900-310 | 0015-3214-30 | J9045 | Paraplatin® | carboplatin, powder | 150 mg | | 179.96† |
| 900-320 | 0015-3215-30 | J9045 | Paraplatin® | carboplatin, powder | 450 mg | | 539.92† |
| 200-400 | 0015-3012-18 | J9050 | BiCNU® | carmustine, powder w/diluent | 100 mg | | 61.17† |
| 900-500 | 0015-3070-20 | J9060 | Platinol® | cisplatin, powder | 10 mg | | 25.26† |
| 900-510 | 0015-3072-20 | J9062 | Platinol® | cisplatin, powder | 50 mg | | 113.17† |
| 900-550 | 0015-3220-22 | J9062 | Platinol®-AQ | cisplatin, solution (1 mg/mL) | 50 mg MDV | | 125.20 |
| 900-560 | 0015-3221-22 | J9062 | Platinol®-AQ | cisplatin, solution (1 mg/mL) | 100 mg MDV | | 250.37 |
| 901-200 | 0015-3095-20 | J9182 | VePesid® | etoposide, injection (20 mg/mL) | 100 mg MDV | | ** |
| 901-250 | 0015-3084-20 | J9182 | VePesid® | etoposide, injection (20 mg/mL) | 150 mg MDV | | ** |
| 901-260 | 0015-3061-20 | J9182 | VePesid® | etoposide, injection (20 mg/mL) | 500 mg MDV | | ** |
| 901-270 | 0015-3062-20 | J9182 | VePesid® | etoposide, injection (20 mg/mL) | 1 g MDV | | ** |
| 201-205 | 0015-3091-45 | †† | VePesid® Capsules | etoposide, capsules, 50 mg | 20 per bottle | | 518.99 |
| 903-030 | 0015-3030-20 | | CeeNu® | lomustine, capsules, 10 mg | 20 per bottle | | 65.03 |
| 903-031 | 0015-3031-20 | | CeeNu® | lomustine, capsules, 40 mg | 20 per bottle | | 195.85 |
| 903-032 | 0015-3032-20 | | CeeNu® | lomustine, capsules, 100 mg | 20 per bottle | | 372.23 |
| 903-034 | 0015-3034-10 | | CeeNu® | lomustine, capsules | Dose-Pack | | 60.07 |
| 902-100 | 0015-3001-20 | J9280 | Mutamycin® | mitomycin, powder | 5 mg | | 39.18 |
| 902-110 | 0015-3002-20 | J9290 | Mutamycin® | mitomycin, powder | 20 mg | | 328.29 |
| 902-120 | 0015-3059-20 | J9291 | Mutamycin® | mitomycin, powder | 40 mg | | 663.20 |
| 903-080 | 0015-3080-60 | | Lysodren® | mitotane, tablets, 500 mg | 100 per bottle | | 157.44 |
| 200-410 | 0015-3075-19 | J9999 | Vumon® | teniposide, 50 mg | 5 mL amp | | 115.68† |
| 200-415 | 0015-3075-97 | J9999 | Vumon® | teniposide, 50 mg | 5 mL amp | 10 | 115.68† |
| 561-003 | 0015-3333-01 | | CytoGuard® | aerosol protection device | 1 each | 10 | 2.75* |

**2300608**

*Free with the purchase of any of the following Bristol-Myers Oncology Division products: Lyophilized Cytoxan® cyclophosphamide. For Injection, Mutamycin® mitomycin. For Injection 100-mg and 200-mg vials, Paraplatin® carboplatin. For Injection, and VePesid® etoposide. For Injection.
**Please call for current pricing.
†Because Bristol-Myers Oncology Division cannot be responsible for proper storage conditions after purchase, this product may not be returned for credit.
††Physicians and pharmacies must use the NDC number for this product when filing claims for reimbursement. Please refer to the CPT-J Medications section on page 5 for the NDC number.

- 2 -

**CALL 1-800-482-6700**

HIGHLY CONFIDENTIAL

R2-039932

doneoff