# Exhibit 53

## COMPARISON OF HARTMAN'S SPREADS WITH VEN-A-CARE OR CATALOG'S SPREADS FOR CERTAIN SUBJECT DRUGS FOR 1995 [1]

| Manufacturer | NDC | Description | Hartman's ASP | Ven-A-Care's Best Price | Hartman Spread | Ven-A-Care Spread [2] |
|---|---|---|---|---|---|---|
| Bristol-Myers Squibb | 00015050041 | CYTOXAN INJ 100MG | 4.08 | 2.55 | 30.0% | 108.2% |
| Bristol-Myers Squibb | 00015050141 | CYTOXAN INJ 200MG | 7.62 | 4.25 | 32.7% | 137.9% |
| Bristol-Myers Squibb | 00015053941 | CYTOXAN LYOPHILIZED 100MG | 3.99 | 3.00 | 61.8% | 115.0% |
| Bristol-Myers Squibb | 00015054641 | CYTOXAN LYOPHILIZED 200MG | 7.21 | 5.00 | 69.9% | 145.0% |
| Bristol-Myers Squibb | 00015054741 | CYTOXAN LYOPH 500MG | 15.21 | 10.00 | 69.0% | 157.1% |
| Bristol-Myers Squibb | 00015054841 | CYTOXAN LYOPHILIZED 1GM | 27.97 | 18.00 | 83.9% | 185.7% |
| Bristol-Myers Squibb | 00015054941 | CYTOXAN LYOPHILIZED 2GM | 48.22 | 36.00 | 113.4% | 185.8% |
| Bristol-Myers Squibb | 00015321330 | PARAPLATIN 50MG LYOPHILIZED | 63.05 | 64.90 | 28.7% | 25.0% |
| Bristol-Myers Squibb | 00015321430 | PARAPLATIN 150MG LYO VL | 189.44 | 194.66 | 28.4% | 25.0% |
| Bristol-Myers Squibb | 00015321530 | PARAPLATIN 450MG LYO VL | 569.52 | 583.98 | 28.2% | 25.0% |
| Bristol-Myers Squibb | 00015335122 | RUBEX 10MG LYOPHILIZED | 14.34 | 11.00 | 205.5% | 298.3% |
| Bristol-Myers Squibb | 00015335222 | RUBEX 50MG LYOPHILIZED | 70.24 | 45.00 | 180.7% | 338.1% |
| Bristol-Myers Squibb | 00015335322 | RUBEX 100 MG LYOPHILIZED | 127.01 | 85.00 | 210.4% | 363.9% |
| Bristol-Myers Squibb | 00015347527 | TAXOL 30MG SEM-SYN VIAL | 144.01 | 140.26 | 26.8% | 30.2% |
| Bristol-Myers Squibb | 00015306120 | VEPESID 500MG | 389.79 | 299.00 | 70.7% | 122.5% |
| Bristol-Myers Squibb | 00015306220 | VEPESID 1GM/50ML | 728.28 | 598.00 | 78.0% | 116.8% |
| Bristol-Myers Squibb | 00015308420 | VEPESID INJ 150MG/7.5ML | 122.88 | 89.70 | 66.6% | 128.2% |
| Bristol-Myers Squibb | 00015309520 | VEPESID INJ 100MG/5ML | 75.44 | 59.80 | 80.9% | 128.2% |
| Johnson & Johnson | 59676030301 | PROCRIT 3000 U/ML 6'S | 173.89 | 164.04 [4] | 24.2% | 31.7% |
| Johnson & Johnson | 59676030401 | PROCRIT 4000 U/ML 6'S | 232.21 | 218.76 [5] | 24.0% | 31.7% |
| Johnson & Johnson | 59676031001 | PROCRIT 10000 U/ML 6'S | 537.43 | 530.10 [5] | 23.6% | 29.0% |
| Johnson & Johnson | 59676031002 | PROCRIT 10000 U/ML 25'S | 2,239.98 | 2137.50 [5] | 23.7% | 33.3% |
| Schering-Plough | 59930151504 | ALBUTEROL INHALATION SOLUTION | 6.06 | 7.00 | 130.0% | 99.3% |
| Schering-Plough | 59930150006 | ALBUTEROL SULFATE INHAL. SOL. | 24.52 | 28.80 | 196.1% | 152.1% |
| Schering-Plough | 00085111001 | INTRON A INJECTABLE 18MILLN IU | 162.73 | 165.40 [4] | 21.4% | 19.4% |
| Schering-Plough | 00085053901 | INTRON A INJECTABLE 50MILLN IU | 451.27 | 459.47 [4] | 21.6% | 19.4% |

[1] This document does not include all subject drugs.

[2] For purposes of this analysis, the Ven-A-Care or catalog spread is calculated using Hartman's methodology and the AWPs in Attachment G of Hartman's December 15, 2005 declaration.

[3] Ven-A-Care did not acquire this drug but provided the government with a 1995 Florida Infusion catalog.

[4] Ven-A-Care did not acquire this drug but provided the government with a 1996 Florida Infusion catalog.

[5] Ven-A-Care did not acquire this drug but provided the government with a 1994 Florida Infusion catalog.

Highly Confidential
Subject to Proctective Order