UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

**PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO EXTEND TIME TO REPLY TO TRACK 2 DEFENDANTS' OPPOSITION <u>TO CLASS CERTIFICATION</u>**

The Track 2 Defendants have had several months to prepare their opposition to class certification. They have filed 130 pages of briefs containing several hundred footnotes and citations, new expert reports[1] and boxes of exhibits.  Now they wish to force Class Plaintiffs to respond to this material, some of which is blatantly false and needs to be rebutted, in two weeks. This would allow no time to depose Mr. Dyckman should Plaintiffs choose to do so.  These Defendants also know that class counsel have many other tasks that need to be done:  responding to a voluminous Daubert motion, briefing class notice issues, and continuing discovery on Track 2 and in various state cases.  In sum, Track 2 counsel also know its difficult if not impossible to respond within two weeks and for this reason, with a complete lack of professional courtesy, made even more surprising given the fact they sought and obtained more time themselves, they oppose an extension.

---

[1] Expert report of Zachary Dyckman.

001534-16 114564 V1

The Track 2 Defendants will not be prejudiced and point to no prejudice.  Class 2 will be prejudiced by a lack of meaningful opportunity to respond.  The only prejudice the Track 2 Defendants point to is a possible delay of the July 20 date for a hearing on the Track 2 class motion, but a delay is hardly prejudicial given the status of the case.

| | |
|---|---|
| DATED:  June 23, 2006. | By    /s/ **Steve W. Berman**          |
| | Thomas M. Sobol (BBO#471770) |
| | Edward Notargiacomo (BBO#567636) |
| | Hagens Berman Sobol Shapiro LLP |
| | One Main Street, 4th Floor |
| | Cambridge, MA  02142 |
| | Telephone: (617) 482-3700 |
| | Facsimile: (617) 482-3003 |

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

-2-

-3-

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Shanin Specter
Donald E. Haviland, Jr.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
Facsimile:  (215) 772-1359
Telephone:  (215) 772-1000

**CO-LEAD COUNSEL FOR PLAINTIFFS**

-4-

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

 I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on June 23, 2006, I caused copies of **PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO EXTEND TIME TO REPLY TO TRACK 2 DEFENDANTS OPPOSITION TO CLASS CERTIFICATION** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

            /s/ Steve W. Berman
            Steve W. Berman