**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL No. 1456 |
| _____ | ) ) | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | ) ) ) ) ) ) | Judge Patti B. Saris |

**SCHERING-PLOUGH CORPORATION'S**
**MOTION TO STRIKE CERTAIN SUBJECT DRUGS**

Defendant Schering-Plough Corporation ("Schering") respectfully moves this Court to strike certain subject drugs from the Table of Subject Drugs in the Court's January 30, 2006 Consolidated Order re: Class Certification. The grounds for this motion are set forth in the Memorandum in Support of Schering's Motion to Strike Certain Subject Drugs.

WHEREFORE, Schering and Warrick respectfully request that the motion to strike certain subject drugs be GRANTED and that the Court enter an order in the form attached.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to LR. 7.1, Schering and Warrick respectfully request that oral argument be heard on this motion.

Respectfully Submitted,

/s/ Eric P. Christofferson
John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Eric P. Christofferson (BBO#654087)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Schering-Plough Corporation*

Dated:  June 23, 2006

## CERTIFICATE OF COMPLIANCE WITH LR. 7.1

I hereby certify that counsel for Schering attempted to confer with counsel for Plaintiffs in a good faith effort to resolve or narrow the issues set forth herein.  Although counsel for Plaintiffs said he would consider Schering's motion, he, as of this filing, has not responded to inquiries by counsel for Schering.

/s/ Eric P. Christofferson_____
Eric P. Christofferson

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Eric P. Christofferson_____
Eric P. Christofferson