# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 ) ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | ) Judge Patti B. Saris ) ) ) ) |

## DECLARATION OF JACK MICALI

I, JACK MICALI, hereby declare:

1. I have worked in various capacities for Schering Corporation since 1981. Since September of 1995, I have worked in the business unit that has marketed the drug INTRON-A® ("Intron"). In that Group, I have served as a Professional Sales Representative, a Managed Care Account Manager, a district Sales Manager, a Senior Product Manager for Intron, and – since October of 2002 – as the Director of Oncology Marketing. If called to testify, I could testify competently as to the matters set forth herein.

2. Schering manufactures and sells Intron, which is an immunomodulator. The Food and Drug Administration ("FDA") has approved the various formulations of Intron – identified by National Drug Code number ("NDC") – for particular indications.

3. Intron is primarily a self-administered drug that is indicated for the treatment of Hepatitis, Leukemia, Melanoma, and Follicular Lymphoma. It is occasionally administered by physicians for the treatment of Melanoma, Condyloma, and AIDS-related Karposi's Sarcoma.

4. One of the indications for which Intron is approved by the FDA is Melanoma. Where Intron is indicated for maintenance of Melanoma, it is self-administered. Otherwise, it is administered through induction by a physician.

5. The various presentations of Intron are designed for different uses. Generally, the larger presentations are administered by physicians and the smaller presentations are self-administered, except for some small presentations that are used rarely to treat Condyloma by physicians. Condyloma, which is also known as genital warts, is treated by a physician because Condyloma patients are understandably hesitant to self-inject in their genital areas.

6. I have reviewed the list of Intron NDCs that were attached to the Court's January 30, 2006 Consolidated Order re: Motion for Class Certification in the "List of Subject Drugs." Many of the Intron NDCs on this list are indicated for self-administered use exclusively. Other NDCs are indicated primarily for self-administered use but are rarely administered by a physician. Only one of the NDCs is administered by a physician exclusively.

7. The following Intron NDCs on the List of Subject Drugs are indicated for self-administered use exclusively:

    (a) 00085064705 (3 Million International Units or "MIU"): This NDC is indicated to treat Hepatitis C, Hairy Cell Leukemia, Malignant Melanoma (maintenance), and Follicular Lymphoma.

    (b) 00085012002 (5 MIU): This NDC is indicated to treat Hepatitis B, Hairy Cell Leukemia, Malignant Melanoma (maintenance), and Follicular Lymphoma.

    (c) 00085012003 (5 MIU): This NDC is indicated to treat Hepatitis B, Hairy Cell Leukemia, Malignant Melanoma (maintenance), and Follicular Lymphoma.

    (d) 00085012004 (5 MIU): This NDC is indicated to treat Hepatitis B, Hairy Cell Leukemia, Malignant Melanoma (maintenance), and Follicular Lymphoma.

(e) 00085118402 (3 MIU): This NDC is indicated to treat Hepatitis C and Malignant Melanoma (maintenance).

(f) 00085119102 (5 MIU): This NDC is indicated to treat Hepatitis B, Malignant Melanoma (maintenance), and Follicular Lymphoma.

(g) 00085123501 (5 MIU): This NDC is indicated to treat Hepatitis B and Malignant Melanoma (maintenance).

(h) 00085124201 (3 MIU): This NDC is indicated to treat Hepatitis C, Hepatitis B, Hairy Cell Leukemia, and Malignant Melanoma (maintenance).

(i) 00085125401 (10 MIU): This NDC is indicated to treat Hepatitis B, Follicular Lymphoma, and Malignant Melanoma (maintenance).

(j) 00085116801 (18 MIU): This NDC is indicated to treat Hepatitis B, Hairy Cell Leukemia, Follicular Lymphoma, and Malignant Melanoma (maintenance).

(k) 00085064704 (3 MIU): This NDC is indicated to treat Hepatitis C, Hairy Cell Leukemia, and Follicular Lymphoma.

(l) 00085118401 (3 MIU): This NDC is indicated to treat Hepatitis C and Malignant Melanoma (maintenance).

(m) 00085119101 (5 MIU): This NDC is indicated to treat Hepatitis B, Follicular Lymphoma, and Malignant Melanoma (maintenance).

(n) 00085064703 (3 MIU): This NDC is indicated to treat Hepatitis C, Follicular Lymphoma, Hairy Cell Leukemia, and Malignant Melanoma (maintenance).

(o) 00085012005 (5 MIU): This NDC is indicated to treat Hepatitis B, Follicular Lymphoma, Hairy Cell Leukemia, and Malignant Melanoma (maintenance).

(p) 00085095301 (18 MIU): This NDC is indicated to treat Hepatitis C, Follicular Lymphoma, Hairy Cell Leukemia, and Malignant Melanoma (maintenance).

8. The following Intron NDCs are indicated almost exclusively for self-administered use and are rarely administered by a physician only for the treatment of Condyloma:

(a) 00085076901 (25 MIU): This NDC is indicated to treat Hepatitis B, Hairy Cell Leukemia, Follicular Lymphoma, and Condyloma.

3

    (b)    <u>00085092301</u> (10 MIU): This NDC is indicated to treat Hepatitis B, Follicular Lymphoma, and Condyloma.

    (c)    <u>00085113301</u> (25 MIU): This NDC is indicated to treat Hepatitis B, Hairy Cell Leukemia, Follicular Lymphoma, Malignant Melanoma (maintenance), and Condyloma.

    (d)    <u>00085117902</u> (10 MIU): This NDC is indicated to treat Hepatitis B, Hairy Cell Leukemia, Follicular Lymphoma, Malignant Melanoma (maintenance), and Condyloma.

    (e)    <u>00085117901</u> (10 MIU): This NDC is indicated to treat Hepatitis B, Hairy Cell Leukemia, Follicular Lymphoma, Malignant Melanoma (maintenance), and Condyloma.

9. The following Intron NDCs are indicated for both self-administered use and physician-administered use:

    (a)    <u>00085068901</u> (18 MIU): This NDC is indicated to treat Hairy Cell Leukemia and Melanoma (maintenance and induction).

    (b)    <u>00085111001</u> (18 MIU): This NDC is indicated to treat Malignant Melanoma (maintenance and induction).

    (c)    <u>00085028502</u> (25 MIU): This NDC is indicated to treat Hairy Cell Leukemia, Malignant Melanoma (induction), and Follicular Lymphoma.

    (d)    <u>00085057102</u> (10 MIU): This NDC is indicated to treat Hepatitis B, Hairy Cell Leukemia, Malignant Melanoma (maintenance and induction), and Condyloma

    (e)    <u>00085057106</u> (10 MIU): This NDC is indicated to treat Hepatitis B, Hairy Cell Leukemia, Malignant Melanoma (maintenance and induction), and Condyloma.

10. The only Intron NDC on the List of Subject Drugs that is exclusively indicated for physician-administered use is 00085053901 (50 MIU). This NDC is indicated to treat Malignant Melanoma (induction) and AIDS-related Karposi's Sarcoma.

I declare under penalty of perjury that the foregoing is true.

_____
Jack Micali

4

EXECUTED this 25th day of ~~March~~ *May*, 2006 in ~~Boston, Massachusetts~~ *Kenilworth, New Jersey*.

*[signature: Barbara J. Wright]*

BARBARA J. WRIGHT
A Notary Public of New Jersey
My Commission Expires Aug. 26, 2008

5