# EXHIBIT C

**Intron-A NDCs to be Stricken**

- 00085064705
- 00085012002
- 00085012003
- 00085012004
- 00085118402
- 00085119102
- 00085123501
- 00085124201
- 00085125401
- 00085116801
- 00085064704
- 00085118401
- 00085119101
- 00085064703
- 00085012005
- 00085095301
- 00085076901
- 00085092301
- 00085113301
- 00085117902
- 00085117901