UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

**PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO UNSEAL
DOCUMENTS USED IN SUMMARY JUDGMENT PROCEEDINGS**

-1-

Schering still seeks to cloak four exhibits from public scrutiny. For the reasons stated below, Schering should be ordered to file these exhibits without a seal.

Exhibit 36 is a form letter of commitment Schering offered to purchasing organizations. It reflects material discounts off the "NDP", which discounts resulted in a false AWP being published. There is nothing in this form document that indicates Schering expected any part of the document or its contents to remain confidential.

Exhibit 10A is a 1993 document. It does not say confidential nor give any indication its contents were sensitive. It relates to the introduction of Warrick's albuterol in 1993. It is a highly important document that illustrates the Schering AWP scheme. It outlines how clients will be driven to Proventil because it is still listed at AWP and customers can make money off the spread. *See* Ex. 10A at 54520. There is no reason it should remain confidential and its age belies any notion of commercial sensitivity.

Exhibit 12 is a 1997 document. Its staleness belies any possible competitive issues the disclosure of which would harm Schering.

Exhibit 33 is not a sensitive document; it does however show how 25% rebates on Proventil came about, and aids in proof of the falsity of Schering's AWPs.

None of these documents disclose confidential sensitive information the disclosure of which should be prohibited at this stage of the litigation.

DATED:  June 23, 2006.            By    /s/ Steve W. Berman
                                      Thomas M. Sobol (BBO#471770)
                                      Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

-4-

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Shanin Specter
Donald E. Haviland, Jr.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
Facsimile:  (215) 772-1359
Telephone:  (215) 772-1000

**CO-LEAD COUNSEL FOR PLAINTIFFS**

-5-

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

    I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on June 23, 2006, I caused copies of **PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO UNSEAL DOCUMENTS USED IN SUMMARY JUDGMENT PROCEEDINGS** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                             /s/ Steve W. Berman
                                             Steve W. Berman