# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | Chief Magistrate Judge Marianne B. Bowler |
| *State of Montana v. Abbott Labs., Inc., et al.*, CA No. 02-CV-12084-PBS | REQUEST FOR ORAL ARGUMENT |

**DEFENDANT BAYER CORPORATION'S MOTION FOR LEAVE TO FILE A NOTICE OF SUPPLEMENTAL FACTS IN SUPPORT OF ITS FIRST MOTION TO COMPEL PLAINTIFF THE STATE OF MONTANA TO PRODUCE A RULE 30(B)(6) WITNESS**

Pursuant to Local Rule 7.1(b)(3), Defendant Bayer Corporation ("Bayer") hereby moves for leave to file the attached Proposed Notice of Supplemental Facts in Support of Bayer's First Motion to Compel Plaintiff the State of Montana to Produce a Rule 30(b)(6) Witness (the "Motion"). The State of Montana ("Montana") filed its Opposition to the Motion on April 18, 2006, and Bayer filed a Proposed Reply Memorandum on May 5, 2006. On June 8, 2006, Montana produced for the first time documents located in the State's files which were responsive to Bayer's January 31, 2006 request for production to the State. (*See* Affidavit of Michael Doss in Support of Motion for Leave to File a Notice of Supplemental Facts ("Doss Aff.") at ¶ 3.) These newly-produced documents support Bayer's Motion, and contradict claims made by

Montana in its Response. By bringing these materials to the Court's attention, the Proposed Notice will aid the court in considering the issues raised by Bayer's Motion.

WHEREFORE, Bayer respectfully requests that the court grant Bayer leave to file the attached Proposed Notice of Supplemental Facts in Support of Its First Motion to Compel Plaintiff the State of Montana to Produce a Rule 30(b)(6) Witness.

**Certification Pursuant to Local Rules 7.1 and 37.1**

Pursuant to Local Rules 7.1(a)(2) and 37.1 of this Court, the undersigned counsel certifies that counsel for Bayer has conferred unsuccessfully with Montana's counsel in an effort to reach a resolution on the Rule 30(b)(6) discovery request on which the parties have reached impasse.

June 27, 2006

_____
Richard D. Raskin
Michael Doss
SIDLEY AUSTIN LLP
1 S. Dearborn Street
Chicago, Illinois  60603
312-853-7000 (tel.)
312-853-7036 (facsimile)
Attorneys for Defendant Bayer Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2006, I caused a true and correct copy of Defendant Bayer Corporation's Motion For Leave To File a Notice of Supplemental Facts in Support of Its First Motion to Compel Plaintiff the State of Montana to Produce a Rule 30(b)(6) Witness to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 in MDL No. 1456.

/s/ Michael Doss