# EXHIBIT B

(Exhibit B Has Been Filed Under Seal)