# EXHIBIT C

**Marr, Shannon**

| | |
|---|---|
| **From:** | Buska, Jeff |
| **Sent:** | Monday, December 10, 2001 4:18 PM |
| **To:** | Marr, Shannon |
| **Subject:** | FW: ASP Implementations |

```
FYI

-----Original Message-----
From: Denemark, Cynthia [mailto:cynthia.denemark@eds.com]
Sent: Thursday, December 06, 2001 9:16 AM
To: 'Marvin Hazelwood'; donna.bovell@dc.gov; rowlarm@dhfs.state.wi.us;
mterrebo@dhhmail.dhh.state.la.us; lfarrand@dhhs.state.nh.us;
asseyj@dhhs.state.sc.us; jfine@dhmh.state.ma.us; dhillblo@dhs.ca.gov;
aruggle@dhs.state.ia.us; cdtepper@dhs.state.nj.us;
ehawkins@dma.state.ga.us; dshepher@dmas.state.va.us;
rashley@doh.state.ut.us; joeco@dpw.state.pa.us; childsa@dshs.wa.gov;
wellsj@fdhc.state.fl.us; mshirley@fssa.state.in.us;
coleenl@govmail.state.nv.us; pavarist@gw.dhs.state.ri.us;
David_Campana@health.state.ak.us; mrb01@health.state.ny.us;
John.Franklin@hhss.state.ne.us; duerrg@idhw.state.id.us;
SusanMcCann@mail.medicaid.state.mo.us; Debra.Bahr@mail.state.ky.us;
lsullivan@mail.tn.state.us; lljones@medicaid.state.al.us;
mfinch@medicaid.state.al.us; Suzette.Bridges@medicaid.state.ar.us;
phrrm@medicaid.state.ms.us; benny.ridout@ncmail.net;
pjeffrey@nt.dma.state.ma.us; re1dr@odhs.state.oh.us;
NesserN@ohca.state.ok.us; james.zakszewski@po.state.ct.us;
allen.chapman@state.co.us; Mark.Petersen@state.ds.us;
ed.bauer@state.me.us; kenyonj@state.mi.us; Cody.C.Wiberg@state.mn.us;
jbuska@state.mt.us; sojoyb@state.nd.us; neal.solomon@state.nm.us;
Jesse.Anderson@state.or.us; SWHALE@state.wy.us;
Martha.McNeill@tdh.state.tx.us; paulw@wpgate1.ahs.state.vt.us; Peggy
King, R.Ph.
Subject: ASP Implementations


For those state who are using the Bayer ASP, are you adding a percent to
the
established ASP or are you using the ASP as a definition of ingredient
cost?
```

**MT 038141**

Confidential

1