IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Montana v. Abbott Labs., Inc., et al.*,<br>       CA No. 02-CV-12084-PBS | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |

## NOTICE OF FILING UNDER SEAL

To:   All Counsel of Record

Please take notice that on June 27, 2006, we, as counsel for Defendant Bayer Corporation, caused to be filed under seal with the Clerk of the United States District Court for the District of Massachusetts the following:

Exhibit B to the Affidavit of Michael Doss in Support of Bayer's Motion for Leave to File a Notice of Supplemental Facts

June 27, 2006                                     Respectfully Submitted,


                                     _____/s/ Michael Doss_____
                                     Richard D. Raskin
                                     Michael Doss
                                     SIDLEY AUSTIN LLP
                                     1 S. Dearborn Street
                                     Chicago, Illinois  60603
                                     312-853-7000 (tel.)
                                     312-853-7036 (facsimile)
                                      Attorneys for Defendant Bayer Corporation

CH1 3542472v.1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2006, I caused a true and correct copy of Defendant Bayer Corporation's Notice of Filing Under Seal to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 in MDL No. 1456.

                        /s/ Michael Doss

CH1 3542472v.1