**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

_____

|  |  |  |
|---|---|---|
| **In re: PHARMACEUTICAL INDUSTRY** | ) | |
| **AVERAGE WHOLESALE PRICE** | ) | |
| **LITIGATION** | ) | MDL NO. 1456 |
| | ) | Civil Action No. 01-12257-PBS |
| | ) | Judge Patti B. Saris |
| **THIS DOCUMENT RELATES TO:** | ) | |
| | ) | Chief Magistrate Judge Marianne B. |
| | ) | Bowler |
| *State of Montana v. Abbott Labs., Inc., et al.*, | ) | |
| CA No. 02-CV-12084-PBS | ) | |

_____

**<u>BAYER CORPORATION'S MOTION FOR LEAVE TO FILE UNDER SEAL</u>**

Defendant Bayer Corporation ("Bayer"), by counsel, respectfully moves this Court for leave to file under seal Exhibit B to the attached Affidavit of Michael Doss in Support of Bayer's Motion for Leave to File a Notice of Supplemental Facts ("Doss Aff."). The State of Montana ("Montana") produced Exhibit B to Bayer on June 8, 2006 as MT 038330-331. (*See* Doss Aff. at ¶¶ 3-4.) The two-page document is a handwritten comparison of Bayer's Average Sales Price ("ASP") information, which Bayer gave the State under their 2001 settlement agreement, to published Average Wholesale Prices ("AWPs") for every drug Bayer marketed in the second quarter of 2001. (*See id.* ¶ 4.) Bayer relies on Exhibit B to further support its motion to require that Montana designate a Rule 30(b)(6) witness to testify on Montana's receipt and use of Bayer's ASP information over the past five years.

Bayer has designated those parts of Exhibit B reflecting Bayer's confidential ASP information as "HIGHLY CONFIDENTIAL" pursuant to the terms of the December 13, 2004 Protective Order. Paragraph 15 of the Protective Order mandates that any document or pleading

containing material such as that referenced above be filed under seal.  Bayer hereby seeks to comply with the terms of the Protective Order.

WHEREFORE, Bayer respectfully requests that the Court grant Bayer leave to file under seal Exhibit B to the Affidavit of Michael Doss in Support of Bayer's Motion for Leave to File a Notice of Supplemental Facts.

June 27, 2006

_____/s/ Michael Doss_____
Richard D. Raskin
Michael Doss
SIDLEY AUSTIN LLP
1 S. Dearborn Street
Chicago, Illinois  60603
312-853-7000 (tel.)
312-853-7036 (facsimile)
Attorneys for Defendant Bayer Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2006, I caused a true and correct copy of Defendant Bayer Corporation's Motion For Leave To File Under Seal to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 in MDL No. 1456.

_____/s/ Michael Doss_____

CH1 3542472v.1