UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> *The City of New York v. Abbott Labs., et al.* ) <br> (S.D.N.Y. No. 04-CV-06054) ) <br> *County of Suffolk v. Abbott Labs., et al.* ) <br> (E.D.N.Y. No. CV-03-229) ) <br> *County of Westchester v. Abbott Labs., et al.* ) <br> (S.D.N.Y. No. 03-CV-6178) ) <br> *County of Rockland v. Abbott Labs., et al.* ) <br> (S.D.N.Y. No. 03-CV-7055) ) <br> *County of Putnam v. Abbott Labs, et al.* ) <br> (S.D.N.Y. No. 05-CV-04740) ) <br> *County of Dutchess v. Abbott Labs, et al.* ) <br> (S.D.N.Y. No. 05-CV-06458) ) <br> *County of Putnam v. Abbott Labs, et al.* ) <br> (S.D.N.Y. No. 05-CV-04740) ) <br> *County of Washington v. Abbott Labs, et al.* ) <br> (N.D.N.Y. No. 05-CV-00408) ) <br> *County of Rensselaer v. Abbott Labs, et al.* ) <br> (N.D.N.Y. No. 05-CV-00422) ) <br> *County of Albany v. Abbott Labs, et al* ) <br> (N.D.N.Y. No. 05-CV-00425) ) <br> *County of Warren v. Abbott Labs, et al.* ) <br> (N.D.N.Y. No. 05-CV-00468) ) <br> *County of Greene v. Abbott Labs, et al.* ) <br> (N.D.N.Y. No. 05-CV-00474) ) <br> *County of Saratoga v. Abbott Labs, et al.* ) <br> (N.D.N.Y. No. 05-CV-00478) ) <br> *County of Columbia v. Abbott Labs, et al.* ) <br> (N.D.N.Y. No. 05-CV-00867) ) <br> *Essex County v. Abbott Labs, et al.* ) <br> (N.D.N.Y. No. 05-CV-00878) ) <br> *County of Chanango v. Abbott Labs, et al.* ) <br> (N.D.N.Y. No. 05-CV-00354) ) <br> *County of Broome v. Abbott Labs, et al.* ) <br> (N.D.N.Y. No. 05-CV-00456) ) <br> *County of Onondaga v. Abbott Labs, et al.* ) <br> (N.D.N.Y. No. 05-CV-00088) ) <br> *County of Tompkins v. Abbott Labs, et al.* ) | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS <br><br> Judge Patti B. Saris |

-2-

| | |
|---|---|
| (N.D.N.Y. No. 05-CV-00397) | ) |
| *County of Cayuga v. Abbott Labs, et al.* | ) |
| (N.D.N.Y. No. 05-CV-00423) | ) |
| *County of Madison v. Abbott Labs, et al.* | ) |
| (N.D.N.Y. No. 05-CV-00714) | ) |
| *County of Cortland v. Abbott Labs, et al.* | ) |
| (N.D.N.Y. No. 05-CV-00881) | ) |
| *County of Herkimer v. Abbott Labs, et al.* | ) |
| (N.D.N.Y. No. 05-CV-00415) | ) |
| *County of Oneida v. Abbott Labs, et al.* | ) |
| (N.D.N.Y. No. 05-CV-00489) | ) |
| *County of  Fulton v. Abbott Labs, et al.* | ) |
| (N.D.N.Y. No. 05-CV-00519) | ) |
| *County of St. Lawrence v. Abbott Labs, et al.* | ) |
| (N.D.N.Y. No. 05-CV-00479) | ) |
| *County of  Jefferson v. Abbott Labs, et al.* | ) |
| (N.D.N.Y. No. 05-CV-00715) | ) |
| *County of Lewis v. Abbott Labs, et al.* | ) |
| (N.D.N.Y. No. 05-CV-00839) | ) |
| *County of Chautauqua v. Abbott Labs, et al.* | ) |
| (W.D.N.Y. No. 05-CV-06204) | ) |
| *County of Allegany v. Abbott Labs, et al.* | ) |
| (W.D.N.Y. No. 05-CV-06231) | ) |
| *County of Cattaraugus v. Abbott Labs, et al.* | ) |
| (W.D.N.Y. No. 05-CV-06242) | ) |
| *County of  Genesee v. Abbott Labs, et al.* | ) |
| (W.D.N.Y. No. 05-CV-06206) | ) |
| *County of  Wayne v. Abbott Labs, et al.* | ) |
| (W.D.N.Y. No. 05-CV-06138) | ) |
| *County of Monroe v. Abbott Labs, et al.* | ) |
| (W.D.N.Y. No. 05-CV-06148) | ) |
| *County of Yates v. Abbott Labs, et al.* | ) |
| (W.D.N.Y. No. 05-CV-06172) | ) |
| *County of Niagara v. Abbott Labs, et al.* | ) |
| (W.D.N.Y. No. 05-CV-06296) | ) |
| *County of  Seneca v. Abbott Labs, et al.* | ) |
| (W.D.N.Y. No. 05-CV-06370) | ) |
| *County of Orleans v. Abbott Labs, et al.* | ) |
| (W.D.N.Y. No. 05-CV-06371) | ) |
| *County of Ontario v. Abbott Labs, et al.* | ) |
| (W.D.N.Y. No. 05-CV-06373) | ) |
| *County of Schuyler  v. Abbott Labs, et al.* | ) |
| (W.D.N.Y. No. 05-CV-06387) | ) |
| *County of Chemung v. Abbott Lab, et al.* | ) |
| (W.D.N.Y. No. 05-CV-06744) | ) |
| AND | ) |
| *County of Nassau v. Abbott Labs, et al.* | ) |
| (E.D.N.Y. No. 04-CV-5126) | ) |

**BAYER CORPORATION'S MOTION FOR LEAVE TO FILE
A NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO
DISMISS THE CONSOLIDATED COMPLAINT OF NEW YORK CITY AND
PLAINTIFF NEW YORK COUNTIES OTHER THAN NASSAU AND THE SECOND
AMENDED COMPLAINT OF NASSAU COUNTY**

Pursuant to Local Rule 7.1(b)(3), Defendant Bayer Corporation ("Bayer") hereby moves for leave to file the attached Proposed Notice of Supplemental Authority In Support Of its Motion To Dismiss The Consolidated Complaint Of New York City And Plaintiff New York Counties Other Than Nassau And The Second Amended Complaint Of Nassau County (the "Notice"). The Notice brings to the Court's attention the June 23, 2006 Order by the Honorable Roger L. Crittenden of the Franklin Circuit Court, Franklin County Kentucky, which granted Bayer Corporation's individual motion to dismiss an similar AWP complaint brought by the Kentucky Attorney General against Bayer. *Commonwealth of Kentucky v. Alpharma, Inc., et al.*, Order on Defendant Bayer Corporation's Motion To Dismiss, Case No. 04-C1-148 (June 23, 2006, Franklin Circuit Ct.). By bringing this Kentucky decision to the Court's attention, the Proposed Notice will aid the court in considering the issues raised by Bayer's Motion to Dismiss.

WHEREFORE, Bayer respectfully requests that the court grant Bayer leave to file the attached Proposed Notice of Supplemental Authority.

**Certification Pursuant to Local Rules 7.1 and 37.1**

Pursuant to Local Rules 7.1(a)(2) and 37.1 of this Court, the undersigned counsel certifies that counsel for Bayer has previously conferred unsuccessfully with plaintiffs' counsel in an effort to reach a resolution on Bayer's Motion to Dismiss, on which the parties have reached impasse.

June 27, 2006

                     /s/ Richard D. Raskin_____
                     Richard D. Raskin
                     Michael Doss
                     SIDLEY AUSTIN LLP
                     1 S. Dearborn Street
                     Chicago, Illinois  60603
                     312-853-7000 (tel.)
                     312-853-7036 (facsimile)
                      Attorneys for Defendant Bayer Corporation

-5-

## CERTIFICATE OF SERVICE

    I hereby certify that on June 27, 2006, I caused a true and correct copy of the attached motion to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 in MDL No. 1456.

                     /s/ Michael Doss