UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION THIS DOCUMENT RELATES TO: State of Nevada v. American Home Products, et al., Civ. Act. No. 02-12086-PBS, and State of Montana v. Abbott Labs, Inc., et al., Civ. Act. No. 12084-PBS | MDL No. 1456 Civil Action No. 01-CV-12257 PBS Judge Patti B. Saris |

### [PROPOSED] STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between the undersigned, that Case Management Order No. 25 should be amended as follows:

| | |
|---|---|
| Motions for Summary Judgment | August 11. 2006 |
| Oppositions to Motions | September 15, 2006 |
| Replies | September 29, 2006 |
| Sur-replies | October 6, 2006 |
| Hearing | October 23, 2006 at 2:00 p.m. |

| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **DWYER & COLLORA, LLP** |
| By: /s/ Steve. W. Berman<br>Steve W. Berman<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>One Main Street, 4th Floor<br>Cambridge, Massachusetts<br>(617) 482-3700<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Tel: (206) 623-7292<br>Fax: (206) 623-0594<br><br>*Attorneys for Plaintiffs* | By: /s/ Jacob T. Elberg<br>Thomas E. Dwyer (BBO No. 139660)<br>Jacob T. Elberg (BBO No. 657469)<br>**DWYER & COLLORA, LLP**<br>600 Atlantic Avenue<br>Boston, MA 02210<br>Tel: (617) 371-1000<br>Fax: (617) 371-1037<br>tdwyer@dwyercollora.com<br>jelberg@dwyercollora.com<br><br>**HOGAN & HARTSON LLP**<br>875 Third Avenue<br>New York, New York 10022<br>(212) 918-3000<br><br>*Attorneys for Defendants Bristol-Myers Squibb Co.*<br><br>*On Behalf of All Defendants* |

Dated: June __, 2006


**SO ORDERED:** _____
United States District Judge