## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| THIS DOCUMENT RELATES TO: | Civil Action No.  01-CV-12257- PBS |
| ALL ACTIONS | Judge Patti B. Saris |

### NOTICE OF APPEARANCE OF MICHAEL WINGET-HERNANDEZ ON BEHALF OF THE CITY OF NEW YORK AND THE NEW YORK COUNTIES AND MOTION FOR ADMISSION *PRO HAC VICE.*

Pursuant to Local Rule 83.5.3(b) and paragraph 16 this Court's Case Management Order No. 1, the undersigned counsel hereby moves that Michael Winget-Hernandez, Esq., Winget-Hernandez, LLC, 3112 Windsor Road, #228, Austin, Texas 78703, hereby enters his appearance on behalf of the City of New York and the New York Counties in the above captioned actions.

Mr. Winget-Hernandez, is not a member of the bar of the United States District Court for the District of Massachusetts, but respectfully seeks admission *pro hac vice* in accordance with the procedures set forth in this Court's Case Management Order No. 1.  The attached Certificate demonstrates that Mr. Winget-Hernandez is a member in good standing of various bars and is familiar with the Local Rules of this Court.

The appropriate $50 filing fee has been submitted to the Clerk of the court under separate cover with a copy of this Notice and Motion.

WHEREFORE, the undersigned counsel respectfully moves Mr. Winget-Hernandez' admission to practice before this Court *pro hac vice.*

1

/s/Joanne M. Cicala
Joanne M. Cicala
Kirby McInerney & Squire LLP
830 Third Avenue, 10th Floor
New York, NY 10022
(BBO#: 5032)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of June, 2006, a true and correct copy of the foregoing has been served to counsel of record by electronic service pursuant to Case Management Order no. 2 entered by the honorable Patti B. Saris in MDL no.1456.


/s/Joanne M. Cicala
Joanne M. Cicala

Dated: June 27, 2006

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| THIS DOCUMENT RELATES TO: | Civil Action No.  01-CV-12257- PBS |
| ALL ACTIONS | Judge Patti B. Saris |

## <u>ORDER ALLOWING ADMISSION</u>

The Court having considered the Motion for Admission Pro Hac Vice filed by Joanne M. Cicala for the admission *pro hac vice* of Michael Winget-Hernandez for the purpose of representing the plaintiffs in this matter,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Motion is hereby granted, and that Michael Winget-Hernandez is admitted to practice before this Honorable Court in connection with the above styled cause.

_____

Patti B. Saris

United States District Judge

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| THIS DOCUMENT RELATES TO: | Civil Action No.  01-CV-12257- PBS |
| ALL ACTIONS | Judge Patti B. Saris |

**<u>CERTIFICATE OF MICHAEL WINGET-HERNANDEZ</u>**

I, Michael Winget-Hernandez, in accordance with Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Michael Winget-Hernandez, Esq. represent and certify as follows:

1. I am associated with the firm of Winget-Hernandez, LLC located at 3112 Windsor Road, #228, Austin, Texas 78703.

2. I am admitted to the bar of the Supreme Court of Texas; the United States District Court in each of the four Districts of Texas; the United States Court of Appeals for the Fifth Circuit; and the Supreme Court of the United States.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

4. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Michael Winget-Hernandez
Michael Winget-Hernandez
Winget-Hernandez, LLC
3112 Windsor Road, #228
Austin, Texas 78703
(512) 474-4095 (voice)
(512) 697-0080 (fax)
Michael@Winget-Hernandez.com

Executed: June 27, 2006