UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| THIS DOCUMENT RELATES TO: | Civil Action No. 01-CV-12257- PBS |
| ALL ACTIONS | Judge Patti B. Saris |

### NOTICE OF APPEARANCE OF ROBERT TAYLOR-MANNING ON BEHALF OF THE CITY OF NEW YORK AND THE NEW YORK COUNTIES AND MOTION FOR ADMISSION *PRO HAC VICE*.

Pursuant to Local Rule 83.5.3(b) and paragraph 16 this Court's Case Management Order No. 1, the undersigned counsel hereby moves that Robert Taylor-Manning, Esq., Law Offices of Robert Taylor-Manning, enters his appearance on behalf of the City of New York and the New York Counties in the above captioned actions.

Mr. Taylor-Manning, is not a member of the bar of the United States District Court for the District of Massachusetts, but respectfully seeks admission *pro hac vice* in accordance with the procedures set forth in this Court's Case Management Order No. 1.  The attached Certificate demonstrates that Mr. Taylor-Manning is a member in good standing of various bars and is familiar with the Local Rules of this Court.

The appropriate $50 filing fee has been submitted to the Clerk of the court under separate cover with a copy of this Notice and Motion.

WHEREFORE, the undersigned counsel respectfully moves for Mr. Taylor-Manning's admission to practice before this Court *pro hac vice*.

1

/s/Joanne M. Cicala
Joanne M. Cicala
Kirby McInerney & Squire LLP
830 Third Avenue, 10th Floor
New York, NY 10022
(BBO#: 5032)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of June, 2006, a true and correct copy of the foregoing has been served to counsel of record by electronic service pursuant to Case Management Order no. 2 entered by the honorable Patti B. Saris in MDL no.1456.

/s/Joanne M. Cicala
Joanne M. Cicala

Dated: June 27, 2006

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| THIS DOCUMENT RELATES TO: | Civil Action No. 01-CV-12257- PBS |
| ALL ACTIONS | Judge Patti B. Saris |

## ORDER ALLOWING ADMISSION

  The Court having considered the Motion for Admission Pro Hac Vice filed by Joanne M. Cicala for the admission *pro hac vice* of Robert Taylor-Manning for the purpose of representing the plaintiffs in this matter,
    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Motion is hereby granted, and that Robert Taylor-Manning is admitted to practice before this Honorable Court in connection with the above styled cause.

                        _____
                          Patti B. Saris

                          United States District Judge

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| THIS DOCUMENT RELATES TO: | Civil Action No. 01-CV-12257- PBS |
| ALL ACTIONS | Judge Patti B. Saris |

## CERTIFICATE OF ROBERT TAYLOR-MANNING

I, Robert Taylor-Manning, in accordance with Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, represent and certify as follows:

1. I am associated with the Law Offices of Robert Taylor-Manning located at 2025 1st Avenue, Suite 1150, Seattle, WA 98121;

2. I am admitted to practice before all Washington State Courts, and the Western and Eastern Federal District Courts of the State of Washington;

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

4. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

5

                    Respectfully submitted,

                    <u>/s/ Robert Taylor-Manning</u>
                    Robert Taylor-Manning (WSBA #21890)
                    Law Offices of Robert Taylor-Manning
                    2025 1st Avenue, Suite 1150
                    Seattle, WA  98121
                    T:  (206) 310-3333
                    F:  (206) 260-2141
                    rtm@taylor-manning.net

Executed: June 27, 2006