# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) MDL No. 1456 |
| State of Nevada v. American Home Products, et al., Civ. Act. No. 02-12086-PBS, and | ) ) Civil Action No. 01-CV-12257 PBS ) ) Judge Patti B. Saris |
| State of Montana v. Abbott Labs, Inc., et al., Civ. Act. No. 12084-PBS | ) ) ) ) |

## [PROPOSED] STIPULATION AND ORDER

**IT IS HEREBY STIPULATED, by and between the undersigned, that Case Management Order No. 25 should be amended as follows:**

| | |
|---|---|
| Defendants' expert reports on liability | August 11, 2006 |
| Motions for Summary Judgment | August 11, 2006 |
| Oppositions to Motions | September 21, 2006 |
| Replies | October 5, 2006 |
| Sur-replies | October 12, 2006 |
| Hearing | October 23, 2006 at 2:00 p.m. |

\\\ NY - 58559/0059 - 946142 v1

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: /s/ Steve. W. Berman
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
One Main Street, 4th Floor
Cambridge, Massachusetts
(617) 482-3700

1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Tel: (206) 623-7292
Fax: (206) 623-0594

*Attorneys for Plaintiffs*

**DWYER & COLLORA, LLP**

By: /s/ Jacob T. Elberg
Thomas E. Dwyer (BBO No. 139660)
Jacob T. Elberg (BBO No. 657469)
**DWYER & COLLORA, LLP**
600 Atlantic Avenue
Boston, MA  02210
Tel: (617) 371-1000
Fax: (617) 371-1037
tdwyer@dwyercollora.com
jelberg@dwyercollora.com

Steven M. Edwards (SE 2773)
Lyndon M. Tretter (LT 4031)
Admitted *pro hac vice*
**HOGAN & HARTSON LLP**
875 Third Avenue
New York, New York 10022
(212) 918-3000

*Attorneys for Defendants Bristol-Myers Squibb Co.*

*On Behalf of All Defendants*

Dated:  June ____, 2006

**SO ORDERED:** _____
                      United States District Judge