UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**PLAINTIFFS' MOTION FOR SANCTIONS AND DEFAULT JUDGMENT AGAINST BAXTER HEALTHCARE FOR OBFUSCATION OF DOCUMENTS AND DILATORY TACTICS**

From the inception of this case against Baxter Healthcare until May 2006, Baxter produced only 230,446 pages of documents.  However, in the last two months, from May 1, 2006 until June 26, 2006, Baxter has dumped 5,822,498 pages on Plaintiffs in response to long-outstanding document requests.  Of those, Baxter produced 3.8 million *at or after* the close of written discovery.  Baxter clearly made a litigation decision to avoid any substantial production knowing that it would be impossible – even with a team of 10 attorneys dedicated solely to reviewing Baxter documents – to cull through and digest these documents in time to conduct or complete depositions of Baxter's witnesses prior to the close of oral discovery on August 31, 2006.  In fact, it would have been a Herculean task even if Baxter had produced this information in a timely fashion.

There is no excuse for Baxter's dilatory tactics other than an improper attempt to manipulate discovery around the known discovery cut-off date for purposes of obfuscating the

-1-

truth and purposely undermining the integrity of the Court and ability of Plaintiffs to prosecute this litigation.

Plaintiffs request that this Court, through its inherent power or statutory authority, sanction Baxter for its discovery abuses and enter a default judgment against Baxter. There is no other sanction that can adequately compensate Plaintiffs for Baxter's failure to produce documents on a timely basis or for Baxter's decision to dump 96 percent of its documents on Plaintiffs in the last three months.

### Certification Pursuant to Local Rule 7.1(a)(2) and Agreed Briefing Schedule

Pursuant to the Local Rules, Plaintiffs conferred with Baxter's counsel regarding this motion in good faith in an attempt to resolve or narrow the issues. The parties were unable to resolve their differences. However, the parties did agree to the following briefing schedule and respectfully request that the Court enter the same: Defendant's Response due July 26, 2006 and Plaintiffs' Reply due August 7, 2006.

Thus, for the reasons set forth more fully in the Memorandum filed herewith, Plaintiffs respectfully request that this Court grant its Motion For Sanctions and Default Judgment Against Baxter Healthcare and grant such other and further relief as this Court deems appropriate. Both Plaintiffs and Baxter further request that the Court set the following dates for briefing this Motion: Defendant's Response due July 26, 2006 and Plaintiffs' Reply due August 7, 2006.

001534-16 115097 V1

-3-

DATED:  June 28, 2006.	By	/**s/** Elizabeth A. Fegan
	Elizabeth A. Fegan
	Hagens Berman Sobol Shapiro LLP
	60 W. Randolph Street, Suite 200
	Chicago, IL  60601
	Telephone: (312) 762-9235
	Facsimile: (312) 762-9286

	Thomas M. Sobol (BBO#471770)
	Edward Notargiacomo
	(BBO#567636)
	Hagens Berman Sobol Shapiro LLP
	One Main Street, 4th Floor
	Cambridge, MA  02142
	Telephone: (617) 482-3700
	Facsimile: (617) 482-3003

	**LIAISON COUNSEL**

	Steve W. Berman
	Sean R. Matt
	Robert F. Lopez
	Hagens Berman Sobol Shapiro LLP
	1301 Fifth Avenue, Suite 2900
	Seattle, WA  98101
	Telephone: (206) 623-7292
	Facsimile: (206) 623-0594

	Eugene A. Spector
	Jeffrey Kodroff
	Spector, Roseman & Kodroff, P.C.
	1818 Market Street, Suite 2500
	Philadelphia, PA  19103
	Telephone: (215) 496-0300
	Facsimile: (215) 496-6611

	Kenneth A. Wexler
	Jennifer Fountain Connolly
	The Wexler Firm LLP
	One North LaSalle Street, Suite 2000
	Chicago, IL  60602
	Telephone: (312) 346-2222
	Facsimile: (312) 346-0022

-3-

-4-

                                                Marc H. Edelson
                                                Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Shanin Specter
Donald E. Haviland, Jr.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
Facsimile:  (215) 772-1359
Telephone:  (215) 772-1000

**CO-LEAD COUNSEL FOR PLAINTIFFS**

-5-

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

Docket No. MDL 1456

    I, Elizabeth A. Fegan, hereby certify that I am one of plaintiffs' attorneys and that, on June 28, 2006, I caused copies of **PLAINTIFFS' MOTION FOR SANCTIONS AND DEFAULT JUDGMENT AGAINST BAXTER HEALTHCARE FOR OBFUSCATION OF DOCUMENTS AND DILATORY TACTICS** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

          **/s/ Elizabeth A. Fegan**
          Elizabeth A. Fegan

001534-16 115097 V1