UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Hon. Patti B. Saris |

**COUNSEL FOR BAXTER INTERNATIONAL INC. AND BAXTER HEALTHCARE CORPORATION'S NOTIFICATION TO THE COURT OF <u>CHANGE OF FIRM NAME AND ADDRESS</u>**

Counsel for Defendants Baxter International Inc. and Baxter Healthcare Corporation in the above-captioned litigation hereby notify the Court that the firm name and address for its national counsel will change, effective July 1, 2006, to the following:

Dickstein Shapiro LLP
1825 Eye St. NW
Washington, DC 20006-5403
tel: (202) 420-2200
fax: (202) 420-2201

Prior email addresses will remain active.

Dated: June 29, 2006

Respectfully submitted,

/s/ Jill Brenner Meixel
Jill Brenner Meixel (BBO #652501)
Peter E. Gelhaar (BBO #188310)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street
33rd Floor
Boston, MA 02108
Telephone: (617) 720-2880
Facsimile: (617) 720-3554

Merle M. DeLancey, Jr.
J. Andrew Jackson
DICKSTEIN SHAPIRO MORIN &
OSHINSKY LLP
2101 L St. NW
Washington, DC 20037
Telephone: (202) 785-9700
Facsimile: (202) 887-0689
(address and phone number valid through 6/30/06 only)

Counsel for Defendants
BAXTER INTERNATIONAL INC.
BAXTER HEALTHCARE CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2006, a true and correct copy of the foregoing document was served via Lexis Nexis File and Serve pursuant to this Court's case management order.

/s/ Tina D. Reynolds
Tina D. Reynolds