# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSSETTS

|  |  |
|---|---|
| _____ ) | |
| IN RE PHARMACEUTICAL INDUSTRY ) | |
| AVERAGE WHOLESALE PRICE ) | MDL NO. 1456 |
| LITIGATION ) | Civil Action No. 01-12257-PBS |
| _____ ) | |
| ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| *County of Nassau v. Abbott Labs, et al.* ) | |
| (E.D.N.Y. No. 04-CV-5126) ) | |
| ) | |
| _____ ) | |

## NOTICE OF FILING

TO:    All Counsel of Record

Please take notice that on June 29, 2006, the undersigned counsel for Ben Venue Laboratories, Inc., caused to be filed with the Clerk of the United States District Court for the District of Massachusetts a [PROPOSED] ORDER GRANTING DEFENDANT BEN VENUE LABORATORIES, INC.'S MOTION TO DISMISS THE NASSAU COUNTY SECOND AMENDED COMPLAINT.  Said Order is submitted pursuant to the Court's oral ruling and directive of June 16, 2006, dismissing Ben Venue Laboratories, Inc. without prejudice from the above-captioned cause.

Respectfully submitted,

*Defendant*
***BEN VENUE LABORATORIES, INC.***

Dated:  June 29, 2006

*/s/ Brian P. Kavanaugh*

Helen E. Witt, P.C.
Brian P. Kavanaugh
KIRKLAND & ELLIS LLP
200 E. Randolph Drive
Chicago, Illinois  60601-6636
Tel:  (312) 861-2000

1

Lauren O. Casazza
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10011
Tel:  (212) 446-4800

John W. Steinmetz, Esq.
Lee M. Holland, Esq.
ROBINSON & COLE LLP
One Boston Place
Boston, Massachusetts 02108
Tel:  (617) 557-5900

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 29, 2006, I caused a true and correct copy of the foregoing Notice of Filing to be served on all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

By: ___ */s/ Brian P. Kavanaugh* _____ _