# EXHIBIT "C"

**EXHIBIT REDACTED**