# EXHIBIT "D"

1

```
 1                UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MASSACHUSETTS

 3  ------------------------------------x

 4  IN RE:  PHARMACEUTICAL INDUSTRY       )

 5  AVERAGE WHOLESALE PRICE               ) MDL DOCKET NO.

 6  LITIGATION                            ) CIVIL ACTION

 7  --------------------------------------) 01CV12257-PBS

 8  THIS DOCUMENT RELATES TO:             )

 9  ALL ACTIONS                           )

10  --------------------------------------)

11              DEPOSITION OF DAVID R. AARONSON

12                       VOLUME II

13            (Taken on behalf of the Defendants)

14                 Charlotte, North Carolina

15                     March 31, 2006

16

17       Deposition of DAVID R. AARONSON, taken on

18  behalf of the Defendants, at the offices of Huseby,

19  Inc., 1230 West Morehead Street, Charlotte, North

20  Carolina, on the 31st day of March, 2006, at

21  10:08 a.m., before Christine A. Taylor, Court

22  Reporter and Notary Public.
```

1               MS. GEISLER:  Yes.

2               MR. GEORGE:  The document speaks for

3     itself. Objection.

4     BY MS. GEISLER:

5          Q.   "Deductible and coinsurance"?

6          A.   I see it.

7          Q.   And "you may be billed"?

8          A.   Yes.

9          Q.   Now do you see the first line there marked

10    "pharmacy"?

11              MR. GEORGE:  You mean across from the

12    date, the date range?

13              THE WITNESS:  Yes.

14    BY MS. GEISLER:

15         Q.   It says amount charged ■■■■?

16         A.   Yes.

17         Q.   Looking across that row where it says,

18    "you may be billed," can you tell me what amount is

19    in that column there?

20              MR. GEORGE:  Objection.  You can answer.

21              THE WITNESS:  ■■■

22    BY MS. GEISLER:

1    Q.    It's a ▮▮▮ isn't it, Reverend Aaronson?

2    A.    ▮▮▮

3        MR. GEORGE:  Objection.

4  BY MS. GEISLER:

5    Q.    So for this particular item Medicare is

6  telling you that you paid ▮▮▮ for these pharmacy

7  charges?

8        MR. GEORGE:  Objection.  Document speaks

9  for itself.

10       THE WITNESS:  Yes.

11  BY MS. GEISLER:

12    Q.    Now do you see that little F next to that

13  line?

14    A.    Yes.

15    Q.    If you refer now to page 048 --

16    A.    Yes.

17    Q.    -- that's the note section.  Can you read

18  to me what it says next to the letter F?

19    A.    "Payment is included in another service

20  received on the same day."

21    Q.    Going back to page 046, there's another

22  pharmacy line there, the second one?

```
 1      A.   Yes.

 2      Q.   It says amount charged ▓▓▓▓?

 3           MR. GEORGE:  Objection.  Is that a
 4  question?

 5  BY MS. GEISLER:

 6      Q.   Is that correct?

 7      A.   I see it.

 8      Q.   And what is the amount that you were
 9  billed for those pharmacy charges?

10      A.   None. ▓

11           MR. GEORGE:  Are you done with that
12  document?

13           MS. GEISLER:  Yes.

14           Could you mark that please?

15               (Exhibit Aaronson V2 003 marked for
16  identification.)

17  BY MS. GEISLER:

18      Q.   Okay.  Reverend, can you tell me what this
19  document is?

20      A.   It's a listing of treatment for Sue during
21  the month of July.

22      Q.   And who created the document?
```

```
 1              MR. GEORGE:  Objection.  If you know.

 2              THE WITNESS:  It's a billing from

 3   █████████████████ through Medicare.

 4   BY MS. GEISLER:

 5       Q.   And did this document come from the Center

 6   for Medicare & Medicaid Services?

 7              MR. GEORGE:  Objection.  If you know.

 8              THE WITNESS:  Did it come from --

 9   BY MS. GEISLER:

10       Q.   CMS, from Medicare?

11       A.   Yes.

12       Q.   And it was mailed to you; correct?

13              MR. GEORGE:  Objection.

14              THE WITNESS:  Yes.

15              MR. GEORGE:  Document speaks for itself.

16   BY MS. GEISLER:

17       Q.   Can you look please at the first line

18   there in side the box marked pharmacy?

19       A.   Yes.

20              MR. GEORGE:  The box meaning "Part B

21   Medical Insurance"?

22              MS. GEISLER:  Yes.
```

1  BY MS. GEISLER:

2       Q.   And the amount charged is ███████, do you

3  see that?

4       A.   Yes.

5            MR. GEORGE:  Objection.

6  BY MS. GEISLER:

7       Q.   And under the "you may be billed" column,

8  can you tell me what's there?

9            MR. GEORGE:  Objection.

10           THE WITNESS:  ███

11 BY MS. GEISLER:

12      Q.   And then the little letter next to that is

13 letter E.  Can you please turn to page 0088?

14      A.   Yes.

15      Q.   And next to the letter E, can you tell me

16 what that says?

17      A.   "Payment is included in another service

18 received on the same day."

19      Q.   Thank you.  Okay.  Reverend, when I use

20 the word "provider" in this deposition, I'm going to

21 use that as shorthand for anyone who provided

22 medical services such as a doctor, a nurse, a

1    Q.   And was your wife in the hospital for
2  this?
3    A.   In the ▓▓▓▓▓▓▓ at the hospital, yes.
4    Q.   Was she an in-patient at this time?
5    A.   I don't think so.
6    Q.   Can you identify any Track 2 drugs on this
7  page?
8    A.   No.
9    Q.   Reverend, do you know if you have paid for
10 any Track 2 drugs?
11   A.   No.
12   Q.   Do you know whether every medical provider
13 that your wife has seen charges the same amount for
14 a particular service?
15   A.   No.
16   Q.   Do you know whether different providers
17 and different insurance companies charge or
18 reimburse the same for the same services?
19        MR. GEORGE:  Objection.  You mean in his
20 experience?
21        MS. GEISLER:  Yes, in his experience.
22        MR. GEORGE:  Also, I'll give you a little

1  that are assigned to. You mean the particular drugs
2  that his wife took?
3  BY MS. GEISLER:
4      Q.  Yes. The Track 2 drugs that your wife
5  took, do you have any personal knowledge of the
6  manufacturer of any of those drugs?
7      A.  No.
8          MS. FIORENTINOS: Was there an answer? We
9  haven't heard.
10         MS. GEISLER: He said no.
11         MS. FIORENTINOS: Thank you.
12 BY MS. GEISLER:
13     Q.  Do you know if the charges for any of the
14 drugs listed in paragraph 15 was based on AWP?
15         MR. GEORGE: Objection. You can answer as
16 much as it relates to Track 2.
17         THE WITNESS: No, I don't.
18 BY MS. GEISLER:
19     Q.  The drugs that are listed in paragraph 15,
20 do you know what those drugs are used for?
21         MR. GEORGE: Same objection. Same
22 instruction to the witness. Track 2 only.

```
 1  BY MS. BUTLER:

 2       Q.   Are you aware -- or has your wife taken

 3  any drugs manufactured by Watson?

 4       A.   I don't know.

 5            MS. BUTLER:  Thank you.

 6

 7                     EXAMINATION

 8  BY MR. MCCULLOCH:

 9       Q.   Mr. Aaronson, I was just wondering if you

10  have any knowledge that your wife has taken any

11  drugs manufactured by Pharmacia or Pfizer?

12       A.   I don't know.

13            MR. MCCULLOCH:  Thank you.

14

15                     EXAMINATION

16  BY MS. HEARD:

17       Q.   Do you know if your wife has taken any

18  medication manufactured by Baxter?

19       A.   I don't know.

20            MS. HEARD:  Thank you.

21

22                     EXAMINATION
```