# EXHIBIT "E"

1

1        IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF MASSACHUSETTS

3

4   IN RE PHARMACEUTICAL INDUSTRY

5   AVERAGE WHOLESALE PRICE

6   LITIGATION

7   _____    MDL No. 1456

8   THIS DOCUMENT RELATES    CIVIL ACTION: 01-CV-12257-PBS

9   TO ALL CLASS ACTIONS.    Judge Patti B. Saris

10  ----------------------------------------------------

11

12           DEPOSITION OF ROBERT A. HOWE

13          TAKEN ON BEHALF OF DEFENDANTS

14              NOVEMBER 16, 2005

15                 - - -

16  BE IT REMEMBERED THAT, pursuant to the Federal Rules

17  of Civil Procedure, the deposition of ROBERT A. HOWE

18  was taken before Laurie A. Volker, Registered

19  Professional Reporter, on November 16, 2005,

20  commencing at the hour of 10:21 a.m., the proceedings

21  being reported at 66 East Sixth Avenue, Eugene,

22  Oregon.

1    list.  It's called -- and forgive my pronunciation --

2    ███████████████.  What is the -- you see that?

3        A.   Yes, I do.

4        Q.   What is the basis -- and I'll just call it

5    ██████████ for short.

6             What is the basis -- what is your

7    understanding of the allegation that you took

8    ██████████ based on and were charged for that drug

9    based on AWP?

10       A.   I do not recognize the drug.

11       Q.   You don't?  So, again, you don't remember

12   the first time you took this particular drug?

13       A.   No, I do not.

14       Q.   Do you know what it's for?

15       A.   I do not.

16       Q.   Do you know who prescribed it for you?

17       A.   I do not.

18       Q.   Do you know whether you received it in a

19   hospital versus a doctor's office?

20       A.   I do not.

21       Q.   Do you know who manufacturers it?

22       A.   I do not.

1        Q.   Do you know whether it's a pill?

2        A.   I don't know.

3        Q.   You don't know whether it's an injectable

4   or anything?

5        A.   No, I don't.

6        Q.   Okay.   This is another drug that is

7   manufactured by a number of companies, and I'll just

8   ask you quickly as to each.

9             Do you know whether the drug that you took

10  was manufactured by Abbott?

11       A.   I do not.

12       Q.   Do you know whether it was manufactured by

13  Baxter?

14       A.   I do not.

15       Q.   Do you know whether it was manufactured by

16  B. Braun?

17       A.   I do not.

18       Q.   Do you know whether it was manufactured by

19  Fujisawa?

20       A.   I do not.

21       Q.   Do you know whether it was manufactured by

22  Watson Pharmaceuticals?

1        A.   I do not.

2        Q.   Okay.  I'll turn to the next drug on your

3   list.  It's called ███████████████.

4        A.   Yes.

5        Q.   What is your understanding of the

6   allegation that you were prescribed and charged for

7   ████████████████ based on the AWP?

8        A.   I believe that's ████████

9        Q.   Okay.  And what is your understanding of

10  how you paid for ██████████ based on AWP?

11       A.   I don't have any understanding as -- that

12  what I was charged was based on AWP.

13       Q.   And when was the first time that you took

14  Zolodex?

15       A.   My best recollection would be in 2004.

16       Q.   And who -- what is ████████ for?

17       A.   For ███████████████.  It's a ████████

18  ████████████.

19       Q.   Is this what you were previously taking

20  ███████ for?

21       A.   Correct.

22       Q.   And why did you switch from ███████ to

1   respect to whenever you took ▓▓▓▓▓▓▓▓▓▓▓

2   ▓▓▓▓▓▓▓   Did you ever pay 20 percent of that

3   charge?

4        A.   I don't know.

5        Q.   Did you ever pay any amount for the balance

6   owed for when you took ▓▓▓▓▓▓?

7        A.   I don't know.

8        Q.   Did you ever pay for any amount of the

9   balance owed on ▓▓▓▓▓▓▓▓▓▓

10       A.   I don't know.

11       Q.   What about, do you know whether you ever

12  paid, based on balance owed, for ▓▓▓▓▓▓▓▓▓▓▓

13  which is ▓▓▓▓▓▓

14       A.   Yes.   I'm confused as to your questions

15  because I don't know how to respond to it.

16       Q.   I don't intend to confuse you.  I really

17  don't.  Let me see if I can explain it.

18            As I understand the way we talked about

19  earlier this morning about how your insurance

20  works --

21       A.   Yes.

22       Q.   -- you have supplemental insurance through