# EXHIBIT "F"

**EXHIBIT REDACTED**