# EXHIBIT "G"

**EXHIBIT REDACTED**