# EXHIBIT "H"

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---oOo---

------------------------------------x

In re:   PHARMACEUTICAL INDUSTRY         ) MDL DOCKET NO.

AVERAGE WHOLESALE PRICE LITIGATION       ) CIVIL ACTION

_____) 01CV12257-PBS

THIS DOCUMENT RELATES TO:                )

ALL ACTIONS                              )

------------------------------------x

**ORIGINAL**

HIGHLY CONFIDENTIAL DEPOSITION OF ROGER CLARK

Show Low, Arizona

March 30, 2006

11:08 a.m.


Deposition of ROGER CLARK commenced at 11:08 a.m. on

March 30, 2006, at Show Low, Arizona, before Deborah

L. Moreash, RPR, Certified Shorthand Reporter #50294.


PREPARED BY: DEBORAH L. MOREASH, RPR

AZ Certified Court Reporter No. 50294

\* \* \*

1   You can answer if you know.
2           THE WITNESS:  I wouldn't have a clue
3   specifically how much he paid for each one of those.
4       Q.  BY MS. HEARD:  Mr. Clark, it states in
5   paragraph 17 that the drugs listed, there's a
6   sentence about, let's see, about four or five lines
7   down in the paragraph where it says, "During the
8   applicable time period, Mr. Clark was prescribed and
9   was charged for, among others, the following
10  physician-administered prescription drugs, based in
11  whole or in part on AWP."  Do you see that language?
12      A.  I see that language.
13      Q.  What is the basis for the allegation that
14  your father was charged for drugs listed in
15  paragraph 17 based in whole or in part on AWP?
16          MR. CROWN:  Object to form and foundation.
17      Q.  BY MS. HEARD:  Go ahead and answer.
18      A.  Restate the question.
19      Q.  Would you like the court reporter to read
20  it back?
21      A.  Sure.
22              (Record read.)

1          THE WITNESS: Because my dad received one
2    or all of these drugs when he was being treated for
3    his bouts ▓▓▓▓▓ and I'm going to assume that
4    they based their prices on AWP.
5          Q.   BY MS. HEARD: Okay, but you don't know
6    for certain?
7          A.   Don't know for certain.
8          Q.   Okay. And going, Mr. Clark, from the
9    bottom of page seven to the top of page eight, there
10   is a sentence that reads, "Mr. Clark has made
11   payments for the foregoing drugs totaling nearly
12   ▓▓▓▓▓ to date, as his supplemental insurance
13   required him to make percentage payments for his
14   drugs." Do you see that sentence?
15         A.   I see that.
16         Q.   Do you know if your father's supplemental
17   insurance payments for his drugs?
18         A.   You broke up, I didn't hear all the
19   question.
20         Q.   Okay, I'll restate it. The sentence
21   states that your father's supplemental insurance
22   required him to make percentage payments for his

1    drugs.  Do you know that your father in fact made
2    payments pursuant to his supplemental insurance plan
3    for the drugs in this paragraph?
4        A.   My dad was real good about paying his
5    bills; I'm going to assume he did.
6        Q.   But you don't know for certain?
7        A.   I can't say for certain.
8        Q.   If he made payments, do you know whether
9    they were percentage payments?
10       A.   I can't say for certain.
11       Q.   Do you know if your father made any kind
12   of copayments under his supplemental insurance plan
13   for the drugs in paragraph 17?
14       A.   What do you mean by copayments?
15       Q.   Well, do you know what a copayment is?
16       A.   We went over it before.
17       Q.   Correct.
18       A.   I'm going to say no, he didn't make
19   copayments.
20       Q.   Okay.  Mr. Clark, did your father seek any
21   other supplemental insurance plans either offered by
22   American Benefit or by other supplemental insurers?

1   A.   Not to my knowledge.

2   Q.   Mr. Clark, do you have any personal

3   knowledge regarding the other paragraphs in the

4   Complaint?

5   A.   I'm going to say no.

6   Q.   Mr. Clark, are you aware that the FAMCC,

7   the Complaint we're looking at, alleges a conspiracy

8   between doctors and manufacturers?

9   A.   By reading the Complaint.

10  Q.   I'm sorry, did you respond, Mr. Clark?

11  A.   I did.

12  Q.   I'm sorry, I couldn't hear your response?

13  A.   I said by reading the Complaint.

14  Q.   So you're aware by reading the Complaint

15  that it alleges a conspiracy between doctors and

16  manufacturers?

17  A.   Yes.

18  Q.   Do you agree with that allegation?

19  A.   I'm going to say yes.

20  Q.   What is the basis for that belief?

21       MR. CROWN:  Objection to form and

22  foundation. Go ahead.

73

1   A.  No, I do not.

2   Q.  Do you know if your father was ever

3   charged for ▇▇▇▇▇▇?

4   A.  Without looking at medical records, no, I

5   do not.

6   Q.  Do you know if your father ever made

7   payments for ▇▇▇▇▇▇?

8   A.  Specifically, no.

9   Q.  I'm going to ask some similar questions

10  with regard to ▇▇▇▇▇▇▇▇▇▇▇▇, which is also in

11  paragraph 17.

12  A.  Which one?

13  Q.  ▇▇▇▇▇▇▇▇▇▇▇▇

14  A.  Okay.  Go ahead.

15  Q.  Was your father ever administered or

16  treated with ▇▇▇▇▇▇?

17  A.  Don't know.

18  Q.  Okay.  Do you know how much your father's

19  provider charged for ▇▇▇▇▇▇?

20  A.  Don't know that either.

21  Q.  Do you know what the drug is used for?

22  A.  Don't know that either.

```
 1      Q.   Do you know how your father's provider
 2   determined the prices it charges for ████████?
 3      A.   Don't know that either.
 4      Q.   Okay.  Do you know if the charges for the
 5   drug were based on AWP?
 6      A.   Don't know that either.
 7      Q.   Do you know if your father's Medicare
 8   coverage or supplemental insurance ever paid for
 9   ████████
10      A.   Don't know that either.
11      Q.   Do you know if your father was ever
12   charged for ████████?
13      A.   Don't know that either.
14      Q.   Do you know if your father ever made
15   payments for ████████?
16      A.   Specifically, I don't know.
17      Q.   The drug, I apologize if I'm pronouncing
18   this wrong, ████████ in paragraph 17?
19      A.   Okay, I see it.
20      Q.   Do you know if your father was ever
21   treated with ████████?
22      A.   Don't know.
```

1  A. Yes, I did; the answer was no.

2  Q. Do you know if your father was ever

3  administered ▓▓▓▓▓▓▓▓▓?

4  A. Don't know.

5  Q. Do you know if he was ever charged for

6  ▓▓▓▓▓▓▓▓▓▓

7  A. Don't know.

8  Q. Do you know if he ever paid for

9  ▓▓▓▓▓▓▓▓▓?

10  A. Don't know.

11  Q. Okay. Mr. Clark, do you see that

12  throughout paragraph 17 after each drug there's a

13  parentheses with the names of various pharmaceutical

14  companies?

15  A. Yes.

16  Q. Do you see that many, if not all, of those

17  parentheticals mention more than one pharmaceutical

18  company?

19  A. I see that.

20  Q. Okay. Do you know which of those

21  manufacturers made each of the drugs that your

22  father allegedly took?

1   A.   Not specifically I don't.
2   Q.   Mr. Clark, with regards to the questions
3   that I've been asking about these drugs in paragraph
4   17, would your answers to these questions be the
5   same with regard to all the other drugs that are
6   listed in this paragraph?
7   A.   I believe so, with the exception, ▇▇▇▇
8   ▇▇▇▇ I believe is ▇▇▇▇▇▇▇▇▇ isn't it?
9   Q.   It is. Do you know if your father was
10  ever administered ▇▇▇▇▇▇▇?
11  A.   At the ▇▇▇▇▇▇ he was given ▇▇▇▇
12  ▇▇▇.
13  Q.   Do you know what that drug is used for?
14  A.   Not specifically.
15  Q.   Do you remember when he was administered
16  ▇▇▇▇▇▇?
17  A.   Not exact dates, no.
18  Q.   Do you know which manufacturer made the
19  ▇▇▇▇▇▇▇ that was administered to your
20  father?
21  A.   No, I do not.
22  Q.   Do you know if it was in the form of an

1   injection or an infusion or a pill?

2       A.   I believe it was an infusion.

3       Q.   Okay.  Do you know how often he received

4   ▮▮▮▮▮▮▮▮▮▮▮ infusion?

5       A.   No, not specifically.

6       Q.   Do you know whether your father received

7   ▮▮▮▮▮▮▮▮▮▮▮ in an inpatient or outpatient

8   setting?

9       A.   It was in an outpatient setting.

10      Q.   How do you know that?

11      A.   I took him to the ▮▮▮▮▮▮▮▮ clinic.

12      Q.   When you say the outpatient clinic, are

13  you referring to the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14      A.   Yes, I am.

15      Q.   Is your understanding of that treatment

16  being outpatient based solely on the fact that it

17  was administered at the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?

18      A.   Yeah, it said outpatient services on the

19  door.

20      Q.   Okay.  Do you know if your father was

21  charged for the ▮▮▮▮▮▮▮▮▮▮?

22      A.   I'm assuming he was; I don't know

1  specifically if he was.
2      Q.   Don't know for sure, okay.  Do you know
3  how much your father's provider charged for the
4  ▮▮▮▮▮?
5      A.   I do not.
6      Q.   Do you know how your father's provider
7  determined the price it charges?
8      A.   I do not.
9      Q.   Was your answer no?
10     A.   I do not know.
11     Q.   Do you know if the charges for ▮▮▮
12  ▮▮▮ were based on AWP?
13     A.   I don't know.
14     Q.   Do you know if your father ever paid
15  personally for ▮▮▮▮▮?
16     A.   I don't know that either.
17     Q.   Okay.  Do you know if the documents that
18  you produced would indicate whether or not your
19  father paid for ▮▮▮▮▮?
20     A.   Without looking through them, I don't
21  know.
22     Q.   And is there any reason that you remember

1    Q.   Mr. Clark, do you have any receipts,
2  canceled checks, or credit card statements that
3  would reflect your father's payments, if any, for
4  any of the drugs in paragraph 17?
5    A.   I don't know that they're specifically for
6  the drugs in paragraph 17.
7    Q.   But if you do, would they be in the
8  documents you already produced to counsel?
9    A.   Yes.
10   Q.   Okay.  You had mentioned earlier in our
11 discussion, Mr. Clark, and correct me if I misstate
12 this, that your father provided receipts for
13 prescriptions he paid to his supplemental insurer;
14 is that correct?
15   A.   I believe that's, I believe that's what he
16 had to do, he would just let them pile up and then,
17 when he got so much, he would send them in.
18   Q.   And why did he do that?
19   A.   So that he didn't have to fill out the
20 form every single thing that he did.
21   Q.   Okay.  And what form are you referring to?
22   A.   It's an American Benefit Plan form that