EXHIBIT "I"

```
                                                                    1

 1                IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF MASSACHUSETTS

 3                            * * * * *

 4   IN RE:  PHARMACEUTICAL INDUSTRY      )

 5   AVERAGE WHOLESALE PRICE              )

 6   LITIGATION                           ) MDL DOCKET NO.

 7                                        ) CIVIL ACTION

 8                                        )) 01CV12257-PBS

 9   D                                    ))

10   THIS DOCUMENT RELATES TO:            )

11   ALL ACTIONS                          )

12                                        )

13   D                                    ))

14                            * * * * *

15

16                       HIGHLY CONFIDENTIAL

17                    DEPOSITION OF LARRY YOUNG

18              TAKEN ON BEHALF OF THE DEFENDANTS

19         ON NOVEMBER 9, 2005, BEGINNING AT 10:06 A.M.

20                   IN OKLAHOMA CITY, OKLAHOMA

21                            * * * * *

22   REPORTED BY:  JANE McCONNELL, CSR, RPR, RMR, CRR
```

1     Q    (BY MR. YOUNG)  Let me narrow it a

2  little bit.  What knowledge do you have about the

3  allegation that certain physician-administered

4  prescription drugs -- I'm sorry, that your wife was

5  charged for the following physician-administered

6  drugs based in whole or in part on AWP?

7          MR. WILLIAMS:  Objection, vague and

8  ambiguous.

9     A    I don't know.

10    Q    (BY MR. YOUNG)  You have no knowledge

11 that these drugs were charged based on AWP?

12         MR. WILLIAMS:  Same objection.

13    A    No, I don't.

14    Q    (BY MR. YOUNG)  Following the sentence

15 I just read here --

16         MR. SWEENEY:  What was the answer to

17 the question?  I couldn't hear that.

18         MR. YOUNG:  She'll read it back.

19         (Whereupon the court reporter read back

20 the answer.)

21    Q    (BY MR. YOUNG)  I'm sorry.  I started to

22 ask you, after the sentence I just read you there's

```
 1     Q    And after ████████ it lists five
 2  companies.  Do you see that?
 3     A    Yeah.
 4     Q    Do you have any way of knowing of those
 5  companies -- strike that.
 6          Do you have any way of knowing whether
 7  any of those companies manufactured the ████████
 8  that your wife received?
 9          MR. WILLIAMS:  Objection, vague.
10     A    No.
11     Q    (BY MR. YOUNG)  Do you have any way of
12  knowing which of those companies manufactured
13  the ████████ your wife received?
14          MR. WILLIAMS:  Same objection.
15     A    No.
16     Q    (BY MR. YOUNG)  Do you have any way of
17  knowing with respect to all the drugs listed in
18  Paragraph 19 which you've now had a chance to
19  review which company -- strike that.
20          With respect to all the drugs in 19 which
21  you've now had a chance to review, do you have a
22  way of knowing which company manufactured that
```

```
                                                            76
 1   drug that your wife received?

 2            MR. WILLIAMS:  I'll object on

 3   foundational grounds.  The question is vague.

 4        A    As far as drug companies, no, I don't

 5   know which ones produced what medicines.

 6        Q    (BY MR. YOUNG)  I don't know if anybody

 7   is still listening, but remember to keep your voice

 8   up.

 9        A    Okay.

10        Q    I gather nobody is since nobody has

11   yelled in awhile.

12            MR. SWEENEY:  Some of us are still here.

13            (Discussion off the record.)

14        Q    (BY MR. YOUNG)  You had mentioned two

15   drugs that you recognized, [REDACTED] and

16   [REDACTED], and then I interrupted you.  Are there

17   any other drugs from this list that you recognize

18   what treatment your wife would have received it

19   for?

20        A    Not that I know of.  My recollection of --

21   she took a lot of medications.  So I don't know

22   what.  It would have to be looked at her medical
```