
Jun 15 2006
4:01PM

# Exhibit B

# EXHIBIT REDACTED