

Jun 15 2006
4:01PM

# Exhibit C

# 2002 DRUG TOPICS® RED BOOK®

Arnold & Porter Library - DC
10078774

'S TRUSTED COMPANION FOR MORE THAN A CENTURY

Prices and product information, plus so much more:

- Emergency Contacts, Poison Antidotes
- Interaction Tables, Clinical Reference Guide
- Practice Management Resources
- Pharmacy and Healthcare Directory
- Drug Auction Sites, Handheld Systems
- Reimbursement Guide
- Manufacturer/Wholesaler Directory
- Full-Color Drug Identification Section
- Guide to Medicinal Herbs

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| ...RIN (Monarch) | | | | |
| ...n zn/neo/polymyx | | | | |
| ...00 u-3.5 mg-10,000 u/gm, | | | | |
| ...500 gm | 61570-0046-35 | 32.13 | | AT |
| ...ch) | | | | |
| ...p/neo sulf/polymyx | | | | |
| ...10 ml | 61570-0045-10 | 32.13 | | AT |
| ...pts) | | | | |
| ...OP, 10 ml | 54569-0874-00 | 29.75 | | AT |
| ...Total Care) | | | | |
| ...P, 10 ml | 54868-0593-00 | 33.37 | | AT |
| ...PORIN G.U. IRRIGANT (Monarch) | | | | |
| ...ni/polymyx | | | | |
| ...(AMP) | | | | |
| ...0 mg-200,000 u/ml, | | | | |
| ...1 ml 10s | 61570-0047-10 | 127.28 | | |
| ...1 ml 50s | 61570-0047-50 | 598.28 | | |
| (M.O.V.) | | | | |
| 40 mg-200,000 u/ml, | | | | |
| 20 ml | 61570-0048-20 | 144.40 | | |

(STIGMINE BROMIDE (A/A Spectrum))
...
...
See PROSTIGMIN BROMIDE

**OSTIGMINE METHYLSULFATE (APP)**
IJ (M.O.V.,AMBER)
 0.5 mg/ml, 10 ml.....63323-0382-10  7.36
 1 mg/ml, 10 ml.......63323-0383-10  10.37
(Abbott Hosp)
SOL, IJ (VIAL, FLIPTOP)
 0.5 mg/ml,
  10 ml 10s.........00074-3722-01  42.39  35.70
  1 mg/ml, 10 ml 10s...00074-3723-01  44.53  37.50
(Amer Regent)
SOL, IJ (M.D.V.)
 0.5 mg/ml,
  10 ml 10s.........00517-0034-10  50.00
  1 mg/ml, 10 ml 10s...00517-0033-10  50.00
(Baxter Anesthesia)
SOL, IJ (S.D.V.)
 0.5 mg/ml, 1 ml......10019-0271-02  1.00
 (M.D.V.)
 0.5 mg/ml, 10 ml....10019-0271-10  0.82
 1 mg/ml, 10 ml......10019-0270-10  0.82
(Gensia Sicor)
SOL, IJ (S.D.V.)
 0.5 mg/ml,
  1 ml 10s..........00703-2711-03  38.75
 (M.D.V.)
 0.5 mg/ml,
  10 ml 10s.........00703-2714-03  69.75
  1 mg/ml, 10 ml 10s...00703-2704-03  81.25
(ICN) See PROSTIGMIN

**NEOTECT (Berlex Imaging)**
technetium tc-99m depreotide
KIT, IJ (VIAL)
 ea.................64570-0511-10  800.00
 5s ea..............64570-0511-05  4000.00

**NEOTRACE-4 (APP)**
minerals, multi
SOL, IV (S.D.V.,P.F.)
 2 ml...............63323-0141-02  6.33

**NEOTUSS-D (A. G. Marin)**
cpm/dm/gg/phenyleph
LIQ, PO (AF,DF,SF,BLK RASPBERRY)
 473 ml.............12539-0888-16  52.80

**NEPHPLEX RX (Nephro-Tech)**
folic acid/vit b comp/vit c
TAB, PO, 100s ea.......59528-0317-01  17.75

**NEPHRO-FER RX (R&D)**
Fe fum/folic acid
TAB, PO (3X10)
 324 mg-1 mg,
  30s ea UD.........54391-1313-08  12.89

**NEPHRO-VITE RX (R&D)**
folic acid/vit b comp/vit c
TAB, PO, 100s ea.......54391-1002-01  51.59

**NEPHROCAPS (Fleming)**
folic acid/vit b comp/vit c
SGL, PO (SOFTGEL)
 100s ea............00256-0185-01  24.90

---

(Phys Total Care)
REPACK
SGL, PO (SOFTGEL)
 100s ea............54868-3008-01  29.41

**NEPHRON FA (Nephro-Tech)**
dss/folic acid/iron/vit b comp/vit c
TAB, PO, 100s ea.......59528-4456-01  28.25

**NEPTAZANE (Wyeth-Ayerst)**
methazolamide
TAB, PO, 50 mg, 100s ea..00005-4570-23  106.98  85.58  AB

**NESACAINE (Astra Zeneca)**
chloroprocaine hydrochloride
SOL, IJ (M.D.V.)
 1%, 30 ml.........00186-0971-66  19.73
 2%, 30 ml.........00186-0972-66  20.22   EE
(Allscripts)
REPACK
SOL, IJ (M.D.V.)
 1%, 30 ml.........54569-3500-00  18.80
 2%, 30 ml.........54569-1831-01  19.27   EE

**NESACAINE-MPF (Astra Zeneca)**
chloroprocaine hydrochloride
SOL, IJ (S.D.V.)
 2%, 20 ml.........00186-0991-66  23.32   AP
 3%, 20 ml.........00186-0992-66  24.48   AP

**NESIRITIDE**
(Scios) See NATRECOR

**NESTABS CBF (Fielding)**
vitamins, prenatal
TAB, PO, 100s ea......80421-1997-01  32.81
(Allscripts)
REPACK
TAB, PO, 100s ea......54569-4944-00  31.56

**NESTABS FA (Fielding)**
vitamins, prenatal
TAB, PO, 100s ea......00421-1594-01  22.38
(Allscripts)
REPACK
TAB, PO, 100s ea......54569-4937-00  22.38

**NESTABS RX (Fielding)**
vitamins, prenatal
TAB, PO, 90s ea.......00421-1317-01  34.38

NETTLE LEAF (A/A Spectrum)
stinging nettle leaf
POW, NA, 2500 gm.....N124110  23.89
 2500 gm...........N124113  7.00

**NEU TREXIN (Medimmune Oncology)**
trimetrexate glucuronate
PDS, IV (S.D.V., 2 TRAYS OF 25)
 25 mg, 10s ea......58178-0020-10  1250.00
 (S.D.V.)
 25 mg, 50s ea......58178-0020-50  6250.00
 (M.D.V.)
 200 mg, ea.........58178-0021-01  1000.00

**NEUMEGA (Genetics Inst)**
oprelvekin
PDS, SC (VIAL, P.F.)
 5 mg, ea..........58394-0004-01  258.75  207.00
 7s ea.............58394-0004-02  1811.25 1449.00

**NEUPOGEN (Amgen Inc.)**
filgrastim (g-csf)
SOL, IJ (SINGLEJECT, 26GX5/8", PF)
 300 mcg/0.5 ml,
  0.500 ml.........55513-0924-01  217.00
  0.500 ml 10s.....55513-0924-10  2170.00
 480 mcg/0.8 ml,
  0.800 ml.........55513-0209-01  345.60
  0.800 ml 10s.....55513-0209-10  3456.00
 (S.D.V., P.F.)
 480 mcg/1.6 ml,
  1.600 ml.........55513-0546-01  315.10
  1.600 ml 10s.....55513-0546-10  3151.00
 300 mcg/ml, 1 ml...55513-0530-01  197.80
  1 ml 10s.........55513-0530-10  1978.00
(Allscripts)
REPACK
SOL, IJ (S.D.V., P.F.)
 300 mcg/ml,
  1 ml 10s.........54569-4824-00  1978.00
(Phys Total Care)
REPACK
SOL, IJ (S.D.V., P.F.)
 300 mcg/ml, 1 ml...54868-2522-00  195.68

---

Electronic Drug Pricing and Clinical Information
RED BOOK
Database Services - (800) 722-3062

**NEUROFORTE-R (Intl Ethical)**
vitamin b12
SOL, IM (VIAL)
 1000 mcg/ml, 10 ml..11584-1025-01  12.51   EE

**NEUROFORTE-SIX (Intl Ethical)**
vit b comp/vit c
SOL, IJ (VIAL)
 10 ml..............11584-1018-05  17.69

**NEUROLITE (B/M Squibb Med Imag)**
technetium tc-99m bicisate
KIT, IV (SRN, PREFILLED)
 ea.................11994-0006-00  425.25

**NEURONTIN (Pfizer U.S.P.G.)**
gabapentin
CAP, PO, 100 mg,
 50s ea UD.........00071-0803-40  29.89  23.91
 (5-2X5 BLISTER PACK)
 100 mg, 100s ea...00071-0803-24  51.41  41.13
 300 mg, 50s ea UD..00071-0805-40  70.28  56.22
  100s ea..........00071-0805-24  128.53 102.82
 (5-2X5 BLISTER PACK)
 400 mg, 50s ea UD..00071-0806-40  81.61  65.29
  100s ea..........00071-0806-24  154.21 123.37
SOL, PO (STRAWBERRY-ANISE)
 250 mg/5 ml,
  470 ml...........00071-2012-23  100.69  80.55
TAB, PO, 600 mg, 100s ea..00071-0416-24  218.49 174.79
 800 mg, 100s ea...00071-0426-24  262.18 209.74
(Allscripts)
REPACK
CAP, PO, 100 mg, 30s ea..54569-4576-01  14.38
 300 mg, 30s ea....54569-4577-01  35.94
  60s ea...........54569-4577-02  71.88
TAB, PO, 600 mg, 60s ea..54569-5249-00  203.64
(Pharma Pac)
REPACK
CAP, PO, 100 mg, 21s ea..52959-0506-21  23.68
 30s ea............52959-0506-30  32.26
 45s ea............52959-0506-45  47.30
 60s ea............52959-0506-60  73.87
 300 mg, 20s ea....52959-0434-20  44.68
 30s ea............52959-0434-30  62.11
 100s ea...........52959-0434-00  141.14
TAB, PO, 600 mg, 30s ea..52959-0640-30  65.05
(Phys Total Care)
REPACK
CAP, PO, 100 mg, 100s ea..54868-3529-00  58.34
 300 mg, 30s ea....54868-3768-01  44.51
 420 mg, 30s ea....54868-3931-00  53.16
(Southwood)
REPACK
CAP, PO, 100 mg, 10s ea..58016-0427-10  4.97
 14s ea............58016-0427-14  6.95
 15s ea............58016-0427-15  7.45
 20s ea............58016-0427-20  9.93
 21s ea............58016-0427-21  10.43
 28s ea............58016-0427-28  13.90
 30s ea............58016-0427-30  14.90
 40s ea............58016-0427-40  19.86
 50s ea............58016-0427-50  24.83
 60s ea............58016-0427-60  29.80
 90s ea............58016-0427-90  44.69
 100s ea...........58016-0427-00  49.66
 300 mg, 10s ea....58016-0481-10  12.45
 14s ea............58016-0481-14  17.44
 15s ea............58016-0481-15  18.68
 20s ea............58016-0481-20  24.91
 21s ea............58016-0481-21  26.15
 28s ea............58016-0481-28  34.87
 30s ea............58016-0481-30  37.36
 40s ea............58016-0481-40  49.82
 50s ea............58016-0481-50  62.27
 60s ea............58016-0481-60  74.72
 90s ea............58016-0481-90  112.09
 100s ea...........58016-0481-00  124.54
 400 mg, 10s ea....58016-0433-10  14.95
 14s ea............58016-0433-14  20.93
 15s ea............58016-0433-15  23.93
 20s ea............58016-0433-20  29.90