

Jun 15 2006
4:01PM

# Exhibit D



# 1998 DRUG TOPICS RED BOOK

Next Edition: April 1999

## THE PHARMACIST'S TRUSTED COMPANION FOR MORE THAN A CENTURY

### PHARMACY'S FUNDAMENTAL REFERENCE™

- **Emergency Information**
  Poison Centers, Antidotes, Drug Information Centers

- **Clinical Reference Guide**
  Interactions, Lab Values, Conversions

- **Reimbursement Information**
  Medicaid Prices, AIDS Programs, PBMs

- **Business Directory**
  Manufacturers, Wholesalers, Returns

- **Product Identification Guide**
  Over 1,000 Full-Color, Actual-Size Drug Photos

- **Complete Rx Drug Listings**
  All Forms, Strengths, Sizes, and Suppliers of Every Drug on the Market

- **OTCs, Herbals, Nutritionals**
  All Forms, Strengths, Sizes, and Suppliers; Thousands of Listings

- **Home Care Reference**
  Test Kits, Home Infusion, Patient Handouts

PROPERTY OF COVINGTON & BURLING
112273

our catalog insert: Section V.

To place orders: 1-800 772-8786

**SPECTRUM**

Spectrum Healthcare Products, Division of Spectrum Quality Products, Inc.
1-800 772-8786 • Fax: (800) 525-2299 • www.spectrumchemical.com • email: sales@spectrumchemical.com

| AWP | DP | OBC |
|---|---|---|
| 17.60 | BP | |
| 2.05 | AT | |
| 5.10 | AT | |
| 20.50 | AT | |
| 6.10 | AT | |
| | | |
| 11.99 | EE | |
| | | |
| 38.25 | | |
| 38.00 | | |
| 30.44 | | |
| 35.00 | | |
| | | |
| 14.60 | | |
| 10.60 | | |
| 10.00 | | |
| | | |
| 0.20 | 44.59 | AT |
| 1.28 | 0.95 | AT |
| 3.31 | 2.45 | AT |
| 1.74 | 1.29 | AT |
| 4.79 | 3.55 | AT |
| 3.17 | 2.35 | AT |
| | | |
| 7.96 | 13.30 | BP |
| 8.76 | 6.49 | AT |
| 1.07 | 0.79 | AT |
| 1.55 | 1.15 | AT |
| 4.79 | 3.55 | AT |
| | | |
| 4.44 | 3.29 | AT |
| | | |
| 1.51 | | AT |
| 0.22 | | AT |
| | | |
| 7.15 | | |
| 1.25 | | |
| | | |
| 1.75 | EE | |
| 1.99 | EE | |
| 1.10 | EE | |
| 1.85 | EE | |
| 1.06 | EE | |
| 1.05 | EE | |
| 1.35 | EE | |
| | | |
| .50 | | |
| | | |
| .85 | EE | |
| .91 | EE | |
| .92 | EE | |
| .45 | EE | |
| .17 | EE | |
| .84 | EE | |
| .43 | EE | |
| | | |
| .33 | EE | |
| .57 | EE | |
| .43 | EE | |
| .91 | EE | |
| .55 | EE | |
| .52 | EE | |
| | | |
| .00 | EE | |
| | | |
| .41 | AT | |
| .27 | AT | |
| .01 | AT | |
| .64 | AT | |
| .95 | AT | |
| .28 | AT | |
| .34 | AT | |
| .01 | AT | |
| | | |
| .55 | AT | |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (RPR) See NASACORT | | | | |
| (RPR) See NASACORT AQ | | | | |
| (Radford Therapeutics) | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 40 mg/ml, 5 ml | 63252-0293-07 | 25.95 | | BP |
| (Raway) | | | | |
| CRE, TP, 0.025%, 15 gm | 00686-0063-35 | 1.00 | | AT |
| 80 gm | 00686-0063-36 | 2.80 | | AT |
| 454 gm | 00686-0063-05 | 6.25 | | AT |
| LOT, TP, 0.025%, 60 ml | 00686-1248-02 | 7.50 | | AT |
| 0.1%, 60 ml | 00686-1250-02 | 8.50 | | EE |
| OIN, TP, 0.025%, 15 gm | 00686-0054-35 | 2.75 | | AT |
| 80 gm | 00686-0054-36 | 2.80 | | EE |
| 454 gm | 00686-0054-05 | 6.25 | | EE |
| (Rugby) | | | | |
| CRE, TP, 0.025%, 480 gm | 00536-5245-98 | 18.75 | | AT |
| 0.1%, 15 gm | 00536-5225-20 | 2.03 | | AT |
| 80 gm | 00536-5225-30 | 5.10 | | AT |
| 480 gm | 00536-5225-98 | 20.85 | | AT |
| 2400 gm | 00536-5225-27 | 92.24 | | AT |
| 0.5%, 15 gm | 00536-5200-20 | 4.28 | | AT |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00536-9810-65 | 19.20 | | BP |
| LOT, TP, 0.1%, 60 ml | 00536-2360-51 | 9.74 | | AT |
| OIN, TP, 0.025%, 80 gm | 00536-5190-30 | 3.45 | | AT |
| 480 gm | 00536-5190-98 | 10.35 | | AT |
| 0.1%, 15 gm | 00536-5180-20 | 2.03 | | AT |
| 80 gm | 00536-5180-30 | 5.10 | | AT |
| 480 gm | 00536-5180-98 | 20.85 | | AT |
| 0.5%, 15 gm | 00536-5170-20 | 4.28 | | AT |
| PAS, MM (DENTAL) | | | | |
| 0.1%, 5 gm | 00536-5210-93 | 6.09 | | AT |
| (Schein) | | | | |
| CRE, TP, 0.025%, 15 gm | 00364-7211-72 | 1.74 | | AT |
| 80 gm | 00364-7211-60 | 4.32 | | AT |
| 0.1%, 15 gm | 00364-7212-44 | 2.04 | | AT |
| 30 gm | 00364-7212-56 | 2.50 | | AT |
| 80 gm | 00364-7212-60 | 4.80 | | AT |
| 0.5%, 15 gm | 00364-7213-72 | 4.28 | | AT |
| INJ, IJ (S.D.V.) | | | | |
| 40 mg/ml, 1 ml 25s | 00364-6728-46 | 133.00 | | BP |
| (M.D.V.) | | | | |
| 40 mg/ml, 5 ml | 00364-6728-53 | 23.00 | | BP |
| LOT, TP, 0.1%, 60 ml | 00364-7346-58 | 8.78 | | AT |
| OIN, TP, 0.1%, 15 gm | 00364-7360-72 | 2.05 | | AT |
| PAS, MM (DENTAL) | | | | |
| 0.1%, 5 gm | 00364-2218-53 | 8.89 | | AT |
| (Southwood) | | | | |
| CRE, TP, 0.025%, 15 gm | 58016-3034-01 | 4.88 | | EE |
| 0.1%, 15 gm | 58016-3035-01 | 10.98 | | EE |
| 80 gm | 58016-3108-01 | 8.37 | | EE |
| 0.5%, 15 gm | 58016-3127-01 | 6.83 | | EE |
| OIN, TP, 0.025%, 30 gm | 58016-3161-01 | 5.13 | | EE |
| 0.1%, 15 gm | 58016-3208-01 | 3.20 | | EE |
| 80 gm | 58016-3253-01 | 8.37 | | EE |
| (Steris) | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 40 mg/ml, 1 ml | 00402-0204-01 | 6.70 | | BP |
| 5 ml | 00402-0204-05 | 25.11 | | BP |
| (Taro) | | | | |
| PAS, MM, 0.1%, 5 gm | 51672-1257-05 | 9.86 | | AT |
| (Teva) See TRIACET | | | | |
| (Thames) | | | | |
| CRE, TP, 0.025%, 15 gm | 49158-0139-20 | 3.64 | | AT |
| 80 gm | 49158-0139-21 | 6.12 | | AT |
| 480 gm | 49158-0139-16 | 17.00 | | AT |
| 2270 gm | 49158-0139-22 | 26.32 | | AT |
| 0.1%, 15 gm | 49158-0140-20 | 3.48 | | AT |
| 30 gm | 49158-0140-08 | 4.20 | | AT |
| 80 gm | 49158-0140-21 | 6.60 | | AT |
| 454 gm | 49158-0140-16 | 26.40 | | AT |
| 2270 gm | 49158-0140-22 | 65.20 | | AT |
| 0.5%, 15 gm | 49158-0141-20 | 6.32 | | AT |
| LOT, TP, 0.1%, 60 ml | 49158-0211-32 | 13.64 | | AT |
| OIN, TP, 0.1%, 15 gm | 49158-0160-20 | 3.60 | | AT |
| 30 gm | 49158-0160-08 | 4.20 | | AT |
| 80 gm | 49158-0160-21 | 6.60 | | AT |
| 454 gm | 49158-0160-16 | 26.40 | | AT |
| PAS, MM, 0.1%, 5 gm | 49158-0231-03 | 5.00 | | AT |
| (Truxton) See ACETOCOT | | | | |
| (Truxton) See TRIAMCOT | | | | |
| (URL) | | | | |
| PAS, MM (DENTAL) | | | | |
| 0.1%, 15 gm | 00677-1200-36 | 6.37 | | AT |
| CRE, TP, 0.1%, 80 gm | 00677-0747-46 | 5.05 | | AT |
| 454 gm | 00677-0747-44 | 20.63 | | AT |
| 2270 gm | 00677-0747-47 | 77.50 | | AT |
| 0.5%, 15 gm | 00677-0751-40 | 4.27 | | AT |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00677-0680-20 | 19.22 | | BP |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (Zenith Goldline) | | | | |
| CRE, TP, 0.025%, 15 gm | 00182-1216-51 | 1.60 | | AT |
| 80 gm | 00182-1216-53 | 4.25 | | AT |
| TRIAMCINOLONE ACETONIDE (Zenith Goldline) | | | | |
| CRE, TP, 0.025%, 454 gm | 00182-1216-45 | 9.35 | | AT |
| 0.1%, 15 gm | 00182-1217-51 | 2.05 | | AT |
| 80 gm | 00182-1217-53 | 5.10 | | AT |
| 454 gm | 00182-1217-45 | 22.05 | | AT |
| 2270 gm | 00182-1217-46 | 79.40 | | AT |
| 0.5%, 15 gm | 00182-1218-51 | 3.35 | | AT |
| INJ, IJ (S.D.V.) | | | | |
| 40 mg/ml, 1 ml | 00182-1141-85 | 6.70 | | BP |
| (M.D.V.) | | | | |
| 40 mg/ml, 5 ml | 00182-1141-62 | 22.05 | | BP |
| LOT, TP, 0.1%, 60 ml | 00182-1777-68 | 9.95 | | AT |
| OIN, TP, 0.025%, 15 gm | 00182-1394-51 | 1.50 | | AT |
| 80 gm | 00182-1394-53 | 4.25 | | AT |
| 454 gm | 00182-1394-45 | 9.35 | | AT |
| 0.1%, 15 gm | 00182-1395-51 | 2.05 | | AT |
| 80 gm | 00182-1395-53 | 5.10 | | AT |
| 454 gm | 00182-1395-45 | 19.40 | | AT |
| 0.5%, 15 gm | 00182-5068-51 | 3.35 | | AT |
| TRIAMCINOLONE ACETONIDE IN ABSORBASE | | | | |
| (Carolina) | | | | |
| triamcinolone acetonide | | | | |
| OIN, TP, 0.05%, 430 gm | 46287-0010-16 | 25.00 | 20.00 | |
| TRIAMCINOLONE DIACETATE (A-A Spectrum) | | | | |
| SEE SECTION 6 FOR MFG CATALOG | | | | |
| CRY, (MICRONIZED U.S.P.) | | | | |
| 1 gm | 49452-7910-01 | 14:20 | | |
| 5 gm | 49452-7910-02 | 39.85 | | |
| 10 gm | 49452-7910-03 | 71.50 | | |
| (Allscripts) | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 40 mg/ml, 5 ml | 54569-2129-00 | 13.81 | | EE |
| (Bolan) See TRAMACORT-D | | | | |
| (Clint) See CLINACORT | | | | |
| (Consolidated Midland) | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00223-8690-05 | 8.00 | | EE |
| (Forest Pharm) | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00456-1060-05 | 17.00 | | BP |
| (Fujisawa) See ARISTOCORT | | | | |
| (Fujisawa) See ARISTOCORT FORTE | | | | |
| (Gallipot) | | | | |
| POW, (MICRO., U.S.P.) | | | | |
| 1 gm | 51552-0278-01 | 18.98 | | |
| 5 gm | 51552-0278-05 | 68.08 | | |
| 10 gm | 51552-0278-10 | 113.28 | | |
| (Hyrex) See TRIAM-FORTE | | | | |
| (Keene) See AMCORT | | | | |
| (Legere) See CINALONE 40 | | | | |
| (Merz) See TRISTOJECT | | | | |
| (Moore, H.L.) | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00839-5057-25 | 10.38 | 7.69 | BP |
| (Schein) | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 40 mg/ml, 5 ml | 00364-3081-53 | 13.81 | | BP |
| (Steris) | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 40 mg/ml, 5 ml | 00402-0042-05 | 13.81 | | BP |
| (Truxton) See TRIAMCOT | | | | |
| (URL) | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00677-0981-20 | 12.70 | | BP |
| (Zenith Goldline) | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00182-3064-62 | 13.75 | | BP |
| TRIAMCINOLONE HEXACETONIDE | | | | |
| (Fujisawa) See ARISTOSPAN | | | | |
| TRIAMCOT (Truxton) | | | | |
| triamcinolone acetonide | | | | |
| CRE, TP, 0.1%, 15 gm | 00463-8052-15 | 2.40 | | EE |
| (Truxton) | | | | |
| triamcinolone diacetate | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00463-1091-05 | 8.40 | | EE |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| *Electronic Drug Pricing and Clinical Information* | | | | |
| **RED BOOK** | | | | |
| Database Services – (800) 722-3062 | | | | |
| TRIAMINIC PEDIATRIC (Allscripts) | | | | |
| REPACK | | | | |
| phenir/ppa/pyril | | | | |
| LIQ, PO (DROPS) | | | | |
| 10 mg-20 mg-10 mg/ml, | | | | |
| 15 ml | 54569-0742-00 | 10.84 | | |
| TRIAMINIC RX PEDIATRIC (Novartis Consumer) | | | | |
| phenir/ppa/pyril | | | | |
| LIQ, PO (DROPS) | | | | |
| 10 mg-20 mg-10 mg/ml, | | | | |
| 15 ml | 00043-0511-15 | 10.84 | 9.03 | |
| TRIAMINIC-DH EXPECTORANT (Novartis Consumer) | | | | |
| gg/hydrocodone/phenir/ppa/pyril | | | | |
| LIQ, PO, 480 ml, S.U. | 00043-0521-15 | 38.16 | 31.80 | |
| TRIAMONIDE 40 (Forest Pharm) | | | | |
| triamcinolone acetonide | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00456-0781-05 | 19.00 | | BP |
| TRIAMTERENE (Medisca) | | | | |
| POW, (U.S.P.) | | | | |
| 25 gm | 38779-0267-25 | 11.70 | | |
| 100 gm | 38779-0267-10 | 36.99 | | |
| 500 gm | 38779-0267-50 | 153.00 | | |
| 1000 gm | 38779-0267-00 | 198.00 | | |
| (Meridian Chemical) | | | | |
| POW, (U.S.P., B.P., E.P.) | | | | |
| 25 gm | 62991-2069-01 | 28.60 | | |
| 100 gm | 62991-2069-02 | 88.00 | | |
| 500 gm | 62991-2069-03 | 341.00 | | |
| 1000 gm | 62991-2069-04 | 429.00 | | |
| (SK Beecham Pharm) See DYRENIUM | | | | |
| TRIAPRIN (PD-RX Pharm) | | | | |
| REPACK | | | | |
| apap/butal | | | | |
| CAP, PO, 325 mg-50 mg, | | | | |
| 30s ea | 55289-0200-30 | 8.73 | | |
| TRIAZ (Medicis) | | | | |
| benzoyl peroxide | | | | |
| GEL, TP, 6%, 45 gm | 99207-0051-01 | 19.20 | | |
| 10%, 45 gm | 99207-0210-01 | 19.80 | | |
| TRIAZ CLEANSER (Medicis) | | | | |
| benzoyl peroxide | | | | |
| GEL, TP, 6%, 180 gm | 99207-0116-12 | 16.20 | | |
| 10%, 90 gm | 99207-0106-02 | 9.90 | | |
| 180 gm | 99207-0106-12 | 16.80 | | |
| TRIAZOLAM | | | | |
| HCFA | | | | |
| TAB, PO, 0.125 mg, | | | | |
| 100s ea | | 48.42 | | |
| 0.25 mg, 100s ea | | 52.86 | | |
| (Allscripts) | | | | |
| TAB, PO (10 X 10) | | | | |
| 0.25 mg, | | | | |
| 30s ea, C-IV | 54569-3966-00 | 20.00 | | EE |
| 100s ea, C-IV | 54569-3966-01 | 66.68 | | EE |
| (Cheshire) | | | | |
| TAB, PO, 0.25 mg, | | | | |
| 4s ea, C-IV | 55175-0720-04 | 7.54 | | EE |
| 10s ea, C-IV | 55175-0720-01 | 10.22 | | EE |
| 15s ea, C-IV | 55175-0720-05 | 12.96 | | EE |
| 30s ea, C-IV | 55175-0720-00 | 21.10 | | EE |
| (Compumed) | | | | |
| TAB, PO, 0.25 mg, | | | | |
| 100s ea, C-IV | 00403-4560-01 | 38.15 | | EE |
| (Geneva) | | | | |
| TAB, PO, 0.125 mg, | | | | |
| 100s ea UD, C-IV | 00781-1441-13 | 65.25 | | AB |
| (UNIT OF USE) | | | | |
| 0.125 mg, | | | | |
| 100s ea, C-IV | 00781-1441-83 | 61.00 | | AB |
| 500s ea, C-IV | 00781-1441-05 | 295.97 | | AB |
| 0.25 mg, | | | | |
| 100s ea UD, C-IV | 00781-1442-13 | 67.22 | | AB |
| (UNIT OF USE) | | | | |
| 0.25 mg, | | | | |
| 100s ea, C-IV | 00781-1442-83 | 66.68 | | AB |
| 500s ea, C-IV | 00781-1442-05 | 323.36 | | AB |

Recommend SENOKOT® Laxatives When the R$_x$ May Constipate     PURDUE FREDERICK