

Jun 15 2006
4:01PM

# Exhibit E



# 2002 DRUG TOPICS® RED BOOK®

S TRUSTED COMPANION FOR MORE THAN A CENTURY


Arnold & Porter Library - DC
10078774

Prices and product information, plus so much more:

Emergency Contacts, Poison Antidotes

Interaction Tables, Clinical Reference Guide

Practice Management Resources

Pharmacy and Healthcare Directory

Drug Auction Sites, Handheld Systems

Reimbursement Guide

Manufacturer/Wholesaler Directory

Full-Color Drug Identification Section

Guide to Medicinal Herbs

| PROD/MFR / NDC | AWP | DP | OBC |
|---|---|---|---|
| **(Fujisawa)** | | | |
| triamcinolone diacetate | | | |
| SUS, IJ (VIAL) | | | |
| 25 mg/ml, 5 ml.......00469-5117-05 | 23.30 | | |
| **ARISTOCORT A (Fujisawa)** | | | |
| triamcinolone acetonide | | | |
| CRE, TP, 0.025%, 15 gm...00469-5101-15 | 10.50 | | AT |
| 60 gm............00469-5101-60 | 25.88 | | AT |
| 0.1%, 15 gm........00469-5102-15 | 13.35 | | AT |
| 60 gm............00469-5102-60 | 34.13 | | AT |
| 0.5%, 15 gm........00469-5104-15 | 36.63 | | AT |
| OIN, TP, 0.1%, 15 gm...00469-5105-15 | 13.35 | | AT |
| 60 gm............00469-5105-60 | 34.13 | | AT |
| **(Phys Total Care)** | | | |
| REPACK | | | |
| CRE, TP, 0.1%, 15 gm.....54868-0966-01 | 13.54 | | AT |
| **ARISTOCORT FORTE (Fujisawa)** | | | |
| triamcinolone diacetate | | | |
| SUS, IJ (VIAL) | | | |
| 40 mg/ml, 1 ml......00469-5116-01 | 7.21 | | BP |
| 5 ml............00469-5116-05 | 14.37 | | BP |
| **(Phys Total Care)** | | | |
| REPACK | | | |
| SUS, IJ (VIAL) | | | |
| 40 mg/ml, 5 ml.......54868-0926-00 | 17.23 | | BP |
| **ARISTOSPAN (Fujisawa)** | | | |
| triamcinolone hexacetonide | | | |
| SUS, IJ (VIAL) | | | |
| 5 mg/ml, 5 ml.......00469-5118-05 | 13.71 | | |
| 20 mg/ml, 1 ml......00469-5119-01 | 9.40 | | |
| 5 ml............00469-5119-05 | 21.11 | | |
| **(Allscripts)** | | | |
| REPACK | | | |
| SUS, IJ (VIAL) | | | |
| 20 mg/ml, 5 ml.......54569-2184-00 | 21.11 | | |
| **(Phys Total Care)** | | | |
| REPACK | | | |
| SUS, IJ (M.D.V.) | | | |
| 20 mg/ml, 1 ml.......54868-3344-00 | 11.47 | | |
| **ARISTOWAX 143 (Amend)** | | | |
| paraffin | | | |
| WAX, NA, 24970 gm......17317-1080-00 | 96.25 | | |
| **ARISTOWAX 165 (Amend)** | | | |
| paraffin | | | |
| WAX, NA, 24970 gm......17317-1081-00 | 77.00 | | |
| **ARIXTRA (Organon/Sanofi-Synth)** | | | |
| fondaparinux sodium | | | |
| SOL, SC (SRN,PREFL,27GX1/2",P.F.) | | | |
| 2.5 mg/0.5 ml, | | | |
| 0.500 ml 10s.......66203-2300-01 | 435.00 | | |
| **ARLACEL 40 (Amend)** | | | |
| sorbitan monopalmitate | | | |
| LIQ, NA (N.F.) | | | |
| 480 gm............17317-0942-01 | 15.00 | | |
| 4800 gm...........17317-0942-02 | 60.00 | | |
| 24000 gm..........17317-0942-03 | 215.00 | | |
| **ARLACEL 186 (Amend)** | | | |
| mono/diglycerides | | | |
| LIQ, NA, 480 ml........17317-0947-01 | 15.00 | | |
| 3840 ml..........17317-0947-06 | 60.00 | | |
| **ARLACEL 20 (Amend)** | | | |
| sorbitan monolaurate | | | |
| LIQ, NA (N.F.) | | | |
| 480 ml............17317-0941-01 | 15.00 | | |
| 3840 ml..........17317-0941-06 | 60.00 | | |
| **ARLACEL 60 (Amend)** | | | |
| sorbitan monostearate | | | |
| LIQ, NA (N.F.) | | | |
| 480 gm............17317-0943-01 | 15.00 | | |
| 4800 gm...........17317-0943-02 | 60.00 | | |
| 24000 gm..........17317-0943-03 | 201.00 | | |
| **ARLACEL 80 (Amend)** | | | |
| sorbitan mono-oleate | | | |
| LIQ, NA (N.F.) | | | |
| 480 ml............17317-0944-01 | 15.00 | | |
| 3840 ml..........17317-0944-06 | 60.00 | | |
| 21600 ml.........17317-0944-09 | 182.25 | | |
| **ARLACEL 83 (Amend)** | | | |
| sorbitan sesquioleate | | | |
| LIQ, NA, 480 ml........17317-0945-01 | 15.00 | | |
| 3840 ml..........17317-0945-06 | 60.00 | | |
| 21600 ml.........17317-0945-02 | 183.60 | | |
| **ARLACEL C (Amend)** | | | |
| sorbitan sesquioleate | | | |
| LIQ, NA, 480 ml........17317-0940-01 | 15.00 | | |
| 3840 ml..........17317-0940-06 | 60.00 | | |

| PROD/MFR / NDC | AWP | DP | OBC |
|---|---|---|---|
| **ARLAMOL E (Amend)** | | | |
| polyoxy propylene (15) stearyl ether | | | |
| SOL, NA, 454 gm........17317-0948-01 | 15.00 | | |
| 3840 ml.........17317-0948-06 | 60.00 | | |
| 20640 gm........17317-0948-08 | 200.81 | | |
| **ARLASOLVE 200 (Amend)** | | | |
| polyoxyethylene (20) isohexadecyl ether | | | |
| SOL, NA, 454 gm........17317-0949-01 | 15.00 | | |
| 454 gm..........17317-0949-08 | 192.40 | | |
| 3632 gm.........17317-0949-06 | 60.00 | | |
| **ARLATONE G (Amend)** | | | |
| polyoxyethylene fatty glyceride | | | |
| LIQ, NA, 480 ml.........17317-0951-01 | 15.00 | | |
| 3840 ml.........17317-0951-06 | 60.00 | | |
| 21600 ml........17317-0951-07 | 202.05 | | |
| **ARLATONE T (Amend)** | | | |
| polyoxyethylene (40) sorbitol septaoleate | | | |
| LIQ, NA, 480 ml.........17317-0952-01 | 15.00 | | |
| 3840 ml.........17317-0952-06 | 60.00 | | |
| 21600 ml........17317-0952-03 | 207.00 | | |
| **ARLEX (Amend)** | | | |
| sorbitol | | | |
| LIQ, NA, 480 ml.........17317-0953-01 | 15.00 | | |
| 3840 ml.........17317-0953-06 | 60.00 | | |
| 28800 ml........17317-0953-08 | 240.00 | | |
| **ARMOUR THYROID (Forest Pharm)** | | | |
| thyroid, desiccated | | | |
| TAB, PO, 15 mg, 100s ea..00456-0457-01 | 10.96 | | |
| 30 mg, 100s ea......00456-0458-01 | 12.88 | | |
| (10X10) | | | |
| 30 mg, 100s ea UD...00456-0458-63 | 22.57 | | |
| 1000s ea.........00456-0458-00 | 102.68 | | |
| 60 mg, 100s ea......00456-0459-01 | 14.28 | | |
| (10X10) | | | |
| 60 mg, 100s ea UD...00456-0459-63 | 24.00 | | |
| 1000s ea.........00456-0459-00 | 138.07 | | |
| 5000s ea.........00456-0459-51 | 536.44 | | |
| 90 mg, 100s ea......00456-0460-01 | 22.57 | | |
| 120 mg, 100s ea.....00456-0461-01 | 26.44 | | |
| (10X10) | | | |
| 120 mg, 100s ea UD..00456-0461-63 | 29.94 | | |
| 1000s ea.........00456-0461-00 | 264.34 | | |
| 180 mg, 100s ea.....00456-0462-01 | 41.95 | | |
| 1000s ea.........00456-0462-00 | 419.88 | | |
| 240 mg, 100s ea.....00456-0463-01 | 62.87 | | |
| 300 mg, 100s ea.....00456-0464-01 | 77.94 | | |
| **(Allscripts)** | | | |
| REPACK | | | |
| TAB, PO, 30 mg, 100s ea..54569-0917-00 | 12.88 | | |
| 60 mg, 100s ea......54569-0918-00 | 14.28 | | |
| 90 mg, 100s ea......54569-4471-00 | 22.57 | | |
| 120 mg, 100s ea.....54569-0919-00 | 29.94 | | |
| 180 mg, 100s ea.....54569-0920-00 | 41.95 | | |
| **(Pharma Pac)** | | | |
| REPACK | | | |
| TAB, PO, 15 mg, 100s ea..52959-0143-00 | 15.75 | | |
| 30 mg, 100s ea......52959-0146-00 | 18.50 | | |
| 60 mg, 100s ea......52959-0149-00 | 20.50 | | |
| **(Phys Total Care)** | | | |
| REPACK | | | |
| TAB, PO, 60 mg, 100s ea..54868-1253-00 | 15.41 | | |
| **ARNICA (Weleda)** | | | |
| homeopathic product | | | |
| INJ, IJ (AMP, 20X) | | | |
| 1 ml 12s............00155-0102-90 | 9.45 | | |
| (AMP, 3X) | | | |
| 1 ml 12s............00155-0100-90 | 9.45 | | |
| **ARNICA 3X/FORMICA 3X (Weleda)** | | | |
| homeopathic product | | | |
| INJ, IJ (AMP, 3X) | | | |
| 1 ml 12s............00155-0119-90 | 9.45 | | |
| **ARNICA BETULA COMP. (Weleda)** | | | |
| homeopathic product | | | |
| INJ, IJ (AMP) | | | |
| 1 ml 12s............00155-0120-90 | 9.45 | | |
| **ARNICA MONTANA (Humco)** | | | |
| TIN, NA, 120 ml........00395-0115-94 | 13.03 | | |
| 480 ml............00395-0115-16 | 42.63 | | |
| 3840 ml..........00395-0115-28 | 308.02 | | |
| **AROMASIN (Pharmacia Corp)** | | | |
| exemestane | | | |
| TAB, PO, 25 mg, 30s ea...00009-7663-04 | 227.65 | 182.12 | |
| **AROMATIC ELIXIR (A-A Spectrum)** | | | |
| ELI, NA (N.F.) | | | |
| 500 ml............49452-0730-01 | 12.40 | | |
| 4000 ml..........49452-0730-02 | 86.80 | | |

| PROD/MFR / NDC | AWP | DP | OBC |
|---|---|---|---|
| **(Century)** | | | |
| ELI, NA, 3840 ml.........00436-0964-28 | 12.95 | | |
| **(Gallipot)** | | | |
| ELI, NA, 473 ml..........51552-0428-16 | 23.40 | | |
| **(Integra)** | | | |
| ELI, NA (N.F.) | | | |
| 500 ml............05324-5174-50 | 14.88 | | |
| **AROMATIC ELIXIR (Amend)** | | | |
| ELI, NA, 500 ml..........17317-1500-01 | 21.00 | | |
| **(Century)** | | | |
| ELI, NA, 3840 ml.........00436-0902-28 | 13.50 | | |
| **ARSENIC TRIOXIDE (Baker, J.T.)** | | | |
| POW, NA (A.C.S., REAGENT) | | | |
| 125 gm...........10106-0061-04 | 105.21 | | |
| (REAGENT) | | | |
| 125 gm...........10106-0062-04 | 70.50 | | |
| (A.C.S., REAGENT) | | | |
| 500 gm...........10106-0061-01 | 267.29 | | |
| (REAGENT) | | | |
| 500 gm...........10106-0062-01 | 192.51 | | |
| **(Cell Therapeutics)** See TRISENOX | | | |
| **ARSENICUM ALBUM (Weleda)** | | | |
| homeopathic product | | | |
| LIQ, PO (6X) | | | |
| 20 ml.............55946-0130-10 | 4.65 | | |
| **ARTERIAL EXTENSION ADAPTER REPAIR (Sims Deltec)** | | | |
| device | | | |
| KIT, NA (FOR CATH W/ADJUST CUFFS) | | | |
| ea...............212667 | 13.00 | | |
| **ARTHROTEC (Pharmacia Corp)** | | | |
| diclofenac sod/misoprostol | | | |
| ECT, PO, 50 mg-0.2 mg, | | | |
| 60s ea............00025-1411-60 | 98.11 | 81.76 | |
| 90s ea............00025-1411-90 | 147.17 | 122.64 | |
| 100s ea UD........00025-1411-34 | 171.70 | 143.08 | |
| 75 mg-0.2 mg, | | | |
| 60s ea............00025-1421-60 | 98.11 | 81.76 | |
| 100s ea UD........00025-1421-34 | 171.70 | 143.08 | |
| **(AQ Pharmaceuticals)** | | | |
| REPACK | | | |
| ECT, PO, 75 mg-0.2 mg, | | | |
| 60s ea............66105-0131-06 | 79.05 | | |
| **(Allscripts)** | | | |
| REPACK | | | |
| ECT, PO, 75 mg-0.2 mg, | | | |
| 60s ea............54569-4579-00 | 98.11 | | |
| **(PD-RX Pharm)** | | | |
| REPACK | | | |
| ECT, PO, 50 mg-0.2 mg, | | | |
| 15s ea............55289-0406-15 | 34.53 | | |
| 30s ea............55289-0406-30 | 64.01 | | |
| **(Pharma Pac)** | | | |
| REPACK | | | |
| ECT, PO, 50 mg-0.2 mg, | | | |
| 20s ea............52959-0531-20 | 53.60 | | |
| 30s ea............52959-0531-30 | 76.40 | | |
| 42s ea............52959-0531-42 | 94.50 | | |
| 60s ea............52959-0531-60 | 129.10 | | |
| 75 mg-0.2 mg, | | | |
| 14s ea............52959-0525-14 | 40.90 | | |
| 20s ea............52959-0525-20 | 58.90 | | |
| 30s ea............52959-0525-30 | 87.65 | | |
| **(Phys Total Care)** | | | |
| REPACK | | | |
| ECT, PO, 75 mg-0.2 mg, | | | |
| 60s ea............54868-4165-00 | 118.82 | | |
| **ARTICHOKE (A-A Spectrum)** | | | |
| POW, NA, 100 gm.........A191406 | 19.00 | | |
| 500 gm............A191410 | 48.40 | | |
| 2500 gm...........A191413 | 156.60 | | |
| **ASA/BUTAL/CAFF (Allscripts)** | | | |
| TAB, PO, 325 mg-50 mg-40 mg, | | | |
| 15s ea, C-III.......54569-0339-03 | 8.76 | | EE |
| 25s ea, C-III.......54569-0339-00 | 14.60 | | EE |
| 30s ea, C-III.......54569-0339-04 | 17.52 | | EE |
| 100s ea, C-III......54569-0339-01 | 58.39 | | EE |
| **(Cardinal Pharm)** | | | |
| TAB, PO, 325 mg-50 mg-40 mg, | | | |
| 20s ea, C-III.......63874-0268-20 | 17.43 | | EE |
| 30s ea, C-III.......63874-0268-30 | 23.65 | | EE |
| 100s ea, C-III......63874-0268-01 | 108.90 | | EE |
| 1000s ea, C-III.....63874-0268-02 | 200.30 | | EE |

RED BOOK Database Services...
Put the Power of RED BOOK on Your Computer. For information call toll-free: **(800) 722-3062**

ReadyPrice