# EXHIBIT A

# EXHIBIT A
## Medicare Reimbursement for Epogen® (2004)[1]



---

[1] CMS' reimbursement methodology for Epogen® changed several times between its launch in 1989 and 2005. Rather than provide schematics for every year included in the proposed Class definition, Amgen provides this chart, reflecting Medicare reimbursement for Epogen® in 2004, the only year in which a proposed class representative for Amgen is alleged to have been administered epoetin alfa.