# EXHIBIT B

# EXHIBIT B
## Class 1 and 2 (Medicare Co-Payments)

