**EXHIBIT C**

# HOGAN & HARTSON
L.L.P.

Writer's Direct Dial:
(410) 659-2713

111 SOUTH CALVERT STREET, SUITE 1600
BALTIMORE, MARYLAND 21202
TEL (410) 659-2700
FAX (410) 539-6981
WWW.HHLAW.COM

March 27, 2006

VIA FACSIMILE (215) 735-0957

Donald E. Haviland, Jr.
Kline & Specter
1525 Locust Street
Philadelphia, PA 19102

Re: *In re Pharmaceutical Industry Average Wholesale Price Litigation* MDL No. 1456

Dear Mr. Haviland:

This letter is to confirm your message of Friday, March 24, 2006 in which you stated that Plaintiffs are withdrawing Mrs. Newell as a class representative as to Track 2 defendants. Accordingly, her deposition, currently scheduled for March 31, 2006, is cancelled.

If this letter does not correctly state Plaintiffs' position in relation to Mrs. Newell, please contact me immediately.

Very truly yours,

Kelleen McGinnis Lonergan

cc: Steven F. Barley, Esquire
Joseph H. Young, Esquire
Jennifer A. Walker, Esquire