# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Civil Action: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Judge Patti B. Saris |

### DECLARATION OF Michael O. Gum,

Pursuant to 28 U.S.C. § 1746, declares as follows:

1. I currently hold the position of Director of Pharmacy at The Presbyterian Hospital in Charlotte, North Carolina. I have held this position since February, 2005.

2. My job duties at the hospital include oversight of the Pharmacy, including Purchasing, Billing, Distribution and Policy. I am knowledgeable regarding the manner in which The Presbyterian Hospital bills patients for in-patient and out-patient medical services, including the methods by which the hospital determines charges for medication administered to patients.

3. I have reviewed the hospital's billing records for Susan Ruth Aaronson. In particular, I have reviewed the hospital's charges for ███████████████ ███████████████████████

4. I am not able to determine the National Drug Code ("NDC") for the ████████████████████████████████████████████ that was administered

to Ms. Aaronson. Accordingly, I am unable to say who manufactured the drugs that were administered to this patient.

5. The Presbyterian Hospital's charge for ▬▬▬▬ was $925.50 for a 200 mg injection and $1,388.25 for a 300 mg injection. Presbyterian Hospital charged $925.50 for the 200 mg ▬▬▬▬ injection administered to Ms. Aaronson as part of out-patient treatment in November and December 2004, and in January and March 2005. Presbyterian Hospital charged $1,388.25 for a 300 mg ▬▬▬▬ injection administered to Ms. Aaronson as part of out-patient treatment in March 2005.

6. The Presbyterian Hospital's charges for the ▬▬▬▬ administered to Ms. Aaronson in 2004 and 2005 whether as part of her in-patient or out-patient treatment – were not based on Average Wholesale Price ("AWP").

7. Ms. Aaronson's records also indicate that she received ▬▬▬▬ as part of out-patient treatment at Presbyterian Hospital. Presbyterian Hospital's charge for the ▬▬▬▬ administered to Ms. Aaronson in July and August 2004 was $603.95 for a 40,000 unit injection. Presbyterian Hospital's charge for the ▬▬▬▬ administered to Ms. Aaronson in September and November 2004 was $454.60 for a 40,000 unit injection. Presbyterian Hospital's charge for the ▬▬▬▬ administered to Ms. Aaronson in February 2006 was $494.05 for a 40,000 unit injection.

2

8. The Presbyterian Hospital's charges for the ▓▓▓▓ administered to Ms. Aaronson in 2004 and 2006– whether as part of in-patient or out-patient treatment – were not based on Average Wholesale Price ("AWP").

9. Ms. Aaronson's records also indicate that she received ▓▓▓▓ as part of out-patient treatment at Presbyterian Hospital. Presbyterian Hospital's charge for the ▓▓▓▓ administered to Ms. Aaronson in August and September 2004 was $3,373.50 for a 6 mg injection. Presbyterian Hospital's charge for the ▓▓▓▓ administered to Mrs. Aaronson in September, October, November, and December 2004, and January and March 2005 was $3,576.45 for a 6 mg injection.

10. The Presbyterian Hospital's charges for the ▓▓▓▓ administered to Ms. Aaronson in 2004 and 2005 whether as part of her in-patient or out-patient treatment – were not based on Average Wholesale Price ("AWP").

11. Ms. Aaronson's records also indicate that she received ▓▓▓▓ as part of out-patient treatment at Presbyterian Hospital. Presbyterian Hospital's charge for the ▓▓▓▓ administered to Ms. Aaronson in February 2006 was $215.75 for a 300 mg injection.

12. The Presbyterian Hospital's charges for the ▓▓▓▓ administered to Ms. Aaronson in 2006 whether as part of her in-patient or out-patient treatment – were not based on Average Wholesale Price ("AWP").

3

I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on this ___9th___ day of ___June___, 2006.

*[signature]*
Michael O. Gum, PharmD
Director of Pharmacy

*[signature: Beth C. Wilson]*
Notary Public

My Commission Expires: 12/9/2007

*[Notary seal: Beth C. Wilson, Notary Public, Mecklenburg County, NC]*

4