IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 <br> ) <br> ) Civil Action No. <br> ) <br> ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) <br> ) <br> ) |

## DECLARATION OF JENNIFER A. WALKER IN OPPOSITION TO PLAINTIFFS' MOTION TO CERTIFY CLAIMS WITH RESPECT TO AMGEN INC.

### [REDACTED]

JENNIFER A. WALKER declares, pursuant to 28 U.S.C. § 1746, that:

1. I am associated with the law firm of Hogan & Hartson LLP, attorneys for Amgen Inc. ("Amgen") in this action. I have been admitted by the Court to practice in this district.

2. I make this declaration in opposition to Plaintiffs' motion to certify claims with respect to Amgen. Specifically, I make this declaration to place before the Court certain documents and deposition testimony relevant to Amgen's opposition to Plaintiffs' motion. The documents and deposition testimony annexed as exhibits hereto are discussed in Amgen's Corrected Individual Memorandum in Opposition to Plaintiffs' Motion for Track Two Class Certification, which accompanies this declaration.

3. I make this declaration from my own personal knowledge of the facts and circumstances set forth herein. The source of my knowledge is my review of Hogan & Hartson LLP's file on this litigation, including my review of the documents and deposition testimony annexed as exhibits hereto.

4. Annexed hereto as Exhibit 1 are true and correct copies of documents produced by Plaintiffs' counsel on behalf of Harold Carter and Susan Ruth Aaronson in this action.

5. Annexed hereto as Exhibit 2 are true and correct copies of selected pages from the deposition of Harold Carter, held on March 23, 2006, and Reverend David Aaronson, held on March 31, 2006.

**WHEREFORE**, Amgen respectfully requests that the Court deny Plaintiffs' motion to certify claims with respect to Amgen and grant Amgen such other, further, and different relief as the Court deems to be just and proper.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 26, 2006.

_____
Jennifer Walker