UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> ALL CONSOLIDATED PRIVATE CLASS ACTIONS | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> JUDGE PATTI B. SARIS |

**DECLARATION OF AIMÉE E. BIERMAN IN SUPPORT OF
AVENTIS PHARMACEUTICAL INC.'S MOTION FOR PARTIAL
SUMMARY JUDGMENT AS TO COUNT V AND MOTION FOR PARTIAL
JUDGMENT ON THE PLEADINGS, OR IN THE ALTERNATIVE, PARTIAL
SUMMARY JUDGMENT AS TO COUNT VII
BASED UPON PLAINTIFFS' FAILURE TO PROVIDE M.G.L. CH. 93A DEMAND**

I am an associate in the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP, representing Defendant Aventis Pharmaceuticals Inc.  I offer this declaration in support of Aventis Pharmaceutical Inc.'s Motion for Partial Summary Judgment as to Count V and Motion for Partial Judgment on the Pleadings, or in the Alternative, Partial Summary Judgment as to Count VII Based Upon Plaintiffs' Failure to Provide M.G.L. Ch. 93A Demand.

1. Attached as Exhibit A is a true and correct copy of the Secretary of the Commonwealth's Summary Screen for Cambridge Genomics Center, LLC, located in Cambridge, Massachusetts, a place of business maintained by Aventis Pharmaceuticals Inc. at all relevant times.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 30, 2006                                     /s/ Aimée E. Bierman
                                                                     Aimée E. Bierman