

# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

**CAMBRIDGE GENOMICS CENTER, LLC** Summary Screen

Help with this form

Request a Certificate

| | |
|---|---|
| The exact name of the Foreign Limited Liability Company (LLC): | CAMBRIDGE GENOMICS CENTER, LLC |
| The name was changed from: | HOECHST-ARIAD GENOMICS CENTER, LLC on 1/7/2000 |
| Entity Type: | Foreign Limited Liability Company (LLC) |
| Identification Number: | 043358187 |
| Date of Registration in Massachusetts: | 05/08/1997 |
| The is organized under the laws of: | State: DE  Country: USA  on: 03/18/1997 |

**The location of its principal office:**
No. and Street: AVENTIS PHARMACEUTICALS INC. ROUTE 202-206
City or Town: BRIDGEWATER  State: NJ  Zip: 08807-0800  Country: USA

**The location of its Massachusetts office, if any:**
No. and Street:
City or Town:  State:  Zip:  Country:

**The name and address of the Resident Agent:**
Name: C T CORPORATION SYSTEM
No. and Street: 101 FEDERAL STREET
City or Town: BOSTON  State: MA  Zip: 02110  Country: USA

**The name and business address of each manager:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| Prior to August 27, 2001, Records can be obtained on Microfilm | | |

**The name and business address of the person in addition to the manager, who is authorized to execute documents to be filed with the Corporations Division.**

Case 1:01-cv-12257-PBS   Document 2808-2   Filed 06/30/06   Page 2 of 2

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| SOC SIGNATORY | HARVEY J. BERGER, M.D. | 00000-0000 U |
| SOC SIGNATORY | GLOVSKY AND POPEO, P.C MINTZ, LEVIN, COHN, FERRIS, | 00000-0000 U |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| Prior to August 27, 2001, Records can be obtained on Microfilm ||| 

__ Consent   __ Manufacturer   __ Confidential Data   __ Does Not Require Annual Report
__ Partnership   __ Resident Agent   __ For Profit   __ Merger Allowed

**Select a type of filing from below to view this business entity filings:**

```
ALL FILINGS
Annual Report
Application For Registration
Certificate of Amendment
Certificate of Cancellation
```

[ View Filings ]   [ New Search ]

**Comments**

© 2001 - 2006 Commonwealth of Massachusetts
All Rights Reserved

Help