UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

**DECLARATION OF EDWARD NOTARGIACOMO IN SUPPORT OF PLAINTIFFS' RENEWED MOTION TO APPROVE THE FORM OF CLASS NOTICE AND THE MANNER OF NOTICE**

I, Edward Notargiacomo, declare under penalty of perjury under the laws of the United States of America that:

1. I am one of the attorneys for plaintiffs and have personal knowledge of the matters set forth therein.

2. Attached as Exhibit 1 is the proposed publication notice to Class 1.

3. Attached as Exhibit 2 is the proposed publication notice to TPPs.

4. Attached as Exhibit 3 is the proposed mailed notice for Class 1.

5. Attached as Exhibit 4 is the proposed mailed notice for TPPs.

6. These notices were developed after consultation with Kinsella/Novak Communication, a nationally known expert in the design of media-based legal notification programs for class actions.

7. These notices were also developed in consultation with counsel for Defendants and the parties have agreed upon their content.

8. Attached as Exhibit 5 is a revised proposed notice program developed by Katherine Kinsella.

Dated: June 30, 2006.                                              /s/ Edward Notargiacomo

3

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

Docket No. MDL 1456

     I,Edward Notargiacomo, hereby certify that I am one of plaintiffs' attorneys and that, on June 21, 2006, I caused copies of **DECLARATION OF EDWARD NOTARGIACOMO IN SUPPORT OF PLAINTIFFS' RENEWED MOTION TO APPROVE THE FORM OF CLASS NOTICE AND THE MANNER OF NOTICE** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                          **/s/ Edward Notargiacomo**
                                          Edward Notargiacomo