## Medicaid Prescription Reimbursement Information by State - Qtr Ending March 2006

| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAY | STATE MAC |
|---|---|---|---|---|
| Alabama | WAC +9.2% then AWP-10% | $5.40 | $.50-$3.00* | Yes |
| Alaska | AWP-5% | $3.45-$11.46 (based on pharmacy/Medicaid volume) | $2.00 | No |
| Arizona | AWP-15% | $2.00 (FFS only) | none | No |
| Arkansas | AWP-20% (generic); AWP-14% (brand) | $5.51 | $.50-$3.00* | Yes |
| California | AWP-17% | $7.25; $8.00 (legend - skilled nursing & intermediate care facilities) | $1.00 | Yes |
| Colorado | AWP-35% (generic); AWP-13.5% (brand) | $4.00 (retail pharmacy); $1.89 (institutional pharmacy) | $.75 (generic); $3.00 (brand) | Yes |
| Connecticut | AWP-40% (generic); AWP-14% (brand) | $3.60 | $1.00 | Yes |
| Delaware | AWP-14% (traditional - retail independent & retail chain pharmacies); AWP-16% (non-traditional - long term care & speciality pharmacies) | $3.65 | none | Yes |
| DC | AWP-10% | $4.50 | $1.00 | No |
| Florida | Lower of AWP-15.45%; WAC+5.75%; FUL or SMAC | $4.23; $4.73 (NH-long term care) | 2.5% of payment up to $300 | Yes |
| Georgia | AWP-11% | $4.63 (brand for profit pharm); $4.33 (brand not for profit); $5.13 (generic for profit pharm); $4.63 (generic not for profit) | $.50 (generic); $.50-$3.00*(brand); $.50 (preferred brand) | Yes |
| Hawaii | AWP-10.5% | $4.67 | none | Yes |
| Idaho | AWP-12% | $4.94 ($5.54 for unit dose) | none | Yes |
| Illinois | AWP-25% (generic); AWP-12% (brand) | $4.60 (generic); $3.40 (brand) | $0.00 (generic); $3.00 (brand) | Yes |
| Indiana | AWP-20% (generic); AWP-16% (brand) | $4.90 | $3.00 | Yes |
| Iowa | AWP-12% | $4.26 | $1.00 (non-preferred brand) (no more than $25.00), $2.00 (non-preferred brand) (between $25.01 and $50.00), $3.00 (non-preferred brand) ($50.01 or more) | Yes |
| Kansas | AWP-27% (generic); AWP-13% (single source) | $3.40 | $3.00 | Yes |
| Kentucky | AWP-12% | $4.51 | $1.00 | Yes |
| Louisiana | AWP-13.5% (AWP-15% for chains) | $5.77 | $.50-$3.00* | Yes |

| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAY | STATE MAC |
|---|---|---|---|---|
| Maine | AWP-15%; direct supply drug list-usual & customary charge or AWP-17% plus $3.35 professional fee or FUL or MAC plus $3.35 professional fee (Mail order lowest of usual & customary charge, AWP-20% plus $1.00 professional fee-for exceptions see State plan, FUL or MAC plus $1.00 professional fee) | $3.35; $4.35 & $5.35 (compounding); $12.50 (insulin syringe) | $2.50 (generic & brand) (not to exceed $25 per mo.) (Mail order not subject to co-pay) $3 per day RHC (max of $30 per mo., per individual) | Yes |
| Maryland | Lower of AWP-12% or WAC+8%, direct price+8% or distributor price when available | $3.69 (generic); $2.69 (brand); $4.69 (generic-NH); $3.69 (brand-NH); $7.25 (home IV therapy) | $1.00 (generic); $1.00 (brand, PDL); $3.00 (brand name non-PDL) | Yes |
| Massachusetts | WAC+5% | $3.50 (single source), $5 (multiple source); $10 (340B drugs) | $1.00 (multi-source & non-legend OTC); $3.00 (non-exempt) | Yes |
| Michigan | AWP-13.5% (independ pharm (1-4 stores)); AWP-15.1% (chain (5+ stores)) | $2.50; $2.75 (long term care) | $1.00 (generic); $3.00 (brand) | Yes |
| Minnesota | AWP-11.5% | $3.65 (+$.50 for legend unit dose drugs) | $1.00 (generic); $3.00 (brand) | Yes |
| Mississippi | Lower of brand: FUL, AWP-12%, WAC+9%; generic: FUL, AWP-25% | $3.91 (brand); $4.91 (generic); $3.91 (long term care) | $3.00 | Yes |
| Missouri | Lower of AWP-10.43% or WAC+10% | $4.09 | $.50-$2.00* | Yes |
| Montana | AWP-15% | $4.70 | $1.00 | No |
| Nebraska | AWP-11% | $3.27-$5.00 (based on service delivery, unit dosage or 3rd party payors) | $2.00 | Yes |
| Nevada | AWP-15% | $4.76; $22.40 daily (home IV therapy); $16.80 daily (NF home IV therapy) | $1.00 (generic); $2.00 (brand) | No |
| New Hampshire | AWP-16% | $1.75 | $1.00 (generic); $2.00 (brand & compound) | Yes |
| New Jersey | Lower of AWP-12.5% | $3.73; $4.07 (addt'l services) | $2.00 | Yes |
| New Mexico | AWP-14% | $3.65 | none | Yes |
| New York | AWP-12.75% (brand); AWP-16.5% (generic); AWP-12% (specialized HIV pharmacies) | $4.50 (generic); $3.50 (brand) | $1.00 (generic); $3.00 (brand); $.50 (OTC) | No |
| North Carolina | AWP-10% | $5.60 (generic); $4.00 (brand) | $1.00 (generic); $3.00 (brand) | Yes |
| North Dakota | Lower of AWP-10%, WAC+12.5% | $5.60 (generic); $4.60 (brand) | $3.00 (brand) | Yes |
| Ohio | WAC+7% or its equivalent, AWP - 14.4% | $3.70 | $3.00 (if not on PDL); $2.00 (preferred brand drugs) | Yes |
| Oklahoma | | $4.15 | $1.00-$2.00* | Yes |
| Oregon | AWP-11% (institutional), AWP-15% (noninstitutional) | $3.50 (retail); $3.91 (institutional) | $2.00 (generic); $3.00 (brand) | Yes |
| Pennsylvania | Lower of WAC +6%, AWP -15% | $4.00 | $1.00 | Yes |
| Rhode Island | WAC+5% | $3.40 (outpatient), $2.85 (long term care) | none | No |

| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAY | STATE MAC |
|---|---|---|---|---|
| South Carolina | AWP-10% | $4.05 (independ pharm); $3.15 (institutional) | $3.00 | Yes |
| South Dakota | AWP-10.5% | $4.75 ($5.55 for unit dose) | $2.00 | Yes |
| Tennessee | AWP-13% | $2.50 (long term care dual eligib); $5.00 (NH only-if 28 days+) | N/A | Yes |
| Texas | Lower of AWP-15% or WAC+12% | $5.14 | None | Yes |
| Utah | AWP-15% | $3.90 (urban); $4.40 (rural) | $3.00 | Yes |
| Vermont | AWP-11.9% | In-State - $4.75 Out-of-State-$3.65 | $1.00-$3.00* | Yes |
| Virginia | AWP-10.25% | (brand); $4.00 (generic); $5.00 (unit dose | $1.00 | Yes |
| Washington | AWP-14% (single source & multiple source (w/2-4 manufact)), AWP-50% (multiple source from 5+ manufact), AWP-19% (brand-mail order), AWP-15% (generic-mail order) | $4.20-$5.20 (based on 3-tiered pharmacy volume); $3.25 (mail order) | none | Yes |
| West Virginia | AWP-15% (brand), AWP-30% (generic) | $2.50 (brand); $5.30 (generic) | $.50-$3.00* | No |
| Wisconsin | AWP-11.25% | $4.88 | $.50 (over-the-counter); $3.00 (brand); $1.00 (generic) | Yes |
| Wyoming | AWP-11% | $5.00 | $2.00 | Yes |

(AWP=avg wholesale price, WAC=wholesaler acquisition cost, NH=nursing home)
*Co-pay varies by cost of prescription.        REVISED 3/27/06
SOURCE:  CMS Approved State Plans