# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No.1456 |
| | Civil Action No. 01-CV-12257-PBS |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ALL CONSOLIDATED PRIVATE CLASS ACTIONS | Chief Magistrate Judge Marianne B. Bowler |

## [REDACTED VERSION]
### AVENTIS PHARMACEUTICALS INC.'S INDIVIDUAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR TRACK TWO CLASS CERTIFICATION

Plaintiffs have failed to demonstrate that any of their proposed class representatives have Article III standing as to Aventis. In addition to the issues outlined in the Track Two Defendants' Memorandum in Opposition to Class Certification, unique, individual issues exist as to Aventis that further preclude class certification.

## FACTUAL BACKGROUND

### 1.    Anzemet® and Taxotere® – Aventis' Subject Drugs.[1]

Modern chemotherapy is highly effective in treating cancer, but it is also extremely toxic. Without Anzemet® or another anti-emetic, which prevents nausea and vomiting caused by cancer treatments, patients could not tolerate the life-saving drugs that physicians prescribe.[2] Taxotere® is one of these life-saving drugs. Since its original approval in 1996, Taxotere® has become one of the most important cancer chemotherapies available to

---

1   In the "Table of Subject Drugs" attached to [Proposed] Consolidated Order Re: Motion For Class Certification Track 2, Plaintiffs list Taxotere®, Anzemet®, Cardizem®, Intal®, and Calcimar® as to Aventis. Cardizem®, Intal®, and Calcimar® are self-administered drugs, which are not at issue for purposes of Plaintiffs' motion for class certification. Plaintiffs include the self-administered drugs in the table for purposes of appeal. *See* [Proposed] Consolidated Order Re: Motion For Class Certification Track 2, ¶3. Plaintiffs attribute Gammar® to Aventis Behring, properly known as ZLB Behring LLC, which will be filing its own individual brief.

2   Although Anzemet® is available in both injectable and tablet form, only the physician-administered injectable form is at issue here.

1

physicians fighting the disease.  It is approved by the FDA for a variety of tumor types and has been credited with extending – and saving – tens of thousands of lives.  Taxotere® is available in injectable form only and must be administered under the supervision of a physician.

### 2.   Aventis' Price Reporting Practices Differed Over Time.

Prior to August 2001, Aventis provided two price benchmarks to the pricing publishers: (1) an undiscounted wholesale list price ("WAC");[3] and (2) a price that was marked up from that list price and variously described as the Manufacturer's Suggested Price ("MSP") or Average Wholesale Price ("AWP").[4]  Aventis sells virtually all of its products to wholesalers and distributors, who then resell these products to their customers.  All sales by Aventis are recorded at the undiscounted list price the Company reports to the pricing publishers, and these list price sales are then adjusted based on the way in which the product is paid for and distributed.  For example, most wholesalers enjoy a "prompt pay" discount earned by paying for the products they purchase from Aventis within a specified period.[5]  Additional adjustments may be made to the original list price if the wholesaler resells to customers that have special purchasing agreements with Aventis.[6]

As for the MSPs or AWPs that were reported prior to August 2001, these figures were calculated by adding either 20% or 25% above the product's wholesale list price, based upon historical practice.[7]  This AWP/MSP markup was a historical artifact common to the industry and directly related to the original markups seen when California Medicaid invented the

---

3   At Aventis, the undiscounted list price is typically referred to as Wholesale Acquisition Cost, or WAC.

4   *See, e.g.*, March 20, 2001, "Dear Pharmaceutical Buyer" letter (AV-BCA-0010238-0244) (attached as Exhibit A).

5   Aug. 9, 2005 Cervione Dep. at 79.

6   *Id.* at 65.

7   *See* July 22, 2005 Brunken Dep. at 38.

AWP in the 1960s.   Several decades later, the 20% to 25% markups Aventis employed in suggesting AWPs to the pricing publishers conformed to the industry standard and custom.

In March 2001, Aventis added a disclaimer that its MSP "may not reflect actual wholesale price."[9]  Beginning August 2, 2001, the only price Aventis reported for its products was a Wholesaler List Price, which included the disclaimer that the "list price does not reflect discounts, rebates, chargebacks, or other terms or distribution arrangements that may reduce actual sales price."[10]

### 3.   Aventis Limited its Price Increases to the Consumer Price Index.

Aventis followed a formula that insured that its price increases across its entire product line did not exceed the Consumer Price Index ("CPI").[11]  The list-price increases Aventis took for Anzemet® and Taxotere® were also consistent with those that Aventis took on the remainder of its product line.  With regard to Anzemet®, after taking a series of modest price increases (4% to 6% annually) between 1999 and 2001, Aventis made no pricing changes from 2001 through mid-2004, at which time it *lowered* the list price of the product.[12]  Taxotere® followed a similar pricing pattern, averaging annual 5% price increases from 1997 through 2003.

### ARGUMENT

This Court has recognized that a determination of Article III standing takes precedence over the requirements of Rule 23.  "[I]t is well settled that prior to the certification of a class, and technically speaking before undertaking any formal typicality or commonality review, the district court must determine that at least one named class representative has Article

---

9   AV-BCA-0010238-0244

10  August 2, 2001 "Dear Pharmaceutical Buyer" Letter (AV-BCA-0060379-0380) (attached as Exhibit B).

11  Cervione Dep. at 59.

12  June 14, 2004, "Dear Distributor" Letter (AV-BCA-0070011).

III standing to raise each class subclaim." *In re Pharm. Indus. Average Wholesale Price Litig.*, 230 F.R.D. 61, 79 (D. Mass. 2005). Accordingly, the Court previously ruled that "Plaintiffs must establish that there is an individual class representative with standing to sue each defendant." *Id.* at 80. Plaintiffs have failed to proffer, for any of the three proposed classes, a class representative with standing as to Aventis.

**I.     Plaintiffs Have Failed to Proffer a Proposed Class 1 Representative Who Has Met the Threshold Requirement of Article III Standing.**

The Court declined to certify Class 1 as to Schering-Plough because the plaintiffs did not demonstrate that any proposed Class 1 representative made an AWP-based payment for a Schering-Plough subject drug. *See* Consolidated Order Re: Motion for Class Certification dated January 30, 2006. Similarly, because plaintiffs have failed to demonstrate that any proposed Class 1 representative made an AWP-based payment for an Aventis subject drug, the Court must decline to certify Class 1 as to Aventis.

**A.     The Estate of Young Lacks Standing to Sue Aventis Because the Drug that Forms the Basis of Plaintiffs' Allegations is not an Aventis Drug.**

The Estate of Young (and Mr. Young, as its representative) is the only class representative plaintiffs identify as to Aventis for Class 1.[13] Plaintiffs propose the Estate of Young as a class representative based on the purchase of a non-Aventis drug.

_____

13 *See* Plaintiffs' Memorandum of Law in Support of Motion to Certify Claims with Respect to Track Two Defendants; May 8, 2006, [Proposed] Consolidated Order Re: Motion for Class Certification Order Track Two, ¶3.

Plaintiffs have therefore failed to demonstrate that the Estate of Young has Article III standing as to Aventis.

### B.    The Estate of Young is Not a Valid Legal Entity.

Rule 17(a) of the Federal Rules Civil Procedure requires every action to be brought in the name of the real party in interest.  Rule 17(b) declares that the capacity to sue is determined by the law of the individual's domicile.  The Fourth Amended Master Consolidated Complaint ("FAMCC") alleges that Young resided in Enid, Oklahoma.[18]  A cause of action on behalf of a decedent in Oklahoma may be prosecuted by the representative of the estate only.[19]

[20]

---

18  Fourth Amended Master Consolidated Complaint, ¶21.
19  *See Simon v. Shaffer*, 11 F. Supp. 450, 452 (N.D.Okla. 1935).  An exception exists for wrongful death claims.  *See* 12 Okla. St. § 1054.  Plaintiffs do not allege that Ms. Young's death was related to the medication that she received.
20  *See Levin v. Berley*, 728 F.2d 551, 555 (1st Cir. 1984).

**II.**     **Sheet Metal Workers Lacks Standing to Sue Aventis Because it Purchased the Alleged Aventis Medicines in a Hospital Setting, Where AWP Does Not Form a Basis for the Charge, and/or the Treatment Occurred Outside of the Class Period.**

Plaintiffs propose Sheet Metal Workers National Health Fund ("SM") as the representative for Class 2 - a class of TPPs that made Medicare Part B co-insurance payments as Medigap providers.  Plaintiffs allege that "Sheet Metal's payment for Track Two drugs is set forth in the Affidavit of Glenn Randle."[21]  Mr. Randle identifies only two instances of SM reimbursing for Aventis drugs: (1) on March 25, 2003, an SM beneficiary received Anzemet® at Holyoke Hospital in Holyoke, Massachusetts; and (2) on March 3, 2005, an SM beneficiary received Taxotere® at Wing Memorial Hospital in Palmer, Massachusetts.  The latter Taxotere® treatment falls outside the class period (January 1, 1995 to January 1, 2005) and was reimbursed based on Average Sales Price ("ASP"), not AWP.  The Anzemet® treatment was administered in connection with a hospital outpatient visit reimbursed under the Medicare Hospital Outpatient Prospective Payment System ("OPPS"), effective July 1, 2000, pursuant to which reimbursement and patient co-payment are not based upon AWP.[23]  Plaintiffs have therefore failed to demonstrate that SM has standing to assert Class 2 claims as to Aventis.

**III.**     **Pipefitters Lacks Standing to Sue Aventis Because It Failed to Provide Evidence that it Paid for an Aventis Subject Medicine Based Upon AWP.**

Plaintiffs propose Pipefitters Local 537 Trust Fund ("Pipefitters") as the class representative for Class 3, but fail to produce any admissible evidence to substantiate Pipefitters' allegations regarding AWP-based payments for an Aventis medicine.  Plaintiffs produced the Declaration of Charles Hannaford, the fund administrator, which references alleged data as reflected in a summary chart, attached as Exhibit 1 to the Hannaford Declaration.[24]  The

---

21  Plaintiffs' May 8, 2006 Memorandum of Law in Support of Motion to Certify Claims with Respect to Track Two Defendants, p.3.

23                              SMWMASS 001143.

24  March 8, 2006 Hannaford Declaration, ¶¶5-6; *See also* FAMCC, Appendix B.

underlying "data" summarized in Mr. Hannaford's Exhibit 1 consists of a spreadsheet prepared for litigation purposes by another plaintiff, the fund's third-party administrator, Blue Cross Blue Shield of Massachusetts, and reviewed by the "Fund counsel" (presumably plaintiffs' attorneys).[25]   Pipefitters has not produced to Aventis any of the underlying documentation to substantiate the entries in either of these summary charts (Exhibit 1 to the Hannaford Declaration or the underlying spreadsheet generated by BCBSMA).  Therefore, it has not provided proof of its claims.  *See Hoffman v. Applicators Sales and Serv., Inc.*, 439 F.3d 9 (1st Cir. 2006) (summary chart prepared by plaintiff inadmissible and struck from summary judgment record because it was not based upon data that was part of the record).  "At the certification stage, reliance on unverifiable evidence is hardly better than relying on bare allegations." *Unger v. Amedisys, Inc.*, 401 F.3d 316, 324 (5th Cir. 2005).  Even if the purported summary chart constituted admissible evidence, it fails to provide sufficient information (*e.g.*, location of treatment, identify of provider, etc.) to prove that Pipefitters made an AWP-based payment for an Aventis medicine.[26]

## IV.    Plaintiffs' Requested Rule 23(b)(2) Injunctive Relief is Moot as to Aventis.

Because Aventis has not reported a suggested AWP in over six years (or an MSP in five years), Plaintiffs' requested injunctive relief as to Aventis is moot.

## V.    Aventis Has Unique, Individual Defenses

Given that Aventis' price increases for its medicines were limited to the CPI, Aventis' alleged liability, if any, under Dr. Hartman's novel theory of excess-provider-profit will primarily be the result of discounts Aventis was forced to provide as a result of competition. Substantial questions exist under many state consumer protection statutes as to whether such a

---

25  Hannaford Decl., ¶¶5-6. *See* Dec. 29, 2005 Hannaford Dep., 151-157 (attached as Exhibit D).

26  Hannaford Decl., Ex. 1 incorrectly attributes J-Codes 1561, 1562 and 1563 to Aventis drugs.  Publicly available FDA records indicate that Aventis is not licensed to manufacture Immune Globulin. *See* United States Food and Drug Administration, Center for Biologics Evaluation and Research, *Current Licensed Establishments and Products,* available at http:www.fda.gov/cber/ep/part3.htm (last visited June 12, 2006).

theory of liability is recognized under state law and, if so, under what circumstances.[27]  In light of Aventis' unique price reporting, individual issues also exist as to whether the reporting during the class periods of varying prices, with unique disclaimers, violate the differing unfair and deceptive practices under the laws of the 42 consumer protection acts implicated by plaintiffs' proposed classes and, if so, at what point(s) in time.[28]  Given Aventis' disclaimers, state law variations as to reliance, causation, materiality, privity, and limitations also present individual issues which preclude class certification.[29]

## CONCLUSION

For the foregoing reasons, in addition to those set forth in the Track Two Defendants' Memorandum in Opposition to Class Certification, Plaintiffs' Motion for Class Certification as to Aventis should be denied.

---

27  *See, e.g., Remco Enterprises, Inc. v. Houston,* 677 P. 2d 567 (Kan. App. 1984) (350% profit margin is not actionable under the Kansas Consumer Protection Act); Track Two Defendants' Memorandum in Opposition to Class Certification at 26.

28  *See* Track Two Defendants' Memorandum in Opposition to Class Certification at 25.

29  *See* Track Two Defendants' Memorandum in Opposition to Class Certification at 24-25.

Respectfully submitted,

Michael DeMarco (BBO #119960)
  mdemarco@klng.com
Aimée E. Bierman (BBO #640385)
  abierman@klng.com
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(617) 261-3100

Michael L. Koon
James P. Muehlberger
Nicholas P. Mizell
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
(816) 474-6550

Attorneys for Aventis
Pharmaceuticals Inc.

Dated:  June 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2006 I served a true and correct copy of the foregoing on Plaintiffs' liason counsel, Thomas M. Sobol and Edward Notargiacomo, Hagens Berman Sobol Shapiro LLP, One Main Street, 4th Floor, Cambridge, MA 02142, by hand delivery.

Aimée E. Bierman

*AventisPharmaceuticals*



March 20, 2001

Dear Pharmaceutical Buyer:

Aventis Pharmaceuticals is announcing a price increase effective today, Tuesday, March 20, 2001 at 5:00 a.m. EST on the following products.

| Product Name & Size | NDC # | New Wholesaler* List Price as of 3/20/01 | Manufacturer's** Suggested Price 3/20/01 |
|---|---|---|---|
| Allegra® (fexofenadine HCl) Tablets 30 mg, bottle of 100 | 0088-1106-47 | $ 45.69 | $ 54.83 |
| Allegra® (fexofenadine HCl) Tablets 60 mg, bottle of 100 | 0088-1107-47 | 91.32 | 109.58 |
| Allegra® (fexofenadine HCl) Tablets 180 mg, bottle of 100 | 0088-1109-47 | 182.64 | 219.17 |
| Allegra® (fexofenadine HCl) Capsules 60 mg, bottle of 100 | 0088-1102-47 | 91.32 | 109.58 |
| Allegra® (fexofenadine HCl) Capsules 60 mg, UDIP 100 | 0088-1102-49 | 91.32 | 109.58 |
| Allegra® (fexofenadine HCl) Capsules 60 mg, bottle of 500 | 0088-1102-55 | 456.70 | 548.04 |
| Allegra-D® (fexofenadine HCl 60 mg and pseudoephedrine HCl 120 mg) extended-release tablets bottle of 100 | 0088-1090-47 | 102.13 | 122.56 |
| Allegra-D® (fexofenadine HCl 60 mg and pseudoephedrine HCl 120 mg) extended release tablets UDIP 100 | 0088-1090-49 | 102.13 | 122.56 |
| Allegra-D® (fexofenadine HCl 60 mg and pseudoephedrine HCl 120 mg) extended-release tablets bottle of 500 | 0088-1090-55 | 510.76 | 612.91 |
| Amaryl® (glimepiride tablets) 1 mg, bottle of 100 | 0039-0221-10 | 22.05 | 26.46 |

Aventis Pharmaceuticals · 300 Somerset Corporate Boulevard · Bridgewater, NJ  08807-2854 · www.aventispharma-us.com



AV-BCA-0010238

2

| Product Name & Size | NDC # | New Wholesaler* List Price as of 3/20/01 | Manufacturer's** Suggested Price 3/20/01 |
|---|---|---|---|
| Amaryl® (glimepiride tablets) 2 mg, bottle of 100 | 0039-0222-10 | 35.72 | 42.87 |
| Amaryl® (glimepiride tablets) 2 mg, UDIP 100 | 0039-0222-11 | 35.72 | 42.87 |
| Amaryl® (glimepiride tablets) 4 mg, bottle of 100 | 0039-0223-10 | 67.39 | 80.87 |
| Amaryl® (glimepiride tablets) 4 mg, UDIP 100 | 0039-0223-11 | 67.39 | 80.87 |
| Anzemet® Injection (dolasetron mesylate injection) 100-mg/5-mL single use vial | 0088-1206-32 | 144.30 | 173.16 |
| Arava™ (leflunomide) tablets 10 mg, bottle of 30 | 0088-2160-30 | 216.24 | 259.49 |
| Arava™ (leflunomide) tablets 20 mg, bottle of 30 | 0088-2161-30 | 216.24 | 259.49 |
| Arava™ (leflunomide) tablets 100 mg, 3-ct blister pack | 0088-2162-03 | 108.12 | 129.74 |
| Azmacort® (triamcinolone acetonide) oral inhaler 60 mg | 0075-0060-37 | 49.76 | 62.20 |
| Bentyl® (dicyclomine hydrochloride USP) capsules 10 mg, bottle of 100 | 0068-0120-61 | 27.19 | 32.63 |
| Bentyl® (dicyclomine hydrochloride USP) tablets 20 mg, bottle of 100 | 0068-0123-61 | 38.80 | 46.56 |
| Bentyl® (dicyclomine hydrochloride USP) injection 5 ampules, 2 mL each | 0068-0809-23 | 69.75 | 83.70 |
| Bentyl® (dicyclomine hydrochloride USP) injection 10 mL vial | 0068-0810-61 | 44.52 | 53.42 |
| Bentyl® (dicyclomine hydrochloride USP) syrup pint, 10 mg/5mL | 0068-0125-16 | 30.21 | 36.25 |
| Cantil® (mepenzolate bromide USP) tablets 25 mg, bottle of 100 | 0068-0037-01 | 86.44 | 103.73 |

AV-BCA-0010239

3

| Product Name & Size | NDC # | New Wholesaler* List Price as of 3/20/01 | Manufacturer's** Suggested Price 3/20/01 |
|---|---|---|---|
| Carafate® (sucralfate) tablets 1 gm, bottle of 100 | 0088-1712-47 | 78.33 | 94.00 |
| Carafate® (sucralfate) tablets 1 gm, bottle of 120 | 0088-1712-53 | 95.72 | 114.86 |
| Carafate® (sucralfate) tablets 1 gm, bottle of 500 | 0088-1712-55 | 380.06 | 456.08 |
| Carafate® (sucralfate) tablets 1 gm, bottle of 3000 | 0088-1712-25 | 2,281.01 | 2,737.22 |
| Carafate® (sucralfate) tablets UDIP 100 | 0088-1712-49 | 90.90 | 109.08 |
| Carafate® (sucralfate) suspension 14 fl. oz. Bottle, 1 gm/10 ml | 0088-1700-15 | 32.70 | 39.24 |
| Cephulac® (lactulose solution) 10 gm/15 ml, pint | 0068-0413-16 | 40.60 | 48.72 |
| Cephulac® (lactulose solution) 10 gm/15 ml, ½ gallon | 0068-0413-64 | 145.59 | 174.71 |
| Chronulac® (lactulose solution) 8 fl-oz. bottle | 0068-0409-08 | 20.35 | 24.42 |
| Chronulac® (lactulose solution) 32 fl-oz. bottle | 0068-0409-32 | 72.82 | 87.38 |
| Clomid® (clomiphene citrate tablets USP) 50 mg, box of 30 | 0068-0226-30 | 243.59 | 292.31 |
| DDAVP® Tablets (desmopressin acetate) 0.1 mg, bottle of 100 | 0075-0016-00 | 197.20 | 246.50 |
| DDAVP® Nasal Spray (desmopressin acetate) 1x5 ml pump | 0075-2452-01 | 128.85 | 161.06 |
| DiaBeta® (glyburide USP) 1.25 mg, bottle of 50 | 0039-0053-05 | 9.06 | 10.87 |
| DiaBeta® (glyburide USP) 2.5 mg, bottle of 100 | 0039-0051-10 | 35.46 | 42.55 |

AV-BCA-0010240

4

| Product Name & Size | NDC # | New Wholesaler* List Price as of 3/20/01 | Manufacturer's** Suggested Price 3/20/01 |
|---|---|---|---|
| Diaßeta® (glyburide USP) 2.5 mg, UDIP 100 | 0039-0051-11 | 35.46 | 42.55 |
| Diaßeta® (glyburide USP 2.5 mg, bottle of 500 | 0039-0051-50 | 152.59 | 183.11 |
| Diaßeta® (glyburide USP) 5 mg, bottle of 100 | 0039-0052-10 | 65.03 | 78.04 |
| Diaßeta® (glyburide USP) 5 mg, UDIP 100 | 0039-0052-11 | 65.03 | 78.04 |
| Diaßeta® (glyburide USP) 5 mg, bottle of 500 | 0039-0052-50 | 272.58 | 327.10 |
| Diaßeta® (glyburide USP) 5 mg, bottle of 1000 | 0039-0052-70 | 487.60 | 585.12 |
| Hiprex® Tablets (methenamine hippurate) 1 gm, bottle of 100 | 0068-0277-61 | 115.81 | 138.97 |
| Intal® Inhaler (cromolyn sodium inhalation aerosol) 112 metered inhalations | 0585-0675-02 | 42.87 | 53.59 |
| Intal® Inhaler (cromolyn sodium inhalation aerosol) 200 metered inhalations | 0585-0675-01 | 68.21 | 85.26 |
| Intal® Nebulizer Solution (cromolyn sodium inhalation solution,USP) 2 ml, plastic ampules, box of 60 | 0585-0673-02 | 53.89 | 67.36 |
| Intal® Nebulizer Solution (cromolyn sodium inhalation solution,USP) 2 ml, plastic ampules, box of 120 | 0585-0673-03 | 100.66 | 125.83 |
| Lasix® (furosemide) Tablets 20 mg, bottle of 100 | 0039-0067-10 | 17.60 | 21.12 |
| Lasix® (furosemide) Tablets 20 mg, bottle of 500 | 0039-0067-50 | 83.05 | 99.66 |
| Lasix® (furosemide) Tablets 20 mg, bottle of 1000 | 0039-0067-70 | 157.62 | 189.15 |

AV-BCA-0010241

5

| Product Name & Size | NDC # | New Wholesaler* List Price as of 3/20/01 | Manufacturer's** Suggested Price 3/20/01 |
|---|---|---|---|
| Lasix® (furosemide) Tablets 40 mg, UDIP 100 | 0039-0060-11 | 25.65 | 30.78 |
| Lasix® (furosemide) Tablets 40 mg, bottle of 100 | 0039-0060-13 | 24.65 | 29.57 |
| Lasix® (furosemide) Tablets 40 mg, bottle of 500 | 0039-0060-50 | 116.87 | 140.24 |
| Lasix® (furosemide) Tablets 40 mg, bottle of 1000 | 0039-0060-70 | 221.96 | 266.36 |
| Lasix® (furosemide) Tablets 80 mg, bottle of 50 | 0039-0066-05 | 19.93 | 23.91 |
| Lasix® (furosemide) Tablets 80 mg, bottle of 500 | 0039-0066-50 | 188.89 | 226.67 |
| Lozol ® (indapamide) Tablets 1.25 mg, bottle of 100 | 0075-0700-00 | 79.33 | 99.16 |
| Lozol ® (indapamide) Tablets 1.25 mg, bottle of 1000 | 0075-0700-99 | 780.90 | 976.13 |
| Lozol ® (indapamide) Tablets 2.5 mg, bottle of 100 | 0075-0082-00 | 98.12 | 122.66 |
| Lozol ® (indapamide) Tablets 2.5 mg, bottle of 1000 | 0075-0082-99 | 968.88 | 1,211.10 |
| Lozol ® (indapamide) Tablets 2.5 mg, 20,000 | 0075-0082-23 | 19,112.20 | 23,890.25 |
| Nasacort® (triamcinolone acetonide) nasal inhaler 10 gm | 0075-1505-43 | 38.48 | 48.10 |
| Nasacort® AQ (aqueous triamcinolone acetonide) nasal spray 16.5 gm | 0075-1506-16 | 38.93 | 48.66 |
| Nilandron® (nilutamide) Tablets 50 mg, 90-ct blister pack | 0088-1110-35 | 232.09 | 278.50 |
| Norpramin® (desipramine hydrochloride tablets USP) 10 mg, bottle of 100 | 0068-0007-01 | 55.23 | 66.27 |

AV-BCA-0010242

6

| Product Name & Size | NDC # | New Wholesaler* List Price as of 3/20/01 | Manufacturer's** Suggested Price 3/20/01 |
|---|---|---|---|
| Norpramin® (desipramine hydrochloride tablets USP) 25 mg, bottle of 100 | 0068-0011-01 | 66.36 | 79.63 |
| Norpramin® (desipramine hydrochloride tablets USP) 50 mg, bottle of 100 | 0068-0015-01 | 124.92 | 149.91 |
| Norpramin® (desipramine hydrochloride tablets USP) 75 mg, bottle of 100 | 0068-0019-01 | 159.00 | 190.80 |
| Norpramin® (desipramine hydrochloride tablets USP) 100 mg, bottle of 100 | 0068-0020-01 | 208.93 | 250.71 |
| Norpramin® (desipramine hydrochloride tablets USP) 150 mg, bottle of 50 | 0068-0021-50 | 151.37 | 181.64 |
| Novafed® A (pseudoephedrine hydrochloride and chlorpheniramine maleate) extended release capsules bottle of 100 | 0068-0106-61 | 58.94 | 70.72 |
| Priftin® Tablets (rifapentine) 150 mg, box of 32 | 0088-2100-03 | 77.70 | 93.24 |
| Refludan® [lepirudin (rDNA) for injection] 1 mL vial, box of 10 | 0088-2150-57 | 1,157.52 | 1,389.02 |
| Rifadin® (rifampin capsules USP) 150 mg, bottle of 30 | 0068-0510-30 | 39.49 | 47.38 |
| Rifadin® (rifampin capsules USP) 300 mg, bottle of 30 | 0068-0508-30 | 55.97 | 67.16 |
| Rifadin® (rifampin capsules USP) 300 mg, bottle of 60 | 0068-0508-60 | 111.88 | 134.26 |
| Rifadin® (rifampin capsules USP) 300 mg, bottle of 100 | 0068-0508-61 | 186.56 | 223.87 |
| Rifadin® IV (rifampin for injection) 600 mg, 25 mL vial | 0068-0597-01 | 70.12 | 84.14 |
| Rifamate® (rifampin and isoniazid capsules) bottle of 60 | 0068-0509-60 | 128.90 | 154.68 |

AV-BCA-0010243

7

| Product Name & Size | NDC # | New Wholesaler* List Price as of 3/20/01 | Manufacturer's** Suggested Price 3/20/01 |
|---|---|---|---|
| Rifater® (rifampin, isoniazid and pyrazinamide tablets) bottle of 60 | 0088-0576-41 | 95.40 | 114.48 |
| Rilutek® (riluzole) Tablets 50 mg, bottle of 60 | 0075-7700-60 | 719.78 | 899.73 |
| Tenuate® Immediate-Release Tablets (diethylpropion hydrochloride USP) 25 mg, bottle of 100 | 0068-0697-61 | 42.24 | 50.69 |
| Tenuate® Dospan® (diethylpropion hydrochloride USP) controlled release 75 mg, bottle of 100 | 0068-0698-61 | 106.05 | 127.26 |
| Tenuate® Dospan® (diethylpropion hydrochloride USP) controlled release 75 mg, bottle of 250 | 0068-0698-62 | 257.79 | 309.35 |
| Tilade® Inhaler (nedocromil sodium inhalation aerosol) 104 metered inhalations | 0585-0685-02 | 34.18 | 42.72 |
| Trental® (pentoxifylline) Tablets 400 mg, bottle of 100 | 0039-0078-10 | 63.07 | 75.68 |
| Trental® (pentoxifylline) Tablets 400 mg, UDIP 100 | 0039-0078-11 | 65.83 | 78.99 |

*The list price does not reflect discounts, rebates, chargebacks, and other terms that may reduce actual sales price

** Manufacturer's Suggested Price is a suggested price that may not reflect actual wholesale price.

No other Aventis Pharmaceuticals products will be affected by this pricing action.

All orders received after 5:00 a.m. EST on March 20, 2001 will be billed at the new price.

If you have any questions, please feel free to contact your Senior National Trade Account Manager, or our Customer Service Department at 1-800-207-8049.

Sincerely,

Chuck Pennewell

Chuck Pennewell
Senior Director
Trade Management & Development
1177

AV-BCA-0010244

viewItem [https://www.lextranet.com/lcs/search/prodDocs/viewItem.lcs?docID=2308471eDocID=0tableID=1053]

Page 1 of 2



*AventisPharmaceuticals*



## IMPORTANT PRODUCT INFORMATION

August 2, 2001

Dear Pharmaceutical Buyer:

Aventis Pharmaceuticals is announcing a price increase effective today, Thursday, August 2, 2001 at 5:00 a.m. EDT on the following products.

| Product Name/Description | NDC # | New Wholesaler* List Price as of 8-02-01 |
|---|---|---|
| Allegra® (fexofenadine HCl) Tablets 30 mg, bottle of 100 | 0088-1106-47 | $ 49.35 |
| Allegra® (fexofenadine HCl) Tablets 60 mg, bottle of 100 | 0088-1107-47 | 98.63 |
| Allegra® (fexofenadine HCl) Capsules 60 mg, bottle of 100 | 0088-1102-47 | 98.63 |
| Allegra® (fexofenadine HCl) Capsules 60 mg, UDIP 100 | 0088-1102-49 | 98.63 |
| Allegra® (fexofenadine HCl) Capsules 60 mg, bottle of 500 | 0088-1102-55 | 493.24 |
| Amaryl® (glimepiride tablets), 1 mg, bottle of 100 | 0039-0221-10 | 22.93 |
| Amaryl® (glimepiride tablets),2 mg, bottle of 100 | 0039-0222-10 | 37.15 |
| Amaryl® (glimepiride tablets), 2 mg, UDIP, 100 | 0039-0222-11 | 37.15 |
| Amaryl® (glimepiride tablets), 4 mg, bottle of 100 | 0039-0223-10 | 70.09 |
| Amaryl® (glimepiride tablets), 4 mg, UDIP, 100 | 0039-0223-11 | 70.09 |
| Anzemet® (dolasetron mesylate) Tablets 50 mg, bottle of 5 | 0088-1202-05 | 239.67 |
| Anzemet® (dolasetron mesylate) Tablets 50 mg, blister pack, 5 count | 0088-1202-29 | 239.67 |
| Anzemet® (dolasetron mesylate) Tablets 50 mg, UDIP, 10 count | 0088-1202-43 | 479.39 |

Aventis Pharmaceuticals · 300 Somerset Corporate Boulevard · Bridgewater, NJ  08807-2854 · www.aventispharma-us.com



AV-BCA-0060379

2

| Product Name/Description | NDC # | New Wholesaler* List Price as of 8-02-01 |
|---|---|---|
| Anzemet® (dolasetron mesylate) Tablets 100 mg, bottle of 5 | 0088-1203-05 | $317.67 |
| Anzemet® (dolasetron mesylate) Tablets 100 mg, blister pack, 5 count | 0088-1203-29 | 317.67 |
| Anzemet® (dolasetron mesylate) Tablets 100 mg, UDIP, 10 count | 0088-1203-43 | 635.34 |
| Azmacort® (triamcinolone acetonide) oral inhaler 60 mg | 0075-0060-37 | 51.75 |
| Nasacort® (triamcinolone acetonide) Nasal Inhaler 10 gm | 0075-1505-43 | 40.40 |
| Nasacort® AQ (triamcinolone acetonide) Nasal Spray 16.5 gm | 0075-1506-16 | 42.63 |

*The list price does not reflect discounts, rebates, chargebacks, or other terms or distribution
arrangements that may reduce actual sales price.

No other Aventis Pharmaceuticals products will be affected by this pricing action.

All orders received after 5:00 a.m. EDT on August 2, 2001 will be billed at the new price.

If you have any questions, please feel free to contact your Senior National Trade Account Manager, or
our Customer Service Department at 1-800-207-8049.

Sincerely,

Guerdon R. Green
Director, Trade Administration
012946

AV-BCA-0060380

**[REDACTED VERSION]**

DEFENDANT'S
EXHIBIT

**[REDACTED VERSION]**

**[REDACTED VERSION]**

1

1            UNITED STATES DISTRICT COURT

2              DISTRICT OF MASSACHUSETTS

3    *******************************

4    IN RE PHARMACEUTICAL INDUSTRY    ) MDL NO. 1456

5    AVERAGE WHOLESALE PRICE          ) CIVIL ACTION:

6    LITIGATION                       ) 01-CV-12257-PBS

7    ------------------------------) JUDGE PATTI B. SARIS

8    THIS DOCUMENT RELATES TO ALL     )

9    CLASS ACTIONS                    )

10   *******************************

11

12        30(b)(6) DEPOSITION OF PIPEFITTERS

13   LOCAL UNION 537 through CHARLES HANNAFORD, a

14   witness called on behalf of Bristol-Myers

15   Squibb, pursuant to the Federal Rules of

16   Civil Procedure, before Kristin Kelley, a

17   Registered Professional Reporter and Notary

18   Public in and for the Commonwealth of

19   Massachusetts, at the offices of Hagens

20   Berman Sobol Shapiro, LLP, One Main Street,

21   Cambridge, Massachusetts, on Thursday,

22   December 29, 2005, commencing at 9:56 a.m.

DEFENDANT'S
EXHIBIT
D

151

1    deposition?

2        A.    That was a lot.

3        Q.    Is your understanding that you will have

4    an ongoing role going forward?

5        A.    Yes.

6        Q.    What will that role be?

7        A.    As a participant in the plan.  If you

8    have more depositions or if you want to ask

9    anymore questions or if you want more information,

10   then I will provide it.

11       Q.    Do you have any understanding of your

12   role vis-a-vis your counsel what you're supposed

13   to do?

14       A.    My counsel said to participate in the

15   lawsuit.

16       Q.    Are any of the individual members of the

17   fund or beneficiaries of the fund playing any role

18   in this case?

19       A.    No.

20             (Declaration marked Exhibit Hannaford

21   012 for Identification.)

22       Q.    Why don't you look at your declaration,

152

1    which was marked as Exhibit Hannaford 012.  Who

2    prepared this document?

3         A.   This was prepared by Hagens Berman Sobol

4    Shapiro.

5         Q.   Is that your signature on the second

6    page?

7         A.   Yes.

8         Q.   Who prepared the attachment to the

9    document? Do you know who prepared that?

10        A.   Same company.

11        Q.   Do you know where they got the

12   information from?

13        A.   Blue Cross Blue Shield.

14        Q.   Hagens Berman got that information from

15   Blue Cross Blue Shield?

16        A.   Yes.

17             (Two page document marked Exhibit

18   Hannaford 013 for Identification.)

19        Q.   We've marked as Exhibit Hannaford 013

20   another version of that attachment that's probably

21   easier to read.  We got this on a disk.  Do you

22   recognize this information as the same information

153

1    that's next to your declaration?

2         A.    Yes.

3         Q.    Does the fund have any of the

4    information on Exhibit Hannaford 013 in its own

5    possession?

6         A.    No.

7         Q.    This had to be obtained from Blue Cross

8    Blue Shield of Massachusetts?

9         A.    Yes.

10        Q.    You were saying before you were on a

11   phone call where you were discussing what kind of

12   data was needed.  Was this the output of that

13   phone call?

14        A.    I presume so, yes.

15        Q.    What kind of data did you discuss that

16   you wanted Blue Cross Blue Shield of Massachusetts

17   to obtain for you?

18        A.    I said that they would provide the

19   information that the lawyers needed to be able to

20   participate in the litigation.

21        Q.    You signed some sort of release in

22   connection with that?

154

1      A.    That's correct.

2      Q.    You have that document?

3      A.    Yes.

4            MR. TRETTER:   We'll ask for that.

5      Q.    Going back to your declaration, which is

6   Exhibit Hannaford 012.   We'll concentrate on the

7   written portion of the exhibit.   Paragraph four

8   says "Blue Cross Blue Shield of Massachusetts

9   compiled claims data for the fund for the period

10  1995 through 2003".   You see that?

11     A.    Yes.

12     Q.    Do you know why that date range was

13  picked?

14     A.    The lawyers probably asked for it.

15     Q.    You were just reiterating what the

16  lawyers asked for?

17     A.    Yes.

18     Q.    There's a reference also in paragraph

19  four to something called the "tract 1 defendants".

20  Do you know what that means?

21     A.    Where's the reference?

22     Q.    In paragraph four.

155

1      A.    Yes.

2      Q.    What does that mean?

3      A.    Tract 1 defendants would be those that

4  supply the physician administered drugs.

5      Q.    Have you heard that there are certain

6  manufacturers that are on a more accelerated

7  schedule than others?

8      A.    No.

9      Q.    If you would go now to the Exhibit

10  Hannaford 013 there are all these headings.   The

11  first one is "serv-prov", probably service

12  provider, then "service provider tax i.d.", "bill

13  provider".  Do you know what any of these refer or

14  relate to?

15      A.    Well, service provider I know Blue Cross

16  Blue Shield has a number for a particular entity

17  that provides a service.

18      Q.    You think it might be the actual doctor?

19      A.    Right.

20          MR. NOTARGIACOMO:  As I'm sure you're

21  aware, next week there's going to be a deposition

22  of the data individual who produced this material

156

1   from Blue Cross Blue Shield.   The best person to

2   ask those specific questions about headings and

3   what is in one column and another is that person.

4           MR. TRETTER:   Okay.

5      Q.   The patient identifier, do you know what

6   that relates to?

7      A.   No.

8      Q.   On this printout, as I read it, there

9   are 12 discrete patients' numbers.   Is it your

10   understanding that between 1995 and 2003 the fund

11   had only 12 people that were administered these

12   tract 1 defendants' drugs?

13      A.   I don't know.

14      Q.   How would you know that they even were

15   administered these tract 1 drugs?

16      A.   Blue Cross Blue Shield would have

17   supplied this.   I would guess this is what it is.

18      Q.   You're entirely dependent on them?

19      A.   Absolutely.

20      Q.   You have no independent knowledge?

21      A.   No.

22      Q.   In the column marked "proc-code" there

157

1   are these J's and Q's and then a number.  Do you

2   see that?

3       A.   I see that, yes.

4       Q.   Do you know what any of that means?

5       A.   No, I do not.

6       Q.   Further over to the right there's

7   something "charge-ANT allowed-ANT".  Do you

8   understand what those are?

9       A.   Yes.

10      Q.   Let's start with "charge-ANT".  What is

11  that?

12      A.   It's what the service provider charged

13  for a particular service.

14      Q.   Or in this case a drug?

15      A.   Yes.

16      Q.   What is the allowed amount?

17      A.   The amount that's allowed under Blue

18  Cross Blue Shield.

19      Q.   Please go back to your declaration,

20  Exhibit Hannaford 012, and paragraph three.  "My

21  understand is that, based on arrangements between

22  Blue Cross Blue Shield of Massachusetts and