-----Original Message-----
From: Huwe, Greg [mailto:Greg.Huwe@state.mn.us]
Sent: Monday, March 27, 2006 1:09 PM
To: Fedotin, Brian G. (SHB)
Subject: RE: MMCAP production follow up


Here are the field descriptions as they have been provided to me:

Here are the Descriptions for the fields that we maintain. Those not described are data fields received from FirstDataBanks from within their Product File.

NDC NDC of product purchased (FirstDataBank)
MMCAP_ID MMCAP Assigned Facility ID
WHOLESALER MMCAP Assigned Wholesaler Code (AmericourceBergen= 0401, Cardinal=0301, Morris&Dickson=0701, BERGEN BRUNSWIG=0201, BINDLEY WESTERN DRUG CO. (Kendall Div) =0501, D & K Healthcare Resources =0101, VFGRACE=0801)
UNITS Quantity Purchased
AMOUNT Unit Price
SALE_TYPE 1=On Contract, 2=Alternate Contract, 3=Off Contract
MONTH Month of Purchase
YEAR Year of Purchase
CAL_DATE Calendar Date of Purchased
MAST_ID System Assigned ID Number
MEMBER Member Name
ADDRESS Member Address
ADDRESS2 Member Address Continued
CITY Member City
STATE Member State
ZIP Member Zip code
PHONE Member Phone
FAX Member Fax
CONTACT1 Member Contact Person
TITLE1 Member Contact Person Title
E-MAIL Member E-mail Address
DEA_NO Member DEA (Drug Enforcement Agency) Number
OLD_DEA Old DEA Number
DEA_DESC Associated DEA Description
HIN Member HIN (Health Industry Number) Number
HIN_DESC Associated HIN Description
NDC NDC - National Drug Code
LABEL_NAME NDC associated Label Name of Product
GENERIC_NAME Generic Name associated with NDC
STR Drug Strength
D Drug Dose
RT Drug Route

MFG_NAME Drug Manufacture Name
UD Unit Dose ?
PACK_SIZE Pack Size of Drug
PACKAGING Packaging of Drug
AHFS American Hospital Formulary Service Code


Hope that this helps,


Gregory P. Huwe
Assistant Attorney General
NCL Tower, Suite 1800
445 Minnesota Street
St. Paul, MN 55101-2134

Tel: (651) 297-1223
Fax: (651) 297-1235
-----Original Message-----
From: Fedotin, Brian G. (SHB) [mailto:BFEDOTIN@shb.com]
Sent: Friday, March 24, 2006 5:03 PM
To: Huwe, Greg
Subject: RE: MMCAP production follow up


Mr. Huwe,
   Thank you for producing the MMCAP disk. While this disk appears to contain a great deal of data, it does not contain field descriptions. Without those, we cannot determine what the files represent. Please provide descriptions and explanations of what the data fields represent. Please contact me with any questions. Thank you for your continued cooperation.
--Brian
Brian G. Fedotin
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613
(816) 474-6550
(816) 421-5547 FAX
bfedotin@shb.com

-----Original Message-----
From: Huwe, Greg [mailto:Greg.Huwe@state.mn.us]
Sent: Friday, February 17, 2006 3:02 PM
To: Fedotin, Brian G. (SHB)
Subject: RE: MMCAP subpoena

Brian: I did get your message. That does help, and we'll reschedule the depo for a later date if necessary.

Gregory P. Huwe
Assistant Attorney General
NCL Tower, Suite 1800
445 Minnesota Street
St. Paul, MN 55101-2134

Tel: (651) 297-1223
Fax: (651) 297-1235
-----Original Message-----
From: Fedotin, Brian G. (SHB) [mailto:BFEDOTIN@shb.com]
Sent: Tuesday, February 14, 2006 4:35 PM
To: Greg.Huwe@state.mn.us
Subject: RE: MMCAP subpoena


Greg,

   What we are looking for is essentially:
1-Data showing sales to Montana and Nevada state-run entities
2-Communication with member states, particularly Montana and Nevada regarding pricing issues, including but not limited to any price lists that were sent to Montana and Nevada.
   Hopefully, this will help focus the search. If you have additional questions, please contact me. In terms of your second email, we are willing to accommodate the time constraints of the data people who are traveling. We will postpone the February 21 deposition. An early March production would be acceptable. Thanks for your cooperation.
--Brian
Brian G. Fedotin
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613
(816) 474-6550
(816) 421-5547 FAX
bfedotin@shb.com

-----Original Message-----
From: website@shb.com [mailto:website@shb.com]
Sent: Tuesday, February 14, 2006 2:47 PM
To: Fedotin, Brian G. (SHB)
Subject: E-Mail from SHB Website

From: Greg Huwe
E-Mail Address: greg.huwe@state.mn.us

Subject: Subpoena

Message: Mr. Stembler informs me as follows: The questions and documents requested are not available in the form requested. MMCAP has NO data about Average Wholesale Price (AWP) as it does not use AWP. The only Minnesota state agency that uses AWP is Department of Human Services for its Medicare reimbursement program. the state's data only goes back to 1996, there might be some in 1995 but not much. The questions and the answers would be more useful if we could help you refine your questions. What precisely are you looking for?


"MMS <shb.com>" made the following
annotations on 02/14/06, 15:10:46

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

------------------------------------------------------------------------------
The information contained in this e-mail is intended only for the use of the individual or entity named above.  If the reader of this e-mail is not the intended recipient, you are to refrain from reading this e-mail or examining any attachments to the e-mail. Please notify the person sending the message of the mistaken delivery immediately.

------------------------------------------------------------------------------