

www.shb.com

**Brian G. Fedotin**

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.421.5547 Fax
bfedotin@shb.com

May 31, 2006

<u>**VIA FACSIMILE – 651-297-1235**</u>

Mr. Gregory P. Huwe
Assistant Attorney General
NCL Tower, Suite 1800
445 Minnesota Street
St. Paul, MN 55101-2134

Re:   MMCAP Document Production

Dear Mr. Huwe:

In response to our subpoena of January 31, 2006, MMCAP produced data of purchasing records by Montana and Nevada entities through MMCAP contracts.  No documents were produced.  Pharmaceutical services agreements between MedManagement and Montana state agencies reveal that MedManagement purchased pharmaceuticals on behalf of the State of Montana using MMCAP pricing agreements.  Please produce any and all pricing agreements and state contracts with Montana and Nevada for the provision of pharmaceuticals.

Similarly, the pharmaceutical services agreements refer to an MMCAP contracting price. The actual price of pharmaceuticals passed to the states was based on the MMCAP contracting price.  Please produce documents showing the contracting price for Montana and Nevada.

As part of its contract with Montana, MedManagement submitted detailed invoices listing pharmaceuticals dispensed on a monthly basis by facility, which accurately represents the unit cost of the pharmaceuticals dispensed from inventory to the State of Montana.  My understanding is that MedManagement would have relied on data from MMCAP in preparing these invoices.  Please produce all documents and data submitted to MedManagement used in preparation of those invoices.

Also, I have not heard back from you regarding possible deposition dates. Please provide deposition dates for MMCAP representatives who can testify as to: (1) pricing information available to Montana and Nevada, (2) pricing information received by Montana and Nevada, and (3) explaining and authenticating the data previously produced

Geneva
Houston
Kansas City
London
Miami
Orange County
Overland Park
San Francisco
Tampa
Washington, D.C.

1999189v1



www.shb.com

Mr. Gregory P. Huwe  
May 30, 2006  
Page 2

by MMCAP. Also please provide the name(s) of the individual(s) that you intend to put forward to testify as to these issues. Thank you for your continued cooperation.

Very truly yours,

Brian G. Fedotin

BGF:blw

Geneva  
Houston  
Kansas City  
London  
Miami  
Orange County  
Overland Park  
San Francisco  
Tampa  
Washington, D.C.

1999189v1