# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| CLASS ACTIONS, *State of Montana v. Abbott Labs Inc., et al.,* 02-CV-12084-PBS, *State of Nevada v. American Home Prods. Corp., et al.* 02-CV-12086-PBS, *State of Arizona v. Abbott Labs Inc., et al.,* 06-CV-11069-PBS | Chief Magistrate Judge Marianne B. Bowler |

## WARRICK PHARMACEUTICALS CORPORATION'S CROSS MOTION FOR LEAVE TO TAKE DEPOSITION OF HARVEY WEINTRAUB FOR PURPOSES OF PRESERVATION OF TESTIMONY

Defendant Warrick Pharmaceuticals Corporation ("Warrick") respectfully cross-moves this Court for leave to take the deposition of Harvey Weintraub for purposes of preservation of testimony in the class action, Nevada, Montana, and Arizona cases. The grounds for this motion are set forth in the accompanying memorandum of law, the declaration of Eric P. Christofferson, and exhibits thereto.

By attorneys,

/s/ Eric P. Christofferson
John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Eric P. Christofferson (BBO#654087)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Schering-Plough Corporation and Warrick Pharmaceuticals Corporation*

2

## CERTIFICATE OF COMPLIANCE WITH LR. 7.1

I hereby certify that counsel for Schering and Warrick conferred with counsel for Plaintiffs in a good faith effort to resolve or narrow the issues set forth herein.

/s/ Eric P. Christofferson
Eric P. Christofferson

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Eric P. Christofferson
Eric P. Christofferson