# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br><br> Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| CLASS ACTIONS, *State of Montana v. Abbott Labs Inc., et al.,* 02-CV-12084-PBS, *State of Nevada v. American Home Prods.Corp., et al.* 02-CV-12086-PBS, *State of Arizona v. Abbott Labs Inc., et al.,* 06-CV-11069-PBS | Chief Magistrate Judge Marianne B. Bowler <br><br> FILED UNDER SEAL <br><br> [REDACTED VERSION] |

**DECLARATION OF ERIC P. CHRISTOFFERSON TRANSMITTING DOCUMENTS RELIED UPON IN WARRICK PHARMACEUTICALS CORPORATION'S MEMORANDUM IN OPPOSITION TO CERTAIN PLAINTIFFS' MOTION TO QUASH MAY 18, 2006 AMENDED NOTICE OF DEPOSITION OF HARVEY WEINTRAUB AND IN SUPPORT OF CROSS MOTION FOR LEAVE TO TAKE DEPOSITION OF <u>HARVEY WEINTRAUB FOR PURPOSES OF PRESERVATION OF TESTIMONY</u>**

I, ERIC P. CHRISTOFFERSON, hereby declare:

1. I am a member of the bar of the Commonwealth of Massachusetts and of this Court. I am an associate with Ropes & Gray LLP, and counsel to Defendants Schering-Plough Corporation and Warrick Pharmaceuticals Corporation. I submit this Declaration to place before the Court documents referenced in Warrick Pharmaceuticals Corporation's Memorandum in Opposition to Certain Plaintiffs' Motion to Quash May 18, 2006 Amended Notice of Deposition of Harvey Weintraub and in Support of Cross Motion for Leave to Take Deposition of Harvey Weintraub for Purposes of Preservation of Testimony.

2. Attached hereto as Exhibit A is a true and correct copy of a letter from Eric. P. Christofferson to Thomas M. Sobol and Notice of Deposition.

3. Attached hereto as Exhibit B is a true and correct copy of an Amended Notice of Deposition.

4. Attached hereto as Exhibit C is a true and correct copy of a letter from J. Steven Baughman to Michael Winget-Hernandez and other plaintiffs' counsel.

5. Attached hereto as Exhibit D is a true and correct copy of an e-mail from Steve W. Berman to J. Steven Baughman.

6. Attached hereto as Exhibit E is a true and correct copy of Plaintiffs' Objections to Notice of Deposition of Harvey Weintraub, filed in *State of Connecticut v. Dey, et al.*, Docket No. X07 CV-03-0083296-S (CLD).

7. Attached hereto as Exhibit F is a true and correct copy of the Affidavit of Harvey J. Weintraub. This is filed under seal, as it contains personal medical information.

8. Attached hereto as Exhibit G is a true and correct copy of a letter from Mr. Weintraub's physician to Brien T. O'Connor, Esq. This is filed under seal, as it contains personal medical information.

9. Attached hereto as Exhibit H is a true and correct excerpt of a transcript of a hearing held before Judge Saris on May 22, 2006.

10. I declare under penalty of perjury that the foregoing is true.

                                                           /s/ Eric P. Christofferson_____
                                                           Eric P. Christofferson

EXECUTED this 6th day of July, 2006 in Boston, Massachusetts.

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Eric P. Christofferson_____
Eric P. Christofferson