# EXHIBIT A





ROPES & GRAY LLP

ONE INTERNATIONAL PLACE    BOSTON, MA 02110-2624    617-951-7000    F 617-951-7050

BOSTON    NEW YORK    PALO ALTO    SAN FRANCISCO    WASHINGTON, DC    www.ropesgray.com

April 12, 2006

Eric P. Christofferson
(617) 951-7976
eric.christofferson@ropesgray.com

**BY FIRST CLASS MAIL**

Thomas M. Sobol, Esq.
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

Re: In re Pharmaceutical Industry Average Wholesale Price Litig., MDL 1456

Dear Tom:

On behalf of Warrick Pharmaceuticals Corporation ("Warrick"), we are enclosing and serving upon your client(s) a notice of the deposition of Harvey Weintraub.  As you will see, the deposition is scheduled for June 12-16, 2006, in Madison, New Jersey, and the notice provides for, among other things, recording by video.  We hope to be in a position to make videoconferencing available for those counsel who wish to participate from another location. Mr. Weintraub is now 77 years old; he has a skeletal problem that prevents him from sitting for extended periods without pain; and he has Parkinson's disease.  In light of Mr. Weintraub's age and health, the deposition will be conducted each day from 9 a.m. to 1 p.m. EST.

Because of Mr. Weintraub's age and health, Warrick also does not know whether he will be available in the future as a witness.  Accordingly, we intend to preserve his testimony through this deposition.  We are noticing this deposition in numerous pending AWP litigations against Warrick, including your cases, and invite you to attend and cross-examine Mr. Weintraub.

We understand that you already have, or have access to, documents produced by Warrick in the litigation brought against Warrick by Texas, *State of Texas v. Dey, Inc., et al.,* Cause No. GV002327 (53rd Judicial Dist., Travis County, Texas).  If this is not the case, we will make such documents available to you for purposes of this deposition.  Furthermore, as Mr. Weintraub has been deposed nine times before in AWP cases, we will make those transcripts and exhibits available to you for the purpose of this deposition, and may also make other documents available for this purpose.

9994207_1

Thomas M. Sobol, Esq.                    - 2 -                    April 12, 2006

If you have further questions regarding arrangements for this deposition, we ask that you kindly direct them to my attention.

Very truly yours,

Eric P. Christofferson

Enclosure

cc:    All Counsel of Record (via Lexis File & Serve)



11029838

Apr 12 2006
5:30PM

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Warrick Pharmaceuticals Corporation, by its attorneys, will take the deposition of Harvey Weintraub in the above-captioned case. This deposition shall take place before a notary public, or any other office authorized to administer oaths, at Schering-Plough Corporation, 1 Giralda Farms in Madison, New Jersey, on June 12-16, 2006, beginning each day at 9:00am and concluding each day at 1:00pm. Such deposition will be recorded by stenographic, audio, and/or video means.

The deposition is being taken for use at trial and for such other purposes as are permitted under the Federal Rules of Civil Procedure and court order.

By attorneys,


/s/ Eric P. Christofferson
John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Eric P. Christofferson (BBO#654087)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Schering-Plough Corporation and
Warrick Pharmaceuticals Corporation*

Dated:  April 12, 2006

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 12, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

_____/s/ Eric P. Christofferson_____
Eric P. Christofferson

# EXHIBIT B



11315682

May 18 2006
11:48AM

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL No. 1456

Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) | Judge Patti B. Saris

Chief Magistrate Judge Marianne B. Bowler |

## AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Warrick Pharmaceuticals Corporation, by its attorneys, will take the deposition of Harvey Weintraub in the above-captioned case.  This deposition shall take place before a notary public, or any other office authorized to administer oaths, at Schering-Plough Corporation, 1 Giralda Farms in Madison, New Jersey, on July 10-14, 2006, beginning each day at 9:00am and concluding each day at 1:00pm.  Such deposition will be recorded by stenographic, audio, and/or video means.

The deposition is being taken for use at trial and for such other purposes as are permitted under the Federal Rules of Civil Procedure and court order.

By attorneys,


/s/ Eric P. Christofferson
John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Eric P. Christofferson (BBO#654087)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Schering-Plough Corporation and
Warrick Pharmaceuticals Corporation*

Dated:  May 18, 2006

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 18, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Eric P. Christofferson
   Eric P. Christofferson

# EXHIBIT C



ROPES & GRAY LLP

ONE METRO CENTER   700 12TH STREET, NW   SUITE 900   WASHINGTON, DC 20005-3948   202-508-4600   F 202-508-4650
BOSTON   NEW YORK   PALO ALTO   SAN FRANCISCO   WASHINGTON, DC   www.ropesgray.com

June 27, 2006

J. Steven Baughman
202-508-4606
202-508-4650 fax
Steven.Baughman@ropesgray.com

**BY FACSIMILE**

Michael Winget-Hernandez, Esq.
Winget-Hernandez, LLC
3112 Windsor Road
Suite 228
Austin, Texas 78703

Re:    Deposition of Harvey Weintraub

Dear Michael:

This is to confirm that, in order to accommodate the requests of various plaintiffs for additional
time to prepare for the deposition of Harvey Weintraub, which is now noticed for July 10-14,
2006, and in light of those plaintiffs' agreement not to seek further postponement of that
deposition if it is moved to September 18-22, 2006, we have rescheduled and will shortly re-
notice the deposition for September 18-22, 2006 in all cases where it is noticed.

Sincerely,

J. Steven Baughman

cc: Counsel for plaintiffs as listed
    on the attached transmittal (by facsimile)

7225961_1



ROPES & GRAY LLP

ONE METRO CENTER  700 12TH STREET, NW  SUITE 900  WASHINGTON, DC 20005-3948  202-508-4600  F 202-508-4650

BOSTON     NEW YORK     PALO ALTO     SAN FRANCISCO     WASHINGTON, DC     www.ropesgray.com

## FAX TRANSMITTAL LETTER

**IMPORTANT**: PLEASE DELIVER THIS DOCUMENT IMMEDIATELY!

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL: 202-508-4600

TOTAL NUMBER OF PAGES INCLUDING THIS TRANSMITTAL LETTER: 4

| **Name** | **Fax Number** | **Phone Number** |
|---|---|---|
| To:  Michael Winget-Hernandez, Esq. | (512) 697-0080 | |
| John P. Fisher, Esq. | (619) 688-4200 | |
| Joanne M. Cicala, Esq. | (212) 751-2540 | |
| Melvin I. Weiss, Esq. | (212) 273-4396 | |
| Thomas M. Sobol, Esq. David S. Nalven, Esq. | (617) 482-3003 | |
| Jere L. Beasley, Esq. W. Daniel (Dee) Miles, III, Esq. Clinton Carter, Esq. | (334) 954-7555 | |
| Roger Bates, Esq. | (205) 397-1300 | |
| Robert B. Carey, Esq. Steve W. Berman, Esq. Sean R. Matt, Esq. | (602) 840-3012 | |
| Larry J. Crown, Esq. | (602) 277-5595 | |
| Bradford J. Phelps, Esq. | (501) 682-8118 | |
| James E. Miller, Esq. | (860) 526-1120 | |

Page 1 of 3

## PLEASE COMPLETE WHEN SUBMITTING TO FAX DEPARTMENT

Date:  June 27, 2006

File Symbol:  SPLN.045

Submitted By:  J. Steven Baughman

THIS FAX MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE. IT IS INTENDED FOR USE ONLY BY THOSE TO WHOM IT IS ADDRESSED. IF THIS FAX IS NOT ADDRESSED TO YOU, OR IF YOU RECEIVED IT IN ERROR, YOU MAY NOT DISCLOSE, DISTRIBUTE, COPY OR USE THIS FAX OR ANY INFORMATION IN IT. INSTEAD, PLEASE CALL US COLLECT AT 202-508-4600 TO ARRANGE FOR ITS DESTRUCTION OR RETURN.

7222696_1

ROPES & GRAY LLP

| | |
|---|---|
| Mark S. Thomas, Esq. | (850) 487-9475 |
| James J. Breen, Esq. | (954) 874-1705 |
| Rick J. Eichor, Esq. | (808) 538-1113 |
| Charles Barnhill, Jr., Esq.<br>William Dixon, Esq.<br>Elizabeth J. Eberle, Esq. | (608) 255-5380 |
| Robert S. Libman, Esq.<br>George F. Galland, Jr., Esq. | (312) 751-0438 |
| Benjamin C. Weinberg, Esq.<br>Paul J. Gaynor, Esq.<br>David F. Buyase, Esq. | (312) 814-5024 |
| C. David Johnstone, Esq.<br>Janet M. Graham, Esq.<br>Todd E. Leatherman, Esq.<br>Robert S. Jones, Esq.<br>Pamela J. Murphy, Esq.<br>Paula J. Holbrook, Esq. | (502) 573-7150 |
| P. Jeffrey Archibald, Esq. | (608) 661-0067 |
| Richard C. Heidlage, Esq. | (617) 727-2008 |
| Governor Musgrove, Esq. | (601) 856-7626 |
| Jan Adams, Esq. | (314) 340-7957 |
| Jacqueline Sailer, Esq. | (212) 682-1892 |
| Mark B. Kramer, Esq. | (973) 847-6005 |

Page 2 of 3

7222696_1

ROPES & GRAY LLP

| | |
|---|---|
| Donald E. Haviland, Jr., Esq. | (215) 772-1359 |
| Paul J. Pennock, Esq.<br>Daniel C. Burke, Esq. | (212) 344-5461 |
| Jeffrey N. Miller, Esq. | (518) 377-2247 |
| James E. Miller, Esq. | (860) 526-1120 |
| Stan Chesley, Esq.<br>Robert Heuck, Esq. | (513) 381-2375 |
| Peggy A. Lautenschlager, Esq.<br>Michael R. Bauer, Esq.<br>Cynthia R. Hirsch, Esq.<br>Frank D. Remington, Esq. | (608) 261-7991 |
| Mark Edelson, Esq. | (215) 230-8735 |
| Edward A. Wallace, Esq.<br>Elizabeth Fegan Hartweg, Esq. | (312) 346-0022 |
| Jeffrey L. Kodroff, Esq. | (215) 496-6611 |

From:

Page 3 of 3

Comments:

# EXHIBIT D

**From:** Steve Berman [mailto:Steve@hbsslaw.com]
**Sent:** Wednesday, May 03, 2006 9:29 AM
**To:** Baughman, J. Steven
**Cc:** Lauchie-Mitchell, Tina E.; AWP MDL Committee Short
**Subject:** RE: Arizona AWP - Harvey Weintraub Deposition

we will be opposing the taking of this dep in this case and every case we are counsel in

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue
Suite 2900
Seattle WA 98101
206-224-9320

---

**From:** Baughman, J. Steven [mailto:Steven.Baughman@ropesgray.com]
**Sent:** Tuesday, May 02, 2006 2:10 PM
**To:** Steve Berman
**Cc:** Lauchie-Mitchell, Tina E.
**Subject:** Arizona AWP - Harvey Weintraub Deposition

As you know, we have moved the Court to notice the deposition of Harvey Weintraub in the Arizona litigation, as it has been noticed in other pending cases, for June 12-16, 2006. We have, as indicated in our prior correspondence, offered to make available to you various material, such as Mr. Weintraub's prior deposition transcripts and exhibits. As you will understand, such material includes information that is highly confidential.

Despite plaintiff's refusal to stipulate to the noticing of Mr. Weintraub's deposition in advance of a Rule 26(f) conference, and although there is not yet a protective order in place in this matter governing the treatment of confidential material, we would be willing under the circumstances to make such material available to you in preparation for Mr. Weintraub's deposition if plaintiff will agree to treat such material (and the transcript and exhibits in Mr. Weintraub's upcoming deposition) as highly confidential and for attorneys'-eyes-only, and will use this material solely for purposes of this litigation and will not share such material with any other entity, pending entry of a protective order in this matter governing its treatment going forward. (This is without waiver of or prejudice to any of Warrick's rights, including without limitation Warrick's rights to relief in connection with pending or future motions that may affect the scope of permissible discovery in this action. In addition, this agreement would not obviate any existing confidentiality obligations.)

We are prepared to begin forwarding confidential material to you upon your confirmation, in reply to this email, of plaintiff's agreement. Please let us know if you have any questions, or if you wish to specify an address other than your office to which such material should be sent.

Thank you,
Steve Baughman

# EXHIBIT E

Docket No. X07 CV-03-0083296-S (CLD)　:　SUPERIOR COURT

STATE OF CONNECTICUT　　　　　　　:　COMPLEX LITIGATION
　　　　　　　　　　　　　　　　　　　　　DOCKET at TOLLAND

v.　　　　　　　　　　　　　　　　　　:

DEY INC., ET AL.　　　　　　　　　　:　April 25, 2006

### PLAINTIFF'S OBJECTIONS TO NOTICE OF DEPOSITION
### OF HARVEY WEINTRAUB DATED APRIL 10, 2006

Pursuant to the Connecticut Practice Book § 13-31(c), the State of Connecticut

(the "State" or "Plaintiff"), by and through its undersigned counsel, hereby objects to the

Notice of Deposition of Harvey Weintraub ("Mr. Weintraub") dated April 10, 2006

("Notice"), served upon it by Defendants, Warrick Pharmaceuticals Corporation,

Schering Corporation and Schering-Plough Corporation (collectively, "Defendants"), in

its entirety, for the following reasons:

### OBJECTIONS

1.　　　The Notice seeks the deposition of a fact witness during the period June

12 to June 16, 2005, more than six months beyond the December 3, 2005 cut-off for fact

depositions set by the Court.

2.　　　The Notice fails to provide an appropriate location for Mr. Weintraub's

deposition under Connecticut rules.  The Notice seeks to conduct the deposition outside

the State of Connecticut, at Defendants' offices, in New Jersey.  Conducting the

deposition at this location will unfairly impose expense, inconvenience, and burden on the State.

3. According to a letter provided by Defendants' counsel that accompanied the Notice, dated April 10, 2006 ("Counsel's Letter"), the Notice seeks to conduct the deposition over a period of five days, but to limit examination to four hours of questioning per day, at a location distant from the offices of counsel for the State. This limitation will unfairly impose additional needless expense, inconvenience, and burden on Plaintiff.

4. The Notice fails to provide any documentary or testimonial support for the claim, set forth in Counsel's Letter, that "[b]ecause of Mr. Weintraub's age and health, Warrick does not know whether he will be available in the future as a witness." In particular, the Defendants have failed to provide the evidentiary materials ordinarily submitted to support such an extraordinary request, to wit (1) Mr. Weintraub's medical records, (2) the physician opinions upon which the Defendants rely for their position that Warrick does not know whether Mr. Weintraub will be available in the future as a witness, or (3) any statements by Mr. Weintraub or others that Warrick would submit to the Court to support its position.

5. The Notice fails to establish any need for the deposition. Mr. Weintraub testified in a deposition admissible in this action taken on August 25, 2005, less than

2

one year ago.  Under Connecticut law, in the trial of a civil action, a deposition can be used by a party when "the witness is unable to attend or testify because of age, illness, infirmity, or imprisonment," or if "the witness is dead," as if the witness were present and testifying at trial."  *See* Practice Book § 13-31(a), 13-31(a)(4)(A) and (C).

     6.     The Notice was not properly served in accordance with Connecticut rules.  *See* Practice Book § 13-27(a).

STATE OF CONNECTICUT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: *Karen M. Leser*

James E. Miller
Patrick A. Klingman
Karen M. Leser
Shepherd Finkelman Miller & Shah, LLC
65 Main Street
Chester, Connecticut  06412
(860) 526-1100
(860) 526-1120 (facsimile)
Firm Juris No. 423085

3

Robert B. Teitelman
Clare E. Kindall
Assistant Attorneys General
55 Elm Street, P.O. Box 120
Hartford, Connecticut 06141-0120
(860) 808-5355
(860) 808-5391 (facsimile)

Thomas M. Sobol
David S. Nalven
Hugh McNeely
Hagens Berman Sobol Shapiro, LLP
One Main Street 4th Floor
Cambridge, Massachusetts  02142
(617) 482-3700
(617) 482-3003 (facsimile)

Steve W. Berman
Hagens Berman Sobol Shapiro, LLP
1301 Fifth Avenue Suite 2900
Seattle, Washington 98101
(206) 623-7292
(206) 623-0594 (facsimile)

Jeffrey L. Kodroff
Jeffrey J. Corrigan
John A. Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street Suite 2500
Philadelphia, Pennsylvania 19103
(215) 496-0300
(215) 496-6611 (facsimile)

4

Scott R. Shepherd
Natalie Finkelman Bennett
Douglas P. Dehler
Shepherd Finkelman Miller & Shah, LLC
35 E. State Street
Media, Pennsylvania 19063
(610) 891-9880
(610) 891-9883 (facsimile)

Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the State of Connecticut's foregoing Objections to Notice of Deposition dated April 25, 2006 were served by electronic mail and first-class mail, postage prepaid, on April 25, 2006, upon the following counsel of record:

Andrew P. Gaillard
Amy T. Maas
Day Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

John T. Montgomery
Robert J. Kovacev
Emiley E. Zalesky
Ropes & Gray LLP
One International Place
Boston, MA 02110

Karen Leser

# EXHIBIT F

## FILED UNDER SEAL

# EXHIBIT G

## FILED UNDER SEAL