# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris<br><br>Chief Mag. Judge Marianne B. Bowler |
| THIS DOCUMENT RELATES TO THE AMENDED MASTER CONSOLIDATED CLASS ACTION | | |

## DECLARATION OF AIMEE E. BIERMAN IN SUPPORT OF TRACK TWO DEFENDANTS' SECOND MOTION TO RENEW THEIR MOTION TO COMPEL (DOCKET ENTRY NO. 2162) DIRECTED TO NATIONAL HERITAGE INSURANCE COMPANY IN ITS CAPACITY AS THE <u>MEDICARE PART B CARRIER FOR MASSACHUSETTS</u>

I am an associate in the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP, representing Defendant Aventis Pharmaceuticals Inc. I offer this declaration in support of the Track Two Defendants' Second Motion to Renew Their Motion to Compel (Docket Entry No. 2162) Directed to National Heritage Insurance Company in its Capacity as the Medicare Part B Carrier for Massachusetts.

1. Attached hereto as Exhibit A is a June 13, 2006 letter from Aimée E. Bierman to Benjamin M. Wattenmaker.

2. Attached hereto as Exhibit B is a June 28, 2006 letter from Aimée E. Bierman to Benjamin M. Wattenmaker.

I have not received a response to either of these letters.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 7, 2006                     /s/ Aimée E. Bierman
                                        Aimée E. Bierman

BOS-985677 v1 5544510-0903

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on July 7, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                              /s/ Aimée E. Bierman
                                              Aimée E. Bierman