# EXHIBIT A



**Kirkpatrick & Lockhart Nicholson Graham** LLP

State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
617 261 3100
Fax 617 261 3175
www.klng.com

June 13, 2006

Aimée E. Bierman

617.261.3166
Fax:  617.261.3175
abierman@klng.com

**By E-Mail and Facsimile**

Benjamin M. Wattenmaker, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919

Re:  **In re Pharmaceutical Industry Average Wholesale Price Litigation
      MDL 1456**

Dear Ben:

I am writing to request the original, signed copy of the Declaration of Darlene Murphy, a copy
of which was sent to Nick Mizell at Shook Hardy & Bacon L.L.P. via facsimile and e-mail on
June 5, 2006.  Please send the original, signed declaration to Nick Mizell at his Kansas City,
Missouri office via overnight courier tonight for delivery to his office tomorrow, Wednesday,
June 14, 2006.

Also, I wanted to reiterate our request for NHIC's internal and external guidelines for
processing Medicare Part B reimbursement payments, which NHIC had previously offered to
produce by June 5, 2006, as set forth in the proposed order NHIC filed with the Court on May
11, 2006 (Docket Entry No. 2556).  Please let me know when we can expect to receive these
documents.

Very truly yours,

Aimée E. Bierman
AEB/gmf

cc:   Gary S. Starr, Esq. (By E-Mail and Facsimile)
      James P. Muehlberger, Esq. (By E-Mail)
      Michael DeMarco, Esq. (By E-Mail)
      Michael D. Ricciuti, Esq. (By E-Mail)
      Nicholas P. Mizell, Esq. (By E-Mail)
      Leslie M. Stafford, Esq. (By E-Mail)
      Andy J. Mao, Esq. (By E-Mail)

BOS-978978 v1 5544510-0903

BOSTON • DALLAS • HARRISBURG • LONDON • LOS ANGELES • MIAMI • NEWARK • NEW YORK • PALO ALTO • PITTSBURGH • SAN FRANCISCO • WASHINGTON

# EXHIBIT B



**Kirkpatrick & Lockhart Nicholson Graham** LLP

State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
617 261 3100
Fax 617.261.3175
www.klng.com

June 28, 2006

Aimée E. Bierman

617 261.3166
Fax: 617.261 3175
abierman@klng com

<u>**By E-Mail and Facsimile**</u>

Benjamin M. Wattenmaker, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919

**Re:    In re Pharmaceutical Industry Average Wholesale Price Litigation
         MDL 1456**

Dear Ben:

On June 13, 2006 I wrote to you to reiterate Aventis' request for NHIC's internal and external guidelines for processing Medicare Part B reimbursement payments, which NHIC had previously offered to produce by June 5, 2006, as set forth in the proposed order NHIC filed with the Court on May 11, 2006 (Docket Entry No. 2556).

It has now been 23 days since June 5, 2006, the date by which NHIC offered to produce these documents and 15 days since my last request to you regarding these materials, to which you have not responded.  If we do not receive these materials by July 3, 2006 we will be forced to immediately refer this issue to Magistrate Bowler to further compel discovery on this issue and seek any other relief as necessary.

If you would like to discus this matter, please feel free to contact me.

Very truly yours,

Aimée E. Bierman
AEB/gmf

cc:    Gary S. Starr, Esq. (By E-Mail and Facsimile)
       James P. Muehlberger, Esq. (By E-Mail)
       Michael DeMarco, Esq. (By E-Mail)
       Michael D. Ricciuti, Esq. (By E-Mail)
       Nicholas P. Mizell, Esq. (By E-Mail)
       Leslie M. Stafford, Esq. (By E-Mail)
       Andy J. Mao, Esq. (By E-Mail)

BOS-983607 v1 5544510-0903

BOSTON • DALLAS • HARRISBURG • LONDON • LOS ANGELES • MIAMI • NEWARK • NEW YORK • PALO ALTO • PITTSBURGH • SAN FRANCISCO • WASHINGTON