UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. No. 1456 <br><br> CIVIL ACTION:  01-CV-12257-PBS <br><br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

CLASS PLAINTIFFS' ASSENTED-TO REQUEST FOR RESCHEDULING OF
HEARING ON CLASS PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
AS TO TRACK II DEFENDANTS

Class Plaintiffs and Track II Defendants hereby respectfully request that the Court re-schedule the hearing on Class Plaintiffs' Motion for Class Certification as to Track II Defendants, previously scheduled for July 20, 2006, to September 12, 2006, or such other date as the Court's schedule would permit.  The motion is assented-to by the applicable Defendants.

In support thereof, the parties state that they have conferred and have agreed upon the proposed rescheduled date given the significant number of other major issues before the parties and counsel.  Counsel for Plaintiffs have conferred with the Court's clerk to determine that the proposed September 12, 2006 is available on the Court's calendar, but recognize that any rescheduling is subject to the Court's availability and discretion.

001534-16  118965 V1

DATED: July 12, 2006					By /s/ Thomas M. Sobol
							Thomas M. Sobol (BBO#471770)
							Edward Notargiacomo (BBO#567636)
							Hagens Berman Sobol Shapiro LLP
							One Main Street, 4th Floor
							Cambridge, MA  02142
							Telephone: (617) 482-3700
							Facsimile: (617) 482-3003

							**LIAISON COUNSEL**

							Steve W. Berman
							Sean R. Matt
							Hagens Berman Sobol Shapiro LLP
							1301 Fifth Avenue, Suite 2900
							Seattle, WA  98101
							Telephone: (206) 623-7292
							Facsimile: (206) 623-0594

							Elizabeth Fegan
							Hagens Berman Sobol Shapiro LLP
							60 W. Randolph Street, Suite 200
							Chicago, IL  60601
							Telephone: (312) 762-9235
							Facsimile: (312) 762-9286

							Eugene A. Spector
							Jeffrey Kodroff
							Spector, Roseman & Kodroff, P.C.
							1818 Market Street, Suite 2500
							Philadelphia, PA  19103
							Telephone: (215) 496-0300
							Facsimile: (215) 496-6611

							Kenneth A. Wexler
							Jennifer Fountain Connolly
							The Wexler Firm LLP
							One North LaSalle Street, Suite 2000
							Chicago, IL  60602
							Telephone: (312) 346-2222
							Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Shanin Specter
Donald E. Haviland, Jr.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
Facsimile:  (215) 772-1359
Telephone:  (215) 772-1000

**CO-LEAD COUNSEL FOR PLAINTIFFS**

DATED: July 12, 2006                    **ON BEHALF OF TRACK II DEFENDANTS**

By **/s/ Michael DeMarco**
   Michael DeMarco (BBO#119960)
   Aimee E. Bierman (BBO#640385)
   Kirkpatrick & Lockhart Nicholson Graham LLP
   State Street Financial Center
   One Lincoln Street
   Boston, MA  02111-2950
   Telephone: (617) 261-3100


   Michael L. Koon
   James P. Muehlberger
   Nicholas P. Mizell
   Shook, Hardy & Bacon LLP
   2555 Grand Blvd.
   Kansas City, MS  64108-2613
   Telephone: (816) 474-6550


**ATTORNEYS FOR AVENTIS PHARMACEUTICALS INC. AND ON BEHALF OF THE FOLLOWING TRACK II DEFENDANTS:**

**ABBOTT LABORATORIES, AMGEN INC., AVENTIS PHARMACEUTICALS INC., BAXTER HEALTHCARE CORP., BAXTER INTERNATIONAL INC., BAYER CORPORATION, DEY, INC., FUJISAWA HEALTHCARE INCORPORATION, FUJISAWA USA, INC.. HOECHST MARION ROUSSEL, INC., IMMUNEX CORPORATION, PFIZER, INC., PHARMACIA CORP., PHARMACIA & UPJOHN, SICOR, INC. F/K/A GENSIA, INC., GENSIA SICOR PHARMACEUTICALS, INC. SICOR PHARMACEUTICALS, INC., WATSON PHARMACEUTICALS, INC., AND ZLB BEHRING L.L.C.**

001534-16 118965 V1

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

I, Edward Notargiacomo, hereby certify that I am one of plaintiffs' attorneys and that, on July 12, 2006, I caused copies of **Class Plaintiffs' Assented-To Request For Rescheduling Of Hearing On Class Plaintiff's Motion For Class Certification As To Track II Defendants** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

 **/s/ Edward Notargiacomo**
 Edward Notargiacomo