# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. No. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

### CLASS PLAINTIFFS' ASSENTED-TO REQUEST FOR RESCHEDULING OF HEARING ON CLASS PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AS TO TRACK II DEFENDANTS

Class Plaintiffs and Track II Defendants hereby respectfully request that the Court re-schedule the hearing on Class Plaintiffs' Motion for Class Certification as to Track II Defendants, previously scheduled for July 20, 2006, to September 12, 2006, or such other date as the Court's schedule would permit.  The motion is assented-to by the applicable Defendants.

In support thereof, the parties state that they have conferred and have agreed upon the proposed rescheduled date given the significant number of other major issues before the parties and counsel.  Counsel for Plaintiffs have conferred with the Court's clerk to determine that the proposed September 12, 2006 is available on the Court's calendar, but recognize that any rescheduling is subject to the Court's availability and discretion.

001534-16  118965 V1

| | |
|---|---|
| DATED: July 12, 2006 | By /s/ Thomas M. Sobol |

                                      Thomas M. Sobol (BBO#471770)
                                      Edward Notargiacomo (BBO#567636)
                                      Hagens Berman Sobol Shapiro LLP
                                      One Main Street, 4th Floor
                                      Cambridge, MA  02142
                                      Telephone: (617) 482-3700
                                      Facsimile: (617) 482-3003

                                      **LIAISON COUNSEL**

                                      Steve W. Berman
                                      Sean R. Matt
                                      Hagens Berman Sobol Shapiro LLP
                                      1301 Fifth Avenue, Suite 2900
                                      Seattle, WA  98101
                                      Telephone: (206) 623-7292
                                      Facsimile: (206) 623-0594

                                      Elizabeth Fegan
                                      Hagens Berman Sobol Shapiro LLP
                                      60 W. Randolph Street, Suite 200
                                      Chicago, IL  60601
                                      Telephone: (312) 762-9235
                                      Facsimile: (312) 762-9286

                                      Eugene A. Spector
                                      Jeffrey Kodroff
                                      Spector, Roseman & Kodroff, P.C.
                                      1818 Market Street, Suite 2500
                                      Philadelphia, PA  19103
                                      Telephone: (215) 496-0300
                                      Facsimile: (215) 496-6611

                                      Kenneth A. Wexler
                                      Jennifer Fountain Connolly
                                      The Wexler Firm LLP
                                      One North LaSalle Street, Suite 2000
                                      Chicago, IL  60602
                                      Telephone: (312) 346-2222
                                      Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Shanin Specter
Donald E. Haviland, Jr.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
Facsimile:  (215) 772-1359
Telephone:  (215) 772-1000

**CO-LEAD COUNSEL FOR PLAINTIFFS**

DATED: July 12, 2006                    **ON BEHALF OF TRACK II DEFENDANTS**

By **/s/ Michael DeMarco**
  Michael DeMarco (BBO#119960)
  Aimee E. Bierman (BBO#640385)
  Kirkpatrick & Lockhart Nicholson Graham LLP
  State Street Financial Center
  One Lincoln Street
  Boston, MA  02111-2950
  Telephone: (617) 261-3100


  Michael L. Koon
  James P. Muehlberger
  Nicholas P. Mizell
  Shook, Hardy & Bacon LLP
  2555 Grand Blvd.
  Kansas City, MS  64108-2613
  Telephone: (816) 474-6550


  **ATTORNEYS FOR AVENTIS PHARMACEUTICALS INC. AND ON BEHALF OF THE FOLLOWING TRACK II DEFENDANTS:**

  **ABBOTT LABORATORIES, AMGEN INC., AVENTIS PHARMACEUTICALS INC., BAXTER HEALTHCARE CORP., BAXTER INTERNATIONAL INC., BAYER CORPORATION, DEY, INC., FUJISAWA HEALTHCARE INCORPORATION, FUJISAWA USA, INC.. HOECHST MARION ROUSSEL, INC., IMMUNEX CORPORATION, PFIZER, INC., PHARMACIA CORP., PHARMACIA & UPJOHN, SICOR, INC. F/K/A GENSIA, INC., GENSIA SICOR PHARMACEUTICALS, INC. SICOR PHARMACEUTICALS, INC., WATSON PHARMACEUTICALS, INC., AND ZLB BEHRING L.L.C.**

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

I, Edward Notargiacomo, hereby certify that I am one of plaintiffs' attorneys and that, on July 12, 2006, I caused copies of **Class Plaintiffs' Assented-To Request For Rescheduling Of Hearing On Class Plaintiff's Motion For Class Certification As To Track II Defendants** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

        **/s/ Edward Notargiacomo**
        Edward Notargiacomo