UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION | CIVIL ACTION NO.<br>01-12257-PBS<br>MDL NO. 1456 |

## NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                                                             July 13, 2006

      TAKE NOTICE that the above-entitled case has been set for a Status Conference on **August 3, 2006, at 4:00 p.m.,** in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

      /s/ Robert C. Alba
      Deputy Clerk

Copies to:  All Counsel