UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |
| | MDL NO. 1456 |
| | Civil Action No. 01-12257-PBS |
| | Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO THE AMENDED MASTER CONSOLIDATED CLASS ACTION | |
| | Chief Mag. Judge Marianne B. Bowler |

**TRACK TWO DEFENDANTS' NOTICE OF WITHDRAWAL OF THEIR
SECOND MOTION TO RENEW THEIR MOTION TO COMPEL
(DOCKET ENTRY NOS. 2843-2844) DIRECTED TO
NATIONAL HERITAGE INSURANCE COMPANY IN ITS CAPACITY AS THE
<u>MEDICARE PART B CARRIER FOR MASSACHUSETTS</u>**

Defendant Aventis Pharmaceuticals Inc. on behalf of itself and all other Track Two Defendants, hereby withdraw the Track Two Defendants' pending Second Motion to Renew their Motion to Compel to the extent that it was and is directed to National Heritage Insurance Company ("NHIC") and the Declaration of Aimée E. Bierman in support of same (Docket Entry Nos. 2843-2844). The Track Two Defendants state that they are currently in the process of reviewing NHIC's supplemental production, which was provided to the Track Two Defendants earlier today and which purportedly constitutes the internal and external Medicare Part B reimbursement guidelines the Track Two Defendants were seeking. The Track Two Defendants respectfully reserve their right to renew their Motion to Compel if necessary.

BOS-987968 v1 5544510-0903

-2-

        Respectfully submitted,

        /s/ Aimée E. Bierman
        Michael DeMarco (BBO #119960)
          mdemarco@klng.com
        Aimée E. Bierman (BBO #640385)
          abierman@klng.com
        KIRKPATRICK & LOCKHART
        NICHOLSON GRAHAM LLP
        State Street Financial Center
        One Lincoln Street
        Boston, MA  02111-2950
        (617) 261-3100

        Michael L. Koon
        James P. Muehlberger
        Nicolas P. Mizell
        SHOOK, HARDY & BACON L.L.P.
        2555 Grand Blvd.
        Kansas City, Missouri  64108-2613
        (816) 474-6550

        *Attorneys for Defendant*
        *Aventis Pharmaceuticals Inc. on behalf of*
        *the Track Two Defendants*

Dated:  July 13, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that on July 13, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

        /s/ Aimée E. Bierman
        Aimée E. Bierman