UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ) | |
| IN RE PHARMACEUTICAL INDUSTRY ) | |
| AVERAGE WHOLESALE PRICE ) | MDL NO. 1456 |
| LITIGATION ) | Civil Action No. 01-12257-PBS |
| ) | |
| ) | Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ) | |
| ALL CLASS ACTIONS ) | |
| ) | |

**TRACK 1 DEFENDANTS' MOTION TO FILE
THEIR JOINT MOTION FOR SUMMARY JUDGMENT
WITH RESPECT TO CLASS 3 UNDER A PROVISIONAL SEAL**

The Johnson & Johnson Defendants, on behalf of all Track 1 Defendants, respectfully move this Court for leave to file the following documents **under a provisional seal**:

1. The Track 1 Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment as to Class 3;

2. Declaration of Andrew D. Schau in Support of The Track 1 Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment as to Class 3, and annexed exhibits;

3. The Track 1 Defendants' Local Rule 56.1 Statement in Law in Support of Their Motion for Summary Judgment as to Class 3; and

4. Declaration of Eric M. Gaier, Ph.D., In Support Of Track 1 Defendants' Joint Motion For Summary Judgment.

The Track 1 Defendants are obliged to file the above listed documents under seal, at least provisionally, because they quote from or otherwise reference documents and testimony that Blue Cross Blue Shield of Massachusetts and various non-party payors have designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" pursuant to the Protective Order entered by this Court on December 13, 2002 (the "MDL Protective Order")  Pursuant to paragraph 15 of

the MDL Protective Order, any document or pleading containing quotes from or otherwise referencing such information must be filed under seal.

Because the above-referenced materials cited are extensive, the parties have not yet been able to confer about whether any of the materials designated as confidential ought nevertheless to be filed in the public record. The Track 1 Defendants intend to forward these the documents to the affected parties and confer with them as to whether materials may be unsealed. We will advise the Court promptly if the affected parties will agree to unseal any of the cited materials.

WHEREFORE, the Track 1 Defendants respectfully request that this Court grant them leave to file the above-listed documents under seal.

Dated:  July 14, 2006
/s/ Andrew D. Schau.
William F. Cavanaugh, Jr.
Andrew D. Schau
Erik Haas
Adeel A. Mangi
Mark G. Young
Niraj Parekh
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, New York  10036-6710
(212) 336-2000

*Attorneys for Johnson & Johnson, Ortho Biotech Products, L.P., and Centocor, Inc.*

1293566v1

## CERTIFICATE OF SERVICE

    I certify that on July 14, 2006 a true and correct copy of the foregoing TRACK 1 DEFENDANTS' MOTION TO FILE THEIR JOINT MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO CLASS 3 UNDER A PROVISIONAL SEAL was served on all counsel via Lexis/Nexis.

Dated: July 14, 2006    /s/ Andrew D. Schau.
             Andrew D. Schau

1293566v1