UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 |
| _____ | ) ) Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | ) ) Judge Patti B. Saris ) ) ) ) ) |

**SCHERING-PLOUGH CORPORATION'S AND WARRICK PHARMACEUTICALS CORPORATION'S MOTION FOR SUMMARY JUDGMENT AS TO CLASS 3 CLAIMS**

Pursuant to Fed. R. Civ. P. 56, Defendants Schering-Plough Corporation ("Schering") and Warrick Pharmaceuticals Corporation ("Warrick") respectfully move this Court to grant summary judgment in favor of Schering and Warrick as to all Class 3 claims. The grounds for this motion are set forth in the Memorandum in Support of Schering's and Warrick's Motion for Summary Judgment as to Class 3 Claims. Schering and Warrick also submit herewith a Concise Statement of Undisputed Material Facts in Support of Schering's and Warrick's Motion for Summary Judgment as to Class 3 Claims.

WHEREFORE, Schering and Warrick respectfully request that the motion for summary judgment as to Class 3 claims be GRANTED.

-2-

## REQUEST FOR ORAL ARGUMENT

Pursuant to LR. 7.1, Schering and Warrick respectfully request that oral argument be heard on this motion.

                                                Schering-Plough Corporation and
                                                Warrick Pharmaceuticals Corporation
                                                By their attorneys,

                                                /s/ John T. Montgomery
                                                John T. Montgomery (BBO#352220)
                                                Steven A. Kaufman (BBO#262230)
                                                Eric P. Christofferson (BBO#654087)
                                                Ropes & Gray LLP
                                                One International Place
                                                Boston, Massachusetts 02110-2624
                                                (617) 951-7000

Dated: July 14, 2006

-3-

## CERTIFICATE OF COMPLIANCE WITH LR. 7.1

I hereby certify that counsel for Schering and Warrick attempted to confer with counsel for Plaintiffs in a good-faith effort to resolve or narrow the issues set forth herein.

/s/ Eric P. Christofferson_____
Eric P. Christofferson

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Eric P. Christofferson_____
Eric P. Christofferson