UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) MDL No. 1456<br><br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) |

**CONCISE STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF SCHERING-PLOUGH CORPORATION'S AND WARRICK
PHARMACEUTICALS CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 56.1, Defendants Schering-Plough Corporation ("Schering") and Warrick Pharmaceuticals Corporation ("Warrick") hereby incorporate the Concise Statement of Undisputed Material Facts filed in Support of Schering's and Warrick's Motion for Summary Judgment as to Class 2 Claims (Mar. 15, 2006) (Docket No. 2266), and related exhibits, in support of the instant motion for summary judgment as to Class 3 claims.

Schering-Plough Corporation and
Warrick Pharmaceuticals Corporation

By their attorneys,

/s/ John T. Montgomery
John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Eric P. Christofferson (BBO#654087)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Dated: July 14, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that on July 14, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

      /s/ Eric P. Christofferson
      Eric P. Christofferson