Bell BMS Declaration
3/15/06

Exhibit E

## BMS/OTN Price Dispersion

% of Net Revenue at Net Transaction Prices

**Blenoxane**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | | | | | | | | | | | 7.6% | 0.0% | 19.1% |
| 50 - <75% of WLP | | | | | | | | | | | 27.3% | 4.4% | 62.0% |
| 75 - <90% of WLP | | | | | | | | | | | 4.9% | 3.2% | 7.5% |
| 90 - <95% of WLP | | | | | | | | | | | 2.7% | 4.2% | 0.5% |
| >95% of WLP | | | | | | | | | | | 57.4% | 88.2% | 10.9% |

**Cytoxan**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | | | | | | | | | | | 61.6% | | 61.6% |
| 50 - <75% of WLP | | | | | | | | | | | 5.5% | | 5.5% |
| 75 - <90% of WLP | | | | | | | | | | | 0.4% | | 0.4% |
| 90 - <95% of WLP | | | | | | | | | | | 0.1% | | 0.1% |
| >95% of WLP | | | | | | | | | | | 32.4% | | 32.4% |

**Cytoxan Tablets**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | | | | | | | | | | | 0.2% | 0.1% | 1.0% |
| 50 - <75% of WLP | | | | | | | | | | | 4.9% | 3.4% | 15.1% |
| 75 - <90% of WLP | | | | | | | | | | | 0.0% | 0.1% | 0.0% |
| 90 - <95% of WLP | | | | | | | | | | | 4.3% | 4.9% | 0.0% |
| >95% of WLP | | | | | | | | | | | 90.5% | 91.6% | 83.9% |

**Etopophos**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | | | | | | | | | | | 0.0% | 0.0% | |
| 50 - <75% of WLP | | | | | | | | | | | 0.3% | 0.3% | |
| 75 - <90% of WLP | | | | | | | | | | | 0.4% | 0.4% | |
| 90 - <95% of WLP | | | | | | | | | | | | | |
| >95% of WLP | | | | | | | | | | | 99.3% | 99.3% | |

**Paraplatin**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | | | | | | | | | | | 0.5% | 0.5% | |
| 50 - <75% of WLP | | | | | | | | | | | 2.1% | 2.1% | |
| 75 - <90% of WLP | | | | | | | | | | | 1.8% | 1.8% | |
| 90 - <95% of WLP | | | | | | | | | | | 3.3% | 3.3% | |
| >95% of WLP | | | | | | | | | | | 92.4% | 92.4% | |

**Rubex**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | | | | | | | | | | | 64.0% | | 64.0% |
| 50 - <75% of WLP | | | | | | | | | | | 0.6% | | 0.6% |
| 75 - <90% of WLP | | | | | | | | | | | 0.2% | | 0.2% |
| 90 - <95% of WLP | | | | | | | | | | | | | |
| >95% of WLP | | | | | | | | | | | 35.2% | | 35.2% |

Exhibit E

## BMS/OTN Price Dispersion
% of Net Revenue at Net Transaction Prices

### Taxol

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | | | | | | | | | | | 1.4% | 0.0% | 10.0% |
| 50 - <75% of WLP | | | | | | | | | | | 2.9% | 1.2% | 13.6% |
| 75 - <90% of WLP | | | | | | | | | | | 5.0% | 1.5% | 26.3% |
| 90 - <95% of WLP | | | | | | | | | | | 3.6% | 1.0% | 19.7% |
| >95% of WLP | | | | | | | | | | | 87.2% | 96.3% | 30.4% |

### VePesid

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | | | | | | | | | | | 15.9% | 0.0% | 44.2% |
| 50 - <75% of WLP | | | | | | | | | | | 19.6% | 12.6% | 32.1% |
| 75 - <90% of WLP | | | | | | | | | | | 11.0% | 14.7% | 4.3% |
| 90 - <95% of WLP | | | | | | | | | | | 1.1% | 1.3% | 0.6% |
| >95% of WLP | | | | | | | | | | | 52.5% | 71.3% | 18.8% |

### VePesid Capsules

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | | | | | | | | | | | 0.5% | 0.0% | 8.7% |
| 50 - <75% of WLP | | | | | | | | | | | 5.8% | 6.1% | 0.6% |
| 75 - <90% of WLP | | | | | | | | | | | 0.4% | 0.4% | 0.2% |
| 90 - <95% of WLP | | | | | | | | | | | 4.3% | 4.2% | 6.4% |
| >95% of WLP | | | | | | | | | | | 89.0% | 89.2% | 84.0% |

### All Products

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | | | | | | | | | | | 2.5% | 0.2% | 20.5% |
| 50 - <75% of WLP | | | | | | | | | | | 4.2% | 2.1% | 19.8% |
| 75 - <90% of WLP | | | | | | | | | | | 3.9% | 2.0% | 18.0% |
| 90 - <95% of WLP | | | | | | | | | | | 3.3% | 2.1% | 12.7% |
| >95% of WLP | | | | | | | | | | | 86.1% | 93.6% | 29.0% |

Sources:
- BMS invoice data from SHARP: DirectSales_IncludingPHS.txt, Pre1997-Direct.txt
- OTN invoice data: OTN Blenoxane.txt, OTN Cytoxan.txt, OTN Etopophos.txt, OTN Paraplatin.txt, OTN Rubex.txt, OTN Taxol.txt, OTN Vepesid.txt, OTN Blenoxane_Pre1997.txt, OTN Cytoxan_Pre1997.txt, OTN Etopophos_Pre1997.txt, OTN Paraplatin_Pre1997.txt, OTN Rubex_Pre1997.txt, OTN Taxol_Pre1997.txt, OTN Vepesid_Pre1997.txt
- BMS chargeback data: Chargebacks_IncludingPHS.txt, Pre1997-Indirect.txt
- Wholesale List Price: PricingRevised.xls, buspar_rubex.xls

Notes:
- Post-generic shares are calculated from years in which a generic was available for the entire year
- See Exhibit C for an explanation of the underlying price calculations and the shares shown above