Edwards 3/15/06
Declaration Exhibit H

Meredith  Rosenthal, Ph.D. CONFIDENTIAL          February 23, 2006
Cambridge, MA

390

1       A. My understanding is that one of the

2    purposes of that list price, that BMS was aware

3    of, is that the third-party payers need some

4    benchmark for reimbursement.

5       Q. I am not asking you about this particular

6    situation.

7            Do you have -- do you as an economist

8    have an understanding of the purpose of a list

9    price generally?

10       A. List prices may have many different roles

11    in other markets.

12            It may -- as we discussed yesterday,

13    there may be simple economics of price

14    discrimination, and a list price is potentially

15    the price for the least elastic buyer.

16       Q. List prices are very, very common

17    throughout the American economy, correct?

18       A. That is correct, but the situation is very

19    different in most segments of the economy, where

20    there is not third-party reimbursement.

21       Q. Is it correct that list prices typically

22    do not reflect discounts?

Edwards 3/15/06
Declaration Exhibit H

Meredith Rosenthal, Ph.D.CONFIDENTIAL          February 23, 2006
Cambridge, MA

391

1          A. I would judge that the term "list price"

2    would suggest that it does not reflect discounts.

3          Q. And are there economic justifications, in

4    your view, for keeping discounts confidential?

5          A. There are economic theories with regard to

6    the benefits of price discrimination.

7                These are theories that -- for which

8    -- it's not conclusive what the result is.  There

9    can be cases in which keeping discounts secret has

10   economic benefits.

11         Q. Do you disagree with Dr. Burnt's statement

12   -- and I think he may have been quoting somebody

13   else -- that the best discount is the secret

14   discount?

15         A. I think it's Figlot's, but I am not a

16   hundred percent sure.

17                Do I disagree with him?  There are

18   cases in which secret discounts can yield positive

19   effects for the economy as a whole, and I believe

20   he cites that literature.

21         Q. Well, assuming, as the information that

22   you have in front of you suggests, that BMS