# Merriam-Webster's Collegiate® Dictionary

ELEVENTH EDITION

**list price** *n* (1871): the basic price of an item as published in a catalog, price list, or advertisement before any discounts are taken