Edwards 3/15/06
Declaration Exhibit C

Denise M. Kaszuba    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    August 18, 2005
New York, NY

```
                                                              207

 1    Paulin.
 2        Q.    By you?
 3        A.    From me to her, yes.
 4        Q.    In the regular course of your
 5    responsibilities at BMS?
 6        A.    Yes.
 7        Q.    Why don't you read into the record the
 8    portion of this document that relates to what
 9    pricing operations is not responsible for.
10        A.    "Pricing operations is not responsible
11    for establishing AWPs, do not direct the
12    exclusion or inclusion of list price from their
13    publication," and three, "Red Book's publication
14    errors."
15        Q.    Does BMS report AWPs to the
16    publications?
17        A.    No, we do not.
18        Q.    Does it suggest AWPs to the publications?
19        A.    No.
20        Q.    Does it control the AWPs that the
21    publications decide to publish?
22        A.    No.
```

HENDERSON LEGAL SERVICES
202-220-4158