Patricia Kay Morgan          Highly Confidential          January 11, 2005
                              New York, NY

230

1          A.     The term "approve" is very vague to

2     me, and so I'm not sure what you're asking me.

3          Q.     Well, let me ask you this:  Did

4     Bristol-Myers Squibb control the AWPs that First

5     Data Bank reported?

6               MR. SOBOL:  Objection.

7               MR. KERN:  Asked and answered.

8          A.     The reason I'm hesitating is that AWP

9     is a function of the WAC, then they do have some

10    control in that which comes out of it.  Do they

11    control what is actually published by our

12    company?  No, they do not.

13         Q.     And did Bristol-Myers Squibb control

14    the markup that First Data Bank applied to

15    wholesale list prices to determine the AWPs that

16    it reported?

17              MR. SOBOL:  Objection.

18         A.     No, they do not.

19              MR. EDWARDS:  I have no further

20    questions.  Thank you very much.

21              MR. KERN:  Thank you.

22              THE VIDEOGRAPHER:  Anybody else?