## Average Wholesale Price

First Data Bank has changed the way they create AWP.

- In the past, some manufacturers list price was marked up 20.5%, others 25% based on the product's labeller code.

- Now, concurrent with price increases, 25% mark-up is being applied, regardless of historical precedence.

==AWP is outside of the control of BMS== but does affect the way that customers view the cost of our products.

ly. Confidential

BMS/AWP/01109782