<strong>Summary</strong>

- Determining the source of pricing data is crucial to understand how third party references to BMS pricing were derived.
- ==AWP is not determined or set by BMS==, but may affect the way that customers and other third parties view the cost of our products.

y Confidential

BMS/AWP/01088211