# AVERAGE WHOLESALE PRICE (AWP)

### BACKGROUND

- AWP is the <u>average</u> of the prices charged by the national drug wholesalers for a given product (NDC).

- AWP is determined by National Pricing Services (First Databank, Medi-Span, etc.) after they survey wholesalers that represent two-thirds of the wholesaler dollar volume nationally. Because individual wholesalers may mark up each manufacturer differently, a weighted average, not a consensus average, is calculated.

- AWP is the most common reimbursement mechanism used in the marketplace.

- Wholesalers historically have applied an AWP mark-up of 25% to products from companies that sold their products directly to retail (ie. Merck, Squibb and Upjohn), and 20% mark-up to products from companies that used wholesalers predominantly for distribution.

    This is why a Squibb labeler code (0003) carries a 25% mark-up or AWP, and a Bristol-Myers labeler code (0087) carries a 20% mark-up or AWP.

### IMPACT

- New products launched with Trade customers receive less receptivity when carrying a 20% AWP mark-up from Wholesale List Price (WLP) versus a competitive product carrying a 25% AWP mark-up from WLP.

    This is due to Pharmacy being reimbursed on managed care prescriptions at AWP minus 15-16%.

- Physicians in a Managed Care setting are <u>incented</u> to prescribe a product with a <u>lower</u> AWP mark-up because the savings go into a "risk pool." Physicians enjoy at least part of that savings as a portion of total reimbursement.

- AWP has no impact on cash paying patients. They are normally charged Wholesale List Price plus 10-30% mark-up.

### SUMMARY

- **BMS does not set AWP for its' products.** Third parties set AWP based on company labeler code and wholesaler surveys.

Highly Confidential.

BMS/AWP/00986726