# Summary

- Determining the source of pricing data is crucial to understand how third party references to BMS pricing were derived.

- AWP is not determined or set by BMS, but may affect the way that customers and other third parties view the cost of our products.

Confidential

BMS/AWP/01088211