Berman 4/7/06 Declaration
Exhibit 30

# What Does This Mean for BMS?

BMS has only one price which it charges to wholesalers

⟹ Wholesale List Price (WLP)

Data Services like First Data Bank and Redbook then mark the WLP up by an amount determined by them to create an AWP

- This amount is generally between 20-25%

- These markup are not always consistent, can change at any time without any action by BMS, ==and are set wholly at the discretion of the data services==

Confidential Draft

*Global P&R*



ly Confidential

BMS/AWP/00442095

## *Conclusions*

- A WPs can confuse the understanding of pricing within the US pharmaceutical system

- AWPs are <mark>outside of the control</mark> of BMS but do effect the way that customers view the cost of our products

- We need to be wary of using AWPs because the name is misleading

Confidential Draft

*Global/ P&R*



ly Confidential

BMS/AWP/00442097