From: Ledezma, Norma on behalf of Morgan, Kay
Sent: Monday, April 01, 2002 9:16 AM
To: Isaacs, Marilynne
Subject: FW: April 1, 2002 Price Increase Notification-Bristol-Myers Squibb



dataservices_04_01_02.doc    Card for Mimi Leake

please copy for f/c

Norma

-----Original Message-----
From: Mimi Leake [mailto:mimi.leake@bms.com]
Sent: Monday, April 01, 2002 5:31 AM
To: Kay Morgan; Carol Flanagan
Cc: Kaszuba Denise
Subject: April 1, 2002 Price Increase Notification-Bristol-Myers Squibb

All:

Please see the attached Bristol-Myers Squibb price increase notification which went into effect on April 1, 2002.

Please send me confirmation that you received this message.

Thanks,

Mimi Leake
Bristol-Myers Squibb
Pricing Operations





**HIGHLY CONFIDENTIAL**    FDB-AWP-18637

1

SUBJECT: Bristol-Myers Squibb Price Increase
April 1, 2002

Effective April 1, 2002, Bristol-Myers Squibb U.S. Medicines Group will adjust prices for selected products. The product and pricing information is listed below.

WAC = DP

| NDC NO. | ITEM NO. | PRODUCT DESCRIPTION | LIST PRICE |
|---|---|---|---|
| | | **CEFZIL®** (cefprozil) | |
| 0087-7720-60 | 7720-60 | 250mg tablet, bottle of 100 | $336.67 |
| 0087-7721-50 | 7721-50 | 500mg tablet, bottle of 50 | $347.64 |
| 0087-7721-60 | 7721-60 | 500mg tablet, bottle of 100 | $685.78 |
| 0087-7718-40 | 7718-40 | 125mg/5mL, 50mL, Oral Suspension | $16.20 |
| 0087-7718-62 | 7718-62 | 125mg/5mL, 75mL, Oral Suspension | $24.18 |
| 0087-7718-64 | 7718-64 | 125mg/5mL, 100mL, Oral Suspension | $32.17 |
| 0087-7719-40 | 7719-40 | 250mg/5mL, 50mL, Oral Suspension | $30.05 |
| 0087-7719-62 | 7719-62 | 250mg/5mL, 75mL, Oral Suspension | $44.16 |
| 0087-7719-64 | 7719-64 | 250mg/5mL, 100mL, Oral Suspension | $58.29 |
| | | **TEQUIN® TABLETS** (gatifloxacin) | |
| 0015-1117-50 | 1117-50 | 200mg tablet, bottle of 30 | $214.91 |
| 0015-1117-80 | 1117-80 | 200mg tablet, blister pack of 100, Unit Dose | $716.38 |
| 0015-1177-60 | 1177-60 | 400mg tablet, bottle of 50 | $358.19 |
| 0015-1177-80 | 1177-80 | 400mg tablet, blister pack of 100, Unit Dose | $716.38 |
| | | **VIDEX®** (didanosine) Chewable/Dispersible Buffered Tablets | |
| 0087-6650-01 | 6650-01 | 25mg tablet, bottle of 60 | $27.63 |
| 0087-6651-01 | 6651-01 | 50mg tablet, bottle of 60 | $55.25 |
| 0087-6652-01 | 6652-01 | 100mg tablet, bottle of 60 | $110.48 |
| 0087-6653-01 | 6653-01 | 150mg tablet, bottle of 60 | $165.74 |
| 0087-6665-15 | 6665-15 | 200mg tablet, bottle of 60 | $220.96 |
| | | **VIDEX®** (didanosine) Buffered Powder for Oral Solution | |
| 0087-6615-43 | 6615-03 | For Oral Solution 167mg/packet, 30 packages per carton | $92.27 |
| | | **VIDEX®** (didanosine) Pediatric Powder for Oral Solution | |
| 0087-6632-41 | 6632-01 | 2 g/4 oz bottle | $32.12 |
| 0087-6633-41 | 6633-01 | 4 g/8 oz bottle | $70.13 |
| | | **VIDEX® EC** (didanosine) Delayed-Release Capsules Enteric-Coated Beadlets | |
| 0087-6671-17 | 6671-17 | 125 mg capsule, bottle of 30 | $78.27 |
| 0087-6672-17 | 6672-17 | 200 mg capsule, bottle of 30 | $125.22 |
| 0087-6673-17 | 6673-17 | 250 mg capsule, bottle of 30 | $156.53 |
| 0087-6674-17 | 6674-17 | 400 mg capsule, bottle of 30 | $250.45 |

Page 1 of 2

HIGHLY CONFIDENTIAL    FDB-AWP-18638

Edwards 3/15/06
Declaration Exhibit F

*WP*
*WAC=DP*

| | | ZERIT® | | |
|---|---|---|---|---|
| | | (stavudine) Capsules | | |
| 0003-1964-01 | 1964-01 | 15mg capsule, bottle of 60 | $247.06 | *awp 288.32* |
| 0003-1965-01 | 1965-01 | 20mg capsule, bottle of 60 | $256.91 | *321.4* |
| 0003-1966-01 | 1966-01 | 30mg capsule, bottle of 60 | $272.89 | *341.11* |
| 0003-1967-01 | 1967-01 | 40mg capsule, bottle of 60 | $277.92 | |
| | | ZERIT® | | |
| | | stavudine) for Oral Solution | | |
| 0003-1968-01 | 1968-01 | For Oral Solution, 1mg/ml, | $51.61 | |
| | | 200 mL bottle | | |

*Wholesale and Direct List Prices, including those for the products listed herein, may not reflect actual Bristol-Myers Squibb sale prices. Certain multisource products are always sold at lower special offer prices. All products may be subject to negotiated discounts, rebates and chargebacks.*

All direct buying customers received notification of this price increase via a mailgram on April 1, 2002. All orders transmitted or postmarked on or after this date will be invoiced at the new prices.

BRISTOL-MYERS SQUIBB U.S. MEDICINES GROUP

HIGHLY CONFIDENTIAL           FDB-AWP-18639