# Tab 24

8/26/2005  Marre, Christof A.

1   '80s.

2      Q.   Okay.  So, it's certainly before your time
3   at BMS?

4      A.   Yes.

5      Q.   Do you recall any specific marketing
6   programs that BMS had under your tenure for
7   Blenoxane?

8      A.   No, no specific Blenoxane programs other
9   than addressing requests for price matching for
10  Blenoxane.  If you call that a marketing program,
11  then that was the extent of our marketing program.

12     Q.   And do you have -- you said price
13  matching, right?

14     A.   Yes.

15     Q.   And that's what we discussed earlier --

16     A.   Yeah.

17     Q.   -- in terms of someone presenting you with
18  a price from a distributor --

19     A.   Correct.

20     Q.   -- and asking BMS to match it.

21     A.   Correct.

22     Q.   All right.  Do you have any recollections