Tab 26

Declaration of Eric M. Gaier, Ph.D.

**Table 4: Markups of AWP over BCBS-MA's purchase prices for Bristol-Myers Squibb drugs**

| Drug | NDC | Year | | | | |
|---|---|---|---|---|---|---|
| | | 1994 | 1995 | 1996 | 1997 | 1998 |
| BLENOXANE | 00015301020 | | | | 79.2% | |
| | 00015306301 | | | 60.3% | 83.4% | 84.6% |
| PARAPLATIN | 00015321330 | 26.3% | | 26.3% | 21.1% | 31.5% |
| | 00015321430 | 26.3% | | 26.3% | 23.0% | 30.4% |
| | 00015321530 | | | 26.4% | 26.3% | 30.4% |
| TAXOL | 00015345620 | | 25.0% | | | |
| | 00015347527 | | | 25.0% | | |
| | 00015347627 | | | 25.0% | | |
| VEPESID | 00015308420 | | | | 1264.9% | |
| | 00015309520 | 80.1% | 138.3% | 433.8% | 1257.7% | 1264.9% |

Source: Bristol-Myers Squibb indirect sales data.

Declaration of Eric M. Gaier, Ph.D.

**Table 7: Markups of AWP over CIGNA's purchase prices for AstraZeneca drugs**

| Drug | NDC | Year | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
| ZOLADEX | 00310096036 | 25.0% | 25.0% | 24.8% | 22.8% | 45.3% | 52.1% | 50.3% | 56.7% | 49.0% | 40.5% | 40.5% | 40.5% | | |
| | 00310096130 | | | | | | 44.3% | 43.1% | 50.8% | 48.3% | 40.0% | 40.5% | 40.5% | | |

Source: AstraZeneca indirect sales data.

**Table 8: Markups of AWP over CIGNA's purchase prices for Bristol-Myers Squibb drugs**

| Drug | NDC | Year | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
| BLENOXANE | 00015301020 | | | | 55.0% | 55.0% | 55.0% | | 182.0% | 207.7% | 207.7% |
| | 00015306301 | | | | | | | | 240.5% | 265.9% | 265.9% |
| CYTOXAN | 00015050141 | 86.8% | | | | | | | | | |
| | 00015050301 | | | | 19.6% | 19.6% | 21.6% | | | | 67.7% |
| | 00015050641 | 117.9% | | | | | | | | | |
| | 00015053941 | 106.7% | | 186.7% | 186.7% | 158.0% | | | | 222.5% | |
| | 00015054641 | 129.8% | | 250.0% | 250.0% | 308.3% | 308.3% | | | 390.0% | |
| | 00015054741 | 124.8% | | 311.4% | 311.4% | 433.2% | 441.3% | 441.3% | | 471.3% | |
| | 00015054841 | 149.4% | | 292.6% | 343.7% | 475.3% | 494.2% | 533.7% | 542.9% | 551.0% | 549.0% |
| | 00015054941 | | | | | | | 543.1% | 543.1% | 543.1% | 546.9% |
| PARAPLATIN | 00015321330 | | | | | | | 26.3% | 26.7% | 28.4% | 34.6% |
| | 00015321430 | | | | 19.6% | | | 26.3% | 26.6% | 27.8% | 35.4% |
| | 00015321530 | | | | 19.6% | | 25.0% | 26.3% | 26.7% | 28.4% | 36.4% |
| VEPESID | 00015306120 | | | | | | | | 2228.9% | 2319.6% | 2319.6% |
| | 00015308420 | | | 90.9% | | | | | | | |
| | 00015309520 | | 52.5% | 103.2% | 259.6% | 695.5% | 702.9% | 1530.5% | | | |

Source: Bristol-Myers Squibb indirect sales data.

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

**Table 11: Markups of AWP over Fallon's purchase prices for AstraZeneca drugs**

| Drug | NDC | Year | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
| ZOLADEX | 00310096036 | 25.0% | | | | 150.0% | 150.0% | 147.3% | 150.0% |
| | 00310096130 | | | | | 150.0% | 150.0% | 142.7% | 150.0% |

Source: AstraZeneca indirect sales data.

**Table 12: Markups of AWP over Fallon's purchase prices for Bristol-Myers Squibb drugs**

| Drug | NDC | Year | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
| BLENOXANE | 00015301020 | | | 60.4% | 72.1% | 99.6% | 110.8% | 116.0% | 204.1% |
| | 00015301026 | | | | | | 125.6% | | |
| | 00015306301 | | | | | | | 210.8% | 254.8% |
| CYTOXAN | 00015054841 | | | 250.3% | 369.1% | 432.2% | 491.4% | 509.4% | 511.1% |
| | 00015054941 | | | 236.2% | 365.0% | 483.3% | 509.3% | 506.7% | 511.9% |
| PARAPLATIN | 00015321330 | 26.3% | | 26.6% | 24.3% | 26.2% | 26.7% | 25.8% | 28.3% |
| | 00015321430 | 26.3% | | 26.6% | 23.7% | 26.2% | 26.7% | 26.1% | 28.6% |
| | 00015321530 | 26.3% | | 26.6% | 23.5% | 25.4% | 27.1% | 26.0% | 28.7% |
| VEPESID | 00015306220 | | | 437.9% | | | | | |
| | 00015309145 | | | | | | 20.2% | 28.5% | |
| | 00015309520 | 59.3% | 88.3% | 616.0% | 993.9% | 1315.7% | 1550.6% | 1963.6% | 2240.6% |
| | 00015309530 | | 259.2% | 458.9% | 993.7% | | | | |

Source: Bristol-Myers Squibb indirect sales data.

Declaration of Eric M. Gaier, Ph.D.

**Table 15: Markups of AWP over Harvard Pilgrim's purchase prices for AstraZeneca drugs**

| Drug | NDC | Year |||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
| ZOLADEX | 00310096036 | 25.0% | 25.0% | 24.2% | 26.8% | 41.3% | 44.0% | 41.8% | 109.2% | 153.6% | | 150.0% | 150.0% |
| | 00310096130 | | | | | | 40.7% | 40.6% | 125.1% | 152.7% | 150.1% | 150.0% | 150.0% |

Source: AstraZeneca indirect sales data.

**Table 16: Markups of AWP over Harvard Pilgrim's purchase prices for Bristol-Myers Squibb drugs**

| Drug | NDC | Year ||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
| BLENOXANE | 00015301020 | | | | 59.7% | 81.8% | 101.0% | 111.8% | 159.4% | 182.0% | |
| CYTOXAN | 00015050301 | | | | 26.0% | 28.6% | 30.3% | 33.3% | 38.5% | | |
| | 00015050401 | | | | | 28.8% | 30.0% | 35.8% | 40.4% | | |
| | 00015054741 | | | | | | | | 447.0% | | |
| | 00015054841 | 119.8% | | | 367.5% | 367.5% | 417.1% | 524.9% | 542.9% | 542.9% | |
| PARAPLATIN | 00015321330 | | | | 26.3% | | 21.7% | 31.6% | | 28.6% | |
| | 00015321430 | | | | 26.3% | | 21.7% | 31.6% | | 28.8% | |
| | 00015321530 | | | | 26.3% | | 22.2% | 31.6% | | 28.3% | |
| VEPESID | 00015309145 | | | | 27.7% | 28.4% | 30.2% | 33.0% | 38.7% | | |
| | 00015309520 | | | 136.8% | 388.9% | 1137.9% | 1275.2% | | | | 136.8% |

Source: Bristol-Myers Squibb indirect sales data.

Contains highly confidential materials—subject to protective order