# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS, 01-CV-339 AND 1:03-CV-11226-PBS | Civil Action No. 01-CV-12257 PBS<br><br>Judge Patti B. Saris<br>Chief Magistrate Judge Marianne B. Bowler |

### TRACK 1 DEFENDANTS' MOTION TO PRECLUDE THE EXPERT TESTIMONY OF DR. RAYMOND HARTMAN IN CONNECTION WITH CLASS 3 OR, IN THE ALTERNATIVE, FOR A *DAUBERT* HEARING

Pursuant to Federal Rule of Evidence 702, Local Rule 26.4(a) and Case Management Order ("CMO") No. 20, the Track 1 Defendants hereby move this Court to preclude the testimony of Plaintiffs' expert witness, Dr. Raymond Hartman, in connection with Class 3 claims pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). The grounds for this motion are set forth in the Track 1 Defendants' Memorandum in Support of Their Motion to Preclude the Expert Testimony of Dr. Raymond Hartman in Connection with Class 3, the Declaration of Steven M. Edwards in Support of Track 1 Defendants' Memorandum in Support of Their Motion to Preclude the Expert Testimony of Dr. Raymond Hartman in Connection with Classes 1 and 2 ("Edwards Declaration") dated June 15, 2006, and the Declaration of Steven M. Edwards in Support of Track 1 Defendants' Memorandum in Support of Their Motion to Preclude the Expert Testimony of Dr. Raymond Hartman in Connection with Class 3 ("Supplemental Edwards Declaration") dated July 14, 2006.

The Track 1 Defendants are making this motion because Plaintiffs will undoubtedly call Dr. Hartman as an expert witness in connection with the trial on the claims of third-party payors under Mass. Gen. Laws ch. 93A— which is scheduled to commence in November 2006 pursuant to CMO No. 26— and are likely to call Dr. Hartman as an expert witness on certain issues in later trials in these class actions.

WHEREFORE, for the reasons set forth in the Memorandum, the Edwards Declaration and the Supplemental Edwards Declaration described above, the Track 1 Defendants respectfully request that the Court grant the Track 1 Defendants' motion and enter an order:

a. precluding the expert testimony of Dr. Raymond Hartman with respect to Class 3; or, in the alternative,

b. scheduling a *Daubert* hearing, and

c. providing such other and further relief as the Court deems just and proper.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d) the undersigned counsel hereby requests oral argument on this motion.

Dated:  Boston, Massachusetts
        July 14, 2006

Respectfully Submitted,

By:   /s/ Jacob T. Elberg
      Jacob T. Elberg (BBO No. 657469)
      Thomas E. Dwyer (BBO No. 139660)
      **DWYER & COLLORA, LLP**
      600 Atlantic Avenue
      Boston, MA  02210
      Tel: (617) 371-1000
      Fax: (617) 371-1037
      tdwyer@dwyercollora.com
      jelberg@dwyercollora.com

      Steven M. Edwards (SE 2773)
      Lyndon M. Tretter ((LT 4031)
      Admitted *pro hac vice*
      **HOGAN & HARTSON LLP**
      875 Third Avenue
      New York, NY  10022
      Tel: (212) 918- 3640

Attorneys for Defendant Bristol-Myers Squibb Company

## CERTIFICATE OF SERVICE

I certify that on July 14, 2006 a true and correct copy of the forgoing document was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

           /s/ Jacob T. Elberg
           Jacob T. Elberg