predictable 174:15
  175:1,3,5,10
  177:5 189:21
  190:2,6,8,13,16
  190:20 191:3
predicting 196:5
preference 131:2
preferences 48:6
  148:20
preferred 198:1
  216:3
preparation 11:18
  13:15 19:19
prepare 10:21
prepared 13:21
  15:11 31:9,10
  59:19 74:12
  215:18 219:15
  220:15,21 225:14
  228:9
preparing 11:22
  14:4 74:10
prescribe 69:1
  88:11 130:16
prescribing 68:11
  68:20 84:6,11
  85:11 90:13
  91:18 130:11
  194:4 196:13,15
  196:19
prescription 7:11
  63:1 78:7,13
  79:13 84:15
  86:19 87:22
  88:18,19 89:5,17
  90:3,9 186:16
prescriptions 88:4
present 6:3 9:8
  222:13
presentations
  36:19
presented 230:6

presently 11:15
president 152:4,14
presumably 54:1
  156:10 161:6
  197:10,14 205:3
  218:16
presume 223:22
pretty 169:5
prevalence 134:20
  134:20
prevalent 131:6
prevented 101:1,22
previously 192:14
price 1:5 8:10
  23:22 27:21 28:1
  32:21 33:2 42:10
  46:8,10 48:4
  49:13,15,18,18,22
  50:1,1,7 56:13,13
  57:18 58:2,14,16
  59:7,8 89:18
  92:11 93:3 100:5
  109:20 110:7,8
  110:11,12,20
  111:8 118:8
  120:1,3,11,22
  121:13 123:22
  126:9,12 129:3,5
  147:19 164:16
  174:17 185:21
  187:22 202:21
  203:3 208:12
  211:5 212:7,10
  213:14,21 214:1
  214:5,11 215:19
  217:10,13 218:1
  218:3,4,7,15,17
  218:21 219:5,6,7
  220:6 221:7
  223:15,17,21,22
  224:16 225:5,11
  226:18 228:15,17

229:1,2,6,7,9,10
229:20 230:1,2,7
priced 113:7
prices 24:18 28:3
  54:19,22 55:1,2,3
  55:7 57:12 58:5
  71:7 87:7 88:6
  89:16 90:2 91:5
  91:20 92:3,3
  95:20 96:2
  100:12 110:7,14
  129:3 139:18
  170:17 177:21
  185:13 189:3,6
  209:21 210:20
  213:12 219:15
  227:12
pricing 78:9 91:1
  116:20 117:4
  171:4 206:15
  207:4 212:5
  218:10 219:2
  225:8
primarily 31:3
primary 14:3 68:12
PRIME 89:7
principal 6:4 13:11
  19:5
principally 84:17
principle 83:9
prior 29:21 30:1
  76:20 139:6
  154:13
private 18:1 106:19
  107:7 113:16
  125:6 126:10
  127:1 172:17
probably 14:2 17:4
  84:20
problem 38:1
  66:10 142:1
problems 39:18,19

111:12 112:13,15
112:17 127:17
141:21 182:12
205:5 208:9
Procedure 1:15
procedures 107:13
  107:18
process 26:11 36:8
  123:9 125:2
  152:21 156:15
processed 22:6
Procrit 221:15
  222:16 223:5
  224:10
produce 143:19
  156:13,17
produced 22:8,12
  35:3 36:4,5 47:6
  56:19 57:2 80:7
  140:11
produces 227:22
product 112:19
  166:21 167:2,9
  167:10 192:6,21
  193:2,22 194:2
  196:19 198:18,20
  200:1,5 201:6
  224:11
production 40:18
  44:17
productivity 40:16
products 86:11
  94:19 113:2
  167:6 192:12
  204:15 224:14
Professional 1:16
Professor 89:1
profile 193:15,16
profit 26:18 65:7
  65:11 66:7 67:14
  147:11 148:1
  193:8 204:20

profitable 204:17
profits 194:16
  219:20
program 114:8
programmed
  104:18
programmer
  104:19
programming
  102:6
project 16:2
promote 41:9
promotional 67:22
proposal 186:21
proposing 228:11
protect 43:11
provide 12:9,12
  14:20 17:6 19:11
  37:6 38:3 48:12
  55:8 67:11 80:17
  82:16 92:18 99:3
  99:6 103:8 151:8
  156:18 157:16
  176:16 177:1
  184:6 189:21
provided 12:20
  14:17 17:9,14,16
  17:22 29:19
  30:13 31:6 36:10
  48:15 73:22
  75:17 80:8,19
  83:3 99:2 128:20
  132:5 171:17
  184:11 212:1,6,8
  213:11 214:2
provider 67:21
  83:19 138:7
  226:6
providers 65:3
  101:7 102:6
  115:1 147:8,14
  149:22 150:4

219:9
provider's 68:1
provides 66:5
  83:11 112:18
  176:18 223:10
providing 42:2
  101:4 146:5
  179:12 191:8
  211:6 213:6
provisions 1:14
  123:18
public 1:16 40:21
  51:7 55:7,10 61:2
  114:11,13 148:5
  148:13 149:13
  160:8,12 177:12
  208:18 231:19
publication 179:5
publications 45:1,1
  57:10 58:4
publicity 105:19
publicly 47:8 71:12
  95:15 105:7
  111:11 132:17
  148:11,12 160:20
  172:22 187:7
  215:2,5,6
published 45:4
  56:9,10 67:10
  95:1 109:22
  110:18 120:20
  121:12 127:13
  134:22 171:4
  174:16 185:10
  191:1,15,21
  207:6 211:21,21
  226:17 227:4
publisher 212:15
publishers 207:17
  212:1,8,13
publishing 62:22
  64:1 207:15

purchase 84:15
  153:7
purchased 18:10
  170:6
purchasers 89:17
purchases 82:2
purchasing 94:15
  185:21 188:16
  219:12 222:14
purely 121:3
  182:22
purpose 68:22
  211:17
purposes 24:17
  69:11 72:5,7
  117:12 120:17,21
  121:15 124:14
  126:7 128:7,7
  222:13
pursuant 1:14
pursue 65:6
push 226:21 227:8
  227:9 230:7
put 22:20 57:3
  113:4 131:21
  134:11 157:2
  206:15 229:15
putting 60:22 98:8
  98:22 155:10
  217:8
p.m 169:11 204:5
  231:4

          Q
qualified 71:8
quality 45:7 110:15
quantify 199:22
  200:10
quantitative
  205:14
quantities 202:13
quantity 200:17
  201:13 202:7,21

203:3 224:6,16
  230:3
quarter 96:17
  129:9 207:12
quarterly 207:16
question 17:4 20:4
  24:22 26:16
  38:15,20 41:15
  42:8 49:1 53:2
  59:1,5 76:7 77:8
  98:9,17 101:21
  108:8 116:10
  125:11 134:1
  139:5 144:18
  146:22 151:16
  152:20 153:4,10
  154:8,8 157:10
  158:10,16 159:21
  163:11 164:13
  168:1,18 170:22
  181:1,16 193:18
  199:3 200:7,13
  202:16 203:4
  213:5 219:22
  227:7
questioned 74:16
questions 18:14,19
  97:19 154:14
  183:8
quick 188:15
quicker 94:4

          R
R 8:1
RA 198:2
RAC 222:1,2
raise 66:14 195:6
  208:12 218:2
  219:5,17 221:7
  224:5 226:11
raised 209:5
raising 66:13,15,19
  204:16,17 206:1

218:13 223:16
Randolph 5:16
range 16:4 88:3
  139:18 149:11
  162:22 171:20,21
  173:11 175:12
  180:6
ranging 180:15
rapid 114:3,14
  151:12
rarely 53:11
rate 27:9,14 28:7
  28:13 110:17
  148:9 153:6
  176:15,22 194:12
rates 27:17 106:19
  149:18 156:20
  157:5 165:19
  182:17
rating 43:13
ratio 188:1
ratios 188:20
rdove@cov.com
  3:8
reach 25:2
reached 25:1 77:5
  207:7 225:13
read 11:2 17:1 40:4
  40:7 59:5 63:8
  79:18 87:21
  98:16,17 137:16
  142:9 159:16,19
  171:8 176:4
  179:9,10 181:9
reading 90:17
  132:16 138:2
  171:2 180:12,13
  181:11 185:4
  188:16
reality 138:21
really 15:12 16:1,1
  16:9 19:17 22:15

31:3 36:17 39:4
  42:20 53:22
  59:10 71:8 74:5
  106:12,20,22
  107:6 116:3,9,11
  117:6 122:5
  127:19,19 146:2
  148:18 157:12
  170:21 180:8
  186:6 206:2
  207:9,12 211:8
  226:1,2
reason 40:11 90:10
  95:21 137:9
  157:14,19 159:9
  159:11 160:3
  165:8 199:10,13
  203:16 208:7
  222:4
reasonability 77:10
reasonable 72:12
  73:12 77:14,22
  85:8 91:13
  147:21 148:3
  223:1
reasonableness
  51:3,20 52:17,21
  53:17 63:4,20
  64:13 77:18 93:8
  180:5
reasonably 176:16
  177:2
reasons 102:22
  156:5
rebate 83:11 114:8
  201:11
rebates 60:9 83:3
  83:17 84:1,5,9,14
  84:18 85:10,12
  85:19 98:11
  115:7,16 162:4,6
  201:7 211:6

212:17 213:6,10
214:1,7 215:19
**rebating** 115:22
**recall** 18:22 19:2
31:4 88:21 144:4
**receive** 28:12
115:18 162:6,21
**receives** 162:4
**receiving** 101:3
**recess** 54:15 96:22
129:21 169:9
204:7
**recognized** 49:12
85:9 90:1 211:22
**recollection** 200:22
**Recommendations**
185:8
**recommended**
88:10
**record** 54:14,17
96:21 97:2
129:20 130:1
169:8,12 204:6,9
231:2
**recorded** 15:13
**red** 171:4 175:22
208:12 209:5
**reduce** 83:4 225:22
**reduced** 206:9
**reducing** 83:12
201:5
**refer** 13:5,6 35:21
46:5 76:8 78:5
83:8 132:4
136:20 192:9
199:1
**reference** 34:3
35:11 49:7 133:9
135:9 136:14
179:13
**referenced** 33:14
55:20 100:8

**references** 25:5
46:3 55:17
136:15
**referred** 18:6 55:19
61:11 184:2
200:11 209:8
**referring** 17:22
18:6 46:14 76:9
102:11 134:12
154:7 168:12
169:18 183:20,22
188:11 212:11
**refers** 128:12
**reflect** 99:13 120:1
120:2,21 121:13
126:8 140:5
**reflected** 123:22
**reflection** 124:15
**reflects** 121:5
**reform** 57:4
**regard** 11:19 53:17
65:4 79:2 113:10
114:17 125:17
154:16 160:13
193:12 198:7
206:16 210:19
**regarding** 11:10
14:10,15 17:7
32:1,1 75:4
156:18 157:3
160:7 168:6
178:22
**regardless** 141:4
154:18 167:7
180:11
**regime** 123:17
**Registered** 1:16
**regression** 200:15
200:18,21
**regular** 229:22
**regulations** 214:9
**regulators** 208:13

**reimburse** 47:2
49:21 101:5
102:18 105:4
106:8 153:6,13
154:9 162:9,9
**reimbursed** 103:4
106:9 121:19
122:11 124:2,18
**reimbursement**
17:18,21 18:1,16
19:4 32:2,12
45:16 53:22
65:15 66:2 71:14
83:5,12 101:2,4
102:14 104:3
105:17 106:2,7
107:8,21 112:4,8
113:21 117:9
121:16 122:2,9
122:15,15 123:11
123:14,16,21
124:19 125:1,3
127:13,15,16
128:20 132:5,6
132:10 133:5
134:4 139:15
140:8,21 145:14
146:7,8 147:4,22
148:7,9,22 149:2
149:18 151:13
152:22 154:4
156:20 157:5,18
159:22 161:10
165:19 178:19
182:17 185:12
186:16 187:11
189:4 194:8
**reimbursements**
132:13
**reimbursing**
101:16 154:14
158:12

**relate** 25:8 39:10
44:12 62:7 63:15
92:6 207:9
**related** 14:19 36:19
47:7 55:6 61:20
116:10 147:19
217:1 221:10
**relates** 18:16 19:3
55:18 63:7 64:15
71:19 75:1 98:4
120:13 150:3
154:1 155:4
202:14
**relationship** 46:9
46:12 47:16,18
47:20 48:8,10
50:3 52:1 56:12
58:1,3,6,8,9,16,19
58:20 59:7,9 75:8
81:8 91:4 100:4
100:11 108:6,14
109:4 110:5
120:3 126:11
139:14 146:9
164:11 174:16
175:1,11 177:6
189:22 190:2,8
190:14,16,20
191:3,7,12,16,18
191:22 194:3
202:22 203:3
206:8,11 209:10
210:11 212:3
**relative** 49:10 50:2
78:17 86:9 111:5
115:5 147:22
148:9 173:18
174:8 187:20,22
198:6,13,21
199:1,5 200:12
205:11 209:1
**relatively** 219:14

**relevance** 140:3
**relevant** 16:15
20:11 22:3 29:21
32:15,17 37:4,12
46:18,20 51:9,15
53:9,17 57:7 60:9
63:11 71:1 73:21
95:6 110:9 116:5
139:3 140:16
141:8 143:6,12
143:18,20 144:17
150:17 153:5,20
155:4 158:11
183:11 193:18
198:13 199:2
203:13
**reliability** 60:21
138:13 181:12,13
**reliable** 141:15
155:12,15,16
156:2,6 170:7,11
170:13,16,20
171:5,11,12,13
172:10 181:6
184:19 185:19
187:3 189:10,15
191:16,22
**relied** 12:13,16
13:1,2,11 33:8,15
34:3 55:16,22
76:21 77:3
111:13 148:16
220:18
**relies** 73:7 116:3
**rely** 52:11 64:5,18
100:6 134:22
159:17 181:5
209:13 215:1
**relying** 34:16 35:9
35:17
**remains** 105:2
**remember** 18:18

| | | | | |
|---|---|---|---|---|
| **Remicade** 59:21 | 122:4 127:4,4,9 | **request** 75:19 | 227:14 228:13 | 164:1 167:3 |
| 60:2,6 81:20 | 132:2,16 136:13 | **requested** 75:16 | **result** 107:8 178:2 | 168:8,15 171:22 |
| 82:11,21 197:2,4 | 136:14 142:11 | **require** 102:13 | 195:9 201:14 | 185:16 186:20 |
| 197:11 198:1 | 148:14,14,17 | 144:6 168:5,10 | 202:12 210:13 | 223:13 224:4 |
| 199:5,20 216:13 | 169:14,15 172:16 | 228:13 | 225:15 227:21 | 226:19 227:6 |
| **Remicade's** 197:13 | 174:10,13,20,22 | **required** 126:18 | **resulted** 109:11 | 229:2,18 230:4 |
| **reminded** 157:20 | 177:17 180:19 | 135:12 | **results** 110:4 170:4 | **rigid** 104:17 |
| **reminds** 128:11 | 182:14 183:17,18 | **research** 11:14 | **retail** 144:13 222:2 | **rings** 88:15 |
| **repeat** 58:22 59:3 | 184:5,7,14,15,19 | 44:19 45:15 97:4 | 223:5,12 224:12 | **risks** 43:10 |
| 217:16 | 184:21 186:4 | 141:20 143:13 | 228:8,8 | **role** 30:12 40:21 |
| **rephrase** 200:8 | 188:13 189:13 | 147:13 | **retailers** 221:17,21 | 68:7,16 69:5 |
| **report** 7:8,18,20 | 191:6 192:3 | **resemblance** | 222:1,14 | 86:18 101:15 |
| 10:10,17,22 11:2 | 196:22 197:1 | 185:13 186:7 | **retained** 29:13,14 | 130:11 140:7 |
| 11:22 12:5,14,17 | 201:3 204:11 | 189:6 | 29:15 45:21 | 178:19 |
| 12:21 13:4,16,21 | 209:12 | **resemble** 189:14 | **retrospectively** | **Ron** 9:3 |
| 14:5,11,16,18,19 | **reported** 33:11 | **respect** 18:1 22:19 | 123:8 | **Ronald** 3:3 |
| 14:22 15:11 | 46:22 47:13 67:9 | 36:22 37:7 52:1 | **revealed** 99:15 | **room** 148:1 |
| 16:18,21,22 17:1 | 95:12 110:1,2,18 | 53:3 57:12 64:22 | 143:13 | **Ropes** 5:2 9:13,15 |
| 17:2,3,5,7,12,14 | 118:7 119:16,17 | 65:1 66:1 69:13 | **reveals** 99:18 | **Roseman** 2:2 8:17 |
| 19:14,20 20:12 | 119:21 149:4,7 | 69:20 79:22 80:2 | 146:11 | **Rosenthal** 1:12 7:3 |
| 21:17 22:10 23:3 | 180:17 181:15 | 81:7,15 82:1 89:5 | **review** 23:5 34:4 | 7:8,9,10,11,12,13 |
| 23:9,11,14,15,21 | 199:8 204:16 | 106:1 112:5 | 34:19 36:9 152:8 | 7:14,16,17,18,19 |
| 24:21 25:4,5,6,13 | 210:5,8 | 118:9,16 125:6 | **reviewed** 11:17 | 7:20 8:9 10:2,8 |
| 33:12,14 34:1,9 | **reporter** 1:16 9:19 | 126:9,22 138:22 | 12:19 13:7 18:2 | 10:12,13,14,16 |
| 34:17 35:9,10 | 9:21 180:14 | 139:5,13 153:17 | 34:6,10 35:13 | 54:18 61:8,9,10 |
| 36:17 38:3 45:19 | **Reporters** 8:4 | 156:19 163:8,13 | 36:5 46:18 52:8 | 61:11 78:2,4 |
| 46:7 47:1,7 49:2 | **reporting** 213:12 | 167:19 169:18 | 73:9 77:18 88:21 | 88:16,17 97:3 |
| 49:7 50:21 51:6 | **reports** 25:8 47:6 | 177:15 180:5 | 89:4 136:8,10,11 | 136:4,5,7 139:4 |
| 55:18,19,20,21 | 47:14 51:7 56:18 | 181:2 184:3,4 | 180:8 198:10 | 151:22 152:1 |
| 56:2,4,8,9,10,12 | 57:1 74:13 95:17 | 195:4 203:5,10 | 217:7 | 158:1,2 161:19 |
| 60:15,17 61:16 | 132:18 148:13,13 | 213:5 220:9 | **rewards** 66:3 | 169:10,13,14 |
| 63:11 64:5,18,20 | 149:5,7,21 150:2 | 225:6 | **rheumatoid** 197:17 | 179:2,3 180:22 |
| 64:21 65:14 69:7 | 152:11 169:17,19 | **response** 54:10 | 197:20 | 183:14 231:12 |
| 69:12,18 72:17 | 183:21,22 184:10 | 154:8 199:17 | **right** 15:9 16:6 | **roughly** 222:5 |
| 73:5 74:7,10,22 | 191:19 | **responses** 181:20 | 43:3 51:19 53:20 | **round** 74:1 164:18 |
| 75:1,1 77:1 80:19 | **represent** 8:15 36:2 | **responsive** 228:4,5 | 56:1 61:4,15 68:8 | **Roxane** 5:21 9:18 |
| 81:4 83:7 85:17 | **representation** | **responsiveness** | 89:4 93:18 97:20 | **rules** 1:15 20:15,17 |
| 87:20 88:18 | 11:6 171:7 | 218:6 | 100:6 117:3 | **run** 173:4,6 200:14 |
| 92:10 93:11 | **representatives** | **rest** 35:22 | 118:19 120:1 | 200:17 |
| 100:7,13 104:11 | 20:2 21:6 32:4 | **restate** 224:22 | 121:17 131:16 | **running** 200:21 |
| 105:19 109:8 | 140:12 156:13 | **restricted** 60:18 | 132:8 135:22 | **Russell** 7:14 152:2 |
| 119:6 120:18 | **represented** 58:13 | **restrictive** 131:11 | 144:10 163:11,12 | ——————— |
| | | | | S |

| | | | | |
|---|---|---|---|---|
| S 3:13 6:4 7:6 8:1 | search 36:12 | 227:22 | 64:8 98:13 176:8 | 195:17 |
| sales 23:22 46:10 | searchable 36:12 | select 66:5 157:15 | separate 56:2 | settled 38:2 |
| 60:12 61:3 82:15 | second 41:20 64:8 | 201:22 | 130:14 | settlement 30:10 |
| 167:3 173:19 | 91:17 92:18 | selected 12:16 | separately 52:9 | Shapiro 1:18 |
| 174:8 193:3,11 | 103:2 108:15 | 156:10,12 | 55:19 | share 19:5 26:13 |
| 200:12 204:15 | 176:8 204:13 | selecting 66:3 | sequence 149:8 | 66:11 84:2 88:13 |
| 226:22 | 217:16 | 157:13 | sequenced 184:10 | 108:4,7,10,20 |
| salient 215:22 | secondary 18:13 | selection 43:17 | series 39:9 47:5 | 178:1 201:5,10 |
| SARIS 1:7 | section 81:7 | 68:7 131:2,17 | 228:18 | 201:13 218:11,18 |
| sat 31:18 178:4 | secure 168:14 | 156:7,8 | serious 111:12 | 221:8 |
| satisfactorily 10:3 | see 17:3 28:19 | self 59:10 181:14 | served 29:10 | sharing 17:17 |
| satisfied 22:22 | 30:20,22 34:3 | self-administered | service 44:16 61:3 | Shepherd 1:15 |
| savings 186:8 | 46:3 49:10 55:19 | 78:19 182:17 | 171:4 195:17 | 9:20 |
| saw 17:4,8 | 58:8 82:14 83:2 | self-report 138:14 | services 42:2 56:20 | Shield 137:1,2 |
| saying 40:18 67:16 | 89:20 99:14 | 140:8 182:12 | 152:5,15 178:16 | 158:4,6,12,16 |
| 102:1 124:10 | 109:7 111:7 | self-reported 53:10 | 206:15 207:5 | 159:1,13 160:21 |
| 144:20 154:3 | 123:2 127:16 | 53:11,13 181:19 | 212:5 | 161:6,11 |
| 159:18 170:11 | 136:21 138:6,9 | 182:7 203:17 | set 12:5 13:3 14:10 | Shondelmayer |
| 177:5,8 181:10 | 140:3 152:3,6,7 | self-select 43:14,16 | 16:18 34:17 | 89:1 |
| 185:18 189:10,13 | 158:5,8 162:15 | 43:22 | 35:20 39:3,11 | Shook 4:12 9:12 |
| 219:9,11 228:4 | 162:18,19 163:2 | seller 174:3 | 40:13 53:22 55:9 | short 54:15 96:22 |
| says 45:20 56:4 | 163:22 170:9 | selling 92:11 93:3 | 55:9 58:4 65:15 | 169:5,9 204:7 |
| 153:21 155:6 | 171:3 174:11,11 | 118:8 120:1,3,11 | 69:13,15 92:19 | shot 157:9 |
| 163:8 171:11,15 | 174:13 176:3,6 | 120:22 121:13 | 94:17 97:6 | show 89:16 151:20 |
| 172:9 191:11 | 176:13 179:13 | 123:22 126:9,12 | 101:18,20 104:22 | 161:17 216:19 |
| scan 179:17 | 180:14,17,21 | 129:3,5 174:17 | 122:14 123:6 | showed 75:22 |
| scattering 116:19 | 185:2 186:20 | 211:5 | 125:16 132:20 | 139:6 |
| scenario 226:2 | 189:8 196:21 | send 27:9,10 | 133:2,19 134:4 | showing 136:1 |
| 227:18,19 229:8 | 205:6,22 213:2 | sending 207:19 | 134:10 141:21 | 180:15 187:18,20 |
| schedule 133:19 | seek 104:5 160:19 | senility 130:5 | 142:12 190:19,22 | 191:20,21 |
| 134:3,4,8,8,11,14 | seeking 161:10 | senior 136:22 | 194:10 218:15,20 | shown 110:14 |
| 134:15 214:22 | 182:18 | 137:12 | 219:20 222:19 | 191:19 |
| 215:1,5,12 | seen 60:5,5 61:14 | sense 22:17 49:21 | 223:1,17,22 | shows 89:18 173:8 |
| schedules 101:18 | 75:13 82:17 | 73:3 74:11 86:1 | 224:18 225:4,15 | 191:12,15 |
| 101:19 132:21 | 89:13,14 101:14 | 105:16 154:5 | 225:18 227:14 | sic 60:10 163:10 |
| 133:2,3 | 105:16 116:18,22 | 157:1 190:14,15 | 228:18 229:17,20 | sickest 43:21 |
| Schering 5:11 | 136:15 152:11 | 202:6 211:3 | sets 36:10 94:14 | side 87:13 192:15 |
| Schering-Plough | segment 222:17 | 213:12 226:8 | setting 54:3 66:17 | 192:17 |
| 5:12 9:14,16 | 226:5,7 227:11 | sensitive 228:15,18 | 98:20 122:15 | signature 10:18,19 |
| scope 24:21 51:13 | 227:15,16 228:5 | 229:6,9,10,11,15 | 123:3 130:5 | signed 11:3 |
| 73:5 85:17 201:1 | 229:21 | 229:16 230:9 | 139:15 140:7 | significant 86:22 |
| se 64:6 98:4 | segments 225:20 | sentence 45:20 | 152:22 156:19 | 105:9 124:1 |

significantly 176:9
  189:5
similar 19:12 33:12
  66:9
Similarly 153:10
simply 22:2 26:7
  28:2 60:12 73:6
  105:21 143:18,18
  173:3 185:19
  204:22 208:7
  229:1
single 97:6 176:15
  176:22
sit 29:1 178:14
site 135:7
sitting 106:5 151:4
  178:7
situation 221:6
  224:8
size 86:7 109:4
  115:5,6,12,16
  167:7 221:12
skipped 153:21
small 86:9 101:12
  165:14,20
smaller 164:8
smedwards@hhl...
  4:8
Snail 6:4 9:7,7
Sobol 1:18 14:1
  30:6,8,18 31:1
  37:21
Society 57:3
sold 86:10 204:19
  221:17,17 223:5
solely 64:9
somewhat 117:1
  214:9 219:21
  224:2
sophisticated 137:5
  137:10 159:5,10
  161:7 165:11

166:17,19
sophistication
  137:6 159:8
sorry 12:22 40:4
  43:15 76:6 108:5
  124:6 133:22
  145:11 168:9
  179:21 180:10
  186:12,14 187:20
  200:3 217:19
  224:22
sort 26:7 39:21
  40:17 82:18 97:5
  116:12,18,19
  138:21 141:16
  149:8 172:20
  182:19 183:5
  191:3 195:1
  206:2 222:21
  228:11
sought 161:4
sound 129:7
Sounded 133:22
soundly 73:10
soundness 125:21
  126:19 127:8
sounds 186:7
source 180:11
sources 51:6 55:12
  55:16
South 6:17
Spahn 7:12 136:6
  138:6
Spahn's 136:21
  139:7
speak 20:3 137:6
  142:8 159:7
  203:9
speaking 147:6
  172:18
specific 12:18 13:5
  14:21 16:7 20:9

34:7 35:11,14
  36:13 38:11
  48:13 75:14
  77:21 84:22
  94:17 100:21,21
  105:13,20 151:15
  170:16 191:6
  208:4
specifically 16:14
  16:19 18:18 19:2
  32:13 34:9 35:22
  73:17 74:22
  76:14 78:14 80:7
  85:5 100:21
  135:6 214:8
Spector 2:2 8:17
spend 42:4
spending 122:19
spent 19:13 165:11
spread 48:20 67:18
  72:1 73:18 77:15
  77:16 79:3 93:11
  96:5 109:4,12,13
  109:16 116:11
  117:12 118:7
  120:6,6,12,20
  121:11 164:15,17
  173:22 188:1,20
  197:12 199:6,14
  200:15 202:7,10
  202:14 205:16
  221:13
spreads 47:6 60:6,6
  71:13 75:5,8,13
  76:16 80:5,12
  81:2 82:5,14
  83:15 93:13
  95:19 96:1 99:13
  99:19,19,22
  105:9 107:9
  113:2 146:16
  149:1,4,7,9,10

150:1,8 160:9,13
  175:4,7 197:5,9
  201:17 202:9,18
Squibb 4:10 9:10
staff 84:10 161:21
  163:19 164:2
  168:3
standard 58:11
  69:8 71:5,17 72:9
  82:8 119:3,7
  145:2 209:15,17
  210:2,12
standards 118:20
  119:12
stands 57:20 124:8
start 10:10 93:18
  119:14 144:7
  152:19 161:4
  217:20 230:13,18
starting 62:14
starts 175:22
state 8:14 43:11
  61:16 69:7 78:6
  183:5 192:4
  225:2
statement 63:5,17
  63:21 64:7,14
  78:14 80:1 87:21
  88:15 106:12
  125:12 129:7
  155:12 189:1
  208:10
statements 155:17
  171:10
states 1:1 8:11
  62:17 159:2
  170:4 176:8
  177:14 185:10
statistic 189:5
statistical 173:2
  190:14
status 43:17 131:12

216:3
statute 117:16
  120:14 126:14
  128:12
stay 216:17 228:10
stayed 123:15
stays 206:6
steeply 205:7
step 97:19
steps 55:11
Steve 9:9
Steven 4:3
stick 101:9 123:19
  163:14 222:11
stock 88:3
stop 17:21 226:9
strategic 36:19
  66:14 156:7,8
strategically 54:2
strategies 39:3
  205:13
strategy 182:20
  186:9 192:14
  204:18 223:16
Street 1:19 2:4 6:7
  6:17 8:7
strike 48:8 76:6
  91:1 122:1
  124:19 145:16
  146:5 178:5
  193:11,22
strong 196:1
stuck 124:12
student 30:16
  85:21
studied 90:21
  122:8 123:1
  195:14 203:4
  220:10 223:4
  224:10
studies 55:6 106:14
  106:21 110:13

| | | | | |
|---|---|---|---|---|
| 136:1,3 | 42:10 102:4 | 102:21 107:19 | 80:11 136:10 | 184:15 191:7 |
| study 7:11 55:3 | 127:5 181:7 | 117:20 119:11 | 149:16 | 207:13 209:9 |
|   88:18 97:3,4,7,11 | 184:16 186:1 | 157:7 164:11 | systems 18:16 45:9 | talking 48:3 56:18 |
|   97:13,15,18 | 190:18 194:18 | 170:22 175:2 |   49:20 104:17,18 |   76:3,4 94:13,19 |
|   107:2 135:4 | 219:7 | 178:13 179:18 |   104:20,21 113:21 |   94:20 95:1,9 |
|   191:12 196:10 | suggested 107:5 | 180:18 181:8,9 |   127:10 145:14 |   100:19 117:2 |
| studying 196:17 |   139:2 149:10 | 188:13 189:15 |   149:14 187:11 |   127:10 145:10 |
| subclasses 69:11 |   191:2 | 204:1 213:19 | ——— T ——— |   156:8 205:20 |
| subgroups 217:6 | suggesting 17:11 | 215:4 226:1 | T 5:4 7:6 |   210:10 213:14 |
| subject 38:8 45:2 |   123:3 174:15 | 227:20 | table 69:14 74:8 |   215:7 |
|   48:15 63:11 69:3 |   217:14 | surely 206:22 |   130:6 179:19,21 | talks 182:8 190:21 |
|   75:9,10 76:10,17 | suggestion 188:7 | surprise 158:21 |   180:13,18 187:16 | technical 17:9,13 |
|   80:22 83:6 | suggests 40:20 |   159:12 |   187:17,19 188:4 |   17:16,22 18:15 |
|   112:13 144:4 |   135:1 159:16 | survey 33:10,12 |   197:2 |   18:22 74:14 |
|   181:13 197:10 |   170:18 174:22 |   111:21 128:15 | Taft-Hartley 20:5 |   211:3 |
|   230:13 |   186:3 195:2 |   141:18 181:19 | take 8:8 16:1 54:5 | Tel 2:6,16 3:6,16 |
| subjective 183:5 |   199:14 221:10 | surveyed 170:5 |   54:7 55:11 81:19 |   4:6,16 5:7,18 6:9 |
| subjects 15:21 16:8 | suit 79:21 | surveys 33:4,6,8,9 |   81:20 96:9,11,12 | telephone 6:14 |
|   140:13 | Suite 2:4 |   33:15,20 128:18 |   103:19 115:14 |   15:6 20:1 |
| submit 23:21 133:5 | suited 86:3 |   142:3 181:15 |   122:18 129:13 | tell 23:18 36:15 |
|   133:7,11 | summary 185:6 | suspended 231:4 |   138:10 153:1,10 |   46:20 47:13,17 |
| submits 27:3 28:19 | superior 193:16 | swear 9:21 143:16 |   154:5 155:6 |   47:18 65:12 94:2 |
| submitted 23:3 | supplemental 18:3 | sworn 10:3 231:14 |   157:9 166:22 |   105:13 137:12 |
|   78:4 177:18 |   18:5,8,9,11,16 | system 17:18,20,21 |   167:2,17 169:4,6 |   146:8 |
| Subscribed 231:14 |   23:3,8,15,21 |   19:3,4,7 65:15 |   180:3 181:11 | telling 79:14 |
| subsequently 66:18 | supplied 41:14 |   101:3 102:7,14 |   192:3 197:1,2,8 | tend 42:22 68:11 |
| subset 95:8 149:11 |   212:13 |   103:14 104:3,8 |   203:22 216:13 |   106:19 111:12 |
|   150:3,4 190:10 | supplier 66:10 |   104:13 105:6,17 |   221:14 |   131:11 159:6 |
| substance 12:4 |   185:14 |   106:7 111:16 | taken 54:2 81:10 | tendencies 182:13 |
|   20:6,8 | supply 214:21 |   112:3,8,9,11,14 |   89:17 108:20 | tendency 182:3 |
| substantial 82:12 |   215:1,5,11 |   112:16,17,22 |   120:17 136:6 | tenor 184:13,14 |
|   184:17 | support 26:2 |   113:3,5,14,15 |   150:15 224:6 | term 38:21 44:11 |
| substantiate |   106:12 151:8 |   114:2,4,6,15,20 | takes 111:9 166:16 |   46:3 57:15 65:13 |
|   133:14 | supporting 30:13 |   114:21 115:4 |   194:15 |   67:3 119:6 123:4 |
| substitutable | supposed 120:1,2 |   122:2,9 123:12 | talk 32:12,22 75:22 |   126:1 134:7 |
|   131:10 |   120:21 121:13 |   123:21 124:20 |   112:15 126:18 |   142:19 143:3 |
| suddenly 194:11 |   124:14 126:8,10 |   125:3 126:19 |   172:19,20 186:4 |   148:8 156:7 |
|   227:7 | sure 22:1 28:15 |   127:9,13,14,16 |   186:8 198:12 |   170:16,20 188:9 |
| sued 80:3,4,13,14 |   40:12 42:19 49:2 | systematic 80:8 |   205:13 213:21 |   189:16 195:2 |
| sufficient 80:20 |   49:17 50:4,8 59:1 |   138:20 147:20 |   216:12 |   209:9 218:10 |
|   141:1 160:4 |   68:7,14,21 70:1 |   206:11 | talked 37:2 92:9 | terms 37:8,9 40:16 |
| suggest 40:14 |   71:3,15 98:15 | systematically |   159:22 160:6 |   44:13 46:9 75:14 |

| | | | | |
|---|---|---|---|---|
| 85:20 87:12 | 194:5,14 199:14 | 157:9,11 163:5 | 141:10 142:15 | 229:21 230:6 |
| 91:14 92:6 93:12 | **therapeutic** 87:5 | 166:19 167:22 | 143:8 145:17 | 231:1 |
| 112:20,21,21 | 87:11 95:22 | 168:2 171:12 | 147:10 148:3,22 | **times** 38:17 188:7 |
| 116:10 166:11 | 109:5,10 113:12 | 181:19,21 182:19 | 149:17,21 151:2 | **timing** 206:17 |
| 173:3 178:10,14 | 192:9,16 193:7 | 182:21 183:3 | 156:12,16 157:2 | 208:5 |
| 202:12 221:11 | 194:16,19 216:7 | 206:4,21 210:20 | 159:5 160:21 | **Timothy** 6:4 |
| **terrible** 103:20 | **therapeutically** | 211:5 213:8 | 161:5 165:19 | **title** 137:13 |
| **test** 63:3 72:22 | 131:10 | 224:2,15 225:3 | 169:19 171:2 | **tobacco** 30:9,18 |
| 203:18 | **therapies** 197:14 | 226:2 | 172:12,17 173:20 | **today** 9:20 11:18 |
| **testified** 10:5 51:10 | **therapy** 192:13 | **thinking** 124:4,7 | 175:18 177:11 | 29:1 100:2 |
| 139:17 156:4 | **thing** 50:14 53:13 | 129:10 156:22 | 178:4,6,19 181:4 | 105:14 106:5 |
| 184:18 | 124:10 126:21,22 | 157:13 165:12 | 207:14 209:6 | 129:15 130:21 |
| **testify** 157:3 | 127:14 129:5 | 178:15 184:3,6 | 211:7 215:8,14 | 151:4,14 209:9 |
| **testifying** 37:19 | 130:3 139:9 | 195:5 210:1 | 217:18 227:3 | 226:15 |
| 51:22 138:6 | 142:21 182:14 | 211:4 | **thought** 36:16 76:6 | **Today's** 8:4 |
| **testimony** 34:4,5 | 224:4 230:4 | **third** 4:4 32:11 | 100:2 114:6 | **told** 56:11 100:2 |
| 34:11,12,16,19 | **things** 48:5 52:16 | 34:12 42:2 83:12 | 120:5 212:13 | 198:20 224:15 |
| 37:6 38:9 76:21 | 63:9 66:4 99:17 | 101:1 102:8 | **thoughts** 32:1 | **Tom** 30:6 |
| 77:2 136:8 | 102:3 116:15 | 104:11,15 105:22 | **three** 15:16 167:15 | **tomorrow** 226:15 |
| 138:10,21 139:6 | 122:14 126:20 | 128:4 140:14 | **threshold** 69:17 | 230:19 |
| 139:7,12,20 | 129:8 130:8 | 147:2 148:15 | 71:21 77:6,14,15 | **top** 169:22 170:3 |
| 140:14 150:13,14 | 136:12 143:11 | 173:16 | 82:8 | 188:22 |
| 152:2,9,14 | 195:4 202:6 | **third-party** 20:2,3 | **tiered** 131:1,13 | **topics** 16:4 19:5 |
| 153:16 156:5 | 207:10 227:17 | 20:14 22:14 32:7 | **Tim** 9:7 | **total** 86:9 |
| 158:3 159:19 | 229:12 | 32:14 35:3,18 | **time** 8:5,13 9:21 | **Tower** 6:6 |
| 160:5 161:18 | **think** 19:13 30:19 | 36:22 37:7 45:22 | 11:8 13:19,19,20 | **track** 207:10 |
| 169:18 183:21 | 32:16 33:17 37:3 | 47:2 48:1 50:2 | 15:10 27:11,14 | 208:22 209:2,4 |
| 184:3 201:15 | 37:12 41:3,14 | 54:18,21 55:12 | 27:18 29:2 42:1,4 | **tracking** 210:20 |
| **text** 180:2 | 51:8,14,19 52:20 | 56:14 57:22 | 54:13,16 56:22 | **trade** 60:18 90:2 |
| **thank** 59:4 120:9 | 53:8 55:17 67:20 | 58:13 69:2 70:4,7 | 56:22 85:4 96:20 | 92:2,4,5,14,19 |
| 152:18 158:8 | 73:12 77:7,22 | 70:21 83:3,5,11 | 97:1 108:19 | 94:18 95:21 |
| 170:2 200:9 | 87:11 91:8,11,13 | 83:17 84:5 85:9 | 123:20 129:12,19 | 115:8,10,15 |
| 217:21 | 92:8 96:3 97:18 | 101:5,15,22 | 129:22 135:7 | 116:1,8,21 129:4 |
| **theorem** 41:20 | 102:3 105:1 | 102:12 103:3,12 | 143:15 148:6 | 129:6 214:4 |
| **theoretical** 71:9 | 112:10,22 114:22 | 104:2,8 106:6 | 150:22 161:22 | 220:12,13 |
| **theories** 39:3 40:14 | 118:19 122:9 | 107:13 108:3,10 | 162:1 165:11 | **tradeoff** 218:11 |
| **theory** 41:4 49:12 | 123:20 124:4 | 108:19,21 111:19 | 169:6,7,11 | 225:10 |
| 50:6,9 63:12 72:2 | 125:1,14 126:6 | 111:21 113:16,20 | 199:18 204:2,5,8 | **trades** 24:2,19 |
| 96:5 120:6 | 127:5 131:21 | 114:3,14,17,19 | 207:11 213:17 | 82:17 93:4 |
| 126:22 139:13,21 | 139:2 140:4 | 118:11,13 127:22 | 219:21 222:9,16 | **trade-off** 205:14 |
| 147:12 153:17 | 142:19 154:19 | 136:9 137:5,10 | 222:20,21 224:3 | 222:21 |
| 155:1 193:5 | 156:5,7,16 157:2 | 138:17 140:22 | 227:8,15 228:18 | **trade-offs** 66:12 |

221:7 230:3
**trading** 66:11
**train** 76:6
**training** 62:6 90:17
  141:19
**transaction** 49:20
  59:8
**transcript** 157:21
**translates** 202:22
**treat** 122:21 198:11
**treated** 211:15
**treatment** 194:12
  194:13 195:3,7
  195:21 197:16
  198:2,22 202:15
  203:14
**treatments** 39:14
  197:20
**tried** 82:18
**true** 25:8 26:16
  36:7 59:15 61:18
  62:2,4,11 63:5,21
  64:14 68:15 70:9
  70:12 77:3 79:11
  88:15 92:7
  100:17 113:1
  115:14,16,20
  121:17,21 130:20
  142:12,22 178:17
  201:4 211:1
  214:21 222:10
**try** 32:18 40:12
  128:3 135:9
  179:11 220:14
**trying** 16:9 22:16
  42:19 43:22 68:1
  102:3 120:15
  125:20 127:8
  146:6 155:13
  168:17
**turn** 61:15 62:16
  69:6 74:7 89:10

117:8 132:2
  136:16,18 137:14
  152:3,13 154:14
  158:9 162:12,19
  169:22 171:20
  175:21 187:14
  188:22 192:3
  201:2 202:3
  204:14
**turns** 142:21
**tutorial** 7:10 31:6,9
  31:10,15 78:4
**two** 15:16 16:3
  31:4 33:17 55:12
  55:16,18 74:9
  91:11 99:16
  102:3,21 104:14
  106:7 118:15,20
  118:22 119:12
  122:14 125:22
  126:12,20 129:8
  166:9 167:6
  214:17 223:8
**Tyler** 2:11 8:20 9:1
**type** 17:15 18:14
  72:22 80:16
  144:14 191:10
**types** 36:15 94:19
  116:17
**typically** 58:8
  69:21 221:21
  222:1
**T-33** 6:7

---
         **U**
**ultimate** 117:5
  194:3
**um** 181:17
**umbrella** 39:12
**Um-hum** 38:19
  67:15 95:3 114:9
**unable** 21:4
**unclear** 215:16

**uncollected** 135:3
  135:17
**uncomfortable**
  223:2
**underlying** 81:19
  82:14 194:14
**underpaid** 135:16
**understand** 21:5
  23:2 24:9 25:20
  35:2 44:8 48:14
  48:17,18 49:17
  50:5 59:1 72:21
  78:19 81:22
  90:10 92:8 95:10
  99:18 103:22
  108:13 117:11,20
  117:22 118:5,10
  119:11 120:15
  125:5,20 128:14
  133:1 138:17,19
  142:14,16,17,20
  143:2 145:22
  150:18 160:19
  166:17 169:1
  187:17 200:7
  203:2 208:11
  214:5 227:20
**understanding**
  17:17,18 18:20
  20:13 22:6 23:13
  23:17,19,20 24:3
  24:7 27:16 35:12
  36:11 37:1,8 49:3
  50:13 57:19
  58:11,15 59:6
  64:16 71:4,17,19
  72:10 82:3 84:3
  85:1,18,22 92:17
  113:19 117:14,17
  117:21 118:14,17
  120:12 121:1,3
  125:18 126:13

128:15 131:8
  132:15 133:7
  160:18 172:19
  177:17 183:7
  197:19 207:17
  212:7 216:5,10
  217:1 221:19
  222:7
**understandings**
  210:22 211:2
**understood** 22:16
  23:1 34:21 50:14
  50:17,21 91:4
  92:12 99:16
  102:21 146:12
  150:13
**undertake** 144:14
**undertaken** 132:11
  132:13 141:16
  161:7
**undertaking** 11:15
**unfeasible** 207:20
**unique** 41:1
**unit** 204:14 218:11
  218:11
**United** 1:1 8:11
  159:2 177:14
**units** 86:10 204:19
  225:10,15
**University** 33:13
**unobservable** 48:5
**unreasonable**
  123:13
**unrelated** 139:12
**unreliable** 181:20
  182:3
**unresponsive**
  218:8
**unweighted** 173:14
**unworkable** 125:4
**upper** 48:19
**use** 20:14,15,17,18

36:12 38:20 47:2
  53:11 67:3,6
  72:10 87:1
  107:16 110:15
  112:19 113:6
  115:3 123:3
  131:6 134:14
  140:20,22 141:22
  147:7 148:7
  154:9 166:13
  167:9,9,20,21
  186:5 189:15
  216:6,7
**useful** 36:14,16
  97:13 154:19
  176:18
**usefulness** 154:16
**user** 68:5
**uses** 66:21 71:21
  95:15 118:22
  125:18 209:14
**usually** 97:19
**utilization** 197:4
  199:5,11,15
  201:16 202:17
  224:11,13
**utilize** 104:12
  106:6 133:11
  195:10 203:11
**utilized** 97:7,11
  149:17 182:16
  210:6 214:20
**utilizing** 161:9
  198:3

---
         **V**
**VA** 215:13
**valid** 141:15
**validate** 21:19
  97:16
**validated** 64:17
**variability** 115:22
  116:3,7 175:15

178:9,17 190:5
  190:11
variables 190:3
variation 116:4
  172:6
varies 214:13
variety 12:19 13:7
  34:6 35:13 54:22
  63:13 176:10
various 35:3 37:8
  62:22 89:16
  95:20 108:19
vary 90:7 115:8
  177:21
vastly 90:2
verify 22:16
versus 110:18
  195:17 196:12
  198:6
vice 152:4,14
VIDEOGRAPH...
  1:12
videographer 6:12
  8:3,3 9:19 54:13
  54:16 96:20 97:1
  129:19,22 169:7
  169:11 204:5,8
  231:1
videotape 8:8
view 57:5,6 125:5
  140:20 143:16
  154:3 173:13
  182:2,4,6,15
  184:5 197:9
  207:18 208:6
  211:14 212:16
  215:12
views 71:5
violated 82:7
virtue 201:10
  214:19
voice 8:14

volume 90:18
  91:12 101:6
  166:4,19 173:12
  173:19,22 174:1
  174:4 178:2
  214:18
volumes 174:8

─────── W ───────

WAC 37:1,8 57:15
  57:17,18 58:1,2,9
  58:13,19 59:6,13
  59:17,18 60:1,8
  109:20 110:1
  162:21 163:18
  164:12,14,18,19
  212:6,8,14
  216:22 217:3,5
  217:12 218:3
  219:8,10,12,18,20
  220:1,4,16,22
  221:1,11,21
  222:2,3,4,11,14
  222:16,19 223:12
  223:16 224:5,10
  224:18,20 225:4
  225:13,14,15,19
  225:22 226:6,7
  226:10,11,15,17
  226:21 227:4,8
  227:21 228:2,10
  229:3,3,4,18
WACs 211:21
Wait 93:14
want 22:12 54:5
  67:13 71:3 75:20
  76:20 78:5 86:16
  95:14 96:8,15
  102:2,21 118:1
  119:10 121:4
  126:18 129:15
  156:17 157:2
  162:13 164:20

169:4 176:7,21
  182:13 190:14
  203:22 212:10
  227:19
wanted 102:18
  130:2 146:17
Wardwell 3:12 9:6
warranted 186:2
Warrick 5:10 9:14
Washington 3:5
wasn't 114:11
waste 40:10,19
  44:16
watches 104:1
water 120:9
way 19:12 28:1
  29:4 33:3 40:13
  54:1 65:7,12 68:8
  68:19 69:4 71:20
  77:7 85:17 97:14
  100:16 103:6
  105:3 122:4,16
  123:10,10,13
  130:10 131:1
  138:16,20 141:15
  143:14 145:2
  147:13,20 150:9
  173:13 174:6
  183:7 192:2
  210:1 216:6,10
  225:8
ways 210:14
wear 182:22
Webb 2:11 8:20
  9:1
wedge 229:13
Wednesday 1:20
week 207:2,6,11
weekly 206:20
  207:16
weigh 91:19
weight 174:4

weighted 173:7,12
welfare 41:17,20
  42:20 43:4 44:7
  44:11,12,13
well-positioned
  194:20
went 58:7 73:18
  75:19 92:9 94:21
  94:21 100:1
  134:2 224:21
Wexler 14:1
we'll 75:22 96:18
  230:18
we're 8:6,7 40:18
  54:17 55:15 71:3
  94:13,19 97:2
  102:1 124:10,10
  129:9 130:1
  165:6,22 167:20
  167:21 169:12
  172:18 174:1
  181:13 204:9
we've 37:2 61:10
  96:8 136:5
wfcavanaugh@p...
  2:18
white 183:13
wholesale 1:5 8:10
  185:13 187:22
  188:9 189:3,6
wholesaler 57:19
wholesalers 58:17
  58:20,22 59:10
  222:5
wide 12:19 13:7
  34:6 35:13 63:13
  176:10 190:11
widely 111:13
  209:18 211:22
widespread 78:10
  83:22 106:15
William 2:12

willing 44:5 217:13
  218:4 225:18
  227:12
willingness 33:1
  44:15,17
wish 19:18
witness 1:13 7:2
  9:22 10:2 81:5
  89:12 124:6
  130:2 132:3
  137:15 138:2
  153:21 154:11
  155:17 157:16
  162:14,15 176:6
  185:4 188:16
  204:3 230:22
witnesses 140:11
  150:14 156:6,13
Witt 5:15 9:17,17
wonder 80:12
word 103:19
  159:20
words 53:9
work 11:14,19
  13:18 16:15
  21:13 29:18
  30:19 32:11
  33:21,21 52:14
  70:19,20 78:22
  89:5
workable 122:1
  123:21 124:19
worked 13:15 30:1
  30:7,17 37:15
  79:6,21 122:9
  130:4
working 29:16
  30:3 79:10 104:8
  130:5
works 18:4 70:3
  78:7,13,21 79:14
  79:15 86:1 96:17

140:5 156:15
216:9
**world** 97:8 104:19
  143:10 206:13
  210:10,16,17
**worth** 166:21
**wouldn't** 42:12
  59:19 116:6
  121:1,17 130:17
  150:4 166:20
  167:18 173:9
  174:21 202:8
  211:1 225:7
**writing** 12:7 14:19
  36:18
**written** 7:10 27:15
  78:4 97:10,12
  172:16
**wrong** 26:17
  118:18 200:14
  212:16,19 213:2
  219:22
**wrote** 14:21 17:12
**Wyoming** 158:4,7
  158:12,17 160:15
  160:22 161:6

**X**
**x** 1:3,7 7:1,6

**Y**
**yardstick** 48:18
  52:9,10 53:18
  67:7 110:18,20
  118:11,12,12
  125:18
**yardsticks** 118:15
  118:22 119:12
**yeah** 32:9 54:6 59:2
  59:4 76:12 94:6
  125:20 131:19
  134:13 137:19
  185:3 209:18

212:21
**year** 56:9 106:3
**years** 39:1 53:14
  103:22 107:3
  123:15 131:4
  162:17
**yesterday** 183:1
**York** 2:15,15 3:15
  3:15 4:5,5
**Young** 6:15 152:11
**Young's** 34:10
  136:13

**Z**
**zero** 117:12 120:5
  120:6,12,19
  121:11 166:22
  222:21
**Zofran** 109:12
**Zoladex** 167:21
**Z-O-F-R-A-N**
  109:12

**$**
**$1,000** 82:11
**$10** 166:21
**$100** 226:15,16
  229:20
**$131** 150:6
**$15** 167:3
**$20** 167:2

**0**
**001** 7:8 10:12,13,15
  10:16
**002** 7:9 61:8,9,11
**003** 7:10 78:2,4
**004** 7:11 88:16,17
**005** 7:12 136:4,5
**006** 7:13 139:4
**007** 7:14 151:22
  152:1
**008** 7:16 158:1,2

**009** 7:17 161:19
**01-CV-12257-PBS**
  1:6
**010** 7:4,8,18 169:10
  169:14
**011** 7:19 179:2,3
  183:14
**012** 7:20 180:22
**02110-2624** 5:6
**02116-5092** 6:8
**061** 7:9
**078** 7:10
**088** 7:11

**1**
**1** 69:14 78:22
  135:21,22 222:5
  222:7
**1:00** 96:17 129:10
**1:51** 129:22
**10** 69:7 96:7 119:6
  132:2 152:14
  179:5
**10:27** 54:13
**10:48** 54:16
**100** 28:15,17 93:21
  99:19,22
**10017** 3:15
**10022** 4:5
**10036-6710** 2:15
**11** 163:8,13
**11/6/92** 7:18
**11:49** 96:20
**11:59** 97:1
**111** 6:17
**1133** 2:14
**12** 162:12,19,20
  163:7,13 183:16
  183:17
**12th** 45:5
**12:00** 96:8
**12:47** 129:19
**1201** 3:4

**13** 137:17,21 170:5
  174:8
**136** 7:12
**139** 7:13
**14** 192:4 201:2
**1456** 1:4
**15** 94:10
**151** 7:15 152:13,17
**158** 7:16
**16** 81:4
**161** 7:17
**169** 7:18
**17** 132:4 137:16,18
**179** 7:19
**18** 94:10
**180** 7:20
**1818** 2:4
**19** 81:20 158:10
**19103** 2:5
**1960s** 85:1
**1990s** 57:2 91:3
  117:10 191:2
  209:16 211:22
  213:18,19
**1991** 89:18,22
**1992** 169:14 170:10
  177:11,12 184:6
  184:15,18 185:19
**1994** 88:18 89:22
  93:11
**1996** 179:5 180:13
**1997** 183:17 184:5
**1998** 197:13

**2**
**2** 62:17 63:9 162:22
  163:10,20 170:1
  170:3 176:1,2
  185:5 186:11,12
  186:12,13,15
  222:7
**2.10** 93:11
**2:46** 169:7

**20** 60:7 96:12
  149:11 164:12
  231:15
**200** 5:16 6:7 99:19
  99:22
**20004-2401** 3:5
**2002** 103:18
**2003** 56:10
**2004** 136:6 160:5,7
  160:22 161:7
**2005** 112:4
**2006** 1:20 8:5
**202.662.5685** 3:6
**202.778.5685** 3:7
**212.336.2000** 2:16
**212.336.2222** 2:17
**212.450.3766** 3:17
**212.450.4766** 3:16
**212.918.3100** 4:7
**212.918.3506** 4:6
**21202** 6:18
**215.496.0300** 2:6
**215.496.6611** 2:7
**22** 1:20 8:5
**24** 162:17
**25** 60:7 94:9 149:11
**2500** 2:4
**2555** 4:14
**29** 72:2,13 73:1,13
  77:15 192:4
  197:5 199:6

**3**
**3** 64:7 78:6 152:19
  171:21 172:11
**3:10** 169:11
**30** 39:1 48:20,21,22
  71:21 72:11
  74:11 94:7,8
  99:20 100:1
  126:11 136:6
**30.4** 74:2
**30.5** 73:19

**30.6** 74:1
**31** 72:3,14 73:1,13
   73:18 77:16 82:5
   197:5 199:8
**312.861.2148** 5:18
**312.861.2200** 5:19
**34** 82:5
**37-year-old** 130:4

---
**4**
---
**4** 158:5
**4th** 1:19
**4:05** 204:5
**4:17** 204:8
**4:54** 231:1
**4:56** 231:4
**40** 39:1
**450** 3:14
**46** 89:10

---
**5**
---
**5** 61:15 129:16
   135:20 146:15
   162:15
**5:00** 230:13
**50** 94:5 146:16
   163:1,21 164:7,8
   164:12,14,18,19
   165:2,4,5

---
**6**
---
**6** 69:7 119:6 152:3
   162:15 169:14
   204:10,12
**60** 163:10
**60s** 84:20
**60601-6636** 5:17
**617.425.3000** 6:9
**617.425.3132** 6:10
**617.951.7049** 5:7
**617.951.7050** 5:8
**64108-2613** 4:15
**67** 94:1

---
**7**
---
**7** 61:16 74:7
**72** 180:16

---
**8**
---
**8** 136:18,20 158:9
   187:14,18,19
   188:4 189:19
**816.421.5547** 4:17
**816.474.6550** 4:16
**83** 171:21
**875** 4:4

---
**9**
---
**9** 158:10 188:22
   230:18
**9:30** 1:20
**9:31** 8:5
**90s** 149:8 210:3
   211:17
**900** 188:3,5
**92** 123:17,19
**93** 180:16
**95** 132:7
**97** 136:16 137:14
   137:18
**98** 123:17,17,19
   137:17,21 138:3
**99** 78:7,13,21 79:13
   79:15