Meredith  Rosenthal, Ph.D.CONFIDENTIAL                February 23, 2006
Cambridge, MA

389

1  exactly the kind of behavior that has been alleged
2  to be fraudulent.
3      Q. Are you familiar with the economic
4  literature on list prices?
5      A. I am not sure what literature you're
6  talking about here, but this is a context in which
7  there is third-party payer paying the list price,
8  and the physician is paying a discounted price.
9          So I am not sure if the literature
10  you're talking about is relevant.
11     Q. Did you know that BMS does not report ASPs
12  to the publications?
13         MR. MACORETTA: Objection.
14     A. I have understood that some of the
15  manufacturers report WACs or -- I know they use a
16  different term for it, but what we have discussed
17  before I would call a WAC.
18     Q. IMS reports a list price --
19     A. Okay. Yes. The list price.
20     Q. What is the purpose of a list price?
21         Do you have an understanding of what
22  the purpose of a list price is?

390

1      A. My understanding is that one of the
2  purposes of that list price, that BMS was aware
3  of, is that the third-party payers need some
4  benchmark for reimbursement.
5      Q. I am not asking you about this particular
6  situation.
7          Do you have -- do you as an economist
8  have an understanding of the purpose of a list
9  price generally?
10     A. List prices may have many different roles
11  in other markets.
12         It may -- as we discussed yesterday,
13  there may be simple economics of price
14  discrimination, and a list price is potentially
15  the price for the least elastic buyer.
16     Q. List prices are very, very common
17  throughout the American economy, correct?
18     A. That is correct, but the situation is very
19  different in most segments of the economy, where
20  there is not third-party reimbursement.
21     Q. Is it correct that list prices typically
22  do not reflect discounts?

391

1      A. I would judge that the term "list price"
2  would suggest that it does not reflect discounts.
3      Q. And are there economic justifications, in
4  your view, for keeping discounts confidential?
5      A. There are economic theories with regard to
6  the benefits of price discrimination.
7          These are theories that -- for which
8  -- it's not conclusive what the result is.  There
9  can be cases in which keeping discounts secret has
10  economic benefits.
11     Q. Do you disagree with Dr. Burnt's statement
12  -- and I think he may have been quoting somebody
13  else -- that the best discount is the secret
14  discount?
15     A. I think it's Figlot's, but I am not a
16  hundred percent sure.
17         Do I disagree with him?  There are
18  cases in which secret discounts can yield positive
19  effects for the economy as a whole, and I believe
20  he cites that literature.
21     Q. Well, assuming, as the information that
22  you have in front of you suggests, that BMS

392

1  reported a list price to the industry
2  publications, and BMS had significant sales at or
3  about list price, as Dr. Hartman's calculation of
4  the ASPs for Etopophos would suggest, is there
5  anything that BMS should have done differently in
6  this situation?
7      A. I'm afraid I don't have an opinion as to
8  what BMS should have done differently.
9          My opinion is that there are economic
10  incentives to raise these AWPs relative to the
11  discounted price offered to providers and that's
12  not about price discrimination.  That's about the
13  fact that the list price is paid by a separate
14  party reimbursing the intermediate purchasers.
15         Do I have an opinion about what they
16  should have done?  The allegations here suggest
17  that something was done in a legal sense
18  fraudulently, but I don't have an opinion about
19  what they should have done.
20     Q. Well, if BMS had retained you to advise it
21  and said to you, "Look, you know, we want to do
22  the right thing.  We want to be a good corporate

Meredith Rosenthal, Ph.D.CONFIDENTIAL                 February 23, 2006
Cambridge, MA

393

1   citizen. We are coming out with this new
2   product. We have to come up with a list price."
3         Would you have told it to do anything
4   differently from what it did here?
5      A. I am not sure if I can answer that
6   question. I just don't understand what you are
7   getting at.
8      Q. Well, based on the information that you
9   have in front of you, are you in a position to
10  opine that BMS intended to deceive any class
11  members in the way it priced Etopophos?
12     A. My opinions here are that the
13  reimbursement system set up incentive for BMS to
14  do so; and in looking at the spreads, there is --
15  it clearly was done, and also looking at
16  defendant's own characterization of the market
17  incentives, it suggests to me -- I conclude that
18  there was a competitive strategy here to inflate
19  the AWPs.
20        If I were advising BMS, it would be
21  sort of ethically -- the appropriate strategy
22  would be to report the AWP that represented the

394

1   transactions.
2      Q. We are not talking about AWPs. We are
3   talking about wholesale list price.
4      A. I'm sorry.
5      Q. BMS came up with a wholesale list price--
6      A. Wholesale list price --
7      Q. -- and are you suggesting that coming up
8   with a wholesale list price of $99.31 and then
9   offering introductory discounts below that list
10  price of less than 10 percent is somehow
11  economically undesirable behavior?
12     A. I don't distinguish the scenario you are
13  talking about from the broader notion of reporting
14  AWPs consistent with what is actually paid by the
15  physicians, and so I would say that that behavior,
16  which was about gaining market share at the
17  expense of the third-party payers, still conforms
18  with the general theory here.
19     Q. Do you know whether BMS gained any market
20  share as a result of the way it priced Etopophos?
21     A. I have not estimated that, no.
22     Q. Do you know whether BMS made any money on

395

1   Etopophos?
2      A. I do not know that.
3      Q. Would it surprise you to know that
4   Etopophos was most of the spectacularly
5   unsuccessful products in BMS's history?
6         MR. MACORETTA: Objection.
7      A. It wouldn't surprise me, because I did not
8   have an expectation about it.
9      Q. Are you saying that you think there is
10  some obligation or economic imperative that
11  requires sellers to adjust their list prices in
12  order to reflect the extent to which they are
13  discounting?
14     A. The theory here is that there was a
15  strategic action by the manufacturer that resulted
16  in the third-party payers paying a greater amount
17  than they would have had they reported an AWP that
18  was consistent with the ASP, the discounted price.
19        I'm not altogether comfortable with
20  the way you've couched this in sort of right or
21  wrong.
22        I am talking about a set of economic

396

1   incentives, economic behavior. I have assumed the
2   allegations, the legal allegations of fraud here
3   as part of my report.
4      Q. Are you aware of any industry in which
5   sellers change their list prices to reflect
6   discounts?
7      A. Again, there are no other industries that
8   I can point to for which I'm aware of any such
9   list prices where there's third-party
10  reimbursement that is tagged off of that list
11  price.
12     Q. Are you aware of any economic literature
13  which suggests that sellers should change their
14  list prices to reflect discounts?
15     A. This term "should," again, I guess doesn't
16  have any particular economic meaning for me.
17        "Should" in an economic sense would be
18  profit-maximizing, but that's not necessarily -- a
19  firm can be profit-maximizing inside or outside of
20  the law.
21     Q. Are you aware of any economic literature
22  which establishes a yardstick for maximum

Meredith Rosenthal, Ph.D.CONFIDENTIAL                    February 23, 2006
Cambridge, MA

---

397

1  discounts such as Dr. Hartman's 30 percent?
2      A. I am not sure if I would interpret
3  Dr. Hartman's yardstick as the maximum discount.
4      Q. Well, if the judge were to issue an order
5  adopting Dr. Hartman's yardstick, all spreads of
6  30 percent or less are okay, all spreads of
7  greater than 30 percent are not okay, what do you
8  think would happen from an economic standpoint?
9          MR. MACORETTA: Objection.
10         Go ahead.
11     A. I see your implication that should the law
12 find that this is the line, that list prices would
13 need to stay within 30 percent, so then by
14 definition of the discount as the difference
15 between the list price and what the providers pay.
16         Again, this is a somewhat unique
17 market, and we are not talking about used cars
18 here, where the third-party payer is paying the
19 list price.
20     Q. What do you think would happen if the
21 judge entered an order saying discounts 30
22 percent or below are okay, discounts above 30

---

398

1  percent are not okay?
2          MR. MACORETTA: Objection.
3      Q. What do you think would happen from an
4  economic standpoint?
5      A. I --
6      Q. How would the marketplace react to that?
7      A. I would guess that discounts relative to
8  the list price would not exceed 30 percent.
9      Q. And do you think that as a result of
10 competitive forces in the marketplace what would
11 basically happen is manufacturers would create a
12 situation where the difference between AWP and
13 ASP in most situations was 30 percent?
14         MR. MACORETTA: Objection.
15         You can answer.
16     A. It's not altogether clear what would
17 happen.
18         In terms of the relative discounts, I
19 am not sure why you think they would all go to 30
20 percent, unless 30 percent had been an absolute
21 floor before.
22     Q. Let me ask you to take a look at your

---

399

1  tutorial --
2      A. Yes.
3      Q. -- which is Exhibit Rosenthal 003.
4      A. Thank you. I have it. Thank you.
5      Q. Page 8.
6      A. Okay.
7      Q. First paragraph, second sentence, you say,
8  "Thus, a manufacturer's rational economic
9  response in this setting is to set transaction
10 prices to be profit-maximizing and set AWP as
11 high as possible to increase physician profits
12 and thereby the demand for their drug."
13     A. Yes.
14     Q. If there were this 30 percent ceiling
15 imposed by law, what do you think the
16 manufacturers' natural economic response to that
17 would be?
18         MR. MACORETTA: Again, objection.
19 Incredibly hypothetical, but go ahead.
20     A. I think what could happen -- it's a little
21 unclear, but given that there are discounts below
22 30 percent now, in many cases, many drugs are 20

---

400

1  percent discounted below the average wholesale
2  price, if you will allow me to use that as a
3  benchmark, there would still be drugs that are in
4  that range.
5          I would assume if there were severe
6  legal penalties, as it seems you are suggesting in
7  your scenario, that manufacturers would not
8  discount any more than 30 percent below.
9          Now, of course, the entire AWP might
10 shift as well.
11     Q. Well, let's say we have two products. I'm
12 sorry. Strike that.
13         Let's say we have two manufacturers
14 offering competing products --
15     A. Yes.
16     Q. -- and let's say that the ASP for both of
17 these products is a hundred dollars --
18     A. Okay.
19     Q. -- and let's say that manufacturer one in
20 order to gain a competitive advantage over
21 manufacturer two creates a spread of 10 percent.
22     A. Okay.

---

Meredith  Rosenthal, Ph.D.CONFIDENTIAL           February 23, 2006
Cambridge, MA

401

1     Q. What do you think manufacturer two is
2  going to do?
3     A. I'm sorry, in what scenario?
4     Q. In response to the competitive advantage
5  that manufacturer one has just achieved by
6  creating a spread of 10 percent.
7     A. So then --
8        MR. MACORETTA:  Objection.
9        Go ahead.
10     A. -- the notion of competition here is tit
11  for tat.  So one increases the spread.  The other
12  increases the spread.
13     Q. Okay.  And if you had a 30 percent
14  ceiling, you would expect them both to
15  eventually, as a result of competitive forces, to
16  increase their spreads to 30 percent, correct?
17     A. Right.
18     Q. And then once you get to that point, is
19  there any way that they can compete against one
20  another?
21     A. So, again, assuming that it was in -- in
22  the imaginary-litigation world, assuming that it

402

1  was optimal to set their spreads at 30 percent in
2  the first place, all these things involve marginal
3  tradeoffs.
4        Then this imaginary litigation that
5  stopped the world at 30 percent would be a ceiling
6  for those manufacturers who didn't find it better
7  to stop before then, and obviously many
8  manufacturers have not inflated their drugs.
9        So that would limit the AWP inflation
10  relative to that ASP at 30 percent, and therefore,
11  the AWPs would not rise any more relative to that.
12     Q. Once they got that 30 percent ceiling --
13     A. Yes.
14     Q. -- if they wanted to compete by making
15  their offering more attractive to the provider,
16  how would they do it?
17     A. Excuse me.  They would reduce both their
18  ASP and AWP.
19     Q. Isn't it more likely what they would do
20  under that scenario is they would raise their ASP
21  because 30 percent of a larger number would mean
22  more money for the provider?

403

1     A. It would depend on the particular scenario
2  that you are talking about in terms of the
3  dollars.
4     Q. Have you considered whether Dr. Hartman's
5  yardstick theory, if implemented in real world,
6  would result in higher prices?
7     A. No, I have not.
8     Q. In the example I just gave you,
9  Dr. Hartman's yardstick theory could very well
10  result in higher prices, correct?
11     A. You could generate an example that would
12  do that.
13     Q. And that would not be economically
14  beneficial to consumers?
15     A. Presumably not.
16     Q. What do you mean by the phrase "rational
17  economic response" on Page 8 of your tutorial,
18  which is Exhibit Rosenthal 003?
19     A. Profit-maximizing, taking account of the
20  available information that they have in the sets
21  of reimbursement mechanisms in place.
22     Q. In other words, given the way the system

404

1  has been set up, this is the way that you would
2  expect any rational economic actor to behave?
3     A. From a purely economic perspective, yes.
4     Q. Even if there were no intent to deceive,
5  this is what you would expect to happen for
6  competitive reasons, correct?
7        MR. MACORETTA:  Objection.
8        Go ahead.  You can answer.
9     A. Again, you've put a legal spin on an
10  economic notion that -- profit-maximization
11  doesn't really interact with that notion of intent
12  to deceive, which seems to be a legal notion.
13        So that profit-maximizing idea is
14  really purely an economic one.
15     Q. As I understand your theory, you are
16  saying that the incentives and the conduct that
17  you have observed are the result of a rational
18  economic response to the system in which the
19  manufacturers operate, correct?
20     A. That they are the result of the incentives
21  of the reimbursement system, but again, profit-
22  maximization, it's not a legal notion, and it

Meredith  Rosenthal, Ph.D. CONFIDENTIAL       February 23, 2006
Cambridge, MA

---

**405**

1  sounds like you are using it to justify a legal
2  term, and I am not prepared to -- I am not
3  qualified to make a legal opinion.
4      Q. Is it fair to say that the economic
5  behavior you observe is as consistent with
6  competition as it is with fraud?
7      A. A kind of competition --
8      MR. MACORETTA: Objection.
9      A. It's a kind of competition, competing for
10  provider decision-making, essentially.
11      Q. Given the model that you have created for
12  analyzing rational economic behavior, how would
13  you explain BMS's conduct with respect to
14  Etopophos?
15      A. I am not sure what you are talking about.
16      There is a spread in the case of
17  Etopophos in 1996.
18      Q. What you say -- what you say in your
19  report is rational economic behavior in this
20  context would result in some form of AWP
21  inflation, and you use Exhibit Rosenthal 015, the
22  launch plan for Etopophos as an example for that, and

**406**

1  you point to a page in which two strategies are
2  proposed:  One strategy, a reduction of Vepesid's
3  AWP; the second strategy, a premium list price
4  for Etopophos, and neither of those things
5  happened.
6      How do you explain that?
7      A. I point to this document as a recognition
8  of the incentives.
9      In no way does the theory say at all
10  times it will be the best strategy for every
11  manufacturer to raise the AWP.
12      There is evidence of a spread between
13  the AWP and the ASP.
14      Q. So what you are saying is your theory does
15  not depend on what actually happened in the
16  marketplace?
17      A. No.  That's not what I am saying.
18      What actually happened in the marketplace -- you
19  are sort of making an implication about a relative
20  spread, saying that if what happened didn't consist
21  of exactly what was in that memo, then there was no
22  spread, but there was spread.

**407**

1      And so for these drugs that -- for which Dr.
2  Hartman has produced the calculations that you've
3  seen, there were indeed spreads.  So
4  that's again consistent with my theory.
5      Now, looking at the specific spread that you
6  were looking for isn't there, but that just means
7  that tradeoffs may have been in a different direction.
8      MR. STEVENS:  Okay.  I am not going
9  to ask you any further questions at this time.
10      THE WITNESS:  Thank you.
11      CROSS-EXAMINATION
12  BY MR. DOVE:
13      Q. Good afternoon, Dr. Rosenthal.
14      A. Good afternoon.
15      Q. My name is Ron Dove, and I am a lawyer for
16  GlaxoSmithKline.
17      A. Hi, Ron.
18      Q. I would like to direct your attention to
19  Page 18, Paragraph 38 of your report --
20      A. Okay.
21      Q. -- and specifically to the graph for
22  Zofran.

**408**

1      Do you see that?
2      A. I do.
3      Q. Would you agree that the top line of --
4  the top line of that graph shows that the change
5  in AWP for Zofran over time from 1991 to 2003; is
6  that right?
7      A. Yes, I believe it does.
8      Q. Now, have you studied the Zofran price
9  increase that is reflected in this graph to see
10  how it compares with the rate of inflation during
11  that same time period?
12      A. No.  I have not.
13      Q. Would it surprise you if I told you that
14  in every year during that class period, the
15  actual AWP for Zofran was lower than would have
16  been the case if Zofran's AWP changed -- matched
17  inflation?
18      A. As I mentioned before, if you were going
19  to make that kind of deflation, you would need to
20  make with regard to the ASP as well as, and it
21  would have comparable effects; and to the
22  difference between them, it would continue to

Meredith  Rosenthal, Ph.D.CONFIDENTIAL          February 23, 2006
Cambridge, MA

409

1  diverge.
2      Q. I guess -- I don't really want to ask
3  about the discount line.  I don't want to ask
4  about spread.
5          I want to focus only on the AWP
6  increase --
7      A. Okay.
8      Q. -- line, and my question is pretty simple
9  one.
10         Would it surprise you if I told you in
11  every year during the class period the actual AWP
12  for Zofran was lower than it would have been the
13  case if Zofran's AWP change had matched
14  inflation?
15     A. I guess it would not particularly surprise
16  me.
17         I mean, I am certainly aware of what
18  the rate of inflation is roughly over this period.
19     Q. So that would not surprise you?
20     A. No.  It wouldn't surprise me.
21     Q. Have you studied the AWP increase for any
22  drugs in this litigation to see how those

410

1  increases compare with the rate of inflation
2  during this time period?
3      A. I did not think that to be relevant.  So,
4  no, I have not.
5          MR. DOVE: I have no further
6  questions at this time.
7          MR. MACORETTA:  We will take a break.
8          MR. CAVANAUGH:  We have one more.
9          MR. MACORETTA:  Let's go off the
10  record.
11         THE VIDEOGRAPHER:  The time is 2:51.
12  We are off the record.
13     (A discussion was held off the record.)
14         THE VIDEOGRAPHER:  Stand by.  The
15  time is 2:52.  We are back on the record.
16         CROSS-EXAMINATION
17  BY MR. MACORETTA:
18     Q. Dr. Rosenthal, I want to talk to you for a
19  second about some testimony you gave yesterday,
20  and for counsels' benefit, I am going to look at
21  Pages 15 and 16 of the rough draft of yesterday's
22  deposition.

411

1          Mr. Cavanaugh asked you early on in
2  your deposition whether or not you had talked to
3  any health and welfare plans, and I believe you
4  said you talked to the Taft Hartley Plan.
5          Do you remember that?
6      A. That's correct.
7      Q. Do you remember what the name of the Taft
8  Hartley plan was?
9      A. It was an Illinois area Taft Hartley Plan.
10  I am afraid I don't remember actually.
11     Q. Okay.  And then there was a discussion
12  about whether or not you talked to a Blue Cross
13  Plan that provided some services for that Taft
14  Hartley Plan.
15         Do you remember that?
16     A. That's right.
17     Q. Okay.  Did you talk -- did you attempt to
18  talk to anyone at that Blue Cross Plan?
19     A. At the end of the call, I mentioned that
20  it would be useful to talk to the Blue Cross Plan
21  that was the third-party administrator for the
22  Taft Hartley Plan, and that would have been Blue

412

1  Cross/Blue Shield of Illinois, I believe.
2      Q. Okay.  The transcript is unclear.
3          Mr. Cavanaugh says on page, "Do you
4  understand that one of the class representatives
5  in this case is a Blue Cross?"  And you answer,
6  "I do."
7          That's still true, right?
8      A. That's still true.
9      Q. Then Mr. Cavanaugh says, "Did you make an
10  effort to contact that Blue Cross organization?"
11         And your the answer in the transcript
12  -- your answer is "we."
13         So what is your answer to that
14  question?  Did you make an effort to contact a
15  Blue Cross that is class representative in this
16  case?
17     A. So I asked on this call with the Taft
18  Hartley Plan, I asked if we would be able to get
19  in touch with them, and I don't know what happened
20  with the follow-up.
21     Q. What Blue Cross do you understand to be a
22  class representative in this case?


Meredith  Rosenthal, Ph.D.CONFIDENTIAL          February 23, 2006
Cambridge, MA

---

413

1    A. I believe, in this case, it is Blue
2  Cross/Blue Shield of Massachusetts.
3    Q. Did you ever make any effort to talk to
4  them about anything?
5    A. No, I did not.
6        MR. MACORETTA:  There we go.
7        That's all the questions I have.
8  Mr. Cavanaugh may have some follow-up.
9        REDIRECT EXAMINATION
10   BY MR. CAVANAUGH:
11   Q. Would I be correct that, then, Doctor,
12  that you have had no communications and sought no
13  information from any class representative in this
14  case?
15   A. I haven't.
16       MR. MACORETTA:  I just said we talked
17  to Taft Hartley Plan, that used to be a class
18  representative.
19   Q. Any of the current class representatives?
20   A. I believe that must be my confusion.  They
21  would not be currently.
22       MR. MACORETTA:  Now we are going off

---

414

1  the record.
2        THE VIDEOGRAPHER:  The time is 2:55.
3  We are off the record.
4    (The deposition was adjourned at 2:55 p.m.)
5
6
7        _____
8        Meredith Rosenthal, Ph.D.
9
10   SUBSCRIBED AND SWORN before and to me
11  this day of _____, 20__.
12
13
14
15
16        _____
17        NOTARY PUBLIC
18
19
20
21
22  My Commission expire:

---

415

1  COMMONWEALTH OF MASSACHUSETTS )
2  SUFFOLK, SS              )
3
4    I, Deborah L. Roth, and Notary Public in and for
5  the Commonwealth of Massachusetts, do hereby
6  certify  that there came before me on February
7  23, 2006, the  person hereinbefore named, who was
8  by me duly sworn  to the truth concerning any
9  knowledge in this cause; that that person was
10  thereupon examined under oath,  and the
11  examination reduced to typewriting; and that the
12  deposition is a true record of the testimony
13  given by the witness.
14  I further certify that I am neither related to
15  nor employed by any attorney or counsel employed
16  by the parties hereto or financially interested
17  in the action.
18  In witness whereof, I have hereunto set my hand
19  this 23th day of February 2006.
20
21  DEBORAH ROTH, Notary Public
22  My commission expires: 2/7/08

---

Meredith Rosenthal, Ph.D.  CONFIDENTIAL  February 23, 2006
Cambridge, MA

1

**A**

abandoned 270:1
ability 248:8 251:4
  251:11 260:10
  308:10 314:18
  319:20 320:11
able 250:18 309:9
  325:8 329:22
  412:18
absence 318:18
absolute 242:10
  398:20
absolutely 290:13
  320:13
academic 359:14
  359:19 360:6
accept 382:22
access 336:22
  337:6
account 349:2
  369:16 370:14
  403:19
accounts 282:21
accrue 255:11
  268:15,18 388:20
accurate 296:10,12
achieved 401:5
acknowledge
  360:19
acquire 250:18
  332:15
acquired 333:20
acquiring 334:7
  365:14
acquisition 240:22
  241:3,11 243:1
  243:11 252:12
  266:13 306:4,14
  306:15 307:10
  316:8 327:7,14
  327:18 328:7,14
  328:17 330:7,16

330:19 331:1,10
331:14 332:2,3
332:15 333:9,18
333:21 334:1,5,8
336:12,16 337:1
337:7,12 343:17
344:5 356:18
364:6 365:2,20
373:5 374:17
action 232:4
  313:18 331:16
  395:15 415:17
actionable 331:8
actions 232:12
  303:18 308:10
  340:8
actor 404:2
actual 239:16
  240:22 241:10
  242:18 243:1
  249:10 292:5
  301:9 304:5
  306:14 326:10
  327:7,13 328:14
  329:6 331:14
  332:15 333:9,20
  334:1,7 337:1,12
  337:20 374:17
  378:5,6 383:22
  408:15 409:11
Adam 235:22
  274:14
adapted 267:14
addition 243:17
  additional 257:4
  264:8 266:9,12
  320:12 355:18
  361:4,11,14
  362:4 363:13
address 253:22
  274:16
addressed 362:18

388:13
adequate 374:19
  375:4,20
adjourned 414:4
adjust 395:11
adjusted 334:2
administer 282:4
administered
  309:14 310:13
  348:14
administration
  266:22 268:8
administrative
  237:13 267:10
administrator
  411:21
adopted 352:16
  353:8
adopting 397:5
adoption 353:16,22
  368:3
advantage 257:10
  376:3 400:20
  401:4
adversely 268:14
advise 392:20
advising 393:20
advisory 304:17
Aetna 268:20
  330:22 331:12
  335:9,13
affect 253:12
  269:16 347:17
afforded 331:3
afraid 392:7
  411:10
afternoon 350:12
  372:8,9 407:13
  407:14
agency 308:9,14
ago 238:17
agree 238:1,12

240:20 246:22
250:20 261:14
267:6 272:22
275:12,20 279:20
295:11,15 298:9
304:8 305:15
306:2 312:9,14
314:21 325:14,17
329:9 334:10
335:1 341:16
343:18 344:19
347:18,22 348:11
408:3
agreed 246:7
agreement 237:14
ahead 267:20
318:20 320:4
323:2 356:13
365:16 397:10
399:19 401:9
404:8
aimed 273:20
albuterol 343:1
allegation 258:15
allegations 341:15
354:20 356:4
357:4 388:22
392:16 396:2,2
alleged 322:10
323:1,7,13 389:1
allow 315:14
339:13 340:19
341:7 400:2
allowed 333:15
339:16
allowing 243:14
341:7
allows 339:20
all-else-equal
253:15
alter 333:10
altered 334:18

altering 345:4
alternative 255:9
376:6 384:7
altogether 395:19
398:16
ambiguity 325:7
amend 342:10
American 314:3
390:17
Americas 233:12
amount 256:12,14
276:19 322:8,10
322:13 323:12
333:15 337:19
339:12,21 340:18
346:13 349:19
395:16
amounts 276:4
analogy 241:7
340:7
analyses 351:7
analysis 245:1
252:19,21 253:8
254:3 258:11
260:20,21 264:6
265:8 268:4
272:14 285:8
286:13 287:5
320:18,20,22
321:20 323:5,6
353:14 354:8
355:19,20 357:21
359:18 363:21,22
366:17 369:5,14
378:16
analyze 278:15
analyzed 282:7,9
analyzing 360:3
405:12
and/or 354:5
annual 248:13
379:14

Henderson Legal Services
202-220-4158

Meredith Rosenthal, Ph.D.          CONFIDENTIAL                    February 23, 2006
                                    Cambridge, MA

2

| | | | | |
|---|---|---|---|---|
| **answer** 244:20 | 267:21 287:22 | 265:14,22 266:2 | 363:12 | **averages** 248:13 |
| 259:6 260:4 | **Argumentative** | 266:5 268:6 | **AstraZeneca-spe...** | **aware** 239:15 |
| 264:20 290:16 | 370:21 | 272:17 273:6 | 362:9 | 240:22 242:4,7 |
| 302:5 304:9 | **article** 328:21 | 281:12 376:19 | **asymmetric** 308:22 | 242:19,21,22 |
| 340:14 354:9,10 | 329:5 332:22 | 379:14,18 384:14 | 340:8 | 245:19 261:5 |
| 355:15 361:2 | 333:2,7 346:4,6 | 389:11 392:4 | **attach** 298:1 | 283:4,6 358:1 |
| 365:9 393:5 | **ascertaining** 326:9 | **assertion** 307:18 | **attachment** 236:11 | 368:6,8 390:2 |
| 398:15 404:8 | **ASCO** 243:18 | 336:22 | 236:20 291:9 | 396:4,8,12,21 |
| 412:5,11,12,13 | **asked** 263:4 280:3 | **assess** 348:17 | 379:2,3,11 | 409:17 |
| **answered** 370:19 | 303:9 304:1,2,21 | **associated** 347:4 | 380:11,15 384:18 | **awareness** 288:21 |
| **answers** 324:5 | 310:2 346:7 | **association** 254:13 | **attempt** 253:22 | **AWP** 236:17 |
| 325:4 | 350:15 357:12 | 301:5 311:11 | 287:1 300:2 | 243:15 244:11 |
| **Apeel** 233:10 | 359:7 370:6,11 | **assume** 304:21 | 328:12 332:9 | 245:4,5,6,8,9,13 |
| **apologize** 263:4 | 370:19 386:4 | 306:21 343:11 | 340:7 378:21 | 245:20 247:19 |
| 293:21 | 387:5 411:1 | 380:7 381:2,7 | 411:17 | 248:19 249:22 |
| **appear** 273:22 | 412:17,18 | 400:5 | **attempted** 283:20 | 250:6,17 252:8 |
| 298:12 326:17 | **asking** 248:17 | **assumed** 264:4,13 | **attempting** 270:12 | 252:11 253:18 |
| 329:15 383:22 | 285:15 303:17,19 | 265:21 362:15 | **attention** 275:9 | 254:9,19 255:1 |
| **appears** 286:8 | 310:4 339:17 | 386:7 396:1 | 372:16 407:18 | 255:11,12,15,21 |
| 329:13 361:10 | 390:5 | **assuming** 316:10 | **attorney** 415:15 | 256:7,10,12,16,17 |
| 367:1,2 383:14 | **asks** 303:21 | 354:19 357:3 | **attractive** 402:15 | 256:20,21,22 |
| **appendix** 308:4 | **ASP** 244:7,10,17 | 363:3 391:21 | **attributable** | 257:6,13,16,19 |
| **apples-to-apples** | 245:6,8,22 246:7 | 401:21,22 | 252:17 321:17 | 259:10,17 261:5 |
| 305:21 | 246:8 247:18,20 | **assumption** 265:12 | 322:4,5,20,22 | 262:22 266:18 |
| **applicable** 342:9 | 248:6,20 249:10 | 266:7 270:21 | 323:9,12 | 268:14 269:17 |
| **application** 344:13 | 249:17 263:3,7 | 271:2,5 307:1,3,5 | **attribute** 320:8 | 272:10 275:14,16 |
| **applications** | 266:3,20,22 | 307:7 332:14 | **automobile** 240:12 | 275:17 276:5 |
| 308:11 | 272:11 275:13,15 | 336:11,18 337:11 | **available** 240:17 | 279:8,22 282:20 |
| **apply** 260:22 | 278:10,12 279:8 | 344:1 | 289:19 303:1 | 284:20 285:1,4 |
| 375:12 | 282:12,21 283:11 | **assumptions** | 328:15,17,18 | 285:18 286:20 |
| **approach** 253:9 | 283:15,19,20 | 279:14 326:13,20 | 334:9,11 349:8 | 287:13 288:1 |
| 265:17 284:6,11 | 284:2,8 289:22 | 336:4,9,17,21 | 364:5 365:1,12 | 289:10,21 295:14 |
| 290:19 337:16 | 296:3 361:20 | 363:1 | 365:17 366:5 | 295:22 296:2,7 |
| **appropriate** | 365:8 366:22 | **assuring** 270:15 | 403:20 | 298:13 299:16 |
| 279:12 283:12 | 367:3 381:8 | **AstraZeneca** | **Aventis** 235:18 | 300:2,10,11 |
| 319:2 369:1 | 385:1 387:17 | 233:20 256:7,10 | **Avenue** 233:12,18 | 304:13,14,14 |
| 393:21 | 388:1,5 395:18 | 256:19 257:8 | 235:4,10 | 320:9 325:6 |
| **approximately** | 398:13 400:16 | 271:15 350:13 | **average** 232:8 | 326:19 327:5,8 |
| 324:17 367:16 | 402:10,18,20 | 354:14,16 355:1 | 244:17,18 249:10 | 327:15 328:3 |
| **area** 312:21 313:4 | 406:13 408:20 | 355:12 357:7 | 274:22 332:3 | 329:5,16 330:18 |
| 411:9 | **aspect** 380:16 | 358:1,22 359:12 | 382:15,18 387:14 | 331:22 332:1,1 |
| **argument** 267:18 | **ASPs** 246:15 | 360:15,20 362:19 | 400:1 | 332:12 333:14 |

Meredith Rosenthal, Ph.D.         CONFIDENTIAL                February 23, 2006
                                   Cambridge, MA

3

334:16,18 337:8
337:21 338:17,19
338:22 339:11
343:2,2,16 344:7
347:20 355:7
356:18 357:13,15
360:16,21 361:8
361:11,14,17,18
363:13 365:4,13
366:14,22 367:3
367:17 373:2,5
373:19 374:16
376:10 378:9
380:12,14 382:10
383:9,10,13,17
384:3 385:21
386:12,17,19,20
387:2 388:11
393:22 395:17
398:12 399:10
400:9 402:9,18
405:20 406:3,11
406:13 408:5,15
408:16 409:5,11
409:13,21
**AWPs** 246:14
247:17 248:5,9
249:16 265:15
272:17 273:7
281:12 288:13
392:10 393:19
394:2,14 402:11
**AWP-based** 255:3
333:22 334:2
**AWP-minus-30**
329:11
**a.m** 232:18 274:19

─────────────
         **B**
**B** 232:5 234:4
267:8 314:15
315:4 347:4,20
353:5

**back** 245:16 270:6
291:6 295:4,7
296:4 324:1,13
340:14 360:10
364:12 410:15
**backup** 351:5
**Bacon** 235:15
**bad** 346:8 347:3
348:15
**Baranski** 234:11
**Barons** 328:21
329:21 331:5
332:22 333:2,7
**barriers** 315:12,14
319:4
**based** 243:3 246:14
248:19 249:16
250:13 255:7
256:15 259:14
266:17 272:10
278:18 283:20
285:8 291:21
300:21 307:3
332:13 336:18
337:10 340:9
343:1,6,11 344:7
367:17 386:10
393:8
**baseline** 255:6
**basic** 264:10
**basically** 277:6
398:11
**basis** 246:10
248:16 249:5,5
249:12 285:3
303:18 304:2
307:15 321:10
331:10 333:4,8
333:11 337:2,4,9
356:7 373:3
**Bates** 373:18 374:4
**Batterymarch**

274:16
**began** 244:10
**beginning** 258:9
353:9 372:3
**begins** 284:17
**behave** 404:2
**behavior** 318:22
332:11 333:10
337:10 388:17,21
389:1 394:11,15
396:1 405:5,12
405:19
**believe** 246:1,7
248:1 251:13
264:14 269:18,19
277:17 278:18
279:21 280:1
283:11 284:17
286:6 291:16
296:12 300:22
301:14 302:6,14
306:17,20 315:9
319:6 340:10,11
351:11 353:6
355:16 358:15
360:11 363:12
371:3 374:3
379:21 381:4
391:19 408:7
411:3 412:1
413:1,20
**believed** 337:8
346:18
**Belknap** 233:11
**benchmark** 328:3
329:17 390:4
400:3
**beneficial** 403:14
**beneficiaries**
367:15 368:2,15
**benefit** 266:1,2,10
349:11,18 410:20

**benefits** 266:20
391:6,10
**Berman** 232:19
**best** 350:2 391:13
406:10
**better** 284:6,11
402:6
**beyond** 245:7
**bias** 271:8 301:2
302:13 303:17
**big** 346:1 373:4
**bill** 274:7 324:3
344:1,2
**billing** 343:22
344:9,11
**bit** 381:11
**Blue** 302:11,14,17
411:12,18,20,22
412:5,10,15,21
413:1
**BMS** 236:17
373:13,19 378:8
381:22 384:12
388:6 389:11
390:2 391:22
392:2,5,8,20
393:10,13,20
394:5,19,22
**BMS's** 395:5
405:13
**Bockius** 234:12
**body** 304:17
**Boston** 234:7
274:17
**bottom** 347:6
**Boulevard** 235:16
**bounds** 338:20
**box** 351:18
**brand** 341:20
**break** 274:9 323:17
371:3 410:7
**breaking** 324:8

**brief** 324:6,14
**briefly** 275:10
305:6
**Brien** 234:3
**Bristol-Myers**
235:6 372:11
379:4,13
**broad** 268:21
**broader** 394:13
**broadly** 262:20
309:15 314:18
327:11
**brought** 255:17
**build** 262:22
**built** 344:1
**bullet** 254:7
**Burling** 235:9
**Burnt's** 391:11
**business** 274:16
316:13
**but-for** 321:20,22
323:4 345:18
**buy** 241:15 388:8
388:16
**buyer** 239:20
240:13 390:15
**buyers** 306:18
**buys** 306:5,9

─────────────
         **C**
**C** 232:14
**calculate** 283:20
284:8 316:21
317:1
**calculated** 263:6
284:2 387:14
**calculates** 385:1
**calculating** 283:11
283:19 387:22
**calculation** 291:10
365:8 384:20
392:3
**calculations** 321:10

Meredith Rosenthal, Ph.D.          CONFIDENTIAL          February 23, 2006
Cambridge, MA

4

366:3 407:2
call 389:17 411:19
    412:17
called 252:10
    311:11 382:1
Cambridge 232:21
    275:4
captured 325:21
care 305:7 307:20
    387:21 388:2
carefully 252:19
Carolina 353:10
carried 380:18
carriers 351:19
    352:15,20 353:9
    354:1 363:15
carry 342:21
carrying 342:12
cars 397:17
case 234:21 255:16
    262:20,22 267:22
    274:3 276:15
    279:16 281:22
    314:2 316:8
    317:21 319:16
    320:5 328:8
    329:20 335:17
    337:6 340:8
    344:14 348:5
    351:6 354:20
    355:1,13 356:2
    356:11 358:9,18
    359:2,8 363:5
    364:3,16 369:18
    370:3 405:16
    408:16 409:13
    412:5,16,22
    413:1,14
cases 272:8 337:4
    391:9,18 399:22
cassette 371:5
    372:3

category 253:15
cause 378:18 415:9
Cavanaugh 233:9
    236:4 237:8,11
    237:22 274:10
    275:5 290:21
    291:7 323:16
    349:21 350:15
    351:12 360:19
    410:8 411:1
    412:3,9 413:8,10
Cavanaugh's
    359:15 361:17
    364:2
caveat 252:5
ceased 258:20
ceiling 399:14
    401:14 402:5,12
Center 352:12,14
    353:1
cents 370:14
certain 247:16
    250:20 290:13
    360:13
certainly 238:14,21
    242:19 246:10,11
    246:17 247:2,5
    247:12 250:11
    251:2,15 252:1
    262:18 267:21
    269:1 273:6
    298:11 302:17
    306:9 310:9
    312:18 316:14,18
    329:10 334:14
    344:10 347:20
    359:22 365:17
    368:8 382:12,22
    386:8,13 388:9
    409:17
certify 415:6,14
change 239:11

246:8,9,14 248:9
    249:11,16 253:11
    254:14,20,21,22
    255:13,16,19
    264:2,15,21
    265:1 270:19
    273:4 331:9
    346:1 349:15
    362:3 380:12,14
    380:19 396:5,13
    408:4 409:13
changed 270:16
    274:4 349:10
    360:14 408:16
changes 247:17,20
    248:6 249:16
    258:1,13,13,17,20
    259:2,13 271:6
    282:20 286:11
    287:2 299:11
    349:15
changing 246:15
    246:16 247:17
    248:4,20 333:4
    357:4 375:15
chapter 308:8,13
characterization
    393:16
characterize 314:5
    360:12,15 362:8
characterized
    385:21 386:12
charged 266:15
chart 265:11 275:9
    275:13,15 277:10
    280:19 284:19
    290:6 291:20
    292:3 296:6
    321:13 323:11
    351:17,19 353:18
    360:10 361:6
    366:19

charts 254:13
    263:3 283:2
check 286:6 301:16
    302:9 358:21
    359:5,9 362:8
Chicago 234:20
choices 338:10,13
    338:15
choose 281:3
    341:20,21 342:20
chooses 343:15
choosing 257:5
    339:4
chose 271:20 281:5
chosen 334:17
chronic 276:20
chronic-use 281:7
Cigna 331:13
cite 251:13 260:2
    260:12,19 261:20
    261:22 262:3,4
    287:7,8 308:3,4
    354:12 359:11
    374:6
cited 308:13 358:14
cites 308:6 391:20
citing 354:21 355:2
    356:3
citizen 393:1
City 235:17
CIVIL 232:4
claim 267:22 320:8
claimed 267:11,14
claims 333:12,13
class 232:12 263:1
    265:3 268:15
    281:2,8 305:10
    315:5 335:5
    345:13 356:15,15
    358:2 364:18
    365:3 366:13
    368:14 369:5,17

370:2 377:19
    378:1 393:10
    408:14 409:11
    412:4,15,22
    413:13,17,19
classes 284:3
clear 238:4 247:15
    277:20 322:2,6
    325:10 339:19
    379:20 387:1
    398:16
clearer 309:5
clearly 296:1 320:5
    320:10 393:15
client 354:14
clinic 250:21
Clinical 314:3
clinics 244:14
    283:21 319:17
close 299:4
clue 254:18
clues 254:8,10
codes 248:1,5
collect 347:11
collecting 325:16
come 240:11
    311:19 387:20
    393:2
comes 257:17
    353:1
comfortable 303:7
    395:19
coming 341:4
    393:1 394:7
comment 323:3
commercially
    324:18
commission 414:22
    415:22
committed 354:22
    356:2 384:15
common 282:1,3

Meredith Rosenthal, Ph.D.          CONFIDENTIAL          February 23, 2006
Cambridge, MA

5

390:16
**Commonwealth**
  415:1,5
**communicated**
  314:7
**communications**
  413:12
**companies** 259:1
  289:7 330:2
  335:2 358:5
**company** 261:9
  287:18 335:10,14
  362:9
**comparable** 330:3
  408:21
**compare** 281:14
  282:17,19 410:1
**compared** 282:20
  298:22 380:9
  385:4,6
**compares** 408:10
**Comparing** 378:14
**comparison** 369:9
**comparisons**
  305:21
**compensated**
  256:15
**compete** 257:11
  317:15 318:15
  361:4 401:19
  402:14
**competing** 376:16
  400:14 405:9
**competition** 255:7
  256:17 317:3,4
  317:13 318:4,10
  318:13,18 319:1
  319:12,21 375:12
  401:10 405:6,7,9
**competitive** 255:1
  255:14 258:13
  265:2 285:2,5,17

285:17,18 287:14
  288:1 289:20
  311:14 345:9
  355:4,6 393:18
  398:10 400:20
  401:4,15 404:6
**complaint** 323:1
  350:20
**complete** 262:10
  365:6,6
**completely** 270:1
**concealed** 240:19
**conceptual** 321:10
**concern** 314:7
**concerned** 303:5
**concerning** 415:8
**concerns** 289:21
  328:1
**conclude** 258:9
  289:17 340:20
  377:22 378:1
  393:17
**concluded** 319:20
  332:14 365:18
  367:14 377:19
**conclusion** 273:17
  273:18 317:6
  319:13 330:5,18
  348:4 352:6,8,22
  354:22 356:4,9
  363:15 368:20
  377:14 378:15
**conclusions** 256:5
  274:5 285:7
  287:5 316:22
  321:2 332:17
  337:2 364:3,15
  367:11 368:11,14
  369:15
**conclusive** 391:8
**conditions** 265:2
  282:3 330:15

**conduct** 263:20
  323:1 336:18
  404:16 405:13
**conducted** 334:12
**confidential** 391:4
**confined** 369:20
**confirm** 286:17
**conform** 363:9
**conforming** 326:16
**conforms** 394:17
**confounding**
  362:15,19 363:4
**confusion** 413:20
**Congress** 314:7
**Congressional**
  313:17
**connection** 354:16
**connotation** 356:22
**consider** 239:3
  276:15 298:19
  304:12 329:21
  356:20 357:20,22
  364:4,15,20,22
  365:10 368:21
  369:1
**considerably** 319:7
**consideration**
  307:9 347:14
  348:15 368:13
**considered** 328:19
  338:15 365:17
  403:4
**considering** 388:22
**consist** 406:20
**consistent** 258:14
  287:18 295:21
  374:5 394:14
  395:18 405:5
  407:4
**consistently** 295:14
**constant** 263:19
**consumer** 266:10

**consumers** 266:1,3
  266:3,15,16
  268:18 348:18,19
  349:3 403:14
**contact** 412:10,14
**contacted** 302:1
**contacts** 240:4
**contains** 263:3
**context** 255:2
  258:4 313:16
  325:20 359:6
  388:18 389:6
  405:20
**continue** 361:3
  408:22
**continued** 332:12
  334:15
**continues** 242:1
  294:18
**continuous** 278:22
**contract** 308:11
  337:4
**contracting** 308:17
  337:9,12
**contracts** 243:4,7
  303:20 309:9
**contractual** 348:22
**contradict** 288:19
  289:5
**contradicted** 288:7
**contributed** 251:20
  253:5 254:1
  320:16 323:7
**contributes** 320:10
**conventions** 245:19
**convey** 382:8
**Conwichicut**
  234:21
**Cook** 235:22
  274:14
**copy** 291:15 324:11
  367:21 372:13

373:16
**Corp** 234:8,8
**corporate** 392:22
**Corporation**
  234:15
**correct** 237:21
  238:20,22 243:2
  245:22 246:16
  247:18,20 248:18
  248:20,22 249:13
  261:16,19,21
  262:2,6,7 263:5,8
  264:6 265:7
  266:18 270:10,11
  273:8,14 275:19
  277:8,9,12,16,19
  280:6,11 286:2,5
  286:6,8 287:6
  288:15,16 290:4
  290:5,6,9,12
  291:20 292:8
  293:9,10,18
  294:1,3,12,13,16
  294:17,22 295:6
  295:9,10 299:5
  299:16 300:2,20
  302:10 307:2
  313:11 315:22
  318:17 320:1
  321:5 325:11,13
  334:18 343:3
  345:1,2 350:17
  350:18,19,22
  351:1,8,9 354:6
  354:17,18 355:1
  356:5,11 357:5,6
  359:12,13 360:22
  361:6,10,13,20
  363:5,16,18
  364:8 369:18
  370:20 373:10,11
  374:10,11,21,22

Meredith Rosenthal, Ph.D.         CONFIDENTIAL         February 23, 2006
Cambridge, MA

6

375:3,6,7,14,22
376:7,8,10,11,14
376:15 379:18
381:2 383:10,13
384:9 385:2,3,5
385:16,18 387:15
387:16 390:17,18
390:21 401:16
403:10 404:6,19
411:6 413:11
**correctly** 331:11
336:19 354:12
**correlate** 370:8
**corresponding**
239:8 266:14
292:21
**corroborate** 355:20
**cost** 247:6 309:10
311:1 313:7,8
316:12 317:16
328:10,17 330:22
331:10,21 332:5
332:7,10 333:7
333:18 334:5
339:2,6 343:17
356:18 364:6
373:5 374:17
**costly** 255:9 330:9
332:15,21
**costs** 239:2 243:11
252:12 266:13
267:10 306:15
307:10 316:6,9
316:15,16,19
327:7,14,18
328:2,7,14 329:6
330:7,18,19
331:1,14 332:2,3
333:9 334:1
336:12,16 337:1
337:7,12 340:10
344:5 355:4

365:2,20
**couched** 395:20
**counsel** 289:6
415:15
**counsels** 410:20
**couple** 303:15
324:10,14 329:18
350:14 351:12
**course** 251:17
348:18 349:12
400:9
**Court** 232:1 275:1
**coverage** 349:12,19
**covered** 313:3
324:16 349:6
353:15,15,16,21
**covers** 242:8
**Covington** 235:9
**co-insurance**
349:13,19
**co-pay** 347:12,19
**co-pays** 346:8
347:4 348:15
**CRA** 235:21
**create** 398:11
**created** 302:13
405:11
**creates** 273:19
400:21
**creating** 257:3,4
401:6
**criterion** 276:18
**cross** 236:3 268:2
268:17 302:11,14
302:17,18 411:12
411:18,20 412:5
412:10,15,21
**cross-elasticities**
267:2
**CROSS-EXAMI...**
350:9 372:6
407:11 410:16

**cross-subsidies**
268:15
**cross-subsidizati...**
267:9,12,13,17
**Cross/Blue** 412:1
413:2
**current** 246:17
255:22 315:14
381:20 382:6
413:19
**currently** 247:22
333:14 352:13
413:21
**customers** 244:21

---

### D

**D** 232:14
**daily** 246:9 248:14
249:6,8,11
**damages** 291:10
367:7
**data** 243:10,12
246:5 248:13
250:5 254:8,12
256:8 258:12
272:15 273:6
280:16 281:18
282:10 297:20
303:1 304:20
328:15,17 338:21
344:16 347:3,17
351:5,7 355:11
361:7 363:8,19
364:5 365:1,5,12
365:22 366:1,2,3
366:5,7,8,15,21
368:12 377:21
378:12 380:22
**date** 347:2 360:13
360:20 361:7
380:12 381:3
**Davis** 233:17
**day** 248:8 274:20

350:3 414:11
415:19
**DC** 235:11
**deals** 308:9
**Deborah** 232:22
415:4,21
**debt** 346:8 347:4
348:15
**deceive** 393:10
404:4,12
**deceived** 356:8
**December** 291:18
379:5
**decision** 340:18,20
340:22 341:2
342:16 355:5
**decisions** 287:2
354:17 362:10,21
**decision-makers**
341:3 359:12
362:18
**decision-making**
336:5 405:10
**decline** 244:11
**declines** 245:8
**decreased** 349:18
**defendant** 262:6
288:6 289:7
**defendants** 254:9
258:21 259:19
262:2 287:7
288:2 351:6
355:22
**defendant's** 393:16
**defined** 243:5
245:6
**defining** 243:10
**definition** 251:8
316:1,3 369:19
397:14
**deflation** 408:19
**degree** 251:9 313:9

320:15 328:11
335:15 348:15
**deliberate** 285:2,4
285:5,18
**delivering** 342:19
**delivery** 286:1
**demand** 239:11
399:12
**demands** 268:7
**demonstrate** 365:2
**demonstrates**
258:12
**depend** 342:21
403:1 406:15
**deposition** 232:16
237:16 258:22
259:13,15 260:13
260:13 261:22
262:5 274:20
275:3 358:21
372:4 410:22
411:2 414:4
415:12
**depositions** 259:4
**describe** 320:17
**described** 240:21
378:22 384:10
**design** 264:10
270:22 362:13
363:1
**designed** 368:9
**despite** 319:21
**detailed** 280:16
282:13
**determination**
239:5
**determine** 252:21
253:4 265:13
271:9 272:15
286:9 328:6,12
332:7 348:12
363:3 377:4

Meredith Rosenthal, Ph.D.          CONFIDENTIAL          February 23, 2006
Cambridge, MA

7

determined 320:14
  321:6 333:21
determining 280:4
  306:14 307:10
  338:10 343:20
device 255:2 261:6
difference 276:16
  277:3,21 278:3,8
  278:16,20 280:7
  321:22 343:8
  397:14 398:12
  408:22
differences 252:7
different 240:9,15
  241:12 256:20
  302:15,18,20
  310:11 312:4,7,7
  329:16 382:19
  389:16 390:10,19
  407:7
differently 392:5,8
  393:4
difficult 246:14
  247:3,5 271:5
  328:6 330:1
difficulties 325:16
difficulty 307:14
  328:11
direct 236:3 237:7
  269:8,8 306:11
  372:16 382:3,7
  407:18
direction 296:21
  327:20 349:11
  407:7
directly 306:6,10
  318:7 330:19
disagree 348:9
  391:11,17
disclosed 262:17
discontinuous
  279:1

discount 241:19
  257:1,9,12,18
  334:16 366:9,11
  385:10 387:3
  388:7,15 391:13
  391:14 397:3,14
  400:8 409:3
discounted 240:18
  384:12 389:8
  392:11 395:18
  400:1
discounting 240:14
  332:1 385:18
  395:13
discounts 242:2,11
  242:11,15,20
  243:2,6,18,19
  250:17 257:11
  282:8,13,18
  306:22 360:22
  361:4,19 363:13
  364:7,17,21
  365:4,7,13
  366:14 373:4
  387:20 388:10,12
  388:20 390:22
  391:2,4,9,18
  394:9 396:6,14
  397:1,21,22
  398:7,18 399:21
discovery 261:11
  261:17 358:13
discrimination
  390:14 391:6
  392:12
discuss 263:21
  369:21
discussed 248:16
  285:12 306:16
  389:16 390:12
discussing 239:10
  244:7 289:8

320:9
discussion 284:17
  315:12 410:13
  411:11
disparity 374:16
  376:4 382:14
disseminated
  246:18
dissipate 311:1
dissipated 327:4
distinguish 394:12
distributing 342:13
distribution 244:19
  340:10 352:2
distributors 272:8
District 232:1,2
  275:1,2
diverge 409:1
divergence 245:6
divulge 248:14
DME 272:8
Doctor 263:6
  333:20 349:22
  351:10 413:11
doctors 342:3
document 232:11
  260:12 345:22
  355:6 357:8
  373:13,17,22
  374:1,3,9,15,18
  375:1,2,18 377:6
  377:8 380:9,13
  383:2,15 384:2
  384:10 406:7
documents 259:15
  259:18 261:4,4,7
  261:9,10,12,15,18
  262:3,9,15,19
  286:3,4 287:7,8
  287:16,18 288:7
  288:10,12,16,18
  288:21 289:4,8

289:11 290:2
  308:3 354:13,21
  355:2,8,10,18
  356:3 357:10,12
  357:12,18 358:16
  358:18 359:1,6
  359:10,11 362:9
doing 247:1 257:2
  299:22 329:20
dollar 276:4 277:20
dollars 267:15
  276:6 278:1
  368:4,17 370:13
  400:17 403:3
Dove 235:8 236:7
  407:12,15 410:5
dozen 330:12
Dr 237:9 238:1
  263:7 274:4
  275:6 277:12,16
  279:15 283:19
  290:11 291:9
  293:4,8 294:11
  294:19 295:19
  296:11 298:17,19
  300:5 320:20
  321:6,9,19 322:2
  322:17 324:4
  329:11 337:15
  350:12 354:11
  364:7 367:6,10
  372:8 378:12,13
  378:14 379:2,4
  380:11,15 383:19
  384:20 386:2
  387:7,13 388:1
  391:11 392:3
  397:1,3,5 403:4,9
  407:1,13 410:18
draft 410:21
draw 256:5 275:9
  319:13 332:17

336:21 352:8
drawn 337:2
drew 378:15
drive 234:19
  260:10 309:9
  310:22 313:6,8
driven 289:20
  361:21
driver's 237:4
driving 261:6
drop 353:7
dropped 294:16
drug 246:8 249:11
  250:18 256:3
  267:10 271:15,19
  276:20 281:1,7,9
  281:10 284:21
  294:5 296:8
  304:4 316:9
  341:18 342:13,17
  346:1 347:19
  349:11,16,18
  369:22 373:7
  399:12
drugs 247:21
  248:10 251:5
  253:15 255:15
  259:8,11,21
  260:1,22 261:1
  263:21 265:15
  272:2,9,10,20
  273:2,5,13,16,21
  274:2,5,6 279:14
  281:13,21 282:2
  282:4 283:13
  285:7,10,11,14
  286:22 287:3
  302:21 306:3,19
  309:14,20 310:13
  315:4 319:19
  325:1,4 327:22
  328:8 330:8

Meredith  Rosenthal, Ph.D.      CONFIDENTIAL                    February 23, 2006
                                Cambridge, MA

8

338:19 340:16
342:9,22 343:6
344:2 345:6,17
348:6,14 375:11
376:16 399:22
400:3 402:8
407:1 409:22
**drug-related**
 347:12
**due** 322:11
**duly** 237:5 415:8
**Dyckman** 243:8
 300:17,18,21
 301:5 303:21
 324:8 325:11
 338:21

---

**E**

**E** 232:14 234:17
 372:1,1
**earlier** 247:12
 262:17 285:12
 311:15,18 319:6
 324:5 348:10
 350:19 351:12
 362:12 386:14
**early** 273:3 317:5
 381:5 411:1
**earn** 266:5
**earned** 252:22
 254:2
**earning** 252:10,13
**easily** 311:16
 378:18
**East** 234:19
**economic** 239:14
 239:22 240:2
 244:16 250:13
 253:9 260:20
 262:22 264:4
 265:17 270:18
 272:6 273:17
 278:19 285:8,9

285:20 286:15,16
305:9,12 307:3
315:21 316:1,5
316:11,15,18,21
319:5 338:4
342:1 348:11,12
355:11,19,20
359:17 362:22
370:6,8,13
378:16 389:3
391:3,5,10 392:9
395:10,22 396:1
396:12,16,17,21
397:8 398:4
399:8,16 403:17
404:2,3,10,14,18
405:4,12,19
**economically** 238:8
 345:14,15 394:11
 403:13
**economics** 308:15
 317:3 390:13
**economist** 289:17
 322:18 332:4
 390:7
**economy** 263:15
 390:17,19 391:19
**Edwards** 235:2
 236:6 372:7,10
**effect** 253:10,18
 255:19,21 263:16
 270:13 271:12
 273:22 321:3
 361:19 368:12
 378:18
**effective** 314:10,12
**effects** 280:22
 305:9,12 311:1
 319:3 369:20
 391:19 408:21
**effort** 286:9 295:22
 299:15 331:4

332:8,22 333:1
344:3 412:10,14
413:3
**either** 256:2 268:4
 354:5 359:20
 361:22 363:12
 376:21 377:4
 378:2 384:9
**elastic** 390:15
**electronic** 241:9
 246:19 247:12
**electronically**
 246:16 247:2
**electronics** 241:15
**element** 308:7
**elements** 245:4
**Ellis** 234:18
**empirical** 254:8,10
 254:18
**employed** 375:22
 415:15,15
**employer** 242:13
**enjoy** 315:15
**entered** 264:16
 397:21
**entire** 298:22 299:1
 299:2 309:22
 400:9
**entirely** 329:14
**entities** 250:14
 301:22 302:11
**entitled** 345:22
 373:17
**entity** 242:3 359:20
**entry** 254:13 271:6
 311:12 315:12,14
 319:4
**environment**
 255:14 258:14
 264:2 273:19
 289:18 313:18
 355:4

**equal** 252:1,4
 264:5,13 265:21
 270:21 290:14
 294:7 345:7,12
 362:15
**equilibrium** 338:5
**equivalent** 332:2
 381:22 383:12
**Esq** 233:3,9,10,16
 234:3,4,11,17
 235:2,8,14
**essentially** 245:5
 270:22 303:21
 308:16 314:8
 325:3 338:9
 405:10
**establish** 321:2
 376:13 381:15
 387:6
**established** 279:15
 350:16
**establishes** 396:22
**establishing** 380:20
 384:7
**estimate** 332:9
 346:19 348:16
**estimated** 394:21
**ethically** 238:6,8
 393:21
**Etopophos** 373:17
 375:2,5,9,15,21
 376:13 380:21
 381:1,3,16
 383:16,21 384:1
 384:3,8,13
 385:20 386:1,11
 387:9 392:4
 393:11 394:20
 395:1,4 405:14
 405:17,22 406:4
**etoposide** 381:18
**evaluation** 263:13

**event** 263:17 264:7
 264:10,11 265:10
 286:16 300:3
 348:7 362:16
 378:10
**events** 263:10,12
 263:13,15,20
 264:1,3,19 265:8
 265:14 270:6,9
 271:4,10,11
 285:11 299:9,13
 299:22 360:12
 362:7,13 363:2
**eventually** 401:15
**evidence** 267:7
 269:22 270:4
 278:19 285:16,19
 300:10,11 307:4
 321:1 339:16
 406:12
**evidentiary** 363:5
**evolving** 245:22
**exact** 247:6
**exactly** 259:5
 340:22 341:6
 378:21 389:1
 406:21
**exam** 335:20
**examination** 236:3
 237:7 285:20
 378:17 413:9
 415:11
**examine** 282:11
 331:2
**examined** 237:5
 252:18 254:12
 259:3,9 272:17
 273:2 281:12
 282:10 289:11
 310:13 337:10
 357:11 378:5
 387:22 415:10

Meredith  Rosenthal, Ph.D.          CONFIDENTIAL          February 23, 2006
Cambridge, MA

9

examines 270:19 320:22
examining 263:16 265:4 363:8
example 240:11,13 241:6,9 252:8 258:3,19,19 264:16 267:1,7 268:20 271:7 276:11 281:5 288:13 312:19 322:19 364:16 373:12 377:6 385:20 386:11 403:8,11 405:22
examples 240:7 259:19 263:22 271:20 280:21 287:9,12 289:13 357:13 373:9
exceed 316:8 398:8
exceeded 387:8
excerpt 379:2
excess 249:22 250:2,6,9 252:14 252:16 315:15,20 317:6,11,17 318:1,11,16,19 320:2,7,11,16
excessively 330:21
excluding 307:14
exclusive 307:21
excuse 273:4,11 327:9,19 380:22 385:6 402:17
Executive 236:15 345:22
exhibit 236:11,14 236:17,20 291:3 291:8 328:20 329:1 345:19,21 353:5 373:16,16

373:20 379:1,6,8 380:17 383:3,10 383:19 384:18 399:3 403:18 405:21
exhibiting 318:22
EXHIBITS 236:10
exist 279:18 289:1 305:7 317:11 320:2
existence 273:18 339:8 349:17 352:10
exists 282:2 321:7 343:13
expect 313:6,8 401:14 404:2,5
expectation 242:14 243:10 245:7 250:16 329:12 331:22 340:2 395:8
expectations 243:5 340:13
expected 244:18
expense 241:20 281:9 394:17
expensed 241:21
expensive 281:6,10
experience 311:22
experiment 263:14
experiments 378:17
expert 271:18 286:15 359:19 360:6
expire 414:22
expires 415:22
explain 337:17 367:6,10 405:13 406:6
explicitly 374:15

explore 249:14 279:19
explores 374:19
express 329:6
expressed 329:10
extend 268:6
extent 244:13 247:1 248:6 252:15,16,21 253:4,22 256:1 265:14 266:21 267:16 278:15 283:13 286:22 306:5,9,13 307:9 313:3 316:20 320:14,21 321:6 344:3 345:2 376:18 384:12 395:12
extract 251:4,11

**F**

F 232:14 233:9 372:1
faces 240:13
facing 354:15 355:12
fact 237:16 279:7 297:3 298:1 310:16,18 317:2 319:14 361:15 363:6 364:4 368:1,13 384:12 392:13
factor 304:14 314:17 315:10 320:12
factors 250:13,19 253:12,17,20 271:1 282:21 312:22 315:6 322:5,12,21 362:14 363:4

factual 304:4
fact-based 303:16
failures 305:7,10
fair 274:1 287:15 287:21 303:10,12 316:4 385:22 405:4
fairly 243:3,5
fall 290:10
familiar 263:9 271:15 344:10 346:4,5 359:16 360:3 367:13 368:1 374:4 389:3
far 238:7 247:2 267:22
favorable 293:16
feasibility 247:8
feasible 328:12
feature 372:22
February 232:17 274:5,18 415:6 415:19
federal 364:21
fee 269:6 312:2,3
fees 251:21 266:14 267:1,10 268:7 268:22 269:3,4 269:11 309:17
Figlot's 391:15
figure 298:6
filled 342:18
final 315:7
financial 279:18,21 294:4,10,15 342:7 374:17,20 375:5,17,20 377:15 378:20
financially 415:16
find 287:18 288:4 289:12 300:4

357:17 397:12 402:6
findings 254:4 285:13
finds 367:7
fine 350:8
firm 340:8 396:19
firms 340:5
first 258:18 261:10 295:8 347:7 353:16 373:12 376:4 380:22 382:11 399:7 402:2
five 238:17 292:14 294:20 295:18
five-year 275:18,21 277:4
flat 361:10
floor 398:21
Flynn 233:16 236:5 350:4,10,13 370:22
focus 409:5
focused 265:10
focusing 366:20
folks 303:8
following 293:7 294:14 375:21 378:10
follows 237:6
follow-up 350:14 412:20 413:8
footnote 353:7
forced 337:3
forces 398:10 401:15
forget 329:3
form 246:19 280:2 313:17 324:22 341:18,21 405:20
forming 262:16

Meredith Rosenthal, Ph.D.      CONFIDENTIAL      February 23, 2006
Cambridge, MA

10

| | | | | |
|---|---|---|---|---|
| forms 283:6 | gain 255:10 256:22 | gives 241:17,19 | greater 252:2 | 384:16 |
| formulating | 400:20 | giving 361:19 | 277:18 290:15 | hard 277:17 348:8 |
| 261:18 347:15 | gained 394:19 | GlaxoSmithKline | 313:2 360:22 | Hardy 235:15 |
| forth 261:19 | gaining 394:16 | 235:12 407:16 | 361:19 364:7,17 | harm 368:14 369:5 |
| 262:12 273:15 | gather 328:13 | go 238:15 241:17 | 395:16 397:7 | 369:19 370:1,6,8 |
| forward 262:10 | 330:6,6 | 241:20 245:16 | Greylock 357:19 | 370:9 |
| 300:7 | general 238:10 | 265:7 267:19 | groceries 238:16 | harmed 369:18 |
| for-profit 335:20 | 265:19 273:18 | 270:15 285:1 | group 268:21 | 370:3 377:20 |
| foul-up 237:13 | 282:11 331:22 | 286:18 290:21 | 269:13 312:11,13 | 378:2 |
| found 248:16 | 338:4 356:16 | 292:14 296:4 | 312:13 | Hartley 411:4,8,9 |
| 287:16 288:7,10 | 394:18 | 307:13 318:20 | groups 250:21 | 411:14,22 412:18 |
| 303:5 327:2 | generalize 274:6 | 320:4 321:12 | 251:10,20 319:15 | 413:17 |
| 328:16 372:19 | 281:21 282:5 | 323:2 324:5 | growing 376:4 | Hartman 263:7 |
| 387:8 | 351:2 | 327:3 340:14 | guess 348:4 352:17 | 274:4 279:15 |
| four 292:14 294:20 | generalized 272:2 | 356:13,14 360:3 | 381:6 396:15 | 321:6 367:6 |
| 323:13 | generally 246:19 | 361:8 365:16 | 398:7 409:2,15 | 383:20 387:7,13 |
| frame 270:9,16 | 264:11,18 275:13 | 367:1 397:10 | guild 311:10 | 388:1 407:2 |
| 271:11 | 339:15 390:9 | 398:19 399:19 | G.2 236:20 379:3 | Hartman's 277:12 |
| fraud 322:10 323:7 | generate 285:21 | 401:9 404:8 | G.2.A 384:18 | 277:16 283:19 |
| 323:13 354:20,22 | 318:19 333:15 | 410:9 413:6 | G.2.B 379:11 | 290:11 291:9,10 |
| 356:2,7 396:2 | 403:11 | goes 293:7,11 | 380:11 | 291:21 293:4,8 |
| 405:6 | generated 318:3 | 295:1,4,7 322:14 | G.5 236:11 291:9 | 294:11,19 295:19 |
| fraudulent 388:17 | generic 341:18,21 | 327:19 367:3 | G.5.C 292:16 | 298:17 300:5 |
| 389:2 | 341:22 342:9,14 | going 274:8 279:11 | | 320:20 321:9,19 |
| fraudulently | 342:19,22 343:14 | 292:2 295:17 | **H** | 322:2,17 329:11 |
| 392:18 | 343:15,16 344:5 | 325:2 333:17 | Hagens 232:19 | 337:16 364:7 |
| frequency 245:20 | 344:20 345:6,10 | 343:20 350:4 | half 299:4 330:12 | 367:10 378:12,13 |
| 246:2 247:17 | generics 342:3,4,20 | 360:10 401:2 | 348:6 352:3 | 378:14 379:3,4 |
| 248:4,19 | 344:8 | 407:8 408:18 | hand 250:15 | 380:11,15 383:19 |
| frequently 238:13 | getting 300:9 | 410:20 413:22 | 415:18 | 384:20 386:2 |
| 249:2,17 | 352:17 365:21 | good 237:9,10 | Handbook 308:14 | 392:3 397:1,3,5 |
| front 346:17 | 386:15 393:7 | 287:9 350:12 | happen 238:13 | 403:4,9 |
| 372:14 374:12 | give 240:7 249:19 | 372:8,9 385:20 | 242:11 377:17,18 | Hartson 235:3 |
| 379:8 391:22 | 251:3 258:3 | 386:11 392:22 | 377:22 397:8,20 | HCFA 352:13 |
| 393:9 | 308:12 312:22 | 407:13,14 | 398:3,11,17 | 353:8 |
| function 279:7 | 348:1 373:9,12 | goods 310:7 | 399:20 404:5 | head 250:12 301:17 |
| 321:7 | given 276:19 | gotten 331:13 | happened 249:18 | heading 261:11 |
| further 324:5 | 302:15 303:6 | Grand 235:16 | 264:15 297:6,16 | health 303:19 |
| 349:22 407:9 | 326:18 328:1 | graph 407:21 408:4 | 373:10 406:5,15 | 308:15 317:2 |
| 410:5 415:14 | 331:15 399:21 | 408:9 | 406:18,20 412:19 | 319:22 335:9 |
| | 403:22 405:11 | Gray 234:5 | happens 263:14 | 356:17 411:3 |
| **G** | 415:13 | great 307:14 | 297:12 338:6 | healthcare 236:14 |
| G 235:8 379:2 | | | happy 281:18 | |

Henderson Legal Services
202-220-4158

Meredith Rosenthal, Ph.D.          CONFIDENTIAL          February 23, 2006
Cambridge, MA

11

307:19 317:4
345:22
**hear** 348:21
**heard** 350:3
**held** 410:13
**Helen** 234:17
**help** 381:10
**hereinbefore** 415:7
**hereto** 415:16
**hereunto** 415:18
**Hi** 407:17
**hide** 320:11
**high** 330:21 399:11
**higher** 241:21,22
251:4,11 252:2
252:11 268:7
319:8,14 403:6
403:10
**history** 395:5
**Hogan** 235:3
**hold** 263:18
**horizon** 263:18
**hour** 274:8
**hundred** 249:22
250:6,9 267:15
338:22 391:16
400:17
**hypothetical**
399:19

_____

**I**

**idea** 270:14 404:13
**ideal** 246:1,6
**ideas** 325:21
**identification**
291:4 345:20
373:21 379:7
**identified** 237:3
261:15 265:11
315:3 322:8,9,13
**identify** 263:16
**identifying** 265:12
**ignored** 287:19

**Illinois** 234:20
411:9 412:1
**illustrate** 280:22
288:17 289:13
377:8 378:19
**illustrated** 357:14
**illustrative** 321:14
354:14 355:10
**imaginary** 402:4
**imaginary-litigat...**
401:22
**impact** 256:2
271:12 327:4
348:17 370:12
**impacted** 263:1
265:14
**imperative** 395:10
**imperfect** 305:13
337:5
**implement** 351:19
363:15
**implementation**
351:13 352:9,18
360:13 363:14
**implemented** 256:6
352:4,15,20
377:12 378:4
384:9 403:5
**implicated** 353:22
**implication** 348:19
397:11 406:19
**implications** 281:7
285:13 351:13
**imply** 297:9 310:21
**importance** 337:14
377:15
**important** 252:6
269:15,19,20
281:8 288:8
304:17,20 311:3
313:5 377:4,10
**imposed** 399:15

**IMS** 328:16 364:16
365:1,22 366:1,5
366:7,7,15
389:18
**inability** 311:16
**incentive** 254:21
255:3,4,6 256:18
257:18,19 272:9
272:12 273:17
278:21 279:3,6,9
279:21 293:17
294:4,10,15
330:14 342:1,7
343:12 374:18,20
375:5,17,20
377:15 378:20
393:13
**incentives** 255:17
255:19 260:21
272:6 273:21
279:18 280:22
285:9,21 289:18
342:8,8 354:15
355:12,19,21
360:14 377:20
378:16 392:10
393:17 396:1
404:16,20 406:8
**incentiving** 342:3
**include** 243:22
283:12 316:5,12
316:16 361:18
369:20
**included** 283:15
284:2 301:14
388:1
**includes** 351:7
**including** 243:18
262:2 284:3
285:22 311:15
328:16 341:14
**inclusive** 288:5

**income** 251:16
319:7,18 320:11
**incomes** 319:14
**incorporate** 264:7
**incorporates**
300:18
**increase** 238:9,19
239:6,13 257:16
260:18 272:12,13
284:20 289:16
290:4,7 293:18
295:13 296:7,13
296:16,17,18
297:2,5,7 298:8
299:3 357:16
361:5 363:13
373:1 386:18,20
399:11 401:16
408:9 409:6,21
**increased** 259:22
**increases** 238:3,11
238:13 256:13,14
257:8 259:10,16
260:6,9 282:18
288:15 289:9,20
401:11,12 410:1
**increasing** 239:7
260:11 297:15
**Incredibly** 399:19
**incremental** 253:10
253:18 362:6
**independent** 386:9
**independently**
269:7
**index** 236:1 251:16
**indicate** 280:5
**indicated** 245:18
246:12 249:9
311:18 346:11,12
**indication** 264:15
**indications** 264:9
264:21

**individual** 286:18
338:6 344:9
347:19 348:5,7
349:3
**individuals** 303:17
326:5 340:5
**industries** 396:7
**industry** 232:7
274:22 392:1
396:4
**infer** 338:7
**inflate** 285:18
295:14,22 298:12
299:15 300:2
393:18
**inflated** 245:3
269:17 296:2
320:9 360:21
402:8
**inflation** 238:22
245:5,9 253:19
254:9,19 255:1
263:1 268:14
285:2 288:2
300:10,12,13,14
327:5,8,15
347:21 355:7
360:16 361:11,15
361:18 362:4,6
385:21 386:12,18
387:3 402:9
405:21 408:10,17
409:14,18 410:1
**influenced** 278:16
315:10
**information**
240:17 242:17
243:13 244:2
249:19 260:3
280:14 283:1
286:19 305:13
308:22 310:14

Meredith Rosenthal, Ph.D.      CONFIDENTIAL      February 23, 2006
Cambridge, MA

12

326:8 327:17,22
328:2,10,13
329:22 330:3
331:8,14,21
332:16 333:19
334:8,13 337:5
338:14 340:9
349:2 353:1
365:18,19 366:9
366:11 378:19
386:10 391:21
393:8 403:20
413:13
**initial** 283:19
291:13,21 388:5
**injectable** 319:19
**injection** 342:19
381:18 382:7
**injured** 345:14,16
347:20
**inquire** 334:20
**inquiring** 378:3
**inquiry** 253:3
**inside** 396:19
**insignificant** 276:8
**instances** 312:16
**institutions** 285:21
**instrument** 287:14
**insufficient** 365:19
**insurance** 330:2
335:1 349:9
**insured** 324:18
**insurer** 330:13
331:12 335:9
348:20
**insurers** 330:5
334:2
**integrates** 308:17
**intend** 339:5
**intended** 287:11
323:4 393:10
**intending** 341:7

**intense** 313:18,21
**intent** 295:13
298:12 404:4,11
**intentions** 339:7
**interact** 404:11
**interested** 415:16
**interim** 297:6,12
297:17
**intermediaries**
240:22
**intermediate**
239:20 240:6
241:10 392:14
**internal** 259:14
260:13 261:9
286:4,10 287:7,8
288:7 289:8
290:1 336:4
**International**
234:6
**interpret** 297:21
397:2
**interpretation**
323:3
**interrelationship**
269:3,11,15
**intervention**
370:17
**introduction** 369:6
388:6
**introductory** 388:7
388:12,15 394:9
**Intron** 284:15,21
285:6,16 286:12
290:7 291:11
296:8 299:14
**investigate** 287:1
**invoice** 254:8
258:12 366:3
**involve** 402:2
**involved** 273:10
**irrelevant** 303:5

**isolate** 309:21
**isolating** 309:12
**issue** 253:22 309:12
328:8 397:4
**issued** 314:6
**issues** 276:14
362:18
**item** 241:9,20
242:6
**items** 238:16

———————
**J**
———————
**James** 235:14
**January** 351:20
352:19 354:1,6
361:7,12 362:11
**Jason** 234:11
**job** 241:16
**John** 233:3
**Johnson** 233:14,14
259:7,8,20,20
260:14,14 261:15
261:15 262:2,2
286:21,21 287:1
288:12,12 289:15
289:15,19,19
290:2,2
**Johnson's** 287:1
**Jr** 233:9 235:8
**judge** 232:5 391:1
397:4,21
**judgment** 326:19
331:6 386:5
**judgments** 326:14
**jurisdictions**
367:15
**justifications** 391:3
**justify** 405:1

———————
**K**
———————
**Kansas** 235:17
**keep** 238:22 239:2
245:21 273:12

**keeping** 273:13
391:4,9
**kept** 265:9
**key** 341:13
**Kim** 234:4
**kind** 240:15 333:1
389:1 405:7,9
408:19
**kinds** 304:22
314:19
**Kirkland** 234:18
**knew** 241:2 327:7
**know** 238:7 240:2
240:8 241:3,10
242:5,9,10,17,22
266:21 267:13
269:9 271:1
274:3 283:8
288:18 289:1
290:16 291:15
301:7,9,12 302:2
302:5 303:9,22
304:2,5,7,13
305:4,5 320:21
324:19 326:4,13
333:6 334:15
335:22 336:1
339:7 340:22
343:19 344:2
358:17 362:17
366:12 376:21
378:8 387:7,17
387:19 389:11,15
392:21 394:19,22
395:2,3 412:19
**knowing** 241:22
242:9
**knowledge** 242:21
269:7 271:14
289:4 306:3,10
327:4,13 335:16
337:15 363:11

378:19 415:9
**Kodroff** 233:4
**Kytril** 254:14
258:18 263:22
264:16 271:7

———————
**L**
———————
**L** 232:14 415:4
**lack** 300:10,11
319:11
**language** 355:17
**large** 306:21
307:20 311:13
312:21 319:17
331:12 335:14,18
**largely** 313:19
**larger** 313:4
402:21
**largest** 330:2
**late** 381:4
**launch** 373:17
381:3,6,7 405:22
**launched** 381:4
**law** 396:20 397:11
399:15
**lawyer** 407:15
**layman's** 356:20
**LCA** 256:6,10
257:16 258:20
351:14,19 352:9
352:10,18,20
353:8,15,16,17,22
354:5 360:13
362:8 363:15
367:12 368:3,8
368:15
**lead** 317:3 325:15
**leaves** 325:7
**leaving** 361:18
**left** 324:13
**legal** 274:14 356:6
356:9,22 369:19
370:1,4,8 392:17

Meredith Rosenthal, Ph.D.          CONFIDENTIAL          February 23, 2006
Cambridge, MA

13

```
396:2 400:6              382:10,14,17            279:14 280:3           407:6                  360:8 361:1
404:9,12,22             383:4,6,16,20           281:11,18 283:2        looks 263:16           363:17 365:11,15
405:1,3                 384:4,8,13 385:5        286:2,18 288:4,9       264:11 270:19          366:6 367:9
legally 238:6,8         387:3 388:14,19         288:11,22 290:1        320:22 330:11          368:5,18,22
let's 254:17 280:13     389:4,7,18,19,20        292:5 296:22           374:4 387:12           369:13 370:10,18
284:15 292:20           389:22 390:2,8          297:4 323:4,10         losing 314:8           370:21 371:2
296:4 321:12,13         390:10,14,16,21         324:7 328:20           lot 242:8 364:9        389:13 395:6
344:16 378:6            391:1 392:1,3,13        330:15 344:9           lots 304:8,10          397:9 398:2,14
400:11,13,16,19         393:2 394:3,5,6,8       347:6 355:21           lower 265:22 266:2     399:18 401:8
410:9                   394:9 395:11            361:6 362:13           266:6,13 268:6         404:7 405:8
level 251:16 255:22     396:5,9,10,14           363:18 365:22          298:5 344:21           410:7,9,17 413:6
280:2,4 300:6           397:12,15,19            366:1,4,7 370:6        384:1 408:15           413:16,22
315:7 333:15            398:8 406:3             370:11 375:1           409:12                 magnitude 242:14
369:6                   listed 273:16           378:6,11 379:11        lowered 345:3          301:21
levels 253:13           literature 308:17       379:17 382:11          lowering 266:14        magnitudes 269:16
314:13,14 315:3         389:4,5,9 391:20        383:9 384:16,18        345:10                 Maguire 308:8,13
316:8                   396:12,21               387:10 392:21          lowest 343:17          mail-in 242:11
leverage 312:9,10       litigation 232:9        398:22 410:20          lunch 350:6 371:3      Main 232:20 275:4
313:10                  272:1,3 275:1           looked 240:1           371:7                  maintain 314:19
Lewis 234:12            283:14 402:4            243:14 257:15          Lupron 254:15,17       maintained 319:18
Lexington 233:18        409:22                  258:22 267:16          255:8,10,11           majority 338:21
liability 277:13,15     little 245:15 278:5     268:5 282:12           256:14,15,17          making 307:2
279:16 280:5            309:5 325:7             302:22 306:13          257:5,7,10 354:5       332:13 355:5
290:11 291:10           351:18 381:11           347:3 352:2            367:18 368:10          356:6 362:21
293:5,9,15              385:18 399:20           357:11 358:12          369:7,11               402:14 406:19
294:12,19 295:5         lives 324:17 353:16     366:2                                         managed 236:14
295:8,19 364:8          353:22               looking 243:3            ――――――――――           307:20 345:22
386:3,5,7 387:8         LLP 233:11 234:5        244:17,19 253:9              M                Mangi 233:10
license 237:4           234:12,18 235:3         253:18 254:21         M 235:2                 mangled 293:20
licensure 311:10        235:15                  258:5 261:2           Macoretta 233:3         manufacturer
limit 402:9             lobbying 313:18,22      263:17 270:12          236:8 237:21           245:12 258:11
limited 273:15          314:2,5,10,11,13        273:20 276:22          248:21 262:14          262:1,6 272:11
line 275:13 397:12      314:17 315:2,9          285:10 286:16          267:19 270:3           293:17 295:13
408:3,4 409:3,8         long 295:17             295:20 299:2,11        274:7 284:9            342:7,7 344:20
link 353:3              longer 256:18           299:14 300:1           287:20 291:12          345:3,10 373:8
linked 349:20           look 239:18 244:13      319:10 326:1          292:16 297:8            388:14 395:15
list 239:15 240:5,10    244:21 248:12           330:6 344:4           298:15,21 299:6         400:19,21 401:1
261:10,17 262:8         256:1 264:3,17          349:2 353:19          299:17 303:11           401:5 406:11
262:10 274:5            264:20,22 265:1         355:11 362:7,20        318:20 320:4           manufacturers
373:2 376:13            265:19 267:4            363:7 366:19          323:2,18 324:3          287:10,13 288:19
380:20 381:15,19        269:20 270:9,13         380:4,10 383:2        329:1 330:4             342:2 355:13
381:22 382:3,5,7        273:6 278:21            393:14,15 407:5        331:17 350:6           357:15 373:1
                                                                      355:14 356:12
                                                                      358:19 359:4
```