| | | | | |
|---|---|---|---|---|
| 377:9,14 378:20 389:15 398:11 399:16 400:7,13 402:6,8 404:19 **manufacturer's** 399:8 **map** 259:13 **margin** 253:10 **marginal** 278:21 323:5,6 402:2 **margins** 311:4,5 373:6,8 **mark** 373:15 379:1 **marked** 291:8 345:19,21 373:20 379:6 **market** 233:5 234:13 240:16,20 243:4 245:7 247:22 250:14,21 251:3,8,10,14,16 251:19 252:2,17 253:4,20 254:1 260:10 261:6 270:19 282:4 305:7,10 307:11 307:20 308:1 311:14 312:15,17 312:20 313:1,3 315:15,16 317:12 317:14 318:3,14 318:18,19,21 320:2,5,12,15 321:3,8,18 322:4 322:11,13,20 330:15 338:5,7 338:10 339:9 372:22 373:1 377:11 393:16 394:16,19 397:17 **marketing** 358:3 **marketplace** 351:2 | 398:6,10 406:16 406:18 **markets** 238:13 239:18 305:8 390:11 **markup** 275:16 **Massachusetts** 232:2,21 234:7 274:17 275:2,4 413:2 415:1,5 **matched** 408:16 409:13 **materials** 262:11 353:4 358:13 **math** 384:5 **matter** 274:21 278:20 279:2 283:14 341:15 355:17 369:19 370:2 **maximization** 404:22 **maximum** 396:22 397:3 **McKinnon** 357:19 **MDL** 232:3 **mean** 238:5 246:2 252:13 258:16 276:1 302:3 304:10 309:3,7 316:3 319:9 336:1 337:17 338:1 339:3 340:11,12 345:15 352:1 361:16 388:3 402:21 403:16 409:17 **meaning** 396:16 **means** 407:6 **meant** 297:9 375:8 **measure** 319:10,11 **measured** 305:9,12 | 319:3 **measurement** 335:11 **measuring** 319:9 **mechanism** 377:10 **mechanisms** 320:22 321:1 403:21 **median** 343:2,5,12 343:16,20 344:6 344:7,13,17,21 345:11 -**Medicaid** 352:14 353:2 **medical** 305:7 311:11 **Medicare** 304:17 313:16 314:8,15 347:4 349:4,16 352:12,14 353:2 367:14 368:2,15 **Medigap** 348:20 349:6 **medium-sized** 335:18 **MedPAC** 243:13 300:16 304:16 **meet** 279:15 300:6 **meets** 386:1,8 **member** 356:15 **members** 311:22 335:4 393:11 **memo** 380:4 406:21 **memorized** 273:5 281:16 283:2 **memory** 324:9 384:16 **mention** 357:13 **mentioned** 262:19 265:16 279:13 303:15 305:4 | 346:16 347:16 350:17 361:16 362:12 408:18 411:19 **Meredith** 232:16 236:2 237:2 274:21 372:4 414:8 **methodology** 282:11 346:1 387:22 **methods** 304:19 324:9 **Michael** 233:16 350:13 **middle** 343:9,9 **million** 262:19 324:17 367:16 **millions** 368:4,16 **mind** 274:8 314:4 **mine** 324:13 **minimum** 271:9 277:13 290:11 293:4,8,14 294:12,19 295:5 295:7,19 364:8 **minus** 279:22 338:20 **minutes** 290:22 350:5 **misled** 356:8,11,16 356:21 **Missouri** 235:17 **mistake** 273:11 **misunderstood** 355:8 **MNA** 346:1 **model** 240:2 265:19 266:18 355:3 362:12 405:11 **modeled** 338:3 | **moment** 277:11 284:15 299:20 316:10 380:7 **money** 314:8 368:9 394:22 402:22 **Monopolist** 319:1 **monotonic** 296:17 **month** 248:9 **Morgan** 234:12 **morning** 237:9,10 **move** 331:9 333:17 345:11 **movement** 299:19 **moving** 293:15 **Muehlberger** 235:14 **multiple** 284:3 330:8 **multipliers** 312:4,7 ───N─── **N** 232:14,14 372:1 372:1,1 **name** 274:14 341:20 350:13 407:15 411:7 **named** 415:7 **narrative** 326:4,15 **Narrick** 234:9 **narrow** 243:5 339:22 **national** 274:15 **natural** 263:14 378:17 399:16 **nature** 310:9,11 318:11 333:16 370:12 **NDC** 246:9 248:1,5 276:19 284:21 293:1 296:8 379:21 380:8 **nearly** 362:2 **nebulizer** 272:9 |

**necessarily** 245:1 310:20 396:18
**necessary** 256:4 281:1 286:13,18 287:4 316:22 354:7 378:15
**need** 241:15 256:4 271:9 283:2 326:20 333:18 348:14 349:1 353:2 390:3 397:13 408:19
**negligible** 346:12 346:19
**negotiate** 312:7
**negotiated** 253:6 269:4,12
**negotiates** 268:20
**negotiating** 268:21 308:7 309:19,22
**negotiation** 309:13 309:15 310:3,22 312:10
**negotiations** 250:22 269:9 313:17 314:20
**negotiator** 309:4
**negotiators** 307:16 308:20 309:1,11 310:20
**neighborhood** 278:6
**neither** 321:5 406:4 415:14
**Nemirow** 234:4 291:15
**network** 307:15 312:1
**networks** 307:20
**never** 296:21
**new** 233:13,13,19 233:19 235:5,5

346:1 349:11 393:1
**news** 350:2
**nineties** 329:18
**non-Blue** 302:18
**normal** 303:2
**Notary** 237:5 414:17 415:4,21
**note** 252:6 286:7 313:5 324:10 337:13 342:22 353:8 362:1
**noted** 319:6
**notice** 276:5
**notion** 240:12 278:22 279:1 308:9 316:6 337:3,19 338:3 377:9 394:13 401:10 404:10,11 404:12,22
**not-for-profit** 335:20
**number** 242:18 259:19 261:4 275:2 276:8 300:15 301:17 311:13 328:1 349:7 353:14,15 358:17 368:16 371:5 372:3 402:21
**numbers** 239:9 246:16,18 263:6 292:5 298:17 329:14 346:17 373:18 374:4 384:21
**numerical** 325:5 326:11,16
**numerous** 314:6 315:6

**NW** 235:10

---
**O**
---
**O** 232:14 372:1,1,1
**oath** 303:6 415:10
**object** 248:21 267:19
**objection** 237:18 262:14 270:3 284:9 287:20 297:8 298:15,21 299:6,17 303:11 318:20 320:4 323:2 330:4 331:17 355:14 356:12 358:19 359:4 360:8 361:1 363:17 365:11,15 366:6 367:9 368:5,18 368:22 369:13 370:10,18 389:13 395:6 397:9 398:2,14 399:18 401:8 404:7 405:8
**obligated** 348:22
**obligation** 395:10
**observable** 242:12
**observations** 360:7
**observe** 336:12,15 338:4,13 339:14 405:5
**observed** 314:3,15 332:11 337:20 355:10 359:20 377:21 404:17
**observing** 338:5
**obtain** 328:10
**obtaining** 330:19
**obviously** 402:7
**occur** 377:3 378:11
**occurred** 249:2

272:16
**occurring** 242:20
**offer** 242:2 279:11
**offered** 279:17 355:3 381:9 392:11
**offering** 249:1 317:16 361:4 373:4 388:7,10 394:9 400:14 402:15
**offers** 388:15
**office** 324:13 342:13,15,20 344:11
**offices** 370:16
**oh** 250:2,11
**OIG** 243:22 346:16 346:22 367:13
**okay** 244:6 258:8 258:10 282:16 284:14,16 292:7 292:13,19 293:22 305:6,19 313:15 317:20,22 318:8 321:16 322:7,16 328:22 329:19 331:19 341:11 350:11 363:20 378:6 379:12 380:1 382:16 384:17,19 385:7 385:9,14 387:2 389:19 397:6,7 397:22 398:1 399:6 400:18,22 401:13 407:8,20 409:7 411:11,17 412:2
**oligopolists** 311:8,9
**oligopoly** 318:22
**once** 401:18 402:12

**oncologists** 314:4,8 319:7,14,17 320:7
**ones** 261:20 262:21 358:14 374:5
**one-half** 347:11
**opening** 341:12
**open-ended** 304:22 305:2 324:21 325:12,15,18
**open-heart** 310:10
**operate** 404:19
**operated** 271:7
**operating** 316:13
**opine** 393:10
**opining** 356:1,10
**opinion** 249:1,5,20 259:16 260:6,8 260:15,17 277:2 277:5,6 279:11 280:2,7,11 283:16 284:5,10 287:19 290:18 294:6,7 295:20 297:13,14,18 305:2 308:19,21 310:3 315:1 318:9 320:1 327:12 328:5,9 330:13,17 331:12 331:18,19,20 333:8,11 335:3,6 335:8,15 339:1 340:17 356:6,17 369:4,17 370:4 386:9 392:7,9,15 392:18 405:3
**opinions** 261:19 262:12,17 271:21 272:1,4,18 273:9 273:15 274:2 279:17 281:19,21

| | | | | |
|---|---|---|---|---|
| 282:5 288:20 | overpaid 348:3 | part 259:3 265:17 | 258:12,16 | people 268:16 |
| 336:3 342:6 | overpayments | 267:8 270:22 | Patterson 233:11 | 301:22 363:11 |
| 347:15,17 350:21 | 370:7 | 272:1 279:7 | PATTI 232:5 | 388:8,16 |
| 351:2,3 356:14 | overriding 260:10 | 287:22 289:20 | pay 238:15 253:19 | percent 243:20 |
| 358:9 359:2 | O'Connor 234:3 | 314:15 315:4 | 348:2,5,7,21,22 | 249:22 250:6,10 |
| 369:3 393:12 | 291:18 | 316:14,18 318:14 | 397:15 | 275:16,16,17 |
| opportunity 316:5 | | 321:17 340:9 | payer 239:19 240:6 | 276:9,11 277:3,6 |
| 316:16 324:7 | **P** | 347:4,20 366:17 | 240:17,18,19,21 | 277:7,14,15,17,18 |
| opposed 246:4 | P 235:14 | 376:4 396:3 | 241:1 250:14 | 277:22,22 278:8 |
| 277:22 320:15 | page 236:10 244:3 | participants | 306:5,9 313:2 | 278:9,14 279:4,8 |
| 354:1 367:17 | 244:5 254:5 | 315:15,16 318:3 | 327:3,13 333:10 | 279:10 280:10,10 |
| 370:16 | 258:5,7 261:10 | 318:21 338:11 | 334:9,11,12 | 290:8,8,10,15 |
| optimal 402:1 | 275:6,8 284:12 | particular 246:8,9 | 337:15 389:7 | 292:3 294:11,16 |
| options 334:9,11 | 284:14,18 290:6 | 258:18 271:3 | 397:18 | 295:2 298:2,3,3,4 |
| orchiectomies | 291:21 292:11 | 273:21 288:6,14 | payers 241:2 | 298:5,5 321:15 |
| 369:6,10 | 305:16,16,19 | 288:19 289:15 | 242:19 243:14 | 322:1,3,5,20,21 |
| order 243:20 248:2 | 307:13 313:12,13 | 303:15,22 314:2 | 253:12,19 305:20 | 322:22 323:8,11 |
| 248:10 272:12 | 315:11 321:13 | 315:18 319:16 | 306:2,13,18 | 323:13 329:16 |
| 278:3 301:20 | 327:1 341:9 | 324:22 326:1 | 307:9,14 308:19 | 338:20,22 343:7 |
| 388:7,15 395:12 | 344:13 347:7 | 341:4,18,22 | 309:1,9 327:6,17 | 346:14,20 349:4 |
| 397:4,21 400:20 | 351:10,17 353:7 | 342:12 343:12,13 | 327:21 328:10,19 | 349:5,6,7,14 |
| ordering 342:17 | 360:10 366:20 | 344:5 345:5 | 330:17 335:4 | 362:2 364:17 |
| organization 286:1 | 374:6,9,12 | 346:5 353:3 | 336:6,10,22 | 367:1 381:20 |
| 412:10 | 375:19 379:10,17 | 356:15 362:16 | 337:3 338:16,18 | 382:6 385:11 |
| organizations | 382:13 383:2 | 366:13 368:6 | 339:2,5 340:15 | 387:4 391:16 |
| 308:2 | 399:5 403:17 | 374:6 377:1 | 340:18 346:2 | 394:10 397:1,6,7 |
| original 291:17,18 | 406:1 407:19 | 378:10 379:20 | 365:19 388:19 | 397:13,22 398:1 |
| originally 302:3 | 412:3 | 380:8 390:5 | 390:3 394:17 | 398:8,13,20,20 |
| outcome 313:20 | Pages 410:21 | 396:16 403:1 | 395:16 | 399:14,22 400:1 |
| outer 338:20 | paid 240:5 242:5 | particularly | paying 238:16 | 400:8,21 401:6 |
| outer-bounds | 252:2 306:10 | 246:13 268:4 | 239:19,20 244:22 | 401:13,16 402:1 |
| 337:19 | 345:17 392:13 | 307:22 314:4 | 266:3,17 307:11 | 402:5,10,12,21 |
| outpatient 349:17 | 394:14 | 358:8,10 409:15 | 328:8 388:19 | percentage 243:15 |
| outside 317:19 | paper 247:13 | parties 237:15 | 389:7,8 395:16 | 252:8 275:21 |
| 329:10 396:19 | paragraph 244:7 | 415:16 | 397:18 | 276:2,3,7 278:2,7 |
| overall 309:15 | 258:9 307:13 | parts 244:19 | payment 333:12,13 | 278:10,16 283:8 |
| 311:3 | 313:14 315:11 | party 313:1 335:17 | 348:8 | 325:6 338:19 |
| overcharge 320:21 | 326:22 332:19 | 365:19 392:14 | payments 253:11 | percentages 292:17 |
| overcharges | 347:7,8 372:17 | patient 370:15 | penalties 400:6 | 326:19 329:6,10 |
| 269:17 | 372:18,20,21 | patients 311:16 | Pennsylvania | 337:21 |
| overlapping | 373:13 374:2,14 | 313:4 369:10 | 233:6 234:14 | percentile 343:10 |
| 307:21 | 375:19 382:11 | patterns 257:22 | 235:10 | perfect 317:4,12 |
| | 399:7 407:19 | | | |

| | | | | |
|---|---|---|---|---|
| 318:4,10,13,18 | 257:3,5 268:21 | 302:21 304:3 | 330:10,16 331:15 | 339:9 |
| **period** 246:17 | 269:13 278:17 | 309:19 315:4 | 332:19 337:13 | **practice** 244:16 |
| 247:13 264:3,12 | 308:9,10,14 | 325:1,4 | 349:14 352:4 | 270:18 |
| 265:20 275:18,22 | 309:10,13 310:1 | **Ph.D** 232:16 236:2 | 353:19 357:14 | **practiced** 319:17 |
| 277:4,22 286:12 | 310:6,12 311:14 | 237:2 414:8 | 362:5,14 363:7 | **practices** 376:3 |
| 295:21 296:15 | 311:17 312:11,13 | **picked** 357:9 | 366:13 377:1,13 | **precise** 305:5 316:4 |
| 297:12,15,17 | 312:13 316:13 | 358:16 360:14 | 380:22 396:8 | **precisely** 264:15 |
| 298:7,10,11,14,16 | 319:4,15 320:2 | **picture** 295:12 | 401:18 406:1,7 | **preference** 337:16 |
| 298:20,22 299:1 | 321:7,18 322:4 | 365:7 | **points** 259:12 | 338:9,13 339:10 |
| 299:2,4,8,10 | 322:20 327:13 | **piece** 286:19 311:3 | 275:21 276:2,3,7 | 340:4,6 |
| 300:9 303:19 | 328:7 339:12 | **pieces** 244:2 | 330:8 364:18 | **preferences** 338:2 |
| 305:11 315:5 | 341:3,19 342:5,8 | **place** 234:6 255:10 | **policy** 255:10 | 338:6,8,14 340:1 |
| 358:2 362:3 | 342:12,17 343:13 | 263:1 300:4 | 257:17 258:20 | 369:9 370:15 |
| 363:8 364:19 | 343:15,19,22 | 315:5 402:2 | 351:20 352:10,15 | **premium** 376:13 |
| 365:3 366:13,20 | 344:9 347:11 | 403:21 | 353:8 368:9 | 380:20 381:6,7 |
| 408:11,14 409:11 | 348:12,13 370:16 | **places** 240:10 | **Polk** 233:17 | 381:15,20 382:6 |
| 409:18 410:2 | 373:6 376:3 | 285:10 | **population** 324:18 | 383:16 384:8 |
| **periods** 270:20 | 389:8 399:11 | **plaintiffs** 233:7 | 349:4 | 406:3 |
| 295:17,17,18 | **physicians** 244:14 | 237:15 289:6 | **portion** 237:16 | **prepared** 291:20 |
| 296:2 | 251:14,17 252:17 | 356:4 | **portions** 237:18 | 382:22 405:2 |
| **permitting** 340:15 | 253:1,5 254:1 | **plan** 303:19 319:22 | **posit** 360:11 | **preparing** 262:8 |
| **person** 415:7,9 | 266:5,10,13 | 373:17 405:22 | **positing** 300:3 | **prescription** |
| **perspective** 246:13 | 267:11 268:1,9 | 411:4,8,9,13,14 | **position** 248:18 | 247:21 341:20 |
| 280:8 404:3 | 279:3,6 282:3,8 | 411:18,20,22 | 287:17 376:19 | **present** 233:1 |
| **pertain** 342:15 | 283:21 294:5 | 412:18 413:17 | 393:9 | 234:1 235:1,20 |
| **perverse** 372:21 | 306:15,19,21 | **plans** 302:15,16,17 | **positive** 391:18 | 285:9 377:20 |
| **Peter** 235:21 | 307:15 308:18,20 | 302:18,18 335:17 | **possible** 276:21 | **pressure** 266:22 |
| **Pharm** 234:9 | 309:16 311:4,6,9 | 348:20 356:17 | 304:15 312:6 | 268:7 |
| **pharmaceutical** | 311:11 312:11 | 357:21,22 358:2 | 330:20 337:14 | **Presumably** 311:7 |
| 232:7 274:22 | 313:7,9 314:18 | 358:5,15 411:3 | 388:4,9 399:11 | 403:15 |
| 342:2 358:4 | 315:18 317:14 | **play** 320:6 321:1 | **potential** 240:14 | **presumption** |
| 372:22 | 318:14 319:2,8 | **please** 238:4 | **potentially** 390:14 | 248:14 |
| **Pharmaceuticals** | 336:13 337:11 | 274:12 323:22 | **power** 250:14,22 | **pretty** 409:8 |
| 235:18 | 338:18 339:2,6 | 332:6 | 251:3,8,10,14,16 | **previous** 376:2 |
| **Pharmacia** 234:15 | 340:15 341:8,12 | **Plough** 236:12 | 251:19 252:2,17 | **price** 232:8 238:2,9 |
| **Philadelphia** 233:6 | 344:4 346:9 | **plus** 338:20 | 253:4 254:1 | 238:11,12 239:7 |
| 234:14 | 355:5 365:13,21 | **point** 246:12 254:7 | 308:7 312:15,17 | 239:12,12 240:5 |
| **phosphate** 381:18 | 373:4 374:18,20 | 255:12 257:18 | 313:1,3 317:14 | 240:6,12,14,16,19 |
| **phrase** 258:2 263:9 | 394:15 | 260:1,19 278:3 | 318:14 320:3,5 | 241:1,3,7,9,11,17 |
| 403:16 | **physician's** 280:8 | 278:16 279:1 | 320:12,15 321:4 | 241:18 242:1,10 |
| **physician** 250:2,21 | 342:15 | 288:17 297:3 | 321:8,18 322:4 | 243:1 249:11 |
| 251:10,20 256:2 | **physician-admin...** | 317:9,11 327:16 | 322:11,13,21 | 258:1,12,16,20 |

| | | | | |
|---|---|---|---|---|
| 259:1 260:6,9,18 | 362:10 369:4 | profits 252:14,14 | providers 243:16 | purports 379:13 |
| 266:22 274:22 | primarily 243:12 | 252:16 266:5 | 251:1,12,22 | purpose 241:16 |
| 282:18 286:11 | principal 336:11 | 309:8 310:6,16 | 252:1,3,8,22 | 270:8 332:18 |
| 287:2 288:15 | principle 239:14,22 | 310:19 315:15,20 | 253:7 266:15,16 | 389:20,22 390:8 |
| 289:9,15,19 | 317:18 | 315:21 316:2,5,6 | 266:17,19 269:22 | purposes 337:12 |
| 290:3 307:16 | prior 303:18 | 316:11,11,21 | 272:6 303:6 | 343:20 354:14 |
| 330:16 343:6,10 | 340:14 354:1 | 317:7,11,17 | 309:16,22 310:19 | 390:2 |
| 344:21 345:3,10 | 369:6 | 318:1,2,11,16,19 | 311:19 312:4,6 | pursued 376:22 |
| 354:16 362:21 | private 313:20 | 319:5,21 320:2,7 | 317:7 330:7,20 | 377:5 |
| 368:10 373:2 | problem 276:21 | 320:12,17 321:4 | 331:7 334:13,21 | put 237:11 262:10 |
| 376:13 380:20 | 308:22 | 339:16,20,21 | 339:13 347:11 | 266:22 268:6 |
| 381:6,7,16,19,22 | problematic | 348:11,13 399:11 | 388:20 392:11 | 282:12 300:6 |
| 382:3,5,7,10,14 | 325:19,22 | profit-maximizat... | 397:15 | 333:18 372:14 |
| 382:15,18,18 | process 313:20 | 404:10 | provider's 250:12 | 404:9 |
| 383:4,6,16,20 | processes 336:5 | profit-maximizing | providing 252:5 | P-R-O-C-E-E-D-... |
| 384:1,4,8,13 | Procrit 259:8,17,21 | 256:9 396:18,19 | 360:22 375:4 | 237:1 |
| 385:5 387:4,14 | 260:18 280:13,15 | 399:10 403:19 | public 237:5 | p.m 324:1 371:5 |
| 388:14,19 389:7 | 280:17,20 281:4 | 404:13 | 243:17 352:11 | 372:3 414:4 |
| 389:8,18,19,20,22 | 281:9,10,20 | prone 303:17 | 414:17 415:4,21 | |
| 390:2,9,13,14,15 | 282:6,8 283:4,6,8 | proposal 383:15 | publications | **Q** |
| 391:1,6 392:1,3 | 283:12 286:22 | proposed 380:17 | 389:12 392:2 | qualified 405:3 |
| 392:11,12,13 | 289:16 290:4 | 406:2 | publicly 328:16 | quantification |
| 393:2 394:3,5,6,8 | produce 266:14 | proposes 376:6 | 364:5 365:1,12 | 368:7 |
| 394:10 395:18 | produced 270:2 | proposition 308:5 | 366:4 | quantified 322:13 |
| 396:11 397:15,19 | 351:6 354:13 | protected 303:2 | published 239:15 | quantifies 320:20 |
| 398:8 400:2 | 358:18 407:2 | provide 237:17 | 245:12 246:14 | quantify 332:10 |
| 406:3 408:8 | product 381:4 | 250:8 266:1,2,10 | 248:9 | 336:2 337:14 |
| priced 393:11 | 388:8,16 393:2 | 308:6 310:2 | publishers 246:4 | 341:6 354:3,7 |
| 394:20 | production 237:4 | 311:6 326:8 | pulled 298:16 | 359:16 |
| prices 238:19 | products 264:9 | 353:3 363:13 | 310:14 | quantifying 320:18 |
| 239:16,16,20 | 358:6 395:5 | 365:6 374:19 | Pulmicort 271:16 | 321:3 |
| 240:10 259:22 | 400:11,14,17 | 375:20 | 271:22 272:5,7 | quarter 295:9 |
| 305:10,13 306:4 | product's 388:6 | provided 268:8 | 272:11,14,19,22 | 324:18 |
| 306:14 333:21 | proffering 336:3 | 280:14 311:22 | 273:6,9 350:17 | question 244:20 |
| 346:1 385:16 | profit 339:12 | 326:15 351:5 | 350:22 351:4,8 | 252:18 253:16 |
| 389:4 390:10,16 | 340:15,19 341:3 | 386:10 411:13 | purchased 306:3 | 260:4 262:4 |
| 390:21 395:11 | 341:6 373:6,8 | provider 250:8,15 | purchaser 241:8 | 268:5,13 269:14 |
| 396:5,9,14 | 404:21 | 250:18 251:6 | purchasers 307:11 | 282:14 289:2 |
| 397:12 399:10 | profitability 239:6 | 269:12 312:12,12 | 392:14 | 290:17 293:20 |
| 403:6,10 | 266:9,12 314:19 | 312:12,17,20 | purchases 306:11 | 300:8 303:22 |
| pricing 247:1 248:7 | 319:10,11 320:13 | 313:1 402:15,22 | purchasing 244:14 | 304:4,9 324:22 |
| 317:16 358:3 | 335:22 | 405:10 | purely 404:3,14 | 325:8,22 327:9 |
| | | | | 365:9 373:7 |

| | | | | |
|---|---|---|---|---|
| 388:11,13 393:6 | rapidly 244:11 | reasonably 332:3 | 261:7 300:16 | 297:11,16,20 |
| 409:8 412:14 | rate 241:21,22 | reasons 238:20 | 315:20 316:11 | regards 375:12 |
| questions 303:9 | 250:9 252:3 | 259:1 260:9 | 318:1 319:4 | regressions 253:21 |
| 304:21 305:3,5 | 282:18 311:20,21 | 311:13 362:20 | 345:13 | regular 246:5 |
| 324:11,19,21 | 334:18 345:5 | 404:6 | reference 258:6 | reimburse 302:20 |
| 325:12,15,18 | 408:10 409:18 | rebates 282:7,13 | 260:3 261:8 | 325:3 339:2,5 |
| 326:2 346:7 | 410:1 | 282:17 366:8 | 300:15 376:2,5 | reimbursed 241:22 |
| 350:1,14,15 | rates 249:21 250:1 | 387:19 | 383:4 | 243:16 252:9 |
| 351:12 359:15 | 250:3 251:4,12 | recall 301:18 | referenced 262:15 | 338:18 343:1 |
| 360:18 361:17 | 251:21 252:22 | recalling 346:15 | 333:14 353:4 | 367:17 |
| 364:2 372:12 | 253:6 254:2 | receive 251:21 | 357:8 375:11 | reimbursement |
| 407:9 410:6 | 282:17 339:4,11 | 266:19 306:21 | 377:5,8 380:3 | 242:4 249:21 |
| 413:7 | 339:15 | receiver 241:18 | references 374:16 | 250:1,3,9 251:4 |
| quite 275:22 276:1 | rational 399:8 | receiving 365:14 | 375:16 | 251:12,20 252:22 |
| quote 244:10 297:7 | 403:16 404:2,17 | recess 274:11 | referencing 357:7 | 253:6 254:2,14 |
| quote-unquote | 405:12,19 | 323:21 371:7 | referred 257:20 | 254:16 255:2,3 |
| 363:2 | reaching 364:3,15 | recognition 267:8 | referring 254:10 | 255:18 267:9 |
| quoting 391:12 | 368:11 | 287:9,13 406:7 | 255:5 258:2 | 273:19 282:2 |
| | react 398:6 | recognize 377:14 | 297:3 309:12 | 285:22 289:18 |
| R | read 322:2,17 | recognized 377:9 | 313:21 314:1 | 304:3 309:10,13 |
| R 372:1 | 324:11 325:2 | recollection 346:18 | 315:21 318:2,12 | 309:17 310:22 |
| raise 242:1 256:7 | 330:11 347:7 | record 237:12 | 367:20 374:2 | 313:6 314:14 |
| 256:10,12,19,21 | 364:12 381:7 | 267:7 274:13 | refers 341:12 | 315:3 316:7 |
| 257:13,19 392:10 | reading 311:16 | 290:22 291:2,6 | 381:22 382:2 | 319:19 328:4 |
| 402:20 406:11 | 375:19 | 323:20 324:2 | reflect 247:17,20 | 331:9 333:4,16 |
| raised 244:12 | real 330:15,15 | 352:11 363:5 | 379:13 388:12 | 334:1,3,6,18 |
| raises 257:6 | 403:5 | 371:6 372:5 | 390:22 391:2 | 337:22 339:4,11 |
| raising 256:16,22 | really 240:1 249:4 | 410:10,12,13,15 | 395:12 396:5,14 | 339:14,19 340:16 |
| 373:2,5 | 268:3 269:14,16 | 414:1,3 415:12 | reflected 332:22 | 343:11,21 344:7 |
| Randolph 234:19 | 273:18 274:6 | recording 274:13 | 366:14 408:9 | 345:5 348:13 |
| range 243:11,18 | 298:19 309:18 | records 243:21 | reflecting 277:10 | 349:16 373:3 |
| 268:22 294:18 | 340:2 404:11,14 | REDIRECT 413:9 | refresh 324:9 | 390:4,20 393:13 |
| 310:1 325:21 | 409:2 | reduce 373:6 | regard 262:16 | 396:10 403:21 |
| 329:11,15 334:8 | reap 319:20 | 402:17 | 269:17 282:1,3 | 404:21 |
| 334:11 339:15 | reason 239:12 | reduced 245:12 | 296:3 297:18 | reimbursing |
| 344:8,16 385:16 | 256:16,21 257:13 | 378:8 415:11 | 307:22 324:22 | 242:13 392:14 |
| 400:4 | 259:9 260:10,18 | reducing 361:20 | 335:6 339:12 | relate 383:17 |
| ranged 338:19 | 263:15 264:14 | reduction 376:9 | 348:18 375:17 | related 310:12 |
| ranges 276:5 | 278:18 280:1 | 406:2 | 391:5 408:20 | 357:9 415:14 |
| ranging 275:15 | 288:1 302:14 | reductions 266:20 | regarding 336:4 | relates 232:11 |
| rank 343:6 | 355:7 388:4 | 266:21 | 362:8,9 | 316:7 342:3,4 |
| Rankin 235:21 | reasonable 384:6 | refer 254:7 257:22 | regardless 297:6 | 373:13 |
| ranking 343:10 | | | | |

Meredith Rosenthal, Ph.D.          CONFIDENTIAL                    February 23, 2006
                                   Cambridge, MA
20

| | | | | |
|---|---|---|---|---|
| relating 379:3 | 411:10,15 | 351:10,18 352:5 | researcher 326:6 | 368:3 391:8 |
| relationship 240:3 | Remicade 259:8,17 | 353:5 354:13 | researchers 301:5 | 394:20 398:9 |
| 245:21 269:8 | 259:21 260:7 | 357:2 359:11 | 304:18 325:5 | 401:15 403:6,10 |
| relationships | 275:10 277:11 | 367:13,19 372:13 | 326:11,14 | 404:17,20 405:20 |
| 253:14 | 278:17 279:4,7,9 | 374:2,14 375:9 | respect 247:11 | resulted 314:13 |
| relative 252:11 | 279:22 280:9,19 | 377:16,19 378:12 | 251:11 259:10 | 315:3 395:15 |
| 275:17 276:4 | 281:3,5,14 | 378:13,14 379:3 | 263:7 267:7 | resulting 370:15 |
| 282:20 308:21 | 286:22 289:16 | 379:4 389:11,15 | 271:19,21 272:5 | results 271:8 |
| 343:16 360:7,15 | 290:4 321:13 | 393:22 396:3 | 272:18 273:9 | 300:19 |
| 369:11 373:5 | 322:19 | 405:19 407:19 | 280:15,16 281:20 | retail 283:5,7,9,12 |
| 375:15 376:19 | remind 248:12 | reported 243:13 | 285:5,15 286:10 | retailer 342:5 |
| 381:8 392:10 | rendered 350:21 | 248:4 392:1 | 286:11,21 287:2 | retain 318:16 |
| 398:7,18 402:10 | 351:3 | 395:17 | 287:6 290:3,7 | retained 392:20 |
| 402:11 406:19 | rendering 358:8 | reporter 232:22 | 291:11 338:16 | revealed 337:16 |
| relatively 309:1 | 359:2 369:3,17 | 274:15 329:21 | 340:15 341:3,17 | 338:1,9,13 |
| 312:21 339:22 | 370:4 | 331:5 | 342:2,6 350:21 | 339:10 340:6 |
| releasing 246:4 | rents 252:10,13 | reporting 249:16 | 351:4,8 352:8 | reveals 338:14 |
| relevant 252:19,20 | 309:8 | 301:2 394:13 | 358:7 364:4,6,17 | reversed 296:21 |
| 253:3,17 254:3 | repeat 327:9 | reports 243:17,22 | 369:10 405:13 | review 243:9 259:3 |
| 268:4,11,12,13,19 | 364:11,13 | 314:6 389:18 | respond 325:9 | 358:11 |
| 306:17 307:6 | report 243:13 | represent 349:3 | respondents | reviewed 262:18,20 |
| 363:20,22 368:19 | 244:5 247:10 | 350:13 372:10 | 324:16 326:16 | 328:15 384:14 |
| 369:14 377:13 | 251:13 254:6 | 381:19 382:5 | responding 361:17 | reviews 308:16 |
| 389:10 410:3 | 257:22 259:5 | representative | response 254:22 | revised 245:21 |
| reliance 326:9 | 261:8,19,21 | 324:20 412:15,22 | 258:13 345:9 | revision 248:19 |
| relied 261:8,10,18 | 262:5,13 263:2 | 413:13,18 | 351:11 359:15 | re-ask 327:11 |
| 328:3 330:18 | 263:21 266:1 | representatives | 360:18 364:1 | right 238:17 |
| 356:17 358:14 | 271:18 273:10,15 | 412:4 413:19 | 399:9,16 401:4 | 261:13 273:2 |
| relies 260:20 261:2 | 273:20 274:4 | represented 321:21 | 403:17 404:18 | 278:13 290:19 |
| 261:3 | 275:7 279:13 | 332:3 333:2 | responses 301:9,12 | 292:17,18,19,21 |
| rely 259:4 286:3,15 | 280:15,21 283:19 | 393:22 | 301:19 302:11 | 292:22 294:21 |
| 320:18 336:9 | 284:2,13 291:9 | represents 326:18 | 304:5,15 305:1 | 295:11 301:20 |
| 352:7 353:4 | 291:10,13,13,22 | require 247:16 | 326:2,4,10,15 | 310:8 325:10 |
| 358:10 | 296:5 301:15 | required 245:4 | responsiveness | 342:21 344:18,22 |
| relying 262:9,11 | 302:6 305:17 | 248:15 262:10 | 239:11 | 349:4,17,21 |
| 263:5 286:3 | 307:6 313:12 | 271:2 | rest 322:11 | 356:5,16 360:16 |
| 303:7 326:10 | 319:7 322:3,17 | requires 239:15 | restate 293:19 | 360:17 364:19,20 |
| remain 255:22 | 326:17 327:1 | 395:11 | 318:5 322:15 | 365:4,14 366:16 |
| 274:2 | 329:5 336:7 | research 265:17 | restricted 274:2 | 376:15,21 381:17 |
| remember 248:13 | 341:5,10 342:22 | 270:22 303:2,16 | 311:12 | 383:22 384:3 |
| 346:22 347:2 | 345:13 346:12,16 | 304:18 331:4 | result 243:1 252:11 | 392:22 395:20 |
| 351:15 411:5,7 | 346:22 350:18,20 | 362:13,22 363:1 | 255:14 266:13 | 401:17 408:6 |

Henderson Legal Services
202-220-4158

411:16 412:7
rise 402:11
rising 239:2
role 320:6
roles 390:10
Ron 407:15,17
Ronald 235:8
Ropes 234:5
Roseman 233:4
Rosenthal 232:16
  236:2,11,14,17,20
  237:2,9 238:1
  274:21 275:6
  291:3,8 296:11
  298:19 324:4
  328:20 329:1
  345:19,21 350:12
  354:11 372:4,8
  373:16,20 379:2
  379:6,8 380:17
  383:3,10 384:18
  399:3 403:18
  405:21 407:13
  410:18 414:8
Roth 232:22 415:4
  415:21
rough 410:21
roughly 301:18
  302:7 409:18
Roxane 234:21
RPR/CSR 232:22
run 267:21
running 275:13

          S
S 233:16 372:1,1,1
sacrifice 239:8
sale 272:13
sales 239:8 283:9
  283:12,21 357:16
  387:14 392:2
sample 301:14
  302:3,13 330:11

SARIS 232:5
satisfactorily 237:3
save 368:9 380:8
saved 367:16
  368:15
savings 368:2
  370:15
saw 358:15
saying 240:2
  242:16 249:7
  285:3 322:8,18
  327:6 332:20
  349:5 377:16,18
  395:9 397:21
  404:16 406:14,17
  406:20
says 351:19 375:18
  381:15 382:3
  412:3,9
scenario 241:12,14
  323:4 394:12
  400:7 401:3
  402:20 403:1
schedule 246:5
  311:20,21 312:3
  312:5 364:16
schedules 269:6
  312:3
Schering 234:8
  236:12 286:5
  288:12 298:12
Schering's 286:10
Schering-Plough
  234:8 284:21
  296:8
scope 247:9 276:14
script 301:7
se 238:2
second 254:7
  342:10 375:19
  379:17 399:7
  406:3 410:19

second-to-last
  379:22
secret 391:9,13,18
section 263:2
see 240:10 241:8
  254:13 256:1,20
  261:9 266:4
  271:18 284:22
  290:2 292:10
  295:3,16 296:13
  296:15 299:14,15
  299:22 300:8
  305:22 307:8,17
  320:8 322:18
  329:14,19 330:15
  338:6 339:10
  346:3 347:9,13
  351:21 352:5
  353:12 358:7
  359:5 362:20
  365:7 366:21
  367:4,5 374:8
  375:14 378:12,18
  379:15,16,19
  380:5,5,14
  381:10,13 382:4
  383:3,5,8,11,18
  384:22 385:17
  397:11 408:1,9
  409:22
seeing 295:21
  300:2
seek 265:13 327:21
  331:20 343:16
seeking 328:2
seen 243:8 249:21
  259:18 346:11
  347:16 407:3
segments 390:19
select 272:9 342:18
selected 359:1
  383:20

selection 341:17
  342:14
self 301:1
seller 241:17
sellers 395:11
  396:5,13
seller's 241:10
selling 239:16
  249:11 255:12
  344:20
sense 309:7 317:16
  392:17 396:17
sentence 313:14
  341:12 347:10
  364:10 376:2
  399:7
sentences 374:15
separate 283:16
  392:13
separately 282:9
  386:4 387:5,19
September 380:13
services 247:1
  248:8 251:5,21
  268:8,22 269:4,6
  309:17 310:1,7
  310:15 311:6
  312:8 352:15
  353:2 411:13
set 243:5 261:19
  262:12 269:7
  273:15 288:5,13
  289:9 315:8
  393:13 395:22
  399:9,10 402:1
  404:1 415:18
sets 388:14 403:20
setting 399:9
seven-year 296:15
severe 400:5
Shapiro 232:19
share 260:11 261:6

312:20 313:4
319:18 373:1
377:11 394:16,20
shared 260:21
sharing 255:15
  286:4
Shield 412:1 413:2
shift 400:10
shifting 377:11
Shook 235:15
short 263:18 264:3
  264:12 265:20
  270:9,20 298:14
  298:16 299:8
  323:17 363:7
show 248:14 261:4
  265:22 281:1,17
  282:22 289:7
  292:2 296:1,13
  354:15
showed 364:7,16
  365:12
showing 291:14
  321:15
shows 275:13,15
  284:19 290:7
  295:12 296:6
  297:19 329:7
  408:4
side 319:22
sides 312:15
signal 337:8 356:18
signed 359:10,11
significance 276:16
  276:17 297:22
significant 271:10
  277:1,4 312:20
  333:22 365:3
  392:2
similar 243:21
  313:19
simple 390:13

| | | | | |
|---|---|---|---|---|
| 409:8 | sophistication | 407:21 | SS 415:2 | 241:16,18 242:1 |
| simultaneous | 335:11,16,22 | specifics 317:21 | stack 244:4 | stop 402:7 |
| 271:6 | 359:17 360:7 | spectacularly | staff 357:19 | stopped 402:5 |
| single 265:10 | sorry 250:1 292:10 | 395:4 | Stand 274:12 | store 238:15 |
| 270:13 271:12 | 292:11,12,19 | Spector 233:4 | 323:22 410:14 | story 311:4 |
| 330:10 | 293:19 318:5 | spin 404:9 | standard 244:16 | strategic 259:18 |
| single-point-in-ti... | 322:6 336:15 | split 343:8 | 245:19 253:8 | 261:3,5 262:3 |
| 331:6 | 364:9 367:2 | spread 253:11 | 265:16 270:18 | 286:19 355:21 |
| sit 260:5 289:14 | 374:7 379:10 | 255:7 256:13,14 | 277:13,17 285:8 | 357:11,12,21,22 |
| situation 240:5 | 394:4 400:12 | 257:3,5,6 260:11 | 290:11 293:4,9 | 358:1,5,15 380:4 |
| 318:13 390:6,18 | 401:3 | 267:17 272:10,12 | 293:15 294:12,19 | 395:15 |
| 392:6 398:12 | sort 237:12 276:22 | 276:22 277:3,14 | 295:5,8,19 | strategies 288:3 |
| situations 398:13 | 330:14 353:19 | 279:5,8,10,22 | 338:12 362:22 | 374:19 375:21 |
| six 292:15 298:19 | 393:21 395:20 | 280:4,9 284:20 | 364:8 | 376:7,22 377:5 |
| six-year 295:18 | 406:19 | 289:21 290:8 | standpoint 397:8 | 378:2,3 406:1 |
| 298:11 | sought 327:17 | 292:2,8,10,17 | 398:4 | strategy 285:2,5,17 |
| size 301:14 302:3 | 413:12 | 293:3,18 294:2 | Start 253:1 | 285:18 288:1 |
| sloping 297:10,11 | sound 356:21 | 294:10,15 296:7 | started 298:6 | 303:3 355:4,7 |
| small 275:22 276:2 | sounds 301:20 | 298:1,2,3,4 299:3 | starting 237:13 | 376:9,12 380:17 |
| 298:20 299:11 | 384:6 405:1 | 300:9,14 311:2 | state 285:1 288:3 | 381:13 384:7 |
| 333:2 335:18 | source 304:20 | 321:7,15,17 | 353:17 | 393:18,21 406:2 |
| smaller 294:2 | sources 243:10,12 | 322:3,14,19 | statement 238:10 | 406:3,10 |
| 300:9 | 328:15 365:1 | 323:10 337:15 | 296:10 311:15 | Street 232:20 233:5 |
| snapshot 330:14 | South 353:9 | 361:5,21 362:1,3 | 391:11 | 234:13 274:16 |
| 333:3,9 334:21 | speaking 246:19 | 366:22 375:12 | statements 288:5 | 275:4 |
| Sobol 232:19 | 309:14 | 377:10,15,21 | 364:9 | strictly 290:14 |
| societies 313:19,22 | specialist 251:17 | 381:8 400:21 | states 232:1 352:2 | strike 253:1 257:21 |
| 315:2 | 274:15 315:18 | 401:6,11,12 | 353:11 | 297:1 310:17 |
| Society 314:3 | specialists 307:22 | 405:16 406:12,20 | stay 397:13 | 314:21 325:16 |
| software 343:22 | specialty 313:19,22 | 406:22,22 407:5 | stays 245:8 344:21 | 335:2 336:20 |
| 344:11 | 315:2 327:22 | 409:4 | steady 245:8 | 367:2 400:12 |
| sold 283:4,7 | specific 259:12 | spreads 261:2 | 257:16 284:20 | studied 251:9 |
| solely 263:6 283:20 | 260:2,19 272:4 | 267:15 281:6,11 | 296:7,13,16,20 | 252:15 265:15 |
| 283:21 | 273:9 281:19 | 281:14,15 295:17 | 297:2,7 361:18 | 268:6 408:8 |
| solicit 304:22 | 308:6 353:19 | 296:1 300:5 | Steve 372:10 | 409:21 |
| solicited 301:13 | 356:22 357:8,20 | 329:5 378:5,7 | Steven 235:2 | studies 251:13 |
| somebody 391:12 | 357:22 362:17 | 386:13,16 393:14 | STEVENS 373:18 | 264:1,10,11 |
| somewhat 329:16 | 370:11 407:5 | 397:5,6 401:16 | 379:1 407:8 | 286:17 299:9 |
| 397:16 | specifically 259:4 | 402:1 407:3 | stick 241:6 254:17 | 325:11 |
| sophisticated 335:5 | 259:12 262:16,21 | spreadsheets 283:3 | 277:10 | study 247:7 263:10 |
| 335:7,9 359:21 | 267:14 285:15 | Squibb 235:6 | sticker 240:12,14 | 263:12,13,15,20 |
| 359:21 360:4 | 321:3 351:3 | 372:11 379:4,14 | 240:16 241:7,8 | 264:7,19 270:6,9 |

| | | | | |
|---|---|---|---|---|
| 285:11 299:13 | supplement 324:4 | surprised 348:21 | 368:12 369:16 | 267:22 289:14 |
| 300:1,16,17,21 | supplemental | survey 243:8,12 | 370:5,14 371:2 | 303:14 324:14 |
| 306:12,17 344:3 | 284:1 291:13 | 250:5 287:12 | 376:3 379:11 | 332:6 335:12,13 |
| 360:12 362:7,13 | 348:20 349:8,19 | 300:21 303:8,16 | 398:22 410:7 | 335:14,19,21 |
| 363:2 | supplied 254:8 | 303:21 304:16 | taken 274:11 275:3 | 353:21 354:4 |
| studying 271:4,13 | supplier 238:9 | 324:8,16,20 | 323:21 331:15 | 357:9 366:12,16 |
| 299:10 | 239:6 242:1 | 325:18 326:2 | 371:7 | 380:10,16 382:21 |
| subject 279:19 | suppliers 238:19 | 331:1,7 334:12 | talk 253:16 284:15 | 383:19 384:4 |
| 283:13 341:5,14 | 272:8 330:12 | 338:21 | 327:3 410:18 | ten 350:4 |
| 376:19 | support 262:12 | surveys 243:8 | 411:17,18,20 | tend 307:21 311:19 |
| submitting 242:4 | 267:17 293:16 | 301:3,4 334:21 | 413:3 | 312:22 |
| SUBSCRIBED | 307:18 308:4 | sworn 237:5 303:6 | talked 243:19 | term 309:3 310:21 |
| 414:10 | 352:7,21 354:21 | 414:10 415:8 | 244:1 245:15 | 316:10 332:5 |
| subsequent 274:4 | 355:2,18 356:3 | system 247:3,8,12 | 248:7 253:13 | 340:4,6 343:4 |
| 385:15 | supported 287:16 | 247:13,16 255:3 | 275:10 301:1 | 359:17 360:1 |
| subsequently | 378:13 | 255:18 270:1 | 305:6 317:5 | 381:21 385:7,8 |
| 242:12 382:15 | supporting 287:22 | 285:22 286:1 | 328:2 329:4 | 389:16 391:1 |
| subsets 312:8 | 351:7 | 302:16 331:9 | 339:8 367:12 | 396:15 405:2 |
| subsidies 268:18 | supports 260:15 | 333:5,17 393:13 | 411:2,4,12 | terms 239:8 243:15 |
| subsidization | 352:6 377:6 | 403:22 404:18,21 | 413:16 | 244:17 245:20 |
| 268:3 | sure 246:21 259:5 | systems 333:12,13 | talking 241:13 | 248:1 282:11 |
| substantial 269:18 | 268:19 274:10 | 344:10 | 246:1,6,15 247:4 | 308:21 309:15 |
| 269:21 306:18 | 276:1,18 292:20 | | 247:15,19 248:3 | 321:10 343:9 |
| substitutes 376:18 | 293:20 302:19 | **T** | 249:8 252:7 | 356:20 370:7,13 |
| sufficient 328:9 | 304:10,18 309:2 | T 232:14 234:3 | 259:20 270:7,17 | 381:8 382:8 |
| 333:10 | 309:6 314:17 | 372:1 | 276:14 277:21 | 398:18 403:2 |
| SUFFOLK 415:2 | 317:8 318:6 | Table 272:20,22 | 278:2,5 299:18 | territory 242:8 |
| suggest 239:13 | 323:18 324:15 | 273:16 | 306:8 309:18 | test 254:22 307:5,6 |
| 240:9 254:9 | 339:3 342:11 | tabulated 325:5 | 315:17,19 316:7 | 307:8 |
| 262:22 296:20 | 344:12,15 347:22 | tabulation 326:11 | 334:4,7 348:10 | testified 237:6 |
| 382:17 391:2 | 348:6 367:19 | 326:18 | 349:12 351:11 | 359:14 |
| 392:4,16 | 382:2,8 386:15 | tabulations 326:17 | 375:15 379:21 | testimony 245:17 |
| suggested 384:1 | 388:2 389:5,9 | Taft 411:4,7,9,13 | 389:6,10 394:2,3 | 258:22 259:15 |
| suggesting 249:6 | 391:16 393:5 | 411:22 412:17 | 394:13 395:22 | 260:13,14 261:22 |
| 268:17 333:1 | 397:2 398:19 | 413:17 | 397:17 403:2 | 262:5 286:4 |
| 394:7 400:6 | 405:15 | tagged 396:10 | 405:15 | 303:6 311:18 |
| suggests 323:6 | surgery 310:10 | take 251:15 259:7 | talks 375:2,4 | 340:1 354:12 |
| 355:6 391:22 | 369:22 | 270:6 274:8 | 382:13 | 355:9 357:2,4 |
| 393:17 396:13 | surgical 370:17 | 297:3 302:12 | tat 401:11 | 358:22 410:19 |
| Suite 233:5 274:17 | surprise 249:10 | 307:9 313:17 | telephone 300:21 | 415:12 |
| summarized | 395:3,7 408:13 | 321:12 323:16 | 301:3 303:8 | testing 363:6 |
| 272:20 | 409:10,15,19,20 | 343:7 347:14 | tell 247:6 258:1 | text 380:6 |
| | | 348:14 349:1 | | |

| | | | | |
|---|---|---|---|---|
| **Thank** 258:8 318:8 | 276:21 277:18 | **thousand** 248:5 | **told** 393:3 408:13 | **turn** 244:3 254:5 |
| 324:6 326:21 | 287:21 293:2 | **three** 275:21 276:2 | 409:10 | 275:6 280:13 |
| 329:2 346:3 | 299:8 302:13 | 276:2,7,9,11 | **Tom** 308:8,13 | 284:12 305:16 |
| 372:19 373:22 | 303:12 310:6 | 277:6,7 292:14 | **top** 301:17 351:18 | 313:12 321:12 |
| 379:9 399:4,4 | 313:5 314:9,11 | **threes** 294:20 | 408:3,4 | 326:22 341:9 |
| 407:10 | 324:3 331:3 | **threshold** 278:20 | **touch** 412:19 | 351:10 |
| **theoretically** 268:2 | 334:4 341:2 | 280:2,4 298:18 | **track** 239:16 | **turns** 368:12,16 |
| **theories** 391:5,7 | 350:6,16 360:18 | 300:5,6 333:15 | 273:13 | **tutorial** 399:1 |
| **theory** 249:15 | 361:3,15 364:1 | 341:4 386:5,8 | **trade** 284:3 311:17 | 403:17 |
| 250:13 255:1 | 364:14 370:22 | 387:6 | **tradeoff** 269:8 | **two** 239:3 250:12 |
| 257:10 278:19 | 375:8 382:1 | **Thursday** 232:17 | **tradeoffs** 369:21 | 250:18 255:14 |
| 285:20 286:16,17 | 383:1 384:17 | **tied** 254:16 | 402:3 407:7 | 259:7,10,21 |
| 288:8 289:5 | 391:12,15 395:9 | **time** 244:11 252:9 | **training** 251:18 | 260:1 274:20 |
| 293:16 307:3 | 397:8,20 398:3,9 | 257:14 259:13 | **transaction** 399:9 | 282:19 287:3 |
| 329:12 338:4 | 398:19 399:15,20 | 260:1 263:18 | **transactions** | 290:22 292:14 |
| 348:8 360:11,20 | 401:1 410:3 | 264:3,12,16 | 310:10,12 394:1 | 294:20 354:12 |
| 361:12,21 362:19 | **thinking** 286:10 | 265:20 270:9,16 | **transcript** 412:2,11 | 357:8 358:16 |
| 363:3,7,9 377:7 | 290:3 338:12 | 270:20 271:11 | **treat** 276:20 | 372:4 374:15 |
| 378:13 386:2,2 | **third** 235:4 253:1 | 274:19 291:1,5 | **treatment** 369:11 | 376:6,16,19 |
| 394:18 395:14 | 312:22 335:16 | 295:18,18,21 | 369:12,22 370:16 | 382:18 387:4 |
| 403:5,9 404:15 | 365:18 | 298:7,20,22 | **trend** 293:16 | 400:11,13,21 |
| 406:9,14 407:4 | **third-party** 239:19 | 299:1,2,4,9,10 | 296:19,20 297:10 | 401:1 406:1 |
| **therapeutic** 253:14 | 240:17 241:2 | 300:4,9 314:16 | 297:11,14,19,19 | **Tyler** 233:11 |
| 265:2 376:18 | 242:19 250:8,22 | 324:1 330:8,10 | 297:21 | **type** 247:3,8 301:2 |
| **therapies** 341:13 | 251:5,12,22 | 330:16 331:15 | **tried** 341:6 | 332:21 |
| **thereof** 308:2 | 253:7,11,19 | 349:15 352:3,13 | **trouble** 273:13 | **types** 312:22 328:7 |
| **thing** 239:4 301:2 | 266:15,17,19 | 353:20 362:3,14 | **true** 238:18,21 | 369:9 |
| 355:16 392:22 | 269:12,22 306:13 | 363:7,8 364:18 | 239:1 246:20,21 | **typewriting** 415:11 |
| **things** 239:3 252:1 | 309:16,22 310:19 | 371:4 372:2 | 271:19 294:8 | **typically** 243:20 |
| 252:4 263:18 | 311:19 312:11,17 | 377:1,13 380:8 | 299:7 300:22 | 311:22 312:2 |
| 264:8 265:9 | 312:19 313:2 | 385:19 386:21 | 302:8 317:17 | 390:21 |
| 272:15 294:7 | 328:19 334:20 | 407:9 408:5,11 | 334:19 341:17,19 | |
| 303:15 324:10,14 | 335:4 336:6,10 | 410:2,6,11,15 | 341:21 345:8,12 | **U** |
| 345:7,11 349:20 | 337:3 339:13 | 414:2 | 354:20 412:7,8 | **Uh-huh** 261:13 |
| 382:19 402:2 | 373:3 388:19 | **times** 300:15 | 415:12 | **ultimate** 240:18,21 |
| 406:4 | 389:7 390:3,20 | 406:10 | **truth** 357:3 415:8 | 241:1 |
| **think** 240:1 241:12 | 394:17 395:16 | **timing** 271:3 | **try** 316:20 318:7 | **ultimately** 353:10 |
| 242:7 248:15 | 396:9 397:18 | 352:18,21 362:16 | 322:15 330:6 | **unable** 305:20 |
| 249:17 252:6 | 411:21 | **tit** 401:10 | **trying** 249:14 | **unclear** 269:5 |
| 260:3 266:11,18 | **thought** 287:16 | **today** 260:5 274:18 | 259:13 279:19 | 399:21 412:2 |
| 269:2,5,10,14 | 348:1 355:9 | 289:14 347:10 | 327:16 348:12,17 | **uncorrelated** 271:3 |
| 274:1 276:2,17 | 382:9 | 353:21 | 357:1,14 363:3 | **underlying** 253:13 |
| | | | | 253:20 266:7,18 |

340:10
**understand** 267:11
  270:8 283:18
  284:1 309:3
  317:8,18 331:11
  336:19 354:11
  365:20 393:6
  404:15 412:4,21
**understanding**
  246:18 250:7
  272:7 283:15,22
  284:4 293:6
  301:6 312:2
  321:20 323:14
  329:7 333:12
  343:4 358:4
  365:5 375:10
  376:17 381:21
  384:11 386:1
  388:18 389:21
  390:1,8
**understood** 262:8
  325:8 357:15
  388:1 389:14
**undertake** 306:12
  332:8,21
**undertaken** 331:4
**under-the-table**
  242:2
**undesirable** 394:11
**unique** 372:21
  397:16
**unit** 276:22
**UNITED** 232:1
**units** 239:9 353:15
  354:4
**unknown** 241:1
  349:11
**unobservable**
  308:10 355:5
**unseen** 252:11
**unsuccessful** 395:5

**updates** 248:15
**updating** 247:19
**upward** 296:19,20
  297:10,11,19,21
**urban** 312:21
**use** 237:19 258:2
  279:9 285:19
  286:19 289:21
  302:16 304:13
  310:21,22 316:10
  321:13 331:8
  332:12 334:5
  337:11 340:4
  360:21 368:3
  370:2,16 374:20
  375:5,21 385:7,8
  389:15 400:2
  405:21
**useful** 333:3
  411:20
**uses** 253:8
**usually** 340:4
**utilization** 237:18
  256:2 278:17
  280:9 325:15
  338:16 339:11
**utilize** 279:4,6,22
  294:5 343:13
  344:6
**utilized** 287:17
  305:3 325:12
**utilizing** 325:17
**U.S** 275:1 307:19
  324:19

---

**V**
**valid** 304:18
  348:16
**value** 244:18
**variables** 264:4,13
  265:21
**variation** 275:20
  282:13 312:15

333:22 337:14,20
  339:20,22
**variety** 238:20
  358:12
**various** 263:3
  269:11 362:10
  364:18
**vary** 243:7 312:12
**Vepesid** 374:21
  375:9,16 376:10
  378:9 379:18,21
  380:8,12 381:20
  382:6 383:7,9
**Vepesid's** 382:14
  406:2
**verify** 383:1
**Verispan** 328:16
**versus** 366:22
**video** 274:15,15
**videographer**
  235:22 237:14
  274:12 291:1,5
  323:19,22 371:4
  372:2 410:11,14
  414:2
**videotape** 237:20
**videotaped** 237:17
  237:19
**view** 245:3,9,10,11
  249:3 251:19
  318:17 339:22
  386:17 387:2
  388:16 391:4
**voice** 273:12

---

**W**
**WAC** 244:15,22
  259:10,16 382:1
  382:21 383:12,17
  385:6,12 389:17
**WACs** 389:15
**Wadwell** 233:17
**want** 245:16

297:20 301:16
  307:8 317:8,18
  318:6 335:13
  369:21 372:16
  373:15 385:8
  392:21,22 409:2
  409:3,5 410:18
**wanted** 299:13
  324:10 402:14
**wants** 324:4
**Washington**
  235:11
**wasn't** 246:20,21
  256:4 286:17
  322:6 354:7
  366:17
**way** 242:12 263:17
  271:8 287:12
  302:20 312:2
  323:14 333:13
  334:14 338:12
  361:22 363:6
  382:20 383:1
  393:11 394:20
  395:20 401:19
  403:22 404:1
  406:9
**ways** 304:9,11,22
**weak** 307:16
  308:20 309:1,3
  309:11 310:20
**Webb** 233:11
**week** 248:9
**weekly** 246:9
**welfare** 411:3
**well-known** 251:15
  307:19 317:2
**went** 255:10 321:9
**weren't** 370:4
**we're** 247:15
  379:20
**we've** 243:7 314:3

**whatsoever** 242:17
**whereof** 415:18
**wholesale** 232:8
  274:22 382:15,18
  383:4,6 385:4
  394:3,5,6,8 400:1
**wide** 325:20
**widely** 243:7
**William** 233:9
**willing** 339:13
**wished** 339:2,3
**witness** 236:2
  262:1,6 329:2
  350:2,8 407:10
  415:13,18
**witnesses** 358:22
**Witt** 234:17
**wondering** 360:2,5
**word** 302:12 325:2
  325:2 370:1,2
**words** 288:2
  355:21 360:21
  403:22
**work** 312:3 329:20
  333:6,13,13
  359:19 360:6
**working** 316:1,3
**world** 321:20,22
  330:2 345:18
  401:22 402:5
  403:5
**wouldn't** 252:20
  256:9 268:12
  269:15 288:8
  307:8 311:6
  313:6,8 395:7
  409:20
**write** 341:20
**written** 243:4
  303:20
**wrong** 238:2,5,8,11
  395:21

| Y | Zofran's 408:16 | $97.74 385:16 | 1133 233:12 | 385:1 387:12,13 |
|---|---|---|---|---|
| yardstick 279:12 | 409:13 | $99.26 385:16 | 12:07 324:1 | 387:18,21 405:17 |
| 279:16 321:21 | Zoladex 244:8,10 | $99.31 384:5 385:5 | 1201 235:10 | 1997 298:4 353:9 |
| 322:1,9,10 | 244:14,22 254:15 | 394:8 | 13 297:4 305:16,19 | 1998 278:1 |
| 323:15 386:2 | 254:15,16,17 | | 307:13 313:12,13 | 1999 278:1 351:20 |
| 387:8 396:22 | 255:7,21 256:13 | **0** | 315:11 | 352:19 354:1,6 |
| 397:3,5 403:5,9 | 258:19 263:22 | 0011214 236:17 | 13-year 295:21 | 361:7,12 362:11 |
| yeah 340:13 366:7 | 354:5,12,17 | 373:19 | 14 341:9 | |
| 381:12,14 382:5 | 357:9,20 358:2,8 | 003 328:20 399:3 | 14-year 295:20 | **2** |
| year 293:7,11 | 361:8 362:11,21 | 403:18 | 1456 232:3 | 2 381:13 |
| 294:14 296:14 | 364:4,6,18 365:2 | 01-CV-12257-PBS | 15 291:19 338:20 | 2/7/08 415:22 |
| 298:10 299:12,12 | 365:14,21 366:1 | 232:4 275:2 | 349:3,5,7,14 | 2:03 372:2 |
| 299:14,15 300:1 | 366:14,22 367:3 | 011 329:1 | 379:5 381:19 | 2:51 410:11 |
| 300:1 367:16 | 367:7,17 368:4 | 013 236:11 291:3,8 | 382:6 410:21 | 2:52 410:15 |
| 368:4 387:13 | 369:4,7,11 | 014 236:14 345:19 | 150 362:2 | 2:55 414:2,4 |
| 388:5 408:14 | Zoladex's 368:10 | 345:21 | 16 410:21 | 20 243:20 284:12 |
| 409:11 | Zoladex-related | 015 236:17 373:16 | 17 244:5 307:13 | 284:14 290:6 |
| years 238:17 | 358:17 | 373:20 380:17 | 351:11,17 353:7 | 291:21 399:22 |
| 294:20 297:5 | | 383:3 405:21 | 360:10 366:20 | 414:11 |
| 298:20 299:18,22 | **$** | 016 236:20 379:2,6 | 1701 234:13 | 200 234:19 |
| 385:15 386:14 | $1 344:16,21 345:4 | 379:8 383:10,20 | 18 407:19 | 2000 296:14 298:10 |
| 387:7 | $10 344:17 | 384:18 | 180 302:7 | 20004 235:11 |
| yesterday 239:10 | $109.19 383:7,12 | 02110 234:7 274:17 | 1818 233:5 | 2001 295:1 |
| 243:19 244:1 | $120 382:5,10 | | 19 275:6,8 284:18 | 2002 295:4 |
| 245:16 253:14 | $120.54 381:19 | **1** | 321:13 383:2 | 2003 295:8 323:10 |
| 263:4 275:11 | $124.14 384:4 | 1 254:5 258:7 | 19101 234:14 | 408:5 |
| 301:1 303:4,14 | $125.57 383:16 | 272:21 273:1,16 | 19103 233:6 | 2004 286:12 292:6 |
| 305:6 306:8,16 | $136.49 383:10,13 | 351:20 352:19 | 1991 286:12 292:9 | 295:9 296:19 |
| 317:5 328:3 | $18 276:13 | 354:1,6 361:7,12 | 293:3 297:4 | 367:14 |
| 329:4 346:8 | $20 384:2 | 362:11 | 298:6 366:21 | 2005 379:5 |
| 364:2,14 390:12 | $3 278:6 344:17,21 | 1:03 371:4 | 367:8 408:5 | 2006 232:17 274:18 |
| 410:19 | 345:3 | 10 367:15 385:10 | 1992 294:1,1,6 | 415:7,19 |
| yesterday's 410:21 | $30 384:2 | 394:10 400:21 | 299:19 | 21 298:3 327:1 |
| yield 391:18 | $40 367:16 | 401:6 | 1993 294:2,5 | 22 298:2 |
| York 233:13,13,19 | $5 278:14 344:17 | 10:42 274:19 | 296:14 299:20,20 | 22.3 294:16 |
| 233:19 235:5,5 | 344:17,22 | 10017 233:19 | 367:8 | 23 232:17 274:18 |
| | $500 278:12 | 10022 235:5 | 1994 294:9 296:14 | 415:7 |
| **Z** | $6 278:3,6 | 10036 233:13 | 298:1,10 299:21 | 23th 415:19 |
| Zofran 258:19 | $600 276:11 | 11:03 291:1 | 366:21 367:1,2,7 | 235 236:18 373:19 |
| 263:22 407:22 | $7 344:17 | 11:05 291:5 | 1995 298:2 380:13 | 237 236:4 |
| 408:5,8,15 | $91.42 385:2 | 11:47 323:19 | 1996 298:3 328:21 | 24 298:4 |
| 409:12 | 387:14,17,21 | 1121 374:7 | 331:1 381:1 | 243 274:17 |
| | 388:5 | 11221 374:7 | | 25 367:1 |

| | |
|---|---|
| **2500** 233:5 | **4** |
| **2555** 235:16 | **407** 236:7 |
| **26** 313:14 | **41.6** 293:7 |
| **27** 315:11 | **410** 236:8 |
| **28** 294:11 298:2 | **413** 236:4 |
| **29** 279:10 302:10 | **45** 324:17 326:22 |
|      326:5 372:17,18 | **450** 233:18 |
|      372:20 | |
| **29.9** 292:9 293:3 | **5** |
|      298:5 | **50** 248:5 343:7,8,10 |
| **291** 236:12 | **50,000** 248:2,10 |
| | **58** 274:16 |
| **3** | |
| **30** 277:14,17,18,21 | **6** |
|      278:8 279:4,8,22 | **6** 374:9 375:19 |
|      280:10 290:8,10 |      380:13 |
|      290:15 292:2 | **60** 248:5 329:15,17 |
|      298:5 322:3,19 | **60,000** 248:2,10 |
|      364:17 373:13 | **600** 276:5 |
|      374:2,14 397:1,6 | **60601** 234:20 |
|      397:7,13,21,22 | **64106** 235:17 |
|      398:8,13,19,20 | |
|      399:14,22 400:8 | **7** |
|      401:13,16 402:1 | **70** 329:17 |
|      402:5,10,12,21 | **700** 276:6 |
| **31** 275:15,16 277:3 | |
|      277:14,22 278:8 | **8** |
|      278:9 280:10 | **8** 399:5 403:17 |
|      321:15 322:22 | **85** 349:6 |
| **32.7** 293:11 | **875** 235:4 |
| **33** 301:18 302:10 | |
|      303:8 326:7,15 | **9** |
| **34** 275:17 277:3 | **9:13** 232:18 |
|      295:1 323:11 | **90** 338:22 |
| **345** 236:15 | **91** 292:6 296:19 |
| **350** 236:5 | **94** 299:21 |
| **36** 290:8 292:3 | **95** 299:21 381:5 |
|      353:8 | **9520** 380:2,4,5,9 |
| **37** 244:7 | **96** 299:21 381:5 |
| **372** 236:6 | **97** 299:21 |
| **373** 236:18 | |
| **379** 236:20 | |
| **38** 407:19 | |