Sheila R. Cizauskas     HIGHLY CONFIDENTIAL     March 10, 2006
Boston, MA

---

**94**

1      A.  I don't know what the acronym stands for.
2   It's just one of those things that we use in a --
3   you know, daily bases.
4      Q.  Do you know what?
5      A.  But it measures processes.  For example,
6   administering aspirin after a heart attack at the
7   hospital, and it would measure how often that
8   happens at the hospital --
9      Q.  I see.
10     A.  -- would be an example.  It's managed
11  through our quality department.
12     Q.  And the KHRQ you referred to -- did I say
13  that right?
14     A.  A, as in apple, AHRQ.
15     Q.  I see.  What -- what is that -- well,
16  first of all, do you know what it stands for?
17     A.  No.
18     Q.  Okay.
19     A.  I --
20     Q.  What does it seek to measure?
21     A.  That measures outcomes.  For example,
22  infection rate after surgery, pneumonia after

---

**95**

1   surgery, those kinds of things.
2      Q.  How long has the hospital incentive
3   program been in place?
4      A.  Well, it's been in place at least three
5   years and -- and it was in place when I arrived.
6   It has been expanded since then.  I don't know how
7   long before that.
8      Q.  Does the hospital incentive program
9   pertain to inpatient care, outpatient care, or
10  both?
11     A.  Inpatient care.
12     Q.  Now, when you first came to BCBS of
13  Massachusetts, you mentioned that the proportion of
14  risk-based contracts with physicians versus
15  fee-for-service contracts was lower than what you
16  had seen previously at Harvard Pilgrim, right?
17     A.  And when we say, "contracts," we have sort
18  of the over-arching contract that covers a lot of
19  physicians, and then there's contracts with each
20  physician under that.  So, if we're counting them
21  up, the risk-based contracts are very few.
22     Q.  Well, let's discuss that -- that

---

**96**

1   structure.  Let's talk about a typical physician
2   practice.  Does BCBS always enter into one contract
3   with the practice and then individual contracts
4   with each doctor in that practice?
5      A.  I don't know about always, but that's the
6   general model; that each individual physician has
7   their own individual contract.
8      Q.  If each physician has their own contract,
9   what is the need for and what's contained in the
10  contract with the practice?
11     A.  What do you mean by "practice"?
12     Q.  Well, you said there -- there are
13  contracts with individual doctors, and then there's
14  another over-arching contract.  What's that
15  over-arching contract?  Who is in between?
16     A.  That would be an over-arching contract
17  that governs a group of physicians or a group of
18  practices that are organized through some kind of a
19  centralized infrastructure organization that
20  negotiates on their behalf for incentives or risk.
21     Q.  Are you thinking about an independent
22  practice association?

---

**97**

1      A.  That would be one example.
2      Q.  What other examples are there?
3      A.  An integrated network, a staff model
4   group, employed physicians.
5      Q.  Okay.  In each of those cases, would there
6   be one over-arching contract and then individual
7   contracts?
8      A.  I don't know if that's always the case,
9   but generally, yes.
10     Q.  Would that be the case even with the staff
11  model?
12     A.  There would be -- I can't say if the
13  individuals sign a contract, but the individual
14  contract that governs the behaviors of individual
15  physicians would be part of that.
16     Q.  In these situations are reimbursement
17  terms contained within the over-arching contracts
18  or within the physician-specific contracts?
19     A.  The -- depends.  I mean, the global
20  capitation would be a reimbursement methodology,
21  and there would be individual contracts that would
22  have fee schedules attached to the individual

---

Sheila R. Cizauskas    HIGHLY CONFIDENTIAL    March 10, 2006
Boston, MA

---

**98**

1    contract, the general fee schedule, and then the
2    over-arching would simply outline the risk terms or
3    the incentive terms.
4        Q.   Well, you said that the global capitation
5    would be a reimbursement methodology, and then
6    there'd be individual fee schedules.  Aren't those
7    -- isn't it a one or the other?
8        A.   Yes.  There would be -- a global
9    capitation is one model, and then individual fee
10   schedules with an over-arching risk or incentive
11   contract would be an another model.
12       Q.   Well, let's -- let's separate those out.
13   Let's say first we're talking about a situation
14   that involves capitation.
15       A.   (Witness nods.)
16       Q.   In that situation, will there be one
17   capitation contract with, say, the IPA, and then
18   individual contracts regarding capitation with the
19   physicians that make it up?
20       A.   We wouldn't have a global capitation model
21   with an IPA.  It would be with a staff model.
22       Q.   What about in the fee-for-service side?

---

**99**

1    Would fee-for-service contracts be with
2    over-arching umbrella organizations, or would they
3    be with individual physicians?
4        A.   The fee for -- the individual physician
5    contract would be linked to a fee schedule, and the
6    over-arching contract would outline the risk or
7    incentive terms.
8        Q.   Okay.  Now, going back to what we were
9    talking about earlier, in terms of -- let's look at
10   it in terms of the total number of physicians with
11   whom BCBS of Massachusetts has a contractual
12   arrangement.
13       A.   Uh-huh.
14       Q.   At the time you first joined, what
15   proportion of physicians had a risk-based
16   reimbursement versus fee-for-service-based
17   reimbursement?
18       A.   When I first joined, I don't know the --
19   the number.  I just know that it was -- it was less
20   prevalent than at Harvard Pilgrim.
21       Q.   The majority were fee for service.
22       A.   I don't know, but that -- and I shouldn't

---

**100**

1    guess, but that would be my -- I -- I'm thinking
2    that it was less than what was at Harvard Pilgrim.
3        Q.   During the three years since you've been
4    at BCBS of Massachusetts --
5        A.   Uh-huh.
6        Q.   -- from 2003 to 2006, what has the trend
7    been in terms of relative use of risk sharing
8    versus fee for service?
9        A.   The trend has been to move to performance
10   incentives.
11       Q.   But performance incentives can apply to
12   either type of contract, correct?
13       A.   I guess it depends on how you define
14   "risk" versus "performance."  In my mind, risk is
15   -- there's a downside potential.
16       Q.   Well, let's leave aside for a moment the
17   four incentive programs we discussed earlier --
18       A.   Uh-huh.
19       Q.   -- including the PCPIP, the GPIP, and
20   others.  What is -- how has the relative balance
21   between fee-for-service arrangements with
22   physicians --

---

**101**

1        A.   Uh-huh.
2        Q.   -- versus risk arrangements -- in which I
3    include global capitation and budgeted
4    capitation -- changed over time during the time
5    you've been there at BCBS of Massachusetts?
6        MR. COCO:  Objection.
7        A.   I'm just trying to think about -- of the
8    different types of contracts that I have done and
9    how that -- how that has changed.  And if we're
10   talking risk, I don't think that the risk element
11   has grown significantly.  Maybe a little bit, but
12   not significantly.
13       Q.   So, has the relative proportion remained
14   static during the three years you've been there?
15       MR. COCO:  Objection.
16       A.   I don't know, without doing a, you know,
17   full analysis of where it was or where it is now.
18       Q.   Okay.  Well, let me ask it another way
19   then.  Is it fair to say that you are not aware of
20   any noticeable difference in the relative
21   proportion of fee for service versus risk-based
22   physician contracts over the last three years?

---

Sheila R. Cizauskas     HIGHLY CONFIDENTIAL     March 10, 2006
Boston, MA

102

1    MR. COCO:  Objection.
2    A.  How -- can you tell me how you define
3   "risk," because I think that's where I'm getting a
4   little bit hung up on --
5    Q.  Sure.
6    A.  -- your definition of "risk."
7    Q.  Sure.  I'm differentiating between two
8   types of reimbursement arrangements with providers.
9   First type of reimbursement arrangement I'm
10  thinking about is a fee-for-service arrangement
11  where the physician renders a service to a member,
12  then submits a bill for reimbursement, specifying
13  what services he provided, what drugs he
14  administered, if any, and then is reimbursed by
15  reference to that particular submission.
16   A.  Uh-huh.
17   Q.  Okay.  That's the first type of
18  arrangement I'm referring to.  The second type of
19  arrangement I'm thinking of, which I'm referring to
20  as the risk models, are -- are arrangements wherein
21  compensation is not tied to specific claims
22  submitted for specific services or drugs, but

103

1   rather, where reimbursement is on a capitated level
2   or another payment methodology other than fee for
3   service.
4    A.  When you say on other payment method,
5   capitated is one category which is very small --
6    Q.  Okay.
7    A.  -- and has remained so and may have shrunk
8   a little bit.  And what other methodology would
9   you --
10   Q.  Well, let's do them one by one.  So, in
11  terms of the -- the proportion of contracts that
12  are capitated, those have shrunk over time?
13   A.  There's one group that has moved to a fee
14  for service that used to be capitated.
15   Q.  Okay.  Now, the arrangements that are
16  capitated -- that were capitated -- what -- did
17  those capitation contracts include all medical
18  benefits, including both services and drugs?
19   MR. COCO:  Objection.
20   A.  There are a couple of different capitation
21  models.  One model includes everything, includes
22  all medical expenses.

104

1    Q.  Including drugs --
2    A.  Yes.
3    Q.  -- administered in office?  How many
4   contracts are you aware of or how many physician
5   groups have contracts that provided for that type
6   of inclusive capitation --
7    A.  What time frame are you talking about --
8    Q.  -- that BCBS of Massachusetts --
9    A.  -- today or --
10   Q.  During the time that you've been at the --
11   A.  The whole time period.  So, it's sort of a
12  moving target, because some have come in and some
13  have gone out of that arrangement.  So, in total,
14  I'm aware of three, four -- well --
15   Q.  What are those three practices that had
16  inclusive capitation arrangements, including where
17  the drugs were administered in office?
18   A.  River Bend had been a capitated model and
19  is now a fee-for-service model, and then HealthONE
20  is a global capitated model, and Fallon Clinic.  I
21  believe that's all there is.
22   Q.  Is Fallon Clinic still a global capitation

105

1   contract?
2    A.  It's a new capitation contract.
3    Q.  So, if I understand this correctly,
4   Fallon's a new capitation contract, HealthONE has
5   been and continues to be a global capitation
6   contract, and River Bend was capitation but has now
7   moved to fee for service.
8    A.  Correct.
9    Q.  Okay.  Now, why did these three physician
10  practices have global capitation arrangements
11  versus the more common fee-for-service
12  methodologies?
13   MR. COCO:  Objection.
14   A.  Why -- meaning from their perspective or
15  why -- I don't know why.
16   Q.  Well, in the -- do you -- are these
17  practices practices for which you have
18  responsibility --
19   A.  Yes.
20   Q.  -- in terms of contracting?
21   A.  Uh-huh.
22   Q.  Okay.  When you've -- when the time comes

Sheila R. Cizauskas    HIGHLY CONFIDENTIAL         March 10, 2006
Boston, MA

106

1   to contract with them or did come to contract with
2   them, did BCBS of Massachusetts suggest a global
3   capitation model, or did the physician practices
4   raise it?
5        MR. COCO: Objection.
6     A.  That pre-dates my involvement with -- it
7   -- I have maintained an existing contract, so the
8   initiation of it predated me.
9     Q.  Do you have any --
10       VIDEO OPERATOR: Excuse me, Counsel. We
11   need to change the tape.
12       MR. MANGI: Let's take a break now.
13       VIDEO OPERATOR: The time is 11:53. This
14   is the end of Tape 1. We're off the record.
15       (Recess was taken.)
16       VIDEO OPERATOR: The time is 12:07 p.m.
17   This is Cassette 2 in the deposition of Sheila
18   Cizauskas. We're on the record.
19     Q.  Now, before the break we were talking
20   about River Bend, HealthONE, and Fallon Clinic, and
21   three physician practices that at some point --
22   some currently have capitation contracts that

107

1   include drugs, right?
2     A.  Correct.
3     Q. . Now, did all three of those entities first
4   enter into capitated contracts with BCBS of
5   Massachusetts prior to your arrival at the company?
6     A.  Fallon, the negotiation was in process
7   when I arrived and was concluded while I was there,
8   and then the capitation threshold was reached very
9   recently.
10     Q.  With Fallon, do you have an understanding
11   as to whether the use of a capitation arrangement
12   was first suggested by Fallon or by BCBS of
13   Massachusetts?
14     A.  I don't know.
15     Q.  Do you know what BCBS of Massachusetts'
16   position is, generally speaking, towards the use of
17   capitation arrangements -- global capitation
18   arrangements?
19       MR. COCO: Objection.
20     A.  I don't know a general position.
21     Q.  Did you have any understanding of why
22   these three entities have global capitation

108

1   arrangements?
2        MR. COCO: Objection.
3     A.  I couldn't say why.
4     Q.  Well, have you ever considered why it is
5   that these three plans for which you've had
6   responsibility are treated differently from the
7   majority of other physician practices?
8        MR. COCO: Objection.
9     A.  I can only say what I see as similarities
10   between the three, but I can't say that those
11   similarities would be the reason that they were
12   treated differently.
13     Q.  What are the similarities that you see
14   between the three?
15     A.  That they are staff model organizations
16   with employed physicians.
17     Q.  Now, has the HealthONE contract come up
18   for renewal at any point during your time at the
19   company?
20     A.  The over-arching contract has not.
21     Q.  Has there been any discussion that you are
22   aware of in relation to HealthONE regarding why

109

1   they have a capitation arrangement versus a
2   fee-for-service arrangement?
3     A.  Maybe I should clarify even with
4   HealthONE. The capitation arrangement covers the
5   HMO fully-insured business. They also have
6   fee-for-service arrangements for other lines of
7   business, self-insured, PPO, and indemnity.
8     Q.  What do you mean when you say it "covers
9   the HMO fully-insured business"?
10     A.  That those are accounts that are fully
11   insured rather than -- they're insured through Blue
12   Cross rather than being self-insured, and it's an
13   HMO product.
14     Q.  Now, River Bend, when did River Bend
15   transition from a global capitation arrangement to
16   a fee-for-service arrangement?
17     A.  Their fee-for-service arrangement was
18   effective January 1st, '06.
19     Q.  Were you involved in the discussions
20   around the issue of moving over from one
21   methodology to another?
22     A.  Yes.

Sheila R. Cizauskas   HIGHLY CONFIDENTIAL   March 10, 2006
Boston, MA

---

110

1    Q.   When was the issue of transitioning River
2    Bend from one methodology to another first raised?
3    A.   Maybe about a year ago.
4    Q.   Okay.  Who raised the issue?
5    A.   They did.
6    Q.   In what context did they raise the issue?
7    A.   They were concerned about some outstanding
8    liability that they had and wanted to -- they
9    wanted to step out of that risk.
10   Q.   Was the outstanding liability related to
11   the capitation contract?
12   A.   Yes.
13   Q.   What do you mean when you say,
14   "outstanding liability"?
15   A.   Pre-dates my joining Blue Cross.  The
16   outstanding liability dates back to the beginning
17   of the contract.  So, a capitation would have been
18   paid without any -- any reduction for services that
19   happened outside of that capitation.  And when the
20   -- when that kind of contract ends, there's this
21   tail of claims that had been paid on their behalf
22   that they don't have the capitation revenue to

---

111

1    offset, you know, once that end time comes, and
2    they were concerned about that.
3    Q.   Was that a regularly-occurring phenomenon?
4    A.   I really -- I can't speak to the financial
5    mechanism and the -- the economics of it.
6    Q.   Was there concern relating to a liability
7    that had been incurred at one specific point early
8    in the process, or was there concern relating to a
9    liability that was being incurred on an ongoing
10   basis?
11       MR. COCO:  Objection.
12   A.   I can't -- I don't know.  I -- I know that
13   there was a liability occurred at the beginning of
14   the contract that wouldn't come due until the
15   contract ended.
16   Q.   Did the transition to a fee-for-service
17   AWP-based methodology enable River Bend to escape
18   the liability that was previously incurred?
19   A.   No.
20   Q.   So, River Bend settled whatever amounts
21   were owed under the prior contract in the course of
22   transitioning to the new contract?

---

112

1    A.   No.
2    Q.   Okay.  So, what happened?
3    A.   So, they entered into a fee-for-service
4    contract with a reduction to their fee-for-service
5    payments that would, over time, repay the
6    liability.
7    Q.   After the liability was paid, then their
8    fee-for-service rates would increase?
9        MR. COCO:  Objection.
10   A.   It's a -- it's a multi-year repayment, and
11   then we will enter into a new discussion with them.
12   Q.   The idea is to enable them to pay that --
13   that over time.
14   A.   Yes.
15   Q.   Okay.  The fee-for-service methodology
16   that River Bend transitioned to, is that the same
17   methodology that BCBS uses generally with other
18   physician practices?
19   A.   In terms of the payment methodology, claim
20   comes in, we pay a fee, yes.  And then there's a --
21   another dimension overlaying that, which -- which
22   would look at incentives around utilization.

---

113

1    Q.   And there's also the unique adjustment to
2    account for the debt repayment.
3    A.   Yes.
4    Q.   Okay.  Well, what methodology did BCBS
5    transition River Bend to in terms of reimbursing
6    for drugs administered in office?
7    A.   Would just be a fee-for-service payment
8    methodology.
9    Q.   And how would the fee be determined in
10   relation to drugs administered in office?
11   A.   It would be consistent with our fee -- fee
12   schedule.
13   Q.   95 percent of AWP?
14   A.   That's a -- that's part of the business
15   that I don't handle.
16   Q.   Okay.  Do you have an understanding as to
17   how BCBS of Massachusetts, generally speaking,
18   reimburses physicians for drugs administered in
19   their offices?
20   A.   I don't.
21   Q.   You have no understanding as to what
22   methodology is applied or how the numbers are

---

Sheila R. Cizauskas    HIGHLY CONFIDENTIAL        March 10, 2006
Boston, MA

---

**114**

1  calculated?
2      A.  I have come to learn that it's an AWP
3  methodology, but how that is calculated, I don't
4  know.
5      Q.  When did you come to learn that it was an
6  AWP-based methodology?
7      A.  Just recently when I asked the question,
8  in the past month or so.
9      Q.  In what circumstances did you first --
10  what led you to query the methodology that's used
11  to reimburse physicians for drugs administered in
12  office?
13      A.  When I heard about this litigation.
14      Q.  Prior to hearing about this litigation,
15  were you familiar with average wholesale price?
16      A.  Yes.
17      Q.  When's the first time you heard of average
18  wholesale price?
19      A.  When I worked for Harvard Pilgrim.
20      Q.  In what context did you hear about average
21  wholesale price while at Harvard Pilgrim?
22      A.  Harvard Pilgrim did a hospital outpatient

---

**116**

1  implemented?
2      A.  January 1st, 2006.
3      Q.  Did -- who at BCBS was responsible for
4  dealing with River Bend as regards that transition?
5      A.  It was a team of people, including myself,
6  my counterpart in the actuarial department, my boss
7  at the time, Deb Devaux.
8      Q.  Who -- who was your counterpart in the
9  actuarial department?
10      A.  Andreana Shanley.
11      Q.  And your boss at the time was who?
12      A.  Deb --
13      Q.  She was your boss at the time?
14      A.  No, Deb Devaux was my boss.
15      Q.  Deb Devaux.  Okay.  Anyone else?
16      A.  Person who works for me.  It was -- it was
17  -- Steve Moorehead was the contract leader, and
18  someone who worked for Andreana, Peter Chenette,
19  the analyst.  So, it was a collaborative effort to
20  develop a model that would satisfy them and work
21  for us.
22      Q.  How long was it between the time that they

---

**115**

1  fee schedule update and implemented an average
2  wholesale price fee schedule for the hospital
3  outpatient.
4      Q.  Was reimbursement for hospital outpatients
5  at AWP, or was it a percentage off AWP?
6      A.  It was a percentage off AWP.
7      Q.  Do you know what the percentage was?
8      A.  At that time it was 95 percent.
9      Q.  Now, turning back to River Bend, do you --
10  do you now understand that the methodology to which
11  River Bend was transitioned is -- in relation to
12  drugs administered in office -- is 95 percent of
13  AWP?
14      A.  I don't know the percentage.
15      Q.  So, you're aware that the standard
16  methodology is AWP based, but you don't know what
17  the percentage off of it is?
18      A.  Yes.
19      Q.  You said the possibility of moving was
20  first raised by River Bend about a year ago?
21      A.  Best I can recall.
22      Q.  When was the transition actually

---

**117**

1  first -- that River Bend first raised the issue of
2  transitioning and BCBS agreed to allow them to
3  transition?
4      A.  It was agreed fairly early on.  It was the
5  development of, you know, what the replacement
6  model would be that took the time.
7      Q.  Did anyone at BCBS raise any concerns or
8  objections in 2005 when this was under discussion
9  to River Bend moving to a payment methodology that
10  was related to AWP?
11      A.  No, it was never mentioned.
12      Q.  Earlier in the day we talked a bit about
13  specialty pharmacies in relation to your time at
14  Harvard Pilgrim.  Do you know whether or not BCBS
15  of Massachusetts uses specialty pharmacies?
16      A.  I don't know.
17      Q.  Have you ever been involved in any
18  consideration as to whether specialty pharmacies
19  should be used or what the parameters of specialty
20  pharmacy programs should be?
21      A.  No.
22      Q.  Throughout your career in the industry at

---

Sheila R. Cizauskas    HIGHLY CONFIDENTIAL          March 10, 2006
Boston, MA

**118**

1  the various places where you worked, did any of the
2  health plans you were employed for have staff model
3  HMOs?
4      A.  Did the health plan contract with staff
5  model HMOs?
6      Q.  No, actually own a staff model HMO of its
7  own.
8      A.  Well, Harvard -- prior to the merger of
9  Harvard and Pilgrim, Harvard was Harvard Community
10  Health Plan, and they owned the staff model HMO,
11  but that was prior to my joining them.
12      Q.  Any other health plans?
13      A.  No.
14      Q.  Do you know whether or not BCBS of
15  Massachusetts ever had a staff model HMO?
16      A.  I don't know.
17      Q.  Do you have any understanding as to what
18  Harvard Community Health Care paid to acquire drugs
19  for its staff model HMO?
20      A.  I don't know.
21      Q.  Do you have any understanding as to what
22  hospitals or physicians paid to acquire drugs?

**119**

1      A.  No.
2      Q.  Okay.  Do you have any understanding as to
3  whether the amounts they pay to acquire drugs are
4  linked to any particular benchmarks in any way?
5      A.  When you say, "they," who --
6      Q.  Hospitals and providers.
7      MR. COCO:  Objection.
8      A.  No, I don't know.
9      Q.  Have you ever heard of the term "wholesale
10  acquisition cost" or WAC?
11      A.  I've heard the term.
12      Q.  What's your understanding of what WAC is?
13      A.  I don't -- I don't know what the term
14  references, but I have heard it.
15      Q.  In what context have you heard WAC?  In
16  what context have you heard WAC or WAC referred to?
17      A.  Just some -- just in my day-to-day
18  business.  I don't remember specifically, but I
19  have heard the term.
20      Q.  Do you have any understanding as to what,
21  if any, relationship there is between WAC and AWP?
22      A.  I don't know.

**120**

1      Q.  We spoke earlier about your understanding
2  of the fact that costs for different services will
3  vary from provider to provider.  Do you recall that
4  testimony?
5      MR. COCO:  Objection.
6      A.  I recall it as it relates to hospitals.
7      Q.  Okay.  Let's talk now about drugs
8  specifically.  When providers and hospitals acquire
9  drugs, do you have an understanding as to whether
10  they can get rebates or discounts on their drug
11  purchases?
12      MR. COCO:  Objection.
13      A.  I don't know.
14      Q.  Do you have any understanding as to
15  whether all hospitals or providers buy drugs at the
16  same price, or do they get different prices in the
17  marketplace?
18      A.  I don't know.
19      MR. COCO:  Objection.
20      Q.  Do you have an understanding as to whether
21  or not -- in reimbursing at a percentage of AWP for
22  drugs administered in office -- that BCBS of

**121**

1  Massachusetts follows Medicare?
2      A.  In the physician's office?
3      Q.  Yeah.
4      A.  I don't know.
5      Q.  Okay.  Do you have an understanding as to
6  whether there's any relationship between Medicare's
7  reimbursement rates for drugs and the rates that
8  BCBS of Massachusetts has set for drugs?
9      MR. COCO:  Objection.
10      A.  I don't know.  I mean, if -- I don't know
11  if Medicare is using AWP.
12      Q.  Do you know whether or not Medicare has
13  ever used AWP in that context?
14      A.  I believe so.
15      Q.  Are you familiar with the term "ASP"?
16      A.  I have heard the term.
17      Q.  Okay.  What's your understanding of ASP?
18      A.  I believe it stands for average sale
19  price.
20      Q.  Okay.  Do you know what the ASP represents
21  for any given drug?
22      A.  No.

Sheila R. Cizauskas    HIGHLY CONFIDENTIAL    March 10, 2006
Boston, MA

---

122

1    Q.  Do you have any understanding as to what
2    the relationship is, if any, between ASP and AWP?
3    A.  No.
4    Q.  Do you understand those to be different
5    numbers?
6    A.  Yes.
7    Q.  So, you understand that if we're talking
8    about any given drug, the ASP will be an entirely
9    different number from the AWP for that drug.
10    MR. COCO:  Objection.
11    A.  I don't know that to be true in every case
12    or any case.
13    Q.  Well, when you said earlier that you
14    understood the ASP to be different from AWP, what
15    did you mean?
16    A.  I mean that it's a different frame of
17    reference, but I don't know that the actual price
18    is different in every case or any case or all
19    cases.
20    Q.  But you understand it's a different
21    benchmark?
22    A.  Yes.

---

123

1    Q.  Do you know whether BCBS of Massachusetts
2    ever considered shifting to an ASP-based
3    methodology with regards to drugs administered in
4    physicians' offices?
5    A.  I don't have any knowledge of decisions
6    for physicians' offices.
7    Q.  Are you aware of contemplation of shifting
8    to an ASP-based methodology in any other
9    circumstances?
10    A.  It was offered as a potential methodology
11    in the development of a hospital outpatient fee
12    schedule.
13    Q.  When you say it was offered, what do you
14    mean by that?
15    A.  When we decided to establish a fee
16    schedule for drugs at the -- in the hospital
17    outpatient setting, it was one methodology that was
18    offered late in the -- in the process.  We had
19    already done a lot of work and came to a different
20    methodology, but that had been offered as a
21    suggestion late in the process.
22    Q.  Now, when did BCBS of Massachusetts first

---

124

1    set up a fee schedule for hospital outpatient
2    department drugs?
3    A.  It was effective October 1st, 2005 for a
4    small subset of hospitals.
5    Q.  Prior to October 1st, 2005, how had BCBS
6    of Massachusetts reimbursed hospital outpatient
7    departments in relation to drugs administered to
8    members?
9    A.  As a percent of charges.  It was paid on a
10    percent-of-charges basis.
11    Q.  Was the percent of charges static, or did
12    it vary from contract to contract?
13    A.  It was a negotiated percent by contract.
14    Q.  So, prior to October 1st, 2005, all
15    hospital outpatient departments were reimbursed in
16    relation to drugs administered to members at a
17    percentage of bill charge, but the percentage
18    varied from contract to contract.
19    A.  Correct.
20    Q.  After October 1st, 2005, did some
21    hospitals transition to the new fee schedule or all
22    hospitals?

---

125

1    A.  Only the hospitals that were up for
2    renewal at that point.
3    Q.  Now, how many hospitals were up for
4    renewal at that point?
5    A.  I don't know exactly.  Each year,
6    generally, a third of our network is up for
7    renewal.
8    Q.  Is it contemplated that as more hospital
9    outpatient department-related contracts come up for
10    renewal BCBS will seek to transition them also from
11    a percentage of charge-based methodology to the new
12    fee schedule?
13    A.  Yes.
14    Q.  What is the methodology utilized in the
15    new fee schedule in relation to reimbursing
16    hospital outpatient departments for drugs
17    administered to members?
18    A.  It's a percent of AWP.
19    Q.  What is the percent of AWP in question?
20    A.  95 percent.
21    Q.  So, BCBS of Massachusetts has made a
22    purposeful decision that it wants to transition

---

Sheila R. Cizauskas   HIGHLY CONFIDENTIAL   March 10, 2006
Boston, MA

**126**

1 hospital outpatient departments from a
2 percent-of-charge basis -- in relation to drugs
3 administered to members -- to an AWP-based
4 methodology --
5     MR. COCO:  Objection.
6     Q.  -- is that correct?
7     A.  It's a conscious decision to transition
8 from percent of charge -- which is unpredictable
9 and dependent upon the hospital's setting of their
10 charges -- to a more predictable methodology that
11 has -- that has an industry understanding or an
12 industry standard.
13     Q.  And that's AWP.
14     MR. COCO:  Objection.
15     A.  And that is -- that was the AWP fee
16 schedule.
17     Q.  When was the question of setting up a fee
18 schedule for hospital outpatient departments first
19 raised?
20     A.  It was raised in maybe the winter of 2003.
21     Q.  And who raised that topic for the first
22 time?

**127**

1     A.  I don't know for the first time, but I
2 raised the question of how much was -- how much of
3 our hospital reimbursement was being paid at a
4 percent of charges and asked to commission a group
5 to look at how to update that to a -- to fee
6 schedules where appropriate.
7     Q.  Who did you raise this issue with?
8     A.  My boss.
9     Q.  And who was your boss at that time?
10     A.  Deb Devaux and a group of leaders that --
11 well, she brought that to a group of other leaders
12 in the organization, and a group was commissioned
13 to study it.
14     Q.  Now, the group of leaders that she took
15 the proposal to -- took your proposal to -- does
16 that group go by any particular name?
17     A.  PFSW.
18     Q.  That's the Provider Financial Strategy?
19     A.  Provider Financial Strategy -- yeah.
20 Yeah.
21     Q.  So, you took the proposal to Deb Devaux;
22 she took it to the Provider Financial Strategies

**128**

1 Work Group, and what did they then do?
2     A.  They agreed that it was something to
3 study, and a -- and a team was commissioned, and
4 through that team, a phased-in approach to a new
5 outpatient fee schedule methodology was developed.
6     Q.  Now, who was on the team that was
7 commissioned to study this issue by the Provider
8 Financial Strategy Work Group?
9     A.  I don't remember the people's names, but
10 they represented cross-functional areas of the
11 organization that included claims IT, finance,
12 contracting -- the first phase of the team included
13 someone from our pharmacy area and payment
14 policies.
15     Q.  Do you recall the names of any of the
16 individuals who were on that committee?
17     A.  Myself, Terrence Driscoll, who worked in
18 finance at the time -- he has since transitioned to
19 my team -- Tom Kowalski, Mark Pruesar, Carlene
20 Fournier.
21     Q.  I'm sorry.  As you list these people --
22     A.  Yeah.

**129**

1     Q.  -- could you also describe what of the --
2 which of the cross-functional areas you described
3 earlier they come from?
4     A.  Mark Pruesar came from actuarial.  Tom
5 Kowalski came from pharmacy.  John Killion came
6 from ancillary contracting.  Some of these people
7 came in and out of the team as necessary.
8     Q.  Was Mr. Killion a consistent member of the
9 team?
10     A.  No, he was -- came to a few meetings.
11     Q.  Anyone else that you recall?
12     A.  Some of the people were on the phone, so I
13 can't even picture their faces, but they were from
14 the operational areas -- claims IT and payment
15 policies.
16     Q.  When was this -- well, withdraw that.  You
17 first raised the issue with Ms. Devaux in winter of
18 2003, right?
19     A.  Yes.
20     Q.  Okay.  When did the provider -- and she
21 then took it to the Provider Financial Strategies
22 Work Group?

Henderson Legal Services
(202) 220-4158

Sheila R. Cizauskas    HIGHLY CONFIDENTIAL    March 10, 2006
Boston, MA

---

130

1    A.   Uh-huh.
2    Q.   When did the Provider Financial Strategies
3  Work Group commission the team we've been
4  discussing to analyze the issue?
5        MR. COCO:  Objection.
6    A.   I don't know exactly, and there is a team
7  that's still in place dealing with -- you know,
8  this whole issue is, the work isn't completed yet.
9  So, I would say it probably started in the spring
10  of '04 -- let's see.  We implemented it in October
11  of '05.  So, actually, you know, it actually sort
12  of fell through the cracks over time and probably
13  didn't start until either late '04 or early '05.
14  Probably the winter of '04.
15    Q.   So, if I understand the chronology, you
16  first raised it in the winter of '03; the Provider
17  Financial Strategy Work Group commissioned a team
18  in spring of '04; that team started work in late
19  '04, and the shift to an AWP-based methodology was
20  implemented starting in October of '05.
21        MR. COCO:  Objection.
22    A.   The piece of -- the spring of '04, I'm --

---

131

1  I'm not sure that's when the PFSW commissioned, but
2  the work began winter of '04.
3    Q.   Could it have been later in the -- in the
4  year when the Provider Financial Strategy Work
5  Group --
6    A.   Yes.
7    Q.   -- commissioned it?
8    A.   Yeah.
9    Q.   So, spring or summer of '04 is when the
10  team was commissioned?
11    A.   I don't remember it being sort of a
12  ceremonial occasion.  So, it just finally, you
13  know, was agreed that we should study it, and then
14  sometime shortly after, we brought people together.
15    Q.   Now, in the course of -- withdraw that.
16  The team that was analyzing this issue,
17  cross-functional team --
18    A.   Uh-huh.
19    Q.   -- was it given any particular name or
20  designation?
21    A.   It's the Hospital Outpatient Fee Schedule
22  Group.

---

132

1    Q.   What sort of analysis did the Hospital
2  Outpatient Department Fee Schedule Group carry out
3  between the time it was commissioned in 2004 and
4  the implementation in October of 2005?
5    A.   First step was to -- to see what was --
6  what types of services were falling in the percent
7  of charges -- or PAF bucket -- and how much we were
8  paying from that percent of charge bucket, and then
9  how that all -- how that all was bucketed into the
10  service categories.
11    Q.   After that analysis was performed, what
12  else did the hospital OPD fee schedule group study?
13    A.   We looked at the Medicare methodology of
14  payment, APCs or APGs, I forget which one it is,
15  and quickly determined that our systems could not
16  accommodate that methodology and tried to find a
17  rational approach to move as much out of the
18  percent-of-charge category into an established fee
19  schedule.
20    Q.   Any other analysis that was performed
21  during that approximately year, year and a half
22  period?

---

133

1    A.   As we began to decide, you know, to phase
2  in the implementation of different portions of that
3  PAF bucket, we -- we first decided to implement the
4  AWP fee schedule for renewal hospitals.  And so, we
5  began to look at the renewal hospitals specifically
6  in that category.
7    Q.   By that you mean you started to look at
8  the order in which contracts would come up for
9  renewal?
10    A.   Who the hospitals were, and how much was
11  being paid on a percent of charges in that category
12  for each hospital.
13    Q.   Did the group analyze what was being paid
14  for drugs administered to patients in hospital
15  outpatient departments under the percent-of-charge
16  methodology?
17    A.   Uh-huh.  Yes.
18    Q.   And did the group compare that to what
19  would be paid under an AWP-based methodology?
20    A.   Yes.
21    Q.   What was the finding that resulted from
22  that comparison?

---

134

1      A.  It was different for each hospital.
2      Q.  Were there circumstances in which payment
3   on an AWP-based methodology would be more cost
4   effective for Blue Cross Blue Shield of
5   Massachusetts?
6      A.  There were cases where the AWP methodology
7   would pay less than the percent-of-charge
8   methodology in isolation.  So -- and then there
9   were also cases where the AWP methodology would pay
10  more than the percent-of-charges methodology.
11     Q.  Would you have an understanding as to in
12  what proportion of cases AWP would result in lower
13  payment versus higher payment?
14         MR. COCO:  Objection.
15     A.  What percentage of cases?  You mean
16  hospitals?
17     Q.  Uh-huh.
18         MR. COCO:  Objection.
19     A.  How many hospitals -- you're asking me how
20  many hospitals resulted in --
21     Q.  Well, let me -- let me rephrase the
22  question.  Was the analysis in relation to drugs

135

1   specifically carried out on a hospital-by-hospital
2   level or a drug-by-drug level?
3      A.  Hospital-by-hospital level.
4      Q.  Okay.  So, for any given hospital, the
5   analysis that was performed was to look at what
6   drugs were being billed for, how much was being
7   paid for them on a percent-of-charge basis, and how
8   much would be paid on an AWP basis?
9          MR. COCO:  Objection.
10     Q.  Is that correct?
11     A.  I'm not sure.  If you could just say that
12  again.
13     Q.  Sure.
14         MR. MANGI:  Would you mind rereading the
15  question.
16         (Question read back.)
17     A.  So, we looked at a hospital and all of the
18  codes that would fall into an identifiable bucket
19  of codes, how much was paid historically for that
20  group of codes, and then we looked at how much
21  would be paid if we paid 95 percent of AWP for that
22  group of codes.  And that number was provided to

136

1   the contracting department and was part of the
2   negotiation in the renewal.
3      Q.  Did you find that for -- since the
4   analysis was on a hospital-by-hospital basis, at
5   specific hospitals, was there variation as to
6   whether AWP-based billing for drugs, you know,
7   would be higher than bill charges for some drugs
8   and lower than bill charges for other drugs?
9          MR. COCO:  Objection.
10     A.  We didn't look at a drug-by-drug analysis.
11  It was overall.
12     Q.  Okay.  So, on the basis of that overall
13  analysis, was there any consistency as to whether
14  AWP was higher or lower than bill charges for
15  drugs?
16     A.  Some hospitals --
17         MR. COCO:  Objection.
18     A.  -- the AWP methodology paid more, and
19  some hospitals the AWP methodology paid less.
20     Q.  Do you know what the relative proportion
21  was of hospitals for which AWP resulted in higher
22  payment versus lower payment?

137

1      A.  Fewer hospitals resulted in higher
2   payment.
3      Q.  So, for the majority of hospitals, based
4   on the analysis that BCBS of Massachusetts carried
5   out in late '04 and '05, moving to an AWP-based
6   methodology to reimburse for drugs administered in
7   office --
8      A.  In hospital.
9      Q.  -- in hospitals, would result in a net
10  saving.
11         MR. COCO:  Objection.
12     A.  Not necessarily, and if I could just
13  expand a little bit, the -- it was a component of
14  the negotiation of the renewal.  And so,
15  ultimately, the renewals ended up with higher rates
16  overall for the hospital than prior to the renewal.
17     Q.  Well, I'd like to get to the negotiation a
18  little later.  For now I'm --
19     A.  Uh-huh.
20     Q.  -- focusing just on the analysis that was
21  performed prior --
22     A.  Uh-huh.

Sheila R. Cizauskas     HIGHLY CONFIDENTIAL     March 10, 2006
Boston, MA

---

138

1    Q.  -- to the negotiation.  I understood from
2  your testimony earlier that the analysis only
3  showed that -- and for the majority of hospitals
4  studied --
5    A.  Uh-huh.
6    Q.  -- reimbursing at a percentage of AWP --
7  95 percent of AWP -- would result in BCBS paying
8  less than it had been paying under the
9  percentage-of-bill-charge methodology.
10      MR. COCO:  Objection.
11   Q.  Is that correct?
12   A.  The part that I'm struggling with is that
13  it would have generated a payment of less to Blue
14  Cross.  What it generated was an analysis that
15  showed one methodology having higher level of cost
16  or payment -- if that were implemented -- than
17  another methodology.  But then, we need to go to
18  the implementation, which --
19   Q.  I understand that.  I'm talking only about
20  the analysis for the moment.
21   A.  Uh-huh.  Right.
22   Q.  Not about what actually happened.

---

139

1    A.  So, it isn't -- I guess I'm struggling
2  with the word "savings," because that suggests that
3  there ended up being a savings.
4    Q.  Let me try and rephrase it then without
5  using that word.
6    A.  Okay.
7    Q.  All right.  In late 2004 and early 2005, I
8  understand from your testimony that BCBS of
9  Massachusetts analyzed the amounts it was paying to
10  -- it had paid historically to certain hospitals
11  for drugs that they administered in their hospital
12  outpatient departments, right?
13   A.  (Nods.)  Right.
14   Q.  And those payment -- historic payments
15  that were being studied were a percentage of the
16  hospital's bill charges.
17   A.  Correct.
18   Q.  Okay.  BCBS also then calculated what it
19  would have paid if those payments had, instead,
20  been paid on the basis of 95 percent of AWP.
21   A.  Correct.
22   Q.  And BCBS then compared those two numbers.

---

140

1    A.  Yes.
2    Q.  Compared them to see whether -- if the
3  payment had been at 95 percent of AWP, would it
4  have permitted more or less than it actually did
5  using a percentage of bill charge?
6    A.  Correct.
7    Q.  And as a result of that analysis, BCBS
8  concluded that if it had made those payments based
9  on 95 percent of AWP, for the majority of
10  hospitals, it would have paid less in reimbursement
11  than it actually did using the
12  percentage-of-bill-charge methodology.
13      MR. COCO:  Objection.
14   A.  For the hospitals that were up for
15  renewal, which was a subset of all of the
16  hospitals, most of the hospitals, the AWP number
17  was lower than the percent-of-charge numbers.  But
18  some hospitals, the AWP was higher than
19  percent-of-charge number.
20   Q.  But based on that analysis, BCBS then
21  decided that it would seek to transition all
22  hospitals to an AWP-based methodology.

---

141

1    A.  No.
2      MR. COCO:  Objection.
3    Q.  Okay.  Was a decision made to only seek to
4  transition those hospitals for which AWP resulted
5  in a savings -- would result in a savings compared
6  to bill charge?
7      MR. COCO:  Objection.
8    A.  No.  You said that, based on the analysis,
9  Blue Cross made the decision to transition to AWP,
10  and that's not the case.  The decision to
11  transition to AWP was based on having a standard
12  fee schedule.  The analysis was intended to call to
13  our attention what that impact would be on the
14  hospital.
15   Q.  I see.  So, the analysis was one of the
16  factors that BCBS looked at in considering whether
17  or not to move all hospitals to an AWP-based
18  methodology.
19   A.  No.
20      MR. COCO:  Objection.
21   Q.  It wasn't one factor that was looked at.
22   A.  No.

---

Sheila R. Cizauskas    HIGHLY CONFIDENTIAL         March 10, 2006
Boston, MA

142

1      MR. COCO:  Objection.
2      A.   The analysis wasn't the factor in deciding
3   to move to an AWP fee schedule.  It was the
4   standardization of having a fee schedule, rather
5   than a percent of charge.
6      Q.   Okay.  Well, I understand you're saying --
7   you're saying the -- are you saying that the focal
8   point in deciding to transition to the benefit of
9   having a standardized fee schedule?
10      A.   Yes.
11      Q.   Now, I understand that that was the focal
12   point, but didn't it also matter to BCBS -- wasn't
13   it at all relevant to the decision that, for the
14   majority of hospitals, it would also end up saving
15   BCBS money?
16      MR. COCO:  Objection.
17      A.   No.  It -- the -- the reason that Blue
18   Cross was looking to transition to a standard fee
19   schedule -- not just for drugs but for everything
20   -- was the -- the predictability and the
21   rationalization of a standard, rather than the
22   inconsistency of charges that are set by the

143

1   hospitals.
2      Q.   I understand that was the focal point.
3   What I'm asking you is, wasn't it also relevant to
4   the analysis and to the overall decision that
5   moving to an AWP-based methodology for drugs would,
6   for the majority of hospitals, result in a savings?
7      A.   No.
8      MR. COCO:  Objection.  Asked and answered.
9      Q.   If that -- if that issue was -- if that
10   issue was not at all relevant to the analysis, why
11   did the Hospital Outpatient Department Fee Schedule
12   Group make that comparison and perform that study?
13      MR. COCO:  Objection.
14      A.   Because when the negotiation occurred, the
15   contract negotiators were given the -- the impact
16   analysis to -- and that was available to them to
17   redistribute in other areas of the contract so that
18   the impact of the move to a standard fee schedule
19   would be revenue neutral to the hospital.
20      Q.   So, in making that transition and
21   negotiating the transition, BCBS recognized that
22   changes in the amount of reimbursement in one area

144

1   could offset changes in the reimbursement in
2   another part of the fee schedule.
3      MR. COCO:  Objection.
4      A.   It was one component.  It was one moving
5   part in the entire negotiation of many moving
6   parts.  And so, it was one piece of a negotiation
7   that included rates and performance measures and
8   many components.
9      Q.   Well, was there any -- is there any
10   negotiation with hospitals when they're making this
11   transition as to the amount that will be reimbursed
12   in relation to drugs that they administer in
13   office?
14      A.   In the office?
15      Q.   I'm sorry.  Withdraw that.  When contracts
16   with the hospitals are being negotiated --
17      A.   Uh-huh.
18      Q.   -- is there any negotiation around the
19   amount that they will be reimbursed for drugs that
20   are administered to members in the outpatient
21   department?
22      A.   The contract negotiators are instructed to

145

1   move every new renewal hospital to the standard fee
2   schedule, and the negotiation would occur around
3   the impact.
4      Q.   My question is, is there any negotiation
5   regarding the specific methodology used to
6   reimburse for drugs used in the hospital outpatient
7   department, or is that a standard 95 percent of
8   AWP?
9      MR. COCO:  Objection.
10      A.   It is an AW -- 95 percent of AWP is the
11   new hospital outpatient fee schedule, and as
12   hospitals come up for renewal, that will be the fee
13   schedule that is -- that applies.
14      Q.   Is there any individualized variation from
15   that 95 percent of AWP formula?
16      A.   There has not been till now -- up till
17   now.
18      Q.   Is BCBS open to negotiating that part of
19   the fee schedule, or is it an inflexible
20   take-it-or-leave-it part of the contract
21   negotiation process?
22      MR. COCO:  Objection.

Henderson Legal Services
(202) 220-4158

Sheila R. Cizauskas    HIGHLY CONFIDENTIAL    March 10, 2006
Boston, MA

146

1    A.  That's a standard fee schedule.  That is
2    -- has been implemented consistently with the
3    renewal hospitals.
4    Q.  Am I correct in my understanding that BCBS
5    is now seeking to transition all hospital
6    outpatient departments to the new fee schedule?
7    A.  As hospitals come up for renewal, it will
8    be one of the components of the negotiation, and
9    it's intended that they will be implemented on the
10   new fee schedule.
11   Q.  When was the -- I understand that the
12   implementation of these -- of this change started
13   in October of '05, but when was the final decision
14   made by the Hospital Outpatient Department Fee
15   Schedule Group to proceed with the transition?
16       MR. COCO:  Objection.
17   A.  Probably the spring of '05.
18   Q.  So, between spring and October, the
19   company was working on logistical issues associated
20   with making the transition?
21   A.  Negotiations generally start with
22   hospitals in the spring and summer of the preceding

147

1    -- of the year that the new rates go in place.
2    Q.  What proportion of hospital outpatient
3    departments have now been transitioned to the new
4    AWP-based fee schedule?
5    A.  I don't know exactly, but I -- it's
6    between 25 and 30 percent of the hospitals.
7    Q.  Have any hospitals thus far refused to
8    make the transition?
9    A.  No.
10   Q.  How long is it anticipated that it'll take
11   before all hospital outpatient departments have
12   been successfully transitioned to the new AWP-based
13   fee schedule?
14   A.  Five years.
15   Q.  So, BCBS of Massachusetts plans to
16   continue working to transition all hospitals to an
17   AWP-based fee schedule until that process is
18   completed in approximately 2011?
19   A.  The decision has been made for the
20   renewals that are coming up for October of '06 to
21   include the AWP fee schedule in those renewals.
22   Q.  And it's anticipated that by 2011, the

148

1    process will be complete and all hospital
2    outpatient departments will have been transitioned
3    to AWP-based fee schedules.
4        MR. COCO:  Objection.
5    A.  If we continue in this manner, yes.  But
6    there's been no decision that we wouldn't change to
7    another methodology.  It's been decided for the
8    renewals in 10/1/06 to continue.
9    Q.  Well, is there a -- when you said it's
10   anticipated it'll will take five years to do that,
11   is that a -- is that number -- how did you come up
12   with that number?
13   A.  I'm just thinking about how long -- how
14   long we have with each contract.  So, I'd say,
15   actually, it was probably five years at the time we
16   started this.  Now it's probably four years.  Our
17   longest contract out there is a five-year contract,
18   so that's what I'm thinking.
19   Q.  So, the decision has been made on an
20   ongoing basis to continue to transition hospitals
21   to an AWP-based fee schedule for drugs administered
22   in outpatient departments as the contracts come up

149

1    for renewal, and based on the current rate of
2    progress, if there's no change in approach, you
3    anticipate that will take up until around 2011.
4        MR. COCO:  Objection.
5    A.  The decision has been made for the
6    renewals that are coming due this year to include
7    AWP fee schedule in those renewals.  Each year the
8    -- all of the components to the hospital contract
9    are reviewed and decisions are made annually.
10   Q.  Am I correct in understanding, though,
11   that in -- when a decision was made to proceed with
12   the transition, the decision was to try and proceed
13   with the transition for all hospitals, but to
14   stagger implementation as contracts came up for
15   renewal?
16       MR. COCO:  Objection.
17   A.  The decision is made on an annual basis of
18   how to handle the group of hospitals that are up
19   for renewal.  And that's -- so, at this point, we
20   have the renewals that took place for 10/1/05, and
21   now the renewals that are coming due for 10/1/06
22   that we include AWP.

150

1    Q.   So, in the spring of '05 -- withdraw that.
2   Do I understand correctly that these contracts come
3   up for renewal once a year?
4    A.   There are multi -- they're multi-year
5   contracts, so there are some contracts that come up
6   for renewal each year.  It's not the same contract
7   each year.
8    Q.   So, in the spring of 2005, a decision was
9   made to implement the transition for all the
10  contracts that were coming up for renewal later in
11  '05.
12   A.   Correct.
13   Q.   And this year, in '06, a decision's been
14  made to implement the transition to an AWP-based
15  fee schedule for all contracts that are coming up
16  for renewal in '06?
17   A.   Correct.
18       MR. COCO:  Objection.
19   Q.   And similarly, the decision for '07 will
20  be made in early '07.
21   A.   Yes.
22   Q.   Okay.  When --

151

1        MR. COCO:  When you get to a good breaking
2   point.
3    Q.   When was the decision made regarding
4   transitioning hospitals that are coming up for
5   renewal in '06 to an AWP-based methodology?
6        MR. COCO:  Objection.
7    A.   When was the decision made for the '06
8   hospitals?
9    Q.   Yeah.
10   A.   It was made in conjunction with the
11  overall hospital contracting plan, and I would say
12  that that was made early in '06.
13   Q.   In January or February of '06?
14   A.   I can't put a particular date.  There was
15  -- there was no decision made to deviate from the
16  prior years' implementation.
17   Q.   Who made the decision regarding
18  implementation of the transition to an AWP-based
19  methodology for hospital outpatient departments in
20  2006?
21       MR. COCO:  Objection.
22   A.   There is no single person.  It's sort of a

152

1   consensus decision.
2    Q.   Is the Hospital Outpatient Department Fee
3   Schedule Group still in existence?
4    A.   Yes.
5    Q.   Is that the group which makes the
6   decisions regarding transitioning hospitals to the
7   new methodology?
8    A.   No.
9    Q.   Okay.  Is that group tasked merely with
10  the analytical and logistical work associated with
11  making those changes?
12   A.   Yes.
13   Q.   So, who or which group is responsible for
14  making the actual decision about transitions?
15   A.   PFSW.
16   Q.   So, in the spring of '05, when a decision
17  was made to transition the contracts coming up for
18  renewal in '05, that was a decision from the
19  Provider Financial Strategies Group.
20   A.   The Provider Financial Strategy Group
21  would be made aware of the overall contracting
22  strategy each year, and unless there's an

153

1   objection, that's the way contract strategy will be
2   rolled out.
3    Q.   That's the body that provides the final
4   approval?
5        MR. COCO:  Objection.
6    A.   It's not -- I -- I don't know of a stamp
7   of approval, but that they are made aware of the
8   strategy.  And if there were an objection, they
9   would make the objection.
10   Q.   And similarly, in the spring -- in --
11  earlier in '06, the decision for the --
12  transitioning the hospital outpatient department
13  contracts coming up for renewal in '06 was
14  presented to the Provider Financial Strategies Work
15  Group?
16       MR. COCO:  Objection.
17   A.   I don't remember a formal presentation,
18  but the group was made aware of the strategy
19  overall, and there was no objection to it.
20       MR. MANGI:  This is a good time for lunch.
21       VIDEO OPERATOR:  The time is 1:04.  We're
22  off the record.

Sheila R. Cizauskas    HIGHLY CONFIDENTIAL         March 10, 2006
Boston, MA

---

154

1       (Whereupon the deposition recessed at
2    1:04 p.m.)
3
4       AFTERNOON SESSION  (2 p.m.)
5       VIDEO OPERATOR:  The time is 1:58.  We're
6    on the record.
7       Q.  Ms. Cizauskas, before the break we were
8    talking about the Hospital Outpatient Department
9    Fee Schedule Group's work in '05 and -- well, '04,
10   '05, and '06.
11      A.  Uh-huh.
12      Q.  What documentation was generated as part
13   of the group's consideration of this issue?
14      A.  It was mostly analysis of the dollars in
15   play for each category of hospital outpatient that
16   falls into the percent-of-charges payment
17   methodology.
18      Q.  Was any analysis or documentation
19   generated other than financial analysis?
20      A.  Not that I recall.  There may have been
21   minutes from the first meeting, although that --
22   that group really didn't keep minutes.  Some groups

---

155

1    do, but I don't believe that group did.
2       Q.  Were any Power Point presentations
3    generated in the course of that process?
4       A.  No.
5       Q.  Were any analytical memoranda generated in
6    the course of that process?
7       MR. COCO:  Objection.
8       A.  I don't remember any memoranda.  It was a
9    working group, and so, there was exchange of data,
10   you know, as part of the working sessions.
11      Q.  How was the data exchanged or circulated?
12      A.  Power -- Excel spreadsheet would be shared
13   with the group.
14      Q.  Was that shared by e-mail or in hard copy?
15      A.  Both.
16      Q.  And that included spreadsheets we
17   discussed earlier, comparing bill --
18   percentage-of-charge drug reimbursements to
19   AWP-based calculations.
20      A.  It included that and all other categories
21   in the percent of charge --
22      Q.  Did the group discuss these issues only in

---

156

1    person or also by e-mail?
2       A.  The discussion was in a meeting, with some
3    people being there in person and others on the
4    phone.
5       Q.  Was there any -- were there any e-mails
6    exchanged among the group or between specific
7    members of the group discussing the issues
8    surrounding the work of the group?
9       A.  The e-mails would have been the Excel
10   spreadsheets that were generated as part of the
11   work.
12      Q.  Were there any other e-mails discussing
13   the spreadsheets or discussing other issues related
14   to the transition?
15      A.  The discussion generally happened in the
16   meetings with the spreadsheets as the basis for
17   discussion.
18      Q.  Was the overall analysis work of the group
19   summarized in documentary form for onward
20   transition to others in the company?
21      A.  There were high-level aggregate numbers
22   that were shared with others.

---

157

1       Q.  Was that an Excel spreadsheet or a Power
2    Point presentation?
3       A.  It would have been an Excel spreadsheet.
4    I don't recall any Power Point presentations
5    associated with this group.
6       Q.  Who else at the company were those
7    spreadsheets shared with, other than people from
8    the group?
9       A.  The contract negotiators that were
10   negotiating the renewal contracts would have had
11   some subset of information as it related to their
12   individual contracts.
13      Q.  Anyone else?
14      A.  The finance area that supported the
15   contract negotiation.
16      Q.  Anyone else?
17      A.  At that level detail, no.
18      Q.  Was the work of the hospital OPD fee
19   schedule group memorialized in any way for
20   transition to the Provider Financial Strategies
21   Work Group?
22      A.  It -- what -- the recommendations that

---

Sheila R. Cizauskas    HIGHLY CONFIDENTIAL         March 10, 2006
Boston, MA

158

1  were a product of that group were part of the
2  overall strategy that was presented.
3      Q.  Were there any documents in which those
4  recommendations were memorialized for presentation
5  to the Provider Financial Strategies Work Group?
6      A.  There was a strategy -- a strategy
7  document or the hospital contracting plan document
8  that was shared with the PFSW, and it included a
9  recommendation on the hospital outpatient.
10     Q.  Who generated that contracting plan
11 document?
12     A.  I did.
13     Q.  Do you have a copy of that document in
14 your files?
15     A.  I imagine so.  I would have to find it and
16 look for it.
17     Q.  In -- withdraw that.  Have you been asked
18 to search your files for documents relevant to this
19 litigation?
20     A.  Yes.
21     Q.  Okay.  Did you, in fact, search your files
22 for documents relevant to this litigation?

159

1      A.  Yes.
2      Q.  When did you perform that search?
3      A.  This week.  Well, what's today?  Friday.
4  So, it was this week.  Early in the week.  Monday,
5  I would say.
6          MR. MANGI:  Let's mark as Exhibit Cizauskas
7  001 a set of documents.
8          (BCBSMA-AWP 13002-13011 marked
9  Exhibit Cizauskas 001.)
10     Q.  Do you recognize the set of documents
11 that's been marked as Exhibit Cizauskas 001?
12     A.  (Witness reviews document.)  No.
13     Q.  Are these the documents that you located
14 in your files when searching for documents relative
15 to this litigation?
16     A.  No.
17         MR. COCO:  For the record, Adeel, I do
18 have a CV I'm having -- that I got this week.  I'm
19 having logistical issues trying to open the
20 documents and then examine them and get them to
21 you.
22         MR. MANGI:  Is that the CD of documents

160

1  from Ms. Cizauskas's files?
2          MR. COCO:  My understanding is --
3          MR. MANGI:  Are -- what is the source of
4  these documents that were produced prior -- at the
5  deposition of this morning?
6          MR. COCO:  Go ahead.
7          MR. SKWARA:  I think they are from Ms.
8  Cizauskas's files.  These would be on the CD as
9  well.  These are the ones we've been able to print
10 so far.
11         MR. MANGI:  Let's go off the record for a
12 second.
13         VIDEO OPERATOR:  The time is 2:07.  We're
14 off the record.
15         (Discussion off the record.)
16         VIDEO OPERATOR:  The time is 2:08.  We're
17 on the record.
18         MR. MANGI:  While we were off the record,
19 Counsel clarified that Ms. Cizauskas has produced a
20 number of documents to counsel for BCBS of
21 Massachusetts prior to this deposition.  A set of
22 documents was produced this morning, which is Bates

161

1  numbered BCBSMA-AWP 13002 to 13011.  Counsel has
2  represented that this is a subset of the complete
3  set of documents produced from Ms. Cizauskas'
4  files.  The rest of the documents will be produced
5  after counsel has had an opportunity to review
6  them.  For the record, Defendants reserve the right
7  to recall Ms. Cizauskas for deposition should that
8  prove necessary upon examination of her documents.
9      Q.  When you searched your files for documents
10 relative to this litigation, what parameter did you
11 use?
12     A.  Being not very technically savvy, I simply
13 did a search of my computer for anything that had
14 the reference "AWP."
15     Q.  Did you search for anything beyond
16 documents that use the term "AWP"?
17     A.  No.
18     Q.  Were you directed to search only for the
19 words "AWP"?
20     A.  That was my understanding of what I was
21 expected to do.
22     Q.  Did you search your e-mails or also

Sheila R. Cizauskas     HIGHLY CONFIDENTIAL     March 10, 2006
Boston, MA

162

1  electronic files on your computer?
2      A.  I searched my computer, and I'm -- I
3  assume that it searched everything in my computer.
4      Q.  Well, how, logistically, did you carry out
5  that search?
6      A.  I went to the Start menu and hit "Search,"
7  and then put in the word "AWP," and asked it to
8  search my computer.
9      Q.  Do you use Outlook as your e-mail program?
10     A.  Yes.
11     Q.  Do you maintain e-mails in folders --
12  subfolders in your inbox in Outlook?
13     A.  Minimally.
14     Q.  Do you maintain e-mails within your inbox?
15     A.  Yes, I -- I go to -- get to capacity
16  frequently.
17     Q.  Now, are you aware that a search from the
18  Start menu of your computer will not search e-mails
19  within Outlook?
20     A.  No.
21     Q.  Okay.  Did you take any steps, other than
22  what you've just described, to electronically

163

1  search your e-mails for relevant documents?
2      A.  No.
3      Q.  Did you search -- the search that you did
4  run, do you have an understanding as to whether
5  that searched only the names of files or whether it
6  also searched for responsive text within files?
7      A.  I don't know.
8      Q.  Okay.  Did you take any steps to search
9  your hard copy files?
10     A.  No.
11     Q.  Did you search your files for documents
12  dealing with the work of the Hospital Outpatient
13  Department Fee Schedule Group?
14     A.  I -- the product of the search I did
15  produced the spreadsheets that were used in that
16  group.
17     Q.  But did you search specifically for all
18  documents associated with the work of the Hospital
19  Outpatient Department Fee Schedule Group,
20  regardless of whether "AWP" was in the title of the
21  specific document?
22     A.  I searched with the parameters that I

164

1  described.
2      Q.  Did you search for the contracting plan
3  document relating to the analysis of the Hospital
4  Outpatient Department Fee Schedule Group that was
5  presented to the Provider Financial Strategies Work
6  Group?
7      A.  No.
8          MR. MANGI:  For the record, we ask that a
9  diligent search be performed of Ms. Cizauskas'
10  files.  We'll follow that up by letter detailing
11  the deficiencies.
12         MR. COCO:  I'll just object to your
13  characterization of the search.
14     Q.  Now, when the decision was made to
15  transition in the spring of '05 the hospital
16  outpatient department contracts that were coming up
17  for renewal in 2005, you testified earlier that the
18  period from spring to October was devoted to
19  preparation and logistical work, is that correct?
20     A.  Yes, and negotiations.
21     Q.  Okay.  Leaving aside the negotiations for
22  a moment, what sort of logistical work did that

165

1  transition entail?
2      A.  Analyzing each hospital's impact --
3  financial impact -- between their historical
4  percent of charge and the AWP fee schedule.
5      Q.  And that was in preparation for
6  negotiating with the --
7      A.  Yes.
8      Q.  -- hospital, correct?  Was work performed
9  with reference to the claims processing systems and
10  fee schedules to transition those systems in
11  preparation for the move to AWP-based
12  reimbursement?
13     A.  There was work by the departments that
14  handle fee schedule implementation to test to make
15  sure that the fee schedule was implemented
16  properly.
17     Q.  Do you know how long it took to implement
18  the fee schedule transition?
19     A.  No.
20     Q.  Is it fair to say it was done in that
21  period -- somewhere in that period, from spring to
22  October of '05?

Henderson Legal Services
(202) 220-4158

Sheila R. Cizauskas    HIGHLY CONFIDENTIAL         March 10, 2006
Boston, MA

---

166

1    A.  Yes.
2    Q.  Are you aware of any problems that came up
3  in making the transition at the claims or
4  fee-schedule level?
5    A.  I'm not aware of any problems.
6    Q.  Do you know whether work on the fee
7  schedule and claims processing systems continued
8  from spring all the way through to October
9  continuously, or was there a specific period of
10  time within that window when this work was
11  performed?
12    A.  It was parallel work that was done outside
13  of the team effort, and all I know is that we
14  needed it to be ready for implementation on October
15  1st, and it was.
16    Q.  Okay.  Are you familiar with the
17  outpatient prospective payment system, or OPPS?
18    A.  Not characterized by those initials, but
19  if you mean, like, APG or APC system, yes.
20    Q.  So, you're familiar with APCs, which are
21  ambulatory patient classifications?
22    A.  Yes.

---

167

1    Q.  What is your understanding of what an APC
2  is?
3    A.  My understanding is very limited in that
4  it's a group -- a grouping characterization of --
5  of services administered on the outpatient that are
6  paid with a single payment for a group, similar to
7  the inpatient DRG, but that's the extent of my
8  knowledge.
9    Q.  You also referred to an APG.  What is an
10  APG?
11    A.  Right.  It's my understanding that one of
12  -- one -- and I don't remember which is which --
13  one was used by Medicare, and one was used by
14  Medicaid.
15    Q.  You understand an APG to be a similar --
16    A.  Similar.
17    Q.  -- concept to an APC?
18    A.  Yes.
19    Q.  Did the Hospital Outpatient Department Fee
20  Schedule Group give any consideration or devote any
21  analysis to changes that were taking place in the
22  manner in which Medicare reimburses hospital

---

168

1  outpatient departments for drugs administered to
2  patients?
3    A.  Yes.
4    Q.  What consideration was given to that
5  issue?
6    A.  We spoke with a consultant who gave a
7  description of what Medicare was doing and
8  consulted internally with our operations department
9  to understand whether it was feasible, from an
10  operational perspective, to implement that type of
11  a methodology, and it was quickly determined that
12  -- that it was not feasible with -- from an
13  operational perspective at this point in time.
14    Q.  Who was the consultant that you spoke to?
15    A.  Treo Systems.
16    Q.  Will you spell that.
17    A.  I don't remember it.  T-r-e-o.
18    Q.  Treo Systems?
19    A.  Yeah.  Oh, I'm sorry.  Treo Solutions.
20    Q.  Was there a particular individual or
21  individuals at Treo Solutions who your group
22  consulted with?

---

169

1    A.  I don't remember who it was.
2    Q.  Was this a phone conversation or an
3  in-person meeting?
4    A.  Someone came to the Plan and talked to a
5  group of us.
6    Q.  What did the consultant from Treo Systems
7  tell you about changes taking place in the way
8  Medicare reimbursed hospital outpatient departments
9  for drugs administered to patients?
10    A.  There was nothing specific to drugs.  It
11  was -- it was a discussion about the methodology of
12  grouping services.  It was a high-level
13  presentation, as I recall, and we didn't pay a
14  whole lot of attention to it, because we knew it
15  was not feasible from our systems' perspective.
16    Q.  What was the change that you understood
17  Medicare was making?
18    A.  That it was a prospective payment system
19  that was similar to the inpatient DRG methodology
20  in that it grouped services together for purposes
21  of reimbursement.
22    Q.  And why -- on what basis did you come to

---

**170**

1  the conclusion that a similar system could not be
2  implemented at BCBS in relation to services
3  provided in treating patients in hospital
4  outpatient departments?
5      A.  I didn't come to the conclusion, but it
6  was communicated to me that our system -- our
7  computer systems could not handle that type of a
8  methodology.
9      Q.  Who communicated that to you?
10     A.  I don't remember.
11     Q.  Now, you testified earlier today that you
12 raised this issue for the first time with Deb
13 Devaux in late 2003, right?
14     A.  (Witness nods.)
15         MR. COCO:  Objection.
16     Q.  Is that correct?
17     A.  I raised the -- the issue of the hospital
18 outpatient fee schedule having a lot of services
19 falling into percent-of-charges bucket.
20     Q.  Right.
21     A.  And that was the -- that was my concern,
22 that there was -- that there was a lot of payment

**171**

1  going through this methodology, percent of charges.
2      Q.  Do I understand correctly that this whole
3  process started with you?
4      A.  I don't know what happened before I
5  arrived, and I don't know if it started with me.  I
6  know that when I came in to Blue Cross and saw the
7  payment methodology for hospital outpatient, I
8  believed that there was an awful lot falling in the
9  percent-of-charges category.
10     Q.  When you raised the issue with Ms. Devaux,
11 did she tell you that someone was already working
12 on this or had already looked at this?
13     A.  No.
14     Q.  Okay.  Did Ms. Devaux treat it as a new
15 suggestion or a new idea?
16     A.  I don't know if she saw it as a new
17 suggestion, but she -- she considered it to be a
18 valid suggestion.
19     Q.  And did she tell you that she would then
20 raise it with others at the company?
21     A.  It -- it sort of didn't go anywhere for a
22 little while because of other competing priorities,

**172**

1  and then, eventually, she felt that the time was
2  right for me to pull together some people to look
3  into it.
4      Q.  Now, you said she felt the time was right
5  for you to pull together people to look at it.
6  Were you in charge of the Hospital Outpatient
7  Department Fee Schedule Group?
8      A.  It was a collaborative group, and I was
9  partnering with my counterpart -- one of my
10 counterparts in the actuarial department.
11     Q.  Well, who was your -- who were you
12 partnering with from the actuarial department?
13     A.  Mike Marrone.
14     Q.  Did the group have a structure?  Was there
15 -- were there people or a person who was in charge
16 of and ultimately responsible for the group's work?
17     A.  There was a person that was project
18 managing the group, setting out an agenda, and
19 pulling the people together, scheduling the
20 meetings.
21     Q.  Who was the project manager?
22     A.  Terrance Driscoll.

**173**

1      Q.  Forgive me, but I forget, what was his
2  title?
3      A.  At the time he was an analyst in the
4  finance department.
5      Q.  Was Mr. Driscoll's work -- when you
6  described him as a project manager, was his
7  management role administrative, or was he
8  substantively in charge of the work with the group?
9      A.  It was administrative.
10     Q.  Who was substantively in charge of the
11 group's work?
12     A.  Myself and Mike Marrone.
13     Q.  What is Mr. Marrone's title?
14     A.  I'm not sure if this is correct, but
15 director of something in the actuarial department
16 -- provider pricing and -- I don't know the -- he's
17 a director of something in actuarial.
18     Q.  At the time that you were considering
19 these issues and the Hospital Outpatient Fee
20 Schedule Group was doing its analysis, did you
21 consider that Medicare was also moving to an
22 ASP-based methodology for reimbursing drugs

Sheila R. Cizauskas   HIGHLY CONFIDENTIAL   March 10, 2006
Boston, MA

174

1 administered to patients in hospital outpatient
2 departments?
3     A.  We became aware of that at the end of our
4 work and after the decision had been made to use
5 the AWP methodology.
6     Q.  What -- when did you become aware of that?
7     A.  I don't know exactly.  It was -- it was
8 somewhere before the implementation in October, but
9 after much of the work had been done to move to
10 AWP.
11     Q.  Sometime in the summer or fall --
12     A.  I don't know.
13     Q.  -- of 2003?
14     A.  I can't -- I wouldn't want to say.  I
15 don't know.  It's somewhere in -- before we
16 actually implemented.
17     Q.  Can you estimate how -- was this a matter
18 of days before October, weeks, or months?
19     A.  I would say it was several weeks.
20     Q.  How did you become aware of CMS's plans to
21 move to ASP for reimbursement in outpatient
22 departments?

175

1     A.  I don't remember specifically.  It could
2 have been something I read or something someone
3 mentioned.  I don't remember specifically.
4     Q.  Was anyone on the hospital outpatient
5 department financial -- Hospital Outpatient
6 Department Fee Schedule Group tasked with analyzing
7 what Medicare was doing in relation to reimbursing
8 for drugs administered to patients in outpatient
9 departments?
10     A.  No.
11     Q.  Now, do I recall correctly you said that
12 you may have read about it?
13     A.  I may have seen something in a -- in a
14 journal or heard about it from someone internally
15 that may have -- I know I became aware of it and
16 don't remember exactly how.
17     Q.  What did you do after you first became
18 aware of the fact that CMS intended to move to
19 ASP-based reimbursement in hospital outpatient
20 departments?
21         MR. COCO:  Objection.
22     A.  I didn't really do anything.

176

1     Q.  Was that issue discussed in the Hospital
2 Outpatient Department Fee Schedule Group?
3     A.  It was not formally discussed, because we
4 were so far down the road of implementing the AWP
5 and --
6     Q.  Was there -- were there informal
7 communications about the issue?
8     A.  I recall someone, and I don't know who,
9 mentioning that Medicare was changing to the ASP,
10 and -- and I remember thinking that we were so far
11 down the road with our analysis and our
12 implementation, that -- that we wouldn't be
13 considering that.
14     Q.  Were there any reasons why BCBS of
15 Massachusetts did not consider following suit with
16 Medicare, other than the stage of the process?
17         MR. COCO:  Objection.
18     A.  I don't know.  When you say, "Blue Cross,"
19 that's kind of a big --
20     Q.  Well, I'm happy -- I'm happy to rephrase
21 the question.  Are there any reasons why you, as
22 one of the two people in charge of the Hospital

177

1 Outpatient Department Fee Schedule Group, did not
2 consider further whether or not to move to ASP,
3 other than the fact that the work of the committee
4 was substantially along?
5     A.  My rationale was that -- first, what you
6 said, that we were far along in our process.  And
7 secondly, that Blue Cross -- that this was -- this
8 was an incremental move to a new methodology and
9 wasn't intended to cause a lot of alarm in the --
10 with anyone, and it was simply to move to a
11 standard methodology.  This would be the first --
12 this would be our first, you know, attempt to move
13 to a standard methodology.
14     Q.  And if you had followed Medicare in moving
15 to an ASP-based methodology, rather than an
16 AWP-based methodology, would that have caused
17 alarm, to use your phrase?
18     A.  I don't know.
19         MR. COCO:  Objection.
20     Q.  Well, was that a concern?
21         MR. COCO:  Objection.
22     A.  It was a concern that -- it wasn't a

Sheila R. Cizauskas     HIGHLY CONFIDENTIAL          March 10, 2006
Boston, MA

178

1  concern about one versus the other, but using the
2  AWP was something that was familiar with everyone,
3  myself included, and there didn't seem to be any
4  reason to change our direction at that point.
5      Q.  Well, when you said earlier that -- when I
6  had asked what were the rationales for not
7  following Medicare, you said one of the reasons was
8  not wanting to cause alarm.  I'm trying to
9  understand what you meant by that.
10     A.  In my mind, AWP was -- had been around a
11 long time and seemed to be accepted, and I didn't
12 know what the reaction or what the -- what people
13 thought about ASP, because it was so new.
14     Q.  We've spoken a bit about the Provider
15 Financial Strategy Work Group.  Have you ever been
16 a member of that group?
17     A.  Yes.
18     Q.  How long have you been a member of that
19 group?
20     A.  Since I've been an employee of Blue Cross.
21     Q.  That's since --
22     A.  2003.

179

1      Q.  -- 2003?
2      A.  Yes.
3      Q.  Has -- how many people are part of the
4  Provider Financial Strategies Work Group?
5      A.  Oh, I don't know for sure, but in any
6  given meeting, there's eight to ten people.
7      Q.  Since you've been at the company, has the
8  membership of the Provider Financial Strategies
9  Work Group been relatively stable?
10     A.  There are certain core people that have
11 been stable, and then others have joined or -- or
12 stopped coming.
13     Q.  Who are the core people that have been
14 part of the Provider Financial Strategies Work
15 Group since you joined the company in 2003?
16     A.  Uh-huh.  It's led by Deb Devaux and Rena
17 Vertes.
18     Q.  What is Ms. Vertes' title?
19     A.  She's the senior vice president of the --
20 or she's the chief actuary, senior vice president.
21 And so, they lead the group, and then there are
22 representatives from finance and actuary, sales,

180

1  contracting, provider relations.
2      Q.  Other than Ms. Devaux, Ms. Vertes, and
3  yourself, is there anyone else who has been a
4  member of the Provider Financial Strategies Work
5  Group since 2003?
6      A.  Tony Centrella, who is a vice president in
7  the finance area, and then as people come into
8  their roles in the organization that serve a
9  certain function, they join the group, or when they
10 leave the organization, they leave the group.
11     Q.  Yeah, I understand that.  I'm just trying
12 to understand -- get a list of the people who have
13 been there steadily since 2003.  Is there anyone
14 else you can think of who fits that description?
15     A.  Steve Fox, I think, has been a -- he's the
16 director of provider relations.  I think he's been
17 a consistent member of the group.  There are others
18 who are consistent members but not -- that don't
19 attend consistently, like the sales
20 representatives.
21     Q.  So, you said the total membership's eight
22 to ten people, and at least five people have been

181

1  members of that group consistently since 2003 when
2  you first joined the company?
3      A.  Yes.
4      Q.  Now, I asked you earlier whether you were
5  familiar with Blue Cross Blue Shield of
6  Massachusetts' consideration of whether or not to
7  move to an ASP-based methodology in the physician
8  office setting.
9      A.  (Witness nods.)
10     Q.  And I believe your testimony is that
11 you're not familiar with that.
12     A.  Correct.
13     Q.  Are you aware that that issue was
14 discussed -- a subject of consideration -- at
15 meeting or meetings of the Provider Financial
16 Strategies Work Group?
17     A.  I was not in attendance at that meeting,
18 so I may have missed it.
19     Q.  Okay.  Let me show you a document.
20     MR. MANGI:  We'll mark this as Exhibit
21 Cizauskas 002.
22     ("Analysis of CMS Average Wholesale Price

Henderson Legal Services
(202) 220-4158

Sheila R. Cizauskas   HIGHLY CONFIDENTIAL       March 10, 2006
Boston, MA

182

1  Reform, 2/7/04 marked Exhibit Cizauskas 002.)
2      Q.  Have you ever seen that document before?
3      A.  No, not that I recall.
4      Q.  Take your time --
5      A.  Yeah.
6      Q.  -- and familiarize yourself with it.
7      A.  (Witness reviews document.)  No.
8      Q.  Do you have any recollection -- does that
9  -- does reviewing that document refresh your
10  recollection as to having participated in the
11  discussions with the Provider Financial Strategies
12  Work Group assessing whether or not to move to an
13  ASP-based methodology?
14     A.  No, and it talks about the provider --
15  "Product and Provider Financial Management."  I
16  don't know if that's PFSW or not.
17     Q.  I'll represent to you that there has been
18  previous testimony that the PFSW was the group
19  analyzing this.
20     A.  Okay.  Uh-huh.
21     Q.  So, you have no recollection of --
22     A.  I don't.

183

1      Q.  -- having discussed that issue.  Now, in
2  all of the analysis that the Hospital Outpatient
3  Fee Schedule Group performed, did it carry out any
4  study of what hospitals and hospital outpatient
5  departments are paying to acquire drugs?
6      A.  I'm sorry.  Say that again.
7      Q.  Sure.
8          MR. MANGI:  Would you mind reading that
9  back.
10         (Question read back.)
11     A.  No.
12     Q.  Was information as to what hospitals are
13  paying to acquire drugs at all relevant to the
14  analysis you were involved with regarding whether
15  or not to move to an AWP-based methodology for
16  reimbursement?
17         MR. COCO:  Objection.
18     A.  No.
19     Q.  Is the Hospital Outpatient Department Fee
20  Schedule Group still in existence?
21     A.  Yes.
22     Q.  What does that group do now?

184

1      A.  We are analyzing and preparing to update
2  the outpatient fee schedule for all of the other
3  services that fall into the percent-of-charges
4  category and move those, as much as possible, to a
5  standard fee schedule.
6      Q.  What other aspects of the fee schedule are
7  you referring to when you say aspects that are
8  still on a percent of charge?
9      A.  Surgeries that had not been slotted into
10  fee schedules, some lab codes, other anesthesia,
11  recovery room codes, and then there's new codes
12  that hadn't been updated.  It's been -- it's been a
13  long time between updates on the fee schedule, so
14  there's a lot of housekeeping cleanup work.
15     Q.  Now, are you familiar with a product
16  called BC 65?
17     A.  Yes.
18     Q.  And BC 65 is a managed care Medicare
19  product, is that correct?
20     A.  Correct.
21     Q.  It's a product wherein Medicare pays BCBS
22  of Massachusetts a capitated rate, and then BCBS of

185

1  Massachusetts assumes the risk in relation to
2  members of that plan, is that a -- is that a fair
3  statement?
4      A.  It would be better if you asked the
5  finance people exactly how that works, but to the
6  best of my knowledge, that's correct.
7      Q.  In your present position, are you involved
8  with contracting related to the BC 65 product?
9      A.  For the most part, it's the hospitals and
10  negotiating the rate for the hospitals.  There
11  might be a couple of physician groups that -- most
12  of the physician side is through a fee-for-service
13  arrangement, and I don't deal with that.
14     Q.  Do you know whether or not reimbursement
15  to physicians under the BC 65 program for drugs
16  administered to members in office is currently 95
17  percent of AWP?
18     A.  I don't know.
19     Q.  Who would know the answer to that
20  question?
21     A.  The finance department, I would imagine --
22     Q.  Is there a specific individual in the