Sheila R. Cizauskas   HIGHLY CONFIDENTIAL   March 10, 2006
Boston, MA

---

186

1  finance department who would know the answer to
2  that question?
3      A.  Andreana Shanley.
4      Q.  What is Ms. Shanley's position?
5      A.  She's the director of actuary.
6      Q.  Anyone else?
7      A.  Maybe Steve Fox, director of provider
8  relations.
9      Q.  Anyone else?
10      A.  I can't think of anyone else.
11         MR. MANGI:  Let me take a quick break.
12         VIDEO OPERATOR:  The time is 2:42.  We're
13  off the record.
14         (Recess was taken.)
15         VIDEO OPERATOR:  The time is 2:53 p.m.
16  This is Cassette 3 in the deposition of Sheila
17  Cizauskas.  We're on the record.
18      Q.  Are there any members of the Hospital
19  Outpatient Department Fee Schedule Group who are
20  also members of the Provider Financial Strategies
21  Work Group other than yourself?
22      A.  Mike Marrone, John Killion was in and out

---

187

1  of the Hospital Outpatient Fee Schedule Group, and
2  he's also a member of Provider Financial Strategy.
3      Q.  When the Provider Financial Strategy Work
4  Group discussed this issue, who was tasked with
5  presenting the findings and analysis of the
6  provider -- of the Hospital Outpatient Department
7  Fee Schedule Group?
8      A.  I don't remember specifically, but I know
9  that, as part of my presentation of the overall
10  hospital contracting strategy, I presented that
11  component as a bullet point in there.
12      Q.  Let me show you another document.
13         (BCBSMA-AWP 12501 marked Exhibit
14  Cizauskas 003.)
15      Q.  Would you please review that document,
16  Exhibit Cizauskas 003, and let me know when you're
17  ready to proceed.
18      A.  (Witness reviews document.)  Okay.
19      Q.  These are the minutes of a July 11, 2005
20  meeting of the PFSW, right?
21      A.  Yes.
22      Q.  And you're listed there as one of the

---

188

1  attendees?
2      A.  Yes.
3      Q.  I'd like to draw your attention to the
4  last bullet point under "Hospital Multi-Year
5  Strategy."
6      A.  Uh-huh.
7      Q.  Does that bullet point pertain to the work
8  of the outpatient department fee schedule group?
9      A.  Yes.
10      Q.  Do you see under "Action Items:  Next
11  Steps," it says, "Sheila to continue her
12  presentation at the next meeting"?
13      A.  Correct.
14      Q.  Does this refresh your recollection as to
15  how many meetings the work of the Hospital
16  Outpatient Department Fee Schedule Group was
17  discussed at?
18      A.  According to my recollection, I presented
19  the overall hospital contracting plan at this
20  meeting, which that last bullet point was part of
21  that, and didn't get to two pieces of the plan that
22  I was supposed to present at a subsequent meeting,

---

189

1  but I don't believe I ever did, and it -- the two
2  pieces were unrelated to the AWP.
3      Q.  The AWP-related components we've been
4  talking about were all discussed and analyzed at
5  the meeting of July 11, 2005.
6      A.  I believe so.
7      Q.  The third bullet point from the top --
8      A.  Uh-huh.
9      Q.  -- this refers to "Key changes in approach
10  to hospital contracting."  Do you see that?
11      A.  Yes.
12      Q.  Okay.  The first one is, "We will provide
13  the potential for the hospitals to earn reasonable
14  cost, plus a margin with the percentage of payment
15  that is linked to performance increasing as a
16  portion of the total increase over the three- to
17  four-year contract cycle."
18      A.  Uh-huh.
19      Q.  Now, did this pertain to inpatient --
20  inpatient reimbursement to hospitals?
21      A.  This referred to the total reimbursement
22  to the hospital.

---

Sheila R. Cizauskas    HIGHLY CONFIDENTIAL         March 10, 2006
Boston, MA

190

1     Q.   Okay.  Now, under the first point which we
2  just looked at, "Providing the potential for
3  hospitals to earn reasonable cost plus a margin --"
4     A.   Uh-huh.
5     Q.   -- that wasn't a change from prior
6  approach, was it?
7     A.   That was not a change.
8     Q.   Okay.  That -- that part of the sentence
9  had been a consistent approach --
10    A.   Correct.
11    Q.   -- at BCBS in the past.
12    A.   Yes.
13       MR. COCO:  Objection.
14    Q.   The second part of that sentence is, "With
15 the percentage of payment that is linked to
16 performance increasing as a proportion of the total
17 increase," is that the change that is being
18 referred to?
19    A.   That is a change in this plan.
20    Q.   And the -- the consistent strategy which
21 we just talked about, which is to provide a
22 reasonable cost plus a margin, that's true of

191

1  physician offices as well as hospitals, correct?
2     A.   No.
3        MR. COCO:  Objection.
4     Q.   That's not true of physician offices?
5     A.   I'm not aware of the strategy on physician
6  offices.  My role is on hospitals.
7     Q.   But you do know that that's always been
8  true in relation to hospitals.
9     A.   I don't know that it's always been true.
10    Q.   It's been true for the period of time
11 you've been at the company?
12    A.   It was true when I arrived at the company,
13 and that's when I became aware of it.
14    Q.   The second bullet point from the top,
15 "Sheila reviewed the elements of commercial
16 hospital contracts for 2005, FY '06 --" is that
17 full year '06?
18    A.   Fiscal year.
19    Q.   "-- fiscal year '06, including core rate
20 increases, performance incentives -- quality and
21 technology, AWP fee schedule," and then it
22 continues.  Is this bullet also referring to the

192

1  work of the Hospital Outpatient Department Fee
2  Schedule Group?
3     A.   Just the AWP fee schedule piece of that
4  bullet.
5     Q.   So, that part of the second bullet and the
6  last bullet would pertain to the work of the
7  Hospital Outpatient Department Fee Schedule Group?
8     A.   Correct.
9     Q.   Do any other bullet points relate to the
10 work of that group?
11    A.   I don't think so.  (Witness reviews
12 document.)  No, I don't think there is anything
13 else.
14    Q.   The bottom of the page says, "Draft agenda
15 for 7/25 meeting."  You'll see there's an entry
16 there with your name by it.
17    A.   Yes.
18    Q.   Are those the sections that you did not
19 get to?
20    A.   Correct.
21    Q.   What does "BH rates" mean?
22    A.   Behavioral health rates.

193

1        (BCBSMA 005188-5239 marked Exhibit Cizauskas
2  004.)
3     Q.   I show you a document which was marked as
4  Exhibit Cizauskas 004.  Can you please take a look at
5  that document, and let me know when you're done.
6     A.   (Witness reviews document.)  Okay.
7     Q.   Now, earlier in the day we discussed
8  HealthONE --
9     A.   Yes.
10    Q.   -- which is one of the entities which has
11 and continues to be reimbursed on a global
12 capitated rate, including drugs.  Do you recall
13 that testimony?
14    A.   Yes.
15    Q.   Are Harvard Vanguard Medical Associates,
16 Dedham Medical Associates, and Southboro Medical
17 Group, Inc. part of HealthONE?
18    A.   Yes.
19    Q.   So, these -- are these -- do these
20 documents together make up the contract whereby
21 HealthONE receives the global capitated rate that
22 we've discussed?

Sheila R. Cizauskas   HIGHLY CONFIDENTIAL   March 10, 2006
Boston, MA

194

1   A.  I'm not sure if this is all of it or not.
2   I would have to go into my files and pull all of
3   the -- if there are any amendments or anything
4   associated with this.
5   Q.  If you have a look at the second page of
6   the document, which is the page Bates numbered
7   5189 --
8   A.  Uh-huh.
9   Q.  -- you'll see there is a table of
10  contents.
11  A.  Uh-huh.
12  Q.  Do -- are the components of that table of
13  contents present in this document?
14  A.  (Witness reviews document.)  It looks like
15  they are.
16  Q.  And that's similarly true for the Dedham
17  Medical Associates' part and the Southboro Medical
18  Group, Inc. part, right?
19  A.  I'll take a moment here.  (Witness reviews
20  document.)  Yes.
21  Q.  Now, the Harvard Vanguard Medical
22  Associates' part -- if you turn to Page Bates

195

1   numbered 5202, which is Page 13 of the document,
2   you will see a signature page.  Are you there?
3   A.  Uh-huh.  Yes.
4   Q.  You will see the date of the signature
5   there is March 8, '04.
6   A.  Yes.
7   Q.  Is this the contract that's currently in
8   place with HealthONE?
9   A.  (Witness reviews document.)  I don't know
10  that this is everything that's currently in place.
11  Q.  Would you --
12  A.  There --
13  Q.  I'm sorry.  Go ahead.
14  A.  There have been some additional
15  discussions with HealthONE on components of their
16  contract since then.
17  Q.  Are the -- are any changes or amendments
18  to this contract or parts of this -- additional
19  parts of this contract contained within your files
20  at BCBS of Massachusetts?
21  A.  Not my personal files.
22  Q.  Are they available in company files?

196

1   A.  But there -- there are copies of all the
2   contracts available.
3   Q.  And do you know how to locate those
4   contracts?
5   A.  Yes.
6   Q.  Now, is there a reason why the first part
7   of this document, which has "Harvard Vanguard
8   Medical Associates, Inc." in the header --
9   A.  Uh-huh.
10  Q.  -- is entitled "Exhibit A-1," but so, too,
11  is the second part, which is Dedham Medical
12  Associates --
13  A.  Uh-huh.
14  Q.  -- whereas, the third part is A-3,
15  Southboro Medical Group?
16  A.  What is the question?
17  Q.  Is there a reason why there are two A-1s
18  and then an A-3?
19  A.  I don't know.  I'd have to go back and
20  look through the history of the file to see what
21  the chronology would be.
22  Q.  Is -- is HealthONE made up of just these

197

1   three entities, or are there other entities?
2   A.  There's one additional entity.
3   Q.  What is that entity?
4   A.  South Shore Medical Center.
5   Q.  Would you expect there to be a similar
6   section of this contract dealing with South Shore
7   Medical Center?
8   A.  I would expect so.
9   MR. COCO:  Adeel, I don't want to make a
10  speaking objection, but I -- in answering some of
11  your questions, you may want to refer to the first
12  paragraph on 5190, and I'm saying this just for
13  your purposes -- as opposed to the witness's --
14  with respect to your question on whether this is a
15  complete agreement or not.
16  MR. MANGI:  (Reviews document.)  Mark
17  Exhibit Cizauskas 005.
18  (BCBSMA-AWP 12593-12609 marked
19  Exhibit Cizauskas 005.)
20  Q.  Now, at the bottom of the first page of
21  Exhibit Cizauskas 005, it's an e-mail from Mike
22  Mulrey sent to a group of four people, of which you

Sheila R. Cizauskas    HIGHLY CONFIDENTIAL    March 10, 2006
Boston, MA

198

1  are one.  Do you see that?
2      A.  Uh-huh.
3      Q.  It's dated January 14th, 2004.  Could you
4  review that e-mail, please, and let me know when
5  you're ready to proceed.
6      A.  (Witness reviews document.)
7          (Discussion off the record.)
8      A.  Okay.
9      Q.  Is there -- withdraw that.  Why was Mr.
10  Mulrey sending this e-mail to you regarding his
11  analysis of cost impact to the BC 65 network of a
12  change in methodology?
13      A.  I can't really say.  I mean, I'm
14  frequently included on e-mails having to do with --
15  with hospital rates or physician components of Blue
16  Care 65.
17      Q.  Do you remember receiving this e-mail?
18      A.  I don't specifically remember, no.
19      Q.  Does this e-mail refresh your recollection
20  at all as to whether or not BCBS of Massachusetts
21  did follow Medicare's lead in changing methodology
22  pertaining to the BC 65 product line?

199

1      A.  Clearly, I was a recipient of the e-mail.
2  And at the time, I probably read it.  But since
3  it's not my area of responsibility, it wasn't
4  something that sunk into my everyday concern.
5      Q.  I understand that.  My -- my question was,
6  does reading this e-mail, talking about BC 65 --
7      A.  Uh-huh.
8      Q.  -- stir your memory or awaken any
9  recollections as to whether or not BCBS of
10  Massachusetts did follow Medicare's lead in
11  changing methodologies for the BC 65 network?
12      A.  Well, the e-mail certainly says that --
13  that the analysis was done and that the
14  recommendation was being made to do so, but I don't
15  have an independent recollection.
16          MR. COCO:  While we're on this topic,
17  during the break --
18          THE WITNESS:  Right.
19          MR. COCO:  -- she had remembered something
20  in response to a question.
21      Q.  Would you like --
22      A.  I have remembered that Mike Mulrey would

200

1  be a good person to ask about the Blue Care 65 fee
2  schedule.
3          MR. MANGI:  Exhibit Cizauskas 006.
4          (BCBSMA-AWP 12496 marked Exhibit Cizauskas
5  006.)
6      Q.  Would you review that document, and let me
7  know when you're ready to proceed, please.
8      A.  (Witness reviews document.)  Okay.
9      Q.  Now, this e-mail is from Mr. Michael
10  Marrone?
11      A.  Marrone, yes.
12      Q.  Mr. Marrone is, together with you, is one
13  of the two people in charge of the work of the
14  Hospital Outpatient Department Fee Schedule Group,
15  correct?
16      A.  Correct.
17      Q.  Does this e-mail pertain to the work of
18  the Hospital Outpatient Department Fee Schedule
19  Group?
20      A.  It looks like the major purpose of the
21  e-mail was to -- it looks like -- answer some
22  questions regarding a hospital system negotiation.

201

1      Q.  I'd like to draw your attention to the
2  paragraph marked "AWP Valuation."
3      A.  Yes.
4      Q.  Could you review that paragraph.
5      A.  Yes.
6      Q.  Have you had a chance to look at that?
7      A.  Yes.
8      Q.  Isn't that paragraph referring to the
9  implementation of AWP in relation to hospital
10  outpatient departments?
11      A.  That -- that paragraph is valuing the
12  impact of moving to the AWP fee schedule as one of
13  the components of this hospital system negotiation.
14      Q.  Now, the paragraph starts with, "The 3.9
15  million included Medicare."
16      A.  Correct.
17      Q.  Do you have any idea of what that's
18  referring to?
19      A.  It's referring to the hospital outpatient
20  Medicare services.
21      Q.  In other words, he's saying the 3.9
22  million figure includes -- well, withdraw that.

Sheila R. Cizauskas   HIGHLY CONFIDENTIAL   March 10, 2006
Boston, MA

202

1   I'm sorry.  I didn't follow your last --
2       A.  At the hospital system, Caritas, there was
3   an analysis done on the impact of moving to the AWP
4   fee schedule, and it included all the products,
5   including Medicare product.
6       Q.  Including BC 65, for example?
7       A.  Correct.
8       Q.  So, the first sentence indicates that in
9   relation to this one specific hospital system,
10  which is Caritas Hospital system --
11      A.  Yes.
12      Q.  -- moving to the AWP-based methodology
13  from the previous charge-based methodology would
14  result in a savings of $3.9 million?
15      A.  The difference between their
16  percent-of-charge methodology and an AWP
17  methodology -- Mike is saying -- was this number.
18      Q.  Okay.  And was the AWP methodology, did
19  that come to 3.9 million less than the
20  percent-of-charge methodology?
21      A.  Yes, that's what it looks like he's
22  saying.

203

1       Q.  And he says, "If we adjust for that, the
2   commercial estimate is 3.5 million.  However, this
3   needs to be trended for one year, which would bring
4   the commercial number back up close to 3.9."  And
5   there he's referring to how the number would change
6   if you excluded the managed Medicare products from
7   the analysis, is that correct?
8           MR. COCO:  Objection.
9       A.  I'm not sure what -- I'm not sure exactly
10  what he's -- how he's itemizing each piece.
11      Q.  Okay.  Do you recall reviewing this e-mail
12  when you received it in November of '05?
13      A.  Yes.
14      Q.  Okay.  When he says, "If we adjust for
15  that, the commercial estimate is 3.5 million,"
16  what did you understand him to be referring to?
17      A.  I understood that the -- of the 3.9
18  million, 3.5 was for commercial.
19      Q.  He then says in parentheses, "John is
20  running some numbers this morning."  Who is the
21  "John" referred to there?
22      A.  I'm not sure.

204

1       Q.  Would that be John Killion?
2       A.  I doubt it.  It would not have been John
3   Killion.
4       Q.  He then says, "This analysis, as is all of
5   our AWP analysis, values the savings associated
6   with the first-year implementation of the AWP
7   reimbursement methodology."  When he says, "As is
8   all of our AWP analysis," is he referring to the
9   other analysis performed in conjunction with the
10  work of the Hospital Outpatient Department Fee
11  Schedule Group?
12          MR. COCO:  Objection.
13      A.  I believe that's what he would have been
14  referencing, though this is his e-mail, not mine.
15      Q.  And then he says that they are still
16  trying to find a solid way to estimate future
17  savings -- or savings for future years.
18      A.  Correct.
19      Q.  You'll be happy to know we're not going to
20  go through all of these.  Do you know who Mary
21  Powers is?
22      A.  Powers?  It sounds like a name I should

205

1   know.  I think she's someone that left the company,
2   so I didn't really know her very well.
3           MR. MANGI:  Exhibit Cizauskas 006.
4           THE WITNESS:  Exhibit Cizauskas 007.
5           (BCBSMA-AWP 000173-000175 marked Exhibit
6   Cizauskas 007.)
7       Q.  Now, I understand this is a document
8   generated prior to your arrival at BCBS -- you'll
9   see on the top left the date is 10/1/99 -- however,
10  based on your experience at the company working on
11  hospital contracting, do you have an understanding
12  as to the analysis that's being performed in this
13  document?
14          MR. COCO:  Objection.
15      A.  I've never seen this type of analysis.
16      Q.  Could you take a look at the second page
17  of the document.  Have you ever seen analysis of
18  this type?
19          MR. COCO:  Objection.
20      A.  I've never seen this.
21      Q.  You'll see that under "Milton Hospital" or
22  "South Shore Hospital" there's a column for "99

Sheila R. Cizauskas    HIGHLY CONFIDENTIAL    March 10, 2006
Boston, MA

---

**206**

1  Redbook AWP," which has a price by it, and then
2  there's a column for "Acquisition 99 AWP minus 35
3  percent." Have you ever seen comparisons of AWP
4  numbers with numbers entitled "Acquisition"?
5      A.  No.
6      MR. MANGI:  For the record, this document
7  is Bates numbered BCBSMA-AWP 173 to 175, and we
8  request the name of the custodian and author of
9  that document.
10     MR. COCO:  That request assumes that it's
11 a Blue Cross Blue Shield-generated document.
12     MR. MANGI:  Well --
13     MR. COCO:  Simply because a document is on
14 file does not mean that it's a Blue Cross Blue
15 Shield document.
16     MR. MANGI:  But it does mean that someone
17 at Blue Cross Blue Shield is a custodian for the
18 document.
19     (BCBSMA-AWP 12496-12500 marked Exhibit
20 Cizauskas 008.)
21     Q.  Now, Exhibit Cizauskas 008 -- the first page
22 of this is an e-mail that we looked at earlier, but

---

**207**

1  this also has an additional set of pages attached to
2  it which are entitled "BCBSMA Proposal to CCNS."
3      A.  Correct.
4      Q.  Do you see that?
5      A.  Yes.
6      Q.  Is CCNS an acronym for the Caritas --
7      A.  Yes.
8      Q.  -- hospital system?
9      A.  Yes.
10     Q.  What does CCNS stand for?
11     A.  Caritas Christie Network System, I think.
12     Q.  How large is the Caritas system?
13     A.  I think it has six hospitals and
14 associated physician groups.
15     Q.  Does this four-page document contain any
16 analysis pertaining to the outpatient department
17 drug reimbursement component?
18     A.  Any analysis?
19     Q.  Analysis or discussion.
20     MR. COCO:  Objection.
21     A.  I'm sorry?
22     Q.  Any analysis or discussion pertaining to

---

**208**

1  hospital outpatient drug reimbursement.
2      MR. COCO:  Objection.
3      A.  (Witness reviews document.)  It -- it
4  presents the -- as part of the proposal that they
5  will move to the hospital outpatient drug fee
6  schedule.
7      Q.  And that's the paragraph under the table
8  on the page Bates numbered 12497?
9      A.  Yes.
10     Q.  Anything else?
11     A.  That's the only thing I see that relates
12 to the hospital outpatient fee schedule.
13     Q.  The bottom of the first page there is a
14 section entitled "Hospital Cash Payments."
15     A.  Yes.
16     Q.  What are these hospital cash payments?
17     A.  What are they?
18     Q.  Yeah.
19     A.  They are cash payments in the amounts laid
20 out.
21     Q.  Okay.  The first one is "CY '05," what
22 does that mean?

---

**209**

1      A.  That would be the time frame in which that
2  cash payment would have been made.
3      Q.  Does that stand for calendar year '05?
4      A.  Yes.
5      Q.  Okay.  That first payment is "$4 million
6  to be paid within ten days of signature to
7  contracts."
8      A.  Correct.
9      Q.  Is that -- were there any other conditions
10 to that $4 million payment?
11     MR. COCO:  Objection.
12     A.  I'm not sure which part of -- there was a
13 condition to one of these payments that the
14 emergency medicine physicians would be
15 participating in the network, so probably would
16 have been that 4 million, there was a condition for
17 1 million of it.
18     Q.  Is it -- is it standard for BCBS of
19 Massachusetts to offer hospitals cash payments that
20 are subject only to signature of the contract?
21     A.  No.
22     Q.  Why was this $4 million cash payment being

---

Sheila R. Cizauskas   HIGHLY CONFIDENTIAL   March 10, 2006
Boston, MA

210

1  offered to Caritas?
2      A.  I think there were a lot of -- a lot of
3  circumstances that led to the decision to make a
4  cash payment, many of which were -- I was not
5  necessarily privy to.
6      Q.  What are the circumstances that you were
7  privy to?
8      A.  There was a -- there -- it was a hospital
9  system that was in financial distress, and there
10  was some feeling that there was a need to help in
11  the short term, but not necessarily build
12  additional dollars into the rates that would go on
13  long term.
14     Q.  Was it in BCBS of Massachusetts' interest
15  to help shore up an unrelated hospital group that
16  was in financial difficulty?
17     A.  I can't say -- I can't speak for the
18  organization at large, except that I know that Blue
19  Cross is very community oriented and -- and cares
20  about the -- the hospitals in the network.
21     Q.  Well, was this $4 million intended to be
22  paid as a community service to help ensure adequate

211

1  hospital facilities were available, as opposed to a
2  -- there being a commercial reason for this
3  payment?
4          MR. COCO:  Objection.
5      A.  What do you mean by "commercial reason"?
6      Q.  A business reason, as opposed to an
7  altruistic reason.
8          MR. COCO:  Objection.
9      A.  I really can't say what the motivation
10  organizationally was.  There were people involved
11  in this negotiation that were far above my grade
12  level.
13     Q.  Were there any reasons for the payment
14  you're aware of, other than the altruistic motive
15  you just described?
16         MR. COCO:  Objection.
17     A.  I don't know.
18     Q.  Was any part of the decision to offer a
19  cash payment to incentivize hospitals to move
20  towards an AWP-based methodology in the outpatient
21  departments?
22     A.  No.

212

1      Q.  The second entry there is a $2.6 -- $2.7
2  million Medicaid shortfall funding payment.  What
3  does that refer to?
4      A.  Blue Cross is aware that there is --
5  through -- has become aware that there is a
6  shortfall between what Medicaid pays and what the
7  costs of providing care is and made a decision to
8  offer some assistance to hospitals in the short
9  term, while at the same time working with the state
10  and other constituencies in the state to encourage
11  more rational payment for Medicaid services so that
12  the commercial payers were not in a position of
13  having to make up the difference.
14     Q.  Now, how did Blue Cross Blue Shield of
15  Massachusetts become aware of the inadequacy of
16  Medicaid payments?
17     A.  The hospitals consistently made us aware
18  and looked to Blue Cross for payments in excess of
19  what they would normally need in order to help make
20  up the difference.
21     Q.  And was the point that the hospitals were
22  communicating that Medicaid payments were

213

1  insufficient when considered at a global level,
2  including all Medicaid reimbursements for services,
3  for drugs, and so on?
4          MR. COCO:  Objection.
5      A.  I just know that it was a -- it was
6  Medicaid in general.  Nothing specific.
7      Q.  Now, what -- you described some work that
8  BCBS has done as a result to encourage Medicaid to
9  increase payments.  Can you describe what you were
10  referring to there.
11     A.  I don't know directly.  I only know that
12  Blue Cross is in contact with the state and with
13  other constituencies, and I don't know what the
14  work is specifically.
15     Q.  Who's in charge of that work?
16     A.  Peter Meade.
17     Q.  What is Mr. Meade's position?
18     A.  He is a senior vice president for -- I
19  don't know what his title is -- external affairs
20  or -- he may be an executive vice president.  I
21  don't know.  Way up there.
22     Q.  The third entry on 12497 is, "A million

Sheila R. Cizauskas    HIGHLY CONFIDENTIAL    March 10, 2006
Boston, MA

214

1  dollar one-time payment for the value of the
2  incremental increase to hospital rates." What is
3  that referring to?
4      A.  The negotiation became protracted and
5  extended beyond when the rates would have been
6  implemented, which would have been October 1st, and
7  so, this payment was to make up for the -- that
8  time frame between October 1st and when -- and
9  December 1st -- the lost value of the rate increase
10  during that time frame.
11      Q.  The fourth entry there has another $2.6 to
12  $2.7 million payment for "shortfall funding to
13  hospitals." What does that refer to?
14      A.  That's another payment for the next fiscal
15  year for Medicaid shortfall.
16      Q.  How many hospitals is BCBS of
17  Massachusetts currently paying Medicaid shortfall
18  payments to?
19          MR. COCO:  Objection.
20      A.  I don't know exactly.  Ten to 15.  It
21  would be an estimate.
22      Q.  And how many hospitals in total does BCBS

215

1  of Massachusetts contract with?
2      A.  Acute care hospitals, 72.
3      Q.  What distinguishes the ten to 15 hospitals
4  that are receiving Medicaid shortfall payments from
5  BCBS of Massachusetts from the other?
6      A.  They would have -- they would have been
7  hospitals that were up for renewal for 10/1/05, and
8  they would have been hospitals that our estimate --
9  our analysis would have shown that they had a
10  Medicaid shortfall.
11      Q.  Is BCBS of Massachusetts independently
12  analyzing the finances of hospitals to see whether
13  or not they have Medicaid shortfalls?
14      A.  Only to the extent that we have
15  publicly-reported data and using that as a proxy to
16  estimate what we think there may be in a Medicaid
17  shortfall.
18      Q.  Are the hospitals also making
19  representations to BCBS of Massachusetts as to what
20  their shortfall is?
21      A.  They're making representations of a
22  shortfall, and we don't try to match that or verify

216

1  it.
2      Q.  If there's a conflict between the number
3  that the hospital provides and the number that BCBS
4  estimates, which number prevails?
5      A.  This is a negotiated number, and it's
6  really intended to be a gesture of help, but not
7  anything that would be quantifiable through a
8  methodology that I can see.
9      Q.  What is the business incentive to BCBS of
10  Massachusetts to make these Medicaid shortfall
11  payments --
12          MR. COCO:  Objection.
13      Q.  -- to hospitals?
14          MR. COCO:  Objection.
15      A.  The hospitals are -- are looking for
16  relief, and they're looking to the commercial
17  payers, and it's really a -- it's really a gesture
18  of goodwill that I can see.
19      Q.  Why are the hospitals looking to
20  commercial payers rather than to the government?
21      A.  I think they're looking everywhere.
22      Q.  Is it fair to say that they're looking at

217

1  the commercial payers not only for financial
2  assistance, but also for assistance in lobbying the
3  government to increase Medicaid payments?
4      A.  I can't speak for them.
5          MR. COCO:  Objection.
6      Q.  Well, isn't that what they've done with
7  BCBS of Massachusetts?
8          MR. COCO:  Objection.
9      A.  They -- isn't what would they have done?
10  Looked to us for relief?
11      Q.  Have -- do they seek both financial relief
12  and assistance in lobbying the government to
13  increase Medicaid payments?
14          MR. COCO:  Objection.
15      A.  I don't know that they have looked to Blue
16  Cross to do that.
17      Q.  But Blue Cross Blue Shield of
18  Massachusetts is, nonetheless, working through Mr.
19  Peter Meade to lobby the government to increase
20  Medicaid payments.
21          MR. COCO:  Objection.
22      A.  I don't know if I would -- I don't know if

Sheila R. Cizauskas    HIGHLY CONFIDENTIAL        March 10, 2006
Boston, MA

218

1  the word "lobby" is correct, but I know that he's
2  working with others, including the government, to
3  address this issue.
4      Q.  Is he advocating an increase in
5  reimbursement rates to address the issue?
6          MR. COCO:  Objection.
7      A.  I don't know what he's doing specifically.
8      Q.  Well, what is the purpose of the work that
9  Mr. Meade is doing?  What's the goal it's designed
10 to reach?
11         MR. COCO:  Objection.
12     A.  I don't know.
13     Q.  Well, what's your understanding of what he
14 is doing in relation to Medicaid --
15     A.  My only understanding is what I've said,
16 is that he's working with other constituents in the
17 state to address the Medicaid shortfall.
18     Q.  Who is he working with -- I'm sorry.  Go
19 ahead.
20     A.  And in the interim, we've offered some of
21 these payments for -- for relief at the hospital
22 level.

219

1      Q.  What are the other constituents that he's
2  working with?
3          MR. COCO:  Objection.
4      A.  I don't know specifically.
5      Q.  Does BCBS of Massachusetts anticipate
6  making similar Medicaid shortfall payments to other
7  hospitals as their contracts come up for renewal?
8          MR. COCO:  Objection.
9      A.  At -- at this moment in time, it's a --
10 it's a question that's unanswered.
11     Q.  When's the first time that BCBS of
12 Massachusetts made a Medicaid shortfall payment to
13 a hospital?
14         MR. COCO:  Objection.
15     A.  First time I negotiated a payment was for
16 implementation of the 10/1/05 renewal hospitals.
17     Q.  Since 10/1/05 to the present, how many of
18 the 72 hospital contracts BCBS of Massachusetts
19 maintains have come up for renewal?
20     A.  Since -- after the 10/1/05 renewals?
21     Q.  Right, or since and including the 10/1.
22     A.  Including the 10/1?  Well, we have

220

1  renewals coming up for 10/1/06, so it would have
2  just been the 10/1/05 renewals.
3      Q.  Okay.  How many contracts were renewed in
4  the 10/1/05 phase of renewals?
5      A.  Between 15 and 20.
6      Q.  So, out of those 15 to 20 contracts,
7  somewhere in the region of 10 to 15 of those
8  contracts did receive -- did involve Medicaid
9  shortfall payments?
10     A.  Those are -- that's an estimate --
11     Q.  Okay.
12     A.  -- without looking at the specific numbers
13 and lists.
14     Q.  That would work out as approximately
15 anywhere from 50 to 100 percent of the hospitals
16 received Medicaid shortfall payments.
17         MR. COCO:  Objection.
18     A.  No.
19     Q.  If you do the math at 10 to 15 versus 15
20 or 20 --
21     A.  Yeah.
22     Q.  -- the minimum percentage is 50, and the

221

1  maximum is a hundred.  I'm just trying to
2  understand what proportion of hospitals are getting
3  these Medicaid shortfall payments.
4          MR. COCO:  Objection.
5      A.  So, repeat the numbers that you just
6  quoted.
7      Q.  Well, to -- to save the arithmetic
8  trouble, let me ask you this:  Of the contracts
9  that have come up for renewal since and including
10 10/1/05, can you approximate what portion or what
11 percentage have involved the payment of Medicaid
12 shortfall payments?
13     A.  Well, without going back and looking at
14 the total number of hospitals that were up for
15 renewal and how many received a Medicaid shortfall,
16 I would have to simply estimate how many I remember
17 receiving a shortfall, and that's, you know,
18 between 10 and 15 hospitals.
19     Q.  Between 10 and 15 hospitals?
20     A.  Right.
21     Q.  Okay.  Now, is it anticipated that
22 Medicaid shortfall payments will be made as part of

Sheila R. Cizauskas   HIGHLY CONFIDENTIAL   March 10, 2006
Boston, MA

222

1  the '06 renewals?
2      MR. COCO:  Objection.
3      A.  There are still discussions about that.
4      Q.  Who is responsible for making a decision
5  as to whether or not to make Medicaid shortfall
6  payments?
7      A.  My boss, Deb Devaux, and Rena Vertes would
8  be the two that I would look to for the decision.
9  And whether or not they're looking to their
10  superiors, I don't know.
11      Q.  Is this an issue that is subject to
12  analysis in the Provider Financial Strategy Work
13  Group?
14      A.  I don't remember it coming up in the
15  Provider Financial Strategy Work Group.
16      Q.  When will a final decision be made as to
17  whether or not to provide Medicaid shortfall
18  payments to hospitals as part of the '06 renewals?
19      A.  We're probably days away from a final
20  decision.
21      Q.  What are the pros and the cons of making
22  the payments that have been under discussion?

223

1      MR. COCO:  Objection.
2      A.  From my perspective?  The pros would be
3  what they've always been, to offer some assistance
4  to hospitals that have a Medicaid shortfall and to
5  keep it out of the ongoing rates and have it a
6  short-term payment.  The cons are, at this point in
7  .time, we don't know what the state -- how the state
8  legislation is going to affect the payments -- the
9  Medicaid payments going forward, because there's
10  changes at the state level.
11      Q.  Is the decision that's under contemplation
12  and from which the company is days away whether
13  these would be offered to all hospitals, no
14  hospitals, or a specific subset of hospitals that
15  are coming up for renewal?
16      A.  It would be --
17      MR. COCO:  Objection.
18      A.  A -- the most it would be is a specific
19  subset of hospitals.  It would not be all
20  hospitals.
21      Q.  Would the decision be made now as to which
22  hospitals specifically will be offered Medicaid

224

1  shortfall payments?
2      A.  The decision would be made now whether or
3  not there would be any funding available as part of
4  the negotiation.  It isn't an automatic -- in any
5  case, it's not an automatic offering.
6      Q.  The next -- the last two pages -- rather
7  the page Bates numbered 12499, which is entitled
8  "Physician's Terms," do you see that --
9      A.  (Witness nods.)
10      Q.  -- does this pertain to the same incentive
11  programs that we discussed earlier in the day?
12      A.  Which piece?
13      Q.  The primary care and specialty care
14  pay-for-performance sections.
15      A.  The PCPIP, yes.  And the specialty care is
16  a variation of the standard GPIP program.
17      Q.  The fee schedule increases that are
18  discussed closer to the top of the page --
19      A.  Yes.
20      Q.  -- do those pertain only to services or to
21  services and drugs?
22      A.  They pertain to everything.

225

1      Q.  And these are percentages increases that
2  will be made across the board on the specified
3  dates?
4      A.  Correct.
5      Q.  Now, is that suggesting payments will then
6  not be at 95 percent of AWP because the AWP may or
7  may not change by the percentages indicated here?
8      MR. COCO:  Objection.
9      A.  I don't know how -- I don't know how this
10  impacts the AWP.  I -- or the drug piece of this.
11  Generally, I'm familiar with the CPT codes that are
12  part of this.
13      Q.  Are you involved in sending out a
14  notification to physicians of fee schedule updates?
15      A.  No.
16      Q.  Now, turning back to the document we
17  marked as Exhibit Cizauskas 001, which is the
18  collection of e-mails you looked at earlier, now, I
19  see you're not -- you don't appear to be a sender
20  or recipient of any of these e-mails, though
21  counsel represented these were produced from your
22  files.  Do you have an understanding as to how

Sheila R. Cizauskas     HIGHLY CONFIDENTIAL     March 10, 2006
Boston, MA

226

1  these documents came to be in your files?
2      A.  No.
3      Q.  Have you ever seen any of these e-mails
4  before?
5      A.  I don't recall seeing them.
6      Q.  Now, if you look at the -- the first page,
7  which is 13002, the second e-mail there is from
8  Eileen Romanowicz, dated December 14, 2004.  Who is
9  Ms. Romanowicz?
10     A.  She is a former employee of Blue Cross who
11  reported to John Killion.
12     .  Q.  Now, she says she has been working with
13  others to formulate a strategy around changes in
14  dialysis reimbursement.  "-- notably, our
15  dependence on AWP and the transition CMS is making
16  for January 1st, '05."
17         Do you have an understanding as to how
18  BCBS of Massachusetts does reimburse dialysis
19  centers?
20     A.  No.
21     Q.  Do you have an understanding as to whether
22  or not AWP is involved in reimbursing dialysis

227

1  centers for drugs administered to patients?
2      A.  I'm not aware of that.
3      Q.  Do you know what DHCFP is?
4      A.  No.
5      Q.  Do you know whether or not these documents
6  were from your files?
7      A.  I don't recall ever seeing these
8  documents.
9      Q.  Let's take a break.
10         VIDEO OPERATOR:  The time is 3:47.  We're
11  off the record.
12         (Recess was taken.)
13         VIDEO OPERATOR:  The time is 3:58.  We're
14  on the record.
15     Q.  Now, Ms. Cizauskas, the contracts that
16  BCBS of Massachusetts enters into with physicians
17  relating to reimbursement, those provide for
18  reimbursement at the lower-of fee schedule amount
19  or the physician's bill charge, correct?
20         MR. COCO:  Objection.
21     A.  I don't -- I don't know.  I'm not in
22  charge of the physician side of the house.

228

1      Q.  Okay.  So, you have no familiarity with
2  what those contracts provide as to reimbursement to
3  physicians for drugs administered in office?
4      A.  No.  My responsibility is the over-arching
5  contracts around risk and incentives.
6         MR. MANGI:  Okay.  I have no further
7  questions for you, but I believe my colleague may
8  have a few.
9         THE WITNESS:  Thank you.
10         MR. MIZELL:  Yes.  Thank you.  Just a few.
11             EXAMINATION
12  BY MR. MIZELL:
13     Q.  Approximately how many people does Blue
14  Cross Blue Shield employ?
15     A.  Oh, I don't know.
16     Q.  Don't know?
17     A.  A lot.
18     Q.  A lot.  Tens of thousands?
19     A.  No, not tens of thousands.
20     Q.  Just thousands?
21     A.  Yeah.
22     Q.  Okay.  Is there an employee intranet?

229

1      A.  Intranet?
2      Q.  You know, some companies, you turn on your
3  computer in the morning and up comes on Internet
4  Explorer.  It comes like an internal network.
5      A.  There is, there is a -- the Blue Web.
6      Q.  Yeah, and it's for internal use for
7  employees?
8      A.  Career opportunities, HR policies, things
9  like that, yeah.
10     Q.  Okay.  Is it searchable -- if you're an
11  employee in a window, type in search terms and see
12  what comes up?
13     A.  I don't know.  I've never tried it.
14     Q.  Okay.  You don't remember seeing, like, a
15  search window on the monitor on the home page?
16     A.  I generally use it for posting -- job
17  postings and HR policies and the calendar, and you
18  know, things like that.  I've never tried to search
19  on it, but that's not to say you can't.
20     Q.  Okay.  The BC 65, what's that stand for
21  again?
22     A.  Blue Care 65.

Sheila R. Cizauskas    HIGHLY CONFIDENTIAL    March 10, 2006
Boston, MA

230

```
1      Q.  Are the participants -- and I mean the
2   individuals, not the providers -- are they enrolled
3   in Medicare, or is this, like, opt out of enrolling
4   in Medicare and enroll in this instead?
5      A.  This is Medicare eligibles who select a
6   private insurer for their benefits.
7      Q.  Okay.  So, they're not also enrolled in
8   Medicare at the same time?
9      A.  I don't believe so.
10     Q.  You're familiar with folks that do enroll
11  in Medicare, sometimes they also enroll in Medi
12  Gap-type policies?
13     A.  Yes.
14     Q.  Are the participants in Blue Care 65 --
15  does that function as providing both Medicare and
16  Medi Gap coverage to them?
17     A.  No.
18     Q.  So, they would still have a 20 percent
19  copay as they would in the Medicare context?
20     A.  No, the Blue Care 65, it's like an HMO
21  product for Medicare recipients.  And I can't speak
22  to the specific benefit design, but there is a
```

231

```
1   copay and premium, monthly premium.
2      Q.  Is it -- do you know -- for the
3   beneficiaries is it a -- is it a flat or a
4   percentage-based copay?
5      A.  I can't speak to the benefit design.
6      Q.  Okay.  Earlier this morning we were
7   talking about some of the incentive contracts, and
8   I think we were talking about -- I may say this
9   wrong -- tertiary hospital incentives.
10     A.  Yes.
11     Q.  We talked about efficiency goals, and one
12  example you provided was appropriate use of
13  radiology.
14     A.  Correct.
15     Q.  And I'm curious what Blue Cross Blue
16  Shield -- what would -- what would they want to --
17  or what would it want to incentivize with respect
18  to the appropriate use of radiology?
19     A.  We look at the network average and trends,
20  you know, how much it -- how much utilization is
21  growing from one year to the next, and we provide
22  incentives around -- either improvement --
```

232

```
1   provider's own improvement from one year to the
2   next, or their relationship to the network at
3   large.
4      Q.  So, an incentive being provided to keep a
5   particular provider at a particular range of use of
6   using radiology?
7      A.  It's to improve upon their utilization of
8   -- of certain -- certain radiology tests.
9      Q.  So, would Blue Cross Blue Shield be
10  seeking to encourage the use -- you mentioned CT
11  scans this morning, didn't you?
12     A.  Uh-huh.
13     Q.  Are you seeking to encourage the use of
14  those scans?
15     A.  It's to encourage the appropriate use of
16  -- and I couldn't get into what the clinical
17  criteria is for using one type of test versus
18  another.
19     Q.  Is it a -- is it a carrot-and-stick-type
20  approach where there might be offsets or some kind
21  of penalties --
22     A.  No, it's a --
```

233

```
1      Q.  -- if they were to inappropriately use
2   radiology?
3      A.  No, it's an upside incentive only.
4      Q.  Okay.  Are you familiar with Blue Cross
5   Blue Shield having been the Part B carrier for
6   Massachusetts?
7      A.  Not really.
8      Q.  Are you -- have you ever heard of that
9   before?
10     A.  I'm familiar with the Med Ex wrap-around
11  products.  Is that what you mean by "Part B"?
12     Q.  No.
13     A.  I didn't think so.  No.
14     Q.  Have you ever attended a meeting where
15  anyone discussed Blue Cross Blue Shield having
16  previously been the Part B carrier for
17  Massachusetts?
18     A.  Not that I recall.
19     Q.  Or receive any e-mails or newsletters or
20  documents discussing that?
21     A.  Not that I recall offhand, no.
22     Q.  Okay.  Are you aware of anybody currently
```

Sheila R. Cizauskas    HIGHLY CONFIDENTIAL        March 10, 2006
Boston, MA

234
1   employed at Blue Cross Blue Shield that used to
2   handle its Part B carrier business?
3      A.  Say that again.
4      Q.  Anybody currently employed at Blue Cross
5   that used to handle its Part B carrier business?
6      A.  I don't know.  I don't know.
7      Q.  Or anybody who used to be employed here
8   that used to handle those, do you know any of
9   those?
10     A.  No.
11     Q.  Okay.  The -- the contracts that you were
12  just talking about right before I started asking
13  you questions about whether or not they had the
14  lower-of component --
15     A.  Correct.
16     Q.  -- would we need to look contract by
17  contract to see if that term was included?
18     A.  On the physician side?
19        MR. COCO:  Objection.
20     Q.  Yes.
21     A.  I'm not responsible for the physician side
22  of the house.  So, I don't know.

236
1           I have read the foregoing transcript of
2   my deposition and except for any corrections or
3   changes noted, I hereby subscribe to the transcript
4   as an accurate record of the statements made by me.
5
6
7   _____
8   SHEILA R. CIZAUSKAS
9
10
11          Subscribed and sworn to before me
12  this _____ day of _____, 2006.
13
14  _____
15  Notary Public
16  My Commission Expires:
17
18
19
20
21
22

235
1        (Counsel confer.)
2        MR. MIZELL:  I have no further questions.
3   Thanks.
4        MR. COCO:  No questions.
5        VIDEO OPERATOR:  The time is 4:06.  The
6   deposition is concluded.  We're off the record.
7        (Whereupon the deposition suspended
8         at 4:06 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22

237
1   Commonwealth of Massachusetts
2   Middlesex, ss.
3
4
5        I, P. Jodi Ohnemus, Notary Public
6   in and for the Commonwealth of Massachusetts,
7   do hereby certify that there came before me
8   on the 10th day of March, 2006, the deponent
9   herein, who was duly sworn by me; that the ensuing
10  examination upon oath of the said deponent was
11  reported stenographically by me and transcribed
12  into typewriting under my direction and control;
13  and that the within transcript is a true record of
14  the questions asked and answers given at said
15  deposition.
16
17       I FURTHER CERTIFY that I am neither
18  attorney nor counsel for, nor related to or
19  employed by any of the parties to the action
20  in which this deposition is taken; and, further,
21  that I am not a relative or employee of any
22  attorney or financially interested in the outcome

Sheila R. Cizauskas     HIGHLY CONFIDENTIAL     March 10, 2006
Boston, MA

238

1   of the action.

2

3        IN WITNESS WHEREOF I have hereunto set my

4   hand and affixed my seal of office this

5   10th day of March, 2006, at Waltham.

6

7   _____

8   _____

9

10       P. Jodi Ohnemus, RPR, RMR, CRR

11       Notary Public,

12       Commonwealth

13       of Massachusetts

14       My Commission Expires:

15       4/21/2007

16

17

18

19

20

21

22

Sheila R. Cizauskas          HIGHLY CONFIDENTIAL          March 10, 20
                                  Boston, MA

**A**

Aamangi@pbwt....
  4:20
abandoned 16:4
able 38:6 73:22
  93:13 160:9
accept 38:5
acceptable 54:15
  54:22 56:20
accepted 64:4
  178:11
accepting 58:2
access 22:17
accommodate
  132:16
accomplished
  74:15
account 15:20
  18:18 24:16
  113:2
accounting 12:2
accounts 39:10
  109:10
account-specific
  39:17
accurate 236:4
achieve 90:21
acquire 57:16
  118:18,22 119:3
  120:8 183:5,13
acquired 11:13
acquisition 119:10
  206:2,4
acronym 69:2
  93:20 94:1 207:6
acronyms 93:12
action 188:10
  237:19 238:1
ACTIONS 1:11
active 17:15
actual 32:4 73:11
  80:7 122:17

152:14
actuarial 116:6,9
  129:4 172:10,12
  173:15,17
actuary 179:20,22
  186:5
acute 64:12 215:2
ad 75:19
additional 19:17
  83:7 85:4 88:19
  89:2 195:14,18
  197:2 207:1
  210:12
address 7:4 218:3,5
  218:17
Adeel 4:16 7:14
  159:17 197:9
adequate 22:16
  29:2 38:7 44:4
  210:22
adjust 203:1,14
adjustment 113:1
administer 7:13
  144:12
administered 20:8
  21:1,5 38:11,18
  42:15 57:2 59:11
  60:4 61:12 91:3,9
  102:14 104:3,17
  113:6,10,18
  114:11 115:12
  120:22 123:3
  124:7,16 125:17
  126:3 133:14
  137:6 139:11
  144:20 148:21
  167:5 168:1
  169:9 174:1
  175:8 185:16
  227:1 228:3
administering 94:6
administration

10:2 13:18
administrative
  11:17,18 27:20
  58:14,17 173:7,9
adopt 50:17
adopted 37:4 49:22
advice 50:12
advocating 218:4
affairs 213:19
affect 18:8 223:8
affiliated 85:2,21
affiliation 86:5
affixed 238:4
AFTERNOON
  154:4
agenda 172:18
  192:14
aggregate 53:22
  55:7 156:21
ago 110:3 115:20
agreed 117:2,4
  128:2 131:13
agreement 61:5
  197:15
ahead 73:11 80:4
  160:6 195:13
  218:19
AHRQ 93:14 94:14
alarm 177:9,17
  178:8
allow 117:2
allowed 34:1
altruistic 211:7,14
ambulatory 166:21
amendments 194:3
  195:17
Americas 4:17
amount 21:4 22:3
  28:22 29:7 37:12
  42:11 47:5 49:4
  53:16 55:12
  143:22 144:11,19

227:18
amounts 21:13
  25:1 28:13 36:20
  37:9,13,15,19
  53:3 80:14,17
  111:20 119:3
  139:9 208:19
analysis 6:13 39:18
  40:6,8 61:22 71:6
  71:12 73:13
  74:18 90:20
  101:17 132:1,11
  132:20 134:22
  135:5 136:4,10
  136:13 137:4,20
  138:2,14,20
  140:7,20 141:8
  141:12,15 142:2
  143:4,10,16
  154:14,18,19
  156:18 164:3
  167:21 173:20
  176:11 181:22
  183:2,14 187:5
  198:11 199:13
  202:3 203:7
  204:4,5,8,9
  205:12,15,17
  207:16,18,19,22
  215:9 222:12
analyst 30:14 39:6
  116:19 173:3
analysts 71:2
analytical 152:10
  155:5
analyze 72:16
  130:4 133:13
analyzed 139:9
  189:4
analyzing 39:13
  131:16 165:2
  175:6 182:19

184:1 215:12
ancillary 92:12
  129:6
Andreana 116:10
  116:18 186:3
anesthesia 184:10
annual 149:17
annually 149:9
answer 25:3 185:1
  186:1 200:21
answered 143:8
answering 197:10
answers 237:14
anticipate 149:3
  219:5
anticipated 147:10
  147:22 148:10
  221:21
anybody 233:22
  234:4,7
APC 166:19 167:1
  167:17
APCs 132:14
  166:20
APG 166:19 167:9
  167:10,15
APGs 132:14
appear 225:19
appearances 3:1
  4:1 5:1 7:12
appended 74:9
apple 94:14
applicable 2:3
  24:20 34:10
applied 23:16,17
  23:20 50:20 51:4
  51:6,11 52:9
  55:15 56:7 60:9
  66:6,7,10 113:22
applies 91:16
  145:13
apply 37:8 51:12

Sheila R. Cizauskas        HIGHLY CONFIDENTIAL        March 10, 20
Boston, MA

60:5 91:19
100:11
**applying** 42:10
53:14
**appointments**
11:20,21
**approach** 31:12
128:4 132:17
149:2 189:9
190:6,9 232:20
**appropriate** 43:22
79:22 81:8 87:4
127:6 231:12,18
232:15
**approval** 153:4,7
**approximate**
221:10
**approximately**
25:18 72:19
73:15 132:21
147:18 220:14
228:13
**April** 44:13
**area** 16:17 19:14
19:15 30:13 35:6
35:10,11,21 44:1
57:7 73:19 80:12
128:13 143:22
157:14 180:7
199:3
**areas** 13:16 43:16
44:3 45:10 80:9
92:16 128:10
129:2,14 143:17
**arithmetic** 221:7
**arrangement** 48:7
48:8,11 99:12
102:9,10,18,19
104:13 107:11
109:1,2,4,15,16
109:17 185:13
**arrangements**

46:12,13,18 47:8
47:10 48:4 61:9
62:14 100:21
101:2 102:8,20
103:15 104:16
105:10 107:17,18
108:1 109:6
**arrival** 93:2 107:5
205:8
**arrived** 91:14 95:5
107:7 171:5
191:12
**arthritis** 23:16
**aside** 66:16 82:12
100:16 164:21
**asked** 30:16 40:18
41:9 114:7 127:4
143:8 158:17
162:7 178:6
181:4 185:4
237:14
**asking** 8:14 134:19
143:3 234:12
**asks** 79:1
**ASP** 121:15,17,20
122:2,8,14
174:21 176:9
177:2 178:13
**aspects** 184:6,7
**aspirin** 94:6
**ASP-based** 123:2,8
173:22 175:19
177:15 181:7
182:13
**assess** 72:10
**assessed** 84:10,11
84:12,15
**assessing** 182:12
**assignment** 40:16
**assistance** 212:8
217:2,2,12 223:3
**associated** 22:5

87:6 146:19
152:10 157:5
163:18 194:4
204:5 207:14
**Associates** 193:15
193:16 194:17,22
196:8,12
**association** 96:22
**assume** 86:15
162:3
**assumes** 185:1
206:10
**attached** 97:22
207:1
**attack** 94:6
**attempt** 36:1
177:12
**attend** 13:8,10
180:19
**attendance** 181:17
**attended** 71:5
233:14
**attendees** 188:1
**attention** 141:13
169:14 188:3
201:1
**attorney** 237:18,22
**attract** 44:4
**author** 206:8
**authority** 86:9
**automatic** 224:4,5
**automatically**
78:22
**available** 89:2
143:16 195:22
196:2 211:1
224:3
**Aventis** 5:10 7:17
**Avenue** 4:17
**average** 1:7 6:13
7:9 114:15,17,20
115:1 121:18

181:22 231:19
**AW** 145:10
**awaken** 199:8
**aware** 59:4 75:10
75:14,17 76:9
81:10,12,16
82:13,18 83:6
101:19 104:4,14
108:22 115:15
123:7 152:21
153:7,18 162:17
166:2,5 174:3,6
174:20 175:15,18
181:13 191:5,13
211:14 212:4,5
212:15,17 227:2
233:22
**awful** 171:8
**AWP** 113:13 114:2
115:5,5,6,13,16
117:10 119:21
120:21 121:11,13
122:2,9,14
125:18,19 126:13
126:15 133:4
134:6,9,12 135:8
135:21 136:14,18
136:19,21 138:6
138:7 139:20
140:3,9,16,18
141:4,9,11 142:3
145:8,10,15
147:21 149:7,22
161:14,16,19
162:7 163:20
165:4 174:5,10
176:4 178:2,10
185:17 189:2
191:21 192:3
201:2,9,12 202:3
202:16,18 204:5
204:6,8 206:1,2,3

225:6,6,10
226:15,22
**AWP-based**
111:17 114:6
126:3 130:19
133:19 134:3
136:6 137:5
140:22 141:17
143:5 147:4,12
147:17 148:3,21
150:14 151:5,18
155:19 165:11
177:16 183:15
202:12 211:20
**AWP-related**
189:3
**A-H-R-Q** 93:14
**A-1** 196:10
**A-1s** 196:17
**A-3** 196:14,18
**a.m** 2:11 7:7 69:21

───────────────
                B
**B** 6:9 23:21 233:5
233:11,16 234:2
234:5
**bachelor** 10:1
**bachelor's** 12:18
14:3
**back** 9:17 31:17
74:21 99:8
110:16 115:9
135:16 183:9,10
196:19 203:4
221:13 225:16
**background** 9:19
**Bacon** 5:4 7:17
**balance** 100:20
**band** 27:9
**banding** 28:5
**bank** 12:16,17
**banking** 12:15
**bargaining** 30:1

Sheila R. Cizauskas

HIGHLY CONFIDENTIAL
Boston, MA

March 10, 200

based 8:19 47:2,22
  47:22 48:1 50:13
  83:8 85:4 87:18
  115:16 137:3
  140:8,20 141:8
  141:11 149:1
  205:10
bases 94:3
basically 43:19
  87:15
basis 25:1 56:15
  88:19 111:10
  124:10 126:2
  135:7,8 136:4,12
  139:20 148:20
  149:17 156:16
  169:22
basket 20:10 21:17
Bates 160:22 194:6
  194:22 206:7
  208:8 224:7
BC 184:16,18
  185:8,15 198:11
  198:22 199:6,11
  202:6 229:20
BCBS 44:14 63:22
  65:1 69:10 82:21
  86:1 90:7,16 91:7
  92:7 95:12 96:2
  99:11 100:4
  101:5 104:8
  106:2 107:4,12
  107:15 112:17
  113:4,17 116:3
  117:2,7,14
  118:14 120:22
  121:8 123:1,22
  124:5 125:10,21
  137:4 138:7
  139:8,18,22
  140:7,20 141:16
  142:12,15 143:21

145:18 146:4
147:15 160:20
170:2 176:14
184:21,22 190:11
195:20 198:20
199:9 205:8
209:18 210:14
213:8 214:16,22
215:5,11,19
216:3,9 217:7
219:5,11,18
226:18 227:16
BCBSMA 6:17
  193:1 207:2
BCBSMA-AWP
  6:12,16,18,19,20
  6:21 159:8 161:1
  187:13 197:18
  200:4 205:5
  206:7,19
beats 87:16
beat-the-trend
  87:14
began 65:11 131:2
  133:1,5
beginning 110:16
  111:13
behalf 2:2 38:21
  86:10 96:20
  110:21
Behavioral 192:22
behaviors 97:14
believe 8:19 12:5
  12:13 39:3 43:10
  55:19 59:13
  62:10 67:4 74:3
  75:6 104:21
  121:14,18 155:1
  181:10 189:1,6
  204:13 228:7
  230:9
believed 171:8

Belknap 4:14 7:15
benchmark 122:21
benchmarks 119:4
Bend 104:18 105:6
  106:20 109:14,14
  110:2 111:17,20
  112:16 113:5
  115:9,11,20
  116:4 117:1,9
beneficiaries 231:3
benefit 142:8
  230:22 231:5
benefits 61:17,21
  103:18 230:6
Berman 3:3 7:22
best 18:3 34:16
  115:21 185:6
better 28:12 87:16
  185:4
beyond 80:6
  161:15 214:5
BH 192:21
big 35:5 176:19
bill 49:20 60:3
  102:12 124:17
  136:7,8,14
  139:16 140:5
  141:6 155:17
  227:19
billed 135:6
billing 136:6
bit 9:17 70:10
  82:19 101:11
  102:4 103:8
  117:12 137:13
  178:14
Blue 3:21,21 4:3,3
  4:10,10 7:19,19
  8:2,3 9:8,8,11,12
  63:19,19 64:4,5
  65:12 109:11
  110:15 134:4,4

138:13 141:9
142:17 171:6
176:18 177:7
178:20 181:5,5
198:15 200:1
206:11,11,14,14
206:17,17 210:18
212:4,14,14,18
213:12 217:15,17
217:17 226:10
228:13,14 229:5
229:22 230:14,20
231:15,15 232:9
232:9 233:4,5,15
233:15 234:1,1,4
board 27:5 51:8,18
  75:3 225:2
body 153:3
bonus 89:2
born 11:8
boss 71:20 72:22
  76:13 116:6,11
  116:13,14 127:8
  127:9 222:7
Boston 1:20 2:10
  3:18 4:8 7:11
  45:7
bottom 192:14
  197:20 208:13
Boulevard 5:6
Boylston 1:19 2:10
  3:16 7:10
break 69:16 106:12
  106:19 154:7
  186:11 199:17
  227:9
breakdown 65:13
breaking 151:1
bring 16:13 29:12
  36:1 203:3
brought 127:11
  131:14

BSC 13:14
bucket 132:7,8
  133:3 135:18
  170:19
bucketed 132:9
budget 46:22 47:3
  47:12
budgeted 46:21
  47:15 61:8,20
  101:3
build 31:15 210:11
building 30:8 34:9
bullet 187:11 188:4
  188:7,20 189:7
  191:14,22 192:4
  192:5,6,9
bumps 82:1
burden 58:15,18
business 7:4 10:2
  13:17,18 27:17
  109:5,7,9 113:14
  119:18 211:6
  216:9 234:2,5
buy 120:15

## C

calculated 114:1,3
  139:18
calculation 47:2
calculations 155:19
calendar 209:3
  229:17
call 50:18 67:10
  82:9 141:12
called 2:2 16:20
  23:17 45:22
  46:21 184:16
calling 11:20
Cambridge 3:8
cap 61:8
capacity 162:15
capitated 61:16
  103:1,5,12,14,16

Sheila R. Cizauskas  HIGHLY CONFIDENTIAL  March 10, 20
Boston, MA

4

103:16 104:18,20
107:4 184:22
193:12,21
capitation 46:21
  47:4,12,13,15
  61:8,19,20 97:20
  98:4,9,14,17,18
  98:20 101:3,4
  103:17,20 104:6
  104:16,22 105:2
  105:4,5,6,10
  106:3,22 107:8
  107:11,17,17,22
  109:1,4,15
  110:11,17,19,22
cardiac 21:11
cardiologist 10:19
  21:12
care 14:16 17:6,10
  18:5 20:13,16
  25:8,9,16,22 26:2
  26:21 27:10 28:3
  29:21 30:5,7,11
  30:21 31:2,4,5,9
  31:18,19 32:3,10
  32:15,20 33:5,6,7
  33:14,15 34:1,2,8
  36:20 37:2,6,13
  37:18 38:5,12,21
  40:11,14 41:3,4,7
  41:12,19,21 42:6
  42:14 44:11
  50:10 51:21 63:7
  64:12 68:11,11
  83:8,19,22 86:12
  91:17 95:9,9,11
  118:18 184:18
  198:16 200:1
  212:7 215:2
  224:13,13,15
  229:22 230:14,20
career 117:22

229:8
cares 210:19
Caritas 202:2,10
  207:6,11,12
  210:1
Carlene 128:19
carried 135:1
  137:4
carrier 233:5,16
  234:2,5
carrot-and-stick-...
  232:19
carry 132:2 162:4
  183:3
case 28:17 41:13
  97:8,10 122:11
  122:12,18,18
  141:10 224:5
cases 79:3 97:5
  122:19 134:6,9
  134:12,15
cash 208:14,16,19
  209:2,19,22
  210:4 211:19
Cassette 106:17
  186:16
categories 83:13
  89:12,15 92:13
  132:10 155:20
category 40:9 55:9
  55:20 84:15
  89:19 91:6 103:5
  132:18 133:6,11
  154:15 171:9
  184:4
cause 177:9 178:8
caused 177:16
CCNS 207:2,6,10
CD 159:22 160:8
Center 4:6 197:4,7
centers 226:19
  227:1

centralized 48:13
  86:8,9 96:19
Centrella 180:6
ceremonial 131:12
certain 44:3 48:18
  54:2 55:12 56:5
  83:9 85:1 88:18
  92:4 139:10
  179:10 180:9
  232:8,8
certainly 83:6
  199:12
certified 2:5,6 7:3
certify 237:7,17
chairman 27:5
challenges 81:14
  81:18
chance 201:6
change 19:10 37:9
  37:12 44:8 80:17
  89:9 106:11
  146:12 148:6
  149:2 169:16
  178:4 190:5,7,17
  190:19 198:12
  203:5 225:7
changed 65:14
  67:12 80:14
  101:4,9
changes 36:16
  143:22 144:1
  152:11 167:21
  169:7 189:9
  195:17 223:10
  226:13 236:3
changing 176:9
  198:21 199:11
channel 59:9
characterization
  164:13 167:4
characterized
  166:18

charge 124:17
  126:8 132:8
  140:5 141:6
  142:5 155:21
  165:4 172:6,15
  173:8,10 176:22
  184:8 200:13
  213:15 227:19,22
charges 49:20
  124:9,11 126:10
  127:4 132:7
  133:11 136:7,8
  136:14 139:16
  142:22 171:1
charge-based
  125:11 202:13
Chenette 116:18
chief 179:20
child 11:8 12:6,13
Christie 207:11
chronological
  12:21
chronology 130:15
  196:21
CIGNA 14:13,14
  14:17,20 15:4,7
  15:22 16:9,15
  18:9,14,15 19:1,8
  19:13 20:3,4,21
  21:14 23:5 24:8
  25:7 31:10 36:19
  37:1
circulated 155:11
circumstances
  114:9 123:9
  134:2 210:3,6
Ciresi 2:9 3:14
  7:19
cities 35:5
City 5:7
Civil 2:4
Cizauskas 1:18 2:2

6:3,12,13,16,17
6:18,19,20,21 7:8
8:4,5,6 9:5
106:18 154:7
159:6,9,11
160:19 161:3,7
164:9 181:21
182:1 186:17
187:14,16 193:1
193:4 197:17,19
197:21 200:3,4
205:3,4,6 206:20
206:21 225:17
227:15 236:8
Cizauskas's 160:1
160:8
claim 59:15 79:14
80:7,18 112:19
claims 79:15,16
80:9 81:4,7
102:21 110:21
128:11 129:14
165:9 166:3,7
clarification 41:10
clarified 160:19
clarify 109:3
Clark 14:1
class 7:22
classifications
166:21
cleanup 184:14
clear 56:1
Clearly 199:1
client 16:15
clients 75:20
Clinic 104:20,22
106:20
clinical 11:16
232:16
close 35:8 54:7
203:4
closer 224:18

ila R. Cizauskas          HIGHLY CONFIDENTIAL          March 10, 2006
                              Boston, MA

5

| | | | | |
|---|---|---|---|---|
| **IS** 6:13 175:18 | 183:17 190:13 | 229:3,4,12 | **comp** 16:3 | **computer** 161:13 |
| 81:22 226:15 | 191:3 197:9 | **coming** 147:20 | **companies** 25:12 | 162:1,2,3,8,18 |
| **IS's** 174:20 | 199:16,19 203:8 | 149:6,21 150:10 | 25:14 26:8,11 | 170:7 229:3 |
| **co** 3:15 7:18,18 | 204:12 205:14,19 | 150:15 151:4 | 33:3,10,12,22 | **concentration** 35:9 |
| :10,19 25:3 | 206:10,13 207:20 | 152:17 153:13 | 229:2 | **concept** 57:19 |
| 6:18 28:9,15 | 208:2 209:11 | 164:16 179:12 | **company** 9:15 | 167:17 |
| 9:3,9,16 30:3 | 211:4,8,16 213:4 | 220:1 222:14 | 45:17 107:5 | **concern** 58:19 66:4 |
| 6:22 38:9 43:1 | 214:19 216:12,14 | 223:15 | 108:19 146:19 | 111:6,8 170:21 |
| 3:18 48:2,10 | 217:5,8,14,21 | **commencing** 2:11 | 156:20 157:6 | 177:20,22 178:1 |
| 2:3 53:6,20 54:9 | 218:6,11 219:3,8 | **commercial** 26:16 | 171:20 179:7,15 | 199:4 |
| 4:19 55:16 56:9 | 219:14 220:17 | 191:15 203:2,4 | 181:2 191:11,12 | **concerned** 110:7 |
| 0:1,7,13 61:18 | 221:4 222:2 | 203:15,18 211:2 | 195:22 205:1,10 | 111:2 |
| 2:3 63:13,16 | 223:1,17 225:8 | 211:5 212:12 | 223:12 | **concerns** 58:8,10 |
| 6:2,20 67:3,9 | 227:20 234:19 | 216:16,20 217:1 | **compare** 133:18 | 58:17 59:3 117:7 |
| 3:18 74:10 | 235:4 | **commission** 127:4 | **compared** 139:22 | **concluded** 107:7 |
| 5:13 76:18,22 | **code** 22:2 60:3 | 130:3 236:16 | 140:2 141:5 | 140:8 235:6 |
| 7:12,22 79:11 | **codes** 59:21 135:18 | 238:14 | **comparing** 155:17 | **conclusion** 170:1,5 |
| 9:19 80:5 81:5 | 135:19,20,22 | **commissioned** | **comparison** 133:22 | **condition** 209:13 |
| 1:17 82:3,8,17 | 184:10,11,11 | 127:12 128:3,7 | 143:12 | 209:16 |
| 7:8 88:8,21 | 225:11 | 130:17 131:1,7 | **comparisons** 206:3 | **conditions** 209:9 |
| 01:6,15 102:1 | **collaborative** | 131:10 132:3 | **compensation** | **confer** 235:1 |
| 03:19 105:13 | 116:19 172:8 | **committee** 71:1 | 102:21 | **confidential** 1:15 |
| 06:5 107:19 | **colleague** 228:7 | 128:16 177:3 | **competing** 29:20 | 8:13,22 |
| 08:2,8 111:11 | **collected** 23:4 | **common** 105:11 | 171:22 | **conflict** 216:2 |
| 12:9 119:7 | **collection** 225:18 | **Commonwealth** | **complete** 10:4 14:8 | **confusion** 33:22 |
| 20:5,12,19 | **College** 13:11 | 2:8 237:1,6 | 73:12 77:2 148:1 | **conjunction** 151:10 |
| 21:9 122:10 | **column** 205:22 | 238:12 | 161:2 197:15 | 204:9 |
| 26:5,14 130:5 | 206:2 | **communicated** | **completed** 13:13 | **connected** 86:20 |
| 30:21 134:14,18 | **combination** 61:4 | 170:6,9 | 13:20 14:9 25:6 | **Connecticut** 10:15 |
| 35:9 136:9,17 | **come** 28:20 29:18 | **communicating** | 130:8 147:18 | 10:17,18,20 30:9 |
| 37:11 138:10 | 104:12 106:1 | 76:16 212:22 | **component** 66:1,9 | 30:18 34:9,10,16 |
| 40:13 141:2,7 | 108:17 111:14 | **communication** | 66:16 67:5 86:15 | 34:19 35:5,11,16 |
| 41:20 142:1,16 | 114:2,5 125:9 | 75:22 76:7 | 137:13 144:4 | 35:17 41:2,20 |
| 43:8,13 144:3 | 129:3 133:8 | **communications** | 187:11 207:17 | 42:7 |
| 45:9,22 146:16 | 145:12 146:7 | 176:7 | 234:14 | **connection** 86:12 |
| 48:4 149:4,16 | 148:11,22 150:2 | **communities** 35:8 | **components** 25:4 | 87:1 |
| 50:18 151:1,6 | 150:5 169:22 | **community** 24:13 | 144:8 146:8 | **cons** 222:21 223:6 |
| 51:21 153:5,16 | 170:5 180:7 | 118:9,18 210:19 | 149:8 189:3 | **conscious** 126:7 |
| 55:7 159:17 | 202:19 219:7,19 | 210:22 | 194:12 195:15 | **consciousness** |
| 60:2,6 164:12 | 221:9 | **community-level** | 198:15 201:13 | 42:17 |
| 70:15 175:21 | **comes** 105:22 | 85:16 | **comprehensive** | **consensus** 152:1 |
| 76:17 177:19,21 | 111:1 112:20 | **commute** 64:3 | 20:18 23:14 | **consider** 173:21 |

Sheila R. Cizauskas          HIGHLY CONFIDENTIAL          March 10, 20
                                    Boston, MA

6

176:15 177:2
**consideration**
  117:18 154:13
  167:20 168:4
  181:6,14
**considered** 108:4
  123:2 171:17
  213:1
**considering** 141:16
  173:18 176:13
**consistency** 136:13
**consistent** 113:11
  129:8 180:17,18
  190:9,20
**consistently** 146:2
  180:19 181:1
  212:17
**consortium** 25:11
  29:22
**constant** 71:5
**constituencies**
  212:10 213:13
**constituent** 33:9
**constituents**
  218:16 219:1
**constituted** 63:9
**consultant** 14:14
  14:22 168:6,14
  169:6
**consulted** 168:8,22
**contact** 213:12
**contain** 207:15
**contained** 34:22
  88:18 96:9 97:17
  195:19
**containment** 89:3,5
**contemplated**
  125:8
**contemplation**
  123:7 223:11
**contents** 194:10,13
**context** 59:6 110:6

114:20 119:15,16
  121:13 230:19
**continue** 147:16
  148:5,8,20
  188:11
**continued** 166:7
**continues** 105:5
  191:22 193:11
**continuously** 166:9
**contract** 18:8 31:21
  32:2,5,15,21 36:9
  36:17 66:11,13
  74:8,9 77:20 78:7
  86:1,7 92:3 95:18
  96:2,7,8,10,14,15
  96:16 97:6,13,14
  98:1,11,17 99:5,6
  100:12 105:1,2,4
  105:6 106:1,1,7
  108:17,20 110:11
  110:17,20 111:14
  111:15,21,22
  112:4 116:17
  118:4 124:12,12
  124:13,18,18
  143:15,17 144:22
  145:20 148:14,17
  148:17 149:8
  150:6 153:1
  157:9,15 189:17
  193:20 195:7,16
  195:18,19 197:6
  209:20 215:1
  234:16,17
**contracted** 18:2,2
  57:5
**contracting** 9:7
  22:20 24:21 33:8
  33:9,13,16 41:5
  45:9,13,20,20
  49:2 60:17 62:17
  63:3,4 105:20

128:12 129:6
  136:1 151:11
  152:21 158:7,10
  164:2 180:1
  185:8 187:10
  188:19 189:10
  205:11
**contracts** 17:7,21
  18:7 28:6 31:19
  33:2 34:4,14 36:4
  37:20 38:20,22
  39:4 42:21 46:14
  47:21 62:13,21
  63:8,9,11,14 64:6
  64:9,10,13,14,16
  64:17,18,19 65:3
  65:8,22 66:3,6,8
  66:17,19 67:2,7
  67:18,18,21 74:1
  74:3,12 77:10
  78:8,13,19 86:4
  95:14,15,17,19,21
  96:3,13 97:7,17
  97:18,21 98:18
  99:1 101:8,22
  103:11,17 104:4
  104:5 106:22
  107:4 125:9
  133:8 144:15
  148:22 149:14
  150:2,5,5,10,15
  152:17 153:13
  157:10,12 164:16
  191:16 196:2,4
  209:7 219:7,18
  220:3,6,8 221:8
  227:15 228:2,5
  231:7 234:11
**contractsthat**
  64:21
**contractual** 99:11
**control** 237:12

**controversial**
  57:20,22
**CONT'D** 4:1 5:1
**conveniently** 49:6
**conversation** 8:13
  75:18 169:2
**conversations**
  75:19
**conversion** 37:11
  50:19 51:1,3,9,10
  51:12,16 52:6,8
  52:16 53:15
  54:18 55:1,15
  56:6
**coordinator** 30:8
  30:11 31:9 33:8
  34:8 41:19
**coordinators** 41:22
**copay** 230:19 231:1
  231:4
**copies** 196:1
**copy** 155:14 158:13
  163:9
**core** 93:10 179:10
  179:13 191:19
**correct** 22:4,6 32:7
  38:8 44:16 49:5
  60:22 64:7 80:15
  90:8,14,19 92:7
  100:12 105:8
  107:2 124:19
  126:6 135:10
  138:11 139:17,21
  140:6 146:4
  149:10 150:12,17
  164:19 165:8
  170:16 173:14
  181:12 184:19,20
  185:6 188:13
  190:10 191:1
  192:8,20 200:15
  200:16 201:16

202:7 203:7
  204:18 207:3
  209:8 218:1
  225:4 227:19
  231:14 234:15
**corrections** 236:2
**correctly** 41:14
  79:22 105:3
  150:2 171:2
  175:11
**cost** 24:10,12 87:2
  87:22,22 88:2
  89:3,5,9 90:1,16
  91:3 119:10
  134:3 138:15
  189:14 190:3,22
  198:11
**costs** 24:15,19,22
  40:7 120:2 212:7
**counsel** 7:12
  106:10 160:19,20
  161:1,5 225:21
  235:1 237:18
**counterpart** 116:6
  116:8 172:9
**counterparts**
  172:10
**counting** 95:20
**country** 26:1,4
**County** 34:15 35:3
  35:4
**couple** 45:4 46:20
  103:20 185:11
**course** 10:4 81:15
  111:21 131:15
  155:3,6
**court** 1:1 7:11,13
  8:13
**cousin** 88:6,10
**cousins** 88:12
**cover** 35:18
**coverage** 230:16

Sheila R. Cizauskas          HIGHLY CONFIDENTIAL          March 10, 200
                              Boston, MA

covered 22:12 45:9
covers 95:18 109:4
   109:8
CPT 225:11
cracks 130:12
creating 46:4
credentialing 23:1
   23:3
criteria 85:14,15
   232:17
Cross 3:21 4:3,10
   7:19 8:2 9:8,11
   63:19 64:4,5
   65:12 109:12
   110:15 134:4
   138:14 141:9
   142:18 171:6
   176:18 177:7
   178:20 181:5
   206:11,14,17
   210:19 212:4,14
   212:18 213:12
   217:16,17 226:10
   228:14 231:15
   232:9 233:4,15
   234:1,4
cross-functional
   71:2 128:10
   129:2 131:17
CRR 238:10
CT 87:9 232:10
curious 231:15
current 9:6 18:17
   71:7 149:1
currently 18:19,22
   69:6 106:22
   185:16 195:7,10
   214:17 233:22
   234:4
custodian 206:8,17
customary 15:12
CV 159:18

CVS 90:7
CY 208:21
cycle 189:17

_____ D _____
D 6:1
daily 94:3
data 155:9,11
   215:15
date 7:6 111:1
   151:14 195:4
   205:9
dated 198:3 226:8
dates 70:19 110:16
   225:3
day 9:4 62:1 70:1
   117:12 193:7
   224:11 236:12
   237:8 238:5
days 24:8 73:3,7
   74:20 174:18
   209:6 222:19
   223:12
day-to-day 119:17
DC 7:5
deal 185:13
dealing 38:17
   41:11,12 82:7
   116:4 130:7
   163:12 197:6
deals 32:10
dealt 82:5
Deb 116:7,12,14,15
   127:10,21 170:12
   179:16 222:7
debt 113:2
December 214:9
   226:8
decide 133:1
decided 123:15
   133:3 140:21
   148:7
deciding 142:2,8

decision 18:13
   71:18,21 73:10
   73:13 79:8 80:3
   81:21 92:8
   125:22 126:7
   141:3,9,10
   142:13 143:4
   146:13 147:19
   148:6,19 149:5
   149:11,12,17
   150:8,19 151:3,7
   151:15,17 152:1
   152:14,16,18
   153:11 164:14
   174:4 210:3
   211:18 212:7
   222:4,8,16,20
   223:11,21 224:2
decisions 34:3
   123:5 149:9
   152:6
decision's 76:14
   150:13
Dedham 193:16
   194:16 196:11
Defendants 161:6
deficiencies 164:11
define 100:13
   102:2
definition 85:8,12
   102:6
degree 9:22 10:1,2
   12:18 13:14,20
   14:4,11
delegated 33:12
delegation 33:17
demand 38:1
demanded 51:22
department 39:6
   81:2,4,6,7 94:11
   116:6,9 124:2
   132:2 136:1

143:11 144:21
   145:7 146:14
   152:2 153:12
   154:8 163:13,19
   164:4,16 167:19
   168:8 172:7,10
   172:12 173:4,15
   175:5,6 176:2
   177:1 183:19
   185:21 186:1,19
   187:6 188:8,16
   192:1,7 200:14
   200:18 204:10
   207:16
departments 71:15
   79:12,18 81:9
   124:7,15 125:16
   126:1,18 133:15
   139:12 146:6
   147:3,11 148:2
   148:22 151:19
   165:13 168:1
   169:8 170:4
   174:2,22 175:9
   175:20 183:5
   201:10 211:21
department-relat...
   125:9
depended 78:11
dependence 226:15
dependent 126:9
depends 24:9 97:19
   100:13
deponent 237:8,10
deposition 1:18 2:1
   7:7,10 106:17
   154:1 160:5,21
   161:7 186:16
   235:6,7 236:2
   237:15,20
describe 9:18 60:3
   70:10 129:1

213:9
described 61:7
   69:4 77:7 91:2
   129:2 162:22
   164:1 173:6
   211:15 213:7
describing 17:5
description 6:10
   22:2 168:7
   180:14
design 230:22
   231:5
designate 8:12
designating 8:21
designation 8:15
   131:20
designed 36:8
   218:9
desire 15:13
detail 157:17
detailing 164:10
details 57:6
determine 49:3
   62:1
determined 21:14
   33:2 36:21 43:22
   48:6 54:22 59:18
   113:9 132:15
   168:11
Devaux 116:7,14
   116:15 127:10,21
   129:17 170:13
   171:10,14 179:16
   180:2 222:7
develop 15:20,21
   26:10,10,14 28:1
   40:22 116:20
developed 15:8,15
   49:17 128:5
developing 16:8,14
   16:22 26:5
development 117:5

Sheila R. Cizauskas         HIGHLY CONFIDENTIAL         March 10, 20
                                    Boston, MA

8

123:11
**develops** 26:1
**deviate** 151:15
**deviation** 23:13
**devices** 84:5
**devote** 167:20
**devoted** 164:18
**DHCFP** 227:3
**diabetes** 83:15
**dialysis** 226:14,18
  226:22
**difference** 50:22
  67:13,16 101:20
  202:15 212:13,20
**different** 20:14,15
  24:14,16,19,22
  25:1 29:19 32:10
  35:14 37:11 40:5
  41:18 44:18 51:9
  51:13,14 52:8,9
  53:16 66:15
  69:14 71:14 78:9
  82:20 85:17
  91:20 101:8
  103:20 120:2,16
  122:4,9,14,16,18
  122:20 123:19
  133:2 134:1
**differentiates**
  85:16
**differentiating**
  102:7
**differently** 108:6
  108:12
**difficulties** 27:18
  82:14
**difficulty** 210:16
**diligent** 164:9
**dimension** 112:21
**direct** 8:9
**directed** 161:18
**direction** 178:4

237:12
**directly** 14:3 24:3
  213:11
**director** 9:7 30:21
  31:2,3,5 40:10,14
  41:3 45:13,20
  60:16 62:17 64:6
  173:15,17 180:16
  186:5,7
**discharge** 15:9
**discounts** 120:10
**discuss** 95:22
  155:22
**discussed** 70:3 87:1
  100:17 155:17
  176:1,3 181:14
  183:1 187:4
  188:17 189:4
  193:7,22 224:11
  224:18 233:15
**discussing** 18:12
  130:4 156:7,12
  156:13 233:20
**discussion** 19:7
  21:3 59:2 73:12
  77:21 108:21
  112:11 117:8
  156:2,15,17
  160:15 169:11
  198:7 207:19,22
  222:22
**discussions** 17:13
  21:7,8 82:10
  109:19 182:11
  195:15 222:3
**distinction** 34:18
**distinguishes** 215:3
**distress** 210:9
**distribution** 59:8
**distributor** 57:16
**DISTRICT** 1:1,2
**division** 67:11

**doctor** 19:4,6,8,11
  20:11 22:22
  32:11 90:5,13,18
  90:21 96:4
**doctors** 11:12
  19:10 20:18
  22:15,16 90:2
  91:17 96:13
**document** 1:10
  158:7,7,11,13
  159:12 163:21
  164:3 181:19
  182:2,7,9 187:12
  187:15,18 192:12
  193:3,5,6 194:6
  194:13,14,20
  195:1,9 196:7
  197:16 198:6
  200:6,8 205:7,13
  205:17 206:6,9
  206:11,13,15,18
  207:15 208:3
  225:16
**documentary**
  156:19
**documentation**
  154:12,18
**documents** 158:3
  158:18,22 159:7
  159:10,13,14,20
  159:22 160:4,20
  160:22 161:3,4,8
  161:9,16 163:1
  163:11,18 193:20
  226:1 227:5,8
  233:20
**doing** 101:16 168:7
  173:20 175:7
  218:7,9,14
**dollar** 21:21 22:2
  53:3,17 214:1
**dollars** 154:14

210:12
**doors** 17:4
**doubt** 204:2
**downside** 100:15
**Draft** 192:14
**draw** 188:3 201:1
**DRG** 167:7 169:19
**Driscoll** 128:17
  172:22
**Driscoll's** 173:5
**Drive** 4:7
**drug** 40:7,7 57:5
  59:7 60:4,6,11
  120:10 121:21
  122:8,9 155:18
  207:17 208:1,5
  225:10
**drugs** 11:13 20:8
  21:1,5 38:10,17
  42:15 57:2,10,12
  57:17 58:20
  59:11 60:9,10
  61:12,14,17,22
  62:5,8 63:15 87:6
  88:1 90:2 91:3,9
  102:13,22 103:18
  104:1,17 107:1
  113:6,10,18
  114:11 115:12
  118:18,22 119:3
  120:7,9,15,22
  121:7,8 123:3,16
  124:2,7,16
  125:16 126:2
  133:14 134:22
  135:6 136:6,7,8
  136:15 137:6
  139:11 142:19
  143:5 144:12,19
  145:6 148:21
  168:1 169:9,10
  173:22 175:8

183:5,13 185:15
  193:12 213:3
  224:21 227:1
  228:3
**drug-by-drug**
  135:2 136:10
**due** 111:14 149:6
  149:21
**duly** 8:7 237:9
**duplicate** 27:16
**duplication** 28:2
**duration** 78:12,15
**dynamic** 29:19
**dynamics** 43:10,12

**E**
**E** 4:5 6:1,9
**earlier** 49:17 60:19
  70:1 77:14 99:9
  100:17 117:12
  120:1 122:13
  129:3 138:2
  153:11 155:17
  164:17 170:11
  178:5 181:4
  193:7 206:22
  224:11 225:18
  231:6
**early** 9:3 15:8,11
  111:7 117:4
  130:13 139:7
  150:20 151:12
  159:4
**earn** 189:13 190:3
**East** 10:16
**Eckerd's** 90:7
**economically** 27:1
**economics** 13:17
  111:5
**economy** 27:12
**Ed** 7:21 8:17
**educational** 9:18
**Edward** 3:5

Henderson Legal Services
(202) 220-4158

Sheila R. Cizauskas HIGHLY CONFIDENTIAL March 10, 200
Boston, MA

Ed@hbsslaw.com
3:10
effective 109:18
124:3 134:4
efficiency 85:5 87:3
231:11
effort 22:7 116:19
166:13
efforts 28:2
eight 179:6 180:21
Eileen 226:8
either 16:11 35:21
61:7 100:12
130:13 231:22
electronic 84:1,4
84:17 86:18
162:1
electronically
162:22
element 101:10
elements 23:3
52:11 89:7
191:15
eligibles 230:5
else's 51:3
emerged 81:14
emergency 209:14
employ 228:14
employed 97:4
108:16 118:2
234:1,4,7 237:19
employee 178:20
226:10 228:22
229:11 237:21
employees 229:7
enable 28:11
111:17 112:12
encompass 20:7
encompassed
61:16
encountered 82:15
encourage 212:10

213:8 232:10,13
232:15
ended 40:19 57:18
57:21 111:15
137:15 139:3
ends 110:20
enhance 40:22
enroll 230:4,10,11
enrolled 230:2,7
enrolling 230:3
ensuing 237:9
ensure 53:16
210:22
entail 165:1
enter 96:2 107:4
112:11
entered 22:22
31:19 48:6 112:3
entering 29:15
enters 227:16
entire 15:1 144:5
entirely 11:15
33:13 122:8
entities 26:9,13,17
32:1 45:19 78:18
107:3,22 193:10
197:1,1
entitled 196:10
206:4 207:2
208:14 224:7
entity 24:21 41:5
46:22 47:5 197:2
197:3
entry 192:15 212:1
213:22 214:11
equal 54:5
equally 23:16,17
23:20
eRx 84:2,3,14
escape 111:17
Esq 3:5,15 4:5,16
5:5

establish 123:15
established 43:3
46:7 47:3 54:20
132:18
establishes 51:5
estimate 174:17
203:2,15 204:16
214:21 215:8,16
220:10 221:16
estimates 216:4
eTechnology 86:15
eventually 79:4
172:1
everyday 199:4
evolved 88:3 93:9
93:11
Ex 233:10
exact 49:12
exactly 13:6 125:5
130:6 147:5
174:7 175:16
185:5 203:9
214:20
examination 161:8
228:11 237:10
examine 159:20
example 55:11,18
68:7 94:5,10,21
97:1 202:6
231:12
examples 97:2
exceeded 55:1
Excel 155:12 156:9
157:1,3
excess 212:18
exchange 155:9
exchanged 155:11
156:6
exclude 61:12 92:8
excluded 61:13
89:8 91:22 92:20
203:6

exclusions 62:5,6
Excuse 106:10
executive 213:20
Exhbiit 205:3
Exhibit 6:10,12,13
6:16,17,18,19,20
6:21 159:6,9,11
181:20 182:1
187:13,16 193:1
193:4 196:10
197:17,19,21
200:3,4 205:4,5
206:19,21 225:17
existence 152:3
183:20
existing 106:7
expand 137:13
expanded 95:6
expect 8:20 19:17
24:15 197:5,8
expected 43:16
161:21
expenses 88:3,5
103:22
experience 50:9,13
93:17 205:10
expertise 73:20
Expires 236:16
238:14
explain 36:9
explicitly 92:19
Explorer 229:4
exploring 16:3
Express 90:10
expressed 21:20
59:3
extended 214:5
extent 29:20 58:1
78:5 167:7
215:14
external 213:19
e-mail 8:17 155:14

156:1 162:9
197:21 198:4,10
198:17,19 199:1
199:6,12 200:9
200:17,21 203:11
204:14 206:22
226:7
e-mails 156:5,9,12
161:22 162:11,14
162:18 163:1
198:14 225:18,20
226:3 233:19

F
faces 129:13
facilities 211:1
fact 16:15 24:17
29:20 41:4 75:14
76:9 120:2
158:21 175:18
177:3
factor 37:11 50:20
51:1,4,10,12
52:16 54:18 55:1
55:15 56:7
141:21 142:2
factors 48:5 51:9
51:16 52:6,9
53:15 141:16
fair 83:17 101:19
165:20 185:2
216:22
Fairfield 34:15,19
35:3,4,10,13
fairly 117:4
fall 55:11 56:4
83:13 84:14
135:18 174:11
184:3
falling 132:6
170:19 171:8
Fallon 104:20,22
106:20 107:6,10