Maureen Coneys

Boston, MA

April 12, 2006

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


NO. 01CV12257-PBS

-----------------------------------------X

IN RE:  PHARMACEUTICAL INDUSTRY AVERAGE  )

WHOLESALE PRICE LITIGATION              )

-----------------------------------------X

THIS DOCUMENT RELATES TO:               )

ALL ACTIONS                             )

-----------------------------------------X


VIDEOTAPED DEPOSITION of MAUREEN CONEYS, called as a

witness by and on behalf of the Defendant, pursuant to

the Federal Rules of Civil Procedure, before Teresa E.

Costello, Registered Professional Reporter, Certified

Shorthand Reporter No. 1452S98, and Notary Public

within and for the Commonwealth of Massachusetts, at

the offices of Robins, Kaplan, Miller & Ciresi, 800

Boylston Street, Boston, Massachusetts, on Wednesday,

April 12, 2006, commencing at 9:38 a.m.

Maureen Coneys                                          April 12, 2006

Boston, MA

2 (Pages 2 to 5)

**Page 2**

1   APPEARANCES:
2   ROBINS, KAPLAN, MILLER & CIRESI LLP
3       (by Stephen L. Coco, Esq.)
4       800 Boylston Street, 25th Floor
5       Boston, Massachusetts 02199-7610
6       slcoco@rmkc.com
7       For Plaintiff, Blue Cross Blue Shield
8
9   BLUE CROSS BLUE SHIELD OF MASSACHUSETTS
10      (by Steven E. Skwara, Esq.)
11      Landmark Center
12      401 Park Drive
13      Boston, Massachusetts 02215-3326
14      For Plaintiff, Blue Cross Blue Shield
15      of Massachusetts
16
17  PATTERSON BELKNAP WEBB & TYLER LLP
18      (by Adeel A. Mangi, Esq.)
19      1133 Avenue of the Americas
20      New York, N.Y. 10036-6710
21      aamangi@pbwt.com
22      For Defendants, Johnson & Johnson

**Page 3**

1   APPEARANCES: (CONTINUED)
2
3   SHOOK, HARDY & BACON LLP
4       (by Nicholas P. Mizell, Esq.)
5       2555 Grand Boulevard
6       Kansas City, Missouri 64108-2613
7       nmizell@shb.com
8       For Defendant, Aventis Pharmaceuticals
9
10  ALSO PRESENT:
11
12      Sean Budd, Legal videographer
13
14
15
16
17
18
19
20
21
22

**Page 4**

1                   I N D E X
2   DEPONENT                        PAGE
3   MAUREEN CONEYS
4     Examination by Mr. Mangi...................... 006
5
6
7               E X H I B I T S
8   NUMBER          DESCRIPTION          PAGE
9   Exhibit Coneys 001, Overview of Specialty
10      Pharmacy.................... 122
11  Exhibit Coneys 002, Boston Globe Article
12      dated 6/29/00................ 150
13
14
15
16
17
18
19
20
21
22

**Page 5**

1                P R O C E E D I N G S
2       VIDEOGRAPHER:  Okay, we are on the record.
3   This is the video operator speaking, Sean Budd, of
4   G&M Court Reporting, Boston, Massachusetts.  Today's
5   date is April 12th, 2006 and the time is 9:38.  We
6   are here at the offices of Robins, Kaplan, Miller
7   and Ciresi located in Boston, Massachusetts to take
8   the videotaped deposition of Maureen Coneys in the
9   matter of Pharmaceutical Industry Average Wholesale
10  Price Litigation.  Would counsel please introduce
11  themselves?
12      MR. MANGI:  Adeel Mangi, Patterson,
13  Belknap, Webb & Tyler, for Johnson and Johnson on
14  behalf of the defendants.
15      MR. MIZELL:  Nicholas Mizell of Shook,
16  Hardy & Bacon for Aventis Pharmaceuticals.
17      MR. SKWARA:  Steve Skwara, for Blue Cross
18  Blue Shield of Massachusetts.
19      MR. COCO:  Stephen Coco from Robins,
20  Kaplan, Miller, Ciresi for Blue Cross and Blue
21  Shield of Massachusetts.
22

Maureen Coneys

April 12, 2006

Boston, MA

---

6

1        MAUREEN CONEYS,
2  having been satisfactorily identified by the
3  production of her driver's license, and duly sworn
4  by the Notary Public, was examined and testified as
5  follows to direct interrogatories:
6
7  BY MR. MANGI:
8      Q.  Good morning, Miss Coneys.  My name is
9  Adeel Mangi as I just mentioned.  I'll be asking you
10  a few questions this morning.  Have you ever been
11  deposed before?
12      A.  Yes, I have.
13      Q.  How many times have you been deposed
14  before?
15      A.  Probably twice.
16      Q.  Do you recall when those depositions were?
17      A.  One was back in probably the early '80's,
18  and another one was also probably in the '80's.
19      Q.  What was the case in the early '80's
20  about?
21      A.  I don't remember.
22      Q.  How about the one later in the '80's?

---

7

1      A.  It was related to a malpractice case
2  involving the Blue Cross health center.
3      Q.  Do you recall where you were employed at
4  the time of the first case in the early '80's?
5      A.  I was employed by Bay State Health Care.
6      Q.  Did the case relate to your employment at
7  Bay State Health Care, the case in the early '80's?
8      A.  I don't remember.
9      Q.  Do you know whether or not it was a case
10  that you were involved in personally, or was it a
11  case that had something to do with your job?
12      A.  It had something to do with my job.
13      Q.  The second case later in the '80's, was it
14  an allegation of malpractice against a physician
15  employed by Bay State?
16      A.  A physician employed by Blue Cross.
17      Q.  And how did you come to be involved in
18  that case?
19      A.  I was the executive director for the
20  health center where the physician practiced.
21      Q.  It's been a while since your last
22  deposition, so I'll just remind you to please answer

---

8

1  all questions audibly so the reporter can take them
2  down, okay?
3      A.  Okay.
4      Q.  And I'd also ask you to wait until I
5  finish a question before giving an answer so the
6  record is clear, all right?
7      A.  Yes.
8      Q.  And if, at any time, you'd like to take a
9  break, just let me know and we'll do that, okay?
10      A.  Okay.
11      Q.  Now are you currently employed by Blue
12  Cross Blue Shield of Massachusetts?
13      A.  Yes, I am.
14      Q.  What is your title at present?
15      A.  Senior vice president for healthcare
16  quality and cost.
17      Q.  How long have you held that position?
18      A.  Since 2001.
19      Q.  Have you held that position continuously
20  from 2001 to the present?
21      A.  Yes.
22      Q.  I'd like to turn a bit further back in

---

9

1  time and ask you about your educational background.
2  Can you describe for me, please, any qualifications
3  you obtained after high school?
4      A.  I have a diploma in nursing.
5      Q.  When did you receive that qualification?
6      A.  1975.
7      Q.  Did you receive that diploma directly
8  after completely high school, or did you work for a
9  while?
10      A.  Directly after completing high school.
11      Q.  After completing your diploma in nursing
12  have you taken any further courses as part of a
13  formal educational degree?
14      A.  No.
15      Q.  After completing your diploma what did you
16  do next?
17      A.  I worked at South Shore Hospital.
18      Q.  What capacity did you work at South Shore
19  Hospital?
20      A.  I was a staff nurse.
21      Q.  Did you have any particular area of
22  specialty?

---

Maureen Coneys                                                April 12, 2006
                          Boston, MA

4  (Pages 10 to 13)

---

**10**

1    A.  No.
2    Q.  Did you work with any particular types of
3  patients?
4    **A.  General medical surgical patients.**
5    Q.  How long were you a staff nurse at the
6  South Shore Hospital?
7    **A.  Two years.**
8    Q.  From about 1975 to 1977?
9    **A.  Yes.**
10   Q.  What did you do after that?
11   **A.  I worked for Blue Cross Blue Shield of**
12 **Massachusetts.**
13   Q.  So you joined Blue Cross Blue Shield of
14 Massachusetts in 1977?
15   **A.  Yes.**
16   Q.  Have you been continuously employed by
17 that organization from 1977 up to the present time?
18   **A.  No.**
19   Q.  In what capacity did you join Blue Cross
20 Blue Shield in 1977?
21   **A.  I was a utilization review nurse.**
22   Q.  How long did you stay in that position?

---

**11**

1    **A.  Two years.**
2    Q.  What did you do after that?
3    **A.  I went to work for Bay State Health Care.**
4    Q.  In 1979 was there any relationship between
5  Bay State Health Care and Blue Cross Blue Shield of
6  Massachusetts?
7    **A.  No.**
8    Q.  In what position did you go to Bay State
9  Health Care?
10   **A.  The manager for utilization review**
11 **programs.**
12   Q.  How long did you remain in that position?
13   **A.  I remained with Bay State until 1987, but**
14 **in that position for probably about two years.**
15   Q.  For the period 1977 to 1979 when you were
16 a utilization review nurse for Blue Cross Blue
17 Shield of Massachusetts, what were your job
18 responsibilities?
19   **A.  I reviewed claims submitted by physicians**
20 **against guidelines, utilization review guidelines**
21 **and made decisions whether those claims were**
22 **appropriate for payment or not.**

---

**12**

1    Q.  What were the factors that led to a
2  determination as to whether or not a claim was
3  appropriate for a payment?
4    **A.  There were guidelines that were**
5  **established by peer review committees that were**
6  **comprised of physicians, and I basically followed**
7  **the guidelines that had been established by the**
8  **physicians.**
9    Q.  Did the guidelines address whether or not
10 the treatment that was provided was clinically
11 appropriate?
12   **A.  Yes.**
13   Q.  What other issues were the guidelines
14 addressing?
15   **A.  They dealt with things like frequency at**
16 **which certain, you know, how frequently an office**
17 **visit should be done for certain conditions and**
18 **things like that.**
19   Q.  Did the guidelines address at all the use
20 of drugs?
21   **A.  No, not that I recall.**
22   Q.  So to your recollection -- withdraw that.

---

**13**

1  Let me ask the question a bit more specifically.
2  When I refer to drugs, that will encompass both
3  prescriptions for drugs that a patient would fill at
4  a pharmacy as well as drugs administered by a
5  physician to a patient in his office.
6       Do you recall whether the guidelines
7  addressed the usage of prescribing of either kind of
8  drug?
9    **A.  I don't recall either kind being**
10 **addressed.**
11   Q.  At that time in 1977 do you know what
12 methodologies Blue Cross Blue Shield of
13 Massachusetts was using to reimburse physicians for
14 services that they provided in their offices?
15   **A.  There was a fee schedule.**
16   Q.  Anything else?
17   **A.  That's all I remember.**
18   Q.  In 1977 do you know what methodology Blue
19 Cross Blue Shield of Massachusetts was using to
20 reimburse physicians for drugs that they
21 administered to patients in their offices?
22   **A.  I do not know.**

---

Maureen Coneys                                    April 12, 2006
                        Boston, MA

14

1    Q.  The fee schedule that was used to
2  reimburse physicians for their services, do you know
3  how the amounts in that fee schedule were calculated
4  in this time period?
5    **A.  I do not.**
6    Q.  What were the circumstances in which you
7  left Blue Cross Blue Shield of Massachusetts in 1979
8  to go to Bay State?
9    **A.  An opportunity to do something different.**
10   Q.  That was to be the manager of utilization
11 review programs?
12   **A.  Yes.**
13   Q.  Was this a more senior position as
14 compared to your position at BCBS?
15   **A.  Yes.**
16   Q.  What were your responsibilities in that
17 position at Bay State?
18   **A.  At Bay State at the time was a start-up**
19 **HMO, and I was hired to begin to develop programs,**
20 **utilization review programs for the HMO.**
21   Q.  I'm sorry, did you say was a staff --
22   **A.  A start-up.**

15

1    Q.  A start-up.  Were the utilization review
2  programs you were tasked with at Bay State similar
3  in structure to the programs you described earlier
4  at BCBS?
5    **A.  Not really.**
6    Q.  Can you describe what the utilization
7  review programs that you worked on at Bay State
8  consisted of?
9    **A.  The programs at Bay State were related to**
10 **reviewing patients who were being admitted to the**
11 **hospital for appropriateness of admission and then**
12 **also reviewing referrals from primary care**
13 **physicians to specialists to determine**
14 **appropriateness of those referrals as well.**
15   Q.  Did you deal with any aspects of
16 utilization review other than reviewing the
17 appropriateness of admissions to hospitals and
18 referrals to specialists?
19   **A.  I also dealt with emergency room**
20 **utilization.**
21   Q.  Anything else?
22   **A.  Behavioral health utilization and various**

16

1  other kinds of outpatient services, physical
2  therapy.
3    Q.  Anything else?  I'll just remind you that
4  you need to answer audibly so the reporter can take
5  it down.  The answer to your last question was no?
6    **A.  No.**
7    Q.  Now the various aspects of utilization
8  review that you've just described that you worked on
9  while at Bay State from 1979 to 1981, did any of
10 these involve assessment of the cost of drugs?
11   **A.  No.**
12   Q.  And by drugs, again, I'm referring to both
13 self-administered and physician-administered drugs?
14   **A.  No.**
15   Q.  In 1981 did your position change?
16   **A.  Yes.**
17   Q.  What did your position become in 1981?
18   **A.  It became the director of operations.**
19   Q.  Sticking with the '79 to '81 time period
20 for a moment, did any aspect of your work in
21 utilization review involve consideration of the
22 relative costs of treatment in hospitals versus

17

1  physicians' offices?
2    **A.  Yes.**
3    Q.  In what situations or circumstances did
4  that issue come up?
5    **A.  In determining the appropriateness for**
6  **admission to the hospital.**
7    Q.  In that time period, 1979 to 1981, did Bay
8  State Health Care have an understanding as to
9  whether treatment in the hospital was more or less
10 expensive to Bay State than treatment in a
11 physician's office?
12        MR. COCO:  Objection.  You may answer.
13   **A.  The understanding was that treatment in a**
14 **hospital was more expensive.**
15   Q.  Are you aware of any studies or analyses
16 that were performed by Bay State that grounded that
17 conclusion?
18   **A.  Yes.**
19   Q.  Can you describe, please, the studies that
20 you're aware of regarding that issue?
21   **A.  We would look at the cost of treating**
22 **certain conditions in a hospital setting versus**

Maureen Coneys                                April 12, 2006
Boston, MA

6 (Pages 18 to 21)

| 18 |
|---|

1   treating those in an outpatient setting like a
2   hospital outpatient department or a physician's
3   office.
4       Q.  Did you ever consider the relative cost of
5   treatment in hospital outpatient departments versus
6   physician offices?
7       A.  Yes.
8       Q.  Can you describe for me, please, the
9   studies you're aware of comparing the cost for
10  treatment and those two sites of care?
11      A.  I don't remember any specific studies that
12  we did.
13      Q.  Do you recall whether or not your
14  department analyzed and looked at the relative costs
15  of treatment in those two sites of care?
16      A.  Yes.
17      Q.  Do you recall what the conclusions were of
18  that analysis?
19      A.  Not specifically.
20      Q.  Do you know whether or not Bay State, in
21  that time period, '79 to '81, regarded the physician
22  office as a more cost-effective site of care versus

| 19 |
|---|

1   a hospital outpatient department?
2       MR. COCO:  Objection.
3       A.  Yes.
4       Q.  Just so the record is clear, did Bay State
5   view the physician office as more cost-effective
6   than a hospital outpatient department?
7       MR. COCO:  Objection.
8       A.  Yes.
9       Q.  Do you recall what -- withdraw that.  What
10  steps did Bay State take, if any, based on those
11  findings?
12      A.  Bay State tried to encourage physicians to
13  use the least invasive appropriate setting for care.
14      Q.  How did Bay State go about encouraging
15  physicians to use the least invasive appropriate
16  setting for care?
17      A.  Both from education as well as through
18  utilization review programs.
19      Q.  Can you describe how utilization review
20  programs were used toward that end?
21      A.  When a physician was planning to admit a
22  patient to the hospital, he or she had the

| 20 |
|---|

1   responsibility to notify Bay State of that admission
2   prior to admitting the patient and then Bay State
3   would review the admission against guidelines to
4   make a decision whether the patient's condition
5   warranted admission to the hospital.
6       Q.  Was it a feature of Bay State's plans that
7   Bay State had to approve an admission before it took
8   place?
9       A.  Yes.
10      Q.  How did Bay State, if at all, use
11  utilization review programs to incentivize the
12  physician office site of care versus treatment in a
13  hospital outpatient department?
14      A.  I'm sorry.  I don't understand that
15  question.
16      Q.  Sure.  You mentioned earlier that
17  utilization review programs was one means used to
18  ensure treatment where appropriate was in the
19  physician office versus a more expensive hospital
20  setting, right?
21      MR. COCO:  Objection.
22      A.  Right.

| 21 |
|---|

1       Q.  You described the prior authorization
2   requirement for hospital admissions as one means
3   that was used to ensure treatment in the physician
4   office setting, right?
5       MR. COCO:  Objection.
6       Q.  My question is leaving aside actual
7   hospital admissions and focusing now on the hospital
8   outpatient department, how, if at all, did Bay State
9   use utilization review programs to incentivize
10  treatment in physician offices versus hospital
11  outpatient departments leaving aside for a moment
12  hospital inpatient treatment?
13      A.  There were certain outpatient procedures
14  that also required the plan's approval prior to
15  using the hospital outpatient setting.
16      Q.  Do you recall any examples?
17      A.  Surgical day care.
18      Q.  Anything else?
19      A.  No.
20      Q.  Do you recall whether any of the analysis
21  in comparing the costs of one side of care versus
22  another included comparisons of the relative costs

Maureen Coneys

April 12, 2006

Boston, MA

7 (Pages 22 to 25)

22

1  of drug administration in one setting versus
2  another?
3      A.  No.
4      Q.  In 1981 you became director of operations
5  for Bay State.  How long did you hold that position?
6      A.  Probably a couple of years.
7      Q.  What were your responsibilities as
8  director of operations?
9      A.  I was responsible for the claims
10  processing area, the member services area, the
11  utilization review area and I believe that's it.
12      Q.  Now we've been talking about utilization
13  review.  Did your responsibilities in relation to
14  utilization review change in any way other than this
15  being a more senior position?
16      A.  No.
17      Q.  Were the types of utilization review that
18  were being carried out the same as the types of
19  utilization review we've discussed already?
20      A.  Yes.
21      Q.  Did it remain -- withdraw that.  Did one
22  aspect of the utilization review process at Bay

23

1  State remain ensuring treatment in the lowest cost
2  side of care where clinically appropriate?
3      A.  Yes.
4      Q.  That was the physician office versus a
5  hospital setting?
6      A.  Yes.
7      Q.  Now you also mentioned member services as
8  another area of your responsibility as director of
9  operations.  What did that area involve?
10      A.  That area was the area in the company that
11  would take incoming calls from members who had
12  questions or concerns about the plan.
13      Q.  Was there a hotline or a dedicated phone
14  service that members could call when they had
15  questions?
16      A.  Yes, there was a dedicated phone service.
17      Q.  Were there any avenues members could use
18  to contact member services other than the phone
19  line?
20      A.  In writing.
21      Q.  So you were responsible for the department
22  that responded to all those queries whether it be in

24

1  writing or by the phone?
2      A.  That's correct.
3      Q.  What sort of concerns did members voice
4  through these avenues?
5      A.  The calls generally related to questions
6  about their benefits or questions about the referral
7  process from the primary care physician to a
8  specialist or a claim status.
9      Q.  Did physicians ever utilize this phone
10  service to address any questions that they may have
11  had?
12      A.  No.
13      Q.  Was there a separate part of the company
14  that dealt with physicians?
15      A.  Yes.
16      Q.  What was that department called?
17      A.  Provider relations.
18      Q.  In the time period that we've been
19  discussing, late '70's or early '80's, did Bay State
20  Health Care have a staff model HMO?
21      A.  No.
22      Q.  Are you familiar with the term, staff

25

1  model HMO?
2      A.  Yes.
3      Q.  What is your understanding of the meaning
4  of that term?
5      A.  It's a group of physicians that practice
6  together and offer an HMO insurance plan to
7  consumers.
8      Q.  And in this context do you understand it
9  would refer to a group of physicians employed by Bay
10  State Health Care?
11      A.  Yes.
12      Q.  Did Bay State Health Care employ
13  physicians or own hospitals, physician clinics at
14  any point during your employment there?
15      A.  No.
16      Q.  So is it your understanding that Bay State
17  Health Care did not have a staff model HMO
18  throughout the period you were employed there?
19      A.  That's correct.
20      Q.  The third area of responsibility that you
21  mentioned as director of operations was the claims
22  processing area.  What were your responsibilities as

Maureen Coneys                                        April 12, 2006

Boston, MA

8  (Pages 26 to 29)

| 26 | 28 |
|---|---|

**26**

1  regards claims processing?

2      A.  To ensure that the claims that were

3  submitted by providers were coded appropriately and

4  entered into the payment system and then paid

5  according to the payment guidelines.

6      Q.  What do you mean when you say coded

7  properly?

8      A.  The claims would come in, and they would

9  just have often times a description of the service

10  that was rendered, and we had staff that would need

11  to use standardized coding books at that time to

12  assign a procedure code or diagnosis code to the

13  claim.

14      Q.  Now we're talking about the early '80's

15  here, so this was presumably done without the use of

16  computers?

17      A.  Right.

18      Q.  What was the general methodology that Bay

19  State used this time to reimburse physicians for

20  services they provided in their offices?

21      A.  It was a fee schedule.

22      Q.  How about for drugs that they administered

**28**

1      Q.  Was that paper claim form provided to

2  physicians by Bay State?

3      A.  Yes, it was.

4      Q.  Was it a form unique to Bay State?

5      A.  Yes, it was.

6      Q.  What information was sought on that claim

7  form?

8      A.  Patient identifying information, their

9  name, date of birth, subscriber number, information

10  like that, their diagnosis and the specific services

11  rendered and the presence of any other insurance,

12  questions like that.

13      Q.  Were physicians asked to provide a code

14  describing the services on the form?

15      A.  They were.

16      Q.  Did physicians routinely provide a code as

17  requested?

18      A.  Not always.

19      Q.  What portion of cases was a code provided?

20      A.  I don't remember.

21      Q.  Would it be the majority of cases or

22  minority of cases?

**27**

1  to patients in their offices?

2      A.  A fee schedule.

3      Q.  Do you know how those fee schedules were

4  calculated?

5      A.  I do not.

6      Q.  How did you receive fee schedules at that

7  time?

8      A.  They were maintained within the claims

9  processing system.

10      Q.  During this time period from '81 to '83

11  when you were director of operations would it be

12  accurate to say that you received copies of fee

13  schedules for services and drugs to use in claims

14  processing, but had no information as to how the

15  amounts on those fee schedules were calculated?

16      A.  I didn't actually receive them.  They were

17  embedded in the body of the claims processing

18  system.

19      Q.  How did physicians submit claims for

20  reimbursement to Bay State in the '81 to '83 time

21  period?

22      A.  They used a paper claim form.

**29**

1      A.  I don't remember.

2      Q.  But there was a staff assigned to look up

3  the codes when they were not provided?

4      A.  That's correct.

5      Q.  How many people were employed in that

6  role?

7      A.  I don't remember.

8      Q.  Would it have been less than five, more

9  than ten?

10      A.  Not more than ten.

11      Q.  Were the amounts that Bay State reimbursed

12  physicians for the drugs and services in this time

13  period uniform across the board?

14          MR. COCO:  Objection.

15      Q.  Let me rephrase the question and make it

16  more clear.  Did Bay State, in the '81 to '83 time

17  period, reimburse every physician at the same amount

18  for a given service or a given drug, or did the

19  amounts vary from physician to physician?

20      A.  I believe it was a consistent fee

21  schedule.

22      Q.  In 1983 did you move to a different

Maureen Coneys

April 12, 2006

Boston, MA

9 (Pages 30 to 33)

---

**30**

1  position?
2      A.  I became the vice president for
3  operations.
4      Q.  How long did you hold that position?
5      A.  Until 1987.
6      Q.  Did your areas of responsibility change at
7  all as vice president of operations?
8      A.  No.
9      Q.  Same three areas we discussed previously?
10     A.  Yes.
11     Q.  Was there one director of operations
12  working under you or more than one?
13     A.  There was a director level person who led
14  each of the areas that were under me.
15     Q.  Was this a change from the previous
16  structure when you were director of operations?
17     A.  Not really.
18     Q.  When you were director of operations were
19  you tasked with one of the three areas that we
20  discussed or all three?
21     A.  All three.
22     Q.  When you became the VP did the directors

---

**31**

1  of operations under you similarly deal with all
2  three areas or had they become dedicated?
3      A.  They became dedicated to the specific
4  areas.
5      Q.  That took place after you became VP?
6      A.  Yes.
7      Q.  Your responsibilities were oversight of
8  all three areas?
9      A.  Yes.
10     Q.  During your tenure as VP for operations
11  did you at any point gain an understanding as to how
12  the amounts that were set in the fee schedules were
13  calculated?
14     A.  No.
15     Q.  Is that true for the fee schedule amount
16  that applied to reimbursing physicians for services
17  as well as the fee schedules that applied to
18  reimbursing physicians for drugs?
19     A.  Yes.
20     Q.  In 1987 did you move to another company or
21  another position?
22     A.  I actually took a year off after having a

---

**32**

1  baby.
2      Q.  What did you do after that year?
3      A.  I spent about seven months doing some
4  consulting work for Blue Cross Blue Shield.
5      Q.  What was the nature of the consulting work
6  that you performed?
7      A.  I consulted on a variety of issues related
8  to the Blue Cross staff model HMO's.
9      Q.  Now was that your first exposure to a
10  staff model HMO?
11     A.  Yes.
12     Q.  Were you familiar with the concept prior
13  to that time?
14     A.  Yes.
15     Q.  When did you first become familiar with
16  the concept of a staff model HMO?
17     A.  When I began working for Bay State.
18     Q.  Was this in the 1998 time frame
19  when you worked for -- consulted for BCBS, was this
20  the first time you worked directly with a staff
21  model HMO?
22     A.  Yes.

---

**33**

1      Q.  What were the issues on which you were
2  consulting with the BCBS staff model?
3      A.  I worked on projects related to
4  coordination of benefits.  I don't remember on the
5  specific things I worked on.
6      Q.  Do you recall any areas you worked on,
7  consulted on other than coordination of benefits?
8      A.  I can't recall any.
9      Q.  What was the work that you did in relation
10  to coordination of benefits?
11     A.  Helping the staff model set up a system to
12  identify members who had more than one insurance
13  coverage.
14     Q.  Did the staff model HMO for BCBS provide
15  treatment to individuals who had insurance through
16  companies other than Blue Cross Blue Shield of
17  Massachusetts?
18     A.  Yes.
19     Q.  Was the coordination of benefits work
20  related to those situations where individuals had
21  insurance from other health insurance companies?
22     A.  No.  It was actually related to when it

---

Henderson Legal Services
(202) 220-4158

Maureen Coneys                                       April 12, 2006
                        Boston, MA

10 (Pages 34 to 37)

|  | 34 |
|---|---|
| 1 | was the member had insurance from Blue Cross Blue |
| 2 | Shield, but also had other insurance. |
| 3 | Q.  By other insurance, are you referring to |
| 4 | more than one product from Blue Cross Blue Shield, |
| 5 | or a BCBS product plus a product from some other |
| 6 | health insurer? |
| 7 | A.  A product from another health insurer. |
| 8 | Q.  Can you provide an example of a situation |
| 9 | where that might occur? |
| 10 | A.  A husband and wife may both be employed |
| 11 | and may both have health insurance that covers one |
| 12 | another or covers the children. |
| 13 | Q.  How did you come to start consulting for |
| 14 | BCBS in 1988? |
| 15 | A.  The president of Bay State that I had |
| 16 | worked for had made some contact with the individual |
| 17 | who was in charge of the Blue Cross health centers |
| 18 | at that time, and he expressed an interest in hiring |
| 19 | someone to work on some HMO type functions with the |
| 20 | staff models, and that individual gave him my name. |
| 21 | Q.  Now who was the person in charge of the |
| 22 | BCBS health centers at that time? |

|  | 35 |
|---|---|
| 1 | A.  Ron Davey. |
| 2 | Q.  Is that D-A-V-Y? |
| 3 | A.  D-A-V-E-Y, I believe. |
| 4 | Q.  Do you recall what Mr. Davey's title was |
| 5 | at that time? |
| 6 | A.  I don't. |
| 7 | Q.  When you refer to the health centers, are |
| 8 | you referring to the entire staff model HMO |
| 9 | organization, or are you referring to some part of |
| 10 | that organization? |
| 11 | A.  I'm referring to some part of the |
| 12 | organization. |
| 13 | Q.  By health centers are you referring to |
| 14 | hospitals, physician offices or both? |
| 15 | A.  I'm referring to physicians' offices. |
| 16 | Q.  Do you know how long Mr. Davey was in |
| 17 | charge of the staff model HMO physician offices? |
| 18 | A.  I don't remember exactly. |
| 19 | Q.  Is Mr. Davey still with the company? |
| 20 | A.  No. |
| 21 | Q.  Do you know when he left the company? |
| 22 | A.  It was in, I believe, 1990, early '90's, |

|  | 36 |
|---|---|
| 1 | '91, '90 time frame. |
| 2 | Q.  Was Mr. Davey the one who was responsible |
| 3 | for bringing you on as a consultant? |
| 4 | A.  Yes. |
| 5 | Q.  In 1988 at the end of that seven-month |
| 6 | period when you were consulting, what did you do |
| 7 | next? |
| 8 | A.  I was hired by Blue Cross Blue Shield as |
| 9 | the executive director for the Medical East |
| 10 | Community health center site in Braintree. |
| 11 | Q.  Now when you refer to the community health |
| 12 | center, was that a hospital or a physician office? |
| 13 | A.  A physician office. |
| 14 | Q.  How many physicians were employed at the |
| 15 | community health center in Braintree? |
| 16 | A.  About 25. |
| 17 | Q.  Did those 25 doctors come from one area of |
| 18 | practice, or were they cross specialties? |
| 19 | A.  Cross specialties. |
| 20 | Q.  Did they include rheumatologists? |
| 21 | A.  Yes. |
| 22 | Q.  Oncologists? |

|  | 37 |
|---|---|
| 1 | A.  No. |
| 2 | Q.  Hematologists? |
| 3 | A.  I don't remember hematologist. |
| 4 | Q.  Do you recall what areas of specialty were |
| 5 | represented? |
| 6 | A.  There were internal medicine physicians |
| 7 | with a variety of different sub specialties |
| 8 | including rheumatology, and I don't remember the |
| 9 | other sub specialties.  There were pediatricians. |
| 10 | There were surgeons and there were OB/GYN |
| 11 | physicians.  They were employed by the health |
| 12 | center, and then there were other physicians that |
| 13 | were brought into the health center under contract. |
| 14 | Q.  When you referred to 25 doctors earlier, |
| 15 | were you including the contracted physicians? |
| 16 | A.  No. |
| 17 | Q.  How many contracted physicians were there? |
| 18 | A.  I don't remember exactly, but somewhere |
| 19 | around probably six or seven. |
| 20 | Q.  What was the distinction between the |
| 21 | doctors who were employees versus contracted? |
| 22 | A.  The employed physicians were actually |

Henderson Legal Services
(202) 220-4158

Maureen Coneys

Boston, MA

April 12, 2006

11 (Pages 38 to 41)

---

**38**

1  employees of Blue Cross Blue Shield of Massachusetts
2  and did not have practices outside of the health
3  center.
4        The physicians who were contracted
5  physicians were not employed by Blue Cross Blue
6  Shield and had practices outside of the health
7  center and then contracted with the health center to
8  come into the building and see patients who were
9  members of the staff model.
10     Q.  Was there any particular reason for using
11  both avenues to get physicians to treat members?
12     A.  Many of the physicians that were under
13  contract weren't needed on a full-time basis.
14     Q.  Did the contract physicians include any
15  oncologists?
16     A.  No.
17     Q.  You stated earlier that the community
18  health center you were responsible for was part of
19  Medical East, is that correct?
20     A.  That's correct.
21     Q.  What is Medical East?
22     A.  Medical East was Blue Cross Blue Shield

---

**39**

1  part of its staff model organization.
2     Q.  There was also a medical West
3  organization, correct?
4     A.  That's correct.
5     Q.  Did Medical East deal with the eastern
6  part of the state and Medical West the western part
7  of the state?
8     A.  That's correct.
9     Q.  Did Medical East and Medical West form one
10  entity or were they separate groups?
11     A.  It was one entity that was actually called
12  Medical West.  Then there were the two divisions,
13  the East and the West.
14     Q.  So the staff model HMO was called Medical
15  West as a whole?
16     A.  Yes.
17     Q.  But Medical West actually had two parts,
18  one of which was Medical West, but the other was
19  Medical East?
20     A.  That's correct.
21     Q.  I wonder who thought of that.  When you
22  joined the BCBS of Massachusetts staff model HMO in

---

**40**

1  1988, was it just getting started, or had it already
2  been in existence for some time?
3     A.  It had been in existence for some time.
4     Q.  Do you know when that organization was
5  created?
6     A.  I don't remember exactly.
7     Q.  Do you know whether it was in the late
8  '80's, early '80's, '70's?
9     A.  I don't remember.
10     Q.  How many health centers did the staff
11  model HMO consist of at the time you first joined it
12  in 1988?
13     A.  Medical East had a location in Braintree
14  at New England Deaconess, Norwood, Peabody and
15  Methuen, and then Medical West had three or four
16  locations, I don't remember exactly.
17     Q.  How long did you work for the staff model
18  HMO organization?
19     A.  Until 1991.
20     Q.  By 1981 had the number of facilities
21  increased, decreased or stayed the same?
22        MR. COCO:  You said '81.  Can you --

---

**41**

1        MR. MANGI:  Sorry.
2     Q.  By 1991.
3     A.  The number had decreased.
4     Q.  To what extent had the number decreased by
5  1990?
6     A.  The location at New England Deaconess was
7  closed and, you know, I can't remember exactly.  The
8  Norwood location was also closed, but I don't
9  remember whether that was -- it was right around the
10  1991 time frame.  I can't remember whether it was
11  some time after '91 or still -- or before.
12     Q.  Are all of the facilities that you
13  described earlier, the five for Medical East and the
14  three or four for Medical West, were those all
15  physicians' offices?
16     A.  Yes.
17     Q.  Did Medical East or Medical West also own
18  any hospitals?
19     A.  No.
20     Q.  What happened when a patient who came for
21  treatment to one of these staff model HMO physician
22  office sites needed hospital treatment?

---

Henderson Legal Services
(202) 220-4158

Maureen Coneys

April 12, 2006

Boston, MA

12 (Pages 42 to 45)

---

**42**

1    A.  They would be referred to a hospital that
2  the health center had a contract with.
3    Q.  Did Medical East, Medical West own any
4  retail pharmacies?
5    A.  No.
6    Q.  So if a physician needed a self-
7  administered drug, it would be given a prescription
8  and would fill it at an outside retail pharmacy?
9    A.  The health centers did have pharmacies,
10  but they were not the retail pharmacies. They were
11  used solely for the members of the health plan.
12    Q.  Where were those pharmacies housed?
13    A.  Within the health centers.
14    Q.  So if a patient went to a health center,
15  got a prescription, he would then fill it at a
16  pharmacy within the same facility?
17    A.  That's correct.
18    Q.  If a doctor needed to administer a drug to
19  a patient in the course of an office visit, how
20  would the doctor get the drug?
21    A.  It would be supplied by the pharmacy.
22    Q.  By the pharmacy, you're referring to the

---

**43**

1  same pharmacy within the facility owned by the staff
2  model HMO?
3    A.  That's correct, unless it was a drug that
4  wasn't carried by that pharmacy and had to come from
5  an outside source.
6    Q.  We spoke earlier about the number of
7  physicians employed at the Braintree site, around
8  about 25 plus six or seven contracted doctors. Were
9  all the health centers of approximately the same
10  size?
11    A.  No, the health centers in the East were
12  smaller. Braintree was the largest health center in
13  the East.
14    Q.  What was the smallest health center in the
15  East?
16    A.  It was either Norwood or New England
17  Deaconess.
18    Q.  Approximately how many physicians were
19  employed at those facilities?
20    A.  Three or four.
21    Q.  Now Braintree was the largest size for
22  Medical East, but was Braintree still smaller than

---

**44**

1  all the sites at Medical West?
2    A.  It was smaller than some of the sites in
3  the West.
4    Q.  What was the largest site in the West?
5    A.  I believe it was the Chicopee location.
6    Q.  Do you know how many physicians were
7  employed at the Chicopee location?
8    A.  I do not.
9    Q.  Can you approximate the size of the
10  Chicopee's facility relative to Braintree? Was it
11  twice as big, three times as big?
12    A.  It was at least twice as big.
13    Q.  Your position as executive director for
14  the Braintree site, how long did you hold that
15  title?
16    A.  Until 1991.
17    Q.  Where did you move to in 1991?
18    A.  I became, still within Blue Cross, the
19  regional executive director for HMO Blue.
20    Q.  After 1991 did you work directly at any
21  sites owned by staff model HMO?
22    A.  My office was not located in the staff

---

**45**

1  model any longer.
2    Q.  But, of course, as the regional executive
3  director for HMO you still dealt with the staff
4  model HMO?
5    A.  That's correct.
6    Q.  We'll get to that in a minute. Let me
7  state first with this '88 to '91 time period can you
8  describe for me, please, the structure of the
9  Braintree site?
10    I understand you were the executive
11  director, and I understand there were 25 employed
12  physicians, contract physicians. Who else worked at
13  that site?
14    A.  There was a medical director who was a
15  physician who I worked closely with in terms of the
16  clinical aspects of the practice. There were also
17  administrative people in terms of finance, human
18  resources, health center operations, you know,
19  maintenance, those kinds of activities, and then
20  there were a variety of medical disciplines
21  including nurses, psychologists, social workers,
22  physical therapists and then people who did, you

---

Maureen Coneys

April 12, 2006

Boston, MA

---

**46**

1  know, business functions.
2  Q.   What sort of business people or business
3  functions were performed at the site?
4  **A.   There were people who assisted with**
5  **scheduling, kind of patient relations activities.**
6  Q.   There was also at least one pharmacist,
7  right?
8  **A.   I'm sorry, and there were pharmacists,**
9  **right.**
10 Q.   Do you know how many pharmacists were
11 employed?
12 **A.   I don't remember.**
13 Q.   Within the pharmacy part of the side of
14 the operation, was anyone employed other than
15 pharmacists?
16 **A.   There were assistants**
17 Q.   Anyone else who worked at the site that
18 you recall?
19 **A.   No.**
20 Q.   Do you recall how many people
21 approximately in total worked at the Braintree site?
22 **A.   I don't remember the number.**

---

**47**

1  Q.   More than 50?
2  **A.   No.**
3  Q.   More than a hundred?
4  **A.   I believe it was more than a hundred.**
5  Q.   More than 150?
6  **A.   That's -- yes.  I don't remember.**
7  Q.   Somewhere over a hundred?
8  **A.   Right.**
9  Q.   As executive director were you the person
10 that this entire staff reported to?
11 **A.   The non physician staff reported to me.**
12 Q.   Who did the physician staff report to?
13 **A.   To the medical director.**
14 Q.   Was the medical director on the same level
15 as you were in the organization?
16 **A.   Yes.**
17 Q.   Who was the medical director of the
18 Braintree site?
19 **A.   Jonathan Foreman.**
20 Q.   Was Mr. Foreman a doctor?
21 **A.   Doctor.**
22 Q.   Is Doctor Foreman still with the company?

---

**48**

1  **A.   No.**
2  Q.   Do you know when he left the company?
3  **A.   I don't know exactly when he left.**
4  Q.   Now who did you and Doctor Foreman report
5  to higher up in the organization?
6  **A.   I reported to Ron Davey.**
7  Q.   Was it your understanding that the
8  executive directors of all of the community health
9  centers reported to Mr. Davey?
10 **A.   Those that were in the East.**
11 Q.   Who was Mr. Davey's counterpart dealing
12 with the West?
13 **A.   Ron Hamilgarn.**
14 Q.   Would you spell that for the court
15 reporter? If you can.
16 **A.   I'm not sure.**
17 Q.   Hamilgarn?
18 **A.   Hamilgarn.**
19 Q.   Is Mr. Hamilgarn still with the company?
20 **A.   No.**
21 Q.   Do you know when Mr. Hamilgarn left?
22 **A.   I do not.**

---

**49**

1  Q.   Do you know who the medical director
2  reported to?
3  **A.   Doctor Frank Schultz.**
4  Q.   Is that Schultz or --
5  **A.   Schultz.**
6  Q.   What was Doctor Schultz's position?
7  **A.   I believe his title was regional medical**
8  **director.**
9  Q.   Mr. Davey and Mr. Hamilgarn, do you know
10 who they reported to further up in the organization?
11 **A.   They reported to Bill Schlag.**
12 Q.   What was Mr. Schlag's position?
13 **A.   I don't remember his title.**
14 Q.   And do you know what his areas of
15 responsibility were?
16 **A.   He was responsible for all of the HMO**
17 **activity that Blue Cross was involved in at the**
18 **time.**
19 Q.   When you say, HMO activity, are you
20 referring to the staff model HMO?
21 **A.   Staff model IPA and group models that Blue**
22 **Cross also was involved with back then.**

---

Maureen Coneys                                    April 12, 2006
Boston, MA

14 (Pages 50 to 53)

---

**50**

1    Q.  If you had to, in the '88 to '91 time
2  period, identify the one person who had overall
3  responsibility for the staff model HMO's, would it
4  be Mr. Schlag?
5    A.  Yes.
6    Q.  Is Mr. Schlag still with the company?
7    A.  No, he's not.
8    Q.  Do you know when Mr. Schlag left the
9  company?
10   A.  He left in the early '90's. I don't
11  remember exactly when.
12   Q.  Do you know who Mr. Schlag reported to?
13   A.  I don't remember.
14   Q.  How did the pharmacies within the staff
15  model HMO community health centers go about
16  acquiring drugs?
17   A.  I don't know.
18   Q.  Did the pharmacies at each health center
19  deal with drug acquisition independently, or was it
20  done on some group level?
21   A.  It was done on a group level.
22   Q.  Do you know what person or department was

---

**51**

1  responsible for acquiring drugs for the community
2  health centers?
3    A.  I don't remember.
4    Q.  Was there a department or division within
5  the organization that dealt with contracts with drug
6  wholesalers or manufacturers?
7    A.  That's how I remember it.
8    Q.  Do you know what that department was
9  called?
10   A.  I don't.
11   Q.  Do you recall the names of any individuals
12  who dealt with or worked in that department?
13   A.  I don't remember.
14   Q.  At the Braintree site you mentioned that
15  part of the staff included financial people?
16   A.  Yes.
17   Q.  What were their responsibilities?
18   A.  They kept financial statements for their
19  individual health center and were also responsible
20  for the accounting function in terms of accounts
21  receivable and accounts payable, those kinds of
22  general accounting activities.

---

**52**

1    Q.  Did you have a role in reviewing that
2  financial analysis?
3    A.  Yes.
4    Q.  Do you know whether or not that financial
5  analysis included the operation of the pharmacy?
6    A.  It included aspects of the pharmacy.
7    Q.  Did that analysis include the costs of
8  acquiring drugs for the pharmacies?
9    A.  No.
10   Q.  Was it limited to the overhead costs of
11  running the pharmacy after drugs were excluded,
12  things like electricity and staffing and things like
13  that?
14   A.  Yes.
15   Q.  Was it your understanding that the
16  financial analysis related to drug acquisition was
17  done at some higher level outside of the Braintree
18  site?
19   A.  Yes.
20   Q.  Did you have any understanding as to where
21  that financial analysis was performed?
22   A.  No.

---

**53**

1        MR. COCO:  We've been going for about an
2  hour. Whenever is convenient for you.
3        MR. MANGI:  Sure. This is a good time.
4        (Brief Recess.)
5    Q.  Miss Coneys, before the break we were
6  talking about the '88 to '91 time period you worked
7  at the Braintree site. Do you know whether BCBS of
8  Massachusetts had, at that time, a pharmacy
9  department?
10   A.  There was an area that handled the drugs
11  for the health centers.
12   Q.  Do you know whether that group was the
13  same as the pharmacy department at BCBS of
14  Massachusetts?
15   A.  I do not know.
16   Q.  Do you know whether or not at that time
17  BCBS of Massachusetts had a pharmacy director?
18   A.  I do not know.
19   Q.  Do you know whether there was anyone in
20  charge of the pharmacy area at BCBS of
21  Massachusetts, be it a VP or director or anyone?
22   A.  I do not know.

---

Maureen Coneys                                             April 12, 2006

Boston, MA

15 (Pages 54 to 57)

---

**54**

1    Q.  Now sticking with the Braintree site for a
2  moment, how was the budget for that site's operation
3  determined?
4    **A.  I don't remember exactly how the budget**
5  **was determined.**
6    Q.  Was there an annual budget specific to the
7  Braintree site?
8    **A.  Yes, there was.**
9    Q.  Did that budget include the costs of drugs
10  for the pharmacy that were dispensed through the
11  pharmacy?
12    **A.  I don't remember if they were included in**
13  **the health center's budget or not.**
14    Q.  Can you describe for me logistically how
15  financial arrangements were structured between the
16  Braintree site and the BCBS of Massachusetts
17  organization?
18    **A.  I'm not sure what you mean.**
19      MR. COCO:  Objection.
20    Q.  In other words was there an annual sum
21  provided for operations for the year?  Were there
22  ongoing payments from the parent to the Braintree

---

**55**

1  site? I'm trying to understand generally how the
2  financial structure was operated.
3      MR. COCO:  Objection.
4    **A.  I don't remember.**
5    Q.  Well, let's see if we can break it down.
6  There was an annual budget, correct?
7    **A.  Yes.**
8    Q.  After that budget was finalized, was there
9  an annual lump sum payment provided to the Braintree
10  site to cover the costs of that annual operation?
11    **A.  I don't remember.**
12    Q.  Was the Braintree site responsible for
13  issuing paychecks to its own employees?
14    **A.  No.**
15    Q.  Was the Braintree site responsible for
16  procuring its own supplies in terms of medical
17  treatments, sponges, gauzes, things like that?
18    **A.  No.**
19    Q.  Was the Braintree site responsible for its
20  own maintenance and upkeep costs?
21    **A.  Yes.**
22    Q.  Other than maintenance and upkeep what

---

**56**

1  other aspects of its operation was the Braintree
2  site independently responsible for?
3    **A.  I think I'm troubled by the use of the**
4  **word, independent.**
5    Q.  Sure.  Let me try and clarify what I'm
6  trying to understand.  The annual budget that we
7  spoke about earlier, that was a budget specific to
8  the Braintree site, correct?
9    **A.  Right.**
10    Q.  Now did that budget include the salaries
11  of the employees of the Braintree site?
12    **A.  Yes.**
13    Q.  Did that budget include every expense
14  specific to the operation of the Braintree site?
15  Let me just ask you that.
16      MR. COCO:  Objection.
17    **A.  I don't believe it included every expense.**
18    Q.  What was included in the budget, and what
19  was excluded from the budget?
20    **A.  I don't remember specifically.**
21    Q.  Now the salaries for employees, those were
22  paid directly from BCBS of Massachusetts to the

---

**57**

1  employees, right?
2    **A.  Yes.**
3    Q.  So as executive director you received your
4  check from the payroll department or someone else at
5  BCBS Massachusetts, correct?
6    **A.  Yes.**
7    Q.  Were there any expenses with regard to
8  which a sum of money was transferred from BCBS to
9  the Braintree site and then distributed further?
10    **A.  I don't recall if there was money actually**
11  **transferred or not.**
12    Q.  We spoke earlier about drugs that the
13  pharmacy department acquired.  You mentioned that if
14  a physician wanted to administer a drug that was not
15  available from the on-site pharmacy, it would be
16  acquired from elsewhere.  Do you recall that?
17    **A.  Yes.**
18    Q.  What was the process that was utilized to
19  acquire drugs for administration to patients when
20  they were not available from the on-site pharmacy?
21    **A.  I don't remember.**
22    Q.  Who would have been in charge of that

---

---

**58**

1 process?

2     **A. The person who was on site at Braintree**
3 **who ran the pharmacy, the pharmacy director.**

4     Q. Did you mention earlier who the pharmacy
5 director was at the Braintree site?

6     **A. I don't remember who it was at the time.**

7     Q. Do you recall the names of any pharmacy
8 directors who, at any time, worked for the staff
9 model HMO?

10     **A. I don't.**

11     Q. Now in the '88 to '91 time period, if you
12 wanted to get an understanding as to how drugs were
13 acquired for the pharmacy, who would you have gone
14 to?

15     MR. COCO: Objection.

16     **A. I don't know.**

17     Q. Would the pharmacy director have been a
18 likely protocol?

19     **A. I don't know whether the pharmacy director**
20 **would have known the details of the drug**
21 **acquisition.**

22     Q. Did you ever make any inquiries as to how

---

**59**

1 drugs were acquired?

2     **A. No.**

3     Q. Could you have made such inquiries if you
4 chose to?

5     MR. COCO: Objection.

6     **A. I don't know.**

7     Q. Well, let me ask you another. Was there
8 any prohibition on your making any inquiries as the
9 executive director into a drug acquisition?

10     **A. No.**

11     Q. Now what proportion of -- withdraw that.
12 In the '88 to '91 time period how many individuals
13 received health insurance coverage through BCBS of
14 Massachusetts?

15     **A. I don't remember the membership of Blue**
16 **Cross at that time.**

17     Q. Do you know what proportion of BCBS
18 Massachusetts members received treatment through the
19 staff model HMO facilities versus outside
20 facilities?

21     **A. I don't remember the number.**

22     Q. Do you know whether it was a majority of

---

**60**

1 members, a minority of members?

2     **A. It was a minority.**

3     Q. Can you approximate the percentage of
4 members who received treatment through the staff
5 model HMO?

6     **A. It was a small percentage, but I couldn't**
7 **really approximate what percent it was.**

8     Q. I'm trying to understand -- I know it was
9 a minority, but are we talking in somewhere 45 to 49
10 percent or one to two percent?

11     Is there any sort of range that you'd be
12 comfortable with approximating?

13     **A. It was not in 40 or 50 percent range.**
14 **Exactly how small it was, I don't remember.**

15     Q. Do you know whether it was more than ten
16 percent?

17     **A. I don't know if it was more than ten**
18 **percent.**

19     Q. Could have been anywhere between one
20 percent and 45 percent?

21     **A. I don't think it was as high as 45**
22 **percent.**

---

**61**

1     Q. What was the determining factor as to
2 whether or not a particular individual received
3 treatment at a staff model community health center
4 versus an outside independent physician practice?

5     **A. Initially it was determined because of the**
6 **product that the employer or the individual**
7 **purchased from Blue Cross.**

8     Q. Did that change over time?

9     **A. Over time it changed when HMO Blue was**
10 **developed and health centers became a provider**
11 **entity within a bigger HMO that also included the**
12 **health centers as well as independent practicing**
13 **physicians.**

14     Q. Within the Braintree site in the '88 to
15 '91 time period, what was the logistical process
16 whereby the needs of the pharmacy in terms of drugs
17 were identified?

18     **A. I don't know.**

19     Q. Do you have any understanding as to how
20 the pharmacy figured out what it needed, went about
21 getting it and then dispensing it?

22     **A. I don't.**

---

Maureen Coneys

April 12, 2006

Boston, MA

17 (Pages 62 to 65)

---

62

1    Q.   What was the logistical process whereby
2  physicians would acquire from the on-site pharmacy,
3  drugs that they wanted to administer to a patient in
4  the office?
5    A.   There was a requisition that they used.
6    Q.   Was that a standard form provided to them
7  by the site?
8    A.   Yes.
9    Q.   So the physician would fill out a
10 requisition form, send it to the pharmacy?
11   A.   Yes.
12   Q.   And the pharmacy would send back the drug?
13   A.   Yes.
14   Q.   Was that all done while a patient was in
15 the office awaiting a drug administration?
16   A.   I don't know if it was done in advance or
17 while a patient was waiting.  I think it depended on
18 the circumstances in terms of what was being
19 administered.
20   Q.   Do you know whether or not the pharmacy at
21 the Braintree site -- withdraw that.  I believe you
22 mentioned earlier that drug purchasing was done at

---

63

1  an overall group level, not at the Braintree site or
2  other sites specifically, right?
3    A.   That's right.
4    Q.   Did the Braintree site then pay any amount
5  to a central organization or pool in return for
6  drugs it was receiving, or did it just receive drugs
7  based on need?
8    A.   As I remember it received drugs based on
9  need.
10   Q.   Now we'd spoke earlier about the financial
11 analysis that was carried out at the Braintree site.
12 Was that folded into any analytical product that was
13 then sent further up in the organization?
14   A.   The Braintree site's financials would be
15 consolidated with the other health centers that were
16 part of Medical East and then also consolidated at
17 the Medical West entity level.  What happened with
18 them beyond that is I'm not sure in terms of how
19 they were -- how much consolidation occurred at the
20 corporate level.
21   Q.   Now were you, as the executive director,
22 responsible for any presentations to the parent

---

64

1  organization to BCBS of Massachusetts executives?
2    A.   No.
3    Q.   Did you interact at all with anyone from
4  the parent organization from BCBS of Massachusetts?
5    A.   No.
6    Q.   Not even a periodic phone calls or
7  meetings?
8    A.   Let me just correct that.  Occasionally I
9  might be in touch with an attorney that worked for
10 Blue Cross Blue Shield or somebody from one or the
11 other administrative support areas like human
12 resources and so forth.
13   Q.   Were you responsible for making any
14 presentations to -- or communications with Ron
15 Davey?
16   A.   Yes.
17   Q.   What sort of interactions did you have
18 with Mr. Davey?
19   A.   I had discussions with him about the
20 performance and operations of the health center in
21 terms of the, you know, performance against budget
22 and so forth. Also dealt with him on any personnel

---

65

1  issues or matters related to the operations of the
2  health center.
3    Q.   In terms of performance and operations,
4  did you make formal presentations to Mr. Davey or
5  just informal chats?
6    A.   They were informal.
7    Q.   Do you know whether or not Mr. Davey had
8  responsibility for presenting information about the
9  Braintree site to his superiors in the organization?
10   A.   I don't know exactly what he presented.
11   Q.   Was any part of the information that you
12 submitted to Mr. Davey discussed with Mr. Davey
13 whether or not the Braintree site was profitable?
14   A.   Yes.
15   Q.   How was profitability determined?
16   A.   It was based on assumed, you know, both
17 administrative and medical expense, assumed versus
18 actual administrative and medical expenses.
19   Q.   By assumed, are you referring to
20 forecasts?
21   A.   Excuse me?
22   Q.   When you say, assumed expenses, are you

---

Henderson Legal Services
(202) 220-4158

Maureen Coneys                                  April 12, 2006
                      Boston, MA

18 (Pages 66 to 69)

---

**66**

1  referring to forecasts?
2      A.  Forecast, right.
3      Q.  So if the Braintree site spent less than
4  had been forecast, was considered profitable and if
5  it spent more than was forecast, was considered not
6  profitable?
7      A.  Correct.
8      Q.  Do you know whether or not those forecasts
9  included analysis of the cost of drugs administered
10  to patients at the health center?
11      A.  I don't specifically remember the pharmacy
12  component of it.
13      Q.  Do you have any reason to think pharmacy
14  was broken out?
15      A.  I don't.
16      Q.  The forecasts, who was responsible for
17  generating those?
18      A.  The finance division.
19      Q.  Was that the finance division at
20  Braintree?
21      A.  The financial associates who worked in the
22  Braintree Health Center did not report to me.  They

---

**67**

1  reported to the finance organization.
2      Q.  Who was the person in charge of the
3  financial associates at the Braintree site?
4      A.  His name was Walter Hutchinson.
5      Q.  Is Mr. Hutchinson still with BCBS of
6  Massachusetts?
7      A.  No.
8      Q.  Do you know when he left the company?
9      A.  I don't remember.
10      Q.  Do you know who Mr. Hutchinson reported to
11  in the financial organization at BCBS of
12  Massachusetts?
13      A.  I don't remember who he reported to.
14      Q.  Do you know what information the financial
15  associates at the Braintree site communicated to the
16  central financial organization?
17      A.  I don't.
18      Q.  Do you know whether the financial
19  associates at the Braintree site were responsible
20  for compiling the forecasts or whether it was the
21  financial organization at Blue Cross Blue Shield of
22  Massachusetts?

---

**68**

1      A.  I don't know.
2      Q.  Do you have an understanding as to whether
3  it was one versus the other or a collaborative
4  product?
5      A.  I don't.
6      MR. MANGI:  Let's go off the record for a
7  moment so the videographer can change his tape.
8      (Off the record briefly.)
9      Q.  Miss Coneys, before the break we were
10  discussing profitability and the fact that it was
11  calculated based on forecasts versus actual.  From
12  the period of time that you were executive director
13  to the Braintree site, was the site profitable?
14      A.  No.
15      Q.  Was profitability assessed on an annual
16  basis or some other basis?
17      A.  It was reviewed monthly.
18      Q.  Were there any monthly periods when the
19  site was profitable?
20      A.  Yes.
21      Q.  For what period of time in the course of
22  those three years was the site profitable versus not

---

**69**

1  profitable?
2      A.  It was mostly unprofitable.
3      Q.  What were the factors that led to the site
4  being not profitable or to actuals exceeding
5  forecast?
6      MR. COCO:  Objection.
7      A.  Could you ask the question again?
8      Q.  Sure.  You mentioned that for the majority
9  of time the site was not profitable.  What were some
10  of the factors that led to the site not being
11  profitable the majority of the time?  In other
12  words, what are some of the factors that led to
13  actuals exceeding forecasts?
14      MR. COCO:  Objection.
15      A.  Some of the factors included the
16  membership at the health center being lower than
17  what was forecasted and therefore what the capacity,
18  you know, was.  What the capacity of the health
19  center was set at versus how many members actually
20  received their care there, and then the other major
21  factor related to utilization, more use than
22  forecasted.

---

Maureen Coneys

April 12, 2006

Boston, MA

19 (Pages 70 to 73)

---

**70**

1    Q.   If the membership was lower than forecast,
2    does that mean that fewer patients sought treatment
3    at the Braintree site that was anticipated?
4    A.   That's correct.
5    Q.   Wouldn't that lead to the site having
6    lower expenses versus higher expenses?
7    A.   It had, you know, overhead that was the
8    space and staff and so forth that it wasn't covered
9    by the volume of members using the site.
10    Q.   Well, how did the number of members that
11    used the site affect the budget of the site or the
12    amount of money that came to the site?
13    A.   There were certain costs for the site that
14    were fixed, so those costs were those costs. There
15    were other costs that were determined based on a per
16    member, you know, per month or per member per year
17    basis, so it was a combination of both
18    methodologies.
19    Q.   Now when you say certain -- when you refer
20    to the per member per month amounts, what are you
21    referring to there?
22    A.   There would be an assumption that for

---

**71**

1    every member there would be a certain amount of
2    hospital care utilized or, you know, office visit
3    care utilized, prescription drug utilized.
4         Those kinds of things were determined on a
5    per member, per month projection versus the cost of
6    the building which was fixed and known in terms of
7    the lease cost and operating costs of the building.
8    Q.   Well, those were the two aspects that
9    built up into the forecast, right?
10    MR. COCO:  Objection.
11    A.   Those were two of the factors.
12    Q.   So there was one amount that was forecast
13    in relation to the fixed expenses, and then there
14    was another amount that was forecast in relation to
15    the number of members who would receive treatment at
16    that site?
17    A.   Right.
18    MR. COCO:  Objection.
19    Q.   Now if fewer than the anticipated number
20    of members sought treatment at the site, wouldn't
21    that result in a lower expenditure by the site?
22    A.   Yes, it would, but it would also result in

---

**72**

1    lower revenue being attributed to the site because
2    the revenue was determined based on the number of
3    patients and members who chose the site as their
4    site of care.
5    Q.   That's the aspect of this I am trying to
6    understand.  How was revenue, number one, determined
7    and then advanced and then calculated?
8    MR. COCO:  Objection.
9    A.   Revenue was determined based on the
10    premium that the health plan collected from the
11    members who selected the health center. There were
12    also some fee for service patients that were seen.
13    The health center did have a contract with the
14    Medicaid program, so it did see some Medicaid
15    members and received some revenue from Medicare as
16    well.
17    Q.   Those premium payments would be made to
18    the central organization to BCBS of Massachusetts,
19    right?
20    A.   Correct.
21    Q.   Would that revenue then be somehow
22    transferred to the Braintree site or attributed to

---

**73**

1    the Braintree site?
2    A.   Attributed to the Braintree site.
3    Q.   Now if the revenue that was attributed to
4    the Braintree site was less than had been
5    anticipated, in other words, if fewer patients chose
6    the Braintree site than had been anticipated, would
7    that affect the actuals number that was used in
8    assessing the profitability of the site?
9    A.   Yes.
10    Q.   How would it affect that actuals number?
11    A.   If there were -- if there was less revenue
12    then there would be less, you know, revenue
13    contributed to the overhead.  The overhead didn't
14    change, much of the overhead.
15    Q.   So the actuals number was not comprised
16    just of expenses.  It was the difference between
17    expenses and revenue attributed to the site, is that
18    correct?
19    A.   Yes.
20    MR. COCO:  I'll insert an objection.
21    Q.   In 1991 you became the regional executive
22    director for HMO Blue, is that correct?

---

Maureen Coneys                                                April 12, 2006
                              Boston, MA

20 (Pages 74 to 77)

---

**74**

1    A.  Yes.
2    Q.  What were the circumstances in which you
3  moved from the Braintree site to the BCBS of
4  Massachusetts organization?
5    A.  The company had made a decision that it
6  would take all of its existing HMO's, both staff
7  model and IPA group models, and combine them into
8  one HMO product and expand it to have a state-wide
9  presence, so I was asked to take a role within the
10  organization that was developing the HMO product.
11    Q.  Was that product referred to as HMO Blue?
12    A.  Yes.
13    Q.  Can you describe in broad terms how HMO
14  Blue was different from what had existed prior and
15  how it functioned in the market?
16    A.  Prior to HMO Blue, Blue Cross had a number
17  of HMO's that were sort of, you know, they were sold
18  as separate products and they were managed in
19  different ways within the organization.  With the
20  development of HMO Blue the company had the desire
21  to combine all of its HMO entities into one entity
22  and one product and market it as one product and

---

**75**

1  make that product state-wide.  The HMO's prior to
2  that did not provide state-wide coverage.  There
3  were gaps in coverage across the state.
4    Q.  So let me see if I understand this.  Prior
5  to HMO Blue a member may sign up for a particular
6  product whereby he would receive his treatment at
7  the Medical East facilities, right?
8    A.  Correct.
9    Q.  Or he may sign up for another product and
10  then he would get his treatment at physician
11  practices outside of the staff model HMO?
12    A.  Correct.
13    Q.  After HMO Blue, how did things change from
14  the perspective of the individual patient who signed
15  onto that product?
16    A.  The patient would sign onto HMO Blue and
17  then would have the choice of physicians, either any
18  physician who was part of HMO Blue which included
19  the physicians who practiced at the health centers.
20    Q.  Now HMO Blue is just the name of the
21  product, correct?
22    A.  Correct.

---

**76**

1    Q.  Did Medical East, Medical West remain in
2  existence after the creation of HMO Blue?
3    A.  They did for some time, but I don't
4  remember exactly when they stopped existing as
5  separate entities.
6    Q.  Are you thinking of a time when a staff
7  model HMO ceased to be a part of BCBS of
8  Massachusetts, or are you thinking of a name change?
9    A.  Both.
10    Q.  Well, let's take them one by one.  After
11  you left the Braintree site, what is your
12  understanding of the changes that took place in the
13  structure and organization of the staff model HMO?
14    A.  The staff model HMO continued to operate
15  as -- I'm sorry -- discontinued to operate as a
16  staff model.  Eventually the physician practices
17  that were owned by Blue Cross that were formally the
18  health center practices or staff model practices
19  were sold.
20    Q.  Now when you refer to staff model stopped
21  operating and health centers being sold, are you
22  referring to one event one time period?

---

**77**

1    A.  I believe they happened in separate time
2  periods.
3    Q.  Well, what happened -- which came first?
4    A.  The staff model stopped operating as a
5  staff model.
6    Q.  What happened in the interim time period
7  between when it stopped operating as a staff model
8  and when the staff centers were sold?
9    A.  The physicians and staff of those health
10  centers continued to be Blue Cross Blue Shield of
11  Massachusetts employees, but there was not a product
12  that was sold as a staff model HMO product, and the
13  health center stopped using the name, Medical West -
14  - I'm sorry, Medical East and Medical West, and the
15  physicians adopted practice names.
16    The Braintree health center became known
17  as the Braintree Medical Associates who were part of
18  HMO Blue.
19    Q.  Now during that interim period the
20  physicians and other staff of the facilities were
21  still full-time salaried employees of BCBS of
22  Massachusetts, right?

---

Maureen Coneys

April 12, 2006

Boston, MA

21 (Pages 78 to 81)

---

78

1    **A.** Yes.

2    Q. Were they still receiving drugs, acquiring

3 drugs through the same channels as before or were

4 they now purchasing them independently?

5    **A.** I don't know.

6    Q. You say that BCBS stopped selling staff

7 model HMO product. Did these facilities in that

8 interim period receive all of their patients through

9 HMO Blue?

10    **A.** No.

11    Q. Where did they get patients from?

12    **A. They began to join other health plans as**

13 **well as accepting private-paying patients.**

14    Q. Did they get some of their patients

15 through HMO Blue?

16    **A.** Yes.

17    Q. Was this in a period of time that was

18 built into the transition to build these up as

19 independent physician practices?

20    **A. I don't understand your question.**

21    Q. Well, this interim period that we've been

22 talking about, was this something that just came

---

79

1 into existence on its own, or was it part of a

2 larger plan to eventually making these independent

3 organizations or selling them?

4    MR. COCO: Objection.

5    **A. I don't know.**

6    Q. Do you know when these two events took

7 place?

8    **A. I don't remember when they happened.**

9    Q. Was it some time in the mid 1990's?

10    **A. I don't know.**

11    Q. Do you know how long the interim period

12 was?

13    **A. I don't know.**

14    Q. Do you know who the health centers were

15 sold to?

16    **A. I believe it was Caremark if I got the**

17 **right name.**

18    Q. Is it your understanding that all of the

19 health centers were sold to Caremark or just some of

20 them?

21    **A. Just some of them.**

22    Q. Do you know how many health centers

---

80

1 Caremark purchased?

2    **A. I don't.**

3    Q. Do you know what portion of the centers

4 were purchased?

5    **A. I don't.**

6    Q. Do you know who bought the other health

7 centers?

8    **A. I don't.**

9    MR. COCO: Objection.

10    Q. Do you know the names of any entities that

11 purchase any of the other community health centers?

12    **A. I don't.**

13    Q. How long were you the regional executive

14 director for HMO Blue?

15    **A. About a year.**

16    Q. From about '91 to '92? What were your

17 responsibilities in that position?

18    **A. I was responsible for the provider network**

19 **in Eastern Massachusetts both in terms of**

20 **contracting with physicians in hospitals as well as**

21 **provider relations.**

22    Q. Anything else?

---

81

1    **A.** No.

2    Q. Were the contracts that you were

3 responsible for specific to HMO Blue?

4    **A.** Yes.

5    Q. So if a physician entered into a contract

6 with BCBS of Massachusetts and with your department

7 specifically, they were agreeing to accept patients

8 for HMO Blue, but not for any other product, is that

9 correct?

10    **A. The contracts that I was responsible for**

11 **were for HMO Blue.**

12    Q. What were the methodologies that those

13 contracts specified for reimbursing physicians for

14 services that they provided?

15    **A. The physicians were reimbursed on fee**

16 **schedule.**

17    Q. How were the physicians reimbursed for

18 drugs that they administered to patients in the

19 office?

20    **A. It was on a fee schedule.**

21    Q. Do you have an understanding as to how

22 either of those fee schedule amounts were calculated

---

Maureen Coneys                                    April 12, 2006
                     Boston, MA

22 (Pages 82 to 85)

---

82

1  or derived?
2      A.  I do not.
3      Q.  Was there a period of time during your
4  tenure at BCBS Massachusetts when you did get an
5  understanding as to how fee schedule amounts are
6  calculated or derived?
7      A.  No.
8      Q.  So as you sit here today you have no
9  understanding as to how BCBS of Massachusetts
10 reimburses providers with drugs they administer in
11 office?
12     A.  No.
13         MR. COCO:  Objection.
14     Q.  You know that it's, in some cases, by
15 reference for fee schedule or not?
16     A.  That's my understanding.
17     Q.  But you don't know what methodology is
18 used to arrive at the numbers on the fee schedule?
19     A.  I do not.
20     Q.  What sort of issues did you deal with in
21 your role as regional executive director for HMO
22 Blue when working on provider network creation and

---

83

1  provider relations?
2      A.  I negotiated hospital contracts for
3  participation in HMO Blue, and HMO Blue was a new
4  product and it was in different payment methodology
5  for the hospitals than they were accustomed to with
6  the core business products, so I dealt with the
7  issues of explaining a change in methodology.
8      Q.  What was the methodology that was used
9  with the other products, and how was the HMO Blue
10 methodology different?
11     A.  I'm not too familiar with the other
12 methodology that was used by the company, but HMO
13 Blue reimbursed on a per diem basis.
14     Q.  Is HMO Blue a product that BCBS
15 Massachusetts still sells today?
16     A.  Yes.
17     Q.  Has HMO Blue remained a product that is
18 sold continuously from '91 to the present?
19     A.  Yes.
20     Q.  Has the product changed in any way?
21     A.  I don't know what you mean.
22         MR. COCO:  Objection.

---

84

1      Q.  Well, you described earlier the broad
2  structure of the product.  In other words, it was
3  intended to encompass all different HMO products
4  that the organization has.  Do you recall that
5  testimony?
6      A.  Yes.
7      Q.  Now obviously as we've discussed, the
8  staff model was sold off at one point.  Other than
9  that have there been any changes in the broad
10 structure of the product and how it's organized?
11         MR. COCO:  Objection.
12     A.  I still don't know exactly what you mean.
13     Q.  Let's break it down.
14     A.  Okay.
15     Q.  Does HMO Blue remain a product that
16 provides patients with state-wide coverage?
17     A.  Yes.
18     Q.  Does HMO Blue currently encompass
19 different types of HMO organizations within it?
20     A.  No.
21     Q.  What types of organizations are currently
22 within HMO Blue?

---

85

1      A.  It is an independent practice model.
2      Q.  In the past were there any models that
3  were part of HMO Blue other than independent
4  practice models and staff model HMO's?
5          MR. COCO:  Objection.
6      A.  I don't -- I don't remember.
7      Q.  Does HMO Blue continue to have product-
8  specific contracts with physicians across the state?
9      A.  Yes.
10     Q.  Do other -- I'll withdraw that.  How many
11 products in total does -- health insurance products
12 -- does BCBS Massachusetts offer at present?
13     A.  Several.  I don't know the exact number.
14     Q.  Do you know what proportion of BCBS
15 Massachusetts members obtain their coverage through
16 HMO Blue versus the other products?
17     A.  I actually don't remember the enrollment
18 number for HMO Blue right now.
19     Q.  Now you were in your position at HMO Blue
20 until about 1992, right?
21     A.  Right.
22     Q.  What happened after that?

---

Maureen Coneys

April 12, 2006

Boston, MA

23 (Pages 86 to 89)

---

86

1     A.  The company restructured and reorganized
2 how it would run the business and adopted a product
3 organization structure, so I became the executive
4 director or product manager for HMO Blue.
5     Q.  Was that just a change in title, or was it
6 also a change in responsibilities?
7     A.  It was a change in responsibilities.
8     Q.  How did your responsibilities change?
9     A.  I now became responsible -- I had P and L
10 responsibility for HMO Blue as a product, and the
11 product was organized in a product management
12 structure where there was a cross-functional product
13 team that I led that was responsible for setting
14 targets for the product in terms of enrollment and
15 performance targets and determining benefit pricing
16 and, you know, other characteristics of how the
17 product would be sold.
18     Q.  Did the regional executive director
19 positions cease to exist after this reorganization?
20     A.  They did.
21     Q.  Who took over responsibility for provider
22 networks and provider relations for HMO Blue?

---

87

1     A.  The core company's provider contracting
2 area.
3     Q.  Did you have any ongoing responsibilities
4 in your new position as executive director for
5 contracting of provider relations?
6     A.  No.
7     Q.  During the time period when you were
8 responsible for contracting '91 to '92, were all
9 providers that chose to participate in HMO Blue
10 reimbursed for services or drugs administered in
11 office at the same rate or was there variation?
12     A.  I don't know.
13     Q.  Was there any individualized negotiation
14 of reimbursement rates?
15     MR. COCO:  Objection.
16     A.  Relative to what?
17     Q.  Well, when you were -- withdraw that.
18 When you were regional director, were you
19 responsible for negotiating contract terms with
20 physicians?
21     A.  Not with physicians.
22     Q.  When your referred to providers earlier in

---

88

1 terms of provider networks and provider relations,
2 did that exclude the -- did you intend that to
3 exclude physicians?
4     A.  It did not.  Provider relations did not
5 exclude physicians.  We didn't negotiate with
6 physicians.
7     Q.  What about provider networks?  Did that
8 include physicians?
9     A.  Yes.
10     MR. COCO:  Objection.
11     Q.  Do I understand your testimony correctly
12 that provider networks and provider relations both
13 included physicians, but there was no negotiation of
14 individual contract terms?
15     A.  That's correct.
16     Q.  So contracts were offered on a take-it or
17 leave-it basis?
18     A.  Correct.
19     MR. COCO:  Objection.
20     A.  Correct.
21     Q.  In your provider relations capacity did
22 you deal with any push-back or resistance from

---

89

1 providers to the terms of the contracts that were
2 being offered?
3     A.  Yes.
4     Q.  What were the objections that providers
5 raised to the terms of the contracts that were being
6 offered?
7     A.  Most of the objections related to
8 requirements under the utilization, management
9 sections of the contract in terms of requirement to
10 get a referral from a primary care physician and the
11 way that would work and other administrative aspects
12 of the contract in terms of the need to provide
13 requested medical records and who would pay for
14 those medical records when they were requested,
15 things like that.
16     Q.  Anything else that comes to mind?
17     A.  No.
18     Q.  Were there any communications from
19 providers regarding the amount of reimbursement that
20 was offered under the contracts relating to HMO
21 Blue?
22     A.  When you say, provider, are you referring

---

Maureen Coneys

April 12, 2006

Boston, MA

24 (Pages 90 to 93)

---

**90**

1 to physicians?
2   Q. Physicians, hospitals, any entity
3 encompassed within provider networks and provider
4 relations?
5   **A. The hospital contracts involved in**
6 **negotiation were around price.**
7   Q. That was in negotiation around the per
8 diem rate that would be offered?
9   **A. That's correct.**
10   Q. How about physicians?
11   **A. There was no discussion around — there**
12 **was no negotiation around the fee schedule.**
13   Q. My question though is a little bit
14 different. Were there any communications that you
15 received from providers in your provider relations
16 capacity addressing the amount of reimbursement or
17 seeking higher reimbursement even though I
18 understand there was no actual negotiation?
19   **A. Yes, we would receive letters.**
20   Q. Now what were the issues that providers
21 raised in relation -- that physicians raised in
22 relation to the amount of reimbursement?

---

**91**

1   **A. Generally related to the fee for**
2 **particular services.**
3   Q. I take it the complaint was that the fee
4 was too low?
5   **A. Correct.**
6   Q. Were any reasons provided as to why fees
7 were considered to be too low for particular
8 services?
9   MR. COCO: Objection.
10   **A. Nothing specific that I can remember.**
11   Q. Do you recall any communications relating
12 not to the amounts relating to fees, but relating to
13 the amount to reimburse drugs administered in the
14 office?
15   **A. No, I don't.**
16   Q. When you became executive director in '92
17 you said your responsibilities included running a
18 cross-functional team. What did that cross-
19 functional team do?
20   **A. It made policy and strategic decisions**
21 **about how HMO Blue would be operated.**
22   Q. What sort of strategic issues was that

---

**92**

1 team grappling with?
2   **A. How to price the product, different issues**
3 **related to benefit design, the provider network,**
4 **marketing.**
5   Q. What were the issues discussed in relation
6 to the provider network?
7   **A. Different when there were providers who**
8 **wanted to be included in the network who were not**
9 **included. There would be decisions made around**
10 **whether to include those providers or not.**
11   Q. In what circumstances would a provider who
12 wanted to be included in the network not be included
13 in the network?
14   **A. Some of it depended on whether there was a**
15 **need for additional access in the area that the**
16 **provider practiced. Some of it related to the**
17 **negotiation or hospital around the terms of their**
18 **participation.**
19   Q. If we focus our attention on physicians,
20 was there a discussion in that cross-functional team
21 of the physician network for HMO Blue?
22   **A. Yes.**

---

**93**

1   Q. What were the issues discussed around the
2 physician network?
3   **A. It would be the same physicians who wanted**
4 **to participate whether it be the plan needed**
5 **additional physicians. When HMO Blue is initially**
6 **established, it was intended to have a limited**
7 **provider network. Over time the strategy was**
8 **modified to be a more inclusive expansive network.**
9   Q. Were there always more physicians wanting
10 to participate than were acquired?
11   **A. I wouldn't say always.**
12   Q. Was the situation we've been discussing
13 common, or was it something that came up only
14 rarely?
15   **A. It came up rarely.**
16   Q. Was there ever a discussion in the cross-
17 functional team of the inverse situation? In other
18 words, was it ever a problem that there weren't
19 enough physicians in the network?
20   **A. In certain specialties in certain**
21 **geographic areas I recall some discussions around.**
22   Q. What was done to address those problems?

---