Maureen Coneys

April 12, 2006

Boston, MA

25 (Pages 94 to 97)

94

1    A.  Strategies were developed to try to
2  negotiate with the providers that were needed.
3    Q.  What were those strategies?
4    A.  I don't remember them specifically, but it
5  was how the providers would be approached and who
6  would approach them and, you know, what the
7  alternatives were in the area if we couldn't get
8  particular providers to join the network.
9    Q.  Was any consideration given to providing
10  additional amounts in reimbursement to incentivize
11  participation in the network?
12    A.  I don't recall any discussion about
13  reimbursement.
14    Q.  How long were you the executive director
15  for HMO Blue?
16    A.  Until 1996, I believe.
17    Q.  What position did you move to in 1996?
18    A.  I became the deputy director of Blue Cross
19  Blue Shield of Massachusetts and New Hampshire, LLC.
20    Q.  Let my pen catch up with that for a
21  second. There's a lot packed into that title.  Can
22  you help me understand the various aspects of that?

95

1    A.  Yes.  At that time Blue Cross of
2  Massachusetts and Blue Cross of New Hampshire had a
3  desire to work together to strengthen the regional
4  presence in the Blue Cross plans, and there was a
5  small group that was designated to work on what that
6  would look like, and I was one of those people.
7    Q.  Was a particular entity created called
8  BCBS of Massachusetts and New Hampshire, LLC?
9    A.  There was an LLC.  The title was something
10  like what I described.
11    Q.  What were the parameters under which the
12  two BCBS organizations wanted to work together?
13    A.  Both plans would remain independent of one
14  another, but would collaborate on various activities
15  to improve our position in the marketplace or
16  improve our efficiency as organizations.
17    Q.  Did any aspect of that collaboration
18  include the sharing of provider networks?
19    A.  No.
20    Q.  What sort of areas were encompassed by the
21  collaborative work?
22    A.  Some of the health management programs,

96

1  whether there were any opportunities to collaborate
2  on the administration of disease management and
3  other health management programs, you know,
4  purchasing kinds of discussions.  I can't remember
5  any of the other things we looked at.
6    Q.  What do you mean when you refer to
7  purchasing?
8    A.  Supplies.
9    Q.  Are you referring to gauzes, bandages,
10  things like that?
11    A.  It would actually be more office supplies.
12    Q.  Did that include drugs?
13    A.  No.
14    Q.  How many people were involved in that
15  collaborative effort?
16    A.  Four.
17    Q.  I take it one of them was the director?
18    A.  Yes.
19    Q.  And who were the two who worked below you?
20    A.  There was another person who was at the
21  same level I was, Alan Rosenberg, and then there was
22  somebody who worked at the next level whose name was

97

1  Sheila Buckley.
2    Q.  Who was the person who was the director?
3    A.  Sharon Smith.
4    Q.  How long were you the deputy director of
5  that entity?
6    A.  About a year and a half.
7    Q.  Did the collaborative effort continue
8  beyond that?
9    A.  No.
10    Q.  So it lasted -- did it last in total for
11  that year-and-a-half time period?
12    A.  Right.
13    Q.  What was the conclusion of that
14  collaborative effort?
15    A.  I don't know exactly what you mean.
16    Q.  Were efforts at collaboration ended, or
17  were they made part of a different process?
18    A.  They were made part of a different
19  process.
20    Q.  And how was that change -- what was that
21  change structure?
22    A.  I don't remember exactly how it was

Maureen Coneys                                                    April 12, 2006
                              Boston, MA

26 (Pages 98 to 101)

| 98 |
|---|

1  structured.
2      Q.  Was Ms. Smith the director of that effort
3  throughout that time period?
4      A.  For the year and a half, yes.
5      Q.  In 1997, that ended in 1997, correct?
6      A.  I believe it was 1997.
7      Q.  Where did you -- what position did you
8  move to then?
9      A.  Vice president for government programs.
10     Q.  How long did you hold that position?
11     A.  Until 2001.
12     Q.  2001?
13     A.  Ah-hah.
14     Q.  What were the government programs that you
15 were the vice president responsible for?
16     A.  Responsible for the company's contract
17 with the Medicaid program and with federal
18 government for its Bluecare 65 product.
19     Q.  Now what was the contract in relation to
20 Medicaid?
21     A.  The Medicaid contracts with health plans
22 to enroll Medicaid recipients into their health

| 99 |
|---|

1  plans. For some period of time Blue Cross was a
2  contracting health plan to Medicaid.
3      Q.  Now in those situations what amount was
4  Medicaid paying to BCBS of Massachusetts in relation
5  to Medicaid patients who had enrolled in its
6  programs?
7      A.  I don't remember the amount we were paid.
8      Q.  How was it calculated?
9      A.  It was calculated based on a formula that
10 the state, you know, used, and I don't remember the
11 details of the formula.
12     Q.  Was it a capitated amount?
13     A.  Yes.
14     Q.  Were the Medicaid patients then enrolled
15 in a specific BCBS of Massachusetts product, or did
16 they have a choice of product?
17     A.  They were enrolled in HMO Blue.
18     Q.  Did the Medicaid patients have to pay
19 premiums to BCBS Massachusetts?
20     A.  No.
21     Q.  So their entire payment was made by the
22 Medicaid program to BCBS of Massachusetts?

| 100 |
|---|

1      A.  That's correct.
2      Q.  Now the amounts that BCBS of Massachusett
3  then reimbursed physicians who treated those
4  patients, were those the same amounts that were
5  reimbursed to physicians who were treating any other
6  HMO Blue patient?
7      A.  I believe so.
8      Q.  So BCBS Massachusetts did not reimburse
9  providers at the same rate as Medicaid would have
10 reimbursed them had the patient had direct Medicaid
11 coverage?
12     A.  Correct.
13        MR. COCO:  Objection.
14     Q.  Do you know what methodologies of Medicaid
15 was used over time to reimburse providers in
16 Massachusetts treating Medicaid patients?
17     A.  No.
18     Q.  Do you have an understanding what
19 methodologies have been used at any time by Medicaid
20 in Massachusetts?
21     A.  I believe they pay fee for service.
22     Q.  Do you know how the amounts in the fee for

| 101 |
|---|

1  service schedule are calculated?
2      A.  No, I do not.
3      Q.  Or derived?
4      A.  No.
5      Q.  How long did BCBS Massachusetts have the
6  Medicaid programs that we've been discussing?
7      A.  For several years, but I don't remember
8  the exact time line.
9      Q.  Did the program start when you became VP
10 for government programs, or did they already exist?
11     A.  They already existed.
12     Q.  Were the programs concluded, terminated
13 during your tenure as the VP for government
14 programs?
15     A.  Yes.
16     Q.  Some time in '97 to 2001?
17     A.  Yes.
18     Q.  Do you know when approximately?
19     A.  I don't remember when.
20     Q.  Now the BC65 product, that was a similar
21 product on the Medicare side, correct?
22     A.  It was a --

Maureen Coneys

April 12, 2006

Boston, MA

102

1       MR. COCO:  Objection.
2       A.  It was a contract with the what's now
3  called CMS.
4       Q.  Now CMS would then pay BCBS of
5  Massachusetts a capitated amount, correct?
6       A.  Correct.
7       Q.  And BCBS Massachusetts would then enroll
8  patients in its own product?
9       A.  That's correct.
10      Q.  Now in this case those patients were
11 enrolled in a specific product, correct?
12      A.  Yes.
13      Q.  And that product was the BC65 product?
14      A.  Yes.
15      Q.  That's a product unique to Medicare
16 patients?
17      A.  Yes.
18      Q.  Managed Medicare?
19      A.  Yes.
20      Q.  Now during this time period '97 to 2001,
21 what were you doing on a day-to-day basis in
22 relation to these two programs?

103

1       A.  Evaluating, again, the benefit design.  It
2  was different for Medicaid than it was for Bluecare
3  65.
4       Q.  Let's take them one by one.  Let's start
5  with Medicaid.
6       A.  For Medicaid it was making sure that we
7  were in compliance with the contract requirements
8  with the state, and I actually spent most of the
9  time that I dealt with Medicaid evaluating an RFP
10 that they were issuing for a new program and whether
11 Blue Cross would continue to participate in the
12 Medicaid program under this new contract that
13 Medicaid was offering.
14      Q.  Anything else?
15      A.  No.
16      Q.  How about in relation to the BC65 product?
17      A.  For Bluecare 65 I was responsible for the
18 product design, the operations area and the claims
19 processing enrollment, grievance area for Bluecare
20 65.  I was also responsible for compliance,
21 responsible for working on what the supplemental
22 premium would be that we would charge in determining

104

1  the financial, you know, plan for Bluecare 65.
2  Maintaining the network.
3       Q.  Now we'll come back to BC65 in a little
4  while.  Let me ask you a bit more about the Medicaid
5  product.
6       Why did BCBS of Massachusetts decide to
7  stop participating in that program or to cease
8  contracting with the government to treat Medicaid
9  patients?
10      A.  Blue Cross was losing money on the
11 contract, and the state was in the process of
12 rolling out a new program that was going to require
13 the health plan to manage more complex categories of
14 Medicaid recipients, and the health plan didn't have
15 really the resources and skillset to manage the new
16 populations that the state was asking to be part of
17 the program, so the company had to make a decision
18 whether it wanted to, you know, secure additional
19 resources and expertise or whether it wanted to not
20 continue to be part of the program, and the company
21 made the decision not to continue.
22      Q.  Was the financial problem the fact that

105

1  the capitated payments that were offered were set at
2  a rate that was too low?
3       A.  Yes.
4       Q.  Were there any other aspects of the
5  financial arrangement that contributed to this being
6  an option that BCBS Massachusetts decided not to
7  pursue?
8       A.  Not related to the financial arrangement.
9       Q.  Now from the perspective of an individual
10 Medicaid patient, how would his options differ if he
11 enrolled in Medicaid directly versus through BCBS of
12 Massachusetts?
13      MR. COCO:  Objection.
14      A.  I don't remember.
15      Q.  Would a patient's financial obligations in
16 terms of co-payments or co-insurance obligations,
17 vary depending on whether they enrolled through BCBS
18 of Massachusetts or directly with Medicaid?
19      A.  I don't remember.
20      Q.  In 2001 did your position change?
21      A.  Yes, it did.
22      Q.  What did you move to in 2001?

Maureen Coneys                                        April 12, 2006

Boston, MA

28 (Pages 106 to 109)

---

106

1   A.  I became the senior vice president for
2 health care quality and cost.
3        MR. COCO:  That sounds like you're about
4 to get into another category.  We've been going
5 about an hour.
6        MR. MANGI:  Sure.  Let me cover a quick
7 question and then we'll be done.
8   Q.  How long did you hold that position?
9   A.  I still hold that position.
10   Q.  Have you held that position continuously
11 from 2001 to the present?
12   A.  Yes.
13        MR. MANGI:  All right, let's take a break.
14        (Brief Recess.)
15   Q.  Miss Coneys, I'd like to ask you a few
16 more questions about the staff model HMO for BCBS
17 Massachusetts.  I believe you testified earlier that
18 some of the patients who were treated at the
19 community health centers were originally enrolled in
20 products that provided that their treatment would be
21 at such sites, right?
22   A.  Correct.

---

107

1   Q.  And later on they were enrolled in HMO
2 Blue which included the staff model sites as one
3 option among different sites?
4   A.  That's right.
5   Q.  Other than those patients who came to the
6 staff model facilities through those products, I
7 believe you mentioned that there were also patients
8 treated at those health centers who got their health
9 insurance through other health insurance companies,
10 is that correct?
11   A.  That wasn't always the case, but in the
12 later years that Blue Cross owned the health centers
13 that was true.
14   Q.  Do you have a sense as to what time period
15 that was?
16   A.  It was after HMO Blue was developed.
17   Q.  That's after '91?
18   A.  After '92 actually.
19   Q.  In addition to those patients were there
20 patients who came in for treatment to the staff
21 model HMO sites that had no health insurance?
22   A.  Yes.

---

108

1   Q.  They were cash-paying patients?
2   A.  Yes.
3   Q.  In relation to the patients who had their
4 insurance from different health insurers other than
5 BCBS of Massachusetts, how was the amount of
6 reimbursement to the Medical East Medical West
7 facilities determined?
8        MR. COCO:  Objection.
9   A.  I don't know.
10   Q.  Do you know whether those other health
11 insurers contracted directly with the community
12 health centers, or did they contract with BCBS of
13 Massachusetts to allow access to all the community
14 health centers?
15   A.  I don't know.
16   Q.  Do you know what methodologies were
17 utilized to reimburse the staff model HMO sites for
18 services rendered with drugs administered to those
19 members of other insurance companies?
20   A.  I don't know.
21   Q.  How about the cash-paying customers?  How
22 were the amounts that they were charged determined?

---

109

1   A.  It was a fee schedule.
2   Q.  Was there a fee schedule specific to
3 services and others specific to drugs that they may
4 be administered in the course of a visit?
5   A.  I don't remember.
6   Q.  Do you know how the amounts of those fee
7 schedules were calculated?
8   A.  I don't.
9   Q.  Do you know whether the amounts on those
10 fee schedules were intended to equal the costs to
11 the facility of providing those services or
12 acquiring those drugs, or did they also incorporate
13 an element of margin?
14   A.  I don't know.
15   Q.  Between the time period that you were
16 executive director of the Braintree site, were there
17 cash-paying customers being treated at that
18 facility?
19   A.  Yes.
20   Q.  Was it your expectation that your site,
21 that had some profitability issues, would be
22 charging those patients an amount exactly equal to

---

Henderson Legal Services
(202) 220-4158

Maureen Coneys                                                    April 12, 2006

Boston, MA

29 (Pages 110 to 113)

110

1  the cost of rendering services and administering
2  drugs to them?
3        MR. COCO:  Objection.
4     A.  I don't remember.
5     Q.  Did you have an expectation one way or the
6  other in terms of whether you would bill them purely
7  at cost for everything or at some amount higher than
8  cost?
9     A.  I don't remember ever having any
10 discussions around that.
11    Q.  Did you have an expectation one way or the
12 other?
13    A.  I did not.
14    Q.  The fee schedules that determined how much
15 was paid by a cash-paying customer, were those,
16 during the time you were executive director of the
17 Braintree site, maintained in paper format?
18    A.  I don't remember ever seeing the fee
19 schedule in paper or otherwise.
20    Q.  The time period -- but you're aware that
21 those fee schedules did exist, correct?
22    A.  Right.

111

1     Q.  During the time period that you were
2  executive director of the Braintree site, was there
3  any sort of electronic technology utilized at the
4  site such that could have housed fee schedules?
5     A.  There were computers that were used.
6     Q.  Do you have any understanding as to
7  whether or not fee schedules in that late '80's,
8  early '90's period, were maintained on computers?
9     A.  I don't know.
10    Q.  Did the staff model facilities maintain
11 any fee schedules other than the ones used in
12 determining the amounts that would be paid by cash
13 off-the-street uninsured patients?
14    A.  No.
15    Q.  So if one were to look through files of
16 staff model HMO's, one came across fee schedules,
17 they would be specific to these cash-paying
18 uninsured patients and the amounts they were
19 charged?
20       MR. COCO:  Objection.
21    Q.  Is that accurate?
22    A.  Could you say it again?

112

1     Q.  Sure.  If I were to look through the files
2  of the Braintree site or other staff model HMO sites
3  and came across fee schedules, would those be fee
4  schedules determining the amounts that would be paid
5  by these cash-paying patients, the uninsured
6  patients who would come in off the street, or could
7  these fee schedules relate to something else?
8        MR. COCO:  Objection.
9     A.  I don't know.
10    Q.  Well, would there be any other fee
11 schedules that you are aware of other than the fee
12 schedules we've discussed relating to cash-paying
13 patients?
14    A.  There are none that I'm aware of.
15       MR. COCO:  Objection.
16    Q.  Now in 2001 you came to your current
17 position which is VP for health care quality and
18 cost?
19    A.  Correct.
20    Q.  Is it just cost or cost containment?
21    A.  Just cost.
22    Q.  What are your responsibilities in this

113

1  position?
2     A.  I'm responsible for the company's health
3  care quality strategy and programs and the company's
4  health management and utilization management
5  programs.
6     Q.  Anything else?
7     A.  No.  Under the quality area I am
8  responsible for all the accreditation activities for
9  the various entities that accredit health plans.
10    Q.  So accreditation of health plans or
11 physicians?
12    A.  Health plans.
13    Q.  What sort of entities provide
14 accreditation to health plans?
15    A.  National Committee on Quality Assurance,
16 NCQA.
17    Q.  Now have your responsibilities changed in
18 any way between 2001 and 2006?
19    A.  Not really.
20    Q.  I'd like to talk first about the health
21 care quality aspect of your role.  Other than
22 accreditation of BCBS of Massachusetts, what other

Maureen Coneys                                    April 12, 2006
                        Boston, MA

30 (Pages 114 to 117)

---

**114**

1   issues do you deal with in relation to health care
2   and quality and strategies?
3       A.  I deal with the evaluation of quality
4   metrics that are used in the industry and how they
5   should be applied in Blue Cross Blue Shield of
6   Massachusetts programs.  I also deal with a hospital
7   quality reimbursement program as part of our
8   contracts with the hospitals in the state, and I'm
9   responsible for the company's peer review activity,
10  patient care assessment activity.
11      Q.  Anything else?
12      A.  I think that's pretty much it.
13      Q.  What do you mean when you refer to quality
14  metrics?
15      A.  There are various nationally industry
16  recognized ways in which the industry measures the
17  quality of care that patients receive in the health
18  care system, and my area is responsible for
19  evaluating those metrics and deciding how we can use
20  those measurement systems and metrics to help
21  promote and improve quality of care in the health
22  care system.

---

**115**

1       Q.  Is quality of care assessed through
2   service of patient satisfaction?
3       A.  That's one method.
4       Q.  What other methods do you utilize?
5       A.  Through claims.
6       Q.  I'm sorry?
7       A.  Through claims.
8       Q.  Through claims?  How do claims provide
9   information about quality of care?
10      A.  We can use claims to determine if patients
11  are receiving the treatments and tests and care
12  that's suggested based on the conditions they have.
13          We also can identify where there have been
14  complications from procedures that were done from
15  claims.
16      Q.  After quality metrics the second aspect of
17  the quality you earlier mentioned is hospital
18  quality.  I believe you said reimbursement programs?
19      A.  Incentive program.  That's —
20      Q.  What are those?
21      A.  That's part of our — when we contract
22  with hospitals and negotiate our reimbursement terms

---

**116**

1   with hospitals, we include in that an incentive
2   program where they can earn additional money from us
3   if they achieve agreed upon improvements in quality
4   metrics.
5       Q.  Is this the same quality metrics we've
6   just been discussing?
7       A.  They are some of them, yes.
8       Q.  Other than your assessment of your work in
9   relation to hospital incentive programs, do you play
10  any role in hospital contracting?
11      A.  No.
12      Q.  Are you familiar with Medicaid shortfall
13  payments or government shortfall payments?
14      A.  Only in hearing them as a general topic in
15  the company.
16      Q.  What's your understanding as to what those
17  are?
18      A.  Payments that the hospitals look to us for
19  to make up for the money they're not getting from
20  Medicaid.
21      Q.  If a hospital is not getting a sufficient
22  amount of reimbursement from Medicaid, how does that

---

**117**

1   involve the BCBS of Massachusetts?
2       A.  I don't know.
3          MR. COCO:  Objection.
4       Q.  Have you gained, at any point, any
5   understanding as to why BCBS Massachusetts makes
6   these payments?
7       A.  No.
8       Q.  Do you have any idea as to why it makes
9   the payments?
10      A.  No.
11      Q.  Is it your understanding that those
12  payments are made on a regular basis to hospitals?
13      A.  I don't know how they're made.
14      Q.  Are you aware if Medicaid shortfall
15  payments only as a concept, or do you know whether
16  or not they've actually been implemented and
17  applied?
18      A.  I'm aware of them as a concept.
19         MR. COCO:  Objection.
20      Q.  Who's responsible for handling Medicaid
21  shortfall payments at BCBS of Massachusetts?
22         MR. COCO:  Objection.

---

31 (Pages 118 to 121)

**118**

1    A.  I'm not sure there's anybody who owns
2  Medicare shortfall payments at Blue Cross Blue
3  Shield of Massachusetts.
4    Q.  Who's in charge of the hospital contract?
5    A.  Deb Devaux.
6    Q.  Are you familiar with the fact that BCBS
7  of Massachusetts is in the process of changing its
8  methodology for reimbursing hospital outpatient
9  departments for drugs administered to its members?
10    A.  No, I'm not.
11    Q.  Are you aware of the fact that BCBS
12  Massachusetts is moving that setting from a
13  percentage of charge-based methodology to the AWP-
14  based methodology?
15    A.  I'm not aware of that.
16    Q.  Are you familiar with the term percentage
17  of charge?
18    A.  Yes.
19    Q.  What's your understanding as to what that
20  means as a reimbursement methodology?
21    A.  It means that we pay a percent of what the
22  charge is.

**119**

1    Q.  What's the charge?
2    A.  Whatever the provider charges for service.
3    Q.  In the course of your tenure in the
4  industry, when's the first time you heard of the
5  term, AWP?
6    A.  When I worked for Bay State Health Care.
7    Q.  And what was the time period on that?
8    A.  That was 1979 to 1987.
9    Q.  In what context during your time at Bay
10  State did you have occasion to deal with average
11  wholesale price or AWP?
12    A.  I actually never dealt directly with AWP
13  or the concept of it.  I heard it as a term while I
14  was at Bay State.
15    Q.  Do you recall the circumstances in which
16  you heard the term being used?
17    A.  It was related to Bay State's prescription
18  drug program.
19    Q.  Did you gain an understanding at that time
20  of what AWP meant or what it was?
21    A.  I only gained an understanding of what the
22  initials stand for.

**120**

1    Q.  Did you ever hear AWP referred to as ain't
2  what's paid?
3    A.  No.
4    Q.  Have you ever heard that term before
5  today?
6    A.  No.
7    Q.  After your time at Bay State did you ever,
8  in the course of your work in the industry, have
9  occasion to gain an understanding of average
10  wholesale price beyond what the acronym stands for?
11    A.  No.
12    Q.  Now I'd like to ask you about the NM3
13  committee.  Are you familiar with that?
14    A.  Yes, I am.
15    Q.  What does NM3 stand for?
16    A.  It stands for new medical management
17  model.  Steering committee.  The NM3 is new medical
18  management model steering committee.
19    Q.  What does that committee do?
20    A.  It evaluates health management program
21  opportunities and evaluates business cases around
22  new programs and existing programs and makes

**121**

1  decisions as to whether the company should invest in
2  the development or acquisition of programs.
3    Q.  How long has the NM3 committee been in
4  existence?
5    A.  Since probably 2001, 2002.
6    Q.  Have you been a member of that committee
7  since its inception?
8    A.  Yes.
9    Q.  Remain a member of that committee today?
10    A.  Yes.
11    Q.  What sort of issues has the NM3 committee
12  dealt with over time?
13    A.  It has dealt with the development of
14  disease management programs for diabetes or coronary
15  artery disease, for rare diseases, for depression.
16  It has looked at a Blue Health coach program.
17       It has also dealt with a radiology
18  management program.  It has looked at some
19  chiropractic utilization issues.
20    Q.  Do you recall the NM3 committee dealing
21  with the issue of implementing specialty pharmacy
22  programs?

Maureen Coneys                                       April 12, 2006
                          Boston, MA

32 (Pages 122 to 125)

|  | 122 |
|---|---|
| 1 | A.  Yes. |
| 2 | Q.  Let's turn to a document. |
| 3 | MR. MANGI:  Mark this as Exhibit Coneys |
| 4 | 001 to the deposition. |
| 5 | (Overview of Specialty Pharmacy |
| 6 | marked Exhibit Coneys 001.) |
| 7 | Q.  Would you please take a moment to |
| 8 | familiarize yourself with that document, and let me |
| 9 | know when you're ready. |
| 10 | Have you ever seen the document marked as |
| 11 | Exhibit Coneys 001 before? |
| 12 | A.  I don't remember specifically seeing the |
| 13 | document before. |
| 14 | Q.  Is the content of the document familiar? |
| 15 | A.  Yes. |
| 16 | Q.  Did you participate in the consideration |
| 17 | of the NM3 committee regarding whether or not |
| 18 | specialty pharmacy programs should be implemented |
| 19 | and if so, what the parameters of those programs |
| 20 | should be? |
| 21 | A.  Yes, I did. |
| 22 | Q.  When was this issue first brought up at |

|  | 123 |
|---|---|
| 1 | BCBS of Massachusetts? |
| 2 | A.  I don't remember specifically, but it was |
| 3 | a couple of years ago, I believe. |
| 4 | Q.  Do you recall who first raised the issue? |
| 5 | A.  I don't specifically remember who raised |
| 6 | it. |
| 7 | Q.  Logistically what were the steps that the |
| 8 | committee went through in considering this issue? |
| 9 | A.  I'm sorry. |
| 10 | Q.  Let me clarify the question.  Was the NM3 |
| 11 | committee the group tasked with considering whether |
| 12 | or not to implement a specialty pharmacy program? |
| 13 | A.  Initially, yes. |
| 14 | Q.  Over what period of time did the NM3 |
| 15 | committee consider that issue? |
| 16 | A.  I don't remember the specific dates, but |
| 17 | it was over a several-month period. |
| 18 | Q.  Can you describe for me logistically what |
| 19 | work or analysis was being done in relation to |
| 20 | specialty pharmacies during that period of some |
| 21 | months? |
| 22 | A.  The part of the work involved educating |

|  | 124 |
|---|---|
| 1 | the group on what specialty pharmacy services were |
| 2 | which is what some of what's in here looks like it |
| 3 | may have been doing, and analyzing how much the |
| 4 | company is spending on specialty pharmacy services |
| 5 | and discussions around how specialty pharmacy is |
| 6 | generally handled in the industry and what options |
| 7 | are around how health plans tend to handle specialty |
| 8 | pharmacy services. |
| 9 | Q.  What were the options that were being |
| 10 | discussed? |
| 11 | A.  Contracting with particular vendors to |
| 12 | provide, you know, exclusive or whatever basis |
| 13 | specialty pharmacy services on behalf of our |
| 14 | members. |
| 15 | Q.  What analysis was done around these |
| 16 | issues? |
| 17 | A.  How much we're spending for different |
| 18 | categories of specialty drugs and I believe there |
| 19 | was some benchmarking of industry activities around |
| 20 | who contracts with various vendors and so forth. |
| 21 | Q.  Who's responsible for performing that |
| 22 | analysis? |

|  | 125 |
|---|---|
| 1 | A.  The analysis was performed jointly by our |
| 2 | actuarial department and our ancillary provider |
| 3 | contracting area. |
| 4 | Q.  Do you recall the names of any of the |
| 5 | individuals who were involved in that analysis? |
| 6 | A.  John Killion from our provider contracting |
| 7 | area, and I don't remember specifically which of the |
| 8 | actuarial people were involved. |
| 9 | Q.  Do you recall what was analyzed around the |
| 10 | issue of what's being spent and benchmarking? |
| 11 | A.  I don't understand. |
| 12 | MR. COCO:  Objection. |
| 13 | Q.  In terms of the analysis, you described it |
| 14 | as is encompassing number one, how much was being |
| 15 | spent, two, analysis around benchmarking and three, |
| 16 | the issue of who people in the industry are |
| 17 | contracting with. Did I write that down correctly? |
| 18 | A.  You did. |
| 19 | Q.  My question is in relation to the first |
| 20 | two issues; how much is being spent and around the |
| 21 | issue of benchmarking.  What, specifically, was |
| 22 | being analyzed? |

Maureen Coneys

April 12, 2006

Boston, MA

**126**

1    MR. COCO: Objection.
2    **A. How much was being spent, we were**
3    **analyzing for specialty drugs that are considered to**
4    **be specialty drugs. How much we spend as a health**
5    **plan both in aggregate and on per member basis.**
6    Q. By spent, are you referring though to the
7    amounts that are reimbursed to the health care
8    providers who administer those drugs to members?
9    **A. Yes.**
10   Q. And what are you referring to when you
11   talk about benchmarking?
12   **A. Looking at how other plans in the industry**
13   **are providing these services, whether they're**
14   **contracting on an exclusive basis with a vendor or**
15   **multiple vendors or how they're providing the**
16   **services.**
17   Q. Was any analysis performed of the amounts
18   that were currently being spent reimbursing
19   providers for specialty drugs versus the amount that
20   would be spent under a specialty pharmacy program?
21   **A. Yes.**
22   Q. Do you recall who performed that analysis?

**127**

1    **A. I believe again it was performed by**
2    **actuarial in conjunction with John Killion's area.**
3    Q. Do you recall what the conclusions were of
4    that analysis?
5    **A. That there were potential savings, but I**
6    **don't remember any specific numbers in terms of how**
7    **much could be saved through specialty pharmacy**
8    **contracting.**
9    Q. Now was that analysis of potential savings
10   broken up? In other words, was it we could save X
11   number if these drugs were subject to specialty
12   pharmacy programs, or was it if we moved all
13   specialty drugs to special pharmacy programs, here's
14   how much we'd save?
15   **A. We looked at specific categories and kinds**
16   **of drugs.**
17   Q. And within specific categories was the
18   amount of potential savings calculated?
19   **A. There were estimates calculated.**
20   Q. Do you recall whether oncology drugs were
21   one category that was assessed?
22   **A. Yes.**

**128**

1    Q. Do you recall what the conclusions were of
2    that analysis in relation to oncology drugs?
3    **A. I do not.**
4    Q. Do you recall whether the analysis
5    revealed the potential net savings?
6    **A. Yes, it did.**
7    Q. Do you recall whether that potential net
8    savings on annualized basis was hundreds of dollars,
9    thousands of dollars, millions of dollars?
10   **A. I don't recall.**
11   Q. Do you maintain copies of any of this
12   financial analysis around the specialty pharmacy
13   issue in your files?
14   **A. I do not.**
15       MR. MANGI: For the record, would call for
16   the production of the analysis that's been the
17   subject of this testimony pertaining to specialty
18   pharmacy products and contemplation of potential
19   savings.
20       MR. COCO: And we request that you put
21   that request in a separate letter.
22       MR. MANGI: While we're on the topic, I'll

**129**

1    also put this in the letter to reiterate the request
2    made at a previous deposition for custodian
3    information as in Exhibit Coneys 001.
4        MR. COCO: I'm sorry?
5        MR. MANGI: Did you not hear any of it or
6    all of it?
7        MR. COCO: You were talking softly. I
8    didn't understand.
9        MR. MANGI: I'll repeat a request we made
10   at an earlier deposition for custodian information
11   regarding the document that's been marked as Exhibit
12   Coneys 001.
13       MR. COCO: And could you put that in a
14   follow-up letter?
15       MR. MANGI: We would be happy also to put
16   that in a follow-up letter.
17       MR. COCO: Okay.
18   Q. Could you turn, please, to -- if you look
19   at Exhibit Coneys 001 you'll see on the bottom left
20   there is a number starting with BCBSMA-AWP on the
21   left-hand side of the page?
22   **A. Ah-hah.**

Maureen Coneys                                                      April 12, 2006
                              Boston, MA

34 (Pages 130 to 133)

---

130

1    Q.   Could you turn to the page numbered 10598,
2  please?  Could you please review that page and let
3  me know when you're ready to proceed?
4    A.   Okay.
5    Q.   At the bottom of that page is a reference
6  to a New York Times article.  Do you see that?
7    A.   Yes.
8    Q.   Do you recall that article?
9    A.   I do not.
10   Q.   Do you recall any discussion of that
11 article in the NM3 committee?
12   A.   I do not.
13   Q.   Following that there's discussion that
14 states, "Physicians are able to obtain discounts as
15 high as 86 percent on medications.  Plan
16 reimbursement providers for medication is in the
17 range of AWP minus five percent."  Is that
18 difference between physicians' drugs acquisition
19 costs and reimbursement an issue that you recall
20 discussed in relation to the implementation of
21 specialty pharmacy programs?
22   A.   I do not.

---

131

1    Q.   Are you aware of that issue being subject
2  of discussion at BCBS of Massachusetts in any other
3  context?
4    A.   I do not.
5    Q.   Were you aware of the information
6  memorialized on this page before you just read it
7  now?
8    A.   I don't remember seeing it before.
9    Q.   Were you aware of the fact before you read
10 this document that there is a difference between the
11 amount which physicians acquire drugs and the
12 amounts that they were reimbursed?
13   A.   I was not aware of that.
14   Q.   Now looking through the rest of this
15 document is there anything in this document that
16 would give you an understanding as to when or why
17 this was created?
18      MR. COCO:  Objection.
19   A.   Can you ask me that question again?
20   Q.   Sure.  Looking through this document is
21 there anything in here that gives you an
22 understanding as to when this would have been

---

132

1  created or for what purpose?
2    A.   I don't know.
3    Q.   If we turn to the page marked 10 which is
4  10601, please, you'll see there is data analysis
5  here dealing with the period of January of '02 until
6  September of '02.  Do you see that?
7    A.   Yes, I do.
8    Q.   Is this the time period for which data
9  analysis was being performed when the NM3 committee
10 was considering whether or not to move to specialty
11 pharmacies?
12   A.   I don't remember when NM3 was considering
13 looking at or was looking at specialty pharmacy.
14   Q.   Was it generally in the '02 to '04 time
15 period?
16   A.   That sounds like it could be a good time
17 period.
18   Q.   Is the analysis reflected at page 10 and
19 page 11 the type of analysis that you recall being
20 considered being carried out in contemplation of
21 whether or not the NM3 committee should move to
22 specialty pharmacies?

---

133

1    A.   Yes.
2    Q.   And turning to the next page which is page
3  12, are those implementation considerations the same
4  as the issues that the NM3 committee was
5  considering?
6    A.   Yes.
7    Q.   If we turn to the next page, page 13, does
8  that time line look at all familiar?
9    A.   Yes.
10   Q.   What does that time frame appear to be?
11      MR. COCO:  Objection.
12   A.   It appears to be a project time line.
13   Q.   Is this the time line -- is this time line
14 familiar to you as a time line pertaining to the NM3
15 committee's contemplation of the move to specialty
16 pharmacies?
17   A.   I don't remember the time line, when they
18 were considering it.
19   Q.   Does looking at pages 10 through 13
20 refresh your recollection as to whether or not this
21 document was created by the NM3 committee or for the
22 NM3 committee as part of its contemplation to move

---

Maureen Coneys

April 12, 2006

Boston, MA

35 (Pages 134 to 137)

---

134

1  to specialty pharmacies?

2  **A.  On Page 13 it refers to a date on which**

3  **overview of data will be presented to NM3.**

4  Q.  Would that indicate that the answer to my

5  question is yes?

6  **A.  Yes.**

7  MR. COCO:  Objection.

8  VIDEOGRAPHER:  This is the end of tape

9  number two.  The time is 12:43.  We are off the

10  record.

11  (Brief Recess.)

12  Q.  Miss Coneys, before the break we were

13  talking about the NM3 committee's contemplation of

14  specialty pharmacy programs, and you described some

15  of the analytical work that was performed.

16  What happened after the analytical work

17  was complete?  What was the next stage in the

18  decision-making process?

19  MR. COCO:  Objection.

20  **A.  I'm not sure I understand what you mean by**

21  **the next.**

22  Q.  Well, the issue first came up and was

---

135

1  discussed in the NM3 committee before analysis was

2  performed, right?

3  **A.  Ah-hah.**

4  Q.  Did the NM3 committee request that the

5  analysis be performed?

6  **A.  That's how I remember it, yes.**

7  Q.  After that analysis was performed at the

8  committee's request, what happened next?

9  **A.  The company did pursue -- I can't remember**

10  **exactly which drugs, but I believe we pursued**

11  **contracting with specialty pharmacy vendor for**

12  **certain category of specialty drugs.**

13  Q.  Are you aware that the company did not

14  implement specialty pharmacy program for drugs that

15  were physician-administered?

16  **A.  I am not aware of that.**

17  Q.  Do you know what factors were considered

18  in making the decision to apply specialty pharmacy

19  programs to some drugs, but not others?

20  **A.  I know that patient disruption was a major**

21  **consideration.**

22  Q.  Any other considerations that you're aware

---

136

1  of?

2  **A.  No.**

3  Q.  How was it anticipated that patient

4  disruption may be a concern if specialty pharmacies

5  were implemented?

6  MR. COCO:  Objection.

7  **A.  Many of the drugs that we were talking**

8  **about in terms of potential changes in, you know,**

9  **who we got the drugs from were for conditions that**

10  **were very complicated medications and very sensitive**

11  **and dependent on the medications that the members**

12  **used and then there was a lot -- the patients become**

13  **very comfortable with, you know, the process and how**

14  **their drugs are supplied to them and what they look**

15  **like and all of those kinds of things, and there was**

16  **concern about the impact it would have on the**

17  **members.**

18  Q.  If a specialty pharmacy program were

19  implemented, how would that affect the individual

20  member?

21  **A.  They may end up getting their drugs from a**

22  **different vendor than they were getting it from**

---

137

1  before a specialty pharmacy program would be

2  implemented.

3  Q.  When you use vendor in that context, are

4  you referring to a different side of care?

5  **A.  A different supplier of the drug.**

6  Q.  Well, patients would not be acquiring

7  specialty drugs themselves, right?

8  **A.  In some -- for some conditions the drugs**

9  **are self-administered.**

10  Q.  Well, I'm trying to understand, however,

11  why the program was limited to self-administered

12  drugs and not applied to physician-administered

13  drugs, and the question is what factors lay behind

14  that decision?

15  MR. COCO:  Objection.

16  **A.  I, first of all, don't recall that we did**

17  **limit it to only patient-administered drugs.**

18  Q.  I'll ask you to assume that to be true

19  based on other testimony we received from other BCBS

20  witnesses.  If that's true, do you have an

21  understanding as to some of the issues that were

22  considered in determining what the parameters of the

---

Maureen Coneys                                          April 12, 2006
                          Boston, MA

36 (Pages 138 to 141)

---

**138**

1   programs would be?
2         MR. COCO: Objection.
3         A. No.
4         Q. Was patient disruption a concern in
5   relation to physician-administered drugs?
6         MR. COCO: Objection.
7         **A. I don't remember discussing physician**
8   **administered drugs.**
9         Q. Do you recall any discussion of a concern
10  that if specialty pharmacy programs were implemented
11  across the board to all specialty drugs, then
12  physicians may stop administering drugs in their
13  offices, patients would have to go to hospitals or
14  other sites of care?
15        **A. I do remember some discussion around that.**
16        Q. Was that a concern to BCBS of
17  Massachusetts?
18        A. Yes.
19        MR. COCO: Objection.
20        Q. Was that a concern for the same reasons
21  you mentioned earlier that patients become
22  comfortable with getting their care in a particular

---

**139**

1   setting?
2         A. Yes.
3         Q. Since the original determination as to the
4   scope of the specialty pharmacy program was made by
5   the NM3 committee, has the issue of specialty
6   pharmacies been revisited by the committee?
7         **A. It has not been revisited by NM3. It's**
8   **being handled elsewhere in the company.**
9         Q. What group or committee is currently
10  tasked with specialty pharmacy issues?
11        **A. I believe it's within the pharmacy**
12  **management area.**
13        Q. Do you know who's in charge of that area?
14        **A. It's under Deb Devaux.**
15        Q. Do you know whether anyone in Miss
16  Devaux's department, in particular, is responsible
17  for considering issues relating to specialty
18  pharmacies?
19        **A. It used to be John Killion. I don't know**
20  **that he, for sure, whether he is still responsible.**
21  **The last time I dealt with specialty drugs he was.**
22        Q. Could I ask you to turn back to Exhibit

---

**140**

1   Coneys 001 to page six of that document, please?
2   There's a section there entitled, "Special Handling,
3   Dosing and Patient Support Requirements." If you
4   take a moment to review that and let me know when
5   you're ready to proceed, please.
6         Do you recall any discussion of these
7   issues relating to specialty drugs in the NM3
8   committee?
9         **A. Yes. These were some of the issues that**
10  **were discussed in terms of patient disruption.**
11        Q. How were these issues considered relevant
12  to patient disruption?
13        MR. COCO: Objection.
14        **A. Because as it says in here, the specialty**
15  **drug companies provide clinical support and, as I**
16  **understand it, the patients become accustomed to**
17  **dealing with certain people and turning to certain**
18  **people with questions about their drugs or about the**
19  **administration or dosage and so forth of the drugs.**
20        Q. When you were the executive director of
21  the Braintree site, do you recall your physicians or
22  your site having to deal with some of these special

---

**141**

1   handling requirements around specialty drugs?
2         A. I do not.
3         Q. Do you know whether there were any
4   particular resources or amounts spent on handling
5   specialty drugs by the Braintree site?
6         A. I don't know.
7         Q. But as part of your NM3 committee
8   consideration, you did have an understanding of this
9   document that there are particular handling
10  requirements unique to specialty drugs?
11        MR. COCO: Objection.
12        **A. At least certain specialty drugs.**
13        Q. And those particular handling
14  requirements, if left with a doctor, would impose a
15  higher cost from the doctor, correct?
16        **A. I don't know that.**
17        Q. Well, there's a higher handling cost and
18  someone has to pay, is that a fair statement?
19        MR. COCO: Objection.
20        **A. Again, I don't -- I don't know what you're**
21  **asking me.**
22        Q. Okay. Well, let me try and break it down

---

Henderson Legal Services
(202) 220-4158

Maureen Coneys                                                April 12, 2006

Boston, MA

37 (Pages 142 to 145)

---

142

1  then. You understood as part of your consideration
2  in the NM3 committee that certain specialty drugs
3  have special handling requirements, correct?
4  **A. Right.**
5  Q. Such as the refrigeration and things like
6  that, right?
7  **A. Right.**
8  Q. And you understood also that there was a
9  cost associated with that special handling, correct?
10  MR. COCO: Objection.
11  **A. I don't -- I don't know that there's a**
12  **cost associated with it.**
13  Q. Well, for refrigeration you would need a
14  refrigerator and you would have electrical expenses
15  associated with running it, right?
16  MR. COCO: Objection.
17  **A. I don't know if those are additional**
18  **expenses beyond what a physician or a patient would**
19  **have in their home or office.**
20  Q. Are you familiar with the provider of
21  financial strategies work?
22  **A. No, I'm not.**

---

143

1  Q. Are you aware of the fact that in recent
2  years BCBS of Massachusetts considered whether or
3  not it should change its methodology used for
4  reimbursing physicians for drugs that they
5  administered in their offices?
6  **A. No, I'm not aware of that.**
7  Q. Are you aware that a move was contemplated
8  from AWP-based reimbursement to ASP-based
9  reimbursement in that setting?
10  **A. No, I'm not.**
11  Q. Are you aware that in 1994 BCBS of
12  Massachusetts settled with the government
13  allegations that it had inflated claims in relation
14  to Medicare?
15  MR. COCO: Objection.
16  **A. I'm not aware of that.**
17  Q. Are you aware of any litigation in 1994 or
18  thereabouts in relation to BCBS of Massachusetts
19  processing of Medicare claims?
20  **A. Again, I was aware there was litigation.**
21  **I was not familiar with what the terms, you know, of**
22  **the litigation were, what it was about.**

---

144

1  Q. Were you familiar with the settlement that
2  was reached regarding those allegations?
3  **A. No.**
4  Q. Are you aware that one aspect of the
5  settlement involved additional monitoring?
6  **A. No.**
7  Q. Are you familiar at all with any
8  monitoring that was implemented as a consequence of
9  that settlement?
10  **A. No.**
11  Q. Did you do anything to prepare for your
12  deposition today?
13  **A. No.**
14  Q. Did you meet with any of your lawyers in
15  preparation for this deposition?
16  **A. I did meet with my attorneys.**
17  Q. Did you meet with both Mr. Coco and Mr.
18  Skwara?
19  **A. Yes.**
20  Q. When did you meet with them?
21  **A. Monday.**
22  Q. How long did you meet with them for?

---

145

1  **A. One hour.**
2  Q. Did you meet with anyone else in relation
3  to this litigation?
4  **A. No.**
5  Q. Did you review any deposition transcripts
6  in preparation for the deposition?
7  **A. No.**
8  Q. Did you review any documents in
9  preparation for the deposition?
10  **A. No.**
11  Q. In the context of this litigation were
12  you, at any time, asked to search your files for
13  documents?
14  **A. No.**
15  Q. Have you, in fact, searched your files for
16  documents relevant to this litigation?
17  MR. MANGI: For the record we'd ask a
18  search of Miss Coneys' files be carried out. We
19  were under the impression that a search had been
20  carried out, and no responsive documents have been
21  found.
22  We reserve the right to call back the

---

Maureen Coneys

April 12, 2006

Boston, MA

38 (Pages 146 to 149)

| 146 | 148 |
|---|---|
| 1  witness if documents are subsequently discovered.<br>2    Q.  I'd like to ask you about the BC65 program<br>3  we touched on earlier.  BC65 you were responsible<br>4  for deals with the government in relation to that<br>5  program from '97 to 2001 when you were the VP for<br>6  government programs, correct?<br>7    **A.  Correct.**<br>8    Q.  As the VP for government programs did you<br>9  have any responsibilities in relation to that<br>10  program other than dealing with the government in<br>11  relation to that capitated rate?<br>12    **A.  I'm sorry.  Could you explain what you**<br>13  **mean?**<br>14    Q.  Sure.  One aspect of your work was dealing<br>15  with the government in relation to issues stemming<br>16  from the BC65 program, correct?<br>17    **A.  Correct.**<br>18    Q.  That included the rate, the capitated rate<br>19  that the government would pay to BCBS of<br>20  Massachusetts, did it?<br>21    **A.  It included the supplemental premium that**<br>22  **we were charged members.** | 1    **A.  I don't remember the date.**<br>2    Q.  Do you know the year or the time period?<br>3    **A.  I don't remember.**<br>4    Q.  Was it prior to 2000?<br>5    **A.  Yes.**<br>6    Q.  Was it prior to your coming into the role<br>7  as VP of government --<br>8    **A.  Yes.**<br>9    Q.  Is that still in existence today?<br>10    **A.  Yes.**<br>11    Q.  Do you know what methodology BCBS of<br>12  Massachusetts uses to reimburse physicians who treat<br>13  patients under the BC65 product?<br>14    **A.  It's fee for service.**<br>15    Q.  Do you know how the fees are calculated on<br>16  those fee schedules?<br>17    **A.  I do not.**<br>18    Q.  Are you aware that in recent years BCBS of<br>19  Massachusetts contemplated changing the methodology<br>20  that was used to calculate the amount to reimburse<br>21  to physicians treating patients covered by the BC65<br>22  product? |
| 147 | 149 |
| 1    Q.  Did it also include determination of the<br>2  rate, the capitated rate that CMS would pay to BCBS<br>3  of Massachusetts?<br>4    **A.  I didn't discuss that directly.**<br>5    Q.  Did you have a role in relation to the<br>6  operation of the BC65 program, itself, in terms of<br>7  contracting with physicians, product design, things<br>8  of that kind?<br>9    **A.  I had.  I was involved in product design,**<br>10  **network design, but not contracting with physicians.**<br>11    Q.  After 2001 when you became the VP for<br>12  health care quality and cost, did you retain any<br>13  role in relation to the BC65 program?<br>14    **A.  I did.**<br>15    Q.  I'm sorry?<br>16    **A.  I did retain.**<br>17    Q.  What were the responsibilities that you<br>18  retained in relation to the BC65 program?<br>19    **A.  I retained the same responsibilities I had**<br>20  **prior to 2000.**<br>21    Q.  Do you know when the BC65 product was<br>22  launched? | 1    **A.  No.**<br>2      MR. COCO:  Objection.<br>3    Q.  Are you familiar with the term, ASP?<br>4    **A.  No.**<br>5    Q.  Are you aware of the fact that Medicare<br>6  has recently changed the methodology whereby it<br>7  calculates the amount reimbursed to physicians for<br>8  drugs administered in their offices?<br>9    **A.  No.**<br>10    Q.  Do you know whether or not the<br>11  reimbursement methodology utilized for the BC65<br>12  product has changed over time or has remained the<br>13  same?<br>14    **A.  I don't know.**<br>15    Q.  Do you have any responsibility in relation<br>16  to communications between BCBS of Massachusetts and<br>17  physicians in specific to the BC65 product?<br>18    **A.  No.**<br>19    Q.  Do you review such communications before<br>20  they go out?<br>21    **A.  No.**<br>22    Q.  We spoke about drugs.  Do you know whether |

Maureen Coneys

April 12, 2006

Boston, MA

39 (Pages 150 to 153)

---

150

1 the amount reimbursed to physicians for services
2 rendered in treating patients covered by the BC65
3 product has changed over time?
4    **A. I don't know.**
5        MR. MANGI: Let's mark this as Exhibit
6 Coneys 002.
7        (Boston Globe Article dated 6/29/00
8        marked Exhibit Coneys 002.)
9    Q. Now this is an article from the Boston
10 Globe from June of 2000 that quotes you. Are you
11 familiar with this article?
12    **A. I don't remember.**
13    Q. Take a moment and familiarize yourself
14 with it, and let me know when you're ready to
15 proceed, please.
16    **A. Okay.**
17    Q. Does reading this article refresh your
18 recollection as to whether or not you've seen it
19 before?
20    **A. I've seen it before.**
21    Q. Now I believe this discusses an issue you
22 referenced earlier regarding premiums and

---

151

1 supplemental premiums, is that correct?
2    **A. Right, right.**
3    Q. When the BC65 product first launched and
4 when you were first familiar with it, were premiums
5 being charged to members?
6    **A. You know, I don't remember when the**
7 **product was first launched, whether there was a**
8 **supplemental premium or not. As far as I can**
9 **remember for the period of time that I was**
10 **responsible for it there was a premium.**
11    Q. Is that a -- were those monthly premiums
12 paid by members?
13    **A. Yes.**
14    Q. From the patient's perspective are those
15 premiums different from what they would have paid if
16 they enrolled in Medicare directly?
17    **A. To enroll -- to enroll in an HMO plan they**
18 **have to be enrolled in Medicare. If they were to**
19 **buy supplemental coverage, then what we were**
20 **charging was less than what they would have to pay**
21 **if they bought supplemental coverage for a metigap**
22 **(phonetics) product, but in line sometimes less**

---

152

1 **expensive, sometimes more expensive than other HMO**
2 **products that were on the market.**
3    Q. The BC65 program offered members the
4 various options in terms of the level of coverage
5 they would receive, correct?
6        MR. COCO: Objection.
7    **A. I believe initially when the product was**
8 **launched there were two different products; one that**
9 **had drugs and one that did not. Eventually during**
10 **the time I was running the product we were only**
11 **offering one product option.**
12    Q. Was that the option with drugs or without
13 drugs?
14    **A. With drugs.**
15    Q. Looking at the first page of this article,
16 the second paragraph from the bottom, refers to Miss
17 Patty Blake, Secure Horizons, who said that the
18 rates Medicare pays Tufts to care for seniors is so
19 low that the HMO has little choice but to establish
20 across-the-board premiums. Was a similar dynamic in
21 play leading to the premiums charged by BCBS of
22 Massachusetts?

---

153

1    **A. Yes.**
2        MR. COCO: Objection.
3    Q. Was a concern over the adequacy of the
4 capitated rate paid directly by Medicare that played
5 a role in the setting in increases to monthly
6 premiums charged to members, right?
7    **A. Correct.**
8    Q. Second page of this document there's a
9 paragraph in the middle of the page starting with,
10 "For example, Blue Cross Blue Shield." Do you see
11 that?
12    **A. Ah-hah.**
13    Q. It says the HMO pays $500 a year per
14 senior for drugs and members cover the rest. What
15 is meant by that?
16    **A. It means that the plan, Bluecare 65, would**
17 **pay for $500 worth of drugs, prescription drugs, and**
18 **anything over that the member would be responsible**
19 **for paying on their own.**
20    Q. Was there always a -- well, how long was
21 this $500 cap on drugs spending in effect?
22    **A. I don't remember specifically how long we**

---

Maureen Coneys                                    April 12, 2006
                    Boston, MA

40 (Pages 154 to 157)

---

**154**

1  had a $500 drug benefit.
2      Q.  How long has there been a cap?
3      A.  For several years, but I don't remember
4  exactly when it began being capped.
5      Q.  Has the amount changed over time?
6      A.  It has.
7      Q.  What's the current?
8      A.  I believe it's $600.
9      Q.  Does that amount include both self-
10 administered drugs as well as physician-administered
11 drugs?
12     A.  No.  It includes only prescription drugs.
13     Q.  By prescription drugs you're referring to
14 self-administered drugs?
15     A.  Correct.
16     Q.  Physician-administered drugs are covered
17 under BC65 and are not subject to this cap?
18     A.  That's right.
19     Q.  Turning to the third and last page of that
20 document here's a section where it refers to you and
21 quotes you.  You indicated that Blue Cross Blue
22 Shield wanted to expand BC65 to new parts of western

**155**

1  Massachusetts if you could convince providers to
2  sign onto the program.  Now this article is from
3  June of 2000.  Since that time has the BC65 program
4  been expanded?
5      MR. COCO:  Objection.
6      A.  I actually don't know.  I can't remember
7  whether we ever did expand in that area or not.
8      Q.  You say in this quote here, "There are a
9  limited number of providers and a reluctance to
10 contract with Medicare plans.  It's more of a
11 financial risk for them."  What did you mean by
12 that?
13     A.  The providers -- I'm trying to think back
14 to what I meant.  I believe what I was referring to
15 here was just not physician providers, but hospital
16 providers as well that we -- that for providers,
17 hospital providers who are in the network, our
18 reimbursement motto was per diem motto and Medicare
19 or DRG -- I can't really tell you exactly what I
20 meant.
21     I don't know what I was responding to or
22 what question she asked me when I said this, so I'm

**156**

1  not sure what I meant by it's more of a financial
2  risk for them.
3      Q.  Okay.  Well, let's stick with the first
4  part of sentence for a minute.  There's limited
5  number of providers.  Fair enough.  Then you refer
6  to a reluctance to contract with Medicare plans.  Do
7  you know why providers were reluctant to contract
8  with Medicare plans?
9      A.  There were additional rules that were
10 required in terms of again referrals and patient
11 management that are typical to an HMO that don't
12 exist in a traditional Medicare program, so there
13 was more administrative.
14     Q.  Anything else?
15     A.  Different plans have different
16 reimbursement methods.  I believe that they pay to
17 the providers and some of them did do capitations I
18 think particularly back in this period of time, and
19 physicians didn't want to be at risk for, you know,
20 the cost and use of Medicare beneficiaries.
21     Q.  Were you expressing here a view that
22 providers -- that contracting with Medicare plans

**157**

1  was financially less attractive to providers than
2  contracting with private plans?
3      MR. COCO:  Objection.
4      A.  It wouldn't be contracting with private
5  plans.  It would just be being part of the Medicare
6  program.
7      Q.  So the comparison you're making here is
8  between a provider who will contract with a managed
9  Medicare product with a plan like BCBS Massachusetts
10 versus a provider who will deal directly with
11 Medicare?
12     A.  Right.
13     Q.  And you indicated that dealing with a
14 managed Medicare product provider like BCBS of
15 Massachusetts would be more of a financial risk for
16 a physician than dealing directly with Medicare?
17     MR. COCO:  Objection.
18     A.  Again, I don't remember what I was
19 referring to when I talked about financial risk.
20     Q.  Let me just clarify the question.  I
21 understand you don't know specifically what you were
22 referring to when you said financial risk.  I'm just

---

Henderson Legal Services
(202) 220-4158

Maureen Coneys

April 12, 2006

Boston, MA

41 (Pages 158 to 161)

158

1  trying to understand the comparison you were making.
2       In other words, regardless of what you
3  meant were you saying there is more of a financial
4  risk for providers when dealing with managed
5  Medicare product through an entity such as Blue
6  Cross Blue Shield versus contracting directly with
7  Medicare, or were you drawing some other comparison?
8       MR. COCO:  Objection.
9       **A.  I was saying that it's more complex for**
10  **them to deal with an HMO in terms of the demands**
11  **around patient management and so forth that go with**
12  **being part of an HMO.**
13       Q.  And you don't recall what you meant or
14  don't understand what you meant when you referred to
15  financial risk in this context?
16       **A.  I don't.**
17       MR. COCO:  Objection.
18       MR. MANGI:  Why don't we take a break?
19            (Brief Recess.)
20       Q.  Miss Coneys, we spoke about the VP for
21  healthcare quality part of your job.  I'd like to
22  ask you about the VP for cost as part of your title.

159

1  What does that aspect of your role involve?
2       **A.  It relates to utilization review and care**
3  **management programs.**
4       Q.  What are care management programs?
5       **A.  Disease management, case management,**
6  **coaching programs.**
7       Q.  Does BCBS perform any analysis of the
8  amount it's spending in terms of drug reimbursement?
9       MR. COCO:  Objection.
10       **A.  We look at prescription drug utilization**
11  **and cost.**
12       Q.  Does that include both self-administered
13  drugs and physician-administered drugs?
14       **A.  No, it doesn't include physician-**
15  **administered drugs.**
16       Q.  Those are specifically excluded from the
17  analysis?
18       **A.  I don't believe they are prescription**
19  **drugs.**
20       Q.  So the only analysis that you're familiar
21  with excludes physician-administered drugs?
22       **A.  Yes.**

160

1       Q.  Turning back for a moment to the BC65
2  program, we mentioned in this article that there was
3  a $500 cap at one point on drug --
4       **A.  Right.**
5       Q.  -- coverage.  Did I understand correctly
6  that the only BC65 product offered now is a product
7  that includes drug coverage?
8       **A.  I believe that's still true.**
9       Q.  In other words individuals don't have an
10  option to enroll in a BC65 program that would
11  exclude drugs?
12       MR. COCO:  Objection.
13       **A.  I don't believe so.**
14       Q.  In addition to the supplemental payments
15  that they're making, do the BC65 members also have
16  coinsurance or copayment obligations?
17       **A.  Yes.**
18       Q.  How are those amounts calculated?
19       **A.  I'm sorry?**
20       Q.  How are those amounts calculated?
21       **A.  They're determined as part of the benefit**
22  **design process.**

161

1       Q.  Are they flat co-pays or percentage co-
2  insurance?
3       **A.  They're co-pays.**
4       Q.  $5 sums?
5       **A.  Yes.**
6       Q.  Do you know whether Blue Cross Blue Shield
7  of Massachusetts contracts with physicians --
8  withdraw that -- contracts with drug manufacturers?
9       **A.  No.**
10       Q.  Are you familiar with the P&T committee of
11  pharmacy and therapeutics committee?
12       **A.  I know there is one.**
13       Q.  Are you a part of that committee?
14       **A.  No.**
15       Q.  You ever been a part of that committee?
16       **A.  No.**
17       Q.  Do you have any knowledge or understanding
18  as to the amount at which entities in the market, be
19  they physicians, hospitals, anyone else, acquired
20  drugs?
21       **A.  No.**
22       Q.  Do you have an understanding as to whether

162

1   or not or to what extent discounts and rebates are
2   available on drugs to purchasers in the market?
3       **A. I do not.**
4       Q.  Are you familiar or have you heard the
5   term W-A-C, WAC, or wholesale acquisition cost?
6       **A. No.**
7       MR. MANGI:  Okay, I have nothing further.
8       MR. COCO:  Did you have anything?
9       MR. MIZELL:  No.
10      MR. COCO:  Okay.  Just for the record
11  during the break we did review the fact that even
12  though Miss Coneys does not remember it, that a
13  request was made to her to search for documents and
14  a response was received that she did not have any,
15  but she has no recollection of that.
16      We believe it was about the time you
17  served the notice for her deposition, so that is the
18  basis for, you know, my representations that a
19  search had been done and she was not aware, but we
20  will go back and just double-check that to make sure
21  that that was done.
22      MR. MANGI:  I appreciate the clarification

163

1   and we'd request that either the search be re-
2   performed with reference to the entirety of the
3   document request or that documentation reflecting
4   that the search was previously performed, one or the
5   other, in light of the testimony.  Okay.  Nothing
6   further.
7       (Whereupon the deposition concluded
8   at 1:44 p.m.)
9
10
11
12      _____
13          MAUREEN CONEYS
14
15  Subscribed and sworn to and before me
16  this _____ day of _____, 20____.
17
18
19  _____
20      Notary Public
21
22

164

1   Commonwealth of Massachusetts
2   South Middlesex, ss.
3       I, Teresa E. Costello, Notary Public in and for the
4   Commonwealth of Massachusetts, do hereby certify that there
5   came before me on the 12th day of April, 2006, MAUREEN CONEYS,
6   who was duly sworn by me; that the ensuing examination upon oath
7   of the said deponent was reported stenographically by me and
8   transcribed into typewriting under my direction and control;
9   and that the within transcript is a true record of the questions
10  asked and answers given at said deposition.
11      I FURTHER CERTIFY that I am neither attorney nor counsel
12  for, nor related to or employed by any of the parties to the action
13  in which this deposition is taken; and, further, that I am not a
14  relative or employee of any attorney or financially interested in
15  the outcome of the action.
16      IN WITNESS WHEREOF I have hereunto set my hand and affixed
17  my seal of office this 14th day of April, 2006, at Framingham.
18
19      Teresa E. Costello, RPR,
20      CSR, #1452S98
21      Notary Public, Commonwealth of Massachusetts
22      My Commission Expires:  5/29/09

Maureen Coneys

April 12, 2006

Boston, MA

1

| A | | | | |
|---|---|---|---|---|
| **A** | 124:19 | 22:1 57:19 | 99:3,7,12 | **annualized** |
| **aamangi@pb...** | **activity** 49:17 | 62:15 96:2 | 102:5 108:5 | 128:8 |
| 2:21 | 49:19 114:9,10 | 140:19 | 109:22 110:7 | **answer** 7:22 8:5 |
| **able** 130:14 | **actual** 21:6 | **administrative** | 116:22 126:19 | 16:4,5 17:12 |
| **accept** 81:7 | 65:18 68:11 | 45:17 64:11 | 127:18 131:11 | 134:4 |
| **accepting** 78:13 | 90:18 | 65:17,18 89:11 | 148:20 149:7 | **answers** 164:10 |
| **access** 92:15 | **actuals** 69:4,13 | 156:13 | 150:1 154:5,9 | **anticipated** 70:3 |
| 108:13 | 73:7,10,15 | **admission** 15:11 | 159:8 161:18 | 71:19 73:5,6 |
| **accounting** | **actuarial** 125:2 | 17:6 20:1,3,5,7 | **amounts** 14:3 | 136:3 |
| 51:20,22 | 125:8 127:2 | **admissions** | 27:15 29:11,19 | **anybody** 118:1 |
| **accounts** 51:20 | **addition** 107:19 | 15:17 21:2,7 | 31:12 70:20 | **appear** 133:10 |
| 51:21 | 160:14 | **admit** 19:21 | 81:22 82:5 | **APPEARAN...** |
| **accredit** 113:9 | **additional** 92:15 | **admitted** 15:10 | 91:12 94:10 | 2:1 3:1 |
| **accreditation** | 93:5 94:10 | **admitting** 20:2 | 100:2,4,22 | **appears** 133:12 |
| 113:8,10,14,22 | 104:18 116:2 | **adopted** 77:15 | 108:22 109:6,9 | **applied** 31:16 |
| **accurate** 27:12 | 142:17 144:5 | 86:2 | 111:12,18 | 31:17 114:5 |
| 111:21 | 156:9 | **advance** 62:16 | 112:4 126:7,17 | 117:17 137:12 |
| **accustomed** | **address** 12:9,19 | **advanced** 72:7 | 131:12 141:4 | **apply** 135:18 |
| 83:5 140:16 | 24:10 93:22 | **affect** 70:11 | 160:18,20 | **appreciate** |
| **achieve** 116:3 | **addressed** 13:7 | 73:7,10 136:19 | **analyses** 17:15 | 162:22 |
| **acquire** 57:19 | 13:10 | **affixed** 164:16 | **analysis** 18:18 | **approach** 94:6 |
| 62:2 131:11 | **addressing** | **aggregate** 126:5 | 21:20 52:2,5,7 | **approached** |
| **acquired** 57:13 | 12:14 90:16 | **ago** 123:3 | 52:16,21 63:11 | 94:5 |
| 57:16 58:13 | **Adeel** 2:18 5:12 | **agreed** 116:3 | 66:9 123:19 | **appropriate** |
| 59:1 93:10 | 6:9 | **agreeing** 81:7 | 124:15,22 | 11:22 12:3,11 |
| 161:19 | **adequacy** 153:3 | **Ah-hah** 98:13 | 125:1,5,13,15 | 19:13,15 20:18 |
| **acquiring** 50:16 | **administer** | 129:22 135:3 | 126:17,22 | 23:2 |
| 51:1 52:8 78:2 | 42:18 57:14 | 153:12 | 127:4,9 128:2 | **appropriately** |
| 109:12 137:6 | 62:3 82:10 | **ain't** 120:1 | 128:4,12,16 | 26:3 |
| **acquisition** | 126:8 | **Alan** 96:21 | 132:4,9,18,19 | **appropriaten...** |
| 50:19 52:16 | **administered** | **allegation** 7:14 | 135:1,5,7 | 15:11,14,17 |
| 58:21 59:9 | 13:4,21 26:22 | **allegations** | 159:7,17,20 | 17:5 |
| 121:2 130:18 | 42:7 62:19 | 143:13 144:2 | **analytical** 63:12 | **approval** 21:14 |
| 162:5 | 66:9 81:18 | **allow** 108:13 | 134:15,16 | **approve** 20:7 |
| **acronym** 120:10 | 87:10 91:13 | **alternatives** | **analyzed** 18:14 | **approximate** |
| **across-the-bo...** | 108:18 109:4 | 94:7 | 125:9,22 | 44:9 60:3,7 |
| 152:20 | 118:9 138:8 | **Americas** 2:19 | **analyzing** 124:3 | **approximately** |
| **action** 164:12,15 | 143:5 149:8 | **amount** 29:17 | 126:3 | 43:9,18 46:21 |
| **ACTIONS** 1:10 | 154:10 159:15 | 31:15 63:4 | **ancillary** 125:2 | 101:18 |
| **activities** 45:19 | **administering** | 70:12 71:1,12 | **annual** 54:6,20 | **approximating** |
| 46:5 51:22 | 110:1 138:12 | 71:14 89:19 | 55:6,9,10 56:6 | 60:12 |
| 95:14 113:8 | **administration** | 90:16,22 91:13 | 68:15 | **April** 1:21 5:5 |

Maureen Coneys                                      April 12, 2006

Boston, MA

2

| | | | | |
|---|---|---|---|---|
| 164:5,17 | 52:6 56:1 71:8 | **Avenue** 2:19 | basis 38:13 | 108:12 113:22 |
| **area** 9:21 22:10 | 89:11 94:22 | **avenues** 23:17 | 68:16,16 70:17 | 117:1,5,21 |
| 22:10,11 23:8 | 105:4 | 24:4 38:11 | 83:13 88:17 | 118:6,11 123:1 |
| 23:9,10,10 | **ASP-based** | **average** 1:6 5:9 | 102:21 117:12 | 131:2 137:19 |
| 25:20,22 36:17 | 143:8 | 119:10 120:9 | 124:12 126:5 | 138:16 143:2 |
| 53:10,20 87:2 | **assessed** 68:15 | **awaiting** 62:15 | 126:14 128:8 | 143:11,18 |
| 92:15 94:7 | 115:1 127:21 | **aware** 17:15,20 | 162:18 | 146:19 147:2 |
| 103:18,19 | **assessing** 73:8 | 18:9 110:20 | **Bay** 7:5,7,15 | 148:11,18 |
| 113:7 114:18 | **assessment** | 112:11,14 | 11:3,5,8,13 | 149:16 152:21 |
| 125:3,7 127:2 | 16:10 114:10 | 117:14,18 | 14:8,17,18 | 157:9,14 159:7 |
| 139:12,13 | 116:8 | 118:11,15 | 15:2,7,9 16:9 | **BCBSMA-A...** |
| 155:7 | **assign** 26:12 | 131:1,5,9,13 | 17:7,10,16 | 129:20 |
| **areas** 30:6,9,14 | **assigned** 29:2 | 135:13,16,22 | 18:20 19:4,10 | **BC65** 101:20 |
| 30:19 31:2,4,8 | **assistants** 46:16 | 143:1,6,7,11 | 19:12,14 20:1 | 102:13 103:16 |
| 33:6 37:4 | **assisted** 46:4 | 143:16,17,20 | 20:2,6,7,10 | 104:3 146:2,3 |
| 49:14 64:11 | **associated** 142:9 | 144:4 148:18 | 21:8 22:5,22 | 146:16 147:6 |
| 93:21 95:20 | 142:12,15 | 149:5 162:19 | 24:19 25:9,12 | 147:13,18,21 |
| **arrangement** | **associates** 66:21 | **AWP** 118:13 | 25:16 26:18 | 148:13,21 |
| 105:5,8 | 67:3,15,19 | 119:5,11,12,20 | 27:20 28:2,4 | 149:11,17 |
| **arrangements** | 77:17 | 120:1 130:17 | 29:11,16 32:17 | 150:2 151:3 |
| 54:15 | **assume** 137:18 | **AWP-based** | 34:15 119:6,9 | 152:3 154:17 |
| **arrive** 82:18 | **assumed** 65:16 | 143:8 | 119:14,17 | 154:22 155:3 |
| **artery** 121:15 | 65:17,19,22 | **a.m** 1:21 | 120:7 | 160:1,6,10,15 |
| **article** 4:11 | **assumption** | | **BCBS** 14:14 | **began** 32:17 |
| 130:6,8,11 | 70:22 | **B** | 15:4 32:19 | 78:12 154:4 |
| 150:7,9,11,17 | **Assurance** | **B** 4:7 | 33:2,14 34:5 | **behalf** 1:14 5:14 |
| 152:15 155:2 | 113:15 | **baby** 32:1 | 34:14,22 39:22 | 124:13 |
| 160:2 | **attention** 92:19 | **back** 6:17 8:22 | 53:7,13,17,20 | **Behavioral** |
| **aside** 21:6,11 | **attorney** 64:9 | 49:22 62:12 | 54:16 56:22 | 15:22 |
| **asked** 28:13 | 164:11,14 | 104:3 139:22 | 57:5,8 59:13 | **believe** 22:11 |
| 74:9 145:12 | **attorneys** | 145:22 155:13 | 59:17 64:1,4 | 29:20 35:3,22 |
| 155:22 164:10 | 144:16 | 156:18 160:1 | 67:5,11 72:18 | 44:5 47:4 49:7 |
| **asking** 6:9 | **attractive** 157:1 | 162:20 | 74:3 76:7 | 56:17 62:21 |
| 104:16 141:21 | **attributed** 72:1 | **background** 9:1 | 77:21 78:6 | 77:1 79:16 |
| **ASP** 149:3 | 72:22 73:2,3 | **Bacon** 3:3 5:16 | 81:6 82:4,9 | 94:16 98:6 |
| **aspect** 16:20 | 73:17 | **bandages** 96:9 | 83:14 85:12,14 | 100:7,21 |
| 22:22 72:5 | **audibly** 8:1 16:4 | **based** 19:10 | 95:8,12 99:4 | 106:17 107:7 |
| 95:17 113:21 | **authorization** | 63:7,8 65:16 | 99:15,19,22 | 115:18 123:3 |
| 115:16 144:4 | 21:1 | 68:11 70:15 | 100:2,8 101:5 | 124:18 127:1 |
| 146:14 159:1 | **available** 57:15 | 72:2,9 99:9 | 102:4,7 104:6 | 135:10 139:11 |
| **aspects** 15:15 | 57:20 162:2 | 115:12 118:14 | 105:6,11,17 | 150:21 152:7 |
| 16:7 45:16 | **Aventis** 3:8 5:16 | 137:19 | 106:16 108:5 | 154:8 155:14 |
| | | **basically** 12:6 | | |

Maureen Coneys

April 12, 2006

Boston, MA

3

| | | | | |
|---|---|---|---|---|
| 156:16 159:18 160:8,13 162:16 | 64:10 67:21,21 73:22 74:11,14 74:16,16,20 | **Boylston** 1:20 2:4 | **budget** 54:2,4,6 54:9,13 55:6,8 56:6,7,10,13 | **capitations** 156:17 |

156:16 159:18
160:8,13
162:16
**Belknap** 2:17
5:13
**benchmarking**
124:19 125:10
125:15,21
126:11
**beneficiaries**
156:20
**benefit** 86:15
92:3 103:1
154:1 160:21
**benefits** 24:6
33:4,7,10,19
**beyond** 63:18
97:8 120:10
142:18
**big** 44:11,11,12
**bigger** 61:11
**bill** 49:11 110:6
**birth** 28:9
**bit** 8:22 13:1
90:13 104:4
**Blake** 152:17
**Blue** 2:7,7,9,9
2:14,14 5:17
5:18,20,20 7:2
7:16 8:11,12
10:11,11,13,13
10:19,20 11:5
11:5,16,16
13:12,12,18,19
14:7,7 32:4,4,8
33:16,16 34:1
34:1,4,4,17
36:8,8 38:1,1,5
38:5,22,22
44:18,19 49:17
49:21 59:15
61:7,9 64:10

64:10 67:21,21
73:22 74:11,14
74:16,16,20
75:5,13,16,18
75:20 76:2,17
77:10,10,18
78:9,15 80:14
81:3,8,11
82:22 83:3,3,9
83:13,14,17
84:15,18,22
85:3,7,16,18
85:19 86:4,10
86:22 87:9
89:21 91:21
92:21 93:5
94:15,18,19
95:1,2,4 99:1
99:17 100:6
103:11 104:10
107:2,12,16
114:5,5 118:2
118:2 121:16
153:10,10
154:21,21
158:5,6 161:6
161:6
**Bluecare** 98:18
103:2,17,19
104:1 153:16
**board** 29:13
138:11
**body** 27:17
**books** 26:11
**Boston** 1:20 2:5
2:13 4:11 5:4,7
150:7,9
**bottom** 129:19
130:5 152:16
**bought** 80:6
151:21
**Boulevard** 3:5

**Boylston** 1:20
2:4
**Braintree** 36:10
36:15 40:13
43:7,12,21,22
44:10,14 45:9
46:21 47:18
51:14 52:17
53:7 54:1,7,16
54:22 55:9,12
55:15,19 56:1
56:8,11,14
57:9 58:2,5
61:14 62:21
63:1,4,11,14
65:9,13 66:3
66:20,22 67:3
67:15,19 68:13
70:3 72:22
73:1,2,4,6 74:3
76:11 77:16,17
109:16 110:17
111:2 112:2
140:21 141:5
**break** 8:9 53:5
55:5 68:9
84:13 106:13
134:12 141:22
158:18 162:11
**Brief** 53:4
106:14 134:11
158:19
**briefly** 68:8
**bringing** 36:3
**broad** 74:13
84:1,9
**broken** 66:14
127:10
**brought** 37:13
122:22
**Buckley** 97:1
**Budd** 3:12 5:3

**budget** 54:2,4,6
54:9,13 55:6,8
56:6,7,10,13
56:18,19 64:21
70:11
**build** 78:18
**building** 38:8
71:6,7
**built** 71:9 78:18
**business** 46:1,2
46:2 83:6 86:2
120:21
**buy** 151:19

――――― **C** ―――――

**C** 5:1
**calculate** 148:20
**calculated** 14:3
27:4,15 31:13
68:11 72:7
81:22 82:6
99:8,9 101:1
109:7 127:18
127:19 148:15
160:18,20
**calculates** 149:7
**call** 23:14
128:15 145:22
**called** 1:13
24:16 39:11,14
51:9 95:7
102:3
**calls** 23:11 24:5
64:6
**cap** 153:21
154:2,17 160:3
**capacity** 9:18
10:19 69:17,18
88:21 90:16
**capitated** 99:12
102:5 105:1
146:11,18
147:2 153:4

**capitations**
156:17
**capped** 154:4
**care** 7:5,7 11:3,5
11:9 15:12
17:8 18:10,15
18:22 19:13,16
20:12 21:17,21
23:2 24:7,20
25:10,12,17
69:20 71:2,3
72:4 89:10
106:2 112:17
113:3,21 114:1
114:10,17,18
114:21,22
115:1,9,11
119:6 126:7
137:4 138:14
138:22 147:12
152:18 159:2,4
**Caremark**
79:16,19 80:1
**carried** 22:18
43:4 63:11
132:20 145:18
145:20
**case** 6:19 7:1,4,6
7:7,9,11,13,18
102:10 107:11
159:5
**cases** 28:19,21
28:22 82:14
120:21
**cash** 111:12
**cash-paying**
108:1,21
109:17 110:15
111:17 112:5
112:12
**catch** 94:20
**categories**

Maureen Coneys                                          April 12, 2006
                        Boston, MA

4

| | | | | |
|---|---|---|---|---|
| 104:13 124:18 127:15,17 | **Certified** 1:16 **certify** 164:4,11 | **chiropractic** 121:19 | 5:19 17:12 19:2,7 20:21 | **collaborate** 95:14 96:1 |
| **category** 106:4 127:21 135:12 | **change** 16:15 22:14 30:6,15 | **choice** 75:17 99:16 152:19 | 21:5 29:14 40:22 53:1 | **collaboration** 95:17 97:16 |
| **cease** 86:19 104:7 | 61:8 68:7 73:14 75:13 | **chose** 59:4 72:3 73:5 87:9 | 54:19 55:3 56:16 58:15 | **collaborative** 68:3 95:21 |
| **ceased** 76:7 | 76:8 83:7 86:5 | **circumstances** | 59:5 69:6,14 | 96:15 97:7,14 |
| **center** 2:11 7:2 | 86:6,7,8 97:20 | 14:6 17:3 | 71:10,18 72:8 | **collected** 72:10 |
| 7:20 36:10,12 | 97:21 105:20 | 62:18 74:2 | 73:20 79:4 | **combination** |
| 36:15 37:12,13 | 143:3 | 92:11 119:15 | 80:9 82:13 | 70:17 |
| 38:3,7,7,18 | **changed** 61:9 | **Ciresi** 1:19 2:2 | 83:22 84:11 | **combine** 74:7,21 |
| 42:2,14 43:12 | 83:20 113:17 | 5:7,20 | 85:5 87:15 | **come** 7:17 17:4 |
| 43:14 45:18 | 149:6,12 150:3 | **City** 3:6 | 88:10,19 91:9 | 26:8 34:13 |
| 50:18 51:19 | 154:5 | **Civil** 1:15 | 100:13 102:1 | 36:17 38:8 |
| 61:3 64:20 | **changes** 76:12 | **claim** 12:2 24:8 | 105:13 106:3 | 43:4 104:3 |
| 65:2 66:10,22 | 84:9 136:8 | 26:13 27:22 | 108:8 110:3 | 112:6 |
| 69:16,19 72:11 | **changing** 118:7 | 28:1,6 | 111:20 112:8 | **comes** 89:16 |
| 72:13 76:18 | 148:19 | **claims** 11:19,21 | 112:15 117:3 | **comfortable** |
| 77:13,16 | **channels** 78:3 | 22:9 25:21 | 117:19,22 | 60:12 136:13 |
| **centers** 34:17,22 | **characteristics** | 26:1,2,8 27:8 | 125:12 126:1 | 138:22 |
| 35:7,13 40:10 | 86:16 | 27:13,17,19 | 128:20 129:4,7 | **coming** 148:6 |
| 42:9,13 43:9 | **charge** 34:17,21 | 103:18 115:5,7 | 129:13,17 | **commencing** |
| 43:11 48:9 | 35:17 53:20 | 115:8,8,10,15 | 131:18 133:11 | 1:21 |
| 50:15 51:2 | 57:22 67:2 | 143:13,19 | 134:7,19 136:6 | **Commission** |
| 53:11 61:10,12 | 103:22 118:4 | **clarification** | 137:15 138:2,6 | 164:22 |
| 63:15 75:19 | 118:17,22 | 162:22 | 138:19 140:13 | **committee** |
| 76:21 77:8,10 | 119:1 139:13 | **clarify** 56:5 | 141:11,19 | 113:15 120:13 |
| 79:14,19,22 | **charged** 108:22 | 123:10 157:20 | 142:10,16 | 120:17,18,19 |
| 80:3,7,11 | 111:19 146:22 | **clear** 8:6 19:4 | 143:15 144:17 | 121:3,6,9,11 |
| 106:19 107:8 | 151:5 152:21 | 29:16 | 149:2 152:6 | 121:20 122:17 |
| 107:12 108:12 | 153:6 | **clinical** 45:16 | 153:2 155:5 | 123:8,11,15 |
| 108:14 | **charges** 119:2 | 140:15 | 157:3,17 158:8 | 130:11 132:9 |
| **center's** 54:13 | **charge-based** | **clinically** 12:10 | 158:17 159:9 | 132:21 133:4 |
| **central** 63:5 | 118:13 | 23:2 | 160:12 162:8 | 133:21,22 |
| 67:16 72:18 | **charging** 109:22 | **clinics** 25:13 | 162:10 | 135:1,4 139:5 |
| **certain** 12:16,17 | 151:20 | **closed** 41:7,8 | **code** 26:12,12 | 139:6,9 140:8 |
| 17:22 21:13 | **chats** 65:5 | **closely** 45:15 | 28:13,16,19 | 141:7 142:2 |
| 70:13,19 71:1 | **check** 57:4 | **CMS** 102:3,4 | **coded** 26:3,6 | 161:10,11,13 |
| 93:20,20 | **Chicopee** 44:5,7 | 147:2 | **codes** 29:3 | 161:15 |
| 135:12 140:17 | **Chicopee's** | **coach** 121:16 | **coding** 26:11 | **committees** 12:5 |
| 140:17 141:12 | 44:10 | **coaching** 159:6 | **coinsurance** | **committee's** |
| 142:2 | **children** 34:12 | **Coco** 2:3 5:19 | 160:16 | 133:15 134:13 |

Henderson Legal Services
(202) 220-4158

Maureen Coneys

April 12, 2006

Boston, MA

| | | | | |
|---|---|---|---|---|
| 135:8 | complaint 91:3 | 6:8 53:5 68:9 | 34:13 36:6 | 99:2 104:8 |
| common 93:13 | complete 134:17 | 106:15 122:3,6 | consumers 25:7 | 116:10 124:11 |
| Commonwealth | completely 9:8 | 122:11 129:3 | contact 23:18 | 125:3,6,17 |
| 1:18 164:1,4 | completing 9:10 | 129:12,19 | 34:16 | 126:14 127:8 |
| 164:21 | 9:11,15 | 134:12 140:1 | containment | 135:11 147:7 |
| communicated | complex 104:13 | 145:18 150:6,8 | 112:20 | 147:10 156:22 |
| 67:15 | 158:9 | 158:20 162:12 | contemplated | 157:2,4 158:6 |
| communicatio... | compliance | 163:13 164:5 | 143:7 148:19 | contracts 51:5 |
| 64:14 89:18 | 103:7,20 | conjunction | contemplation | 81:2,10,13 |
| 90:14 91:11 | complicated | 127:2 | 128:18 132:20 | 83:2 85:8 |
| 149:16,19 | 136:10 | consequence | 133:15,22 | 88:16 89:1,5 |
| community | complications | 144:8 | 134:13 | 89:20 90:5 |
| 36:10,11,15 | 115:14 | consider 18:4 | content 122:14 | 98:21 114:8 |
| 38:17 48:8 | component | 123:15 | context 25:8 | 124:20 161:7,8 |
| 50:15 51:1 | 66:12 | consideration | 119:9 131:3 | contributed |
| 61:3 80:11 | comprised 12:6 | 16:21 94:9 | 137:3 145:11 | 73:13 105:5 |
| 106:19 108:11 | 73:15 | 122:16 135:21 | 158:15 | control 164:8 |
| 108:13 | computers | 141:8 142:1 | continue 85:7 | convenient 53:2 |
| companies | 26:16 111:5,8 | considerations | 97:7 103:11 | convince 155:1 |
| 33:16,21 107:9 | concept 32:12 | 133:3 135:22 | 104:20,21 | coordination |
| 108:19 140:15 | 32:16 117:15 | considered 66:4 | continued 3:1 | 33:4,7,10,19 |
| company 23:10 | 117:18 119:13 | 66:5 91:7 | 76:14 77:10 | copayment |
| 24:13 31:20 | concern 136:4 | 126:3 132:20 | continuously | 160:16 |
| 35:19,21 47:22 | 136:16 138:4,9 | 135:17 137:22 | 8:19 10:16 | copies 27:12 |
| 48:2,19 50:6,9 | 138:16,20 | 140:11 143:2 | 83:18 106:10 | 128:11 |
| 67:8 74:5,20 | 153:3 | considering | contract 37:13 | core 83:6 87:1 |
| 83:12 86:1 | concerns 23:12 | 123:8,11 | 38:13,14 42:2 | coronary 121:14 |
| 104:17,20 | 24:3 | 132:10,12 | 45:12 72:13 | corporate 63:20 |
| 116:15 121:1 | concluded | 133:5,18 | 81:5 87:19 | correct 24:2 |
| 124:4 135:9,13 | 101:12 163:7 | 139:17 | 88:14 89:9,12 | 25:19 29:4 |
| 139:8 | conclusion | consist 40:11 | 98:16,19 102:2 | 38:19,20 39:3 |
| company's 87:1 | 17:17 97:13 | consisted 15:8 | 103:7,12 | 39:4,8,20 |
| 98:16 113:2,3 | conclusions | consistent 29:20 | 104:11 108:12 | 42:17 43:3 |
| 114:9 | 18:17 127:3 | consolidated | 115:21 118:4 | 45:5 55:6 56:8 |
| compared 14:14 | 128:1 | 63:15,16 | 155:10 156:6,7 | 57:5 64:8 66:7 |
| comparing 18:9 | condition 20:4 | consolidation | 157:8 | 70:4 72:20 |
| 21:21 | conditions | 63:19 | contracted | 73:18,22 75:8 |
| comparison | 12:17 17:22 | consultant 36:3 | 37:15,17,21 | 75:12,21,22 |
| 157:7 158:1,7 | 115:12 136:9 | consulted 32:7 | 38:4,7 43:8 | 81:9 88:15,18 |
| comparisons | 136:10 137:8 | 32:19 33:7 | 108:11 | 88:20 90:9 |
| 21:22 | Coneys 1:13 4:3 | consulting 32:4 | contracting | 91:5 98:5 |
| compiling 67:20 | 4:9,11 5:8 6:1 | 32:5 33:2 | 80:20 87:1,5,8 | 100:1,12 |