Maureen Coneys                                              April 12, 2006
                          Boston, MA

6

| | | | | |
|---|---|---|---|---|
| 101:21 102:5,6 | courses 9:12 | 114:5 118:2 | 39:5 50:19 | 18:2,14 19:1,6 |
| 102:9,11 | court 1:1 5:4 | 153:10 154:21 | 82:20 88:22 | 20:13 21:8 |
| 106:22 107:10 | 48:14 | 158:6 161:6 | 114:1,3,6 | 23:21 24:16 |
| 110:21 112:19 | cover 55:10 | **cross-functional** | 119:10 140:22 | 50:22 51:4,8 |
| 141:15 142:3,9 | 106:6 153:14 | 86:12 91:18 | 157:10 158:10 | 51:12 53:9,13 |
| 146:6,7,16,17 | coverage 33:13 | 92:20 | **dealing** 48:11 | 57:4,13 81:6 |
| 151:1 152:5 | 59:13 75:2,3 | **CSR** 164:20 | 121:20 132:5 | 125:2 139:16 |
| 153:7 154:15 | 84:16 85:15 | current 112:16 | 140:17 146:10 | **departments** |
| **correctly** 88:11 | 100:11 151:19 | 154:7 | 146:14 157:13 | 18:5 21:11 |
| 125:17 160:5 | 151:21 152:4 | **currently** 8:11 | 157:16 158:4 | 118:9 |
| **cost** 8:16 16:10 | 160:5,7 | 84:18,21 | **deals** 146:4 | **depended** 62:17 |
| 17:21 18:4,9 | **covered** 70:8 | 126:18 139:9 | **dealt** 12:15 | 92:14 |
| 23:1 66:9 71:5 | 148:21 150:2 | **custodian** 129:2 | 15:19 24:14 | **dependent** |
| 71:7 106:2 | 154:16 | 129:10 | 45:3 51:5,12 | 136:11 |
| 110:1,7,8 | **covers** 34:11,12 | **customer** | 64:22 83:6 | **depending** |
| 112:18,20,20 | **co-insurance** | 110:15 | 103:9 119:12 | 105:17 |
| 112:21 141:15 | 105:16 | **customers** | 121:12,13,17 | **deponent** 4:2 |
| 141:17 142:9 | **co-payments** | 108:21 109:17 | 139:21 | 164:7 |
| 142:12 147:12 | 105:16 | | **Deb** 118:5 | **deposed** 6:11,13 |
| 156:20 158:22 | **co-pays** 161:1,3 | **D** | 139:14 | **deposition** 1:13 |
| 159:11 162:5 | **created** 40:5 | **D** 4:1 5:1 | **decide** 104:6 | 5:8 7:22 122:4 |
| **Costello** 1:16 | 95:7 131:17 | **data** 132:4,8 | **decided** 105:6 | 129:2,10 |
| 164:3,19 | 132:1 133:21 | 134:3 | **deciding** 114:19 | 144:12,15 |
| **costs** 16:22 | **creation** 76:2 | **date** 5:5 28:9 | **decision** 20:4 | 145:5,6,9 |
| 18:14 21:21,22 | 82:22 | 134:2 148:1 | 74:5 104:17,21 | 162:17 163:7 |
| 52:7,10 54:9 | **cross** 2:7,9,14 | **dated** 4:12 | 135:18 137:14 | 164:10,13 |
| 55:10,20 70:13 | 5:17,20 7:2,16 | 150:7 | **decisions** 11:21 | **depositions** 6:16 |
| 70:14,14,15 | 8:12 10:11,13 | **dates** 123:16 | 91:20 92:9 | **depression** |
| 71:7 109:10 | 10:19 11:5,16 | **Davey** 35:1,16 | 121:1 | 121:15 |
| 130:19 | 13:12,19 14:7 | 35:19 36:2 | **decision-maki...** | **deputy** 94:18 |
| **cost-effective** | 32:4,8 33:16 | 48:6,9 49:9 | 134:18 | 97:4 |
| 18:22 19:5 | 34:1,4,17 36:8 | 64:15,18 65:4 | **decreased** 40:21 | **derived** 82:1,6 |
| **counsel** 5:10 | 36:18,19 38:1 | 65:7,12,12 | 41:3,4 | 101:3 |
| 164:11 | 38:5,22 44:18 | **Davey's** 35:4 | **dedicated** 23:13 | **describe** 9:2 |
| **counterpart** | 49:17,22 59:16 | 48:11 | 23:16 31:2,3 | 15:6 17:19 |
| 48:11 | 61:7 64:10 | **day** 21:17 | **Defendant** 1:14 | 18:8 19:19 |
| **couple** 22:6 | 67:21 74:16 | 163:16 164:5 | 3:8 | 45:8 54:14 |
| 123:3 | 76:17 77:10 | 164:17 | **defendants** 2:22 | 74:13 123:18 |
| **course** 42:19 | 91:18 93:16 | **day-to-day** | 5:14 | **described** 15:3 |
| 45:2 68:21 | 94:18 95:1,2,4 | 102:21 | **degree** 9:13 | 16:8 21:1 |
| 109:4 119:3 | 99:1 103:11 | **Deaconess** 40:14 | **demands** 158:10 | 41:13 84:1 |
| 120:8 | 104:10 107:12 | 41:6 43:17 | **department** | 95:10 125:13 |
| | | **deal** 15:15 31:1 | | |

Maureen Coneys

Boston, MA

April 12, 2006

7

| | | | | |
|---|---|---|---|---|
| 134:14 | 28:10 | 68:12 73:22 | diseases 121:15 | 162:20 |
| **describing** | **diem** 83:13 90:8 | 80:14 82:21 | **dispensed** 54:10 | **drawing** 158:7 |
| 28:14 | 155:18 | 86:4,18 87:4 | **dispensing** | **DRG** 155:19 |
| **description** 4:8 | **differ** 105:10 | 87:18 91:16 | 61:21 | **Drive** 2:12 |
| 26:9 | **difference** 73:16 | 94:14,18 96:17 | **disruption** | **driver's** 6:3 |
| **design** 92:3 | 130:18 131:10 | 97:2,4 98:2 | 135:20 136:4 | **drug** 13:8 22:1 |
| 103:1,18 147:7 | **different** 14:9 | 109:16 110:16 | 138:4 140:10 | 29:18 42:7,18 |
| 147:9,10 | 29:22 37:7 | 111:2 140:20 | 140:12 | 42:20 43:3 |
| 160:22 | 74:14,19 83:4 | **directors** 30:22 | **distinction** | 50:19 51:5 |
| **designated** 95:5 | 83:10 84:3,19 | 48:8 58:8 | 37:20 | 52:16 57:14 |
| **desire** 74:20 | 90:14 92:2,7 | **disciplines** | **distributed** 57:9 | 58:20 59:9 |
| 95:3 | 97:17,18 103:2 | 45:20 | **DISTRICT** 1:1 | 62:12,15,22 |
| **details** 58:20 | 107:3 108:4 | **discontinued** | 1:2 | 71:3 119:18 |
| 99:11 | 124:17 136:22 | 76:15 | **division** 51:4 | 137:5 140:15 |
| **determination** | 137:4,5 151:15 | **discounts** | 66:18,19 | 154:1 159:8,10 |
| 12:2 139:3 | 152:8 156:15 | 130:14 162:1 | **divisions** 39:12 | 160:3,7 161:8 |
| 147:1 | 156:15 | **discovered** | **doctor** 42:18,20 | **drugs** 12:20 |
| **determine** 15:13 | **diploma** 9:4,7 | 146:1 | 47:20,21,22 | 13:2,3,4,20 |
| 115:10 | 9:11,15 | **discuss** 147:4 | 48:4 49:3,6 | 16:10,12,13 |
| **determined** 54:3 | **direct** 6:5 | **discussed** 22:19 | 141:14,15 | 26:22 27:13 |
| 54:5 61:5 | 100:10 | 30:9,20 65:12 | **doctors** 36:17 | 29:12 31:18 |
| 65:15 70:15 | **direction** 164:8 | 84:7 92:5 93:1 | 37:14,21 43:8 | 50:16 51:1 |
| 71:4 72:2,6,9 | **directly** 9:7,10 | 112:12 124:10 | **document** 1:9 | 52:8,11 53:10 |
| 108:7,22 | 32:20 44:20 | 130:20 135:1 | 122:2,8,10,13 | 54:9 57:12,19 |
| 110:14 160:21 | 56:22 105:11 | 140:10 | 122:14 129:11 | 58:12 59:1 |
| **determining** | 105:18 108:11 | **discusses** 150:21 | 131:10,15,15 | 61:16 62:3 |
| 17:5 61:1 | 119:12 147:4 | **discussing** 24:19 | 131:20 133:21 | 63:6,6,8 66:9 |
| 86:15 103:22 | 151:16 153:4 | 68:10 93:12 | 140:1 141:9 | 78:2,3 81:18 |
| 111:12 112:4 | 157:10,16 | 101:6 116:6 | 153:8 154:20 | 82:10 87:10 |
| 137:22 | 158:6 | 138:7 | 163:3 | 91:13 96:12 |
| **Devaux** 118:5 | **director** 7:19 | **discussion** 90:11 | **documentation** | 108:18 109:3 |
| 139:14 | 16:18 22:4,8 | 92:20 93:16 | 163:3 | 109:12 110:2 |
| **Devaux's** 139:16 | 23:8 25:21 | 94:12 130:10 | **documents** | 118:9 124:18 |
| **develop** 14:19 | 27:11 30:11,13 | 130:13 131:2 | 145:8,13,16,20 | 126:3,4,8,19 |
| **developed** 61:10 | 30:16,18 36:9 | 138:9,15 140:6 | 146:1 162:13 | 127:11,13,16 |
| 94:1 107:16 | 44:13,19 45:3 | **discussions** | **doing** 32:3 | 127:20 128:2 |
| **developing** | 45:11,14 47:9 | 64:19 93:21 | 102:21 124:3 | 130:18 131:11 |
| 74:10 | 47:13,14,17 | 96:4 110:10 | **dollars** 128:8,9 | 135:10,12,14 |
| **development** | 49:1,8 53:17 | 124:5 | 128:9 | 135:19 136:7,9 |
| 74:20 121:2,13 | 53:21 57:3 | **disease** 96:2 | **dosage** 140:19 | 136:14,21 |
| **diabetes** 121:14 | 58:3,5,17,19 | 121:14,15 | **Dosing** 140:3 | 137:7,8,12,13 |
| **diagnosis** 26:12 | 59:9 63:21 | 159:5 | **double-check** | 137:17 138:5,8 |

Maureen Coneys                                    April 12, 2006
                          Boston, MA

8

| | | | | |
|---|---|---|---|---|
| 138:11,12<br>139:21 140:7<br>140:18,19<br>141:1,5,10,12<br>142:2 143:4<br>149:8,22 152:9<br>152:12,13,14<br>153:14,17,17<br>153:21 154:10<br>154:11,12,13<br>154:14,16<br>159:13,13,15<br>159:19,21<br>160:11 161:20<br>162:2<br>**duly** 6:3 164:6<br>**dynamic** 152:20<br>**D-A-V-E-Y** 35:3<br>**D-A-V-Y** 35:2<br><br>——————<br>**E**<br>**E** 1:15 2:10 4:1<br>4:7 5:1,1 164:3<br>164:19<br>**earlier** 15:3<br>20:16 37:14<br>38:17 41:13<br>43:6 56:7<br>57:12 58:4<br>62:22 63:10<br>84:1 87:22<br>106:17 115:17<br>129:10 138:21<br>146:3 150:22<br>**early** 6:17,19<br>7:4,7 24:19<br>26:14 35:22<br>40:8 50:10<br>111:8<br>**earn** 116:2<br>**East** 36:9 38:19<br>38:21,22 39:5<br>39:9,13,19 | 40:13 41:13,17<br>42:3 43:11,13<br>43:15,22 48:10<br>63:16 75:7<br>76:1 77:14<br>108:6<br>**eastern** 39:5<br>80:19<br>**educating**<br>123:22<br>**education** 19:17<br>**educational** 9:1<br>9:13<br>**effect** 153:21<br>**efficiency** 95:16<br>**effort** 96:15<br>97:7,14 98:2<br>**efforts** 97:16<br>**either** 13:7,9<br>43:16 75:17<br>81:22 163:1<br>**electrical** 142:14<br>**electricity** 52:12<br>**electronic** 111:3<br>**element** 109:13<br>**embedded** 27:17<br>**emergency**<br>15:19<br>**employ** 25:12<br>**employed** 7:3,5<br>7:15,16 8:11<br>10:16 25:9,18<br>29:5 34:10<br>36:14 37:11,22<br>38:5 43:7,19<br>44:7 45:11<br>46:11,14<br>164:12<br>**employee**<br>164:14<br>**employees** 37:21<br>38:1 55:13 | 56:11,21 57:1<br>77:11,21<br>**employer** 61:6<br>**employment** 7:6<br>25:14<br>**encompass** 13:2<br>84:3,18<br>**encompassed**<br>90:3 95:20<br>**encompassing**<br>125:14<br>**encourage** 19:12<br>**encouraging**<br>19:14<br>**ended** 97:16<br>98:5<br>**England** 40:14<br>41:6 43:16<br>**enroll** 98:22<br>102:7 151:17<br>151:17 160:10<br>**enrolled** 99:5,14<br>99:17 102:11<br>105:11,17<br>106:19 107:1<br>151:16,18<br>**enrollment**<br>85:17 86:14<br>103:19<br>**ensuing** 164:6<br>**ensure** 20:18<br>21:3 26:2<br>**ensuring** 23:1<br>**entered** 26:4<br>81:5<br>**entire** 35:8<br>47:10 99:21<br>**entirety** 163:2<br>**entities** 74:21<br>76:5 80:10<br>113:9,13<br>161:18 | **entitled** 140:2<br>**entity** 39:10,11<br>61:11 63:17<br>74:21 90:2<br>95:7 97:5<br>158:5<br>**equal** 109:10,22<br>**Esq** 2:3,10,18<br>3:4<br>**establish** 152:19<br>**established** 12:5<br>12:7 93:6<br>**estimates**<br>127:19<br>**evaluates**<br>120:20,21<br>**evaluating**<br>103:1,9 114:19<br>**evaluation**<br>114:3<br>**event** 76:22<br>**events** 79:6<br>**eventually** 76:16<br>79:2 152:9<br>**exact** 85:13<br>101:8<br>**exactly** 35:18<br>37:18 40:6,16<br>41:7 48:3<br>50:11 54:4<br>60:14 65:10<br>76:4 84:12<br>97:15,22<br>109:22 135:10<br>154:4 155:19<br>**examination** 4:4<br>164:6<br>**examined** 6:4<br>**example** 34:8<br>153:10<br>**examples** 21:16<br>**exceeding** 69:4 | 69:13<br>**exclude** 88:2,3,5<br>160:11<br>**excluded** 52:11<br>56:19 159:16<br>**excludes** 159:21<br>**exclusive** 124:12<br>126:14<br>**Excuse** 65:21<br>**executive** 7:19<br>36:9 44:13,19<br>45:2,10 47:9<br>48:8 57:3 59:9<br>63:21 68:12<br>73:21 80:13<br>82:21 86:3,18<br>87:4 91:16<br>94:14 109:16<br>110:16 111:2<br>140:20<br>**executives** 64:1<br>**Exhibit** 4:9,11<br>122:3,6,11<br>129:3,11,19<br>139:22 150:5,8<br>**exist** 86:19<br>101:10 110:21<br>156:12<br>**existed** 74:14<br>101:11<br>**existence** 40:2,3<br>76:2 79:1<br>121:4 148:9<br>**existing** 74:6<br>76:4 120:22<br>**expand** 74:8<br>154:22 155:7<br>**expanded** 155:4<br>**expansive** 93:8<br>**expectation**<br>109:20 110:5<br>110:11 |

Maureen Coneys

Boston, MA

April 12, 2006

9

expenditure
  71:21
expense 56:13
  56:17 65:17
expenses 57:7
  65:18,22 70:6
  70:6 71:13
  73:16,17
  142:14,18
expensive 17:10
  17:14 20:19
  152:1,1
expertise 104:19
Expires 164:22
explain 146:12
explaining 83:7
exposure 32:9
expressed 34:18
expressing
  156:21
extent 41:4
  162:1

**F**

facilities 40:20
  41:12 43:19
  59:19,20 75:7
  77:20 78:7
  107:6 108:7
  111:10
facility 42:16
  43:1 44:10
  109:11,18
fact 68:10
  104:22 118:6
  118:11 131:9
  143:1 145:15
  149:5 162:11
factor 61:1
  69:21
factors 12:1
  69:3,10,12,15
  71:11 135:17

137:13
fair 141:18
  156:5
familiar 24:22
  32:12,15 83:11
  116:12 118:6
  118:16 120:13
  122:14 133:8
  133:14 142:20
  143:21 144:1,7
  149:3 150:11
  151:4 159:20
  161:10 162:4
familiarize
  122:8 150:13
far 151:8
feature 20:6
federal 1:15
  98:17
fee 13:15 14:1,3
  26:21 27:2,3,6
  27:12,15 29:20
  31:12,15,17
  72:12 81:15,20
  81:22 82:5,15
  82:18 90:12
  91:1,3 100:21
  100:22 109:1,2
  109:6,10
  110:14,18,21
  111:4,7,11,16
  112:3,3,7,10
  112:11 148:14
  148:16
fees 91:6,12
  148:15
fewer 70:2
  71:19 73:5
figured 61:20
files 111:15
  112:1 128:13
  145:12,15,18

fill 13:3 42:8,15
  62:9
finalized 55:8
finance 45:17
  66:18,19 67:1
financial 51:15
  51:18 52:2,4
  52:16,21 54:15
  55:2 63:10
  66:21 67:3,11
  67:14,16,18,21
  104:1,22 105:5
  105:8,15
  128:12 142:21
  155:11 156:1
  157:15,19,22
  158:3,15
financially
  157:1 164:14
financials 63:14
findings 19:11
finish 8:5
first 7:4 32:9,15
  32:20 40:11
  45:7 77:3
  113:20 119:4
  122:22 123:4
  125:19 134:22
  137:16 151:3,4
  151:7 152:15
  156:3
five 29:8 41:13
  130:17
fixed 70:14 71:6
  71:13
flat 161:1
Floor 2:4
focus 92:19
focusing 21:7
folded 63:12
followed 12:6
Following

130:13
follows 6:5
follow-up
  129:14,16
forecast 66:2,4,5
  69:5 70:1 71:9
  71:12,14
forecasted 69:17
  69:22
forecasts 65:20
  66:1,8,16
  67:20 68:11
  69:13
Foreman 47:19
  47:20,22 48:4
form 27:22 28:1
  28:4,7,14 39:9
  62:6,10
formal 9:13
  65:4
formally 76:17
format 110:17
formula 99:9,11
forth 64:12,22
  70:8 124:20
  140:19 158:11
found 145:21
four 40:15 41:14
  43:20 96:16
frame 32:18
  36:1 41:10
  133:10
Framingham
  164:17
Frank 49:3
frequency 12:15
frequently
  12:16
full-time 38:13
  77:21
function 51:20
functional 91:19

93:17
functioned
  74:15
functions 34:19
  46:1,3
further 8:22
  9:12 49:10
  57:9 63:13
  162:7 163:6
  164:11,13

**G**

G 5:1
gain 31:11
  119:19 120:9
gained 117:4
  119:21
gaps 75:3
gauzes 55:17
  96:9
general 10:4
  26:18 51:22
  116:14
generally 24:5
  55:1 91:1
  124:6 132:14
generating
  66:17
geographic
  93:21
getting 40:1
  61:21 116:19
  116:21 136:21
  136:22 138:22
give 131:16
given 29:18,18
  42:7 94:9
  164:10
gives 131:21
giving 8:5
Globe 4:11
  150:7,10
go 11:8 14:8

Maureen Coneys                                    April 12, 2006

Boston, MA

10

| | | | | |
|---|---|---|---|---|
| 19:14 50:15 | handled 53:10 | 107:8,9,12,21 | 43:2 44:19,21 | 18:2,5 19:1,6 |
| 68:6 138:13 | 124:6 139:8 | 108:4,10,12,14 | 45:3,4 49:16 | 19:22 20:5,13 |
| 149:20 158:11 | handling 117:20 | 112:17 113:2,4 | 49:19,20 50:15 | 20:19 21:2,7,7 |
| 162:20 | 140:2 141:1,4 | 113:9,10,12,14 | 58:9 59:19 | 21:10,12,15 |
| going 53:1 | 141:9,13,17 | 113:20 114:1 | 60:5 61:9,11 | 23:5 36:12 |
| 104:12 106:4 | 142:3,9 | 114:17,21 | 73:22 74:8,10 | 41:22 42:1 |
| good 6:8 53:3 | happened 41:20 | 119:6 120:20 | 74:11,13,16,20 | 71:2 83:2 90:5 |
| 132:16 | 63:17 77:1,3,6 | 121:16 124:7 | 74:21 75:5,11 | 92:17 114:6 |
| government | 79:8 85:22 | 126:4,7 147:12 | 75:13,16,18,20 | 115:17 116:9 |
| 98:9,14,18 | 134:16 135:8 | healthcare 8:15 | 76:2,7,13,14 | 116:10,21 |
| 101:10,13 | happy 129:15 | 158:21 | 77:12,18 78:7 | 118:4,8 155:15 |
| 104:8 116:13 | Hardy 3:3 5:16 | hear 120:1 | 78:9,15 80:14 | 155:17 |
| 143:12 146:4,6 | health 7:2,5,7 | 129:5 | 81:3,8,11 | hospitals 15:17 |
| 146:8,10,15,19 | 7:20 11:3,5,9 | heard 119:4,13 | 82:21 83:3,3,9 | 16:22 25:13 |
| 148:7 | 15:22 17:8 | 119:16 120:4 | 83:12,14,17 | 35:14 41:18 |
| Grand 3:5 | 24:20 25:10,12 | 162:4 | 84:3,15,18,19 | 80:20 83:5 |
| grappling 92:1 | 25:17 33:21 | hearing 116:14 | 84:22 85:3,7 | 90:2 114:8 |
| grievance | 34:6,7,11,17 | held 8:17,19 | 85:16,18,19 | 115:22 116:1 |
| 103:19 | 34:22 35:7,13 | 106:10 | 86:4,10,22 | 116:18 117:12 |
| grounded 17:16 | 36:10,11,15 | help 94:22 | 87:9 89:20 | 138:13 161:19 |
| group 25:5,9 | 37:11,13 38:2 | 114:20 | 91:21 92:21 | hotline 23:13 |
| 49:21 50:20,21 | 38:6,7,18 | Helping 33:11 | 93:5 94:15 | hour 53:2 106:5 |
| 53:12 63:1 | 40:10 42:2,9 | hematologist | 99:17 100:6 | 145:1 |
| 74:7 95:5 | 42:11,13,14 | 37:3 | 106:16 107:1 | housed 42:12 |
| 123:11 124:1 | 43:9,11,12,14 | Hematologists | 107:16,21 | 111:4 |
| 139:9 | 45:18 48:8 | 37:2 | 108:17 112:2 | human 45:17 |
| groups 39:10 | 50:15,18 51:2 | hereunto 164:16 | 151:17 152:1 | 64:11 |
| guidelines 11:20 | 51:19 53:11 | high 9:3,8,10 | 152:19 153:13 | hundred 47:3,4 |
| 11:20 12:4,7,9 | 54:13 59:13 | 60:21 130:15 | 156:11 158:10 | 47:7 |
| 12:13,19 13:6 | 61:3,10,12 | higher 48:5 | 158:12 | hundreds 128:8 |
| 20:3 26:5 | 63:15 64:20 | 52:17 70:6 | HMO's 32:8 | husband 34:10 |
| G&M 5:4 | 65:2 66:10,22 | 90:17 110:7 | 50:3 74:6,17 | Hutchinson |
| | 69:16,18 72:10 | 141:15,17 | 75:1 85:4 | 67:4,5,10 |
| **H** | 72:11,13 75:19 | hired 14:19 36:8 | 111:16 | |
| H 4:7 | 76:18,21 77:9 | hiring 34:18 | hold 22:5 30:4 | **I** |
| half 97:6 98:4 | 77:13,16 78:12 | HMO 14:19,20 | 44:14 98:10 | idea 117:8 |
| Hamilgarn | 79:14,19,22 | 24:20 25:1,6 | 106:8,9 | identified 6:2 |
| 48:13,17,18,19 | 80:6,11 85:11 | 25:17 32:10,16 | home 142:19 | 61:17 |
| 48:21 49:9 | 95:22 96:3 | 32:21 33:14 | Horizons 152:17 | identify 33:12 |
| Hampshire | 98:21,22 99:2 | 34:19 35:8,17 | hospital 9:17,19 | 50:2 115:13 |
| 94:19 95:2,8 | 104:13,14 | 39:14,22 40:11 | 10:6 15:11 | identifying 28:8 |
| hand 164:16 | 106:2,19 107:8 | 40:18 41:21 | 17:6,9,14,22 | impact 136:16 |
| handle 124:7 | | | | implement |

Maureen Coneys

April 12, 2006

Boston, MA

11

| | | | | |
|---|---|---|---|---|
| 123:12 135:14 | 37:15 45:21 | 152:7 | 147:9 | Kansas 3:6 |
| implementation | inclusive 93:8 | initials 119:22 | involving 7:2 | Kaplan 1:19 2:2 |
| 130:20 133:3 | incoming 23:11 | inpatient 21:12 | IPA 49:21 74:7 | 5:6,20 |
| implemented | incorporate | inquiries 58:22 | issue 17:4,20 | kept 51:18 |
| 117:16 122:18 | 109:12 | 59:3,8 | 121:21 122:22 | Killion 125:6 |
| 136:5,19 137:2 | increased 40:21 | insert 73:20 | 123:4,8,15 | 139:19 |
| 138:10 144:8 | increases 153:5 | insurance 25:6 | 125:10,16,21 | Killion's 127:2 |
| implementing | independent | 28:11 33:12,15 | 128:13 130:19 | kind 13:7,9 46:5 |
| 121:21 | 56:4 61:4,12 | 33:21,21 34:1 | 131:1 134:22 | 147:8 |
| impose 141:14 | 78:19 79:2 | 34:2,3,11 | 139:5 150:21 | kinds 16:1 45:19 |
| impression | 85:1,3 95:13 | 59:13 85:11 | issues 12:13 | 51:21 71:4 |
| 145:19 | independently | 107:9,9,21 | 32:7 33:1 65:1 | 96:4 127:15 |
| improve 95:15 | 50:19 56:2 | 108:4,19 161:2 | 82:20 83:7 | 136:15 |
| 95:16 114:21 | 78:4 | insurer 34:6,7 | 90:20 91:22 | know 7:9 8:9 |
| improvements | indicate 134:4 | insurers 108:4 | 92:2,5 93:1 | 12:16 13:11,18 |
| 116:3 | indicated | 108:11 | 109:21 114:1 | 13:22 14:2 |
| incentive 115:19 | 154:21 157:13 | intend 88:2 | 121:11,19 | 18:20 27:3 |
| 116:1,9 | individual 34:16 | intended 84:3 | 124:16 125:20 | 35:16,21 40:4 |
| incentivize | 34:20 51:19 | 93:6 109:10 | 133:4 137:21 | 40:7 41:7 44:6 |
| 20:11 21:9 | 61:2,6 75:14 | interact 64:3 | 139:10,17 | 45:18 46:1,10 |
| 94:10 | 88:14 105:9 | interactions | 140:7,9,11 | 48:2,3,21 49:1 |
| inception 121:7 | 136:19 | 64:17 | 146:15 | 49:9,14 50:8 |
| include 36:20 | individualized | interest 34:18 | issuing 55:13 | 50:12,17,22 |
| 38:14 52:7 | 87:13 | interested | 103:10 | 51:8 52:4 53:7 |
| 54:9 56:10,13 | individuals | 164:14 | | 53:12,15,16,18 |
| 88:8 92:10 | 33:15,20 51:11 | interim 77:6,19 | J | 53:19,22 58:16 |
| 95:18 96:12 | 59:12 125:5 | 78:8,21 79:11 | January 132:5 | 58:19 59:6,17 |
| 116:1 147:1 | 160:9 | internal 37:6 | job 7:11,12 | 59:22 60:8,15 |
| 154:9 159:12 | industry 1:6 5:9 | interrogatories | 11:17 158:21 | 60:17 61:18 |
| 159:14 | 114:4,15,16 | 6:5 | John 125:6 | 62:16,20 64:21 |
| included 21:22 | 119:4 120:8 | introduce 5:10 | 127:2 139:19 | 65:7,10,16 |
| 51:15 52:5,6 | 124:6,19 | invasive 19:13 | Johnson 2:22,22 | 66:8 67:8,10 |
| 54:12 56:17,18 | 125:16 126:12 | 19:15 | 5:13,13 | 67:14,18 68:1 |
| 61:11 66:9 | inflated 143:13 | inverse 93:17 | join 10:19 78:12 | 69:18 70:7,16 |
| 69:15 75:18 | informal 65:5,6 | invest 121:1 | 94:8 | 71:2 73:12 |
| 88:13 91:17 | information | involve 16:10,21 | joined 10:13 | 74:17 78:5 |
| 92:8,9,12,12 | 27:14 28:6,8,9 | 23:9 117:1 | 39:22 40:11 | 79:5,6,10,11 |
| 107:2 146:18 | 65:8,11 67:14 | 159:1 | jointly 125:1 | 79:13,14,22 |
| 146:21 | 115:9 129:3,10 | involved 7:10,17 | Jonathan 47:19 | 80:3,6,10 |
| includes 154:12 | 131:5 | 49:17,22 90:5 | June 150:10 | 82:14,17 83:21 |
| 160:7 | initially 61:5 · | 96:14 123:22 | 155:3 | 84:12 85:13,14 |
| including 37:8 | 93:5 123:13 | 125:5,8 144:5 · | | 86:16 87:12 |
| | | | K | |

Maureen Coneys                                       April 12, 2006
Boston, MA

12

| | | | | |
|---|---|---|---|---|
| 97:15 99:10 | lay 137:13 | 143:22 145:3 | lot 94:21 136:12 | manager 11:10 |
| 100:14,22 | lead 70:5 | 145:11,16 | low 91:4,7 105:2 | 14:10 86:4 |
| 101:18 104:1 | leading 152:21 | little 90:13 | 152:19 | Mangi 2:18 4:4 |
| 104:18 108:9 | lease 71:7 | 104:3 152:19 | lower 69:16 | 5:12,12 6:7,9 |
| 108:10,15,16 | leave-it 88:17 | LLC 94:19 95:8 | 70:1,6 71:21 | 41:1 53:3 68:6 |
| 108:20 109:6,9 | leaving 21:6,11 | 95:9 | 72:1 | 106:6,13 122:3 |
| 109:14 111:9 | led 12:1 30:13 | LLP 2:2,17 3:3 | lowest 23:1 | 128:15,20 |
| 112:9 117:2,13 | 69:3,10,12 | located 5:7 | lump 55:9 | 129:5,9,15 |
| 117:15 122:9 | 86:13 | 44:22 | | 145:17 150:5 |
| 124:12 130:3 | left 14:7 35:21 | location 40:13 | **M** | 158:18 162:7 |
| 132:2 135:17 | 48:2,3,21 50:8 | 41:6,8 44:5,7 | maintain 111:10 | 162:22 |
| 135:20 136:8 | 50:10 67:8 | locations 40:16 | 128:11 | manufacturers |
| 136:13 139:13 | 76:11 129:19 | logistical 61:15 | maintained 27:8 | 51:6 161:8 |
| 139:15,19 | 141:14 | 62:1 | 110:17 111:8 | margin 109:13 |
| 140:4 141:3,6 | left-hand | logistically | Maintaining | mark 122:3 |
| 141:16,20 | 129:21 | 54:14 123:7,18 | 104:2 | 150:5 |
| 142:11,17 | Legal 3:12 | long 8:17 10:5 | maintenance | marked 122:6 |
| 143:21 147:21 | letter 128:21 | 10:22 11:12 | 45:19 55:20,22 | 122:10 129:11 |
| 148:2,11,15 | 129:1,14,16 | 22:5 30:4 | major 69:20 | 132:3 150:8 |
| 149:10,14,22 | letters 90:19 | 35:16 40:17 | 135:20 | market 74:15,22 |
| 150:4,14 151:6 | let's 55:5 68:6 | 44:14 79:11 | majority 28:21 | 152:2 161:18 |
| 155:6,21 156:7 | 76:10 84:13 | 80:13 94:14 | 59:22 69:8,11 | 162:2 |
| 156:19 157:21 | 103:4,4 106:13 | 97:4 98:10 | making 59:8 | marketing 92:4 |
| 161:6,12 | 122:2 150:5 | 101:5 106:8 | 64:13 79:2 | marketplace |
| 162:18 | 156:3 | 121:3 144:22 | 103:6 135:18 | 95:15 |
| knowledge | level 30:13 | 153:20,22 | 157:7 158:1 | Massachusetts |
| 161:17 | 47:14 50:20,21 | 154:2 | 160:15 | 1:2,18,20 2:5,9 |
| known 58:20 | 52:17 63:1,17 | longer 45:1 | malpractice 7:1 | 2:13,15 5:4,7 |
| 71:6 77:16 | 63:20 96:21,22 | look 17:21 29:2 | 7:14 | 5:18,21 8:12 |
| | 152:4 | 95:6 111:15 | manage 104:13 | 10:12,14 11:6 |
| **L** | license 6:3 | 112:1 116:18 | 104:15 | 11:17 13:13,19 |
| L 2:3 86:9 | light 163:5 | 129:18 133:8 | managed 74:18 | 14:7 33:17 |
| Landmark 2:11 | limit 137:17 | 136:14 159:10 | 102:18 157:8 | 38:1 39:22 |
| larger 79:2 | limited 52:10 | looked 18:14 | 157:14 158:4 | 53:8,14,17,21 |
| largest 43:12,21 | 93:6 137:11 | 96:5 121:16,18 | management | 54:16 56:22 |
| 44:4 | 155:9 156:4 | 127:15 | 86:11 89:8 | 57:5 59:14,18 |
| lasted 97:10 | line 23:19 101:8 | looking 126:12 | 95:22 96:2,3 | 64:1,4 67:6,12 |
| late 24:19 40:7 | 133:8,12,13,13 | 131:14,20 | 113:4,4 120:16 | 67:22 72:18 |
| 111:7 | 133:14,17 | 132:13,13 | 120:18,20 | 74:4 76:8 |
| launched | 151:22 | 133:19 152:15 | 121:14,18 | 77:11,22 80:19 |
| 147:22 151:3,7 | litigation 1:7 | looks 124:2 | 139:12 156:11 | 81:6 82:4,9 |
| 152:8 | 5:10 143:17,20 | losing 104:10 | 158:11 159:3,4 | 83:15 85:12,15 |
| lawyers 144:14 | | | 159:5,5 | |

Maureen Coneys

April 12, 2006

Boston, MA

| | | | | |
|---|---|---|---|---|
| 94:19 95:2,8 99:4,15,19,22 100:2,8,16,20 101:5 102:5,7 104:6 105:6,12 105:18 106:17 108:5,13 113:22 114:6 117:1,5,21 118:3,7,12 123:1 131:2 138:17 143:2 143:12,18 146:20 147:3 148:12,19 149:16 152:22 155:1 157:9,15 161:7 164:1,4 164:21 **matter** 5:9 **matters** 65:1 **Maureen** 1:13 4:3 5:8 6:1 163:13 164:5 **mean** 26:6 54:18 70:2 83:21 84:12 96:6 97:15 114:13 134:20 146:13 155:11 **meaning** 25:3 **means** 20:17 21:2 118:20,21 153:16 **meant** 119:20 153:15 155:14 155:20 156:1 158:3,13,14 **measurement** 114:20 **measures** 114:16 | **Medicaid** 72:14 72:14 98:17,20 98:21,22 99:2 99:4,5,14,18 99:22 100:9,10 100:14,16,19 101:6 103:2,5 103:6,9,12,13 104:4,8,14 105:10,11,18 116:12,20,22 117:14,20 **medical** 10:4 36:9 38:19,21 38:22 39:2,5,6 39:9,9,12,14 39:17,18,19 40:13,15 41:13 41:14,17,17 42:3,3 43:22 44:1 45:14,20 47:13,14,17 49:1,7 55:16 63:16,17 65:17 65:18 75:7 76:1,1 77:13 77:14,14,17 89:13,14 108:6 108:6 120:16 120:17 **Medicare** 72:15 101:21 102:15 102:18 118:2 143:14,19 149:5 151:16 151:18 152:18 153:4 155:10 155:18 156:6,8 156:12,20,22 157:5,9,11,14 157:16 158:5,7 **medication** | 130:16 **medications** 130:15 136:11 **medicine** 37:6 **meet** 144:14,16 144:17,20,22 145:2 **meetings** 64:7 **member** 22:10 23:7,18 34:1 70:16,16,20 71:1,5 75:5 121:6,9 126:5 136:20 153:18 **members** 23:11 23:14,17 24:3 33:12 38:9,11 42:11 59:18 60:1,1,4 69:19 70:9,10 71:15 71:20 72:3,11 72:15 85:15 108:19 118:9 124:14 126:8 136:11,17 146:22 151:5 151:12 152:3 153:6,14 160:15 **membership** 59:15 69:16 70:1 **memorialized** 131:6 **mention** 58:4 **mentioned** 6:9 20:16 23:7 25:21 51:14 57:13 62:22 69:8 107:7 115:17 138:21 160:2 | **method** 115:3 **methodologies** 13:12 70:18 81:12 100:14 100:19 108:16 **methodology** 13:18 26:18 82:17 83:4,7,8 83:10,12 118:8 118:13,14,20 143:3 148:11 148:19 149:6 149:11 **methods** 115:4 156:16 **Methuen** 40:15 **metigap** 151:21 **metrics** 114:4,14 114:19,20 115:16 116:4,5 **mid** 79:9 **middle** 153:9 **Middlesex** 164:2 **Miller** 1:19 2:2 5:6,20 **millions** 128:9 **mind** 89:16 **minority** 28:22 60:1,2,9 **minus** 130:17 **minute** 45:6 156:4 **Missouri** 3:6 **Mizell** 3:4 5:15 5:15 162:9 **model** 24:20 25:1,17 32:8 32:10,16,21 33:2,11,14 35:8,17 38:9 39:1,14,22 40:11,17 41:21 | 43:2 44:21 45:1,4 49:20 49:21 50:3,15 58:9 59:19 60:5 61:3 74:7 75:11 76:7,13 76:14,16,18,20 77:4,5,7,12 78:7 84:8 85:1 85:4 106:16 107:2,6,21 108:17 111:10 111:16 112:2 120:17,18 **models** 34:20 49:21 74:7 85:2,4 **modified** 93:8 **moment** 16:20 21:11 54:2 68:7 122:7 140:4 150:13 160:1 **Monday** 144:21 **money** 57:8,10 70:12 104:10 116:2,19 **monitoring** 144:5,8 **month** 70:16,20 71:5 **monthly** 68:17 68:18 151:11 153:5 **months** 32:3 123:21 **morning** 6:8,10 **motto** 155:18,18 **move** 29:22 31:20 44:17 94:17 98:8 105:22 132:10 |

Maureen Coneys                                          April 12, 2006
                              Boston, MA

14

| | | | | |
|---|---|---|---|---|
| 132:21 133:15<br>133:22 143:7<br>**moved** 74:3<br>127:12<br>**moving** 118:12<br>**multiple** 126:15<br><br>**N**<br>**N** 4:1 5:1<br>**name** 6:8 28:9<br>34:20 67:4<br>75:20 76:8<br>77:13 79:17<br>96:22<br>**names** 51:11<br>58:7 77:15<br>80:10 125:4<br>**National** 113:15<br>**nationally**<br>114:15<br>**nature** 32:5<br>**NCQA** 113:16<br>**need** 16:4 26:10<br>63:7,9 89:12<br>92:15 142:13<br>**needed** 38:13<br>41:22 42:6,18<br>61:20 93:4<br>94:2<br>**needs** 61:16<br>**negotiate** 88:5<br>94:2 115:22<br>**negotiated** 83:2<br>**negotiating**<br>87:19<br>**negotiation**<br>87:13 88:13<br>90:6,7,12,18<br>92:17<br>**neither** 164:11<br>**net** 128:5,7<br>**network** 80:18<br>82:22 92:3,6,8 | 92:12,13,21<br>93:2,7,8,19<br>94:8,11 104:2<br>147:10 155:17<br>**networks** 86:22<br>88:1,7,12 90:3<br>95:18<br>**never** 119:12<br>**new** 2:20 40:14<br>41:6 43:16<br>83:3 87:4<br>94:19 95:2,8<br>103:10,12<br>104:12,15<br>120:16,17,22<br>130:6 154:22<br>**Nicholas** 3:4<br>5:15<br>**nmizell@shb....**<br>3:7<br>**NM3** 120:12,15<br>120:17 121:3<br>121:11,20<br>122:17 123:10<br>123:14 130:11<br>132:9,12,21<br>133:4,14,21,22<br>134:3,13 135:1<br>135:4 139:5,7<br>140:7 141:7<br>142:2<br>**non** 47:11<br>**Norwood** 40:14<br>41:8 43:16<br>**Notary** 1:17 6:4<br>163:20 164:3<br>164:21<br>**notice** 162:17<br>**notify** 20:1<br>**number** 4:8<br>28:9 40:20<br>41:3,4 43:6 | 46:22 59:21<br>70:10 71:15,19<br>72:2,6 73:7,10<br>73:15 74:16<br>85:13,18<br>125:14 127:11<br>129:20 134:9<br>155:9 156:5<br>**numbered** 130:1<br>**numbers** 82:18<br>127:6<br>**nurse** 9:20 10:5<br>10:21 11:16<br>**nurses** 45:21<br>**nursing** 9:4,11<br>**N.Y** 2:20<br><br>**O**<br>**O** 5:1<br>**oath** 164:6<br>**objection** 17:12<br>19:2,7 20:21<br>21:5 29:14<br>54:19 55:3<br>56:16 58:15<br>59:5 69:6,14<br>71:10,18 72:8<br>73:20 79:4<br>80:9 82:13<br>83:22 84:11<br>85:5 87:15<br>88:10,19 91:9<br>100:13 102:1<br>105:13 108:8<br>110:3 111:20<br>112:8,15 117:3<br>117:19,22<br>125:12 126:1<br>131:18 133:11<br>134:7,19 136:6<br>137:15 138:2,6<br>138:19 140:13<br>141:11,19 | 142:10,16<br>143:15 149:2<br>152:6 153:2<br>155:5 157:3,17<br>158:8,17 159:9<br>160:12<br>**objections** 89:4<br>89:7<br>**obligations**<br>105:15,16<br>160:16<br>**obtain** 85:15<br>130:14<br>**obtained** 9:3<br>**obviously** 84:7<br>**OB/GYN** 37:10<br>**occasion** 119:10<br>120:9<br>**Occasionally**<br>64:8<br>**occur** 34:9<br>**occurred** 63:19<br>**offer** 25:6 85:12<br>**offered** 88:16<br>89:2,6,20 90:8<br>105:1 152:3<br>160:6<br>**offering** 103:13<br>152:11<br>**office** 12:16 13:5<br>17:11 18:3,22<br>19:5 20:12,19<br>21:4 23:4<br>36:12,13 41:22<br>42:19 44:22<br>62:4,15 71:2<br>81:19 82:11<br>87:11 91:14<br>96:11 142:19<br>164:17<br>**offices** 1:19 5:6<br>13:14,21 17:1 | 18:6 21:10<br>26:20 27:1<br>35:14,15,17<br>41:15 138:13<br>143:5 149:8<br>**off-the-street**<br>111:13<br>**okay** 5:2 8:2,3,9<br>8:10 84:14<br>129:17 130:4<br>141:22 150:16<br>156:3 162:7,10<br>163:5<br>**oncologists**<br>36:22 38:15<br>**oncology** 127:20<br>128:2<br>**ones** 111:11<br>**ongoing** 54:22<br>87:3<br>**on-site** 57:15,20<br>62:2<br>**operate** 76:14<br>76:15<br>**operated** 55:2<br>91:21<br>**operating** 71:7<br>76:21 77:4,7<br>**operation** 46:14<br>52:5 54:2<br>55:10 56:1,14<br>147:6<br>**operations**<br>16:18 22:4,8<br>23:9 25:21<br>27:11 30:3,7<br>30:11,16,18<br>31:1,10 45:18<br>54:21 64:20<br>65:1,3 103:18<br>**operator** 5:3<br>**opportunities** |

Maureen Coneys

April 12, 2006

Boston, MA

15

96:1 120:21
**opportunity**
  14:9
**option** 105:6
  107:3 152:11
  152:12 160:10
**options** 105:10
  124:6,9 152:4
**organization**
  10:17 35:9,10
  35:12 39:1,3
  40:4,18 47:15
  48:5 49:10
  51:5 54:17
  63:5,13 64:1,4
  65:9 67:1,11
  67:16,21 72:18
  74:4,10,19
  76:13 84:4
  86:3
**organizations**
  79:3 84:19,21
  95:12,16
**organized** 84:10
  86:11
**original** 139:3
**originally**
  106:19
**outcome** 164:15
**outpatient** 16:1
  18:1,2,5 19:1,6
  20:13 21:8,11
  21:13,15 118:8
**outside** 38:2,6
  42:8 43:5
  52:17 59:19
  61:4 75:11
**overall** 50:2
  63:1
**overhead** 52:10
  70:7 73:13,13
  73:14

**oversight** 31:7
**overview** 4:9
  122:5 134:3
**owned** 43:1
  44:21 76:17
  107:12
**owns** 118:1

──────────
**P**
**P** 3:4 5:1 86:9
**packed** 94:21
**page** 4:2,8
  129:21 130:1,2
  130:5 131:6
  132:3,18,19
  133:2,2,7,7
  134:2 140:1
  152:15 153:8,9
  154:19
**pages** 133:19
**paid** 26:4 56:22
  99:7 110:15
  111:12 112:4
  120:2 151:12
  151:15 153:4
**paper** 27:22
  28:1 110:17,19
**paragraph**
  152:16 153:9
**parameters**
  95:11 122:19
  137:22
**parent** 54:22
  63:22 64:4
**Park** 2:12
**part** 9:12 24:13
  35:9,11 38:18
  39:1,6,6 46:13
  51:15 63:16
  65:11 75:18
  76:7 77:17
  79:1 85:3
  97:17,18

104:16,20
114:7 115:21
123:22 133:22
141:7 142:1
156:4 157:5
158:12,21,22
160:21 161:13
161:15
**participate** 87:9
  93:4,10 103:11
  122:16
**participating**
  104:7
**participation**
  83:3 92:18
  94:11
**particular** 9:21
  10:2 38:10
  61:2 75:5 91:2
  91:7 94:8 95:7
  124:11 138:22
  139:16 141:4,9
  141:13
**particularly**
  156:18
**parties** 164:12
**parts** 39:17
  154:22
**patient** 13:3,5
  19:22 20:2
  28:8 41:20
  42:14,19 46:5
  62:3,14,17
  75:14,16 100:6
  100:10 105:10
  114:10 115:2
  135:20 136:3
  138:4 140:3,10
  140:12 142:18
  156:10 158:11
**patients** 10:3,4
  13:21 15:10

27:1 38:8
57:19 66:10
70:2 72:3,12
73:5 78:8,11
78:13,14 81:7
81:18 84:16
99:5,14,18
100:4,16 102:8
102:10,16
104:9 106:18
107:5,7,19,20
108:1,3 109:22
111:13,18
112:5,6,13
114:17 115:10
136:12 137:6
138:13,21
140:16 148:13
148:21 150:2
**patient's** 20:4
  105:15 151:14
**patient-admin...**
  137:17
**Patterson** 2:17
  5:12
**Patty** 152:17
**pay** 63:4 89:13
  99:18 100:21
  102:4 118:21
  141:18 146:19
  147:2 151:20
  153:17 156:16
**payable** 51:21
**paychecks** 55:13
**paying** 99:4
  153:19
**payment** 11:22
  12:3 26:4,5
  55:9 83:4
  99:21
**payments** 54:22
  72:17 105:1

116:13,13,18
117:6,9,12,15
117:21 118:2
160:14
**payroll** 57:4
**pays** 152:18
  153:13
**Peabody** 40:14
**pediatricians**
  37:9
**peer** 12:5 114:9
**pen** 94:20
**people** 29:5
  45:17,22 46:2
  46:4,20 51:15
  95:6 96:14
  125:8,16
  140:17,18
**percent** 60:7,10
  60:10,13,16,18
  60:20,20,22
  118:21 130:15
  130:17
**percentage** 60:3
  60:6 118:13,16
  161:1
**perform** 159:7
**performance**
  64:20,21 65:3
  86:15
**performed**
  17:16 32:6
  46:3 52:21
  125:1 126:17
  126:22 127:1
  132:9 134:15
  135:2,5,7
  163:2,4
**performing**
  124:21
**period** 11:15
  14:4 16:19

Maureen Coneys                                          April 12, 2006
                         Boston, MA

16

| | | | | |
|---|---|---|---|---|
| 24:18 25:18 | 134:1 136:4 | 24:7 25:13 | 148:12,21 | 31:11 84:8 |
| 27:10,21 29:13 | 139:6,18 | 29:17,19,19 | 149:7,17 150:1 | 117:4 160:3 |
| 29:17 36:6 | **pharmacist** 46:6 | 35:14,17 36:12 | 156:19 161:7 | **policy** 91:20 |
| 45:7 50:2 53:6 | **pharmacists** | 36:13 41:21 | 161:19 | **pool** 63:5 |
| 58:11 59:12 | 46:8,10,15 | 42:6 45:15 | **physician's** | **populations** |
| 61:15 68:12,21 | **pharmacy** 4:10 | 47:11,12 57:14 | 17:11 18:2 | 104:16 |
| 76:22 77:6,19 | 13:4 42:8,16 | 61:4 62:9 | **physician-ad...** | **portion** 28:19 |
| 78:8,17,21 | 42:21,22 43:1 | 75:10,18 76:16 | 16:13 135:15 | 80:3 |
| 79:11 82:3 | 43:4 46:13 | 78:19 81:5 | 137:12 138:5 | **position** 8:17,19 |
| 87:7 97:11 | 52:5,6,11 53:8 | 89:10 92:21 | 154:10,16 | 10:22 11:8,12 |
| 98:3 99:1 | 53:13,17,20 | 93:2 138:7 | 159:13,21 | 11:14 14:13,14 |
| 102:20 107:14 | 54:10,11 57:13 | 142:18 155:15 | **place** 20:8 31:5 | 14:17 16:15,17 |
| 109:15 110:20 | 57:15,20 58:3 | 157:16 159:14 | 76:12 79:7 | 22:5,15 30:1,4 |
| 111:1,8 119:7 | 58:3,4,7,13,17 | **physicians** | **Plaintiff** 2:7,14 | 31:21 44:13 |
| 123:14,17,20 | 58:19 61:16,20 | 11:19 12:6,8 | **plan** 23:12 25:6 | 49:6,12 80:17 |
| 132:5,8,15,17 | 62:2,10,12,20 | 13:13,20 14:2 | 42:11 72:10 | 85:19 87:4 |
| 148:2 151:9 | 66:11,13 | 15:13 17:1 | 79:2 93:4 99:2 | 94:17 95:15 |
| 156:18 | 121:21 122:5 | 19:12,15 24:9 | 104:1,13,14 | 98:7,10 105:20 |
| **periodic** 64:6 | 122:18 123:12 | 24:14 25:5,9 | 126:5 130:15 | 106:8,9,10 |
| **periods** 68:18 | 124:1,4,5,8,13 | 25:13 26:19 | 151:17 153:16 | 112:17 113:1 |
| 77:2 | 126:20 127:7 | 27:19 28:2,13 | 157:9 | **positions** 86:19 |
| **person** 30:13 | 127:12,13 | 28:16 29:12 | **planning** 19:21 | **potential** 127:5 |
| 34:21 47:9 | 128:12,18 | 31:16,18 35:15 | **plans** 20:6 78:12 | 127:9,18 128:5 |
| 50:2,22 58:2 | 130:21 132:13 | 36:14 37:6,11 | 95:4,13 98:21 | 128:7,18 136:8 |
| 67:2 96:20 | 134:14 135:11 | 37:12,15,17,22 | 99:1 113:9,10 | **practice** 25:5 |
| 97:2 | 135:14,18 | 38:4,5,11,12 | 113:12,14 | 36:18 45:16 |
| **personally** 7:10 | 136:18 137:1 | 38:14 41:15 | 124:7 126:12 | 61:4 77:15 |
| **personnel** 64:22 | 138:10 139:4 | 43:7,18 44:6 | 155:10 156:6,8 | 85:1,4 |
| **perspective** | 139:10,11 | 45:12,12 61:13 | 156:15,22 | **practiced** 7:20 |
| 75:14 105:9 | 161:11 | 62:2 75:17,19 | 157:2,5 | 75:19 92:16 |
| 151:14 | **phone** 23:13,16 | 77:9,15,20 | **plan's** 21:14 | **practices** 38:2,6 |
| **pertaining** | 23:18 24:1,9 | 80:20 81:13,15 | **play** 116:9 | 75:11 76:16,18 |
| 128:17 133:14 | 64:6 | 81:17 85:8 | 152:21 | 76:18 78:19 |
| **Pharmaceutical** | **phonetics** | 87:20,21 88:3 | **played** 153:4 | **practicing** 61:12 |
| 1:6 5:9 | 151:22 | 88:5,6,8,13 | **please** 5:10 7:22 | **premium** 72:10 |
| **Pharmaceutic...** | **physical** 16:1 | 90:1,2,10,21 | 9:2 17:19 18:8 | 72:17 103:22 |
| 3:8 5:16 | 45:22 | 92:19 93:3,5,9 | 45:8 122:7 | 146:21 151:8 |
| **pharmacies** | **physician** 7:14 | 93:19 100:3,5 | 129:18 130:2,2 | 151:10 |
| 42:4,9,10,12 | 7:16,20 13:5 | 113:11 130:14 | 132:4 140:1,5 | **premiums** 99:19 |
| 50:14,18 52:8 | 18:6,21 19:5 | 130:18 131:11 | 150:15 | 150:22 151:1,4 |
| 123:20 132:11 | 19:21 20:12,19 | 138:12 140:21 | **plus** 34:5 43:8 | 151:11,15 |
| 132:22 133:16 | 21:3,10 23:4 | 143:4 147:7,10 | **point** 25:14 | 152:20,21 |

Maureen Coneys

April 12, 2006

Boston, MA

17

| | | | | |
|---|---|---|---|---|
| 153:6<br>**preparation**<br>144:15 145:6,9<br>**prepare** 144:11<br>**prescribing** 13:7<br>**prescription**<br>42:7,15 71:3<br>119:17 153:17<br>154:12,13<br>159:10,18<br>**prescriptions**<br>13:3<br>**presence** 28:11<br>74:9 95:4<br>**present** 3:10<br>8:14,20 10:17<br>83:18 85:12<br>106:11<br>**presentations**<br>63:22 64:14<br>65:4<br>**presented** 65:10<br>134:3<br>**presenting** 65:8<br>**president** 8:15<br>30:2,7 34:15<br>98:9,15 106:1<br>**presumably**<br>26:15<br>**pretty** 114:12<br>**previous** 30:15<br>129:2<br>**previously** 30:9<br>163:4<br>**price** 1:7 5:10<br>90:6 92:2<br>119:11 120:10<br>**pricing** 86:15<br>**primary** 15:12<br>24:7 89:10<br>**prior** 20:2 21:1<br>21:14 32:12 | 74:14,16 75:1<br>75:4 147:20<br>148:4,6<br>**private** 157:2,4<br>**private-paying**<br>78:13<br>**probably** 6:15<br>6:17,18 11:14<br>22:6 37:19<br>121:5<br>**problem** 93:18<br>104:22<br>**problems** 93:22<br>**procedure** 1:15<br>26:12<br>**procedures**<br>21:13 115:14<br>**proceed** 130:3<br>140:5 150:15<br>**process** 22:22<br>24:7 57:18<br>58:1 61:15<br>62:1 97:17,19<br>104:11 118:7<br>134:18 136:13<br>160:22<br>**processing**<br>22:10 25:22<br>26:1 27:9,14<br>27:17 103:19<br>143:19<br>**procuring** 55:16<br>**product** 34:4,5,5<br>34:7 61:6<br>63:12 68:4<br>74:8,10,11,22<br>74:22 75:1,6,9<br>75:15,21 77:11<br>77:12 78:7<br>81:8 83:4,14<br>83:17,20 84:2<br>84:10,15 85:7 | 86:2,4,10,11<br>86:11,12,14,17<br>92:2 98:18<br>99:15,16<br>101:20,21<br>102:8,11,13,13<br>102:15 103:16<br>103:18 104:5<br>147:7,9,21<br>148:13,22<br>149:12,17<br>150:3 151:3,7<br>151:22 152:7<br>152:10,11<br>157:9,14 158:5<br>160:6,6<br>**production** 6:3<br>128:16<br>**products** 74:18<br>83:6,9 84:3<br>85:11,11,16<br>106:20 107:6<br>128:18 152:2,8<br>**Professional**<br>1:16<br>**profitability**<br>65:15 68:10,15<br>73:8 109:21<br>**profitable** 65:13<br>66:4,6 68:13<br>68:19,22 69:1<br>69:4,9,11<br>**program** 72:14<br>98:17 99:22<br>101:9 103:10<br>103:12 104:7<br>104:12,17,20<br>114:7 115:19<br>116:2 119:18<br>120:20 121:16<br>121:18 123:12<br>126:20 135:14 | 136:18 137:1<br>137:11 139:4<br>146:2,5,10,16<br>147:6,13,18<br>152:3 155:2,3<br>156:12 157:6<br>160:2,10<br>**programs** 11:11<br>14:11,19,20<br>15:2,3,7,9<br>19:18,20 20:11<br>20:17 21:9<br>95:22 96:3<br>98:9,14 99:6<br>101:6,10,12,14<br>102:22 113:3,5<br>114:6 115:18<br>116:9 120:22<br>120:22 121:2<br>121:14,22<br>122:18,19<br>127:12,13<br>130:21 134:14<br>135:19 138:1<br>138:10 146:6,8<br>159:3,4,6<br>**prohibition** 59:8<br>**project** 133:12<br>**projection** 71:5<br>**projects** 33:3<br>**promote** 114:21<br>**properly** 26:7<br>**proportion**<br>59:11,17 85:14<br>**protocol** 58:18<br>**provide** 28:13<br>28:16 33:14<br>34:8 75:2<br>89:12 113:13<br>115:8 124:12<br>140:15<br>**provided** 12:10 | 13:14 26:20<br>28:1,19 29:3<br>54:21 55:9<br>62:6 81:14<br>91:6 106:20<br>**provider** 24:17<br>61:10 80:18,21<br>82:22 83:1<br>86:21,22 87:1<br>87:5 88:1,1,4,7<br>88:12,12,21<br>89:22 90:3,3<br>90:15 92:3,6<br>92:11,16 93:7<br>95:18 119:2<br>125:2,6 142:20<br>157:8,10,14<br>**providers** 26:3<br>82:10 87:9,22<br>89:1,4,19<br>90:15,20 92:7<br>92:10 94:2,5,8<br>100:9,15 126:8<br>126:19 130:16<br>155:1,9,13,15<br>155:16,16,17<br>156:5,7,17,22<br>157:1 158:4<br>**provides** 84:16<br>**providing** 94:9<br>109:11 126:13<br>126:15<br>**psychologists**<br>45:21<br>**Public** 1:17 6:4<br>163:20 164:3<br>164:21<br>**purchase** 80:11<br>**purchased** 61:7<br>80:1,4<br>**purchasers**<br>162:2 |

Maureen Coneys                                    April 12, 2006
Boston, MA

18

purchasing
62:22 78:4
96:4,7
purely 110:6
purpose 132:1
pursuant 1:14
pursue 105:7
135:9
pursued 135:10
push-back
88:22
put 128:20
129:1,13,15
P&T 161:10
p.m 163:8

**Q**
qualification
9:5
qualifications
9:2
quality 8:16
106:2 112:17
113:3,7,15,21
114:2,3,7,13
114:17,21
115:1,9,16,17
115:18 116:3,5
147:12 158:21
queries 23:22
question 8:5
13:1 16:5
20:15 21:6
29:15 69:7
78:20 90:13
106:7 123:10
125:19 131:19
134:5 137:13
155:22 157:20
questions 6:10
8:1 23:12,15
24:5,6,10
28:12 106:16

140:18 164:9
quick 106:6
quote 155:8
quotes 150:10
154:21

**R**
R 5:1
radiology
121:17
raised 89:5
90:21,21 123:4
123:5
ran 58:3
range 60:11,13
130:17
rare 121:15
rarely 93:14,15
rate 87:11 90:8
100:9 105:2
146:11,18,18
147:2,2 153:4
rates 87:14
152:18
reached 144:2
read 131:6,9
reading 150:17
ready 122:9
130:3 140:5
150:14
really 15:5
30:17 60:7
104:15 113:19
155:19
reason 38:10
66:13
reasons 91:6
138:20
rebates 162:1
recall 6:16 7:3
12:21 13:6,9
18:13,17 19:9
21:16,20 33:6

33:8 35:4 37:4
46:18,20 51:11
57:10,16 58:7
84:4 91:11
93:21 94:12
119:15 121:20
123:4 125:4,9
126:22 127:3
127:20 128:1,4
128:7,10 130:8
130:10,19
132:19 137:16
138:9 140:6,21
158:13
receivable 51:21
receive 9:5,7
27:6,16 63:6
71:15 75:6
78:8 90:19
114:17 152:5
received 27:12
57:3 59:13,18
60:4 61:2 63:8
69:20 72:15
90:15 137:19
162:14
receiving 63:6
78:2 115:11
Recess 53:4
106:14 134:11
158:19
recipients 98:22
104:14
recognized
114:16
recollection
12:22 133:20
150:18 162:15
record 5:2 8:6
19:4 68:6,8
128:15 134:10
145:17 162:10

164:9
records 89:13
89:14
refer 13:2 25:9
35:7 36:11
70:19 76:20
96:6 114:13
156:5
reference 82:15
130:5 163:2
referenced
150:22
referral 24:6
89:10
referrals 15:12
15:14,18
156:10
referred 37:14
42:1 74:11
87:22 120:1
158:14
referring 16:12
34:3 35:8,9,11
35:13,15 42:22
49:20 65:19
66:1 70:21
76:22 89:22
96:9 126:6,10
137:4 154:13
155:14 157:19
157:22
refers 134:2
152:16 154:20
reflected 132:18
reflecting 163:3
refresh 133:20
150:17
refrigeration
142:5,13
refrigerator
142:14
regard 57:7

regarded 18:21
regarding 17:20
89:19 122:17
129:11 144:2
150:22
regardless 158:2
regards 26:1
regional 44:19
45:2 49:7
73:21 80:13
82:21 86:18
87:18 95:3
Registered 1:16
regular 117:12
reimburse 13:13
13:20 14:2
26:19 29:17
91:13 100:8,15
108:17 148:12
148:20
reimbursed
29:11 81:15,17
83:13 87:10
100:3,5,10
126:7 131:12
149:7 150:1
reimbursement
27:20 87:14
89:19 90:16,17
90:22 94:10,13
108:6 114:7
115:18,22
116:22 118:20
130:16,19
143:8,9 149:11
155:18 156:16
159:8
reimburses
82:10
reimbursing
31:16,18 81:13
118:8 126:18

Maureen Coneys

April 12, 2006

Boston, MA

| | | | | |
|---|---|---|---|---|
| 143:4 | reluctance | remind 7:22 | 62:10 | responsive |
| reiterate 129:1 | 155:9 156:6 | 16:3 | reserve 145:22 | 145:20 |
| relate 7:6 112:7 | reluctant 156:7 | rendered 26:10 | resistance 88:22 | rest 131:14 |
| related 7:1 15:9 | remain 11:12 | 28:11 108:18 | resources 45:18 | 153:14 |
| 24:5 32:7 33:3 | 22:21 23:1 | 150:2 | 64:12 104:15 | restructured |
| 33:20,22 52:16 | 76:1 84:15 | rendering 110:1 | 104:19 141:4 | 86:1 |
| 65:1 69:21 | 95:13 121:9 | reorganization | responded | result 71:21,22 |
| 89:7 91:1 92:3 | remained 11:13 | 86:19 | 23:22 | retail 42:4,8,10 |
| 92:16 105:8 | 83:17 149:12 | reorganized | responding | retain 147:12,16 |
| 119:17 164:12 | remember 6:21 | 86:1 | 155:21 | retained 147:18 |
| relates 1:9 159:2 | 7:8 13:17 | repeat 129:9 | response 162:14 | 147:19 |
| relating 89:20 | 18:11 28:20 | rephrase 29:15 | responsibilities | return 63:5 |
| 91:11,12,12 | 29:1,7 33:4 | report 47:12 | 11:18 14:16 | revealed 128:5 |
| 112:12 139:17 | 35:18 37:3,8 | 48:4 66:22 | 22:7,13 25:22 | revenue 72:1,2,6 |
| 140:7 | 37:18 40:6,9 | reported 47:10 | 31:7 51:17 | 72:9,15,21 |
| relation 22:13 | 40:16 41:7,9 | 47:11 48:6,9 | 80:17 86:6,7,8 | 73:3,11,12,17 |
| 33:9 71:13,14 | 41:10 46:12,22 | 49:2,10,11 | 87:3 91:17 | review 10:21 |
| 90:21,22 92:5 | 47:6 49:13 | 50:12 67:1,10 | 112:22 113:17 | 11:10,16,20 |
| 98:19 99:4 | 50:11,13 51:3 | 67:13 164:7 | 146:9 147:17 | 12:5 14:11,20 |
| 102:22 103:16 | 51:7,13 54:4 | reporter 1:16,17 | 147:19 | 15:1,7,16 16:8 |
| 108:3 114:1 | 54:12 55:4,11 | 8:1 16:4 48:15 | responsibility | 16:21 19:18,19 |
| 116:9 123:19 | 56:20 57:21 | Reporting 5:4 | 20:1 23:8 | 20:3,11,17 |
| 125:19 128:2 | 58:6 59:15,21 | representations | 25:20 30:6 | 21:9 22:11,13 |
| 130:20 138:5 | 60:14 63:8 | 162:18 | 49:15 50:3 | 22:14,17,19,22 |
| 143:13,18 | 66:11 67:9,13 | represented | 65:8 86:10,21 | 114:9 130:2 |
| 145:2 146:4,9 | 76:4 79:8 85:6 | 37:5 | 149:15 | 140:4 145:5,8 |
| 146:11,15 | 85:17 91:10 | request 128:20 | responsible 22:9 | 149:19 159:2 |
| 147:5,13,18 | 94:4 96:4 | 128:21 129:1,9 | 23:21 36:2 | 162:11 |
| 149:15 | 97:22 99:7,10 | 135:4,8 162:13 | 38:18 49:16 | reviewed 11:19 |
| relations 24:17 | 101:7,19 | 163:1,3 | 51:1,19 55:12 | 68:17 |
| 46:5 80:21 | 105:14,19 | requested 28:17 | 55:15,19 56:2 | reviewing 15:10 |
| 83:1 86:22 | 109:5 110:4,9 | 89:13,14 | 63:22 64:13 | 15:12,16 52:1 |
| 87:5 88:1,4,12 | 110:18 122:12 | require 104:12 | 66:16 67:19 | revisited 139:6 |
| 88:21 90:4,15 | 123:2,5,16 | required 21:14 | 80:18 81:3,10 | 139:7 |
| relationship | 125:7 127:6 | 156:10 | 86:9,13 87:8 | RFP 103:9 |
| 11:4 | 131:8 132:12 | requirement | 87:19 98:15,16 | rheumatologists |
| relative 16:22 | 133:17 135:6,9 | 21:2 89:9 | 103:17,20,21 | 36:20 |
| 18:4,14 21:22 | 138:7,15 148:1 | requirements | 113:2,8 114:9 | rheumatology |
| 44:10 87:16 | 148:3 150:12 | 89:8 103:7 | 114:18 117:20 | 37:8 |
| 164:14 | 151:6,9 153:22 | 140:3 141:1,10 | 124:21 139:16 | right 8:6 20:20 |
| relevant 140:11 | 154:3 155:6 | 141:14 142:3 | 139:20 146:3 | 20:22 21:4 |
| 145:16 | 157:18 162:12 | requisition 62:5 | 151:10 153:18 | 26:17 41:9 |

Maureen Coneys                                    April 12, 2006
                    Boston, MA
20

---

46:7,9 47:8
56:9 57:1 63:2
63:3 66:2 71:9
71:17 72:19
75:7 77:22
79:17 85:18,20
85:21 97:12
106:13,21
107:4 110:22
135:2 137:7
142:4,6,7,15
145:22 151:2,2
153:6 154:18
157:12 160:4
**risk** 155:11
156:2,19
157:15,19,22
158:4,15
**Robins** 1:19 2:2
5:6,19
**role** 29:6 52:1
74:9 82:21
113:21 116:10
147:5,13 148:6
153:5 159:1
**rolling** 104:12
**Ron** 35:1 48:6
48:13 64:14
**room** 15:19
**Rosenberg**
96:21
**routinely** 28:16
**RPR** 164:19
**rules** 1:15 156:9
**run** 86:2
**running** 52:11
91:17 142:15
152:10

——————
**S**
——————
**S** 4:7 5:1
**salaried** 77:21
**salaries** 56:10

56:21
**satisfaction**
115:2
**satisfactorily**
6:2
**save** 127:10,14
**saved** 127:7
**savings** 127:5,9
127:18 128:5,8
128:19
**saying** 158:3,9
**says** 140:14
153:13
**schedule** 13:15
14:1,3 26:21
27:2 29:21
31:15 81:16,20
81:22 82:5,15
82:18 90:12
101:1 109:1,2
110:19
**schedules** 27:3,6
27:13,15 31:12
31:17 109:7,10
110:14,21
111:4,7,11,16
112:3,4,7,11
112:12 148:16
**scheduling** 46:5
**Schlag** 49:11
50:4,6,8,12
**Schlag's** 49:12
**school** 9:3,8,10
**Schultz** 49:3,4,5
**Schultz's** 49:6
**scope** 139:4
**seal** 164:17
**Sean** 3:12 5:3
**search** 145:12
145:18,19
162:13,19
163:1,4

**searched** 145:15
**second** 7:13
94:21 115:16
152:16 153:8
**section** 140:2
154:20
**sections** 89:9
**secure** 104:18
152:17
**see** 38:8 55:5
72:14 75:4
129:19 130:6
132:4,6 153:10
**seeing** 110:18
122:12 131:8
**seeking** 90:17
**seen** 72:12
122:10 150:18
150:20
**selected** 72:11
**self** 42:6 154:9
**self-administe...**
16:13 137:9,11
154:14 159:12
**selling** 78:6 79:3
**sells** 83:15
**send** 62:10,12
**senior** 8:15
14:13 22:15
106:1 153:14
**seniors** 152:18
**sense** 107:14
**sensitive** 136:10
**sent** 63:13
**sentence** 156:4
**separate** 24:13
39:10 74:18
76:5 77:1
128:21
**September**
132:6
**served** 162:17

**service** 23:14,16
24:10 26:9
29:18 72:12
100:21 101:1
115:2 119:2
148:14
**services** 13:14
14:2 16:1
22:10 23:7,18
26:20 27:13
28:10,14 29:12
31:16 81:14
87:10 91:2,8
108:18 109:3
109:11 110:1
124:1,4,8,13
126:13,16
150:1
**set** 31:12 33:11
69:19 105:1
164:16
**setting** 17:22
18:1 19:13,16
20:20 21:4,15
22:1 23:5
86:13 118:12
139:1 143:9
153:5
**settled** 143:12
**settlement** 144:1
144:5,9
**seven** 32:3 37:19
43:8
**seven-month**
36:5
**several-month**
123:17
**sharing** 95:18
**Sharon** 97:3
**Sheila** 97:1
**Shield** 2:7,9,14
5:18,21 8:12

10:11,13,20
11:5,17 13:12
13:19 14:7
32:4 33:16
34:2,4 36:8
38:1,6,22
64:10 67:21
77:10 94:19
114:5 118:3
153:10 154:22
158:6 161:6
**Shook** 3:3 5:15
**Shore** 9:17,18
10:6
**shortfall** 116:12
116:13 117:14
117:21 118:2
**Shorthand** 1:17
**side** 21:21 23:2
46:13 101:21
129:21 137:4
**sign** 75:5,9,16
155:2
**signed** 75:14
**similar** 15:2
101:20 152:20
**similarly** 31:1
**sit** 82:8
**site** 18:22 20:12
36:10 43:7
44:4,14 45:9
45:13 46:3,17
46:21 47:18
51:14 52:18
53:7 54:1,7,16
55:1,10,12,15
55:19 56:2,8
56:11,14 57:9
58:2,5 61:14
62:7,21 63:1,4
63:11 65:9,13
66:3 67:3,15

---

Henderson Legal Services
(202) 220-4158

Maureen Coneys

Boston, MA

April 12, 2006

21

| | | | | |
|---|---|---|---|---|
| 67:19 68:13,13<br>68:19,22 69:3<br>69:9,10 70:3,5<br>70:9,11,11,12<br>70:13 71:16,20<br>71:21 72:1,3,4<br>72:22 73:1,2,4<br>73:6,8,17 74:3<br>76:11 109:16<br>109:20 110:17<br>111:2,4 112:2<br>140:21,22<br>141:5<br>**sites** 18:10,15<br>41:22 44:1,2<br>44:21 63:2<br>106:21 107:2,3<br>107:21 108:17<br>112:2 138:14<br>**site's** 54:2 63:14<br>**situation** 34:8<br>93:12,17<br>**situations** 17:3<br>33:20 99:3<br>**six** 37:19 43:8<br>140:1<br>**size** 43:10,21<br>44:9<br>**skillset** 104:15<br>**Skwara** 2:10<br>5:17,17 144:18<br>**slcoco@rmkc....**<br>2:6<br>**small** 60:6,14<br>95:5<br>**smaller** 43:12<br>43:22 44:2<br>**smallest** 43:14<br>**Smith** 97:3 98:2<br>**social** 45:21<br>**softly** 129:7<br>**sold** 74:17 76:19 | 76:21 77:8,12<br>79:15,19 83:18<br>84:8 86:17<br>**solely** 42:11<br>**somebody** 64:10<br>96:22<br>**sorry** 14:21<br>20:14 41:1<br>46:8 76:15<br>77:14 115:6<br>123:9 129:4<br>146:12 147:15<br>160:19<br>**sort** 24:3 46:2<br>60:11 64:17<br>74:17 82:20<br>91:22 95:20<br>111:3 113:13<br>121:11<br>**sought** 28:6 70:2<br>71:20<br>**sounds** 106:3<br>132:16<br>**source** 43:5<br>**South** 9:17,18<br>10:6 164:2<br>**space** 70:8<br>**speaking** 5:3<br>**special** 127:13<br>140:2,22 142:3<br>142:9<br>**specialist** 24:8<br>**specialists** 15:13<br>15:18<br>**specialties** 36:18<br>36:19 37:7,9<br>93:20<br>**specialty** 4:9<br>9:22 37:4<br>121:21 122:5<br>122:18 123:12<br>123:20 124:1,4 | 124:5,7,13,18<br>126:3,4,19,20<br>127:7,11,13<br>128:12,17<br>130:21 132:10<br>132:13,22<br>133:15 134:1<br>134:14 135:11<br>135:12,14,18<br>136:4,18 137:1<br>137:7 138:10<br>138:11 139:4,5<br>139:10,17,21<br>140:7,14 141:1<br>141:5,10,12<br>142:2<br>**specific** 18:11<br>28:10 31:3<br>33:5 54:6 56:7<br>56:14 81:3<br>85:8 91:10<br>99:15 102:11<br>109:2,3 111:17<br>123:16 127:6<br>127:15,17<br>149:17<br>**specifically** 13:1<br>18:19 56:20<br>63:2 66:11<br>81:7 94:4<br>122:12 123:2,5<br>125:7,21<br>153:22 157:21<br>159:16<br>**specified** 81:13<br>**spell** 48:14<br>**spend** 126:4<br>**spending** 124:4<br>124:17 153:21<br>159:8<br>**spent** 32:3 66:3<br>66:5 103:8 | 125:10,15,20<br>126:2,6,18,20<br>141:4<br>**spoke** 43:6 56:7<br>57:12 63:10<br>149:22 158:20<br>**sponges** 55:17<br>**ss** 164:2<br>**staff** 9:20 10:5<br>14:21 24:20,22<br>25:17 26:10<br>29:2 32:8,10<br>32:16,20 33:2<br>33:11,14 34:20<br>35:8,17 38:9<br>39:1,14,22<br>40:10,17 41:21<br>43:1 44:21,22<br>45:3 47:10,11<br>47:12 49:20,21<br>50:3,14 51:15<br>58:8 59:19<br>60:4 61:3 70:8<br>74:6 75:11<br>76:6,13,14,16<br>76:18,20 77:4<br>77:5,7,8,9,12<br>77:20 78:6<br>84:8 85:4<br>106:16 107:2,6<br>107:20 108:17<br>111:10,16<br>112:2<br>**staffing** 52:12<br>**stage** 134:17<br>**stand** 119:22<br>120:15<br>**standard** 62:6<br>**standardized**<br>26:11<br>**stands** 120:10<br>120:16 | **start** 34:13<br>101:9 103:4<br>**started** 40:1<br>**starting** 129:20<br>153:9<br>**start-up** 14:18<br>14:22 15:1<br>**state** 7:5,7,15<br>11:3,5,8,13<br>14:8,17,18<br>15:2,7,9 16:9<br>17:8,10,16<br>18:20 19:4,10<br>19:12,14 20:1<br>20:2,7,10 21:8<br>22:5 23:1<br>24:19 25:10,12<br>25:16 26:19<br>27:20 28:2,4<br>29:11,16 32:17<br>34:15 39:6,7<br>45:7 75:3 85:8<br>99:10 103:8<br>104:11,16<br>114:8 119:6,10<br>119:14 120:7<br>**stated** 38:17<br>**statement**<br>141:18<br>**statements**<br>51:18<br>**states** 1:1<br>130:14<br>**State's** 20:6<br>119:17<br>**state-wide** 74:8<br>75:1,2 84:16<br>**status** 24:8<br>**stay** 10:22<br>**stayed** 40:21<br>**steering** 120:17<br>120:18 |

Maureen Coneys
Boston, MA
April 12, 2006

22

| | | | | |
|---|---|---|---|---|
| stemming | Subscribed | **T** | 119:13,16 | 156:18 |
| 146:15 | 163:15 | T 4:7 | 120:4 149:3 | thinking 76:6,8 |
| stenographica... | subscriber 28:9 | take 5:7 8:1,8 | 162:5 | third 25:20 |
| 164:7 | subsequently | 16:4 19:10 | terminated | 154:19 |
| Stephen 2:3 | 146:1 | 23:11 74:6,9 | 101:12 | thought 39:21 |
| 5:19 | sufficient | 76:10 91:3 | terms 45:15,17 | thousands 128:9 |
| steps 19:10 | 116:21 | 96:17 103:4 | 51:20 55:16 | three 30:9,19,20 |
| 123:7 | suggested | 106:13 122:7 | 61:16 62:18 | 30:21 31:2,8 |
| Steve 5:17 | 115:12 | 140:4 150:13 | 63:18 64:21 | 40:15 41:14 |
| Steven 2:10 | sum 54:20 55:9 | 158:18 | 65:3 71:6 | 43:20 44:11 |
| stick 156:3 | 57:8 | taken 9:12 | 74:13 80:19 | 68:22 125:15 |
| sticking 16:19 | sums 161:4 | 164:13 | 86:14 87:19 | time 5:5 7:4 8:8 |
| 54:1 | superiors 65:9 | take-it 88:16 | 88:1,14 89:1,5 | 9:1 10:17 |
| stop 104:7 | supplemental | talk 113:20 | 89:9,12 92:17 | 13:11 14:4,18 |
| 138:12 | 103:21 146:21 | 126:11 | 105:16 110:6 | 16:19 17:7 |
| stopped 76:4,20 | 151:1,8,19,21 | talked 157:19 | 115:22 125:13 | 18:21 24:18 |
| 77:4,7,13 78:6 | 160:14 | talking 22:12 | 127:6 136:8 | 26:11,19 27:7 |
| strategic 91:20 | supplied 42:21 | 26:14 53:6 | 140:10 143:21 | 27:10,20 29:12 |
| 91:22 | 136:14 | 60:9 78:22 | 147:6 152:4 | 29:16 32:13,18 |
| strategies 94:1,3 | supplier 137:5 | 129:7 134:13 | 156:10 158:10 | 32:20 34:18,22 |
| 114:2 142:21 | supplies 55:16 | 136:7 | 159:8 | 35:5 36:1 40:2 |
| strategy 93:7 | 96:8,11 | tape 68:7 134:8 | testified 6:4 | 40:3,11 41:10 |
| 113:3 | support 64:11 | targets 86:14,15 | 106:17 | 41:11 45:7 |
| street 1:20 2:4 | 140:3,15 | tasked 15:2 | testimony 84:5 | 49:18 50:1 |
| 112:6 | sure 20:16 48:16 | 30:19 123:11 | 88:11 128:17 | 53:3,6,8,16 |
| strengthen 95:3 | 53:3 54:18 | 139:10 | 137:19 163:5 | 58:6,8,11 |
| structure 15:3 | 56:5 63:18 | team 86:13 | tests 115:11 | 59:12,16 61:8 |
| 30:16 45:8 | 69:8 103:6 | 91:18,19 92:1 | therapeutics | 61:9,15 68:12 |
| 55:2 76:13 | 106:6 112:1 | 92:20 93:17 | 161:11 | 68:21 69:9,11 |
| 84:2,10 86:3 | 118:1 131:20 | technology | therapists 45:22 | 76:3,6,22 77:1 |
| 86:12 97:21 | 134:20 139:20 | 111:3 | therapy 16:2 | 77:6 78:17 |
| structured | 146:14 156:1 | tell 155:19 | thereabouts | 79:9 82:3 87:7 |
| 54:15 98:1 | 162:20 | ten 29:9,10 | 143:18 | 93:7 95:1 |
| studies 17:15,19 | surgeons 37:10 | 60:15,17 | things 12:15,18 | 97:11 98:3 |
| 18:9,11 | surgical 10:4 | tend 124:7 | 33:5 52:12,12 | 99:1 100:15,19 |
| sub 37:7,9 | 21:17 | tenure 31:10 | 55:17 71:4 | 101:8,16 |
| subject 127:11 | sworn 6:3 | 82:4 101:13 | 75:13 89:15 | 102:20 103:9 |
| 128:17 131:1 | 163:15 164:6 | 119:3 | 96:5,10 136:15 | 107:14 109:15 |
| 154:17 | system 26:4 | Teresa 1:15 | 142:5 147:7 | 110:16,20 |
| submit 27:19 | 27:9,18 33:11 | 164:3,19 | think 56:3 60:21 | 111:1 119:4,7 |
| submitted 11:19 | 114:18,22 | term 24:22 25:4 | 62:17 66:13 | 119:9,19 120:7 |
| 26:3 65:12 | systems 114:20 | 118:16 119:5 | 114:12 155:13 | 121:12 123:14 |

Henderson Legal Services
(202) 220-4158

132:8,14,16
133:8,10,12,13
133:13,14,17
134:9 139:21
145:12 148:2
149:12 150:3
151:9 152:10
154:5 155:3
156:18 162:16
**times** 6:13 26:9
44:11 130:6
**title** 8:14 35:4
44:15 49:7,13
86:5 94:21
95:9 158:22
**today** 82:8
83:15 120:5
121:9 144:12
148:9
**Today's** 5:4
**topic** 116:14
128:22
**total** 46:21
85:11 97:10
**touch** 64:9
**touched** 146:3
**traditional**
156:12
**transcribed**
164:8
**transcript** 164:9
**transcripts**
145:5
**transferred** 57:8
57:11 72:22
**transition** 78:18
**treat** 38:11
104:8 148:12
**treated** 100:3
106:18 107:8
109:17
**treating** 17:21
18:1 100:5,16
148:21 150:2
**treatment** 12:10
16:22 17:9,10
17:13 18:5,10
18:15 20:12,18
21:3,10,12
23:1 33:15
41:21,22 59:18
60:4 61:3 70:2
71:15,20 75:6
75:10 106:20
107:20
**treatments**
55:17 115:11
**tried** 19:12
**troubled** 56:3
**true** 31:15
107:13 137:18
137:20 160:8
164:9
**try** 56:5 94:1
141:22
**trying** 55:1 56:6
60:8 72:5
137:10 155:13
158:1
**Tufts** 152:18
**turn** 8:22 122:2
129:18 130:1
132:3 133:7
139:22
**turning** 133:2
140:17 154:19
160:1
**twice** 6:15 44:11
44:12
**two** 10:7 11:1,14
18:10,15 39:12
39:17 60:10
71:8,11 79:6
95:12 96:19
102:22 125:15
125:20 134:9
152:8
**Tyler** 2:17 5:13
**type** 34:19
132:19
**types** 10:2 22:17
22:18 84:19,21
**typewriting**
164:8
**typical** 156:11

**U**

**understand**
20:14 25:8
45:10,11 55:1
56:6 60:8 72:6
75:4 78:20
88:11 90:18
94:22 125:11
129:8 134:20
137:10 140:16
157:21 158:1
158:14 160:5
**understanding**
17:8,13 25:3
25:16 31:11
48:7 52:15,20
58:12 61:19
68:2 76:12
79:18 81:21
82:5,9,16
100:18 111:6
116:16 117:5
117:11 118:19
119:19,21
120:9 131:16
131:22 137:21
141:8 161:17
161:22
**understood**
142:1,8
**uniform** 29:13
**uninsured**
111:13,18
112:5
**unique** 28:4
102:15 141:10
**UNITED** 1:1
**unprofitable**
69:2
**upkeep** 55:20,22
**usage** 13:7
**use** 12:19 19:13
19:15 20:10
21:9 23:17
26:11,15 27:13
56:3 69:21
114:19 115:10
137:3 156:20
**uses** 148:12
**utilization** 10:21
11:10,16,20
14:10,20 15:1
15:6,16,20,22
16:7,21 19:18
19:19 20:11,17
21:9 22:11,12
22:14,17,19,22
69:21 89:8
113:4 121:19
159:2,10
**utilize** 24:9
115:4
**utilized** 57:18
71:2,3,3
108:17 111:3
149:11

**V**

**variation** 87:11
**variety** 32:7
37:7 45:20
**various** 15:22
16:7 94:22
95:14 113:9
114:15 124:20
152:4
**vary** 29:19
105:17
**vendor** 126:14
135:11 136:22
137:3
**vendors** 124:11
124:20 126:15
**versus** 16:22
17:22 18:5,22
20:12,19 21:10
21:21 22:1
23:4 37:21
59:19 61:4
65:17 68:3,11
68:22 69:19
70:6 71:5
85:16 105:11
126:19 157:10
158:6
**vice** 8:15 30:2,7
98:9,15 106:1
**video** 5:3
**videographer**
3:12 5:2 68:7
134:8
**videotaped** 1:13
5:8
**view** 19:5
156:21
**visit** 12:17 42:19
71:2 109:4
**voice** 24:3
**volume** 70:9
**VP** 30:22 31:5
31:10 53:21
101:9,13
112:17 146:5,8
147:11 148:7
158:20,22

**W**

Maureen Coneys

April 12, 2006

Boston, MA

24

| | | | | |
|---|---|---|---|---|
| **WAC** 162:5 | 93:12 101:6 | 33:3,5,6 34:16 | 160:3 | **1979** 11:4,15 |
| **wait** 8:4 | 106:4 112:12 | 45:12,15 46:17 | **$600** 154:8 | 14:7 16:9 17:7 |
| **waiting** 62:17 | 116:5 | 46:21 51:12 | | 119:8 |
| **Walter** 67:4 | **when's** 119:4 | 53:6 58:8 64:9 | **#** | **1981** 16:9,15,17 |
| **want** 156:19 | **WHEREOF** | 66:21 96:19,22 | **#1452S98** | 17:7 22:4 |
| **wanted** 57:14 | 164:16 | 119:6 | 164:20 | 40:20 |
| 58:12 62:3 | **wholesale** 1:7 | **workers** 45:21 | | **1983** 29:22 |
| 92:8,12 93:3 | 5:9 119:11 | **working** 30:12 | **0** | **1987** 11:13 30:5 |
| 95:12 104:18 | 120:10 162:5 | 32:17 82:22 | **001** 4:9 122:4,6 | 31:20 119:8 |
| 104:19 154:22 | **wholesalers** | 103:21 | 122:11 129:3 | **1988** 34:14 36:5 |
| **wanting** 93:9 | 51:6 | **worth** 153:17 | 129:12,19 | 40:1,12 |
| **warranted** 20:5 | **wife** 34:10 | **wouldn't** 70:5 | 140:1 | **1990** 35:22 41:5 |
| **wasn't** 43:4 70:8 | **withdraw** 12:22 | 71:20 93:11 | **002** 4:11 150:6,8 | **1990's** 79:9 |
| 107:11 | 19:9 22:21 | 157:4 | **006** 4:4 | **1991** 40:19 41:2 |
| **way** 22:14 83:20 | 59:11 62:21 | **write** 125:17 | **01CV12257-P...** | 41:10 44:16,17 |
| 89:11 110:5,11 | 85:10 87:17 | **writing** 23:20 | 1:4 | 44:20 73:21 |
| 113:18 | 161:8 | 24:1 | **02** 132:5,6,14 | **1992** 85:20 |
| **ways** 74:19 | **witness** 1:14 | **W-A-C** 162:5 | **02199-7610** 2:5 | **1994** 143:11,17 |
| 114:16 | 146:1 164:16 | | **02215-3326** 2:13 | **1996** 94:16,17 |
| **Webb** 2:17 5:13 | **witnesses** | **X** | **04** 132:14 | **1997** 98:5,5,6 |
| **Wednesday** | 137:20 | **X** 1:5,8,11 4:1,7 | | **1998** 32:18 |
| 1:20 | **wonder** 39:21 | 127:10 | **1** | |
| **went** 11:3 42:14 | **word** 56:4 | | **1:44** 163:8 | **2** |
| 61:20 123:8 | **words** 54:20 | **Y** | **10** 132:3,18 | **20** 163:16 |
| **weren't** 38:13 | 69:12 73:5 | **year** 31:22 32:2 | 133:19 | **2000** 147:20 |
| 93:18 | 84:2 93:18 | 54:21 70:16 | **10036-6710** 2:20 | 148:4 150:10 |
| **West** 39:2,6,9 | 127:10 158:2 | 80:15 97:6 | **10598** 130:1 | 155:3 |
| 39:12,13,15,17 | 160:9 | 98:4 148:2 | **10601** 132:4 | **2001** 8:18,20 |
| 39:18 40:15 | **work** 9:8,18 | 153:13 | **11** 132:19 | 98:11,12 |
| 41:14,17 42:3 | 10:2 11:3 | **years** 10:7 11:1 | **1133** 2:19 | 101:16 102:20 |
| 44:1,3,4 48:12 | 16:20 32:4,5 | 11:14 22:6 | **12** 1:21 133:3 | 105:20,22 |
| 63:17 76:1 | 33:9,19 34:19 | 68:22 101:7 | **12th** 5:5 164:5 | 106:11 112:16 |
| 77:13,14 108:6 | 40:17 44:20 | 107:12 123:3 | **12:43** 134:9 | 113:18 121:5 |
| **western** 39:6 | 89:11 95:3,5 | 143:2 148:18 | **122** 4:10 | 146:5 147:11 |
| 154:22 | 95:12,21 116:8 | 154:3 | **13** 133:7,19 | **2002** 121:5 |
| **we'll** 8:9 45:6 | 120:8 123:19 | **year-and-a-half** | 134:2 | **2006** 1:21 5:5 |
| 104:3 106:7 | 123:22 134:15 | 97:11 | **14th** 164:17 | 113:18 164:5 |
| **we're** 26:14 | 134:16 142:21 | **York** 2:20 130:6 | **1452S98** 1:17 | 164:17 |
| 124:17 128:22 | 146:14 | | **150** 4:12 47:5 | **25** 36:16,17 |
| **we've** 22:12,19 | **worked** 9:17 | **$** | **1975** 9:6 10:8 | 37:14 43:8 |
| 24:18 53:1 | 10:11 15:7 | **$5** 161:4 | **1977** 10:8,14,17 | 45:11 |
| 78:21 84:7 | 16:8 32:19,20 | **$500** 153:13,17 | 10:20 11:15 | **25th** 2:4 |
| | | 153:21 154:1 | 13:11,18 | **2555** 3:5 |

Henderson Legal Services
(202) 220-4158

Maureen Coneys                                        April 12, 2006

Boston, MA

25

| **4** | **91** 36:1 41:11 |
|---|---|
| **40** 60:13 | 45:7 50:1 53:6 |
| **401** 2:12 | 58:11 59:12 |
| **45** 60:9,20,21 | 61:15 80:16 |
| **49** 60:9 | 83:18 87:8 |
| | 107:17 |
| **5** | **92** 80:16 87:8 |
| **5/29/09** 164:22 | 91:16 107:18 |
| **50** 47:1 60:13 | **97** 101:16 |
| | 102:20 146:5 |
| **6** | |
| **6/29/00** 4:12 | |
| 150:7 | |
| **64108-2613** 3:6 | |
| **65** 98:18 103:3 | |
| 103:17,20 | |
| 104:1 153:16 | |

**7**
**70's** 24:19 40:8
**79** 16:19 18:21

**8**
**80's** 6:17,18,19
6:22 7:4,7,13
24:19 26:14
40:8,8 111:7
**800** 1:19 2:4
**81** 16:19 18:21
27:10,20 29:16
40:22
**83** 27:10,20
29:16
**86** 130:15
**88** 45:7 50:1
53:6 58:11
59:12 61:14

**9**
**9:38** 1:21 5:5
**90** 36:1
**90's** 35:22 50:10
111:8