137:7 142:22 143:2 145:3,6,7 147:9 148:20 149:8,12,20 150:2,17 151:5,9 156:13,22 162:5 163:17 167:15,16 167:21 168:15 169:21 170:7,19 171:10 175:10 190:14 191:17 193:8 199:20 201:10,12 209:11 209:12 231:12 236:7 268:15
**provider-specific** 268:19
**provides** 44:4 70:17 154:14
**providing** 78:11 195:12,13 249:2
**psychiatrist** 49:20
**psychology** 8:21
**public** 1:17 9:9 13:1 275:22 276:5,21
**publication** 89:1
**publications** 87:15
**publicly** 133:9
**published** 133:9
**pulling** 255:5
**Pulmonologist** 52:12
**purchase** 134:12 265:12,16
**purchased** 274:11
**purchases** 253:16
**purchasing** 18:13 254:9
**purely** 80:18
**purposes** 181:18
**pursuant** 1:14
89:21 90:5,13 91:10
**pursue** 138:15
**put** 139:4 150:6 171:8 179:22 188:10 191:10 216:4 242:14 244:1 269:2
**puts** 187:19
**putting** 136:9
**P&T** 60:6,8,12 61:18 62:3,6,21 64:13 65:2,6,7,18 66:19 67:3 68:15 68:22 69:10,13 70:15 71:4,11,13 71:15 73:10,13 73:19 74:9 75:10 76:5,14 78:7 81:20 82:4 142:11 221:9 222:4,8,17,17 223:3,8,13 274:1 274:3,9
**p.m** 275:10

**Q**

**qualification** 9:1 9:14
**quality** 22:10 23:12 24:16 29:1,2 34:3 34:10,15,18 35:2 35:15 50:11 97:21 98:2 104:16 122:18 123:17 182:16 185:21 186:7
**queries** 57:21 58:2 58:12,18 59:7,8
**query** 153:17
**question** 28:12 44:3 59:17 66:4 73:1 74:8,18 97:10 117:20 133:21 137:20 139:2,15 140:7 141:17 142:7 150:13,22 155:18 170:17 172:4 173:15 174:17 176:6 179:1 181:19 184:3,5 190:8,18 192:6 195:10 196:14 202:8 204:12,17 204:18,22 207:5 217:8 223:12 230:18 235:20 241:14 242:6 246:14 257:2,5,6 257:10,16 271:12 273:17
**questioning** 138:7 138:16
**questions** 8:6,10 75:13 94:5 183:8 189:9 274:1
**question's** 150:10
**quick** 225:9
**quit** 15:3
**quite** 15:1 21:6 36:16,17 41:12 41:12 60:17 124:7 151:3,18 163:11 165:20 180:12 189:15 198:21 218:1,4 251:11
**quote** 262:1
**quoting** 111:6

**R**

**R** 2:1 3:1 4:1 7:1
**radar** 183:10
**raise** 84:19 175:4
**raised** 59:2 156:13 156:18
**range** 110:13 231:13 234:13
**rate** 91:22 94:19 121:20,22 138:4 139:6 145:3 147:14,18 148:3 148:11,15 159:13 159:14 220:18 246:6,11,19 248:19 265:12,16
**rates** 19:5 58:13 95:2,10,15 105:13 148:1,5 159:3 193:20 196:18,22 209:10 256:7
**RBRES** 148:7
**reach** 116:18 117:13 122:12
**reached** 230:8
**react** 145:7,11
**read** 139:2 141:18 207:1 211:7 257:10 261:7 264:15
**reading** 141:16 245:10 262:4
**reads** 210:21
**ready** 203:3 213:20 226:14,18 249:17 267:8
**real** 103:16 126:4 131:17
**really** 36:9 38:5,7 52:19 53:21 87:3 87:12 92:1 96:17 99:13 103:9 105:6,6 108:21 110:19 113:8 123:12 127:3 131:4 135:22 136:13 137:10 139:19 140:16 142:18,19,19 156:19 167:3 168:6 169:15 176:12,13 183:3 183:9,12,13 199:15,17 200:7 200:8 204:3 208:17,20 218:4 220:8 221:1 242:16 268:22
**Realtime** 1:17 276:4
**reason** 117:1 160:9 167:22 175:21,22 176:2,3 180:5 190:22 217:15
**reasonable** 110:12 243:19 244:9
**reasons** 158:21 162:19 165:17 180:20 207:12
**rebate** 77:18
**rebates** 63:21 64:6
**recall** 22:6 58:17 59:9,15 64:19 68:7 70:20 75:18 76:1 77:17 86:21 86:22 87:3 109:21 130:2 151:17,20 189:9 200:4 205:11 206:13 213:1,3 214:4,19 219:7 219:10,11 220:16 220:20 221:1,2,5 221:11 238:21 245:19 246:3 247:18 249:2,9 250:16 251:8 252:5 259:22

261:9 263:1 264:19 265:1
**recalled** 273:22
**receive** 9:1 41:18 47:2 58:12 63:22 64:6 91:9,14 93:15 110:14 118:6 172:12 180:18 181:4,12 182:2,20,21 210:21 211:10 215:5 216:13 253:4 258:19
**received** 58:18 85:19,22 109:6 109:11,22 112:2 113:17 115:6 118:1 271:1
**receiving** 46:9 58:21 59:2,9 91:17 121:12 132:11 144:11 157:15 170:11 213:1 215:7 258:21
**recertification** 188:3
**recess** 75:8 144:21 184:20 225:11 272:5
**recollection** 197:22 205:20 250:14
**recommend** 70:15 71:6
**recommendation** 66:13 67:6 68:16 68:19 71:5
**recommendations** 66:20 71:16 274:5
**reconcile** 136:6
**record** 7:15 26:2 30:10 33:12 141:18 144:22 202:20 203:5,6,7 225:10 236:13 250:9 257:10 275:1,5,8 276:10
**recordkeeping** 33:11,20
**records** 25:6,9 186:4
**Red** 88:3,20
**refer** 51:12 63:12 209:5
**reference** 264:10
**references** 264:10
**referred** 13:10 64:11 121:2 144:4 199:8 205:9 217:3 236:21
**referring** 24:2 30:14 33:14 46:2 51:17 58:6 63:13 72:2 84:6 104:20 105:22 118:22 120:1 125:14 135:1 144:5 154:21 188:18 201:9 219:12 248:5 257:1 262:9,17,19 264:13 268:11 271:5
**reflect** 37:18 201:5 235:14 236:10
**reflected** 233:7
**reflective** 211:18
**reflects** 227:8,16
**Reform** 6:6 249:14
**regard** 58:3 170:16
**regarding** 63:10 91:5 201:15
**regardless** 190:1 195:12 217:9 271:13
**regards** 69:16 132:11 177:10 211:20 215:20 247:1
**regime** 163:20 170:11
**region** 127:15 272:12
**regional** 28:22 35:21 36:9 46:14 47:1 52:9 59:18 237:11
**Registered** 1:16 276:3
**reimburse** 135:5,8 148:5,20 149:14 158:17 187:2 202:2 206:6 262:2
**reimbursed** 25:19 81:12 94:20 106:17 108:14 135:15 136:11,21 137:7 138:3 143:2 145:4,8,16 145:19 146:8 147:18 148:21 149:10 150:19 151:12 153:5 155:6 159:1 163:19 171:2 179:19 193:10 196:2 202:12 255:20
**reimbursement** 6:7 25:11 30:17 31:19,20 32:14 33:3 46:8 58:13 63:16 64:12 84:20 89:20 90:5 90:12,12 95:9 106:16 107:2,5 108:7 110:1,6 113:4 114:15 115:21 118:1 126:2 131:12 135:2 139:6 145:9 147:9,22 148:3,17 149:6 158:4 159:3,13 159:14 160:4 165:2,8 166:22 170:10 171:1 172:12,19 179:2 186:11,14,19 188:6,17,20 189:2 190:12,13 193:20 195:17 196:18 204:12,15 205:13 206:5 211:19 212:4 231:12 246:6,19 249:14 254:18 256:1 270:6,8,11 270:13 271:1
**reimbursements** 156:14,17 241:22
**reimbursement's** 190:18
**reimburses** 149:21
**reimbursing** 105:14 106:2 128:15 136:5 147:14 159:8 261:15
**relate** 80:2 163:4 196:11 270:8
**related** 35:4,14 58:4 59:11 106:6 123:20 124:16 154:15,18,19 155:12 165:4 170:9 179:3 186:1 201:8 270:6 276:13
**RELATES** 1:9
**relating** 46:8 57:21 86:20 243:11
**relation** 15:12 25:11 26:9 28:4 40:12,16 53:5 57:12 58:14 59:2 59:9,10 63:22 64:6,10 66:7 74:4 79:17 107:2,6,17 108:14 118:2 119:17 122:12 124:5 128:15 131:15 143:3,18 147:8 148:20,22 149:10,22 151:12 153:6,18 155:6 156:13 159:14 212:5 248:8 270:2
**relations** 115:15,22 168:1 272:10
**relationship** 41:1,4 45:1 61:11 92:15 92:20 128:10 145:2 169:11,17 192:15 194:9 202:1,10 203:18 248:11,12
**relationships** 47:21 195:3 228:18
**relative** 191:21 193:8 196:15 235:14
**relatively** 29:13 191:16
**relevance** 65:15
**relevant** 65:1,5

72:7 84:15 131:8
    138:17 177:14,17
    241:10 242:7,11
    266:18 269:16
**remain** 21:8 27:3
    34:10 169:1
**remainder** 23:5
**remained** 246:8,11
**remains** 260:5
**remember** 15:2
    21:6 24:13 26:6
    28:10 36:17 39:6
    53:22 60:9 83:20
    85:5 87:8 96:10
    100:17 129:22
    158:8 175:3
    199:6 205:3,7,10
    207:1,9,10
    212:12 217:22
    218:1,4,14,15,17
    219:16,19 220:8
    224:17 225:1,2,6
    226:22 229:16
    233:12 247:15,16
    251:10,11 258:21
    260:19 264:3,8
    266:1
**Remicade** 234:10
    234:11,16,21
    235:1
**reminder** 14:13
**render** 70:2
**rendered** 106:5
**rep** 115:22
**rephrase** 8:8 72:22
    257:16
**rephrasing** 230:17
**replaced** 49:17
**report** 44:22
**reported** 88:17
    96:20 130:21
    224:13

**reporter** 1:16,17
    6:20 8:12 276:4,4
**reporting** 29:14
    44:22 50:15 51:9
    51:10,13 53:2
    88:14,21 133:10
**reports** 38:7 48:16
    50:2,10 51:14
    93:15 130:10
    131:7 200:13
**repository** 52:2
**represent** 7:12 87:9
    133:22
**representative**
    132:2 141:8
**representatives**
    115:16 222:9
**represented** 139:15
    140:12 141:2
**representing** 53:9
**requested** 83:6
**requesting** 218:7
**resale** 29:17
**reserved** 118:17
**residency** 10:4,5,8
    10:12,15 18:5
**resident** 192:18
**resistance** 252:10
**respect** 138:20
    207:5 274:5
**respectful** 167:20
    169:15
**respectfully** 108:21
**respond** 108:17
    112:7,9
**responding** 109:4
    115:5
**response** 23:16
    43:10 109:5
    178:14 200:19
    206:3,6 265:18
**responses** 109:12

109:14,17 110:13
**responsibilities**
    19:19 22:16 24:5
    24:11 27:6 32:7
    33:5 34:14 35:22
    40:20 43:22
    45:22 53:4,11
    59:19 86:6,16
    98:4,7 106:12
    131:5 269:7
**responsibility**
    36:12 44:17
    108:20
**responsible** 27:12
    27:15 34:15
    35:14 36:13
    40:18 44:2 45:17
    45:18 47:19 48:3
    59:21 62:13
    109:4 127:16
    128:10 131:1
    257:22
**rest** 26:21 61:14
    219:10
**restate** 108:11
    229:1
**result** 70:18 193:9
    195:16
**Resumed** 185:7
**retail** 79:2,13
**retained** 6:19
**retired** 40:2,8
**returning** 68:14
**review** 27:1,4,22
    28:8,21 30:20
    32:11,20 54:11
    71:16 115:9
    118:10 126:11
    204:13
**reviewed** 64:20
    66:20 83:6,22
**reviewing** 249:20

**reviews** 97:16
    203:4 206:21
    219:15 226:15,19
    245:2 249:18
    258:17 267:9
**revised** 155:5,11
**revising** 155:10
**revision** 156:10
**revisions** 153:5
**reward** 186:7
**rheumatologists**
    30:3
**right** 8:16,17 13:2
    17:10 18:1 20:15
    22:9 32:21 42:15
    42:18 43:4 52:4
    67:8 68:3 73:10
    73:14,21 74:5
    76:14 102:20
    106:8,19 110:17
    116:21 124:11
    126:4 133:17
    137:4,13,20
    139:7,11,18
    143:8 145:20
    146:10 147:15
    148:7 152:5
    153:20 154:16,19
    154:20 159:4,9
    160:2 161:12
    165:2 168:4
    169:17 172:14
    175:18 181:21
    187:2 188:9
    192:5 197:12
    204:8 210:6,9,11
    211:5 220:15
    222:11 223:1,4,9
    224:6 227:13
    228:3,7 229:8
    232:13 234:16
    237:3 240:5

    241:19 242:2,4
    244:5 246:1
    247:5 248:20
    249:5 251:14
    252:10,13 255:8
    255:14,15 256:2
    256:7 259:11,14
    262:3,5 269:8
**right-hand** 250:20
**Rina** 108:5
**ring** 87:12 100:21
**risk** 120:18
**Riverbend** 125:21
    126:3,16,22
    127:12,15 128:11
**RMR** 276:20
**Robert** 44:11 49:21
    214:15 216:18,20
**Robins** 1:19 2:12
**role** 15:12 24:20
    32:13 40:12,15
    47:13,14 48:6
    53:5,20,21 54:14
    55:2,5 78:11,14
    107:1 108:6,21
    119:14 123:13
    179:17 222:4
    269:3 272:9
**room** 10:3
**ROPES** 4:3
**roughly** 91:11
**routine** 237:17
**row** 215:5
**Rowe** 4:12 10:3
**RPR** 276:20
**Rubino** 100:20
**rules** 1:15 70:1
**run** 8:3
**rural** 192:17
**RVUs** 148:16
**Rx** 228:2
**R.J** 253:12,17

254:10

S

**S** 2:1 3:1 4:1,12 5:7 6:1 7:1
**safe** 181:8,10
**safer** 185:21
**safest** 182:20,21
**safety** 65:21
**salaried** 12:18 14:6 16:21
**salary** 11:19
**sale** 29:19 152:11 152:13,14
**sales** 29:15 104:2,9 152:20 268:3
**sat** 267:19
**save** 161:6
**saving** 161:12
**saw** 97:14 264:11
**saying** 65:14 70:4 109:9 113:6 151:3,18,18 153:14 157:6 166:2 167:4 168:21 169:8 183:17,21 184:5 190:2 192:16 207:2 215:6 247:3 262:15 265:15
**says** 35:12 108:13 110:4 206:16 212:22 217:2 224:1 231:7,9 236:1 237:16 238:4 245:10,13 248:22 251:1,16 252:1 255:15 262:6,16
**schedule** 118:8,18 118:20,22 119:8 119:16,22 120:4 120:5,6,12,14,17 120:19 121:1 124:4,15 188:21 194:6 195:4 255:1 262:3 268:1
**schedules** 110:18 113:7,9,11 119:1 119:2 124:9 253:17 254:9
**scheduling** 148:7
**Schering** 4:9
**school** 8:19 13:1
**scope** 233:18 241:18 242:9
**screen** 183:10
**Scripts** 77:8,11 78:10
**se** 271:3
**seal** 35:8 276:18
**searched** 85:18
**searching** 86:18
**second** 37:14 67:21 210:1,4 211:3 214:7 223:19 257:2 264:14 267:22 268:3
**see** 17:16 25:7,9 39:15 42:18 50:20 52:5 64:16 83:7 86:13 110:12 115:19 123:21 158:5 187:3,3 210:2 211:14 214:9,17 227:5,8,10,21 231:15 234:10,11 236:1 238:2,9 245:1,3 251:3 255:20,21 256:9 256:10,12,13 259:2,7 262:7 263:9 264:18 268:8,9
**seeing** 14:4 94:14 130:2 187:7
**seek** 30:16 114:12
**seeking** 25:10 89:20 90:12 204:7
**seen** 88:22 179:11 182:10 226:21 250:15 251:7 263:16
**sees** 72:14
**segment** 137:6
**selection** 74:11
**selections** 65:11,14
**self** 79:10,16
**self-administered** 235:2,4
**send** 205:14,19
**sending** 206:13
**senior** 97:22
**sense** 28:13,16 33:1 43:13 91:21 92:19 137:2 262:11
**sent** 46:20 83:1 203:12 264:12
**sentence** 219:3
**separate** 41:11 71:22 72:1 74:16 74:18 124:15 155:21 223:17
**series** 66:21 186:1
**serious** 274:1
**seriously** 146:1 224:17
**service** 45:11,15,18 60:1 98:5 108:15 115:15 118:2 119:8 126:10 127:4,12,20 154:9,13 156:5 179:4 183:12 195:14 216:17 242:22 243:3
**serviced** 100:15 181:15
**services** 6:21 36:3 43:2 47:1,4,8,12 48:5 58:21 59:3 88:14,18 89:2 97:19 106:5 107:17 111:21 114:10,22 115:3 115:7 116:11 117:12 119:3,18 120:7,10 121:8 133:10 145:13 146:18 147:19 148:5,20,22 149:2,4,11,22 150:19 153:6 154:8,14,18,22 155:6 156:2 164:18 180:14 188:21 195:5 210:15
**session** 185:1,11
**set** 107:8 109:2 124:4 163:8 214:13 276:8,17
**sets** 109:10
**setting** 52:14 107:12 108:20 159:2 178:21 179:14 180:19,20 181:17,21 182:3 182:4,12 221:16 234:19 241:2 242:19 243:17,18 252:21
**settings** 49:4 177:6 179:15,19
**settle** 200:12
**settlements** 201:2
**seven** 53:2 61:3 262:13
**SHAPIRO** 2:3
**share** 58:14 190:20
**sharing** 262:14
**Sharon** 39:15
**Shield** 2:19 3:3,10 13:9,20 17:4,6,14 21:1,5,13,15 22:2 22:7 23:21 25:20 26:16 27:1 28:14 29:22 30:6 34:4 34:16 36:3 39:2 44:5 52:18 57:1 57:10 60:6,16 61:12,19 64:5 81:12 88:12 89:20 92:11,14 93:1,15 94:9,13 94:17 96:7 112:17 113:1 125:9 126:3 131:19 132:1,6 136:5 147:21 148:9,19 156:4 158:16,22 160:1 160:3,14,21 161:5,15 162:20 165:14,16 166:9 167:9,12 168:2 169:2 175:17 178:7 179:5,17 180:1,7,17 182:1 184:6 191:5,15 197:7 198:2,8,18 199:21 200:11 226:5 228:12,16 229:3 231:20 232:5,6,11 233:2 233:6,14 234:12

235:16 236:8 238:12,22 253:16 255:4 263:6,11
**shift** 11:15 161:16 161:18 162:1 164:7,8 165:7,15 166:10 169:19 170:7,22 171:12 172:9 173:13,17 175:17,22 177:15 178:2 252:20 255:5 258:2
**shifting** 100:22
**SHOOK** 4:11
**show** 37:9 226:8 244:13
**showing** 35:9
**Shramek** 224:2,7
**shrugging** 8:11
**side** 15:5,20 19:11 19:12 96:4 100:3 198:12,15,17 244:10 250:20
**sides** 96:4
**signatures** 201:8
**signed** 123:22
**significantly** 172:18
**signing** 123:14
**similar** 165:15 166:10 243:2 264:21
**Simmons** 49:18,19 49:21,21
**simple** 140:7
**simply** 71:5 74:19 157:6 196:14
**sit** 68:11 86:2,4 138:9 222:8 267:14
**site** 24:8 95:21 96:17,20 97:2 98:10,20 99:2,9 99:11 178:4 183:18 184:7 217:10 242:22 243:21
**sites** 41:21 49:14 96:6,8 177:14,18 177:20,22 183:12 243:3
**sitting** 78:7 175:3
**situation** 30:15 94:19 95:4 113:13 145:18 193:4 212:2 271:21
**situations** 206:8,18 209:6
**six** 61:3 151:22
**size** 192:10,16
**Skwara** 3:4 83:9 85:6,14 250:7
**slcoco@rmkc.com** 2:18
**slight** 113:14
**slow** 91:22
**small** 100:5 269:15
**smaller** 101:12
**smiling** 220:21
**Smith** 39:15,17 40:12
**Smith's** 39:20
**SOBOL** 2:3
**Society** 203:17,19 203:22 204:4 205:11
**software** 51:19
**sole** 176:2
**solely** 173:11
**somebody** 99:5 181:11 187:4 195:6 208:9 209:17 215:4 233:11,14 270:13
**somewhat** 53:12 243:2
**son** 23:9
**soon** 144:17
**sorry** 9:4 11:9 14:15,17 16:8 43:20 73:16 81:19 90:16 101:8 111:15,16 176:1 204:17 221:1 258:14
**sort** 7:19 11:11 12:15 13:22 16:18 20:6,9 22:5 24:6 33:11 35:8 41:11 47:22 48:22 49:19 50:6 50:16,22 51:19 52:11 53:12 58:2 59:1 61:16 62:10 62:20 64:12,19 66:10 69:16 78:21 80:4 92:17 102:14 103:20 105:2 110:14 112:3 113:13 118:11 121:17 131:17 167:18 185:19 188:1,4 190:6 196:6,7 204:1 207:16 218:10 221:21 233:21 237:14 260:4
**sorts** 93:6
**sound** 273:8
**south** 48:18,19 52:10 272:15,16
**Southern** 8:21
**span** 235:15
**speak** 222:14 247:13
**speaking** 138:22 247:16 254:21
**speaks** 247:15
**specialist** 31:19,20 33:3 192:17,19
**specialization** 10:16
**specialize** 225:18
**specialty** 225:13,16 225:17 226:2,6 228:2,11,18 229:4,12 230:3,6 230:10,20 231:4 231:19,21 232:1 233:4,18,21 234:2 235:15 236:2,20,21 237:2,4,6,12,17 238:3,5,14,19 239:2,4,20,22 241:5,11 242:9 242:14,21 243:12 243:15 248:8 260:3,11,14
**specific** 20:6 22:6 58:17 68:3 96:20 109:21 113:22 170:8 202:22 204:7 213:17 219:13 221:1,2 226:17,22 229:11 233:12 238:21 250:16 252:17 264:4,8,9,9 268:14
**specifically** 56:21 85:4 89:22 90:9 90:18,19 132:16 151:17 174:10 186:21 188:18 209:5 220:19 225:6 248:4 269:2
**specified** 257:3
**speculate** 190:5 271:10
**speculation** 190:4
**spell** 97:4
**spending** 184:1
**spends** 128:14
**spirit** 169:9,10
**spoke** 44:9 54:20 81:18 84:18 95:20
**spoken** 76:11
**spring** 53:17 237:17
**St** 10:6,21
**staff** 20:22 40:12 40:16,22 41:4,19 42:3,7,10 49:10 60:16 95:22 96:15 98:20 99:1 100:16
**stage** 68:1 76:19 116:18,22 222:19
**stages** 223:1
**stagnant** 254:17,18
**stamp** 6:8 42:19 43:5 249:15
**stamped** 249:21 275:4
**stand** 204:8
**standard** 35:7 56:4 111:8 139:22 140:1 146:6
**standardized** 110:19 113:8 195:4
**standards** 20:5,8,9 20:11 121:13
**standing** 267:20
**stands** 87:9 152:15

**start** 10:2,18 30:21 31:12 70:4
**started** 13:8 19:12 26:11 85:11,12 119:14 158:14
**starts** 203:9 210:20 214:11 228:1
**state** 7:14 36:5,14 60:1,2 101:13,15 101:22 149:14 190:20 197:1,3,6 197:12,13,15
**stated** 118:19 166:7
**statement** 28:5 67:18 70:12 72:19 74:14 75:3 107:9 141:4 166:13 169:22 170:13 171:19 191:6
**states** 1:1 92:14 234:7 276:1
**stay** 25:16 178:11
**Steering** 228:2
**Steingisser** 50:21 54:19,20
**stems** 162:4
**Stephen** 2:13
**steps** 66:16 129:6 129:10 186:1,2
**Steve** 104:6 216:3 224:1,4,5 268:3 272:22
**Steven** 3:4 128:12
**steven.skwara@...** 3:9
**stick** 234:22 257:13
**sticking** 45:9 94:18 104:18 156:2
**stimulate** 185:21
**stint** 18:8
**stop** 146:9 165:7,15
**stops** 180:4
**story** 218:11
**strategic** 195:7 268:5,14
**strategies** 148:17
**Strategizing** 229:14
**strategy** 62:10,20 244:20 267:12
**street** 1:20 2:5,14 264:6
**striking** 265:2
**strong** 191:16
**structure** 37:19 48:14 49:15 58:5 58:7,10 89:15 115:20
**structured** 96:1,13
**student** 9:17,21,22
**studies** 155:12 157:12 162:7 182:10
**study** 9:11 186:15
**stuff** 24:14 62:19 86:17 188:5
**subbullet** 231:9
**subentries** 55:7
**subject** 27:17 71:16 79:9 83:8 84:12 93:7 95:9 116:9 230:22
**submit** 89:19 90:5 90:11
**submitted** 83:9 106:2 200:13
**subscribe** 87:14
**Subscribed** 275:17
**subscriber** 81:16
**subset** 58:20
**subsidiaries** 92:21
**subsidization** 146:21
**subsidized** 147:5
**subsidy** 151:13
**substance** 200:5
**substantially** 155:5
**succeeded** 167:3
**succeeding** 251:4
**successful** 238:6 242:15
**sufficient** 164:4,9 164:14 220:18
**sufficiently** 189:12
**suggest** 191:2
**suggested** 212:2 234:2 268:4
**sum** 171:15 174:8 236:5
**summer** 11:3,4 12:11
**sums** 171:1
**Sunday** 262:6,10 262:16,18
**SUNY** 53:19 54:3
**super** 96:18
**supervised** 22:13
**supervises** 55:5
**supervising** 24:21 27:8 55:3
**supervisor** 24:15
**supervisory** 53:5
**supplemental** 56:1 56:7 57:2,9,18,22 58:15 59:5
**supplied** 230:2,6
**supply** 78:21
**support** 36:2 60:16 179:11 203:22
**supported** 228:14
**supporting** 28:22 29:3,4,9 269:7
**supports** 29:14
**suppose** 224:16
**supposed** 121:12 132:17 133:22 134:1,3
**sure** 15:17 38:5,7 40:17 47:16 48:4 50:18 52:15 54:9 60:17 73:7 90:19 93:5,17 95:1 96:17 100:8 105:18 108:12 111:18 124:7,9 124:15 129:4 140:11 141:15 144:18,20 149:16 152:8 153:1 154:11 161:2 162:8 164:1 166:3 171:6,22 175:2 182:8 194:3 197:21 198:21 204:3 210:18 211:9 220:6 229:3 230:16 242:16 243:2,18 246:15 250:5 253:20 267:1 272:13,16 275:5
**surely** 248:1
**surgeon** 110:4
**surgeries** 110:22 113:15
**surgery** 11:13,13 27:14 110:5,6 111:4,17 118:17
**surgical** 11:7,15 118:6
**surprised** 218:6
**survey** 273:10,14
**suspect** 91:3 225:2 229:16 264:3
**suspicion** 221:5
**sworn** 7:5 275:17
276:9
**system** 51:9,19 54:5 172:11,11 195:8 216:16
**systems** 122:15 168:12,20 186:7

**T**

**T** 5:7 6:1
**table** 175:4 268:7 269:19 271:7,20
**tabled** 254:3
**take** 8:12,14 9:13 10:8 28:3 66:15 73:6 75:6 99:19 144:16,20 163:14 168:15 203:1 213:17 225:9 226:13 227:6 249:16 250:6 261:6 267:7 271:22
**taken** 28:4 67:15 67:16 75:8 141:8 141:22 143:12 144:21 149:20 184:20 190:6 225:11 238:17 272:5
**takes** 113:2 129:6 194:19
**talk** 24:19 29:16,19 56:20 93:11,12 106:18 110:16 120:20 146:19 156:22 167:11,12 224:20 247:4 264:5,5 267:14
**talked** 58:19 59:16 73:9 92:2 123:16 129:15 176:10 177:8 181:8,9 239:5 240:21

248:10 260:18
**talking** 19:11 20:10 32:19 47:22 56:17 60:22 69:21 75:10,20 105:22 121:17 143:7 145:2 149:2 158:14 163:11 167:6 175:6 176:20 177:1 181:13 190:7 197:8,9 212:11,17 217:4 217:5,6,7 219:19 225:6 248:13 260:3,4,12 263:22 271:10,13 271:17
**talks** 65:20 271:6
**target** 122:3 123:18 228:2
**targets** 121:15,17 122:12,18,19,19 123:17 187:9
**task** 228:1
**tasked** 129:18 130:7 229:11
**teaching** 193:14,18 193:19
**team** 60:5 63:9 82:17,19 83:2 269:21
**technical** 92:18 146:14 153:8,10 164:2 170:8
**tell** 8:7 16:9 41:12 88:15 105:9 158:9,10 162:4,5 176:13 181:2 182:17 194:3,4 199:3 208:4 239:13 252:1 253:22 254:4 265:3
**telling** 197:20
**temporarily** 242:18
**temporary** 253:10
**tend** 113:7 180:15
**tends** 89:15 147:22
**tens** 128:20
**tenure** 222:14,15 274:3
**term** 30:12 87:4,7 87:11 89:6 103:7 144:5 146:20 147:2,8 184:11 220:10 225:12 237:14
**terms** 18:4 24:6 29:17 33:2,20 53:9 55:2 62:5 63:5,9,10 65:20 77:3,16,22 80:15 80:22 96:3,13 102:3 109:14 111:14,17 113:8 114:13 125:11,12 128:2,4 129:22 130:9 142:16 147:14,18 156:16 156:20 159:2 160:4 165:8 167:13 169:9 172:13 179:2 180:11 183:8 186:19,22 189:17 189:17 190:5 192:1 193:6 195:21 196:1,14 200:2 208:18 224:12,21 225:21 230:2 240:21 241:4 244:1 246:18 248:15 252:16
**terrible** 24:13
**testified** 126:16 138:12 139:5,9 160:1 174:3 195:22 229:19,21 256:21
**testifies** 7:5
**testimony** 130:10 138:14 170:18 254:7 271:4 276:10
**tests** 121:11
**text** 244:22
**Thank** 272:3
**theoretically** 86:8
**therapy** 215:4
**they'd** 115:16
**thing** 52:1 69:20 106:1 111:17 125:5 157:10 159:7 183:14,15 183:16 218:6 242:12 244:4
**things** 20:12 22:11 24:9 33:11 53:13 56:20 86:19 99:22 105:20 116:16,21 117:18 130:11,14,17 142:4 147:4,5,6 155:20 159:19 162:2,5,6 163:8 169:7 175:8 176:19 177:8,12 178:1 186:3,5,9 187:10 192:9 204:8 209:17 225:22 238:18 239:21 240:18 241:3 242:19,21 266:8
**think** 9:21 15:1,2 24:15 31:18,18 36:16 38:15 43:15 47:19 49:14 50:17 53:16 54:9 59:13 71:14 85:12,15 91:11 96:10 100:6 102:12 104:15,16 105:16 105:19,21,22 110:5,6 112:16 113:11,14 115:18 121:5,9 124:14 124:16 125:7 126:4 128:21 133:7,21 134:6 134:15 136:13,14 136:18 137:10,11 137:15,18 139:14 139:19,20 140:14 140:17 141:5 145:7,11,12 147:4 149:1,2 150:4 151:4,5,7 151:19 153:1,12 157:11 160:9,17 161:1,2,11 162:10,16 163:3 163:9,10,22 164:13,16 165:4 165:11 166:1,16 166:20 168:8,8,9 168:11,11,13 172:1,16,17,21 173:10,12,12 174:10 175:21 176:2,3,4 177:6,7 179:12,12 180:10 180:10,12,13,13 181:2 182:8,17 183:2,2,8 186:5 186:13 189:16,16 190:18,20 191:19 193:11,14 197:17 198:20 199:1 201:1 205:15,18 207:8,11,14,14 208:15,16,17,18 208:20 209:14,15 209:16,19 210:17 210:17 212:1,10 212:11,16,17 215:16 216:2,12 217:6,14 218:6 219:16,17 220:1 221:22,22 222:10 224:10,11 229:9 230:12,12,14,15 233:11 234:18 238:16 239:4 240:1,7,13,18 241:3 243:10 244:6,6,7 245:11 251:22 252:7 253:7,7,8,19,22 254:22 260:2,4 262:14 270:15,15 272:14,16
**thinking** 32:18 75:22 113:15 136:7 177:18 183:3,6,15,16,22 184:2 187:13 205:4
**thinks** 220:21
**third** 219:3 256:6
**Thomas** 199:9,10 199:12,14
**thought** 84:14 132:21,21,22 133:2,4,5 134:3,7 134:8,14,15,17,17

136:17 139:9,12 140:8,14,15,16,17 140:21 146:1 150:8 157:9,11 161:11 163:5 164:16 166:2 172:21 175:7 179:12 194:14 201:9 204:21 208:15,16,18 215:8 221:3,4,18
**thoughts** 242:20
**thousands** 128:19
**three** 10:9 23:7 60:22 83:17,18
**tied** 159:13
**tier** 71:6 72:17 78:2
**tiered** 70:22
**tiering** 71:9
**tiers** 64:22
**till** 36:19
**time** 9:11,20,20 12:16 13:18,20 13:21 14:9 15:22 16:2,3 17:13,14 18:21 19:13,13 20:13 21:7,16 23:3,3,4,6,9 24:11,14,17 26:12,18,21 28:11,15,19 33:3 34:8 35:20 36:20 37:2,3,5 39:9 41:7 42:9 46:22 61:13 79:10 85:10,19,20 86:20 91:19,20 95:20 96:11 98:15 100:13 112:22 129:14 136:2 137:18 158:6 160:15 161:18,19,20 162:1 163:11 166:7 169:13 171:11 178:11 184:1 187:3 198:1,7 200:21 203:1 204:1 205:12,12 206:1 207:9 213:18 215:7 219:22 224:8 226:3 227:12,16,17,21 229:2 231:21 233:4 239:19 240:10 247:16 252:8 260:18 262:12 271:2 272:2
**timeframe** 162:15
**times** 46:19 58:22 62:8 109:8,13 158:2 190:21 207:14 225:20 231:10
**tired** 144:19
**title** 15:11,15,18 19:16 22:6,21 31:15,17,18 36:8 43:15 53:22 97:9
**titled** 55:3
**titles** 15:16 22:22 23:1
**today** 83:5 85:17 126:13 131:16 138:10 246:11 254:5,5
**told** 155:12 177:20 182:12 196:5 209:15,17 225:3
**Tom** 50:13
**top** 59:15 62:2 177:7 210:8 251:14 256:2
**topic** 84:15,16 149:7 157:18 161:21 174:22 175:7,9 204:11 229:10 252:4 262:20
**topics** 138:11
**total** 91:13 235:15 236:4
**touch** 237:22 238:1
**track** 131:6
**tracked** 114:16
**traditionally** 147:13
**traditions** 70:1
**transcript** 185:4
**transcripts** 126:12
**transformation** 45:7 185:12,14 185:15 186:10,16 188:22
**transition** 126:5 128:5
**treated** 127:1
**treating** 163:13 164:10 165:7,16 180:4
**treatment** 41:19 42:7 168:3
**treatments** 234:8
**trick** 172:4
**tried** 167:14
**true** 136:20 138:2 143:1 233:3 276:10
**try** 67:5 70:4,7 138:10,13 141:13 167:19,20 185:17 185:20 188:9 237:22 238:1 272:1
**trying** 41:13 59:4 80:9 100:1 151:19 153:12 161:1 168:17 172:3 186:5,6 199:1 207:9 209:4 217:21 218:14 219:10 220:22 243:1 264:16 272:14
**Tufts** 101:3,16 102:8
**turn** 19:10 37:14 39:11 42:17,19 48:9 54:10 204:5 204:10 206:2 209:21 210:19 218:20 231:2 235:8 250:17
**turning** 209:22 234:5
**twice** 238:2
**two** 14:10,10,21 29:7 60:22 66:22 182:11 267:19 272:1 273:18
**Tyler** 3:13 7:12
**type** 41:14,14 89:11 94:12 102:18 111:13 113:18 149:20 237:15 266:2
**types** 80:3 103:4 176:22 177:21 225:19
**typical** 25:3 78:19 78:20
**typically** 62:21
**T's** 66:13

**U**

**Uh-huh** 8:5 14:12 14:12 39:13 92:4 203:14 216:11 219:2,6 223:2 231:6
**ultimate** 258:1
**unaware** 45:22
**unclear** 8:6
**undergoing** 214:8
**underreimbursed** 220:22
**understand** 20:19 30:14 33:6 41:3 41:13 59:4 66:2 66:14 67:2 69:8 74:17 80:9 106:10 112:19 115:19 131:18,21 131:22 132:13 134:10 137:17 144:8 146:16 150:10 160:13 168:22 194:21 195:1 206:7,18 209:4 220:10 251:7 271:12
**understanding** 30:11 40:15 76:10 78:14 88:6 89:9,18 90:1,3,10 91:8 95:14,22 96:12 98:19 107:13 109:16 124:2 126:1,21 127:11 128:18 130:18,22 131:14 131:17 132:5,8 132:16,20 140:8 142:12,15 143:10 143:22 144:8,14 147:2,3,7 152:12 152:16,19 158:20 159:12,16 160:17 178:6,17 181:2

182:18 196:4 197:16 199:12,15 199:16 201:22 202:9 207:20 208:5 225:15,17 251:18 252:19 268:10,18 271:5 272:8
**understandings** 136:9
**understood** 139:6 144:3 170:18 172:6,8
**undue** 216:15
**unions** 103:10,10
**unit** 27:1,4,9,11,22 28:8,21,22 30:20 32:20 54:12 115:9,11
**United** 1:1 92:14 276:1
**universal** 268:1
**university** 8:21 9:6 9:7 10:6 54:5
**unusual** 111:2 172:18,19
**update** 204:7
**upward** 153:4 156:10
**URAC** 34:22
**urgent** 14:3,5
**urging** 262:1 263:6 263:12
**urologist** 261:18,21 266:3
**urology** 239:7
**use** 30:11 77:1 80:3 80:8,11 81:1,8 95:2,3,8 133:12 135:1 148:16 153:19 194:10 208:13 265:19
**usually** 47:6 52:20 58:4 59:11 63:2 66:19,22 77:2 80:16 103:17,18 122:21 124:1 131:13 148:15 180:13 269:12
**utilization** 32:12 98:5
**utilizes** 125:3

V

**vague** 116:15 182:7 184:11
**vaguely** 253:13
**validate** 170:3
**valuable** 121:9
**value** 194:9
**valued** 170:4
**Van** 38:1,17 40:7
**variation** 121:1 196:1
**variations** 114:14
**varied** 22:17
**varies** 149:1 191:19 192:4
**variety** 22:11,13 192:12 195:2,9 228:14 229:9
**various** 64:21 77:3 237:12 267:15
**vary** 192:7 208:12 209:9
**vascular** 11:13
**vdulong@mms.o...** 203:13
**vendor** 47:20,20 256:12
**vendors** 47:22 228:19
**verbal** 23:16 43:10 178:14 200:19
**verbally** 14:16
**version** 259:8
**versus** 72:3,16,17 74:14 127:4,8 169:11,12 178:9 179:8 180:14,19 183:18 184:8 242:3
**Vertes** 108:5
**vice** 47:9 97:22
**view** 74:9 143:16
**vigorously** 102:9
**Vincent** 45:10
**Virginia** 203:16
**visit** 217:17,19 218:1,9,16
**visits** 146:15 186:20,22
**vocally** 163:12
**voiced** 219:3 220:13 252:12
**voicing** 163:18
**volume** 1:11 186:8 207:16,22 208:13 208:19,20

W

**WAC** 87:5,9 140:3
**waive** 217:9 218:2
**waived** 218:15,16
**waiving** 214:16 216:22 217:2
**want** 46:4 84:19 105:17 155:14 169:6 172:16 173:1,2 204:19 216:13 275:1,5
**wanted** 157:9,22 158:4 166:22 167:6 169:19 170:2,2,3 185:4 221:17 243:17
**wants** 113:1 169:3
**Warrick** 4:9
**Washington** 9:6 10:6
**wasn't** 54:4 111:6 129:18 140:18 156:7,9 170:17 173:21 175:5,5 178:3,16,20 183:16 218:7 245:9 247:1 249:20 254:3,20 255:7
**wastage** 244:11
**waste** 225:21
**watch** 176:3
**way** 40:7 52:16 57:18 81:18 111:5 141:20 151:3 152:8 160:12 166:7 171:8 172:7 179:22 180:12 184:12 188:10 236:9 263:17 266:14 268:6 269:3
**ways** 264:7
**wearing** 14:9
**Webb** 3:13 7:12
**Wednesday** 1:20
**week** 262:13
**weighed** 240:8 251:19
**weight** 240:9
**weighted** 266:8
**welfare** 103:5,6,8
**went** 13:1,7 98:20 111:4 158:10 166:15 240:9,15
**weren't** 140:11 166:3 183:3,6,13 189:18 217:18 220:6 228:13
**west** 48:20
**western** 36:14 59:22 101:13
**we'll** 8:15 37:9 45:8 111:8 213:12 225:5 226:8 244:14
**we're** 51:9 63:3 92:17 105:22 113:12 117:16 149:2 168:7,10 168:12,16,17,18 168:18,19 172:7 177:1 181:13 186:6 187:12 253:8 254:22 260:2,4
**we've** 19:11 59:16 73:4,9 76:11,13 92:2 111:13 113:18 117:9 175:9 187:21 196:15 239:5 259:8 260:18
**whereof** 276:17
**whew** 150:4
**whichever** 211:1 211:12 212:8
**wholesale** 1:7 6:6 87:10 132:22 133:3,8 134:4,8,9 136:8 137:3 139:10 140:3,9 140:15 141:11 142:3 249:13
**wholesalers** 134:12
**William** 38:1
**Williamson** 1:16 276:3,20
**willing** 113:12
**willingness** 189:8 190:14

**winter** 53:17
**withdraw** 71:3 73:16 89:5 114:13 117:10 158:21 171:9 207:19 241:14
**witness** 1:13 7:3 97:16 102:11 111:16 126:15 138:7,8 144:16 144:19 203:4 206:21 219:15 226:15,19 245:2 249:18 257:13 258:17 267:9 272:3 276:7,11 276:17
**witnesses** 160:1 174:3 229:18 254:8
**women** 121:10,21 122:1
**wonder** 205:17
**wonderful** 262:11
**Woops** 97:17
**word** 84:10 250:6
**words** 63:15 66:15 72:12 74:20 78:1 135:4 136:8 146:6 164:6 170:20 185:16 188:20 189:22 193:8 254:18
**work** 11:1 13:15 15:11 19:10 21:11,17 22:5 28:14,20 30:19 31:12 44:5,19,21 45:21 53:6 54:6 59:20 62:10,14 62:18,20 63:9 65:2,5,6 86:1 94:7 111:22 130:3 131:8 167:14 169:10 188:9 198:19 220:6 224:1 244:20 267:17
**worked** 11:7,12 13:17,18,19 15:4 15:6 18:7 22:10 22:12 27:8 28:7 39:1,4 44:13 53:18 54:2 92:8 97:2 99:11,18 106:7 198:18 218:17
**workgroup** 267:12
**working** 9:20 10:2 12:13 13:8,22 14:10,20 15:3 17:21 19:12 20:14 21:5 22:3 26:11,14,15 29:1 30:21 31:9 34:7 37:6 39:9 40:4 44:8 51:10,19 68:4 100:2 168:12 185:13 220:1 224:15
**works** 45:10 66:15 210:14,17 262:12 272:22 274:9
**world** 134:18 145:15
**worried** 173:4
**wouldn't** 113:6 118:13 122:16 145:13 146:4 173:10 188:10 189:20 208:4 217:17,19 234:20 274:19
**Wright** 4:4
**writing** 68:19 207:1 214:4
**written** 56:21
**wrong** 73:17 98:18 142:13 194:13 211:8
**wrote** 214:5
**W-A-C** 87:5

**X**

**X** 5:1,7 6:1 46:4 111:8 187:4 208:22,22

**Y**

**Y** 46:4 208:22
**yeah** 29:6 33:19 51:7 81:17 88:16 88:20 100:8 101:21 104:18 117:7 128:4 132:15 134:7 137:19,22,22 139:3 140:22 143:13,15 148:8 150:16 152:9 164:21 172:5 174:16 184:4,17 197:14 199:22 202:14 211:4 212:20 214:10 218:22 221:10 227:7 230:19 235:13 241:20 245:15 248:10 249:22 251:2 259:6 260:17 262:8 264:2
**year** 15:3 32:3 34:12 62:8 85:12 128:14 161:6 238:2 265:5 272:15
**years** 10:9 38:19 87:1 149:9 158:9 158:12 198:22
**York** 3:16,16 53:19 231:10

**Z**

**Z** 46:4 208:22
**Zallen** 48:20,22
**Zometa** 219:13,16 219:17,20

**$**

**$2.75** 200:12
**$25** 215:18
**$6** 161:6

**0**

**001** 5:10 37:10,11
**002** 5:12 202:16,17
**003** 5:14 213:12,13
**004** 5:16 226:9,10
**005** 5:18 236:16,17
**006** 5:20 244:15,16
**007** 5:4 6:4 249:11 249:12 275:2
**008** 6:9 258:7
**009** 6:11 261:2,3
**01-CV-12257-PBS** 1:4
**010** 6:13 267:3,4
**02** 227:9
**02110-2624** 4:6
**02142** 2:7
**02199-7610** 2:16
**02215-3326** 3:7
**037** 5:11
**04** 48:14 259:5,11
**05** 85:17 258:16

**1**

**1** 6:19 218:1,16 251:1,13 255:13
**1st** 227:9
**1/26** 231:10
**10** 6:19 28:10 38:19 60:14,14,19,19,20 68:13 227:6,7
**10/31/02** 227:9
**100** 40:17 50:17 64:8 77:21 95:1 210:18
**10036-6710** 3:16
**10598** 231:3
**10601** 235:9,10
**10604** 5:17 226:11
**10610** 6:14 267:5
**1133** 3:15
**12** 60:14 68:13 111:9 250:17,19
**12/18/2009** 276:22
**12137** 42:20,22
**12138** 48:10
**12142** 54:11
**12146** 5:11 37:12
**12492** 5:13 202:18
**12493** 203:10
**12587** 6:10 258:8
**12590** 6:12 261:4
**12614** 5:15 213:14
**12680** 5:19 236:18
**13** 227:20
**137** 97:17
**138795** 276:21
**1456** 1:3
**15th** 259:1,5,6,13
**1978** 9:2
**1980** 9:7
**1984** 9:8 10:1,4
**1987** 11:3
**1989** 11:4,22 12:3 12:12
**1990s** 159:10
**1992** 12:11,12,21
**1993** 9:9 15:10

19:12 21:16
**1994** 200:10,17
**1995** 14:22 15:1,4 15:10 21:2,11,22 22:6,19
**1997** 15:6 16:6 22:19 26:11,22
**1999** 16:7 17:1,21 27:5 30:21 31:3 31:15,17

**2**

**2** 255:16
**20** 28:18 44:9,13 140:2 275:18
**200,000** 91:12
**2000** 31:14,21 34:1 136:2
**2000s** 119:15 159:19 272:21
**2001** 35:16 36:19
**2002** 36:16 60:11 204:1
**2003** 36:16 39:3 60:10,10 228:3
**2003/2004** 226:3
**2004** 38:16,16 43:5 53:16,17 129:13 160:15 161:5 162:22 254:14,21 259:1,6,12,13,16 268:16
**2005** 85:16 129:14 246:15 258:20
**2006** 1:21 276:19
**202** 5:13
**212** 3:17
**213** 5:15
**226** 5:17
**236** 5:19
**244** 5:21
**246-3531** 3:8
**249** 6:8
**25** 140:2 185:15
**25th** 2:15
**2555** 4:13
**258** 6:10
**261** 6:12
**267** 6:14
**267-2300** 2:17
**273** 5:5

**3**

**3** 91:16 253:8,20 254:1,13 256:10
**3:45** 275:10
**3:50** 257:14
**30** 140:3
**30-day** 78:21
**336-2000** 3:17

**4**

**40** 99:13
**400** 156:6
**401** 3:6
**45** 83:20
**474-6550** 4:15
**482-3700** 2:8

**5**

**5** 124:22 158:18 178:20 206:7 211:1,12 212:11 219:4 220:14 221:6 231:13 240:22 265:19
**50** 99:14

**6**

**6** 1:20 204:10 206:4
**617** 2:8,17 3:8 4:7
**64108-2613** 4:14
**65** 55:9 201:6 245:8 245:12 249:4

**7**

**7** 258:15
**7th** 258:20 259:11 259:12 276:18
**77** 9:4,4

**8**

**8** 234:6
**800** 1:19 2:14
**816** 4:15
**84** 10:10
**85** 121:22 246:9 247:20 248:20 249:7
**86** 231:11
**87** 10:10
**89** 98:17

**9**

**9:37** 1:21
**90** 121:21,22
**90s** 7:22 42:14,14 42:16 57:7 100:14 197:11,20
**92** 9:16 98:16
**93** 9:16 15:22
**94** 98:17
**95** 15:22 23:2 135:15,19 136:6 139:6 188:20 212:6,7 246:8 247:20 248:20 249:7 254:14,22
**951-7956** 4:7
**97** 16:3 17:9 23:2 30:20
**99** 17:9 30:20 31:21