Kelly Ellston                    Highly Confidential              November 23, 2004
                                  Washington, DC

25 (Page 94)

```
                                            94
1    it will reimburse physicians for drugs administered
2    in their offices?
3         A.   It is not a consideration that we
4    utilize.  The relevance would be only as it affects
5    the total cost of health care delivery.
6         MR. MANGI:  Nothing further.  Thank you
7    very much for your time.  We appreciate it very much.
8         MR. MCGLONE:  We're going to read and
9    sign.
10        (Whereupon, at 12:14 p.m. the taking of
11   the deposition was concluded.)
12            (Signature not waived.)
13             - - -
14
15
16
17
18
19
20
21
22
```

Kelly Ellston

Highly Confidential
Washington, DC

November 23, 2004

1

| A | | | | |
|---|---|---|---|---|
| **able** 5:11 16:4 62:7 78:4 | 58:11 67:5 69:2 84:3 89:4 | **administrati...** 25:4,5 42:20 45:20 70:21 74:4 80:21 81:3 | **all** 4:18 8:9 10:12 21:6 25:6 28:10 37:15 38:5 38:19 41:16 | 57:13 60:6,8 60:12,17 61:3,5,6 62:6 62:8 63:8 66:3 69:3 |
| **about** 8:9 17:5 19:11,22 21:15 25:14 31:2,10 32:10 35:8 39:3 41:12 41:13 42:4 42:10,16,17 42:19 43:13 45:8 51:17 54:3,6 55:11 60:4 61:22 64:6 67:8 68:15 73:7,9 73:10,14 75:20 82:14 84:1,7 85:14 88:9,11 90:6 92:21 | **acronym** 58:16 **action** 1:5 4:12 **activities** 14:16 27:6 **activity** 56:7 **actual** 13:8 14:20 26:4 30:11 33:20 39:17 45:19 50:9 59:17 60:15 61:13 64:22 65:13 70:21 74:11 **actually** 11:6 16:1 24:21 35:19 49:11 51:8,15 63:20 67:8 **actuarial** 62:2 | **administrative** 24:15 42:18 **administrator** 24:14 **Administrat...** 24:10,12,13 24:19,20 25:15 **admission** 37:2 **admitted** 57:9 **advice** 10:9 **advisors** 32:8 **affect** 74:11 **affects** 94:4 **after** 4:5 6:2,14 31:21 55:1,5 85:4 | 43:3,16 44:4 44:4,5,7 46:1 47:7 54:12 55:6 56:9,20 59:10 77:6 87:11 **allergy** 17:2 **allowed** 21:16 21:16 **allows** 35:15 **alone** 48:2 81:4 **also** 5:21 8:7 10:6 15:2,6 23:20 25:3 26:20,22 29:16 35:18 40:1 42:6 | 78:21 79:11 79:12,12 87:3,7,19,21 88:13 89:15 91:19 92:22 **amounts** 16:20 47:21 48:11 48:16 55:13 57:14 58:3 58:19 65:3 65:20 66:1 66:10,11 67:10,15 68:11 69:9 74:12 84:8 85:2,4,7,16 86:18 87:10 90:3,14 93:22 |
| **abuse** 86:17 **acceptable** 86:4,10 **access** 35:15 36:12,14 37:3,7 38:4 38:11,17,21 38:22 42:4 44:21 46:18 52:12 53:7 54:6 62:6,9 62:21 63:2 63:10 66:3 79:16 91:20 | **actuaries** 62:2 **adding** 88:5 **addition** 29:11 39:21 42:4 **Adeel** 2:7 4:10 **administer** 17:11 54:17 89:7 **administered** 9:5 16:21 19:17 21:12 45:10,16 46:8 48:4 57:13 60:7 60:12 67:17 69:10 70:4 | **again** 15:15 21:14 48:13 54:21 65:18 67:13 79:4 87:6 **against** 16:17 57:14 86:9 **agents** 17:13 **ago** 25:10 **agree** 71:9 **agreed** 52:16 84:16 **agreeing** 68:19 **agreement** 77:14 78:12 78:14 80:4 | 44:16 45:18 53:3,6 55:16 59:15 66:6 73:16 **always** 49:18 93:9 **am** 5:19 24:11 37:21 58:9 **Amalgamated** 26:5,10 29:20 31:15 39:4 42:13 42:16,22 43:3,22 44:1 54:22 55:8 | **analysis** 9:13 62:15 **analyze** 61:16 62:11 **another** 12:5 46:3 53:9 62:13 63:6 81:13 **answer** 4:18 21:3 43:12 67:12 80:12 84:20 85:19 85:21,21 |
| **acquire** 9:1 58:1,20 66:11,16 67:9 68:7,10 71:4 84:8 85:12,15 88:12 **acquisition** | 70:17 78:9 79:2 80:10 81:22 82:4 82:16 84:10 85:3 93:16 94:1 | **agreements** 15:20 78:17 **ahead** 84:14 **ain't** 71:7 **Alan** 2:14 91:2 92:14 | **Americas** 2:4 **amongst** 45:5 **amount** 30:22 35:9 46:7 47:11 49:6 49:10,22 51:6,7 53:22 | **answered** 84:21 **anticipate** 35:12 **any** 5:1,5 6:20 8:14,22 10:14 11:16 |

Kelly Ellston                    Highly Confidential                    November 23, 2004
                                 Washington, DC

2

| | | | | |
|---|---|---|---|---|
| 14:8 16:21 | 18:18 61:21 | 2:4 | 70:10,11 | **bears** 61:3 |
| 17:13 18:3 | **architecture** | **average** 1:5 | 77:11,17,18 | **because** 4:19 |
| 20:10,13,14 | 13:8 | 58:7,13 | 86:14 87:2 | 16:13 17:11 |
| 20:21 21:4 | **area** 13:3 | **aware** 20:18 | **Bayview** 8:19 | 20:5 34:20 |
| 21:11 25:11 | 17:20 19:20 | 20:21 58:13 | 8:22 | 35:6 37:2 |
| 29:8 31:18 | 20:8 35:7 | 59:12 73:3 | **bazillion** 21:7 | 48:13 52:8 |
| 34:4 35:22 | 77:21 87:13 | 76:15,16 | 21:18 | 54:11 77:22 |
| 37:13 39:5 | **areas** 72:14 | **AWP** 20:10 | **be** 4:16 9:16 | 81:7,15 |
| 39:17 44:13 | **arena** 21:5 | 48:16 58:14 | 16:10,10,22 | 85:22 88:17 |
| 48:7,9,17 | **aren't** 62:22 | 58:21 59:3 | 20:20 28:22 | 88:18 |
| 52:3,4 59:3,6 | **around** 20:6 | 61:3 71:6,14 | 31:6,7 32:18 | **bed** 56:22 57:7 |
| 61:3 66:14 | 25:10 72:13 | 79:15,17 | 33:10,21,22 | 57:8 |
| 67:3 69:9,17 | **arrangements** | **a.m** 1:14 | 34:1,8 36:7 | **been** 4:5,13 |
| 69:22 70:15 | 37:13 44:16 | | 41:6 43:15 | 19:10 22:12 |
| 70:22 71:3 | 44:18 76:17 | **B** | 46:7,14,17 | 29:20 31:15 |
| 71:13,17 | **arrive** 90:14 | **back** 16:16 | 47:2,7,14 | 71:13 72:16 |
| 72:1,4,7 73:6 | **aside** 60:4 88:6 | 17:11 21:17 | 49:7,10,12 | 73:4 76:2,7,8 |
| 75:8,10,11,13 | 88:10 | 53:5,17,22 | 51:1,4,8,10 | 76:11 77:9 |
| 75:14,17,18 | **ask** 5:5,9 61:22 | 60:3 | 51:11,12 | 77:13 82:10 |
| 76:21 77:10 | **asked** 81:20 | **background** | 52:5,18 55:8 | **before** 1:16 |
| 78:5 79:4 | **asking** 41:17 | 5:16,18 | 55:13 56:13 | 4:13 21:4 |
| 80:14 83:9 | **aspects** 74:7,9 | **Baltimore** | 57:17,19,22 | 42:3 46:17 |
| 83:17 90:13 | **assigned** 16:3 | 10:21 | 58:4,20 | 50:3 81:21 |
| 91:2 | **assignments** | **Bank** 59:13,18 | 60:12,16,19 | 93:13 |
| **anybody** 30:19 | 8:20 | **base** 64:18 | 61:6,18 62:1 | **began** 7:5 |
| **anyone** 74:15 | **assistant** 22:17 | **based** 8:17 | 62:7,11,19,21 | **begins** 30:13 |
| 77:22 | 22:21 25:19 | 10:10,21 | 63:3,6,8 | **behalf** 36:2 |
| **anything** 11:17 | **associates** 6:1 | 16:16 19:19 | 65:12,15 | 54:22 72:16 |
| 17:13 53:12 | **associate's** | 20:10 21:15 | 66:15 67:20 | 77:13 91:12 |
| 73:1 86:1 | 5:20 | 30:14 31:5 | 69:4 70:4,8 | **being** 8:10 |
| **anyway** 4:18 | **associations** | 35:13 45:17 | 70:10,12 | 9:14 14:12 |
| **AP** 13:10 | 71:18 | 45:18 47:8 | 74:22 77:5 | 15:2 24:17 |
| **appear** 31:7 | **assurance** 9:10 | 51:8 54:7 | 77:18 78:1,4 | 26:6 43:20 |
| **appears** 31:6 | 10:7 | 56:9 62:3 | 78:5,18,20 | 43:21 45:21 |
| **applicable** | **attached** 52:18 | 65:13,14,15 | 79:1,6,11,13 | 48:11 55:6 |
| 61:17 | **attend** 72:1 | 67:17,20 | 83:12 86:2,2 | 57:14 84:19 |
| **appreciate** | **Attorney** 2:9 | 68:12 82:10 | 86:3,4,9,16 | **believe** 12:2 |
| 94:7 | 2:17 | 89:3 90:10 | 86:21 87:2,6 | 16:5 21:14 |
| **appropriate** | **Attorneys** 2:2 | 90:17 93:9 | 87:7,8,12 | 23:11,14,16 |
| 8:11 10:9 | **automated** | **basically** 49:18 | 89:13,16,18 | 25:5,9 27:8 |
| 31:12 54:12 | 54:15 | **basis** 8:21 | 90:9,12 92:9 | 27:13 28:7 |
| **appropriate...** | **available** 34:10 | 16:15 48:7 | 92:10 93:15 | 32:20 34:17 |
| 8:2 | 56:4 62:7 | 60:8 61:17 | 93:16 94:4 | 34:18,19 |
| **approximately** | **Avenue** 1:15 | 61:20 62:18 | **bear** 69:9 | 35:10 41:19 |

Kelly Ellston

Highly Confidential
Washington, DC

November 23, 2004

3

50:2 52:7,14
66:21 67:2
76:4 78:10
**Bellknap** 2:3
4:11
**benchmark**
86:9 87:10
**benchmarks**
20:19,22
58:5
**benefits** 30:22
75:1 78:1
**best** 5:7 77:3
93:10
**between** 13:1
13:12 15:10
15:18,20
24:18 25:12
25:14 32:18
34:16,22
44:18,19
46:19 47:3
49:22 52:3
56:18 57:3
57:12 59:3
61:11 67:1
69:19 77:14
89:1 91:8
**beyond** 83:20
86:1
**bill** 21:16
49:19 50:9
50:10,19,20
51:5,6,15
53:10,16
56:8,14
57:17 60:13
85:22 86:12
90:10,11,17
**billed** 37:4
45:21 49:6
49:22 50:1
60:6 85:4,9
90:14

**billing** 13:9
16:6,7,13,15
16:19 51:14
56:18 57:18
74:7 81:22
82:2,15 90:7
90:19,21
**bills** 16:10 32:7
37:2 48:21
50:7 51:21
**bit** 23:16 72:13
92:18
**Bockius** 1:15
**Book** 59:13,18
**both** 15:15
18:22 19:3
24:17 27:22
28:9,15
63:19 64:22
70:4,8
**box** 5:10
**Braintree**
26:21 27:10
**break** 5:2
41:22 42:3
60:11
**bring** 17:10
19:6 33:3
**broad** 77:5
80:5
**broadly** 38:7
80:12
**building** 12:22
13:6
**built** 14:1
**bunch** 59:10
**bundle** 63:4,6
**bundled** 45:20
74:5
**business** 5:21
24:22
**but** 4:17 8:20
20:17 24:2
25:10 30:11

33:15 34:17
38:22 41:7
41:19 43:16
44:5,10,18
51:7,16
60:21 62:10
64:2,6 66:1
68:2 77:15
80:5,14
81:21 82:6
84:13 86:8

---
**C**

**C** 2:1,1 4:1
**calculate** 48:10
49:6 51:1
**calculated**
55:14 57:5
60:22
**calculations**
89:22 90:2
**call** 13:17,17
19:2 24:5
38:9
**called** 4:4 7:10
13:11 14:4
**calls** 19:3
30:15,16
67:11 85:18
**can** 5:9 13:14
20:20 21:3,8
21:18 22:4
33:9 35:12
36:21 40:8
51:8 53:13
54:17 56:13
58:4,20 59:1
63:22 64:5
65:12 67:12
67:12,13
70:4 80:8
84:17 90:22
93:11
**can't** 4:19 35:5

77:7 80:12
80:14 85:20
85:21
**capitated** 12:1
12:3 16:14
16:20 17:15
36:16 82:10
82:11
**capitation**
16:18 21:6
**cardiothoracic**
6:9
**care** 6:9,16,17
7:14 8:2,3,10
8:11 9:9,14
12:22 13:3
13:11,22
14:6 15:14
17:1 18:6
22:18,22
25:19 26:1
30:19,20
31:8,12 32:7
72:2 93:5,20
94:5
**CareFirst** 7:6
7:11,15,17,22
9:4,12
**carry** 64:5
65:9
**carrying** 55:6
**case** 9:10 10:3
10:19 11:4
26:18 27:14
27:16,19
28:5 29:6
30:1,4 31:8
31:13 32:8
39:3 47:2
70:11,11,12
73:4 77:12
83:11 92:12
**cases** 48:17
65:12 83:21

**center** 6:12
8:19 19:2,3
25:22 26:13
26:15,16
27:2,9 28:3
**centers** 17:8
18:9 38:18
38:19 43:18
**certain** 35:7
37:6 48:1
70:3
**certainly** 41:7
64:5 66:6,22
83:19 89:14
**chain** 50:16
73:11
**change** 49:12
49:13 50:15
51:4 52:9
67:9 68:10
68:16 69:3
84:8 85:16
88:13
**changes** 49:19
50:18 52:8
**changing**
50:11,16,18
**characteriza...**
54:18
**characterize**
9:12
**charge** 50:19
50:20 51:5,6
56:22 57:1,1
62:8 90:22
90:22
**charged** 19:9
**charges** 49:19
53:11 55:18
56:14 85:9
90:7,11
**charging** 50:21
**check** 49:11
**chemothera...**

Kelly Ellston                    Highly Confidential                    November 23, 2004
                                 Washington, DC

4

| | | | | |
|---|---|---|---|---|
| 17:13 | 90:9 | commencing | confidence | contracting |
| **choose** 21:11 | **client** 28:18 | 1:13 | 80:8 | 15:9,18,19 |
| **chunk** 43:5 | 29:4 33:21 | **commercial** | **confidential** | 19:19 21:5 |
| **circumstances** | 34:1,8,14 | 15:11 82:3 | 1:11 92:11 | 36:11 64:10 |
| 51:12 53:15 | 35:1,21 36:2 | **common** 87:10 | **consider** 66:6 | 65:5 76:11 |
| **CIVIL** 1:5 | 36:6 39:11 | **communicate** | **consideration** | **contracts** 20:7 |
| **claim** 25:22 | 41:3 44:19 | 79:8,9 | 94:3 | 29:3 32:4,9 |
| 30:14 46:16 | **clientele** 16:14 | **Community** | **considered** | 35:17,21 |
| 49:4,8 53:4,5 | **clients** 10:12 | 5:20 | 17:1 91:13 | 37:16 38:1 |
| 54:20 60:9 | 10:13 26:3 | **companies** | 92:19 93:3 | 46:19 61:18 |
| 60:18 68:3 | 27:7 28:10 | 23:15 | **considering** | 66:22 72:22 |
| 72:21 73:22 | 32:1 34:4 | **company** 7:12 | 65:7 | 78:7 79:19 |
| 74:1,9 88:2 | 35:5 40:13 | 22:6 23:9,10 | **consistent** | 80:1,2,9 |
| **claims** 18:16 | 42:18 43:7 | 23:13,20,21 | 47:20 | 81:11 83:17 |
| 18:19 19:8,8 | 44:10,13 | 24:5 25:9 | **consultant** | 88:18 91:21 |
| 22:17,22 | 93:6 | 26:5 27:7 | 75:1 | **conversations** |
| 24:21 25:1 | **client's** 34:10 | 44:5,6 52:11 | **contact** 39:11 | 73:6 74:14 |
| 25:19 26:2 | **clinical** 9:14 | 71:19 73:22 | **contain** 47:10 | 74:15 |
| 26:19,20 | **clinically** 70:9 | 76:18 77:9 | 78:7 80:11 | **coordinator** |
| 27:9,17 28:3 | **code** 45:20 | 77:15 | **contained** | 8:5 |
| 28:13,14,17 | 47:11,12 | **comparison** | 34:15 | **copay** 14:19 |
| 28:22 29:12 | 56:11 57:4,6 | 87:3 | **contains** 65:17 | 17:15 19:9 |
| 29:16 30:1 | 60:15,16,16 | **compendia** | **continue** 52:15 | 19:12 |
| 31:14 36:2,8 | 60:19 74:4 | 59:12 | **continuously** | **corporate** |
| 39:2,9,16 | **codes** 35:10 | **competitive** | 22:12 | 72:16 |
| 42:10,20,22 | 46:14,15 | 93:9 | **contract** 15:16 | **corporation** |
| 43:3,9,19 | 48:1,12 49:6 | **completely** | 32:13,16 | 7:7 |
| 44:2,4,5,7,11 | 49:9 55:17 | 90:19 | 33:19 34:8 | **correct** 6:3 |
| 44:14 45:8 | 55:19,20,22 | **compliance** | 34:16 35:4,6 | 7:15,16 16:6 |
| 45:10,18 | 56:5,8,18,19 | 31:22 80:3 | 36:6 37:3,7 | 16:12 21:13 |
| 46:15 49:5 | 56:19,20 | **complicated** | 37:12 38:8 | 21:19 22:1 |
| 53:10 54:22 | 61:21 62:10 | 23:16 57:6 | 38:16 39:10 | 22:10,11,14 |
| 55:7 60:5,11 | 64:12 65:3 | 57:10 | 43:22 45:17 | 27:15 28:6 |
| 61:17 65:10 | 80:17,20 | **component** | 46:1,2,2,6,12 | 28:12 29:1,3 |
| 67:16 73:16 | 91:19,19 | 63:5,6 | 47:3 51:18 | 29:4,17,18 |
| 73:19 85:10 | **College** 5:20 | **components** | 52:3,3,14,17 | 32:22 33:14 |
| 86:19 87:15 | 5:22 | 60:13 | 52:19 56:12 | 33:16,17,19 |
| 88:3 | **Columbia** 1:17 | **concepts** 20:16 | 62:17 65:8 | 34:11,12 |
| **clarification** | **come** 22:15 | **concern** 88:9 | 73:16 77:16 | 36:9,12,13,17 |
| 42:16 | 49:15 | **concluded** | 77:19 79:10 | 37:22 38:3 |
| **clarify** 41:15 | **comes** 30:15 | 94:11 | 80:5 92:20 | 38:13 40:2,3 |
| 54:21 65:6 | 46:17 49:19 | **condition** 57:9 | **contracted** | 40:7 42:8,11 |
| **clear** 41:6 | **comfortable** | **conferences** | 29:5 76:22 | 42:12,15 |
| 42:21 44:1 | 62:16 | 72:1 | 77:10 | 43:5,6,20 |

Kelly Ellston      Highly Confidential      November 23, 2004
Washington, DC

5

| | | | | |
|---|---|---|---|---|
| 44:9 46:4,5 | 62:1,3 63:11 | **D** | 73:4 | 22:15,19 |
| 47:1,15 48:2 | 73:11 77:6 | **D** 3:1 4:1 | **deposition** | 26:15 29:12 |
| 48:3,6,22 | 78:5,6,20,20 | **Data** 59:13,18 | 1:13 4:14 5:1 | 43:3 54:7 |
| 49:1 52:1 | 80:15 83:10 | **date** 41:7 | 24:4 72:15 | 55:20 72:19 |
| 54:1,5 55:9 | 90:12 | **days** 57:7 | 72:15,20 | 73:6 74:15 |
| 57:20 60:20 | **couldn't** 77:5 | **day-to-day** | 74:16 92:10 | 91:12 |
| 60:22 61:1 | **counsel** 4:4,7 | 27:3 | 94:11 | **didn't** 19:13,13 |
| 62:14 63:7 | 73:2 74:17 | **deal** 93:10 | **derive** 90:17 | 73:8 |
| 63:17 64:20 | 74:18 91:5 | **dealings** 29:9 | **derived** 79:12 | **diem** 56:13 |
| 65:11,13 | 92:16 | 39:6 70:22 | 91:20 | **different** 7:1,6 |
| 66:8,20 67:5 | **country** 10:13 | **dealt** 78:15 | **describe** 5:17 | 9:7 19:20 |
| 67:10,18,22 | **couple** 91:3 | **decide** 65:19 | 41:2 | 20:9,16 21:6 |
| 68:1,4,5,8,12 | **course** 17:1 | 90:19 | **designated** | 21:7,15,18 |
| 69:5,6 70:5,6 | 59:21 71:22 | **deciding** 92:20 | 92:10 | 22:2 24:3 |
| 72:17 73:18 | 83:11 | **decline** 62:18 | **designed** 27:20 | 28:4 30:21 |
| 74:8,12,13,19 | **court** 1:1 2:11 | **definitely** 86:9 | **determination** | 38:7 46:21 |
| 79:16 80:22 | 4:19 | **degree** 5:20 | 31:11 93:22 | 47:17,17 |
| 81:1,8 82:7 | **Coventry** 18:6 | 6:4 91:7,11 | **determinatio...** | 59:10 73:11 |
| 82:17,18 | 18:10 19:15 | **dehydrated** | 31:10 | 86:18 88:4 |
| 83:14,15,22 | 19:16,20 | 17:3 | **determine** | **differential** |
| 84:10,11 | 20:3,6 21:21 | **delineate** 52:14 | 45:14 62:9 | 41:3 |
| 85:5,6,8,13 | **cover** 72:14 | **deliver** 25:6 | 65:9 79:1 | **difficult** 84:20 |
| 85:17 86:15 | 81:5 | 39:9 | 87:18 | **difficulty** |
| 87:5 88:14 | **coverage** 31:11 | **delivered** | **determined** | 50:13 |
| 89:1,8,12,16 | 78:4 | 16:18 17:8 | 35:3 85:3 | **direct** 20:7 |
| 90:4,5 93:4 | **CPT** 35:10 | 26:6,19 | **determining** | 31:22 32:6,8 |
| 93:11,12 | 46:14 47:10 | 48:13 56:21 | 52:6 60:8 | 38:1 39:11 |
| **correctly** 19:9 | 48:1 55:16 | **delivery** 13:2,4 | **development** | 60:14 77:15 |
| 43:2 | 56:19 61:21 | 14:14 26:4 | 12:10 | 78:7 79:19 |
| **cost** 10:5 27:21 | 91:19 | 26:10 29:22 | **diagnoses** | **direction** 67:19 |
| 27:22 30:22 | **created** 13:11 | 30:3,4 31:13 | 27:21 | **directly** 15:16 |
| 58:11 69:2 | 14:3 | 39:3 83:6 | **diagnosis** 57:8 | 18:3 36:7,11 |
| 83:6 93:5,19 | **criteria** 31:4,6 | 94:5 | **did** 6:4,6,10,13 | 37:12 40:1 |
| 94:5 | **current** 52:18 | **demarcation** | 6:15,20 7:1,3 | 44:6 46:16 |
| **costs** 67:5 | 88:16 | 57:12 | 7:4,17 8:14 | 75:14 76:22 |
| 80:21 83:13 | **currently** | **department** | 8:20 9:7,19 | 77:10 78:2 |
| 84:3 89:4 | 22:21 32:16 | 80:3 | 10:14,17 | 82:19 |
| **could** 5:16,17 | 39:4 45:14 | **depending** | 11:9,15 12:4 | **director** 12:10 |
| 14:16 16:17 | 48:10 | 20:8 29:4 | 12:6,7,13 | 18:8 |
| 32:18 33:21 | **customer** 18:8 | 62:5 | 13:19,21 | **discharged** |
| 33:22 34:1 | 18:9,16,19 | **depends** 70:19 | 14:8,21 | 57:10 |
| 43:15 48:21 | 26:2,20 30:2 | 70:19,20 | 16:20 17:21 | **disclose** 66:19 |
| 49:14 51:3 | **cut** 49:11 | 78:21 | 18:5,10 | **discount** 51:1 |
| 51:11,12 | | **deposed** 4:13 | 19:15 22:2 | 51:9 63:1 |

Kelly Ellston            Highly Confidential            November 23, 2004
Washington, DC

6

| | | | | |
|---|---|---|---|---|
| 69:1 78:20 | 31:5,5 32:10 | 58:22 59:5 | 78:15 79:2,3 | 17:8 33:21 |
| **discounted** | 32:16 33:9 | 59:20 60:21 | 80:10,17 | 36:4 49:4 |
|   56:14 | 35:21 37:12 | 61:4 63:1 | 81:22 82:4 | 50:9 52:12 |
| **discounts** 21:5 | 39:4,16 | 64:2 66:17 | 82:15,19 | 65:15 67:20 |
|   35:8,18 | 42:19 45:4,5 | 66:21 67:2 | 83:7 84:8,9 | 90:11,12 |
|   36:19 54:12 | 45:13 46:9 | 69:11 71:10 | 85:3,12,15 | **electronic** 49:8 |
|   62:4 | 46:18 49:2 | 76:8,13 77:2 | 87:11,16,17 |   50:10 52:13 |
| **discuss** 30:17 | 49:12,15 | 77:5,16 79:4 | 88:12 89:7 |   59:18 |
| **discussed** | 52:2,4 53:4 | 79:16 83:18 | 93:2,15 94:1 | **eligibility** 25:4 |
|   31:20 52:22 | 57:12 61:7 | 84:21 87:12 | **drugs.com** | **Ellston** 1:13 |
|   64:5 76:6 | 61:16 62:16 | 93:18 |   59:9 |   3:3 4:3,9 |
|   80:16 91:21 | 62:17 63:13 | **down** 4:20 | **drug's** 61:3 |   42:3 |
|   93:13 | 67:3 68:6 |   46:9 | **duly** 4:5 | **else** 15:19 |
| **discusses** 55:11 | 69:17,22 | **Doylestown** | **during** 5:1 |   53:12 73:1 |
| **discussing** | 70:7,14 |   2:12 |   6:19 19:15 |   74:15 75:3 |
|   29:20 | 75:13,17 | **drafts** 80:1 |   49:13 | **employed** 22:9 |
| **Discussion** | 81:2 82:14 | **DRG** 57:4,5,10 | **dynamic** 93:9 |   22:12 |
|   5:14 | 83:8,19 87:9 | **drug** 6:20 17:9 | **D.C** 1:9,16 | **employees** |
| **discussions** | 89:4,5,9,14 |   17:9 45:15 |   2:20 26:22 |   14:1,12 15:1 |
|   91:18 92:1,4 | **doesn't** 53:18 |   45:19,20 |   27:11 | **employer** |
| **distinction** | 77:21 80:13 |   46:8 48:12 | |   23:16 34:2 |
|   40:21 41:20 | 86:6 90:16 |   57:1 59:4,7 | ———— E ———— | **employment** |
| **distribute** 45:5 | **doing** 10:7 |   60:7,12 69:1 | **E** 2:1,1,1 3:1,1 |   6:7 71:22 |
| **District** 1:1,2 |   17:13 |   69:2,5 70:16 |   4:1,1 | **encompass** |
|   1:17 | **dollar** 30:15 |   70:20,21,22 | **each** 20:8 |   41:8 |
| **divisions** 24:1 |   47:11,21 |   71:4,14 72:5 |   52:11 | **encounter** |
| **DOCKET** 1:4 |   48:11 60:19 |   74:4 79:14 | **earlier** 39:4 |   16:15 |
| **doctor** 14:20 |   60:21 61:2 |   80:9,22 88:1 |   41:18 42:10 | **end** 68:2 |
|   30:15 51:2 |   68:3 78:18 | **drugs** 8:7,8,9 |   44:10 54:3 | **enough** 13:19 |
| **doctors** 11:6 |   79:13 80:11 |   8:15 9:1,5 |   64:22 73:9 | **enter** 33:18 |
|   12:16 13:2 |   85:7 86:18 |   10:15,15 |   80:16 84:1 |   62:17 65:8 |
|   13:13 16:1,8 | **dollars** 88:2 |   11:17,17,21 | **easier** 5:10 |   92:20 |
|   19:4 20:8 | **done** 16:17,19 |   16:21 17:6 | **economics** | **entered** 79:20 |
|   30:7,12 31:2 |   20:16 78:11 |   17:15 18:2 |   81:8,9,10,13 | **entering** 61:18 |
|   31:3 62:6 | **don't** 11:12 |   19:17 21:12 |   81:14 82:12 | **enters** 36:6 |
|   63:12 69:12 |   14:5,6,7 |   45:10 48:2,4 |   82:13 | **entire** 13:10 |
|   69:14 81:5 |   20:12,17 |   55:14 57:13 | **Edelson** 2:10 |   56:15 |
| **doctor's** 50:20 |   31:7 32:17 |   58:1,4,20 | **education** 6:2 | **entirely** 45:1 |
| **document** |   32:20 34:17 |   66:11,12,16 | **educational** |   90:1 |
|   65:16 80:6 |   34:17,18,19 |   67:5,9,16 |   5:17 | **entities** 16:11 |
| **documents** |   38:6 41:10 |   68:7,10 | **effect** 14:2 16:1 |   28:8 32:19 |
|   59:20 |   41:21 45:3 |   69:10 70:3,4 | **efficient** 93:10 |   32:21 38:10 |
| **does** 23:19 |   50:2 52:7 |   71:4 72:8 | **effort** 4:18 |   38:14 39:6 |
|   25:1 30:11 |   53:20 55:15 |   75:14 78:8 | **either** 11:20 |   39:14 42:6 |

Kelly Ellston

Highly Confidential
Washington, DC

November 23, 2004

7

| | | | | |
|---|---|---|---|---|
| 42:21 44:11 44:14,22 47:3 76:11 | 17:16 78:16 **exist** 35:10 **existed** 75:11 **exists** 64:2 | 14:20 **fair** 13:19 15:17 28:2 28:21 37:15 | 85:3 90:10 90:15,18,21 **feel** 62:16 **fees** 36:12,14 | **forward** 50:8,9 50:9 **forwarded** 49:5 **forwards** 53:5 |
| **entitled** 51:16 **entity** 13:10,11 14:3 23:22 23:22 25:2 38:17,18 39:22 44:19 44:20 46:3 55:5 61:12 | **expansively** 40:15 **expect** 62:1 64:1 **expectation** 89:15 93:14 **expectations** 80:7 | 54:18 62:11 63:3 89:5,13 92:22 **familiar** 4:17 23:6 24:9 25:5,7 58:7 58:10 59:6 74:20 82:22 | 42:4 44:21 46:14 81:3 91:20 **few** 72:14,22 **fifth** 55:10 **firing** 27:5 **firm** 4:11 10:11 | **foundation** 74:3 **four** 11:11,11 **fraud** 86:17 88:9 **free** 21:10 **from** 5:20,21 7:13 21:5,21 28:14,17 |
| **episode** 78:13 **equal** 60:16 **especially** 52:8 **ESQ** 2:7,14,22 **essentially** 54:2,14 **evaluating** 10:5 **evaluation** 66:7 | **expected** 79:6 86:2 87:7 **expects** 89:19 **expense** 82:21 **expenses** 30:11 81:5 **experience** 73:7 75:5 **expressed** 58:4 58:21 | **familiarity** 82:13 **family** 12:21 17:12,16 23:15 30:20 82:6 **far** 45:18 50:2 76:2 **favorable** 63:5 | **first** 6:1 45:22 46:22 59:13 59:18 76:15 76:16 91:7 **five** 11:11 35:11 41:21 73:10 76:5 **fixed** 85:7 **flag** 86:16,21 | 29:12,16 30:14 31:4 33:6,9,11 37:4 39:13 43:4 49:15 50:7,10 52:22 55:7 57:7 59:9 61:7 62:13 64:7 65:4,5 |
| **even** 17:2 34:21 51:3 **ever** 4:13 59:17 71:6 78:15 91:22 **every** 29:6 66:7 74:2 | **extent** 14:11 14:14 24:20 39:8 60:14 **extra** 54:4 **extraordinary** 86:13 | **fee** 16:19 19:14 19:19 20:1 35:15 36:4 38:21,22 39:21 46:13 46:22 47:5,8 | 87:2,19,20 **flags** 86:17 **focus** 8:6 14:11 30:10 36:14 45:9 **focused** 83:5 | 75:14 81:13 82:19 **full** 6:6 **fully** 25:5 28:9 **function** 13:19 25:1 50:22 54:20 57:6 |
| **everybody** 5:9 **everything** 21:5 57:7 59:9 **exact** 32:17 **exactly** 11:12 84:21 **examination** 4:4,7 91:5 92:16 | **Eye** 2:19 _____ **F** **F** 2:1 3:1 **facilities** 13:8 27:5,6 **fact** 13:11 15:21 42:4 77:8 89:3 | 47:10,17,21 48:7,9 51:19 52:10,17,18 52:22 53:4 53:11,18 54:19 56:13 60:4 61:5,13 61:17 62:9 62:20,21 | **focusing** 9:13 13:3 **follow** 36:3 **followed** 73:22 **follows** 4:6 **follow-up** 92:18 **form** 13:16 21:1 33:7 | 63:11 73:12 **functions** 55:6 **fund** 34:2 **funds** 24:16,16 34:6 **funny** 71:10 **further** 91:1 92:6 94:6 |
| **examined** 4:6 **example** 37:1 68:21 **Excellence** 38:18 **exclusively** | **factor** 85:20 93:4 **factors** 91:12 91:13 92:19 93:3 **faculty** 12:9,13 13:15 14:2 | 63:10,18,20 64:1,1,6,8,11 64:13,16,21 64:22 65:2 65:13,15 66:3 67:18 67:19,20 68:12 69:8 | 37:18 49:5 65:1 79:10 86:14 **forms** 59:18 **formula** 20:10 **formulae** 20:14 **forth** 57:15 | _____ **G** **G** 4:1 **gain** 19:15 67:7 88:11 |

Kelly Ellston                    Highly Confidential                    November 23, 2004
                                 Washington, DC

8

| | | | | |
|---|---|---|---|---|
| **gaining** 84:6 | 90:3 94:8 | 10:14 11:16 | **having** 4:5 | 17:12 |
| **general** 20:15 | **Good** 4:9 | 11:22 14:8 | 44:10,13 | **him** 73:7 |
| 58:12 73:21 | **got** 11:6 | 14:12 16:3,8 | 50:13 | **hiring** 13:10 |
| 74:21 83:20 | **granularity** | 16:22 18:4 | **HCA** 7:11 | 27:5 |
| **generally** 24:8 | 34:20 46:10 | 19:10,22 | **HCPCS** 46:15 | **his** 69:2 73:7 |
| 30:14 37:11 | 93:19 | 20:7 22:12 | 47:11 48:1 | **HMO** 7:9 8:3 |
| 46:9 47:13 | **ground** 4:16 | 27:21 28:18 | 55:16 56:20 | 11:7 |
| 50:19 51:10 | **grounded** 42:9 | 29:8 30:10 | 60:16,19 | **Hoffman** 2:10 |
| 56:11 57:16 | **group** 65:3 | 31:14 32:4,8 | **head** 4:20 | **holding** 7:12 |
| 57:17 66:4 | **guided** 88:17 | 35:7 37:3,4 | **health** 7:8 9:9 | **hope** 81:21 |
| 68:14 69:12 | **guidelines** | 38:14,16,20 | 10:20 11:8 | 92:9 |
| 70:14 71:15 | 45:18 72:22 | 40:11,18 | 11:10 13:20 | **Hopkins** 10:20 |
| 73:14 88:11 | 73:17,20 | 41:10 42:20 | 18:6,17 20:6 | 11:8,10,15,20 |
| 90:16 | 74:2,6,11 | 43:8,11 45:7 | 20:7 21:10 | 12:4 |
| **generated** 20:1 | _____ | 46:18 47:17 | 24:16 25:7 | **hospital** 6:12 |
| 47:21 55:22 | **H** | 47:22 48:15 | 25:12 41:13 | 8:1,17,18 |
| **get** 6:4 14:13 | **had** 10:11 | 48:13 53:4 | 72:2 93:5,20 | 10:10 13:2 |
| 21:8 23:18 | 11:18 14:19 | 53:20 55:12 | 94:5 | 13:12 14:2 |
| 33:13 35:19 | 15:3,14 16:5 | 57:12,21 | **hear** 5:10,11 | 14:21 15:15 |
| 46:9 53:16 | 16:7 26:20 | 58:22 59:15 | **heard** 59:15 | 29:17 37:1,2 |
| 57:9 62:12 | 28:18 29:3,5 | 59:17,19 | 71:6 | 53:10 55:18 |
| 87:14 93:10 | 29:7 76:17 | 60:5 61:20 | **hearing** 4:15 | 56:3,14,22 |
| 93:18 | **handled** 15:19 | 61:21 63:13 | **hedge** 23:14 | 57:12,15 |
| **getting** 31:6 | 28:22 | 64:3,11,17 | **held** 1:14 | 70:18,19 |
| 32:11 37:7 | **handling** 29:12 | 66:9,13,14 | 25:17 | 88:3 |
| 52:10 63:16 | **happen** 63:11 | 69:7,17,22 | **help** 14:11 | **hospitals** 8:20 |
| 66:7 68:22 | 69:13 83:10 | 70:7,15,22 | 30:15,16,21 | 9:1,4 11:20 |
| **give** 38:11 | **happens** 51:16 | 71:3,6 73:6 | 36:21 | 29:14 30:18 |
| 61:22 64:11 | **happy** 40:10 | 74:15 75:5,9 | **helped** 14:12 | 37:10,13,17 |
| 64:12,17 | **Harford** 5:20 | 75:12 76:7 | **her** 84:13 | 38:1,4,12 |
| **given** 36:7 | **has** 14:6 30:17 | 77:3,6,16,20 | **here** 33:14,15 | 55:11,11,13 |
| 39:13 63:20 | 34:19 37:22 | 78:2,11 79:4 | 72:15 90:9 | 56:1,4,6,7,8 |
| 64:1 | 39:11 51:7 | 79:16,17 | **here's** 64:4 | 57:22 58:20 |
| **giving** 63:1 | 54:11 63:8 | 80:15 81:2,6 | **he's** 50:21 | 66:15 70:5 |
| **go** 6:6 12:7 | 71:13 73:3 | 81:7,10,12,14 | **high** 6:2 10:5,5 | 75:20 77:1 |
| 16:4 32:10 | 75:8,11 76:2 | 82:9 86:16 | 27:21,21 | **hot** 19:1,7 |
| 35:6 38:19 | 76:10,22 | 86:17 87:9 | 30:15 38:22 | **how** 6:15 7:17 |
| 54:8 67:21 | 77:9,13,21 | 87:22 88:1,4 | 63:9 66:1 | 9:19 11:9 |
| 73:15 78:2 | 78:15 83:16 | 88:19 89:14 | 83:6 | 17:21 18:10 |
| 84:13 | 85:11 93:14 | 90:13 91:1,3 | **higher** 51:11 | 19:11,16,22 |
| **goes** 46:16 | **hasn't** 80:13 | 91:15,16,22 | 51:12 83:14 | 22:19 24:8 |
| 53:8 91:17 | **have** 4:12,14 | 92:6,7,13,14 | **highly** 1:11 | 25:14 31:2 |
| **going** 55:7 | 5:21 6:20 | 92:15 | 92:11 | 32:10,15 |
| 60:3 64:7,11 | 8:14,20 | **haven't** 71:8 | **high-tech** | 34:18 36:3 |

Kelly Ellston          Highly Confidential          November 23, 2004
Washington, DC

9

| | | | | |
|---|---|---|---|---|
| 45:14 48:9 | 17:2 87:17 | infusible 17:5 | intensity 10:5 | 38:4 63:16 |
| 52:9 55:12 | **implementat...** | 70:4 87:17 | **intensive** 6:9 | 75:8,13,17 |
| 56:8,13 57:7 | 14:10 | **infusing** 80:21 | 6:16,17 7:14 | **itself** 45:4 54:9 |
| 60:6,21 62:9 | **important** | **initially** 25:21 | **intensively** | **IV** 17:3 |
| 62:12 63:12 | 40:20 41:20 | **injectable** 17:5 | 27:20 | **I'd** 36:14 45:9 |
| 64:3,6 65:9 | 50:17 63:12 | 70:3 87:17 | **intents** 56:9 | 68:14 |
| 68:16 69:12 | **impossible** | **injectables** | **interacting** | **I'll** 4:17 5:6 |
| 73:22 74:3 | 89:18 | 82:19 | 18:20 | 24:5,6 37:1 |
| 75:20 76:6 | **Inc** 2:18 23:11 | **injected** 70:16 | **interchangea...** | 41:6 |
| 76:10 79:12 | 24:14 | 82:15 | 70:9 | **I'm** 22:20 |
| 79:19 84:21 | **incented** 14:12 | **injecting** 80:21 | **internally** | 23:14 24:5,6 |
| 87:18 89:6,9 | **incentives** | **injections** 17:2 | 43:18 | 25:5 33:13 |
| 89:10 90:13 | 14:17 | **insist** 63:10 | **international** | 33:14 40:10 |
| 90:19,20 | **include** 16:20 | 67:4 | 5:21 | 41:16 44:1 |
| **However** 26:8 | 80:9 82:14 | **instance** 52:2 | **interprets** 49:9 | 50:13 81:20 |
| **hundred** 35:11 | **included** 16:22 | 78:21 79:4 | **interview** | **I've** 21:7 |
| | 17:4 70:20 | **instances** | 30:16 | |

| **I** | **includes** 24:1 | 28:21 35:20 | **into** 6:6 7:1,4 | **J** |
|---|---|---|---|---|
| **idea** 18:4 45:7 | **increase** 49:22 | 54:7 60:5 | 33:18 36:6 | **J** 60:16 |
| 47:22 62:12 | **indeed** 21:10 | 63:19,21 | 45:20 49:9 | **Jim** 23:5 |
| 66:13 75:9 | 85:14 88:21 | 82:9 83:12 | 61:18 62:2 | **job** 6:13 11:15 |
| 81:6 | **indicate** 51:2 | 86:5 88:7,10 | 62:17 65:8 | 12:5 22:2 |
| **if** 5:1,5 14:19 | **individual** | 90:6 | 67:21 73:15 | **John** 11:9 |
| 16:2 17:3 | 18:20 39:16 | **instead** 54:19 | 79:20 92:20 | **Johns** 10:19 |
| 21:2 25:11 | 55:22 56:5 | **institution** | **investigate** | 11:8,15,19 |
| 31:4,5 33:14 | 71:19 78:19 | 12:15 | 86:3 | 12:4 |
| 36:1 37:1 | **individuals** | **insurance** 22:6 | **investigation** | **Johnson** 2:2,2 |
| 40:11,18 | 40:15,19 | 23:3,9,10,13 | 86:14 | 4:4,5,7,7,12 |
| 43:2 49:16 | 41:8,8,16 | 23:20,21 | **involve** 30:11 | 4:12 92:16 |
| 50:14 51:13 | **indulge** 81:21 | 26:5 29:21 | 49:3 | 92:16 |
| 62:15 63:4,8 | **industry** 1:5 | 31:15 39:4 | **involved** 71:13 | **joined** 76:18 |
| 64:10 66:1 | 49:17 50:14 | 40:16,18 | 81:22 82:2 | **joint** 13:1,12 |
| 67:7,12 68:9 | 51:3 71:17 | 42:14 52:11 | 88:22 91:8 | **jump** 72:13 |
| 68:21 70:16 | 72:2 | **insured** 15:6,7 | **involvement** | **just** 4:10 8:6 |
| 74:5 77:15 | **information** | 24:22 26:2 | 70:1 | 16:16 23:15 |
| 79:3 85:14 | 35:8 36:8 | 28:9 40:20 | **involves** 30:10 | 23:18 27:10 |
| 85:22 86:5 | 52:10 61:22 | 41:2,4,9 43:7 | **irrelevant** 90:2 | 31:20 33:13 |
| 86:12 88:10 | 64:12,16,18 | **insureds** 18:20 | 93:21 | 40:8,11 |
| 92:9 | 65:1,16,17 | **insurer** 7:8 | **isn't** 7:8 54:21 | 41:15 42:19 |
| **imagine** 48:18 | 67:4,8 84:7 | 13:20 | **isolation** 81:4 | 42:21,22 |
| 59:1 76:13 | 85:11 87:14 | **insurers** 15:11 | **issues** 19:6 | 44:1 49:16 |
| **immunization** | 88:11 | 15:20 16:11 | 30:17 32:1 | 49:18 50:7 |
| 86:1,13 87:4 | **infused** 70:16 | 82:3 | **its** 32:12 33:15 | 51:13 56:19 |
| **immunizatio...** | 82:15 | **intended** 41:7 | 34:8,10 35:1 | 58:12 60:15 |

Henderson Legal / Spherion
(202) 220-4158

Kelly Ellston               Highly Confidential          November 23, 2004
                            Washington, DC

10

| | | | | |
|---|---|---|---|---|
| 62:18 64:5 | 64:3 65:22 | 54:8,17,21 | **levels** 62:1 | 84:9 85:2,10 |
| 65:6 74:21 | 66:14 67:6 | 57:11 61:11 | **Lewis** 1:14 | 87:3,9,18 |
| 79:12 86:16 | 69:17 70:15 | 61:16 62:16 | **Life** 22:3,5,13 | 88:10,21 |
| 87:22 88:5 | 71:16 75:12 | 63:4,9,15,20 | 22:16 23:9 | 89:4,5,9,14 |
| 90:9 92:18 | 77:3 78:11 | 65:7 66:2,18 | 23:10,13,17 | 89:19 91:9 |
| 92:21 | 78:14 79:4 | 67:1,3,7,15 | 23:19,21 | 91:13 93:3,8 |
| | 80:13,15 | 68:2,6,21 | 24:7,19 | 93:14 |
| **K** | 81:7,10,12,14 | 69:3,17,22 | 25:12,14,18 | **Life's** 29:9 |
| **keep** 65:2,4 | 82:14 83:10 | 70:7,14 | 26:1,5,10 | 32:4 34:1 |
| **Keith** 1:16 | 84:2,2 90:13 | 71:13 76:10 | 28:11 29:3 | 35:21 37:16 |
| **KELLY** 1:13 | 90:18 | 76:17,22 | 29:20 31:15 | 39:5 40:13 |
| 3:3 4:3 | | 77:9 81:2,11 | 31:19,20 | 41:11 81:11 |
| **kinds** 21:6 | **L** | 83:8,16,19 | 32:5,9,10,16 | 90:2 93:22 |
| **King** 26:16 | **L** 2:1 | 84:9 85:2,10 | 33:2,19,20,22 | **like** 5:2 14:5 |
| **Klein** 2:14 3:5 | **Labor** 22:3,5 | 87:3,9,18 | 34:8,10,14,16 | 17:3,13 |
| 5:9,13 22:4,7 | 22:13,16 | 88:10,21 | 35:1,5,22 | 36:14 39:10 |
| 84:12 91:3,6 | 23:8,10,13,17 | 89:3,5,9,14 | 36:7,10 37:9 | 44:12 45:9 |
| 92:6,15 | 23:19,21 | 89:19 90:2 | 37:12,22 | 47:8 54:21 |
| **knew** 76:17 | 24:7,19 | 91:9,13 93:3 | 38:11 39:4 | 56:19 62:8 |
| **know** 5:2 8:22 | 25:12,18 | 93:8,13,22 | 39:14 40:1,6 | 65:2 79:15 |
| 9:3 11:19 | 26:1 28:10 | **lack** 84:2 | 40:10,16,20 | 86:16 88:9 |
| 18:1 20:12 | 29:2,9 31:19 | **law** 4:10 | 41:5,9 42:5,7 | **likely** 65:9 |
| 20:13,15,17 | 31:20 32:4,5 | **laws** 21:15 | 42:13 43:4,7 | **line** 19:1,7 53:8 |
| 25:11 30:9 | 32:9,10,16 | **layout** 78:17 | 43:17,20,21 | **lines** 24:1 25:6 |
| 32:17 34:17 | 33:2,19,20,22 | **learn** 68:22 | 44:8,20,22 | **litigation** 1:6 |
| 34:18 41:12 | 34:1,8,10,14 | **learned** 68:9 | 45:9,14 | 71:12,14 |
| 48:7,9 55:15 | 34:16 35:1,5 | 85:14 | 46:18 47:4 | **little** 23:16 |
| 56:17,21 | 35:20,22 | **leave** 12:4 | 48:10 50:1,8 | 72:13 |
| 58:3,19 59:2 | 36:7,10 37:9 | **leaving** 60:3 | 51:7,20,22 | **live** 63:14 |
| 59:9 60:21 | 37:12,15,22 | 88:6,10 | 52:4 53:1,4,7 | **lives** 18:18 |
| 61:2,4 68:6 | 38:11 39:5 | **less** 14:19 | 53:16,22 | 77:21 |
| 69:11 71:10 | 39:14 40:1,5 | 51:15 78:3 | 54:8,17,21 | **LLC** 13:12,22 |
| 71:12 75:7 | 40:10,12,16 | **let** 5:2 21:1 | 57:11 61:11 | **loaded** 54:11 |
| 75:10,16,19 | 40:20 41:4,9 | 37:18,21 | 61:16 62:16 | **loading** 36:5 |
| 75:21 76:1,3 | 41:11 42:5,7 | 72:13 | 63:4,9,15,20 | **located** 26:16 |
| 76:6,8,10,14 | 43:4,7,17,20 | **letter** 77:14 | 65:7 66:2,19 | **locating** 13:7 |
| 76:21 77:2,5 | 43:21 44:8 | 78:12 80:4 | 67:1,3,7,15 | **location** 26:7 |
| 77:7,8,11 | 44:19,22 | **let's** 45:8,22 | 68:2,6,21 | 26:17 |
| 83:16,18 | 45:9,14 | 53:14 55:11 | 69:3,17,22 | **locations** 42:21 |
| 87:12 89:4,6 | 46:18 47:4 | 65:6 85:1 | 70:7,14 | **long** 6:15 7:17 |
| 89:9 91:11 | 48:10 50:1,8 | **level** 8:2,11 | 71:13 76:10 | 9:19 11:9 |
| **knowledge** | 51:7,20,22 | 46:10 56:11 | 76:17,22 | 17:21 18:10 |
| 12:3 48:18 | 52:4 53:1,3,7 | 64:2 79:6 | 77:9 81:2 | 22:19 25:10 |
| 50:5 58:22 | 53:16,22 | 93:7,18 | 83:8,16,19 | 41:12 56:13 |

Henderson Legal / Spherion
(202) 220-4158

Kelly Ellston

Highly Confidential
Washington, DC

November 23, 2004

11

| | | | | |
|---|---|---|---|---|
| 76:6,9,10,13 | 89:11,16 | 81:18 82:20 | medication | mill 17:15 |
| look 16:17 | 93:15 | Massachusetts | 60:15,17 | mind 38:14 |
| 35:12 49:5 | manage 27:20 | 1:2 26:21 | Medicine 12:9 | minute 41:22 |
| 53:14 62:3 | managed | 27:11 | 12:17 | mischaracte... |
| 62:12 63:5 | 15:14 | matter 18:2 | Medi-Span | 84:13 |
| 63:15 66:4 | management | maximize | 59:15 | misconstrued |
| 72:21 86:19 | 9:10 10:4,19 | 30:22 | meet 31:6 | 51:4 |
| looked 91:19 | 22:18,22 | may 24:2 26:3 | member 16:3 | model 12:1,3 |
| looking 8:2,7,9 | 25:20 26:1,9 | 29:19 35:9 | 30:17,21 | 62:2 |
| 63:4 91:16 | 26:18,18 | 35:17 55:2,3 | 31:1 35:16 | moment 9:11 |
| 93:9,19 | 27:5,14,16,19 | 55:5 66:2 | 36:16 39:15 | 36:15 55:12 |
| looks 49:19 | 27:22 28:1,5 | 70:12 85:19 | 71:17 77:13 | 60:3 |
| loss 89:10 | 29:6,22 30:1 | 86:14 89:16 | 77:20 | money 45:4 |
| 92:22 | 30:4,5 31:13 | 93:15 | members 9:14 | 63:16 89:6 |
| lot 12:3 30:10 | 32:1,2,8 39:3 | maybe 35:10 | 14:21,22 | month 35:17 |
| 78:2 | 70:11,12 | 79:21 | 27:20 28:19 | 36:16 39:15 |
| low 83:6 | 83:11 | MBA 5:21 | 32:4,12 | more 8:18 34:9 |
| lower 51:8,10 | manager 10:18 | McGlone 2:22 | 34:11 35:15 | 41:6 49:7,7 |
| 63:10 66:11 | 10:19 | 21:1 37:18 | 40:5,9,12 | 52:12,12 |
| lowered 69:2 | managers 11:4 | 40:8 41:10 | 41:11,13 | 57:5 67:8 |
| Loyola 5:22 | managing 11:3 | 67:11 68:13 | 62:7 63:14 | 70:15 84:6 |
| | 27:5,6 | 74:15 85:18 | membership | 85:14 88:11 |
| **M** | Mangi 2:7 3:4 | 88:15 92:7 | 26:11 93:6 | 93:6,17 |
| M 3:1 | 4:8,10 5:11 | 94:8 | member's 78:4 | Morgan 1:14 |
| macro 61:20 | 5:15 21:9 | MDL 1:4 | mentioned | morning 4:9 |
| 70:10 93:7 | 22:8 37:20 | me 5:2,6,6,10 | 16:5 36:15 | most 8:19 12:1 |
| made 42:7 | 40:14,22 | 5:17 21:1 | 48:20 | 16:12,14,15 |
| 56:4 63:6 | 41:14,21 | 33:14 36:21 | Messenger | 16:22 17:4,7 |
| mainly 13:3 | 42:2 60:2 | 37:18,21 | 73:3 | 17:14 28:16 |
| make 4:18 | 67:14 68:17 | 72:13 81:21 | met 4:10 | 28:21 32:1 |
| 11:5 14:15 | 72:12 84:15 | mean 13:6 | method 54:7 | 34:5 35:14 |
| 31:10,11 | 84:22 86:11 | 30:3 36:21 | 54:15 69:12 | 35:16 38:16 |
| 40:8 42:15 | 88:20 91:1 | 68:18 73:19 | methodologies | 82:11 87:21 |
| 42:21 45:6 | 92:13,17 | meaning 62:6 | 20:9 34:20 | 93:10 |
| 47:4 52:3,4 | 94:6 | means 30:6 | 35:2 45:13 | mostly 83:6 |
| 69:19 80:14 | manufacturer | 49:18 65:19 | 53:2 80:9 | move 7:1,4 9:7 |
| 83:19 86:6 | 75:14 | mechanisms | methodology | 10:17 12:5 |
| 86:20 88:5 | many 32:15 | 78:22 | 9:3 11:19 | 18:5 22:2 |
| 89:19 92:7 | 43:11 57:7 | Medicaid 11:7 | 20:1 21:11 | moved 22:3,5 |
| 93:1 | 63:12 86:18 | 13:3 15:5,7 | 37:5 45:13 | 43:11 |
| makes 34:9 | market 88:12 | medical 8:19 | 47:20 52:16 | Mr 3:4,5 4:8 |
| 36:11 | Maryland 5:22 | 10:9 | 54:3 56:20 | 5:9,11,13,15 |
| making 40:1 | 12:8,12,18 | Medicare 15:8 | 79:7,8,11 | 21:1,9 22:4,7 |
| 86:19 89:6 | 13:15,16 | 56:9,18 69:9 | methods 87:13 | 22:8 37:18 |

Henderson Legal / Spherion
(202) 220-4158

Kelly Ellston          Highly Confidential          November 23, 2004
Washington, DC

12

| | | | | |
|---|---|---|---|---|
| 37:20 40:8 | 80:6 | **new** 2:5,5 | 83:19 84:8 | **nurse** 5:19 6:8 |
| 40:14,22 | **national** 10:11 | 91:16 | 86:7 87:16 | 6:11,15,17,20 |
| 41:10,14,21 | **near** 5:10 | **nod** 4:20 | 87:18,20,22 | 7:14 30:14 |
| 42:2 60:2 | **need** 39:1 | **None** 6:22 | 88:18,21 | 30:16 |
| 67:11,14 | 42:15 64:18 | **non-ULLICO** | 89:4,5,6,9,14 | **nurses** 10:4,7 |
| 68:13,17 | 65:4 | 44:14 | 89:22 90:15 | 11:4 30:6,12 |
| 72:12 73:3 | **needed** 11:6 | **norm** 83:14 | 91:10 92:9 | 30:13 31:4 |
| 74:14 84:12 | 36:8 | **normal** 17:14 | 92:20 93:2 | **N.W** 1:15 2:19 |
| 84:15,22 | **needs** 38:20 | **normally** 92:3 | 94:3,12 | |
| 85:18 86:11 | **negotiate** 66:2 | **not** 4:14 8:9 | **notary** 1:16 | **O** |
| 88:15,20 | 91:12 | 12:2 13:21 | 4:6 | **O** 2:1,1 3:1,1 |
| 91:1,3,6 92:6 | **negotiated** | 15:12 16:18 | **Nothing** 75:5 | 4:1 |
| 92:7,13,15,17 | 51:8,14 | 17:7,12,12,20 | 91:1 94:6 | **object** 21:1 |
| 94:6,8 | 61:15 | 20:15 23:14 | **November** 1:8 | 37:18 |
| **Ms** 4:9 42:3 | **negotiating** | 25:3,5,10 | **now** 5:12 7:6 | **objection** |
| **much** 16:19 | 91:14 | 29:5 31:5,6 | 12:12 16:5 | 67:11 68:13 |
| 19:9,12 | **negotiation** | 32:7,8 37:14 | 21:21 23:6 | 84:12 85:18 |
| 39:10 45:14 | 34:22 61:11 | 38:8,18 | 23:18 24:9 | 88:15 92:13 |
| 57:5 63:2 | 62:19,21,22 | 40:19 41:4 | 25:7 26:8,12 | 92:14,15 |
| 65:9 89:6,9 | 65:21 69:18 | 41:12 42:22 | 27:8,13 28:7 | **obtain** 28:20 |
| 89:10 94:7,7 | 70:1 88:19 | 43:3,16,16 | 28:13 29:11 | 40:16 63:14 |
| **multiple** 20:5 | 88:22 91:8 | 44:19 46:9 | 30:9 31:15 | **occasion** 28:17 |
| 25:22 32:18 | **negotiations** | 48:13,16 | 31:18 32:3 | **occasional** |
| 56:12 | 69:12,14 | 50:5,17 53:4 | 33:13 34:7 | 17:9 77:11 |
| **multi-discipl...** | **network** 12:10 | 53:13 56:11 | 34:13 35:20 | **occur** 14:16 |
| 91:17 | 12:22 13:6 | 57:16 58:2,3 | 36:10,14 | **occurred** 77:6 |
| **mutually** 52:16 | 15:2 17:16 | 58:6 59:2,19 | 37:8 39:2,13 | **occurs** 36:5 |
| **my** 4:10 5:7 | 19:10,10,12 | 59:22 60:10 | 42:3,13 45:9 | 53:9 77:17 |
| 23:16 26:8 | 19:13 32:11 | 61:2,15 | 45:22 46:6 | **off** 5:14 26:12 |
| 41:6,7 50:5 | 33:15 34:15 | 62:16,17,20 | 46:18 47:2 | 47:8 50:3 |
| 64:4 65:22 | 39:22 45:2 | 63:5 64:7,11 | 47:10 48:1 | **office** 12:21 |
| 67:6 68:19 | 46:3 56:3 | 65:8,20,22 | 48:20 49:12 | 15:14,14 |
| 71:16 78:11 | 61:7,8,8,12 | 66:10,18,22 | 51:17 52:21 | 16:3 21:13 |
| 78:14 80:12 | 63:2 69:20 | 67:3,6,9 68:6 | 55:10 56:17 | 26:21 45:16 |
| 81:15,16 | 77:13 81:19 | 68:10,15 | 60:3 61:5 | 46:8 48:5 |
| 82:18 83:10 | 93:1 | 69:3,8,21 | 66:9 67:7 | 60:8,13 |
| 84:16 90:18 | **networks** 34:9 | 70:2 71:5,16 | 68:9 73:9 | 70:17 78:9 |
| 91:7,15 | 37:8 38:6,8 | 74:11 75:7 | 76:5 80:16 | 79:2 80:11 |
| | 38:12 39:7 | 75:16,19,21 | 81:17 84:1 | 81:19 84:10 |
| **N** | 39:15 42:6 | 76:1 77:4,7 | 88:6 89:3 | 85:3 88:2 |
| **N** 2:1,1 3:1,1,1 | 45:1,6 47:4 | 77:10,12 | 90:6 | 89:7 93:2,16 |
| 4:1 | 76:12 | 78:10,10,15 | **number** 28:4 | **offices** 1:14 |
| **name** 4:10 | **never** 50:18 | 79:12 80:5,9 | 32:17 61:15 | 16:2,9,21 |
| **narrow** 78:14 | 80:15 | 82:14 83:10 | **numbers** 62:19 | 19:18 25:22 |

Henderson Legal / Spherion
(202) 220-4158

Kelly Ellston                Highly Confidential                November 23, 2004
                              Washington, DC

13

| | | | | |
|---|---|---|---|---|
| 27:9,10,14 | organizations | outcome 8:12 | 58:4 60:12 | 19:6 27:20 |
| 28:3,15,17 | 32:14,15 | outcomes 28:1 | 61:6 63:8 | 30:10 57:14 |
| 29:12 43:19 | organized 20:6 | outdated 51:14 | 71:7 74:12 | 83:13 |
| 45:11 67:17 | original 50:11 | outlier 86:6 | 78:18 86:8 | **PATRICK** |
| 69:10 70:5 | 51:4 79:10 | outline 34:18 | paper 49:4 | 2:22 |
| 82:1,16 94:2 | other 8:20,22 | 46:13 | parameters | Patterson 2:3 |
| often 20:18 | 14:22 15:1,5 | outside 37:13 | 46:12 | 4:11 |
| 45:19 53:9 | 15:10 16:11 | outsourced | parent 24:5 | pay 19:13,13 |
| 79:19 | 17:5,19 24:1 | 26:4 29:20 | part 8:19 12:1 | 19:21 28:19 |
| Oh 39:20 | 24:1,17 34:4 | 31:15 | 12:17 13:21 | 33:2 34:19 |
| Okay 4:21,22 | 38:10 39:2,6 | over 10:12 | 14:11 16:12 | 35:14,18 |
| 5:3,7,8 45:11 | 39:14,22 | 43:3,4,6 44:2 | 16:15 17:1,4 | 37:3,5 38:19 |
| 45:12 | 42:5 44:11 | 44:5,7 59:10 | 17:7,14 | 45:15,17,18 |
| one 4:18 8:17 | 44:22 47:3 | 88:2,3 91:17 | 28:16 32:2 | 51:8 57:22 |
| 8:18 18:9 | 52:21 53:2 | overall 57:17 | 34:5 35:14 | 58:20 63:2 |
| 20:8 23:15 | 60:13 63:11 | 63:4 93:19 | 35:16 66:22 | 65:4,10 |
| 26:22 28:4 | 65:1,16 | overarching | 79:10 82:11 | 66:10,15 |
| 29:6,6,6 | 67:21 71:12 | 23:22 | 87:21 88:18 | 68:4 70:15 |
| 32:19 33:10 | 71:14 74:14 | overbilling | 91:22 92:3 | 71:4 73:22 |
| 34:9,21 | 74:17 76:11 | 86:22 88:8 | partial 15:21 | 74:3,3 85:11 |
| 36:15 40:17 | 80:20 87:17 | overbroad | participant | 87:4 88:13 |
| 42:15 45:22 | 88:9 | 21:2 | 77:20 | payer 16:16 |
| 45:22 51:18 | our 16:14,15 | overhead 81:5 | participate | 82:21 |
| 62:13 63:5 | 16:17 17:8 | oversight 26:9 | 77:22 | payers 15:16 |
| 65:6 69:11 | 19:21 23:15 | 31:22 | particular 8:17 | 56:21 |
| 75:2 81:16 | 23:18 24:22 | own 33:15 | 20:21 34:15 | paying 36:2 |
| 84:20 85:20 | 26:8,10 32:1 | 75:18 | 34:21 58:5 | 42:17 54:22 |
| 92:9 93:2 | 35:15 36:1 | owned 7:12 | 68:22 69:1 | 67:9 68:7,10 |
| ones 20:17 | 37:7 39:10 | 11:7 24:14 | 72:4 78:13 | 84:7 85:10 |
| only 11:22 | 39:11 41:12 | owner 15:21 | 78:19,21 | 85:15 86:3 |
| 15:5 38:22 | 42:17 52:14 | 15:22 | 79:14 86:12 | 87:15,19 |
| 39:8 54:3 | 54:22 62:2,2 | | 87:9 88:8 | 88:12 |
| 60:14 63:22 | 62:7 72:21 | **———— P ————** | 89:14 93:1 | payment 24:21 |
| 77:15 80:11 | 73:22 74:3 | **P** 2:1,1 4:1 | party 24:13 | 36:16 42:20 |
| 82:6 94:4 | 79:5 80:3 | **PAGE** 3:2 | passed 52:10 | 43:1 52:13 |
| operated 11:8 | 87:7 88:16 | paid 9:1 16:14 | 82:20 | 53:2 73:21 |
| operations | 89:22 93:4,6 | 16:20 19:8,8 | past 75:11 | payments |
| 12:11 18:9 | 93:6 | 21:8 39:21 | 76:22 81:15 | 36:10 39:13 |
| 23:3 57:15 | ours 41:3 | 42:5 44:21 | patient 8:11 | 39:17 40:1,4 |
| options 76:5 | out 14:3 19:10 | 46:7,14,17 | 30:16 31:5 | 42:6,9 47:7 |
| order 78:4 | 19:13 35:11 | 48:11 49:10 | 32:7 70:13 | 52:6 82:9 |
| 92:11 | 55:6 60:11 | 49:12 53:11 | patients 9:5 | pays 45:9 81:4 |
| ordinarily 87:4 | 62:10 64:6 | 56:11,13 | 10:6 11:5 | PBMs 28:22 |
| organ 38:20 | 65:9 78:2 | 57:14,19 | 15:2,5,6 19:4 | 29:2,9 |

Kelly Ellston          Highly Confidential          November 23, 2004
Washington, DC

14

| | | | | |
|---|---|---|---|---|
| penetration 62:6 | personnel 27:4 | 21:12 28:15 | 18:3 35:11 | 53:5,6,17,18 |
| Pennsylvania | person's 57:8,9 | 29:12 32:3,6 | 38:20,22 | 53:21 54:11 |
| 1:15 2:12 | 78:1 | 32:11 33:3 | 49:13 64:9 | 55:7 56:4,4 |
| 26:17 | pertain 48:2 | 34:9 36:4 | 64:17 65:6 | 56:11 60:5 |
| pension 25:4 | 67:16 72:1,5 | 37:9,16 38:2 | 76:21 | 61:8,8,11,22 |
| people 11:5 | 72:7 74:6 | 38:5,12 | points 88:4 | 62:13,18 |
| 13:10 16:8 | 80:17,20 | 39:19 40:2,5 | population | 63:13 64:7 |
| 21:8 26:8 | pertaining | 42:7 45:5,10 | 35:7 62:3 | 65:4,8,14,19 |
| per 19:13 | 71:14 83:13 | 46:11,19 | portion 37:6 | 67:19 69:16 |
| 35:16,16 | 84:2 | 48:21 50:7 | 43:6 | 73:16 77:16 |
| 36:15,16 | pertains 47:11 | 51:20 53:1 | position 7:2,4 | 88:17,19 |
| 39:9,15,15 | 60:9 | 57:22 58:20 | 7:13,14 9:8 | 89:1 92:21 |
| 56:13 | PHARMAC... | 66:15 67:17 | 9:11 11:2 | ppoNEXT |
| percent 37:4 | 1:4 | 69:10,16,19 | 18:7,12,15 | 32:19 |
| 43:14 86:2 | pharmaceuti... | 75:22 77:1 | 22:15,19,20 | PPOs 32:21 |
| 89:20,20,20 | 28:19 | 82:16 87:16 | 25:17 | 33:1,12 35:4 |
| 89:21,21 | pharmacies | 88:12 89:4,6 | possibilities | 36:11 37:8 |
| 93:16,16,17 | 11:21 28:15 | 90:10,14 | 46:21 51:18 | 37:17 38:5,6 |
| percentage | 75:18 83:5,9 | 93:1,15 94:1 | 52:21 | 38:10 39:6 |
| 35:18 36:18 | 83:17,20 | physician's | possibility | 39:14 42:5 |
| 36:22 39:15 | pharmacy | 45:16 46:8 | 36:15 48:20 | 44:22 46:13 |
| 43:9 53:10 | 17:10 28:20 | 51:13 60:7 | 53:15 55:10 | 46:19 47:17 |
| 56:15 79:15 | 28:22 29:7 | 70:17 90:18 | 60:4 | 50:6 52:12 |
| 79:17 89:15 | 79:5,7,9 | pick 17:10 | possible 51:11 | 61:19 64:10 |
| 89:19 90:7 | 82:20 83:1,4 | place 14:18 | 60:18 78:22 | 66:19 67:1 |
| 90:11,17,21 | 87:7,13 | 16:3 44:17 | 86:7 | 69:8,19 |
| percentages | phrase 27:8 | 59:11 76:7 | possibly 87:6 | 76:11 85:4 |
| 85:9 | 41:15 | 92:12 | PPO 33:6,6,9,9 | 91:9,14,16 |
| performed | physical 13:8 | Plaintiffs 2:9 | 33:10,11,11 | practice 12:9 |
| 43:18 | 30:18 | 91:5 | 33:15,18 | 12:13,16,21 |
| Perhaps 40:14 | physician 12:9 | plan 10:20 | 34:9,16,21 | 13:15 14:20 |
| period 76:16 | 12:12 13:15 | 11:10 14:3,4 | 35:1,6,15,16 | 17:12,17 |
| periodic 46:13 | 18:21 21:14 | 14:9,11 15:1 | 35:21 36:3,7 | 81:8,10,12,14 |
| periodically | 28:17 30:18 | 30:20 31:12 | 37:3,6,13 | 81:15,19 |
| 47:14 | 31:8,9,10 | plans 18:17 | 38:7,9,18 | 82:6,12,13,18 |
| Perrin 74:20 | 33:16 45:15 | 20:6,7 21:10 | 39:10,12,18 | practices 14:2 |
| 74:22 75:3,7 | 46:7 50:1 | 41:13 | 39:22 45:1,4 | 15:10,19,22 |
| person 17:10 | 68:22 81:15 | plant 13:9 | 45:17 46:1,2 | 18:21 19:17 |
| 78:12 | 85:22 86:12 | play 29:13 | 46:12,15,16 | 33:3,16 37:9 |
| personal 58:22 | 88:7,8 89:16 | 35:22 39:5 | 47:3 48:14 | 37:16 38:2,5 |
| 80:15 | 90:16 | please 4:18 5:2 | 48:22 49:5,8 | 75:22 |
| personally | physicians | 5:6,17 | 49:21 50:22 | preference |
| 71:20 | 15:10 16:21 | pocket 78:2 | 51:15,19,21 | 70:7,12 |
| | 19:11,17 | point 5:1,5 | 52:4,14 53:1 | preferred |

32:13,15
**preparation**
   72:19 74:16
**prepare** 30:20
**prescription**
   17:9
**present** 37:17
   38:1
**president**
   22:17
**pretty** 38:22
**previously**
   73:4
**pre-contract...**
   64:14
**pre-establish...**
   38:11
**price** 1:6 45:19
   49:12 50:15
   50:15,18,18
   58:8,13
   93:10
**prices** 8:8
   49:16 59:7
   62:22 90:20
**pricing** 8:15
   10:14 11:17
   11:18 20:19
   59:12 65:9
   71:14 72:5
**primarily**
   10:12 11:7
**primary** 12:22
   13:2,3 17:1
**prior** 31:19
   61:18
**private** 12:16
   16:11
**privately** 15:6
   15:7
**probably** 12:2
   48:19 80:5
   86:7
**problem** 41:10

**procedures**
   57:15
**process** 29:16
   34:22 35:22
   36:5,8 39:9
   49:2 52:9,10
   53:19 54:4
   57:18 61:20
   64:5,19
   69:18 70:1
   73:14 86:19
   88:22 91:18
**processed**
   44:11,14
   57:19
**processing**
   25:2 26:19
   26:21 27:17
   28:13,14,16
   28:22 29:11
   30:1 31:14
   39:2,16
   42:10 43:4,9
   43:19 44:2,6
   44:8 45:18
   72:21 73:16
   73:19 74:10
**product** 13:22
   24:1 25:6
**production**
   83:5
**professional**
   10:4 71:18
**profit** 89:10,15
   89:20 92:22
   93:14
**program** 11:18
   13:22 27:19
   28:18
**prominently**
   49:8
**proportion**
   43:14 44:2,4
**proposals**

91:16
**protective**
   92:11
**provide** 25:3
   30:8 32:3,6
   32:12 35:8
   37:8 53:18
   56:5,6 58:4
   64:7,15,16
   93:5
**provided** 8:10
   9:14 16:2
   27:14 28:4,7
   40:5 43:20
   43:21 51:19
   65:1,18
**provider** 32:13
   32:15 69:4
   77:12,15,21
   78:3,5 79:10
   88:2,19 89:2
**providers**
   34:14,19
   57:22 66:10
   66:15,19
   67:4,8 68:7,9
   70:5 77:10
   81:8 84:3,7
   85:11
**provides** 24:15
   24:21 38:17
   42:22 45:6
   46:3 53:7
   65:14
**providing** 26:1
   30:6,19
   31:19 39:6
   39:14,22
   42:6,18
   44:22 47:3
   52:12 54:14
   61:12 76:12
**provisions**
   78:8

**Prussia** 26:17
**public** 1:16 4:6
**publications**
   59:6,8,17
**publish** 59:7
**published** 74:1
**purchase**
   75:14 82:14
**purchasing**
   6:20 18:2
**purely** 25:1
**purposes** 24:4
   56:10
**pursuant** 34:7
   34:13 35:1
   61:7 92:11
**put** 14:17 62:2
**putting** 71:11
**p.m** 94:10

**Q**
**quality** 8:13
   9:10 10:6
   28:1
**quarter** 74:2
**question** 5:5
   21:2 37:19
   37:21 45:3
   64:4 84:12
   91:7
**questioned**
   92:21
**questions** 4:19
   40:9 41:7,17
   91:2,4 92:6
**quick** 92:18
**quote** 21:17

**R**
**R** 2:1 4:1
**ran** 12:21
   13:13 81:15
**rare** 28:17
   51:16 77:17

79:22
**rarely** 79:21
**rate** 35:17
   82:10
**rates** 35:2
**rather** 53:11
   79:14
**re** 1:4
**read** 84:18
   94:8
**really** 25:10
   40:12 41:12
   46:11 50:11
   50:17 52:9
**reason** 51:13
   85:21,22
**reasonable**
   43:12 86:4
**rebate** 69:1
**recall** 72:4
   73:10 84:3
**receive** 32:7
   35:9 40:19
   50:7 65:4
   68:3
**received** 57:18
   82:19
**receives** 31:1
   53:4
**receiving** 55:7
   67:4
**recently** 49:7
**Recess** 42:1
   60:1 72:11
**recollection**
   11:22
**recommenda...**
   31:10
**record** 5:14
   84:18 92:8,8
**Red** 59:13,18
**reduce** 30:22
**reduced** 78:1
**refer** 13:14

Kelly Ellston                 Highly Confidential            November 23, 2004
                              Washington, DC

16

| | | | | |
|---|---|---|---|---|
| 40:9,15<br>52:17 63:18<br>82:12<br>**reference** 47:4<br>52:3,5 55:16<br>58:21<br>**referenced**<br>55:10<br>**referencing**<br>58:5<br>**referral** 11:4<br>30:14<br>**referred** 27:10<br>28:14 31:8<br>36:12 58:14<br>58:16 64:21<br>71:6<br>**referring** 10:9<br>24:5,6 27:17<br>40:12 41:16<br>46:2 63:19<br>64:22 69:15<br>81:17<br>**refers** 50:14,15<br>51:18 60:15<br>**regard** 93:8<br>**regarding** 67:4<br>78:8 85:11<br>**regardless**<br>64:10,15<br>**region** 18:17<br>**regional** 20:6,7<br>**regions** 20:14<br>**registered** 5:19<br>6:8,11<br>**regulations**<br>21:15<br>**regulatory**<br>31:22<br>**reimburse** 9:4<br>11:20 34:14<br>36:4 37:6<br>46:10 67:16<br>68:16 90:3 | 94:1<br>**reimbursed**<br>19:16 49:7<br>51:1 55:13<br>66:12 87:8<br>90:20 93:2<br>**reimbursem...**<br>6:21 8:15<br>10:15 11:16<br>20:9,11,18,22<br>21:11 29:13<br>33:2,5,8 35:2<br>56:10 62:1<br>62:12 63:9<br>65:10 72:7<br>73:10,11<br>74:7 76:6<br>78:8 79:1,6<br>80:10 87:10<br>88:14<br>**reimburses**<br>69:9 84:9<br>85:2<br>**reimbursing**<br>21:12 57:11<br>57:13 67:10<br>68:11 69:4<br>85:16<br>**relate** 40:4<br>**relates** 81:11<br>**relating** 8:14<br>11:17 45:10<br>**relation** 9:5<br>14:9 29:8,13<br>39:5 45:15<br>48:11 55:13<br>57:18 60:7<br>60:12 61:3<br>69:4,9 70:16<br>78:18 79:2<br>79:14 80:10<br>82:3 84:9<br>85:2 86:13<br>87:4,15,16 | 89:7 92:19<br>93:15<br>**relationship**<br>15:22 24:18<br>25:11 26:8<br>56:17 57:3<br>59:3 63:13<br>75:8,10<br>**relationships**<br>33:14<br>**relevance**<br>79:18 94:4<br>**remain** 6:15<br>7:17 9:19<br>11:9 17:21<br>18:10 22:19<br>44:16<br>**remember**<br>11:12 14:5,7<br>14:7 31:5<br>84:19,21<br>**repeat** 22:4<br>67:13<br>**rephrase** 5:7<br>37:21<br>**report** 23:2<br>**reporter** 4:19<br>84:18<br>**represent** 4:12<br>**representative**<br>72:16<br>**representing**<br>27:7<br>**reprice** 50:14<br>53:21 54:8<br>64:2<br>**repriced** 50:10<br>55:7 60:9,11<br>60:18 61:18<br>**reprices** 51:21<br>53:8 60:5<br>**repricing** 36:5<br>46:16,17<br>48:22 49:2 | 49:15 51:3<br>52:22 53:6<br>53:17 54:15<br>56:7 61:7<br>63:21 64:3<br>64:17 67:21<br>68:12 85:5<br>**request** 78:3<br>92:7<br>**require** 27:22<br>**required** 30:7<br>**requirement**<br>64:14<br>**requires** 66:19<br>**research** 86:6<br>**resource** 79:5<br>**responsibilit...**<br>7:21 9:13<br>10:1 11:1<br>12:19 14:8<br>16:6,7 18:14<br>25:19 27:3<br>81:16<br>**responsibility**<br>11:16 19:21<br>26:9 36:1<br>91:21<br>**responsible**<br>10:3,5,6 11:3<br>12:22 13:5,7<br>14:14,15<br>15:9,13,18<br>17:20 18:16<br>25:21 26:13<br>27:1,4 28:3<br>31:3 36:3<br>39:9<br>**restate** 84:17<br>**result** 39:17<br>**results** 62:15<br>**retained** 31:20<br>45:1<br>**return** 66:7<br>**Returning** | 9:11<br>**revenue** 55:18<br>55:20 56:5,8<br>56:11,18,19<br>57:3,6<br>**review** 7:5 8:5<br>11:4 27:18<br>31:14 39:3<br>87:22 88:1,4<br>**reviewed** 72:22<br>**reviewer** 8:1<br>**reviews** 86:17<br>**revisit** 85:1<br>**right** 5:11 6:14<br>10:8 21:22<br>23:1 31:16<br>31:17 40:14<br>42:7 44:3<br>47:12 50:4<br>55:4 61:14<br>65:10,21<br>68:7 72:9<br>80:18 84:16<br>85:12<br>**role** 6:20 8:14<br>10:14 29:8<br>29:13 35:22<br>39:5 81:20<br>**rotating** 8:21<br>**rule** 36:3<br>**rules** 4:16<br>**run** 4:17 17:14<br>42:13<br>**running** 25:21<br>26:13 27:2<br>81:18<br>**rural** 77:21<br><br>**S**<br>**S** 2:1,1 3:1 4:1<br>**said** 4:9 16:2<br>21:4 26:12<br>27:1,13 28:7<br>30:9 73:15 |

Henderson Legal / Spherion
(202) 220-4158

Kelly Ellston

Highly Confidential
Washington, DC

November 23, 2004

| | | | | |
|---|---|---|---|---|
| **same** 9:16 23:8 | 19:20 20:1 | **sense** 33:13 | **shoulders** 4:21 | 43:15 |
| 26:7,8 41:2 | 46:13,22 | 43:8 80:14 | **shrinking** | **sort** 14:17 19:6 |
| 51:5,7 54:2 | 47:18,21 | 86:6,20 | 52:11 | 38:14 41:1 |
| 68:13 88:15 | 48:8,9 52:11 | **sent** 16:11 49:8 | **shrug** 4:20 | 43:8 86:21 |
| **sample** 62:12 | 52:22 53:19 | **separate** 11:18 | **side** 21:15 | 93:14 |
| 64:4,7 65:9 | 61:17 62:20 | 65:5 74:4 | **sign** 33:15 94:9 | **source** 81:13 |
| 65:12 | 63:18 67:18 | **served** 10:13 | **Signature** | **southeast** |
| **sampling** 64:9 | 67:19,21 | 15:2 | 94:12 | 18:17 |
| 64:18 | 68:12 69:8 | **service** 16:19 | **signed** 77:14 | **speak** 5:9 35:5 |
| **savings** 35:12 | 85:4 90:18 | 18:8,9,17,19 | **similar** 54:2 | 42:16 63:22 |
| 36:20,22 | **scheduling** | 25:22 26:2 | 65:17 87:4 | 80:14 |
| 37:4,6 39:16 | 13:9 | 26:10,13,15 | **since** 21:7 | **speaker** 5:10 |
| 56:16 62:4,5 | **school** 6:2,14 | 26:16,20 | 22:13 25:18 | **speaking** 42:17 |
| 90:17,21 | 12:9,17 | 27:2,9 28:2 | 76:2,16,18 | 70:14 72:16 |
| **say** 12:13 13:5 | **scope** 91:20 | 30:2,8,9,11 | 77:8 | 73:9 |
| 15:17 18:19 | **second** 36:18 | 41:2 43:18 | **site** 8:1 | **specialized** |
| 27:16 28:2 | 48:20 51:20 | 45:21 | **situation** 53:6 | 27:22 |
| 28:21 30:4 | 52:2 | **services** 14:13 | **small** 43:13,16 | **specialties** |
| 34:20 35:7 | **secure** 53:7 | 16:2 24:15 | **solutions** 17:3 | 17:19 |
| 37:15 46:1 | 54:6 | 24:21 25:8 | **some** 4:16 5:16 | **specialty** 82:22 |
| 47:7 50:17 | **see** 16:4,18 | 25:12 26:4,6 | 16:5 20:15 | 83:3,9,17,20 |
| 54:7 55:20 | 62:3 | 26:18 28:4,8 | 24:21 35:17 | **specific** 14:7 |
| 62:22 63:3 | **seem** 66:1 | 31:7,18 32:3 | 42:19 44:10 | 20:13 31:6 |
| 68:14,18 | **seems** 63:9 | 32:7,12 39:9 | 48:19 49:13 | 46:14 48:18 |
| 74:3 80:3 | **seen** 21:7 | 40:4,19 41:1 | 51:13 65:1 | 52:7 65:3 |
| 86:2,4 89:5 | 59:17 | 42:19 43:17 | 65:12,16 | 68:3 70:13 |
| 89:13,18 | **selection** 8:7 | 43:19 46:11 | 80:17 85:22 | 70:16 75:5 |
| 92:22 93:4 | **self-funded** | 56:10 63:14 | 86:21 88:8 | 77:12 78:12 |
| **saying** 40:18 | 26:3 41:4 | 83:9,11 93:6 | **somebody** | 78:17 79:3 |
| 41:11 | 43:7 | **set** 15:3 31:5 | 49:18 | 80:11 83:12 |
| **says** 50:21 | **self-insured** | 33:1 53:19 | **someone** 15:19 | 83:13,21 |
| **schedule** 19:14 | 10:12 13:22 | 61:21 68:11 | 17:3 38:20 | 88:1,6 |
| 47:5,8,10 | 14:22 28:8,9 | 74:1 79:13 | 56:14 | **specifically** |
| 51:19 52:18 | 34:2 | 90:19 | **something** | 20:15,17 |
| 52:18 53:5 | **seminars** 72:1 | **setting** 8:12 | 14:5 47:8 | 38:16 48:12 |
| 53:11 54:20 | 72:4 | 13:9 29:17 | 50:3 61:10 | 55:14 69:11 |
| 60:4 61:6,13 | **send** 46:13,15 | 32:11 70:8 | 66:18 79:15 | 76:8 78:15 |
| 63:20 64:1,2 | 48:21 50:3 | **short** 13:16 | 86:3 88:9 | 80:17 |
| 64:6,8,11,13 | 51:20 53:16 | **shorthand** | 90:1 93:17 | **specified** 46:22 |
| 64:16,21 | 53:21 | 41:11 | 93:21 | **specify** 46:6 |
| 65:1,2,13,16 | **sending** 16:16 | **should** 10:8 | **sometime** | **speculate** 77:7 |
| 90:10,15,21 | 50:12 | 19:10 51:1 | 11:13 | **speculation** |
| **scheduled** 36:5 | **sends** 49:10 | 51:10 70:8 | **somewhat** 24:2 | 67:12 85:19 |
| **schedules** | 51:21 | 86:9 87:8 | **somewhere** | **spoke** 39:3 |

Henderson Legal / Spherion
(202) 220-4158

Kelly Ellston          Highly Confidential          November 23, 2004
Washington, DC

18

| | | | | |
|---|---|---|---|---|
| 42:4,10,19 | 42:17 | systems 30:7 | 67:21 76:5 | 13:21 14:3 |
| 54:3,6 73:2 | subset 35:9 | 53:2 | testified 4:6,14 | 16:18 17:8 |
| 73:10 84:1 | subsidiaries | ———— | 84:6 | 17:19 18:7 |
| 90:6 | 24:17 75:8 | **T** | testimony | 20:5,9 21:5 |
| spoken 51:17 | 75:13,17 | T 3:1 | 21:17 84:4 | 21:17,20 |
| staff 31:3 | subsidiary | Taft-Hartley | 84:13 | 24:18 31:4 |
| stand 23:19 | 23:9,11,12 | 24:15 34:2,6 | than 8:18 | 31:18 33:5,7 |
| 24:2 | 24:6 | take 4:20 5:2 | 14:22 24:17 | 33:9 34:21 |
| standard 31:7 | substantially | 41:21 43:3 | 38:10 39:2 | 34:22 35:17 |
| 49:4 50:14 | 26:7 | 45:4,22 78:3 | 51:15 52:21 | 37:5 38:7,10 |
| 56:20 57:2 | such 17:2 | 92:3 | 53:11 57:6 | 38:15 42:6 |
| standardized | 59:12 60:15 | taken 81:4 | 66:11 71:12 | 44:13 47:2 |
| 56:9 | 62:15 66:7 | 91:22 | 74:14 79:14 | 47:20 48:1 |
| standards | 75:10 | taking 50:2,11 | 83:14 93:17 | 51:4 53:1,10 |
| 73:21 | sufficient 81:5 | 89:10 94:10 | Thank 22:7 | 56:12 57:3 |
| standpoint | suggestion | talk 30:18 31:9 | 94:6 | 59:2,8 60:19 |
| 50:10 | 40:9 | 45:8 55:11 | their 13:2 18:9 | 63:19 70:3 |
| start 5:16 6:10 | sum 60:19,21 | 60:4 | 19:17 20:8 | 70:12 73:21 |
| 6:13 | 68:3 78:18 | talking 41:12 | 30:17 35:6 | 77:13 79:3 |
| started 26:12 | 79:13 86:13 | 41:13 43:13 | 36:4 46:12 | 80:16,20 |
| state 80:8 | sums 80:11 | 68:15 73:14 | 48:21 51:21 | 81:17 86:5 |
| statement | 85:7 | tasks 29:19 | 51:21 64:3 | 86:18 |
| 68:19 84:16 | supervising | team 10:4 | 69:19 90:20 | therefore 37:4 |
| STATES 1:1 | 10:3 | 14:10 79:5,8 | 94:2 | there's 29:5 |
| stating 37:22 | supervisor | 79:9 87:7 | them 4:17 16:4 | 40:20 53:3,6 |
| stay 56:15 | 9:10 | 91:17,17,18 | 19:9 38:20 | 53:9 54:4 |
| 57:15 | support 14:1 | technical 74:7 | 52:15 56:6 | 59:9,10 |
| stays 51:5,6 | 78:4 | 74:9 | 62:17 75:6 | 63:21 64:6 |
| 56:14 | supporters | technology | themselves | 77:6 88:4,7,8 |
| step 54:4 | 30:21 | 52:8,9 | 65:20 | these 4:16 |
| steps 86:18 | sure 11:5 | telephone 2:15 | then 4:17 6:6 | 15:10 30:12 |
| still 22:9,20 | 14:15 42:21 | tell 5:6 | 11:7 12:4 | 37:13 39:14 |
| 26:6 43:19 | 67:15 81:20 | ten 79:21 | 15:19 31:8 | 47:14 52:21 |
| stop 5:6 | 86:19 88:5 | term 30:3 | 33:18 40:18 | 55:6 79:19 |
| straight 7:13 | surgery 6:9 | 40:15 49:15 | 40:18 45:5,8 | 91:22 92:3 |
| 23:19 | suspicion 88:7 | 49:17 50:19 | 49:10 50:7 | they 10:8,8 |
| Street 2:11,19 | sworn 4:5 | 51:3 58:7,10 | 53:16,21 | 11:6 12:2 |
| structure | system 11:8 | 82:22 | 54:6 62:2,19 | 13:17 15:6 |
| 16:13 88:16 | 13:9,10 | terminology | 66:2 79:8,9 | 16:17 19:10 |
| subject 61:10 | 14:13,15 | 23:18 40:11 | 82:15,20 | 20:20 21:11 |
| 62:19,20,21 | 50:21 51:14 | 41:6 | 86:14 | 21:16,18 |
| 65:21 87:19 | 52:5,5 53:3,8 | terms 33:1,5 | therapists | 25:3,6 28:18 |
| 87:20 | 53:20 54:18 | 34:7,13 | 30:19 | 28:19 29:5 |
| subsection | 54:20 | 39:10 58:12 | there 8:6 12:20 | 30:6 32:4 |

Kelly Ellston          Highly Confidential          November 23, 2004
Washington, DC

33:3,6 35:7
38:19 39:8
44:5,7 49:5,7
50:3 51:15
51:15 53:20
56:12 57:9
57:22 58:4
62:8 64:3,11
64:15,16,17
65:19 66:15
75:2 77:3,16
78:1,3 85:15
86:8 87:13
88:13 89:7
90:17,19,22
90:22 91:13
**they'll** 89:19
**they're** 24:2
42:18 50:18
64:10 66:11
89:10,11
90:15,20
**they've** 51:14
53:19
**thing** 23:8 74:5
75:2
**things** 10:9
17:3 24:3
40:17 52:13
59:10 62:8
73:15 77:6
86:20 88:5
**think** 7:11
11:11 41:19
50:17 51:2
53:13 65:4
75:2 84:13
92:8
**third** 24:13
53:14
**those** 9:4 15:5
15:21 16:10
17:7 20:10
26:4 27:9,13

28:8 29:2
30:20 32:19
32:21 34:15
36:12 37:9
40:4 41:1,8
41:16 42:9
43:19 44:16
44:18 45:1
45:22 47:21
48:4,12,16
50:8 54:7
55:22 56:5
59:20 62:5
64:12 65:20
66:1 67:17
74:6,11,18
76:7,17 78:7
78:17 80:1,1
80:8 82:1,6,9
83:12,20
84:20 85:7
85:10,12,15
86:5 88:6,10
91:12
**though** 51:3
71:11
**thousand** 88:2
**thousands**
35:11
**three** 35:10
**thresholds**
87:22 88:1
**through** 4:17
6:18 9:21
37:17 38:5
40:16 43:22
64:13 65:19
**throughout**
18:12
**through-put**
14:16
**tied** 20:19
**Tillotson** 23:5
**time** 6:6,19 7:7

7:10 10:8
12:1 19:13
19:15 25:10
26:20 30:7
31:19 57:1
75:11 76:9
76:13,15,16
94:7
**times** 8:21 31:9
43:11 56:15
77:14
**title** 8:4 22:21
**today** 41:18
72:15,20
74:16
**today's** 24:4
**too** 19:9,12
43:11 63:9
66:1
**took** 19:9,12
43:4,6 44:1,5
44:7 72:21
**tool** 54:19
**tools** 87:13
**top** 50:3
**topic** 85:1
**total** 35:9 43:9
49:10 94:5
**Towers** 74:20
74:22 75:3,7
**transcript**
92:10
**transition**
31:21
**translates** 49:9
**transmission**
49:16
**transplant**
38:17,19,21
**treating** 31:9
**treatment**
78:13
**Trilogy** 74:1
**true** 9:16 76:2

**trust** 24:16
92:14
**try** 65:6 72:13
**trying** 23:14
33:13
**Tuesday** 1:8
**two** 24:2 46:10
51:17 52:21
**Tyler** 2:3 4:11
**type** 35:12
46:3 57:7
59:3 63:13
74:5 77:18
78:5,13
**typed** 48:16
**types** 20:16
34:4 35:8
38:7 77:6
**typically** 46:6
_____
**U**
**U** 2:1
**ULLICO** 2:18
23:6,8,11,19
23:22 24:6
24:14,18
72:17 74:18
75:8,13,17
**unclear** 5:6
**understand**
21:2 25:3
36:21 43:2
45:3 72:14
74:22 75:3
80:4 86:8
**understanding**
19:16,22
40:11 41:17
48:15 49:21
50:6,13
55:12 57:21
60:6 66:9
69:7 71:3
81:3 83:3

91:15 92:9
**unequivocally**
84:20
**uniform** 33:5,7
**Union** 22:3,5
22:13,15
23:8,10,12,17
23:19,21
24:7,19
25:12,17,22
28:10 29:2,8
31:18,20
32:4,5,9,10
32:16 33:2
33:19,20,22
34:1,8,10,13
34:16 35:1,5
35:20,21
36:7,10 37:9
37:12,15,22
38:11 39:5
39:13 40:1,5
40:10,12,16
40:20 41:4,9
41:11 42:5,7
43:4,7,17,20
43:21 44:7
44:19,21
45:9,14
46:18 47:4
48:10 50:1,8
51:7,19,22
52:4 53:1,3,7
53:16,22
54:8,17,21
57:11 61:11
61:16 62:16
63:3,9,15,19
65:7 66:2,18
67:1,3,7,15
68:2,6,21
69:3,17,22
70:7,14
71:13 76:10

Kelly Ellston          Highly Confidential          November 23, 2004
Washington, DC

20

| | | | | |
|---|---|---|---|---|
| 76:17,22 | 64:12 93:5 | 32:2 | 21:6,7,18 | **weren't** 19:8,8 |
| 77:9 81:2,11 | **USA** 25:7,12 | **venture** 13:1 | 46:10 56:12 | **West** 2:11 |
| 83:8,16,19 | 25:14 | 13:12 | 73:11 | **we'd** 62:22 |
| 84:8 85:2,10 | **use** 21:10 | **verbally** 4:19 | **web** 52:13 53:7 | 68:16 |
| 87:3,9,18 | 35:15 37:1 | **versus** 60:13 | 53:20 54:6 | **we'll** 5:3 |
| 88:10,21 | 38:6 40:10 | 70:17 | 59:8 | **we're** 19:12 |
| 89:3,5,9,13 | 41:15 45:14 | **very** 16:19 | **Webb** 2:3 4:11 | 40:12 41:12 |
| 89:18 90:2 | 50:20 83:20 | 43:13 45:19 | **website** 54:8 | 41:13 42:17 |
| 91:8,12 93:3 | 87:13 | 53:9 57:10 | 54:12,14 | 64:10 93:19 |
| 93:8,13,22 | **used** 9:4 11:20 | 63:12 77:11 | 55:8 | 94:8 |
| **unique** 35:6 | 20:22 27:8 | 77:16 78:14 | **welfare** 24:16 | **we've** 29:19 |
| **unit** 6:16 7:14 | 49:18 52:5 | 78:14 79:21 | **well** 8:12 16:11 | 31:20 51:17 |
| 11:5 | 64:17 | 79:22 80:5,6 | 26:19 28:1 | 52:22 |
| **United** 1:1 9:9 | **uses** 48:10 | 94:7,7 | 41:8 44:1 | **whatever** |
| 9:17,19 10:2 | **using** 40:15 | **via** 2:15 36:4 | 53:14 64:4 | 64:13 65:14 |
| **university** 12:8 | 49:4 87:6 | 53:7 | 85:1 87:15 | 65:19 87:13 |
| 12:12,18 | 90:15 | **vice** 22:17 | 90:16 | **whatever's** |
| 13:1,11,14,15 | **utilization** 7:5 | **visibility** 69:18 | **went** 7:13 | 65:18 |
| 13:22 14:6,6 | 8:5 10:19 | **visits** 16:8 88:3 | 10:18 14:19 | **what's** 49:17 |
| 14:13 15:1 | 11:4 26:18 | **volume** 43:10 | **were** 7:21 8:7 | 49:22 50:1 |
| 18:2 81:18 | 27:17,21 | **VP** 22:21 23:3 | 8:17 10:1,4,7 | 71:7 76:16 |
| 82:20 | 29:22 30:5 | 25:19 | 10:8,10,21 | 83:3 |
| **unreasonable** | 31:14 70:11 | | 11:1 12:2,19 | **when** 4:10 6:4 |
| 66:2 | 83:6 | **W** | 13:5 14:17 | 6:10,13 13:5 |
| **until** 7:19 | **utilize** 56:21 | **WAC** 58:16,17 | 15:1,5,6,9,17 | 18:19 19:10 |
| 11:13 17:22 | 59:20 69:8 | 58:21 59:3 | 16:1,14,16 | 21:11 24:4,6 |
| **up** 13:9 15:3 | 79:5 83:8 | 61:3 79:15 | 17:7,8,11,12 | 26:12 27:1 |
| 17:10 32:11 | 94:4 | 79:17 | 17:19 18:14 | 27:16 30:4 |
| 33:15 43:15 | **utilized** 70:8 | **waived** 94:12 | 18:20 20:1,5 | 36:6,11 |
| 45:6 53:19 | 79:1 | **want** 38:6 62:8 | 20:9,10,14 | 39:11 41:15 |
| 63:6 69:19 | **utilizes** 74:1 | 62:17 63:1,1 | 21:21 25:18 | 42:16 46:1 |
| 88:5 90:19 | **utilizing** 46:11 | 90:9 | 26:1,13,19 | 49:18 52:17 |
| **updated** 47:14 | 88:17 | **Washington** | 27:1,2 28:3 | 53:18 57:9 |
| 74:2 | | 1:9,15 2:20 | 28:10 41:7 | 57:11 63:18 |
| **UPI** 13:17,18 | **V** | 6:12 26:22 | 44:10,13,13 | 63:22 64:6,9 |
| 13:19,21 | **V** 2:14 | **way** 14:12 | 64:22 67:7 | 64:21 65:7 |
| 15:15,18,21 | **variance** 34:21 | 16:13 33:21 | 68:10,21 | 68:18 73:9 |
| 17:21 18:1 | **variations** | 35:4 37:7 | 70:17 73:9 | 76:15 77:9 |
| **upon** 52:16 | 33:10 | 53:9 56:21 | 74:18 79:3 | 82:12 90:14 |
| **us** 16:14 35:8 | **varies** 33:11,11 | 57:6,8 66:4 | 81:21 82:4,6 | 91:15 93:1 |
| 38:17 46:13 | **various** 42:20 | 67:3 68:15 | 84:7 85:15 | **where** 10:17 |
| 46:17 49:10 | **vary** 33:6,9 | 71:10 72:19 | 85:22 86:12 | 12:7 16:16 |
| 61:22 62:9 | 61:7 | 78:11 | 88:11 91:8 | 18:5 20:17 |
| 63:1 64:11 | **vendor** 26:10 | **ways** 20:5,16 | 92:21 | 22:9 26:17 |

28:18,18
35:17,20
37:5 42:18
49:15 50:15
51:18,20
53:3,6 56:3
60:5 61:20
63:13,19,21
70:8 88:7
90:6
**whereby** 47:20
**Whereupon**
4:2 94:10
**whether** 8:11
18:1 31:11
48:16 56:22
58:3,19 59:2
61:2 64:13
64:15 65:7
66:10 69:8
70:15 71:13
75:7,10
76:21 81:3
83:16 87:18
92:20
**which** 10:7
11:5 13:12
20:17 21:18
28:5 29:2
31:19 32:7
34:1,13 35:2
38:21 42:13
50:19 51:21
53:15 61:17
64:9 65:7
68:11 69:14
69:14 70:8
73:11 74:1
86:1 88:4
92:21
**while** 10:1
11:15
**who** 10:4 12:17
15:13 19:3

23:2,4 30:10
30:17 32:6
40:16 77:12
77:20,21
80:1
**whoever** 29:5
**whole** 8:10
**wholesale** 1:5
58:8,10,13
**wholesaler**
75:15
**wholesalers**
71:1,4
**whom** 28:10
**whose** 83:13
**why** 41:21
80:14
**Wilkerson**
1:16
**will** 4:16 30:13
30:16,17,18
30:21 31:9
33:2,15,18
34:14,18
36:7 45:15
46:6,7,13
47:14 49:7
49:22 50:6
50:22 51:2
52:5 54:8
55:13 63:5
63:10,15
65:8,15 66:6
67:16,20
68:2,3 81:21
87:18 92:9
92:10 93:1,5
94:1
**withdraw** 48:8
**within** 14:13
17:8 18:17
26:7 27:6
33:10,12
34:21

**Witness** 2:17
3:2 21:4 22:5
40:17 67:13
68:14 84:19
85:20 88:16
**work** 7:5 9:16
10:18 23:12
31:4 44:2
52:15 59:21
**worked** 6:17
6:19 9:1,9
12:8 15:15
18:6
**working** 6:10
27:7
**would** 9:12,16
13:17,17
16:8,10,10,22
16:22 17:10
17:11 19:6
28:18,19,19
28:22 37:5
38:9 47:2,4,6
47:7,7,10
52:14,15,17
52:18 53:16
53:21 55:8
56:4,5 57:17
57:18 60:16
60:16,19
61:18,22
62:9,11,12,18
62:18,21
63:3 64:1
65:2 66:4
67:9 68:10
68:15 69:3,4
70:10,15
74:3 76:13
77:18 78:1,1
78:2,7,10,10
78:17,18
79:1,5,6,8,9,9
79:11,13,17

80:3,14 82:9
83:12 84:8
86:2,3,3,4,6,7
86:8,16,21
87:2,3,6,7,12
88:13,18
89:13,18
90:14 93:4
94:4
**wouldn't** 80:13
85:16 88:13
**wrong** 33:15

**X**

**x** 1:3,7 3:1,1

**Y**

**year** 7:18 9:20
18:11 79:21
**years** 11:11,12
**York** 2:5,5
**your** 5:17 6:1
7:21 8:4,6
9:11,12,16
10:1 11:1
12:19 18:7
18:12,14
19:15 21:17
22:21 25:18
27:2 40:9
41:11,17
45:3 49:21
50:6 59:21
62:22 63:2
71:22 72:14
72:15,20
74:16 77:3
82:13 83:3
84:1 94:7
**you'd** 5:2
73:15 86:2
**you're** 16:4
22:9 40:14
40:18 58:13

68:15,18
76:15
**you've** 25:17
72:15 77:9

**Z**

**Zenith** 24:9,12
24:13,18,20
25:1,14
42:19 44:12

**$**

**$100,000** 37:2
**$5,000** 86:1
**$60,000** 37:3

**0**

**01CV12257-...**
1:6
**04** 29:19

**1**

**10** 43:14 86:2
89:20
**10th** 26:3 55:2
55:3,5
**10,000** 88:3
**10036** 2:5
**11,000** 62:10
**1111** 1:15
**1133** 2:4
**12:14** 94:10
**15** 43:14
**1625** 2:19
**18901** 2:12
**1982** 6:5,14
**1987** 6:18
**1987-1988** 21:7
**1988** 7:19
**1989** 9:21
10:17
**1991** 76:2
**1994** 12:4,7

**2**

Kelly Ellston               Highly Confidential               November 23, 2004
                            Washington, DC

22

| | | | | |
|---|---|---|---|---|
| **20** 32:18 89:20 93:16<br>**2000** 17:22 18:5 21:21 76:19<br>**20006** 2:20<br>**2001** 21:22 22:2,13 25:18 76:20 77:8<br>**2004** 1:8 26:3 55:3,5<br>**202** 2:21<br>**212** 2:6<br>**215** 2:13<br>**23** 1:8<br>**230-8043** 2:13<br>**25,000** 88:3<br><br>**3**<br>**30** 32:18 89:20 93:16<br>**300** 61:21 62:10 64:12<br>**336-2000** 2:6<br><br>**4**<br>**4** 3:4<br>**40** 37:4 89:21 93:17<br>**45** 2:11<br><br>**5**<br>**5** 43:14 89:20<br>**5,000** 88:3<br>**50** 43:16<br>**500,000** 18:18<br><br>**6**<br>**682-0900** 2:21<br><br>**8**<br>**87** 7:1<br>**88** 9:7 | **9**<br>**9:59** 1:14<br>**91** 3:5<br>**92** 3:4<br>**94** 11:13 | | | |