Steven J. Fox                                             March 8, 2006
Boston, MA

---

74

1  no consideration?  I guess the cold answer is it's
2  given very little.  I think if we have large
3  numbers of physicians -- there are over, you know,
4  26,000 physicians in our network -- if every
5  single physician called on a fee issue, we -- I
6  mean, we couldn't run our business.  So, I think
7  if we detect a pattern or if we feel that there is
8  a particular specialty that feels that there is an
9  issue, then I think -- so, I'm using that in my
10  own -- as a distinction.
11     Q.  I see.  I think -- I think I now
12  understand the distinction you are drawing.  So,
13  you're saying that if an individual physician
14  comes in with a complaint, it will get some
15  consideration -- but not much -- because it's an
16  individual.  But if you start seeing large numbers
17  of physicians complaining, that becomes a more
18  important factor that's considered in setting the
19  reimbursement rate.
20     MR. COCO:  Objection.
21     A.  I wouldn't say it's -- I wouldn't agree
22  with that statement, because it doesn't

---

75

1  necessarily mean that we'll use that in how we
2  calculate rates, but we will consider that more of
3  a factor in how we calculate rates.  I'm drawing
4  the distinction also between a group of physicians
5  organizing and lobbying the health plan to change
6  reimbursement, versus what we work with, rather,
7  which is an objective placement of facts that we
8  can then use as part of our calculation.  I'm not
9  talking about a large group of specialists that
10  lobby us because they don't like our rates.
11     So, we would not use that as a factor.
12  But a large group of physicians that come to us
13  with a fact-based argument, we will, and we have
14  used that.
15     Q.  Okay.  Well, let me ask you this:  Let's
16  say BCBS of Massachusetts is not getting
17  sufficient network participation from doctors in a
18  particular area of specialty, would that be a
19  factor that would cause BCBS of Massachusetts to
20  reevaluate whether the amounts that are being
21  reimbursed are adequate?
22     A.  It could be.

---

76

1     Q.  So, for example, if you learned that
2  BCBS of Massachusetts' network in a particular
3  specialty were 20 percent or 40 percent smaller
4  than those of your closest competitors, that would
5  be something that would be a factor to consider in
6  setting reimbursement?
7     MR. COCO:  Objection.
8     A.  I can't speak to it -- I can't speak to
9  the -- in terms of our competitors.  I can just
10  talk about if we see a particular area of the
11  state that is lacking any particular group or
12  specialist, we have to consider -- we have to
13  consider what it would take to either keep,
14  recruit, or retain physicians in that area.
15     We have a single reimbursement
16  methodology across the state, which is probably
17  different than many of our competitors.  So, given
18  that, that we don't enter into with lots of
19  individual negotiations, that has put pressure on
20  the system where there have been groups of
21  physicians that have come to us not happy that
22  rates that they command from other payers they

---

77

1  can't instantly command from us.
2     So, if that's what you're referring to,
3  then I would say that has occurred.
4     Q.  Now, sticking with the reimbursement for
5  services that you were talking about, are the
6  rates that -- we've discussed that the rates that
7  BCBS has are not necessarily the same as
8  Medicare's rates, right?
9     A.  Correct.
10     Q.  In most cases BCBS sets its own rates
11  using the RBRVS methodology as part of the
12  process.
13     A.  In most cases, correct.
14     Q.  Now, are the rates that BCBS of
15  Massachusetts has set since 1995, in those cases
16  where it sets its own rates, are those generally
17  higher or lower than the amounts Medicare is
18  reimbursing?
19     MR. COCO:  Objection.
20     A.  I would say generally higher.
21     Q.  Uhm.
22     A.  I don't think we'd have much of a

---

**78**

1  network if our reimbursement was lower.
2      Q.  Yeah, why do you say that?
3      A.  In many parts of the country, Medicare
4  is a cost-plus payer to providers.  Medicare
5  reimbursement in other parts of the country is a
6  benchmark that health plans use.  I think in our
7  part of the country that may or may not be the
8  case, but it is the only -- it's the largest payer
9  in the country, and it is a payer that most
10  physicians will use as the standard to compare all
11  other reimbursements.  So, I think if your
12  reimbursement is below Medicare, it's probably not
13  an attractive proposition to many physicians.
14      Q.  Are you aware of whether or not
15  physicians have ever taken a position as to
16  whether or not Medicare's reimbursement for
17  services only is sufficient to cover the services
18  that they render?
19      MR. COCO:  Objection.
20      A.  I can't -- I wouldn't be in a position
21  to even answer that.  I'm not aware -- haven't
22  followed what physicians' views on Medicare

**79**

1  reimbursement is.
2      Q.  Well, let me just rephrase the question
3  to ensure that you understood it.  Have you ever
4  heard physicians or physicians' groups making the
5  argument or claiming that the amounts that
6  Medicare reimburses them for services only -- and
7  this is preASP; we're talking about the AWP world
8  -- are inadequate to cover the costs to them of
9  rendering those services?
10      MR. COCO:  Objection.
11      A.  I have not heard physicians directly or
12  indirectly talk about drug reimbursement.  I've
13  heard physicians talk about in general what they
14  think about Medicare reimbursement, but I've not
15  heard it ever split out the way you just described
16  it.
17      Q.  What have you heard generally in terms
18  of Medicare reimbursement?
19      A.  I think what I said earlier, which is,
20  in some parts of the country, Medicare for
21  physicians is a good payer.  It depends on the
22  part of the country.  And in other parts of the

**80**

1  country, Medicare is not the standard to which
2  they would hold other payers up to.
3      Q.  And it depends not just geographically,
4  but also on the specialty, and, indeed, on the
5  particular code at issue, right?
6      MR. COCO:  Objection.
7      A.  Again, I've heard it in general terms.
8  I've not been involved or heard or read specific
9  arguments either way based on what you're talking
10  about.
11      Q.  Do you know from 1995 to 2005 to what
12  extent that BCBS of Massachusetts' reimbursements
13  for services were generally higher than the
14  Medicare reimbursements for the same services?
15      A.  I wouldn't say that.  And, I mean,
16  there's ten years that you're talking about there,
17  and there were years where we fell below Medicare.
18  There were years that we were above Medicare.
19  Again, I think it -- depending on where the
20  methodology took us, it -- I couldn't make a
21  blanket statement, because, again, the nature --
22  we pay $1 billion a year in physician payment.

**81**

1  It's all over the map.
2      Q.  Well, let's back up for a moment.
3  Earlier on when we were talking about the
4  differences between the rates that BCBS of
5  Massachusetts sets for services and the amounts
6  that Medicare reimburses for services, I thought
7  you testified that, generally speaking, the rates
8  set by BCBS of Massachusetts were higher than the
9  amounts paid by Medicare.  Did I understand that
10  correctly?
11      MR. COCO:  Objection.
12      A.  Generally correct.  But the distinction
13  has to be, if you're talking at an individual CPT
14  code level, or if you're talking at a specialty
15  level, or if you're talking in the aggregate.
16  Again, when we're looking at physician
17  reimbursement, we are really looking at what is
18  the total basket of services we're paying
19  physicians across the board.
20      We then can get into and look at how
21  that is distributed on a specialty-specific basis,
22  taking a look at mix and utilization, but we're

Steven J. Fox                                              March 8, 2006
Boston, MA

82

1  not getting down into the individual code. So,
2  there can be codes that are up, that are down.
3  There can be specialties that break even that
4  maybe are a percent above, a percent below. It
5  all depends on where that methodology falls.
6        But in general, since probably 1996, we
7  have been above Medicare -- at least by a
8  percentage point at least every year. That's the
9  -- so, that's where I'm -- my interpretation is
10 coming from.
11     Q.  I understand. You say at least a
12 percentage point. So, that's the minimum. Is it
13 -- are you aware of the maximum or in what
14 instances the highest differential has been?
15     A.  If it -- it's only by a percentage or
16 two. I mean, we're not talking -- I mean, we have
17 a limited -- again, with the model, it's pretty
18 easy. What the market will bear, we charge
19 accounts, accounts pay us a premium, the premium
20 is split; we then take that to fund reimbursement.
21     So, it's a percentage or two or three or
22 four, and the highest that we may have ever done

83

1  is maybe five. I mean, we're talking about a
2  point differential that's pretty close and
3  relative.
4        Again, individual physicians may
5  experience something different because of their
6  mix and utilization of services, and individual
7  specialties may be different, depending on their
8  mix and utilization. But our total reimbursement
9  pool is about those percentages.
10     Q.  Okay. Now, you said you pay about a
11 billion dollars a year in reimbursement to
12 physician practices.
13     A.  No, I said a billion dollars a year to
14 physicians, not to physician practices.
15     Q.  Okay. What's the distinction you're
16 drawing there?
17        MR. COCO:  Objection.
18     A.  I'm -- I'm just categorizing physicians
19 as physicians. I don't know if you mean something
20 else. When you say, "practices," I'm just saying
21 --
22     Q.  Sure.

84

1      A.  -- we pay a billion dollars for
2  physician services.
3      Q.  Again, it's not intended to be a trick
4  question.
5      A.  Okay.
6      Q.  Let me clarify.
7      A.  Yeah.
8      Q.  The distinction I'm drawing is between
9  doctors who are practicing in a doctor's office or
10 physician office setting, as opposed to doctors
11 who are practicing in a hospital --
12     A.  Correct.
13     Q.  -- facility setting. So, when I refer
14 to a physician practice, I'm referring to and
15 including physicians who are working in the
16 physician practices, and I'm differentiating a
17 physician practice from a hospital and physicians
18 who work in hospitals.
19     A.  Correct.
20     Q.  Okay. Now, the $1 billion figure you
21 mentioned, are you referring there to the
22 physician practice setting?

85

1      A.  Yes, I am. Physicians -- physician
2  practices only.
3      Q.  Okay. Now, does -- is that billion
4  dollar sum including reimbursement for services
5  and drugs, or is it only one of the two?
6        MR. COCO:  Objection.
7      A.  It's just physician services. So, what
8  we would pay for under -- as -- what we would pay
9  physicians under our medical benefits.
10     Q.  Okay. So, you're excluding any
11 reimbursement to physicians for drugs that are
12 administered in their offices to patients from
13 that billion-dollar figure?
14        MR. COCO:  Objection.
15     A.  I believe drugs reimbursed in a
16 physician's office are billed as a medical
17 benefit, and they are being included in that
18 number.
19     Q.  Okay.
20     A.  I'm saying we draw a distinction between
21 drugs that a physician administers in their office
22 medical benefit versus drugs that a patient can

Steven J. Fox                                           March 8, 2006

Boston, MA

---

**86**

1   pick up in the pharmacy as separate. So, I'm not
2   including that.
3        Q.  I understand. So, the total
4   reimbursement to physician practices is what we're
5   talking about for services, for drugs administered
6   in office. That total figure is currently
7   approximately a billion dollars a year.
8        MR. COCO:  Objection.
9        A.  I'd say that's about right.
10       Q.  Has that figure been static for the past
11  few years? Has it been climbing? What's the
12  trajectory?
13       A.  Well, it's certainly not static. I
14  would say it's been climbing for a lot of factors
15  -- utilization, physicians are doing more
16  services, intensity of services, more services are
17  being performed at a higher level, our membership
18  has climbed. We have more members in our health
19  plan. So, over years, I mean, certainly that
20  number's gone up.
21       Q.  Does BCBS of Massachusetts engage in any
22  efforts to analyze or control the amounts that

---

**87**

1   it's spending on its medical benefit reimbursement
2   to physician practices?
3        MR. COCO:  Objection.
4        A.  I'm sure there's opportunity to look at
5   what -- where money is being spent and how much of
6   that is in a physician's control and what sectors
7   of the physician community are affected by it,
8   medical management, utilization review, all of
9   that. Yeah. Sure.
10       Q.  Would you agree with the statement that
11  BCBS of Massachusetts does not pay particular
12  attention to what it reimburses physicians for
13  services and for drugs administered in office
14  because the amount of money involved there is
15  relatively small?
16       MR. COCO:  Objection.
17       A.  No, I couldn't agree to that. I mean, I
18  can't speak -- I can tell you that physician -- we
19  look at the pool of money that we are paying, and
20  we look to see what categories and what areas are
21  driving that growth, and what, if any, programs we
22  can put in place. I can't say that it's specific

---

**88**

1   to the categories you mentioned. You tacked on
2   "physician injectables," but in general, we're
3   looking at categories, and we're trying to
4   understand what we can do to -- again, what's
5   appropriate, how much of these services are being
6   underutilized, overutilized, misutilized, and what
7   we can do to work with physicians on different
8   programs. So, I can't -- I can't agree to a
9   general statement, because I can't speak for the
10  entire company. But I can tell you that's what
11  we're doing.
12       Q.  Is that -- are those approaches that you
13  described, those efforts to contain costs, are
14  those generally applied to services, injectables,
15  everything that goes into that medical benefit
16  reimbursement bucket?
17       MR. COCO:  Objection.
18       A.  Well, again, and I know you keep carving
19  in and out medical -- the injectables. We're not
20  getting at that type of detail. We're not even
21  looking -- we're really looking at general
22  categories: Inpatient/outpatient physician? What

---

**89**

1   specialties? What services? Is it an MRI? Is it
2   a PET scan? I mean, it's not -- there are
3   thousands of CPT codes. There are thousands of
4   service categories. There are lots of providers,
5   and I think we're really trying -- so, we look at
6   it based on how the costs are distributed.
7        But, again, not to the degree that
8   you're describing.
9        Q.  I see. So, you analyze it in terms of
10  the cost-by-market segment. Is that what you're
11  describing?
12       MR. COCO:  Objection.
13       A.  If you mean by "market segment," by
14  provider segment, again, we're looking at where
15  are the costs generated? What's driving them?
16  What sectors? What physicians? What services?
17  What programs do we have in place? What programs
18  don't we have in place? What programs do we need
19  to put in place?
20       Q.  And are you excluding anything from that
21  analysis? Are you excluding the physician-
22  administered drugs we were talking about, or are

---

Steven J. Fox                                          March 8, 2006
                              Boston, MA

90

1  you excluding specific types of services, or is it
2  an overall analysis?
3          MR. COCO:  Objection.        ·
4      A.  There is -- there are a lot -- I'm
5  making it very simple, obviously, my explanation.
6  There are lots of factors.  We're looking at --
7  we're looking at it lots of different ways.  We
8  are looking at it with everything in.  We may look
9  at, again, which services are provided by primary
10 care physicians?  Which services are provided by
11 specialty care physicians?  Which services are
12 provided in the hospital?  Outside the hospital?
13         But we're not -- I -- there's lots of
14 different ways to cut and slice data, and we have
15 good analysts that do that.  So, I couldn't sit
16 here and explain to you all the different
17 machinations that we're --
18     Q.  How long has BCBS of Massachusetts been
19 carrying out the type of analysis you have just
20 described?
21         MR. COCO:  Objection.
22     A.  I don't know.  I think as a health plan

91

1  that's just -- that's what we do, so --
2      Q.  Has that been going on for as long as
3  you've been working in the provider relations
4  field?
5          MR. COCO:  Objection.
6      A.  I would say that the manner and the --
7  the aspects I just mentioned we've been doing as
8  long as we've been reimbursing physicians.  Again,
9  I can only speak to my tenure and my services and
10 my involvement, but --
11     Q.  Now, and your involvement in the
12 physician reimbursement area started in '92,
13 right?  Do I remember that correctly?
14     A.  Well, again, I didn't work in physician
15 reimbursement, but I've had exposure to physician
16 reimbursement since the early '90s, sure.
17     Q.  Now, we spoke about the methodology BCBS
18 of Massachusetts uses to reimburse providers for
19 services.  And you stated that that methodology
20 has been in use since '95.  Has that been true ·
21 from '95 right up until the present time?
22         MR. COCO:  Objection.

92

1      A.  We've used RBRVS methodology since 1995,
2  and we still use that today --
3      Q.  Okay.
4      A.  -- as the basis --
5      Q.  How would the rates that BCBS reimbursed
6  physicians for services rendered in treating
7  patients in office calculated prior to 1995?
8      A.  We -- and again, there are lots of
9  services that don't fall under the RBRVS
10 methodology.  Prior to RBRVS coming into play,
11 most of our physician reimbursement was not
12 standardized -- probably patchwork, if you will --
13 regional differences.  And largely, what we kept
14 hearing was that we really did not have a standard
15 way to reimburse physicians.  There was no easy
16 way to draw comparisons or to -- a physician in
17 one part of the state may get paid a different
18 amount than a physician rendering the same service
19 in another part of the state.
20         With the implement -- with RBRVS coming
21 in, it made sense for us to essentially not have
22 to create our own fee schedule but to go after

93

1  something that was a nationally-set model.  So,
2  prior to 1995, we probably had lots of different
3  fee schedules, and I couldn't tell you how they
4  were calculated, but --
5      Q.  Well, pre1995, were there fee schedules
6  or were physicians being reimbursed at their
7  billed charges?
8          MR. COCO:  Objection.
9      A.  Physicians weren't billed at their
10 billed charges unless they did not have a contract
11 with the plan.  There's been fee schedules in
12 place.
13     Q.  So, as a BCBS of Massachusetts'
14 corporate representative on this topic, it's your
15 topic -- it's your testimony that there have been
16 fee schedules in place relating to service
17 reimbursements for the period 1990 to 1995?
18         MR. COCO:  I'm sorry.  Which topic are
19 you referring to?
20         MR. MANGI:  Referring to reimbursement
21 methodologies.
22         MR. COCO:  I disagree that that question

Steven J. Fox                                                    March 8, 2006
Boston, MA

94

1  has been the topic, but go ahead and answer the
2  question.
3      Q.  That's fine.  Go ahead.
4      A.  Yeah.  I mean, again, if you are a
5  physician in our network, and you have a contract
6  with us, we are not going to pay you charges,
7  unless that is a negotiated rate of payment, which
8  it wouldn't be.
9      Q.  Are you aware that other Blue Cross Blue
10 Shield of Massachusetts witnesses deposed in this
11 litigation have testified under oath that prior to
12 1995, reimbursement was at a physician's billed
13 charges subject to a U&C cap?
14     MR. COCO:  Objection.
15     A.  One, am I aware of it?  No, because I
16 haven't read anyone's testimony.  Two, when you
17 say "prior to 1995," I mean, you could be talking
18 about 1956.
19     Q.  Fair enough.  Let's focus on the period
20 1990 to 1995.
21     A.  Again, I'd be -- I joined the company in
22 1991.  I came over in 1992.  In the time that I

95

1  have been employed, and to the best of my
2  knowledge, contracts with physicians meant a
3  discount off of payment, otherwise there wouldn't
4  -- you know, again, unless as part of that
5  negotiation with that group or that doctor there
6  was a reason that part of the negotiated fee would
7  be based on charges.
8          For example, I can recall a contract
9  with a neurosurgeon in a part of the state we had
10 no neurosurgeons.  The only way to get the
11 neurosurgeon to stay with us would be to pay them
12 a rate that was equal to their charge.  Now,
13 again, that's the one example I can think of that
14 maybe that's the example that others are thinking
15 of when they're giving you that.
16          But by and large, again, in my role, if
17 you have a contract with us, the contract entails
18 certain things, and that also means a discount off
19 your rate.  It's not a U&C-based reimbursement.
20     Q.  Well, if there are -- if there were fee
21 schedules for the period 1990 to 1995, how were
22 the amounts listed on those fee schedules

96

1  calculated?
2      A.  Again, I'm not talking about -- I can --
3  you know, from 1992, '3, '4, and '5 -- I can't
4  speak to 1990, because I wasn't employed by the
5  company, those fees probably -- no, actually.  I
6  can't even speculate.  I don't know how they would
7  have been calculated.  They were in existence, and
8  I would imagine that there was some basis of --
9  there was some basis to create those fees.
10         And, again, my encounter and my
11 understanding of that, again, was that these were
12 largely regional.  They were largely not
13 standardized, and that was why in 1995 we decided
14 to standardize the reimbursement.
15     Q.  Now, I understand the rates weren't
16 standardized, but do you know of any of the
17 different methods that were used to calculate any
18 of the rates for that 1990 to '95 time period?
19     A.  The methodologies, no.
20     Q.  Do you know whether for the period 1990
21 to 1995 there was one fee schedule, or was there
22 more than one fee schedule?

97

1      A.  Well, it wasn't one fee -- excuse me.  I
2  mean, again, we went to -- 1995, the whole point
3  was to get to a standard fee schedule using
4  multipliers.  Prior to that, there were certainly
5  different reimbursements.  Again, we have multiple
6  product lines.  So, you could be -- get one set of
7  reimbursement for one product line.  You can get a
8  different set of reimbursement for a different
9  product line.  So, by definition, that wouldn't be
10 one reimbursement.
11     Q.  From 1995 to present, has there been one
12 fee schedule -- we are talking now about services
13 rendered by physician in treating patients in
14 office, or has it been more than one fee schedule?
15     A.  Beginning in '95, there was still more
16 than one fee.  Excuse me.  There was one
17 methodology used.  But we still had different
18 reimbursement by product lines.  A physician in
19 our HMO product would get a different
20 reimbursement than a physician in our PPO product.
21 And that reimbursement could be different from a
22 physician in our indemnity product.

Steven J. Fox                                          March 8, 2006

Boston, MA

98

1      It was then later years that we decided
2    to -- for physicians -- really have one
3    reimbursement across our entire book of business,
4    so --
5        Q.   What was the basis for differentiating
6    between -- or rather, for paying different rates
7    to HMO physicians versus PPO physicians versus
8    indemnity physicians?
9        MR. COCO: Objection.
10       A.   Historical. I mean, the PPO and
11   indemnity products were first, and they were
12   priced at a certain level, and then when the HMO
13   came on board in the early '90s, again, as an
14   attempt to try to, you know, have physicians want
15   to join your HMO, the reimbursement was set at a
16   different rate. And I think we kept that, by and
17   large. But then after a point it really didn't
18   make any sense, as physicians rendering care,
19   presumably, are rendering the same care to
20   everybody, depending -- regardless of product.
21       Q.   What's your understanding as to the
22   basis on which indemnity-plan physicians would

99

1    submit claims for reimbursement?
2        A.   Say that again. I'm not sure I
3    understand.
4        Q.   Let me phrase it another way then.
5    What's your understanding as to what an indemnity
6    plan is?
7        A.   An indemnity plan or an indemnity
8    provider?
9        Q.   Well, let's start with an indemnity
10   plan.
11       A.   An indemnity plan is not first-dollar
12   coverage. So, by definition, you know, again,
13   when we contract with a physician, it's an any-
14   willing-provider product. That product, again,
15   back in the -- back in history, was a U&C-based --
16   based on usual and customary and charges and all
17   of that, and that's how indemnity reimbursement
18   was set years, you know, back in the '70s and in
19   the '80s, and actually prior to that.
20       And then, as other products came on
21   board and became group purchase products offering
22   first-dollar coverage or moving into coinsurance

100

1    deductibles, etcetera, again, physician
2    reimbursement evolved or recognized that, and then
3    to essentially reimburse for that.
4        Q.   In the mid '90s were indemnity plan
5    physicians still being reimbursed on the basis of
6    charges or U&C?
7        A.   No.
8        Q.   There was a specific fee schedule
9    related to indemnity plan physicians?
10       MR. COCO: Objection.
11       A.   That's right.
12       Q.   Were the fees paid to indemnity plan
13   physicians generally higher or lower than those
14   paid to HMO or PPO physicians?
15       MR. COCO: Objection.
16       A.   Those were lower.
17       Q.   Why were they lower?
18       MR. COCO: Objection.
19       A.   Again, I think, as I said earlier,
20   because those were the rates already in existence,
21   and when the HMO rates came in, the HMO rates were
22   set at a higher rate so that physicians would

101

1    agree to see HMO members. That's why it didn't
2    make any sense. And based on physician input, we
3    changed it.
4        Q.   Now, when did BCBS of Massachusetts move
5    from having these different fee schedules for
6    different types of products to having one fee
7    schedule?
8        A.   I don't know the exact date. It was
9    either late '90s, in '99, '98, '99, could be 2000.
10   But it was somewhere in there. It might be -- it
11   probably was late '90s. I don't know
12   specifically.
13       Q.   And was the transition then to one
14   master schedule that would uniformly base
15   reimbursement to all physicians?
16       MR. COCO: Objection.
17       A.   No, I think -- I don't think you're
18   characterizing it accurately. I mean, we -- since
19   1995, we've been on a standard fee schedule.
20   There are different multipliers applied for
21   services, but the methodology is standard, and a
22   physician in a given specialty is reimbursed the

Steven J. Fox                                                    March 8, 2006

Boston, MA

---

102

1    same, again, in general, across the board.
2         The transition really just allowed three
3    different rates of payment to become one rate of
4    payment, again, using the same methodology.
5         Q.  Well, let's talk about that a bit.  When
6    you said in 1995 there was an HMO schedule, a PPO
7    schedule, an indemnity schedule, were those
8    actually separate schedules, or was it one
9    schedule subject to different multipliers?
10        MR. COCO:  Objection.
11        A.  The methodology was the same
12   methodology, but the -- the method -- the
13   multipliers, essentially, were different.
14        Q.  In other words, you used the RBRVS and
15   the other inputs we discussed to come up with a
16   fee schedule, and then different multipliers would
17   be applied to get different schedules for these
18   different products that we talked about.
19        MR. COCO:  Objection.
20        A.  I would say -- I wouldn't agree with
21   that either.  I would say yes for the HMO.  That's
22   correct -- and for the PPO.  But indemnity, I'm

---

103

1    not sure.  I think -- I don't think a factor was
2    applied to the indemnity rates, but I would say,
3    again, the net effect is three different fees,
4    potentially, for the same service.
5         Q.  Were there only three, or were there
6    more than three?
7         A.  Say again.
8         MR. COCO:  Objection.
9         Q.  We were talking about three different
10   fees: HMO, PPO, and indemnity.  Was that the sum
11   total of the variation, or were there others?
12        MR. COCO:  Objection.
13        A.  No, I think that would be it.
14        Q.  Now, what was the change that was made
15   to this system in the late '90s?
16        A.  The change I referred to?
17        Q.  Right.
18        A.  Essentially, we just -- again, to use
19   your example, if we did all of those inputs and
20   created a fee schedule and then we have different
21   multipliers, we essentially eliminated the final -
22   - that final set of multipliers.  So that when we

---

104

1    came out with the fee schedule, instead of having
2    that reimbursement vary by product, we eliminated
3    that and essentially went with the -- with the
4    different -- you know, standardized the fee
5    schedule.  So, in some instances -- in most
6    instances, actually -- the fee became one single
7    fee, as it is today, across our lines of business.
8         Q.  Was there any variation left within the
9    system?
10        MR. COCO:  Objection.
11        A.  I -- I -- any variation?  I don't know
12   what you mean by "any."  I mean, there are
13   thousands of fees.  I would --
14        Q.  Let me rephrase the question, because,
15   again, it's not a trick question.
16        A.  Sure.
17        Q.  Is there one fee schedule that
18   determined the rates paid to everyone, or were
19   there some people that were being paid at
20   different rates from other people?
21        MR. COCO:  Objection.
22        A.  See, now, that's a different question.

---

105

1    I would say -- so, it is a little different the
2    way you asked it, because for physicians that are
3    under contract with us, the answer is, in our
4    standard fee-for-service reimbursement, the answer
5    would be yes.  But the way you asked the question
6    would lead me to answer that, of course, there
7    could be instances where we would negotiate a
8    different -- a different payment for services for
9    physicians.
10        Again, though, we wouldn't negotiate
11   different rates by service, by claim, by
12   procedure, but I -- we could negotiate with a
13   group of physicians and change their method of
14   reimbursement, if you will.  So, that's why when
15   you made that clarification, that's different.
16        Q.  Let me -- let me try and hone my
17   question a bit further.  Do I understand correctly
18   that since the late '90s there's been one master
19   fee schedule, but there has been some
20   individualized negotiation as well?
21        MR. COCO:  Objection.
22        A.  Yes.

---

Steven J. Fox
March 8, 2006
Boston, MA

106

1    Q.  Now, in situations where there has been
2  individualized negotiation, do I understand
3  correctly that that negotiation is never at the
4  line-item level?
5        MR. COCO:  Objection.
6    A.  That's correct, yeah.
7    Q.  In those instances where there is
8  negotiation, it's at an overall-fee schedule, an
9  overall reimbursement level.
10        MR. COCO:  Objection.
11    Q.  Is that correct?
12    A.  That's correct.
13    Q.  Now, in those instances where there is
14  individualized negotiation at the overall fee
15  schedule level, does the negotiation pertain to
16  the use of a multiplier, or is there another
17  system used to determine the extent of variation?
18        MR. COCO:  Objection.
19    A.  A multiplier is one instance.  There are
20  -- there can be others, certainly.
21    Q.  Okay.  What are other ways or other
22  methods whereby variation is achieved?

107

1        MR. COCO:  Objection.
2    A.  The reimbursement models essentially are
3  Fee For Service, which is most of our network,
4  which is what you've been describing.  There are
5  instances where we will negotiate a capitation for
6  a group, and, again, that would be another
7  example. And then the final example would be a
8  risk model, which essentially is a budgeted risk
9  share, which, again, is a -- you pay physicians'
10  Fee For Service, and then you settle against a
11  budget.
12        So, those really are the only -- those
13  are the only methods that we use.
14    Q.  Are you referring to a withhold plan, in
15  the third instance you described?
16    A.  Not necessarily.  I mean, a withhold
17  could be attributed to any of the two that I
18  mentioned, other than Fee For Service.  You could
19  have capitation with a withhold; you could have a
20  budgeted risk share with a withhold, without a
21  withhold.  I mean, again, it's up to the
22  negotiation.

108

1    Q.  Okay.  So, let me see if I understand
2  now the extent to which there is variation.  When
3  there is individualized negotiation, one
4  possibility is that a multiplier may be applied to
5  the fee schedule, right?
6        MR. COCO:  Objection.
7    A.  One possibility.
8    Q.  Okay.
9    A.  Yeah.
10    Q.  A second possibility is that a
11  capitation arrangement may be negotiated?
12        MR. COCO:  Objection.
13    A.  That's one.
14    Q.  And a third possibility is that there
15  may be a risk model or risk share negotiated.
16        MR. COCO:  Objection.
17    A.  That would be another, uh-huh.
18    Q.  Is there anything else?
19    A.  No.
20    Q.  Okay.  In what proportion -- well,
21  withdraw that.  In the period prior to the move to
22  one master schedule in the late '90s, more

109

1  specifically in the period from 1995 until that
2  move was made, was there any individualized
3  negotiation of reimbursement amounts?
4    A.  Well, say what you mean by -- when you
5  say, "individualized," is that the categories we
6  just described, or is it something other than
7  individualized?
8    Q.  Well, was there any negotiation with
9  individual physicians --
10        MR. COCO:  Objection.
11    Q.  -- or physician practices?
12    A.  No, not -- I mean, by and large, no.  I
13  mean, there may have been instances where groups
14  had a different -- again, as I said earlier, you
15  know, there could be a group in a part of the
16  state that we need to get them in our network, and
17  so, we may have taken that group and negotiated a
18  different methodology for them.  But again, very,
19  very few times would that have happened.
20        Again, I probably refer back to that
21  neurosurgery as a good example of where we
22  probably were.  I know we did do that for a group.

Steven J. Fox                                     March 8, 2006
Boston, MA

110

1    And that's different than our competitors, again,
2    you know. I think when you -- when you look at
3    this, our model of reimbursement is very different
4    than our competitors' and that's why, you know,
5    physicians would -- that's why these differences
6    occurred.
7         Most other health plans in this market
8    are not working with direct individual physicians.
9    They're working with PHOs, IPAs, or large groups.
10   Our -- we contract with all entities down to the
11   individual physician level.
12       So, that's why sometimes when you're
13   hearing kind of the way I'm explaining it, a lot
14   of it is based on the way the market came to us
15   based on the way the market was formed.
16       Q. Does BCBS of Massachusetts have one
17   contracted physician network, or does it have more
18   than one network?
19       A. Describe what you mean by "contracted
20   physician network."
21       Q. Okay. Well, are you familiar with the
22   term "network -- physician network"?

111

1        A. Of course.
2        Q. Okay. What's your understanding of the
3    meaning --
4        A. Network is a contracted -- physicians'
5    contracted; the network could be at a plan level,
6    could be at a product level. So, for -- we have
7    multiple contracts for multiple products with
8    multiple physicians.
9        Q. Are the contracts with physicians
10   product specific?
11       A. They can be, and they are.
12       Q. Now, we've spent some time talking about
13   reimbursement for services. I'd now like to turn
14   to reimbursement for drugs administered in
15   physicians' offices. Since 1990, or as far back
16   as you know, what methodologies has BCBS of
17   Massachusetts used to reimburse physicians for
18   drugs administered in their offices?
19       A. My frame -- my frame of reference really
20   is, AWP pricing has been the model that we used to
21   reimburse physicians for drugs in the office. I'm
22   not aware of any other models.

112

1        Q. Now, how long were you personally aware
2    of AWP having been used as a basis for
3    reimbursement?
4           MR. COCO: Objection.
5        A. Far back as I can remember, so --
6        Q. So, in the early '90s, you were aware
7    that AWP has been used as a basis for reimbursing
8    physicians for drugs administered in office?
9           MR. COCO: Objection.
10       A. I wouldn't say early -- I mean, I can't
11   really speak to -- again, prior to my coming into
12   Blue Cross, but in the -- I would say -- mid '90s
13   probably is more accurate, that probably when I
14   became more aware -- in the early part of my
15   career I wasn't an expert in physician
16   reimbursement. We're talking about a lot of years
17   ago.
18          But as I started to understand and work
19   with physicians, and again, my frame of reference
20   being in the mid '90s, late '90s and into now,
21   it's always been AWP pricing. I don't know if
22   1990 or 1991 or 1992 is anything different.

113

1    Again, for me, my frame of reference is AWP.
2        Q. Okay. And that goes back to the mid
3    '90s, you said.
4           MR. COCO: Objection.
5        A. Yeah, I would say.
6        Q. Now, did you testify earlier that you
7    never heard of AWP until the late '90s?
8           MR. COCO: Objection.
9        A. Well, you have the transcript, so I
10   don't know what I said earlier. But, again, I
11   would say I've been aware of the term "AWP" being
12   in the industry. But when you're -- my
13   involvement in AWP methodology and reimbursement
14   with physicians is a different question.
15          And so, my involvement in AWP, in
16   working with physicians, would be when I started
17   to work with physicians in the field,
18   understanding reimbursement. I've -- you know,
19   I've been in health care since 1991, and I've
20   heard the term for lots of years. And my
21   understanding is that's the methodology that we
22   use.

Steven J. Fox

March 8, 2006

Boston, MA

---

114

1    Q.  Well, let me try and clarify the record
2  then, because I believe my representation of it
3  was accurate.  When's the first time you recall
4  hearing the term "AWP"?
5    A.  Again, I've heard the term "AWP" since
6  the beginning of my career, and I would say that -
7  - you know, let's use 1992 as the frame of
8  reference. I've heard the term "AWP," average
9  wholesale price, but again, at the beginning of my
10  career, it probably didn't mean much to me because
11  I was -- you know, What is that?
12      But as I started working with
13  physicians, again, then -- you know, then I
14  understood what AWP was and what it was used for,
15  and more direct, how it was that we used AWP
16  pricing to reimburse physicians.
17    Q.  And you're aware that from the mid '90s
18  onwards, at least, it was used as a benchmark in
19  setting reimbursement for drugs administered by
20  physicians in their offices to BCBS of
21  Massachusetts members.
22      MR. COCO: Objection.

---

115

1    A.  My understanding -- well, it -- I was
2  aware that it was the industry standard that we
3  used in determining the rate that we paid to
4  physicians.  I can't speak for what a physician --
5  I'm not talking about physicians, what they would
6  understand it -- but, again, I'm just talking to
7  you from my frame of reference.  We used AWP
8  pricing as the industry benchmark, and then from
9  there, calculated a rate of payment.
10    Q.  Okay. And you knew -- and you know of
11  that having been the case from the mid '90s
12  onwards.
13      MR. COCO: Objection.
14    A.  My direct involvement.  Again, it may
15  have been earlier. It probably was.
16    Q.  Are you aware that other Blue Cross Blue
17  Shield of Massachusetts witnesses have testified
18  that AWP was not used as a reimbursement benchmark
19  prior to 1995?
20      MR. COCO: Objection.
21    A.  Again, I haven't talked to anybody, so
22  I'm not sure of their --

---

116

1    Q.  But you have no reason to know whether
2  that's right or that's wrong.
3      MR. COCO: Objection.
4    A.  No reason to know.
5    Q.  Now, from 1995 onwards, was
6  reimbursement first set at AWP or at a percentage
7  of AWP?
8    A.  What date?  What are we talking about?
9    Q.  We're talking about the period starting
10  in 1995 when you first became aware of AWP's use
11  for reimbursement.
12      MR. COCO: Objection.
13    A.  Again, I -- again, I don't know exact
14  dates here.  It was AWP, and then at some point it
15  became a discount off AWP.  I don't know when that
16  became, but --
17    Q.  It's fair to say that change was
18  somewhere in the mid to late '90s, right?
19    A.  It occurred in the -- it occurred in
20  that time frame.  I don't know exactly when.
21    Q.  Now, the shift that was made was from
22  AWP to 95 percent of AWP, is that right?

---

117

1    A.  AWP minus 5 percent or 95 percent,
2  correct, yeah.
3    Q.  All right.  And that remains the
4  methodology in use today.
5    A.  I believe it is.
6    Q.  Now, have any methodologies been used
7  since 1995, the period with which you are
8  familiar, to reimburse physicians for drugs
9  administered in office other than AWP-based
10  methodologies?
11      MR. COCO: Objection.
12    A.  There's been other methodologies looked
13  at, but I don't believe we've implemented them.
14    Q.  What other methodologies are you aware
15  of that have been looked at?
16    A.  ASP pricing as a model.
17    Q.  Anything else?
18    A.  No, not that I'm aware of.
19    Q.  Now, are you aware of instances in which
20  physician practices are reimbursed at a capitated
21  rate which includes drugs?
22      MR. COCO: Objection.

---

Steven J. Fox                                      March 8, 2006
Boston, MA

118

1    A.  There may be capitated models that
2  capitate for drugs, but again, I draw the
3  distinction to what I said earlier. You have to
4  tell me if you mean drugs that are retail pharmacy
5  dispensed --
6    Q.  Sure.
7    A.  -- or a medical.
8    Q.  I'm talking --
9    A.  Budget.
10   Q.  Fair question. I'm talking entirely now
11 about drugs that are administered in physicians'
12 offices. So, let me rephrase the question so it's
13 clear. We've discussed the use of AWP as a
14 benchmark used in reimbursing physicians for drugs
15 administered in their offices. Other than AWP,
16 are you aware of any other methodologies that have
17 been used to reimburse physicians for drugs
18 administered in their offices --
19       MR. COCO: Objection.
20   Q.  -- including capitation?
21   A.  Not in that model, no. No.
22   Q.  Are you -- are you familiar with River

119

1  Bend as a physicians' practice?
2    A.  River Bend, sure, yes.
3    Q.  Are you aware that River Bend contract
4  with Blue Cross Blue Shield of Massachusetts
5  provides for reimbursement at a capitated rate?
6    A.  Yes.
7    Q.  Are you aware that that capitated rate
8  includes any drugs that are administered by River
9  Bend to Blue Cross Blue Shield of Massachusetts
10 members in office?
11       MR. COCO: Objection.
12   A.  Their contract is a total medical -- so,
13 it should be for medical services. I mean, I
14 don't know the details off the top of my head
15 specifically of the contract, but if it's a
16 medical service provided in their office, it would
17 be included in the capitation. But we don't -- we
18 don't -- we don't typically -- we don't negotiate
19 individual line items, as I mentioned, so --
20   Q.  Right. So, River Bend is one practice
21 that's reimbursed at a capitated rate that
22 includes physician-administered drugs. Is it

120

1  unique, or are there also other examples of that
2  type of arrangement?
3       MR. COCO: Objection.
4    A.  And again, I'm not saying that we're --
5  I don't know that we're reimbursing them for --
6  for drugs per se. We -- their contract is for
7  medical services. If --
8    Q.  Are you -- I'm sorry. Go ahead.
9    A.  So, if, as part of developing that
10 capitation, that medical service was included, a
11 list of J-codes was run, and we took a look at
12 that, but, again, I don't know specifically that
13 that's the case.
14   Q.  Are you aware that there has been
15 previous testimony from other Blue Cross Blue
16 Shield of Massachusetts employees that the River
17 Bend agreement does include physician-administered
18 drugs as part of the capitated rate?
19       MR. COCO: Objection.
20   A.  No. Again, I'm not familiar with other
21 testimony. But that contract -- River Bend
22 contract, one of the few capitated contracts that

121

1  we have -- is a very unique contract in a lot of
2  ways.
3    Q.  I'm sorry. It's a what?
4    A.  Very unique contract in a lot of ways.
5    Q.  Okay. Let me ask you to assume for a
6  moment that that's true; that that River Bend
7  contract does include drugs based on the testimony
8  already -- assuming that's true, are you aware of
9  any other physician reimbursement contracts or
10 arrangements that function in the same way?
11       MR. COCO: Objection.
12   A.  No.
13   Q.  Are all of the physician-reimbursement
14 arrangements you're aware of at the present time
15 pegged to AWP in relation to reimbursing for drugs
16 administered in office?
17       MR. COCO: Objection.
18   A.  Again, in -- when we -- with the
19 contracts that we have with providers, we're
20 talking about the -- what we previously talked
21 about, different models of reimbursement. We are
22 not picking out a set of services and calling them

122

1   anything. We're not identifying drugs and saying,
2   Let's take this bunch of services.
3        So, again, my understanding would be
4   that the AWP pricing model would be the pricing
5   model that we're using, because AWP is how we're
6   reimbursing physicians for drugs, even in the
7   River Bend example that you use, the capitated
8   model. But, again, the -- it still has to be based
9   from something to develop the capitation if that's
10  the case, and AWP would be what it's based on.
11      Q.  Well, you don't know that for a fact. I
12  mean, you didn't even know that it -- if it is a
13  capitated arrangement or not?
14      A.  Correct.
15        MR. COCO:  Objection.
16      Q.  So, you're speculating.
17        MR. COCO:  Objection.
18      A.  I'm following your logic. So, if you're
19  speculating, then I must be as well.
20      Q.  Well, I'm basing my question on
21  testimony from the previous witness. But fair
22  enough.

123

1        Since 1995, are you aware of any
2   methodologies that have been used to reimburse
3   physicians for drugs administered in office other
4   than AWP and the River Bend example that we've
5   spoken about?
6        MR. COCO:  Objection.
7      A.  No.
8      Q.  Now, we spoke earlier about the extent
9   to which there is individualized negotiation with
10  physician practices in relation to reimbursement,
11  right? Do you recall that?
12      A.  Yes.
13        MR. COCO:  I was going to say it's about
14  an hour if you were about to switch.
15        MR. MANGI:  I'm actually not. Let me
16  just run through this line.
17        MR. COCO:  Sure. Go ahead.
18      Q.  Is there any negotiation with physicians
19  regarding the reimbursement for drugs administered
20  in physician' offices?
21        MR. COCO:  Objection.
22      A.  Not that I'm aware of.

124

1      Q.  So, for the period when reimbursement
2   was at 100 percent of AWP, every single physician
3   who reimbursed -- who administered drugs to BCBS
4   of Massachusetts members in office was reimbursed
5   at that exact same rate?
6        MR. COCO:  Objection.
7      A.  You're making a pretty blanket
8   statement, and I've learned over the years that --
9   never say never. But, again, my understanding
10  would be that if we had that as the basis of
11  reimbursement, unless we had an individually-
12  negotiated case, which I'm not aware we did, then
13  that would be accurate.
14      Q.  Well, I mean, that's exactly my
15  question. Was this a -- was the rule that this is
16  the rate and there is to be no individualized
17  negotiation, or could there have been individual
18  negotiations?
19        MR. COCO:  Objection.
20      A.  No, the rule is the rate is the rate,
21  and that is what -- we have a standard rate, and
22  we apply it. You know, physicians can negotiate

125

1   anything they want, but it doesn't mean the Plan
2   is doing that. But no, my understanding is no,
3   and the AWP is the basis that we use for
4   reimbursement, and that's how we reimburse it.
5      Q.  And has that been true right up until
6   the present time, even after the methodology
7   shifted to 95 percent of AWP?
8        MR. COCO:  Objection.
9      A.  That would be true.
10      Q.  Now, those reimbursement rates -- the
11  100 percent and the 95 percent of AWP -- were
12  based on Medicare's reimbursement rates for drugs,
13  correct?
14        MR. COCO:  Objection.
15      A.  I would have -- I don't know.
16      Q.  Do you know at what rate Medicare has
17  reimbursed physicians for drugs administered in
18  office since 1995?
19      A.  I would have no way of knowing that.
20      Q.  Do you know how BCBS of Massachusetts
21  determined that it would reimburse for drugs at
22  first a hundred and then 95 percent of AWP?

Steven J. Fox                                                    March 8, 2006

Boston, MA

126

1    A.  Well, AWP is the price determined -- set
2    by the manufacturer.  So, if that's -- if that's
3    the rate -- I don't know if that's the rate
4    Medicare uses or not, but that's the rate that we
5    used as the industry reimbursement.
6        Q.  No, I understand that.  My question is
7    why?
8        A.  Why?
9        Q.  Why was it a hundred percent of AWP and
10   then 95 percent --
11       A.  Oh.  Okay.
12       Q.  -- of AWP versus something else?
13       A.  Oh, I understand.  Well, I think, again,
14   AWP being a -- for lack of a better word -- set by
15   the manufacturer, so, let's call that 100 percent
16   of charge, if you will.  And so, again, I think,
17   as I've been involved in physician reimbursement,
18   I think we had a general understanding that that
19   number was largely inflated.  And so, we could
20   take a percentage off and negotiate it like we
21   negotiate other numbers.
22       Q.  Now, for as long as you've been involved

127

1    in reimbursement, you understood that number was
2    largely inflated.  What did you -- what do you
3    mean when you say, "largely inflated"?
4        A.  I think it was known in the -- again, in
5    my dealings with physicians and my understanding
6    of physician reimbursement -- that the average
7    wholesale price is much like a sticker price of a
8    car, much like the charges in a hospital.  It's a
9    price with which you start.  And again, it's an
10   industry benchmark, and we go from there.
11       Q.  And that's been known in the industry
12   for a long time, right?
13          MR. COCO:  Objection.
14       A.  Well, I would say it's been -- AWP, as
15   the reference point, has been known.  I don't
16   think the health plan -- I can't speak for
17   everybody else.  Blue Cross, I think, understood
18   that AWP was -- it was a pricing model set by the
19   manufacturer.  I don't -- and, again, how we then
20   reimburse physicians off of that, again, there
21   were some -- there was some level of discounting
22   that could be attained.  At what level and how and

128

1    -- I think as we started to hear from physicians,
2    I think we then understood what that meant.
3        Q.  Okay.  I think my question was a little
4    unclear.  Let me try and rephrase it.  We talked
5    about the fact that, you know, it's well known
6    that AWP is a sticker price and that it's an
7    inflated number.  The question is, how long has
8    that been well known?
9           MR. COCO:  Objection.
10       A.  Well, again, I don't know what you mean
11   by "well known."  When I say it's a sticker price,
12   what I'm saying is that AWP is a number that is
13   pegged to the price of a drug; that AWP pricing is
14   not -- again, that's not what we're reimbursing.
15   We then -- again, my involvement in the fee
16   schedule, my assumption would be that there is
17   some -- there is some relation between the average
18   wholesale price and the cost that we would then
19   end up paying.  There has to be a relation,
20   similar to what we talked about earlier when we
21   discount fee schedules.  It's based on something,
22   whether it's Medicare -- in this instance, it's

129

1    AWP.
2        Q.  Okay.
3        A.  So, did we know -- did I know that AWP
4    was a standard -- a basis of comparison?  Yes.  I
5    don't know for how long.
6        Q.  Okay.
7        A.  You know.
8        Q.  Well, you said that since you started in
9    the provider reimbursement area it's been known
10   that AWP is an inflated number, right?
11          MR. COCO:  Objection.
12       A.  AWP -- that's my term, yeah.  AWP
13   essentially is set by the manufacturer, and that
14   number, again, when I'm saying, "inflated," I'm
15   saying, "inflated" in relation to how that price
16   then gets passed to a physician and how the
17   physician then bills.
18          We talked earlier, I think, today about
19   conversation of margin.  And so, typically, my
20   conversations with physicians on margin have been
21   exactly on that point.
22       Q.  Okay.  So, to use your sticker price

Henderson Legal Services
(202) 220-4158

Steven J. Fox                                            March 8, 2006
                        Boston, MA

---

**130**

1  example --
2      A.  Uh-huh.
3      Q.  -- it's well known and has been well
4  known since you've been involved in the provider
5  area that there are discounts and rebates that get
6  you to an actual price that's below that sticker
7  price, much like when you're buying a car, right?
8      MR. COCO:  Objection.  Well known to
9  whom?
10     A.  Uh-huh.  Yeah, well, that's what I was
11  going to ask -- well -- yeah.
12     Q.  Okay.  Let me stick with you, then.
13  When you say AWP is like a sticker price and
14  you've known that since you were involved in
15  provider relations, you understand that, like the
16  sticker price for a car, there are discounts and
17  rebates available that lower the actual price you
18  would pay to acquire that product.
19     MR. COCO:  Objection.
20     A.  No.  No, I'm drawing a distinction
21  there.
22     Q.  Okay.

---

**131**

1      A.  When I go to negotiate a car and I look
2  at the sticker price, I know that I'm not going to
3  pay the sticker price, but there is a relationship
4  between the price I pay and that sticker price,
5  otherwise the sticker price has no meaning.
6      I then go to an invoice price.  That
7  invoice price then gives me some basis of
8  comparison.  So, I'm saying AWP is the basis of
9  comparison.  That number is a number that --
10  that's an industry number.  That is a number that
11  -- I would have no reason to argue with that
12  number, because that number is the basis of
13  comparison.
14     Again, if it was -- you earlier asked
15  me, Well, why didn't we discount?  If we -- if we
16  thought that there was an unrealistic set between
17  that and some other price, we would have
18  discounted it by some other number, by 20 percent,
19  by 25 percent, by 30 percent.
20     Q.  Uh-huh.  Well, let me focus my question
21  then.  When you say it has some relationship to
22  the price that you pay, you're saying it has some

---

**132**

1  relationship to the amount that BCBS of
2  Massachusetts sets as the reimbursement rate?
3      A.  It should.
4      MR. COCO:  Objection.
5      Q.  All right.  In other words, when BCBS is
6  reimbursing at 95 percent of AWP, there is a 5
7  percent relationship between the AWP and the
8  reimbursement rate, right?
9      MR. COCO:  Objection.
10     A.  I don't know that I'm -- I mean, I -- I
11  don't know that I'm boiling it down that specific.
12  What I'm saying is that AWP and then how that
13  price is calculated and then how the manufacturers
14  then set the reimbursement that a physician is
15  receiving through other -- you know, whether it's
16  -- through other -- I don't know what the other
17  methods would be, but when Blue Cross is making a
18  payment to a physician, I'm assuming, based on my
19  -- what I'm working on -- that there is some
20  relationship between what we're paying a physician
21  is a discount off AWP -- we're not dealing in
22  theory.

---

**133**

1      If we were dealing in theoretics, we
2  wouldn't even use AWP as a pricing model.  We
3  would just negotiate direct prices with a
4  physician.  But we're taking that number as a
5  number from the industry; we're discounting it by
6  5 percent; and then that's what we're paying.
7      I think if there is -- whatever that
8  distribution is or whatever that margin is, again,
9  it's -- until I started working with physicians, I
10  don't think I understood a lot about when
11  physicians are providing injectables in their
12  office, they were making money.  I later learned
13  that.
14     Q.  Is the physician margin the same on
15  every drug and for every physician?
16     MR. COCO:  Objection.
17     A.  I would have no way to know that.
18     Q.  Now, when you said AWP is an inflated
19  number, and you've understood that since you
20  worked in provider relations, what specifically
21  are you using the term "inflated" to mean?
22     MR. COCO:  Objection.

---

Steven J. Fox                                                    March 8, 2006

Boston, MA

134

1    A.  Again, like, if you work with physicians
2    long enough, I think my -- you know, there's not a
3    memo floating around Blue Cross that says, Here's
4    the AWP in an inflated model.  I'm talking about
5    in working with physicians and having
6    conversations about this topic, that AWP, as a
7    pricing model, but, again, because the price is
8    being determined by the manufacturer of the drug,
9    I think there's -- physicians and just the -- and
10   the industry, again, this is what we would use as
11   the benchmark, but I --
12       Q.  My question is, when you use the word
13   "inflated --"
14       A.  Yeah.
15       Q.  -- the AWP is inflated, what do you
16   mean?
17           MR. COCO:  Objection.
18       A.  That, again, in talking with a
19   physician, that that -- that AWP is the rate that
20   we're using.  That is an industry rate.  But that
21   rate potentially is not -- is not accurate in
22   relation to the price they pay and the price that

135

1    we pay them.  Those would be the really specific
2    instances where I would have involvement in
3    talking to physicians about that.
4        Q.  Okay.
5        A.  And again, back to the point I made
6    earlier, physicians making a margin on purchasing
7    drugs at a wholesale price and then billing an
8    insurer for it, that's what I mean by -- that
9    would then lead me to believe that there has to be
10   some inflation in there.
11       Q.  And when you analogize it to the sticker
12   price on the car, what do you mean by that?
13           MR. COCO:  Objection.
14       Q.  Withdraw that.  Let me ask you another
15   question:  When you -- now, do you know what
16   physicians pay to acquire drugs?
17           MR. COCO:  Objection.
18       A.  No.
19       Q.  Do you have any visibility of the
20   contracts or the rates that payments -- that
21   physicians pay to acquire drugs?
22           MR. COCO:  Objection.

136

1        A.  No.
2        Q.  Does that -- do those physicians'
3    acquisition costs for drugs have any relevance to
4    the rate at which BCBS of Massachusetts determines
5    it's going to reimburse them for those drugs?
6            MR. COCO:  Objection.
7        A.  I would have no way to know that.
8        Q.  My question is, are -- is it a factor
9    that's considered in setting reimbursement for the
10   drugs?
11           MR. COCO:  Objection.
12       A.  Acquisition cost?
13       Q.  Yeah.
14       A.  Well, again, I think we're -- a
15   physician passes us an invoice for the price they
16   paid for the drug, and we're taking that at -- or
17   AWP, if you will, whatever the wholesale price of
18   that drug was, and then we are discounting it by 5
19   percent.  That's really what I would be interested
20   in looking at.  If we -- if we were looking at --
21   if we were looking at how physicians were -- I
22   mean, I have no involvement to that side of the

137

1    industry, I guess, is my point.
2        Q.  Well, let me back -- let me back up a
3    bit.  You said physicians are passing you an
4    invoice.  Do physicians give Blue Cross Blue
5    Shield of Massachusetts their invoices showing
6    what they paid to acquire drugs?
7            MR. COCO:  Objection.
8        A.  No, they're -- I think they're -- again,
9    as part of submitting a bill to be reimbursed,
10   they -- they have to show us what -- the J-codes
11   are not real specific, and so, in some instances,
12   they have to give us an invoice to show us what
13   drug, they, in fact, are using.
14       Q.  Okay.  My question is a little
15   different, though.  Do physicians give Blue Cross
16   Blue Shield of Massachusetts their invoices from
17   specialty distributors --
18       A.  Oh, okay.
19       Q.  -- or wholesalers showing what they pay
20   to acquire drugs?
21       A.  I understand.  No.  No.
22       Q.  So, Blue Cross Blue Shield of

Steven J. Fox                                         March 8, 2006
Boston, MA

138

1   Massachusetts does not have information on what
2   the physicians paid to acquire drugs.
3        MR. COCO:  Objection.
4        A.  Not that I'm aware of.
5        Q.  Okay.  So, what the physicians paid to
6   acquire drugs does not factor into and is not
7   relevant to Blue Cross Blue Shield of
8   Massachusetts' determinations of what it's going
9   to reimburse for those drugs.
10       MR. COCO:  Objection.
11       A.  Well, I wouldn't agree with that.  I
12  mean, I think -- I mean, we -- I don't have that
13  information.  But we don't have physicians coming
14  to us saying, Hey, here's a segment of my business
15  I'm making 25 percent margin on, can you keep your
16  reimbursement the same?  We don't have those
17  conversations.  Again, we're assuming that there's
18  a price for a good or a service.  That price is
19  then paid.  It's a fair price, and we're
20  reimbursing it.  I'm not -- I'm not drawing all
21  the distinctions that you are.
22       Q.  Well, let me ask you this:  You

139

1   recognize that you don't know what physicians pay
2   to acquire drugs, right?
3        MR. COCO:  Objection.
4        A.  Again, if we get -- if we have an
5   invoice that gets attached to a claim, again --
6        Q.  But there are no invoices attached,
7   correct?
8        MR. COCO:  Objection.
9        A.  You're talking about a specialty drug.
10  I mean, there is an invoice that gets attached
11  that describes what the drug is.  Where it comes
12  from or who that invoice is from?  Don't know.
13       Q.  Well, are you assuming that the amount
14  the physician submits for reimbursements is the
15  same as the amount they paid to acquire the drug?
16       MR. COCO:  Objection.
17       A.  I would have no basis to assume
18  otherwise.
19       Q.  Well, what about the fact that you know
20  AWP is a sticker price or an inflated price?
21       MR. COCO:  Objection.
22       A.  Again, I don't see -- I mean, I'm not

140

1   seeing anything in writing that's showing me if --
2   again, you know, if you go back to -- keep going
3   to the sticker price, the sticker price shows me
4   what the price is and all the options, and then I
5   negotiate a price, and then I see what the final
6   price is.  I don't have that type of trail when
7   we're talking about AWP and ultimate -- all I have
8   is -- AWP is a number.  It's an industry number
9   that we get.  I then have a physician that bills
10  us.  We pay for services.
11       I don't see everything that goes along
12  the way.  I would have no -- I don't -- I wouldn't
13  make those assumptions.
14       Q.  Well, you are making an assumption.  My
15  question is, what's your basis for assuming that
16  the amount that the physician is seeking
17  reimbursement for -- the amount that Blue Cross
18  Blue Shield of Massachusetts has determined at 95
19  percent of AWP is the same as the physician's
20  acquisition cost --
21       MR. COCO:  Objection.
22       Q.  -- what's your basis for assuming that

141

1   to be true?
2        MR. COCO:  Objection.
3        A.  I don't -- I don't really think I
4   understand the question.
5        Q.  Okay.  Well, do I correctly understand
6   your position to be that the amount a physician
7   submits -- well, withdraw that.  Do I correctly
8   understand your position to be that the amount
9   Blue Cross Blue Shield is reimbursing physicians
10  for drugs administered in office -- 95 percent of
11  AWP -- is the same amount that the physician is
12  paying to buy the drug from a specialty
13  distributor or a wholesaler?
14       MR. COCO:  Objection.
15       A.  Again, I -- I can't -- well, I can't
16  assume that, because physicians -- when physicians
17  -- when we've had conversations with physicians,
18  when we talk to physicians and physicians that do
19  this work, you know, I'm only focusing on what
20  we're reimbursing them.  I'm not having
21  conversations with them about what they pay to get
22  that drug.

Steven J. Fox                                        March 8, 2006
Boston, MA

142

1        I'm assuming -- again, I'm assuming --
2   and in the direct conversations that I would have
3   had with physicians, I'll assume, even though I
4   have my own predetermined notion about what that
5   AWP number is, we're acknowledging that the AWP is
6   the number. That's what it is. Whether I believe
7   it's inflated, whether it is inflated, that's the
8   number. And I'm also assuming that the physician
9   passing me the bill is getting paid a number, you
10  know, that's accurate.
11       I can't build into that assumption that
12  I'm having what they're actually paying to get
13  that. I'm just paying them. They send us a bill,
14  we pay the claim.
15       Q. Okay. So, you do not make any
16  assumptions as to what a physician is paying to
17  acquire a drug?
18       A. I'm not making those assumptions.
19       Q. Okay. You make no assumption as to what
20  the sum is in dollar terms. You make no
21  assumptions as to what the sum is by reference to
22  the drug's AWP, right?

143

1        MR. COCO: Objection.
2        A. I make no assumptions, because, again,
3   the whole book of our reimbursement is based on a
4   fair and reasonable price. So, I -- if I had --
5   if I believed that there was something going on
6   between the rate that is set versus the
7   acquisition cost to get that drug, if I had -- if
8   I understood that to be different, then I guess I
9   would have a different assumption.
10       Q. Well, you seem to be saying two
11  contradictory things. On the one hand, you're
12  saying you have no assumption as to what the
13  acquisition cost is. And on the other hand,
14  you're saying you do have an assumption that it's
15  somehow related to your reimbursement rate. Which
16  is it?
17       MR. COCO: Objection.
18       A. No, I think I'm saying that AWP is a
19  number that is set. AWP minus 5 percent is our
20  reimbursement.
21       Q. That's fine.
22       A. We reimburse the physician AWP minus 5

144

1   percent.
2        Q. Right.
3        A. What I believe and what my personal
4   assumptions are versus the business practice of
5   the company may or may not be relevant. I can
6   have my own beliefs. I can have physicians in the
7   industry, and I can talk to people and have a
8   certain set of assumptions.
9        Q. Okay. Let --
10       MR. COCO: Hold it. Let him -- make
11  sure he's finished with his answer.
12       Q. I thought you were finished.
13       A. No.
14       Q. Go ahead.
15       A. And so, the point being that, you know,
16  working in this field for 15 years, and in
17  particular, working with physicians on
18  reimbursement, you know, whether I'm talking about
19  injectables, or whether I'm talking about durable
20  medical equipment, or whether I'm talking about
21  charges to the hospital, rates are set, discounts
22  are applied. But when we're talking about the

145

1   real specifics of -- of understanding the
2   difference between AWP, acquisition cost, price
3   paid, I'm not assuming that there are numbers that
4   are outside -- in my own mind, I'm dealing with
5   sets of parameters based on knowledge that I have;
6   that there is some relationship between all of
7   these numbers.
8        And so, if I assume that there is a
9   relationship -- there is a fair understanding
10  amongst these numbers -- then -- then that -- then
11  I won't assume that there's any other negotiations
12  or any other dealings that go on. I would have no
13  basis for that assumption.
14       Q. What relationship are you assuming --
15       MR. COCO: Objection.
16       Q. -- between what numbers?
17       A. Again, I don't have this. I'm not
18  giving you specific numbers. I don't -- I don't
19  have numbers in my head.
20       Q. Okay. So, you have no specific
21  expectation as to the relationship between any of
22  the numbers we've discussed, be it the acquisition

Steven J. Fox                                      March 8, 2006
                        Boston, MA

|  | 146 |
|---|---|
| 1 | cost and the AWP or anything else? |
| 2 | MR. COCO: Objection. |
| 3 | A.  No.  What I'm saying is that -- |
| 4 | Q.  I'm sorry.  Let me just focus my |
| 5 | question. |
| 6 | A.  Yeah. |
| 7 | Q.  My question is, do you have a specific |
| 8 | understanding as to a specific number that is the |
| 9 | relationship between physicians' acquisition cost |
| 10 | for drugs and the rate at which Blue Cross Blue |
| 11 | Shield of Massachusetts reimburses?  Do you have a |
| 12 | specific understanding as to that point? |
| 13 | MR. COCO: Objection. |
| 14 | A.  Specific, no.  Reasonable, yes. |
| 15 | Q.  Okay.  And what -- |
| 16 | A.  Reasonable is not a, number but I would |
| 17 | assume it to be reasonable. |
| 18 | Q.  What's reasonable? |
| 19 | MR. COCO: Objection. |
| 20 | A.  I couldn't give you a number.  I don't |
| 21 | know a -- reasonable number? |
| 22 | Q.  Okay.  Well, what do you mean when you |

|  | 147 |
|---|---|
| 1 | use the term "reasonable"? |
| 2 | MR. COCO: Objection. |
| 3 | A.  Reasonable. |
| 4 | Q.  Well, what would be reasonable and what |
| 5. | would be unreasonable? |
| 6 | MR. COCO: Objection. |
| 7 | A.  I'm not -- I don't have a particular |
| 8 | number in my mind.  I'm not going to give you a |
| 9 | number, because I would not know what a reasonable |
| 10 | specific number would be.  I would know something |
| 11 | that was unreasonable.  I can't tell you |
| 12 | reasonable.  Are double digits unreasonable or |
| 13 | reasonable?  I don't know. |
| 14 | Q.  And if I were to identify a specific |
| 15 | number, would you -- would you say that well, |
| 16 | there's no way you can peg it to a specific |
| 17 | number, that's just unreasonable? |
| 18 | MR. COCO: Objection. |
| 19 | A.  Yes. |
| 20 | Q.  So, if I were to say, well, would you |
| 21 | expect it to be 20 percent, 30 percent, 40 |
| 22 | percent, 50 percent, you would say that's |

|  | 148 |
|---|---|
| 1 | unreasonable, and there's no way you can put a |
| 2 | specific number on what I expect it to be? |
| 3 | MR. COCO: Objection. |
| 4 | A.  Again, I'd just go back to that I would |
| 5 | expect it to be reasonable.  I'm not going to put |
| 6 | any number parameters around it. |
| 7 | MR. NOTARGIACOMO: Take a break. |
| 8 | Q.  Well, my question was, would you say |
| 9 | that I'm being unreasonable if I say the number |
| 10 | should be 20, 30, 40, or 50 percent relationship |
| 11 | between acquisition and AWP?  Would you say that |
| 12 | that's unreasonable, and there's no way to peg a |
| 13 | specific number to that?  Would you say that? |
| 14 | MR. COCO: Objection. |
| 15 | A.  Well, I'm not going to -- I'm not going |
| 16 | to get into what your -- I'm not going to agree or |
| 17 | disagree with that again. |
| 18 | Q.  Well, I'm asking you, do you agree with |
| 19 | it or do you disagree with it? |
| 20 | MR. COCO: Objection. |
| 21 | A.  I have no opinion on it. |
| 22 | Q.  My question is, if I were to say that |

|  | 149 |
|---|---|
| 1 | you expect there to be a relationship between |
| 2 | acquisition and AWP -- that's 20 percent, 30 |
| 3 | percent, 40 percent, 50 percent, a specific number |
| 4 | -- would that be true or would that be untrue? |
| 5 | MR. COCO: Objection. |
| 6 | A.  I would expect there to be a reasonable |
| 7 | -- |
| 8 | Q.  No.  My question is, would it be true or |
| 9 | would it be untrue? |
| 10 | MR. COCO: Objection.  It's not a true- |
| 11 | or-false question. |
| 12 | MR. MANGI:  It is. |
| 13 | Q.  I understand you expect it to be a |
| 14 | reasonable number.  My question is, if I were to |
| 15 | try and say, Well, by "reasonable" you mean this |
| 16 | specific number, would you agree with that or |
| 17 | disagree with that? |
| 18 | A.  I wouldn't -- |
| 19 | MR. COCO: Objection. |
| 20 | A.  I would neither agree nor disagree, |
| 21 | because what I'm trying to tell you is that it |
| 22 | would be reasonable.  I have no preconceived |

Steven J. Fox                                              March 8, 2006

Boston, MA

---

150

1  notion of what reasonable is.  I am not going to
2  give you a number, because I don't have one in my
3  mind.
4          MR. MANGI:  We can take a break now.
5          (Recess was taken.)
6      Q.  Now, Mr. Fox, during the break I had an
7  opportunity to review the section of the
8  transcript, and I'd like to ask you about an
9  answer you gave previously.
10     A.  Sure.
11     Q.  I asked you what you mean when you say
12 AWP is inflated.  And your answer was, "But that
13 potentially is not -- is not accurate in relation
14 to the price they pay and the price we pay them."
15 And you said that you've had really specific
16 instances where you've talked to physicians about
17 that.
18         What are the specific instances you were
19 referring to there?
20         MR. COCO:  Objection.
21     A.  I'm talking about -- again, not related
22 specifically to AWP, okay.  So, I mean, I've

---

151

1  talked to physicians about the -- yeah, we went
2  back -- you talked earlier about, you know,
3  reimbursement rates and charge-based -- physicians
4  have charges and we reimburse.  And so, I think in
5  general, it's just trying to understand the
6  relationship between what is charged and what is
7  reimbursed.  And again, so, then I think we're
8  having the conversation about AWP.
9      Q.  Well, again, let's go back to your
10 previous answer.  When you said that, "AWP
11 potentially is not accurate in relation to the
12 price they pay," physicians pay --
13     A.  Physicians.
14     Q.  -- how do you know that?
15         MR. COCO:  Objection.
16     A.  How do I know that?  Physicians -- just
17 conversations I've had with physicians.  Again, we
18 reimburse, and we expect a fair and reasonable
19 reimbursement, so --
20     Q.  How long -- when's the first -- well,
21 withdraw that.  When's the first of these
22 conversations with physicians you recall that led

---

152

1  you to understand AWP is not accurate in relation
2  to the price physicians pay?
3      A.  There's no specific instance that I --
4          MR. COCO:  I'm sorry.  Objection.
5          THE WITNESS:  Sure.
6      A.  There's no specific instance.  Again, I
7  -- you know, we go back in time, and you know, I
8  recall having conversations.  I can't tell you
9  with who or when.  But, again, just try to under -
10 - as I -- just wanting to understand more about
11 the reimbursement side.  Again, the pharmacy
12 reimbursement or the medical drug in this instance
13 that we're talking about is a real small piece of
14 the overall reimbursement pie that I deal with.
15     Q.  How long have you known that AWP is not
16 accurate in relation to the price physicians pay
17 to acquire drugs?
18         MR. COCO:  Objection.  Misstates
19 previous testimony.
20         MR. MANGI:  I'm actually reading from
21 his testimony.
22         MR. COCO:  When you had read it before,

---

153

1  you had read that "AWP potentially is not
2  accurate," and now you're taking out the word
3  "potentially."
4          MR. MANGI:  "But that potentially is not
5  -- is not accurate in relation to the price they
6  pay."  That's the sentence I'm reading from.  My
7  question is a simple one.  When you say it's not
8  accurate in relation to the price they pay, how
9  long have you known that?
10         MR. COCO:  Objection.
11     A.  Well, rather than me -- I guess then
12 what I'll say is that obviously the word that I'm
13 using is not -- I'm not using it in that context.
14 And so, as you're playing back what I'm saying,
15 maybe I was going too fast --
16         THE WITNESS:  As you suggested --
17     A.  -- but my point that I was trying to
18 make, and if I change the word, since there's so
19 much focus on it, AWP is a point of reference, and
20 I guess what I'm trying to say is that I
21 understand that to be a point of reference.  I'm
22 understanding that there is a difference between

---