**comfortable** 154:9
**coming** 14:11 15:15 29:15 82:10 92:10,20 112:11 138:13 361:9
**command** 76:22 77:1 249:4
**commencing** 1:22
**Commission** 364:22
**committed** 247:5 297:18
**committee** 34:15 34:18,22 35:10 35:12 36:9 37:2 37:15,20 40:19 238:6
**committees** 34:5,10
**committee's** 35:18
**committing** 298:16
**common** 243:21
**Commonwealth** 1:19 364:1,3,20
**communicate** 9:2,5 9:10,19 10:10 16:21 17:5 18:10 69:19 71:6 255:17 259:4 273:5 278:12,15 279:4,5,5
**communicated** 71:1
**communicating** 10:18,19 16:14 193:9 278:20
**communication** 8:15,19 10:15 12:9 18:14 43:17 43:18 46:11,14 187:6 229:17 237:3 238:1 247:6 278:8 280:6
**communications** 16:15,16 33:20 33:22 227:15 228:1,3,8,10,15 229:4,5,6,9,10,11 229:21 233:6 238:7 258:13 277:5,7 279:18 280:1,7,14 347:13
**community** 87:7
**companies** 218:15 282:3 359:5
**company** 27:17 51:3 88:10 94:21 96:5 144:5 225:10 230:9 235:22 257:22 297:17 326:12,17 347:1,2
**compare** 78:10 207:12 358:10
**compared** 73:6 182:1,9 240:14 240:15 290:10
**comparison** 6:7 129:4 131:8,9,13 174:8 336:15 357:4 359:2
**comparisons** 92:16
**compendia** 181:14
**compendium** 305:5
**compensation** 314:1,6 319:4
**competitive** 240:9 240:12,17
**competitors** 76:4,9 76:17 110:1,4 252:14 254:10,16
**complaining** 74:17 280:14
**complaint** 74:14 243:21
**complete** 299:2,9
**completed** 299:6
**completely** 161:20
**completing** 299:15
**Compliance** 323:5
**comply** 323:10
**component** 230:13 231:15 332:22
**con** 202:10,22 203:10,11,21 204:10 207:6
**concept** 39:13 322:15
**concepts** 38:2,3
**concern** 18:10 73:18 326:2
**concerned** 72:3 292:21 325:22 342:12
**concerns** 17:14 28:20 72:5 194:2 194:7 243:13
**conclusion** 162:11 173:4 186:3 276:9,10 357:19
**concurs** 161:2
**conditions** 28:16
**conduct** 20:11
**confidential** 244:9
**confidentiality** 243:13
**configured** 233:13 259:19
**conflict** 44:5
**connect** 45:14
**connected** 54:19
**connection** 217:8 314:20
**cons** 202:8
**consequence** 268:8
**consider** 75:2 76:5 76:12,13 188:21 200:21 297:10 358:12 362:11
**consideration** 73:19 74:1,15 189:10 199:15,19
**considered** 72:16 74:18 136:9 188:18 190:16,22 192:15 200:11,13 200:14 202:12 208:6 216:5 242:5 247:11 362:15
**considering** 182:14 191:13 217:3
**considers** 72:7
**consistent** 166:22 169:14 183:15,20 184:3 276:11 282:6 283:4
**constituencies** 29:11
**constituent** 29:13
**contact** 227:7
**contain** 88:13
**contained** 329:14
**contemplate** 208:13
**contemplated** 30:19 192:9 206:20 208:11 247:22 322:18
**contemplates** 312:5
**contemplating** 201:5 343:2
**context** 7:17 33:8 61:12,19 153:13 154:4 158:17 248:22 249:22 254:22 300:5,7
**Continued** 2:22 3:1 3:22 4:1 6:1
**continues** 209:20 252:13 327:14
**continuing** 44:1,3
**contract** 12:5,17 13:6,14 15:1,12 15:12,14 46:11 54:21 55:5 57:8 93:10 94:5 95:8 95:17,17 99:13 105:3 110:10 119:3,12,15 120:6,21,22 121:1,4,7 209:2 219:21 221:5,10 221:11,15 223:2 239:20 240:2,18 240:22 246:8 250:4 308:12,19 308:22 309:2 310:1 311:15 316:18 317:5,12 321:2,16 330:13 330:17 331:3,9 334:1,5,9,10 336:7
**contracted** 110:17 110:19 111:4,5 219:2 224:14
**contracting** 61:1 216:10 220:5 222:7 235:2 308:9
**contracts** 11:13,22 12:2 14:14 95:2 111:7,9 120:22 121:9,19 135:20 205:12,17 211:7 211:11,13,16 224:3 229:1

308:3 313:12 315:7 320:15,18 320:21 323:16 325:16 326:10 329:15,19 335:21 336:8
**contractual** 250:5
**contradictory** 143:11
**contrary** 53:7 266:1 269:11
**control** 73:6 86:22 87:6 245:14 364:8
**convenient** 204:1
**conversation** 39:22 41:18 129:19 151:8 191:22 200:18 203:5 206:18 247:9,18 265:2,20 266:16 361:11
**conversations** 29:10 30:2 32:17 32:20 34:13 37:6 37:7,11,17 129:20 134:6 138:17 141:17,21 142:2 151:17,22 152:8 158:7 207:22 248:6 264:16,19 267:1 267:17 273:8 341:22 343:5 359:13 361:13
**conversion** 196:6,7 196:12,12 246:7
**convicted** 330:3
**Cook** 247:4 272:5 272:19 276:11,14
**Cook's** 272:13
**coordinate** 226:11
**coordinator** 50:9 50:21,22 51:9 57:1 58:14
**copayment** 314:9
**copied** 273:1,15 274:5
**copies** 323:11 328:4
**copy** 13:7,8 15:7 40:9,9 50:6 187:22 273:15 323:9 336:19
**Coral** 47:3
**core** 189:18
**corporate** 64:7 93:14 338:6,9,14 339:2
**corporation** 288:20 307:16
**correct** 15:10 24:17 29:5 30:21 33:18 34:1 36:5 51:17 51:18 52:1 55:8 60:8 65:11 67:9 77:9,13 81:12 84:12,19 102:22 106:6,11,12 117:2 122:14 125:13 139:7 176:18 184:20 185:2 186:8,10 205:8 214:16 215:18 221:9,20 222:9 224:5 229:12,16 232:4 233:7 234:15 253:10 259:12 261:9 308:11 311:11 321:20 329:12 330:22 331:2 332:2 333:13,16,22
335:1 352:9
**correctly** 81:10 91:13 105:17 106:3 141:5,7 165:15 216:9
**cost** 128:18 136:12 140:20 143:7,13 145:2 146:1,9 164:13 165:16 166:5,18 167:1 168:9 169:7,21 170:18 172:11 174:17 177:1 178:1,10 179:6 179:18,21,22 180:18,20 181:22 182:1,9,18,19 184:17 185:9,21 186:13 191:7 204:14 210:17,20 270:8 293:20,22 294:10,14,17 295:10 296:12,18 302:5 323:14 328:9 332:8,14 332:16,21 341:20 345:5 347:6
**costing** 205:7
**costs** 31:6,16 79:8 88:13 89:6,15 136:3 159:10 173:17 191:8 290:4 291:10 292:2,3,7 293:13 298:8 344:14 362:12
**cost-based** 332:6
**cost-by-market** 89:10
**cost-plus** 78:4
**council** 20:14,15,16 21:2,18,19 22:3,4
22:7,10,11 23:16 24:1,8,21 25:5,18 26:7,8,15,21 28:8 29:19 30:16 31:2 31:5,9 34:3,4 41:10,21
**counsel** 2:10,19 3:10,19 4:9 280:20 364:10
**country** 8:11,12 78:3,5,7,9 79:20 79:22 80:1
**couple** 12:10 36:11 43:22 44:17 51:1 51:7 64:11 211:3 242:8 244:4 258:7 291:8
**course** 13:18 14:4,6 14:12 32:3 44:8 44:22 45:11,12 45:20 63:16 105:6 111:1 262:16
**courses** 46:8,9,13 46:16
**COURT** 1:1 303:16
**cover** 78:17 79:8
**coverage** 99:12,22 209:4 219:20
**covered** 315:2 334:13
**CPI** 70:10,14 255:12
**CPT** 39:19 40:6 81:13 89:3
**create** 92:22 96:9 210:5 241:9 312:15 332:11
**created** 22:12,14 35:4 103:20 319:20 322:18
331:18,18 332:5
**creates** 251:7,13 252:3
**creating** 68:18 191:8
**credentialed** 60:19
**credentialing** 330:13
**criteria** 25:17
**cross** 8:1,12 9:6 16:20 23:4 26:9 28:14 39:14 42:12,13 48:12 64:6 66:8,11 94:9 112:12 115:16 119:4,9 120:15 127:17 132:17 134:3 137:4,15 137:22 138:7 140:17 141:9 146:10 166:17 173:9,12 178:19 188:17 197:6 201:4 204:15 215:20 216:20 217:7,16 218:3 218:16,20 219:19 219:22 220:4,5,7 220:10,14,18,20 221:3,5,6,10,17 222:15 223:8 224:2 236:1 237:17 252:9 253:13 254:9 255:1 257:21 261:20 266:10,13 274:7 277:6 284:6,7 301:10 305:13,17,21 306:21 308:2 323:20 335:20 337:13 338:10

346:8 347:4 357:15
**cross-service** 327:6
**Cross/Blue** 2:19 3:3,10
**CRR** 364:18
**current** 28:13 33:16 187:1 197:6 207:3,15 211:6 233:17 287:8 288:7 306:14 307:20
**currently** 86:6 231:22 240:19 248:17 309:5
**customary** 99:16
**customer** 60:17 218:1 219:18,18 222:21 235:18,18
**customers** 164:22 218:3
**cut** 90:14
**cutting** 299:5

D

**D** 5:1 7:1
**data** 90:14 244:11 315:10 324:4 345:6
**date** 38:19 49:18 101:8 116:8 263:21 285:14 316:19
**dated** 156:20 272:5 281:11 344:7
**dates** 116:14 155:13 307:12 316:20 360:7
**day** 188:17 225:9 267:2 283:19 348:2 359:22 363:11 364:5,15
**days** 259:3,4
260:14,22 261:2 316:2 329:10
**day-to-day** 359:13
**deal** 37:14 152:14 174:20 232:20
**dealer** 354:6,6 355:4
**dealership** 354:20
**dealing** 59:3 132:21 133:1 145:4 155:16 156:10 189:19 226:21
**dealings** 56:6 127:5 145:12
**dealt** 39:15
**Deb** 202:1,4,6 247:3
**decide** 253:1,2 312:2
**decided** 96:13 98:1 193:10 201:9 241:21 252:21 284:8 327:8
**deciding** 200:15
**decision** 26:5,14,18 68:11 73:10 189:20 192:19 199:3 213:14 214:14 256:12 257:15,16 258:5 260:20,21,22
**decisions** 190:16
**decision-making** 231:13
**decrease** 247:2
**deductibles** 100:1
**deemed** 327:17
**defendants** 10:6 173:13
**define** 27:6 168:17 359:15
**defined** 42:20 320:20 325:5 328:18 333:2
**defines** 314:22
**definitely** 204:22 227:5 334:10
**definition** 97:9 99:12 164:20 215:1 218:18
**degree** 43:21 44:19 46:21 89:7
**delivered** 204:17
**delivery-system** 59:18
**delivery-system-t...** 59:15
**department** 17:10 17:16,16,17,19,20 33:17 48:15 57:12 58:6 156:2 156:6,9 173:6 184:11 204:17 205:5 226:7 227:20,20 229:20 229:21 230:6 263:6,19 265:2 277:8,12 278:5 289:6 339:5 342:6
**departments** 228:12
**depending** 80:19 83:7 98:20
**depends** 35:17 79:21 80:3 82:5 201:15,15 245:11 245:11 351:4
**deponent** 364:5,6
**deposed** 7:10,13,22 94:10
**deposition** 1:12 7:18 63:17,20
64:19,20 212:16 215:16 353:3 362:10,21 364:9 364:12
**depositions** 352:7
**describe** 8:6 110:19 244:20 317:20
**described** 33:8 69:22 79:15 88:13 90:20 107:15 109:6 190:10 252:19 317:11 360:3
**describes** 139:11 288:6 313:22 321:16
**describing** 34:16 89:8,11 107:4 255:19
**DESCRIPTION** 5:8 6:2
**designated** 64:6 215:19 338:19
**detail** 49:22 88:20 177:4 180:6,12 192:1 201:14 238:2 359:10
**detailed** 208:1 232:17 327:3 359:11 360:14
**details** 119:14 198:9 211:22 215:2 302:14
**detect** 74:7
**determination** 212:6 300:9 347:9
**determinations** 138:8
**determine** 66:20 106:17 183:17 217:9 244:1,21
247:4
**determined** 66:13 66:15 69:1 104:18 125:21 126:1 134:8 140:18 196:6 220:19
**determines** 136:4
**determining** 72:7 115:3
**Devaux** 202:1,6
**develop** 122:9
**developed** 312:3,8
**developing** 120:9
**development** 58:7 58:8 305:9
**devoted** 256:16
**diabetic** 318:9
**dialog** 20:21 28:11 39:8 192:5 247:5 341:20
**differ** 250:14
**difference** 145:2 153:22 154:1,16 154:21,22 155:2 155:5,9 158:2,13 160:8,11,17,21 161:6 163:16 164:1 167:2,11 168:10,11,13 169:5 173:16 175:19 176:2 197:21 198:7,15 199:18 205:20 207:16 214:21 301:5 302:11 339:13,21 355:13 355:14
**differences** 81:4 92:13 110:5 208:3 215:6 260:5 332:3

356:8
**different** 23:13,14 25:3,7 34:17 36:11 44:1 56:8 60:21 64:16,17 67:19 68:5,13 69:16 76:17 83:5 83:7 88:7 90:7,14 90:16 92:17 93:2 96:17 97:5,8,8,17 97:19,21 98:6,16 101:5,6,20 102:3 102:9,13,16,17,18 103:3,9,20 104:4 104:20,22 105:1 105:8,8,11,15 109:14,18 110:1 110:3 112:22 113:14 121:21 137:15 143:8,9 158:6,9,9 161:18 163:9,10 173:5 178:18 179:15 198:12 204:14 213:7 215:5 217:15 228:12 235:15 244:12,14 245:16 246:4 249:12 250:19 251:21,22 252:3 252:7,8,10,11,22 254:7 255:13 257:22 259:22 260:11 262:9 267:11,21,21 268:6,19 269:2 270:16,19 276:6 279:16 284:3 286:20 300:20 306:9 310:8,9,14 310:15,19 313:8 313:11,12 316:20 320:1 326:19,20 331:10 334:6 339:17 342:10 345:21 346:18,20 350:3,5 351:10 353:10 354:2,9 354:10 356:1 357:3,22 358:8 360:14 361:18
**differential** 82:14 83:2 175:2 253:6 253:21 297:1,3 297:10 300:17 302:5
**differentials** 252:15,18 253:16 254:11,17
**differentiating** 84:16 98:5
**differently** 253:8
**difficult** 211:2 244:17 332:10 333:5 355:2 357:4
**digits** 147:12
**diligence** 70:13
**dinner** 41:17
**dinners** 42:1
**direct** 7:5 43:1 110:8 114:15 115:14 133:3 142:2 209:4 227:7 245:17 301:6
**direction** 364:8
**directly** 18:6 37:14 51:11,13 55:11 79:11 156:13 181:11 210:20 216:15 221:18,22 225:7 226:21 232:1 243:11 286:13 308:19
**director** 33:16,19 33:21 34:19 225:18 226:3,6,8 227:9,12,13,14,16 227:19 228:3,7 230:2,2,10,11 231:19 232:3 264:14,19 297:16 300:10,12 346:7 346:14 347:3
**directors** 20:20 26:12 34:12 35:9 42:15 43:6 281:20
**disagree** 93:22 148:17,19 149:17 149:20 174:10 185:11,15,17 186:7 271:5 284:2 299:7 317:3 344:17 345:1
**disagreeing** 345:4
**disagrees** 316:22
**disbursement** 69:18
**disclose** 10:4
**disclosure** 21:9
**discount** 95:3,18 116:15 128:21 131:15 132:21 182:15 283:15 353:10 356:17,22
**discounted** 131:18 282:2,22
**discounting** 127:21 133:5 136:18
**discounts** 130:5,16 144:21 341:3,6 341:12,16 342:3 342:10,10
**discourage** 37:4
**discovery** 352:13 353:2
**discuss** 29:7 34:8 208:1 247:4 305:3
**discussed** 19:19 21:9 28:8,19 32:11 38:2 39:6 40:12 41:7 77:6 102:15 118:13 145:22 160:20 175:17 189:15 190:1,20 198:4 206:14 208:8 212:12 215:7 222:18 238:9 247:7 254:21 267:10 305:9
**discussing** 264:5 266:11 353:8
**discussion** 29:18 30:15 31:1,4,8 37:21 39:3 41:17 258:1 266:15
**discussions** 37:1 191:18
**disease** 224:16
**disparage** 37:9
**dispensed** 118:5
**disputing** 165:3
**dissatisfaction** 304:19 305:10
**distinction** 16:1,4 16:12 17:21,22 31:16 72:15 73:14 74:10,12 75:4 81:12 83:15 84:8 85:20 118:3 130:20 230:9,12
**distinctions** 138:21
**distinguish** 73:9
**distributed** 81:21 89:6
**distribution** 46:4 133:8
**distributor** 141:13
**distributors** 46:1 137:17
**DISTRICT** 1:1,2
**division** 306:9
**doctor** 24:9,11,16 24:17 26:14 72:19 73:15,17 95:5 253:22 264:4 265:4,20 265:21 266:16 267:9 268:19 276:14
**doctors** 13:18 14:3 14:5 21:19 25:2,4 25:5 26:5 75:17 84:9,10 267:21 268:4,9 269:1,3 287:10 324:19
**doctor's** 84:9
**document** 1:9 63:11,11,13,16,20 64:1 155:19 157:17 158:5 160:13 161:2,4 161:11 162:3,12 162:19 171:13,14 173:6 181:6 184:5,9 187:4,5 187:15,20 188:2 188:8,12,14,19 189:6 191:3 192:7,11 194:17 201:1 208:14 213:13 214:22 215:12 236:8 238:4 239:6,11 263:10 264:12

267:6 272:6
274:3 275:3
280:21 284:7
285:2 291:16
294:6 303:15,19
303:21 309:19
317:14 328:15
329:3 336:17
337:3,14,18,21
338:11,13 339:22
340:3,13 342:18
344:4 346:6
**documented** 161:8
**documents** 155:16
217:1,7 236:4
257:3 279:7
323:12 343:19
**doing** 21:14 68:19
68:19 86:15
88:11 91:7 125:2
210:11 215:4
228:20 241:12
247:18 251:11
256:21 258:11
277:4 347:1
**dollar** 49:15 68:4,5
69:1 85:4 142:20
319:9
**dollars** 83:11,13
84:1 86:7 322:14
**dose** 287:6
**double** 43:17
147:12
**double-digit**
300:20,21
**dozens** 309:14
**Dr** 21:3 24:5,10,13
**drafting** 211:13
**draw** 16:12 63:12
73:13 85:20
92:16 118:2
162:10,11 173:4
184:6,13 186:3
236:7 244:16
276:8 281:9
285:17 287:3
344:11
**drawing** 16:5
72:15 74:12 75:3
83:16 84:8
130:20 138:20
161:16 358:3
**Dreyfus** 234:4,5,16
235:20
**Dreyfuss** 234:11
**DRI** 70:10 255:12
**Drive** 3:6
**driving** 87:21
89:15
**drug** 32:12 55:11
79:12 128:13
133:15 134:8
136:16,18 137:13
139:9,11,15
141:12,22 142:17
143:7 152:12
154:17 167:19
168:4 169:3,7
170:18 172:11
174:17 177:1,7,7
177:8,17,19
178:1,2,10 179:6
179:7,8,21
180:18,20,21
182:20 184:17
185:9,21 194:19
196:17 197:3
198:7,8 206:9
207:6,10,13
208:17 237:20
246:21 250:14
270:8 276:5
277:19 278:17
282:14 293:20
294:22 295:1,5
295:11 300:7,8
305:3 308:3
324:14,19 356:14
358:14
**drugs** 5:19 30:4
31:6 32:1,4 39:15
39:18 46:5 49:10
55:10,17 57:20
61:6,15 62:7,17
64:13 65:15 85:5
85:11,15,21,22
86:5 87:13 89:22
111:14,18,21
112:8 114:19
117:8,21 118:2,4
118:11,14,17
119:8,22 120:6
120:18 121:7,15
122:1,6 123:3,19
124:3 125:12,17
125:21 135:7,16
135:21 136:3,5
136:10 137:6,20
138:2,6,9 139:2
141:10 146:10
152:17 155:7,11
157:7,13,21
159:11,20 160:3
161:12,12 162:16
163:2 165:20
166:15 168:20
169:21 174:4
176:8 179:15
181:14,17 182:1
191:8 204:16
205:3 206:12
216:18 217:12
237:11 250:18,20
251:1 262:1,6,19
264:6,9 265:4,22
266:17 267:22
268:4,10 269:2,4
269:10 282:2,8
282:12,18,22
283:6,11 284:10
285:5 286:8,20
287:7 290:4
291:10 292:2,3,7
292:12,17 293:22
302:12 304:10
307:22 337:15
341:4,6,13,16
342:4 344:13
345:5 347:6
355:17,22 357:6
357:14,18 358:2
360:12
**drug's** 142:22
**due** 70:13
**DuLong** 272:6
**duly** 7:4 364:5
**durable** 144:19
263:3

**E**

**e** 3:1,1,4 4:1,1 5:1,7
6:1 7:1,1 272:7
272:22 273:1
**earlier** 55:1 56:9
64:15 65:3,9
79:19 81:3
100:19 109:14
113:6,10 115:15
118:3 123:8
128:20 129:18
131:14 135:6
151:2 162:15
168:20 175:17
188:16 190:10
196:9 200:5
225:9 228:19
241:14 247:13
248:22 255:7
257:4 267:3
269:19 273:11
275:6 283:10,19
294:2 311:10
316:6 317:8
320:16 327:5
343:11 344:20
348:2 351:6
359:22 360:21
361:2
**early** 51:22 52:16
55:9 71:10 91:16
98:13 112:6,10
112:14 306:7
**earnings** 319:1
**easier** 210:8,12
**East** 307:3
**easy** 82:18 92:15
**economy** 244:15
**Edmonds.com**
351:10
**educate** 64:17
**education** 43:12
44:1,3 228:20
**educational** 43:20
**Edward** 2:4
**ed@hbsslaw.com**
2:9
**effect** 103:3 251:22
331:21
**effective** 236:14
332:17,19
**effectively** 247:2
**efficient** 231:9
**efforts** 86:22 88:13
217:8
**eHealth** 33:20,22
228:8 230:5,13
**either** 13:12 18:5
25:19 26:1,2
42:16 62:20
76:13 80:9 101:9
102:21 186:6

213:18 270:1 291:13
**electronic** 18:18 230:17,18 231:12
**elevated** 233:19
**eligibility** 59:10
**eliminated** 103:21 104:2 322:10 332:21
**Elizabeth** 4:4
**else's** 273:12
**emergency** 239:9 239:18 242:9 245:13 246:9 252:21
**emergent** 239:22
**emphasize** 267:9 268:20
**emphasizing** 270:16
**employ** 52:12 218:15
**employed** 52:9 95:1 96:4 364:11
**employee** 307:20 364:12
**employees** 42:9,12 120:16 306:14,18 309:4,6,10
**employer** 224:20 225:4 324:4
**employers** 29:5,12 61:3 218:15
**employment** 225:10
**encounter** 96:10
**ended** 362:21
**engage** 37:6 86:21 266:10
**enroll** 59:8
**enrolled** 60:19
**ensuing** 364:6
**ensure** 79:3
**entails** 95:17
**enter** 76:18 219:21 221:4 237:2 316:19
**entered** 250:4 310:4
**entering** 222:2
**enters** 11:13,22 12:2,4 209:3 325:16
**entire** 88:10 98:3 188:14 232:14 250:6 252:8 260:4 287:22 336:5
**entirely** 22:8 118:10 252:7
**entities** 46:1 110:10 218:7 219:9 223:9,12,14 224:11,13
**entitled** 181:6 239:9 337:3
**entity** 53:15 54:15 56:6 60:11 219:11
**entries** 304:18
**entry** 246:20 337:6 337:9
**environment** 318:22
**equal** 95:12
**equipment** 144:20 263:4
**erowe@shb.com** 4:8
**errors** 72:21
**ESI** 308:12
**Esq** 2:4,13 3:4,14 4:4
**essentially** 8:9,16 9:3 12:13 20:20 28:11,18 29:16 31:15 40:3,6,7 48:21 50:9 57:7,8 58:9 60:16,22 66:21,22 68:18 92:21 100:3 102:13 103:18,21 104:3 107:2,8 129:13 190:9 209:9 210:18 222:4 226:12 231:7 235:11 257:21 258:19 318:2,21 319:20 322:11 328:16 332:21 336:10
**established** 157:8
**estimate** 36:8 182:17 196:4
**etcetera** 100:1 229:3
**evaluating** 199:6
**evaluation** 247:12
**evenings** 44:17
**evens** 272:18
**event** 325:21 327:8
**events** 28:13
**eventual** 10:22 192:18
**evergreen** 316:18
**everybody** 98:20 127:17 288:19
**evidence** 163:11 269:14
**evolved** 100:2
**EVP** 235:9
**ex** 42:11
**exact** 101:8 116:13 124:5
**exactly** 50:16 116:20 124:14 129:21 193:10 268:4,9 306:13 336:11
**examination** 362:7 364:6
**example** 19:11 35:7 45:4,22 73:2 76:1 95:8,13,14 103:19 107:7,7 109:21 122:7 123:4 130:1 195:3 198:14 219:5 221:4 222:21 223:5 249:12 301:4 315:11 351:5
**examples** 17:1 120:1 210:2,10 314:16
**excess** 196:19 198:1 323:1
**exclude** 250:18
**excluded** 216:18 321:4,6
**excluding** 85:10 89:20,21 90:1
**excuse** 97:1,16
**executed** 229:1
**executive** 21:6 26:9 42:17 234:6,7,9 235:4
**exhibit** 5:9,10,11 5:13,14,15,16,17 5:18,19,20,21 6:3 6:5,7,8,9 63:9 155:20,21 170:13 178:3 187:16,19 213:6 215:9 236:6 238:19,20 238:21 239:1 241:20 247:22 248:7,9 263:11 271:8,11,12 280:22 281:3,5,8 281:8 285:3,5 303:16,18 309:21 309:22 330:19 334:3 336:16 342:16 343:8,9
**exist** 35:4
**existence** 23:17 54:3 55:4 96:7 100:20 156:16 307:9,10 310:16 313:5
**exists** 22:20 161:8 220:12
**expanded** 58:11
**expect** 147:21 148:2,5 149:1,6 149:13 151:18 164:16,22 165:1 165:7 166:9 167:16,22 173:22 175:9 298:19
**expectation** 145:21 169:10 170:4,7
**expectations** 303:4
**expected** 176:1
**expecting** 168:2 183:2 298:20
**experience** 71:14 83:5
**expert** 112:15 349:19
**expertise** 65:21
**Expires** 364:22
**explain** 55:17 90:16 332:10
**explaining** 110:13 258:13
**explanation** 90:5 276:19
**explore** 21:7 66:4

293:7
**exposure** 91:15
**Express** 308:10 309:2,3
**expressed** 72:5
**extent** 31:19 80:12 106:17 108:2 123:8 214:18 216:1,14 237:6 242:13,15 292:20 352:22
**external** 22:6 51:8 228:17 229:5 230:7 247:6
**externally** 226:14 230:8
**extra** 15:7 336:19
**extract** 344:4
**eyes** 300:7
**e-mail** 18:18 263:13,21 264:12 265:6,12,17,19 267:3 269:17 271:16 272:2,13 272:20 273:14 274:6 277:14,16 277:17 278:21 281:10,22 283:18 284:4
**e-mails** 272:7 281:9 284:1

F

**face** 31:14
**facets** 55:15
**facility** 84:13 203:12 250:21
**fact** 30:11 56:14 62:2 63:1 122:11 128:5 137:13 139:19 191:12 199:17 202:20 264:16 267:9,20 268:20 301:12 302:6,8,19 303:1 341:12,15 347:3 348:19 349:6,9 357:20
**faction** 319:14
**factor** 69:21 72:6 72:11,13,16 73:8 73:9,14 74:18 75:3,11,19 76:5 103:1 136:8 138:6 192:14 196:6,7,12,13 200:18 202:12 206:1 241:2 243:7 245:8 246:4,7
**factors** 69:16 70:11 86:14 90:6 177:5 199:3 200:13,19 202:22 246:17
**facts** 75:7 222:18
**fact-based** 75:13
**fair** 94:19 116:17 118:10 122:21 138:19 143:4 145:9 151:18 170:4 242:22 243:2 255:21 256:15 272:16 298:19
**fairly** 312:22,22
**fall** 47:21 50:12 92:9 234:21
**Fallon** 21:3 24:5,9 24:17
**Fallons** 224:7
**Fallon's** 26:14
**falls** 82:5
**familiar** 30:21 32:8 53:15 64:22 65:21 110:21 117:8 118:22 120:20 155:15 156:1,4,15 181:9 181:11 190:3 211:15 214:1 219:5,10 222:10 239:12 285:7,11 294:9 295:1 298:3 303:22 317:17 321:21 344:9
**Familiarize** 336:17
**Fanale** 24:10,13,16
**far** 60:13 111:15 112:5 178:12,13 220:13,16 241:6 254:9,15 303:11 306:3 352:12
**fast** 153:15
**favorable** 274:15 275:21,22
**FDA** 39:19 304:12
**Feb** 230:1
**February** 48:8 189:5,6 228:4,5
**Federal** 1:15
**fee** 6:7 9:18 10:1,19 11:11,12,21 12:1 12:2,6,13 13:8,17 14:4,13 15:2,5 21:9 69:14 74:5 92:22 93:3,5,11 93:16 95:6,20,22 96:21,22 97:1,3 97:12,14,16 100:8 101:5,6,19 102:16 103:20 104:1,4,6,7,17 105:19 106:14 107:3,10,18 108:5 128:15,21 166:10 194:13 196:10 199:6 201:21 202:6 206:9 209:9 236:13,15,20 237:5 238:18 240:4 241:12,22 243:17 248:16,18 248:19,20 249:1 249:6,19 250:13 251:5,7,9,10,11 251:13,16,17 252:1,7,8 255:2 255:15 257:8 258:16 261:6,12 261:14,17 268:17 314:3,4,6,8,13,15 315:2,12 316:7 317:2,8,18 318:14 331:12,14 336:15
**feedback** 28:22
**feel** 74:7 182:18 184:16 185:7 245:6 272:18 275:10 300:13
**feeling** 305:4
**feels** 74:8 245:4
**fees** 13:11,15 14:14 96:5,9 100:12 103:3,10 104:13 194:20 195:3,17 196:13,17 197:17 201:2,6,6 206:5 206:10 207:6,10 237:15,19 240:17 268:13
**fee-for-service** 105:4 318:22
**fell** 80:17
**felony** 330:3
**felt** 240:5 293:4
**field** 25:15,19 51:10 58:9,14 59:2,11 91:4 113:17 144:16 232:18 264:15 348:14 349:19
**fields** 48:20 49:20
**figure** 84:20 85:13 86:6,10 315:11 315:17
**file** 279:11,20 280:18,19,20
**files** 279:6,13,19 280:7,9,11,12
**filled** 49:20
**final** 103:21,22 107:7 140:5 196:14 349:6 350:17
**finance** 196:22 257:14
**financial** 190:4,6 190:17 198:19 200:14 208:6,10 208:12 214:19 238:5 239:2,16 241:21 247:8 248:10 257:11,18 324:12
**financially** 364:13
**find** 207:13 280:7 351:6
**fine** 94:3 143:21 155:1 159:8 165:7 299:17 352:16
**finish** 158:22 161:19 299:21 301:18
**finished** 144:11,12 159:1
**finishing** 161:22
**firms** 287:11

**first** 7:4 9:22 11:10 13:7 23:11,15 47:16 61:4,9,10 61:12 62:10,13 65:9 98:11 114:3 116:6,10 125:22 151:20,21 155:3 157:5,16 160:11 178:4 191:6 197:3,4 237:9 238:3 242:21 264:11 265:7 267:4 269:16 286:15 287:5 290:13 337:8 339:12 343:11 344:21 354:16
**first-dollar** 99:11 99:22
**Fitters** 219:6
**five** 36:7 38:21,22 42:18 83:1 252:15 311:8
**fixed** 167:17 168:2 169:13 210:17
**flat** 49:15 252:14 319:9
**flatly** 301:9
**Fleet** 47:16
**flip** 181:7
**floating** 134:3
**Floor** 2:6,15
**Florida** 8:10 47:4
**focus** 32:1 94:19 131:20 146:4 153:19 229:10,13 231:1,5
**focused** 28:15 273:19 277:2 292:12 318:15 329:4 332:22
**focusing** 141:19
277:1 283:3 358:2
**folks** 207:20 257:4
**follow** 156:12 196:16 208:17 209:6 210:4,6,8 210:12,20 237:14 246:22 275:17 287:21 358:9
**followed** 41:5 78:22
**following** 122:18 198:1 208:13 237:19 352:14 362:9
**follows** 7:4
**follow-up** 345:12
**fool** 355:9
**footers** 334:7
**footnote** 196:4
**forget** 42:19
**form** 48:20 160:14
**formal** 19:17 43:20
**formalized** 18:21
**formed** 110:15 306:4
**former** 306:18 307:20
**forms** 23:13 49:17 287:6
**formula** 62:18 244:22
**formulary** 308:4 308:20
**forum** 37:6
**forums** 37:8
**forward** 8:9 68:8 68:11 257:6 334:12 349:7 353:7
**found** 182:15
**foundation** 236:1,2
250:2,2
**four** 42:18 43:5,5 43:14 64:3,8 82:22 208:7 213:6 313:9,11 313:14
**fourth** 2:6 287:4
**Fox** 1:12 5:3,9,10 5:11,13,14,15,16 5:17,18,19,20,21 6:3,5,7,8,9 7:3,8 63:9,10 150:6 155:20,21 156:1 170:13 178:3 187:16,19 213:5 213:6 215:9 236:6 238:20,22 239:1 241:20 248:1,7,9 263:12 271:9,11,12 280:22 281:4,6,8 281:8 285:4,6 303:16,18 309:21 309:22 330:19 334:3 336:16,18 342:17 343:8,9 363:8
**fraction** 323:16
**frame** 49:11 111:19 111:19 112:19 113:1 114:7 115:7 116:20 232:10 309:15 319:16
**frames** 50:16 260:11
**frankly** 35:17 262:22
**fraud** 297:18 298:16
**fraudulent** 297:21 303:5
**frequent** 15:18,20 311:1
**frequently** 16:2,6 42:20 242:19
**fresh** 13:4,19 14:3
**front** 161:2 166:11 187:7 205:12 277:14
**full** 27:16 157:5 182:13 227:21 249:16 287:5
**fully** 303:3
**full-time** 44:16
**function** 121:10 228:13,14
**fund** 82:20 219:6 219:17,19 221:4 222:15 255:15
**funded** 209:8 210:8 210:16,17
**funds** 218:21 219:9 223:6 224:22 225:5
**further** 45:15 105:17 242:5 246:11 282:17 293:8,14 317:11 362:2 364:10,12
**future** 312:2,6
**F-a-n-a-l-e** 24:15

**G**

**G** 7:1
**Gables** 47:3
**gain** 57:18
**Gary** 304:5 346:7 347:20,21
**gather** 262:20
**general** 8:22 11:17 16:7 36:21 57:13 59:21 79:13 80:7 82:6 88:2,9,21 102:1 126:18
151:5 156:5 158:7 164:13 165:19,19 166:1 166:13,22 205:19 205:21 218:13 249:9,10 259:3 260:13 275:10 342:1 343:10 362:9
**generally** 8:5 10:18 77:16,20 79:17 80:13 81:7,12 88:14 100:13 164:7 272:18 277:21 317:17
**generated** 89:15 164:14 189:6 217:2,7
**generating** 258:13
**generic** 219:17 328:17
**geographically** 80:3
**getting** 57:3 75:16 82:1 88:20 142:9 154:2 230:6 231:7,10,11 299:4 341:3,12 341:15 342:3,9 356:9,10
**gist** 39:22
**give** 12:13,19,22 13:1 14:13 15:7 15:13,13 16:22 28:1 29:16 38:19 53:9 137:4,12,15 146:20 147:8 150:2 188:5 213:12 244:5 269:19 270:3 296:15 318:2 347:22

**given** 13:17 14:4,5 71:19 73:19,22 74:2 76:17 101:22 180:16 215:3 235:13 287:20 301:4 303:11 312:5 364:9
**gives** 131:7
**giving** 95:15 145:18 180:7
**global** 275:1,1
**go** 15:7 38:8 50:8 51:4 58:13 92:22 94:1,3 120:8 123:17 127:10 131:1,6 140:2 144:14 145:12 148:4 151:9 152:7 161:21 163:22 172:8 178:16 191:21 199:3 203:3 204:2 236:4 238:8 240:5 247:16 253:2 260:12 280:11 284:22 291:20 293:5 298:2 325:4 327:8 339:3 351:10 352:10
**goal** 325:18 333:7,9 333:11
**goals** 318:18,20
**goes** 16:20 88:15 113:2 140:11 178:13 179:18 257:20 258:2,2 283:22
**going** 18:5 21:8 28:21 49:3 56:19 63:5,12 71:20 72:7 91:2 94:6 123:13 130:11 131:2 136:5 138:8 140:2 143:5 147:8 148:5,15,15,16 150:1 153:15 162:3,10 163:14 171:17 184:2 186:22 194:20 199:4,12 229:17 237:10 247:17 254:20 265:8,15 271:6 273:11 275:3 276:14,16 280:1 288:9,19 289:1 295:14 299:21 300:5 301:3 336:9 337:19 338:1 341:1 352:18 356:17
**good** 28:6 63:6 79:21 90:15 109:21 138:18 212:14 247:17 271:7 287:21 336:12 349:21
**Gorman** 43:8 263:14,17 266:15 267:8,12,20 268:18 269:1 270:15
**Gorman's** 270:22
**graduates** 47:9
**graduating** 47:5
**grand** 4:5 332:18
**granularities** 356:11
**grounds** 330:3
**group** 5:21 6:3,5 8:10 20:17 23:1,3 23:11 25:11 26:2 29:13 34:13,18 35:1,7,11 38:7,11 39:7 52:9 54:5,9 54:11,11 72:21 73:4 75:4,9,12 76:11 95:5 99:21 105:13 107:6 109:15,17,22 164:16 189:16,19 190:4,7,8,12,18 190:21 198:21 199:1,10,11 200:1,3,15 208:7 208:12 209:4 214:14,20 226:18 226:20 231:16 238:5,8 239:3,17 241:21 243:20 245:13,16,19 246:1,2 247:8,15 247:16 248:11 252:22 253:3,7 254:7 255:17 257:6,11,12,13,19 257:21 258:2 309:20 310:20 311:19 322:14,20 323:9 324:7 327:15 328:6,8 330:18 333:6 334:2,22
**groups** 19:9 34:10 35:3,4,6 76:20 79:4 109:13 110:9 226:22 242:15 243:8 249:3 253:22
**Group's** 198:20
**group-specific** 246:8
**growth** 87:21
**guess** 18:18 45:6 48:1 74:1 137:1 143:8 153:11,20 162:14 163:11 168:8,11 184:13 192:6 211:9 259:20 357:10
**guidelines** 210:21
**guys** 243:4

**H**

**H** 5:7 6:1
**HAGENS** 2:3
**half** 347:13
**hand** 143:11,13 364:14
**handed** 280:20
**handful** 309:13
**handheld** 231:11
**handling** 60:10
**hands** 280:8
**happen** 258:8
**happened** 109:19 162:6 187:1
**happening** 28:13
**happens** 13:13 16:1,2 71:8,13 316:22 317:3 324:8
**happy** 37:10 71:7 72:18 73:15 76:21 299:8
**hard** 268:12 284:1 332:10
**HARDY** 4:3
**Harvard** 44:5
**head** 26:2 119:14 145:19
**header** 272:2
**headers** 313:8
**heading** 285:19
**heads** 25:13
**health** 8:11 23:8 29:3 44:4,8 45:2 45:18,21 46:5,17 48:5,9,9,14 49:9 51:16,21 52:10 53:14,16,20,21,21 54:2,7,8,15,16 55:1,6,7,10,16 57:2,11,16 58:2 59:9,22 68:20 71:6 75:5 78:6 86:18 90:22 110:7 113:19 127:16 156:2,9 173:7 184:12 214:1,3,6 217:17 218:20 219:17,18 221:3 222:15 223:12 224:6,12 224:21 225:5 234:10 235:2,3,4 239:20 240:2,14 240:20 242:16 243:4,14,17,18 244:6,7 253:1 287:11 307:15 324:4 344:14 358:5
**hear** 72:1,2 128:1 181:2
**heard** 32:18,22 33:5,7,12 61:10 61:13,18 65:9 79:4,11,13,15,17 80:7,8 113:7,20 114:5,8 219:14 254:19,21 286:4 286:6 294:12 348:9,13,14
**hearing** 65:12 92:14 110:13 114:4

**HEDIS** 318:4,5 324:3
**held** 24:16 26:8,19 35:13 64:16 321:17
**help** 14:1 60:20 72:14 348:15
**helping** 228:21
**hereunto** 364:14
**Hey** 138:14
**high** 43:13 198:6 202:8 206:15 223:3 361:15,19
**higher** 77:17,20 80:13 81:8 86:17 100:13,22 204:20 204:22 246:16 248:5
**highest** 82:14,22
**hired** 48:15 214:7
**Historical** 98:10
**history** 45:2,6,7 99:15 225:10
**hit** 244:22 318:11
**HMO** 48:11 51:22 52:6,16 53:2,6,11 55:3,15 56:2,12 56:14 97:19 98:7 98:12,15 100:14 100:21,21 101:1 102:6,21 103:10 209:2 287:10 306:22 307:7,14 307:22 310:5,21 313:10 321:8,11
**HMOs** 287:11
**HMO-type** 45:9
**hoc** 18:22 19:3,18 20:7,9 35:14
**hold** 80:2 144:10
**holdings** 54:12
**holds** 24:17
**hone** 105:16
**honest** 195:20 275:4
**honestly** 44:11 338:2
**Hooked** 5:19 285:5
**Hopefully** 362:4
**hospital** 48:16,18 84:11,17 90:12 90:12 127:8 144:21 203:20 204:2,4,17,21,21 205:5,12 233:16 249:15,16,18 250:9 311:3 337:4,15 340:19 340:21,22 341:9
**hospitals** 49:9 54:1 54:6,9 58:12 60:3 60:4,6,7 84:18 287:11 341:3,12 342:3,9,12
**host** 193:7
**hour** 63:6 123:14 271:7
**house** 20:19 220:2 232:15 233:2 235:14 255:11
**huge** 193:3
**Human** 156:2,10 173:7 184:12
**hundred** 125:22 126:9 210:9
**hundreds** 347:12
**Huntington** 1:21
**hypothetical** 205:13
**hypothetically** 205:14

**I**

**idea** 29:17 49:13 54:4 158:15 162:3 201:13 237:22 267:15 283:14 284:17 308:1,16 309:12 324:2 326:5 332:18 340:15 347:20
**identifiable** 169:14
**identified** 189:18
**identify** 147:14
**identifying** 122:1
**imagine** 26:13 96:8 199:5
**immediate** 330:4
**impact** 198:11 202:9,21 203:9 246:21 255:12 341:5
**impacted** 200:7,10 200:12
**implement** 92:20 201:11 214:14 247:1 257:17 258:4 332:9
**implementation** 255:21 256:9,14 258:6 260:21,22
**implemented** 117:13 193:6,7 193:13 211:20 213:11 216:21 260:6,8 320:1 326:5
**implementing** 193:9 229:1 230:17 258:16
**implicate** 243:12
**implicitly** 175:11
**implying** 175:12
**important** 74:18 347:19
**improper** 353:1,3
**impute** 171:18
**inadequate** 79:8 272:13
**inartful** 251:14
**incent** 333:9
**incentive** 317:22 318:13 320:5 331:4,6,11,20 332:7 333:17
**incentives** 318:21
**incentivize** 333:7
**include** 120:17 121:7 206:8 217:11 218:20 219:3 230:20 250:18 324:14 328:15,19
**included** 85:17 119:17 120:10 312:18 323:17 328:12
**includes** 117:21 119:8,22 233:12
**including** 20:12 84:15 85:4 86:2 118:20 224:21 225:5 303:3 311:3
**inconsistent** 182:22 183:11,15,17 184:3 270:22 282:6 283:4,14 283:18 301:9
**incorporates** 316:12
**incorrect** 184:20 185:3 186:9 214:9
**increase** 197:18 236:21 241:21 242:6 244:1
**increased** 195:7,13 236:19 261:17
**increases** 195:3 241:12 316:14
**increasing** 195:17 237:15,18
**incredibly** 359:11
**indemnity** 45:8 97:22 98:8,11 99:5,7,7,9,11,17 100:4,9,12 102:7 102:22 103:2,10 310:21 313:11
**indemnity-plan** 98:22
**independent** 22:20 244:8
**index** 177:11 348:20 361:5,5,7 361:18
**indicate** 157:6 159:19
**indicates** 331:3
**indicating** 279:9 286:2,16
**indication** 174:3,17
**indicator** 170:18 171:6 172:10 177:1 178:1,10 179:6,16,18,21 180:18 270:8 293:19
**indice** 174:7
**indices** 70:15 255:13
**indirectly** 79:12 308:19
**individual** 18:6 19:6,17 26:10 37:11 73:14,17 74:13,16 76:19 81:13 82:1 83:4,6 109:9 110:8,11

119:19 124:17 184:19 310:21 322:12,19,21 333:6
**individualized** 105:20 106:2,14 108:3 109:2,5,7 123:9 124:16 248:22 259:11
**individually** 124:11 351:20
**individuals** 17:19 23:14 51:3 218:15 257:13 277:12
**industry** 1:6 32:18 33:1,12 44:6 45:15,21 46:5,18 113:12 115:2,8 126:5 127:10,11 131:10 133:5 134:10,20 137:1 140:8 144:7 174:6 175:8 177:15 193:14 199:12 244:11 361:6,10,20
**industry-specific** 46:8
**inflated** 126:19 127:2,3 128:7 129:10,14,15 133:18,21 134:4 134:13,15 139:20 142:7,7 150:12 154:4 359:21 360:18 361:2
**inflation** 70:10 135:10 244:14
**influence** 25:19
**influential** 25:14 26:3
**information** 69:21 70:2,12,15 138:1 138:13 166:11 172:14 176:20 243:9 244:6,18 262:20 270:14 284:9,19 287:17 288:4 290:18 296:16 323:12 324:4,5,14 328:4 328:6,12,12,20 347:5
**informed** 12:6
**informing** 336:5
**infusion** 237:16
**initial** 48:14
**injectable** 62:7 344:13 345:5 347:6
**injectables** 88:2,14 88:19 133:11 144:19
**injection** 237:16
**inpatient** 49:5
**Inpatient/outpati...** 88:22
**input** 70:3,11 72:12 72:16,19 101:2 212:6 247:10
**inputs** 102:15 103:19 244:20
**inquire** 293:21
**inquiry** 288:12
**Insofar** 229:17
**inspect** 323:9
**Inspector** 156:5
**instance** 68:21 106:19 107:15 128:22 152:3,6 152:12 167:14 245:12
**instances** 68:7,8
70:22 82:14 104:5,6 105:7 106:7,13 107:5 109:13 117:19 135:2 137:11 150:16,18 210:22 259:5 260:16 275:13,14 329:17 330:1,11
**instantly** 77:1
**instruct** 39:20
**insurance** 29:3 359:5
**insurer** 23:8 48:10 135:8 177:8,18
**intended** 22:17 37:8 84:3
**intensity** 86:16
**intention** 166:18
**interact** 43:3
**interactions** 34:6
**interest** 243:1,2 326:3 342:5,8,11
**interested** 136:19 327:5 341:5,8,14 364:13
**interesting** 184:1
**interface** 60:20
**internal** 251:8
**internally** 70:5 232:21
**internally-based** 51:5 226:13
**interpret** 337:21 338:1
**interpretation** 82:9
**interpreted** 299:17
**interrogatories** 7:5
**interrupt** 353:13 353:15
**introducing** 298:3
**investigate** 293:13
**invited** 26:6,15
**invoice** 40:10 131:6 131:7 136:15 137:4,12 139:5 139:10,12 182:1 182:9 277:18,20 349:10 350:10 351:7 355:15,20
**invoices** 137:5,16 139:6
**involve** 34:6 259:10 311:21
**involved** 24:7 46:17 54:7 61:1 71:18 80:8 87:14 126:17,22 130:4 130:14 170:11 177:4,5 189:10 211:10,12,18 212:10 221:18 226:15 228:22 256:7 257:2 258:11 343:4 347:21 361:11
**involvement** 52:21 91:10,11 113:13 113:15 115:14 128:15 135:2 136:22 305:16 309:16
**IPAs** 110:9
**irrelevant** 351:18
**irrespective** 186:14
**isolation** 203:5
**issue** 10:2,9 16:13 30:16 31:1,6,10 33:1,3 37:12,13 39:3,11,13 40:1 40:11 51:14 65:7 74:5,9 80:5 158:8 189:11,20 190:16 190:22 191:19
199:13 200:4 237:2 238:9,11 239:13,15 241:4 247:4,7 304:6,9 304:22 305:2
**issues** 7:20 8:17 10:20 11:10 17:14 20:8 28:7 28:19 29:20,22 34:8,14 36:15,16 36:22 37:2,22 39:6,9,17 40:12 44:21 48:17 57:4 59:2,5,7,10 60:21 73:3 156:9,11 217:3 230:21 241:9 245:4 258:9 277:1
**item** 304:15 305:11
**items** 41:4 119:19 248:4 304:5
**i.e** 202:9 277:22

J

**J** 1:12 5:3 7:3 214:1 363:8
**Jan** 247:4,5 272:5 273:8 274:4
**January** 239:3 344:7
**Jim** 24:10,13
**job** 47:16,18 48:5 51:7 180:7,12 289:14 291:11 292:1,3,6,8 340:12
**Jodi** 1:16 364:3,18
**John** 21:3 24:5
**Johnson** 1:13,14 3:19,19 7:9,9 295:7,7 297:17 297:18
**join** 98:15 245:10

**joined** 94:21
**July** 272:6
**June** 241:22 285:15
**J-Code** 207:14 214:8
**J-codes** 40:4 120:11 137:10

K

**Kagan** 264:4 265:21 267:9 268:19
**Kansas** 4:6
**Kaplan** 1:20 2:12
**keep** 37:17 76:13 88:18 138:15 140:2 163:14,17
**keeping** 231:1
**kept** 41:10 92:13 98:16
**keyed** 49:2
**Kia** 351:11 353:11 354:3
**kids** 318:10
**Killingsworth** 234:14
**Kim** 304:6
**kind** 48:22 51:5 70:10 110:13 168:7 226:16 257:7
**kinds** 69:15 342:10
**knew** 64:15 115:10 229:2 342:2
**know** 8:21,21 10:8 10:22 11:4 12:22 14:18,19 21:13 21:20,21 22:1,2 23:12 24:5 26:11 26:17,17 28:15 29:14 30:7,17 36:16 41:7,12 44:7,10,11 47:9 47:15,17 53:10 54:13 56:11,13 61:10,14,17,18 62:6 65:2,13 68:12 71:7 72:20 74:3 80:11 83:19 88:18 90:22 95:4 96:3,6,16,20 98:14 99:12,18 101:8,11 104:4 104:11 109:15,22 110:2,4 111:16 112:21 113:10,18 114:7,11,13 115:10 116:1,4 116:13,15,20 119:14 120:5,12 122:11,12 124:22 125:15,16,20 126:3 128:5,10 129:3,3,5,7 131:2 132:10,11,15,16 133:17 134:2 135:15 136:7 139:1,12,19 140:2 141:19 142:10 144:15,18 146:21 147:9,10 147:13 151:2,14 151:16 152:7,7 154:3 155:14 156:13 158:1,11 158:13,13,20 159:5,6,7,14 160:12 162:5,21 164:6 166:3,6 167:6 168:8,8,16 168:17 169:18 170:2,6,9,12 172:12,20 174:21 176:7,8,11 177:12,13 179:4 179:9,11,12 180:9 181:1,13 181:16 182:6 183:13,13,14,15 187:13 188:1,4,4 188:13 192:4 193:1,9,10,10 194:12,15 195:20 197:1 199:6,8 200:6,17 201:7 201:17,22 202:1 202:3,4,4 203:17 205:17 206:15 207:11 208:3 209:15,15 213:13 213:14 215:2,2,4 215:12 220:13 222:11,13 224:12 228:21 229:2 233:18 235:7,9 236:3 238:12 239:10 240:16 241:19 242:7,11 242:11 243:16 244:12,14 246:11 246:12,15 250:22 254:14,14,20 256:1 257:1 262:13,13,15,22 263:5 264:13,17 264:20 267:4,17 274:4 275:5,11 275:13,15 276:3 276:18 278:4,5 278:19 279:1,18 282:9,10,14 283:21,22,22 284:4,13,18,22 285:1,9,9,12 288:18,20 289:3 289:12 290:3,13 291:7 293:16 294:3,4,5,21 295:2 297:13 300:1,8 303:20 304:9 305:20 306:3,7,7,10,14 306:18 307:8,12 307:19 308:2,18 309:3,7,10,13 310:13 315:8,9 315:13 317:4 318:10 321:12 324:8 326:15 329:3 330:4 335:12,13 336:11 336:18 337:19 338:2 339:8,19 340:8,19,20 341:1,14 342:20 342:20,22 343:20 344:1,2,2,21 345:15 346:11,12 346:12 347:1,2 347:18,18 349:20 351:16,17 360:8 360:22,22
**knowing** 125:19 341:5
**knowledge** 45:13 45:16 52:11 53:12 54:3,14 55:22 95:2 145:5 163:2 170:2 184:18 185:17 191:12 208:1 226:18 279:21 296:3 298:1 301:6,14 309:2 312:8 328:2 339:9 340:8,19 360:15
**knowledgeable** 64:2 215:20 216:4 226:19 307:21
**known** 54:16 127:4 127:11,15 128:5 128:8,11 129:9 130:3,4,8,14 152:15 153:9 155:10 302:4,10

L

**L** 2:13
**lack** 126:14 322:16
**lacking** 76:11
**landed** 50:14
**Landmark** 3:5
**language** 251:8,14 313:7 316:16,21 323:18 325:6,20 327:7 331:17 334:12 336:1,3
**large** 25:18 59:14 72:20 74:2,16 75:9,12 95:16 98:17 109:12 110:9 249:4
**largely** 59:4,4 92:13 96:12,12 126:19 127:2,3 224:10 226:13 232:22 252:12 253:4 254:5 260:2 310:18 313:7 318:3,17 318:17,22 331:17
**larger** 59:14,17 226:20
**largest** 78:8
**late** 30:3 61:11 65:1,4,10 101:9 101:11 103:15 105:18 108:22 112:20 113:7 116:18

**launch** 28:21
**launches** 61:2
**law** 334:12 335:6 336:7
**laws** 312:14
**lawsuit** 8:10
**lawyer** 253:18 298:18
**lead** 62:8 105:6 135:9 237:15 247:1 283:9
**leaders** 20:17 25:6 25:8,10
**leadership** 25:18
**leading** 287:9
**learned** 76:1 124:8 133:12
**leaves** 258:2
**led** 23:13 151:22
**left** 50:8 104:8 231:21 271:12 346:22,22 347:2
**legal** 324:18 335:10
**lens** 294:6,7
**lesser** 277:22 314:7 315:1
**lesser-of** 315:5
**let's** 9:22 27:7 32:1 66:4 75:15 81:2 94:19 99:9 102:5 114:7 122:2 126:15 151:9 163:22 197:2,2 219:4,4,16,17 236:4 238:19 248:7 271:8 275:17 280:21 285:3 303:14 309:18 319:17 330:16 334:1 352:4,10 353:7 355:16 361:12
**level** 37:12,18 81:14,15 86:17 98:12 106:4,9,15 110:11 111:5,6 127:21,22 177:3 180:6,11 197:6,9 198:6 203:18 206:15 207:14,16 209:21 214:8 223:3 226:20 230:4 248:5 249:10 275:1 322:15,19,20,21 326:9 327:4,9 333:6 359:10,11
**levels** 230:10,11 240:8,11,19 325:11,14,19 327:1,17,18 328:1
**liaison** 36:19
**license** 330:2
**limited** 55:20 82:17 311:21 312:1,7 321:11,13 324:13
**line** 97:7,9 119:19 123:16 196:18 286:20 321:14 325:4
**lines** 97:6,18 104:7
**line-item** 106:4
**Lisa** 43:8,10 263:14,17 264:14 264:14,17 265:9 266:4 271:2
**Lisa's** 265:16 267:15
**list** 13:1 120:11
**listed** 63:20 95:22 202:8,10 203:11 213:7,18 239:6 278:17 286:21 305:4 314:8 315:2 337:10
**listing** 338:11
**lists** 191:3 287:9 288:5,7 290:6,21
**literally** 48:19
**litigation** 1:7 7:9 7:19,21 8:7 10:20 11:2 16:14 94:11 279:7 301:12,17 302:3
**little** 56:8 74:2 105:1 128:3 137:14 188:2 201:7 253:18 309:16
**Lived** 47:8
**LLP** 2:3 3:13
**lobby** 75:10
**lobbying** 75:5
**local** 68:20 219:6 222:14
**logic** 122:18 275:17
**logistics** 333:14
**long** 21:10,13,16 22:15 27:21 44:12 48:2 50:1 50:20 54:2 59:11 90:18 91:2,8 112:1 126:22 127:12 128:7 129:5 134:2 151:20 152:15 153:9 155:10 201:10,22 225:22 227:16 228:2 233:17 235:7 258:5 259:1,7 261:10 280:9 302:4,10 307:8 312:20 315:5,8 360:3
**longer** 207:7 259:5 260:17,21
**look** 49:18 63:11 69:5,10,12 70:10 81:20,22 87:4,19 87:20 89:5 90:8 110:2 120:11 131:1 170:14 174:8 195:10 197:2,3 198:10 198:22 199:2,11 203:6,8 206:1,3 214:18 215:5 231:13 237:8 244:11,12 248:15 255:14,17 263:13 264:2 273:21 279:15 280:13 303:19 304:14 313:15 314:19 315:10 327:4 330:16 334:1,17 337:2 340:14 358:18
**looked** 117:12,15 247:22 269:18 279:19 280:5,18 286:13 317:8 331:10 333:3 335:3 343:11,14
**looking** 47:9 70:5 81:16,17 88:3,21 88:21 89:14 90:6 90:7,8 136:20,20 136:21 182:13 188:3 192:7 199:7,7 200:4,9 205:12 213:6 240:16 241:20 242:20,21 264:22 265:7 273:4,18 287:14 311:18 326:18,19 327:5 329:2 331:16 357:19
**looks** 29:14 190:8,9 199:10 207:1 239:4
**lose** 330:2
**losing** 357:8,20 358:6 359:1
**loss** 323:1
**lost** 245:21 318:5
**lot** 8:11 9:11 10:14 10:15,16 16:15 16:16,21 45:2,3 71:8,13 86:14 90:4 110:13 112:16 121:1,4 133:10 187:1 191:21 192:1 193:4 202:18 228:20 230:7 232:17 233:12 258:1 259:18 290:10
**lots** 10:15 23:7,7 38:15 39:5 68:19 76:18 89:4 90:6,7 90:13 92:8 93:2 113:20 162:2 175:13 206:17 207:22 210:10 238:7 240:1 258:9,10 270:5 287:20 288:21 326:18,19,19 340:10
**low** 188:2 240:14 361:15,19
**lower** 77:17 78:1 100:13,16,17 130:17 162:16 314:12,14 344:14

345:5 347:6
**low-paying** 47:18 47:18
**lunch** 211:4 212:15
**lying** 265:12,15
**L.L.P** 1:20 2:12 4:3

**M**

**MA** 196:16
**machinations** 90:17
**mail** 18:3 272:8 273:1,2
**mailbox** 18:3,4
**mailings** 229:13
**Main** 2:5
**maintain** 207:2,15 224:22 225:2
**maintained** 227:1 328:6
**major** 43:17 252:13
**maker** 286:21
**making** 15:22 18:1 49:3 79:4 90:5 124:7 132:17 133:12 135:6 138:15 140:14 142:18 158:11 167:5 174:22 189:20 199:3 200:8 202:15 230:9 254:11,16 261:7 300:3
**malpractice** 73:3,7 241:9
**managed** 45:4,7,10 335:5,13
**management** 44:5 44:8 58:7 60:17 87:8 224:16 226:15 233:3 235:3 257:20 258:3 314:4 317:8,18 323:6 325:3 331:12,14
**manager** 59:14 60:9 225:12,17 264:15 308:8 344:6
**managing** 8:1 60:1 202:6
**mandated** 210:6 335:18
**Mangi** 3:14 5:4 7:7 7:8 63:7 93:20 123:15 149:12 150:4 152:20 153:4 178:14 187:16 188:1 212:14 238:19 248:7 271:8 280:21 281:3 285:3 299:7,11 299:17 301:19 303:14 309:18 311:6 336:12,20 338:18 343:6 352:9,14,20 353:4,17,19 362:2,20
**manner** 66:8 91:6
**manual** 284:21
**manufactured** 295:6
**manufacturer** 126:2,15 127:19 129:13 134:8 356:14
**manufacturers** 55:11 132:13 308:4,6,13,20 309:1 349:19
**map** 81:1
**March** 1:22 236:14 364:5,15
**margin** 31:14,22 31:22 32:14 33:6 33:8,14,15 129:19,20 133:8 133:14 135:6 138:15 164:14,17 165:17 166:2,4,9 166:19 167:3,4 167:11,16 168:1 168:13,18,19 173:20 175:6,15 175:18,22 176:20 179:7,15 297:10 300:3,3,21
**margins** 31:10,13 300:19
**mark** 155:20 187:16 238:19 248:7 271:8 280:21 285:3 303:14 309:18
**marked** 63:9 155:21 187:19 236:5 238:21 248:8 263:11 271:10 281:5 285:5 303:17 309:21 330:19 334:3 336:15 342:16 343:7
**market** 29:14 39:16 70:4 82:18 89:13 110:7,14 110:15 302:4
**marketing** 45:3,17
**marketplace** 224:13 302:11
**markets** 240:15
**market's** 303:4
**Marotta** 277:16
**Mary** 281:10,15
**Mary's** 282:11,15
**MASCO** 19:10 20:1 38:11,13 39:4 273:2 304:18 305:10
**Mass** 11:15 19:11 20:1 26:10 35:2 36:18 59:21 272:11
**Massachusetts** 1:2 1:19,21 2:7,16 3:3,7,11 10:3,13 11:1,21 12:4 13:7 17:14 18:11 20:3 20:11 21:1,11 22:3,12,21 23:2,4 23:10 24:6 25:6 29:7 30:3,18 34:8 38:12 39:15 42:10 51:16 53:13,22 57:17 58:1 61:6 62:14 64:7,12,18 65:14 66:12 67:11,15 68:4,14 69:1 70:16,21 71:1 72:6 75:16,19 76:2 77:15 80:12 81:5,8 86:21 87:11 90:18 91:18 93:13 94:10 101:4 110:16 111:17 114:21 115:17 119:4,9 120:16 124:4 125:20 132:2 136:4 137:5,16 138:1,8 140:18 146:11 166:18 173:10,13 178:7 188:18 191:13 193:21 201:5 204:15 205:8 211:8,20 214:5,7 215:21 216:20 217:8,16 218:3,17,20 219:20,22 220:5 220:6,7,11,15,18 220:21 221:3,6,7 221:18 222:16 223:9,11 224:2 224:15,21 229:19 237:18 243:22,22 244:21 249:21 252:9 254:10 255:2 261:21 266:1,14 274:8 277:6,21 284:8 288:13 301:11 305:13,14,17,22 306:10,11,15,22 307:7,13,20 308:3,13 309:5 315:6 317:1 323:21 324:11 326:22 327:21 329:11,18 330:12 335:6,16,21 337:14 338:11 343:1,21 346:9 347:5 357:15 364:1,4,21
**master** 101:14 105:18 108:22
**material** 287:21
**math** 339:16
**mathematics** 339:11
**matter** 13:17 14:4 14:6,12 199:9 205:19 339:11
**maximum** 82:13
**MDL** 2:10

**meal** 42:3
**mean** 9:1,15 10:14 12:10 13:9 17:17 25:12,14 30:1 31:13 33:11 36:14 41:4 52:5 54:17 56:9 59:6 70:1 71:5 74:6 75:1 80:15 82:16 82:16 83:1,19 86:19 87:17 89:2 89:13 94:4,17 97:2 98:10 101:18 104:12,12 107:16,21 109:4 109:12,13 110:19 112:10 114:10 118:4 119:13 122:12 124:14 125:1 127:3 128:10 132:10 133:21 134:16 135:8,12 136:22 138:12,12 139:10 139:22 146:22 149:15 150:11,22 156:12 157:15 162:2 164:2,8,21 165:11 167:9,10 168:11 170:22 171:9 172:18,19 173:20 174:20 175:4 177:3 179:7 180:8,19 181:11 186:14 191:20,21 195:1 199:21 200:6 201:21 204:12,12 205:11,13 211:10 211:10 217:19,22 223:17,22 224:17 226:4 240:10 241:5 242:8,19 242:20 243:5 244:3,4 248:6 251:8 253:4,21 259:2,17 260:16 262:14 264:11 268:12 273:2,6 274:1,6,21 278:4 280:8 282:9,11 282:14 284:13 285:1,9,9 288:18 289:1 290:12 291:2 306:4,5 315:8,14 316:16 326:18 328:17,22 332:13 334:6 340:9 345:12 347:12 351:4 353:13 355:1 358:19 359:9 360:7 361:7,12 361:13
**meaning** 111:3 131:5 157:19 163:19 217:21 340:9
**means** 16:6,8 31:22 95:18 164:20 173:1 179:21 207:11 253:6,16 275:12,13 276:20 284:11,14 312:2 341:2 350:22
**meant** 95:2 128:2 171:15,18 179:19 207:20 265:16 275:7 322:11 328:14,18,19 340:2,16
**measure** 181:22 182:19 184:17 185:8,20 318:12 333:3
**measures** 318:4,6,7 320:14,18 333:1 333:2
**Medicaid** 305:18
**medical** 12:12 13:4 13:19 14:3 19:11 20:1,19,19 21:4 24:18 26:12 34:11,19 35:2,9 36:18,19 42:15 42:16 72:22 85:9 85:16,22 87:1,8 88:15,19 118:7 119:12,13,16 120:7,10 144:20 152:12 166:3 230:18 231:4,10 249:17 255:13 263:3 272:11 281:15,20 307:3 307:3 323:5 324:6,7 325:2 328:5,16
**Medicare** 67:1,18 67:21 68:5,9,10 68:13 69:6,7 73:11 77:17 78:3 78:4,12,22 79:6 79:14,18,20 80:1 80:14,17,18 81:6 81:9 82:7 125:16 126:4 128:22 191:9 196:11 197:9 208:20,20 208:22 209:2,9 209:18 210:4,6,8 210:13,20 236:22 237:5,9,19 241:6 255:8 272:14 275:18 305:14 306:4,5,11 312:14,16,17 321:2
**Medicare's** 77:8 78:16 125:12 236:15,18 237:15 246:22
**medicine** 239:9,18 242:10 245:13 246:9 252:21 291:7
**meet** 34:11,19 35:5 35:6,18 51:4 319:11
**meeting** 20:20 22:14 26:8 31:5 35:10 38:1,5,17 39:4 40:16 41:6 41:16,16,18,20 42:4 190:1 206:17 215:7 238:6 239:2 248:11 264:4 318:15
**meetings** 18:16,22 19:5,17 20:3 23:7 23:19 26:19 27:2 27:4,11,13,22 28:9,10 30:16 31:2,9 35:9,13,21 36:1,9,11,14 37:2 37:15,16,21 38:3 40:13,16,19 41:4 41:10,11,14,14,22 42:3,5,21 189:14 191:21 212:10 229:8 238:10 273:2 347:22
**meets** 22:10
**member** 235:19 314:4 317:8,18 318:3 323:10,21 331:12,13
**members** 86:18 101:1 114:21 119:10 124:4 219:21 319:2 325:14 327:2 358:7
**membership** 25:17 25:21,22 86:17
**memo** 5:10 134:3 155:21 156:20 158:14,17 159:6 236:9 304:1
**Meneghetti** 281:11 281:22
**mention** 280:2,16
**mentioned** 10:17 16:13 46:7 84:21 88:1 91:7 107:18 119:19 188:16 201:19 228:18,18 233:10 255:7,11 260:3 331:15
**Mercedes** 350:5 351:11 353:8 354:2
**merely** 256:3
**Merit** 1:18
**met** 39:7
**method** 102:12 105:13
**methodologies** 63:2 64:12,18,21 65:2,13,19,20,22 66:1 93:21 96:19 111:16 117:6,10 117:12,14 118:16 123:2 210:5 216:13 249:8
**methodology** 30:20 30:20 49:8 57:19 61:5 62:6,9,11,14 66:6,19,19,20,22

67:2,6,10 68:1,3 68:15,17,18 69:9 69:15 76:16 77:11 80:20 82:5 91:17,19 92:1,10 97:17 101:21 102:4,11,12 109:18 113:13,21 117:4 125:6 164:12,15 166:1 175:8 182:3 188:19,21,22 189:12 192:20,21 194:10 195:18 196:10,11 199:4 206:9,11 207:15 208:18 209:7,13 209:17,17 241:7 246:3 250:15 255:9 261:15 288:6 315:6 356:21
**methods** 96:17 106:22 107:13 132:17
**Miami** 47:3
**Michael** 189:17
**mid** 100:4 112:12 112:20 113:2 114:17 115:11 116:18
**middle** 277:17 281:10 285:19
**Middlesex** 364:2
**Mike** 201:19,20,21 201:21 202:5 238:15,15,15,18 257:6
**mile** 15:7
**Miller** 1:20 2:12
**million** 192:14 196:19 197:7,10 197:13,19 198:1
**Milton** 337:4,15
**mind** 46:9 145:4 147:8 150:3 164:5 172:2 178:18 265:16 284:1 353:19
**mine** 271:3 279:9 282:16
**minimum** 82:12
**miniscule** 290:10
**minus** 30:9,12 61:19 62:9,20 117:1 143:19,22 199:18 272:15 274:15 275:18 277:20 304:19 314:8 337:10,16 342:4 356:21 357:1
**minute** 21:8 188:5 213:12 343:10
**minutes** 40:18,21 41:2,10,13 64:11 239:1 248:11 251:15,18 254:19 336:13
**misleading** 303:5
**misled** 300:13
**missing** 172:20
**Missouri** 4:6
**misspoke** 189:2
**Misstates** 152:18
**misunderstand** 14:8
**misunderstood** 14:2
**misutilized** 88:6
**mix** 30:1 69:10 81:22 83:6,8 241:11
**MMF** 318:18 319:15,18 320:8 321:3,17 332:4,5 333:20
**MMS** 272:6,10,11
**model** 51:22 52:6 52:16 53:2,6,11 55:2,3,14 56:2,11 56:14 69:18 82:17 93:1 107:8 108:15 110:3 111:20 117:16 118:21 122:4,5,8 127:18 133:2 134:4,7 210:4 306:22 307:7,14 307:22 321:1 360:13,13
**modeling** 255:16
**models** 55:4 107:2 111:22 118:1 121:21 307:9
**moment** 81:2 121:6 157:11 215:8 245:22 265:19
**money** 69:13 70:6 87:5,14,19 133:12 175:13 190:10 255:14 357:8,20 358:6 359:1
**monitor** 325:13 327:1
**monitoring** 325:18
**month** 44:12 318:3 347:13
**months** 50:3,13 259:6 261:1
**morning** 180:17 270:13
**move** 45:8 101:4 108:21 109:2 165:8 192:19 199:14,20 200:15 201:1 206:3 209:13,17 225:19 247:22 343:2 346:17,20
**moved** 30:4 50:5 193:1,22 209:14 209:18
**moving** 99:22 194:21 195:17 201:6
**MRI** 89:1
**Mulrey** 189:17 190:15 193:12 201:19 238:15
**multiple** 97:5 111:7 111:7,8
**multiplier** 106:16 106:19 108:4 196:13 206:9,21 241:10,16 248:20 249:11 251:2,4,6 251:12,17 252:2
**multipliers** 97:4 101:20 102:9,13 102:16 103:21,22 248:21 252:4 259:15,21 260:2 260:3

N

**N** 3:1 4:1 5:1 7:1 40:5
**name** 7:8 24:12 38:9 249:16 271:13 320:2 331:10
**named** 8:10,11,13 23:20 344:5
**names** 24:1 58:6
**Nancy** 277:16 278:6
**narrow** 203:7 325:5 341:19
**national** 72:22 318:11
**nationally-set** 93:1
**nature** 80:21
**necessarily** 75:1 77:7 107:16 160:7 260:10 276:8 288:16 290:12 305:11 356:20
**need** 57:8 59:8 89:18 109:16 158:21 208:2 259:17 281:1 318:11
**needed** 328:20
**needing** 33:14
**needs** 256:12
**negative** 196:21
**negatively** 247:14
**negotiate** 105:7,10 105:12 107:5 119:18 124:22 126:20,21 131:1 133:3 140:5 225:6 249:8,11 250:6 353:10,11 354:1 355:3
**negotiated** 94:7 95:6 108:11,15 109:17 124:12 251:1 259:22 260:5 316:13
**negotiates** 252:8
**negotiating** 221:19 242:17 246:8 251:12 351:20 353:9
**negotiation** 44:5 46:12,14 95:5 105:20 106:2,3,8

106:14,15 107:22 108:3 109:3,8 123:9,18 124:17 250:3 316:19 350:21 354:21 355:6,10
**negotiations** 76:19 124:18 145:11 222:3 242:14 249:1 259:12 354:17
**negotiator** 349:21
**Neighborhoods** 224:7
**neither** 149:20 178:20 364:10
**net** 103:3 251:22
**network** 8:1 9:2 13:5,11 27:13 39:10 40:3 58:6,7 59:13 60:9 69:12 74:4 75:17 76:2 78:1 94:5 107:3 109:16 110:17,18 110:20,22,22 111:4,5 220:18 221:7,12 223:17 223:18 224:4 225:12,17 236:10 245:10 247:15 249:15 253:5 254:5 311:11,12 311:13 312:5,7 314:17 327:22 334:9 336:5
**networks** 220:8,11 220:14 222:19 223:3,10,15,20 224:8,10,14 225:1 311:21 312:1
**networkwide** 206:12
**neurosurgeon** 95:9 95:11
**neurosurgeons** 95:10
**neurosurgery** 109:21
**neutral** 206:19
**never** 12:12 106:3 113:7 124:9,9 208:11 219:14 286:6 294:12 326:5 337:18 344:10
**new** 3:16,16 12:11 13:18 14:12,21 14:22 15:6 28:21 29:2,3,4 40:4 61:2 71:9 251:7 305:3,4 311:20 331:18 334:7 336:2
**newsletter** 344:6 346:6
**newsletters** 17:2,6 229:7
**NOC** 40:5,6
**nods** 19:12 219:12
**Non** 6:7 336:15
**nonretail** 166:8
**normal** 262:16
**north** 47:9
**Northeastern** 44:4 44:9
**Nos** 63:21
**Notargiacomo** 2:4 148:7 187:21 213:3
**Notary** 1:16 363:15 364:3,19
**note** 352:6
**noted** 207:5
**notes** 41:5,14 237:9
**notice** 237:7 261:1 316:3 329:10 336:4
**notify** 326:1
**notion** 142:4 150:1
**November** 156:20
**number** 5:8 6:2 46:8 64:22 85:18 126:19 127:1 128:7,12 129:10 129:14 131:9,9 131:10,10,12,12 131:18 133:4,5 133:19 140:8,8 142:5,6,8,9 143:19 146:8,16 146:20,21 147:8 147:9,10,15,17 148:2,6,9,13 149:3,14,16 150:2 164:5,8 165:1 168:9,10 174:2 175:5,10 175:10 176:9 249:12 294:17 296:13,14 298:11 312:12 324:9 348:19 357:2 361:14,14,15
**numbered** 272:1
**numbers** 74:3,16 126:21 145:3,7 145:10,16,18,19 145:22 166:12 169:15 177:20 271:19,22 299:22 354:9 357:2 362:16
**number's** 86:20
**numeric** 164:5,8
**numerous** 200:19
**nursing** 287:11

**O**

**O** 7:1
**oath** 94:11 364:6
**object** 288:11 338:22 353:14
**objection** 8:20 13:21 14:9 15:9 15:19 16:18 19:2 19:7,20 20:5,13 21:12 22:13 25:20 26:16 29:9 29:21 31:18,20 32:16 33:2,9 34:9 40:20 46:2 47:7 49:12 52:2,17 53:3,8 54:20 55:12,18 56:3,15 56:17 57:21 60:12 61:8 62:19 65:5,17 66:7,14 67:20 68:6,16 70:8,18 71:11 72:10 73:21 74:20 76:7 77:19 78:19 79:10 80:6 81:11 83:17 85:6 85:14 86:8 87:3 87:16 88:17 89:12 90:3,21 91:5,22 93:8 94:14 98:9 100:10,15,18 101:16 102:10,19 103:8,12 104:10 104:21 105:21 106:5,10,18 107:1 108:6,12 108:16 109:10 112:4,9 113:4,8 114:22 115:13,20 116:3,12 117:11 117:22 118:19 119:11 120:3,19 121:11,17 122:15 122:17 123:6,21 124:6,19 125:8 125:14 127:13 128:9 129:11 130:8,19 132:4,9 133:16,22 134:17 135:13,17,22 136:6,11 137:7 138:3,10 139:3,8 139:16,21 140:21 141:2,14 143:1 143:17 145:15 146:2,13,19 147:2,6,18 148:3 148:14,20 149:5 149:10,19 150:20 151:15 152:4,18 153:10 154:18 155:8,12,17 157:14,22 158:3 158:10 160:5,10 160:19 161:15 162:18,20 163:5 164:3,11 165:18 165:21 166:20 167:20 168:5,15 168:22 169:9,16 169:22 170:5,8 171:1,11 172:7 173:2 174:5,19 175:3,21 176:4 176:13 177:2 178:12,14 179:3 179:10 180:2,22 182:5,11 183:4 183:12,21 184:10 184:21 185:4,13 185:22 186:11,20 187:11 189:8,13

189:21 191:15 192:10,16,22 193:15 194:3 195:19 196:2,20 198:3 201:12 202:14 203:22 204:11 207:9 210:15 217:18 218:5 219:13 220:22 221:14,21 222:8 223:1,7 231:2 237:21 241:1 242:18 243:15 244:2 245:1 246:14 248:2 253:9 254:12 255:22 256:10,19 259:13 260:1,15 262:2,7 262:21 263:8 264:10 265:5,13 266:3,8,18 267:14 268:1,11 269:5,15,21 270:4,11,18 271:1 272:21 273:16 274:2,22 276:2,7,12,17,21 278:3,14,22 280:4,17 283:20 284:12,16,20 287:18 288:15 289:10,22 290:8 291:1,12 292:4,9 292:13,18 293:15 294:1,19 295:13 295:17 296:7,19 297:7,12,22 298:17 300:15 301:2,13 302:7 302:13,21 303:6 303:13 304:8 308:15,21 315:19 316:15 324:1 326:4 337:17,22 338:12 339:15 340:4 341:7,17 342:7,14 344:19 345:3,14 347:10 347:17 348:6 349:13,17 350:12 350:15 351:1,3,8 351:15,22 352:6 352:18 356:3,19 357:9,12,21 358:16,20 359:19 360:5,20 361:22

**objections** 343:17 352:8,16 353:5,6
**objective** 75:7
**obtain** 219:20 290:6
**obtained** 324:17
**obvious** 357:11,13
**obviously** 53:9 90:5 153:12 189:22 215:3
**OB/GYN** 73:2,12
**OB/GYNs** 73:11
**occur** 35:16,16 341:21
**occurred** 23:19 27:14 30:7 77:3 110:6 116:19,19 330:4
**October** 51:20 58:2
**offer** 312:3
**offered** 179:1 240:19
**offering** 29:4 61:3 99:21
**offerings** 311:20 312:6
**office** 61:7 62:17 64:14 65:15 67:18 71:4 72:9 84:9,10 85:16,21 86:6 87:13 92:7 97:14 111:21 112:8 117:9 119:10,16 121:16 123:3 124:4 125:18 133:12 141:10 156:5 163:3 166:15 168:21 203:20 204:4,18 231:8 237:10 250:9 263:4 364:15
**officer** 21:4 24:19 42:16
**offices** 1:19 30:5 32:2 57:20 69:4 85:12 111:15,18 114:20 118:12,15 118:18 123:20 205:2,4 284:11
**official** 18:2
**offset** 358:13,14
**oftentimes** 16:8
**oh** 22:22 24:14 126:11,13 137:18 156:19 190:5 277:11 286:6,17 329:2 331:12 336:22
**Ohnemus** 1:16 364:3,18
**OIG** 156:4,8,17 159:14,14 184:11 185:15 186:18 269:18 270:6,7 270:10 293:19 343:12
**okay** 8:6 11:19 12:9 14:1 15:17 15:22 16:4,11 17:9,22 18:8,21 22:2,7,16 23:6,22 27:20 28:19 30:8 32:1,10,22 34:2 36:4 38:3 40:22 41:9 44:21 47:22 50:1,4,18 53:18 58:21 60:14 63:1 64:1,10 65:7 66:4 66:10 70:14 75:15 83:10,15 84:5,20 85:3,10 85:19 92:3 106:21 108:1,8 108:20 110:21 111:2 113:2 115:10 121:5 126:11 128:3 129:2,6,22 130:12,22 135:4 137:14,18 138:5 141:5 142:15,19 144:9 145:20 146:15,22 150:22 155:3 156:15,20 158:2,8,16 159:4 160:8 161:5 162:9 163:20 164:18 165:3,3 165:11 166:14 167:15,15 168:13 169:4 170:3,21 171:5 172:22 176:6,11 178:6 179:17 181:8,13 181:16,19 182:8 182:13 184:15 185:9,19 186:16 187:15 188:8,9 188:10,16 189:2 189:5 190:3,6,15 190:21 191:11 192:3,7,18 195:10 198:10,18 200:22 201:17 204:9 206:7 207:12 208:22 212:14 214:1,11 214:13,17 215:15 215:19 217:14 218:2,7,11 219:8 219:16 224:6 226:9 228:2,13 229:13 230:1,20 231:4 233:4 240:10 254:3 261:10 264:2 265:18 266:22 268:8 270:2 271:5 273:9 274:11 276:19 285:17 286:3,18 287:3 288:3,7,8 288:10 289:15 290:1,16 293:4 295:8,12 296:1,6 296:8,9,18,22 297:6,8 298:20 302:2 308:10,18 309:4 313:21 314:11,18 316:5 317:20 329:3 331:12,13 334:17 336:14 337:1 340:11 343:6 347:15 350:14 353:4 354:1,11 355:16 357:14 361:4 362:20
**old** 284:2 294:6
**Olson** 304:6
**once** 7:14 35:16 61:15 258:2

316:8
**oncologist** 62:5 267:10 280:19
**oncologists** 35:8,8 38:6,8,10,14 39:10 192:13 199:17 202:21 203:12,16 205:1 205:3 247:5,10 278:9,12,16 280:14 282:1,7 282:21 283:5,11
**oncology** 198:14 202:9
**ones** 43:6 211:18 313:14 315:12 338:19
**one's** 334:15
**ongoing** 11:8 20:3
**onwards** 114:18 115:12 116:5
**open** 17:13
**operate** 55:2
**operated** 52:10
**operational** 193:8 194:2,7,11 210:3 258:9
**operationalize** 336:11
**operationally** 211:2 336:8
**operations** 194:4 194:14 210:1 233:2 259:18 305:21 322:10
**opinion** 148:21 169:18 183:7 185:14,16 270:12 271:2 298:16 324:18,22 345:22 346:3,4 348:1
**opportunities** 17:4
**opportunity** 43:3 45:14 87:4 150:7 240:5 326:1
**opposed** 17:5 29:8 84:10 229:11
**option** 17:10 201:1 201:10 206:3,8 206:10,13 207:2 207:12,12,13 213:15,19,20 214:18
**options** 140:4 206:16 207:16,17 207:21 208:4,5,7 213:7,10,17
**Order** 41:19
**organization** 22:20 25:11 35:3,8 54:10 229:8 235:1 309:8
**organizational** 235:12
**organizations** 19:5 20:2
**organized** 73:4
**organizing** 75:5
**or-false** 149:11
**outcome** 364:13
**Outcomes** 344:5
**outpatient** 49:5 204:17 205:5
**outside** 12:21 22:8 90:12 145:4 170:1 201:7 207:18 327:18 352:12 353:2
**overall** 90:2 106:9 106:14 152:14 251:2 316:13 358:12
**overall-fee** 106:8
**overhead** 33:15
**overlap** 256:7
**overpayment** 191:8
**overpayments** 192:14
**oversight** 233:5,9 234:17,18 235:2
**overutilized** 88:6
**owned** 52:10
**O-C** 40:6

**P**

**P** 1:15 3:1,1 4:1,1 7:1 326:11 364:3 364:18
**page** 5:2,8 6:2 63:19,22 157:5 181:6,20 191:3 191:17 194:16 196:15,15 198:10 200:22 201:14 208:14 215:12 236:8 238:3 263:14 271:13 272:1,3 277:14 304:4 311:17 312:10 313:20 314:19 315:22 317:14 323:3 329:7 334:18 337:2 346:5
**Pages** 311:15
**paid** 59:8 68:4,5 81:9 92:17 100:12,14 104:18 104:19 115:3 136:16 137:6 138:2,5,19 139:15 142:9 145:3 167:7,12 168:3 175:13 221:19 248:18 268:7 269:1 285:20 286:5,7 293:3 315:11,12 319:7 355:8,13 355:15 356:9
**paper** 277:18 280:5 280:7 339:7
**paragraph** 157:5 181:19 182:14 236:12 237:8 239:9 248:16 264:3 267:4 276:20 287:6 304:14 344:12
**parallel** 184:6,13
**parameters** 145:5 148:6 212:7 216:6 250:7
**parents** 47:8
**Park** 3:6
**parse** 65:7
**part** 8:13 13:5 14:8 24:20 39:8 44:3 45:6,20 49:20 63:13 70:12 75:8 77:11 78:7 79:22 92:17,19 95:4,6,9 109:15 112:14 120:9,18 137:9 163:18 170:11,14 189:15,18 190:12 190:21 193:3 200:1,3 214:13 214:17,19 217:2 229:19 231:5 236:9 247:11 260:8 290:9 316:7 321:3 327:11 359:12
**participate** 26:6 27:1 35:20 207:21
**participated** 238:10 319:14 320:7
**participating** 240:7 312:4
**participation** 75:17 246:16 327:16
**particular** 25:3,13 38:9 40:11 74:8 75:18 76:2,10,11 80:5 87:11 144:17 147:7 160:13 194:1 218:9 226:6,17 226:18 239:20 249:4 253:3,3,7 253:22 273:5,7 310:3 325:21
**particularly** 176:15 193:20 208:9
**parties** 41:6 364:11
**Partners** 59:22 248:18,20 251:17
**parts** 78:3,5 79:20 79:22 215:16 236:22
**party** 177:18 244:8
**part-time** 44:16
**pass** 210:19 222:4
**passed** 129:16
**passes** 136:15
**passing** 137:3 142:9 167:4
**patchwork** 92:12
**patient** 85:22 245:18 328:5,11 328:20
**patients** 32:4 49:10 67:8,18 69:3 71:4 72:9 85:12 92:7 97:13 203:20 204:2,3 205:2,4 318:8,9,9 319:2

359:4
**pattern** 74:7
**patterns** 327:6
**PATTERSON** 3:13
**pause** 299:14,18
**pay** 33:15 57:7 67:1 68:10 69:2 72:8 80:22 82:19 83:10 84:1 85:8,8 87:11 94:6 95:11 107:9 130:18 131:3,4,22 134:22 135:1,16 135:21 137:19 139:1 140:10 141:21 142:14 150:14,14 151:12 151:12 152:2,16 153:6,8 157:12 157:20 163:2,3 164:13,22 166:1 166:18 167:1,1 197:18 240:3 243:5 252:14 264:8 268:4,9 269:3 277:19 278:19 282:7 292:11,17 305:6 319:22 354:9,14 356:17 357:22
**payer** 78:4,8,9 79:21 175:12 249:7
**payers** 32:5 35:5 76:22 80:2 253:14 297:2
**paying** 81:18 87:19 98:6 128:19 132:20 133:6 141:12 142:12,13 142:16 155:7,11 163:9,10 167:19 169:2 174:4 175:11 176:7 177:7,10,13 197:18 240:21 242:16 243:4,10 261:22 262:5 263:3 264:5 265:4,22 266:17 267:10,21 268:19 269:7,9 284:10 319:21 357:17 358:7
**payment** 65:20 66:6 72:4 80:22 94:7 95:3 102:3,4 105:8 115:9 132:18 196:14 208:18 209:7 221:12,16 237:1 237:10 240:8,11 247:17 250:7 251:2 266:11 314:22
**payments** 67:2 135:20 206:12 236:19 247:3 322:20
**pays** 154:16 173:18 177:17,18 262:19
**PBMs** 46:1
**PCIP** 331:6
**PCPIP** 331:7 332:4 332:12 333:20
**peer** 330:1
**peers** 26:4
**peg** 147:16 148:12
**pegged** 121:15 128:13
**people** 22:2 34:7 37:5 42:6,8,9,14 43:9 45:15 104:19,20 144:7 178:18 202:18 232:12 239:6 248:12 257:6 258:11 263:17 266:14 267:1 300:3 309:7,14 309:14 326:17,18 344:2
**people's** 284:1
**percent** 30:5,6,10 30:13 61:20 62:9 62:21 76:3,3 82:4 82:4 116:22 117:1,1 124:2 125:7,11,11,22 126:9,10,15 131:18,19,19 132:6,7 133:6 136:19 138:15 140:19 141:10 143:19 144:1 147:21,21,22,22 148:10 149:2,3,3 149:3 193:22,22 195:7,13 198:15 199:18 207:3,15 209:13 210:9 213:16,20 227:8 236:20 237:11 238:14 241:22 272:15 275:19 296:17 297:6 298:8 300:2,3,17 300:18,18 301:1 303:3 304:19 320:22 337:11,16 339:13,18,19,21 342:4 343:3 356:21 357:7,16 357:17
**percentage** 82:8,12 82:15,21 116:6 126:20 286:22 314:11 320:19 354:2,3 362:17
**percentages** 83:9 360:14 362:12
**performance** 318:12 333:4
**performed** 86:17 343:1
**performing** 70:4
**performs** 326:9
**period** 27:17 47:12 50:18 71:17 93:17 94:19 95:21 96:18,20 108:21 109:1 116:9 117:7 124:1 225:11 305:12 306:2 307:6 319:17 323:13
**person** 51:5,13 158:14 178:19 201:19 202:5 265:1
**personal** 144:3 160:22
**personally** 112:1 170:3 176:16 300:12,16 346:12
**perspective** 29:16 56:18 202:11 216:12 233:14
**pertain** 106:15 188:19
**pertaining** 308:4
**pertains** 304:15
**PET** 89:2
**pharmaceutical** 1:5 282:3
**pharmaceuticals** 4:9 166:6
**pharmacies** 215:17 215:22 216:6,11 216:16 223:18,19
**pharmacy** 86:1 118:4 152:11 211:20 212:2,8 212:11 216:19 217:10 304:16 308:8 344:6 346:8,14 347:4
**phase** 260:14
**phone** 51:1 290:5
**PHOs** 110:9
**phrase** 99:4 328:14 348:7
**physician** 5:21 6:3 6:5 12:5,5,11,15 13:3,6,10,14 14:11,21,22 15:15 16:20 18:9 20:15,16,17,21 21:2,6,18 24:1,3 24:7,21 25:6,8 26:6,9,20 27:13 28:8 29:19 30:16 31:2,5,9,10,13,14 32:12,15,21 34:3 34:4 37:12,12 41:9,21 42:17 54:6 57:9,14 60:6 65:22 66:1,17 72:17 73:13 74:5 74:13 80:22 81:16 83:12,14 84:2,10,14,16,17 84:22 85:1,7,21 86:4 87:2,7,18 88:2,22 89:21 91:12,14,15 92:11,16,18 94:5 97:13,18,20,22