Susan Mengert                Highly Confidential                October 5, 2004
                              Newark, NJ

1

1    UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF MASSACHUSETTS

3    CIVIL ACTION  01-CV-12257-PBS

4

5    - - - - - - - - - - - - - - - - - -

6    IN RE:                                  :

7    PHARMACEUTICAL INDUSTRY AVERAGE          :

8    WHOLESALE PRICE LITIGATION               :

9    - - - - - - - - - - - - - - - - - -

10

11        DEPOSITION OF: SUSAN MENGERT

12            TUESDAY, OCTOBER 5, 2004

13

14        Deposition transcript of SUSAN MENGERT,

15   taken in the above-entitled matter before

16   MARY VARGAS, a Certified Shorthand Reporter,

17   (License No. XI01737) and Notary Public of the

18   State of New Jersey, taken at Horizon Blue

19   Cross Blue Shield of New Jersey, Three Penn

20   Plaza East, Newark, New Jersey on Tuesday,

21   October 5, 2004, commencing at 10:20 a.m.

22

Page 2

```
 1  APPEARANCES:
 2
 3  (VIA TELEPHONE)
 4  SPECTOR ROSEMAN & KODROFF, PC
    BY: JOHN A. MACORETTA, ESQ.
 5      1818 Market Street, Suite 2500
 6      Philadelphia, Pennsylvania 19103
 7      (215) 496-0300
 8  Attorneys for Plaintiff
 9
10  PATTERSON BELKNAP WEBB & TYLER, LLP
    BY: ADEEL ABDULLAH MANGI, ESQ.
11      1133 Avenue of the Americas
12      New York, New York 10036
13      (212) 336-2000
14  Attorneys for Defendants
15
16  (VIA TELEPHONE)
17  KELLEY DRYE & WARREN LLP
18  BY: CLIFFORD E. KATZ, ESQ.
19      101 Park Avenue
20      New York, New York 10178
21      (212) 808-7800
22  Attorneys for Defendants
```

Page 3

```
 1  APPEARANCES (Cont'd):
 2
 3  HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY
 4  BY: DEBRA M. LIGHTNER, ESQ.
 5      Three Penn Plaza East
 6      Newark, New Jersey 07105-2200
 7      (973) 466-4000
 8  In-house counsel
```

Page 4

```
                INDEX

WITNESS           EXAMINATION BY        PAGE
SUSAN MENGERT     MR. MANGI             6, 152
                  MR. MACORETTA         144

                EXHIBITS
NUMBER            DESCRIPTION           PAGE

Exhibit Mengert 001   Series of E-mails        23

Exhibit Mengert 002   Series of E-mails        70

Exhibit Mengert 003   Medigroup of New Jersey, 100
                      Inc. Physician Agreement

Exhibit Mengert 004   Blue Cross and Blue Shield 104
                      of New Jersey, Inc. Home
                      Infusion Therapy Provider
                      Agreement

Exhibit Mengert 005   Series of E-mails        105
```

Page 5

```
                EXHIBITS
NUMBER            DESCRIPTION           PAGE

Exhibit Mengert 006   Letter dated 7/16/02       118

Exhibit Mengert 007   Cover letter dated 6/17/99 122
                      enclosing Integrated
                      Prescription Drug Program
                      Master Agreement

Exhibit Mengert 008   Survey of Health Plans     127
                      Concerning Physician Fees
                      and Payment Methodology
```

**Page 6**

1      MR. MANGI: Here in the room we
2  have Debra Lightner, who is in-house counsel,
3  and Susan Mengert, who is the witness, and the
4  court reporter. And we're just about ready to
5  get going.
6      MR. MACORETTA: This is John
7  Macoretta, M-a-c-o-r-e-t-t-a, from Spector,
8  Roseman & Kodroff here for the plaintiff.
9      MR. KATZ: This is Cliff Katz;
10 Kelley Drye & Warren, for defendant.
11     SUSAN MARY MENGERT,
12 having been duly sworn according to law, was
13 examined and testified as follows:
14     EXAMINATION
15 BY MR. MANGI:
16   Q.  Good morning, Ms. Mengert. My name
17 is Adeel Mangi, as I introduced myself, from
18 the law firm of Patterson, Belknap, Webb &
19 Tyler, appearing here today on behalf of the
20 defendants to the Class Complaint in this
21 action.
22     Have you ever been deposed before?

**Page 7**

1   A.  Yes, once before.
2   Q.  When was that?
3   A.  Probably about four years ago. I
4  don't recall the date.
5   Q.  I'm sorry?
6   A.  I don't recall the date.
7   Q.  What sort of a case was that?
8   A.  I wasn't privy to what the case
9  was.
10  Q.  Do you know whether or not the
11 deposition included topics regarding
12 pharmaceutical pricing?
13  A.  It did not.
14  Q.  Four years ago is probably a while,
15 so let me just refresh your memory as to some
16 of the ground rules. If any questions that I
17 ask are unclear, please feel free to tell me
18 that and I'll do my best to rephrase. Okay?
19  A.  Yes.
20  Q.  It's also important to answer all
21 the questions verbally, because the court
22 reporter can't take down a nod of the head or a

**Page 8**

1  shrug of the shoulder. Okay?
2   A.  Yes.
3   Q.  If at any point during the
4  deposition you'd like to take a break, please
5  feel free to tell me and we'll take a break as
6  soon as possible. Okay?
7   A.  Yes.
8   Q.  What did you do to prepare for your
9  deposition here today?
10  A.  I did no preparation.
11  Q.  Did you have any meetings with
12 anyone regarding this deposition?
13  A.  I had a meeting with Debra just to
14 let me know what was going to happen today.
15  Q.  Did you meet with anyone else other
16 than Ms. Lightner?
17  A.  No.
18  Q.  Did you have any conversations with
19 anyone else other than Ms. Lightner?
20  A.  No.
21  Q.  Did you review any documents in
22 preparation for your deposition?

**Page 9**

1   A.  I did not.
2   Q.  Starting with some background.
3  Could you please describe for me your
4  educational background after high school.
5   A.  I went to undergrad at William
6  Paterson College in New Jersey in 1983.
7   Q.  Did you graduate in 1983?
8   A.  I didn't graduate in 1983. I
9  graduated in 1987.
10  Q.  What degree did you graduate with?
11  A.  Finance.
12  Q.  Bachelors in finance?
13  A.  Yes.
14  Q.  After graduating in 1987, did you
15 pursue any further educational qualifications?
16  A.  No.
17  Q.  Have you pursued any other
18 educational qualifications to date?
19  A.  No.
20  Q.  Did you start working after
21 graduating in 1987?
22  A.  Yes.

**Page 10**

1  Q. Where did you go to work in 1987?
2  A. At Prudential Insurance Company.
3  Q. And how long were you at
4  Prudential?
5  A. For six years.
6  Q. That's from 1987 to 1993?
7  A. Yes.
8  Q. What position did you start in at
9  Prudential?
10 A. I was an accountant.
11 Q. Did you change departments at any
12 time between 1987 and 1993?
13 A. I did not.
14 Q. What position did you hold in the
15 accounting department?
16 A. It was a basic entry level
17 accounting position.
18 Q. In 1993, did you change positions?
19 A. When I came to Blue Cross.
20 Q. Did you join Horizon Blue Cross and
21 Blue Shield in 1993?
22 A. Yes.

**Page 11**

1  Q. What position did you join Horizon
2  in?
3  A. As an accountant for Blue Cross.
4  Q. Until when did you remain an
5  accountant?
6  A. Until 1996 when I moved into the
7  pricing area.
8  Q. From 1993 to 1996 you were working
9  exclusively working as an accountant. Is that
10 correct?
11 A. Yes.
12 Q. What position did you move into in
13 1996?
14 A. I developed my own department in
15 1996.
16 Q. What was that department that you
17 developed?
18 A. Pricing, professional reimbursement
19 pricing.
20 Q. What were the circumstances in
21 which you came to develop that department?
22 A. There was a need for someone to

**Page 12**

1  monitor the professional reimbursement and the
2  methodology at Horizon to streamline the
3  methodology.
4  Q. Were you tasked with starting that
5  department by someone at Horizon?
6  A. Yes.
7  Q. Who tasked you with starting that
8  department?
9  A. John Sweeney.
10 Q. What was Mr. Sweeney's title at the
11 time?
12 A. Director of Finance.
13 Q. I'm sorry?
14 A. Director of Finance.
15 Q. What was your title? Did you have
16 a title associated with that program?
17 A. Pricing analyst.
18 Q. Were you the head of this
19 department that you had that you were starting?
20 A. I was the only person in the
21 department at the time.
22 Q. And when you say, professional

**Page 13**

1  reimbursement, what are you referring to there?
2  A. Provider.
3  Q. Does that include physicians and
4  hospitals?
5  A. Physicians and hospitals, yes.
6  Q. Is that still the department that
7  you are affiliated with today?
8  A. Yes.
9  Q. Have your titles changed since
10 1996?
11 A. Yes.
12 Q. When did your tile first change
13 after 1996?
14 A. '97.
15 Q. What title did you change to?
16 A. Senior Pricing Analyst.
17 Q. Did your title change subsequent,
18 after 1997?
19 A. Yes, in '98.
20 Q. What title did you assume then?
21 A. Manager.
22 Q. Was your title just manager or

**14**

1  manager of?
2  A.  Manager of the pricing department.
3  Q.  I'm sorry? Of pricing?
4  A.  Pricing.
5      MR. MACORETTA: Ms. Mengert, if you
6  could speak up a little bit, that would help us
7  out a little bit.
8      MR. MANGI: Let me actually turn
9  the phone.
10  Q.  So in 1998 you became the manager
11  of pricing?
12  A.  Yes.
13  Q.  Did your title change again after
14  1998?
15  A.  Just one more level of manager of
16  pricing.
17  Q.  When did you move up to that level?
18  A.  In '99.
19  Q.  Did that title have a particular
20  name?
21  A.  Still manager of pricing.
22  Q.  But carried a higher level of

**15**

1  seniority?
2  A.  Yes.
3  Q.  Does that remain your title today?
4  A.  Yes.
5  Q.  When you started this department in
6  1996, what were your responsibilities?
7  A.  I managed the Managed Care
8  professional reimbursement only.
9  Q.  What did that involve on a
10  day-to-day basis?
11  A.  Loading and supporting our
12  reimbursement methodology and our fee schedules
13  and our three claim engines.
14  Q.  Were you involved in setting those
15  reimbursement methodologies?
16  A.  Establishing, yes.
17  Q.  Did you have sole responsibility
18  for setting those reimbursement methodologies?
19  A.  Yes.
20  Q.  Who had responsibility for
21  determining professional reimbursement before
22  1996?

**16**

1  A.  I do not know.
2  Q.  What was the reimbursement
3  methodology in use at the time you started the
4  department in 1996?
5  A.  The RBRVS methodology, resource
6  based relative value scale.
7  Q.  What is the RBRVS?
8  A.  Resource based relative value
9  units.
10  Q.  Right, I understand that's what it
11  stands for. Would you describe what that is.
12  A.  They are relative value units.
13  It's attached to each CPT code.
14  Q.  Is that a schedule that's
15  determined by Medicare?
16  A.  It's actually -- the relative value
17  units are established by Medicare, yes.
18  Q.  Would it be fair to say that prior
19  to 1996 Horizon was reimbursing providers at
20  the same rates as Medicare?
21  A.  No, they were not. A form of
22  Medicare. They were reimbursing at a form of

**17**

1  Medicare.
2  Q.  I'm sorry?
3  A.  At a form of Medicare.
4  Q.  Okay.
5  A.  Not at Medicare.
6  Q.  Well, let's break it down. Prior
7  to 1996, do you have an understanding as to how
8  Horizon was reimbursing providers in relation
9  to drugs that were administered in office? And
10  you're nodding your head yes.
11  A.  I'm just following what your
12  question is, sorry.
13  Q.  Sure. Let's try it again.
14      Prior to 1996, do you have an
15  understanding as to how Horizon was reimbursing
16  providers?
17  A.  Yes.
18  Q.  Specifically in relation to drugs
19  that are administered in office?
20  A.  Yes, I do.
21  Q.  How was Horizon reimbursing
22  providers prior to '96?

**Page 18**

1  A.  A form of Medicare, a form of RVS.
2  Q.  How did the amounts that Horizon
3  was reimbursing prior to 1996 differ from the
4  amounts that Medicare was reimbursing in
5  relation to drugs administered in providers'
6  offices?
7      MR. MACORETTA: Objection to form.
8  Q.  You can answer.
9  A.  I believe they were reimbursing
10 about 110% of RVS prior to 1996.
11 Q.  Do you have an understanding as to
12 the relationship between the RBRVS and any
13 other pricing benchmarks?
14 A.  Yes.
15 Q.  What pricing benchmarks do you
16 understand RBRVS to be affiliated with?
17     MR. MACORETTA: Objection to form.
18 Q.  You can answer.
19 A.  I'm sorry, I misunderstood your
20 question. I thought you said, am I aware of
21 another form of reimbursement besides RBRVS.
22 Q.  Well, let's try it another way.

**Page 19**

1  Does RBRVS consist off a schedule?
2  A.  Relative value units.
3  Q.  Does it consist off a list of
4  payments tied to particular procedures?
5  A.  Yes. Relative value units are
6  attached to procedures.
7  Q.  Are there -- well, how are drugs
8  accounted for within the RBRVS schedule?
9  A.  Every CPT code is attached to a
10 relative value unit. Those relative value
11 units are weighted by conversion factors.
12 Q.  Well, what the are CPT codes?
13 A.  What are CPT codes?
14 Q.  Yes.
15 A.  They're the mechanism how a
16 provider is going to get reimbursed. It's a
17 five-digit alphanumeric code.
18 Q.  Do these CPT codes differentiate
19 between procedures and drugs that are
20 administered in office?
21 A.  CPT codes and HCPC codes
22 differentiate between a provider and what he's

**Page 20**

1  going to be billing for. It's differentiated
2  between drugs.
3  Q.  My question is: Prior to 1996, if
4  a patient came into a doctor's office and was
5  administered a drug, could you describe for me
6  the steps the provider would go through to get
7  reimbursed both for the administration of the
8  drug and for the drug itself?
9  A.  I don't have any knowledge what the
10 providers, what his steps are going to be.
11 Q.  Well, what's the first document
12 Horizon would receive in relation to such a
13 visit to a provider's office by an insured?
14 A.  I'm sorry. Could you say that
15 again.
16 Q.  Sure. Let's say an individual
17 who's covered by Horizon goes to a physician's
18 office and is administered a drug. How did
19 Horizon, prior to 1996, reimburse the provider
20 in relation to that office visit?
21 A.  There are specific CPT codes the
22 provider may bill for the administration, and

**Page 21**

1  then there's specific CPT codes that he can
2  bill for the actual drug.
3  Q.  Now, sticking with the pre-1996
4  period, the CPT codes that he would bill for in
5  relation to the drug. Are those expressed as
6  fixed dollar amounts in relation to a
7  particular CPT code?
8  A.  Yes.
9  Q.  Can those be translated to be
10 expressed in relation to WAC or AWP?
11 A.  They could.
12 Q.  Is there a set methodology that you
13 would use to express the amounts reimbursed for
14 drugs prior to 1996 in relation to AWP or WAC?
15     MR. MACORETTA: Objection to form.
16 Q.  As I understand your testimony so
17 far, prior to 1996, providers would be
18 reimbursed for a drug administered in office by
19 reference to a CPT code, and the CPT code
20 entitles a provider to reimbursement in a
21 specific dollar amount, correct?
22 A.  Yes.

Susan Mengert                Highly Confidential                October 5, 2004
                                  Newark, NJ

7 (Pages 22 to 25)

**Page 22**

1   Q.  The question is: Can that amount
2   be expressed by reference to the WAC of the
3   drug that he's being reimbursed for?
4   A.  If you're comparing one methodology
5   to another, yes.
6   Q.  Is there a set percentage that
7   could be used in that translation?
8   A.  I'm not familiar with the WAC
9   reimbursement, so I can't answer.
10  Q.  Can the amount that the provider
11  was being reimbursed prior to 1996 under the
12  CPT code be expressed by reference to average
13  wholesale price or AWP?
14  A.  Yes.
15  Q.  And is there a set percentage that
16  could be used to express the amount the
17  provider was being reimbursed for a drug in
18  relation to the AWP for that drug?
19  A.  Yes.
20  Q.  Do you know what that percentage
21  would be?
22  A.  Well, prior to 1996 it was priced

**Page 23**

1   at 110% of RBRVS. I don't know today in 2004
2   what AWP was.
3   Q.  Well, you said prior to 1996 it was
4   110% of RBRVS. Do you have an understanding of
5   the relationship between the RBRVS and the AWP
6   for the drug?
7   A.  Not at the time.
8   Q.  Do you have an understanding as to
9   what the relationship would be today between
10  the RBRVS and the AWP for the drug?
11  A.  Are you asking if I know the
12  differential between the two?
13  Q.  Right.
14  A.  I don't know dollar amounts.
15  Q.  Could you express one as a
16  percentage of the other?
17  A.  No.
18  Q.  Let me show you a document. I'd
19  like to show you a document that's -- this is a
20  document Bates numbered HRZ 404 to 407. I'll
21  have the reporter mark that, please.
22       (Exhibit Mengert 001 is marked.)

**Page 24**

1   Q.  Could you take a moment to
2   familiarize yourself with that document,
3   please, and let me know when you're done.
4   A.  Yes.
5   Q.  I'd like to draw your attention to
6   Bates number HRZ 406, which is the number on
7   the bottom right.
8   A.  Yes.
9   Q.  Do you see in the middle of the
10  page there is a line, "forwarded by Susan
11  Mengert"?
12  A.  Yes.
13  Q.  Is that an E-mail that you sent to
14  Terry Leach and others?
15  A.  Yes.
16  Q.  The first line says, "Horizon's
17  current allowance for Zoladex and Lupron are
18  based on the current AWP-10%."
19       Do you see that?
20  A.  Yes.
21  Q.  Now, at the time of this E-mail,
22  which is in 2001, is it fair to say that

**Page 25**

1   Horizon was expressing the amount reimbursed in
2   reference to these drugs by reference to AWP?
3   A.  With reference to AWP, yes.
4   Q.  At the time of this E-mail, was
5   that Horizon's approach generally to provider
6   reimbursement to express the amounts to be
7   reimbursed for drugs in relation to AWP?
8   A.  Yes.
9   Q.  When did Horizon start expressing
10  the amounts that it would reimburse providers
11  for drugs by reference to AWP?
12  A.  The Managed Care product moved
13  August 1st, 1999. Traditional PPO products
14  moved as of first quarter 2000.
15  Q.  Prior to 1999, for the Managed Care
16  products and 2000 for the PPO products, would
17  it be fair to say that Horizon's reimbursement
18  for drugs administered by providers in office
19  was not related to AWP?
20  A.  Yes.
21  Q.  And after 1999, and 2000 for the
22  PPO products Horizon's reimbursement for drugs

**Page 26**

1  administered by providers in office was tied to
2  AWP, correct?
3      A.    Would you repeat that.
4      Q.    After 1999 for the managed products
5  and 2000 for the PPO products, Horizon's
6  reimbursement for drugs administered by
7  providers in office was tied to AWP?
8      A.    Correct.
9      Q.    And that remains the case today?
10     A.    That's true.
11     Q.    Earlier you said that prior to 1996
12 Horizon's reimbursement for drugs administered
13 in office was tied to CPT codes, correct?
14     A.    Yes.
15     Q.    Did that remain the case up until
16 the changes we just discussed in 1999 and 2000?
17     A.    It remains the same to date.
18     Q.    What was -- well, why in 1999 did
19 Horizon start expressing reimbursement for
20 drugs administered by providers in office by
21 reference to AWP?
22     A.    It was another source of

**Page 27**

1  reimbursement.
2      Q.    Well, is it an alternative way of
3  expressing the amount that it will be
4  reimbursed?
5      A.    Yes.
6      Q.    And what is the other alternative
7  that is still in use today?
8      A.    We don't have -- on the
9  professional side, we do not have another
10 alternative.
11     Q.    What was being used prior to that
12 time? You referred to alternatives. What are
13 you referring to?
14     A.    RBRVS were used prior to AWP.
15     Q.    Who made the decision to move to
16 AWP as a reimbursement benchmark starting in
17 1999?
18     A.    It was Horizon Healthcare Senior
19 Management team, the people listed on page
20 seven six and seven.
21     Q.    You're referring to the documents
22 Bates stamped HRZ 406 to 407?

**Page 28**

1      A.    That's right.
2      Q.    So the people involved in that
3  decision would be Terry Leach, Maria Lopes,
4  Richard Popiel, Saira Jan, Stan Harris and John
5  Sweeney. Is that correct?
6      A.    That's correct.
7      Q.    Anyone else?
8      A.    No.
9      Q.    Do you have an understanding as to
10 the reasons why they decided to shift to AWP in
11 1999, 2000?
12     A.    Yes.
13     Q.    What were the reasons why they
14 decided to switch to AWP?
15     A.    The cost factor, to reduce our
16 costs.
17     Q.    How did switching to AWP reduce
18 costs?
19     A.    Horizon was using 110% of RBRVS,
20 which was well above what the marketplace was
21 using, and AWP-10% was a significant savings.
22     Q.    When you say, significant savings,

**Page 29**

1  do you have an idea as to what the dollar
2  amount was in savings before and after the
3  switch?
4      A.    Not at this time, no.
5      Q.    Now, the change that was made to
6  AWP-10% in 1999, did that pertain only to
7  reimbursement to a providers -- let me rephrase
8  that question. Did that pertain only to
9  reimbursement to physicians?
10     A.    Professional reimbursement, yes.
11     Q.    Did that also apply to
12 reimbursement to hospitals?
13     A.    If it was just professional
14 provider.
15     Q.    How do you differentiate between a
16 professional provider and a hospital?
17     A.    If somebody went out and negotiated
18 a contract on the hospital side, that would
19 supercede anything I'm doing on my professional
20 side.
21     Q.    So AWP-10% applies to medical
22 providers who may be in their own office or may

**30**

1  be sitting in a hospital. Is that correct?
2  A.    That's right.
3  Q.    But it does not apply to contracts
4  to reimbursement to hospitals as institutions.
5  Is that correct?
6  A.    That's right.
7  Q.    On what basis does Horizon make
8  reimbursement to hospitals for drugs
9  administered to patients?
10 A.    I do not know.
11 Q.    Do you know whether or not
12 reimbursement to hospitals is tied to AWP?
13 A.    No.
14 Q.    Do you subscribe to any industry
15 pricing compendia?
16 A.    No.
17 Q.    Are you familiar with any industry
18 pricing compendia?
19 A.    No.
20 Q.    Have you ever heard of Red Book?
21 A.    Yes.
22 Q.    Do you understand Red Book to be an

**31**

1  industry pricing compendia?
2  A.    I do not.
3  Q.    Are you familiar with any
4  publications similar to Red Book?
5  A.    Am I familiar with them?
6  Q.    Yeah.
7  A.    Yes.
8  Q.    Which publications are you aware
9  of?
10 A.    First Databank.
11 Q.    Anything else?
12 A.    No.
13 Q.    Do you have an understanding as to
14 what sort of information is published in Red
15 Book or First Databank?
16 A.    Would you say that again, please.
17 Q.    I'm sorry?
18 A.    Would you say that again.
19 Q.    Sure. Do you have an understanding
20 as to what's published in Red Book or First
21 Databank?
22 A.    Yes.

**32**

1  Q.    What is your understanding as to
2  what's published in those compendium?
3  A.    In the physical book or Red Book
4  there are the actual drug, the NDC code, the
5  AWP allowance by dosage, the unit cost.
6  Q.    When you say unit cost, is that
7  another term for WAC?
8  A.    I'm not familiar with WAC.
9  Q.    Are you familiar with wholesale
10 acquisition costs?
11 A.    AWP.
12 Q.    Is it your understanding that
13 wholesale acquisition costs and average
14 wholesale price are the same thing?
15 A.    No.
16 Q.    So let me try and rephrase that
17 question, because I think we got a little
18 confused.
19        You're aware that the pricing
20 compendia published AWPs for drugs. Is that
21 correct?
22 A.    Yes.

**33**

1  Q.    Are you also aware that industry
2  pricing compendia published wholesale
3  acquisition costs for drugs?
4  A.    No.
5  Q.    Have you ever seen a pricing
6  compendia?
7  A.    Yes.
8  Q.    Do you use pricing compendia in the
9  regular course of your business?
10 A.    Yes.
11 Q.    What do you use pricing compendia
12 for?
13 A.    To set our professional
14 reimbursement for drugs.
15 Q.    When you say, set reimbursement,
16 what are you referring to there?
17 A.    To derive an allowance for a
18 specific CPT code.
19 Q.    Are you familiar with the term
20 wholesale acquisition costs in general?
21 A.    No.
22 Q.    You've never heard that term prior

**34**

1  to today?
2  A.  No.
3  Q.  And you never heard the term WAC
4  prior to today.  Is that correct?
5  A.  No.
6  Q.  Are you familiar with the term list
7  price?
8  A.  Yes.
9  Q.  What's your understanding of the
10 term list price?
11 A.  That is how much the manufacturer
12 is listing the drug for.
13 Q.  Do you have an understanding of the
14 relationship between list price and AWP?
15 A.  No.
16 Q.  You understand them to be different
17 things.  Is that correct?
18 A.  Yes.
19 Q.  Do you understand the AWP to be
20 higher than a list price?
21     MR. MACORETTA:  Objection to the
22 form.

**35**

1  A.  No, I'm not familiar with the
2  comparison.
3  Q.  Now, in 1999, 2000, Horizon moved
4  to AWP-10% as a basis for provider
5  reimbursement, correct?
6  A.  That's correct.
7  Q.  Does AWP-10% remain the methodology
8  that's in use today for reimbursement to
9  providers?
10 A.  For professional reimbursement,
11 yes.
12 Q.  Between 1999 and today, that
13 methodology has not undergone any changes.  Is
14 that correct?
15 A.  No.
16 Q.  Do you have an understanding as to
17 the price at which providers acquire drugs?
18     MR. MACORETTA:  Objection to form.
19 A.  No.
20 Q.  Do you have an understanding
21 whether the price at which providers acquire
22 drugs can be expressed by reference to any

**36**

1  particular benchmarks?
2  A.  No.
3  Q.  Has Horizon ever sought information
4  from providers as to the price at which they
5  acquire drugs?
6  A.  Yes.
7  Q.  When did Horizon seek to acquire
8  that information from providers?
9  A.  Upon a provider's complaint of
10 reimbursement.
11 Q.  Are you referring to a specific
12 instance or instances there?
13 A.  Yes.
14 Q.  Could you describe to me the
15 instance you're referring to, please.
16 A.  A provider may reach out to our
17 Provider Affairs Department and complain about
18 a particular reimbursement for a drug.  At that
19 time, that Provider Affairs Department will ask
20 them for their invoices and pass that on to the
21 pricing department for review.
22 Q.  Are you referring to a particular

**37**

1  instance there, or does that happen on a
2  regular basis?
3  A.  It doesn't happen often, no.
4  Q.  Are you aware of specific instances
5  where that has happened?
6  A.  No.
7  Q.  But it's your testimony that in
8  those circumstances the provider is asked to
9  submit the invoice showing the cost at which he
10 acquired the drug to Horizon.  Is that correct?
11 A.  That's correct.
12 Q.  So Horizon is aware of the price in
13 those circumstances of the prices at which
14 providers are acquiring drugs, correct?
15 A.  That's correct.
16 Q.  Although you personally are not
17 aware of those prices.  Is that correct?
18 A.  That's correct.
19 Q.  How many times has that occurred in
20 a given year, do you know?
21 A.  Probably less than five times.
22 Q.  Other than those specific

**Page 38**

1  instances, has Horizon ever asked providers
2  what their acquisition costs are for drugs?
3      A.   No, the pricing department has
4  never asked providers.
5      Q.   And you understand that you're
6  testifying here today as a corporate
7  representative on behalf of Horizon, correct?
8      A.   Yes.
9      Q.   Does Horizon contract directly with
10 providers at this time?
11     A.   Does Horizon contract with
12 providers?  Yes.
13     Q.   As a part of those contracts, has
14 Horizon ever required providers to reveal the
15 costs at which they're acquiring drugs?
16     A.   Not that I'm aware of, no.
17     Q.   Do you have an understanding as to
18 whether or not the price at which providers
19 acquire drugs is higher or lower than the
20 amount that Horizon reimburses them for those
21 drugs?
22     A.   Would you restate that.

**Page 39**

1      Q.   Sure.
2           Do you have an understanding as to
3  whether the price at which providers acquire
4  drugs is higher or lower than the amount that
5  Horizon reimburses them for those drugs?
6      A.   Can you define what my
7  understanding would be?  Firsthand knowledge, is
8  that what you're asking?
9      Q.   Well, let's start with firsthand
10 knowledge.  Do you have firsthand knowledge of
11 that?
12     A.   I don't have firsthand knowledge,
13 no.
14     Q.   Do you have any other type of
15 knowledge?
16     A.   I would make the assumption that we
17 are reimbursing in accordance to other payers
18 for the drugs.
19     Q.   So what you're saying is your
20 assumption is that the amount that Horizon
21 reimburses is similar to the rates at which its
22 competitors reimburses provider drugs?

**Page 40**

1      A.   That's right.
2      Q.   Do you have an understanding as to
3  whether providers are making money on a
4  differential between the amount at which they
5  acquire drugs and the amount at which they're
6  reimbursed for drugs?
7      A.   Yes.
8      Q.   What is your understanding?
9      A.   There are drugs that are set at a
10 higher reimbursement level than the providers
11 actually paying for them.
12     Q.   You say there are drugs.  Are there
13 other drugs that are not?
14     A.   Yes.
15     Q.   So your testimony is that there are
16 some drugs for which providers are reimbursed
17 at the lower amount than they paid to acquire
18 those drugs.  Is that correct?
19     A.   That's correct.
20     Q.   What would those drugs be?
21     A.   I don't have knowledge of what the
22 drugs specifically are.

**Page 41**

1      Q.   What's the basis for your
2  impression that there are some drugs for which
3  providers actually lose money on the
4  administration?
5      A.   Well, AWP is published on a
6  quarterly basis.  The allowances for those
7  drugs change at any given time.  Between the
8  first and second quarter of publication of an
9  AWP allowance, the provider is purchasing his
10 drugs at a higher or lower cost than when AWP
11 is delivered, which means when AWP changes for
12 a second or a third quarter, it may be higher
13 or lower than what it was for the first
14 quarter.
15     Q.   Do you have an understanding of the
16 relationship between the amount at which
17 providers are buying drugs and AWP?
18     A.   I don't have firsthand knowledge of
19 what the providers are purchasing.
20     Q.   Do you have any other kind of
21 knowledge as to the amount at which providers
22 are purchasing drugs?

**Page 42**

1  A.  Just what's coming through my shop
2  through the inquiries or complaints.
3  Q.  What's the information that's
4  coming through the inquiries or complaints?
5  A.  Usually it's that they are getting
6  reimbursed too little. And then, of course,
7  when we see the changes, when the AWP is
8  published, we're overpaying them. So you're
9  getting both.
10  Q.  Do you have an understanding as to
11  whether these are drugs on which you're saying
12  that providers lose money are a minority or a
13  majority of drugs that are in the marketplace
14  today?
15  A.  I don't know.
16  Q.  At present, does Horizon make
17  reimbursement -- does Horizon reimburse
18  providers separately for administration
19  expenses as against reimbursement for the drug
20  itself?
21  A.  Yes.
22  Q.  On what basis does Horizon

**Page 43**

1  calculate the amounts that are paid to doctors
2  in relation to administrative expenses only?
3  A.  It's currently based on Medicare.
4  Q.  So Horizon reimburses providers at
5  the same rate as Medicare in relation to their
6  administration fees or expenses. Is that
7  correct?
8  A.  That's correct, yes.
9  Q.  Now, leaving aside reimbursement
10  for the drugs, do you have an understanding as
11  to whether those administration fees alone
12  would be sufficient to cover doctors' overhead
13  expenses?
14  A.  Yes.
15  Q.  What is your understanding?
16  A.  Well, my understanding is that it's
17  not always the provider administering the drug
18  in his office. It could be a nurse. It could
19  be an assistant. We have also reached out to
20  the provider community to get a feel. We also
21  have the medical community within Horizon that
22  has reviewed the admin, the administration

**Page 44**

1  fees, to insure that they're appropriate.
2  Q.  Well, my question was: Do you have
3  an understanding as to whether the
4  administration fees alone that are paid to
5  providers are sufficient to cover the overhead
6  expenses of the practice?
7  A.  Yes.
8  Q.  What is your understanding of that?
9  A.  My understanding is that our
10  medical leadership has looked at the allowances
11  for our reimbursement and has made the decision
12  that they are equitable for the overhead costs
13  to a physician's office.
14       MR. MANGI:  Would you read back
15  that last answer, please.
16       (The answer is read back by the
17  court reporter:
18       "ANSWER: My understanding is that
19  our medical leadership has looked at the
20  allowances for our reimbursement and has made
21  the decision that they are equitable for the
22  overhead costs to a physician's office."

**Page 45**

1  Q.  When was that decision made?
2  A.  It's reviewed on an annual basis as
3  Medicare changes.
4  Q.  Is it Horizon's -- well, when did
5  you first become aware that your medical
6  leadership had looked at this issue and
7  determined that administrative fees alone were
8  sufficient to cover providers overhead?
9  A.  In 1999 when we moved from RBRVS to
10  AWP for the Managed Care products we began to
11  look at the admin. And our admin fees were
12  lower than Medicare at that time based on our
13  medical leaderships' directions.
14  Q.  So it's your testimony that from
15  1999 to the present Horizon has taken the
16  position that its administrative fees alone in
17  this high reimbursement for drugs are
18  sufficient to cover provider overhead expenses.
19  Is that correct?
20  A.  No.
21  Q.  Where am I wrong?
22  A.  You asked me if we currently were

Page 46

1  sufficient. We are currently sufficient. We
2  are currently paying based on Medicare. In
3  1999 we were lower than Medicare.
4      Q.  So is it your testimony then that
5  Medicare's administrative fee is sufficient to
6  cover doctors' overhead expenses, but anything
7  below Medicare is not?
8      A.  That's correct.
9      Q.  When did Horizon's reimbursement
10 for administrative fees alone come to be at par
11 with Medicare's reimbursement for
12 administrative fees?
13     A.  I don't recall the year.
14     Q.  Was it sometime after 1999?
15     A.  Yes.
16     Q.  Was it after 2002?
17     A.  No, I believe it was in 2000, but I
18 can't pinpoint the date.
19     Q.  What's the basis for Horizon's
20 position that Medicare administrative fees are
21 sufficient to cover doctors' overhead expenses?
22     A.  We utilize RBRVS for Medicare

Page 47

1  reimbursement for all our CPT codes, which
2  should be sufficient for reimbursement for any
3  CPT code.
4      Q.  Well, has Horizon ever studied
5  doctors' overhead expenses?
6      A.  No.
7      Q.  So then how is it that Horizon
8  concluded that the Medicare amounts paid for
9  administrative fees are sufficient to cover
10 doctors' overhead expenses?
11     A.  We reviewed the admin CPT codes on
12 an annual basis only because the provider
13 community will start complaining when they're
14 not reimbursed enough.
15     Q.  Well, my question is somewhat
16 different. Your testimony has been that the
17 amount paid by Medicare in relation to
18 administrative fees alone is sufficient to
19 cover doctors' overhead costs, correct?
20     A.  Yes.
21     Q.  My question is: How do you know
22 that, if you don't know what doctors' overhead

Page 48

1  costs are?
2      A.  I personally don't know, but I'm
3  representing Horizon.
4      Q.  Right. So it's your understanding
5  that Horizon knows what doctors' overhead costs
6  are?
7      A.  Our medical management team, which
8  comprises of a lot of our medical directors,
9  make the determination of a reimbursement.
10     Q.  So is it your testimony that the
11 Horizon medical management team does have
12 knowledge as to what doctors' overhead expenses
13 are?
14     A.  Yes.
15     Q.  Do you know whether the Horizon
16 medical management team has ever conducted any
17 studies of doctors' overhead expenses?
18     A.  I'm not aware.
19     Q.  Are you aware of any analyses
20 addressing that topic?
21     A.  No.
22     Q.  Are you aware of any correspondence

Page 49

1  addressing that topic?
2      A.  No.
3      Q.  Are you aware of any documents at
4  all addressing that topic?
5      A.  No.
6      Q.  Can you identify any specific bases
7  for the medical management team's determination
8  that administrative fees alone are sufficient
9  to cover doctors' overhead expenses?
10     A.  No.
11     Q.  So as you sit here today, you're
12 assuming that, because they made that decision,
13 they must have had some basis for it. Is that
14 correct?
15         MS. LIGHTNER: Object to form.
16         MR. MACORETTA: Objection.
17     Q.  You can answer.
18     A.  Yes.
19     Q.  Do you sit on -- well, withdraw
20 that.
21         Are you familiar with the term PNT
22 committee?

**Page 50**

1  A. No.
2  Q. All right. Are you aware of the
3  rates at which Horizon reimburses pharmacies in
4  relation to drugs?
5  A. No.
6  Q. Are you aware of whether or not
7  reimbursement to pharmacies or through PBMs is
8  expressed by reference to AWP?
9  A. I'm not aware of any pharmacy
10 related issues.
11 Q. Do you ever have any meetings with
12 anyone on Horizon's pharmacy reimbursement
13 side?
14 A. No.
15 Q. Do you have an understanding as to
16 the prices at which pharmacies acquire drugs?
17 A. No.
18 Q. Are you a member of any industry
19 associations?
20 A. No.
21 Q. Do you sit on any boards or hold
22 any trusteeships?

**Page 51**

1  A. No.
2  Q. The AWP-10% reimbursement formula
3  that's been in use since 1999, has that ever
4  been reviewed?
5  A. In what manner?
6  Q. Has Horizon ever considered
7  changing that methodology?
8  A. Yes.
9  Q. When is the first time that Horizon
10 considered changing that methodology?
11 A. 2004.
12 Q. How did that possibility come
13 about?
14 A. Can you rephrase that?
15 Q. Sure. In 2004, Horizon considered
16 changing the reimbursement methodology to
17 providers, correct?
18 A. Yes.
19 Q. Where did that -- well, let me back
20 up.
21     Did Horizon, in fact, change their
22 reimbursement methodology?

**Page 52**

1  A. No, they did not.
2  Q. Did Horizon go through a process of
3  evaluating whether or not to change their
4  reimbursement methodology?
5  A. They're currently in the process of
6  evaluating it.
7  Q. When did that process begin?
8  A. In June.
9  Q. And where did that process
10 originate?
11 A. Competitive information.
12 Q. What do you mean by competitive
13 information?
14 A. Our competitors in New Jersey.
15 We're under the understanding that they're
16 reimbursing less than ten percent Medicare,
17 also went below 100% of AWP. So they're sizing
18 it up by drugs.
19 Q. What do you mean, they're sizing it
20 up by drugs?
21 A. They're looking at the utilization
22 to find out how Horizon's reimbursing versus

**Page 53**

1  Medicare versus our competitors.
2  Q. Who's in charge of that process?
3  A. John Sweeney.
4  Q. Correct me if I'm wrong, but he's
5  the director of finance?
6  A. He is.
7  Q. Are you involved in that process?
8  A. Yes.
9  Q. What's been your involvement in
10 that process?
11 A. Just to supply the reimbursement.
12 Q. Reimbursement methodology?
13 A. For the CPT codes.
14 Q. So is Horizon currently considering
15 changing the reimbursement formula from AWP-10%
16 to AWP minus a higher percentage?
17 A. Not that I'm aware of, no.
18 Q. When you say, the process is
19 ongoing, what is being -- what is ongoing?
20 A. It's just the beginning stages.
21 We're just assessing it at this time.
22 Q. So Horizon is making a decision as

**54**

1  to whether or not to change the reimbursement
2  methodology?
3      A.   That's right.
4      Q.   And is it your understanding that
5  if the methodology does change, it will be to
6  lower the reimbursement amount?
7      A.   Yes.
8      Q.   Has Horizon ever purchased drugs
9  directly from a manufacturer?
10     A.   I'm not privy to that information.
11     Q.   Who would know that?
12     A.   I do not know.
13     Q.   Do you know whether Horizon has
14 ever purchased drugs directly from a
15 wholesaler?
16     A.   I do not know.
17     Q.   Do you know whether Horizon owns
18 any provider practices?
19     A.   I do not know.
20     Q.   Do you know whether Horizon owns
21 any hospitals?
22     A.   Do not know.

**55**

1      Q.   Now, you testified that Horizon
2  currently contracts directly with providers,
3  correct?
4      A.   That's right.
5      Q.   What criteria does Horizon use when
6  determining whether or not to contract with a
7  given provider?
8          MS. LIGHTNER: Objection. Beyond
9  the scope of this witness' knowledge.
10     Q.   Do you know?
11     A.   I do not know.
12     Q.   Are you involved at all in the
13 contracting process with providers?
14     A.   No.
15     Q.   Who is in charge of that
16 contracting?
17     A.   Ann Silvestro, Provider Affairs
18 Director.
19     Q.   The reimbursement methodology of
20 AWP-10% that you described, does that apply
21 across-the-board to individual physicians or
22 provider groups, different specialities?

**56**

1      A.   Yes.
2      Q.   Are there any exceptions to the use
3  of that reimbursement methodology when it comes
4  to providers?
5      A.   No.
6      Q.   Are you involved at all in
7  negotiations or discussions with providers in
8  relation to their contract?
9      A.   No.
10     Q.   Is it fair to say that Horizon
11 retains the right to unilaterally change the
12 reimbursement methodology to providers at any
13 time?
14     A.   Yes.
15     Q.   Would it be fair to say that that's
16 been the case back to 1990?
17     A.   Yes.
18     Q.   Now, you testified that there's
19 some drugs in relation to which you believe
20 that providers are actually losing money. Is
21 that correct?
22     A.   Yes.

**57**

1      Q.   Why would providers continue to
2  administer drugs in relation to which they were
3  losing money?
4          MR. MACORETTA: Objection to form.
5      A.   I can't say that a provider is
6  actually losing money, because I don't know who
7  he's purchasing it for. I just see the
8  decrease from one quarter of the distribution
9  of the AWP files to the second. So the
10 assumption is, if they had purchased it during
11 that quarter, they would not have gotten
12 reimbursed as much as they would the second
13 quarter.
14     Q.   Let me see if I understand then.
15 You're saying that when an AWP for a drug
16 changes, that obviously changes the amount that
17 a provider is being reimbursed at, correct?
18     A.   Right.
19     Q.   So you were saying that when an AWP
20 for a drug increases, the provider is
21 reimbursed at higher dollar after the increase
22 than he was before the increase, correct?

**58**

1  A. That's correct.
2  Q. But you're not expressing any view
3  as to whether or not the amount that the
4  provider actually makes or loses on a drug
5  changes between that time period?
6  A. I don't know when. I don't know
7  how much he's purchasing it for.
8  Q. So you have no understanding as to
9  the basis at which providers purchase drugs,
10 correct?
11 A. No, very limited.
12 Q. When you say very limited, what do
13 you mean by that?
14 A. For example, the flu vaccine they
15 can purchase in the spring, spring of each
16 year, at a deep discount from the
17 manufacturers. If they purchase it during flu
18 season, which starts September 1st, then it is
19 at a greater value. Had they been reimbursed
20 at Horizon in the spring of the year, the
21 reimbursement would have been much lower. Our
22 reimbursement during the fall of each year is

**59**

1  higher during the flu season.
2     So they're purchasing something --
3  if they purchased it in the spring, they're
4  going to get more of a reimbursement in the
5  fall when they go to use it.
6  Q. So I understand your testimony
7  here, when the AWP for a drug increases, that
8  also increases the dollar amount a provider is
9  reimbursed because it's the same formula,
10 AWP-10%?
11 A. That's correct.
12 Q. Correct?
13 A. Yes.
14 Q. But as a general matter, you don't
15 know the basis at which providers acquire their
16 drugs, correct?
17 A. That's correct.
18 Q. So you don't know what the
19 difference is between the amount at which a
20 provider acquires a drug and the amount at
21 which he's reimbursed for the drug, correct?
22 A. That's correct.

**60**

1  Q. So you don't know whether or not a
2  provider is actually making a profit on the
3  differential or whether he's losing money on
4  the differential, correct?
5  A. That's correct.
6  Q. Would it be fair to say that your
7  general understanding is that providers must be
8  making money on the drug rather than losing
9  money on the drug, otherwise, they wouldn't be
10 administering the drug?
11 A. That's correct.
12    MR. MACORETTA: Objection to form.
13 Q. So based on that testimony, is it
14 fair to say that Horizon intends to provide --
15 let me rephrase that question -- Horizon
16 intends to allow providers to make some profit
17 on the differential between the amount at which
18 they acquire drugs and the amount at which
19 they're reimbursed for drugs?
20 A. Yes.
21 Q. Why does Horizon give providers
22 that margin?

**61**

1  A. We don't know what providers are
2  actually purchasing. We can, which is what
3  we're doing right now, we're sizing the CPT
4  codes and HCPC codes up by the actual code
5  itself to make a guesstimate. Instead of
6  saying an overall assumption of minus ten
7  percent, you can do minus ten percent for one
8  code and then minus 12 percent for another,
9  instead of doing the broad range of AWP at 90%.
10 Q. But regardless of the reimbursement
11 formula, the exact reimbursement formula that's
12 used in all cases Horizon does intend to
13 reimburse providers at an amount higher than
14 that at which they acquired the drug, correct?
15    MR. MACORETTA: Objection to form.
16 A. I don't know what Horizon's intent
17 is. I would hope they wouldn't want someone to
18 make a lot of money on a purchase of a drug.
19 And that is why we're taking a look at the
20 drugs today.
21 Q. But it is your understanding that
22 Horizon does not want providers to lose money

Susan Mengert         Highly Confidential         October 5, 2004
                         Newark, NJ

17 (Pages 62 to 65)

**62**

1  on drugs?
2     A.   It is Horizon's intent that they
3  don't lose money, correct.
4     Q.   Now, you referred to the
5  possibility of changing the reimbursement
6  benchmark, I'm sorry, changing the
7  reimbursement methodology. Is that correct?
8     A.   That's right.
9     Q.   From AWP-10% to perhaps something
10 different, correct?
11    A.   That's right.
12    Q.   And the reason Horizon is
13 considering that is because Horizon doesn't
14 want to pay anymore in reimbursement than it
15 has to, correct?
16    A.   Yes.
17    Q.   Horizon's looking to get the best
18 deal that it can, correct?
19    A.   In 2004, Medicare went below AWP.
20 Horizon did not follow suit with Medicare.
21 Medicare went down as low as 85% for some
22 particular codes, where Horizon is still at

**63**

1  90%. Some of our competitors, which is where
2  we also want to follow suit, have dropped below
3  90%.
4     Q.   So the answer to my question is,
5  yes, Horizon is looking to get the best deal
6  that it can?
7     A.   That's correct.
8          MR. MACORETTA: Objection to form.
9     Q.   If Horizon were to use a benchmark
10 other than AWP, would that change the amounts
11 that were being reimbursed to providers?
12    A.   Yes.
13    Q.   How would that change the amounts
14 that were being reimbursed?
15    A.   By the methodology, whatever this
16 other methodology is.
17    Q.   Right. Well, perhaps my question
18 wasn't clear. If Horizon were to express the
19 amount that were reimbursed to providers by
20 reference to a price or a benchmark other than
21 AWP, it would still be looking to get the best
22 deal it can, correct?

**64**

1     A.   Yes.
2     Q.   So the actual dollar amounts that
3  were reimbursed to providers would be the same,
4  correct?
5     A.   Not necessarily.
6     Q.   How would they be different?
7     A.   It would be dependent upon whatever
8  this new source is.
9     Q.   Well, currently Horizon is using an
10 AWP minus formula, right?
11    A.   Yes.
12    Q.   Now, let's say Horizon were to use
13 another benchmark which may be higher or lower
14 than AWP, and adjust it again by reference to a
15 particular percentage?
16    A.   Yes.
17    Q.   Right. Is it fair to say that
18 Horizon would end up reimbursing at a similar
19 amount to that which it's reimbursing now and
20 just adjust the percentages accordingly?
21    A.   I can't say that.
22         MR. MACORETTA: Objection.

**65**

1     Q.   Why can't you say that?
2          MR. MACORETTA: Objection.
3     A.   I don't know what this other source
4  is, and it would change by CPT code. It would
5  differentiate by CPT code. So the provider may
6  not see the same reimbursement. They may see
7  higher or lower depending on what this new
8  source is.
9     Q.   When you say it would change by CPT
10 code, you're saying it would be different by
11 drug. Is that correct?
12    A.   We don't reimburse other
13 professional side by NDC.
14    Q.   And what are CPTs?
15    A.   What are CPTs?
16         MS. LIGHTNER: Objection. Asked
17 and answered.
18    Q.   Yes.
19         MS. LIGHTNER: You can answer.
20    A.   The procedure that the provider is
21 going to get reimbursed with a particular type
22 of drug.

**Page 66**

1   Q.   Right, but you testified earlier
2   there are CPTs for procedures and then there
3   are CPTs for drugs, correct?
4   A.   Well, there are CPTs for
5   procedures, and there are CPTs for drugs
6   specifically.
7   Q.   And the CPTs for drugs are tied to
8   particular drugs. Is that correct?
9   A.   Yes.
10   Q.   So even if Horizon does not use NDC
11   codes it, nonetheless, reimburses for specific
12   drugs at an AWP-10% formula, correct?
13   A.   Yes.
14   Q.   My question is: If you were to
15   express the amount that was being reimbursed by
16   formula other than AWP-10%, let's say you were
17   to use list price plus a certain percentage.
18   Okay? Do you follow?
19   A.   Yes.
20   Q.   In that instance, Horizon would
21   still be looking to get the best deal it can,
22   correct?

**Page 67**

1   MR. MACORETTA: Objection to form.
2   MS. LIGHTNER: Objection to form.
3   Q.   Correct? You can answer.
4   A.   Yes.
5   Q.   So would it be fair to say that in
6   those circumstances, if Horizon used a list
7   price plus formula rather than AWP minus
8   formula, it would still end up at somewhere
9   around the same rate that it's reimbursing
10   today. Is that correct?
11   MR. MACORETTA: Objection to form.
12   A.   I can't say that, since I don't
13   know how list price works and I don't know what
14   their outcome would be.
15   Q.   You testified earlier that you are
16   familiar with list price, correct?
17   A.   I am familiar that it's the price
18   that they're listing, yes.
19   Q.   What do you mean when you say you
20   don't know how list price works?
21   A.   Well, you said list price plus
22   percentage versus AWP minus percentage. I

**Page 68**

1   don't know what Horizon's decision would be if
2   they went to another methodology.
3   Q.   Now, do you have an understanding
4   as to whether or not Horizon negotiates
5   individually with any physicians in relation to
6   their reimbursement rate?
7   A.   Yes.
8   Q.   What is your understanding of that
9   issue?
10   A.   Provider affairs will meet with a
11   provider and discuss reimbursement rate other
12   than our standard reimbursement.
13   Q.   Are there instances in which
14   Horizon reimburses at rates other than AWP-10%?
15   A.   No.
16   Q.   So when you say that provider
17   affairs would discuss reimbursement other than
18   the standard reimbursement, what are you
19   referring to there?
20   A.   Well, provider we're talking about
21   all CPT codes. A provider is going to be
22   complaining about his overall reimbursement,

**Page 69**

1   not specific to drugs.
2   Q.   Leaving aside negotiations
3   pertaining to reimbursement for procedures
4   only, does Horizon ever negotiate with
5   providers in relation to reimbursement for
6   drugs?
7   A.   No.
8   Q.   So it's your understanding that
9   there's one flat rate that's applied
10   across-the-board, take it or leave it. Is that
11   correct?
12   A.   Yes.
13   Q.   Do you have an understanding as to
14   whether the reimbursement that Horizon provides
15   for any given drug would be higher if that drug
16   was administered in a hospital versus in a
17   provider's office?
18   A.   No, I don't have any knowledge.
19   Q.   So if we take a specific drug, say
20   Remicaid. Are you familiar with Remicaid?
21   A.   I'm familiar with the drug, yes.
22   Q.   You're aware it's an infused drug?

### Page 70

1   A.   No.
2   Q.   Well, let's take the case of any
3   infused drug. Do you know whether Horizon
4   would pay more in reimbursement if that drug
5   were administered in a hospital versus in a
6   doctor's office?
7   A.   I don't know how the reimbursement
8   methodology is established in our claim
9   engines.
10      MR. MANGI: Can we mark this as
11   Exhibit 2, please.
12      (Exhibit Mengert 002 is marked.)
13   Q.   Would you please take a look at
14   that and let me know when you're done.
15      MR. MACORETTA: Adeel, could you
16   give me the Bates numbers.
17      MR. MANGI: It's HRZ 396 and 397.
18   A.   Yes.
19   Q.   Now, maybe you can just help me
20   understand this print up, because it's not an
21   Outlook format that I'm familiar with. If we
22   take the E-mail that starts at the bottom of

### Page 71

1   396 and goes over to 397, is that an E-mail
2   from Raymond Cogen?
3   A.   Yes.
4   Q.   And it's going to Marie Hatan and
5   the various cc's?
6   A.   Yes.
7   Q.   Then there's a -- then directly
8   above that you see the little box with checks
9   in a pencil?
10   A.   Yes.
11   Q.   And directly above that it says
12   Raymond Cogen again?
13   A.   Yes.
14   Q.   Does that refer to the E-mail
15   that's below or the E-mail that's above?
16   A.   Below.
17   Q.   Then above that we have an E-mail
18   from you going to Raymond Cogen and others. Is
19   that correct?
20   A.   That's correct.
21   Q.   And at the top of the page you have
22   an E-mail from Terry Leach to you and others?

### Page 72

1   A.   That's correct.
2   Q.   Have you seen this E-mail chain
3   before?
4   A.   Yes.
5   Q.   When do you recall having seen this
6   E-mail chain?
7   A.   Probably in 1999.
8   Q.   Have you looked at this E-mail
9   chain since?
10   A.   No.
11   Q.   Now I'd like to start with the
12   bottom E-mail --
13   A.   Yes.
14   Q.   -- from Raymond Cogen. You are
15   cc'd on that E-mail, correct?
16   A.   Yes.
17   Q.   Now, you see the reference to,
18   "This is becoming a critical issue" just at
19   the beginning of that E-mail?
20   A.   Yes.
21   Q.   Do you know -- do you remember
22   whether or not there was a discussion that

### Page 73

1   preceded this E-mail chain?
2   A.   Yes.
3   Q.   Was that discussion also by E-mail?
4   A.   I believe there was actually a work
5   group that was meeting for a year.
6   Q.   What was the -- so the work group
7   started meeting in a year before this E-mail?
8   A.   Between 1998 and 1999.
9   Q.   What was that work group tasked
10   with?
11   A.   They were utilization management.
12   This is all medical directors talking. They
13   had a problem with their oncology drugs. There
14   was no reimbursement in our claim engines.
15   They needed to get some sort of reimbursement
16   out there. Medicare didn't reimburse for
17   oncology.
18   Q.   Was Horizon reimbursing for
19   oncology drugs prior to this time, prior to
20   1999?
21   A.   Yes, but all the claims were
22   pending to Ray Cogen, Saira. So they had to