**PBMs** 50:7 123:12
**PC** 2:4
**PCPs** 102:6
**pencil** 71:9
**pending** 73:22 76:17 78:5
**Penn** 1:19 3:5
**Pennsylvania** 2:6
**people** 27:19 28:2 79:18 92:20 93:3 96:6 105:17 142:22
**percent** 52:16 61:7,7,8 84:4 85:8 114:19 119:11 130:3 133:10,20 134:6 139:10 139:11
**percentage** 22:6,15,20 23:16 53:16 64:15 66:17 67:22,22 142:11 153:10,11
**percentages** 64:20
**Performance** 101:19,22 102:7,22 103:4,8
**performed** 102:7
**perhaps** 62:9 63:17 87:1 152:21
**period** 21:4 58:5 107:9 130:22 147:6 147:11
**person** 12:20
**personally** 37:16 48:2
**person's** 103:6
**pertain** 29:6,8 102:15
**pertained** 102:10 105:1 132:18,19,22 133:1,5
**pertaining** 69:3 128:18 134:10 137:6
**pharmaceuti...** 1:7 7:12
**pharmacies** 50:3,7,16 127:9,12
**pharmacy** 50:9 50:12 92:7 100:1 123:5 125:11,13,19
**Philadelphia** 2:6
**phn** 107:5
**phone** 14:9 144:21
**physical** 32:3
**physically** 84:14
**physician** 4:15 5:12 93:13 100:16 101:19,21 102:6,21 103:3,8 110:7 128:12 151:7,12,18 152:1
**physicians** 13:3,5 29:9 55:21 68:5 94:5,11,18 95:2,13 96:15 98:2 116:13,19 117:5 119:18 120:10 127:13 150:14,18 151:5 152:18
**physician's** 20:17 44:13 44:22
**pinpoint** 46:18
**place** 98:6 103:9,14 129:19 159:12
**plaintiff** 2:8 6:8
**plaintiffs** 144:9
**plaintiff's** 138:1
**plan** 101:20,22 102:7 103:4 103:9,11,14 103:16
**Plans** 5:11 128:12
**Plaza** 1:20 3:5
**please** 7:17 8:4 9:3 23:21 24:3 31:16 36:15 44:15 70:11,13 93:9 105:11 118:4,13 122:8 124:13 128:2
**plus** 66:17 67:7 67:21 110:8 110:8 153:10 153:10
**PNT** 49:21
**point** 8:3 90:16 129:15 143:10
**policies** 87:12 98:18,22 99:7
**policy** 148:9
**Popiel** 28:4
**position** 10:8 10:14,17 11:1,12 45:16 46:20 92:8,10
**positions** 10:18
**possibility** 51:12 62:5 75:7 115:2
**possible** 8:6 156:16
**PPO** 25:13,16 25:22 26:5
**practice** 44:6 146:9
**practices** 54:18 137:11
**preceded** 73:1
**preparation** 8:10,22
**prepare** 8:8
**prescribing** 102:22
**Prescription** 5:8
**present** 42:16 45:15
**prestage** 114:20
**presume** 148:8
**previously** 127:20 141:17
**pre-1996** 21:3
**price** 1:8 22:13 32:14 34:7 34:10,14,20 35:17,21 36:4 37:12 38:18 39:3 63:20 66:17 67:7,13,16,17 67:20,21 81:16 82:1,3 82:14 84:8 95:20 96:21 110:13 111:21 136:18,22 149:19,22 150:5,6 152:18 153:9 153:9,12,17 153:18 154:12,16 155:8
**priced** 22:22 127:16
**prices** 37:13,17 50:16 150:8 154:1 155:5 157:1,5
**pricing** 7:12 11:7,18,19 12:17 13:16 14:2,3,4,11 14:16,21 18:13,15 30:15,18 31:1 32:19 33:2,5,8,11 36:21 38:3 76:18 78:2,5 139:15 150:17
**principal** 129:15
**print** 70:20
**prior** 16:18 17:6,14,22 18:3,10 20:3 20:19 21:14 21:17 22:11

22:22 23:3 25:15 26:11 27:11,14 33:22 34:4 73:19,19 76:20 77:2,4 78:8 79:16 88:16 89:10 95:7,12 97:19 104:6 105:6 112:16 113:11,14 114:10 115:15 121:18 140:9 140:16 141:3 141:8 142:5 144:11 145:9 159:5
**privy** 7:8 54:10 94:4
**probably** 7:3 7:14 37:21 72:7 96:11
**problem** 73:13 77:17 138:3
**procedure** 65:20
**procedures** 19:4,6,19 66:2,5 69:3 132:18 133:2 141:20
**process** 52:2,5 52:7,9 53:2,7 53:10,18 55:13 141:15
**produced** 128:6 143:12 143:14,18
**product** 25:12 111:5
**production** 118:17
**products** 25:13 25:16,16,22 26:4,5 45:10 92:17 111:6 111:20 126:19 130:21 138:15 141:2 146:18
**profession** 127:4
**professional** 11:18 12:1 12:22 15:8 15:21 27:9 29:10,13,16 29:19 33:13 35:10 65:13 80:13 83:7 102:15 127:15 132:4
**profit** 60:2,16 151:7,13 152:2
**profits** 151:5
**program** 5:8 12:16
**project** 143:7
**promptly** 137:21
**proposed** 107:6 109:13 113:2
**proposing** 110:2
**protections** 157:22
**Protective** 157:22
**provide** 60:14 83:16 84:8 84:17 85:11 86:7 91:11 116:21 130:5 130:6 131:12 131:14 139:22
**provided** 81:12 85:2 91:7 94:3 129:20 131:10 132:17 133:16 134:19 135:9
**provider** 4:19 13:2 19:16 19:22 20:6 20:19,22 21:20 22:10 22:17 25:5 29:14,16 35:4 36:16 36:17,19 37:8 39:22 41:9 43:17 43:20 45:18 47:12 54:18 55:7,17,22 57:5,17,20 58:4 59:8,20 60:2 65:5,20 68:10,11,16 68:20,21 93:6 103:5 104:11,12 109:21 120:9 120:15,19,19 121:3 139:13 139:21 151:10 152:7 155:13
**providers** 16:19 17:8 17:16,22 18:5 20:10 21:17 25:10 25:18 26:1,7 26:20 29:7 29:22 35:9 35:17,21 36:4,8 37:14 38:1,4,10,12 38:14,18 39:3 40:3,10 40:16 41:3 41:17,19,21 42:12,18 43:4 44:5 45:8 51:17 55:2,13 56:4 56:7,12,20 57:1 58:9 59:15 60:7 60:16,21 61:1,13,22 63:11,19 64:3 69:5 76:3,4 77:19 78:14 79:9 81:3 93:19 94:3 97:9,16 99:20 102:9 102:21 103:17 107:11 108:6 108:13 117:21 121:8 138:13 139:19 140:11,14 153:4 154:9 154:21 155:6 155:7,17,21 156:5,13,17 157:1,6
**provider's** 20:13 36:9 69:17
**provides** 69:14 120:14 124:15,19
**providing** 86:1
86:3 113:20 121:2
**provision** 122:12,18 125:2
**Prudential** 10:2,4,9
**Public** 1:17 159:4
**publication** 41:8
**publications** 31:4,8
**published** 31:14,20 32:2,20 33:2 41:5 42:8 114:13
**pumpkin** 137:17
**purchase** 58:9 58:15,17 61:18 83:15 93:13,18 95:19 96:21 121:4 136:18 137:1
**purchased** 54:8,14 57:10 59:3 75:5,8 94:2 111:13
**purchasing** 41:9,19,22 57:7 58:7 59:2 61:2 155:7
**purposes** 110:18 111:1
**pursuant** 143:12
**pursue** 9:15 151:2
**pursued** 9:17

**put** 85:17 88:20 135:10 143:10
**p.m** 98:11 158:5

**Q**

**qualifications** 9:15,18
**qualify** 101:14 101:18 102:21
**quarter** 25:14 41:8,12,14 57:8,11,13
**quarterly** 41:6
**question** 17:12 18:20 20:3 22:1 29:8 32:17 44:2 47:15,21 60:15 63:4 63:17 66:14 83:10 85:17 85:22 87:15 89:5 100:11 122:16,19 128:18 129:22 145:3 145:4 154:18
**questions** 7:16 7:21 130:8 138:1 144:1 144:10 152:10 157:13
**quick** 98:10 137:14
**Quillen** 93:6

**R**

**R** 2:1 3:1 159:1
**range** 61:9
**rate** 43:5 67:9 68:6,11 69:9 75:13 78:10 78:11,15 81:11,14 82:17 87:9 87:12 88:14 96:15 121:4 124:16 139:16,17 146:7 156:7
**rates** 16:20 39:21 50:3 68:14 76:16 121:7
**rather** 60:8 67:7 87:17
**Ray** 73:22 76:17 115:9 137:10
**Raymond** 71:2 71:12,18 72:14 92:14
**RBRVS** 16:5,7 18:12,16,21 19:1,8 23:1,4 23:5,10 27:14 28:19 45:9 46:22 108:16 109:1 109:5 110:9 111:21 112:17 116:3 116:8,16 140:10,14 141:11,12,15 141:20 142:7 145:17 146:4 146:14,19,19
**RE** 1:6
**reach** 36:16
**reached** 43:19
**read** 44:14,16 100:21 101:1 143:13
**reading** 78:21 97:3
**ready** 6:4 93:10,11
**realm** 148:12
**reason** 62:12 116:14
**reasonable** 150:13,22
**reasons** 28:10 28:13
**recall** 7:4,6 46:13 72:5 101:7 115:6 117:15 130:13,14 131:17 136:10 139:2 149:16
**receive** 20:12 95:18 96:20 130:17 155:16
**received** 75:1 81:15 118:9 129:2 155:13
**recess** 98:11 138:7
**recognized** 76:2 79:7,16 107:10
**recollection** 87:1
**recommended** 107:6
**record** 98:10 122:10 138:10 143:11,13,17 157:16,19
**records** 143:19
**Red** 30:20,22 31:4,14,20 32:3 75:5,7,8 84:14 85:3 85:16 91:12
**reduce** 28:15 28:17
**reduced** 113:5 119:4
**reduction** 146:21
**refer** 71:14 78:16 80:4,8 81:5 127:3
**reference** 21:19 22:2 22:12 25:2,2 25:3,11 26:21 35:22 50:8 63:20 64:14 72:17 90:18,18 98:15 113:16 119:10 152:19 153:9
**references** 157:19
**referred** 27:12 62:4 74:11 80:16 109:15 117:13 126:1
**referring** 13:1 27:13,21 33:16 36:11 36:15,22 68:19 74:15 74:20 75:1,6 75:10,16,21 80:19 93:21 94:12,17 96:4 97:5 108:1 119:8 123:3 135:21 143:6
**refers** 106:2
**reflected** 121:13
**refresh** 7:15 87:1
**regarding** 7:11 8:12 107:3 117:21 118:22 136:17 142:19 143:11
**regardless** 61:10
**regular** 33:9 37:2 101:9 157:13
**reimburse** 20:19 25:10 42:17 61:13 65:12 73:16 76:11 81:18 83:8 84:2 85:7 86:10 87:12 119:10 125:10,12 127:13 131:3 150:14
**reimbursed** 19:16 20:7 21:13,18 22:3,11,17 25:1,7 27:4 40:6,16 42:6 47:14 57:12 57:17,21 58:19 59:9 59:21 60:19 63:11,14,19 64:3 65:21 66:15 76:9 77:22 86:17 87:8,9 89:6 89:22 90:10 90:17 108:6 108:13,19,21 110:3 113:12

116:20 125:18 130:9 131:6
**reimbursem...** 11:18 12:1 13:1 15:8,12 15:15,18,21 16:2 18:21 21:20 22:9 25:6,17,22 26:6,12,19 27:1,16 29:7 29:9,10,12 30:4,8,12 33:14,15 35:5,8,10 36:10,18 40:10 42:17 42:19 43:9 44:11,20 45:17 46:9 46:11 47:1,2 48:9 50:7,12 51:2,16,22 52:4 53:11 53:12,15 54:1,6 55:19 56:3,12 58:21,22 59:4 61:10 61:11 62:5,7 62:14 65:6 68:6,11,12,17 68:18,22 69:3,5,14 70:4,7 73:14 73:15 74:17 76:1,3,8,10 76:14,16,21 77:20 78:1 78:10,11,15 80:13 81:11 81:14 82:17 83:7,9 87:7 88:5 95:20 96:21 102:15 104:6,19 105:8 106:19 109:22 114:1 116:6 117:8 117:12,14,17 117:22 119:4 119:8 120:4 127:2,15,17 129:8,21 130:2,20 131:2 136:8 138:12 139:16,17 140:1,11 141:11,14 142:2,3 145:8,12,18 146:7,15 150:12 151:5 151:8,13 156:7
**reimburses** 38:20 39:5 39:21,22 43:4 50:3 66:11 68:14 83:1 91:12 155:18
**reimbursing** 16:19,22 17:8,15,21 18:3,4,9 39:17 52:16 52:22 64:18 64:19 67:9 73:18 75:13 76:22 78:6 82:3 87:16 88:13,17,22 89:10 91:16 96:12 98:14 109:3 139:22 140:14 141:3 141:21 142:9 144:12 151:18 152:4
**relate** 149:2
**related** 25:19 50:10 132:6 141:10
**relation** 17:8 17:18 18:5 20:12,20 21:5,6,10,14 22:18 25:7 43:2,5 47:17 50:4 56:8,19 57:2 68:5 69:5 76:22 91:10 98:18 98:22 99:3,7 113:20 117:14 124:17 129:16 130:11 133:4 141:16 142:4 153:3
**relationship** 18:12 23:5,9 34:14 41:16
**relative** 16:6,8 16:12,16 19:2,5,10,10 97:22 159:15 159:17
**reliable** 150:16
**remain** 11:4 15:3 26:15 35:7
**remains** 26:9 26:17
**remember** 72:21
**Remicaid** 69:20,20
**rental** 132:5
**rep** 93:6
**repeat** 26:3
**rephrase** 7:18 29:7 32:16 51:14 60:15 90:13
**report** 129:12
**reporter** 1:16 6:4 7:22 23:21 44:17 101:2 159:4
**represent** 149:22
**representative** 38:7
**represented** 109:11
**representing** 48:3
**represents** 82:11 155:4
**reps** 155:13
**request** 126:13 126:16 129:13
**requested** 131:11
**required** 38:14
**resource** 16:5 16:8
**respect** 126:19
**responded** 81:9
**response** 89:5 119:15 129:12
**responsibilit...** 15:6
**responsibility** 15:17,20
**responsible** 138:17
**restate** 38:22 147:7
**result** 117:20
**results** 79:2
**retains** 56:11
**retention** 148:9
**reveal** 38:14 91:6
**review** 8:21 36:21 93:8 101:8 124:12
**reviewed** 43:22 45:2 47:11 51:4
**Richard** 28:4
**right** 16:10 23:13 24:7 28:1 30:2,6 40:1 48:4 50:2 54:3 55:4 56:11 57:18 61:3 62:8,11 63:17 64:10 64:17 66:1 82:8 87:21 97:11,20 104:13 107:19 108:14 110:11 112:6 123:15 124:4 127:5,10 133:12 135:6 138:16 144:13,22 146:5,16 148:10 149:8 150:11 153:19 154:10 155:19
**roll** 82:18 89:18

**rolled** 82:12 89:21
**room** 6:1 137:15,17
**Roseman** 2:4 6:8
**rules** 7:16 143:20
**RVS** 18:1,10
**RVUs** 145:22 146:10
**Rx** 120:10,15

**S**

**S** 2:1 3:1 4:7 5:1
**said** 18:20 23:3 26:11 67:21 89:4 144:11 144:19 146:13
**Saira** 28:4 73:22
**sales** 137:10
**same** 16:20 26:17 32:14 43:5 59:9 64:3 65:6 67:9 87:12 88:1,9 89:2 91:22 97:2 120:5 127:14
**satisfied** 77:20
**saved** 112:5
**savings** 28:21 28:22 29:2 139:3
**say** 12:22 16:18 20:14 20:16 24:22 25:17 28:22 31:16,18 32:6 33:15 40:12 53:18 56:10,15 57:5 58:12 60:6,14 64:12,17,21 65:1,9 66:16 67:5,12,19 68:16 69:19 79:20,21 81:22 82:21 85:18 90:8 90:16 105:6 110:15 116:1 116:5,12 145:14 147:19 149:21
**saying** 39:19 42:11 57:15 57:19 61:6 65:10 80:12 81:3,9 87:7 96:10 97:8 148:7
**says** 24:16 71:11 75:18 80:18 93:12 94:11,17 96:1,18 101:17 112:15,22 114:15 120:8 126:17 148:18
**scale** 16:6
**schedule** 16:14 19:1,8 125:22
**schedules** 15:12
**school** 9:4
**scope** 55:9 102:3,4
**season** 58:18 59:1
**second** 41:8,12 57:9,12 78:21 93:12 145:1,3 147:2
**see** 24:9,19 42:7 57:7,14 65:6,6 71:8 72:17 78:21 79:4 81:7 82:9 85:10 94:9 95:1 101:15 107:19 111:4 111:19 119:20 120:12 122:13 123:22 124:3 124:9,20 126:11 147:20 148:21
**seek** 36:7 147:18
**seen** 33:5 72:2 72:5 100:13 101:6 128:20
**selected** 126:5
**sell** 154:17
**Senior** 13:16 27:18
**seniority** 15:1
**sense** 96:22 97:4
**sent** 24:13 96:5 96:7 113:8 115:16
**sentence** 78:21 93:12 96:11 96:19 101:17 126:12 148:21
**separate** 109:11,16,20 110:6
**separately** 42:18
**September** 58:18
**series** 4:10,12 4:22 149:1
**service** 80:6,21
**Services** 104:13
**set** 21:12 22:6 22:15 33:13 33:15 40:9 95:18 96:1 96:19 97:9 102:8 115:12 146:5 159:13
**setting** 15:14 15:18
**seven** 27:20,20
**she** 121:19 122:13 144:19
**She's** 144:22
**Shield** 1:19 3:3 4:17 10:21
**shift** 28:10
**shop** 42:1
**Shorthand** 1:16 159:3
**should** 47:2 81:3 87:9
**shoulder** 8:1
**show** 23:18,19 103:20 105:10 106:22 111:16 121:21 127:19
**showing** 37:9
**shrug** 8:1
**side** 27:9 29:18 29:20 50:13 65:13 100:1
**significant** 28:21,22
**Silvestro** 55:17
**similar** 31:4 39:21 64:18 98:18,21 99:7
**simple** 100:11
**since** 13:9 51:3 67:12 72:9 78:22 81:16 82:15 84:6 107:4 112:18
**single** 84:18
**sit** 49:11,19 50:21
**sitting** 30:1
**situation** 85:14 94:1
**six** 10:5 27:20
**sizing** 52:17,19 61:3
**sole** 15:17
**some** 7:15 9:2 40:16 41:2 49:13 56:19 60:16 62:21 63:1 73:15 74:20 81:12 95:13,19 96:15,20 102:22 105:7 132:21 133:19 140:18 147:6 147:11 148:8 149:10 150:12 151:6 152:11 155:7 155:12 156:13
**somebody**

29:17
**someone** 11:22 12:5 61:17
**something** 59:2 62:9 86:1 94:16 106:9
**sometime** 46:14
**somewhat** 47:15
**somewhere** 67:8 147:9 147:19
**soon** 8:6 93:18
**sorry** 7:5 12:13 14:3 17:2,12 18:19 20:14 31:17 62:6 110:19 123:1 128:9 133:9 136:13 140:19 144:15 149:13 154:19 155:15
**sort** 7:7 31:14 73:15 104:22
**sorts** 119:18
**sought** 36:3
**source** 26:22 64:8 65:3,8 107:22 108:4 108:19
**sources** 75:10
**speak** 14:6 131:21 136:4
**speaking** 155:12
**special** 125:10
**specialities** 55:22
**specialty** 124:10,17 125:5,10,13 125:19 126:2 126:19 127:3 127:9,12
**specific** 20:21 21:1,21 33:18 36:11 37:4,22 49:6 66:11 69:1 69:19 82:6 84:10 88:3 90:15 114:12 122:6,16,18 128:18 130:22 132:22 133:1 133:20 135:21 139:10 141:22 147:5 147:11 156:22 157:4
**specifically** 17:18 40:22 66:6 142:1,5
**Spector** 2:4 6:7
**speculation** 94:15
**spreadsheet** 110:14
**spring** 58:15 58:15,20 59:3
**stages** 53:20
**stamped** 27:22
**Stan** 28:4
**stand** 111:2
**standard** 68:12 68:18
**stands** 16:11 150:4 153:18
**start** 9:20 10:8 25:9 26:19 39:9 47:13 72:11 81:21 88:13 123:4 140:13
**started** 15:5 16:3 73:7 84:9 98:14 103:11 106:18
**starting** 9:2 12:4,7,19 27:16 115:20 119:21 123:16 126:12
**starts** 58:18 70:22 74:9 101:14 105:21 106:5
**state** 1:18 102:1 159:4
**STATES** 1:1
**stemmed** 77:17
**stenographic...** 159:11
**Stephen** 93:2
**steps** 20:6,10
**Steve** 107:7
**stick** 91:22
**sticking** 21:3 78:20
**still** 13:6 14:21 27:7 62:22 63:21 66:21 67:8 92:18 103:9 108:19 127:13 134:22 144:18
**stipulate** 143:17
**stipulation** 143:10
**stop** 76:4
**streamline** 12:2
**Street** 2:5
**studied** 47:4
**studies** 48:17 97:22 98:6
**study** 128:13 128:19 129:14,16,19 130:12 131:9 134:14
**subject** 157:21
**submit** 37:9
**subpoena** 102:3 143:12
**subscribe** 30:14
**subsequent** 13:17
**subsequently** 87:10
**substantial** 112:5 152:1
**substantially** 152:3
**such** 20:12 98:5 100:1 101:8 159:18
**Sue** 74:10,10
**sufficient** 43:12 44:5 45:8,18 46:1 46:1,5,21 47:2,9,18 49:8
**suit** 62:20 63:2
**Suite** 2:5
**sum** 112:5 133:6,8 134:3
**sums** 134:10
**supercede** 29:19
**supplied** 133:13 135:5 135:11,15,19
**suppliers** 126:18 155:9
**supply** 53:11 85:3,5 129:9 135:14
**supporting** 15:11
**sure** 17:13 20:16 31:19 39:1 51:15 74:14 79:18 90:14 146:2 147:8
**Survey** 5:11 128:12
**Susan** 1:11,14 4:4 6:3,11 24:10
**Sweeney** 12:9 28:5 53:3 93:5 105:16 106:6 114:15 134:17
**Sweeney's** 12:10
**switch** 28:14 29:3
**switched** 112:4 146:14
**switching** 28:17
**sworn** 6:12 159:7
**Sylvestro** 103:7
**system** 108:3 116:4 145:17 146:4 147:20

**T**

**T** 4:7 5:1 159:1 159:1

**table** 107:15 131:12,15,18 132:17 133:16 134:9 134:9,19 135:1,4
**tables** 135:7,10
**take** 7:22 8:4,5 24:1 69:10 69:19 70:2 70:13,22 81:18 90:5 90:14 98:9 100:10 104:2 114:3 118:6 128:2,16 129:7 137:13 138:5 145:1 145:2 148:13
**taken** 1:15,18 45:15 98:6 98:11 138:7 139:13 159:11
**taking** 61:19 78:4 129:19
**talk** 82:8 147:1
**talking** 68:20 73:12 85:13 96:7 145:15 151:4
**tapes** 91:4
**tasked** 12:4,7 73:9
**team** 27:19 48:7,11,16
**team's** 49:7
**technical** 132:5
**TELEPHONE** 2:3,16
**tell** 7:17 8:5 147:10
**telling** 120:18 147:5 153:4
**template** 100:14
**ten** 52:16 61:6 61:7 82:16 84:4 85:8 114:18 119:11 130:3 133:10,20 134:5 139:9 139:11 149:6
**term** 32:7 33:19,22 34:3,6,10 49:21 123:5 125:4,8 149:18
**Terry** 24:14 28:3 71:22 92:3,6
**testified** 6:13 55:1 56:18 66:1 67:15 97:15 113:19 121:6 127:7 138:11 154:8
**testify** 159:7
**testifying** 38:6
**testimony** 21:16 37:7 40:15 45:14 46:4 47:16 48:10 59:6 60:13 77:7 104:6 114:5 117:15 121:18 127:11 154:21 156:4 159:10
**than** 8:16,19 34:20 37:21 37:22 38:19 39:4 40:10 40:17 41:10 41:13 45:12 46:3 52:16 57:22 60:8 61:13 62:14 63:10,20 64:14 66:16 67:7 68:12 68:14,17 80:15 87:17 89:14,14,16 111:21 131:15 135:9 137:6 139:3 141:16 152:3
**Thank** 103:19
**their** 29:22 36:20 38:2 43:5 51:21 52:3 56:8 59:15 67:14 68:6 73:13 75:13 78:6,9 78:16 80:21 81:4 95:19 96:20 102:9 141:14 142:11 155:8
**them** 31:5 34:16 36:20 38:20 39:5 40:11 42:8 74:1 75:13 76:18 78:6 114:13 117:7 127:18 131:10,12,14 135:15 136:6
**then** 13:20 21:1 42:6 46:4 47:7 57:14 58:18 61:8 66:2 71:7,7,17 75:11,18 76:19 81:18 84:2 86:4 89:21 94:2 108:16 109:12 110:11 114:17 116:12 117:18 120:14 126:8 131:9 132:22 152:12 156:4
**Therapy** 4:19 104:10,13
**there** 11:22 13:1 19:7 20:21 21:12 22:6,15 24:10 32:4 33:16 36:12 37:1 40:9,12 40:12,15 41:2 56:2 66:2,2,4,5 68:13,19 72:22 73:4 73:13,16 74:11,15 75:16 76:9 76:13 79:18 80:5,20 81:22 84:19 85:14,18,19 86:6,9,15 88:8,10 89:12,20 92:2 93:8,21 94:1,13,16 105:7 107:2 107:2 108:2 109:7,10,20 110:6,22 111:4,5 113:2,11 114:8 115:9 121:8 132:21 132:22 135:3 145:1 148:9
**there's** 21:1 56:18 69:9 71:7 89:14 89:16,18 108:16 119:21
**these** 19:18 25:2 42:11 76:15,16 80:4 83:13 92:20 99:3 107:16 111:20 116:14 119:17 126:5 127:16 143:17
**they** 16:12,21 16:22 18:9 21:11 28:10 28:13 36:4 40:4,17 42:5 44:12,21 49:12,13 52:1 57:2,10 57:11,12 58:14,17,19 59:3,5 60:9 60:18 61:14 61:17 62:2 64:6 65:6 68:2 73:11 73:12,15,22 76:9,17 77:21 78:3 78:16 79:8 81:5 85:10 88:2 92:21 94:6 95:18 96:19 102:6

102:7 107:10 111:2 114:13 125:14 130:8 130:19 131:10 132:19 134:17 135:15 139:21 142:6 142:10 147:16 148:5 153:4 155:1 155:3,22 156:10
**they're** 19:15 38:15 40:5 44:1 47:13 52:5,15,17,19 52:21 59:2,3 60:19 67:18 91:4 98:1 123:1 125:9 143:19
**thing** 32:14 143:8
**things** 34:17 135:11
**think** 32:17 95:20 138:2 144:11 146:13 154:21 155:4
**third** 41:12 101:13
**those** 15:14,18 19:10 21:5,9 32:2 37:8,13 37:17,22 38:13,20 39:5 40:18 40:20 41:6 43:11 67:6 75:10 84:4 88:6 90:20 91:2,2,6,18 94:3 110:13 111:9,12 124:19 132:17,17 138:17 147:6 152:9 156:1
**thought** 18:20
**Thraen** 134:16 134:20
**three** 1:19 3:5 15:13
**through** 20:6 42:1,2,4 50:7 52:2 81:22 93:19 105:4 125:10,10,18 128:17 134:16
**tied** 19:4 26:1 26:7,13 30:12 66:7 104:7,19 117:18 120:4 137:1 157:6
**tile** 13:12
**time** 10:12 12:11,21 16:3 23:7 24:21 25:4 27:12 29:4 36:19 38:10 41:7 45:12 51:9 53:21 56:13 58:5 73:19 74:16 76:20 77:2,4 79:16 90:16 98:17 99:11 107:9 113:6 114:9 115:2 115:5 119:7 130:22 140:9 147:11 159:12
**times** 37:19,21
**title** 12:10,15 12:16 13:15 13:17,20,22 14:13,19 15:3 92:14
**titles** 13:9
**today** 6:19 8:9 8:14 13:7 15:3 23:1,9 26:9 27:7 34:1,4 35:8 35:12 38:6 42:14 49:11 61:20 67:10 97:3,5 110:15 136:12,15
**together** 135:10
**Tomorrow** 75:18
**too** 42:6 138:1
**top** 71:21 92:3 93:7 115:18 123:16 144:22
**topic** 48:20 49:1,4 92:14
**topics** 7:11
**total** 79:2 108:13
**towards** 112:16 119:20
**track** 87:11
**traditional** 25:13 130:21
**transaction** 135:21
**transcript** 1:14 157:14 158:2 159:10
**transition** 115:3,6 139:1
**translated** 21:9
**translation** 22:7
**tremendous** 94:7 95:3
**trouble** 136:4
**true** 26:10 83:6 90:20 95:5 99:13 117:5 154:11 159:10
**trusteeships** 50:22
**truth** 159:7,8,8
**try** 17:13 18:22 32:16 146:3
**trying** 82:9 106:22 150:3
**Tuesday** 1:12 1:20
**turn** 14:8 100:6 101:11 104:15 112:8 118:17 124:6 125:21
**turning** 119:14
**turns** 137:17
**two** 23:12 77:10 82:1 88:6 107:18 110:12 111:4 111:9,12 116:13,15 137:17
**Tyler** 2:10 6:19
**type** 39:14 65:21 143:8
**typo** 96:1

**U**

**unclear** 7:17
**under** 22:11 52:15 83:17 108:7 109:21 111:20 130:15 134:5 134:17 145:19 146:2 146:3
**undergone** 35:13
**undergrad** 9:5
**underpaid** 152:8
**underpaying** 80:7
**understand** 16:10 18:16 21:16 30:22 34:16,19 38:5 57:14 59:6 70:20 76:19 78:13 80:11 81:2 82:9 97:10 111:8 113:15 115:14 123:11 131:1 149:21 151:22 154:12
**understanding** 17:7,15 18:11 23:4,8 28:9 31:13 31:19 32:1 32:12 34:9 34:13 35:16 35:20 38:17 39:2,7 40:2,8 41:15 42:10 43:10,15,16 44:3,8,9,18 48:4 50:15

52:15 54:4
58:8 60:7
61:21 68:3,8
69:8,13
87:22 96:9
104:21 125:1
125:3,7
129:11
136:21 139:7
142:3 145:7
149:17 150:6
151:6 154:4
154:20
**understood** 77:6 96:14 97:15 104:5 116:18 131:4 151:17 153:16,22
**unfortunately** 118:16
**unilaterally** 56:11
**unit** 19:10 32:5 32:6
**UNITED** 1:1
**units** 16:9,12 16:17 19:2,5 19:11
**unknown** 107:22 108:19
**unsatisfactory** 76:1 78:16
**until** 11:4,6 26:15 151:1
**up** 14:6,17 26:15 51:20 52:18,20 61:4 64:18 67:8 70:20 76:11 77:6 82:17,18 84:15 85:15 89:13,18,21 93:7 95:18 96:1,19 97:9 107:19 115:12 131:22 136:5 147:15 151:1
**updated** 112:18
**upon** 36:9 64:7 126:12,16
**upset** 94:6,12 94:18
**us** 14:6 84:17 85:11 86:4 91:5 93:19 138:8 157:19
**use** 16:3 21:13 27:7 33:8,11 35:8 51:3 55:5 56:2 59:5 63:9 64:12 66:10 66:17 84:13 84:15,20 85:1 127:12 137:14 139:8
**used** 22:7,16 27:11,14 61:12 67:6 84:10,11 142:4
**uses** 127:2
**using** 28:19,21 64:9 84:9,14 84:21 86:11 106:18 140:10,13,16 145:12
**Usually** 42:5
**utilization** 52:21 73:11 78:4 115:10 136:6
**utilize** 46:22 85:3
**utilizes** 127:8

V

**vaccine** 58:14
**value** 16:6,8,12 16:16 19:2,5 19:10,10 58:19
**VARGAS** 1:16 159:3,22
**various** 71:5 107:17 147:3
**vendor** 133:13 134:1
**verbally** 7:21
**version** 82:21
**versus** 52:22 53:1 67:22 69:16 70:5 79:9 82:6,14 83:4 85:12 87:6 98:2 129:8 139:14 139:15,16 149:6
**very** 58:11,12 95:21 100:11 137:20
**VIA** 2:3,16
**view** 58:2 150:11
**visit** 20:13,20
**VP** 93:4

W

**WAC** 21:10,14 22:2,8 32:7,8 34:3
**want** 61:17,22 62:14 63:2 90:4,15 105:19 147:1 153:12
**wanted** 90:8 111:16 147:18
**Warren** 2:17 6:10
**wasn't** 7:8 63:18 77:4 130:7
**way** 18:22 27:2 88:21 91:15 92:13 116:18 141:5 146:3 149:4,9 150:13
**Webb** 2:10 6:18
**weighted** 19:11
**well** 17:6 18:22 19:7,12 20:11 22:22 23:3 26:18 27:2 28:20 39:9 41:5 43:16 44:2 45:4 47:4,15 49:19 51:19 63:17 64:9 66:4 67:21 68:20 70:2 76:19 77:17 81:21 82:8 82:11 85:13 85:17 86:2,7 87:21 88:12 96:5,9 97:14 102:17 111:14 113:7 113:15,19 114:1 121:19 130:10 142:1 148:8 149:10 150:4,21 151:11 154:18,18
**went** 9:5 29:17 52:17 62:19 62:21 68:2 139:4 140:6
**were** 10:3 11:8 11:20 12:4 12:18,19 15:6,14 16:21,22 17:9 18:9 27:14 28:13 45:7,11,22 46:3 57:2,19 63:9,11,14,18 63:19 64:3 64:12 66:14 66:16 70:5 73:11,21 76:9,17,18 77:19,21 78:1,3,4,5,9 79:8,18 87:8 88:8,9,21 89:12,13,20 97:16 102:13 102:17 105:7 106:22 107:2 107:11,11 110:2 113:10 114:6,9 126:5 127:12 130:11,19 131:5,17 132:17,18,21 133:1 134:10 135:3 138:16 138:22 142:6 142:13 151:18 152:3 155:9
**we'll** 8:5 100:7 145:1 157:15
**we're** 6:4 42:8

52:15 53:21
61:3,3,19
68:20 84:13
85:15 92:13
96:12
**we've** 155:13
**whatever**
63:15 64:7
**what's** 20:11
31:20 32:2
34:9 41:1
42:1,3 46:19
53:9 87:4
96:9 121:16
125:1,7
142:2 155:10
**when** 7:2 10:19
11:4,6 12:22
13:12 14:17
15:5 24:3
25:9 28:22
32:6 33:15
36:7 41:10
41:11 42:7,7
45:1,4,9 46:9
47:13 51:9
52:7 53:18
55:5 56:3
57:15,19
58:6,12 59:5
59:7 65:9
67:19 68:16
70:14 72:5
77:18 84:9
84:20 88:13
89:4 93:9
94:11,17
95:9 96:1,18
98:1 103:11
104:3 112:3
114:13 115:5
115:12,15
116:15 118:7
118:12
123:19,20
124:13 128:1
130:10
139:21
140:13 142:7
145:14
146:13
149:21 151:4
151:13
155:13,16
**where** 10:1
37:5 45:21
51:19 52:9
62:22 63:1
84:14 85:14
86:6,15
111:2 121:3
129:10
**whether** 7:10
30:11 35:21
38:18 39:3
40:3 42:11
43:11 44:3
48:15 50:6
52:3 54:1,13
54:17,20
55:6 58:3
60:1,3 68:4
69:14 70:3
72:22 79:15
86:2 88:12
89:5,9 90:10
90:16 91:16
95:22 99:2
99:16,19
102:20
103:13,16
114:6 125:17
126:21 127:1
127:8 133:12
135:8 136:7
136:22 137:8
138:21
145:11
149:11
152:17
153:22 157:5
**which** 11:21
24:6,22
28:20 31:8
35:17,21
36:4 37:9,13
38:15,18
39:3,21 40:4
40:5,16 41:2
41:11,16,21
42:11 47:1
48:7 50:3,16
56:19 57:2
58:9,18
59:15,19,21
60:17,18
61:2,14 63:1
64:13,19
68:13 78:7
83:4 86:9
90:20 91:6,8
91:10 92:1
94:1 101:5
101:12
103:20 105:7
106:8,10
107:1,4,6
112:12
114:14
115:15,18
116:3 121:7
126:1,5
127:3 133:17
136:18,22
138:13
139:15,17
141:13
148:14
150:17
152:18 155:5
**while** 7:14
92:13
**who** 6:2,3 12:7
15:20 27:15
29:22 54:11
55:15 57:6
75:19 77:19
78:4 92:6,20
103:3 117:5
121:9 129:15
130:14
138:16,18
142:15 155:8
155:21 156:5
**whole** 159:8
**wholesale** 1:8
22:13 32:9
32:13,14
33:2,20
81:16 110:13
111:21 137:2
149:19 150:5
150:6,7
153:16,18
154:14
**wholesaler**
54:15
**wholesalers**
136:12,15,18
136:22 154:1
**who's** 20:17
53:2 134:16
**why** 26:18
28:10,13
57:1 60:21
61:19 65:1
76:21 87:15
98:9 110:13
110:15,22
112:3 139:8
**will** 27:3 36:19
47:13 54:5
68:10 75:8
82:18 83:1,3
83:16,20
84:2 85:7
86:7,10,16
93:17 94:18
124:19
126:18 138:3
**William** 9:5
**withdraw**
49:19 86:8
128:20
154:19
**within** 19:8
43:21 84:3
88:9 102:8
143:20
**witness** 4:3 6:3
55:9 90:6
122:11,18
123:3 144:1
159:6
**won't** 81:5
**Woo** 75:19
**work** 10:1 73:4
73:6,9 77:18
115:9,12
146:9
**working** 9:20
11:8,9
**works** 67:13
67:20
**worth** 144:10
**would** 14:6
16:11,18
20:6,12 21:4
21:13,17
22:21 23:9
25:10,16
26:3 28:3
29:18 31:16
31:18 38:22
39:7,16
40:20 43:12
44:14 54:11
56:15 57:1
57:11,12
58:21 60:6

61:17 63:10 63:13,21 64:3,6,7,18 65:4,4,9,10 66:20 67:5,8 67:14 68:1 68:17 69:15 70:4,13 76:4 78:16 79:7 79:20 80:4,7 80:19 82:13 84:20 85:3 88:4 89:1,22 90:12,22 91:6 97:10 99:13 109:18 109:21 110:7 111:1 112:2 113:1 117:4 127:3,13 131:19 132:3 132:4 134:4 137:18 139:12,16,18 147:5,7,10,15 147:16 148:18 151:10 155:8 155:22 156:10 158:2
**wouldn't** 60:9 61:17 76:12 117:5 156:10
**written** 148:9
**wrong** 45:21 53:4

**X**
**X** 4:1,7 5:1 149:22
**XI01737** 1:17

**Y**
**Yeah** 31:6 77:3 85:13 138:9
**year** 37:20 46:13 58:16 58:20,22 73:5,7 82:2,4 112:3 114:21 146:12
**years** 7:3,14 10:5 94:8 95:4
**yet** 77:11,15
**York** 2:12,12 2:20,20
**your** 7:15 8:8 8:22 9:3 12:15 13:9 13:12,17,22 14:13 15:3,6 17:10,11 18:19 21:16 24:5 32:1,12 33:9 34:9 37:7 39:19 40:8,15 41:1 43:15 44:8 45:5,14 46:4 47:16 48:4 48:10 53:9 54:4 59:6 60:6 61:21 68:8 69:8 77:7 87:1,22 92:21 96:9 101:11 104:5 105:22 106:2 106:9 109:12 111:18 112:11 114:5 115:1,19 116:5 118:17 119:22 122:6 124:6 125:1 125:7,21 127:11 128:1 129:11 135:1 137:4 140:20 142:2,18 143:3 144:15 145:4 146:14 146:21 150:5 150:11 152:19 154:4 154:21 156:4 156:12,13
**yourself** 24:2 118:11 121:7
**you'd** 8:4
**you'll** 78:20 85:10 103:21 111:19 119:20 126:11 127:21
**you're** 17:10 22:4 24:3 27:21 32:19 36:15 38:5 39:8,19 42:8 42:11 49:11 57:15 58:2 65:10 69:22 70:14 93:9 98:5 104:3 118:7,12 123:20 124:13 139:21 150:3 153:17 156:16
**you've** 33:22 101:6

**Z**
**Zoladex** 24:17 87:6,8,13,22 88:4,14 98:15 117:18 119:11 120:4 147:19,21

**$**
**$15** 112:20 113:11,17 149:6
**$29** 109:8
**$32.80** 108:3
**$5** 107:6 109:13,19 110:3,8 113:3 114:4 114:16 116:7 134:3 149:5

**0**
**001** 4:10 23:22
**002** 4:12 70:12
**003** 4:14 100:9
**004** 4:17 104:1
**005** 4:22 105:14
**006** 5:4 118:5
**007** 5:6 122:3
**008** 5:11 127:22
**01-CV-1225...** 1:3
**07105-2200** 3:6

**1**
**1** 86:22 143:14
**1st** 25:13 58:18 88:15,16 104:11
**1/1** 107:4
**1/1/94** 107:22 112:19
**1/1/99** 81:10
**1:25** 158:4
**10/1/98** 108:17 109:1,2 112:17 116:2
**10:20** 1:21
**100** 4:14
**100%** 52:17
**10036** 2:12
**101** 2:19
**10178** 2:20
**104** 4:17 123:4
**105** 4:22 142:12
**105%** 146:15 146:19
**110** 142:11
**110%** 18:10 23:1,4 28:19 141:3 142:6 144:12 146:18,19
**1133** 2:11
**118** 5:4
**12** 61:8
**12/7/98** 148:14
**12:00** 98:11
**122** 5:6
**126** 126:1
**127** 5:11
**13** 101:12
**144** 4:5
**152** 4:4
**1664** 103:22
**1673** 104:16
**1674** 103:22
**17%** 120:10,20 153:5
**1818** 2:5
**19103** 2:6
**1983** 9:6,7,8
**1987** 9:9,14,21 10:1,6,12
**1990** 56:16 79:22 99:14 103:14 141:6 141:8,8
**1993** 10:6,12 10:18,21 11:8
**1994** 104:11

108:6
**1996** 11:6,8,13 11:15 13:10 13:13 15:6 15:22 16:4 16:19 17:7 17:14 18:3 18:10 20:3 20:19 21:14 21:17 22:11 22:22 23:3 26:11 140:15 140:17 141:4 141:11 142:5 142:8,19 146:17
**1997** 13:18
**1998** 14:10,14 73:8 74:22 75:8 77:17 77:22 106:17 107:9 108:6 113:11,14 114:10 115:8 115:13 123:13 124:1
**1998's** 81:11 81:14
**1999** 25:13,15 25:21 26:4 26:16,18 27:17 28:11 29:6 35:3,12 45:9,15 46:3 46:14 51:3 72:7 73:8,20 74:4,22 75:9 76:3 79:6,16 84:6,10 90:17 92:8 95:1,7,13 97:19 104:6 105:7 138:14 140:9

**2**

**2** 70:11 92:2
**2000** 25:14,16 25:21 26:5 26:16 28:11 35:3 46:17
**2001** 24:22 88:15,16 89:10 98:13
**2002** 46:16
**2004** 1:12,21 23:1 51:11 51:15 62:19 114:8
**212** 2:13,21
**215** 2:7
**23** 4:10
**24** 116:12
**2500** 2:5
**29** 109:5

**3**

**3** 100:7
**32.80** 108:14 109:4
**336-2000** 2:13
**393** 105:12,20 106:10 112:8 112:9
**395** 105:13 106:9 107:1 107:16
**396** 70:17 71:1 81:8 92:1
**397** 70:17 71:1 78:20

**4**

**4** 103:21
**404** 23:20 86:22
**406** 24:6 27:22
**407** 23:20 27:22 87:1
**466-4000** 3:7
**496-0300** 2:7

**5**

**5** 1:12,21 105:12 148:14
**519** 118:8 119:14,21 152:20
**522** 118:18 119:2
**523** 118:10
**524** 118:8

**6**

**6** 4:4 118:6 153:1,2
**6/17/99** 5:6

**7**

**7** 122:4
**7/16/02** 5:4
**70** 4:12

**8**

**808-7800** 2:21
**8469** 143:15
**85%** 62:21

**9**

**90%** 61:9 63:1 63:3
**90700** 108:3,13
**94** 107:4 108:12
**96** 17:22 144:11 145:9
**97** 13:14
**973** 3:7
**98** 13:19 74:14 74:19 108:12 115:15
**99** 14:18 74:14 74:19 92:15