1

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

--oOo--

In re: PHARMACEUTICAL              )

INDUSTRY AVERAGE WHOLESALE         )    No. 01-2257-PBS

PRICE LITIGATION,                  )

                                   )

THIS DOCUMENT RELATES TO ALL       )

ACTIONS,                           )

_____    )

HIGHLY CONFIDENTIAL

PURSUANT TO PROTECTIVE ORDER

TELEPHONIC DEPOSITION OF SCOTT WERT

WEDNESDAY, FEBRUARY 1, 2006

Telephonic deposition of SCOTT WERT, taken

on behalf of Johnson & Johnson, 10834 International

Drive, Suite 200, Rancho Cordova, California, at

10:00 a.m., on Wednesday, February 1, 2006, before

RICHARD M. RAKER, CSR No. 3445, Certified Shorthand

Reporter.

Scott Wert                 HIGHLY CONFIDENTIAL                 February 1, 2006
Rancho Cordova, CA

**2**

1   APPEARANCES OF COUNSEL:
2
3   FOR THE PLAINTIFF:
4       GIEBEL, GILBERT, WILLIAMS & KOHL
5       BY: KENT M. WILLIAMS, ESQ.
6       1300 Godward Street, N.E., Suite 6200
7       Minneapolis, Minnesota 55413
8       (651) 633-9000
9
10  FOR JOHNSON & JOHNSON:
11      PATTERSON, BELKNAP, WEBB & TYLER
12      BY: ADEEL MANGI, ESQ.
13      1133 Avenue of the Americas
14      New York, New York 10036
15      (212) 336-2000
16
17  FOR AVENTIS PHARMACEUTICALS, INC.:
18      SHOOK, HARDY & BACON
19      BY: BRIAN FEDOTIN, ESQ.
20      2555 Grand Boulevard
21      Kansas City, Missouri 64108
22      (816) 474-6550

**3**

1   APPEARANCES OF COUNSEL: (CONTINUED)
2
3   FOR THE DEPONENT:
4       LEWIS, BRISBOIS, BISGAARD & SMITH
5       BY: LANCE A. SELFRIDGE, ESQ.
6       221 N. Figueroa Street, Suite 1200
7       Los Angeles, California 90012
8       (213) 680-5003
9
10  ALSO PRESENT: KAREN FERRO
11
12
13
14
15
16
17
18
19
20
21
22

**4**

1               I N D E X
2   WITNESS:            SCOTT WERT
3   EXAMINATION                    PAGE
4       BY MR. MANGI                  5
5
6   EXHIBITS: (None)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

**5**

1           MORNING SESSION
2
3           SCOTT WERT,
4   having first been duly sworn, was examined and
5   testified as follows:
6
7       MR. SELFRIDGE: At the outset of this
8   deposition, I am advising all counsel present on
9   behalf of my client, Health Net, that Health Net
10  will be marking the entire transcript of this
11  deposition highly confidential pursuant to the
12  protective order on file in this litigation due to
13  the fact that this deposition is expected to involve
14  the disclosure of information which is confidential
15  and which constitutes Health Net's trade secrets.
16      So I'll ask Mr. Raker, the court reporter,
17  to place a designation "highly confidential" on the
18  caption page of this deposition.
19
20          EXAMINATION
21  BY MR. MANGI:
22      Q. Mr. Wert, good morning California time. My

Henderson Legal Services
(202) 220-4158

Scott Wert · · · · · · · · · HIGHLY CONFIDENTIAL · · · · · · February 1, 2006
· · · · · · · · · · · · · · · Rancho Cordova, CA

**6**

1  name is Adeel Mangi, as you've just heard.  I
2  represent Johnson & Johnson in this litigation.  We
3  are doing this deposition by phone today, so I'd ask
4  that any questions I ask that are unclear because of
5  problems with the transmission, please let me know
6  and I'll repeat them.  Okay?
7  · · A.  Okay.
8  · · Q.  Similarly, if any questions I ask are
9  unclear to you substantively, please let me know,
10 and I'll do my best to rephrase it.
11 · · A.  Okay.
12 · · Q.  I didn't get your answer to the last
13 question, Mr. Wert.
14 · · A.  "Okay."
15 · · Q.  And now's a good time to mention, since
16 we're on a phone deposition, it's especially
17 important to answer questions verbally, both so I
18 hear it and the reporter can take it down.
19 · · A.  Sure.
20 · · Q.  Are you currently employed, Mr. Wert?
21 · · A.  Yes.
22 · · Q.  Who is your employer?

**7**

1  · · A.  Health Net Pharmaceutical Services.
2  · · Q.  What is your title at present?
3  · · A.  Vice president trade relations.
4  · · Q.  How long have you held that position?
5  · · A.  Since November of 2001.  So that would be
6  a little more than four years.
7  · · Q.  How long have you been employed at Health
8  Net Pharmaceutical Services?
9  · · A.  I'm just trying to think.  It's a little
10 bit difficult to answer because I started working
11 for a company that ended up merging with Health Net
12 and Health Net Pharmaceutical Services.
13 · · Q.  Let's come to it another way.
14 · · A.  Okay.
15 · · Q.  Can you describe to me your education
16 after high school, please.
17 · · A.  I have a degree -- a BA degree in
18 psychology from Franklin & Marshall College in 1982.
19 I have a Pharm.D from the University of Arizona in
20 1993.  I have a pharmacy practice residency
21 completed at the VA Hospital in Tucson, Arizona, in
22 1994.

**8**

1  · · Q.  Between -- in what -- did you complete the
2  bachelor's degree in 1982?
3  · · A.  Yes.
4  · · Q.  Were you employed between 1982 and '93?
5  · · A.  I was a military officer from December of
6  1982 through August of 1987.
7  · · Q.  Did your role in the military involve
8  health insurance or the provision of healthcare
9  services of drugs in any way?
10 · · A.  No.
11 · · Q.  What did you do after you left the
12 military in 1987?
13 · · A.  I enrolled at the University of Arizona.
14 · · Q.  That was in your Pharm.D program, correct?
15 · · A.  Correct.
16 · · Q.  You were a full-time student until you
17 completed that degree in '93?
18 · · A.  That's correct.
19 · · Q.  Did you then immediately start the
20 residency at the VA Hospital that you completed in
21 '94?
22 · · A.  Correct.

**9**

1  · · Q.  In the course of that residency, did you
2  have any role in relation to the acquisition or
3  purchase of drugs?
4  · · A.  No.
5  · · Q.  What did you do after completing that
6  residency?
7  · · A.  I joined -- I was hired by Intergroup
8  Healthcare Corporation, a managed care organization
9  located at the time in Tucson, Arizona.  I was hired
10 as a clinical pharmacist.
11 · · Q.  How long were you with Intergroup?
12 · · A.  It was six months, and then the company
13 merged with Foundation Health and subsequently
14 Foundation Health became Health Net.  So I
15 essentially spent my entire career within Health
16 Net.
17 · · Q.  As a clinical pharmacist starting with
18 Intergroup -- how long did you hold that position,
19 by the way, clinical pharmacist?
20 · · A.  Six months.
21 · · Q.  What were your responsibilities in that
22 position?

Scott Wert                HIGHLY CONFIDENTIAL              February 1, 2006
                              Rancho Cordova, CA

---

**10**

1  A.  To -- to participate in the pharmacy and
2  therapeutics committee, to look at the cost and
3  utilization of pharmaceuticals within the health
4  plan, to participate in the design of pharmacy
5  benefits.
6      Q.  Did Intergroup ever have a staff model HMO
7  during the time you were there?
8      A.  I'm trying to remember.  At the time,
9  Intergroup did own a multispecialty clinic group.
10 So they owned Thomas-Davis medical clinics, which
11 was a 10- to 12-site specialty clinic group
12 throughout the state of Arizona.
13     Q.  Were you involved at all in purchases of
14 drugs for Intergroup on behalf of that staff model?
15     A.  No.
16     Q.  Do you have any knowledge as to what
17 amount Intergroup was paying to acquire drugs?
18     A.  No.  We didn't -- as I recall, we did not
19 buy -- we did not purchase drugs as part of that
20 arrangement.  It was all reimbursement-based.
21     Q.  You were a clinical pharmacist for six
22 months.

---

**11**

1      A.  Yes.
2      Q.  What was your next position?
3      A.  Director of pharmacy.
4      Q.  And that was with Foundation?
5      A.  Yes.
6      Q.  How long did you hold that position?
7      A.  I want to say until the early 1990s.  I
8  can't remember exactly.  I was promoted to vice
9  president at that time, so it was essentially the
10 same position but it was now a vice-president level.
11     Q.  So just to be clear, you started in that
12 position as director of pharmacy in approximately
13 1995; is that correct?
14     A.  Yes.
15     Q.  Do you know approximately how long you
16 were in that position?
17     A.  Until, I would say, 1991, and then it
18 became a vice-presidential position.
19     Q.  You mean to say 2001?
20     A.  Oh, wait.  I'm sorry.  Yes, 2001.  Sorry.
21     Q.  And in 2001 you became a VP of pharmacy
22 services?

---

**12**

1      A.  No.  Okay.  Wait.  I need to correct that.
2  Yeah, because in 2001 I was the vice president of
3  trade relations.
4      Q.  Okay.
5      A.  So it would have been probably in 1999,
6  you know, two years prior to the trade relations
7  position when the position I currently held as
8  director was upgraded to vice president.
9      Q.  So in approximately 1999, you became a
10 vice president in charge of pharmacy services?
11     A.  Yes.
12     Q.  And then in 2001, you became a vice
13 president in charge of trade relations.
14     A.  Correct.
15     Q.  You hold that position to the present
16 time?
17     A.  Yes.
18     Q.  What was your responsibilities as a
19 director of pharmacy and then as VP of pharmacy?
20     A.  As a director of pharmacy, I was
21 responsible for the overall cost and utilization of
22 pharmaceuticals within the health plan; responsible

---

**13**

1  for any strategies regarding the benefit, overall
2  management responsibility for the pharmacy benefit.
3      Q.  And did those responsibilities change when
4  you became VP?
5      A.  They were expanded to some degree,
6  because, at the time, Foundation Health was
7  expanding and acquiring different health plans, and
8  so I had expanded responsibilities for what was then
9  Intergroup of Utah, which was a plan that Foundation
10 Health owned at the time -- it's no longer owned --
11 QualMed of Colorado and QualMed of New Mexico from a
12 pharmacy management perspective.
13     Q.  Now, you said that one of your
14 responsibilities in these two positions pertained to
15 your responsibility for overall cost, correct?
16     A.  Yes.
17     Q.  What are you referring to when you say
18 "overall cost"?
19     A.  I'm referring to the net cost paid by the
20 health plan for pharmaceuticals.  So not from a
21 purchasing perspective but from a reimbursement
22 perspective.

---

Scott Wert                    HIGHLY CONFIDENTIAL                    February 1, 2006
Rancho Cordova, CA

**14**

1    Q.  Now, are you referring there only to
2  reimbursement paid to retail pharmacies, or are you
3  also including reimbursement for drugs administered
4  in physicians' offices and hospitals?
5    A.  For retail pharmacies only.
6    Q.  At any point in your career with Health
7  Net Pharmaceutical Services or its predecessors,
8  have you had any responsibility in relation to the
9  cost to the client for reimbursing drugs
10  administered in physicians' offices?
11    A.  Not -- not reimbursing them.  My
12  involvement would be on the rebate side.  So if we
13  had a rebate contract for one of those drugs, then I
14  could help, through rebate contracts, reduce the net
15  cost of those drugs.
16    Q.  Let's -- okay.  We'll come back to that in
17  a minute.  Let's just complete the chronology first
18  on your employment history.  In 2001 you became the
19  director of trade relations.  What are your
20  responsibilities in that position?
21    A.  They are primarily to manage the
22  relationships that the health plan -- that the --

**15**

1  that Health Net has with pharmaceutical companies.
2  That primarily entails rebate contracting.
3    Q.  Anything else?
4    A.  No.
5    Q.  So let's talk about these -- the rebate
6  contracts which you just touched on a moment ago.
7  Does -- Health Net Pharmaceutical Services, is that
8  the entity that enters into contracts with
9  manufacturers for rebates?
10    A.  Yes.
11    Q.  Does Health Net Pharmaceutical Services
12  enter into those contracts on behalf of Health Net?
13    A.  Yes.
14    Q.  And that's -- and Health Net
15  Pharmaceutical Services also serves as the internal
16  PBM for Health Net, correct?
17    A.  Correct.
18    Q.  How -- when did Health Net Pharmaceutical
19  Services begin entering into contracts with
20  manufacturers -- the drug manufacturers for rebate?
21    A.  Well, I don't know exactly.  However,
22  prior to being called Health Net Pharmaceutical

**16**

1  Services, the company was called Integrated
2  Pharmaceutical Services.  That was the name of the
3  company when the company was formerly known as
4  Foundation Health.  So at that time, IPS, as it was
5  known, did rebate contract on behalf of the health
6  plans.  I would say that it started around 1995.
7    Q.  So you are personally aware of a rebate
8  contract between Integrated, which is their
9  predecessor to Health Net Pharmaceutical Services,
10  from at least the 1995 time period onwards, correct?
11    A.  I'm aware that IPS did the contracting.
12  I'm not -- I don't have the contracts.
13    Q.  And it's fair to say that the practice of
14  contracting with manufacturers for rebates may have
15  started prior to that time, you just don't know,
16  correct?
17    A.  Correct.
18    Q.  Now, why do drug manufacturers pay rebates
19  to Health Net Pharmaceutical Services or its
20  predecessors?
21    A.  Well, I can't speak on behalf of the
22  pharmaceutical manufacturers about why they would do

**17**

1  it.  However, I would suspect that part of it would
2  be to develop a good relationship with HNPS and the
3  health plans.  The other would be our ability to
4  control the market share of the products that we
5  prefer and therefore earn rebates on.
6    Q.  When you refer to ability to control
7  market share of products that you prefer, are you
8  referring there to formulary preferences or
9  formulary status?
10    A.  Yes.
11    Q.  And how does Health Net Pharmaceutical
12  Services take account of rebates when making
13  formulary decisions?
14    A.  It is one of the elements that get
15  considered in the overall pharmacy and therapeutics
16  process to determine a drug that would be considered
17  on formulary and preferred.
18    Q.  Now, the existence of these rebate
19  contracts between drug manufacturers and health
20  insurance companies or PBMs is something that's
21  commonly known in the industry, correct?
22    A.  Yes.

Scott Wert                  HIGHLY CONFIDENTIAL              February 1, 2006
                              Rancho Cordova, CA

---

**18**

1     Q.  And the existence of these arrangements
2  has been commonly known in the industry since at
3  least the early 1990s, correct?
4     A.  Correct.
5     Q.  Now, what factors determine the amount of
6  rebate that a manufacturer will pay Health Net
7  Pharmaceutical Services or its predecessors?
8     A.  Well, there would -- again, I can't speak
9  on behalf of the pharmaceutical industry, but I
10 would say some of the factors would include
11 limitations based on federal regulation, the
12 negotiating ability of the health plan, number
13 of preferred products in the therapeutic category of
14 the drug in question, the ability of the health plan
15 to move market share to preferred products.
16    Q.  Now, when you refer to negotiating ability
17 and also to the number of therapeutic products in a
18 particular path, we're essentially talking about
19 leverage, correct?
20    A.  Yes.
21    Q.  Health Net will have more leverage and
22 will be able to exact higher rebates when it's

---

**19**

1  dealing with a manufacturer of a drug that has other
2  therapeutic alternatives in the market as opposed to
3  a manufacturer whose drug has no competition,
4  correct?
5     A.  Yes.
6     Q.  And similarly, Health Net will be able to
7  exact the highest rebates when dealing with the
8  manufacturer of a generic product for which there
9  will be a number of competitors in the market,
10 correct.
11    A.  I'm sorry.  I didn't quite understand that
12 question.
13    Q.  Let me back up a minute.
14    A.  Okay.
15    Q.  One possible scenario is where you're
16 dealing with a drug that has no competition.  Okay?
17 When you're dealing with a drug of that kind, it's
18 fair to say that Health Net's leverage is at a low
19 end, correct?
20    A.  Correct.
21    Q.  As opposed to that situation, when you're
22 dealing with a branded drug that has other branded

---

**20**

1  competitors that are therapeutically interchangeable
2  or therapeutic alternatives, Health Net will have a
3  stronger leverage in its negotiations with
4  manufacturers, correct?
5     A.  Correct.
6     Q.  And the reason for that is simply that
7  Health Net has choices and can choose to put other
8  drugs its formulary, correct?
9     A.  Correct.
10    Q.  That's all a matter of simple economics,
11 right?
12        MR. SELFRIDGE:  Well, I'll object to that
13 as calling for speculation and being vague.
14        MR. MANGI:  I'll withdraw the question.
15 Let me put it another way.
16    Q.  The situation that we've just described,
17 the fact that there is more leverage in one
18 situation versus the other, that's common to all
19 relationships between manufacturers and PBMs or
20 health plans across the industry, correct?
21    A.  I think generally so.
22    Q.  Now, we talked about the situation where

---

**21**

1  there is a drug with no competition.  We've talked
2  about the situation where there is a branded drug
3  that does have competition of therapeutic
4  alternatives.  A third possibility is when you're
5  dealing with generic drugs, right?
6     A.  Yes.
7     Q.  In that situation, Health Net will have
8  the strongest leverage because there will be many
9  different manufacturers that can provide the drug in
10 question; is that correct?
11    A.  Well, yes, although in contracting with
12 the brand name manufacturers, we really don't
13 consider the availability of generics in the
14 marketplace, per se.
15    Q.  Does Health Net Pharmaceutical Services
16 contract for rebates with manufacturers of generic
17 drugs in relation to those generic drugs' formulary
18 placement?
19    A.  No.
20    Q.  Now, as you mentioned earlier, the reason
21 -- one of the reasons why manufacturers pay these
22 rebates to Health Net Pharmaceutical Services and

---

Scott Wert                    HIGHLY CONFIDENTIAL            February 1, 2006
                              Rancho Cordova, CA

**22**

1   entities like it is because they have the ability to
2   move market share, correct?
3       A.   Correct.
4       Q.   And it can do that through -- health and
5   pharmaceutical services can do that through its
6   formulary placement, tiers, preferences and so on --
7       A.   Yes.
8       Q.   -- right?
9       A.   Yes.
10      Q.   As you've discussed, the existence of
11  those arrangements and those dynamics is something
12  that's been well known in the industry for a long
13  time, since at least the early '90s, right?
14      A.   Correct.
15      Q.   Now, it's similarly well known, isn't it,
16  that manufacturers also pay a rebate to other
17  entities in the marketplace who can similarly move
18  market share, correct?
19      MR. SELFRIDGE:  I object to that on the
20  grounds that it is vague.  I'm not sure what you
21  mean by "other entities in the marketplace."
22      MR. MANGI:  Let me rephrase the question.

**23**

1       Q.   To your knowledge, do manufacturers pay
2   rebates to entities other than PBMs or health
3   insurance plans in relation to formulary placement?
4       MR. WILLIAMS:  I'll object as calling for
5   speculation.
6   BY MR. MANGI:
7       Q.   You can answer.
8       MR. SELFRIDGE:  You should only answer if
9   you actually know the answer.  Don't guess at it.
10      THE WITNESS:  Yeah, there are other
11  entities.
12  BY MR. MANGI:
13      Q.   What sort of entities are you aware of who
14  receive rebates from drug manufacturers?
15      A.   Long-term-care pharmacies.
16      Q.   Any other entities?
17      A.   No.
18      Q.   Are you aware that mail-order pharmacies
19  can receive rebates from manufacturers?
20      MR. WILLIAMS:  Same objection.
21      THE WITNESS:  Yes.
22  BY MR. MANGI:

**24**

1       Q.   That's the second category.  And certainly
2   staff model HMOs, they can receive rebates from drug
3   manufacturers, correct?
4       A.   Yes.
5       Q.   And similarly, physicians in relation to
6   drugs that are administered in physicians' offices,
7   they can also receive rebates from drug
8   manufacturers, correct?
9       MR. WILLIAMS:  Same objection.
10      THE WITNESS:  I don't actually know that.
11  BY MR. MANGI:
12      Q.   Do you have any dealings with physicians
13  in your current capacity?
14      A.   No.
15      Q.   And indeed, your previous capacities were
16  also dealing with retail only, correct?
17      A.   Correct.
18      (Interruption)
19  BY MR. MANGI:
20      Q.   Counsel is correct?
21      A.   Correct.
22      Q.   But you are aware of the fact that, in the

**25**

1   market, manufacturers will pay a rebate to entities
2   who can affect market share, right?
3       A.   Right.
4       Q.   And the existence of such arrangements
5   with an array of different entities has been well
6   known in the industry for a long time, since at
7   least the early '90s, correct?
8       MR. WILLIAMS:  Objection; calls for
9   speculation.
10      MR. SELFRIDGE:  I'll join in that.
11      You can answer.
12      THE WITNESS:  Yes.
13  BY MR. MANGI:
14      Q.   Now, how is the amount of rebate that
15  Health Net Pharmaceutical Services receives on any
16  given drug or group of drugs determined?
17      A.   The vast majority of the contracts are for
18  a certain percentage off of the WAC price of a unit
19  of the drug.
20      Q.   What determines what that percentage will
21  be?
22      A.   Again, it's sort of -- I can't

Scott Wert                    HIGHLY CONFIDENTIAL             February 1, 2006
                              Rancho Cordova, CA

|  | 26 |
|---|---|
| 1 | specifically speak for the pharma industry since |
| 2 | they're the one giving the percentage, but -- |
| 3 | MR. SELFRIDGE: I don't want you to |
| 4 | speculate. If you can answer, you can answer, but |
| 5 | don't speculate. |
| 6 | THE WITNESS: Okay. Well, I thought we've |
| 7 | answered the question previously, but should I go |
| 8 | through the same -- |
| 9 | BY MR. MANGI: |
| 10 | Q. Are you referring to the same factors that |
| 11 | affect the relative leverage of the parties, such as |
| 12 | the availability of therapeutic equivalence and |
| 13 | factors such as that? |
| 14 | A. Yes. |
| 15 | Q. Do the contracts that Health Net |
| 16 | Pharmaceutical Services enter into with drug |
| 17 | manufacturers provide for one specific percentage in |
| 18 | relation to WAC that is then applied to all drugs |
| 19 | that that manufacturer puts into the market that are |
| 20 | on Health Net formulary? |
| 21 | A. No. They are -- they are rebate |
| 22 | percentages determined by drug. |

|  | 28 |
|---|---|
| 1 | affect the rebate that other entities in the market |
| 2 | can receive from drug manufacturers, correct? |
| 3 | MR. WILLIAMS: I'll object as calling for |
| 4 | speculation. |
| 5 | MR. SELFRIDGE: Join. |
| 6 | BY MR. MANGI: |
| 7 | Q. You can answer. |
| 8 | A. Correct. |
| 9 | Q. And indeed, similarly it's fair to assume |
| 10 | that the amount of rebate that all entities in the |
| 11 | market receive from drug manufacturers will vary |
| 12 | from drug to drug. |
| 13 | MR. SELFRIDGE: Same objection. |
| 14 | MR. WILLIAMS: I'll join in that. |
| 15 | BY MR. MANGI: |
| 16 | Q. You can answer. |
| 17 | A. I couldn't say all of them. |
| 18 | Q. Well, is -- well, withdraw that. Let me |
| 19 | ask you a different question. |
| 20 | When Health Net Pharmaceutical Services |
| 21 | enters into rebate contracts with manufacturers, |
| 22 | what time period do those contracts generally apply |

|  | 27 |
|---|---|
| 1 | Q. So the amount of -- withdraw that. |
| 2 | Now, the rebate that Health Net |
| 3 | Pharmaceutical Services gets from manufacturers on |
| 4 | drugs reduces the overall costs to Health Net in |
| 5 | relation to reimbursing for pharmaceuticals, |
| 6 | correct? |
| 7 | A. Correct. |
| 8 | Q. And the extent to which that cost basis is |
| 9 | reduced will vary from drug to drug depending on the |
| 10 | extent of the rebate that Health Net is able to |
| 11 | negotiate for that drug, correct? |
| 12 | A. Correct. |
| 13 | Q. And the amount of rebate that Health Net |
| 14 | can negotiate for any particular drug will vary |
| 15 | based on factors such as the availability of |
| 16 | therapeutic alternatives in the market, correct? |
| 17 | A. Correct. |
| 18 | Q. It's fair to assume, isn't it, that that |
| 19 | negotiation dynamic is not unique to Health Net, |
| 20 | correct? |
| 21 | A. Correct. |
| 22 | Q. In other words, similar factors will |

|  | 29 |
|---|---|
| 1 | to? |
| 2 | A. They are generally of the term one to |
| 3 | three years. |
| 4 | Q. After those contracts expire, Health Net |
| 5 | will evaluate them and potentially renegotiate them? |
| 6 | A. Yes. |
| 7 | Q. If, in the interim, changes have occurred |
| 8 | in the marketplace -- for example, if a drug that |
| 9 | previously had no competition now has therapeutic |
| 10 | alternatives -- that will be a significant factor in |
| 11 | giving Health Net more leverage, then, to exact |
| 12 | higher rebates, right? |
| 13 | A. Potentially. |
| 14 | Q. Now, all of the rebate contracts at |
| 15 | present are tied to WAC, or wholesale acquisition |
| 16 | cost; is that correct? |
| 17 | A. No, not all. |
| 18 | Q. What proportion of the rebate contracts |
| 19 | are pegged to WAC? |
| 20 | A. Greater than 95 percent. |
| 21 | Q. What is the benchmark to which the other 5 |
| 22 | percent -- or benchmarks to which the other 5 |

Scott Wert                    HIGHLY CONFIDENTIAL                February 1, 2006
                                  Rancho Cordova, CA

---

**30**

1  percent are tied?
2      A.  AWP.
3      Q.  What is the basis for some contracts being
4  AWP-based and some being WAC-based?
5      A.  Strictly the determination of the pharma
6  company offering the contract.
7      Q.  What is your understanding as to what WAC
8  is?
9      A.  Well, it's the wholesale acquisition cost
10  of the product as determined by the pharmaceutical
11  manufacturer as the cost at which a wholesaler could
12  buy the product -- would obtain the product from the
13  pharmaceutical company.
14      Q.  Now, you're aware, of course, that that
15  price can then be lowered by, for example, prompt-
16  pay discounts to the wholesalers, correct?
17      A.  Correct.
18      Q.  Similarly, drug manufacturers may provide
19  rebates and discounts to other entities in the
20  marketplace that will reduce their acquisition costs
21  below WAC, correct?
22      A.  Correct.

---

**31**

1      Q.  And -- withdraw that.
2          The amount by which manufacturer rebates
3  will reduce the acquisition cost for drugs of
4  various entities in the market will depend on how
5  much rebate is paid to that entity in relation to
6  the drug at issue, correct --
7          MR. WILLIAMS:  Objection; calls for
8  speculation.
9  BY MR. MANGI:
10      Q.  You can answer.
11      A.  Can you restate the question?
12      Q.  As we've discussed, the different entities
13  in the marketplace that -- can get rebates from
14  manufacturers, and those rebates or discounts will
15  lower their acquisition costs for drugs, right?
16      A.  Yes.
17      Q.  And they will lower their acquisition
18  costs for drugs below WAC, correct?
19      A.  Correct.
20      Q.  The extent to which their acquisition
21  costs are lowered below WAC will depend on the
22  amount of the rebate or discount that they receive,

---

**32**

1  right?
2      A.  Yes.
3      Q.  And that amount will vary from drug to
4  drug and from entity to entity depending on the
5  particular rebate arrangement the manufacturer in
6  question has with the entity in question, correct?
7      A.  Correct.
8      Q.  It's fair to say, isn't it, that there is
9  no one rule that can be applied across the board to
10  govern how much rebate or discount all entities in
11  the market receive, correct?
12          MR. WILLIAMS:  Objection; calls for
13  speculation.
14          THE WITNESS:  Yes.
15  BY MR. MANGI:
16      Q.  Similarly, it's fair to say that there is
17  -- well, withdraw that.
18          Now, what about AWP?  What is your
19  understanding of what AWP is?
20      A.  Well, the average wholesale price of a
21  drug as -- I'm not sure exactly who determines it,
22  but it is published by national database houses such

---

**33**

1  as First DataBank or Medi-Span.
2      Q.  Now, as mentioned, AWP stands for average
3  wholesale -- but what is AWP?  What is it really
4  used for in the market?
5      A.  What is it used for?
6      Q.  Yes.
7          MR. SELFRIDGE:  Well, I'm going to
8  interpose a lack of foundation and speculation
9  objection.
10          You may answer the question if you can.
11          THE WITNESS:  Well, in some cases, it's
12  used, as I indicated, for rebate contracts.  In
13  other cases, it's used for the price at which retail
14  and mail-order pharmacy contracts are negotiated
15  from.
16  BY MR. MANGI:
17      Q.  Certainly it's fair to say that average
18  wholesale price is a misnomer, which is to say it's
19  not really an average of wholesale prices, correct?
20          MR. SELFRIDGE:  Calls for --
21          THE WITNESS:  I can't answer.  I don't
22  know.

---

Scott Wert                 HIGHLY CONFIDENTIAL                 February 1, 2006
                            Rancho Cordova, CA

---

**34**

1  BY MR. MANGI:
2      Q.   Well, let me ask it another way.  You're
3  aware that wholesalers will purchase drugs at WAC or
4  an amount below WAC depending on the rebates and
5  discounts that they get, correct?
6      A.   Yes.
7      Q.   You're also aware that WAC is a different
8  number from AWP, correct?
9      A.   Correct.
10     Q.   Indeed, the AWP will generally be either
11  20, 25 or 30 percent over the WAC for a drug, right?
12     A.   Right.
13     Q.   It's certainly fair to say that
14  wholesalers and other entities in the market are not
15  actually purchasing drugs at AWP; they're purchasing
16  at WAC or something below WAC, right?
17         MR. WILLIAMS:  Calls for speculation.
18         MR. SELFRIDGE:  Also lack of foundation.
19  BY MR. MANGI:
20     Q.   You can answer.
21     A.   Generally, yes.
22     Q.   Indeed, you're not personally aware of any

---

**35**

1  single entity that purchases at AWP, correct?
2         MR. WILLIAMS:  Lack of foundation.
3         THE WITNESS:  Am I aware?  I'm not aware.
4  BY MR. MANGI:
5      Q.   Okay.  Now, we've discussed a couple of
6  different things.  We've discussed WAC, and we've
7  discussed the fact that the price at which entities
8  in the market acquire drugs will be a percentage
9  below WAC that varies depending on the amount of the
10  rebate or discount that entity gets on that drug,
11  right?
12     A.   Right.
13     Q.   We've discussed AWP, which is a benchmark
14  that is either 20 or 25, sometimes 30 percent above
15  the WAC for given drugs, right?
16     A.   Right.
17     Q.   So it's fair to say, isn't it, that the
18  relationship between any individual entity's
19  acquisition cost for drugs and the AWP for that drug
20  will vary depending on the amount of rebates or
21  discounts that that entity is getting, right?
22     A.   Right.

---

**36**

1      Q.   Indeed, there will be no settled
2  percentage differential between the two of those
3  numbers, the actual acquisition costs on the one
4  hand and the AWP for that drug on the other, right?
5      A.   Right.
6      Q.   Will vary from entity to entity, drug to
7  drug depending on the leverage that those entities
8  have and their ability to exact differential rebate
9  and discounts from drug manufacturers, right?
10     A.   Yes.
11     Q.   And certainly Health Net has no fixed
12  expectation or has no expectation that there is, in
13  fact, a fixed relationship between actual
14  acquisition and AWP, correct?
15         MR. WILLIAMS:  Objection; lack of
16  foundation.
17         THE WITNESS:  Correct.
18  BY MR. MANGI:
19     Q.   In other words, Health Net recognizes that
20  the relationship between the actual acquisition cost
21  for a drug and the AWP for a drug will vary widely
22  depending on the amounts of rebates or discounts

---

**37**

1  that the purchasing entity can get from the
2  manufacturer.
3      A.   Right.
4      Q.   So certainly, if one were to say that,
5  well, you know Health Net expects that there will be
6  a fixed relationship of, say, 20 percent or 30
7  percent or 40 percent, there would be absolutely no
8  foundation for that, correct?
9      A.   Correct.
10     Q.   That would be simply an inaccurate
11  assumption that lacks any foundation whatsoever,
12  right?
13         MR. WILLIAMS:  I'll object as ambiguous.
14  Also calls for speculation.
15         MR. SELFRIDGE:  It's an argumentative
16  question, but you can answer.
17         THE WITNESS:  Yes.
18  BY MR. MANGI:
19     Q.   Now, let's talk for a moment about generic
20  drugs.  Actually, withdraw that.
21         Do you know at what rate Health Net can't
22  reimburse doctors for drugs that they administer to

---

Scott Wert                 HIGHLY CONFIDENTIAL        February 1, 2006
                              Rancho Cordova, CA

---

38

1  patients in their offices?
2      A.  I don't have any knowledge of that.
3      Q.  And that -- and your lack of knowledge on
4  that topic applies equally to brand-name drugs and
5  generic drugs; is that correct?
6      A.  You're talking about administered by a
7  physician?
8      Q.  Right.
9      A.  That would be correct.
10     Q.  Now, turning to a different topic.  Are
11 you aware of any efforts that Health Net
12 Pharmaceutical Services undertakes to manage its
13 costs in relation to reimbursement for drugs?
14     A.  Yes.
15     Q.  Could you describe for me, please, the
16 efforts that you are aware of in that regard.
17     A.  Well, we have contracts with our retail
18 and mail-order providers.  We have rebate contracts
19 that reduce the unit cost of drugs.  We have
20 utilization management efforts that help to make
21 sure that there's the appropriate utilization of
22 drugs.

---

39

1      Q.  Anything else?
2      A.  No.
3      Q.  Now, these efforts that you've described,
4  are you aware of these applying both to possibly
5  reimbursing pharmacy-dispensed drugs and physician-
6  administered drugs, or are you only aware of these
7  issues in relation to pharmacy-dispensed drugs?
8      MR. SELFRIDGE:  Adeel, would you mind
9  repeating that question?  I think a word got omitted
10 on the speaker here.
11     MR. MANGI:  Let me rephrase it.  It wasn't
12 the most elegant question anyway.
13     Q.  You referred to your knowledge of
14 utilization management efforts and contracts as some
15 examples of the ways in which Health Net seeks to
16 manage the cost of its reimbursement for drugs,
17 right?
18     A.  Yes.
19     Q.  My question is, are you aware of those
20 efforts only in regard to retail-pharmacy-dispensed
21 drugs and mail-order-pharmacy-dispensed drugs, or
22 are those efforts also applied to where it's

---

40

1  physician-administered drugs?
2      A.  There are efforts that would be applied to
3  both, but not all of the efforts would apply to
4  both.
5      Q.  Okay.  What efforts are you aware of to
6  where it's managing the cost of reimbursement that
7  apply to physician-administered drugs?
8      A.  We have a rebate contract for a drug
9  that's physician-administered.  Our utilization
10 management efforts do not necessarily affect the
11 reimbursement of the drug of any -- the cost of any
12 unit price of a particular drug, but they do affect
13 the overall expenditure of -- of a drug in total.
14     Q.  What proportion of Health Net's
15 reimbursement costs for drugs are attributable to
16 physician-administered drugs as opposed to pharmacy-
17 dispensed drugs?
18     A.  That, I don't know.
19     Q.  It's fair to say, isn't it, though, that
20 the amount that Health Net reimburses in relation to
21 physician-administered drugs is still a significant
22 amount of money, correct?

---

41

1      MR. SELFRIDGE:  Calls for speculation,
2  lack of foundation.
3      MR. WILLIAMS:  Same objection.
4      MR. SELFRIDGE:  You may answer.
5      THE WITNESS:  Yes.
6  BY MR. MANGI:
7      Q.  And indeed, Health Net, as part of its
8  responsibilities towards its clients as well as its
9  own financial health, pays careful attention to the
10 amounts that it's reimbursing physicians in relation
11 to drugs administered in-office, correct?
12     MR. SELFRIDGE:  Same objections.
13     THE WITNESS:  Generally, yes.
14 BY MR. MANGI:
15     Q.  That's nothing new, correct?  Health Net
16 has always done that as part of its -- fulfilling
17 its responsibilities towards its clients and its own
18 financial health, correct?
19     A.  Yes.
20     MR. WILLIAMS:  Objection; overbroad.
21 BY MR. MANGI:
22     Q.  I'm sorry.  The answer cut out because of

---

Scott Wert      HIGHLY CONFIDENTIAL      February 1, 2006
Rancho Cordova, CA

---

42

1 the objection. Would you mind repeating it?
2     A. "Generally, yes."
3     Q. Are you aware of the manner in which
4 pharmacies submit claims to Health Net for
5 reimbursement?
6      (Interruption)
7     THE REPORTER: Submit what, Counsel?
8 BY MR. MANGI:
9     Q. Submit claims for reimbursement in
10 relation to drugs that they have dispensed to Health
11 Net's members.
12     A. I'm aware in a general way, yes.
13     Q. Now, those claims are submitted by
14 reference to a particular drug's NDC, right?
15     A. Yes. Through the -- yes. On the pharmacy
16 side of the business, yes.
17     Q. Now, what about drugs that are
18 administered by physicians in-office? Are you aware
19 of how physicians submit claims for reimbursement in
20 relation to those drugs?
21     A. Only very generally.
22     Q. Are you aware of whether physicians submit

---

43

1 claims referring to drugs by their NDCs or by
2 something else?
3     A. I would imagine that it could be both.
4 It's primarily done by J-code.
5     Q. Now, a J-code is not also specific to a
6 particular branded drug, correct?
7     A. Correct.
8     Q. There can be more than one drug sharing
9 the same J-code, correct?
10     A. Correct.
11     Q. There can be more than one branded drug in
12 a particular J-code, right?
13     A. Yes.
14     Q. There can be a branded drug and its
15 generic competitors. They're sharing a code, right?
16     A. Yes.
17     Q. When Health Net receives a claim for a
18 drug that lists only the J-code, Health Net has no
19 visibility as to what particular NDC -- what
20 particular drug was dispensed -- was administered by
21 that physician, correct?
22     A. Not necessarily.

---

44

1     Q. When you say "not necessarily," are there
2 instances in which Health Net does have that
3 information?
4     A. In some cases, there may be a one-to-one
5 relationship between a J-code and an NDC code.
6     Q. Okay.
7     A. In some cases, the NDC code may be
8 supplied along with a particular J-code.
9     Q. In what circumstances do physicians submit
10 both an NDC and a J-code?
11     A. That, I don't know.
12     Q. Do you know whether that's a -- how
13 prevalent that practice is?
14     A. I don't know.
15     MR. SELFRIDGE: Calls --
16     MR. MANGI: I'm sorry. Was there an
17 objection?
18     MR. SELFRIDGE: I'm not going to make the
19 objection in light of the answer.
20     THE WITNESS: The answer I don't know.
21 BY MR. MANGI:
22     Q. Do you know whether that occurs

---

45

1 irregularly, or is it common practice?
2     MR. SELFRIDGE: Calls for speculation,
3 lack of foundation.
4     THE WITNESS: I don't know.
5 BY MR. MANGI:
6     Q. You're simply unable to -- you have no
7 information as to whether it's common, infrequent,
8 once in a while, or every time, right?
9     A. Yes.
10     Q. In relation to instances where Health Net
11 has only a J-code to deal with and there isn't a
12 one-to-one relationship, are you aware of any
13 efforts by Health Net to try and ascertain what NDCs
14 particular J-codes correspond to?
15     A. I am aware of an attempt to try and match
16 J-codes to NDC codes.
17     Q. Now, are we talking about one attempt, or
18 was there more than one attempt to do that?
19     A. That, I don't know.
20     Q. When you say you're referring to an
21 attempt, were you referring to one particular
22 instance or more than one instance?

---

Henderson Legal Services
(202) 220-4158

Scott Wert                    HIGHLY CONFIDENTIAL                    February 1, 2006
                              Rancho Cordova, CA

---

**46**

1      A.   Are you talking about just the matching of
2  one J-code to an NDC code or overall attempt to take
3  all of the J-codes and match and to somehow map to
4  NDC codes?
5      Q.   Well, let's start with an overall attempt.
6  Are you aware of any attempts to do that on a broad
7  basis?
8      A.   I'm aware of it, yes.
9      Q.   Are you aware of one attempt to do that or
10 more than one attempt to do that?
11     A.   I'm aware of one attempt to do that.
12     Q.   When did that take place?
13     A.   What I am aware of would have been around
14 1993.
15     Q.   I'm sorry.  Did you say 1993?
16     A.   I'm sorry.  I'm in the wrong decade.  2003.
17     Q.   2003.  Who was involved in that effort?
18     A.   The person that I know?
19     Q.   Sure.
20     A.   Peter Kwok.
21     Q.   Who is Peter Kwok?  And could you spell
22 his name for the reporter?

---

**47**

1      A.   Yeah.  It's P-e-t-e-r, K-w-o-k.  And he
2  was a vice president of specialty pharmacy.
3      Q.   That is the position that's now held by
4  Ms. Ferro, right?
5      A.   Correct.
6      Q.   What was the circumstances in which Mr.
7  Kwok made that attempt to translate or cross-walk J-
8  codes to NDC?
9      A.   Not aware of any of the specifics about
10 what he -- he was working on.  I was just aware that
11 that was taking place.
12     Q.   You're aware it was taking place but you
13 don't know why it was taking place, I take it?
14     A.   Yes.
15     Q.   Do you know what the results of that
16 effort were?
17     A.   No.
18     Q.   Do you know whether or not Mr. Kwok was
19 successful in that effort?
20     A.   I do not know.
21     Q.   Is it fair to say you have no information
22 about that effort other than an effort was made?

---

**48**

1      A.   Correct.
2      Q.   Now, that's the overall attempt that we
3  spoke about.  Do you differentiate between an
4  overall attempt and an individual attempt in
5  relation to specific J-codes?  Are you aware of more
6  limited efforts to cross-walk J-codes to NDCs?
7      A.   No.
8      Q.   Now, in what department at Health Net is
9  responsible for determining the amount that Health
10 Net will pay pharmacies in relation to drugs that
11 they dispense to Health Net's members?
12     A.   Can you repeat -- I'm sorry.  Repeat the
13 question, please.
14     Q.   What department or division at Health Net
15 or Health Net Pharmaceutical Services is responsible
16 for determining the rate at which Health Net will
17 reimburse retail pharmacies for drugs that are
18 dispensed to Health Net's members?
19     A.   That would be HNPS.  That would be us.
20     Q.   Is there a particular division within HNPS
21 that deals with that issue?
22     A.   There are individuals assigned to do that.

---

**49**

1  It's -- this is not in our particular division.
2      Q.   Now, switching gears for a moment.  Do you
3  know what department or division within Health Net
4  or Health Net Pharmaceutical Services is responsible
5  for determining the rate that Health Net will
6  reimburse doctors or physicians for drugs that they
7  administer to Health Net's members in their offices?
8      MR. SELFRIDGE:  Lack of foundation and
9  calls for speculation.
10     THE WITNESS:  That's outside of Health Net
11 Pharmaceutical Services and done at the individual
12 health plan level.
13 BY MR. MANGI:
14     Q.   When you say "the individual health plan
15 level," what are you referring to?
16     A.   The health plans that make up Health Net.
17     Q.   Now, the reimbursements for retail
18 pharmacies are determined at Health Net
19 Pharmaceutical Services on behalf of all of the
20 health plans; is that correct?
21     A.   Yes.
22     Q.   The reimbursements for providers that are

---

Scott Wert                HIGHLY CONFIDENTIAL              February 1, 2006
                           Rancho Cordova, CA

50

1   administering drugs in their offices are determined
2   at the individual health plan network, right?
3       A.  Yes.
4       Q.  Now, is there any coordination or
5   communication between the individuals responsible
6   for setting reimbursement to pharmacies, at Health
7   Net Pharmaceutical Services, and the individuals
8   responsible for setting reimbursement to physicians
9   for drugs administered in-office at the individual-
10  plan level?
11      A.  I'm going to say no, but I can't be sure
12  because I'm not one of those two parties.
13      Q.  In other words, what you're saying is that
14  you're not personally involved in any such
15  communication, so you're not aware of any such
16  communications, correct?
17      A.  Correct.
18      Q.  But you can't say definitively whether or
19  not those communications or coordination ever takes
20  place.
21      A.  That's correct.
22      Q.  Are you aware of the fact that there is

51

1   some drugs that can reach patients either through
2   dispensing at retail pharmacies or through
3   physicians' offices?
4       A.  Yes.
5       Q.  Are you familiar with the term -- well,
6   withdraw that.
7           In what circumstances are you familiar
8   with drugs going through both channels?
9       A.  So -- I mean, under a traditional pharmacy
10  benefit, a patient would obtain his or her
11  medications at a retail or mail-order pharmacy.  A
12  patient could get primarily injectable medications
13  either administered by a physician or obtained from
14  the physician.
15      Q.  So let's take an example.  Are you
16  familiar with the drug Procrit?
17      A.  Yes.
18      Q.  Are you aware that Procrit has both a
19  retail channel and is also -- and patients also
20  receive it in doctors' offices?
21      A.  Yes.
22      Q.  In some instances, a patient will go to

52

1   his doctor who will administer Procrit to him and
2   then bill the health insurer, correct?
3       A.  Yes.
4       Q.  In other cases, a patient will get Procrit
5   from his retail pharmacy and then take it to a
6   doctor who will administer it, right?
7       A.  That's possible.
8       Q.  In the first case, the physician is
9   billing the health insurer for the drug; whereas, in
10  the second case, it will be the pharmacy that will
11  bill the insurer for the drug.  Right?
12      A.  Yes.
13      Q.  Are you aware that Health Net reimburses
14  at different rates for the same drug dependent on
15  whether it's dispensed at a pharmacy or in a
16  physician's office?
17      A.  I am not aware of the price that we
18  reimburse from the physician's office, so I couldn't
19  tell you if it was different or not.
20      Q.  Is that a topic as to which Ms. Ferro
21  would be familiar with, to your knowledge?
22      A.  Perhaps.

53

1           MR. MANGI:  Off the record for a moment.
2               (Break taken.)
3   BY MR. MANGI:
4       Q.  Mr. Wert, I'm just going to ask you a few
5   more questions touching on some of the topics we've
6   already discussed.
7           First of all, we discussed the fact that
8   entities in the marketplace purchase at WAC or a
9   percentage below WAC depending on the rebates or
10  discounts that they get.  Do you remember that
11  testimony?
12      A.  Yes.
13      Q.  We also discussed the fact that certainly,
14  as far as you're aware, no one in the marketplace is
15  actually purchasing drugs at AWP, right?
16          MR. WILLIAMS:  I'll object as overbroad.
17          MR. SELFRIDGE:  I'll object as
18  mischaracterizing the witness's testimony.
19  BY MR. MANGI:
20      Q.  You can answer.
21      A.  Yes.
22      Q.  My question is, is it fair to say that

Scott Wert                 HIGHLY CONFIDENTIAL              February 1, 2006
                              Rancho Cordova, CA

54

1   that fact, that no one is actually purchasing drugs
2   at AWP, is something that's well known in the
3   industry?
4        MR. SELFRIDGE:  Calls for speculation,
5   lack of foundation.
6        MR. WILLIAMS:  I'll join in that
7   objection.
8   BY MR. MANGI:
9        Q.  You can answer.
10       A.  I don't know.
11       Q.  I'm sorry.  What did you answer?
12       A.  Yeah, "I don't know."
13       Q.  You don't know.  Okay.
14            Now, you talked about the fact that you
15  played a role on the P&T committee while you were a
16  clinical pharmacist, correct?
17       A.  Yes.
18       Q.  Did you remain on the P&T committee in
19  your subsequent roles at Health Net Pharmaceutical
20  Services or its predecessor entities?
21       A.  Yes.  I would make a distinction that my
22  role now is not one of a voting member but a -- as a

55

1   participant in the meeting who provides information.
2        Q.  Now, you mentioned that economic
3   considerations -- in other words, the amount of
4   rebates available -- is one of the factors that
5   Health Net Pharmaceutical Services considers when
6   making its formulary choices, right?
7        A.  Yes.
8        Q.  And certainly it's fair to say that Health
9   Net's aware that other health insurance plans in the
10  industry function in the same way.  That's common
11  knowledge, right?
12       A.  Yes.
13       Q.  And similarly, Health Net understands that
14  other entities in the marketplace that are receiving
15  rebates from drug manufacturers will similarly
16  consider those rebates as one factor when deciding
17  what drug to use, right?
18       A.  Yes.
19       Q.  Similarly, that's something that's well
20  known in the industry and indeed has been well known
21  since -- well, for at least the past 20 years,
22  right?

56

1        A.  Yes.
2        Q.  Now, we also discussed the fact that
3   Health Net is aware that the acquisition costs that
4   any particular entity pays for drugs will vary
5   depending on the rebate or the discount that it
6   receives, right?
7        A.  Yes.
8        Q.  Therefore, as we discussed earlier, Health
9   Net's aware that the actual acquisition price that
10  any entity pays to acquire drugs bears no
11  predictable relationship to the AWP for that drug,
12  correct?
13       A.  Yes.
14       Q.  And similarly, that's something that's
15  commonly known in the industry, right?
16       MR. WILLIAMS:  Objection; calls for
17  speculation.
18       MR. SELFRIDGE:  Lack of foundation also.
19  Join.
20       THE WITNESS:  Yes.
21  BY MR. MANGI:
22       Q.  And similarly, that's something that's

57

1   been well known for a long time, at least going back
2   20 years, right?
3        MR. WILLIAMS:  Same objection.
4        MR. SELFRIDGE:  Join.
5   BY MR. MANGI:
6        Q.  You can answer.
7        A.  Can't be certain on the 20 years, but
8   sometime, yes.
9        Q.  It's certainly been well known since the
10  advent of managed care in the late '80s and early
11  '90s, right?
12       MR. WILLIAMS:  Same objection.
13       THE WITNESS:  That, I don't know.  I could
14  say that since my career started in 1994 that that
15  would be the case.
16  BY MR. MANGI:
17       Q.  And indeed, at the time that your career
18  started in 1994, it was already well known, right?
19       MR. WILLIAMS:  Same objection.
20       MR. SELFRIDGE:  Join.
21       THE WITNESS:  That, I don't know.
22  BY MR. MANGI:

58

1      Q.  But you're aware of it, since at least
2  1994, being the fact that it's commonly known in the
3  industry?
4      A.  Yes.
5      MR. WILLIAMS:  Same objection.
6      THE WITNESS:  Yes.
7      MR. MANGI:  Now, let's pause for just a
8  couple of minutes.  Let me look through my notes,
9  and we should be about done with this witness.
10      (Pause in proceedings.)
11      MR. MANGI:  I have nothing further for
12  this witness at this time.
13      Brian, do you have any questions?
14      MR. FEDOTIN:  No.  I think you covered
15  everything very well.
16      MR. MANGI:  Kent?
17      MR. WILLIAMS:  I have no questions.
18      MR. MANGI:  Mr. Wert, thank you for your
19  time.
20      THE WITNESS:  You're welcome.
21      MR. MANGI:  We can move on to the next
22  witness.

59

1      MR. SELFRIDGE:  Okay.  Adeel, what are we
2  doing in this case in terms of stipulations?  You
3  know, I know you guys in the East Coast don't
4  usually do that.  Here in California we usually do.
5  Do you want to do a stipulation as to the handling
6  of the transcript, or just what?
7      (Counsel went off the record.)
8      MR. SELFRIDGE:  The discussion off the
9  record has concerned the standard protocols, in this
10  litigation, for handling the transcript.  About the
11  only thing that we will add to that is that Mr. Wert
12  will have 30 days to read the transcript and make
13  any changes he wishes to make.
14      I suppose it would be best if we stipulate
15  that he send his changes to me and then I will
16  notify the counsel present today of those changes.
17  Is that acceptable?
18      MR. MANGI:  Yeah, that's fine so long as,
19  you know, we receive any changes within 30 days.
20      MR. SELFRIDGE:  Or shortly thereafter.
21  He's got 30 days to look at it, and I'd turn it
22  right around if he made any changes.

60

1      MR. MANGI:  Yeah.  We're on an expedited
2  schedule, so we would request that changes within 30
3  days be possible.  And, of course, also -- well, the
4  nature of any changes is something that we can deal
5  with if it becomes an issue.
6      MR. SELFRIDGE:  Yeah, that's fine.  So
7  I'll take it upon myself the responsibility of
8  notifying the three other counsel besides myself
9  present today --
10      MR. MANGI:  Okay.
11      MR. SELFRIDGE:  -- of those changes.
12      Let me give my e-mail address to Mr.
13  Williams and Mr. Fedotin and ask you to shoot me
14  back a return e-mail so that I'll have your contact
15  information.  My e-mail address is
16  lances@lbbslaw.com.
17      And I'll ask the reporter while we're
18  still on the record to make sure I get a copy of the
19  transcript with a word index.
20      (Counsel went off the record.)
21      MR. SELFRIDGE:  And while we're still on
22  the record, I'll ask the reporter to make sure that

61

1  I get a copy of the transcript with a word index,
2  please.
3      (Counsel went off the record.)
4      MR. MANGI:  Are we ready for the next
5  witness?
6      MR. SELFRIDGE:  Yeah.  Let's close out
7  this record and start a new one, then, for Karen
8  Ferro.
9      (Deposition concluded at 11:26 a.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22

Scott Wert                    HIGHLY CONFIDENTIAL             February 1, 2006
                              Rancho Cordova, CA

62

 1   STATE OF CALIFORNIA    )
 2                          ) ss.
 3   COUNTY OF SAN FRANCISCO )
 4
 5        I, the undersigned, declare under penalty of
 6   perjury that I have read the foregoing transcript,
 7   and I have made any corrections, additions, or
 8   deletions that I was desirous of making; that the
 9   foregoing is a true and correct transcript of my
10   testimony contained therein.
11        EXECUTED this _____ day of _____,
12   2006, at _____, _____.
13           (City)        (State)
14
15        _____
16           SCOTT WERT
17
18   Subscribed and sworn to and before me
19   this _____ day of _____, 20____.
20
21   _____
22      Notary Public

63

 1        REPORTER'S CERTIFICATE
 2        I, RICHARD M. RAKER, CSR #3445, Certified
 3   Shorthand Reporter, certify:
 4        That the foregoing proceedings were taken
 5   before me at the time and place therein set forth, at
 6   which time the witness was put under oath by me;
 7        That the testimony of the witness and all
 8   objections made at the time of the examination were
 9   recorded stenographically by me and were thereafter
10   transcribed;
11        That the foregoing is a true and correct
12   transcript of my shorthand notes so taken.
13        I further certify that I am not a relative
14   or employee of any attorney or of any of the parties,
15   nor financially interested in the action.
16        I declare under penalty of perjury under the
17   laws of the State of California that the foregoing is
18   true and correct.
19        Dated this 13th day of February, 2006.
20
21        _____
22           RICHARD M. RAKER, C.S.R. No. 3445

Henderson Legal Services
(202) 220-4158

Scott Wert

**HIGHLY CONFIDENTIAL**
Rancho Cordova, CA

February 1, 2006

1

| A | | | | |
|---|---|---|---|---|
| | | | | 54:4 56:16 |

**A**
ability 17:3,6 18:12
 18:14,16 22:1
 36:8
able 18:22 19:6
 27:10
absolutely 37:7
acceptable 59:17
account 17:12
acquire 10:17 35:8
 56:10
acquiring 13:7
acquisition 9:2
 29:15 30:9,20
 31:3,15,17,20
 35:19 36:3,14,20
 56:3,9
action 63:15
ACTIONS 1:9
actual 36:3,13,20
 56:9
add 59:11
additions 62:7
address 60:12,15
Adeel 2:12 6:1 39:8
 59:1
administer 37:22
 49:7 52:1,6
administered 14:3
 14:10 24:6 38:6
 39:6 41:11 42:18
 43:20 50:9 51:13
administering 50:1
advent 57:10
advising 5:8
affect 25:2 26:11
 28:1 40:10,12
ago 15:6
alternatives 19:2
 20:2 21:4 27:16
 29:10
ambiguous 37:13

Americas 2:13
amount 10:17 18:5
 25:14 27:1,13
 28:10 31:2,22
 32:3 34:4 35:9,20
 40:20,22 48:9
 55:3
amounts 36:22
 41:10
Angeles 3:7
answer 6:12,17
 7:10 23:7,8,9
 25:11 26:4,4 28:7
 28:16 31:10
 33:10,21 34:20
 37:16 41:4,22
 44:19,20 53:20
 54:9,11 57:6
answered 26:7
anyway 39:12
APPEARANCES
 2:1 3:1
applied 26:18 32:9
 39:22 40:2
applies 38:4
apply 28:22 40:3,7
applying 39:4
appropriate 38:21
approximately
 11:12,15 12:9
argumentative
 37:15
Arizona 7:19,21
 8:13 9:9 10:12
arrangement 10:20
 32:5
arrangements 18:1
 22:11 25:4
array 25:5
ascertain 45:13
assigned 48:22
assume 27:18 28:9

assumption 37:11
attempt 45:15,17
 45:18,21 46:2,5,9
 46:10,11 47:7
 48:2,4,4
attempts 46:6
attention 41:9
attorney 63:14
attributable 40:15
August 8:6
availability 21:13
 26:12 27:15
available 55:4
AVENTIS 2:17
Avenue 2:13
average 1:5 32:20
 33:2,17,19
aware 16:7,11
 23:13,18 24:22
 30:14 34:3,7,22
 35:3,3 38:11,16
 39:4,6,19 40:5
 42:3,12,18,22
 45:12,15 46:6,8,9
 46:11,13 47:9,10
 47:12 48:5 50:15
 50:22 51:18
 52:13,17 53:14
 55:9 56:3,9 58:1
AWP 30:2 32:18
 32:19 33:2,3 34:8
 34:10,15 35:1,13
 35:19 36:4,14,21
 53:15 54:2 56:11
AWP-based 30:4
a.m 1:20 61:9

**B**
BA 7:17
bachelor's 8:2
back 14:16 19:13
 57:1 60:14
BACON 2:18

based 18:11 27:15
basis 27:8 30:3
 46:7
bears 56:10
behalf 1:18 5:9
 10:14 15:12 16:5
 16:21 18:9 49:19
BELKNAP 2:11
benchmark 29:21
 35:13
benchmarks 29:22
benefit 13:1,2
 51:10
benefits 10:5
best 6:10 59:14
bill 52:2,11
billing 52:9
BISGAARD 3:4
bit 7:10
board 32:9
Boulevard 2:20
brand 21:12
branded 19:22,22
 21:2 43:6,11,14
brand-name 38:4
Break 53:2
Brian 2:19 58:13
BRISBOIS 3:4
broad 46:6
business 42:16
buy 10:19 30:12

**C**
California 1:2,19
 3:7 5:22 59:4
 62:1 63:17
called 15:22 16:1
calling 20:13 23:4
 28:3
calls 25:8 31:7
 32:12 33:20
 34:17 37:14 41:1
 44:15 45:2 49:9

capacities 24:15
capacity 24:13
caption 5:18
care 9:8 57:10
career 9:15 14:6
 57:14,17
careful 41:9
case 52:8,10 57:15
 59:2
cases 33:11,13 44:4
 44:7 52:4
category 18:13
 24:1
CENTRAL 1:2
certain 25:18 57:7
certainly 24:1
 33:17 34:13
 36:11 37:4 53:13
 55:8 57:9
CERTIFICATE
 63:1
Certified 1:21 63:2
certify 63:3,13
change 13:3
changes 29:7 59:13
 59:15,16,19,22
 60:2,4,11
channel 51:19
channels 51:8
charge 12:10,13
choices 20:7 55:6
choose 20:7
chronology 14:17
circumstances 44:9
 47:6 51:7
City 2:21 62:13
claim 43:17
claims 42:4,9,13,19
 43:1
clear 11:11
client 5:9 14:9

Scott Wert                    HIGHLY CONFIDENTIAL                February 1, 2006
                              Rancho Cordova, CA

2

clients 41:8,17
clinic 10:9,11
clinical 9:10,17,19
    10:21 54:16
clinics 10:10
close 61:6
Coast 59:3
code 43:15 44:5,7
    46:2
codes 45:16 46:4
    47:8
College 7:18
Colorado 13:11
come 7:13 14:16
committee 10:2
    54:15,18
common 20:18
    45:1,7 55:10
commonly 17:21
    18:2 56:15 58:2
communication
    50:5,15
communications
    50:16,19
companies 15:1
    17:20
company 7:11 9:12
    16:1,3,3 30:6,13
competition 19:3
    19:16 21:1,3 29:9
competitors 19:9
    20:1 43:15
complete 8:1 14:17
completed 7:21
    8:17,20
completing 9:5
concerned 59:9
concluded 61:9
confidential 1:12
    5:11,14,17
consider 21:13
    55:16

considerations
    55:3
considered 17:15
    17:16
considers 55:5
constitutes 5:15
contact 60:14
contained 62:10
CONTINUED 3:1
contract 14:13 16:5
    16:8 21:16 30:6
    40:8
contracting 15:2
    16:11,14 21:11
contracts 14:14
    15:6,8,12,19
    16:12 17:19
    25:17 26:15
    28:21,22 29:4,14
    29:18 30:3 33:12
    33:14 38:17,18
    39:14
control 17:4,6
coordination 50:4
    50:19
copy 60:18 61:1
Cordova 1:19
Corporation 9:8
correct 8:14,15,18
    8:22 11:13 12:1
    12:14 13:15
    15:16,17 16:10
    16:16,17 17:21
    18:3,4,19 19:4,10
    19:19,20 20:4,5,8
    20:9,20 21:10
    22:2,3,14,18 24:3
    24:8,16,17,20,21
    25:7 27:6,7,11,12
    27:16,17,20,21
    28:2,8 29:16
    30:16,17,21,22

31:6,18,19 32:6,7
    32:11 33:19 34:5
    34:8,9 35:1 36:14
    36:17 37:8,9 38:5
    38:9 40:22 41:11
    41:15,18 43:6,7,9
    43:10,21 47:5
    48:1 49:20 50:16
    50:17,21 52:2
    54:16 56:12 62:9
    63:11,18
corrections 62:7
correspond 45:14
cost 10:2 12:21
    13:15,18,19 14:9
    14:15 27:8 29:16
    30:9,11 31:3
    35:19 36:20
    38:19 39:16 40:6
    40:11
costs 27:4 30:20
    31:15,18,21 36:3
    38:13 40:15 56:3
counsel 2:1 3:1 5:8
    24:20 42:7 59:7
    59:16 60:8,20
    61:3
COUNTY 62:3
couple 35:5 58:8
course 9:1 30:14
    60:3
court 1:1 5:16
covered 58:14
cross-walk 47:7
    48:6
CSR 1:21 63:2
current 24:13
currently 6:20 12:7
cut 41:22
C.S.R 63:22

────────────
        D
────────────
D 4:1

DataBank 33:1
database 32:22
Dated 63:19
day 62:11,19 63:19
days 59:12,19,21
    60:3
deal 45:11 60:4
dealing 19:1,7,16
    19:17,22 21:5
    24:16
dealings 24:12
deals 48:21
decade 46:16
December 8:5
deciding 55:16
decisions 17:13
declare 62:5 63:16
definitively 50:18
degree 7:17,17 8:2
    8:17 13:5
deletions 62:8
department 48:8
    48:14 49:3
depend 31:4,21
dependent 52:14
depending 27:9
    32:4 34:4 35:9,20
    36:7,22 53:9 56:5
DEPONENT 3:3
deposition 1:14,17
    5:8,11,13,18 6:3
    6:16 61:9
describe 7:15 38:15
described 20:16
    39:3
design 10:4
designation 5:17
desirous 62:8
determination 30:5
determine 17:16
    18:5
determined 25:16

26:22 30:10
    49:18 50:1
determines 25:20
    32:21
determining 48:9
    48:16 49:5
develop 17:2
different 13:7 21:9
    25:5 28:19 31:12
    34:7 35:6 38:10
    52:14,19
differential 36:2,8
differentiate 48:3
difficult 7:10
director 11:3,12
    12:8,19,20 14:19
disclosure 5:14
discount 31:22
    32:10 35:10 56:5
discounts 30:16,19
    31:14 34:5 35:21
    36:9,22 53:10
discussed 22:10
    31:12 35:5,6,7,13
    53:6,7,13 56:2,8
discussion 59:8
dispense 48:11
dispensed 40:17
    42:10 43:20
    48:18 52:15
dispensing 51:2
distinction 54:21
DISTRICT 1:1,2
division 48:14,20
    49:1,3
doctor 52:1,6
doctors 37:22 49:6
    51:20
DOCUMENT 1:8
doing 6:3 59:2
Drive 1:19
drug 15:20 16:18

Henderson Legal Services
(202) 220-4158

Scott Wert                    HIGHLY CONFIDENTIAL                    February 1, 2006
                              Rancho Cordova, CA

17:16,19 18:14
19:1,3,16,17,22
21:1,2,9 23:14
24:2,7 25:16,19
26:16,22 27:9,9
27:11,14 28:2,11
28:12,12 29:8
30:18 31:6 32:3,4
32:21 34:11
35:10,19 36:4,6,7
36:9,21,21 40:8
40:11,12,13 43:6
43:8,11,14,18,20
51:16 52:9,11,14
55:15,17 56:11
**drugs** 8:9 9:3 10:14
10:17,19 14:3,9
14:13,15 20:8
21:5,17,17 24:6
25:16 26:18 27:4
31:3,15,18 34:3
34:15 35:8,15,19
37:20,22 38:4,5
38:13,19,22 39:5
39:6,7,16,21,21
40:1,7,15,16,17
40:21 41:11
42:10,17,20 43:1
48:10,17 49:6
50:1,9 51:1,8
53:15 54:1 56:4
56:10
**drug's** 42:14
**due** 5:12
**duly** 5:4
**dynamic** 27:19
**dynamics** 22:11

### E

**E** 4:1
**earlier** 21:20 56:8
**early** 11:7 18:3
22:13 25:7 57:10

**earn** 17:5
**East** 59:3
**economic** 55:2
**economics** 20:10
**education** 7:15
**effort** 46:17 47:16
47:19,22,22
**efforts** 38:11,16,20
39:3,14,20,22
40:2,3,5,10 45:13
48:6
**either** 34:10 35:14
51:1,13
**elegant** 39:12
**elements** 17:14
**employed** 6:20 7:7
8:4
**employee** 63:14
**employer** 6:22
**employment** 14:18
**ended** 7:11
**enrolled** 8:13
**entails** 15:2
**enter** 15:12 26:16
**entering** 15:19
**enters** 15:8 28:21
**entire** 5:10 9:15
**entities** 22:1,17,21
23:2,11,13,16
25:1,5 28:1,10
30:19 31:4,12
32:10 34:14 35:7
36:7 53:8 54:20
55:14
**entity** 15:8 31:5
32:4,4,6 35:1,10
35:21 36:6,6 37:1
56:4,10
**entity's** 35:18
**equally** 38:4
**equivalence** 26:12
**especially** 6:16

**ESQ** 2:5,12,19 3:5
**essentially** 9:15
11:9 18:18
**evaluate** 29:5
**exact** 18:22 19:7
29:11 36:8
**exactly** 11:8 15:21
32:21
**examination** 4:3
5:20 63:8
**examined** 5:4
**example** 29:8 30:15
51:15
**examples** 39:15
**EXECUTED** 62:11
**EXHIBITS** 4:6
**existence** 17:18
18:1 22:10 25:4
**expanded** 13:5,8
**expanding** 13:7
**expectation** 36:12
36:12
**expected** 5:13
**expects** 37:5
**expedited** 60:1
**expenditure** 40:13
**expire** 29:4
**extent** 27:8,10
31:20
**e-mail** 60:12,14,15

### F

**fact** 5:13 20:17
24:22 35:7 36:13
50:22 53:7,13
54:1,14 56:2 58:2
**factor** 29:10 55:16
**factors** 18:5,10
26:10,13 27:15
27:22 55:4
**fair** 16:13 19:18
27:18 28:9 32:8
32:16 33:17

34:13 35:17
40:19 47:21
53:22 55:8
**familiar** 51:5,7,16
52:21
**far** 53:14
**February** 1:15,20
63:19
**federal** 18:11
**Fedotin** 2:19 58:14
60:13
**Ferro** 3:10 47:4
52:20 61:8
**Figueroa** 3:6
**file** 5:12
**financial** 41:9,18
**financially** 63:15
**fine** 59:18 60:6
**first** 5:4 14:17 33:1
52:8 53:7
**fixed** 36:11,13 37:6
**follows** 5:5
**foregoing** 62:6,9
63:4,11,17
**formerly** 16:3
**formulary** 17:8,9
17:13,17 20:8
21:17 22:6 23:3
26:20 55:6
**forth** 63:5
**foundation** 9:13,14
11:4 13:6,9 16:4
33:8 34:18 35:2
36:16 37:8,11
41:2 45:3 49:8
54:5 56:18
**four** 7:6
**FRANCISCO** 62:3
**Franklin** 7:18
**fulfilling** 41:16
**full-time** 8:16
**function** 55:10

**further** 58:11
63:13

### G

**gears** 49:2
**general** 42:12
**generally** 20:21
28:22 29:2 34:10
34:21 41:13 42:2
42:21
**generic** 19:8 21:5
21:16,17 37:19
38:5 43:15
**generics** 21:13
**getting** 35:21
**GIEBEL** 2:4
**GILBERT** 2:4
**give** 60:12
**given** 25:16 35:15
**giving** 26:2 29:11
**go** 26:7 51:22
**Godward** 2:6
**going** 33:7 44:18
50:11 51:8 53:4
57:1
**good** 5:22 6:15
17:2
**govern** 32:10
**Grand** 2:20
**Greater** 29:20
**grounds** 22:20
**group** 10:9,11
25:16
**guess** 23:9
**guys** 59:3

### H

**hand** 36:4
**handling** 59:5,10
**HARDY** 2:18
**health** 5:9,9,15 7:1
7:7,11,12 8:8
9:13,14,14,15

Scott Wert                    **HIGHLY CONFIDENTIAL**                    February 1, 2006
                                Rancho Cordova, CA

4

| | | | | |
|---|---|---|---|---|
| 10:3 12:22 13:6,7 | **hospitals** 14:4 | **interpose** 33:8 | 59:19 | **located** 9:9 |
| 13:10,20 14:6,22 | **houses** 32:22 | **Interruption** 24:18 | **knowledge** 10:16 | **long** 7:4,7 9:11,18 |
| 15:1,7,11,12,14 | | 42:6 | 23:1 38:2,3 39:13 | 11:6,15 22:12 |
| 15:16,18,22 16:4 | **I** | **involve** 5:13 8:7 | 52:21 55:11 | 25:6 57:1 59:18 |
| 16:5,9,19 17:3,11 | **imagine** 43:3 | **involved** 10:13 | **known** 16:3,5 | **longer** 13:10 |
| 17:19 18:6,12,14 | **immediately** 8:19 | 46:17 50:14 | 17:21 18:2 22:12 | **Long-term-care** |
| 18:21 19:6,18 | **important** 6:17 | **involvement** 14:12 | 22:15 25:6 54:2 | 23:15 |
| 20:2,7,20 21:7,15 | **inaccurate** 37:10 | **in-office** 41:11 | 55:20,20 56:15 | **look** 10:2 58:8 |
| 21:22 22:4 23:2 | **include** 18:10 | 42:18 50:9 | 57:1,9,18 58:2 | 59:21 |
| 25:15 26:15,20 | **including** 14:3 | **IPS** 16:4,11 | **KOHL** 2:4 | **Los** 3:7 |
| 27:2,4,10,13,19 | **index** 60:19 61:1 | **irregularly** 45:1 | **Kwok** 46:20,21 | **low** 19:18 |
| 28:20 29:4,11 | **indicated** 33:12 | **issue** 31:6 48:21 | 47:7,18 | **lower** 31:15,17 |
| 36:11,19 37:5,21 | **individual** 35:18 | 60:5 | **K-w-o-k** 47:1 | **lowered** 30:15 |
| 38:11 39:15 | 48:4 49:11,14 | **issues** 39:7 | | 31:21 |
| 40:14,20 41:7,9 | 50:2,9 | | **L** | |
| 41:15,18 42:4,10 | **individuals** 48:22 | **J** | **lack** 33:8 34:18 | **M** |
| 43:17,18 44:2 | 50:5,7 | **J** 47:7 | 35:2 36:15 38:3 | **M** 1:21 2:5 63:2,22 |
| 45:10,13 48:8,9 | **industry** 1:5 17:21 | **Johnson** 1:18,18 | 41:2 45:3 49:8 | **mail-order** 23:18 |
| 48:11,14,15,16,18 | 18:2,9 20:20 | 2:10,10 6:2,2 | 54:5 56:18 | 33:14 38:18 |
| 49:3,4,5,7,10,12 | 22:12 25:6 26:1 | **join** 25:10 28:5,14 | **lacks** 37:11 | 51:11 |
| 49:14,16,16,18,20 | 54:3 55:10,20 | 54:6 56:19 57:4 | **LANCE** 3:5 | **mail-order-phar...** |
| 50:2,6 52:2,9,13 | 56:15 58:3 | 57:20 | **lances@lbbslaw....** | 39:21 |
| 54:19 55:5,8,9,13 | **information** 5:14 | **joined** 9:7 | 60:16 | **majority** 25:17 |
| 56:3,8 | 44:3 45:7 47:21 | **J-code** 43:4,5,9,12 | **late** 57:10 | **making** 17:12 55:6 |
| **healthcare** 8:8 9:8 | 55:1 60:15 | 43:18 44:5,8,10 | **laws** 63:17 | 62:8 |
| **hear** 6:18 | **infrequent** 45:7 | 45:11 46:2 | **left** 8:11 | **manage** 14:21 |
| **heard** 6:1 | **injectable** 51:12 | **J-codes** 45:14,16 | **let's** 7:13 14:16,17 | 38:12 39:16 |
| **held** 7:4 12:7 47:3 | **instance** 45:22,22 | 46:3 48:5,6 | 15:5 37:19 46:5 | **managed** 9:8 57:10 |
| **help** 14:14 38:20 | **instances** 44:2 | | 51:15 58:7 61:6 | **management** 13:2 |
| **high** 7:16 | 45:10 51:22 | **K** | **level** 11:10 49:12 | 13:12 38:20 |
| **higher** 18:22 29:12 | **insurance** 8:8 | **Kansas** 2:21 | 49:15 50:10 | 39:14 40:10 |
| **highest** 19:7 | 17:20 23:3 55:9 | **Karen** 3:10 61:7 | **leverage** 18:19,21 | **managing** 40:6 |
| **highly** 1:12 5:11,17 | **insurer** 52:2,9,11 | **Kent** 2:5 58:16 | 19:18 20:3,17 | **Mangi** 2:12 4:4 |
| **hired** 9:7,9 | **Integrated** 16:1,8 | **kind** 19:17 | 21:8 26:11 29:11 | 5:21 6:1 20:14 |
| **history** 14:18 | **interchangeable** | **know** 6:5,9 11:15 | 36:7 | 22:22 23:6,12,22 |
| **HMO** 10:6 | 20:1 | 12:6 15:21 16:15 | **LEWIS** 3:4 | 24:11,19 25:13 |
| **HMOs** 24:2 | **interested** 63:15 | 23:9 24:10 33:22 | **light** 44:19 | 26:9 28:6,15 31:9 |
| **HNPS** 17:2 48:19 | **Intergroup** 9:7,11 | 37:5,21 40:18 | **limitations** 18:11 | 32:15 33:16 34:1 |
| 48:20 | 9:18 10:6,9,14,17 | 44:11,12,14,20,22 | **limited** 48:6 | 34:19 35:4 36:18 |
| **hold** 9:18 11:6 | 13:9 | 45:4,19 46:18 | **lists** 43:18 | 37:18 39:11 41:6 |
| 12:15 | **interim** 29:7 | 47:13,15,18,20 | **litigation** 1:6 5:12 | 41:14,21 42:8 |
| **Hospital** 7:21 8:20 | **internal** 15:15 | 49:3 54:10,12,13 | 6:2 59:10 | 44:16,21 45:5 |
| | **International** 1:18 | 57:13,21 59:3,3 | **little** 7:6,9 | 49:13 53:1,3,19 |

Scott Wert                    HIGHLY CONFIDENTIAL                    February 1, 2006
Rancho Cordova, CA

5

54:8 56:21 57:5
57:16,22 58:7,11
58:16,18,21
59:18 60:1,10
61:4
manner 42:3
manufacturer 18:6
19:1,3,8 26:19
30:11 31:2 32:5
37:2
manufacturers
15:9,20,20 16:14
16:18,22 17:19
20:4,19 21:9,12
21:16,21 22:16
23:1,14,19 24:3,8
25:1 26:17 27:3
28:2,11,21 30:18
31:14 36:9 55:15
map 46:3
market 17:4,7
18:15 19:2,9 22:2
22:18 25:1,2
26:19 27:16 28:1
28:11 31:4 32:11
33:4 34:14 35:8
marketplace 21:14
22:17,21 29:8
30:20 31:13 53:8
53:14 55:14
marking 5:10
Marshall 7:18
match 45:15 46:3
matching 46:1
matter 20:10
mean 11:19 22:21
51:9
medical 10:10
medications 51:11
51:12
Medi-Span 33:1
meeting 55:1

member 54:22
members 42:11
48:11,18 49:7
mention 6:15
mentioned 21:20
33:2 55:2
merged 9:13
merging 7:11
Mexico 13:11
military 8:5,7,12
mind 39:8 42:1
Minneapolis 2:7
Minnesota 2:7
minute 14:17 19:13
minutes 58:8
mischaracterizing
53:18
misnomer 33:18
Missouri 2:21
model 10:6,14 24:2
moment 15:6 37:19
49:2 53:1
money 40:22
months 9:12,20
10:22
morning 5:1,22
move 18:15 22:2,17
58:21
multispecialty 10:9

_____ N _____
N 3:6 4:1
name 6:1 16:2
21:12 46:22
national 32:22
nature 60:4
NDC 42:14 43:19
44:5,7,10 45:16
46:2,4 47:8
NDCs 43:1 45:13
48:6
necessarily 40:10
43:22 44:1

need 12:1
negotiate 27:11,14
negotiated 33:14
negotiating 18:12
18:16
negotiation 27:19
negotiations 20:3
net 5:9,9 7:1,8,11
7:12 9:14,16
13:19 14:7,14
15:1,7,11,12,14
15:16,18,22 16:9
16:19 17:11 18:6
18:21 19:6 20:2,7
21:7,15,22 25:15
26:15,20 27:2,4
27:10,13,19
28:20 29:4,11
36:11,19 37:5,21
38:11 39:15
40:20 41:7,15
42:4 43:17,18
44:2 45:10,13
48:8,10,14,15,16
49:3,4,5,10,16,18
50:7 52:13 54:19
55:5,13 56:3
network 50:2
Net's 5:15 19:18
40:14 42:11
48:11,18 49:7
55:9 56:9
new 2:14,14 13:11
41:15 61:7
Notary 62:22
notes 58:8 63:12
notify 59:16
notifying 60:8
November 7:5
now's 6:15
number 18:12,17
19:9 34:8

numbers 36:3
N.E 2:6

_____ O _____
oath 63:6
object 20:12 22:19
23:4 28:3 37:13
53:16,17
objection 23:20
24:9 25:8 28:13
31:7 32:12 33:9
36:15 41:3,20
42:1 44:17,19
54:7 56:16 57:3
57:12,19 58:5
objections 41:12
63:8
obtain 30:12 51:10
obtained 51:13
occurred 29:7
occurs 44:22
offering 30:6
office 52:16,18
officer 8:5
offices 14:4,10 24:6
38:1 49:7 50:1
51:3,20
Oh 11:20
okay 6:6,7,11,14
7:14 12:1,4 14:16
19:14,16 26:6
35:5 40:5 44:6
54:13 59:1 60:10
omitted 39:9
once 45:8
one-to-one 44:4
45:12
onwards 16:10
opposed 19:2,21
40:16
order 1:13 5:12
organization 9:8
outset 5:7

outside 49:10
overall 12:21 13:1
13:15,18 17:15
27:4 40:13 46:2,5
48:2,4
overbroad 41:20
53:16
owned 10:10 13:10
13:10
o0o 1:3

_____ P _____
page 4:3 5:18
paid 13:19 14:2
31:5
part 10:19 17:1
41:7,16
participant 55:1
participate 10:1,4
particular 18:18
27:14 32:5 40:12
42:14 43:6,12,19
43:20 44:8 45:14
45:21 48:20 49:1
56:4
parties 26:11 50:12
63:14
path 18:18
patient 51:10,12,22
52:4
patients 38:1 51:1
51:19
PATTERSON
2:11
pause 58:7,10
pay 16:18 18:6
21:21 22:16 23:1
25:1 30:16 48:10
paying 10:17
pays 41:9 56:4,10
PBM 15:16
PBMs 17:20 20:19
23:2

Scott Wert

HIGHLY CONFIDENTIAL
Rancho Cordova, CA

February 1, 2006

6

**pegged** 29:19
**penalty** 62:5 63:16
**percent** 29:20,22
    30:1 34:11 35:14
    37:6,7,7
**percentage** 25:18
    25:20 26:2,17
    35:8 36:2 53:9
**percentages** 26:22
**period** 16:10 28:22
**perjury** 62:6 63:16
**person** 46:18
**personally** 16:7
    34:22 50:14
**perspective** 13:12
    13:21,22
**pertained** 13:14
**Peter** 46:20,21
**pharma** 26:1 30:5
**pharmaceutical**
    1:4 7:1,8,12 14:7
    15:1,7,11,15,18
    15:22 16:2,9,19
    16:22 17:11 18:7
    18:9 21:15,22
    22:5 25:15 26:16
    27:3 28:20 30:10
    30:13 38:12
    48:15 49:4,11,19
    50:7 54:19 55:5
**pharmaceuticals**
    2:17 10:3 12:22
    13:20 27:5
**pharmacies** 14:2,5
    23:15,18 42:4
    48:10,17 49:18
    50:6 51:2
**pharmacist** 9:10,17
    9:19 10:21 54:16
**pharmacy** 7:20
    10:1,4 11:3,12,21
    12:10,19,19,20

13:2,12 17:15
    33:14 40:16
    42:15 47:2 51:9
    51:11 52:5,10,15
**pharmacy-dispe...**
    39:5,7
**Pharm.D** 7:19 8:14
**phone** 6:3,16
**physician** 38:7
    39:5 43:21 51:13
    51:14 52:8
**physicians** 14:4,10
    24:5,6,12 41:10
    42:18,19,22 44:9
    49:6 50:8 51:3
**physician's** 52:16
    52:18
**physician-admin...**
    40:1,7,9,16,21
**place** 5:17 46:12
    47:11,12,13
    50:20 63:5
**placement** 21:18
    22:6 23:3
**PLAINTIFF** 2:3
**plan** 10:4 12:22
    13:9,20 14:22
    18:12,14 49:12
    49:14 50:2,10
**plans** 13:7 16:6
    17:3 20:20 23:3
    49:16,20 55:9
**played** 54:15
**please** 6:5,9 7:16
    38:15 48:13 61:2
**point** 14:6
**position** 7:4 9:18
    9:22 11:2,6,10,12
    11:16,18 12:7,7
    12:15 14:20 47:3
**positions** 13:14
**possibility** 21:4

**possible** 19:15 52:7
    60:3
**possibly** 39:4
**potentially** 29:5,13
**practice** 7:20 16:13
    44:13 45:1
**predecessor** 16:9
    54:20
**predecessors** 14:7
    16:20 18:7
**predictable** 56:11
**prefer** 17:5,7
**preferences** 17:8
    22:6
**preferred** 17:17
    18:13,15
**present** 3:10 5:8
    7:2 12:15 29:15
    59:16 60:9
**president** 7:3 11:9
    12:2,8,10,13 47:2
**prevalent** 44:13
**previous** 24:15
**previously** 26:7
    29:9
**price** 1:6 25:18
    30:15 32:20
    33:13,18 35:7
    40:12 52:17 56:9
**prices** 33:19
**primarily** 14:21
    15:2 43:4 51:12
**prior** 12:6 15:22
    16:15
**probably** 12:5
**problems** 6:5
**proceedings** 58:10
    63:4
**process** 17:16
**Procrit** 51:16,18
    52:1,4
**product** 19:8 30:10

30:12,12
**products** 17:4,7
    18:13,15,17
**program** 8:14
**promoted** 11:8
**prompt** 30:15
**proportion** 29:18
    40:14
**protective** 1:13
    5:12
**protocols** 59:9
**provide** 21:9 26:17
    30:18
**providers** 38:18
    49:22
**provides** 55:1
**provision** 8:8
**psychology** 7:18
**Public** 62:22
**published** 32:22
**purchase** 9:3 10:19
    34:3 53:8
**purchases** 10:13
    35:1
**purchasing** 13:21
    34:15,15 37:1
    53:15 54:1
**pursuant** 1:13 5:11
**put** 20:7,15 63:6
**puts** 26:19
**P&T** 54:15,18
**P-e-t-e-r** 47:1

**Q**

**QualMed** 13:11,11
**question** 6:13
    18:14 19:12
    20:14 21:10
    22:22 26:7 28:19
    31:11 32:6,6
    33:10 37:16 39:9
    39:12,19 48:13
    53:22

**questions** 6:4,8,17
    53:5 58:13,17
**quite** 19:11

**R**

**Raker** 1:21 5:16
    63:2,22
**Rancho** 1:19
**rate** 37:21 48:16
    49:5
**rates** 52:14
**reach** 51:1
**read** 59:12 62:6
**ready** 61:4
**really** 21:12 33:3
    33:19
**reason** 20:6 21:20
**reasons** 21:21
**rebate** 14:12,13,14
    15:2,5,20 16:5,7
    17:18 18:6 22:16
    25:1,14 26:21
    27:2,10,13 28:1
    28:10,21 29:14
    29:18 31:5,22
    32:5,10 33:12
    35:10 36:8 38:18
    40:8 56:5
**rebates** 15:9 16:14
    16:18 17:5,12
    18:22 19:7 21:16
    21:22 23:2,14,19
    24:2,7 29:12
    30:19 31:2,13,14
    34:4 35:20 36:22
    53:9 55:4,15,16
**recall** 10:18
**receive** 23:14,19
    24:2,7 28:2,11
    31:22 32:11
    51:20 59:19
**receives** 25:15
    43:17 56:6

Scott Wert

**HIGHLY CONFIDENTIAL**
Rancho Cordova, CA

February 1, 2006

7

receiving 55:14
recognizes 36:19
record 53:1 59:7,9
  60:18,20,22 61:3
  61:7
recorded 63:9
reduce 14:14 30:20
  31:3 38:19
reduced 27:9
reduces 27:4
refer 17:6 18:16
reference 42:14
referred 39:13
referring 13:17,19
  14:1 17:8 26:10
  43:1 45:20,21
  49:15
regard 38:16 39:20
regarding 13:1
regulation 18:11
reimburse 37:22
  48:17 49:6 52:18
reimbursement
  13:21 14:2,3
  38:13 39:16 40:6
  40:11,15 42:5,9
  42:19 50:6,8
reimbursements
  49:17,22
reimbursement-...
  10:20
reimburses 40:20
  52:13
reimbursing 14:9
  14:11 27:5 39:5
  41:10
RELATES 1:8
relation 9:2 14:8
  21:17 23:3 24:5
  26:18 27:5 31:5
  38:13 39:7 40:20
  41:10 42:10,20

45:10 48:5,10
relations 7:3 12:3,6
  12:13 14:19
relationship 17:2
  35:18 36:13,20
  37:6 44:5 45:12
  56:11
relationships 14:22
  20:19
relative 26:11
  63:13
remain 54:18
remember 10:8
  11:8 53:10
renegotiate 29:5
repeat 6:6 48:12,12
repeating 39:9 42:1
rephrase 6:10
  22:22 39:11
reporter 1:22 5:16
  6:18 42:7 46:22
  60:17,22 63:3
REPORTER'S
  63:1
represent 6:2
request 60:2
residency 7:20 8:20
  9:1,6
responsibilities
  9:21 12:18 13:3,8
  13:14 14:20 41:8
  41:17
responsibility 13:2
  13:15 14:8 60:7
responsible 12:21
  12:22 48:9,15
  49:4 50:5,8
restate 31:11
results 47:15
retail 14:2,5 24:16
  33:13 38:17
  48:17 49:17 51:2

51:11,19 52:5
retail-pharmacy-...
  39:20
return 60:14
RICHARD 1:21
  63:2,22
right 20:11 21:5
  22:8,13 25:2,3
  29:12 31:15 32:1
  34:11,12,16
  35:11,12,15,16,21
  35:22 36:4,5,9
  37:3,12 38:8
  39:17 42:14
  43:12,15 45:8
  47:4 50:2 52:6,11
  53:15 55:6,11,17
  55:22 56:6,15
  57:2,11,18 59:22
role 8:7 9:2 54:15
  54:22
roles 54:19
rule 32:9

S
SAN 62:3
saying 50:13
scenario 19:15
schedule 60:2
school 7:16
SCOTT 1:14,17
  4:2 5:3 62:16
se 21:14
second 24:1 52:10
secrets 5:15
seeks 39:15
SELFRIDGE 3:5
  5:7 20:12 22:19
  23:8 25:10 26:3
  28:5,13 33:7,20
  34:18 37:15 39:8
  41:1,4,12 44:15
  44:18 45:2 49:8

53:17 54:4 56:18
  57:4,20 59:1,8,20
  60:6,11,21 61:6
send 59:15
serves 15:15
services 7:1,8,12
  8:9 11:22 12:10
  14:7 15:7,11,15
  15:19 16:1,2,9,19
  17:12 18:7 21:15
  21:22 22:5 25:15
  26:16 27:3 28:20
  38:12 48:15 49:4
  49:11,19 50:7
  54:20 55:5
SESSION 5:1
set 63:5
setting 50:6,8
settled 36:1
share 17:4,7 18:15
  22:2,18 25:2
sharing 43:8,15
SHOOK 2:18
shoot 60:13
shorthand 1:21
  63:3,12
shortly 59:20
side 14:12 42:16
significant 29:10
  40:21
similar 27:22
similarly 6:8 19:6
  22:15,17 24:5
  28:9 30:18 32:16
  55:13,15,19
  56:14,22
simple 20:10
simply 20:6 37:10
  45:6
single 35:1
situation 19:21
  20:16,18,22 21:2

21:7
six 9:12,20 10:21
SMITH 3:4
sorry 11:20,20
  19:11 41:22
  44:16 46:15,16
  48:12 54:11
sort 23:13 25:22
speak 16:21 18:8
  26:1
speaker 39:10
specialty 10:11
  47:2
specific 26:17 43:5
  48:5
specifically 26:1
specifics 47:9
speculate 26:4,5
speculation 20:13
  23:5 25:9 28:4
  31:8 32:13 33:8
  34:17 37:14 41:1
  45:2 49:9 54:4
  56:17
spell 46:21
spent 9:15
spoke 48:3
ss 62:2
staff 10:6,14 24:2
standard 59:9
stands 33:2
start 8:19 46:5 61:7
started 7:10 11:11
  16:6,15 57:14,18
starting 9:17
state 10:12 62:1,13
  63:17
STATES 1:1
status 17:9
stenographically
  63:9
stipulate 59:14

Scott Wert

HIGHLY CONFIDENTIAL
Rancho Cordova, CA

February 1, 2006

8

stipulation 59:5
stipulations 59:2
strategies 13:1
Street 2:6 3:6
Strictly 30:5
stronger 20:3
strongest 21:8
student 8:16
submit 42:4,7,9,19
    42:22 44:9
submitted 42:13
Subscribed 62:18
subsequent 54:19
subsequently 9:13
substantively 6:9
successful 47:19
Suite 1:19 2:6 3:6
supplied 44:8
suppose 59:14
sure 6:19 22:20
    32:21 38:21
    46:19 50:11
    60:18,22
suspect 17:1
switching 49:2
sworn 5:4 62:18

**T**
take 6:18 17:12
    46:2,12 47:13
    51:15 52:5 60:7
taken 1:17 53:2
    63:4,12
takes 50:19
talk 15:5 37:19
talked 20:22 21:1
    54:14
talking 18:18 38:6
    45:17 46:1
Telephonic 1:14,17
tell 52:19
term 29:2 51:5
terms 59:2

testified 5:5
testimony 53:11,18
    62:10 63:7
thank 58:18
therapeutic 18:13
    18:17 19:2 20:2
    21:3 26:12 27:16
    29:9
therapeutically
    20:1
therapeutics 10:2
    17:15
thing 59:11
things 35:6
think 7:9 20:21
    39:9 58:14
third 21:4
Thomas-Davis
    10:10
thought 26:6
three 29:3 60:8
tied 29:15 30:1
tiers 22:6
time 5:22 6:15 9:9
    10:7,8 11:9 12:16
    13:6,10 16:4,10
    16:15 22:13 25:6
    28:22 45:8 57:1
    57:17 58:12,19
    63:5,6,8
title 7:2
today 6:3 59:16
    60:9
topic 38:4,10 52:20
topics 53:5
total 40:13
touched 15:6
touching 53:5
trade 5:15 7:3 12:3
    12:6,13 14:19
traditional 51:9
transcribed 63:10

transcript 5:10
    59:6,10,12 60:19
    61:1 62:6,9 63:12
translate 47:7
transmission 6:5
true 62:9 63:11,18
try 45:13,15
trying 7:9 10:8
Tucson 7:21 9:9
turn 59:21
turning 38:10
two 12:6 13:14
    36:2 50:12
TYLER 2:11

**U**
unable 45:6
unclear 6:4,9
undersigned 62:5
understand 19:11
understanding
    30:7 32:19
understands 55:13
undertakes 38:12
unique 27:19
unit 25:18 38:19
    40:12
UNITED 1:1
University 7:19
    8:13
upgraded 12:8
use 55:17
usually 59:4,4
Utah 13:9
utilization 10:3
    12:21 38:20,21
    39:14 40:9

**V**
VA 7:21 8:20
vague 20:13 22:20
varies 35:9
various 31:4

vary 27:9,14 28:11
    32:3 35:20 36:6
    36:21 56:4
vast 25:17
verbally 6:17
versus 20:18
vice 7:3 11:8 12:2,8
    12:10,12 47:2
vice-president
    11:10
vice-presidential
    11:18
visibility 43:19
voting 54:22
VP 11:21 12:19
    13:4

**W**
WAC 25:18 26:18
    29:15,19 30:7,21
    31:18,21 34:3,4,7
    34:11,16,16 35:6
    35:9,15 53:8,9
WAC-based 30:4
wait 11:20 12:1
want 11:7 26:3
    59:5
wasn't 39:11
way 7:13 8:9 9:19
    20:15 34:2 42:12
    55:10
ways 39:15
WEBB 2:11
Wednesday 1:15
    1:20
welcome 58:20
went 59:7 60:20
    61:3
Wert 1:14,17 4:2
    5:3,22 6:13,20
    53:4 58:18 59:11
    62:16
We'll 14:16

we're 6:16 18:18
    60:1,17,21
we've 20:16 21:1
    26:6 31:12 35:5,6
    35:6,13 53:5
whatsoever 37:11
wholesale 1:5
    29:15 30:9 32:20
    33:3,18,19
wholesaler 30:11
wholesalers 30:16
    34:3,14
widely 36:21
Williams 2:4,5
    23:4,20 24:9 25:8
    28:3,14 31:7
    32:12 34:17 35:2
    36:15 37:13 41:3
    41:20 53:16 54:6
    56:16 57:3,12,19
    58:5,17 60:13
wishes 59:13
withdraw 20:14
    27:1 28:18 31:1
    32:17 37:20 51:6
witness 4:2 23:10
    23:21 24:10
    25:12 26:6 32:14
    33:11,21 35:3
    36:17 37:17 41:5
    41:13 44:20 45:4
    49:10 56:20
    57:13,21 58:6,9
    58:12,20,22 61:5
    63:6,7
witness's 53:18
word 39:9 60:19
    61:1
words 27:22 36:19
    50:13 55:3
working 7:10 47:10
wrong 46:16

Scott Wert                HIGHLY CONFIDENTIAL                February 1, 2006
                            Rancho Cordova, CA

9

| **X** | **200** 1:19 | **95** 29:20 | | |
|---|---|---|---|---|
| **X** 4:1 | **2001** 7:5 11:19,20 11:21 12:2,12 14:18 | | | |
| **Y** | **2003** 46:16,17 | | | |
| **Yeah** 12:2 23:10 47:1 54:12 59:18 60:1,6 61:6 | **2006** 1:15,20 62:12 63:19 | | | |
| **years** 7:6 12:6 29:3 55:21 57:2,7 | **212** 2:15 | | | |
| **York** 2:14,14 | **213** 3:8 | | | |
| | **221** 3:6 | | | |
| **#** | **25** 34:11 35:14 | | | |
| **#3445** 63:2 | **2555** 2:20 | | | |
| **0** | **3** | | | |
| **01-2257-PBS** 1:5 | **30** 34:11 35:14 37:6 59:12,19,21 60:2 | | | |
| **1** | **336-2000** 2:15 | | | |
| **1** 1:15,20 | **3445** 1:21 63:22 | | | |
| **10** 10:11 | **4** | | | |
| **10:00** 1:20 | **40** 37:7 | | | |
| **10036** 2:14 | **474-6550** 2:22 | | | |
| **10834** 1:18 | **5** | | | |
| **11:26** 61:9 | **5** 4:4 29:21,22 | | | |
| **1133** 2:13 | **55413** 2:7 | | | |
| **12-site** 10:11 | **6** | | | |
| **1200** 3:6 | **6200** 2:6 | | | |
| **13th** 63:19 | **633-9000** 2:8 | | | |
| **1300** 2:6 | **64108** 2:21 | | | |
| **1982** 7:18 8:2,4,6 | **651** 2:8 | | | |
| **1987** 8:6,12 | **680-5003** 3:8 | | | |
| **1990s** 11:7 18:3 | **8** | | | |
| **1991** 11:17 | **80s** 57:10 | | | |
| **1993** 7:20 46:14,15 | **816** 2:22 | | | |
| **1994** 7:22 57:14,18 58:2 | **9** | | | |
| **1995** 11:13 16:6,10 | **90s** 22:13 25:7 57:11 | | | |
| **1999** 12:5,9 | **90012** 3:7 | | | |
| **2** | **93** 8:4,17 | | | |
| **20** 34:11 35:14 37:6 55:21 57:2,7 62:19 | **94** 8:21 | | | |