# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. No. 1456 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | CIVIL ACTION: 01-CV-12257-PBS<br>Judge Patti B. Saris |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL AND FOR ASSESSMENT OF DISCOVERY-RELATED COSTS AGAINST DEFENDANT ABBOTT LABORATORIES

Plaintiffs, by their attorneys, respectfully move this Court for leave to file a short reply brief in support of Plaintiffs' Motion to Compel and For Assessment of Discovery-Related Costs Against Defendant Abbott Laboratories ("Motion to Compel") [Docket No. 2632].

1. Local Rule 7.1(b)(2) requires that additional papers "whether in the form of a reply or otherwise, may be submitted only with leave of Court."

2. In its opposition to plaintiffs' Motion to Compel, Abbott raises legal and factual arguments that merit the filing of a reply brief.

3. Neither this Court nor any party will be prejudiced by the filing of this reply brief. Plaintiffs anticipate that their reply will be short and request only until August 7, 2006 to file it.

4. Counsel for plaintiffs conferred with counsel for Abbott before the filing of this motion. Abbott opposes the relief requested herein.

WHEREFORE plaintiffs respectfully request that this Court grant them leave to file a reply brief in support of their Motion to Compel, and all other relief that this Court deems just and proper.

2

Dated: July 17, 2006                    By:    s/Jennifer Fountain Connolly
                                                One of Plaintiffs' Counsel

                                        Kenneth A. Wexler
                                        Jennifer Fountain Connolly
                                        Wexler Toriseva Wallace LLP
                                        One N. LaSalle Street, Suite 2000
                                        Chicago, IL 60602
                                        Telephone: (312) 346-2222
                                        Facsimile: (312) 346-0022

2

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

Docket No. MDL 1456

I, Jennifer Fountain Connolly, hereby certify that I am one of plaintiffs' attorneys and that, on July 17, 2006, I caused copies of **Plaintiffs' Motion for Leave to File Reply Brief in Support of Plaintiffs' Motion to Compel and For Assessment of Discovery-Related Costs Against Defendant Abbott Laboratories** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

s/ Jennifer Fountain Connolly
Jennifer Fountain Connolly