UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION:<br>01-cv-12257-PBS<br><br>Judge Patti B. Saris |

## NOTICE OF FIRM NAME CHANGE

TO: *All Counsel of Record*

PLEASE TAKE NOTICE that the law firm of The Wexler Firm LLP has changed its name to:

WEXLER TORISEVA WALLACE LLP

The firm web mail address has changed to:

www.wtwlaw.us

The mailing address, telephone and facsimile numbers remain the same and are as follows:

WEXLER TORISEVA WALLACE LLP<br>
One N. LaSalle Street<br>
Suite 2000<br>
Chicago, IL 60602<br>
312-346-2222<br>
312-346-0022<br>
www.wtwlaw.us

Dated: July 18, 2006        By:    Jennifer Fountain Connolly
                                   Kenneth A. Wexler
                                   Jennifer Fountain Connolly
                                   Amber M. Nesbitt
                                   WEXLER TORISEVA WALLACE LLP
                                   One N. LaSalle Street, Suite 2000
                                   Chicago, IL 60602
                                   312.346.2222
                                   312.346.0022