UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

CERTIFICATE OF SERVICE

I, Jennifer Fountain Connolly, hereby certify that a copy of the foregoing Notice of Firm Name Change was electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

Dated: July 18, 2006

/s/ Jennifer Fountain Connolly
Kenneth A. Wexler
Jennifer Fountain Connolly
Amber M. Nesbitt
WEXLER TORISEVA WALLACE LLP
One N. LaSalle Street, Suite 2000
Chicago, IL 60602
312.346.2222
312.346.0022
jfc@wtwlaw.com