

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ELIOT SPITZER
Attorney General

CAITLIN J. HALLIGAN
Solicitor General

July 12, 2006

**By Facsimile and First-Class Mail**

Judge Patti B. Saris
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6130
Boston, MA 02210

        Re:   In re Pharmaceutical Industry Average
                Wholesale Price Litigation, MDL No. 1456
                Civil Action No. 01-12257-PBS

Dear Judge Saris:

      Pursuant to the Court's request in its letter of June 30, 2006, to Assistant Attorney General Patrick Lupinetti, this Office will file an amicus brief in the above-captioned case. We respectfully request until September 15, 2006, to make this submission.

      Should you have any questions, please feel free to contact me at (212) 416-8016.

                                      Sincerely,

                                      Caitlin J. Halligan
                                      Solicitor General