UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris |

**REPLY DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION TO CERTIFY <u>CLAIMS WITH RESPECT TO TRACK 2 DEFENDANTS</u>**

I, Steve W. Berman, duly declare as follows:

1.  I am a partner of Hagens Berman Sobol Shapiro LLP, resident in its Seattle, Washington, office, and I am co-lead counsel for the Plaintiffs in the above-captioned matter. I submit this declaration in support of Plaintiffs' Reply Memorandum in Support of Motion to Certify Claims With Respect to Track 2 Defendants.

2.  Attached hereto are true and correct copies of the following exhibits:

| | |
|---|---|
| Ex. 1 | General Docket from the U.S. Court of Appeals for the First Circuit. *In re Pharm. Indus. Average Wholesale Price Litig.*, Court of Appeals Dkt. No. 05-8008 |
| Ex. 2 | Complaint filed March 17, 2006 in *United States ex rel. Ven-A-Care of the Florida Keys, et al. v. Abbott Laboratories, Inc.,* Case No. 95-1354-CIV-GOLD (S.D. Fla.) |
| Ex. 3 | Complaint filed April 15, 2003 in *Dey, L.P., v. First Databank, Inc., et al.*, Case No. 26-21019 (Cal Super. Ct., Napa Cty.) |
| Ex. 4 | Memorandum dated December 20, 1995 to John Ward & Don Robertson (ABT AWD/MDL 072162-63) |

- 1 -

| Ex. 5 | Memorandum dated August 7, 1996 to Infusion System Specialist & District Managers from Dennis Walker re: GeriMed Bid Award (ABT AWD/MDL 072164) |
|---|---|
| Ex. 6 | GeriMed Request for Proposal dated March 8, 1996 by Susan M. Rhodus (ABT206379-414) |
| Ex. 7 | Interoffice Memo to Mike Ambielli, Bob Bettencourt, and Andrew Hull from Mike Preberowsky dated January 3, 2000 re: APP Launch Leucovorin and Methotrexate  (IAWP 051149-52) |
| Ex. 8 | PBI Pricing Summary for Immunex Products (IAWP025848-55) |
| Ex. 9 | Deposition of Melissa D. Shannon taken May 23, 2006 (excerpts only) |
| Ex. 10 | Letter to Dey Inc. from Steve W. Berman dated July 10, 2006 |
| Ex. 11 | Deposition of Deborah Devaux taken March 9, 2006 (excerpts only) |
| Ex. 12 | Deposition of Michael T. Mulrey taken January 5, 2006 (excerpts only) |
| Ex. 13 | Additional Pipefitters Drug Encounters Related to Defendant Fujisawa |

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of July, 2006.

                                                   **/s/ Steve W. Berman**
                                                      STEVE W. BERMAN

001534-16 119898 V1

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **REPLY DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO CERTIFY CLAIMS WITH RESPECT TO TRACK2 DEFENDANTS**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on July 19, 2006, a copy to LexisNexis File & Serve for posting and notification to all parties.

      By    **/s/ Steve W. Berman**
      Steve W. Berman
      **HAGENS BERMAN SOBOL SHAPIRO LLP**
      1301 Fifth Avenue, Suite 2900
      Seattle, WA 98101
      (206) 623-7292

# Exhibits 1-13

# [FILED UNDER SEAL]

001534-16 119898 V1