**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>ALL CLASS ACTIONS | Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |

**SCHERING-PLOUGH CORPORATIONS' MOTION FOR LEAVE
TO FILE REPLY MEMORANDUM IN SUPPORT OF ITS
MOTION TO STRIKE CERTAIN SUBJECT DRUGS**

Pursuant to Local Rule 7.1(B)(3), Schering-Plough Corporation ("Schering") respectfully requests leave to file a brief reply memorandum in support of its Motion to Strike Certain Subject Drugs (June 23, 2006) (Docket No. 2770) ("Motion to Strike"). In support this motion, Schering states the following:

1. Plaintiffs' opposition raises arguments that Schering would like an opportunity to address. (*See* Class Pls.' Mem. in Opp'n (July 7, 2006) (Docket No. 2847).)

2. Schering believes that a short reply would benefit the Court and assist it in determining whether the drugs at issue belong in this case. Schering's Reply Memorandum in Support of its Motion to Strike, which is only two pages in length, is attached as Exhibit A.

WHEREFORE, Schering respectfully requests that its motion for leave to file a reply memorandum in support of its Motion to Strike be GRANTED.

2

Respectfully submitted,


<u>/s/ Eric P. Christofferson</u>
John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Eric P. Christofferson (BBO#654087)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Schering-Plough Corporation*

Dated:  July 20, 2006

**CERTIFICATE OF COMPLIANCE WITH LR. 7.1**

  I hereby certify that counsel for Schering conferred with counsel for Plaintiffs in a good-faith effort to resolve or narrow the issues set forth herein.

              /s/ Eric P. Christofferson
              Eric P. Christofferson

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 20, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

              /s/ Eric P. Christofferson
              Eric P. Christofferson