UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) THIS DOCUMENT RELATES TO: ) State of California, ex rel. Ven-A-Care v. ) Abbott Laboratories, et al. ) 01-cv-12257-PBS and 03-cv-11226-PBS ) ) | MDL No. 1456<br>Master File No. 01-12257-PBS<br><br>Judge Patti B. Saris |

## NOTICE OF VOLUNTARY DISMISSAL OF THE
## STATE OF CALIFORNIA'S CLAIMS AGAINST DEFENDANT McGAW, INC.

Please take notice that, following execution of the stipulation attached hereto as exhibit A, Plaintiffs in the above-captioned matter hereby dismiss all claims against McGaw, Inc. without prejudice, pursuant to Fed. Rule Civ. Proc. 41(a)(1).

McGaw, Inc. has not served an answer or motion for summary judgment in the above-captioned case and, therefore, Plaintiffs' claims will be dismissed without order of this court, upon filing of this notice of dismissal.

1

Respectfully submitted,

BILL LOCKYER
Attorney General for the State of California

Dated: 7/20/06

By: /signature/
NICHOLAS N. PAUL
CA State Bar No: 190605
Supervising Deputy Attorney General
Bureau of Medi-Cal Fraud and Elder Abuse
Office of The Attorney General
1455 Frazee Road, Suite 315
San Diego, California 92108
Tel: (619) 688-6099
Fax: (619) 688-4200


THE BREEN LAW FIRM, P.A.


Dated: July 20, 2006

By: /s/ James J. Breen
JAMES J. BREEN
FL Bar No. 297178
5755 No. Point Parkway, Suite 39
Alpharetta, Georgia 30022
Tel: (770) 740-0008
Fax: (770) 740-9109

**Attorneys for *Qui Tam* Plaintiff,
VEN-A-CARE OF THE FLORIDA KEYS, INC.**

## CERTIFICATE OF SERVICE

I, Nicholas N. Paul, hereby certify that on July 20, 2006, I caused a true and correct copy of the foregoing, **NOTICE OF VOLUNTARY DISMISSAL OF THE STATE OF CALIFORNIA'S CLAIMS AGAINST DEFENDANT McGAW, INC. and EXHIBIT "A"** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated:  July 20, 2006

                                          /s/ Nicholas N. Paul
                                          NICHOLAS N. PAUL
                                          Supervising Deputy Attorney General