# EXHIBIT "A"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories, *et al.*, <br> 03-CV-11225-PBS | MDL No. 1456 <br> Master File No. 01-12257-PBS <br><br> Judge Patti B. Saris |

## STIPULATION RE DISMISSAL OF THE STATE OF CALIFORNIA'S CLAIMS AGAINST DEFENDANT McGAW, INC.

WHEREAS, the above-captioned action is a false claims action in which the relator, Ven-A-Care of the Florida Keys, Inc. and the State of California ("California") (collectively, "Plaintiffs") have asserted claims against a number of entities including McGaw, Inc. ("McGaw") and B. Braun Medical Inc. ("B. Braun"); and,

WHEREAS, counsel for McGaw and B. Braun have advised Plaintiffs' counsel that McGaw was merged into B. Braun and ceased to exist as a separate entity effective December 31, 1997; and,

WHEREAS, the Certificate of Ownership and Merger of McGaw into B. Braun provides, *inter alia*, that B. Braun will "assume all of the obligations of McGaw, Inc." and,

WHEREAS, in light of the above, the parties desire to simplify this action by dismissing McGaw as a party defendant;

1

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiffs, on the one hand, and for McGaw and B. Braun, on the other hand, as follows:

1. McGaw shall be and hereby is dismissed from this action without prejudice;

2. B. Braun agrees that for the specific purpose of the above captioned action only, it is liable for the obligations of McGaw to Plaintiffs, if liability for the conduct alleged in Plaintiff's operative complaint in the above captioned action is established, for the actions of McGaw which pre-dated the merger of McGaw into B. Braun; effective December 31, 1997; and,

3. B. Braun further agrees that for the specific purpose of the above captioned action only, it is liable for the obligations of McGaw to Plaintiffs, if liability for the conduct alleged in Plaintiff's operative complaint in the above-captioned action is established regarding the pharmaceutical products described in Exhibit G to Plaintiffs' First Amended Complaint in Intervention.

2

Dated: 7/20/06

BILL LOCKYER
Attorney General for the State of California

By: _____
NICHOLAS N. PAUL
CA State Bar No: 190605
Supervising Deputy Attorney General
Bureau of Medi-Cal Fraud and Elder Abuse
Office of The Attorney General
1455 Frazee Road, Suite 315
San Diego, California 92108
Tel: (619) 688-6099
Fax: (619) 688-4200


THE BREEN LAW FIRM, P.A.

Dated: July 20, 2006

By: /s/ James J. Breen
JAMES J. BREEN
FL Bar No. 297178
5755 No. Point Parkway, Suite 39
Alpharetta, Georgia 30022
Tel: (770) 740-0008
Fax: (770) 740-9109

**Attorneys for *Qui Tam* Plaintiff,
VEN-A-CARE OF THE FLORIDA KEYS, INC.**


LOCKE LIDDELL & SAPP LLP

Dated: 7/19/06

By: _____
JOHN P. McDONALD
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Tel: (214) 740-8000
Fax: (214) 740-8800

**Attorneys for Defendant B. Braun Medical Inc.,
as successor for McGAW, INC.**

3