UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) California, State of *et al* v. Abbott Laboratories *et al* ) CASE #: 1:03-cv-11226-PBS ) ) | MDL No. 1456<br>Master File No. 01-12257-PBS<br><br>Judge Patti B. Saris |

### NOTICE OF APPEARANCE FOR PLAINTIFF STATE OF CALIFORNIA, ADMISSION PRO HAC VICE

The following submissions for Admission Pro Hac Vice are being made pursuant to the Case Management Order No. 1 signed by the Honorable Patti B. Saris, referencing the above case, Page 8, Section V. Admission of Attorneys, paragraph 16:

> "Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee."

Attached find Certificates of Good Standing from the United States District Court, Southern District of California and from the California State Bar for the following California Deputy Attorney General:

> RITA L. HANSCOM
> Deputy Attorney General
> California Bureau of Medi-Cal Fraud and Elder Abuse
> 1455 Frazee Road, Ste. 315
> San Diego, CA 92108
> Tel.: (619) 688-6099
> Fax: (619) 688-4200

1

A check in the amount of $50.00 is being forwarded for the admission *pro hac vice*.

Dated: July 20, 2006                    Respectfully submitted,

BILL LOCKYER
Attorney General for the State of California

By: /s/ Rita L. Hanscom
RITA L. HANSCOM
Deputy Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
1455 Frazee Rd., Ste. 315
San Diego, CA 92108
Tel.: (619) 688-6099
Fax: (619) 688-4200

Attorneys for the Plaintiff, State of California

## CERTIFICATE OF SERVICE

I, Rita L. Hanscom, hereby certify that on July 20, 2006, I caused a true and correct copy of the foregoing, **NOTICE OF APPEARANCE FOR PLAINTIFF STATE OF CALIFORNIA, ADMISSION PRO HAC VICE, RITA L. HANSCOM,** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                                           RITA L. HANSCOM  
                                                                           Deputy Attorney General



| | |
|---|---|
| THE<br>STATE BAR<br>OF CALIFORNIA | 180 HOWARD STREET<br>SAN FRANCISCO, CALIFORNIA 94105-1639<br>TELEPHONE (415) 538-2000 |

July 19, 2006

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, RITA LOUISE HANSCOM, #97958 was admitted to the practice of law in this state by the Supreme Court of California on May 29, 1981; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Custodian of Membership Records

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA      } ss.

    I, W. Samuel Hamrick, Jr., Clerk of the United States District Court for the Southern District of California,

    DO HEREBY CERTIFY that Rita L. Hanscom was duly admitted to practice in said Court on May 29, 1981, and is in good standing as a member of the bar of said Court

Dated at San Diego, CA          W. SAMUEL HAMRICK, JR.
                                                                 Clerk

on July 13, 2006              By   V. Perez
                                                                    Deputy Clerk