UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
| | MDL NO. 1456 |
| | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) ) | Judge Patti B. Saris |
| STATE OF NEVADA V. ABBOTT LABORATORIES, INC., ET AL., CA NO. CV-02-00260-ECR (Nevada I) | ) ) ) ) | Chief Magistrate Judge Marianne B. Bowler |
| STATE OF NEVADA V. AMERICAN HOME PRODUCTS, ET AL., CA NO. 02-CV-12086-PBS (Nevada II) | ) ) ) ) | **ORAL ARGUMENT REQUESTED** |

## DEFENDANTS' JOINT MOTION FOR REDRESS FOR SPOLIATION OF EVIDENCE

Pursuant to Case Management Order No. 2 ("CMO No. 2"), FED. R. CIV. P. 37, and the Court's inherent management powers, the Nevada II Defendants ("Defendants") respectfully request that this Court redress the spoliation of evidence by the Plaintiff State of Nevada by deeming the State to admit the facts set forth in Exhibit A, which is attached to the Defendants' joint memorandum of law.  In support of this motion, Defendants rely on their joint memorandum of law and attached appendix submitted herewith.

WHEREFORE, Defendants respectfully request that:

A.      Defendants' Joint Motion for Redress for Spoliation of Evidence be GRANTED in its entirety; and

B.      The Court GRANT such other and further relief as the Court deems just and proper.

Respectfully submitted,


    /s/ Ryan M. DiSantis
John T. Montgomery (BBO# 352220)
Brien T. O'Connor (BBO# 546767)
Christopher R. Dillon (BBO# 640896)
Ryan M. DiSantis (BBO# 654513)
ROPES & GRAY LLP
One International Place
Boston, MA  02110
(617) 951-7000

Attorneys for Schering-Plough Corp. &
Warrick Pharmaceuticals Corp. on behalf
of the Defendants in Nevada II

Dated:  July 21, 2006

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that on July 19, 2006, counsel for Schering-Plough Corp. and Warrick Pharmaceuticals Corp. conferred with counsel for the Plaintiff State of Nevada in a good faith effort to resolve or narrow the issues raised by Defendants' Joint Motion for Redress for Spoliation of Evidence.

       /s/ Ryan M. DiSantis
Ryan M. DiSantis

## CERTIFICATE OF SERVICE

I, Ryan M. DiSantis, hereby certify that a true copy of the foregoing document was served upon all counsel of record in Nevada I and Nevada II electronically pursuant to Fed. R. Civ. P. 5(b)(2)(D) and CMO No. 2 on this 21st day of July, 2006, by causing a copy to be sent to LexisNexis File & Serve for posting and notification to all counsel of record.

       /s/ Ryan M. DiSantis
Ryan M. DiSantis