UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>STATE OF NEVADA V. ABBOTT LABORATORIES, INC., ET AL., CA NO. CV-02-00260-ECR (Nevada I)<br><br>STATE OF NEVADA V. AMERICAN HOME PRODUCTS, ET AL., CA NO. 02-CV-12086-PBS (Nevada II) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |

## NOTICE OF FILING UNDER SEAL

To:     All Counsel

Please take notice that on July 21, 2006, Defendants' Schering-Plough Corp. and Warrick Pharmaceuticals Corp. caused to be filed under seal with the Clerk of the United States District Court for the District of Massachusetts the Unredacted Declaration of Ryan M. DiSantis Transmitting Exhibits to Defendants' Joint Memorandum in Support of Defendants' Joint Motion for Redress for Spoliation of Evidence, which attaches the following documents that are exhibits to Defendants' Joint Memorandum in Support of Defendants' Joint Motion for Redress for Spoliation of Evidence:

- Exhibit C.2 to Defendants' Joint Memorandum in Support of Defendants' Joint Motion for Redress for Spoliation Evidence, Reply Letter from Defendant Warrick Pharmaceuticals Corp. to L. Timothy Terry;

- Exhibit N to Defendants' Joint Memorandum in Support of Defendants' Joint Motion for Redress for Spoliation Evidence, Communications from Comprehensive Care Centers of Nevada; and

1

- Exhibit P to Defendants' Joint Memorandum in Support of Defendants' Joint Motion for Redress for Spoliation Evidence, Average Sales Price Quarterly Report for Bayer Pharmaceuticals.

*Respectfully submitted,*

  /s/ Ryan M. DiSantis
John T. Montgomery (BBO# 352220)
Brien T. O'Connor (BBO# 546767)
Christopher R. Dillon (BBO# 640896)
Ryan M. DiSantis (BBO# 654513)
ROPES & GRAY LLP
One International Place
Boston, MA  02110
(617) 951-7000

*Attorneys for Schering-Plough Corp. & Warrick Pharmaceuticals Corp.*

Dated:  July 21, 2006

## CERTIFICATE OF SERVICE

I, Ryan M. DiSantis, hereby certify that a true copy of the foregoing document was served upon all counsel of record in Nevada I and Nevada II electronically pursuant to Fed. R. Civ. P. 5(b)(2)(D) and CMO No. 2 on this 21st day of July, 2006, by causing a copy to be sent to LexisNexis File & Serve for posting and notification to all counsel of record.

    /s/ Ryan M. DiSantis
Ryan M. DiSantis