UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) MDL No. 1456 ) Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: *State of Arizona v. Abbott Labs Inc., et al.,* 06-CV-11069-PBS | ) ) Judge Patti B. Saris ) ) Chief Magistrate Judge Marianne B. Bowler ) ) |

**WARRICK PHARMACEUTICALS CORPORATION'S
RENEWED MOTION FOR LEAVE TO TAKE THE DEPOSITION OF HARVEY
WEINTRAUB FOR PURPOSES OF DISCOVERY OR, IN THE ALTERNATIVE,
FOR RECONSIDERATION OF THE TRANSFEROR COURT'S DECISION**

Defendant Warrick Pharmaceuticals Corporation ("Warrick") respectfully moves this Court for leave to take the deposition of Harvey Weintraub for purposes of discovery in the above-captioned case or, in the alternative, for reconsideration of the decision of the U.S. District Court of the District of Arizona. The grounds for this motion are set forth in the accompanying memorandum of law, the declaration of Eric P. Christofferson, and exhibits thereto.

By attorneys,

/s/ Eric P. Christofferson
John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Eric P. Christofferson (BBO#654087)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Schering-Plough Corporation and
Warrick Pharmaceuticals Corporation*

Dated: July 21, 2006

2

## CERTIFICATE OF COMPLIANCE WITH LR. 7.1

I hereby certify that counsel for Warrick conferred with counsel for Plaintiffs in a good faith effort to resolve or narrow the issues set forth herein.

/s/ Eric P. Christofferson
Eric P. Christofferson

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Eric P. Christofferson
Eric P. Christofferson