# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br><br> Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: <br><br> *State of Arizona v. Abbott Labs Inc., et al.,* 06-CV-11069-PBS | Judge Patti B. Saris <br><br> Chief Magistrate Judge Marianne B. Bowler |

## DECLARATION OF ERIC P. CHRISTOFFERSON TRANSMITTING DOCUMENTS RELIED UPON IN MEMORANDUM IN SUPPORT OF WARRICK PHARMACEUTICALS CORPORATION'S RENEWED MOTION FOR LEAVE TO TAKE THE DEPOSITION OF HARVEY WEINTRAUB FOR PURPOSES OF DISCOVERY OR FOR RECONSIDERATION OF THE DECISION OF THE TRANSFEROR COURT

I, ERIC P. CHRISTOFFERSON, hereby declare:

1. I am a member of the bar of the Commonwealth of Massachusetts and of this Court. I am an associate with Ropes & Gray LLP, and counsel to Defendants Schering-Plough Corporation and Warrick Pharmaceuticals Corporation. I submit this Declaration to place before the Court documents referenced in the Memorandum in Support of Warrick Pharmaceutical Corporation's Renewed Motion for Leave to Take the Deposition of Harvey Weintraub for Purposes of Discovery or for Reconsideration of the Decision of the Transferor Court.

2. Attached hereto as Exhibit 1 is a true and correct excerpt of a transcript of a hearing held before Judge Saris on May 22, 2006.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Second Amended Notice of Deposition for Harvey Weintraub.

4. Attached hereto as Exhibit 3 is a true and correct copy of a conditional transfer order issued by the Joint Panel for Multi-District Litigation, regarding *In re Pharmaceutical Wholesale Price Litig.*, MDL No. 1456.

5. Attached hereto as Exhibit 4 is a true and correct copy of Warrick's Motion Seeking Leave to Conduct the Deposition of Harvey Weintraub filed in *State of Arizona v. Abbott Labs, Inc., et al.,* No. 2:06-cv-45-PHX-ROS.

6. Attached hereto as Exhibit 5 is a true and correct copy of an order entered by the United States District Court of the District of Arizona in *State of Arizona v. Abbott Labs, Inc., et al.,* No. 2:06-cv-45-PHX-ROS.

7. Attached hereto as Exhibit 6 is a true and correct copy of a transfer order issued by the Joint Panel for Multi-Distriction Litigation, regarding *In re Pharmaceutical Wholesale Price Litig.*, MDL No. 1456.

8. I declare under penalty of perjury that the foregoing is true.

/s/ Eric P. Christofferson_____
Eric P. Christofferson

EXECUTED this 21st day of July, 2006 in Boston, Massachusetts.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 21, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                                  /s/ Eric P. Christofferson
                                                  Eric P. Christofferson