UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| In re. PHARMACEUTICAL INDUSTRY    ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE    ) | Civil Action No. 01-12257-PBS |
| LITIGATION    ) | |
| _____    ) | Hon. Patti Saris |
| THIS DOCUMENT RELATES TO THE    ) | |
| AMENDED MASTER CONSOLIDATED    ) | |
| CLASS ACTION    ) | |
| _____    ) | |

**MOTION OF UNITED STATES
TO BE ADDED AS AN INTERESTED PARTY**

The United States of America, through its undersigned counsel, hereby moves this

Court to be added as an "interested party" in the electronic case filing system applicable

to this action.  In support of this motion, the United States states that during the course of

this litigation it has filed an amicus brief and  several papers relating to subpoenas issued

to the Department of Health and Human Services (DHHS) and to a DHHS contractor.

The Court has recently asked the United States, on behalf of the DHHS, to file a

statement regarding the possible use of a mass mailing by the Centers for Medicare &

Medicaid Services to Medicare beneficiaries.  Under the Court's ECF system, any

electronic filing must be made on behalf of an entity identified as a participant in the ECF

case system for the case.  The United States asks that it be added as an "interested party"

so that it can electronically file papers on its own behalf.

Wherefore, in order to facilitate electronic filings, the United States requests that it

be added as an "interested party" in the electronic case filing system for this action.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


By:      /s/ George B. Henderson, II
         George B. Henderson, II
         Assistant U.S. Attorney
         John J. Moakley U.S. Courthouse
         1 Courthouse Way, Suite 9200
         Boston, MA  02110
         (617) 748-3272
         george.henderson2@usdoj.gov

Dated: July 20, 2006