# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY | ) | |
| AVERAGE WHOLESALE PRICE | ) | MDL No. 1456 |
| LITIGATION | ) | Civil Action No.  01-12257-PBS |
| _____ | ) | |
| | ) | Judge Patti B. Saris |
| | ) | |
| THIS DOCUMENT RELATES TO | ) | [FILED UNDER SEAL |
| ALL CLASS CASES | ) | PURSUANT TO COURT ORDER] |
| _____ | ) | |

## DECLARATION OF ERIC M. GAIER, PH.D., IN SUPPORT OF
## THE TRACK 1 DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT
## WITH RESPECT TO CLASS 3

### July 14, 2006

Declaration of Eric M. Gaier, Ph.D.

# Table of contents

I. Summary of qualifications ................................................................................................ 1

II. Scope of charge .............................................................................................................. 1

III. Materials considered ..................................................................................................... 1

IV. Drug purchases made by TPPs ..................................................................................... 2
  IV.1. BCBS-MA ................................................................................................................ 7
  IV.2. CIGNA ..................................................................................................................... 8
  IV.3. Fallon ..................................................................................................................... 10
  IV.4. Harvard Pilgrim ...................................................................................................... 12

Appendix A: Materials considered ...................................................................................... 28

Appendix B: Additional examples of drugs purchased by Massachusetts TPPs ................ 31

Appendix C: Calculation of sales dollars and prices to Massachusetts TPPs ................... 57

Appendix D: Supporting documentation .............................................................................. 64

Declaration of Eric M. Gaier, Ph.D.

# I. Summary of qualifications

(1)    I am a Partner and founding Member of Bates White, LLC ("Bates White"), a professional services firm that performs economic and statistical analysis in a variety of industries and forums. Since I have previously described my qualifications to this Court, I will not repeat them here.[1]

# II. Scope of charge

(2)    I have been retained by counsel for the defendant manufacturers to expand upon the analysis I performed in my March 15, 2006, declaration in support of Track 1 Defendants' Joint Motion for Summary Judgment ("Summary Judgment Declaration"), in which I discussed physician-administered drug purchases made by third-party payors ("TPPs") in Massachusetts. In particular, I have been asked to present price graphs separately for each TPP and calculate markups of AWP over acquisition prices implied by each TPP's purchases. I have also been asked to exclude results pertaining to all GlaxoSmithKline drugs and AstraZeneca's Pulmicort.

# III. Materials considered

(3)    I have previously submitted four declarations in the AWP MDL matters.[2] On October 25, 2004, I submitted a declaration supporting defendants' opposition to class certification;[3] on January 21, 2005, I submitted a sur-reply to the analysis of plaintiffs' expert, Dr. Raymond S. Hartman in support of defendants' opposition to class certification;[4] on March 15, 2006, I

---

[1]    *Declaration of Eric M. Gaier, Ph.D. in Support of Defendants' Opposition to Class Certification,* U. S. District Court for the District of Massachusetts, MDL No. 1456, Civil Action: 01-CV-12257-PBS, October 25, 2004, ("Gaier Class Certification Declaration"), p. 4, Appendix A.

[2]    I include these previous declarations by reference here.

[3]    Gaier Class Certification Declaration.

[4]    *Sur-Reply Declaration of Eric M. Gaier, Ph.D. in Support of Defendants' Opposition to Class Certification,* U. S. District Court for the District of Massachusetts, MDL No. 1456, Civil Action: 01-CV-12257-PBS, January 21, 2005 ("Gaier Sur-Reply Declaration").

Declaration of Eric M. Gaier, Ph.D.

submitted the Summary Judgment Declaration;[5] and on March 21, 2006, I submitted a merits report and declaration pertaining to Track 1 defendants.[6]

# IV. Drug purchases made by TPPs

(4)     As I discussed in my previous declarations, knowledge regarding the differences between AWP and provider acquisition costs, as a matter of economic theory, would prevent payors from overpaying for prescription drugs as a result of the alleged AWP scheme and therefore insulate them from economic harm.[7] As plaintiffs' expert Dr. Hartman states:

> Had the existence of the 'mega-spreads' been perceived and understood by TPPs, those payors would have negotiated more aggressively than they did, leading to lower reimbursement rates.[8]

Judge Saris also recognizes the importance of knowledge and sophistication of TPPs. Specifically, she states:

> Some TPPs may have greater sophistication because they purchase self-administered drugs, but there is no evidence that TPPs purchase physician-administered drugs or know of the mega-spreads that exist for these drugs.[9]

It is therefore appropriate to focus on the question of what TPPs in Massachusetts knew about the differences between AWP and provider acquisition costs and, in particular, whether they would have gained knowledge through purchases of physician-administered drugs. The

---

[5]   *Declaration of Eric M. Gaier, Ph.D. in Support of Track I Defendants' Joint Motion for Summary Judgment,* U. S. District Court for the District of Massachusetts, MDL No. 1456, Civil Action: 01-CV-12257-PBS, March 15, 2006 ("Gaier Summary Judgment Declaration").

[6]   *Merits Report and Declaration of Eric M. Gaier, Ph.D.,* U. S. District Court for the District of Massachusetts, MDL No. 1456, Civil Action: 01-CV-12257-PBS, March 21, 2006 ("Gaier Merits Report and Declaration").

[7]   Gaier Class Certification Declaration, Section IV.4. Also see Gaier Sur-Reply Declaration, Section V.

[8]   *Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calculation of Damages,* U. S. District Court for the District of Massachusetts, MDL No. 1456, Civil Action: 01-CV-12257-PBS, December 15, 2005 ("Hartman Liability and Damages Declaration"), p. 10.

[9]   *Memorandum and Order Re: Motion for Class Certification,* U. S. District Court for the District of Massachusetts, MDL No. 1456, Civil Action: 01-CV-12257, August 16, 2005, ("Saris' Class Certification Order"), p.59.

---

Declaration of Eric M. Gaier, Ph.D.

evidence demonstrates that TPPs covering approximately 70 percent of beneficiaries in Massachusetts bought physician-administered drugs throughout the class period. Through those purchases, Massachusetts TPPs knew of the widely varying differences between AWP and provider acquisition costs, generally knew the magnitude of these differences, and were aware of those differences since at least 1991 (the earliest date covered by data provided by defendants).

(5) The provision of health insurance in Massachusetts is relatively concentrated, with approximately 86 percent of the covered lives insured by five TPPs. Indeed, named plaintiff and class representative Blue Cross and Blue Shield of Massachusetts ("BCBS-MA") is the largest TPP in Massachusetts, insuring approximately 46 percent of the covered lives in 2004. It is instructive to also examine other large plans in Massachusetts; Table 1 summarizes the covered lives for the largest TPPs in Massachusetts.

**Table 1: Massachusetts health plans by number of enrollees**

| Health plan | Total enrollees (1,000s) | Share of covered lives |
|---|---|---|
| Blue Cross Blue Shield of Massachusetts | 2,288 | 46% |
| Tufts Associated Health Plan ("Tufts") | 803 | 16% |
| Harvard Pilgrim Health Care, Inc. ("Harvard Pilgrim") | 766 | 15% |
| CIGNA HealthCare of Massachusetts, Inc. ("CIGNA") | 229 | 5% |
| Fallon Community Health Plan ("Fallon") | 187 | 4% |
| Other (10 plans with more than 1,000 enrolled) | 695 | 14% |
| **Total** | **4,969** | **100%** |

Source: AIS database, 2004.

(6) Sales data provided by defendants demonstrate that four of the top five Massachusetts TPPs—plaintiff BCBS-MA, Harvard Pilgrim, CIGNA, and Fallon—purchased physician-administered drugs directly through contracts with manufacturers, through group purchasing organizations ("GPOs"), or through drug wholesalers. These purchases were made by organizations that provided medical care, required a supply of drugs for their operation, and

Declaration of Eric M. Gaier, Ph.D.

were owned by these TPPs.[10] For example, Harvard Pilgrim and Fallon were staff/group-model health maintenance organizations ("HMOs"), which are vertically integrated entities that provide both health care and insurance services. Although this form of integrated health plan arrangement is less prevalent today, many insurers owned or operated such entities during the 1990s and would have purchased physician-administered drugs.[11]

(7)    The available evidence from manufacturers shows that these TPPs purchased significant volumes of physician-administered drugs, including many of the drugs in this litigation. Table 2 lists dollar volumes of subject physician-administered drugs purchased by these TPPs, by manufacturer. In addition, these TPP drug purchases were made over an extended period, spanning the entire class period and starting at least as early as 1991 (the earliest time period for which data have been provided by defendants). Table 3 lists dollar volumes of subject physician-administered drugs purchased by these TPPs over time.

---

[10]   See Appendix C for documentation of entities operated by these Massachusetts TPPs for which manufacturers document sales of physician-administered drugs.

[11]   See Kongstvedt, Peter R., *The Managed Care Handbook,* Aspen Publishers, Gaithersburg, 2001, pp. 34-36 for a description of this type of organization.

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

**Table 2: Dollar volumes of subject drugs purchased directly by Massachusetts TPPs, by manufacturer**

| Manufacturer | Time coverage of available data | BCBS-MA[12] | CIGNA[13] | Fallon[14] | Harvard Pilgrim[15] |
|---|---|---|---|---|---|
| AstraZeneca | 91–04 | | $1,416,150 | $1,275,699 | $1,231,925 |
| Bristol-Myers Squibb | 93–02 | $138,389 | $1,099,332 | $942,688 | $706,249 |
| Johnson & Johnson | 91–99 | $511,377 | $3,595,116 | $1,077,477 | $1,172,335 |
| Schering-Plough | 91–04 | $96,549 | $5,178,432 | $2,591,897 | $2,048,990 |
| **Total** | | **$746,314** | **$11,289,030** | **$5,887,762** | **$5,159,499** |

Source: AstraZeneca, Bristol-Myers Squibb, Johnson & Johnson, and Schering-Plough indirect sales data.

[12]   I include all purchases in which plaintiff BCBS-MA or its related entities are listed as customers or contract owners in manufacturer chargeback data. Plaintiff BCBS-MA-related entities purchasing subject drugs directly from manufacturers include HMO Blue, Medical East, and Medical West.

[13]   I include all purchases in which CIGNA or its related entities are listed as customers or contract owners in manufacturer chargeback data. CIGNA-related entities purchasing subject drugs directly from manufacturers include CIGNA Healthplan, CIGNA Pharmacy, Connecticut General Life Insurance Company, INA Healthplan, Lovelace, Tel-Drug, EQUICOR, and Healthsource.

[14]   I include all purchases in which Fallon or its related entities are listed as customers or contract owners in manufacturer chargeback data. Fallon-related entities purchasing subject drugs directly from manufacturers include Fallon Community Health Care, Fallon Clinic, and Fallon Central Pharmacy.

[15]   I include all purchases in which Harvard Pilgrim or its related entities are listed as customers or contract owners in manufacturer chargeback data. Harvard Pilgrim-related entities purchasing subject drugs directly from manufacturers include Harvard Pilgrim Healthcare, Harvard Community Health Plan, Harvard Vanguard, and Rhode Island Group Health (also known as Harvard Community Health Plan of New England).

Declaration of Eric M. Gaier, Ph.D.

**Table 3: Dollar volumes of subject drugs purchased directly by Massachusetts TPPs, by year**

| Year | BCBS-MA | CIGNA | Fallon | Harvard Pilgrim |
|------|---------|-------|--------|-----------------|
| 1991 | $873 | $333,323 | $36,258 | $79,334 |
| 1992 | $24,757 | $676,409 | $60,983 | $153,853 |
| 1993 | $56,739 | $969,456 | $182,672 | $224,164 |
| 1994 | $97,608 | $1,252,642 | $296,381 | $349,408 |
| 1995 | $123,943 | $1,525,829 | $187,848 | $514,739 |
| 1996 | $204,843 | $1,549,650 | $426,002 | $908,120 |
| 1997 | $219,834 | $939,596 | $594,767 | $974,207 |
| 1998 | $17,717 | $1,448,904 | $894,794 | $867,772 |
| 1999 | | $1,023,822 | $936,257 | $513,397 |
| 2000 | | $682,806 | $820,315 | $156,974 |
| 2001 | | $411,991 | $859,177 | $212,816 |
| 2002 | | $460,958 | $539,284 | $142,822 |
| 2003 | | $13,644 | $45,639 | $47,424 |
| 2004 | | | $7,385 | $14,469 |
| **Total** | **$746,314** | **$11,289,030** | **$5,887,762** | **$5,159,499** |

Source: AstraZeneca, Bristol-Myers Squibb, Johnson & Johnson, and Schering-Plough indirect sales data.

(8)     Importantly, these Massachusetts TPPs purchased physician-administered drugs at discounted prices generally at, and in many cases below, the ASPs calculated by plaintiffs' expert Dr. Hartman. Therefore, these TPPs would have known about the widely varying differences between AWP and provider acquisition costs and would have known about the magnitude of these differences for the very drugs for which Dr. Hartman purports to find damages. Figure 1 to Figure 15 below depict the AWP and ASP reported by Dr. Hartman along with the average discounted prices paid by the Massachusetts TPPs for a sample of the physician-administered drugs for which Dr. Hartman finds damages. Appendix B contains corresponding figures for additional subject drugs purchased by Massachusetts TPPs.

Declaration of Eric M. Gaier, Ph.D.

# IV.1. BCBS-MA

**Figure 1: Vepesid prices to BCBS-MA**



Source: Bristol-Myers Squibb indirect sales data—NDC 00015309520.

**Figure 2: Procrit prices to BCBS-MA**



Source: Johnson & Johnson indirect sales data—NDC 59676031201.

Declaration of Eric M. Gaier, Ph.D.

**Figure 3: Intron prices to BCBS-MA**



Source: Schering-Plough indirect sales data—NDC 00085064705.

# IV.2. CIGNA

**Figure 4: Zoladex prices to CIGNA**



Source: AstraZeneca indirect sales data—NDC 00310096036.

Declaration of Eric M. Gaier, Ph.D.

**Figure 5: Vepesid prices to CIGNA**



Source: Bristol-Myers Squibb indirect sales data—NDC 00015309520.

**Figure 6: Procrit prices to CIGNA**



Source: Johnson & Johnson indirect sales data—NDC 59676031201.

Declaration of Eric M. Gaier, Ph.D.

**Figure 7: Intron prices to CIGNA**



Source: Schering-Plough indirect sales data—NDC 00085053901.

# IV.3. Fallon

**Figure 8: Zoladex prices to Fallon**



Source: AstraZeneca indirect sales data—NDC 00310096036.

Declaration of Eric M. Gaier, Ph.D.

**Figure 9: Vepesid prices to Fallon**



Source: Bristol-Myers Squibb indirect sales data—NDC 00015309520.

**Figure 10: Procrit prices to Fallon**



Source: Johnson & Johnson indirect sales data—NDC 59676031201.

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

**Figure 11: Intron prices to Fallon**



Source: Schering-Plough indirect sales data—NDC 00085053901.

# IV.4. Harvard Pilgrim

**Figure 12: Zoladex prices to Harvard Pilgrim**



Source: AstraZeneca indirect sales data—NDC 00310096036.

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

**Figure 13: Vepesid prices to Harvard Pilgrim**



Source: Bristol-Myers Squibb indirect sales data—NDC 00015309520.

**Figure 14: Procrit prices to Harvard Pilgrim**



Source: Johnson & Johnson indirect sales data—NDC 59676031201.

Declaration of Eric M. Gaier, Ph.D.

**Figure 15: Intron prices to Harvard Pilgrim**



Source: Schering-Plough indirect sales data—NDC 00085053901.

(9)     Table 4 to Table 18 below depict the markups of AWP over acquisition prices implied by each Massachusetts TPP's purchases.[16] The tables demonstrate that these TPPs would have been aware of the widely varying differences between AWP and provider acquisition costs and would have knowledge of "spreads" exceeding the 30 percent yardstick employed by Dr. Hartman.

---

[16]   Markups are the differences between Dr. Hartman's AWPs and the Massachusetts TPP purchase prices, expressed as a percentage of the purchase prices.

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

**Table 4: Markups of AWP over BCBS-MA's purchase prices for Bristol-Myers Squibb drugs**

| Drug | NDC | Year | | | | |
|------|-----|------|------|------|------|------|
|      |     | 1994 | 1995 | 1996 | 1997 | 1998 |
| BLENOXANE | 00015301020 |  |  |  | 79.2% |  |
|  | 00015306301 |  |  | 60.3% | 83.4% | 84.6% |
| PARAPLATIN | 00015321330 | 26.3% |  | 26.3% | 21.1% | 31.5% |
|  | 00015321430 | 26.3% |  | 26.3% | 23.0% | 30.4% |
|  | 00015321530 |  |  | 26.4% | 26.3% | 30.4% |
| TAXOL | 00015345620 |  | 25.0% |  |  |  |
|  | 00015347527 |  |  | 25.0% |  |  |
|  | 00015347627 |  |  | 25.0% |  |  |
| VEPESID | 00015308420 |  |  |  | 1264.9% |  |
|  | 00015309520 | 80.1% | 138.3% | 433.8% | 1257.7% | 1264.9% |

Source: Bristol-Myers Squibb indirect sales data.

Declaration of Eric M. Gaier, Ph.D.

**Table 5: Markups of AWP over BCBS-MA's purchase prices for Johnson & Johnson drugs**

| Drug | NDC | Year | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 |
| PROCRIT | 59676030201 | | | | 29.7% | 29.7% | 29.7% | 27.9% | |
| | 59676030301 | | | | 29.3% | 29.6% | 29.7% | 29.2% | |
| | 59676030401 | | | 26.3% | 29.6% | 29.5% | 29.7% | 29.3% | |
| | 59676030402 | | | | 29.4% | 29.7% | | | |
| | 59676031001 | | | 23.7% | 29.4% | 29.3% | 29.7% | 33.5% | |
| | 59676031201 | | | | | 29.7% | 29.7% | 33.7% | 28.5% |
| | 59676032001 | | | | | | | 26.9% | |
| | 00062740003 | | 26.0% | 28.1% | | | | | |
| | 00062740103 | | 23.7% | 29.1% | | | | | |
| | 00062740201 | 23.9% | 26.5% | 26.9% | | | | | |
| | 00062740501 | | 28.0% | 28.5% | | | | | |

Source: Johnson & Johnson indirect sales data.

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

**Table 6: Markups of AWP over BCBS-MA's purchase prices for Schering-Plough drugs**

| Drug | NDC | Year | | | | | | | |
|------|-----|------|------|------|------|------|------|------|------|
| | | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 |
| ALBUTEROL | 59930150008 | | | | 163.0% | 209.0% | 255.4% | | |
| | 59930151504 | | | | | 100.7% | 117.4% | 130.6% | |
| INTRON | 00085012002 | | | | | | | | 23.8% |
| | 00085012003 | | | | 40.9% | | | | |
| | 00085053901 | | | | | | 38.3% | | |
| | 00085057102 | | | | | 32.3% | | | |
| | 00085064704 | | | 34.1% | 40.9% | 25.5% | 32.3% | | |
| | 00085064705 | | | 35.5% | 40.9% | 25.4% | 32.3% | | |
| | 00085095301 | | | | | | 32.3% | | |
| | 00085117901 | | | | | | | | 23.8% |
| | 00085118401 | | | | | | | 26.6% | 23.9% |
| | 00085118402 | | | | | | | 25.6% | 23.8% |
| | 00085119101 | | | | | | | | 23.8% |
| PERPHENAZINE | 59930160001 | | | | | | 268.0% | 268.0% | |
| | 59930160301 | | | | | | 271.4% | | |
| | 59930160501 | | | | | | 231.9% | | |
| PROVENTIL | 00085020802 | | | 117.2% | 117.2% | | 25.9% | | |
| | 00085020901 | 56.7% | | | 139.1% | | | | |

Source: Schering-Plough indirect sales data.

Declaration of Eric M. Gaier, Ph.D.

**Table 7: Markups of AWP over CIGNA's purchase prices for AstraZeneca drugs**

| Drug | NDC | Year | | | | | | | | | | | | |
|------|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|
| | | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
| ZOLADEX | 00310096036 | 25.0% | 25.0% | 24.8% | 22.8% | 45.3% | 52.1% | 50.3% | 56.7% | 49.0% | 40.5% | 40.5% | 40.5% | | |
| | 00310096130 | | | | | | 44.3% | 43.1% | 50.8% | 48.3% | 40.0% | 40.5% | 40.5% | | |

Source: AstraZeneca indirect sales data.

**Table 8: Markups of AWP over CIGNA's purchase prices for Bristol-Myers Squibb drugs**

| Drug | NDC | Year | | | | | | | | | |
|------|-----|------|------|------|------|------|------|------|------|------|------|
| | | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
| BLENOXANE | 00015301020 | | | | 55.0% | 55.0% | 55.0% | | 182.0% | 207.7% | 207.7% |
| | 00015306301 | | | | | | | | 240.5% | 265.9% | 265.9% |
| CYTOXAN | 00015050141 | 86.8% | | | | | | | | | |
| | 00015050301 | | | | 19.6% | 19.6% | 21.6% | | | | 67.7% |
| | 00015050641 | 117.9% | | | | | | | | | |
| | 00015053941 | 106.7% | | 186.7% | 186.7% | 158.0% | | | | 222.5% | |
| | 00015054641 | 129.8% | | 250.0% | 250.0% | 308.3% | 308.3% | | | 390.0% | |
| | 00015054741 | 124.8% | | 311.4% | 311.4% | 433.2% | 441.3% | 441.3% | | 471.3% | |
| | 00015054841 | 149.4% | | 292.6% | 343.7% | 475.3% | 494.2% | 533.7% | 542.9% | 551.0% | 549.0% |
| | 00015054941 | | | | | | | 543.1% | 543.1% | 543.1% | 546.9% |
| PARAPLATIN | 00015321330 | | | | | | | 26.3% | 26.7% | 28.4% | 34.6% |
| | 00015321430 | | | | 19.6% | | | 26.3% | 26.6% | 27.8% | 35.4% |
| | 00015321530 | | | | 19.6% | | 25.0% | 26.3% | 26.7% | 28.4% | 36.4% |
| VEPESID | 00015306120 | | | | | | | | 2228.9% | 2319.6% | 2319.6% |
| | 00015308420 | | | 90.9% | | | | | | | |
| | 00015309520 | | 52.5% | 103.2% | 259.6% | 695.5% | 702.9% | 1530.5% | | | |

Source: Bristol-Myers Squibb indirect sales data.

Declaration of Eric M. Gaier, Ph.D.

**Table 9: Markups of AWP over CIGNA's purchase prices for Johnson & Johnson drugs**

| Drug | NDC | Year | | | | | | | | |
|------|-----|------|------|------|------|------|------|------|------|------|
| | | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 |
| PROCRIT | 59676030201 | | | 29.7% | 29.7% | 30.4% | 30.4% | 29.0% | 21.4% | 21.2% |
| | 59676030202 | | | | | 30.4% | 30.4% | 21.2% | 21.2% | 21.2% |
| | 59676030301 | | | 29.7% | 29.7% | 30.4% | 30.4% | 27.8% | 21.5% | 21.2% |
| | 59676030302 | | | | 29.7% | 30.4% | 30.4% | 21.2% | 21.2% | 21.2% |
| | 59676030401 | | | 29.7% | 29.7% | 30.4% | 30.4% | 22.5% | 21.4% | 21.2% |
| | 59676030402 | | | | 29.7% | 30.4% | 30.4% | | 21.2% | |
| | 59676031001 | | | 29.7% | 29.7% | 30.4% | 30.4% | 28.4% | 22.6% | 21.3% |
| | 59676031002 | | | | 29.7% | 30.3% | 30.4% | 21.2% | 22.3% | 21.2% |
| | 59676031201 | | | | | 30.4% | 30.4% | 30.0% | 24.7% | 22.9% |
| | 59676032001 | | | | | | | 24.6% | 22.5% | 23.7% |
| | 59676034001 | | | | | | | | | 24.7% |
| | 00062740003 | 29.6% | 29.7% | 29.7% | | | | | | |
| | 00062740103 | 29.7% | 29.7% | 29.7% | | | | | | |
| | 00062740201 | 29.7% | 29.7% | 29.7% | | | | | | |
| | 00062740501 | 29.7% | 29.7% | 29.7% | | | | | | |

Source: Johnson & Johnson indirect sales data.

Declaration of Eric M. Gaier, Ph.D.

**Table 10: Markups of AWP over CIGNA's purchase prices for Schering-Plough drugs**

| Drug | NDC | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|------|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|
| ALBUTEROL | 59930150008 | | | | | 524.4% | 642.0% | | | | | | | |
| | 59930151504 | | | | 113.7% | 60.9% | 17.1% | 4584.4% | | | | | | |
| INTRON | 00085012002 | 46.4% | 31.3% | 35.5% | 34.9% | 31.9% | 38.5% | 15.0% | 23.7% | 23.2% | 30.2% | 43.3% | | |
| | 00085012003 | 34.8% | 31.0% | 35.5% | 37.1% | 31.9% | 39.1% | | | | | | | |
| | 00085012004 | | 35.5% | 32.7% | 32.3% | 31.9% | 39.1% | | | | | | | |
| | 00085012005 | | | | | | 36.9% | 14.9% | | | | | | |
| | 00085028502 | 22.4% | 27.2% | 33.7% | 39.6% | 31.9% | 38.4% | 14.9% | 22.6% | | 20.3% | 27.6% | 36.0% | |
| | 00085053901 | 51.7% | 34.8% | 37.1% | 32.5% | 39.1% | 44.8% | 21.9% | 23.6% | 22.1% | | 30.8% | 36.0% | 27.7% |
| | 00085057102 | 27.2% | 32.7% | 36.1% | 36.7% | 39.1% | 45.0% | 23.2% | 26.9% | 23.1% | 29.0% | | 38.7% | 46.9% |
| | 00085057106 | | | 35.5% | 31.9% | 31.9% | 38.5% | 14.8% | | | | | | |
| | 00085064703 | 22.4% | 29.4% | 35.1% | 34.5% | 31.9% | 38.6% | 15.6% | 23.8% | 24.2% | | | | |
| | 00085064704 | 22.4% | 29.9% | 34.0% | 36.6% | 31.9% | 38.7% | 15.0% | | | | | | |
| | 00085064705 | 22.4% | 30.3% | 31.1% | 34.8% | 31.9% | 38.2% | 13.6% | | | 30.2% | 43.3% | | |
| | 00085068901 | | 31.9% | 35.7% | 32.5% | 31.9% | 31.9% | | | | | | | |
| | 00085076901[17] | | | 40.9% | 40.9% | 559.4% | 37.9% | 14.9% | | | | | | |
| | 00085092301 | | | 40.9% | 33.4% | 163.7% | 38.9% | 14.9% | | | | | | |
| | 00085095301 | | | | | 39.1% | 38.7% | 14.9% | | | | | | |
| | 00085111001 | | | | | | 45.4% | | | | | | | |
| | 00085113301 | | | | | | | 23.6% | 26.7% | 25.3% | 36.6% | | | |
| | 00085116801 | | | | | | | 23.6% | 24.9% | 26.1% | 36.6% | 45.8% | 38.7% | |
| | 00085117901 | | | | | | | 23.6% | 22.8% | 15.1% | | | | |
| | 00085117902 | | | | | | | 23.6% | 25.5% | 25.3% | 36.6% | 63.5% | | |
| | 00085118401 | | | | | | | 23.8% | 21.2% | 19.3% | | | | |
| | 00085118402 | | | | | | | 23.6% | 22.0% | 19.5% | 43.3% | 35.4% | 38.7% | |
| | 00085119101 | | | | | | | 23.7% | 22.6% | 18.5% | | | | |
| | 00085119102 | | | | | | | 23.6% | 21.8% | 18.9% | 43.9% | | | |
| | 00085123501 | | | | | | | | 23.6% | 25.4% | 36.6% | 46.9% | | |
| | 00085124201 | | | | | | | | 23.6% | 25.5% | 36.6% | 39.9% | 38.7% | 24.8% |
| | 00085125401 | | | | | | | | 23.6% | 25.3% | 36.6% | 38.0% | 38.0% | |
| PERPHENAZINE | 59930160501 | | | | | | | | 521.0% | 521.0% | 521.0% | 521.0% | | |
| PROVENTIL | 00085020802 | 72.9% | 95.3% | 95.3% | 95.3% | 87.0% | 58.0% | | | | | | | |
| | 00085020901 | 95.6% | 121.8% | 167.9% | 172.3% | 124.7% | 67.2% | | | | | 21.3% | | |
| TEMODAR | 00085124402 | | | | | | | | | | | | 20.0% | 31.0% |
| | 00085125901 | | | | | | | | | | | | | 23.6% |
| | 00085125902 | | | | | | | | | | | | 20.0% | 31.0% |

Source: Schering-Plough indirect sales data.

---

[17]  Dr. Hartman's AWP of $1,244.40 in 1995 appears to be incorrect. From January 1, 1995 until March 1, 1995, the AWP published in Medi-Span is $248.88. Effective March 1, 1995 and continuing through the end of the year, the AWP published in Medi-Span is $262.57. See Medi-Span Comprehensive Price History File.

Declaration of Eric M. Gaier, Ph.D.

**Table 11: Markups of AWP over Fallon's purchase prices for AstraZeneca drugs**

| Drug | NDC | Year | | | | | | | |
|------|-----|------|------|------|------|------|------|------|------|
| | | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
| ZOLADEX | 00310096036 | 25.0% | | | | 150.0% | 150.0% | 147.3% | 150.0% |
| | 00310096130 | | | | | 150.0% | 150.0% | 142.7% | 150.0% |

Source: AstraZeneca indirect sales data.

**Table 12: Markups of AWP over Fallon's purchase prices for Bristol-Myers Squibb drugs**

| Drug | NDC | Year | | | | | | | |
|------|-----|------|------|------|------|------|------|------|------|
| | | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
| BLENOXANE | 00015301020 | | | 60.4% | 72.1% | 99.6% | 110.8% | 116.0% | 204.1% |
| | 00015301026 | | | | | | 125.6% | | |
| | 00015306301 | | | | | | | 210.8% | 254.8% |
| CYTOXAN | 00015054841 | | | 250.3% | 369.1% | 432.2% | 491.4% | 509.4% | 511.1% |
| | 00015054941 | | | 236.2% | 365.0% | 483.3% | 509.3% | 506.7% | 511.9% |
| PARAPLATIN | 00015321330 | 26.3% | | 26.6% | 24.3% | 26.2% | 26.7% | 25.8% | 28.3% |
| | 00015321430 | 26.3% | | 26.6% | 23.7% | 26.2% | 26.7% | 26.1% | 28.6% |
| | 00015321530 | 26.3% | | 26.6% | 23.5% | 25.4% | 27.1% | 26.0% | 28.7% |
| VEPESID | 00015306220 | | | 437.9% | | | | | |
| | 00015309145 | | | | | 20.2% | 28.5% | | |
| | 00015309520 | 59.3% | 88.3% | 616.0% | 993.9% | 1315.7% | 1550.6% | 1963.6% | 2240.6% |
| | 00015309530 | | 259.2% | 458.9% | 993.7% | | | | |

Source: Bristol-Myers Squibb indirect sales data.

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

**Table 13: Markups of AWP over Fallon's purchase prices for Johnson & Johnson drugs**

| Drug | NDC | Year | | | | | | | | |
|------|-----|------|------|------|------|------|------|------|------|------|
| | | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 |
| PROCRIT | 59676030201 | | | 27.7% | 29.6% | 31.4% | 33.2% | 28.2% | 26.3% | 26.3% |
| | 59676030301 | | | 27.7% | 29.3% | 31.3% | 33.3% | 31.9% | 26.3% | 26.3% |
| | 59676030302 | | | | | | | 33.3% | 26.3% | |
| | 59676030401 | | | 27.7% | 29.1% | 31.4% | 33.2% | 31.7% | 26.3% | 26.3% |
| | 59676031001 | | | 27.7% | 29.5% | 31.4% | 36.4% | 35.8% | 28.1% | 26.3% |
| | 59676031002 | | | | | | 36.4% | 38.8% | 28.5% | |
| | 59676031201 | | | | | | 35.8% | 35.4% | 28.0% | 26.3% |
| | 59676032001 | | | | | | | 26.3% | 27.8% | 26.3% |
| | 59676034001 | | | | | | | | | 26.3% |
| | 00062740003 | 23.7% | 25.7% | 27.6% | | | | | | |
| | 00062740103 | 23.7% | 25.6% | 27.7% | | | | | | |
| | 00062740201 | | | 27.7% | | | | | | |
| | 00062740501 | 23.7% | 25.1% | 27.7% | | | | | | |

Source: Johnson & Johnson indirect sales data.

Declaration of Eric M. Gaier, Ph.D.

**Table 14: Markups of AWP over Fallon's purchase prices for Schering-Plough drugs**

| Drug | NDC | Year | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
| ALBUTEROL | 59930150008 | | | | | | 266.7% | 1206.9% | 744.7% | 577.2% | 509.1% | 811.0% | 789.7% | | |
| | 59930151504 | | | | | | | 11.8% | -50.6% | -71.7% | -52.0% | -44.1% | 220.2% | 529.8% | |
| INTRON | 00085012002 | 46.6% | | 35.5% | 40.9% | 20.4% | 29.8% | | 29.1% | | | | | | |
| | 00085012003 | | 34.8% | | | 22.7% | 34.7% | | | | | | | | |
| | 00085012004 | | | | 40.9% | 40.9% | | | | | | | | | |
| | 00085012005 | | | | | | 20.1% | 20.1% | | | | | | | |
| | 00085028502 | | | 35.5% | 40.9% | 27.7% | 29.5% | | | | | 46.4% | | | |
| | 00085053901 | | | | | 34.7% | 30.6% | 29.6% | 34.3% | | | 45.3% | 45.8% | 39.0% | 32.3% |
| | 00085057102 | 27.2% | 34.8% | 35.5% | 40.9% | 34.7% | 25.5% | 29.2% | 32.6% | | | | | | |
| | 00085057106 | | | 35.5% | 40.9% | 13.8% | 33.0% | | | | | | | | |
| | 00085064703 | | 34.8% | 35.5% | 40.9% | 18.8% | 31.5% | 19.2% | 30.5% | | | | | | |
| | 00085064704 | 22.4% | 34.8% | 34.1% | 40.9% | | | | | | | | | | |
| | 00085064705 | | 34.8% | 35.5% | 40.9% | 25.8% | 28.2% | 19.4% | | | | | | | |
| | 00085068901 | | | 36.0% | 41.4% | | | | | | | | | | |
| | 00085076901 | | | 40.9% | 40.9% | | | | | | | | | | |
| | 00085092301 | | | 40.9% | 40.9% | 156.3% | 27.7% | 20.1% | | | | | | | |
| | 00085095301 | | | | | | 34.7% | 20.0% | | | | | | | |
| | 00085111001 | | | | | | | 29.2% | 34.3% | | | | | | |
| | 00085116801 | | | | | | | 23.6% | 34.3% | | 39.6% | 47.8% | 41.1% | | |
| | 00085117901 | | | | | | | 28.4% | 28.2% | 25.0% | | | | | |
| | 00085117902 | | | | | | | | 31.3% | 31.1% | 39.6% | 45.5% | | | |
| | 00085118401 | | | | | | | 23.8% | | | | | | | |
| | 00085118402 | | | | | | | 29.2% | 28.5% | 26.1% | | 46.4% | 43.5% | 42.7% | |
| | 00085119102 | | | | | | | | 30.4% | 25.0% | | | | | |
| | 00085123501 | | | | | | | | 30.4% | 33.0% | 39.6% | 50.1% | 39.0% | | |
| | 00085124201 | | | | | | | | 30.4% | 31.6% | 39.6% | 41.2% | 42.5% | | |
| | 00085125401 | | | | | | | | | 31.2% | 39.6% | 42.6% | 41.3% | | |
| PROVENTIL | 00085020802 | 91.0% | 117.2% | 117.2% | 116.6% | 101.5% | 25.9% | 31.9% | 31.9% | | 30.7% | 40.8% | | | |
| | 00085020901 | 103.0% | 139.1% | 139.1% | 138.8% | 30.3% | 25.6% | 34.2% | 30.5% | 33.4% | 30.5% | 40.5% | 43.6% | | |

Source: Schering-Plough indirect sales data.

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

**Table 15: Markups of AWP over Harvard Pilgrim's purchase prices for AstraZeneca drugs**

| Drug | NDC | Year | | | | | | | | | | | |
|------|-----|------|------|------|------|------|------|------|------|------|------|------|------|
| | | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
| ZOLADEX | 00310096036 | 25.0% | 25.0% | 24.2% | 26.8% | 41.3% | 44.0% | 41.8% | 109.2% | 153.6% | | 150.0% | 150.0% |
| | 00310096130 | | | | | | 40.7% | 40.6% | 125.1% | 152.7% | 150.1% | 150.0% | 150.0% |

Source: AstraZeneca indirect sales data.

**Table 16: Markups of AWP over Harvard Pilgrim's purchase prices for Bristol-Myers Squibb drugs**

| Drug | NDC | Year | | | | | | | | | |
|------|-----|------|------|------|------|------|------|------|------|------|------|
| | | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
| BLENOXANE | 00015301020 | | | | 59.7% | 81.8% | 101.0% | 111.8% | 159.4% | 182.0% | |
| CYTOXAN | 00015050301 | | | | 26.0% | 28.6% | 30.3% | 33.3% | 38.5% | | |
| | 00015050401 | | | | | 28.8% | 30.0% | 35.8% | 40.4% | | |
| | 00015054741 | | | | | | | | 447.0% | | |
| | 00015054841 | 119.8% | | | 367.5% | 367.5% | 417.1% | 524.9% | 542.9% | 542.9% | |
| PARAPLATIN | 00015321330 | | | | 26.3% | | 21.7% | 31.6% | | 28.6% | |
| | 00015321430 | | | | 26.3% | | 21.7% | 31.6% | | 28.8% | |
| | 00015321530 | | | | 26.3% | | 22.2% | 31.6% | | 28.3% | |
| VEPESID | 00015309145 | | | | 27.7% | 28.4% | 30.2% | 33.0% | 38.7% | | |
| | 00015309520 | | | 136.8% | 388.9% | 1137.9% | 1275.2% | | | | 136.8% |

Source: Bristol-Myers Squibb indirect sales data.

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

**Table 17: Markups of AWP over Harvard Pilgrim's purchase prices for Johnson & Johnson drugs**

| Drug | NDC | Year | | | | | | | |
|------|-----|------|------|------|------|------|------|------|------|
| | | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 |
| PROCRIT | 59676030201 | | | 29.6% | 29.8% | 29.7% | 26.6% | 23.4% | 22.4% |
| | 59676030202 | | | | | | | 26.3% | 26.3% |
| | 59676030301 | | | 29.1% | 30.6% | 29.3% | 25.6% | 23.3% | 23.8% |
| | 59676030302 | | 25.0% | 29.7% | 29.7% | 29.7% | 26.1% | 23.6% | 26.3% |
| | 59676030401 | | 26.7% | 29.3% | 29.9% | 29.7% | 26.0% | 23.4% | 23.6% |
| | 59676030402 | | 27.9% | 29.7% | 29.7% | 29.7% | 26.2% | 24.0% | 26.3% |
| | 59676031001 | | 26.4% | 29.7% | 29.7% | 29.7% | 30.2% | 29.0% | 28.9% |
| | 59676031002 | | | 29.7% | | 29.7% | 29.3% | 29.6% | 27.2% |
| | 59676031201 | | | | 29.7% | 29.7% | 29.9% | 29.5% | 26.3% |
| | 59676032001 | | | | | | | 29.1% | 28.9% |
| | 59676034001 | | | | | | | | 26.3% |
| | 00062740003 | 25.3% | 26.9% | | | | | | |
| | 00062740103 | 25.5% | 27.4% | | | | | | |
| | 00062740201 | 25.6% | 27.4% | | | | | | |
| | 00062740501 | 28.0% | 28.0% | | | | | | |

Source: Johnson & Johnson indirect sales data.

Declaration of Eric M. Gaier, Ph.D.

**Table 18: Markups of AWP over Harvard Pilgrim's purchase prices for Schering-Plough drugs**

| Drug | NDC | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALBUTEROL | 59930150006 | | | | | | | | 358.0% | 358.0% | 358.0% | 358.0% | | | |
| | 59930150008 | | | | | 245.7% | 268.2% | 280.5% | 325.8% | 358.3% | | | | | |
| | 59930151504 | | | | | 123.2% | 154.5% | 160.7% | 160.7% | 160.7% | | | | | |
| INTRON | 00085012002 | 46.4% | 34.8% | 35.5% | 40.9% | 25.4% | 28.2% | 27.5% | 29.5% | 33.4% | | | | | |
| | 00085012003 | | 34.8% | 35.5% | | 25.4% | 31.8% | | | | | | | | |
| | 00085012004 | | 43.6% | 35.5% | 40.9% | 26.3% | | | | | | | | | |
| | 00085012005 | | | | | | | 27.5% | 27.7% | | | | | | |
| | 00085028502 | 22.4% | 34.8% | | 40.9% | 25.4% | | | | | | | | | |
| | 00085053901 | 27.2% | 34.8% | | 40.9% | 32.3% | 33.4% | 36.0% | 36.0% | 35.5% | 36.1% | 37.8% | 33.8% | 46.9% | 37.3% |
| | 00085057102 | 27.2% | 34.3% | 35.5% | 40.9% | 32.3% | 33.4% | 34.9% | 36.6% | 36.1% | | | 33.3% | 46.9% | |
| | 00085057106 | | | 35.5% | 40.9% | 28.7% | 26.2% | 27.7% | | | | | | | |
| | 00085064703 | 22.4% | 34.7% | 35.5% | 40.9% | 25.8% | 28.5% | 26.6% | 33.4% | | | | | | |
| | 00085064704 | 22.4% | 34.8% | 34.1% | 40.9% | 25.8% | 28.1% | 27.7% | | | | | | | |
| | 00085064705 | 22.4% | 34.7% | 35.5% | 40.9% | 25.9% | 27.7% | 27.7% | | | | 37.6% | | | |
| | 00085068901 | | | 36.0% | 41.4% | 25.4% | 24.8% | | | | | | | | |
| | 00085076901[18] | | | | 40.9% | 527.1% | | | | | | | | | |
| | 00085092301 | | | 40.9% | | 150.8% | | | | | | | | | |
| | 00085095301 | | | | | 32.3% | 28.9% | 27.7% | | | | | | | |
| | 00085111001 | | | | | | 31.0% | 35.5% | 35.5% | 34.1% | 38.5% | 44.3% | 33.4% | 43.4% | 35.1% |
| | 00085113301 | | | | | | | 35.0% | | | | | 31.8% | 44.1% | |
| | 00085116801 | | | | | | | 34.3% | 35.5% | 34.3% | 41.4% | 30.3% | | | 33.3% |
| | 00085117901 | | | | | | | 34.2% | 33.0% | 28.5% | | | | | |
| | 00085117902 | | | | | | | 34.4% | 35.5% | 34.5% | 40.4% | 30.3% | | | |
| | 00085118401 | | | | | | | 37.4% | 29.6% | 29.0% | | | | | |
| | 00085118402 | | | | | | | 34.8% | 31.6% | 28.6% | 46.8% | 35.7% | | | |
| | 00085119101 | | | | | | | 34.8% | | 28.7% | | | | | |
| | 00085119102 | | | | | | | 35.5% | 30.5% | 29.5% | 49.2% | 42.8% | | | |
| | 00085123501 | | | | | | | | 33.4% | 35.0% | | | | 38.7% | 33.3% |
| | 00085124201 | | | | | | | | 33.4% | 34.6% | 38.1% | 43.6% | 34.9% | 44.1% | |
| | 00085125401 | | | | | | | | | 34.1% | 36.1% | 39.9% | 31.6% | 44.1% | |
| PERPHENAZINE | 59930160301 | | | | | | | | | 420.0% | | | | | |
| | 59930161001 | | | | | | | | 332.0% | | | | | | |
| PROVENTIL | 00085020802 | 117.8% | 116.4% | 117.2% | 117.2% | 48.2% | 28.0% | 36.9% | 37.2% | 45.7% | 37.7% | | 48.4% | | |
| | 00085020901 | 123.6% | 131.8% | 139.1% | 139.1% | 33.5% | 27.3% | 35.4% | 36.9% | 45.2% | 38.5% | 46.9% | | | |

Source: Schering-Plough indirect sales data.

---

[18]   See footnote 17 above.

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

(10)    In summary, the manufacturer sales data demonstrate that at least four of the largest five
        TPPs in Massachusetts—including plaintiff BCBS-MA and collectively representing
        approximately 70 percent of the beneficiaries in Massachusetts—had knowledge that the
        subject physician-administered drugs were available to providers at substantial discounts
        from AWP and knew the magnitude of those discounts since at least 1991.

I declare under penalty of perjury that this declaration is true and correct.

| | |
|---|---|
| Eric M. Gaier, Ph.D. | July 14, 2006 |
| | Date |

Declaration of Eric M. Gaier, Ph.D.

# Appendix A: Materials considered

## Declarations

- *Declaration of Eric M. Gaier, Ph.D. in Support of Defendants' Opposition to Class Certification,* U. S. District Court for the District of Massachusetts, MDL No. 1456, Civil Action: 01-CV-12257-PBS, October 25, 2004

- *Declaration of Raymond S. Hartman In Support of Plaintiffs' Claims of Liability and Calculation of Damages*, U. S. District Court for the District of Massachusetts, MDL No. 1456, Civil Action: 01-CV-12257-PBS, December 15, 2005

- *Liability Report of Dr. Meredith Rosenthal*, December 15, 2005.

- *Memorandum and Order Re: Motion for Class Certification*, U. S. District Court for the District of Massachusetts, MDL No. 1456, Civil Action: 01-CV-12257, August 16, 2005

- *Sur-Reply Declaration of Eric M. Gaier, Ph.D. in Support of Defendants' Opposition to Class Certification,* U. S. District Court for the District of Massachusetts, MDL No. 1456, Civil Action: 01-CV-12257-PBS, October 25, 2004

## Depositions

- Mulrey, Michael: Blue Cross Blue Shield of Massachusetts

## Electronic data

- AstraZeneca Chargeback Data

  - cntmgt_zoladex_indirect_sales

  - AZ_Sales_Based_Customers.csv

- Bristol-Myers Squibb Chargeback Data

  - bms_indirect_pre1997

- Johnson & Johnson Chargeback Data

  - jj_imhc_combined_chargeback

- Schering-Plough Chargeback Data

Declaration of Eric M. Gaier, Ph.D.

- schering_chargeback_1991_1994

- schering_chargeback_1995_1998

- schering_chargeback_1999_2001

- schering_chargeback_2002_2004

## Publicly available documents

- AIS's Directory of Health Plans: 2004, MCOs table

- Kongstvedt, Peter R. *The Managed Care Handbook*, Aspen Publishers, Gaithersburg, 2001

## Websites

- http://www.bluecrossma.com/common/en_US/aboutUsIndex.jsp

- http://www.bluecrossma.com/common/en_US/healthPlansIndex.jsp?levelOneDotFive Category=HMO&levelTwoCategory=HMO+Blue&targetTemplate=titleBodyAddLvl.jsp

- http://www.bluecrossma.com/common/en_US/aboutUsIndex.jsp?repId= Repositories.PressReleases.2001PressReleases.pressRelease04052001.xml&levelTwoCat egory=News+%28with+Archives%29&isLevelThreeSelected=true&targetTemplate=pres sReleaseDetail.jsp&iphl=medicall:medical:east

- http://caselaw.lp.findlaw.com/cgi-bin/getcase.pl?court=1st&navby=case&no=012586

- http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstr act&list_uids=10133054&query_hl=2&itool=pubmed_docsum

- http://www.cigna.com/health/consumer/service/pharmacy_claim.html

- http://www.cigna.com/general/about/history.html

- http://www.cigna.com/general/about/investor/release/10k20021231.html

- http://www.ardenthealth.com/CustomPage.asp?PageName=Lovelace

- http://www.lovelacesandia.com/CustomPage.asp?guidCustomContentID=A89B6170-7BC2-4F3D-97A5-41F9BA70E1D5

Declaration of Eric M. Gaier, Ph.D.

- http://www.equityleague.org/PDF/cigna_pharmacy_guide.pdf

- http://www.fchp.org/about/index.aspx

- http://www.fchp.org/brokers/qa.aspx#Anchor246

- http://www.bizjournals.com/boston/stories/2005/01/03/daily50.html

- http://www.fallonclinicfoundation.org/ourstory/ourstory.aspx

- http://www.fchp.org/SeniorPortal/Sales.aspx

- http://www.fallonclinic.com/internet/patients/index.aspx?PAGE=locations&LEVEL1=patients&LEVEL2=locations

- http://www.fchp.org/brokers/resources/brokerEdge/BrokerEdgeFall02.pdf

- http://www.prospect.org/columns/kuttner/bk000109.html

- http://www.bizjournals.com/boston/stories/1999/12/20/story6.html

- http://www.harvardvanguard.org/about/faq.asp

- http://www.managedcaremag.com/archives/0002/0002.harvard.html

- http://findarticles.com/p/articles/mi_qa4100/is_200506/ai_n14715983

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

# Appendix B: Additional examples of drugs purchased by Massachusetts TPPs[19]

## BCBS-MA

### Figure 16: BLENOXANE (NDC 00015306301) prices to BCBS-MA



Source: Bristol-Myers Squibb indirect sales data.

---

[19] See Appendix C for explanation of the calculation of dollars and prices to Massachusetts TPPs.

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

**Figure 17: PARAPLATIN (NDC 00015321530) prices to BCBS-MA**



Source: Bristol-Myers Squibb indirect sales data.

**Figure 18: PROCRIT (NDC 59676030401) prices to BCBS-MA**



Source: Johnson & Johnson indirect sales data.

Declaration of Eric M. Gaier, Ph.D.

**Figure 19: PROCRIT (NDC 59676031001) prices to BCBS-MA**



Source: Johnson & Johnson indirect sales data.

**Figure 20: ALBUTEROL (NDC 59930150008) prices to BCBS-MA**



Source: Schering-Plough indirect sales data.

Declaration of Eric M. Gaier, Ph.D.

**Figure 21: INTRON (NDC 00085118402) prices to BCBS-MA**



Source: Schering-Plough indirect sales data.

**Figure 22: PERPHENAZINE (NDC 59930160001) prices to BCBS-MA**



Source: Schering-Plough indirect sales data.

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

**Figure 23: PROVENTIL (NDC 00085020802) prices to BCBS-MA**



Source: Schering-Plough indirect sales data.

**Figure 24: PROVENTIL (NDC 00085020901) prices to BCBS-MA**



Source: Schering-Plough indirect sales data.

Declaration of Eric M. Gaier, Ph.D.

## CIGNA

### Figure 25: ZOLADEX (NDC 00310096130) prices to CIGNA



Source: AstraZeneca indirect sales data.

### Figure 26: BLENOXANE (NDC 00015301020) prices to CIGNA



Source: Bristol-Myers Squibb indirect sales data.

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

**Figure 27: CYTOXAN (NDC 00015050301) prices to CIGNA**



Source: Bristol-Myers Squibb indirect sales data.

**Figure 28: CYTOXAN (NDC 00015054841) prices to CIGNA**



Source: Bristol-Myers Squibb indirect sales data.

Declaration of Eric M. Gaier, Ph.D.

**Figure 29: PARAPLATIN (NDC 00015321530) prices to CIGNA**



Source: Bristol-Myers Squibb indirect sales data.

**Figure 30: PROCRIT (NDC 59676030401) prices to CIGNA**



Source: Johnson & Johnson indirect sales data.

Declaration of Eric M. Gaier, Ph.D.

**Figure 31: PROCRIT (NDC 59676031001) prices to CIGNA**



Source: Johnson & Johnson indirect sales data.

**Figure 32: PROCRIT (NDC 59676032001) prices to CIGNA**

Source: Johnson & Johnson indirect sales data.

Declaration of Eric M. Gaier, Ph.D.

**Figure 33: ALBUTEROL (NDC 59930150008) prices to CIGNA**



Source: Schering-Plough indirect sales data.

**Figure 34: INTRON (NDC 00085076901) prices to CIGNA[20]**



Source: Schering-Plough indirect sales data.

---

20  See footnote 17 above.

Declaration of Eric M. Gaier, Ph.D.

**Figure 35: INTRON (NDC 00085118402) prices to CIGNA**



Source: Schering-Plough indirect sales data.

**Figure 36: PERPHENAZINE (NDC 59930160501) prices to CIGNA**



Source: Schering-Plough indirect sales data.

Declaration of Eric M. Gaier, Ph.D.

**Figure 37: PROVENTIL (NDC 00085020802) prices to CIGNA**



Source: Schering-Plough indirect sales data.

**Figure 38: PROVENTIL (NDC 00085020901) prices to CIGNA**



Source: Schering-Plough indirect sales data.

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

## Fallon

**Figure 39: ZOLADEX (NDC 00310096130) prices to Fallon**



Source: AstraZeneca indirect sales data.

**Figure 40: BLENOXANE (NDC 00015301020) prices to Fallon**



Source: Bristol-Myers Squibb indirect sales data.

Declaration of Eric M. Gaier, Ph.D.

**Figure 41: CYTOXAN (NDC 00015054841) prices to Fallon**



Source: Bristol-Myers Squibb indirect sales data.

**Figure 42: PARAPLATIN (NDC 00015321530) prices to Fallon**



Source: Bristol-Myers Squibb indirect sales data.

Declaration of Eric M. Gaier, Ph.D.

**Figure 43: VEPESID (NDC 00015309145) prices to Fallon**



Source: Bristol-Myers Squibb indirect sales data.

**Figure 44: PROCRIT (NDC 59676030401) prices to Fallon**



Source: Johnson & Johnson indirect sales data.

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

**Figure 45: PROCRIT (NDC 59676031001) prices to Fallon**



Source: Johnson & Johnson indirect sales data.

**Figure 46: PROCRIT (NDC 59676032001) prices to Fallon**



Source: Johnson & Johnson indirect sales data.

Declaration of Eric M. Gaier, Ph.D.

**Figure 47: ALBUTEROL (NDC 59930150008) prices to Fallon**



Source: Schering-Plough indirect sales data.

**Figure 48: INTRON (NDC 00085076901) prices to Fallon[21]**



Source: Schering-Plough indirect sales data.

---

21   See footnote 17 above.

Declaration of Eric M. Gaier, Ph.D.

**Figure 49: INTRON (NDC 00085118402) prices to Fallon**



Source: Schering-Plough indirect sales data.

**Figure 50: PROVENTIL (NDC 00085020802) prices to Fallon**



Source: Schering-Plough indirect sales data.

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

**Figure 51: PROVENTIL (NDC 00085020901) prices to Fallon**



Source: Schering-Plough indirect sales data.

Declaration of Eric M. Gaier, Ph.D.

## Harvard Pilgrim

**Figure 52: ZOLADEX (NDC 00310096130) prices to Harvard Pilgrim**



Source: AstraZeneca indirect sales data.

**Figure 53: BLENOXANE (NDC 00015301020) prices to Harvard Pilgrim**



Source: Bristol-Myers Squibb indirect sales data.

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

**Figure 54: CYTOXAN (NDC 00015050301) prices to Harvard Pilgrim**



Source: Bristol-Myers Squibb indirect sales data.

**Figure 55: CYTOXAN (NDC 00015054841) prices to Harvard Pilgrim**

Source: Bristol-Myers Squibb indirect sales data.

Declaration of Eric M. Gaier, Ph.D.

**Figure 56: PARAPLATIN (NDC 00015321530) prices to Harvard Pilgrim**



Source: Bristol-Myers Squibb indirect sales data.

**Figure 57: VEPESID (NDC 00015309145) prices to Harvard Pilgrim**



Source: Bristol-Myers Squibb indirect sales data.

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

**Figure 58: PROCRIT (NDC 59676030401) prices to Harvard Pilgrim**



Source: Johnson & Johnson indirect sales data.

**Figure 59: PROCRIT (NDC 59676031001) prices to Harvard Pilgrim**

Source: Johnson & Johnson indirect sales data.

Declaration of Eric M. Gaier, Ph.D.

**Figure 60: PROCRIT (NDC 59676032001) prices to Harvard Pilgrim**



Source: Johnson & Johnson indirect sales data.

**Figure 61: ALBUTEROL (NDC 59930150008) prices to Harvard Pilgrim**



Source: Schering-Plough indirect sales data.

Declaration of Eric M. Gaier, Ph.D.

**Figure 62: INTRON (NDC 00085076901) prices to Harvard Pilgrim[22]**



Source: Schering-Plough indirect sales data.

**Figure 63: INTRON (NDC 00085118402) prices to Harvard Pilgrim**



Source: Schering-Plough indirect sales data.

---

22   See footnote 17 above.

Declaration of Eric M. Gaier, Ph.D.

**Figure 64: PROVENTIL (NDC 00085020802) prices to Harvard Pilgrim**



Source: Schering-Plough indirect sales data.

**Figure 65: PROVENTIL (NDC 00085020901) prices to Harvard Pilgrim**

Source: Schering-Plough indirect sales data.

Declaration of Eric M. Gaier, Ph.D.

# Appendix C: Calculation of sales dollars and prices to Massachusetts TPPs

(11)   In this appendix, I describe the electronic source data and data processing I employ to identify relevant Massachusetts TPP entities and calculate the dollar volumes and prices they paid for physician-administered drugs. I also list the relevant purchasing entities and detail their relationships with the Massachusetts TPPs.

## Electronic source data

(12)   I calculate dollar volumes and prices paid by Massachusetts TPPs using manufacturer chargeback sales data. Below, I list the data tables used for each manufacturer, along with the drugs and time periods for which data were available. I also list the fields used to calculate dollar volumes and prices and the fields used to identify relevant purchasing entities. These entities were identified using the combination of three types of fields: customer name, contract owner name, and state.

## AstraZeneca

Data tables

- cntmgt_zoladex_indirect_sales
- AZ_Sales_Based_Customers.csv—produced by Dr. Hartman on February 3, 2006

Drugs included

- Zoladex

Time coverage

- 1991–2004

Fields for calculating dollar volumes and prices

- net_sales
- no_of_packages

Declaration of Eric M. Gaier, Ph.D.

Field for identifying relevant purchasing entities

- customer_name
- contract_owner
- state

Fields for identifying products

- product_ndc

## Bristol-Myers Squibb

Data tables

- Indirect.txt

Drugs included

- Blenoxane, Cytoxan, Paraplatin, Taxol, Vepesid

Time coverage

- 1993–2002

Fields for calculating dollar volumes and prices

- chbk-adj-contr-prc
- chbk-adj-prod-qty

Fields for identifying relevant purchasing entities

- custname
- ownername
- custst

Fields for identifying products

- chbk-ndc-prod-code

Declaration of Eric M. Gaier, Ph.D.

## Johnson & Johnson

Data tables

- jj_imhc_combined_chargeback

Drugs included

- Procrit

Time coverage

- 1991–1999

Fields for calculating dollar volumes and prices

- amt_contract_price
- units

Fields for identifying relevant purchasing entities

- cust_name
- cust_state

Fields for identifying products

- ndc_no

## Schering-Plough

Data tables

- schering_chargeback_1991_1994
- schering_chargeback_1995_1998
- schering_chargeback_1999_2001
- schering_chargeback_2002_2004

Drugs included

- Albuterol, Intron, Perphenazine, Proventil, Temodar

Declaration of Eric M. Gaier, Ph.D.

Time coverage

- 1991–2004

Fields for calculating dollar volumes and prices

- extended_amount
- quantity

Fields for identifying relevant purchasing entities

- customer_name
- buying_group_name
- customer_state

Fields for identifying products

- ndc_no

## Data processing

- Create purchaser table
  - Identify relevant purchasing entities using customer name, owner name, and state fields present in the manufacturer data
    - Identify purchases by Massachusetts TPPs and their related entities[23]
    - For payors other than CIGNA, a national health plan, I restrict my analysis to purchases in Connecticut, New Hampshire, New Jersey, New York, Massachusetts, Rhode Island, and Vermont.
- Create sales table
  - Pull sales data from manufacturer chargeback tables as specified above.
    - Limit selection to NDCs included in Dr. Hartman's damage analysis
- Merge sales table and purchaser table

---

[23]   The following section details the entities I include in my analysis.

Declaration of Eric M. Gaier, Ph.D.

- Keep only sales data for relevant purchasing entities

- Merge manufacturer data with Dr. Hartman's AWP and ASP data

- For table 2, sum purchases by Massachusetts TPP and manufacturer

- For table 3, sum purchases by Massachusetts TPP and year

- For price graphs, calculate quantity-weighted purchase prices by year and Massachusetts TPP

- For tables 4 through 18, calculate markups as the differences between Dr. Hartman's AWPs and the Massachusetts TPP purchase prices, expressed as a percentage of the purchase prices

## Relevant purchasing entities

(13)   Table 19 below lists the customer/contracting entities appearing in the manufacturer chargeback data that I identify as being related to a Massachusetts TPP.

Declaration of Eric M. Gaier, Ph.D.

**Table 19: Purchasing entities related to Massachusetts TPPs[24]**

| TPP | Purchaser name from chargeback data | Relationship to TPP |
|---|---|---|
| BCBS-MA | HMO Blue | Health plan offered by BCBS-MA starting in 1992[25] |
| BCBS-MA | Medical East | Staff model HMO owned by BCBS-MA from the late 1980's through 1997[26] |
| BCBS-MA | Medical West | Staff model HMO owned by BCBS-MA from the late 1980's through 1997[27] |
| BCBS-MA | Bay State Health Care, Inc | Merged with BCBS-MA in 1992[28] |
| CIGNA | CIGNA Pharmacy | Offered as part of CIGNA's health plan[29] |
| CIGNA | Connecticut General Life Insurance Company (CG) | Merged with INA Healthplan to become CIGNA in 1982[30] |
| CIGNA | Insurance Company of North America (INA Healthplan) | Merged with CG to become CIGNA in 1982[31] |
| CIGNA | EQUICOR | Employee benefit plan purchased by CIGNA in 1990[32] |
| CIGNA | Lovelace Health Systems, INC (Lovelace) | Integrated healthcare system which was a subsidiary of CIGNA from 1991-2003[33] |
| CIGNA | RxPrime | PBM managed by CIGNA from 1992 through 2000[34] |

---

[24] AIS Directory of Health Plans: 2004, MCOs table.

[25] http://www.bluecrossma.com/common/en_US/aboutUsIndex.jsp. See History section of this link for discussion of HMO Blue's beginnings in 1992. Also note that HMO Blue is a current plan offering of BCBS-MA. See http://www.bluecrossma.com/common/en_US/healthPlansIndex.jsp?levelOneDotFive Category=HMO&levelTwoCategory=HMO+Blue&targetTemplate=titleBodyAddLvl.jsp.

[26] See Mulrey deposition, pp. 12-13, 17. Also see http://www.bluecrossma.com/common/en_US/aboutUsIndex.jsp?repId= Repositories.PressReleases.2001PressReleases.pressRelease04052001.xml&levelTwoCategory=News+%28with+Archi ves%29&isLevelThreeSelected=true&targetTemplate=pressReleaseDetail.jsp&iphl=medicall:medical:east.

[27] See Mulrey deposition, pp. 12-13, 17. Also see http://www.bluecrossma.com/common/en_US/aboutUsIndex.jsp?repId=Repositories. PressReleases.2001PressReleases.pressRelease04052001.xml&levelTwoCategory=News+%28with+Archives%29&isLe velThreeSelected=true&targetTemplate=pressReleaseDetail.jsp&iphl=medicall:medical:east.

[28] Merged with BCBSMA in 1992. See http://caselaw.lp.findlaw.com/cgi-bin/getcase.pl?court=1st&navby=case&no=012586. Also see article available through http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=10133054&quer y_hl=2&itool=pubmed_docsum.

[29] http://www.cigna.com/health/consumer/service/pharmacy_claim.html.

[30] In 1982 Connecticut General Life Insurance Company and the Insurance Company of North America, two health care insurance carriers merged to form CIGNA. See http://www.cigna.com/general/about/history.html.

[31] http://www.cigna.com/general/about/history.html.

[32] http://www.cigna.com/general/about/history.html.

[33] Cigna acquired 100 percent ownership of Lovelace in 1991 and sold the subsidiary to Ardent Health in 2003. See http://www.cigna.com/general/about/investor/release/10k20021231.html and http://www.ardenthealth.com/CustomPage.asp?PageName=Lovelace. Also see http://www.lovelacesandia.com/CustomPage.asp?guidCustomContentID=A89B6170-7BC2-4F3D-97A5-41F9BA70E1D5.

[34] http://www.cigna.com/general/about/history.html and http://www.equityleague.org/PDF/cigna_pharmacy_guide.pdf.

---

Declaration of Eric M. Gaier, Ph.D.

| TPP | Purchaser name from chargeback data | Relationship to TPP |
|---|---|---|
| CIGNA | Tel-Drug | Mail order pharmaceutical company purchased to merge with RxPrime from 1993–2000[35] |
| CIGNA | Healthsource | Health care company purchased by CIGNA in 1997[36] |
| Fallon Community Health Plan (FCHP) | Fallon Clinic | Founded the Fallon Clinic Foundation which managed FCHP until 2004[37] |
| Fallon Community Health Plan (FCHP) | Fallon Central Pharmacy (FCP) | Main pharmacy for the Fallon Clinic until 2002[38] |
| Harvard Pilgrim Health Care (HPHC) | Harvard Community Health Plan (HCHP) | Staff model HMO that merged with HPHC in 1994. Owner of Harvard Vanguard through 1997[39] |
| Harvard Pilgrim Health Care (HPHC) | Harvard Vanguard | Physician group, founded in 1969 by HCHP, spun off from HPHC in 1997[40] |
| Harvard Pilgrim Health Care (HPHC) | Multigroup | Regional New England HMO acquired by HCHP in 1986[41] |
| Harvard Pilgrim Health Care (HPHC) | Rhode Island Group Health (RIGH) | Staff model HMO acquired by HCHP in 1992, which closed in 1999[42] |

---

[35] http://www.cigna.com/general/about/history.html.

[36] http://www.cigna.com/general/about/history.html.

[37] Fallon Clinic is a healthcare provider organization, which runs medical centers, physician offices, ambulatory care centers, and other provider locations. See http://www.fchp.org/about/index.aspx and http://www.fchp.org/brokers/qa.aspx#Anchor246. Fallon Clinic founded The Fallon Clinic Foundation, a non-profit public charity, 1988. The Fallon Clinic Foundation governed Fallon Community Health Plan until 2004.  See http://www.bizjournals.com/boston/stories/2005/01/03/daily50.html and http://www.fallonclinicfoundation.org/ourstory/ourstory.aspx. Each Fallon Clinic location can be called a Fallon Medical Center. For example, the clinic location in Auburn, MA can be called "Fallon Medical Center Auburn," as shown in http://www.fchp.org/SeniorPortal/Sales.aspx.  Also see http://www.fallonclinic.com/internet/patients/index.aspx?PAGE=locations&LEVEL1=patients&LEVEL2=locations.

[38] http://www.fchp.org/brokers/resources/brokerEdge/BrokerEdgeFall02.pdf.

[39] Harvard Community Health Plan was a health insurance carrier, founded in 1969, that merged with Harvard Pilgrim Health Care in 1994 and took on the name Harvard Pilgrim. http://www.managedcaremag.com/archives/0002/0002.harvard.html and http://www.prospect.org/columns/kuttner/bk000109.html.

[40] http://www.bizjournals.com/boston/stories/1999/12/20/story6.html. Also see http://www.harvardvanguard.org/about/faq.asp. Also see http://www.managedcaremag.com/archives/0002/0002.harvard.html.

[41] Regional New England HMO acquired by Harvard Community Health Plan in 1986. http://www.managedcaremag.com/archives/0002/0002.harvard.html.

[42] http://findarticles.com/p/articles/mi_qa4100/is_200506/ai_n14715983. Also see http://www.managedcaremag.com/archives/0002/0002.harvard.html.

---

Declaration of Eric M. Gaier, Ph.D.

# Appendix D: Supporting documentation

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) | MDL No. 1456 |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | CIVIL ACTION:  01-CV-12257-PBS |
|  | ) |  |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | ) ) | Judge Patti B. Saris |
|  | ) | Chief Magistrate Judge Marianne B. Bowler |
|  | ) |  |
|  | ) | **[FILED UNDER SEAL PURSUANT TO COURT ORDER]** |
|  | ) |  |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) |  |

## DECLARATION OF RAYMOND S. HARTMAN
## IN SUPPORT OF PLAINTIFFS' CLAIMS OF LIABILITY
## AND CALCUATION OF DAMAGES

for the underlying spreads.  Had the existence of the "mega-spreads" been perceived and understood by TPPs, those payors would have negotiated more aggressively than they did, leading to lower reimbursement rates.  The lower reimbursement rates would have been related to the drug acquisition cost to the provider (or the ASP), which was well below the inflated AWP. Because the "mega-spreads" were not perceived, the reimbursement rates were negotiated relative to the artificially inflated AWPs, which were in many cases 50%-1000% above the actual provider acquisition costs.

### E.  The Economic Incentives Motivating the Alleged Fraudulent Pricing Scheme

16.  For all three Sub-Classes, I discussed incentives and the opportunities for the alleged pricing abuses for physician-administered and Medicare Part B drugs in Attachment F to my September 3, 2004 Declaration in Support of Class Certification. Regarding this, the Court states (emphases added **in bold**):

> "Because doctors are involved as both retailers and as prescribing physicians, manufacturers, realizing the purchasing power of physicians, provide them with rebates, **leading to large profits for the doctors on the prescription and administration of certain drugs**. These profits now allegedly comprise a large percentage of these doctors' income; according to Hartman, two thirds of the income of practice-based oncologists comes from the mark-up on injectable drugs. … Some experts have commented that '**the financial incentives created by this profitability played a large and problematic role in prescribing decisions**' from 1998-2003 because 'prescribers responded to these high margins by tending towards administering more (and more expensive) drugs than might be medically necessary or optimal for the health of the patient.'"

> "Because physician-administered drug reimbursement has been based on a five-digit 'J-Code' system, which does not differentiate for strength, dosage and

---

invested would accrue to more members. This theory is supported by record evidence from Coventry, with more than 2.4 million lives insured, and plaintiff Philadelphia Federation of Teachers Health and Welfare Fund ("Teachers"), with between 55,000 and 65,000 insured lives."

Mr. Young correctly states at ¶ 126 of his Rebuttal Declaration, "The level of consideration, including drug reimbursement that Payors negotiate to pay PBMs is impacted by the Payors leverage in those contract negotiations. Among the most significant sources of a Payor's leverage is the volume of lives it represents. Large Health Plans representing millions of lives may have more leverage, for example, than small union benefit funds with relatively small representation. That leverage allows the larger Health Plans to negotiate deeper discounts, lower administrative fees, up-front payments, and preferential rebates and guarantees."

While TPP size may be more important in negotiations regarding reimbursement rates for self-administered drugs, size will also matter for physician-administered drugs.

Page 1

1          THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF MASSACHUSETTS

3     * * * * * * * * * * * * * * * * * * * * * * * * * * * *

4    IN RE:  PHARMACEUTICAL          MDL DOCKET NO.

5    INDUSTRY AVERAGE WHOLESALE      01CV12257-PBS

6    PRICE LITIGATION

7     * * * * * * * * * * * * * * * * * * * * * * * * * *    DEPOSITION OF

8    THIS DOCUMENT RELATES TO:       MICHAEL T. MULREY

9    ALL ACTIONS                     JANUARY 5, 2006

10    * * * * * * * * * * * * * * * * * * * * * * * * * *

11              C O N F I D E N T I A L

12   DEPOSITION of MICHAEL T. MULREY, a witness called on

13   behalf of the Defendant Johnson & Johnson pursuant to

14   the Federal Rules of Civil Procedure, before Judith

15   McGovern Williams, Certified Shorthand Reporter,

16   Registered Professional Reporter, Certified Realtime

17   Reporter, Certified LiveNote Reporter, and Notary

18   Public in and for the Commonwealth of Massachusetts,

19   at the offices of Robins, Kaplan, Miller & Ciresi,

20   L.L.P., 800 Boylston Street, Boston, Massachusetts

21   02199, on Thursday, January 5, 2006, commencing at

22   1:38 p.m.

Michael T. Mulrey                    CONFIDENTIAL                    January 5, 2006
                                       Boston, MA

Page 10

1    Q.  Okay.
2    A.  -- as their first point of contact.
3    Q.  Which department at Blue Cross/Blue
4  Shield of Massachusetts is responsible today for
5  actually drafting and executing contracts with
6  physicians for the reimbursement of drugs?
7    A.  Provider contracting.
8    Q.  Okay.  How long have you been a manager
9  of the provider reimbursement department?
10   A.  October of 2000 through present.
11   Q.  Just stepping back, if you would
12  describe for the record your post high school
13  education and then your post high school
14  employment, leading up to October of 2000.
15   A.  A graduate of St. Anselm's College, B.A.
16  degree.
17   Q.  Any specialty?
18   A.  Business and economics.
19      And then what was the second part of
20  that question again?
21   Q.  I will follow up.  After getting --
22  obtaining your B.A., have you obtained any other

Page 11

1  educational degree?
2    A.  No.
3    Q.  Have you taken any courses relating to
4  the reimbursement of physician-administered drugs?
5    A.  No.
6    Q.  Have you taken any courses relating to
7  prescription drugs generally?
8    A.  No.
9    Q.  What was your first employment after
10  graduating from college?
11   A.  Oh, God.
12      MR. HARRINGTON:  If you need a minute to
13  remember back that far, Mike.
14      THE WITNESS:  It was a while.
15      (Laughter.)
16   A.  I am going to say it was probably with
17  Aetna as a claims examiner in the auto industry
18  back then.
19   Q.  Okay.  For what years did you hold that
20  position approximately?
21   A.  All right.  Probably '79 to '81.
22   Q.  What did you do next?

Page 12

1    A.  Worked for a company by the name of
2  Barrow Industries, which is a wholesaler of
3  drapery and carpeting, I think is what it was, and
4  that was from probably, oh, '91 -- excuse me --
5  not '91 -- what did I say?
6    Q.  '81?
7    A.  The first one -- yes, '81.  So that was
8  from '81 to '87.
9    Q.  Okay.  What did you do next?
10   A.  Joined Blue Cross/Blue Shield in 1987.
11   Q.  What was your initial position?
12   A.  Senior financial analyst.
13   Q.  What department were you in?
14   A.  Finance department.
15   Q.  What were your responsibilities as a
16  senior financial analyst in the finance
17  department?
18   A.  We maintained all the financial
19  information for our health centers back in the
20  early -- late '80s, early '90s.
21   Q.  What is a health center?
22   A.  They were the staff model HMOs that Blue

Page 13

1  Cross owned through their Medical East/ Medical
2  West Corporation back in the late '80s, early
3  '90s.
4    Q.  When you referred to a staff model HMO,
5  did Blue Cross/Blue Shield of Massachusetts own
6  both pharmacies and physician groups as part of
7  that HMO?
8    A.  I can tell you there were pharmacies
9  within the physical buildings themselves, and the
10  physicians themselves were, as far as I knew, they
11  were salaried through Blue Cross or through
12  Medical East/Medical West.
13   Q.  So the physicians were employees of the
14  --
15   A.  Yes.
16   Q.  -- clinics?
17   A.  Yes.
18   Q.  And those clinics were owned by Blue
19  Cross/Blue Shield of Massachusetts?
20   A.  Yes.
21   Q.  Now I am sorry, was it Medical
22  East/Medical West you referred to?

4 (Pages 10 to 13)

Michael T. Mulrey                         CONFIDENTIAL                         January 5, 2006
                                          Boston, MA

Page 14

1   A.   Yes.
2   Q.   What is that?
3   A.   That was a corporate name under which
4   the staff model HMOs were kind of set up under.
5   Q.   Was Medical East/Medical West a
6   subsidiary of Blue Cross/Blue Shield of
7   Massachusetts?
8   A.   Yes.
9   Q.   A wholly-owned subsidiary?
10   A.   I'm not sure on that.
11   Q.   Do you recall who was in charge of
12   Medical East and West from the late '80s and early
13   '90s?
14   A.   Each health center had its own executive
15   director.  I am trying to think.  There was a
16   senior group above them.  Oh, I want to say it had
17   its own separate kind of president, if you will,
18   for Medical East/Medical West.  I just for the
19   life of me can't think of the -- it was a man at
20   the time I was there -- his name.
21   Q.   Did this, the president of Medical East
22   and West, report in to someone in Blue Cross/Blue

Page 15

1   Shield?
2   A.   Yes.  As far as I knew, yes.
3   Q.   Do you know who that was?
4   A.   No.
5   Q.   How many health centers were there?
6   A.   There were eight, four in the west, four
7   in the east.
8   Q.   And when you say east and west, are we
9   talking east and west of Massachusetts?
10   A.   Yes.  East and west.  West of Worcester
11   and east of Worcester, if you will, hence Medical
12   East/Medical West.
13   MR. HARRINGTON:  They are from out of
14   town.
15   MR. HAAS:  I am thinking Mississippi
16   versus -- actually I grew up in Lexington, so.
17   MR. HARRINGTON:  West of Worcester is
18   the west coast here.
19   (Laughter.)
20   THE WITNESS:  So he knows where
21   Worcester is.
22   BY MR. HAAS:

Page 16

1   Q.   So what in particular did you do with
2   respect to the maintenance of financial
3   information for the health centers?
4   A.   We compiled, you know, each health
5   center had its own kind of senior financial
6   analyst that was in charge of compiling kind of
7   their financial statements at the close of each
8   month, so your profit and loss statements, your
9   balance sheets and such.
10   Q.   All right.  Those P & L's, were they
11   consolidated with Blue Cross/Blue Shield's?
12   A.   Yes.  We would send them up to
13   corporate, and somewhere that would happen.
14   Q.   Were you responsible for all of the
15   health centers or particular ones?
16   A.   Just one that I worked out of.
17   Q.   So you actually worked at the site?
18   A.   Yes.
19   Q.   Which one was that?
20   A.   At Braintree.
21   Q.   And what was the nature of that site?
22   Was it a hospital, a pharmacy, a clinic, all

Page 17

1   three?
2   A.   It was physician offices.  The pharmacy
3   was in the building as well, a small lab area.
4   Q.   Just to get the time frame down, this is
5   from 1987 until about what time?
6   A.   About '91.
7   Q.   At this time did you move on to another
8   position?
9   A.   Yes.
10   Q.   What was that?
11   A.   I moved on to become a business analyst
12   under the HMO Blue information systems area.
13   Q.   Okay.  Did Blue Cross/Blue Shield of
14   Massachusetts spin off, sell, or otherwise disband
15   the staff model HMOs in 1991?
16   A.   Not in '91, no.
17   Q.   Did there come a point in time that they
18   did?
19   A.   Yes.
20   Q.   When was that?
21   A.   I think it was in the time frame of '96-
22   '97.

5 (Pages 14 to 17)