# EXHIBIT 15

Deborah Devaux                                                    March 9, 2006
Boston, MA

```
 1              UNITED STATES DISTRICT COURT

 2               DISTRICT OF MASSACHUSETTS

 3                  NO. 01CV12257-PBS

 4      _____

 5     In re:  PHARMACEUTICAL            )

 6     INDUSTRY AVERAGE WHOLESALE        )

 7     PRICE LITIGATION                  )

 8      _____     )

 9     THIS DOCUMENT RELATES TO:         )

10     ALL ACTIONS                       )

11

12          DEPOSITION of DEBORAH DEVAUX, called as a

13     witness by and on behalf of Johnson & Johnson,

14     pursuant to the applicable provisions of the Federal

15     Rules of Civil Procedure, before P. Jodi Ohnemus,

16     Notary Public, Certified Shorthand Reporter,

17     Certified Realtime Reporter, and Registered Merit

18     Reporter, within and for the Commonwealth of

19     Massachusetts, at the offices of Robins, Kaplan,

20     Miller & Ciresi, L.L.P., 800 Boylston Street,

21     Boston, Massachusetts, on Thursday, 9 March, 2006,

22     commencing at 9:35 a.m.
```

Deborah Devaux                                                        March 9, 2006

Boston, MA

<table>
<tr><td colspan="2">

Page 6

```
 1            E X H I B I T S
 2   EXHIBIT        DESCRIPTION            PAGE
 3
 4   Exhibit Devaux 001    "Analysis of CMS Average
 5                    Wholesale Price Reform,
 6                    2/7/04, with handwriting   155
 7
 8   Exhibit Devaux 002    "Analysis of CMS Average
 9               2/7/04           155
10
11   Exhibit Devaux 003    Memo, 11/6/92        220
12
13   Exhibit Devaux 004    "Hooked on Drugs"      230
14
15   Exhibit Devaux 005    Prescription Drug Study,
16               April 1994         237
17
18   Exhibit Devaux 006    BCBSMA-AWP 12496-12500   263
19
20   Exhibit Devaux 007    BCBSMA-AWP 12611-12612   273
21
22   Exhibit Devaux 008A   BCBSMA-AWP 005188-005205  278
```

</td></tr>
</table>

Page 8

```
 1        VIDEO OPERATOR:  We are now recording and
 2   on the record.  My name is George Libares.  I'm a
 3   Certified Legal Video Specialist for Henderson
 4   Legal Service.  Today is March 9th, 2006, and the
 5   time is 9:36 a.m.
 6        This is the deposition of Deborah Devaux,
 7   in re:  The pharmaceutical industry average
 8   wholesale price litigation, in the United States
 9   District Court, District of Massachusetts, Case No.
10   01CV12257-PBS.
11        This deposition is being taken at 800
12   Boylston Street, in Boston, Massachusetts.  The
13   court reporter is Jodi Ohnemus.  Counsel will now
14   state their appearances and the court reporter will
15   administer the oath.
16        MR. MANGI:  Adeel Mangi from Patterson,
17   Belknap, Webb & Tyler Patents for Johnson &
18   Johnson.
19        MR. COCO:  Steven Coco from Robins,
20   Kaplan, Miller & Ciresi for Blue Cross Blue Shield
21   of Massachusetts.
22        MR. NOTARGIACOMO:  Ed Notargiacomo from
```

Page 7

```
 1
 2   Exhibit Devaux 008B   BCBSMA-AWP 005206-5222   279
 3
 4   Exhibit Devaux 008C   BCBSMA-AWP 005223-5239   279
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
```

Page 9

```
 1   Hagens, Berman, Sobol & Shapiro for the class
 2   Plaintiffs.
 3        MR. SKWARA:  Steve Skwara for Blue Cross
 4   Blue Shield of Massachusetts.
 5        DEBORAH L. DEVAUX,
 6        having first been duly sworn,
 7        testified as follows to
 8        direct interrogatories
 9   BY MR. MANGI:
10   Q.  Ms. Devaux, could you state your full name
11   for the record, please.
12   A.  Yes.  It's Deborah Devaux.
13   Q.  Are you currently employed?
14   A.  Yes.
15   Q.  Who do you work for?
16   A.  Blue Cross Blue Shield of Massachusetts.
17   Q.  And what is your current title?
18   A.  Senior vice president for health care
19   contract management.
20   Q.  How long have you held that position?
21   A.  I've been at Blue Cross for five and a
22   half years.  I can't remember exactly when I was
```

3 (Pages 6 to 9)

Deborah Devaux                                                                                   March 9, 2006
Boston, MA

Page 134

1  talk about reimbursement for drugs -- AWP; what it
2  is, what it isn't.
3      A.   Yeah.
4      Q.   Who, to your knowledge, at BCBS are people
5  that are familiar with that benchmark?  Who knows
6  about it?
7          MR. COCO:  Objection.
8      A.   I don't know everybody at Blue Cross Blue
9  Shield who's familiar with that.
10     Q.   Right.  Right.  My question --
11     A.   Certainly, John Killion in my group is
12 familiar with the concept of AWP and of drugs as
13 related to physician office.
14     Q.   So, if -- if you had a question about AWP,
15 if you wanted to know more about it, John Killion
16 would probably be one of the people you would go
17 and talk to?
18         MR. COCO:  Objection.
19     A.   It depends on the question.
20     Q.   Well, if you wanted to gain a general
21 understanding of AWP, what is it, what isn't it,
22 would you go and talk to Mr. Killion or someone

Page 135

1  else?
2          MR. COCO:  Objection.
3      A.   I don't know.  I don't know.
4      Q.   Well, Mr. Killion is the only person
5  you've identified so far who you think --
6      A.   Yeah.
7      Q.   -- may be knowledgeable about it, right?
8      A.   Right.  But it depends on the question.  I
9  mean, we have other people in the organization that
10 know about reimbursement.  I also might talk to our
11 pharmacy benefits manager, Express Scripts, about
12 the question.
13     Q.   Uh-huh.
14     A.   And/or might end up, you know, just doing
15 research on the internet.  I am -- in other words,
16 I'm not saying I would have a knee-jerk reaction.
17 It would kind of depend on what the issue was.
18     Q.   Okay.  So, let's look at the range of
19 possibilities.  Let's say you decided tomorrow you
20 wanted to learn more about AWP.  One option would
21 be to talk to someone at BCBS, of whom John Killion
22 may be one option.

Page 136

1          MR. COCO:  Objection.
2      A.   Yeah.
3      Q.   He's a person you've identified as
4  probably knowledgeable about AWP.
5      A.   Yeah, I might talk to him.
6      Q.   Another option would be to talk to BCBS of
7  Massachusetts' PBM, which is currently Express
8  Scripts.
9          MR. COCO:  Objection.
10     A.   Yes.
11     Q.   And the third option would be to go and
12 research the issue, to look for what's publicly
13 available, what's published about AWP.
14         MR. COCO:  Objection.
15     A.   Right.
16         MR. MANGI:  This is a good time to take
17 lunch, if you're suitably hungry.
18         THE WITNESS:  Okay, sure.
19         VIDEO OPERATOR:  The time is 12:30.  We're
20 off the record.
21         (Whereupon the deposition recessed at
22         12:30 p.m.)

Page 137

1          AFTERNOON SESSION (1:21 PM)
2          VIDEO OPERATOR:  The time is 1:21 p.m.
3  We're on the record.
4      Q.   Ms. Devaux, are you familiar with the term
5  "specialty pharmacy"?
6      A.   Yes.
7      Q.   Okay.  What is your understanding of what
8  a specialty pharmacy does?
9      A.   My knowledge relates to the use of the
10 term "specialty pharmacy" related to injectable
11 drugs.  I'm not sure if there are other drugs that
12 are considered in the category of specialty
13 pharmacy.
14     Q.   What is your understanding of specialty
15 pharmacy in that context?
16     A.   In that context, it's that there are
17 certain drugs that are often administered in a
18 physician's office by injection and observed in a
19 physician's office.
20     Q.   All right.  And what does a -- what is the
21 role of a specialty pharmacy in relation to those
22 drugs?

35 (Pages 134 to 137)

Deborah Devaux                                                                    March 9, 2006
Boston, MA

Page 158

1    A.   Yeah.
2    Q.   Now, earlier in the day I had asked you a
3  question about specialty pharmacies, and in
4  thinking about that, you had mentioned that you
5  recalled a period when BCBS of Massachusetts
6  considered whether to follow CMS as regards a
7  change in methodology.  Do you recall that
8  testimony?
9    A.   Yes.
10   Q.   Okay.  Does this document pertain to that
11 issue?
12   A.   Yes.
13   Q.   Was that issue -- withdraw that.  Are you
14 familiar with the Provider Financial Strategy Work
15 Group?
16   A.   Yes.
17   Q.   Are you a part of that work group?
18   A.   Yes.
19   Q.   What is the role of the Provider Financial
20 Strategy Work Group?
21   A.   The role of the work group is to consider
22 issues related to reimbursement and incentive

Page 159

1  programs for the hospitals and physicians in our
2  network.
3    Q.   Now, previous witnesses have testified
4  that this issue -- whether or not to shift to an
5  ASP methodology -- was considered by that
6  committee.  That was the work group charged with
7  looking at that issue, is that correct?
8    A.   We did have one meeting about this issue,
9  and I recall that this was the -- I believe it was
10 the shorter version of this document was the
11 handout for that meeting.  I don't -- I don't
12 recall seeing the attachments.
13   Q.   So, by "shorter version," you're referring
14 to the --
15   A.   Exhibit Devaux 001.
16   Q.   Okay, which is the same thing as Pages 1
17 through 16 of Exhibit Devaux 002.
18   A.   Yeah.  I -- I don't recall that there was
19 this -- the attachment level of detail at the
20 meeting, but I do recall looking at these options.
21   Q.   Okay.  Now, I'd like to ask you a few
22 questions about this process and this issue.

Page 160

1    A.   Uh-huh.
2    Q.   And if you'd like to refer to the document
3  at any point, please feel free to do so.  Up until
4  this time, and up until consideration of this
5  issue, BCBS of Massachusetts had always followed
6  Medicare's example in terms of the rate it
7  reimbursed for drugs administered in physician'
8  offices, as far as you're aware, right?
9    A.   I don't know about always.  I know that
10 since I joined Blue Cross in 2000, it's been my
11 understanding that we had followed Medicare on
12 this.
13   Q.   Now, when Medicare was contemplating a
14 shift to ASP --
15   A.   Uh-huh.
16   Q.   -- why did BCBS consider whether or not it
17 needs to do the same thing?
18   A.   Because of the fact that we had generally
19 followed Medicare as a standard.
20   Q.   Were there any other reasons why BCBS was
21 contemplating, in this 2003/2004 period, moving
22 away from an AWP-based methodology?

Page 161

1    A.   Not that I'm aware of.
2    Q.   Okay.  Now, I'd like you to turn, if you
3  would, to Page 2 of the document.
4    A.   Uh-huh.
5    Q.   And this is a list of "Reasons For
6  Reform."  Do you see that?
7    A.   Yes.
8    Q.   Okay.  Do you recall these issues being
9  discussed at the meeting of the Provider Financial
10 Strategy Work Group regarding this issue?
11   A.   I don't specifically recall each of these
12 issues, but I recall in general discussing why
13 Medicare was considering moving in this direction.
14   Q.   Okay.  And what was your understanding of
15 the reasons why Medicare was considering moving in
16 this direction?
17   A.   Because Medicare believed that they were
18 overpaying for the drugs; that they were not paying
19 a reasonable rate for the drugs.
20   Q.   Okay.  Anything else?
21   A.   No.
22   Q.   When you say you understood Medicare

41 (Pages 158 to 161)

Deborah Devaux                                                    March 9, 2006
Boston, MA

Page 162

1  thought they were overpaying, is that related to
2  the second bullet point we see on this, "Reasons
3  For Reform" chart?
4         MR. COCO:  Objection.
5     A.  I don't recall exactly what the statements
6  were that led to that, but my understanding was
7  that that's what was causing Medicare to consider a
8  change.
9     Q.  And this document was actually used at the
10  Provider Financial Strategy Work Group?
11    A.  Yes.
12    Q.  Okay.  So, all of these points would have
13  been considered by the group as a whole in reaching
14  their decision?
15    A.  There was certainly at the meeting.  I
16  don't recall discussing each point.  But, yes, the
17  handout would have been available to those
18  attending.
19    Q.  And one of the issues listed here is --
20  the first one on the list, "Physicians benefit from
21  the spread between AWP and acquisition cost,
22  creating an overpayment for drugs and costs for

Page 163

1  Medicare."  Was this the first time you became
2  aware of this particular issue, or were you
3  familiar with it from before?
4         MR. COCO:  Objection.
5     A.  I don't recall.  This is -- I don't
6  recall.  This is certainly the first time that I
7  was involved in a decision about what would be done
8  relative to Medicare.
9     Q.  Okay.  Now, it's fair to say, isn't it,
10  that from your experience in the industry, going
11  all the way back to your work at the New England
12  Medical Center and other facilities, you understood
13  that physicians generally are being reimbursed at
14  reasonable cost plus a margin, right?
15        MR. COCO:  Objection.
16    A.  I don't like to make any general
17  statements about physicians.  I think there are
18  wide variations, depending on the service and the
19  circumstance.
20    Q.  All right.  Did you -- is it your
21  understanding -- again, as a general matter -- that
22  physicians were being reimbursed below their cost,

Page 164

1  at their cost, or at their cost, plus an additional
2  amount?
3         MR. COCO:  Objection.
4     A.  I think that it varies by service, by
5  physician, and by circumstance.
6     Q.  Okay.  Well, when you were at the New
7  England Medical Center, certainly the New England
8  Medical Center sought to attain reimbursement that
9  was at reasonable cost plus a margin, right?  We
10  discussed that this morning.
11    A.  Yes, they sought to attain that
12  reimbursement, yes.
13    Q.  And similarly, there's no reason to think
14  other providers approached reimbursement issues any
15  differently, right?
16        MR. COCO:  Objection.
17    A.  I don't like to attribute thinking to
18  other providers that I might not have knowledge --
19  direct knowledge of.
20    Q.  Let me put it this way then:  Based on
21  your own personal experience when you represented
22  providers in negotiations or when you consulted

Page 165

1  with providers, it's certainly your own experience
2  that providers would seek to be reimbursed at their
3  reasonable cost plus a margin?
4         MR. COCO:  Objection.
5     A.  I think the complexity results in
6  determining what a reasonable cost is and what a
7  reasonable margin is.  But yes, I think that
8  providers do not want to be paid less than their
9  acquisition cost or what they believe to be their
10  service cost.
11    Q.  This third bullet point here also notes
12  that, "Oncologists collected approximately $600
13  million in overpayments."  Do you recall any
14  discussion of this issue at the -- at the meeting?
15        MR. COCO:  Objection.
16    A.  I don't.  This is the kind of issue that
17  wouldn't have registered with me, because if that's
18  a national number, which it seems to be, I probably
19  wouldn't have been as attuned to that as what's the
20  effect on my members.
21    Q.  Now, let's have a look at Page 5 of the
22  document, please.  Now, the first bullet here

42 (Pages 162 to 165)

Deborah Devaux                                                                    March 9, 2006
Boston, MA

Page 170

1    Q.   Now, do you recall whether or not these
2  numbers were discussed at the Provider Financial
3  Strategy Work Group?
4    A.   I don't recall the discussion
5  specifically, but I know that the issue was
6  discussed.  I -- what I recall more clearly was the
7  discussion of the options.
8    Q.   Okay.  And we'll come to that in a moment.
9    A.   This -- in the context of the discussion
10 of the options, not -- not this page in a -- in a
11 vacuum.
12   Q.   Now, looking just at the financial impact,
13 this table charged that in terms of drugs only,
14 moving to an ASP-based methodology would result in
15 savings of over $10 million to BCBS on an
16 annualized basis, right?
17       MR. COCO:  Objection.
18   A.   That's -- looking at this page, that's my
19 understanding.
20   Q.   Okay.  It says that the administration
21 fees for drugs would increase, so, you would --
22 BCBS would be paying $4 million more than it would

Page 171

1  before if it changed to follow CMS's methodology,
2  right?
3        MR. COCO:  Objection.
4    A.   Yes.
5    Q.   And the third row nets out those two
6  figures and shows that if BCBS were to follow CMS's
7  methodology, it would end up saving in excess of $6
8  million on an annualized basis, right?
9        MR. COCO:  Objection.
10   A.   Right.
11   Q.   Okay.  Now, earlier you mentioned that you
12 recall there was a discussion regarding the
13 appropriateness of payments for the drug -- I think
14 you said appropriateness of payments for the drug
15 itself.  What did you mean by that?
16       MR. COCO:  Objection.
17   A.   My understanding of the basic driver for
18 Medicare looking at this was a concern about the
19 reasonableness of the -- the pricing -- the AWP
20 relative to the acquisition cost.  So, my
21 understanding was that was what drove CMS to
22 evaluate a change in payment for the drug.

Page 172

1    Q.   Okay.  And that's similar to the concern
2  that you understand is grounding this litigation,
3  correct?
4        MR. COCO:  Objection.
5    A.   I hadn't thought about the two connected.
6    Q.   Okay.  Well, I mean, let's -- let's think
7  about it now.  As you described it earlier, you
8  understood this litigation was about the
9  relationship between AWP and acquisition costs for
10 drugs, right?
11       MR. COCO:  Objection.
12   A.   I think about how the AWP was set, yeah.
13   Q.   Okay.
14   A.   I think here I'm looking at it more
15 through the lens of the effect of that on the --
16 the effect of that practice on the cost for the
17 health plan.
18   Q.   Okay.  Now, looking at the next page,
19 which is Page 8, what does this chart purport to
20 show?
21   A.   Actually, I don't remember this chart, so
22 I'd have to spend some time looking at it, and I

Page 173

1  don't recall discussing this one at the meeting.
2  (Witness reviews document.)  So, your question was?
3    Q.   What does this chart show?
4        MR. COCO:  Objection.
5    A.   On the surface, what I'd say is it's
6  taking the top ten physician specialties that would
7  be affected by the change that CMS was proposing,
8  and trying to estimate the financial impact on each
9  of those specialties in the aggregate.
10   Q.   Okay.  And why was this analysis of
11 relevance to the determination of this issue?
12   A.   I'd be speculating in hindsight, really.
13 I think other than to say we -- in making any
14 decision -- we always want to understand what the
15 impact is going to be on the providers in our
16 network so that it's not made in a -- in a vacuum.
17 There's really an understanding about how it
18 affects -- who it affects and how.
19   Q.   And is that true as a general statement,
20 before making any changes in reimbursement policy
21 or methodology, Blue Cross Blue Shield wants to
22 understand and give conversation to any concerns

44 (Pages 170 to 173)

Deborah Devaux                                                                  March 9, 2006

Boston, MA

Page 174

1    that providers may have?
2         MR. COCO:  Objection.
3         A.   It's a goal.  I don't know if we always
4    achieve that, but, yes, our goal would be to
5    understand the implications of our decisions by
6    under -- by looking at the impact on the affected
7    providers.
8         Q.   Now, let's turn to the options.
9         A.   Yeah.
10        Q.   I believe you -- you testified earlier
11   that they -- you do recall discussion of -- of the
12   options at the Provider Financial Strategy Work
13   Group.
14        A.   I do.
15        Q.   Now, on Page 12, the first option that was
16   considered is to follow CMS in all respects, both
17   moving drug reimbursement to ASP, and changing
18   admin fees like CMS was, right?
19        MR. COCO:  Objection.
20        A.   Right.
21        Q.   Okay.  What was discussed as regards the
22   positives and negatives of taking that approach?

Page 175

1         A.   I don't recall exactly what the discussion
2    was.  The major issue that has remained in my mind
3    since this meeting two years ago was that the
4    oncologists were stating -- were giving a lot of
5    push-back to Medicare on this issue.  So, the --
6    recollection about what registered in my mind was
7    that some -- I got the impression that there was a
8    significant amount of push-back, and that it was
9    not clear that CMS was absolutely going to
10   implement this as proposed.
11        Q.   Why was the fact that oncologists were
12   pushing back or showing resistance to this change
13   in methodology relevant to consideration of whether
14   or not to adopt Option 1?
15        A.   Really, two reasons:  One, we don't like
16   to be in a position where we're whipsawing.  So, if
17   there was a risk that CMS would implement and then
18   pull back or would not implement after stating that
19   they would, we don't like to be in a position where
20   we've made a decision or announced it or invested
21   in changing our internal coding and payment
22   policies, and then draw that back for the obvious,

Page 176

1    I guess, reasons.
2         Q.   And that's what's reflected in the fourth
3    bullet point under "Comments."
4         MR. COCO:  Objection.
5         A.   I'm not sure what the intent was.  I just
6    know that what registered -- of that bullet.  I
7    just know that what registered in my mind was that
8    CMS was getting a lot of feedback on this issue,
9    and this was not thought at this time to be a
10   payment policy that was definitely going to remain
11   in place.  There was some question about that.
12        Q.   Now, you mentioned there were two reasons,
13   and that's the first.
14        A.   Yeah.
15        Q.   What's the second reason?
16        A.   The second reason was that the oncologists
17   had contemplated to a representative of Blue Cross
18   that, in the event that CMS continued with this
19   policy, they might shift -- they might stop
20   providing this service in their office and put the
21   patient in the middle by requiring that they go to
22   a hospital to get this service, and that -- again,

Page 177

1    I don't remember the discussion, but I remember
2    what registered in my mind is that -- that would
3    not be beneficial to our members for two reasons:
4    One, it may be less convenient for the member to
5    get the service in a hospital open question.
6         But the other was that it would likely be
7    more costly for the member to get that service in
8    the hospital.
9         Q.   More costly to BCBS of Massachusetts --
10        MR. COCO:  Objection.
11        Q.   -- and to the --
12        A.   Ultimately to the member.
13        Q.   Okay.
14        A.   And the employer.  But yes, we were --
15   we're the intermediary.
16        Q.   In other words, BCBS of Massachusetts
17   would be paying more in reimbursement?
18        A.   Could be paying more, right, depending on
19   the setting -- at least that was a potential.
20        Q.   Okay.  Now, was Option 1 adopted?
21        A.   No.
22        Q.   Okay.  Was -- were the reasons why Option

45 (Pages 174 to 177)

Deborah Devaux                                                            March 9, 2006

Boston, MA

Page 190

1  and including the fact that the resistance from the
2  oncology community would -- would not be created,
3  and including the fact that there would be -- not
4  be a shift to a methodology that had not yet been
5  widely adopted, those benefits were determined to
6  be sufficient to adopt Option 4.
7      MR. COCO:  Objection.
8      A.  I didn't -- I can't speak for anyone else
9  in the room.  I didn't really view them as
10 benefits.
11     Q.  Okay.  In fact, my question was far too
12 long.  Let me rephrase it and break it down
13 somewhat.
14     A.  Okay.
15     Q.  Okay.  Based on what we've discussed
16 today, one of the problems with adopting an
17 ASP-based methodology would have been a shift -- a
18 potential shift in the site of care from
19 physicians' offices to the outpatient setting,
20 right?
21     MR. COCO:  Objection.
22     A.  I would say that a potential outcome of

Page 191

1  lowering our payment for the drug was stated by the
2  oncologists to be that they would then move the
3  service to a hospital.
4      Q.  Okay.  And that was a concern at BCBS
5  because of concerns over patient convenience and
6  because of concerns over the higher cost of
7  reimbursing in the hospital outpatient setting,
8  right?
9      MR. COCO:  Objection.
10     A.  Potential, yeah.
11     Q.  Okay.  Now, another concern in shifting to
12 ASP was resistance from the oncologist community.
13     MR. COCO:  Objection.
14     A.  I'm -- I don't know that resistance in and
15 of itself was the -- was the concern that drove me.
16 I understand the wording of the document.  There
17 are policies that we've adopted that physicians are
18 not in agreement with.  But I think the -- the fact
19 that that resistance could potentially cause a
20 change in CMS's reimbursement, which would then
21 create a situation where we might be bouncing
22 around, the effect of that resistance, potentially,

Page 192

1  on CMS was an unknown.
2      Q.  Okay.
3      A.  So, that was something that we wanted to
4  know more about.
5      Q.  So, in consideration of all of those
6  issues -- well, withdraw that.  So, those are some
7  of the issues that you considered to be
8  particularly germane to this decision, right?
9      MR. COCO:  Objection.
10     A.  Without naming them, I'm worried about
11 just saying yes, so --
12     Q.  Well, let me rephrase it.  The concerns
13 that you just described --
14     A.  Yes.
15     Q.  -- are the concerns that you considered
16 particularly germane to this decision.
17     MR. COCO:  Objection.
18     A.  The potential for CMS to change their
19 methodology and the potential for there to be an
20 adverse impact on our members, either in
21 convenience or cost, that was unknown.
22     Q.  And in making the final decision, you

Page 193

1  weighed those concerns, right?
2      MR. COCO:  Objection.
3      A.  I didn't consider it a final decision.
4      Q.  Let me --
5      A.  I considered it a --
6      Q.  Let me rephrase it.  In making the
7  decision in February of 2004 not to move at that
8  time, you weighed those concerns against the
9  concerns with the AWP benchmark that were described
10 by other members of the group and are reflected in
11 this documents.
12     MR. COCO:  Objection.
13     A.  I considered all of those factors.
14     Q.  And you decided that, on balance, Option 4
15 was the best decision for that time.
16     MR. COCO:  Objection.
17     A.  I decided not to change our practice at
18 the moment, or I felt we should decide not to
19 change our practice, and the group agreed.
20     Q.  Which involved the adoption of Option 4.
21     MR. COCO:  Objection.
22     A.  Which actually involved just continuing

49 (Pages 190 to 193)

# EXHIBIT 16



**BlueCross BlueShield** *of Massachusetts*

Landmark Center
401 Park Drive
Boston, MA 02215-3326

# Analysis of CMS Average Wholesale Price Reform

## Reimbursement for Part B Drugs

**Prepared by:**

**Actuarial Department**

**Product and Provider Financial Management**

**February 7, 2004**

# Reasons for Reform

- Physicians benefit from the "spread" between AWP and acquisition cost creating an overpayment for drugs and costs for Medicare.

- According to GAO and CMS, in 2001 Medicare overpaid Part B drugs by over $1billion.

- In 2002 Oncologists collected approximately $600 million in overpayments.

- Patients who pay a coinsurance are adversely affected by the inflated AWP

  - *Source: Committee on Ways and Means, Medicare Prescription Drug, Improvement, and Modernization Act of 2003, Chairman Bill Thomas 2/26/2004*

2

# Average Sales Price (ASP) Reform

The Medicare Modernization ACT has led to the creation of a new drug pricing system beginning January 1, 2004 to replace Medicare's current pricing system.

– **Phase 1:** CMS move from 95% of AWP to 85% of AWP and institutes an increase in drug administration codes effective January 1, 2004.

– **Phase 2:** CMS institutes a new drug pricing system based on the Average Sales (ASP) price of a drug with additional drug administration price increases effective January 1, 2005.

- CMS's new system, the Average Sales Price (ASP), has been developed to reflect drug prices more accurately.

- Standard payment rate for most Part B drugs will be set at 106% of the ASP.

- The ASP Method will be applied to drugs supplied under the DME benefit, certain oral anti-cancer drugs and oral immunosuppressive drugs.

*Sources: 1) Federal Register/Vol. 69, No. 179/Thursday, September 16, 2004/Rules and Regs.*
*2) Private Payer News, Vol. 1, No. 9, October 2004*

3

# Average Sales Price Determination

- **Quarterly Calculation of Manufacturer's ASP:**

  CMS is requiring all drug manufacturers to submit to them, on a quarterly basis, data to determine the Average Sales Price for the drugs they sell.

  A Manufacturer's Average Sales price is calculated by taking total US Sales for a drug and dividing it by number of units sold.

  The following components are removed from the total sales calculation:

  - volume discounts
  - prompt pay discounts
  - cash discounts
  - free goods contingent on purchase requirement
  - charge backs and rebates

*Sources:  1) Federal Register/Vol. 69, No. 179/Thursday, September 16, 2004/Rules and Regs.*

4

# Drug Admin Pricing Increases

- The ASP pricing changes will have adverse affects on physician organizations' profitability in particular Oncology/Hematology physician organizations.

- MD fee schedule payments for oncologists and other specialties are increased to accurately pay MDs for the cost of administering drugs.

  – Source: *Committee on Ways and Means, Medicare Prescription Drug, Improvement, and Modernization Act of 2003, Chairman Bill Thomas 2/26/2004*

5

# Drug Admin Fee Schedule Used for Analysis

## Drug Administration - Fee Schedule

| Proc Code | Description | Current BCBSMA Fee | CMS Fees | % Increase |
|---|---|---|---|---|
| 90471 | Immunization admin | $9.00 | $26.27 | 192% |
| 90472 | Immunization admin, each add | $9.00 | $15.51 | 72% |
| 90473 | Immune admin oral/nasal | $9.00 | $26.27 | 192% |
| 90474 | Immune admin oral/nasal addl | $9.00 | $15.51 | 72% |
| 90780 | IV infusion therapy, 1 hour | $54.07 | $127.12 | 135% |
| 90781 | IV infusion, additional hour | $27.51 | $35.35 | 28% |
| 90782 | Injection, sc/im | $5.53 | $26.81 | 385% |
| 90783 | Injection, ia | $20.08 | $26.61 | 33% |
| 90784 | Injection, iv | $23.23 | $53.61 | 131% |
| 90788 | Injection of antibiotic | $6.00 | $23.59 | 293% |
| 96400 | Chemotherapy, sc/im | $48.29 | $69.75 | 44% |
| 96405 | Intralesional chemo admin | $145.04 | $152.90 | 5% |
| 96408 | Chemotherapy, push technique | $47.59 | $167.57 | 252% |
| 96410 | Chemotherapy,infusion method | $75.28 | $235.37 | 213% |
| 96412 | Chemo, infuse method add-on | $55.97 | $51.42 | -8% |
| 96414 | Chemo, infuse method add-on | $65.30 | $292.27 | 348% |
| 96425 | Chemotherapy,infusion method | $69.58 | $252.01 | 262% |
| 96520 | Port pump refill & main | $43.79 | $215.39 | 392% |
| 96530 | Syst pump refill & main | $51.40 | $155.26 | 202% |

Note: CMS Fees are an estimate of BCBSMA fee schedule pricing levels if the new CMS methodology was adopted.  The estimate does not take into consideration the applicable BCBSMA conversion factor yet to be determined.

6

# Impact to BCBSMA of New CMS Drug Pricing

- Drug Claims Data Set:
  - 6 months physician claims data.
  - Products: (HMO, POS, PPO, FEP, Indem, MCare Risk, MSP, Blue Card)

- Total Annualized Impact:
  - For the purposes of the CMS Drug Administration Pricing Analysis, drug codes 90471, 90472, 90473 and 90474 were maintained at Current BCBSMA Fee Levels ($9.00)

|  | Current BCBSMA Levels | Medicare Reform Levels | Impact | Budget Neutral Multipliers |
|---|---|---|---|---|
| Drug Supply Totals | $38,171,174 | $28,058,946 | -$10,112,228 | 1.36 |
| Drug Admin Totals | $6,917,059 | $11,018,711 | $4,101,652 | 0.63 |
| Total Costs | $45,088,233 | $39,077,657 | -$6,010,576 |  |

7

# Drug Code Reform Impact
## Top 10 Total Dollar Impact by Type/Spec

**Drug Code Impact Analysis by Type and Specialty**

**Analysis of the financial impact on each Type and Specialty of implementing Medicare ASP+6% pricing**

| Type Spec | Narrative | Annual Charges | BCBSMA Current Fee | Medicare Reform Levels ASP+6% | Difference | % Diff |
|---|---|---|---|---|---|---|
| 2059 | Oncology/Hematology | $31,457,860 | $17,897,637 | $13,660,714 | -$4,236,923 | -23.67% |
| 2034 | Urology | $4,814,666 | $3,721,323 | $1,918,398 | -$1,802,925 | -48.45% |
| 2011 | Internal Medicine | $8,461,321 | $5,777,537 | $4,432,738 | -$1,344,799 | -23.28% |
| 2003 | Allergy & Immunology | $2,430,699 | $1,976,254 | $1,018,441 | -$957,813 | -48.47% |
| 2042 | Rheumatology | $5,492,018 | $4,121,317 | $3,333,336 | -$787,982 | -19.12% |
| 2007 | Dermatology | $1,259,017 | $657,366 | $420,195 | -$237,171 | -36.08% |
| 2010 | Gastroenterology | $1,542,308 | $1,071,737 | $860,074 | -$211,663 | -19.75% |
| 2006 | Cardiovascular Disease | $282,474 | $241,305 | $144,541 | -$96,764 | -40.10% |
| 2020 | Orthopedic Surgery | $1,287,789 | $741,555 | $664,361 | -$77,194 | -10.41% |
| 2039 | Nephrology | $297,316 | $231,206 | $179,374 | -$51,832 | -22.42% |
| | | | | | | |
| | Top 10 Totals: | $57,325,467 | $36,437,236 | $26,632,172 | -$9,805,064 | -26.91% |
| | All other Types and Specialties: | $2,467,386 | $1,733,939 | $1,426,775 | -$307,164 | -17.71% |
| | Total Amounts: | $59,792,854 | $38,171,174 | $28,058,946 | -$10,112,228 | -26.49% |

8

# Admin Code Reform Impact Top 10 Type/Spec

## Drug Administration Code Analysis - Drug Administration Type and Specialty Impact Analysis

| Type Spec | Narrative | Charges | BCBSMA Current Fee | Medicare Reform Levels | Difference | % Difference |
|---|---|---|---|---|---|---|
| 2059 | Oncology/Hematology | $6,874,292 | $1,722,922 | $4,072,463 | $2,349,541 | 136.37% |
| 2011 | Internal Medicine | $1,929,242 | $740,293 | $1,669,960 | $929,667 | 125.58% |
| 2016 | Obstetrics/Gynecology | $183,022 | $46,623 | $201,080 | $154,458 | 331.29% |
| 2042 | Rheumatology | $449,853 | $154,611 | $300,756 | $146,145 | 94.52% |
| 2008 | Family Practice | $553,281 | $253,332 | $352,354 | $99,022 | 39.09% |
| 2003 | Allergy & Immunology | $245,167 | $71,566 | $135,394 | $63,827 | 89.19% |
| 2035 | **Pediatric** | **$6,642,266** | **$3,527,707** | **$3,575,901** | **$48,194** | **1.37%** |
| 2001 | General Practice | $71,099 | $40,146 | $83,917 | $43,771 | 109.03% |
| 2034 | Urology | $125,440 | $71,371 | $111,362 | $39,990 | 56.03% |
| 2010 | Gastroenterology | $113,500 | $40,863 | $80,172 | $39,309 | 96.20% |
| | | | | | | |
| | **Top 10 Totals:** | **$17,187,163** | **$6,669,433** | **$10,583,358** | **$3,913,925** | **58.68%** |
| | **All other Types and Specialties:** | **$577,137** | **$247,626** | **$435,353** | **$187,727** | **75.81%** |
| | **Total Amounts:** | **$17,764,300** | **$6,917,059** | **$11,018,711** | **$4,101,652** | **59.30%** |

9

# Total Reform
# Type/Spec Impact

**Drug and Administration Code Analysis - Total Type and Specialty Impact Analysis**

| Type Spec | Narrative | Annual Charges | Current BCBSMA Levels | Medicare Drug Only Reform Levels | Difference | % Difference |
|---|---|---|---|---|---|---|
| 2059 | Oncology/Hematology | $38,332,152 | $19,620,558 | $17,733,177 | -$1,887,382 | -9.62% |
| 2034 | Urology | $4,940,107 | $3,792,694 | $2,029,760 | -$1,762,934 | -46.48% |
| 2003 | Allergy & Immunology | $2,675,866 | $2,047,820 | $1,153,835 | -$893,986 | -43.66% |
| 2042 | Rheumatology | $5,941,872 | $4,275,928 | $3,634,092 | -$641,836 | -15.01% |
| 2011 | Internal Medicine | $10,390,563 | $6,517,829 | $6,102,698 | -$415,131 | -6.37% |
| 2007 | Dermatology | $1,368,768 | $700,678 | $493,657 | -$207,021 | -29.55% |
| 2010 | Gastroenterology | $1,655,808 | $1,112,600 | $940,246 | -$172,354 | -15.49% |
| 2020 | Orthopedic Surgery | $1,288,251 | $741,835 | $665,577 | -$76,258 | -10.28% |
| 2006 | Cardiovascular Disease | $325,707 | $261,377 | $191,476 | -$69,901 | -26.74% |
| 2039 | Nephrology | $323,974 | $239,409 | $202,157 | -$37,252 | -15.56% |
| | | | | | | |
| | Top 10 Totals: | $67,243,068 | $39,310,728 | $33,146,674 | -$6,164,054 | -15.68% |
| | All other Types and Specialties: | $10,314,086 | $5,777,505 | $5,930,983 | $153,478 | 2.66% |
| | **Total Amounts:** | $77,557,154 | $45,088,233 | $39,077,657 | -$6,010,576 | -13.33% |

10

# Drug Reform Coding Impact
## Top 10 Codes Based On Total Dollar Impact

Analysis of the financial impact of implementing Medicare ASP+6% pricing

| Proc | Description | Charges | BCBSMA Current Fee | Avg Allow | CY 2004 2nd Quarter ASP+6% | Allowed @ ASP+6% | Difference | % Difference |
|---|---|---|---|---|---|---|---|---|
| J1563 | IV immune globulin | $4,313,568 | $2,966,332 | $75.90 | $38.02 | $1,529,012 | -$1,437,320 | -48.45% |
| J9217 | Leuprolide acetate suspnsion | $3,267,996 | $2,514,258 | $566.54 | $242.26 | $1,088,716 | -$1,425,542 | -56.70% |
| J1745 | Infliximab injection | $8,919,852 | $6,845,546 | $65.64 | $53.28 | $5,551,456 | -$1,294,089 | -18.90% |
| J9265 | Paclitaxel injection | $1,989,454 | $1,162,525 | $164.51 | $17.84 | $134,192 | -$1,028,333 | -88.46% |
| Q0136 | Non esrd epoetin alpha inj | $5,671,079 | $3,455,236 | $12.98 | $10.34 | $2,750,357 | -$704,879 | -20.40% |
| J9202 | Goserelin acetate implant | $1,246,349 | $1,037,128 | $427.47 | $216.10 | $533,335 | -$503,793 | -48.58% |
| J2505 | Injection, pegfilgrastim 6mg | $4,028,356 | $2,673,585 | $2,811.80 | $2,277.58 | $2,172,811 | -$500,774 | -18.73% |
| J2430 | Pamidronate disodium /30 MG | $679,231 | $484,947 | $269.29 | $57.63 | $105,117 | -$379,830 | -78.32% |
| J0880 | Darbepoetin alfa injection | $2,876,733 | $1,489,248 | $24.67 | $18.45 | $1,159,841 | -$329,407 | -22.12% |
| J9310 | Rituximab cancer treatment | $2,358,183 | $1,620,685 | $489.35 | $438.38 | $1,415,967 | -$204,717 | -12.63% |
| | | | | | | | | |
| | Top 10 Codes: | $35,350,800 | $24,249,490 | | | $16,440,806 | -$7,808,684 | -32.20% |
| | All other codes: | $24,442,053 | $13,921,685 | | | $11,618,140 | -$2,303,544 | -16.55% |
| | Total Amounts: | $59,792,854 | $38,171,174 | | | $28,058,946 | -$10,112,228 | -26.49% |

# Option 1:

- Move to CMS ASP with changes in Admin Fees

  – Pros:
    - Administratively easy to maintain
    - Every provider is paid in the same way
    - Consistency among all product lines (Commercial, BC65 reimbursed using the same methodology)

  – Cons:
    - High impact to certain provider types (i.e., Oncology)
    - Resistance to changes by network
    - Potential shift to facility setting (Oncologists)
    - Uncertain future of CMS continuing with this payment methodology

  – Total Impact:  -$6,010,576

12

# Option 2

- Move to a **Budget Neutral** CMS ASP Methodology <u>without</u> changes in Administration Fees

  – This option would include adopting the CMS ASP Drug Fee Methodology while applying a **"multiplier"** to the fees. This option would allow BCBSMA to adopt the CMS ASP Methodology without reducing the total payments for drugs on a network-wide basis.

  - Pro:
    – Follow CMS's standard drug methodology
    – Overall Budget Neutrality to BCBSMA
    – Source for pricing updates

  - Con:
    – Although this methodology is budget neutral on a network-wide basis, some specialties may be adversely affected (i.e. – oncologists)

  – Budget Neutral Drug Code Multiplier:        1.36

13

14

# Option 3:

- Maintain current 95% of 2004 CMS AWPs

  – Pros:

    • Never Update
    • No major system changes

  – Cons:

    • Stagnant Drug Fees
    • Not following standard set by CMS

  – Total Impact: $0

# Option 4:

- Find drug vendor who can supply AWP's on a " J" Code Level.

  – Pros:

    • Can maintain current 95% of AWP methodology and level

    • Can be updated quarterly

    • Can set the percentage of AWP to whatever we find appropriate

  – Cons:

    • Does not follow CMS method

    • Drug Administration Fees will not increase

15

# Next Steps

- Need decision/direction on physician drug reimbursement methodology

- Does BC65 have to follow CMS's drug payment methodology

- Timing – implementation date of change

- Notice to network