# EXHIBIT 17

Page 1

```
 1              THE UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3       ****************************

 4    IN RE:  PHARMACEUTICAL          MDL DOCKET NO.

 5    INDUSTRY AVERAGE WHOLESALE      01CV12257-PBS

 6    PRICE LITIGATION

 7       ****************************   DEPOSITION OF

 8    THIS DOCUMENT RELATES TO:       MICHAEL T. MULREY

 9    ALL ACTIONS                     JANUARY 5, 2006

10       ****************************

11              C O N F I D E N T I A L

12    DEPOSITION of MICHAEL T. MULREY, a witness called on

13    behalf of the Defendant Johnson & Johnson pursuant to

14    the Federal Rules of Civil Procedure, before Judith

15    McGovern Williams, Certified Shorthand Reporter,

16    Registered Professional Reporter, Certified Realtime

17    Reporter, Certified LiveNote Reporter, and Notary

18    Public in and for the Commonwealth of Massachusetts,

19    at the offices of Robins, Kaplan, Miller & Ciresi,

20    L.L.P., 800 Boylston Street, Boston, Massachusetts

21    02199, on Thursday, January 5, 2006, commencing at

22    1:38 p.m.
```

Michael T. Mulrey                    CONFIDENTIAL                    January 5, 2006
                                      Boston, MA

Page 42

1    Q.   If you would just list the various
2    methodologies that you're aware of over time from
3    1991 to present, and I will follow up with
4    specific questions about those.
5    A.   What I knew in '91, I didn't know how
6    any of it -- I mean I came into my role in 2000.
7    Q.   All right.
8    A.   From that point forward, I know how we
9    reimburse our physicians, but prior to that, I
10   didn't have any direct knowledge of drug
11   reimbursement to physicians.
12   Q.   I am not limiting it to direct
13   knowledge.
14   A.   Okay.
15   Q.   I am limiting it to -- my question goes
16   to sitting here today what methodologies are you
17   aware of that Blue Cross/Blue Shield of
18   Massachusetts utilized to reimburse physician-
19   administered drugs that were administered to its
20   members from 1991 to today.
21   A.   Average wholesale price.
22   Q.   They reimbursed on the basis of average

Page 43

1    wholesale price?
2    A.   Yes.
3    Q.   That is one methodology?
4    A.   Yes.
5    Q.   Are you aware of another methodology?
6    A.   That Blue Cross reimbursed?  No.
7    Q.   You mentioned before the break that Blue
8    Cross/Blue Shield of Massachusetts reimbursed
9    physicians under capitated programs for drugs?
10   A.   Yes.
11   Q.   So that is a second methodology?
12   A.   Okay.
13   Q.   Capitation; right?
14   A.   Yes.
15   Q.   You also testified that there were
16   withhold plans; correct?
17   A.   Yes.
18   Q.   So that is a third methodology?
19   A.   Okay.
20   Q.   Okay.  Are there any other methodologies
21   utilized by Blue Cross/Blue Shield of
22   Massachusetts or that were from 1991 through

Page 44

1    today?
2    A.   I mean -- no.  I mean AWP, and in my
3    opinion, like a fee-for-service type arrangement.
4    A claim is submitted, and it is paid based on the
5    AWP that we have on file.
6    So when you're talking capitation and
7    risk, those are kind of different ways of
8    reimbursing providers.  Fee for service is another
9    way to reimburse providers.  Or fee-for-service
10   reimbursement on drugs is based on AWP.
11   Q.   I understand the point you are trying to
12   make.
13   A.   Okay.
14   Q.   And I understand that Blue Cross/Blue
15   Shield has reimbursed some claims based upon AWP -
16   -
17   A.   Yes.
18   Q.   -- for drugs that were administered in
19   the office, but what I am trying to get an
20   understanding of is what other methodologies it
21   also used.  You have mentioned capitation?
22   A.   Yes.

Page 45

1    Q.   And you mentioned withholds?
2    A.   Yes.
3    Q.   My question is are there any other
4    methodologies that Blue Cross/Blue Shield utilized
5    to reimburse physician- administered drugs that
6    were administered to its members?
7    A.   I'm not aware of any others other than
8    those three.
9    Q.   So we have the fee for service,
10   capitation, withhold, and then the staff model HMO
11   concept that we discussed earlier?
12   A.   Yes.
13   Q.   Okay.  How long were you at Harvard
14   Pilgrim Healthcare?
15   A.   Two years:  '98 to 2000.
16   Q.   During that time frame, was your title
17   always senior contract analyst?
18   A.   Yes.
19   Q.   Did your responsibilities change at all
20   over that time frame?
21   A.   No.
22   Q.   What did you do after that?

12 (Pages 42 to 45)

Michael T. Mulrey                 CONFIDENTIAL                  January 5, 2006
                                   Boston, MA

Page 54

1  indemnity site-of-service fee schedule. That is
2  all because of how we reimburse our physician
3  networks.
4      Q.   Let me set that issue aside for a
5  second.
6      A.   Yes.
7      Q.   With respect to the reimbursement for
8  physician-administered drugs in physician offices,
9  --
10     A.   Yes.
11     Q.   -- of those 45 fee schedules, how many
12 of those schedules pertain solely to the
13 reimbursement of physicians for drugs administered
14 in their offices?
15     A.   Those four main ones.
16     Q.   So is it fair to say that with respect
17 to the fee-for-service reimbursement Blue
18 Cross/Blue Shield's policy is to provide the
19 reimbursement terms to physician practices on a
20 take-it-or-leave-it basis?
21     A.   I wouldn't say it is quite that strong.
22 I mean we provide our providers with a contract

Page 55

1  and fee schedules, and it is their decision
2  whether or not they choose to sign it.
3      Q.   What negotiation of the fee schedule
4  amounts does Blue Cross/Blue Shield of
5  Massachusetts engage in with physicians, if any?
6      A.   None.
7      Q.   So there is no variability in the fee
8  schedules at the provider level; is that correct?
9      A.   That's correct.
10     Q.   How long has that been the policy and
11 practice of Blue Cross/Blue Shield of
12 Massachusetts with respect to fee-for- service
13 reimbursement?
14     A.   It goes back to 1995.
15     Q.   What was the impetus of the adoption in
16 1995 of this take-it-or-leave-it or no-
17 negotiation policy?
18     A.   Well, when the fee schedules were based
19 on RBRVS back in '95 and have been ever since.
20     Q.   Now I want to be clear.  When I am
21 talking about fee schedules, I am talking about
22 both the reimbursement for the services as well as

Page 56

1  the reimbursement for the drugs.  Okay?
2          Now are there separate fee schedules at
3  Blue Cross/Blue Shield of Massachusetts pertaining
4  to the reimbursement of services versus the
5  reimbursement of drugs?
6      A.   Separate fee schedules?
7      Q.   Yes.
8      A.   For drugs?
9      Q.   Yes.
10     A.   No.
11     Q.   Okay.
12     A.   No.
13     Q.   So when we are talking about fee
14 schedules --
15     A.   Yes.
16     Q.   -- and we have been talking about fee
17 schedules, your understanding of that term is to
18 be the schedule of reimbursements for both drugs
19 and services; correct?
20     A.   Yes.
21     Q.   Okay.
22          MR. HARRINGTON:  This is in the self --

Page 57

1  the physician-administered drug area?
2          MR. HAAS:  Yes.  With respect to
3  reimbursement of physicians.
4      Q.   Prior to 1995, did Blue Cross/Blue
5  Shield of Massachusetts negotiate fee-for-service
6  reimbursement for physician-administered drugs on
7  a provider -- at a provider level?
8      A.   I'm not aware of it.
9      Q.   When you say you are not aware of it,
10 sitting here today, could you say one way or the
11 other whether they did?
12     A.   I can't say.
13     Q.   What is your basis for understanding
14 that there was a change in practice or policy as
15 of 1995?
16          MR. HARRINGTON:  Well, objection.  Go
17 ahead.
18     A.   Prior to that, the fee schedules were
19 usual and customary, and it was felt, you know, to
20 administer those was a burden, so they moved to a
21 more standardized nationally-recognized payment
22 methodology.

15 (Pages 54 to 57)

CONFIDENTIAL
Boston, MA

Page 58

1  Q. All right. When you say prior to that
2  the fee schedule was usual or customary, what does
3  that mean?
4  A. They, in the case of claims being
5  submitted, there would be a provider profile
6  saying, you know, he can get paid up to this
7  level, and we would look against the -- a level
8  two reimbursement, level two being our indemnity
9  reimbursement. If it fell within that, that was
10  his level of reimbursement.
11  Q. So prior to 1995, physicians were
12  reimbursed on a charge basis?
13  A. No. It wasn't charge. It was usual and
14  customary. I mean his charges up to a ceiling, if
15  you will. Right.
16  Q. All right. And how did Blue Cross/Blue
17  Shield of Massachusetts determine the usual and
18  customary ceiling that it used to determine fee-
19  for-service reimbursement prior to 1995?
20  A. I can't say for certain. I wasn't, you
21  know, involved at that point.
22  Q. But it was your understanding that that

Page 59

1  was the methodology --
2  A. Yes.
3  Q. -- used before --
4  A. Yes.
5  Q. -- the fee schedule reimbursement?
6  A. Yes.
7  Q. So that is yet another way of
8  reimbursement, another methodology Blue Cross/Blue
9  Shield of Massachusetts used in the 1990s;
10  correct?
11  A. Yes.
12  Q. Okay. So let me just see if I have the
13  going list now. We have usual and customary
14  reimbursement on a fee-for- service basis prior to
15  1995; we have fee schedule reimbursement after
16  1995 for the fee-for-service reimbursement; we
17  have capitation; we have withholding; and we have
18  the staff model concept.
19      Are there any -- is that a comprehensive
20  list to your knowledge of the methodologies used
21  by Blue Cross/Blue Shield of Massachusetts to
22  reimburse physician-administered drugs

Page 60

1  administered to its members in 1991 through today?
2  A. I would say yes.
3  Q. Okay. So the shift from usual and
4  customary to the fee schedule was in part due to
5  the administrative simplicity with using fee
6  schedules?
7  A. Yes.
8  Q. Now focusing on these four different
9  schedules that you have identified, how do they
10  differ, if at all, with respect to the amounts
11  that are afforded to physicians for the
12  administration of drugs to Blue Cross/Blue Shield
13  of Massachusetts members?
14  A. The drug fees on all four schedules
15  right now are all equal, the same.
16  Q. Okay. Currently today what is the
17  amount in the fee schedules that is afforded to
18  physicians for the administration of drugs to Blue
19  Cross/Blue Shield of Massachusetts members?
20  A. You are asking what the AWP was set at?
21  Q. Is there a constant methodology utilized
22  for all drugs in each of the fee schedules?

Page 61

1  A. Right.
2  Q. And is that methodology for the fee-for-
3  service reimbursement based upon a percentage of
4  AWP?
5  A. Yes.
6  Q. And what is that percentage?
7  A. 95 percent.
8  Q. How long has Blue Cross/Blue Shield of
9  Massachusetts utilized a reimbursement amount of
10  95 percent of AWP to reimburse all drugs on all
11  its fee schedules?
12  A. Since '98 when Medicare made their
13  change.
14  Q. Prior to 1998, what methodology did Blue
15  Cross/Blue Shield of Massachusetts use to
16  reimburse -- to determine the reimbursement
17  amounts for drugs on its fee schedules?
18  A. I don't -- I'm -- let me back this up.
19  What methodology did we use?
20  Q. When I say methodology, --
21  A. Yes.
22  Q. -- you have referred to 95 percent of

16 (Pages 58 to 61)

Michael T. Mulrey                     CONFIDENTIAL                     January 5, 2006
                                        Boston, MA



Page 98

1     Q.   All right.  Is this your handwriting on
2  the document?
3     A.   Yes, it is.
4     Q.   So this was produced from your files?
5     A.   Yes.
6          MR. HAAS:  Just for the record, there is
7  some sections of this, for example, page 7, page
8  8, that, because it was produced in hard copy
9  format and was copied, that it is illegible.  We
10  request that an electronic version or a legible
11  version be produced.
12         MR. HARRINGTON:  We will see what is
13  available.
14  BY MR. HAAS:
15     Q.   Do you maintain a copy of this document
16  on your system electronically?
17     A.   Yes.  I should probably have a copy
18  someplace.
19     Q.   What does the handwriting on the left-
20  hand side of the cover page say?
21     A.   "D. Devaux feels no real appetite to
22  follow Medicare's lead at this time."

Page 99

1     Q.   That is senior vice president Deb
2  Devaux?
3     A.   Yes.
4     Q.   Was she the ultimate decision-maker on
5  this project?
6     A.   No.
7     Q.   Okay.  And in the upper right-hand
8  corner, it says, "2-7-05 presented to PFSW."  Is
9  that the provider financial strategy work group?
10     A.   Yes.
11     Q.   On page 5 of this, if you would turn
12  with me to page 5.
13          (Witness complying.)
14     Q.   In the first bullet point, it states,
15  "The ASP pricing changes will have adverse effects
16  on physician organizations' profitability in
17  particular oncology/ hematology physician
18  organizations."
19          Do you see that?
20     A.   Yes.
21     Q.   Aside from the source that you cited at
22  the bottom of the page, which is the Committee on

Page 100

1  Ways and Means, did you review any other
2  documentation or materials to obtain an
3  understanding with respect to that point?
4     A.   No.
5     Q.   The second bullet point says, "M.D. fee
6  schedule payments for oncologists and other
7  specialities are increased to accurately pay M.D.s
8  for the cost of administering drugs."
9          What do you mean by that?
10     A.   Coming out of the same source and saying
11  they are going to increase the payment level for
12  the administration side.
13     Q.   They were saying they were doing that in
14  order to compensate for the inadequate, "they"
15  being Medicare --
16          MR. HAAS:  Withdraw that.
17     Q.   The source stated, am I correct, that
18  Medicare was increasing the payments for services
19  associated with administration of drugs because
20  historically they had been inadequate to
21  compensate doctors for those costs; correct?
22          MR. HARRINGTON:  Well, objection.

Page 101

1     A.   That's what the source said, so.
2     Q.   Did you discuss these two points as a
3  group, as a whole?
4     A.   We walked through the whole
5  presentation.
6     Q.   All right.  Did you discuss with the
7  group whether -- what other people's views were
8  with respect to whether ASP pricing would have an
9  adverse effect on physician organizations'
10  profitability?
11     A.   Not directly with anyone.
12     Q.   All right.  So in connection with your
13  group meetings of the financial strategy workshop,
14  no one assessed independently what the impact of
15  the ASP pricing change may or may not have on
16  physician organizations' profitability?
17     A.   You can see from the analysis it was
18  done on a network-wide basis and then broken down
19  by different provider specialties.
20     Q.   This analysis that you did was based
21  upon what information?
22     A.   The analysis was based on Medicare's ASP

26 (Pages 98 to 101)

Michael T. Mulrey                    CONFIDENTIAL                    January 5, 2006
                                      Boston, MA

Page 102

1   pricing and our utilization for the drugs.
2       Q.   All right.  Did you or anyone on the
3   financial strategy work group attempt to assess
4   the profitability of providers in connection with
5   determining the impact of this change in
6   reimbursements on that profitability?
7       A.   Are you asking profitability on an
8   individual physician basis?
9       Q.   Or in general.  My question is whether
10  or not that was a consideration of the financial
11  work group.  I understand that your analysis
12  involved the assessment of essentially the revenue
13  component to the doctors, the reimbursement, which
14  was based upon your data.  My question is
15  something different, though.  This point goes to
16  physicians' profitability.
17      So my question is:  Did anybody in your
18  group, the financial strategy work group, attempt
19  to assess in any way the impact of the change on
20  physicians' profitability?
21      A.   I think that is what this whole analysis
22  gets to is if there is a reduction in payment it

Page 103

1   is going to affect their profitability.
2       Q.   Okay.  Let me ask it a different way.
3       Did anyone discuss the extent of the
4   profitability of the clinics and whether or not
5   after the change whether clinics would be
6   underwatered with respect to reimbursement of
7   drugs, for example, or earn less margin?
8       A.   No.  Now you are throwing the word
9   "clinic" in there, and you have got me a little
10  confused.  That is the health centers.  You are
11  talking the physician organizations, a physician?
12      Q.   Yes.
13      A.   Did we look at the profitability of
14  these physicians at a group or at an individual
15  level?
16      Q.   Yes.
17      A.   No.
18      Q.   Okay.  For example, Steve Fox was the
19  director of provider relations; right?
20      A.   Yes.
21      Q.   He was a member of the financial
22  strategy work group; right?

Page 104

1       A.   Yes.
2       Q.   Did Mr. Fox communicate in these
3   meetings any views of providers as to how this
4   potential change in reimbursement or in fact
5   change in reimbursement was impacting or would
6   impact the profitability?
7       A.   I mean I can't recall, you know, the
8   exact discussions.  This was well over a year ago.
9   But, yes, there was discussion around the table on
10  a lot of different things that were in this
11  analysis.
12      Q.   Okay.  Did -- were there minutes taken
13  of these meetings?
14      A.   There might have been.  I would have to
15  check.  Not every time do meetings -- meeting
16  minutes get produced.
17      Q.   Who was the secretary or who took the
18  minutes?
19      A.   It might have been Michelle McDonough.
20  She is not listed there.
21      Q.   Who is Michelle McDonough?
22      A.   She was just a kind of an analyst that -

Page 105

1   - kind of a coordinator of the meetings and making
2   sure they were on.
3       MR. HAAS:  We would request that those
4   minutes be produced.
5       MR. HARRINGTON:  If they exist, we will
6   examine them and determine if they should be
7   produced for this meeting.
8   BY MR. HAAS:
9       Q.   In connection with this analysis when
10  you had the epiphany with respect to the meaning
11  of AWP and you learned the Medicare's position
12  with respect to the inadequacy of servicing fees,
13  did you go back and review any of the government
14  reports at that time concerning this issue?
15      MR. HARRINGTON:  I object to the form.
16  Go ahead.
17      A.   I read literature, you know.  I can't
18  say how far back, you know, some of it was, I
19  mean, but I started reading more about the issue
20  itself.
21      MR. HAAS:  Mark this.
22      (Multipage Excessive Medicare

27 (Pages 102 to 105)

# EXHIBIT 18

Page 1

1          UNITED STATES DISTRICT COURT

           FOR THE DISTRICT OF MASSACHUSETTS

2

3                       ---o0o---

4

5    In re:  PHARMACEUTICAL            MDL DOCKET NO.

     INDUSTRY AVERAGE WHOLESALE        CIVIL ACTION

6    PRICE LITIGATION                  01CV12257-PBS

7    _____

     THIS DOCUMENT RELATES TO:

8    ALL ACTIONS

9

10   - - - - - - - - - - - - - - - - - - -x

11

12              CONFIDENTIAL TRANSCRIPT

13                  1340 Concord Terrace

14                  Third Floor

15                  Sunrise, Florida

16                  September 20, 2004

17                  9:20 a.m. - 1:05 p.m.

18      DEPOSITION OF HAL GOLDMAN, PHARM D., R.Ph.

19          Taken before LISA EDWARDS, Registered Merit

20   Reporter and Notary Public for the State of Florida at

21   Large, pursuant to Notice of Taking Deposition filed in

22   the above cause.

Hal Goldman, Pharm D., R.Ph.                    Confidential                    September 20, 2004
                                                 Sunrise, FL

Page 58

1    other?
2        A.   The oncologist will get maybe a different fee
3    because theirs are maybe more high tech than a
4    rheumatologist who's doing an infusion for arthritis.
5    So there may be some differences based on the contract
6    language.
7        It may even vary in an oncologist's language if
8    it's a high-tech infusion versus a lower-tech infusion.
9    And those can get spelled out a whole host of ways
10   depending upon the type of product we have.
11       Q.   Which factors does Vista consider in setting
12   the infusion fee that it pays to providers?
13       A.   Based on the knowledge I have, it's based on
14   what we actually discussed.  It's based on a physician's
15   practice location, do we need that physician in our
16   network, and how important is he to participate in our
17   drug replacement program based on our purchasing power
18   with volume.
19       Q.   Does Vista ever consider whether it's necessary
20   to increase the amount of the infusion fee to keep a
21   doctor who may already be in the network from referring
22   people to hospitals to get injectable drugs?

Page 59

1        A.   You always want to do things that are
2    office-based that can be done in an office.  So I think
3    that would be a factor that might be considered.  Here
4    again, it also depends on, do we have 20 doctors in that
5    geographic location that we could just decide to remove
6    the doctor from our panel and refer that line of
7    business somewhere else?
8        Q.   Why is it that Vista wants to always, if
9    possible, do these sorts of services in the provider
10   offices?
11       A.   There's probably a couple of reasons for that.
12   Number one, of course, there is a higher cost of doing
13   an infusion in an outpatient or hospital setting.
14   There's also a time for a member.  Traditionally, with
15   infusions in a physician's office you don't have the
16   long waiting period; so less time lost from work, less
17   time lost from family time.
18       The third thing is, putting somebody into an
19   infusion center or a hospital to get an infusion exposes
20   them to a lot more germs than you do in a doctor's
21   office.  So then you're increasing the risk of how
22   you're getting what we call an invasive procedure, which

Page 60

1    is the needle in the arm, so there's a higher chance --
2    not that I want to speak badly about hospitals, but
3    there's always a higher risk of infection that hospitals
4    have versus having this done in a doctor's office.
5        Q.   You talked about the situation and I think you
6    gave the example of Miami, where there might be a lot of
7    doctors in a given area.  Do those doctors compete to be
8    in your network?
9        A.   Some do; some may choose not to.  It does vary.
10   We do get requests from doctors to come on our panel and
11   we also get requests from members to have doctors that
12   they're comfortable with that we've got on the panel if
13   they may be a new member from a new group.
14       Q.   How do the different providers compete to get
15   onto the panel?
16       A.   I don't know if it's so much competition.
17   Florida is an any-willing-provider state.  However, they
18   have to agree to the terms.  So there is always ways if
19   you didn't want to have a provider, you don't have to
20   bring them on board.  But it's just a matter of our
21   need.
22       We also don't want to saturate the marketplace

Page 61

1    and have a doctor that has -- if it's a PCP, primary
2    care provider, that has only two patients, and we've got
3    maybe another one that has 70 or 80.
4        Q.   You said earlier that one of your lines of
5    business was for Medicare.  Do you know how providers
6    that participate in that line of business are
7    compensated for administering drugs?
8        A.   It varies.  It may have been based on an AWP
9    minus; it can be based on the medication allowables; it
10   can be a whole host of negotiations that have gone on.
11   Each contract would have to be looked at to look at the
12   terms.
13       But here again, we try not to reimburse
14   transactions for drugs administered.  We really try to
15   keep them in the drug replacement program.
16       Q.   Drug replacement therapy.  That's even true for
17   Medicare?
18       A.   That's not based on a line of business.  It's
19   purely a company policy that we try to keep in place.
20           MR. WELLS:  Off the record for just a second.
21       (Discussion off the record.)
22       (Thereupon a recess was taken, after which the

16 (Pages 58 to 61)

# EXHIBIT 19

Page 1

1          UNITED STATES  DISTRICT COURT

2        FOR THE DISTRICT OF MASSACHUSETTS

3          CIVIL ACTION  01-CV-12257-PBS

4

5    - - - - - - - - - - - - - - - - - - - - -

6    IN RE:                                    :

7    PHARMACEUTICAL INDUSTRY AVERAGE           :

8    WHOLESALE PRICE LITIGATION                :

9    - - - - - - - - - - - - - - - - - - - - -

10

11            DEPOSITION OF: SUSAN MENGERT

12              TUESDAY, OCTOBER 5, 2004

13

14       Deposition transcript of SUSAN MENGERT,

15    taken in the above-entitled matter before

16    MARY VARGAS, a Certified Shorthand Reporter,

17    (License No. XI01737) and Notary Public of the

18    State of New Jersey, taken at Horizon Blue

19    Cross Blue Shield of New Jersey, Three Penn

20    Plaza East, Newark, New Jersey on Tuesday,

21    October 5, 2004, commencing at 10:20 a.m.

22

Page 78

1    A.    The reimbursement allowances were
2  not being handled by my department, the pricing
3  department.  They were being handled by
4  utilization management who were taking the
5  claims that were pending for pricing and
6  reimbursing them based on their methodology,
7  which I do not know what that was.
8    Q.    So you know that prior to this
9  E-mail oncologists were complaining about their
10 reimbursement rate from Horizon, but you don't
11 know what that reimbursement rate was?
12   A.    I do not.
13   Q.    But you do understand from Mr.
14 Cogen's E-mail that if doctors' providers
15 considered the reimbursement rate to be
16 unsatisfactory, they would refer their
17 chemotherapy cases certainly to hospital
18 outpatient department instead, correct?
19   A.    That's correct.
20   Q.    And sticking with page 397, you'll
21 see a sentence reading, that's on the second
22 line, "This is a big issue since our hospital

Page 79

1  outpatient discount off charges methodology
2  results in total payments far in excess of what
3  we pay in the office."
4        Do you see that?
5    A.    Yes.
6    Q.    So certainly as of 1999 Horizon
7  recognized that it would pay more for drugs if
8  they were administered in hospitals' outpatient
9  departments versus providers' offices, correct?
10       MS. LIGHTNER:  Object to form.
11       MR. MACORETTA:  Objection to form.
12       MS. LIGHTNER:  You can answer.
13   Q.    Is that correct?
14   A.    Yes.
15   Q.    Do you know whether Horizon
16 recognized that fact at any time prior to 1999,
17 the date of this E-mail?
18   A.    I'm sure there were people here at
19 Horizon that did know that, yes.
20   Q.    Would it be fair to say that
21 Horizon has been aware of that fact, say, back
22 to 1990?

Page 80

1    A.    Yes.
2        MR. MACORETTA:  Objection to form.
3    Q.    The E-mail continues, "It's hard to
4  believe that doctors would refer these cases to
5  the hospital if there was any margin from
6  delivering the service in the office.  That
7  would be irrational if we are underpaying in
8  the office and causing doctors to refer to the
9  hospital.  Because of that we are cutting off
10 our noses," et cetera, et cetera, et cetera.
11       What do you understand Mr. Cogen to
12 mean by saying, "we are cutting off our noses"?
13   A.    Reimbursement for a professional in
14 his office is much, is less harmful to
15 Horizon's bottom line than if he has to be
16 referred to a hospital and incur all the
17 charges from the hospital.
18   Q.    And Mr. Cogen says in this E-mail
19 that doctors would not be referring the cases
20 to hospitals if there was a margin from
21 delivering the service in their offices,
22 correct?

Page 81

1    A.    That's correct.
2    Q.    So you understand Mr. Cogen to be
3  saying here that providers should be afforded a
4  margin for administration in their offices, so
5  that they won't refer patients to the hospital
6  outpatient department, correct?
7    A.    I see that, yes.
8    Q.    Now, going back to page 396.  You
9  responded to Mr. Cogen's E-mail saying,
10 "Effective 1/1/99 we moved to the
11 reimbursement rate of 1998's Mean of AWP-10%,"
12 and you provided some figures.
13       What do you mean by, "We moved the
14 reimbursement rate of 1998's Mean of AWP"?
15   A.    We received a file from Micronetics
16 for the average wholesale price.  And since we
17 don't have the capabilities in our claim
18 engines to reimburse by NDC, we then take the
19 generic drugs and the brand drugs and we
20 develop a Mean of AWP.
21   Q.    Well, let's start with brand drugs
22 there.  Let's say a branded drug goes through

21 (Pages 78 to 81)

# EXHIBIT 20

EXPRESS SCRIPTS®

# Express Scripts Specialty Care Program Overview For BCBSMA

June 21, 2001

**HIGHLY CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**

Express Scripts Inc.

BCBSMA-AWP-17406

## Specialty Pharmacy Services

- A dedicated mail service pharmacy specializing in the distribution of high-cost medications with stringent management requirements

  - Temperature sensitive
  - Small patient population
  - Long-term chronic disease states
  - Product shortages

**EXPRESS SCRIPTS**

**Express Scripts Inc.**

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

## Express Scripts Inc.

## *Specialty Pharmacy Key Features*

- Licensed to ship in fifty states

- 45,000 square foot facility

- 18,000 square foot pharmacy

- Currently processing 6,500 orders/day (500 NDCs)

- Capacity for 10,000 orders/day

- Hours of operation: 7am-6:30pm Mon-Fri; pharmacist and nurses available 24/7

- Security: restricted access to pharmacy-motion detectors



**EXPRESS SCRIPTS®**

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

**Express Scripts Inc.**

## _Drug Stability Management_

- Monitoring system tracks temperatures in all refrigeration, freezer and Rem Star units

- Entire warehouse temperature controlled (20-21 degrees C)

- Refrigerated & Rem Star units(set at 2-8 degrees C--alarm at 2 & 8 degreesC)

- Back-up generator



**EXPRESS SCRIPTS®**

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17409

## *Specialty Pharmacy Staffing*

- Thirty Pharmacists
- Forty Pharmacy Technicians
  - Registered in state of Missouri
  - Four pharmacists on-call after hours with pagers and cell phone

*Express Scripts Inc.*



EXPRESS SCRIPTS

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

SMA-AWP-117410

**Express Scripts Inc.**

## *Automation Process*

- Automation process improves production capability

  – Standardizes business processes

  – Increases accountability

  – Minimizes dispensing errors

**EXPRESS SCRIPTS®**

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17411

# *Specialty Pharmacy Programs*

- Direct to Physician Distribution

  • Ship product to physician/hospitals
    – Six manufacturers

- Patient Assistance

  • Administer manufacturer patient assistance programs
    – Ten PAPs

- Clinical Trials

  • Provide fulfillment for manufacturer clinical trials
    – Four clinical trials



**EXPRESS SCRIPTS**

**Express Scripts Inc.**

**HIGHLY CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**

BCBSMA-AWP-17412

# Specialty Pharmacy Programs – (Cont'd)

*Express Scripts Inc.*

- Patient Direct Programs

- Provide drug and supplies to patients and physicians
  - Contract with manufacturers
  - Bill payers on behalf of manufacturers
    - Two manufacturers

- Provide drug and supplies to patients and physicians
  - Contract with payors
  - Bill payors for products
  - *Specialty Care*


EXPRESS SCRIPTS®

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

CBSMA-AWP-17413

## Express Scripts Specialty Care Focuses on High Cost and Chronic Medications

- Patients utilizing these drugs require a high level of clinical support
  - Pharmacists and nurses with enhanced knowledge of disease states and injectable drugs available 24/7
- Education is a critical component of patient care
  - Drug
    - Proper storage
    - Administration
    - Side effect management
  - Disease States
- Compliance program
  - Patient counseling
  - Refill reminders
  - Inventory management



EXPRESS SCRIPTS®

Express Scripts Inc.

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

*Express Scripts Inc.*

## *Integrated DUR*

- Drug utilization review performed an all oral & injectable drugs

  - Interactions checked:

    - Age
    - Drug-drug
    - Drug-inferred disease
    - Dosage edits

  - 10% of all emergency room admissions are the result of adverse drug interactions

## *Integrated Reporting*

- All pharmacy benefit injectable claims data updated in RxWorkbench under separate NABP number

- Custom reports for medical claims include ICD-9 codes and authorization numbers



EXPRESS SCRIPTS®

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17415

*Express Scripts Inc.*

## *Consultative Support*

- On-going support through existing Account Management Team
  - Strategic planning
  - Clinical program management
  - Consultative plan design
  - Utilization data report analysis and recommendations
- Special implementation team
  - Smooth transition for new program

 **EXPRESS SCRIPTS•**

**HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER**

RMA-AWP-17416

**Express Scripts Inc.**

## *Customized Programs*

- Infertility Case Management
  - ESI will support BCBSMA's infertility medical protocol
  - ESI will administer drug therapy management to enhance BCBSMA's infertility management program
    - Dosing guidelines adherence
    - Step therapy
    - Patient inventory management
    - Compliance
    - Preferred drug management
    - Education support for BCBSMA members and physicians
  - Documented savings due to enhanced management



EXPRESS SCRIPTS®

**HIGHLY CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**

BCBSMA-AWP-17417

**Express Scripts Inc.**

# *ESI Infertility Case Management*

## *Advantages to BCBSMA*

- Control costs
- Improve outcomes
- Membership retention
- Enhanced market position

**EXPRESS SCRIPTS®**

**HIGHLY CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**

BCBSMA-AWP-17418



# Blue Cross/Blue Shield of Massachusetts
## Prescription Process Flow

### (refer to handout)

**Express Scripts Inc.**

EXPRESS SCRIPTS

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17419

# *Savings to BC/BS MA Pharmacy and Medical Combined*

**Express Scripts Inc.**



EXPRESS SCRIPTS®

|  | Recommended Drug List from Various Providers | Recommended Drug List Converted to Specialty Care | Savings |
|---|---|---|---|
| Drug Spend | $ 41,128,778 | $ 32,435,179 | $ 8,693,600 |
| Dispensing Fee | 275,284 | 20,757 | 254,527 |
| Total Spend | $ 41,404,062 | $ 32,455,936 | $ 8,948,127 |
| PMPM | $   1.92 | $   1.50 | $   0.41 |
| PMPY | $ 23.00 | $ 18.03 | $   4.97 |

*Handwritten annotations near Dispensing Fee: 1.80-13, 2.05 / 2.5; near Recommended Drug List Converted to Specialty Care: o%*

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17420

## *Express Scripts Specialty Care Client Feedback*

- "Express Scripts has a very comprehensive program…"

  *- National Director of Contracting*

- "I expect my PBM to help me manage these high cost drugs. It makes sense that Express Scripts can offer our members this special program."

  *-Director of Pharmacy Services*

- "I really appreciate the way Express Scripts has handled our Synagis patients."

  *- VP, Pharmacy Operations*



*Express Scripts Inc.*

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17421

*Express Scripts Inc.*

## *Summary*

- The only specialty injectable cost and benefit management program which provides superior drug cost containment and enhanced benefit control while maintaining quality patient care and satisfaction

- Value to BCBSMA
  - Improved cost containment
    - Volume drug discounts
    - Operational efficiencies
  - Enhanced benefit control
    - Administrative services
    - Clinical consultation
  - Member satisfaction
    - Effective, convenient fulfillment services
    - Education and support



EXPRESS SCRIPTS®

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17422

# Pharmacy Facility Tour

**EXPRESS SCRIPTS**

# Express Scripts Inc.

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17423

## Express Scripts Specialty Care - Drug List
### 06/19/2001

| Drug Name | Generic Drug Name | Therapy Class | J-Codes | NDC #'s | Manufacturer |
|---|---|---|---|---|---|
| A.P.L. | Chorionic gonadotropin | Gonadotropin 5,000 U/10ml diluent    10,000 units/10 ml diluent    20,000 units/10ml diluent | J0725 | 00046-0970-10 00046-0971-10 00046-0972-10 | Wyeth-Ayerst |
| Actimmune | interferon gamma-1b | Interferon    Single vial Carton of 12 | J9216 | 64116-0011-01 64116-0011-12 | InterMune Pharmaceuticals |
| Alferon N | interferon alfa-n3 [human leukocyte derived] | Genital warts 1 ml MDV / 5 million Units/ml | J9215 | 54746-0001-01 | Interferon Sciences |
| AlphaNine SD excluded from Rx | A preparation of Factor IX derived from human plasma | Hemophilia    500 IU/vial, 1000 IU/vial, 1250 IU/vial, 1500 IU/vial | J7194 | 49669-3600-02 | Alpha Therapeutic Corporation |
| Antagon | Ganirelix Acetate | Infertility 250mcg/0.5ml syr (1) 250 mcg/0.5 ml syr (5) 250mcg/0.5 ml syr (50) | J3490 | 0052-0301-51 -61 -71 | Organon |
| Avonex | Interferon beta-1a | Multiple sclerosis | J1825 | 59627-0001-03 | Biogen |
| Bay Rho-D | RH Factor Immune Globulin Mini-Dose | RH Immunization | J2790 | 00026-0631-05 | Miles |
| Bebulin | Factor VIII | Hemophilia | J7194 | 64193-0244-02 | Baxter |
| Benefix | Factor IX Concentrate | Hemophilia    1000 IU/vial 500 IU/vial 250 IU/vial | Q0161 | 58394-0001-01 58394-0002-01 58394-0003-01 | Genetics Inst. |
| Betaseron | Interferon beta-1b | Multiple sclerosis | J1830 | 50419-0521-15 | Berlix |
| Cetrotide | Acetate Cetrorelix | Infertility | J3490 | 44087-1225-1 44087-1203-1 | Serono |
| Copaxone | Glatiramer acetate | Multiple sclerosis | J7599 | 00088-1150-03 | Teva Marion |
| Enbril | Etanercept | Rheumatoid arthritis  4 x 25 mg single dose trays | J1438 | 58406-0425-34 -41 | Immunex |

*All blood factor → medical*

*buy Rho-D { excluded*
*Rhogam {  from Rx;*
*WinRho }  medical only*

*→ Protein Rx P.*

**HIGHLY CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**

BCBSMA-AWP-17424

Express Scripts Specialty Care - Drug List
06/19/2001

| Drug Name | Generic Drug Name | Therapy Class | J-Codes | NDC #'s | Manufacturer |
|---|---|---|---|---|---|
| Epogen | Epoetin Alfa | Anemia | J3490 | 55513-0144-01 | Amgen |
| | | | | -10 | |
| | | | | 55513-0283-01 | |
| | | | | -10 | |
| | | | | 55513-0126-01 | |
| | | | | -10 | |
| | | | | 55513-0478-01 | |
| | | | | -10 | |
| | | | | 55513-0267-01 | |
| | | | | -10 | |
| | | | | 55513-0823-01 | |
| | | | | -10 | |
| | | | | 55513-0148-01 | |
| | | | | -10 | |
| Factrel | Gonadrelin hcl | Infertility | J1620 | 00046-0509-05 | Wyeth-Ayerst |
| Feiba VH | Anti-Inhibitor Coagulant Complex | Hemophilia | J7198 | 64193-0222-04 | Immuno US |
| Fertinex | Urofollitropin, purified | Infertility | J3490 | 44087-7150-01 | Serono |
| | | | | 44087-7075-01 | |
| | | | | -03 | |
| | | | | -04 | |
| Follistim | Follitropin beta | Infertility | J3490 | 00052-0306-17 | Organon |
| | | | | -21 | |
| | | | | -31 | |
| Fragmin | Dalteparin sodium | Prevention of deep-vein thrombosis | J1645 | 00013-2436-06 | Pharmacia & Upjohn |
| | | | | 00013-2406-91 | |
| | | | | 00013-2426-91 | |

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17425

Express Scripts Specialty Care - Drug List
06/19/2001

| Drug Name | Generic Drug Name | Therapy Class | J-Codes | NDC #'s | Manufacturer |
|---|---|---|---|---|---|
| Genotropin | Somatropin | Growth Hormone | J3490 | 00013-2649-02 | Pharmacia & Upjohn |
| | | | | 00013-2650-02 | |
| | | | | 00013-2651-02 | |
| | | | | 00013-2652-02 | |
| | | | | 00013-2653-02 | |
| | | | | 00013-2654-02 | |
| | | | | 00013-2655-02 | |
| | | | | 00013-2656-02 | |
| | | | | 00013-2657-02 | |
| | | | | 00013-2658-02 | |
| | | | | 00013-2606-94 | |
| | | | | 00013-2646-81 | |
| | | | | 00013-2646-94 | |
| | | | | 00013-2616-81 | |
| | | | | -94 | |
| | | | | 00013-2626-81 | |
| | | | | 00013-2626-94 | |
| Geref | Sermorelin | Growth Hormone | J3490 | 44087-4005-01 | Serono |
| | | | | 44087-4010-01 | |
| Geref Diagnostic | Sermorelin | Growth Hormone, Secretion Diagnostic | J3490 | 44087-4050-01 | Serono |
| Gonal-F | Follitropin alfa | Infertility | J3490 | 44087-9150-01 | Serono |
| | | | | 44087-9375-01 | |
| | | | | -03 | |
| | | | | 44087-9075-01 | |
| | | | | -03 | |
| | | | | -04 | |
| | | | | 44087-1200-01 | |
| Helixate-FS | Antihemophilic Factor (Recombinant) | Hemophilia | J7192 | 0053-8130-01 | Aventis Behring |
| | | | | -02 | |
| | | | | -04 | |
| Hemofil M | Antihemophilic Factor (Human) Method M. | Hemophilia | J7190 | 00944-2953-01 | Baxter |
| Mononine | A lyophilized concentrate of Factor IX | Hemophilia | J7194 | 00053-7668-01 | Aventis |
| | | | | -02 | |
| | | | | -04 | |

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17426

Express Scripts Specialty Care - Drug List
06/19/2001

| Drug Name | Generic Drug Name | Therapy Class | J-Codes | NDC #'s | Manufacturer |
|---|---|---|---|---|---|
| Humate-P | Antihemophilic Factor/von Willebrand Factor Complex (Human), dried pasteurized | Hemophilia | J7194 | 00053-7605-01<br>-02<br>-04<br>00053-7620-05<br>-10<br>-20 | Aventis |
| Humatrope | Somatropin | Growth Hormone | J3490 | 00002-8090-01<br>00002-8091-01<br>00002-7335-01<br>-16<br>00002-8089-01<br>00002-7339-16 | Eli Lilly |
| Humegon | Menotropins | Infertility | J3490 | 00052-0300-22 | Organon |
| Hyalgan | Hyaluronate Sodium | Osteoarthritis of the knee | J3490 | 00024-0724-20 | |
| Infergen | Interferon alfacon-1 | Hepatitis C (pt. 18 yrs or older) | J9212 | 55513-0927-01<br>-06<br>55513-0562-01<br>-06<br>55513-0926-01<br>-06<br>55513-0554-01<br>-06 | Amgen |

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17427

Express Scripts Specialty Care - Drug List
06/19/2001

| Drug Name | Generic Drug Name | Therapy Class | J-Codes | NDC #'s | Manufacturer |
|---|---|---|---|---|---|
| ntron A | Interferon alfa-2b | Interferon | J9214 | 00085-0571-02 | Schering |
| | | | | -06 | |
| | | | | 00085-1179-01 | |
| | | | | -02 | |
| | | | | 00085-1133-01 | |
| | | | | 00085-1110-01 | |
| | | | | 00085-1254-01 | |
| | | | | 00085-0285-02 | |
| | | | | 00085-0539-01 | |
| | | | | 00085-1242-01 | |
| | | | | 00085-0953-01 | |
| | | | | 00085-0647-03 | |
| | | | | -04 | |
| | | | | -05 | |
| | | | | 00085-0689-01 | |
| | | | | 00085-1184-01 | |
| | | | | -02 | |
| | | | | 00085-1168-01 | |
| | | | | 00085-1235-02 | |
| | | | | -01 | |
| | | | | 00085-0120-02 | |
| | | | | -03 | |
| | | | | -04 | |
| | | | | -05 | |
| | | | | 00085-0769-01 | |
| | | | | 00085-0923-01 | |
| | | | | 00085-1191-01 | |
| | | | | -02 | |
| Koate-DVI | Antihemophilic Factor VIII | Hemophilia | J7190 | 00026-0665-20 | Bayer |
| | | | | -30 | |
| | | | | -50 | |

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17428

Express Scripts Specialty Care - Drug List
06/19/2001

| Drug Name | Generic Drug Name | Therapy Class | J-Codes | NDC #'s | Manufacturer |
|---|---|---|---|---|---|
| Kogenate-FS | Antihemophilic Factor (Recombinant) | Hemophilia | J7192 | 00026-0372-20 | Bayer |
| | | | | -30 | |
| | | | | -50 | |
| Leukine | Sargramostim | Colony Stimulating Factor | J2820 | 58406-0002-01 | Immunex Corporation |
| | | | | -33 | |
| | | | | 54806-0001-01 | |
| | | | | -35 | |
| | | | | 58406-0050-14 | |
| | | | | -30 | |
| Lupron Depot | Leuprolide | Endometriosis; prostatic cancer; | J9217, J1950 | 00300-3336-01 | TAP |
| | | | | 00300-3639-01 | |
| | | | | -06 | |
| | | | | 00300-3641-01 | |
| | | | | 00300-3629-01 | |
| | | | | 00300-3842-01 | |
| | | | | 00300-3673-01 | |
| | | | | 00300-3629-06 | |
| | | | | 00300-3346-01 | |
| | | | | 00300-3663-01 | |
| | | | | 00300-3620-01 | |
| | | | | 00300-3343-01 | |
| | | | | 00300-3683-01 | |
| Lovenox | Enoxaparin sodium | Prevention of deep-vein thrombosis | J1650 | 00075-0619-01 | Aventis |
| | | | | 00075-0623-00 | |
| | | | | 00075-0624-03 | |
| | | | | -30 | |
| | | | | 00075-0620-40 | |
| | | | | 00075-0621-60 | |
| | | | | 00075-0622-80 | |
| Lupron | Leuprolide | Prostatic cancer; precocious puberty | J9218 | 00300-3626-24 | TAP |
| | | | | -28 | |
| | | | | 00300-3612-28 | |

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17429

**Express Scripts Specialty Care - Drug List**
**06/19/2001**

| Drug Name | Generic Drug Name | Therapy Class | J-Codes | NDC #'s | Manufacturer |
|---|---|---|---|---|---|
| Monoclate-P | Factor VIII:C pasteurized, monoclonal antibody purified | Hemophilia | J7190, J7191, J7192 | 00053-7656-01 -02 -04 | Centeon |
| Neumega | Oprelvekin | Interleukin 5 mg /vial 1ml diluent 7 x 5 mg/vial & 7 x 1 ml diluent | J2355 | 58394-0004-01 -02 | Genetics Institute |
| Neupogen | Filgrastim | Colony Stimulating Factor | J1440, J1441 | 55513-0347-01 -10 55513-0530-10 55513-0546-01 -10 55513-0348-10 55513-0348-01 55513-0924-10 -01 55513-0209-01 -10 | Amgen |
| Norditropin | Somatropin | Growth Hormone | J3490 | 00169-7774-11 00169-7778-12 00169-7770-11 | Novo Nordisk |
| Novarel | Chorionic gonadotropin | Gonadotropin | J0725 | 55566-1501-01 | Ferring Pharmaceuticals |
| NovoSeven | Coagulation Factor VII (recombinant) | Hemophilia | Q0187 | 00169-7060-01 00169-7062-01 | Novo Nordisk |
| Nutropin | Somatropin | Growth Hormone | J3490 | 50242-0018-19 -20 50242-0072-01 -02 | Genentech |
| Nutropin AQ | Somatropin | Growth Hormone | J3490 | 50242-0114-11 50242-0022-19 50242-0023-08 | Genentech |
| Nutropin Depot | Somatropin | Growth Hormone | J3490 | 50242-0032-35 50242-0034-41 50242-0036-54 | Genentech |
| Ovidrel | Choriogonadotropin Alfa | Gonadotropin | | 44087-0250-1 | Serono |

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17430

Express Scripts Specialty Care - Drug List
06/19/2001

| Drug Name | Generic Drug Name | Therapy Class | J-Codes | NDC #'s | Manufacturer |
|---|---|---|---|---|---|
| Peg-Intron | Peginterferon alfa-2a | Renal Cell Carcinoma | J3490 | 00085-1291-01 00085-1304-01 00085-1368-01 00085-1279-01 | Schering |
| Pergonal | Menotropins | Infertility | J3490 | 44087-5150-01 44087-0571-07 44087-5075-03 | Serono |
| Pregnyl | Human chorionic gonadtropin | Gonadotropin | J0725 | 00052-0316-10 | Organon |
| Procrit | Epoetin Alfa | Anemia | J3490 | 59676-0310-01 -02 59676-0312-00 -01 59676-0302-01 -02 59676-0320-01 59676-0303-01 -02 59676-0304-01 -02 | Ortho Biotech |
| Profasi-HP | Human chorionic gonadotropin | Gonadotropin | J0725 | 59676-0340-01 | Serono |
| Profasi | Chorionic gonadotropin | Gonadotropin | J0725 | 44087-8010-03 | Serono |
| Profilnine S | Lyophilized concentrate of Factor IX, Factor II, Factor X and low levels of Factor VII) | Hemophilia | J7194 | 44087-8005-03 49669-3200-02 -03 | Alpha Therapeutic Corporation |
| Proleukin | Aldesleukin | Interleukin | J9015 | 53905-0991-01 | Chiron Corporation |
| Proplex-T | Factor IX Concentrate | Hemophilia | J7194 | 00944-0581-01 | Baxter |
| Protropin | Somatrem | Growth Hormone | J3490 | 50242-0016-19 -20 50242-0015-01 -02 | Genentech |

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17431

**Express Scripts Specialty Care - Drug List**
**06/19/2001**

| Drug Name | Generic Drug Name | Therapy Class | J-Codes | NDC #'s | Manufacturer |
|---|---|---|---|---|---|
| Rebetron | Interferon alfa-2b Ribavirin | Hepatitis C (pt. 18 yrs or older) | J9214 | 00085-1236-01<br>-02<br>-03<br>00085-1241-01<br>-02<br>-03<br>00085-1258-01<br>-02<br>-03 | Schering |
| Repronex | Menotropins | Infertility | J3490 | 55566-7175-02<br>55566-7185-02 | Ferring |
| Remicade | Infliximab | Monoclonal Antibody | J1745 | 57894-0030-01 | Centocor |
| Rhogam | RH Factor Immune Globulin | RH Immunization | J3490 | 00562-7807-05<br>00562-7807-25 | Ortho-Diagnostics |
| Roferon A | Interferon alfa-2a | Interferon | J9213 | 00004-1993-09<br>00004-2009-09<br>00004-2015-07<br>-09<br>00004-2012-09<br>00004-2007-09<br>00004-2011-09<br>00004-6900-33<br>00004-2016-07<br>00004-2016-09<br>00004-2017-07<br>-09<br>00004-2010-09 | Roche |
| Saizen | Somatropin | Growth Hormone | J3490 | 44087-1005-02 | Serono Labs |
| Sandoglobulin | Immune Globulin Powder Intravenous | Immune Deficiency | J1563 | 44087-1088-01 | Sandoz |

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17432

Express Scripts Specialty Care - Drug List
06/19/2001

| Drug Name | Generic Drug Name | Therapy Class | J-Codes | NDC #'s | Manufacturer |
|---|---|---|---|---|---|
| Sandostatin | Octreotide Acetate | Growth hormone antagonist; metastatic carcinoid tumors; anti-diarrheal | J2352 | 00078-0180-03<br>-04<br>00078-0340-84<br>00078-0341-84<br>00078-0342-84<br>00078-0181-03<br>-04<br>00078-0183-25<br>00078-0182-03<br>-04<br>00078-0184-25 | Novartis |
| Serostim | Somatropin | AIDS wasting/cachexia | J3490 | 44087-0004-01<br>-07<br>44087-0005-01<br>-07<br>44087-0006-01<br>-07 | Serono Labs |
| Synarel | Nafarelin acetate | Infertility | J1620 | 00025-0166-08 | Searle |
| Synagis | Palivizumab | RSV | J3490 | -10<br>60574-4111-01<br>60574-4112-01 | Medimmune |
| Synvisc | Hylan Polymers | Osteoarthritis of the knee | J7320 | 00008-9149-01<br>-02 | Wyeth Ayerst Labs |
| Venoglobulin-S | Immune Globulin Intravenous | Immune Deficiency | J1563 | 49669-1623-01<br>49669-1624-01<br>49669-1622-01<br>49669-1612-01<br>49669-1613-01<br>49669-1614-01 | Alpha Pharm |
| Zoladex | Goserelin Acetate | Gonadotropin-Releasing Hormone | J9202 | 00310-0961-30<br>00310-0960-36 | Astra Zeneca |

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17433

# EXHIBIT 21



**BlueCross BlueShield Association**
An Association of Independent
Blue Cross and Blue Shield Plans

# Specialty Pharmaceutical Initiative

**Specialty Pharmaceutical National Partnership Showcase
Orlando, Florida**

June 19-20, 2002

---

# Agenda

- **Background**
  - Context
  - BCBSA Strategic Priorities

- Pharmaceutical Cost Trends

- Specialty Pharmaceutical Initiative

- Specialty Pharmacy Program Overview

- Appendix

2

**HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER**

BCBSMA-AWP-17372

1

# Agenda

- Background

- **Pharmaceutical Cost Trends**
  - National Trends
  - Blue Trends

- Specialty Pharmaceutical Initiative

- Specialty Pharmacy Program Overview

- Appendix

# Pharmaceutical Costs Trends: National Trends

## Key Trends

- Over the past twenty years, there has been a substantial and steady increase in:
  - Share of national health expenditures attributed to pharmaceutical costs
  - Total pharmaceutical spending for public and private payers

- Increased utilization and price increases are the primary drivers of prescription drug costs

- Promotional spending has propelled sales for pharmaceutical companies

- Increasing research and development budgets will continue to feed expensive new drugs into the market

- Pharmaceuticals continue to be the most profitable industry; however, the introduction of generics affects profit margins

**HIGHLY CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**



## Pharmaceutical Costs Trends: National Trends

**1% of patient population represents one-third of total healthcare costs, specific to specialty pharmacy**

| % of Patients | Total Costs | Average Annual Cost Per Case | Patients | Key Distribution Channels |
|---|---|---|---|---|
| | | $1,200 | • Acute<br>• Low-grade chronic<br>• Worried well | • Retail |
| | | $6,600 | • Prevalent chronic (e.g. asthma, diabetes)<br>• Procedures (e.g. surgery, childbirth) | • Retail and Mail Order |
| 1% | 1/3 | $71,600 | • Rare chronic (e.g. transplant, hemophilia, Gaucher Disease, MS, Pulmonary Hypertension)<br>• Multiple co-morbidites | • Specialty Pharmacy |

Source: Franklin Health, Chase H & Q, Advance PCS



## Pharmaceutical Cost Trends: National Trends

**A contributor to the rising pharmacy cost is the escalating number of biotech drugs in the market**

### The Biotech Pipeline – Trends

Legend:
- Drugs in Development
- Drugs in Market
- Product Revenue (billions)

| | |
|---|---|
| Biotech drugs approved in 2001 | 12 |
| Biotech drugs marketed in the U.S. | 117 |
| Biotech drugs waiting final FDA approval | 57 |

Note: Information per Bank of America Securities, based on Wall Street research estimates, Advance PCS

BCBSMA-AWP-17374

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

## Agenda

- Background

- Pharmaceutical Cost Trends

- **Specialty Pharmaceutical Initiative**
  - Why a S-Rx Initiative?
  - Vendor Selection Process

- Specialty Pharmacy Program Overview

- Appendix

13

## Specialty Pharmaceutical Initiative: Why a S-Rx Initiative?

The S-Rx Initiative was implemented in response to significant Plan interest and market opportunity



14

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17375





**HIGHLY CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**

BCBSMA-AWP-17376





HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17377



## Specialty Pharmaceutical Initiative: Vendor Selection Process

**BCBSA solicited Plan input on four potential pharmacy contracting selection opportunities**

*Key drivers for the model*



## Specialty Pharmaceutical Initiative: Vendor Selection Process





HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17379

15

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER





→ more of GPO function to help MD's
   if impacting bottomline

BCBSMA-AWP-17380



## Specialty Pharmaceutical Initiative: Vendor Selection Process

| S-Rx Initiative | Initiative Kick Off | Vendor Market Analysis | & | Vendor List Created | RFP Process | Vendor Presentations (1st round) | Vendor Presentations (2nd round) | |
|---|---|---|---|---|---|---|---|---|
| (2000) | (May 2001) | (June 2001) | | (June 2001) | (July 2001) | (July 2001) | (Oct 2001) | (Dec 2001 - March '02) |

- Contracted Innovatix and Premier
- Received notice of Innovatix and Premier JV (Nov-Dec)
- Initiated negotiations with S-Rx companies (Dec)
- Contracts complete:
  - ☑ Innovatix (March 2002)
  - ☑ Priority (Feb 2002)
  - ☑ Curascript (Feb 2002)
  - ☐ Caremark (TBD)
  - ☐ McKesson (TBD)

---

## Agenda

- Background

- Pharmaceutical Cost Trends

- Specialty Pharmaceutical Initiative

- **Specialty Pharmacy Program Implementation**
  - Vendor Model Options
  - How Does it Work?
  - Critical Path
  - Division of Responsibilities
  - Considerations

- Appendix

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17381

## Specialty Pharmacy Program Implementation: Vendor Model Options

**How Does it Work?**

1) BCBSA negotiates cost-plus pharmaceutical and distribution pricing with specialty drug distributors

2) BCBSA-sponsored GPO negotiates discounted pricing with specialty pharmaceutical manufacturers and wholesalers / distributors

3) BCBSA-sponsored specialty pharmaceutical distributors access GPO contracts to drive down drug acquisition cost (patient-specific)

4) BCBS-sponsored providers access GPO contracts to drive down drug acquisition cost (bulk distribution) *only cancel gg today*

5) BCBS Plans reduce provider fee schedules to capture value of GPO and specialty pharmaceutical distributors discounts

41

## Specialty Pharmacy Program Implementation: Vendor Model Options

Patient-specific distribution/reimbursement model



42

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17382

21

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER





*by– S-Rx–pass the prim GPO savings –!*

*※ Lessor of Pharm ⊂ GPO & S-Rx*

## Specialty Pharmacy Program Implementation: Critical Path

- ☐ Multi-Disciplinary Executive Sponsorship
- ☐ Program Structure / Business Model Defined
- ☐ Vendor(s) Selected; Contract(s) Negotiated & Executed
- ☐ Major Decision-Points Identified; Decisions Finalized
- ☐ Detailed Implementation Plan Developed
- ☐ Multi Disciplinary Staffing Requirements Identified & Secured
- ☐ Provider Communication & Contracting Completed
- ☐ Systems & Procedures Modified and Tested



## Specialty Pharmacy Program Implementation: Division of Responsibilities

Plan Level

Executive Sponsorship and Approval

Plan Implementation Team

| Medical/ Pharmacy Management | Network Management & Contracting | Financial/ Actuarial | Information Technology | Distributor Interface |
|---|---|---|---|---|
| - Medical policy signoff | - Communication | - Fee Schedule Reductions | - Load System with Updates | - Local Vendor Contact |
| - Case Management | - Training | - Capitation Reductions | | - Process Management and Monitoring |
| - Quality Management | - Provider Retention (or replacement) | - Financial Metrics | | - Service Recovery |
| - Formulary | - Amendments | | | |
| | - Notice | | | |

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17384    25

## Agenda

- Background

- Pharmaceutical Cost Trends

- Specialty Pharmaceutical Initiatives

- Specialty Pharmacy Program Implementation

- **Appendix**
  - A. Key Decisions Checklist
  - B. Score Cards
  - C. National Project Team
  - D. Program Level Responsibilities

53

## Appendix A: Key Decisions Checklist

54

**HIGHLY CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**

BCBSMA-AWP-17385

# Appendix D:
# Program Level Responsibilities

## Program Level

| National Project Team/Association | Individual Plan |
|---|---|
| • Business model<br>  – Common approaches, program design<br>• Vendor selection<br>• Master contract negotiation and execution<br>• Plan Recruitment<br>• Vendor management: National | • Support implementation of common business model<br>• Implementation planning and execution<br>  – Provider network rollout<br>  – Internal systems and processes<br>• Vendor interface and field office management |

57

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17386