# EXHIBIT 22

ROBINS KAPLAN MILLER & CIRESI L.L.P.

ATTORNEYS AT LAW

800 BOYLSTON STREET
25TH FLOOR
BOSTON, MA 02199
TEL: 617-267-2300 FAX: 617-267-8288
www.rkmc.com

**Stephen L. Coco**
**(617) 859-2731**

June 19, 2006

**Via Facsimile and Overnight Mail**

Adeel A. Mangi, Esq.
Patterson Belknap Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036

> Re:    *In Re Pharmaceutical Industry Average Wholesale Price Litigation,*
> MDL No. 1456, Civil Action No. 01-12257-PBS
> Our File No.: 072188-0000

Dear Adeel:

I am responding to your letters of June 1, 2006 and June 9, 2006.

**I.    June 1, 2006 Letter**

We disagree with your comments describing the documents concerning the Federal Employees Program, and to the extent BCBSMA had any obligation to produce these documents, the documents produced are sufficient. Furthermore, BCBSMA is not aware of any documents that would provide any more detail.

With respect to the document bates numbered BCBSMA-AWP-17372-86, as indicated in the cover letter enclosing this document, the source of the document was the files of Gary Shramek, a former BCBSMA employee. The document is, quite clearly, a presentation at a conference. BCBSMA does not know who may have authored that document.

I have sent by overnight mail a color copy of BCBSMA-AWP-17055-17072, which I believe is legible.

**II.    June 9, 2006 Letter**

With respect to Mike Mulrey's documents, I did not have a copy of the rough transcript referred to in your January 13, 2006 letter and thus did not focus on pages 110 and 111 in the final transcript (the page numbers of which were not referenced in the original January letter). Thank you for providing me with this cite. I have investigated further and, in fact, the

BN1 35031982.1

Adeel A. Mangi, Esq.
Page 2
June 19, 2006

presentation and back-up documentation were produced on February 22, 2006, bates stamped
BCBSMA-AWP-11598A-11609. I note that they were labeled as responsive to the defendants'
request for documents concerning any consideration of changes to reimbursement for drugs or
services in response to Medicare's changes, which was the subject of Mr. Mulrey's testimony.

      With respect to meeting minutes, you have misstated the statements in my June 8, 2006
letter. The minutes to which Mr. Mulrey was referring were the minutes of the PFSW
committee. The relevant minutes that BCBSMA could locate have been produced. The
defendants are capable of locating these documents in BCBSMA's production.

      With respect to the claims data, BCBSMA has accurately represented the conversation
that took place between you and Mr. Skwara. That conversation took place in the conference
room where the deposition was occurring, not a bathroom. Thus, it still appears that you had
forgotten the specific conversation where the offer was made and accepted. That said, I have
received your e-mail with proposed dates and can confirm that we will be available on June 20,
2006 at 2 p.m. With respect to that call, however, your demand that BCBSMA be prepared to
answer all of the questions in your March 31, 2006 letter is unrealistic. The letter poses a
number of questions, some of which are readily susceptible to answers, others of which are not.
This was why BCBSMA suggested (and had understood you to agree) that a telephone
conversation was a more efficient way to proceed, and why BCBSMA did not prepare a written
response. We plan to provide as much information about the claims data as we appropriately
can, but we anticipate that providing complete answers may require more than one telephone call.

      With respect to provider contracts, not once have the defendants provided more than a
generalized contention that they need all provider contracts to perform some claimed analysis.
Your refusal to provide any more details is strong evidence that no such analysis requiring all
provider contracts is intended or contemplated, and that the request for all provider contracts is
merely in response to the defendants' being required to produce all of their contracts. I will
provide you with one more opportunity to supply the details of the proposed analysis and will
take your failure to do so as confirmation of BCBSMA's understanding.

      That said, BCBSMA is well aware of its obligations under the Court's existing order.
BCBSMA is continuing to work to provide the first batch of provider contracts and will continue
to identify, locate and produce additional provider contracts while any motion is pending.

Adeel A. Mangi, Esq.
Page 3
June 19, 2006

Please contact me if you have any additional questions.

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI, LLP

Stephen L. Coco

SLC
cc:    Edward. Notargiacomo, Esq.

BN1 35031982.1

# EXHIBIT 23



# BCBSMA

# New Medical Management Model (NM3)

# Steering Committee Meeting

# January 29, 2003



**HIGHLY CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**

BCBSMA-AWP-17182



NM3 Steering Committee Meeting
1/29/03 Agenda

| Topic | | Suggested Time |
|---|---|---|
| **Kick-off** | | |
| • A. McClure | 5 minutes | 1:00 - 1:05 |
| **Specialty Pharmacy** | | |
| • Overview of Opportunity - J. Killion | 40 minutes | 1:05 - 1:45 |
| **Rare Disease Management** | | |
| • Update on RFP Process, Timeline - W. Monroe | 5 minutes | 1:45 - 1:50 |
| **Next Steps** | | |
| • A. McClure | 5 minutes | 1:50 - 1:55 |

1/29/03 - Page 2

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17183

NM3 Steering Committee Meeting
Specialty Pharmacy

## Overview of Specialty Pharmacy

– Generally injectable therapies designed to treat patients with complex and usually long-term illnesses

– One of the fastest growing segments of the healthcare market, with projections of 20%+ annual growth (compared to 14%+ for the entire pharmaceutical market)

– Specialty pharmacies provide patients with mail order distribution of specialty pharmaceuticals along with other value-added clinical support and patient education.

– Market represents $22.5B (15% of $150B US Pharmaceutical Market)

1/29/03 - Page 3

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17184



M3 Steering Committee Meeting
Specialty Pharmacy Market Share Estimates

PBMs
6%

Other
18%

Hospitals
15%

Home Health
15%

Chronimed
1%

Option Care
3%

CuraScript
3%

CVS ProCare
6%

Priority Health
7%

Caremark
9%

■ Accredo
17%

1/29/03 - Page 4

Note: Information based on RJA research

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17185



M3 Steering Committee Meeting
Specialty Pharmacy

THE PROFILE OF CHRONIC DISEASE: FEW EXPENSIVE CHRONIC PATIENTS
chronic diseases account for about a third of all... insurance... annuities...

Patient population | Associated Healthcare Costs

Relatively healthy[1]
Prevalent chronic[2]
Rare chronic[3]

~$1,200 — Retail

~$6,500 — Retail, mail order

~$71,500 — Specialty, mail order

1   Acute care, low grade chronic disease
2   Procedures, prevalent chronic disease (e.g., asthma, CHF and diabetes)
3   Rare chronic diseases (e.g., MS, hemophilia, hepatitis C, oncology)

1/29/03 - Page 5

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17186



M3 Steering Committee Meeting
Specialty Pharmacy

A contributor to the rising pharmacy cost is the escalating number of biotech drugs in the market

The Biotech Pipeline – Trends

1/29/03 - Page 6

Nte: Advance PCS

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17187



NM3 Steering Committee Meeting
Specialty Pharmacy

## Number of Specialty Drugs in the Development Pipeline

| Category | Value |
|---|---|
| Cancer/Related Conditions | 175 |
| Infectious Diseases | 39 |
| Neurologic Disorders | 28 |
| Heart Disease | 26 |
| Respiratory Diseases | 22 |
| Aids/HIV Infection/Related Disorders | 19 |
| Autoimmune Disorders | 19 |
| Skin Disorders | 19 |
| Other | 78 |

*Note: Some drugs are listed in more than one category
Source: Pharmaceutical Research and Manufacturers of America (PhRMA), New Medicines in Development –
Biotechnology 2000, Advance PCS
1/29/03 - Page 7

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17188



## M3 Steering Committee Meeting
### Specialty Pharmacy

## Characteristics of Specialty Pharmaceuticals:

### Expensive:

- Annual costs per patient from $10,000 up to $250,000

- Average cost of prescriptions filled in retail chain pharmacies in 2000 was $45.79, translates annually to $550.

### Generally Cater to Small Patient Populations with Chronic Diseases:

- Most patients have progressively severe diseases (e.g. MS, HIV/AIDS)

- Small number served by these drugs correlate to the above average prices, which are charged by manufacturers to recoup significant investments in developing treatments.

### Generally Injectable:

- Intravenous (into bloodstream), subcutaneously (beneath the skin), or intramuscular (into the muscle).  Most patients learn to handle injection themselves.

1/29/03 - Page 8

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17189

## M3 Steering Committee Meeting
### Specialty Pharmacy

Characteristics of Specialty Pharmacy

Generally, the products favored by manufacturers for three reasons:

1) Lower drug development costs than oral solids

2) Greater potency per dosage

3) Higher efficacy rates relative to similar oral solids

Special Handling, Dosing, and Patient Support Requirements

- Handling requirements include refrigeration, customized packing, expedited delivery to preserve and protect the product prior to use.

- Prescriptions are often complicated by detailed weight-based dosing requirements.  As a result, take longer to fill than traditional drugs.

- Overall complexity of drug requires significant patient support effort. Specialty pharmacies provide clinical support to assist patients with treatment questions, explain side effects, monitor patient compliance, and assist in overall treatment process.

Difficult to Process through Retail Channel

- Time consuming for pharmacist to fill.  High-cost inventory with limited use.

1/29/03 - Page 9

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17190



NM3 Steering Committee Meeting
Specialty Pharmacy

## Categories of Injectables

- Patient Self Administered Injectables
  - For in-home use
    Examples: Hepatitis, MS, Growth Hormone

- Physician Office Administered Injectables
  Examples: Lupron, Synagis, Remicade

- Physician Administered Oncology Medications
  Examples: Chemotherapy, Antiemetics

  - 1/26 NY Times article - Physicians are able to obtain discounts as high as 86% on medications. Plan reimbursement to providers for medication is in the range of AWP - 5%.

1/29/03 - Page 10

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17191

## NM3 Steering Committee Meeting
### Specialty Pharmacy

**Chronic Disease states and examples of some of the leading pharmaceutical treatments for the disease**

| Rare Chronic Disease | Specialty Pharmaceutical |
| --- | --- |
| HIV/AIDS | Combivir, Epivir, Zerit |
| Multiple Sclerosis | Betaseron, Avonex, Copaxone |
| Hemophilia | Clotting Factor - Recombinate |
| Hepatitis C | Rebetol |
| Oncology | Herceptin, Rituxan |
| RSV | Synagis |
| Gaucher's Disease | Cerezyne |
| Crohn's Disease | Remicide |
| Immune Disorders | IVIG |
| Growth Hormone | Humatrope, Nutropin |
| Rheumatoid Arthritis | Remicade, Enbrel |

1/29/03 - Page 11

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17192

**NM3 Steering Committee Meeting**
**Specialty Pharmacy**

## Role of Specialty Pharmacy in Disease Management

MS Patients - (Screen for Depression)

- Up to 40% of patients with MS may be depressed at any one time

- Specialty Pharmacy providers can screen for depression while making arrangements for delivery of Avenox, Betaserone, or Copaxone.

Hepatitis C Patients - (Compliance)

- Viral infection -- transmission rate four times that of HIV/AIDS

- Because patient is asymptomatic, liver damage can be extensive

- Because patient is asymptomatic, significant therapy compliance issues

- Specialty pharmacies have clinical staff to follow-up, educate patient and build compliance with the medication regimen.

1/29/03 - Page 12

**HIGHLY CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**

BCBSMA-AWP-17193



NM3 Steering Committee Meeting
Specialty Pharmacy

## Issues for Discussion

- Scope of Therapies

  Vaccines, Chronic Diseases, Cancer, Other Injectables

- Implementation Approach

  Comprehensive

  Phased by, Drug Class, Specialty Rx, Product Type

- Medical Benefit vs. Pharmacy Benefit?

- Development of Pre-Authorization Guidelines/Medical Necessity

- Member Financial Responsibility - Some plans are establishing 4th tier for high-cost injectables

- Need to review impact of "Any Willing Provider" legislation and "Out-of-State" contracting

1/29/03 - Page 13

**HIGHLY CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**

BCBSMA-AWP-17194



NM3 Steering Committee Meeting

Specialty Pharmacy

## Next Steps

- Data Analysis
  - Identify current spend on specialty pharmacy, (include both Pharmacy and Medical)
  - Identify savings opportunity by specialty pharmacy/chronic disease.
  - Savings from:
    - > Negotiated Discount Reimbursement
    - > NDC Billing through Pharmacy vs., J Codes
    - > Appropriate Dosing
    - > Waste Reduction
    - > Utilization/Case Management
    - > Patient Compliance
- Identify Workgroup Participants
- Review RFP based on Established Criteria
- Conduct Site Visits/ Vendor Selection
- Establish Specialty Rx Program-Phases & Timeline for Implementation

1/29/03 - Page 14

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17195



NM3 Steering Committee Meeting
Rare Disease Management (DM)

## Rare & Specialty Pharmacy RFP - Update & Timeline

- RFP review process and timeline established by core team 1/24/03

- Pre-meeting with review team to lay out structure and expectations of review process 1/30/03

- Receipt of RFP responses 1/31/03

- Individual reviews 2/3/03-2/5/03

- Review team group evaluations 2/6/03 and 2/7/03

- Accordant/other direct competitors will be evaluated against specialty pharmacies as a group

- Debriefing prior to Accordant site visit 2/7/03

- Accordant site visit 2/10/03

- Accordant site visit debriefing 2/11/03

- Report to Steering Committee 2/12/03

  – Implementation Period: 5/1/03 - 7/31/03  with Go Live Date: 8/1/03

1/29/03 - Page 15

**HIGHLY CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**

BCBSMA-AWP-17196



NM3 Steering Committee Meeting - Next Steps

Upcoming NM3 Steering Committee Meetings:

Wednesdays from 1:00 - 2:00 in Room #8021

## 2/12/03 Meeting - Tentative Agenda

- Rare Disease Management
  - Summary of RFP responses
  - Major points of negotiation from Accordant RFP response and site visit
- CAD Disease Management
  - Preliminary Analysis of Population Based Program

## 2/29/03 Meeting - Tentative Agenda

- Rare Disease Management
- CAD Disease Management
  - Analysis of Population Based Program & Go - No Go decision

## 3/12/03 Meeting - Tentative Agenda

- Rare Disease Management
- Predictive Modeling

1/29/03 - Page 16

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17197