UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ) | Judge Patti B. Saris |
| *State of Nevada v. American Home Products, et al.,* CA No. 02-CV-12086-PBS ) ) ) | |
| *State of Montana v. Abbott Labs., Inc., et al.* D. Mont. Cause No. CV-02-09-H-DWM ) ) ) ) ) | |

**JOINT MOTION OF MONTANA AND NEVADA TO AMEND CMO NO. 25**

Counsel for plaintiffs and defendants in the above actions hereby submit this joint motion to amend Case Management Order ("CMO") No. 25 by adopting the dates set forth below and in the accompanying [Proposed] Stipulation and Order.

CMO No. 25, dated April 12, 2006 and as amended by the Court's June 27, 2006 Order, called for defendants to serve their expert liability reports by August 11, 2006; and for summary-judgment motions to be filed by August 11, 2006. The parties agree that more time is required to complete the expert reports and the summary-judgment motions due to the extensive class certification briefing being conducted simultaneously in the Class Action and the pending Daubert motion challenging the Class Plaintiffs' principal expert, who is also the principal expert for the States in these cases. Dr. Hartman and plaintiffs' counsel are fully occupied with these

matters. Consequently, Dr. Hartman has no dates available for deposition in the State cases until late August, after the present deadline for defendants' expert reports and motions for summary judgment.[1] In addition, the States are in the final stages of producing voluminous electronic discovery to the defendants that will not be available until the week before the current deadline for summary judgment motions. Defendants have indicated that they will want to review this material prior to filing their motions.

The States and defendants have conferred on the proposed amendment and agree on the proposed scheduled. The parties submit that the dates of September 21, 2006 for defendants' expert reports and any motions for summary judgment will give all parties the time they need to address expert discovery, expert reports and prepare for summary judgment without compromising any party's position. The parties have agreed on the following dates:

| Defendants' Expert Reports on Liability | September 21, 2006 |
| --- | --- |
| Motions for Summary Judgment | September 21, 2006 |
| Summary Judgment Oppositions | November 1, 2006 |
| Summary Judgment Replies | November 15, 2006 |
| Summary Judgment Surreplies | November 22, 2006 |
| Hearing | To Be Determined |

---

[1] Defense counsel and States' counsel have set August 22 – 23 for Dr. Hartman's deposition in the State cases, contingent upon Court approval of the amended schedule.

Respectfully submitted,

/s/ Jeniphr Breckenridge   _____
Steve W. Berman
Jeniphr Breckenridge
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Thomas M. Sobol (BBO#471770)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

*Attorneys for the State of Nevada and the State of Montana*

/s/ Steven M. Edwards   _____
Steven M. Edwards
Hogan & Hartson, LLP
875 Third Ave., Suite 2600
New York, NY  10022
Telephone:  (212) 918-3000
Facsimile:  (212) 918-3100

*Attorneys for Defendant Bristol-Myers Squibb*

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **JOINT MOTION OF MONTANA AND NEVADA TO AMEND CMO NO. 25**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on July 25, 2006, a copy to LexisNexis File & Serve for Posting and notification to all parties.


      By  **/s/ Steve W. Berman**
      Steve W. Berman
      **HAGENS BERMAN SOBOL SHAPIRO LLP**
      1301 Fifth Avenue, Suite 2900
      Seattle, WA  98101
      (206) 623-7292