# EXHIBIT F

## Hardcopy Documents



Interview Employees for Responsive Materials / Review documents on a box basis in Archives

DSMO collects documents

Documents sent to Scanning Vendor

Scanning Vendor send documents to EED

EED Processes scanned documents

EED loads data to Discovery Partner

EED migrates files to the review tool

EED creates Q-Blocks allowing DSMO attorneys to assign out documents for review

DSMO attorneys assign documents to contract attorneys

Contract attorneys review each document

2nd level Quality Check of reviewed documents by contract attorneys

Review of all documents marked as privilege by Quality Check team

EED creates Q-Blocks for Redaction

DSMO attorneys redact documents

EED Bates Stamps and produces documents to DSMO

DSMO proofs production and produces to Plaintiff