**EXHIBIT G**

**Electronic Documents**

Interview Employees for Responsive Materials
↓
EED Harvests the Data
↙ ↘
Mirroring of local hard drives | Creation of backup tape of each relevant AWP Server (network documents and email)
↘ ↙
EED Processes raw data
↓
EED loads data to Discovery Partner
↓
EED de-duplicates files (removes any duplicate files that are already on the EED review tool)
↓
EED migrates files to the review tool
↓
EED creates Q-Blocks allowing DSMO attorneys to assign out documents for review
↓
Contract attorneys review each document
↓
2nd level Quality Check of reviewed documents by contract attorneys
↓
Review of all documents marked as privilege by Quality Check team
↓
EED TIFFs all documents marked for redaction
↓
EED creates Q-Blocks for Redaction
↓
DSMO attorneys redact documents
↓
EED TIFFs all responsive documents, Bates Stamps documents, and delivers production to DSMO
↓
DSMO proofs production and produces to Plaintiff