UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories, *et al.* 03-cv-11226-PBS | MDL No. 1456 Master File No. 01-12257-PBS Judge Patti B. Saris |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL SUBMISSION IN RESPONSE TO THE COURT'S REQUEST FOR CLAIMS EXAMPLES

On May 22, 2006 the Court heard argument on Defendants' joint and individual Motions to Dismiss the First Amended Complaint in Intervention filed by California. During argument, the following colloquy occurred, during which the Court indicated to Plaintiffs that it would be appropriate for Plaintiffs to provide examples of claims for each drug that was fraudulently billed to California's Medicaid program (Medi-Cal):

> THE COURT: Well, I think what [Defendants are] saying is that you should give me at least one claim.  So you're the state.  Give me one false claim for each category.  Is that what you're saying?
> MR. BREEN: Your Honor, if we were to attach -- I understand what they're saying.
> THE COURT: I haven't actually gone that route but --
> MR. BREEN: But if we're going to do that, I mean, if one claim or all the claims, all the claims we tried to figure it out, it would be five stories high at a minimum.
> THE COURT: That's right, so I'm not going to require it.  But let me just ask you this:  Would you have an example of at least one for each kind of pricing fraud?
> MR. PAUL: Your Honor, we can certainly provide that if the Court determines that that would help the system.
> THE COURT: I wouldn't want them all, and I wouldn't demand them all.  The question is, I will ask them that question, so -- because unlike some of the other cases I have where they're the consumer class actions and they're the sick old people, you're actually the state of California, so I'm assuming you can come up with one example of

1

   each drug that was allegedly fraudulently billed.  Is that right?
   MR. PAUL:  I appreciate your confidence, your  Honor.  We can.
   THE COURT:  Okay, is there anything else?  We can do quick rebuttals, and then
   we can move on.

   Transcript of May 22, 2006 Motion Hearing in Case No. 01cv12257-PBS, at 49:11-50:12

   Pursuant to Local Rule 7.1(b)(3) and the above quoted exchange, Plaintiffs respectfully move this Court for leave to file Plaintiffs' Supplemental Submission In Response To The Court's Request For Claims Examples, attached hereto as Exhibit 1. Defendants have told Plaintiffs they oppose the instant Motion.

                                          Respectfully submitted,

                                          BILL LOCKYER
                                          Attorney General for the State of California

Dated:  July 26, 2006                 By:      /s/  Nicholas N. Paul
                                          NICHOLAS N. PAUL
                                          Supervising Deputy Attorney General
                                          California Department of Justice
                                          1455 Frazee Road, Suite 315
                                          San Diego, California  92108
                                          Telephone:   (619) 688-6099
                                          Fax:   (619) 688-4200

                                          **Attorneys for Plaintiff,
                                          STATE OF CALIFORNIA**


THE BREEN LAW FIRM, P.A.           BERGER & MONTAGUE, P.C.

By:       /s/  James J. Breen              By:       /s/  Susan Schneider Thomas
   JAMES J. BREEN                           SUSAN SCHNEIDER THOMAS
   5755 No. Point Parkway, Suite 39         1622 Locust Street
   Alpharetta, Georgia  30022               Philadelphia, PA  19103
   Telephone: (770) 740-0008                Telephone:  (215) 875-3000
   Fax: (770) 740-9109                      Fax:  (215) 875-4604

**Attorneys for *Qui Tam* Plaintiff,       Attorneys for *Qui Tam* Plaintiff,
VEN-A-CARE OF THE                          VEN-A-CARE OF THE
FLORIDA KEYS, INC.                         FLORIDA KEYS, INC.**

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I certify that the moving party has communicated with counsel for Defendants in an effort to resolve the dispute referred to in this motion, and that the parties have not been able to reach agreement with respect thereto.

    /s/  Nicholas N. Paul
NICHOLAS N. PAUL
Supervising Deputy Attorney General
California Department of Justice
1455 Frazee Road, Suite 315
San Diego, California  92108
Telephone:  (619) 688-6099
Fax:  (619) 688-4200

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on July 26, 2006, a copy to Lexis-Nexis for posting and notification to all parties.

    /s/  Nicholas N. Paul
NICHOLAS N. PAUL
Supervising Deputy Attorney General
California Department of Justice
1455 Frazee Road, Suite 315
San Diego, California  92108
Telephone:  (619) 688-6099
Fax:  (619) 688-4200