EXHIBIT A

Page 1

```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS
 2

 3
     In re:                         )
 4   PHARMACEUTICAL INDUSTRY        ) CA No. 01-12257-PBS
     AVERAGE WHOLESALE PRICE        ) MDL No. 1456
 5   LITIGATION                     )

 6

 7

 8                         MOTION HEARING

 9             BEFORE THE HONORABLE PATTI B. SARIS
                    UNITED STATES DISTRICT JUDGE
10

11

12

13
                              United States District Court
14                            1 Courthouse Way, Courtroom 19
                              Boston, Massachusetts
15                            May 22, 2006, 3:05 p.m.

16

17

18

19

20

21

22
                          LEE A. MARZILLI
23                   CERTIFIED REALTIME REPORTER
                     United States District Court
24                   1 Courthouse Way, Room 3205
                         Boston, MA  02210
25                       (617)345-6787
```

```
 1   A P P E A R A N C E S:

 2   For the Plaintiffs:

 3        NICHOLAS N. PAUL, ESQ. Deputy Attorney General,
     Civil Prosecutions Unit, P.O. Box 85266, 110 West A. Street,
 4   #1100, San Diego, California, 92186.

 5        SUSAN SCHNEIDER THOMAS, ESQ., Berger & Montague, P.C.,
     1622 Locust Street, Philadelphia, Pennsylvania, 19103-6305.
 6
          JAMES J. BREEN, ESQ., The Breen Law Firm, P.A.,
 7   3562 Old Milton Parkway, Alpharetta, Georgia, 30005.

 8        THOMAS A. TEMMERMAN, ESQ., California Department of
     Justice, Bureau of Medi-Cal Fraud, 1425 River Park Drive,
 9   Suite 300, Sacramento, California, 95815.

10        ADAM D. MILLER, ESQ., Engstrom, Lipscom & Lack,
     10100 Santa Monica Boulevard, 16th Floor, Los Angeles,
11   California, 90266.

12        JONATHAN SHAPIRO, ESQ., Stern, Shapiro, Weissberg &
     Garin, Suite 500, 90 Canal Street, Boston, Massachusetts,
13   02114-2022.

14
     For the Defendants:
15
          JOHN P. McDONALD, ESQ., Locke, Liddell & Sapp, LLP,
16   2200 Ross Avenue, Suite 2200, Dallas, Texas, 75201-6776.

17        TARA A. FUMERTON, ESQ. and JAMES R. DALY, ESQ.,
     Jones Day, 77 West Wacker, Chicago, Illinois, 60601-1692.
18

19

20

21

22

23

24

25
```

Page 3

```
 1                    P R O C E E D I N G S
 2            THE CLERK:  In re:  Pharmaceutical Industry Average
 3   Wholesale Price Litigation, Civil Action No. 01-12257, will
 4   now be heard before this Court.  Will counsel please identify
 5   themselves for the record.
 6            MR. PAUL:  Nicholas Paul, Deputy Attorney General
 7   for the state of California.
 8            MS. THOMAS:  Susan Thomas, private counsel for the
 9   relator Ven-A-Care.
10            MR. BREEN:  James Breen, counsel for the relator
11   Ven-A-Care.
12            MR. MILLER:  Adam Miller for the relator
13   Ven-A-Care.
14            MR. TEMMERMAN:  Thomas Temmerman, Senior Assistant
15   Attorney General, California.
16            MR. SHAPIRO:  Jonathan Shapiro for Ven-A-Care.
17            MR. DALY:  Good morning, your Honor.  Jim Daly on
18   behalf of Abbott.
19            MS. FUMERTON:  Tara Fumerton on behalf of Abbott.
20            MR. McDONALD:  John McDonald on behalf of B. Braun
21   of America.
22            THE COURT:  All right, so you're essentially the
23   moving parties.
24            MR. DALY:  Yes, your Honor.
25            MR. PAUL:  Excuse me, your Honor.  There's one
```

1   is also a false claim, and it is entirely consistent with our
2   first theory.
3           I would respectfully submit, your Honor, that we
4   have pled this -- as far as the particularity of the conduct,
5   we've attached hundreds of pages. I don't know that your
6   Honor has received a pleading in this case yet with as much
7   detail about the false price representations that the
8   manufacturers made, and the actual backup evidence of why
9   it's false, and how the state knows it's false for each NDC
10  number, for each period of time, for each company.
11          THE COURT: Well, I think what they're saying is
12  that you should give me at least one claim. So you're the
13  state. Give me one false claim for each category. Is that
14  what you're saying?
15          MR. BREEN: Your Honor, if we were to attach -- I
16  understand what they're saying.
17          THE COURT: I haven't actually gone that route
18  but --
19          MR. BREEN: But if we're going to do that, I mean,
20  if one claim or all the claims, all the claims we tried to
21  figure it out, it would be five stories high at a minimum.
22          THE COURT: That's right, so I'm not going to
23  require it. But let me just ask you this: Would you have an
24  example of at least one for each kind of pricing fraud?
25          MR. PAUL: Your Honor, we can certainly provide

```
 1   that if the Court determines that that would help the system.
 2           THE COURT: I wouldn't want them all, and I
 3   wouldn't demand them all. The question is, I will ask them
 4   that question, so -- because unlike some of the other cases I
 5   have where they're the consumer class actions and they're the
 6   sick old people, you're actually the state of California, so
 7   I'm assuming you can come up with one example of each drug
 8   that was allegedly fraudulently billed. Is that right?
 9           MR. PAUL: I appreciate your confidence, your
10   Honor. We can.
11           THE COURT: Okay, is there anything else? We can
12   do quick rebuttals, and then we can move on.
13           MR. BREEN: Your Honor, unless you have any other
14   questions on ambiguity, we've briefed that thoroughly.
15           THE COURT: Ambiguity in the term?
16           MR. BREEN: Well, they're arguing that this was
17   ambiguous or it was uncertain, or therefore they couldn't
18   have made a false representation. And the case law was clear
19   on this, your Honor. We put it in our brief. If the
20   defendant is going to take the position that it was somehow
21   misled or didn't know what was going on or things were too
22   ambiguous, therefore it couldn't have made a false statement,
23   that's a question of fact for the trier of fact. The
24   defendants --
25           THE COURT: Well, all right, I understand what you
```

```
 1                    C E R T I F I C A T E
 2
 3
      UNITED STATES DISTRICT COURT )
 4    DISTRICT OF MASSACHUSETTS    ) ss.
      CITY OF BOSTON               )
 5
 6
 7
 8            I, Lee A. Marzilli, Official Federal Court
 9    Reporter, do hereby certify that the foregoing transcript,
10    Pages 1 through 56 inclusive, was recorded by me
11    stenographically at the time and place aforesaid in Civil
12    Action No. 01-12257-PBS, MDL No. 1456, In re:  Pharmaceutical
13    Industry Average Wholesale Price Litigation, and thereafter
14    by me reduced to typewriting and is a true and accurate
15    record of the proceedings.
16            In witness whereof I have hereunto set my hand this
17    15th day of June, 2006.
18
19
20
21
22
23            _____
              LEE A. MARZILLI, CRR
24            OFFICIAL FEDERAL COURT REPORTER
25
```

EXHIBIT B

DRUG CLAIM SAMPLE EXTRACT

| Defendant-Manufacturer | NDC | Product Name | Provider Name | Claim Control Number | Units | Paid Amount | Billed Amount | Claim Paid Date |
|---|---|---|---|---|---|---|---|---|
| ABBOTT | 000746114302 | ACETIC ACID 0.25% IRRIG. | KAPPES, GREG L | 0185956782201 | 12,000 | $870.20 | $992.42 | 7/10/00 |
| ABBOTT | 000741195601 | AMIKACIN 250 MG/ML VIAL | MINI PHARMACY ENT INC | 1008951696901 | 2 | $105.90 | $129.00 | 1/16/01 |
| ABBOTT | 000741196607 | BACTERIOSTATIC SALINE VIAL | SAMUEL & JAMES BIRDSONG | 0275958247601 | 120 | $11.36 | $14.95 | 10/10/00 |
| ABBOTT | 000747190209 | D5-1/2NS/KCL 20 MEQ/L IV SOL | NEIGHBORCARE OF NOR CAL | 0188965612301 | 4,000 | $76.60 | $90.61 | 7/10/00 |
| ABBOTT | 000747110013 | DEXTROSE 5%/WATER IV SOLN. | KAWEAH DELTA HEALTH CARE | 0230963073801 | 1,000 | $239.20 | $270.25 | 8/21/00 |
| ABBOTT | 000747192609 | DEXTROSE 5%-1/2NS IV SOLN. | NEIGHBORCARE OF NOR CAL | 1011964281301 | 6,000 | $105.40 | $108.21 | 1/16/01 |
| ABBOTT | 000747194109 | DEXTROSE 5%-NS IV SOLUTION | HOME MEDICAL OF AMERICA | 1047051608702 | 10,000 | $130.80 | $137.80 | 2/26/01 |
| ABBOTT | 000742234402 | DOBUTAMINE 12.5 MG/ML VIAL | GOSS, WILLIAM C | 0279958121701 | 2,400 | $5,472.20 | $6,503.70 | 10/10/00 |
| ABBOTT | 000746131613 | ERYTHROCIN 500 MG FILMTAB | SAV-ON DRUG #9745 | 2001950840101 | 40 | $12.68 | $17.69 | 1/7/02 |
| ABBOTT | 000741115278 | HEPARIN LOCK 100 UNITS/ML VIAL | BAHMANI, ZOHREH | 1002040843301 | 210 | $27.59 | $121.00 | 1/8/01 |
| ABBOTT | 000747197103 | LIPOSYN III 20% IV FAT EMUL | QUEEN OF ANGEL-HOLLYWOOD | 0305962670701 | 3000 | $574.40 | $820.39 | 11/6/00 |
| ABBOTT | 000746177801 | LORAZEPAM 2 MG/ML VIAL | FIRST CLASS PHARMACY | 0277962518801 | 3 | $34.16 | $38.36 | 10/10/00 |
| ABBOTT | 000747181124 | METRONIDAZOLE 500 MG/100 ML | MAHER H KALDAS, RPH | 0280958510701 | 1400 | $418.34 | $730.00 | 10/10/00 |
| ABBOTT | 000747113809 | SODIUM CHLORIDE 0.9% IRRIG. | PARTOVI, BIJAN | 1002962761601 | 12,000 | $186.20 | $478.80 | 1/8/01 |
| ABBOTT | 000747198302 | SODIUM CHLORIDE 0.9% SOLN | WESTERN MEDICAL SUPPLY | 1011959397901 | 250 | $13.58 | $22.77 | 1/16/01 |
| ABBOTT | 000743157801 | TOBRAMYCIN 40 MG/ML VIAL | LIAUTAUD, THOMAS J | 1003957712401 | 60 | $305.60 | $366.66 | 1/8/01 |
| ABBOTT | 000746153301 | VANCOMYCIN 1 GM VIAL | NEIGHBORCARE OF NOR CAL | 0189600827503 | 4 | $261.20 | $675.88 | 7/10/00 |
| ABBOTT | 000749115801 | VITAMIN K 10 MG/ML AMPUL | NEIGHBORCARE OF NOR CAL | 0161962666701 | 6 | $34.34 | $35.93 | 6/12/00 |
| ABBOTT | 000744188709 | WATER FOR INJECTION FLIPTOP | BARTLETT, DAVID A MD | 0279955146901 | 70 | $13.88 | $18.41 | 10/10/00 |
| ARMOUR/ZLB BEHRING | 000537248610 | GAMMAR-P I.V. 10 GM VIAL | ACCREDO HEALTH GROUP | 4191041613301 | 10 | $11,253.55 | $18,750.00 | 7/19/04 |
| AVENTIS | 000881120632 | ANZEMET 20 MG/ML VIAL | LONGS DRUG STORE | 3192951232001 | 5 | $159.39 | $184.45 | 7/14/03 |
| B.Braun Medical | 002642304400 | ACETIC ACID 0.25% IRRIG. | FOREMOST CLINICAL PHARMA | 1156052210101 | 10000 | $219.80 | $225.00 | 6/18/01 |
| B.Braun Medical | 002647612000 | D5%-1/2NS SOLN/EXCEL CONT | OPTION CARE-CERES | 2010955787401 | 24,000 | $303.80 | $587.79 | 1/14/02 |
| B.Braun Medical | 002647616000 | D5%-1/4NS SOLN/EXCEL CONT | BAHMANI, ZOHREH | 2015963728401 | 2000 | $28.40 | $67.00 | 1/22/02 |
| B.Braun Medical | 002647634000 | D5-1/2NS/KCL 10 MEQ/L IV SOL | JEWISH HOME | 2017050505802 | 6000 | $106.40 | $119.85 | 2/4/02 |
| B.Braun Medical | 002641151031 | DEXTROSE 5%/WATER IV SOLN. | LOS COYOTES DRUG | 0299600123003 | 500 | $103.65 | $108.70 | 10/30/00 |
| B.Braun Medical | 002647510100 | DEXTROSE 5%/WATER/EXCEL CON | SO-CAL MEDICAL PHARMACY | 0341960160501 | 2,500 | $56.80 | $125.75 | 12/11/00 |
| B.Braun Medical | 002641212000 | DEXTROSE 5%-1/2NS IV SOLN. | JEWISH HOME | 1037050410303 | 3,000 | $35.60 | $38.91 | 2/20/01 |
| B.Braun Medical | 002647751000 | DEXTROSE 5%-LR SOLN/EXCEL | BAHMANI, ZOHREH | 1009964557201 | 3,000 | $44.60 | $140.00 | 1/16/01 |
| B.Braun Medical | 002647610000 | DEXTROSE 5%-NS IV SOLUTION | BELVILLE PHARMACY SVCS | 1039965688701 | 2,000 | $28.40 | $32.15 | 2/13/01 |
| B.Braun Medical | 002647750000 | LACTATED RINGERS INJ/EXCEL | RESOURCE PHRMCTCL SERVCS | 3169962176301 | 3000 | $39.95 | $42.07 | 6/23/03 |
| B.Braun Medical | 002645533532 | METRO IV 500 MG/100 ML | NEIGHBORCARE OF NOR CAL | 3176963344901 | 900 | $251.00 | $339.66 | 6/30/03 |
| B.Braun Medical | 002647802000 | SALINE 0.45% SOLN/EXCEL CON | BELVILLE PHARMACY SVCS | 1028956460901 | 3,000 | $38.00 | $41.75 | 2/5/01 |
| B.Braun Medical | 002647800000 | SALINE 0.9% SOLN/EXCEL CONT | MOUNTAIN VIEW PHARMACEU | 2025090405602 | 12000 | $144.20 | $361.56 | 2/4/02 |
| B.Braun Medical | 002642201000 | SODIUM CHLORIDE 0.9% IRRIG. | WEST PHARMACY | 1003963244401 | 8,000 | $102.20 | $137.95 | 1/8/01 |
| B.Braun Medical | 002647850000 | STERILE WATER FOR INJECTION | EL CAMINO HOSP PHARMACY | 0228964522701 | 7000 | $74.50 | $85.67 | 8/21/00 |
| B.Braun Medical | 002642101000 | STERILE WATER,IRRIGATION | OPTION CARE-CERES | 0294061607303 | 12000 | $151.40 | $333.49 | 10/30/00 |
| BAXTER | 003380065604 | ACETIC ACID 0.25% IRRIG. | PARTOVI, BIJAN | 2091963901501 | 12,000 | $240.20 | $330.00 | 4/8/02 |

DRUG CLAIM SAMPLE EXTRACT

| Defendant-Manufacturer | NDC | Product Name | Provider Name | Claim Control Number | Units | Paid Amount | Billed Amount | Claim Paid Date |
|---|---|---|---|---|---|---|---|---|
| BAXTER | 00338067104 | D5-1/2NS/KCL 20 MEQ/L IV SOL | SO DESERT CARE PHARMACY | 3099963205701 | 10,000 | $154.95 | $208.40 | 4/14/03 |
| BAXTER | 00338055111 | DEXTROSE 5%/WATER IV SOLN. | RESOURCE PHRMCTCL SERVCS | 3013966556701 | 350 | $95.30 | $100.48 | 1/21/03 |
| BAXTER | 00338008503 | DEXTROSE 5%-1/2NS IV SOLN. | WELLCARE PHARMACY INC | 2121600578801 | 4,000 | $79.40 | $85.52 | 5/6/02 |
| BAXTER | 00338008904 | DEXTROSE 5%-NS IV SOLUTION | RESOURCE PHARMACEUTICAL | 2007967375601 | 6,000 | $71.00 | $71.37 | 1/14/02 |
| BAXTER | 00338071906 | DEXTROSE 70%/WATER IV SOLN. | VISITING NURSE HOME PHC | 1029954272101 | 2,865 | $88.60 | $150.15 | 2/5/01 |
| BAXTER | 00338049003 | INTRALIPID 10% IV FAT EMUL | HOWARD WEISS | 1012959663901 | 2,000 | $234.80 | $261.24 | 1/16/01 |
| BAXTER | 00338049102 | INTRALIPID 20% IV FAT EMUL | FOREMOST CLINICAL PHARMA | 2081060707801 | 500 | $105.85 | $134.10 | 4/8/02 |
| BAXTER | 00338105548 | METRONIDAZOLE 500 MG/100 ML BG | BEVERLY HOSPITAL | 2289967348901 | 2,800 | $411.76 | $482.71 | 10/21/02 |
| BAXTER | 00338004304 | SODIUM CHLORIDE 0.45% SOLN | HOWARD WEISS | 2007963390901 | 2,000 | $24.40 | $31.86 | 1/14/02 |
| BAXTER | 00338004803 | SODIUM CHLORIDE 0.9% IRRIG. | RITE AID #6016 | 3006044567401 | 4,000 | $86.75 | $96.53 | 1/13/03 |
| BAXTER | 00338055318 | SODIUM CHLORIDE 0.9% SOLN. | VALU MED PHARMACY | 2007967024901 | 9,000 | $1,244.00 | $1,314.00 | 1/14/02 |
| BAXTER | 00338001304 | STERILE WATER FOR INJECTION | CHILDREN'S HOME CARE | 2329060203301 | 12,000 | $117.55 | $149.55 | 12/9/02 |
| BAXTER | 00338000403 | STERILE WATER,IRRIGATION | DAVALOS, GERALD C | 2002953111401 | 6,000 | $131.00 | $157.84 | 1/7/02 |
| BAXTER | 00338064406 | TRAVASOL 10% SOLN VIAFLEX | OLSTEN HEALTH SERVICES | 3143050407301 | 4,000 | $444.75 | $1,470.36 | 6/9/03 |
| BEDFORD | 55390023110 | ADRIAMYCIN 10 MG VIAL | SAN LUIS OBISPO COUNTY | 8127964513601 | 8 | $346.08 | $362.40 | 5/11/98 |
| BEDFORD | 55390029101 | ETOPOSIDE 20 MG/ML VIAL | WESTERN DRUG | 8329962069501 | 30 | $630.55 | $665.85 | 11/30/98 |
| BEDFORD | 55390046505 | FLUPHENAZINE DEC 25 MG/ML VL | THE MEDICINE SHOPPE 387 | 8259961789701 | 10 | $140.35 | $254.95 | 9/16/98 |
| BEDFORD | 55390041205 | HALOPERIDOL DEC 50 MG/ML VL | PILLCO PHARMACY | 8261953743001 | 10 | $277.15 | $295.95 | 9/21/98 |
| BEDFORD | 55390005210 | LEUCOVORIN CALCIUM 100 MG VL | GLENDALE MED ARTS PHARMA | 8183955175701 | 12 | $402.55 | $595.60 | 7/27/98 |
| BEDFORD | 55390003310 | METHOTREXATE 25 MG/ML VIAL | HOME HEALTH CARE ASSOCS. | 9202957410301 | 10 | $36.23 | $42.57 | 7/26/99 |
| BEDFORD | 55390025201 | MITOMYCIN 20 MG VIAL | MEDICAL PLAZA PHARMACY | 8207953476601 | 2 | $829.29 | $863.65 | 8/3/98 |
| Bristol-Myers Squibb | 00015301020 | BLENOXANE 15 UNITS VIAL | CLONEY'S RED CROSS PHARM | 2127960433801 | 4 | $1,115.17 | $1,172.70 | 5/13/02 |
| Bristol-Myers Squibb | 00015054941 | CYTOXAN LYOPHILIZED 2 GM | AMERICAN DRUG STORES INC | 0154957572801 | 1 | $97.65 | $100.00 | 6/5/00 |
| Bristol-Myers Squibb | 00015300120 | MUTAMYCIN 5 MG VIAL | LOMA LINDA UNIV HOSP | 1324966902801 | 1 | $126.13 | $163.55 | 11/26/01 |
| Bristol-Myers Squibb | 00015322022 | PLATINOL-AQ 1MG/ML | OWENS PHARMACY, INC | 1121042574801 | 50 | $231.82 | $840.05 | 5/7/01 |
| Bristol-Myers Squibb | 00015306220 | VEPESID 20 MG/ML VIAL | XCEL MED PHARMACY LTD | 0194959229301 | 50 | $1,186.24 | $1,186.49 | 7/17/00 |
| Dey | 49502018110 | ACETYLCYSTEINE 10% VIAL | PARTOVI, BIJAN | 2063961395501 | 120 | $95.41 | $264.00 | 3/11/02 |
| Dey | 49502069760 | ALBUTEROL 0.83 MG/ML SOLUTION | CANOGA PHARMACY INC | 1274040712101 | 180 | $72.78 | $85.00 | 10/9/01 |
| Dey | 49502010501 | ALBUTEROL 5 MG/ML SOLUTION | BELVILLE PHARMACY SVCS | 2091047964301 | 20 | $10.52 | $16.20 | 4/8/02 |
| Dey | 49502030317 | ALBUTEROL 90 MCG INHALER | MAHER H KALDAS | 2232961925801 | 17 | $24.57 | $43.00 | 8/26/02 |
| Dey | 49502040605 | ALPRAZOLAM 0.5 MG TABLET | MAXSON MEDICAL PHARMACY | 2197953080001 | 60 | $6.91 | $46.40 | 7/22/02 |
| Dey | 49502040001 | ATENOLOL 50 MG TABLET | GENESEE PHARMACY | 0206961913001 | 60 | $6.41 | $45.00 | 7/31/00 |
| Dey | 49502068912 | CROMOLYN NEBULIZER SOLUTION | MERCED DRUG | 3091044952401 | 120 | $41.35 | $50.50 | 4/7/03 |
| Dey | 49502067230 | DUONEB 2.5-0.5 MG/3 ML SOLN | LEO'S PHARMACY | 2063959271901 | 90 | $60.80 | $65.00 | 3/11/02 |
| Dey | 49502050001 | EPIPEN 0.3 MG AUTO-INJECTOR | MORAN'S PHARMACY | 2063043490101 | 1 | $49.29 | $54.45 | 3/11/02 |
| Dey | 49502041501 | HYDROCODONE/APAP 5/500 TAB | CALIFORNIA PHARMACY | 4239967935801 | 60 | $10.87 | $14.75 | 9/7/04 |
| Dey | 49502068560 | IPRATROPIUM BR 0.02% SOLN | OVSEPIAN, SARMEN | 2336048466201 | 300 | $193.60 | $216.20 | 12/9/02 |
| Dey | 49502067603 | METAPROTERENOL 0.6% SOLN | NEIGHBORCARE OF NOR CAL | 2067965402701 | 63 | $28.34 | $35.60 | 3/11/02 |

Page 2 of 7

DRUG CLAIM SAMPLE EXTRACT

| Defendant Manufacturer | NDC | Product Name | Provider Name | Claim Control Number | Units | Paid Amount | Billed Amount | Claim Paid Date |
|---|---|---|---|---|---|---|---|---|
| Dey | 49502040301 | PIROXICAM 20 MG CAPSULE | FAIRFAX PHARMACY | 0193960395401 | 30 | $67.93 | $76.90 | 7/17/00 |
| Dey | 49502082003 | SODIUM CHLORIDE 0.45% VIAL | WESTERN REHAB SYSTEMS | 1197071806501 | 600 | $41.06 | $48.40 | 7/23/01 |
| Dey | 49502083003 | SODIUM CHLORIDE 0.9% VIAL | GOLDEN VALLEY PHARMACY | 2060041226201 | 300 | $18.50 | $18.75 | 3/4/02 |
| Dey | 49502064015 | SODIUM CHLORIDE 3% VIAL | LCPCH PHARMACY | 2179080702803 | 1,500 | $79.85 | $102.00 | 7/15/02 |
| Dey | 49502043301 | THEOPHYLLINE 300 MG TAB SA | VILLAGE PHARMACY | 0228958724801 | 100 | $11.95 | $32.75 | 8/21/00 |
| Dey | 49502081005 | WATER FOR INHALATION VIAL | LONGS DRUG STORE | 0333051407101 | 1,000 | $31.40 | $68.40 | 12/11/00 |
| IMMUNEX | 58406068316 | METHOTREXATE LPF 25 MG/ML VL | DERDERIAN, EDWARD J | 1010958315201 | 10 | $23.25 | $31.85 | 1/16/01 |
| IMMUNEX | 58406062206 | LEUCOVORIN CALCIUM 100 MG VL | LONG BEACH MED ARTS BLDG | 7083964550901 | 20 | $752.39 | $1,103.48 | 3/31/97 |
| MYLAN | 0037812001 | ACEBUTOLOL 200 MG CAPSULE | SAN DIEGO PHARMACY | 2002962844401 | 30 | $17.64 | $19.05 | 1/7/02 |
| MYLAN | 00378030201 | ACYCLOVIR 800 MG TABLET | SAV-ON DRUGS #7036 | 1091953916201 | 35 | $46.36 | $81.69 | 4/9/01 |
| MYLAN | 00378057201 | ALBUTEROL SULFATE 4 MG TAB | ROBERT OKUM | 2275965837801 | 62 | $9.53 | $39.79 | 10/7/02 |
| MYLAN | 00378018105 | ALLOPURINOL 300 MG TABLET | AMERICAN DRUG STORES INC | 20019514450001 | 60 | $10.99 | $18.99 | 1/7/02 |
| MYLAN | 00378057401 | AMITRIP/PERPHEN 25-4 TABLET | STAR PHARMACY | 2002955825101 | 120 | $15.60 | $48.45 | 1/7/02 |
| MYLAN | 00378262510 | AMITRIPTYLINE HCL 25 MG TAB | WALGREENS #05480 | 2001953532501 | 60 | $5.78 | $15.99 | 1/7/02 |
| MYLAN | 00378023110 | ATENOLOL 50 MG TABLET | KONG, CHEUNG T | 1001950337301 | 60 | $52.08 | $52.82 | 1/8/01 |
| MYLAN | 00378041701 | BUMETANIDE 2 MG TABLET | MEDICAL CTR PHARMACY #5 | 2002044215601 | 90 | $36.88 | $82.66 | 1/7/02 |
| MYLAN | 00378043501 | BUPROPION HCL 100 MG TABLET | HILLCREST PHARMACY | 2002048398401 | 60 | $58.60 | $63.52 | 1/7/02 |
| MYLAN | 00378117591 | BUSPIRONE HCL 30 MG TABLET | NEIGHBORCARE-ORCA INC | 3002042249901 | 90 | $298.39 | $298.59 | 1/6/03 |
| MYLAN | 00378830201 | CAPTOPRIL 25 MG TABLET | MURPHY, DONALD DEAN | 2002959093401 | 200 | $15.00 | $247.27 | 1/7/02 |
| MYLAN | 00378009401 | CARBIDOPA/LEVO 50/200 TB SA | CROALS REXAL DRUGS | 2001950331901 | 120 | $198.40 | $259.80 | 1/7/02 |
| MYLAN | 00378750001 | CEFACLOR 500 MG CAPSULE | TAMPA PLAZA PHARMACY | 2001953340801 | 30 | $57.77 | $133.55 | 1/7/02 |
| MYLAN | 00378605001 | CEPHALEXIN 500 MG CAPSULE | SENTER PHARMACY | 0191952947101 | 40 | $11.90 | $68.75 | 7/17/00 |
| MYLAN | 00378021001 | CHLORPROPAMIDE 250 MG TAB | MEDICAL CENTER PHARMACY | 2002958674701 | 100 | $42.65 | $77.31 | 1/7/02 |
| MYLAN | 00378031701 | CIMETIDINE 300 MG TABLET | MEDICINE SHOPPE, THE | 2002952333201 | 100 | $14.60 | $104.89 | 1/7/02 |
| MYLAN | 00378191010 | CLONAZEPAM 0.5 MG TABLET | WU, ENG-HSU | 1002953978101 | 100 | $31.40 | $94.50 | 1/8/01 |
| MYLAN | 00378015210 | CLONIDINE HCL 0.1 MG TABLET | SAV-ON DRUGS #9115 | 2001950814201 | 270 | $28.10 | $55.87 | 1/7/02 |
| MYLAN | 00378007001 | CLORAZEPATE 15 MG TABLET | MARKET PHARMACY | 2001952826001 | 250 | $519.78 | $624.59 | 1/7/02 |
| MYLAN | 00378086001 | CLOZAPINE 100 MG TABLET | MODERN HEALTH PHARMACY | 2002045260901 | 70 | $225.11 | $301.25 | 1/7/02 |
| MYLAN | 00378047705 | DIAZEPAM 10 MG TABLET | ROBERT OKUM | 2002041958001 | 93 | $7.71 | $37.61 | 1/7/02 |
| MYLAN | 00378816001 | DICYCLOMINE 10 MG CAPSULE | RESNICK, CRAIG | 2002952956901 | 120 | $18.48 | $41.75 | 1/7/02 |
| MYLAN | 00378534001 | DILTIAZEM ER 240 MG CAP SA | VONS PHARMACY #2360 | 2002040573801 | 100 | $82.90 | $83.15 | 1/7/02 |
| MYLAN | 00378041510 | DIPHENOXYLATE/ATROPINE TAB | BIG A DRUG STORE | 2002042202001 | 100 | $46.30 | $46.55 | 1/7/02 |
| MYLAN | 00378641001 | DOXEPIN 100 MG CAPSULE | OLYMPIC PHARMACY | 0184953354001 | 40 | $41.72 | $44.50 | 7/10/00 |
| MYLAN | 00378105301 | ENALAPRIL MALEATE 10 MG TAB | TOP CARE PHARMACY | 2002046039501 | 100 | $105.55 | $112.60 | 1/7/02 |
| MYLAN | 00378010601 | ERYTHROMYCIN ST 250 MG TAB | IN-HOUSE PHARMACIES,INC | 2182042344101 | 40 | $8.76 | $15.25 | 7/8/02 |
| MYLAN | 00378302001 | FAMOTIDINE 20 MG TABLET | FONG, HENRY | 2001950342001 | 180 | $301.18 | $344.35 | 1/7/02 |
| MYLAN | 00378609701 | FLUPHENAZINE 10 MG TABLET | ROHT, MART | 2002966108801 | 270 | $132.32 | $378.50 | 1/7/02 |
| MYLAN | 00378443001 | FLURAZEPAM 30 MG CAPSULE | MADERA MEDICAL PHARM | 2001951623601 | 30 | $6.29 | $19.80 | 1/7/02 |
| MYLAN | 00378009301 | FLURBIPROFEN 100 MG TABLET | HORTON & CONVERSE PHARM | 2002951947401 | 90 | $36.92 | $162.15 | 1/7/02 |
| MYLAN | 00378041401 | FLUVOXAMINE MAL 100 MG TAB | VONS PHARMACY #2306 | 2002040888201 | 90 | $228.79 | $229.04 | 1/7/02 |
| MYLAN | 00378021610 | FUROSEMIDE 40 MG TABLET | LONGS DRUG STORES, INC | 2001950234701 | 100 | $8.20 | $25.80 | 1/7/02 |

DRUG CLAIM SAMPLE EXTRACT

| Defendant Manufacturer | NDC | Product Name | Provider Name | Claim Control Number | Units | Paid Amount | Billed Amount | Claim Paid Date |
|---|---|---|---|---|---|---|---|---|
| MYLAN | 00378111001 | GLIPIZIDE 10 MG TABLET | LEE, DANIEL I | 2001951593401 | 100 | $13.17 | $72.30 | 1/7/02 |
| MYLAN | 00378116001 | GUANFACINE 1 MG TABLET | MEDICAL CTR PHARMACY #5 | 2002044221201 | 120 | $66.80 | $119.64 | 1/7/02 |
| MYLAN | 00378032701 | HALOPERIDOL 5 MG TABLET | PAYLESS DRUG STORE #5711 | 2182041015501 | 60 | $44.37 | $46.69 | 7/8/02 |
| MYLAN | 00378037301 | HYDROXYCHLOROQUINE 200 MG TB | SAIL DRUG | 2002950562601 | 100 | $89.20 | $143.35 | 1/7/02 |
| MYLAN | 00378014701 | INDOMETHACIN 50 MG CAPSULE | KLEINMAN, ILYA | 2002041189401 | 100 | $8.81 | $30.70 | 1/7/02 |
| MYLAN | 00378407001 | KETOPROFEN 50 MG CAPSULE | REYNA PHARMACY | 0184960904701 | 100 | $95.48 | $218.98 | 7/10/00 |
| MYLAN | 00378210001 | LOPERAMIDE 2 MG CAPSULE | SUPER RX PHARMACY #4 | 2002048311201 | 180 | $30.80 | $151.60 | 1/7/02 |
| MYLAN | 00378045701 | LORAZEPAM 1 MG TABLET | ETOYAN, ARA | 2191962664601 | 100 | $61.13 | $118.00 | 7/15/02 |
| MYLAN | 00378001401 | METHOTREXATE 2.5 MG TABLET | THE MEDICINE SHOPPE | 2002954478301 | 16 | $65.36 | $70.30 | 1/7/02 |
| MYLAN | 00378061101 | METHYLDOPA 250 MG TABLET | RELIABLE REXAL PHARMACY | 2002952197301 | 90 | $12.92 | $46.34 | 1/7/02 |
| MYLAN | 00378071101 | METHYLDOPA/HCTZ 250-25 TAB | MARVIN LIEBLEIN INC. | 2183951689001 | 60 | $36.84 | $38.67 | 7/8/02 |
| MYLAN | 00378003210 | METOPROLOL 50 MG TABLET | SAV-ON DRUGS #9610 | 2001950820401 | 100 | $14.40 | $38.69 | 1/7/02 |
| MYLAN | 00378045105 | NAPROXEN 500 MG TABLET | VICTOR CHIAROLLA | 2001951751401 | 60 | $13.57 | $29.29 | 1/7/02 |
| MYLAN | 00378102077 | NICARDIPINE 20 MG CAPSULE | WELLCARE PHARMACY INC | 2016600651204 | 93 | $35.23 | $47.57 | 1/22/02 |
| MYLAN | 00378348201 | NIFEDIPINE ER 60 MG TABLET | PAVILIONS PHAR #2228 | 2001952731701 | 30 | $69.11 | $78.99 | 1/7/02 |
| MYLAN | 00378170001 | NITROFURANTOIN MCR 100 MG CP | THRIFTY DRUG STORE #5513 | 2002969054001 | 60 | $48.35 | $77.99 | 1/7/02 |
| MYLAN | 00378911293 | NITROGLYCERIN 0.4 MG/HR PTCH | BINESHWAR B PRASAD | 2002960006901 | 30 | $56.43 | $74.59 | 1/7/02 |
| MYLAN | 00378232501 | NORTRIPTYLINE HCL 25 MG CAP | STAR PHARMACY | 2337954740101 | 180 | $28.86 | $158.15 | 12/29/02 |
| MYLAN | 00378035701 | PENTOXIFYLLINE 400 MG TAB SA | SAV-ON DRUGS #9793 | 2001950846801 | 180 | $60.50 | $111.05 | 1/7/02 |
| MYLAN | 00378156010 | PHENYTOIN SOD EXT 100 MG CAP | THRIFTY DRUG STORE #5824 | 2001952583401 | 120 | $33.61 | $35.99 | 1/7/02 |
| MYLAN | 00378005201 | PINDOLOL 5 MG TABLET | LONGS DRUG STORE #510 | 2002046713201 | 60 | $13.04 | $68.20 | 1/7/02 |
| MYLAN | 00378202001 | PIROXICAM 20 MG CAPSULE | AMERICAN DRUG STORES INC | 2001951010301 | 100 | $18.60 | $79.49 | 1/7/02 |
| MYLAN | 00378342548 | PREDNISOLONE 15 MG/5 ML SYRUP | NEPOVE, KENNETH MICHAEL | 2002965189201 | 20 | $7.98 | $12.00 | 1/7/02 |
| MYLAN | 00378015601 | PROBENECID 500 MG TABLET | KREIN, RONALD JEFFREY | 2002952700201 | 30 | $24.98 | $34.05 | 1/7/02 |
| MYLAN | 00378511001 | PROCHLORPERAZINE 10 MG TAB | TOMS PHARMACY | 2002045094501 | 160 | $96.06 | $204.25 | 1/7/02 |
| MYLAN | 00378015505 | PROPOXY-N/APAP 100-650 TAB | SUNNYSIDE PHARMACY | 2002040902501 | 180 | $48.98 | $107.05 | 1/7/02 |
| MYLAN | 00378018310 | PROPRANOLOL 20 MG TABLET | RAKHOLIA, RAMESHBHAI M | 2002045943201 | 60 | $6.26 | $23.51 | 1/7/02 |
| MYLAN | 00378014101 | SPIRONOLACT/HCTZ 25/25 TAB | CASTAGNO, PRIMO | 2002953812601 | 120 | $61.26 | $73.77 | 1/7/02 |
| MYLAN | 00378214601 | SPIRONOLACTONE 25 MG TABLET | SAV-ON DRUGS #9501 | 2001950805801 | 60 | $23.15 | $31.69 | 10/7/02 |
| MYLAN | 00378053101 | SULINDAC 200 MG TABLET | SITKOFF, IRWIN | 2002950408701 | 60 | $24.80 | $80.55 | 1/7/02 |
| MYLAN | 00378505001 | TEMAZEPAM 30 MG CAPSULE | WARDS PHARMACY | 2001950017001 | 30 | $8.48 | $48.50 | 1/7/02 |
| MYLAN | 00378226001 | TERAZOSIN 1 MG CAPSULE | ST MONICA PHARMACY | 2002041713501 | 31 | $51.07 | $61.25 | 1/7/02 |
| MYLAN | 00378061210 | THIORIDAZINE 10 MG TABLET | PHARMACY SUPPORT SERVICE | 2004963244801 | 60 | $9.43 | $26.00 | 1/7/02 |
| MYLAN | 00378501001 | THIOTHIXENE 10 MG CAPSULE | VERDUGO CLINIC PHARMACY | 2002042048401 | 100 | $26.69 | $69.25 | 1/7/02 |
| MYLAN | 00378031301 | TOLMETIN SODIUM 600 MG TAB | SKINNER ENTERPRISES, INC | 2002952961701 | 100 | $94.78 | $156.99 | 1/7/02 |
| MYLAN | 00378415101 | TRAMADOL HCL 50 MG TABLET | CHAE, SUNNY S | 2274043779901 | 60 | $51.69 | $55.85 | 10/7/02 |
| MYLAN | 00378135505 | TRIAMTERENE/HCTZ 75/50 TAB | IN-HOUSE PHARMACIES, INC | 2002041016201 | 60 | $2.93 | $64.49 | 1/7/02 |
| MYLAN | 00378241001 | TRIFLUOPERAZINE 10 MG TABLET | PAYLESS DRUG STORE #5803 | 2001952656601 | 90 | $52.40 | $75.69 | 1/7/02 |
| MYLAN | 00378112001 | VERAPAMIL 120 MG TABLET SA | FALL RIVER DRUGSTORE INC | 2002043865101 | 100 | $105.73 | $111.33 | 1/7/02 |
| ROXANE | 00054300563 | ACETAMINOPHEN/COD ELIXIR | NEIGHBORCARE TCI INC | 2065965701301 | 30 | $22.33 | $29.14 | 3/11/02 |
| ROXANE | 00054806313 | ALBUTEROL 0.83 MG/ML SOLUTION | APRIA HEALTHCARE | 2060966971501 | 30 | $36.74 | $43.95 | 3/4/02 |

DRUG CLAIM SAMPLE EXTRACT

| Defendant-Manufacturer | NDC | Product Name | Provider Name | Claim Control Number | Units | Paid Amount | Billed Amount | Claim Paid Date |
|---|---|---|---|---|---|---|---|---|
| ROXANE | 00054408425 | AZATHIOPRINE 50 MG TABLET | RONCO DRUG | 206004503540 1 | 60 | $72.53 | $93.59 | 3/4/02 |
| ROXANE | 00054412125 | CALCIUM GLUCONATE 500 MG TAB | THE MEDICINE SHOPPE #885 | 206004789920 1 | 12 | $38.59 | $60.24 | 3/4/02 |
| ROXANE | 00054314658 | CHLORPROMAZINE 100 MG/ML CON | DEL'S PHARMACY | 206304156630 1 | 30 | $21.35 | $33.80 | 3/11/02 |
| ROXANE | 00054815524 | CODEINE SULFATE 15 MG TABLET | SAV-ON DRUGS #9148 | 131696478430 1 | 60 | $38.65 | $156.00 | 11/19/01 |
| ROXANE | 00054816721 | CROMOLYN NEBULIZER SOLUTION | RITE AID #6256 | 206295971440 1 | 7 | $7.68 | $14.49 | 3/11/02 |
| ROXANE | 00054413025 | CYCLOPHOSPHAMIDE 50 MG TAB | AMERICAN DRUG STORES INC | 206495627510 1 | 36 | $49.29 | $126.33 | 3/11/02 |
| ROXANE | 00054418425 | DEXAMETHASONE 4 MG TABLET | WESTERN MEDICAL SUPPLY | 121195863600 1 | 60 | $119.33 | $176.00 | 8/6/01 |
| ROXANE | 00054422225 | DICLOFENAC SOD 75 MG TAB EC | SUMMIT CARE CORPORATION | 212660136450 2 | 30 | $21.35 | $33.80 | 5/13/02 |
| ROXANE | 00054319246 | DIGOXIN 50 MCG/ML ELIXIR | BELVILLE PHARMACY SVCS | 206004688260 1 | 120 | $72.18 | $79.15 | 3/4/02 |
| ROXANE | 00054319446 | DIPHENOXYLATE/ATROPINE LIQ | ATLANTIC PHARMACY | 206004132930 1 | 40 | $9.05 | $20.25 | 3/4/02 |
| ROXANE | 00054329446 | FUROSEMIDE 10 MG/ML SOLUTION | BARTLETT, DAVID A MD | 206295323010 1 | 40 | $18.02 | $55.32 | 3/11/02 |
| ROXANE | 00054434631 | HALOPERIDOL 10 MG TABLET | MEDINA, DAVID W | 204296203960 1 | 30 | $22.33 | $29.14 | 2/19/02 |
| ROXANE | 00054439425 | HYDROMORPHONE 4 MG TABLET | PATIENT CARE PHARMACY | 206004598680 1 | 240 | $10.72 | $10.97 | 3/4/02 |
| ROXANE | 00054224725 | HYDROXYUREA 500 MG CAPSULE | CVS PROCARE #2822 | 309191023020 1 | 200 | $252.86 | $392.16 | 4/7/03 |
| ROXANE | 00054840211 | IPRATROPIUM BR 0.02% SOLN | VONS PHARMACY #2003 | 206004606620 1 | 60 | $12.52 | $20.95 | 3/4/02 |
| ROXANE | 00054418254 | KAOLIN-PECTIN SUSPENSION | WALGREENS #05374 | 302496550910 1 | 240 | $22.90 | $27.25 | 1/27/03 |
| ROXANE | 00054348663 | LACTULOSE 10 GM/15 ML SOLUTION | GAMETTE, JAMES E | 206695637860 1 | 180 | $74.00 | $85.98 | 3/11/02 |
| ROXANE | 00054449625 | LEUCOVORIN CALCIUM 5 MG TAB | MICHAEL F STONE | 111695677260 1 | 60 | $119.33 | $176.00 | 4/30/01 |
| ROXANE | 00054449425 | LEVORPHANOL 2 MG TABLET | BESIO, FRED PAUL | 206695537580 1 | 60 | $13.68 | $14.95 | 3/11/02 |
| ROXANE | 00054350049 | LIDOCAINE 2% VISCOUS SOLN | BOB'S PHARMACY | 206696749650 1 | 120 | $15.73 | $19.20 | 3/11/02 |
| ROXANE | 00054252731 | LITHIUM CARBONATE 300 MG CAP | SAV-ON DRUGS #9754 | 206004022920 1 | 60 | $11.60 | $13.97 | 3/4/02 |
| ROXANE | 00054353550 | LOPERAMIDE 1 MG/5 ML LIQUID | HOME CARE PHARMACY | 217005150560 2 | 120 | $73.70 | $81.57 | 7/1/02 |
| ROXANE | 00054353244 | LORAZEPAM INTENSOL 2 MG/ML | CLONEY'S RED CROSS PHARM | 206396328470 1 | 75 | $45.66 | $53.99 | 3/11/02 |
| ROXANE | 00054354258 | MEGESTROL ACET 40 MG/ML SUSP | QUI VAN LY | 213595947050 1 | 120 | $102.70 | $108.00 | 5/20/02 |
| ROXANE | 00054459625 | MEPERIDINE 100 MG TABLET | AMERICAN DRUG STORES INC | 206495625050 1 | 300 | $11.30 | $23.50 | 3/11/02 |
| ROXANE | 00054861411 | METAPROTERENOL 0.6% SOLN | BELVILLE PHARMACY SVCS | 100596716320 1 | 90 | $17.62 | $26.69 | 1/8/01 |
| ROXANE | 00054457125 | METHADONE HCL 10 MG TABLET | WALGREEN #06903 | 206004250740 1 | 120 | $6.70 | $6.95 | 3/4/02 |
| ROXANE | 00054455015 | METHOTREXATE 2.5 MG TABLET | RONALD E PARTAIN | 110895260680 1 | 12 | $38.59 | $60.24 | 4/23/01 |
| ROXANE | 00054356363 | METOCLOPRAMIDE 5 MG/5 ML SYRP | ACMC FAIRMONT PHCY | 206304451060 1 | 120 | $127.96 | $143.99 | 3/11/02 |
| ROXANE | 00054261625 | MEXILETINE 150 MG CAPSULE | CVS PROCARE PHAR #2855 | 206004771790 1 | 120 | $22.96 | $23.69 | 3/4/02 |
| ROXANE | 00054458325 | MORPHINE SULFATE 30 MG TAB | CROALS REXAL DRUGS | 206095299000 1 | 480 | $23.00 | $23.25 | 3/4/02 |
| ROXANE | 00054363063 | NAPROXEN 125 MG/5 ML SUSPEN | RESOURCE PHRMCTCL SERVCS | 206696365990 1 | 200 | $135.02 | $168.99 | 3/11/02 |
| ROXANE | 00054479325 | ORAMORPH SR 100 MG TABLET SA | WESSELER, PAUL | 206096279730 1 | 120 | $39.39 | $51.60 | 3/4/02 |
| ROXANE | 00054279525 | OXYCODONE W/APAP 5/500 CAP | VONS PHARMACY #2156 | 206696287130 1 | 500 | $40.10 | $40.42 | 3/11/02 |
| ROXANE | 00054870525 | PHENOBARBITAL 30 MG TABLET | BARTLETT, DAVID A MD | 101195508340 1 | 240 | $1,169.43 | $1,319.00 | 1/16/01 |
| ROXANE | 00054371663 | POTASSIUM CHLORIDE 10% LIQ | NEIGHBORCARE TCI INC | 206004429090 1 | 100 | $25.17 | $55.99 | 3/4/02 |
| ROXANE | 00054474125 | PREDNISONE 1 MG TABLET | BELVILLE PHARMACY SVCS | 206004685830 1 | 480 | $7.16 | $7.83 | 3/4/02 |
| ROXANE | 00054472125 | PROPANTHELINE 15 MG TABLET | SAV-ON DRUGS #6513 | 206004460490 1 | 15 | $6.32 | $7.20 | 3/4/02 |
| ROXANE | 00054474425 | PSEUDOEPHEDRINE 60 MG TABLET | DRUG FAIR | 206004198860 1 | 120 | $64.18 | $64.43 | 3/4/02 |
| ROXANE | 00054375150 | ROXANOL 20 MG/ML SOLUTION | RITE AID #6046 | 206004635560 1 | 48 | $2.75 | $7.50 | 3/4/02 |

DRUG CLAIM SAMPLE EXTRACT

| Defendant-Manufacturer | NDC | Product Name | Provider Name | Claim Control Number | Units | Paid Amount | Billed Amount | Claim Paid Date |
|---|---|---|---|---|---|---|---|---|
| ROXANE | 00054465025 | ROXICET 5/325 TABLET | VONS PHARMACY #2373 | 20600040364301 | 240 | $151.93 | $206.98 | 3/4/02 |
| ROXANE | 00054465725 | ROXICODONE 5 MG TABLET | STATSCRIPT PHARMACY | 20600045643901 | 180 | $25.26 | $55.99 | 3/4/02 |
| ROXANE | 00054465325 | ROXIPRIN 4.88/325 TABLET | THOMAS A SANDERS | 10029524215O1 | 180 | $56.88 | $64.46 | 1/8/01 |
| ROXANE | 00054880925 | SODIUM CHLORIDE 0.9% VIAL | PARTOVI, BIJAN | 20609632916O1 | 600 | $90.47 | $198.00 | 3/4/02 |
| ROXANE | 00054380563 | SPS 15 GM/60 ML SUSPENSION | PHARMACARE SPEC #2864 | 20600478476O1 | 1,000 | $94.70 | $96.59 | 3/4/02 |
| ROXANE | 00054384163 | THEOPHYLLINE 80 MG/15 ML SOLN | ROBERT OKUM | 20629580790O1 | 480 | $10.47 | $12.01 | 3/11/02 |
| ROXANE | 00054386150 | THIORIDAZINE 100 MG/ML CONC | AMERICAN DRUG STORES INC | 20659576030O1 | 120 | $38.84 | $47.69 | 3/11/02 |
| ROXANE | 00054485929 | TRIAZOLAM 0.25 MG TABLET | WILLIAM E KEARNEY | 20639519923O1 | 15 | $12.61 | $19.65 | 3/11/02 |
| ROXANE | 00054464725 | VIRAMUNE 200 MG TABLET | WARDS PHARMACY | 20609503712O1 | 60 | $306.72 | $537.90 | 3/4/02 |
| SANDOZ/GENEVA | 00781120360 | AMIODARONE HCL 200 MG TABLET | MEDEX DRUGS | 2098954539001 | 100 | $301.52 | $336.13 | 4/15/02 |
| SANDOZ/GENEVA | 00781127301 | AMITRIP/PERPHEN 25-2 TABLET | CAL MED PHARMACY | 2098959652901 | 100 | $12.49 | $46.70 | 4/15/02 |
| SANDOZ/GENEVA | 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | CENTER PROFESSIONAL PHAR | 2098950876301 | 60 | $12.80 | $89.60 | 4/15/02 |
| SANDOZ/GENEVA | 00781150610 | ATENOLOL 50 MG TABLET | MADDUX, MARJORIE C | 2099952448201 | 60 | $6.58 | $7.80 | 4/15/02 |
| SANDOZ/GENEVA | 00781105901 | AZATHIOPRINE 50 MG TABLET | KMART PHARMACY #3214 | 2098041416201 | 90 | $114.72 | $114.97 | 4/15/02 |
| SANDOZ/GENEVA | 00781181701 | BROMOCRIPTINE 2.5 MG TABLET | VERNIK, LARISA | 2098965231901 | 60 | $128.20 | $155.59 | 4/15/02 |
| SANDOZ/GENEVA | 00781105301 | BUPROPION HCL 75 MG TABLET | SAV-ON PHARMACY #9105 | 2101954703301 | 75 | $55.10 | $57.69 | 4/15/02 |
| SANDOZ/GENEVA | 00781105001 | CARISOPRODOL 350 MG TABLET | THE MEDICINE SHOPPE | 2126040872601 | 90 | $37.49 | $65.00 | 5/13/02 |
| SANDOZ/GENEVA | 00781171801 | CHLORPROMAZINE 100 MG TABLET | GOLDEN LIFE PHARMACY | 2098964601901 | 90 | $72.54 | $86.26 | 4/15/02 |
| SANDOZ/GENEVA | 00781144901 | CIMETIDINE 400 MG TABLET | 10TH AVENUE PHARMACY | 2099957112701 | 60 | $13.02 | $32.40 | 4/15/02 |
| SANDOZ/GENEVA | 00781203701 | CLOMIPRAMINE 50 MG CAPSULE | FALL RIVER DRUGSTORE INC | 2098967113401 | 60 | $34.63 | $81.23 | 4/15/02 |
| SANDOZ/GENEVA | 00781197301 | DESIPRAMINE 50 MG TABLET | LATTHITHAM, PRACHA | 2098967196001 | 60 | $8.75 | $53.00 | 4/15/02 |
| SANDOZ/GENEVA | 00781178901 | DICLOFENAC SOD 75 MG TAB EC | AMERICAN DRUG STORES INC | 2098955881801 | 60 | $38.90 | $54.69 | 4/15/02 |
| SANDOZ/GENEVA | 00781123301 | ENALAPRIL MALEATE 20 MG TAB | MADDUX, MARJORIE C | 2099952447101 | 60 | $90.65 | $114.30 | 4/15/02 |
| SANDOZ/GENEVA | 00781143901 | FLUPHENAZINE 10 MG TABLET | THRIFTY DRUG STORE #5523 | 2098963048901 | 60 | $34.39 | $67.99 | 4/15/02 |
| SANDOZ/GENEVA | 00781196601 | FUROSEMIDE 40 MG TABLET | HIGHLAND HOSP PHARMACY | 2098040996701 | 90 | $9.19 | $18.45 | 4/15/02 |
| SANDOZ/GENEVA | 00781145310 | GLIPIZIDE 10 MG TABLET | KONG, CHEUNG T | 2098952741001 | 60 | $9.46 | $37.10 | 4/15/02 |
| SANDOZ/GENEVA | 00781145710 | GLYBURIDE 5 MG TABLET | MEDICAL CENTER PHARMACY | 2098956242501 | 60 | $34.04 | $36.40 | 4/15/02 |
| SANDOZ/GENEVA | 00781139701 | HALOPERIDOL 10 MG TABLET | WARDS PHARMACY | 2098950256001 | 90 | $64.94 | $95.40 | 4/15/02 |
| SANDOZ/GENEVA | 00781140701 | HYDROXYCHLOROQUINE 200 MG TB | SAV-ON DRUGS #7232 | 2098958766801 | 100 | $89.15 | $89.69 | 4/15/02 |
| SANDOZ/GENEVA | 00781136301 | IBUPROFEN 800 MG TABLET | LIN, ANDREW M | 2098966051801 | 100 | $14.45 | $30.90 | 4/15/02 |
| SANDOZ/GENEVA | 00781176401 | IMIPRAMINE HCL 25 MG TABLET | FONG, HENRY | 2099952076201 | 60 | $13.86 | $34.95 | 4/15/02 |
| SANDOZ/GENEVA | 00781169501 | ISOSORBIDE DN 20 MG TABLET | VONS PHARMACY #2164 | 2098964768201 | 90 | $6.48 | $21.25 | 4/15/02 |
| SANDOZ/GENEVA | 00781126210 | LONOX TABLET | LLOYDS PHARMACY | 3001950692901 | 100 | $40.98 | $42.07 | 1/6/03 |
| SANDOZ/GENEVA | 00781140401 | LORAZEPAM 1 MG TABLET | COMMUNITY PHARMACY | 0193954677301 | 90 | $63.96 | $86.40 | 7/17/00 |
| SANDOZ/GENEVA | 00781107101 | METHAZOLAMIDE 50 MG TABLET | BAY PHARMACY | 2098956670701 | 100 | $50.30 | $80.00 | 4/15/02 |
| SANDOZ/GENEVA | 00781174901 | METHYLPHENIDATE 10 MG TABLET | AMERICAN DRUG STORES INC | 2099955359001 | 90 | $41.82 | $53.99 | 4/15/02 |
| SANDOZ/GENEVA | 00781122301 | METOPROLOL 50 MG TABLET | BIG A DRUG STORE | 2098965872201 | 60 | $8.02 | $19.45 | 4/15/02 |
| SANDOZ/GENEVA | 00781116401 | NAPROXEN 375 MG TABLET | KOAM PHARMACY, INC | 2098965859201 | 60 | $12.10 | $67.69 | 4/15/02 |
| SANDOZ/GENEVA | 00781250301 | NITROFURANTOIN MCR 100 MG CP | CHAE, SUNNY S | 2098967436001 | 100 | $88.54 | $118.65 | 4/15/02 |
| SANDOZ/GENEVA | 00781263201 | NORTRIPTYLINE HCL 50 MG CAP | RELIABLE CARE PHARMACY | 2099966889601 | 90 | $19.30 | $144.95 | 4/15/02 |
| SANDOZ/GENEVA | 00781104801 | PERPHENAZINE 8 MG TABLET | THRIFTY DRUG STORE #5706 | 2098963924901 | 60 | $46.44 | $46.69 | 4/15/02 |

DRUG CLAIM SAMPLE EXTRACT

| Defendant-Manufacturer | NDC | Product Name | Provider Name | Claim Control Number | Units | Paid Amount | Billed Amount | Claim Paid Date |
|---|---|---|---|---|---|---|---|---|
| SANDOZ/GENEVA | 00781183001 | PROMETHAZINE 25 MG TABLET | WALGREENS #5525 | 2098040116201 | 30 | $14.71 | $18.49 | 4/15/02 |
| SANDOZ/GENEVA | 00781188310 | RANITIDINE 150 MG TABLET | QUI VAN LY | 2099960417701 | 60 | $24.27 | $124.15 | 4/15/02 |
| SANDOZ/GENEVA | 00781159910 | SPIRONOLACTONE 25 MG TABLET | SUMNER, CRAIG A | 2098952899301 | 60 | $21.70 | $30.30 | 4/15/02 |
| SANDOZ/GENEVA | 00781220201 | TEMAZEPAM 30 MG CAPSULE | SAV-ON DRUGS #6562 | 2098958346201 | 60 | $13.16 | $27.69 | 4/15/02 |
| SANDOZ/GENEVA | 00781205201 | TERAZOSIN 2 MG CAPSULE | NASRAH, IYAD IBRAHIM | 2098956365801 | 90 | $140.92 | $144.34 | 4/15/02 |
| SANDOZ/GENEVA | 00781160401 | THIORIDAZINE 10 MG TABLET | ZALA, BHARATSINH J | 2098961815501 | 90 | $16.09 | $32.49 | 4/15/02 |
| SANDOZ/GENEVA | 00781222901 | THIOTHIXENE 10 MG CAPSULE | SAV-ON DRUGS #7298 | 2098958740901 | 90 | $40.39 | $42.69 | 4/15/02 |
| SANDOZ/GENEVA | 00781180701 | TRAZODONE 50 MG TABLET | PHAM, ANH | 2098959293501 | 50 | $7.22 | $53.00 | 4/15/02 |
| SANDOZ/GENEVA | 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | LONGS DRUG STORES NO 78 | 2098950703201 | 100 | $30.35 | $35.00 | 4/15/02 |
| SANDOZ/GENEVA | 00781103401 | TRIFLUOPERAZINE 5 MG TABLET | STAR PHARMACY | 2098954121701 | 100 | $46.51 | $118.10 | 4/15/02 |
| WARRICK | 59930150008 | ALBUTEROL 0.83 MG/ML SOLUTION | KEVIN BROWETT | 0214962169401 | 75 | $18.73 | $24.99 | 8/7/00 |
| WARRICK | 59930151504 | ALBUTEROL 5 MG/ML SOLUTION | DBA A-P PHARMACY | 0213951089901 | 80 | $60.76 | $65.50 | 8/7/00 |
| WARRICK | 59930156001 | ALBUTEROL 90MCG INHALER | RIVERDALE DRUG | 0213950247001 | 34 | $18.74 | $46.87 | 8/7/00 |
| WARRICK | 59930157503 | BETAMETHASONE DP 0.05% OINT | WHITE CROSS DRUG STORE | 0220965844201 | 50 | $52.54 | $73.26 | 8/14/00 |
| WARRICK | 59930180201 | CIMETIDINE 400 MG TABLET | DAHER, ALBERT | 0214957543001 | 30 | $9.11 | $59.95 | 8/7/00 |
| WARRICK | 59930157003 | CLOTRIMAZOLE 1% CREAM | LONGS DRUG STOR #223 | 0213952407901 | 45 | $19.24 | $23.00 | 8/7/00 |
| WARRICK | 59930177101 | FLURBIPROFEN 50 MG TABLET | DE LA STAR PHARMACY | 3220968029701 | 60 | $40.28 | $45.81 | 8/11/03 |
| WARRICK | 59930163902 | GLYBURIDE 5 MG TABLET | AVALON PHARMACY | 2106952559701 | 100 | $54.15 | $58.90 | 4/22/02 |
| WARRICK | 59930162101 | GRISEOFULVIN ULTRA 250 MG TB | WAL-MART PHARM 10-1805 | 0213955842601 | 100 | $53.21 | $53.46 | 8/7/00 |
| WARRICK | 59930154901 | ISOSORBIDE MN 60 MG TAB SA | JACKSON MEDICAL PHCY | 0213950299001 | 100 | $115.33 | $122.40 | 8/7/00 |
| WARRICK | 59930163601 | LABETALOL HCL 200 MG TABLET | ROBINSONS HOME CARE, INC | 0213951451001 | 60 | $42.62 | $49.68 | 8/7/00 |
| WARRICK | 59930168501 | MEXILETINE 150 MG CAPSULE | COSNER, K W | 0213957489301 | 60 | $43.27 | $56.95 | 8/7/00 |
| WARRICK | 59930150801 | OXAPROZIN 600 MG TABLET | PAYLESS DRUG STORE #5704 | 3157962741401 | 90 | $64.37 | $137.34 | 6/9/03 |
| WARRICK | 59930160501 | PERPHENAZINE 8 MG TABLET | GONG, THOMAS OWNER/PTN | 0215957383701 | 120 | $43.32 | $109.84 | 8/7/00 |
| WARRICK | 59930171402 | POTASSIUM CL 20 MEQ TAB SA | NEIGHBORCARE-ORCA INC | 3153046050301 | 180 | $85.69 | $85.79 | 6/9/03 |
| WARRICK | 59930153201 | SUCRALFATE 1 GM TABLET | THRIFTY DRUG STORE #5521 | 0214966120001 | 90 | $66.16 | $68.98 | 8/7/00 |
| WARRICK | 59930168001 | THEOPHYLLINE 450 MG TAB SA | EL TEJON DRUGS CO | 2336956131301 | 60 | $18.54 | $34.89 | 12/9/02 |

Shaded field provided for reference to indicate Defendant associated with NDC.

EXHIBIT C

| \multicolumn{2}{c}{**Glossary for Claim Sample Spreadsheet Headings**} | |
|---|---|
| **Field Name** | **Description** |
| NDC | National Drug Code: An 11-digit number combining the five-character labeler code, four-character product code, and the two-character package size code. |
| Product Name | The drug name entered in the claim sample extract is the complete name of the drug (populated by the Medi-Cal Formulary) identified in the pertinent provider's claim as submitted for reimbursement by CDHS. |
| Provider Name | The name of the Medi-Cal provider as shown on the California Department of Health Services (CDHS) provider's license. |
| Claim Control Number | The unique 13-digit number assigned by Claims Processing Contractor (EDS) to identify and track Medi-Cal claims as they move through the claims processing system. |
| Units | The quantity of units billed by the Medi-Cal provider and paid for by CDHS. |
| Paid Amount | The actual dollar amount for the claim which was paid to a Medi-Cal provider. Dollar amount paid includes a $4.05 dispensing fee and reflects a Legislative mandated claim reduction which varied from $.10-$.50 per claim, and was in effect from 1995 to August 16, 2004. |
| Billed Amount | The dollar amount billed by provider in its claim for Medi-Cal reimbursement. |
| Claim Paid Date | The date of payment. |