UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

**CLASS PLAINTIFFS' MOTION FOR APPROVAL OF FORM OF
TOLL FREE PHONE SCRIPTS AND WEB PAGE CONTENT**

Pursuant to Case Management Order No. 26 ("CMO 26") Plaintiffs hereby move for approval of the form of toll free phone scripts and web page content to be used in conjunction with the forms of notice to class members which have already been approved by the Court.

Paragraph 2 of CMO No. 26 instructed the parties to confer on the content of toll free phone scripts and of the web page to be made available to class members and referenced in the previously approved forms of publication and mailed notice to consumers and TPP class members.  The parties have so conferred and have agreed on the content of the toll free phone scripts and web pages.

In addition, as instructed by the Court in hearings over the form of notice, the parties have conferred and agreed upon the content of a script to be used by Court personnel who may receive phone inquiries from class members concerning the above-captioned matter.

The agreed-upon forms of toll-free scripts and web page content as well as the script to be used by Court personnel are attached to the Declaration of Edward Notargiacomo In Support

of Plaintiffs Motion for Approval of Form of Toll Free Phone Scripts and Web Page Content ("Notargiacomo Declaration") as Exhibits 1-6.

### A. Toll Free Phone Scripts

Plaintiffs, in consultation with Complete Claims Solutions, Inc., have developed a plan to make a toll-free hotline available to class members for their use in obtaining further information about the litigation and their rights and choices related to the upcoming trials of the claims against Track I Defendants in this case.

As ordered by the Court, Plaintiffs will be mailing notice to TPPs on or before August 1, 2006. That notice will reference a toll free number (1-800-419-5391). Because this initial mailing will be to TPPs only, it is anticipated that only TPPs will be accessing the 800 number until such time as consumer notice is mailed and publication notice to consumers takes place in early 2007. Accordingly, an initial script referencing information relevant to TPPs has been developed and is attached as Exhibit 1 to the Notargiacomo Declaration. This is the information TPPs will hear upon dialing the 800 number. The script gives them initial information and allows them to connect to a live operator to answer their questions.

All consumer publication notices will reference a different toll-free number which will connect consumers to a system which will allow them to request a copy of the full Notice. See Exhibit 2 to the Notargiacomo Declaration.

The full consumer notice will reference the same toll-free number as the full TPP notice (1-800-419-5391). Once the notice to consumers commences, the script a caller will hear upon dialing this toll-free number will change. The revised script consists of an initial message which requires the caller to identify themselves as a consumer or TPP. The caller then is provided the proper information based on whether they are a consumer or TPP and can then connect to a live

operator if they have further questions.  This script is attached as <u>Exhibit 3</u> to the Notargiacomo Declaration.

### B. Script for Court Personnel

The script to be used by Court Personnel is attached as <u>Exhibit 4</u> to the Notargicomo Declaration.  The script is short and is intended to direct all inquiries to the toll-free hotline or to the web page.

### C. Web Page Content

Much like the toll-free hotline scripts, the web page content has also been developed in two phases.  The first phase, to be made available on the world wide web on or about August 1 2006, at www.awplitigation.net, is meant to provide information to TPPs only.  Copies of these pages are attached as <u>Exhibit 5</u> to the Notargiacomo Declaration.  In order to view the pages as they would appear on the web, the Court may access them at the following web address: www.ccsforms.com/awp.

Once notice to consumers commences, the web page content will change to reflect information relevant to both TPPs and consumers.  The second phase of the web site will consist of a home page which will require the viewer to identify themselves as a consumer or TPP.  Clicking on the appropriate link will bring them to the information that is relevant to either consumers or TPPs.  Copies of these pages are attached as Exhibit 6 to the Notargiacomo Declaration.  In order to view these pages as they would appear on the web, the Court may access them at the following web address:  www.ccsforms.com/awp2.

### D. Conclusion

Plaintiffs respectfully request that the Court approve the form of toll free phone scripts and web page content to be used in conjunction with the forms of notice to class members.

121069-1                                3

| | |
|---|---|
| DATED:  July 26, 2006 | By     /s/ **Steve W. Berman**<br>Thomas M. Sobol (BBO#471770)<br>Edward Notargiacomo (BBO#567636)<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA  02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003 |

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

        Marc H. Edelson
        Allan Hoffman
        Edelson & Associates LLC
        45 West Court Street
        Doylestown, PA  18901
        Telephone: (215) 230-8043
        Facsimile: (215) 230-8735

        Shanin Specter
        Donald E. Haviland, Jr.
        Kline & Specter, P.C.
        1525 Locust Street, 19th Floor
        Philadelphia, PA  19102
        Facsimile:  (215) 772-1359
        Telephone:  (215) 772-1000

        **CO-LEAD COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

    I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on July 26, 2006, I caused copies of **CLASS PLAINTIFFS' MOTION FOR APPROVAL OF FORM OF TOLL FREE PHONE SCRIPTS AND WEB PAGE CONTENT** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                         **/s/ Steve W. Berman**
                                         Edward Notargiacomo