UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

**DECLARATION OF EDWARD NOTARGIACOMO IN SUPPORT OF CLASS PLAINTIFFS' MOTION FOR APPROVAL OF FORM OF TOLL FREE PHONE SCRIPTS AND WEB PAGE CONTENT**

I, Edward Notargiacomo, declare under penalty of perjury that:

1. I am one of the attorneys for plaintiffs and have personal knowledge of the matters set forth therein.

2. Attached as Exhibit 1 is the proposed AWP hotline script for TPPs wishing to reach a live representative.

3. Attached as Exhibit 2 is the proposed AWP hotline script for Consumers seeking to order a copy of the full consumer Notice.

4. Attached as Exhibit 3 is the proposed AWP hotline script for TPPs or Consumers wishing to reach a live representative.

5. Attached as Exhibit 4 is the proposed script for Consumers and/or TPPs contacting the Court for information about the litigation.

6. Attached as Exhibit 5 are copies of the proposed web pages for Phase I of the web site www.awplitigation.net.  The pages may also be viewed at www.ccsforms.com/awp.

7. Attached as <u>Exhibit 6</u> are copies of the proposed web pages for Phase II of the web site www.awplitigation.net. These pages may also be viewed at www.ccsforms.com/awp2.

Dated:  July 26, 2006.                                   /s/ Edward Notargiacomo

3

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

Docket No. MDL 1456

    I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on July 26, 2006, I caused copies of **DECLARATION OF EDWARD NOTARGIACOMO IN SUPPORT OF CLASS PLAINTIFFS' MOTION FOR APPROVAL OF FORM OF TOLL FREE PHONE SCRIPTS AND WEB PAGE CONTENT** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                               **/s/ Steve W. Berman**
                                               Steve W. Berman