# EXHIBIT 2

**Pre-recorded message enabling caller to receive
an AWP Notice of Pendency**

**Opening message for Consumer to order Notice**
**(800 number for Hotline published in the Consumer Summary Notice only)**

**<u>1-800-XXX-XXXX</u>**

You have reached the hotline for the Average Wholesale Price or "AWP" Class Action. Oprima el numero uno para continuar en español *("Press 1 to continue in Spanish." Pressing one will send the caller to the same message in Spanish. Caller will have the same options as provided by the English version).*

You may visit the Court approved website www.AWPlitigation.net *(the full name of the website will be spoken then spelled out)* in order to download a copy of the full Notice which will explain in more detail the 10 drugs at issue in this case, the claims made in the lawsuits, what Defendants say about those claims and your rights and options as a class member. You may also listen further to this message in order to order a copy of the full Notice.

Please have paper and pen available to write down important information.

The AWP Lawsuits ask the Court to award money damages to people who made Medicare Part B co-payments or have an obligation to make such a co-payment for any of the 10 Covered Drugs during the period from January 1, 1991 to January 1, 2005. The heirs to these Medicare Part B beneficiaries are also included in the lawsuits. The Covered Drugs are outlined in the detailed Notice and the notice that appeared in various publications.

Please note that if you were a resident of Alabama, Alaska, Georgia, Iowa, Kentucky, Louisiana, Mississippi, Montana or Virginia at the time you made the Medicare Part B co-payment, you are **NOT** a member of these Classes. You are also excluded from the Classes if

you made flat co-payments meaning that your co-payment amount did not change depending on the cost of the drug.

Defendants deny the allegations made in the lawsuits. The Court has not yet decided who is right in this litigation and will conduct a separate trial of the claims against each Defendant as they relate to Medicare Part B beneficiaries. The Defendants are AstraZeneca, Bristol-Myers Squibb Group, and the Johnson & Johnson Group. The first trial is scheduled for March 5, 2007 at 9:00 a.m. with AstraZeneca.

You have two options as a Class member.

You may stay in one or more of the Classes in which case you do not need to do anything at this time. If you remain a Class member, you will be entitled to participate in any monetary recovery for the Class, if there is one. If you remain a Class Member you will also be bound by the outcome of any trials of the claims against Defendants, whether those results are favorable or unfavorable to the Class and you will not be able to sue any of the Defendant(s) on your own.

If you do not want to remain in the Classes, you must mail a request to be excluded or fill out the request for exclusion form included with the full Notice and mail it to the AWP Litigation Administrator by February 19, 2007. You may also exclude yourself from the litigation against one Defendant and stay in the litigation against the other Defendants. The full Notice provides you more details on how to exclude yourself if you wish to do so.

Please press 2 now if you are a Medicare Part B Beneficiary or an heir to a Medicare Part B Beneficiary and would like to have a copy of the full Notice sent to you.

Otherwise, please hang up. Goodbye.