# EXHIBIT 3

# AWP Notice of Pendency pre-recorded message

## Opening message for TPP or Consumer wishing to reach a live representative
(800 number to be included in the Long Form Notice for TPP and Consumers and published in the TPP Summary Notice)

### 1-800-419-5391

You have reached the hotline for the AWP Class Action.  Oprima el numero uno para continuar en español  *("Press 1 to continue in Spanish."  Pressing one will send the caller to the same message in Spanish. Caller will have the same options as provided by the English version).*

You may visit the Court approved website www.AWPlitigation.net *(the full name of the website will be spoken then spelled out)* for more information or you may choose one of the options below.

Please press 2 now if you are a Medicare Part B Beneficiary or an heir to a Medicare Part B Beneficiary and have already received a copy of the full Notice and wish to speak to a live representative.

Please press 3 now if you are a Third-Party Payor and have any questions and would like to discuss them with a representative or would like to have a full Notice mailed to you.

Please make your selection now or press X to repeat the options.

## After Pressing "2" Consumer Can Request
## to Speak to a Customer Service Representative

Please have paper and pen available to write down important information.

The AWP Lawsuits ask the Court to award money damages to people who made Medicare Part B co-payments or have an obligation to make such a co-payment for any of the 10 Covered Drugs during the period from January 1, 1991 to January 1, 2005. The heirs to these Medicare Part B beneficiaries are also included in the lawsuits. The Covered Drugs are outlined in the detailed Notice and the notice that appeared in various publications.

Please note that if you were a resident of Alabama, Alaska, Georgia, Iowa, Kentucky, Louisiana, Mississippi, Montana or Virginia at the time you made the Medicare Part B co-payment, you are **NOT** a member of these Classes. You are also excluded from the Classes if you made flat co-payments meaning that your co-payment amount did not change depending on the cost of the drug.

Defendants deny the allegations made in the lawsuits. The Court has not yet decided who is right in this litigation and will conduct a separate trial of the claims against each Defendant as they relate to Medicare Part B beneficiaries. The Defendants are AstraZeneca, Bristol-Myers Squibb Group, and the Johnson & Johnson Group. The first trial is scheduled for March 5, 2007 at 9:00 a.m. with AstraZeneca.

You have two options as a Class member.

You may stay in one or more of the Classes against the Defendants in which case you do not need to do anything at this time. If you remain a Class member, you will be entitled to participate in any monetary recovery for the Class, if there is one. If you remain a Class Member

you will also be bound by the outcome of any trials of the claims against Defendants, whether those results are favorable or unfavorable to the Class and you will not be able to sue any of the Defendants on your own.

If you do not want to remain in the Classes, you must mail a request to be excluded or fill out the request for exclusion form included with the full Notice and mail it to the AWP Litigation Administrator by February 19, 2007.  You may also exclude yourself from the litigation against one Defendant and stay in the litigation against the other Defendants. The full Notice provides you more details on how to exclude yourself if you wish to do so as well as a form you can fill out and mail for that purpose.

Press X now to speak with a representative.

Otherwise, please hang up.  Goodbye.

## After Pressing "3" a Third-Party Payor May
## Request to Speak with a Live Representative

You have reached the hotline for the AWP Class Action.

You may visit the Court-approved website www.AWPlitigation.net *(the full name of the website will be spoken then spelled out)* for more information.

The AWP Lawsuits ask the Court to award money damages to Third-Party Payors (referred to as "T-P-Ps") who made reimbursements for certain Covered Drugs manufactured by AstraZeneca, Bristol-Myers Squibb Group, Johnson & Johnson Group, and Schering Plough Group.  Defendants deny the allegations made in the lawsuits. A complete list of the 15 Covered Drugs, a description of the claims made in the lawsuits, what Defendants say about those claims and a TPP's right as a potential member of the classes are described in more detail in the full Notice which is available on the website.

The Court has certified two different TPP Classes.

The MediGap TPP Class includes any TPP who made reimbursements for all or part of its insured's 20% co-payment under Medicare Part B for the 15 Covered Drugs anytime between January 1, 1991 and January 1, 2005.

The Private Payor TPP Class includes any TPP who reimbursed for the 15 Covered Drugs outside of Medicare Part B based on a contract that uses AWP as a reimbursement benchmark anytime between January 1, 1991 and January 30, 2006.

Please note that both Classes only include TPPs who made reimbursements for these drugs for a beneficiary in Massachusetts or who have a principal place of business in Massachusetts.  A TPP could be a member of one or both Classes.

The Court has not yet decided who is right in this litigation. At this time, the Court has certified that a series of trials and hearings will determine the claims in this lawsuit. An initial trial involving all of the Defendants will begin in November, 2006.

A TPP has two options as a member of one or more of these Classes.

A TPP may stay in the Classes in which case it does not need to do anything at this time. If a TPP remains a Class Member, it will be entitled to participate in any monetary recovery for the Class, if there is one. It will also be bound by the outcome of any trial, whether those results are favorable or unfavorable to the Class and a TPP will not be able to sue any of the Defendants on its own.

If a TPP does not want to be a member of one or more of the Classes, it must mail a personally signed, written request to be excluded to AWP Litigation Administrator, P.O. Box 24654, West Palm Beach, FL, 33416 and follow the instructions included in the full Notice. A TPP Class Member may also request to be excluded from the lawsuit against one or more Defendants and remain in the litigation against the other Defendants. The request must be received by October 1, 2006.

If you have any questions and would like to discuss them with a representative or would like to have a full Notice mailed to you, please press 3 now. (*Representative would then say AWP hotline, may I help you?*)

Otherwise, please hang up. Goodbye.