# EXHIBIT 4

*In Re Pharmaceutical Industry AWP Litigation*, MDL 1456

(Message For Consumers and/or TPPs Contacting the Court for Information)

You have reached the United States District Court for the District of Massachusetts. The Hon. Patti B. Saris presides over the class action lawsuits entitled *In Re: Pharmaceutical Industry Average Wholesale Price Litigation*. There is a toll free number and a website available to answer questions regarding the Notice you may have seen or heard about.

The toll free number is 1-800-419-5391. If you call this number you can request that a more detailed Notice be mailed to you which will outline your rights and choices as a potential class member.

You may also visit the litigation website at [www.awplitigation.net](www.awplitigation.net). On this website you can download a copy of the full Notice, or you can read more details about the lawsuit and your rights and choices as a potential class member.