UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re. PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO THE ) AMENDED MASTER CONSOLIDATED ) CLASS ACTION ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS Hon. Patti Saris |

**SECOND REPORT OF UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES CONCERNING
SUBPOENA FOR MEDICARE BENEFICIARY DATA**

The United States Department of Health and Human Services (HHS), through its undersigned counsel, respectfully submits this report to the Court concerning the possibility of using a mass mailing by the Centers for Medicare & Medicaid Services (CMS) as a vehicle for providing notice to members of a class of Medicare beneficiaries at issue in this action.

In earlier related proceedings, the DHHS has indicated its willingness to comply with a subpoena for the identities and mailing addresses of certain classes of Medicare beneficiaries. The agency expects to produce the data no later than January 7, 2007 (as specified in the Court's Case Management Order No. 26: Class Notice and Trial Schedule (Docket #2842), so that opt-out notices can be mailed by February 19, 2007.

The Court has inquired whether a mass mailing by CMS could be used as a vehicle for providing notice to a class of plaintiffs in this action. The attached Declaration of John Parry, the Director of the CMS Division of Beneficiary Publication Support,

addresses the technical feasibility of such a course of action.  As indicated in that declaration, the CMS generally makes only one mass mailing to Medicare beneficiaries each year, consisting of a Medicare handbook.  This year the mailing must be completed by October 31, 2006, as directed by statute.  42 U.S.C. § 1395w-21(d)(2)(A).  The handbook will be finalized in September 2006.

Earlier testimony of HHS official John A. Fletcher indicated it would take about six months to produce the Medicare beneficiary identity and mailing address information sought for the Class 1 plaintiffs.  Accordingly, this data most likely will not be available in time to use in connection with the handbook mailing that will occur in October 2006.[1]  It appears, then, that the only possible use of the October 2006 mailing would involve sending the class action notice to all recipients of the Medicare handbook.  There are approximately 36.5 million households to whom the mailing will be sent.  If the class action notice at issue in this case were to be appended to the handbook, a rough estimate of the additional cost is in the neighborhood of $3,500,000.

The HHS would strenuously object to any attempt to require the agency to include a class action notice in its annual mailing of the Medicare handbook to Medicare beneficiaries.  A primary purpose of the mailing is to provide information to enable eligible individuals to make choices among the various Medicare plans and coverage

---

[1] Even assuming the enrollment identity data were available by October, it is not clear whether the handbook mailing could be tailored so that the class action notice insert is sent only to the targeted enrollees.

options.  42 U.S.C. § 1395w-21(a), (c), and (d).  Congress has specified the content of information that is to be included in the annual mailing.  42 U.S.C. § 1395w-21(d)(2)(A).  A class action notification is not included in the type of information to be provided.  Congress has also authorized the Secretary of HHS to include "[a]ny other information that the Secretary determines will assist the individual in making the election under this section."  A class action notice is not of this ilk.  Accordingly, the HHS respectfully submits that the inclusion of a class action notice with the annual mailing would be inconsistent with the governing statute.

Furthermore, including a class action notice in such a mailing would likely generate confusion among many beneficiaries.  The CMS and its carriers could be flooded with inquiries about the meaning of the notice and how it may relate to enrollment issues or other subjects of the handbook.  Accordingly, the HHS would oppose any use of its annual handbook mailing as a vehicle for providing notice to a class of plaintiffs in this action.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ George B. Henderson, II
      George B. Henderson, II
      Assistant U.S. Attorney
      John J. Moakley U.S. Courthouse
      1 Courthouse Way, Suite 9200
      Boston, MA  02110
      (617) 748-3272

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re. PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti Saris |
| THIS DOCUMENT RELATES TO: )<br>)<br>ALL CLASS ACTIONS ) ) | |

**DECLARATION OF JOHN PARRY
DEPARTMENT OF HEALTH AND HUMAN SERVICES**

I, John Parry, do hereby declare as follows:

1.　I am currently employed as the Director of the Division of Beneficiary Publication Support, Centers for Medicare & Medicaid Services (CMS), Department of Health and Human Services. My responsibilities are to manage the CMS publication support functions such as budgeting, contracting, and distribution of CMS publications.

2.　The CMS undertakes one mass mailing to Medicare beneficiaries each year. As directed by 42 U.S.C. § 1395w-21(d)(2)(A),[1] CMS annually sends a beneficiary handbook to all Medicare beneficiaries. The statute directs that this be done by the end of

---

[1] Section 1395w-21(d)(2)(A) provides that "[a]t least 15 days before the beginning of each annual, coordinated election period (as defined in subsection (e)(3)(B) of this section), the Secretary shall mail to each Medicare+Choice eligible individual" specified information about the Medicare program, including information regarding benefits, services, and enrollment choices. Subsection (e)(3)(B) provides in part that "the term 'annual, coordinated election period' means . . . (iii) with respect to 2006, the period beginning on November 15, 2005, and ending on May 15, 2006."

October so that beneficiaries can make enrollment decisions during the open enrollment period of November 15 to December 31.

3. CMS is now preparing to send out a mass mailing of the 2007 Medicare Handbook to all households of Medicare beneficiaries. (If two or more Medicare beneficiaries live in one household, only one handbook will be sent to the household.) There are approximately 36.5 million households to whom the mailing will be sent. The mailing of the handbook will be done by several vendors under a contract with CMS. The 2007 handbook will be finalized in September 2006. Mailings will begin approximately October 20, 2006 and must be completed by October 31, 2006.

4. CMS does not do any other routine periodic mass mailings to all Medicare beneficiaries or to any subclass of beneficiaries (such as Part B beneficiaries). CMS does routinely mail to individual beneficiaries and explanation of benefits (EOB), but this is done on a beneficiary-specific basis for purposes of explaining particular benefits provided to the beneficiary.

5. When the annual handbook is mailed it will be mailed without packaging, similar to the mailing of a commercial catalog. If a class action notice were to be included it would have to be bound into the handbook; otherwise it could fall out during handling.

6. I understand that the approved class action notice at issue in this litigation is 13 pages long. My rough estimate of the additional cost associated with the adding of

such a notice to the handbook, including the additional mailing cost, is in the neighborhood of $3,500,000.

7.  Including a class action notice in the handbook would likely result in significant secondary costs to CMS, as many beneficiaries would call the CMS call center or their Medicare Carriers with questions about the notice.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of July, 2006 in Baltimore, Maryland.

                                              /s/ John Parry
                                             John Parry