UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re. PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS Hon. Patti Saris |
| THIS DOCUMENT RELATES TO UNITED STATES OF AMERICA, EX REL. VEN-A-CARE OF THE FLORIDA KEYS, INC. v. ABBOTT LABORATORIES, INC., AND HOSPIRA, INC. | ) ) ) ) ) ) ) | |

**UNITED STATES' AND RELATOR'S NOTICE OF TRANSFER
TO MDL DOCKET NO. 1456, *IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION***

The United States of America and Relator, Ven-A-Care Of The Florida Keys, Inc., by and through the undersigned counsel in the case captioned *United States of America, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., and Hospira, Inc.*, formerly pending before Judge Gold in the Southern District of Florida, hereby provide notice to the Court that they did not file an opposition to the July 11, 2006 Conditional Transfer Order-30 ("CTO") relating to the above-captioned action.

As a new party to this action, the United States is prepared to move forward with discovery at the direction of the Court.  The parties have been working together to resolve discovery issues to the extent possible.  The parties initially proceeded under the Honorable Judge Gold's orders requiring compliance with the local rules of the Southern District of Florida. The United States and Relator filed a Notice with Judge Gold on July 25, 2006, representing the parties' mutual understanding that Judge Gold's orders are no longer in effect.  The Local Rules of the District of Massachusetts are now applicable until further order from this Court.  Local

Rule 16.1 of the District Court for the District of Massachusetts requires that the parties meet and confer after a case is transferred into that district, and that the transferee court issue a scheduling order. The United States and Relator are prepared to continue to meet and confer with defendants under the Local Rules in this Court.

The parties understand that there is a status conference before this Court in MDL Docket No. 1456, *In re Pharmaceutical Industry Average Wholesale Price Litigation*, next Thursday, August 3, 2006, at 4:00 p.m. Counsel will be present and available at that time should the Court wish to have counsel provide a status.

Respectfully submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | PETER D. KEISLER<br>ASSISTANT ATTORNEY GENERAL |
| /s/ George B. Henderson, II<br>Damian W. Wilmot<br>George B. Henderson, II<br>Assistant U.S. Attorneys<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>(617) 748-3398<br>(617) 748-3272 | /s/ Renée Brooker<br>MICHAEL F. HERTZ<br>JOYCE R. BRANDA<br>RENÉE BROOKER<br>JUSTIN DRAYCOTT<br>GEJAA T. GOBENA<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 307-1088 |

For the relator, Ven-A-Care of the Florida Keys, Inc.,

 /s/ James J. Breen
James J. Breen
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue
Suite 110
Miramar, FL 33027
Tel:  (954) 874-1635
Fax: (954) 874-1705
Email: jbreen@breenlaw.com
*Counsel for Relator*

Dated: July 28, 2006

## CERTIFICATE OF SERVICE

I, George B. Henderson, II, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to counsel listed below, on this date.

| | |
|---|---|
| Mark P. Schnapp, Esquire | Daniel Reidy, Esq. |
| Sabrina R. Ferris, Esquire | James Daly, Esq. |
| Greenberg Traurig, P.A | Jones, Day, Reavis & Pogue |
| 1221 Brickell Avenue | 77 West Wacker |
| Miami, Florida  33131 | Chicago, Illinois 60601-1692 |
| Tel: (305) 579-0541 | Tel: (312) 782-3939 |
| Fax:(305) 579-0717 | Fax: (312) 782-8585 |
| Email: SchnappM@gtlaw.com | Email: jrdaly@jonesday.com |
| Email: FerrisS@gtlaw.com | *Counsel for defendant* |
| *Counsel for defendant* | |

July 28, 2006                                            /s/ George B. Henderson, II
                                                                     George B. Henderson, II

3