UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>State of California, *ex rel*. Ven-A-Care v. Abbott Laboratories, Inc., *et al.*<br>CASE #: 1:03-cv11226-PBS | |

CORPORATE DISCLOSURE STATEMENT
OF VEN-A-CARE OF THE FLORIDA KEYS, INC.

Pursuant to Local Rule 7.3(A) and Federal Rule of Civ. Proc. 7.1, Ven-A-Care of the Florida Keys, Inc., through the undersigned counsel, states that it has no parent corporation, and no publicly held company owns more than ten percent (10%) of the stock of Ven-A-Care of the Florida Keys, Inc.

Respectfully submitted,

STERN, SHAPIRO, WEISSBERG & GARIN, LLP

By: /s/ Jonathan Shapiro
Jonathan Shapiro
BBO No. 454220
90 Canal Street
Boston, MA 02114-2022
Tel: (617) 742-5800

DATED: July 31, 2006