UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) California, State of *et al* v. Abbott Laboratories *et al* ) CASE #: 1:03-cv-11226-PBS ) ) | MDL No. 1456 Master File No. 01-12257-PBS Judge Patti B. Saris |

## NOTICE OF APPEARANCE FOR PLAINTIFF STATE OF CALIFORNIA, ADMISSION PRO HAC VICE

The following submissions for Admission Pro Hac Vice are being made pursuant to the Case Management Order No. 1 signed by the Honorable Patti B. Saris, referencing the above case, Page 8, Section V. Admission of Attorneys, paragraph 16:

> "Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee."

Attached find Certificates of Good Standing from the United States District Court, Eastern District of California and from the California State Bar for the following California Deputy Attorney General:

> DANIEL J. KOSSICK
> Deputy Attorney General
> California Bureau of Medi-Cal Fraud and Elder Abuse
> 1425 River Park Drive, Ste. 300
> Sacramento, CA 95815
> Tel.:  916.274.2950
> Fax:  916.274.2929

A check in the amount of $50.00 is being forwarded for the admission *pro hac vice*.

Dated: July 31, 2006				Respectfully submitted,

						BILL LOCKYER
						Attorney General for the State of California

						By: _____
						DANIEL J. KOSSICK
						Deputy Attorney General
						Bureau of Medi-Cal Fraud & Elder Abuse
						1425 River Park Drive, Ste. 300
						Sacramento, CA 95815
						Tel.: 916.274.2950
						Fax: 916.274.2929

						Attorneys for the Plaintiff, State of California

## CERTIFICATE OF SERVICE

I, Daniel J. Kossick, hereby certify that on July 31, 2006, I caused a true and correct copy of the foregoing, **NOTICE OF APPEARANCE FOR PLAINTIFF STATE OF CALIFORNIA, ADMISSION PRO HAC VICE, DANIEL J. KOSSICK,** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                        DANIEL J. KOSSICK
                                        Deputy Attorney General

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

# CERTIFICATE OF GOOD STANDING

I, Marianne Matherly, Acting Clerk of this Court,

certify that

# DANIEL J. KOSSICK

## 81350

was duly admitted to practice in this Court on

April 12, 1984

and is in good standing

as a member of the Bar of this Court.

Dated at Sacramento on July 18, 2006

Marianne Matherly
ACTING CLERK OF COURT

R Matson - DEPUTY CLERK



# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

July 24, 2006

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DANIEL JOSEPH KOSSICK, #81350 was admitted to the practice of law in this state by the Supreme Court of California on October 20, 1978; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Custodian of Membership Records