UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL CONSOLIDATED PRIVATE CLASS ACTIONS | JUDGE PATTI B. SARIS |

**PHARMACIA CORPORATION'S OPPOSITION TO
PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Pharmacia Corporation ("Pharmacia") hereby joins in Aventis Pharmaceuticals Inc.'s Opposition to Plaintiff's Motion for Leave to File an Amended Complaint (the "Motion for Leave to Amend").  Plaintiffs did not confer with counsel for Pharmacia prior to filing their Motion for Leave to Amend.  Plaintiffs failed to send to Pharmacia the demand letter required by M.G.L. ch. 93A, § 9(3) until July 10, 2006.  To the extent that Plaintiffs' Motion for Leave, if allowed, would impact the M.G.L. ch. 93A, § 9 claims against Pharmacia, for the reasons set forth in Aventis' Opposition, Plaintiff's motion for Leave to File an Amended Complaint should be denied.

Dated: July 31, 2006                              Respectfully Submitted,

                                                  s/ Mark D. Smith
                                                  Mark D. Smith (BBO #542676)
                                                  Laredo & Smith, LLP
                                                  15 Broad Street, Suite 600
                                                  Boston, MA 02109
                                                  617.367.7984 (Tel.)
                                                  617.367.6475 (Fax)

John C. Dodds
Erica Smith-Klocek
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
215.963.5000 (Tel.)
215.963.5001 (Fax)

Scott A. Stempel
J. Clayton Everett, Jr.
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004
202.739.3000 (Tel.)
202.739.3001 (Fax)

## CERTIFICATE OF SERVICE

I, Mark D. Smith, hereby certify that on July 31, 2006, I caused a true and correct copy of the foregoing Pharmacia Corporation's Opposition to Plaintiff's Motion for Leave to File and Amended Complaint to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: July 31, 2006

/s/ Mark D. Smith
Mark D. Smith, Esq.