UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL CONSOLIDATED PRIVATE CLASS ACTIONS | JUDGE PATTI B. SARIS |

### AMGEN INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Amgen Inc. ("Amgen") submits this brief memorandum in Opposition to Plaintiffs' Motion for Leave to File an Amended Complaint ("Motion for Leave").[1]  Amgen incorporates by reference the arguments set forth in Aventis Pharmaceuticals, Inc.'s Motion for Partial Summary Judgment as to Count V and Motion for Partial Judgment on the Pleadings, or in the Alternative, Partial Summary Judgment as to Count VII Based Upon Plaintiffs' Failure to Provide M.G.L. Ch. 93A Demand (Docket Entry No. 2806) ("Aventis' Motion for Summary Judgment") and Aventis Pharmaceuticals Inc.'s Opposition to Plaintiffs' Motion for Leave to File an Amended Complaint.

Amgen was not served with a demand letter, required by M.G.L. ch. 93A sec. 9, until after July 10, 2006 (a copy of plaintiffs' purported demand letter, dated July 10, 2006, is attached as Exhibit A to the Macoretta Declaration filed in connection with the Plaintiffs' Opposition). Moreover, plaintiffs did not consult with Amgen's counsel prior to filing their Motion for Leave.

---

[1] Plaintiffs' Motion for Leave is more specifically styled as Plaintiffs' Response in Opposition to Aventis' Motion for Summary Judgment for Failure to Provide Mass. G.L. Chap. 93(A) Demand and Motion for Leave to File an Amended Complaint (the "Opposition") (Docket Entry No. 2883).

Because Plaintiffs' proposed amendment would be futile as a matter of law and would prejudice Amgen, Plaintiffs' Motion for Leave to File an Amended Complaint should be denied or, in the alternative, Plaintiffs' requests for exemplary and multiple damages and attorneys' fees should be stricken.

## CONCLUSION

WHEREFORE, Amgen respectfully requests that this Court deny Plaintiffs' Motion for Leave to Amend or, in the alternative, strike Plaintiffs' requests for exemplary and multiple damages and attorneys' fees and grant such other and further relief as the Court deems appropriate.

Respectfully submitted,

/s/ Douglas S. Brooks
Frank A. Libby, Jr. (BBO No. 299110)
Douglas S. Brooks (BBO No. 636697)
Kelly, Libby & Hoopes, P.C.
175 Federal Street, 8th Floor
Boston, Massachusetts  02110
Telephone:  (617) 338-9300
Facsimile:  (617) 338-9911

Joseph H. Young
Steven F. Barley
Jennifer A. Walker (BBO No. 651724)
Hogan & Hartson L.L.P.
111 S. Calvert St., Suite 1600
Baltimore, Maryland  21202
Telephone:  (410) 659-2700
Facsimile:  (410) 539-6981

Dated:  July 31, 2006

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 31st day of July, 2006, a true and correct copy of the foregoing document was served upon all counsel of record by electronic service pursuant to CMO No. 2, by causing a copy to be sent to Lexis File & Serve for posting and notification.

                                         /s/ Douglas S. Brooks
                                         Douglas S. Brooks