# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL CONSOLIDATED PRIVATE CLASS ACTIONS | JUDGE PATTI B. SARIS |

## DEY, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Dey, Inc. ("Dey") hereby joins in Aventis Pharmaceuticals Inc.'s Opposition to Plaintiffs' Motion for Leave to File an Amended Complaint ("Aventis' Opposition"). Plaintiffs did not confer with counsel for Dey prior to filing their Motion for Leave to File an Amended Complaint ("Plaintiffs' Motion for Leave"). Plaintiffs also failed to send Dey the demand letter required by M.G.L. ch. 93A sec.9(3) until July 10, 2006. To the extent that Plaintiffs' Motion for Leave, if allowed, would impact the M.G.L. ch. 93A sec. 9 claims against Dey, it should be denied for the reasons set forth in Aventis' Opposition.

Dated: July 31, 2006

Respectfully submitted,

KELLEY DRYE & WARREN LLP

By: /s Philip D. Robben
   William A. Escobar (*Pro Hac Vice*)
   Neil Merkl (*Pro Hac Vice*)
   Christopher C. Palermo (*Pro Hac Vice*)
   Philip D. Robben (*Pro Hac Vice*)

101 Park Avenue
New York, New York  10178
Telephone:  (212) 808-7800
Facsimile:  (212) 808-7897

*Attorneys for Dey, Inc.*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on July 31, 2006 to all counsel of record in Civil Action No. 01-CV-12257-PBS by electronic means via LexisNexis File & Serve, pursuant to Paragraph 11 of Case Management Order No. 2.

/s Philip D. Robben
Philip D. Robben

NY01/KATZC/1125777.1