UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
IN RE PHARMACEUTICAL INDUSTRY       )
AVERAGE WHOLESALE PRICE             )    MDL NO. 1456
LITIGATION                          )
_____)    Master File No: 01-CV-12257-PBS
                                    )
THIS DOCUMENT RELATES TO            )    Judge Patti B. Saris
THE CLASS ACTIONS                   )
_____)

**ABBOTT LABORATORIES AND ABBOTT LABORATORIES, INC.'S OPPOSITION
TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Abbott Laboratories and Abbott Laboratories, Inc. (collectively "Abbott") join in Aventis Pharmaceuticals Inc.'s Opposition to Plaintiffs' Motion for Leave to File an Amended Complaint ("Plaintiffs' Motion"). Plaintiffs did not confer with counsel for Abbott before filing Plaintiffs' Motion. Also, Plaintiffs failed to send to Abbott the demand letter required by M.G.L. ch. 93A, § 9(3) until on or after July 10, 2006 – years after these actions were filed. To the extent that the granting of Plaintiffs' Motion would affect the M.G.L. ch. 93A, § 9 claims against Abbott, Plaintiffs' Motion should denied for the reasons set forth in Aventis' Opposition.

Dated: July 31, 2006                Respectfully Submitted,

                                    /s/ Brian J. Murray
                                    James R. Daly
                                    Tina M. Tabacchi
                                    Brian J. Murray
                                    JONES DAY
                                    77 West Wacker Drive
                                    Chicago, Illinois 60601
                                    Telephone: (312) 782-3939
                                    Facsimile: (312) 782-8585

                                    **Counsel for Defendants Abbott Laboratories
                                    and Abbott Laboratories, Inc.**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing ABBOTT LABORATORIES AND ABBOTT LABORATORIES, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on July 31, 2006, a copy to Lexis-Nexis for posting and notification to all parties.

                                             /s/ Brian J. Murray
                                             Brian J. Murray