UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | No. MDL Docket No. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |
| This Document Relates to The Master Consolidated Class Action | |

### SICOR INC.'s OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Sicor Inc. ("Sicor") hereby joins Aventis Pharmaceuticals Inc.'s Opposition to Plaintiffs' Motion for Leave to File an Amended Complaint ("Aventis' Opposition"). Plaintiffs did not confer with counsel for Sicor prior to filing their Motion for Leave to File an Amended Complaint (Plaintiffs' Motion for Leave"). Plaintiffs also failed to send Sicor the demand letter required by M.G.L. ch. 93A sec.9(3) until July 10, 2006. To the exent that Plaintiffs' Motion for Leave, if allowed, would impact the M.G.L. ch 93A sec. 9 claims against Sicor, it should be denied for the reasons set forth in Aventis' Opposition.

Dated: July 31, 2006

Respectfully Submitted,
SONNENSCHEIN NATH & ROSENTHAL LLP

     /s/ Elizabeth I. Hack
Elizabeth I. Hack (admitted *pro hac vice*)
Preston Pugh (admitted *pro hac vice*)
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
(202) 408-6400
(202) 408-6399 (facsimile)

Attorneys for SICOR INC.

-2-

## CERTIFICATE OF SERVICE

I hereby certify that I, Elizabeth I. Hack, an attorney, caused a true and correct copy of the foregoing Sicor Inc.'s Opposition to Plaintiffs' Motion for Leave to File an Amended Complaint to be served on all counsel of record electronically via LexisNexis File & Serve system on July 31, 2006 pursuant to Section D of Case Management Order No. 2.

                                         _ /s/ Elizabeth I. Hack__
                                         ELIZABETH I. HACK