UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br> CIVIL ACTION: 01-CV-12257-PBS <br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS |  |

## WATSON PHARMACEUTICALS, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Watson Pharmaceuticals, Inc. ("Watson") hereby joins Aventis Pharmaceuticals Inc.'s (Aventis') Opposition to Plaintiffs' Motion for Leave to File an Amended Complaint. On July 17, 2006, Watson received Plaintiffs' letter providing notice pursuant to Massachusetts Gen. Laws Chapter 93A, § 9(3) and Other State Laws. Plaintiffs did not confer with Watson regarding filing the Motion for Leave to File. For the reasons discussed in the Opposition submitted by Aventis, Watson opposes any Motion to Amend the Complaint to comply with Massachusetts Gen. Laws Chapter 93A, § 9(3).

Dated: July 31, 2006

Respectfully submitted,

**/s/ Douglas B. Farquhar**
Douglas B. Farquhar (admitted *pro hac vice*)
HYMAN, PHELPS, & McNAMARA, P.C.
700 Thirteenth Street, N.W., Suite 1200
Washington, D.C. 20005
(202) 737-5600
(202) 737-9329 (facsimile)

## CERTIFICATE OF SERVICE

    I hereby certify that on July 31, 2006, I caused a true and correct copy of the foregoing WATSON PHARMACEUTICALS, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2, by sending a copy of this document to Lexis/Nexis File and Serve (formerly Verilaw Technologies) for posting and notification to all parties.


            **/s/ Douglas B. Farquhar**
            Douglas B. Farquhar