UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ) | |
| **IN RE PHARMACEUTICAL** ) | |
| **INDUSTRY AVERAGE** ) | |
| **WHOLESALE PRICE** ) | MDL NO. 1456 |
| **LITIGATION** ) | Civil Action No. 01-12257-PBS |
| ) | Judge Patti B. Saris |
| **THIS DOCUMENT RELATES TO:** ) | |
| ) | |
| STATE OF NEVADA V. ABBOTT ) | Chief Magistrate Judge Marianne B. Bowler |
| LABORATORIES, INC., ET AL., CA ) | |
| NO. CV-02-00260-ECR (Nevada I) ) | |
| ) | **ORAL ARGUMENT REQUESTED** |
| STATE OF NEVADA V. AMERICAN ) | |
| HOME PRODUCTS, ET AL., CA NO. ) | |
| 02-CV-12086-PBS (Nevada II) ) | |

### DECLARATION OF CARISA A. KLEMEYER TRANSMITTING DOCUMENTS RELIED UPON IN DEFENDANTS' THIRD MOTION TO COMPEL DISCOVERY FROM PLAINTIFF THE STATE OF NEVADA

I, CARISA A. KLEMEYER, hereby declare:

1.     I am a member of the bar of the Commonwealth of Massachusetts and of this Court. I am an associate with Ropes & Gray LLP, and counsel to Defendants Schering-Plough Corporation and Warrick Pharmaceuticals Corporation. I submit this Declaration to place before the Court documents referenced in Defendants' Third Motion to Compel Discovery from Plaintiff the State of Nevada.

2.     Attached hereto as Exhibit A is a true and correct copy of *Defendants' First Set of Interrogatories and Requests for Production to the State of Nevada*, dated May 3, 2005.

3.     Attached hereto as Exhibit B is a true and correct copy of the *Response of the State of Nevada to Defendants' First Set of Interrogatories and Requests for Production to the State of Nevada*, dated June 2, 2005.

1

4.	Attached hereto as Exhibit C is a true and correct copy of the *Supplemental Responses of the State of Nevada to Defendants' First Set of Interrogatories*, dated November 22, 2005.

5.	Attached hereto as Exhibit D is a true and correct copy of a letter from Christopher Dillon to Jeniphr Breckenridge, dated April 28, 2006.

6.	Attached hereto as Exhibit E is a true and correct copy of a letter from Christopher Dillon to Jeniphr Breckenridge, dated May 16, 2006.

7.	Attached hereto as Exhibit F is a true and correct copy of a letter from Christopher Dillon to Jeniphr Breckenridge, dated June 7, 2006.

8.	Attached hereto as Exhibit G is a true and correct copy of a letter from Jeniphr Breckenridge to Christopher Dillon, dated June 19, 2006.

9.	Attached hereto as Exhibit H is a true and correct copy of a letter from Christopher Dillon to Jeniphr Breckenridge, dated June 6, 2006.

10.	Attached hereto as Exhibit I is a true and correct copy of the deposition of Ronald Swenson, taken on January 5, 2006.

11.	Attached hereto as Exhibit J is a true and correct copy of a letter from Jeniphr Breckenridge to Christopher Dillon, dated June 1, 2006.

12.	Attached hereto as Exhibit K is a true and correct copy of a letter from Jeniphr Breckenridge to Christopher Dillon, dated July 7, 2006 .

13.	Attached hereto as Exhibit L is a true and correct copy of a letter from Kathleen O'Sullivan to Jeniphr Breckenridge, dated March 30, 2006.

14.	I declare under penalty of perjury that the foregoing is true.

/s/ Carisa A. Klemeyer  
Carisa A. Klemeyer

EXECUTED this 3rd day of August in Boston, Massachusetts.

**CERTIFICATE OF SERVICE**

    I, Carisa A. Klemeyer, hereby certify that a true copy of the foregoing document was served upon all counsel of record in Nevada I and Nevada II electronically pursuant to Fed. R. Civ. P. 5(b)(2)(D) and CMO No. 2 on this 3rd day of August, 2006, by causing a copy to be sent to LexisNexis File & Serve for posting and notification to all counsel of record.

                                                                   /s/ Carisa A. Klemeyer
                                                                     Carisa A. Klemeyer