# EXHIBIT I

Ronald H. Swenson                           January 5, 2006
Carson City, NV

1

```
          IN THE UNITED STATES DISTRICT COURT

          FOR THE DISTRICT OF MASSACHUSETTS

------------------------x      CERTIFIED COPY

In re: PHARMACEUTICAL    : MDL DOCKET NO.

INDUSTRY AVERAGE         : CIVIL ACTION

WHOLESALE PRICE          :

LITIGATION               : 01CV12257-PBS

------------------------x

THIS DOCUMENT RELATES    :

TO:  ALL ACTIONS         :

------------------------x
```

DEPOSITION OF RONALD H. SWENSON

JANUARY 5, 2006


BE IT REMEMBERED that on THURSDAY, the 5th day

of JANUARY, 2006, at the hour of 9:05 AM of said day,

at the offices of THE ATTORNEY GENERAL, 100 North

Carson Street, Carson City, Nevada, before me,

STEPHANIE ZOLKOWSKI, a notary public, personally

appeared, RONALD H. SWENSON, who was by me first duly

sworn and was examined as a witness in said cause.

Ronald H. Swenson                                    January 5, 2006
                          Carson City, NV

2

```
 1                   A P P E A R A N C E S
 2   FOR GLAXOSMITHKLINE:   COVINGTON & BURLING
 3                          By:   JASON R. LITOW, ESQ.
 4                          1201 Pennsylvania Ave. NW
 5                            Washington, DC 20004-2401
 6
 7                          BATES WHITE
 8                          BY: CHRIS STROMBERG, ESQ.
 9                          2001 K Street NW, Ste. 700
10                          Washington, DC 20006
11                               (Via telephone)
12
13   FOR STATE OF NEVADA:   HAGENS BERMAN, LLP
14                          By:   JENIPHR BRECKENRIDGE, ESQ.
15                          1301 Fifth Ave.
16                          Seattle, Washington 98101
17                                    and
18                          L. TIMOTHY TERRY, DIRECTOR
19                          OFFICE OF THE ATTORNEY GENERAL
20                          100 N. Carson St.
21                          Carson City, Nevada 89701
22
```

Ronald H. Swenson                                    January 5, 2006
Carson City, NV

3

```
 1                      I N D E X

 2      EXAMINATION                              PAGE

 3      By Mr. Litow                             004

 4


 5                    E X H I B I T S

 6      NUMBER                 DESCRIPTION        PAGE

 7      Exhibit Swenson 001, COBOL record layout  017

 8      Exhibit Swenson 002, Sample data          017

 9      Exhibit Swenson 003, Subset of Exhibit 001 089

10      Exhibit Swenson 004, Exhibit 3 presented in 089

11                           a different way

12

13

14

15

16

17

18

19

20

21

22
```

Ronald H. Swenson                                    January 5, 2006
Carson City, NV

4

1                    RONALD H. SWENSON,

2     called as a witness herein, having been duly sworn,

3     testified as follows:

4

5                    EXAMINATION

6     BY MR. LITOW:

7         Q.    Good morning, Mr. Swenson.  My name is

8     Jason Litow.  I'm from the law firm of Covington

9     Burling which is in Washington along with my

10    colleague, Shankar Duraiswamy.

11               Our firm represents GlaxoSmithKline which

12    is one of the Defendants in this case.

13               Can you please state and spell your name

14    for the record.

15        A.    Sure.  It's Ronald H. Swenson.  R-o-n-a-l-d

16    S-w-e-n-s-o-n.

17        Q.    And what's your current business address?

18        A.    1340 South Curry Street.

19        Q.    Carson City?

20        A.    Sorry.  Carson City, Nevada 89701.

21        Q.    Have you ever been deposed before?

22        A.    No.

Ronald H. Swenson                                      January 5, 2006
Carson City, NV

5

1      Q.    I'll just explain the process a little bit

2   for you.   I'm going to ask the questions.   You will

3   respond.   You need to respond verbally so that the

4   court reporter can take down a response.

5           At times your attorney may object.   Unless

6   instructed by him or her not to answer the question,

7   you still have to answer it even though there's an

8   objection pending.

9           If you don't understand a question, please

10  ask me to clarify it.   I'll be happy to do so.   If

11  you do not ask me to clarify I'll assume you

12  understood the question.

13          Please let me know any time if you want to

14  take a break and I can oblige that request so long as

15  you finished answering the question.

16     A.    Okay.

17     Q.    Any questions about the process or

18  anything?

19     A.    None at all.

20     Q.    Have you ever testified at a trial before?

21     A.    No.

22     Q.    Have you ever provided legislative hearing

Ronald H. Swenson                                    January 5, 2006
Carson City, NV

6

1    testimony?

2         A.   No.

3         Q.   **Have you ever worked on preparing testimony**

4    **for someone else?**

5         A.   I want to say yes.  Yes.

6         Q.   **When was that?**

7         A.   It probably would have been maybe in the

8    last five years.

9         Q.   **Was it on one occasion?**

10        A.   Probably on several occasions.

11             Mostly providing information to my boss

12   that he would provide to the legislature.

13        Q.   **What was the nature of the information that**

14   **you provided?**

15        A.   Billing information mostly.

16             I'm trying to think.  Mostly billing.

17   Because we are a service organization.  We have the

18   State as a customer so we need to collect money from

19   them to pay our bills.

20        Q.   **Did any of that testimony involve**

21   **prescription drug reimbursement issues?**

22        A.   No.

Ronald H. Swenson                                    January 5, 2006
Carson City, NV

7

1     Q.    Did you meet with any of your attorneys to

2    prepare for this deposition?

3     A.    Yes.

4     Q.    When was that?

5     A.    Tuesday.

6     Q.    Who was present at that meeting?

7     A.    Jeniphr and myself.

8     Q.    For how long did you meet?

9     A.    I think it was about an hour and a half to

10   two hours.

11    Q.    Did you review any documents during that

12   meeting?

13    A.    The documents you have, the COBOL record

14   layout, the sample data we provided  I have the main

15   drug program we used for adjudicating claims.

16    Q.    When you say the main drug program you

17   used, is that a document -- what are you referring

18   to?

19    A.    It's a COBOL program.  It's a listing of a

20   COBOL program.

21    Q.    Any other documents other than the ones you

22   mentioned?

Ronald H. Swenson                                    January 5, 2006
                        Carson City, NV

8

1          A.    I think we looked at a memo Chuck Duarte

2    sent on retention of data.   We talked a little bit

3    about what the lawsuit was about.

4          **Q.   Did you bring any documents with you today?**

5          A.    Yes.

6                I have the COBOL listing and the document,

7    the COBOL records layouts.

8                MS. BRECKENRIDGE:   Are these the two that

9    we --

10               THE WITNESS:   Yes.

11   BY MR. LITOW:

12         **Q.   Other than the ones you provided to us this**

13   **morning you didn't bring any other documents with**

14   **you?**

15         A.    I have a draft copy of some questions that

16   Jeniphr sent me.

17         **Q.   Could you please describe your educational**

18   **background since high school?**

19         A.    Sure.

20               I have a Bachelor's degree from the

21   University of Nevada at Reno.   I received that in

22   1979.

Ronald H. Swenson                          January 5, 2006
                    Carson City, NV

9

1        I have a Masters Degree in Mathematics from

2   the University of Nevada with major work in Computer

3   Science.

4        I've attended several program and training

5   classes that I can list if you need.

6   **Q.   That's okay.**

7        **Starting from the earliest post graduate**

8   **employment could you give me your employment history?**

9   A.   Sure.

10       I worked five years for Washoe County at

11  the School District.  I taught one year at Nixon High

12  School.  I think four years at Trainer Middle School.

13  **Q.   All of those were teaching?  Washoe County,**

14  **Nixon and the last one you mentioned were teaching**

15  **positions?**

16  A.   Right.

17  **Q.   What were you teaching?**

18  A.   Mostly mathematics.  I taught one year of

19  English.

20  **Q.   I didn't mean to cut you off.**

21       **After the third teaching position you were**

22  **-- please continue.**

Ronald H. Swenson                                    January 5, 2006
Carson City, NV

10

1    A.   At the same time I taught part time at the
2    University of Nevada in the Mathematics Department.
3    I taught basic algebra and algebra and trigonometry.
4    I also worked part time at City of Sparks Recreation
5    Department as a Softball Field Coordinator.
6         Then in 1984, I started working for the
7    State.  At that time it was the Department of Data
8    Processing.
9    Q.   **What was your position when you started?**
10   A.   I started out as a trainee.  I think --
11   actually, I forget the name at that time.  It was a
12   trainee position.  Programmer trainee.
13        I worked my way up through the ranks to
14   what would now be an Information Systems Specialist 1
15   and then a 2 and 3.  Currently I'm Information
16   Systems Specialist 4.
17   Q.   **The name of the department you work in is**
18   **the Data Processing Department; is that correct?**
19   A.   When I started it was the Department of
20   Data Processing.
21        We're now known as the Department of
22   Information Technology.

Ronald H. Swenson                                    January 5, 2006
Carson City, NV

11

Q.    What was the function of the Department of
Data Processing when it was called that?

A.    We provided programming services to State
agencies.  What they called the non-exempt State
agencies.  Motor vehicles, Transportation, the
University System, Gaming, are all called exempt.
They don't have to use our services.  But the other
State agencies by statute are required to use our
services.

Q.    You say programming services.

Can you be more specific?

A.    At that time we did COBOL programming on
IBM main frame.  We did system design.  Requirements
definition.

Q.    What's COBOL?

A.    It's a program language.  It's a common --
gosh, I can't remember.  It's common object business
oriented language or something like that.

Q.    Is it still used?

A.    It's still used.

Q.    Now you're under it's called the Department
of Information Technology; is that correct?

Ronald H. Swenson                                    January 5, 2006
Carson City, NV

12

1        A.    Correct.

2        Q.    **What's the function of the Department of**

3    **Information Technology?**

4        A.    It provide a lot of services.  We do

5    telephone and telecommunications, microwave services.

6    We do planning services.  We do quality assurance.

7    I'm sure I forgot a couple.  We do programming

8    services still.  Email.  We still run an IBM main

9    frame.  We run server forms.

10       Q.    **What's your Department's relationship with**

11   **the ID Department that's within Medicaid?**

12       A.    Let me think about this.

13             While we ran the Medicaid Program we would

14   interface with them.  They knew the business rules.

15   We know the programming side.  So we would interface

16   with that group.

17             They would provide us specifications, we

18   would code them into the program.

19       Q.    **Specifically what are your duties as**

20   **Information Specialist?  What do you do?**

21       A.    Right now I manage a group of six people

22   and they all provide programming services in one way

Ronald H. Swenson                                    January 5, 2006
                         Carson City, NV

                                                              13

1    or another to different State agencies in the

2    Executive Branch.

3              So I manage.  I code.  I provide input to

4    our management.  But I'd say 90 percent of my time is

5    spent coding.

6              Mostly nowadays we provide coding in the

7    Internet world.  The client server world.  We support

8    visual basic.  Both six zero and dot net.  We support

9    Java applications.  We support fox pro applications.

10   We still support a little bit of COBOL on the main

11   frame.

12        **Q.   To whom do you report?**

13        A.   His name is Dan Stockwell.  I believe he's

14   Application Manager.

15        **Q.   Just so I'm clear, you do not work within**

16   **the Department of Health Care Financing and Policy;**

17   **is that correct?**

18        A.   That's correct.

19        **Q.   You're in a separate unit; is that right?**

20        A.   Separate unit.  Separate agency.

21        **Q.   Your agency is the Department of**

22   **Information Technology; is that correct?**

Ronald H. Swenson                                    January 5, 2006
Carson City, NV

14

1        A.   Correct.

2        Q.   I'd like to now ask you some questions

3   about a cd rom that the State recently produced to

4   Defendants that contains claims data from 1991,

5   through 2003.

6             Are you familiar with the CD that I'm

7   referring to?

8        A.   I believe so.

9        Q.   Is there anybody else in your Department

10  who would be familiar with the information that would

11  be on that CD?

12       A.   No.

13            Well, there is one person familiar with the

14  data.  She wouldn't be familiar with the CD.

15       Q.   Who would that be?

16       A.   Her name is Linda Hibbard

17       Q.   What exactly was your role in producing the

18  CD?

19       A.   I extracted the data from our archive

20  files. I downloaded it to a PC and I wrote it to the

21  CD. That's how I basically created it.

22       Q.   The data was stored on some sort of main

Ronald H. Swenson                              January 5, 2006
                        Carson City, NV

15

1   frame or some sort of data base?

2        A.   They're stored on 3480 cartridges.

3        Q.   **Where are those kept?**

4        A.   We have one copy at our computer facility

5   which is over on 3rd Street and we have one copy

6   that's off site that I don't have a clue where that

7   is.

8        Q.   **Could you please describe specifically the**

9   **steps you took to take the data and put it onto a CD?**

10       A.   Sure.

11            First what I did is went into our file

12  manager product and figured out the location what we

13  call the trans code.  Because we only wanted drug

14  claims that's a transaction type 3.  I found the

15  location of that.

16            Then I setup JCLP using a product that we

17  call a selector to select all records in that field.

18  I wrote all those off to 3480 cartridges.

19            We store our data quarterly.  I created a

20  data set for each year.  I used our paid claim file

21  and what we call our excluded claim file.

22            The excluded claims are a hundred percent I

Ronald H. Swenson                                January 5, 2006
Carson City, NV

16

1     think State monies.  But Medicaid would have to

2     verify that.

3              Once I had them all written to 3480

4     cartridges on the main frame I downloaded them using

5     FTP to one of our FTP sites on the server.

6          Q.   Okay.

7          A.   Then I copied them to the drive on my PC,

8     set them up and wrote them on CD.

9              I created two sets.  I created one CD that

10    had accepted files and then I created a whole series

11    of CD's that had the unaccepted data.

12         Q.   **We got one CD.  I assume that would be the**

13    **one with the zipped files.**

14         A.   I think you have to ask Tim that.

15              I gave Tim the CD's.  And after that I

16    don't know what happened to it.

17         Q.   **I guess I didn't understand much of that**

18    **last answer to be frank.**

19              **I guess I would just like to know exactly**

20    **what types of claims you searched for to put on the**

21    **CD.**

22         A.   Again, they were transaction-type 3's that

Ronald H. Swenson                                    January 5, 2006
                        Carson City, NV

1   are pharmacy claims or drug-type claims.

2          The way I understand it is there's

3   provider- type 28's which are pharmacy claims.

4   Provider-type 33's which are durable medical

5   supplies. Provider-type 37's which are the IV therapy

6   claims.

7          **Q.   Were all those included?**

8          A.   All those were included.

9          MR. LITOW:   At this time I'd like to ask

10  the court reporter to mark as Exhibit Swenson 001 and

11  Exhibit Swenson 002, Exhibit Swenson 001 being a

12  document which is entitled WL80WKBL.txt and Exhibit

13  Swenson 002 will be a document entitled

14  WL80ah27sample.txt.

15                (Exhibit Swenson 001 and

16                Exhibit Swenson 002 marked for

17                identification.)

18          MS. BRECKENRIDGE:   On the record we would

19  like to mark Exhibit Swenson 002 as highly

20  confidential.   This was produced to Defendants.

21          At the time it was produced it was not

22  clear to counsel there is patient identifying

Ronald H. Swenson                                    January 5, 2006
                        Carson City, NV

18

 1    information on there.

 2            We will work on a break or perhaps it will

 3    come out in the course of your questioning what the

 4    patient identifying information is.

 5    BY MR. LITOW:

 6        Q.   **Take a moment to look over those two**

 7    **documents for me, please.**

 8        A.   Okay.

 9        Q.   **Can you please tell me what these documents**

10    **are?**

11        A.   Exhibit Swenson 001 is a COBOL record

12    layout we use for our adjucating claims file.  So it

13    contains all the field names, their links and any

14    characteristics about them.

15            Exhibit Swenson 002 is some sample data

16    that I pulled off ancient history tape 27.  I believe

17    it's all drug claims.

18        Q.   **For what years did you search for and put**

19    **on the CD, the claims data?**

20        A.   The years Tim asked me for.  I believe

21    they're January 1, 1991, through September 30, 2003.

22        Q.   **I would like you to keep these documents in**

Ronald H. Swenson                                    January 5, 2006
                        Carson City, NV

19

1    front of you and feel free to refer to either one as

2    necessary to answer the following questions --

3           A.    Okay.

4           Q.    -- and clarify which one for the record

5    you're referring to.

6           A.    Will do.

7           Q.    Exhibit Swenson 001, the data fields, or I

8    might call it a data dictionary at times, appears to

9    have some type of hierarchal format that has pairs of

10   digits in the beginning of each line.   The 05, 10,

11   15.

12               Do you see that?

13          A.    Yes, I do.

14          Q.    What's the meaning of that hierarchy?

15          A.    It's a standard COBOL record structure.

16   The smaller the number -- it's a breakout of data.

17               So the higher number is a breakout of the

18   smaller number data.   So if we look at the first one,

19   the 05 IC-PERSON-DATA, and then that to the next 05

20   level would be one set of data.

21               Hopefully if it's set up correctly it's

22   somehow related.

Ronald H. Swenson                                    January 5, 2006
Carson City, NV

20

1           The next one, IC-PROVIDER-DATA, the 05 IC-

2     PROVIDER-DATA, hopefully that would all be related to

3     provider information.

4           So the 10 -- all the 10 levels are just

5     breakouts of the 05.

6           Then when we get down to the 10-IC-NAME or

7     it's broken down into 15 IC-LAST, 15 IC-END, that's

8     just a breakout of the name which says the first 10

9     characters are the last name.  The next character is

10    the first initial.

11       **Q.   Again, staying with Exhibit Swenson 001,**

12    **the data field dictionary also contains a column what**

13    **appears to be format indicators such as PIC X, PIC**

14    **X(7).**

15           **Do you see that?**

16       A.   Yes, I do.

17           MS. BRECKENRIDGE:  I object.

18           Can we clarify if everybody is talking

19    about the same thing as the data dictionary?

20           MR. LITOW:  Sure.  I'm talking about

21    Exhibit Swenson 001.

22           MS. BRECKENRIDGE:  Do you consider that a

Ronald H. Swenson                                    January 5, 2006
Carson City, NV

21

1     data dictionary?

2                 THE WITNESS:  Very limited one.

3                 It's more of a COBOL record layout.  A data

4     dictionary would have more of what the field

5     definitions were.

6     BY MR. LITOW:

7         Q.    I'll refer to it as Exhibit Swenson 001

8     then.  I don't want to call it a dictionary if it's

9     not.

10                MS. BRECKENRIDGE:  I don't care as long as

11    you two are talking about the same thing.

12                Based on my conversation I wasn't sure you

13    two have the same idea of a data dictionary.

14    BY MR. LITOW:

15        Q.    I think my question was about the format

16    indicators PIC X, PIC X(7), those numbers.

17                What does that mean?

18        A.    Those are fairly standard -- those are

19    standards COBOL definitions.

20                The PIC X would mean it would be one

21    character.  Alpha numeric.

22                The PIC X(11) would be 11 characters out

Henderson Legal Services
(202) 220-4158

Ronald H. Swenson                                    January 5, 2006
                        Carson City, NV

22

1    from numeric.  The PIC 999 would be three characters

2    numeric.

3            If we go down further the one that's PIC

4    S9(4)V99, then would be a signed numeric field.  The

5    V would be where the decimal is.  The 4 would say

6    there's four numbers in front of the decimal and two

7    numbers after the decimal.

8        Q.   Is there a document that exists that

9    basically defines or describes all these fields?

10       A.   Yes.

11       Q.   What document would that be?

12       A.   I would say any COBOL textbook would define

13   them.

14           When I went out and got my definitions I

15   just went to the Internet and did a search on them

16   and found a site.

17           I can give you the site that has a

18   definition of all these.

19       Q.   By fields I'm referring to the things that

20   are on the left column of the document.  You know,

21   PROVIDER-DATA.

22           Is there a document that defines what all

Ronald H. Swenson                     January 5, 2006
Carson City, NV

23

1   **those mean?**

2        A.   No, there isn't.

3        **Q.   Do you know if the data is limited to**

4   **Medicaid fee for service claims or whether it**

5   **includes claims relating to other payors?**

6             MS. BRECKENRIDGE:  Are you talking about a

7   particular field?

8             MR. LITOW:  I'm just referring to the data

9   set in general we received.

10            THE WITNESS:  What I supplied was drug

11  claims only.  I don't know if we did -- we did store

12  our managed care claims in the same record layout on

13  the same tapes.

14            They would be stored under either provider

15  type 40 or provider type 62.  I don't think they

16  contained any drug information.

17  BY MR. LITOW:

18       **Q.   Is there a field you could point to that**

19  **would indicate to which entity the claim relates,**

20  **whether it's a pharmacy or some other type of**

21  **provider?**

22       A.   Yes.

Ronald H. Swenson

January 5, 2006

Carson City, NV

24

1        On Exhibit Swenson 001, there's actually a

2    couple.  If we go to page 3 right after the first 05

3    level the IC-CONTROL-DATA, the 10 level is an IC-

4    SYSTEM-CONTROLS.

5        The next level is 15 IC-TRANS-TYPE.  Drug

6    claims would all have a 3 in that location.

7        Then on Exhibit Swenson 001, page 1, below

8    the second 05 level the IC-PROVIDER-DATA there's a 15

9    level that says IC-VENDOR.  Right below there there's

10   a 20 level IC-VENDOR code.

11       Numbers with a 28 and a 37 would be -- are

12   drug claims.  33 is also.  There's one of them,

13   either 33 or 37, that could be outpatient, too.

14       MS. BRECKENRIDGE:  I'm sorry.  Which line

15   did you point to?

16       THE WITNESS:  The IC-VEN code.

17       I forget which one, either 37 or 33, could

18   also be paid I think as transaction type 2.

19       But those wouldn't have been included on

20   the data I sent you.

21   BY MR. LITOW:

22       Q.   I think you testified earlier that a type

Ronald H. Swenson                                    January 5, 2006
                        Carson City, NV

25

1  28 was a pharmacy claim; is that correct?

2       A.   Correct.

3       Q.   So if it had a 28 in that field it would be

4  a pharmacy claim, correct?

5       A.   Yes.

6       Q.   37 would be IV therapy, correct?

7       A.   Correct.

8       Q.   Do you know if specialty pharmacy

9  transactions such as those found in long term or

10 nursing care facilities would be included in this

11 data?

12      A.   I think so.

13      Q.   Do you know which fields would

14 differentiate them from pharmacy transactions?

15      A.   Exhibit Swenson 001, page 1, right before

16 the second 05 there's IC-RESIDENCE.  If it has an N

17 in that field it would be a nursing facility.

18           And I think the other value was an O.  I'm

19 not sure what that stands for.

20           Then Exhibit Swenson 001, page 2, I think

21 it's line 17, IC DRUG-NURSE-FACILITY, that would

22 contain a value if it was a nursing facility.

Ronald H. Swenson                                    January 5, 2006
Carson City, NV

26

1              Either contain the provider number of the

2    nursing facility or it will contain a default value.

3         Q.    If it's not a nursing facility there will

4    be no number in that field?

5         A.    Un-huh.  It should contain just spaces.

6         Q.    Do you know if the ingredient cost and the

7    allowed amount would be included in the data that we

8    received?

9         A.    No.

10         Q.    You don't know or it would not be?

11         A.    It's not included.

12         Q.    I would like to direct your attention to

13    page 3 of Exhibit Swenson 001.  I'm sorry.  Go to

14    page 2 of Exhibit Swenson 001.

15              The third field up from the bottom, I think

16    it's a 10 level IC-BILL-AMT-X.

17              Do you see that?

18         A.    Yes.

19         Q.    Do you know what that field means?

20         A.    That's the amount that the provider bills

21    Medicaid.  The X at the end just means if we want to

22    look at it as an alpha numeric value we'd look at

Ronald H. Swenson                                January 5, 2006
Carson City, NV

27

1    that one.  You look at that one below that if we want

2    to look at as a numeric value.

3        Q.   And then the last one on page 2 of

4    Exhibit Swenson 001 IC-OTH-PD-X, do you see that?

5        A.   Yes I do.

6        Q.   What does that refer to?

7        A.   The other paid amount.

8             You'd have to check with Medicaid to be

9    sure about this but I believe it's any amount that

10   other insurance paid or possibly Medicare may have

11   paid. Some other entity paid for this.

12       Q.   Then the very next one which is on page 3,

13   the first one, IC-OTH-PD, what does that mean?

14       A.   That's the patient paid amount.  For drug

15   claims it would be a co-pay amount.

16            It should be zero for all the drug claims.

17       Q.   So if there were a co-pay that would be

18   where it would be reflected?

19       A.   Correct.

20       Q.   Then three down from that one, looking at

21   IC-SAMI-AMT-X, do you see that?

22       A.   Yes.

Ronald H. Swenson                                    January 5, 2006
                    Carson City, NV

28

1       Q.      What does that mean?

2       A.      That's the amount we pay the provider on

3    the claim.

4       Q.      You say we.

5               You mean Medicaid?

6       A.      That Medicaid paid.   Correct.

7       Q.      Then the one just below that, IC-SAMI-AMT,

8    there's no X.

9               What does that mean?

10      A.      That's the numeric version of that paid

11   amount or the SAMI amount.

12              Problematically depending on how we want to

13   look at it some times you just want to look at it

14   alpha numeric and sometimes numeric.   We would use

15   either one of those.

16      Q.      Is there a field that captures the

17   particular pricing basis that was used to determine

18   what was paid, whether it was MAC or AWP or WAC or

19   anything like that?

20      A.      No, there isn't.

21      Q.      Do you understand what I'm referring to

22   when I use those terms?

Ronald H. Swenson                                  January 5, 2006
                          Carson City, NV

29

1      A.    Yes.

2            Average wholesale price.

3            I'm not sure what SUL is.  But something

4      upper limit.

5      Q.    **That particular wouldn't be reflected in**

6      **any of these fields?**

7      A.    No, it wouldn't.

8      Q.    **Do you know which fields that are included**

9      **on Exhibit Swenson 001 have been omitted from the**

10     **data that was produced by the State, if any?**

11     A.    When I created the CD I didn't exclude any

12     data.  So no data was excluded.

13           Except again all I selected were the

14     transaction type 3's.  We still have inpatient,

15     outpatient and EPSDT claims on our claims files.

16     Q.    **For example, going to page 1 of Exhibit**

17     **Swenson 001 the very first 05 level, you go down**

18     **about six or seven ones, do you see the 10 level IC-**

19     **SSN?**

20     A.    Yes, I do.

21           MS. BRECKENRIDGE:  I don't.  I'm sorry.

22           MR. LITOW:  On the first page of Exhibit