90

1                    identification.)

2   BY MR. LITOW:

3       Q.   Mr. Swenson, take a moment to review these

4   documents.  These documents were provided to us this

5   morning.

6            Could you start with Exhibit Swenson 003

7   and let me know what this Exhibit is?

8       A.   Sure.

9            Exhibit Swenson 003 is maybe a subset of

10  Exhibit Swenson 001 where I tried to clean up some of

11  the clutter, some of the redefines that didn't apply

12  to drug information.

13           For example, the first one there's IC-AID.

14  Instead of breaking it down into the IC-AID-1, IC-

15  AID-2, I changed it just so it's IC-AID.  Which is

16  probably more how someone would use it.

17           I removed the redefines down in the 05 IC

18  SERVICE DATA SECTION that applied to the procedure

19  and the account center.

20           So hopefully to make it a little more

21  readable.

22      Q.   The far left column, what do those numbers

91

1   represent?  The left.

2       A.   My other left.

3       Q.   500, 600, 800.

4       A.   Those would just be the line numbers.

5            In our editing tool it would store line

6   numbers to maybe make easier reference.

7       Q.   How about the far right column?

8       A.   I don't know.

9            I think it's something to do with line

10  number 2.  But I don't know.

11      Q.   Turning to Exhibit Swenson 004, what is

12  this document?

13      A.   Exhibit Swenson 004 is Exhibit Swenson 003

14  presented in a different way.

15           I used our file manager tool.  What this

16  does is for each field it will give you the picture

17  clause. It will tell you what type it is.  A, an

18  alpha numeric.  ZD, I think they call it a zone

19  decimal.

20           Probably more importantly the starting and

21  ending positions of the field.

22           So if you're looking at Exhibit Swenson 002

                                                              92

1    and you wanted to say find out where the drug SUL

2    exclusion code was contained, I could go over this

3    and say it starts in column 143 and ends in column

4    143.

5           Q.    Okay.

6           A.    So something to make it a little easier to

7    interpret the data.

8           MR. LITOW:  Okay.  Thank you.  No further

9    questions.

10          MS. BRECKENRIDGE:  Thank you.

11              (Proceedings adjourned at 12:15 p.m.)

12

13

14                          _____

15                          RONALD H. SWENSON

16   Subscribed and sworn to and before me

17   this _____ day of _____, 20____.

18

19

20   _____

21          Notary Public

22   STATE OF NEVADA )

```
1   STATE OF NEVADA  )
                     )  ss.
2   COUNTY OF LYON   )
3
4
5        I, STEPHANIE ZOLKOWSKI, a notary public in and
6   for the County of Lyon, State of Nevada, do hereby
7   certify:
8        That on THURSDAY, the 5th day of JANUARY, 2006,
9   at the offices of OFFICE OF THE ATTORNEY GENERAL, 100
10  North Carson Street, Carson City, Nevada, personally
11  appeared RONALD H. SWENSON, who was sworn by me, and
12  was deposed in the matter entitled herein;
13       That said deposition was taken in stenotype
14  notes by me, a Certified Shorthand Reporter, and
15  thereafter transcribed into typewriting as herein
16  appears;
17       That the foregoing transcript, consisting of
18  pages 1 through   , is a full, true and correct
19  transcription of my stenotype notes.
20       DATED: At Carson City, Nevada, this 10th
21  day of January, 2006.
22
23
24                          _____
                            STEPHANIE ZOLKOWSKI, CCR #283
25
```

**A**
accepted 16:10
account 49:3 69:4
  69:19,20 90:19
accounting 40:6
ACCTG-CENT...
  40:2
accurate 75:7
ACTION 1:5
ACTIONS 1:10
ad 85:3,5
added 78:20 83:20
  83:21
address 4:17
adjourned 92:11
adjucating 18:12
adjudicate 30:12
adjudicating 7:15
adjusted 68:20
adjustments 45:11
  46:9
administered
  31:17 32:20 87:5
  88:13
administration
  53:10
affect 46:13
affiliation 74:7
agencies 11:4,5,8
  13:1 56:10 82:15
  82:16
agency 13:20,21
  82:9,13
agent 35:13,15
  36:5 87:13
ahead 81:17
aid 49:18 50:10
  80:18
AID-2 90:15
algebra 10:3,3
Allen 47:11 49:9
  50:5

allowed 26:7 77:19
  77:21
alpha 21:21 26:22
  28:14 44:15
  91:18
amount 26:7,20
  27:7,9,14,15 28:2
  28:11,11 46:2,6,6
  56:17,21 63:8,17
  63:21,21 64:6,13
  67:13,15,19 71:3
  71:4 78:20 82:1,5
  86:17,19
amounts 34:15
  46:14
AMP 86:22
ampersand 45:2
analysis 88:7
analyze 83:2 85:18
analyzing 84:16
ancient 18:16 33:3
  33:12,20 46:11
answer 5:6,7 16:18
  19:2 35:21 37:6
  47:11 53:13 76:8
answering 5:15
Anthem 35:7,16
  43:13 47:12,13
  47:14,14 65:6,14
  68:19 75:5,19
  87:13,13,22
anybody 14:9
apart 71:2
appeared 1:20 93:8
appears 19:8 20:13
  93:13
applicable 38:13
  38:20 39:2,19
  40:9,12 41:10,19
  42:9 43:7
Application 13:14
applications 13:9,9

applied 39:6 64:9
  67:16 90:18
applies 42:13,15,17
  73:2
apply 90:11
approval 47:1,17
  47:18 83:6
archival 85:10
archive 14:19
asked 18:20 51:13
  70:7,8 85:17 87:3
asking 46:19 49:13
assign 65:6 78:18
assigned 50:21
  73:22 74:22
assume 5:11 16:12
assurance 12:6
attended 9:4
attention 26:12
  43:18 46:15
  55:14 60:16
  64:17 66:1 67:6
  68:3 70:15 71:9
  72:11
attorney 1:17 2:19
  5:5 93:6
attorneys 7:1
audit 87:21
available 30:15
Ave 2:4,15
average 1:5 29:2
  87:1
AWP 28:18 30:22
  31:11,15 75:20

**B**
B 3:5 48:15
Bachelor's 8:20
back 34:18 37:8
  38:1 45:9,13
  49:11 53:1 56:22
  58:3 63:13 70:13
  72:1,4,9 83:14

86:1 88:10 89:11
backed 45:20
background 8:18
backup 85:16
Bank 31:1 44:7
  76:20 78:17
base 15:1
Based 21:12
basic 10:3 13:8
basically 14:21
  22:9 36:4 40:14
  45:14
basis 28:17 31:9
  33:4 34:11 86:2
  88:2
BATES 2:7
beginning 19:10
believe 13:13 14:8
  18:16,20 27:9
  31:1 32:5 34:4,14
  35:2,5 39:4 40:6
  42:13 55:5,8 63:7
  64:6 65:14 66:10
  71:3 73:2 75:18
  82:8
beneath 42:5 43:3
  50:6
benefit 69:3 78:18
BERMAN 2:13
best 49:6
better 69:11
bill 46:2 81:21
billed 33:22 65:20
  67:14
billing 6:15,16
bills 6:19 26:20
birth 70:3
bit 5:1 8:2 13:10
  38:10 39:15
  47:18 51:20
  54:14 56:12
  58:20 63:13

66:13 73:4 76:21
  85:14
blue 31:1
Bolean 71:19
book 31:2,2
boss 6:11
bottom 26:15 37:11
  40:1 55:10 57:11
  64:19 67:7 68:6
  70:7,16 77:9
Branch 13:2 82:14
break 5:14 18:2
  52:21 72:7 89:5
breaking 43:11
  90:14
breakout 19:16,17
  20:8
breakouts 20:5
BRECKENRID...
  2:14 8:8 17:18
  20:17,22 21:10
  23:6 24:14 29:21
  30:2,17 35:17
  39:11 53:11,18
  61:9 81:16 83:9
  88:16,22 92:10
bring 8:4,13
broken 20:7
budget 56:1,8
budgets 57:7
bunch 51:16
Burling 2:2 4:9
business 4:17
  11:17 12:14
bypass 77:16
bypassed 77:22
BYPASS-SW
  77:11

**C**
C 2:1
calculate 56:16
  63:9,9 86:9,12

| | | | | |
|---|---|---|---|---|
| 87:3 | 78:20 85:13 | claims 7:15 14:4 | 42:21 44:1,6 47:1 | 57:14,15 58:10 |
| calculated 56:13 | certifications 83:20 | 15:14,22 16:20 | 47:17,18 49:18 | 59:3,15 60:5,22 |
| calculation 86:18 | Certified 93:11 | 17:1,1,3,6 18:12 | 50:11,15 51:7,12 | 62:21 78:6 |
| calculations 86:6 | certify 93:4 | 18:17,19 23:4,5 | 51:21 52:3 54:15 | contained 23:16 |
| call 15:13,17,21 | change 37:4 | 23:11,12 24:6,12 | 55:15 58:5,21 | 92:2 |
| 19:8 21:8 33:3 | changed 81:4 90:15 | 27:15,16 29:15 | 60:17 66:2 68:5 | containing 32:6 |
| 45:16 47:12 | changes 83:19 | 29:15 30:13 | 69:2,6,16 73:5,14 | contains 14:4 18:13 |
| 87:18 91:18 | character 20:9 | 31:17 32:5,14,18 | 75:11 77:1 78:19 | 20:12 30:11 |
| called 4:2 11:2,4,6 | 21:21 | 32:22 33:2,7,10 | 79:5,7,12,20 80:7 | 44:21 |
| 11:21 48:11 49:3 | characteristics | 33:15 34:3,13 | 80:8,19,22 81:8 | context 37:17 |
| 76:9 81:10 | 18:14 | 36:8,9,10,20 39:6 | 92:2 | continue 9:22 |
| Candy 47:11 49:9 | characters 20:9 | 41:14 48:13 | codes 67:12 71:15 | Continuing 80:6 |
| 50:5 | 21:22 22:1 32:12 | 51:17 54:6,6,7,8 | 72:3 78:20 81:4,6 | CONTROL-DA... |
| captured 34:9 | 38:17 40:16,19 | 54:12,22 55:2 | coding 13:5,6 | 80:7 |
| captures 28:16 | 40:19 73:18 | 57:5 61:1,7 64:9 | colleague 4:10 | conversation 21:12 |
| care 13:16 21:10 | charge 63:11 | 65:5,20 67:2 | collect 6:18 82:5 | convert 81:7 84:5 |
| 23:12 25:10 33:9 | charged 46:3 | 68:18,19 79:4 | column 20:12 | Coordinator 10:5 |
| 33:14 46:1 | check 27:8 35:3 | 84:16 85:18 87:4 | 22:20 90:22 91:7 | copied 16:7 |
| Carson 1:18,18 | 42:12 56:6 67:21 | 88:14 | 92:3,3 | copies 85:6,11,16 |
| 2:20,21 4:19,20 | 67:22 68:2 84:9 | clarification 61:10 | columns 89:18 | copy 8:15 15:4,5 |
| 93:7,7,17 | checked 36:21 | clarify 5:10,11 19:4 | come 18:3 71:1 | 85:9 |
| cartridge 34:15,18 | Child 56:4 57:8,16 | 20:18 88:12 | 83:2,5,6 | correct 10:18 11:22 |
| 35:6 | childhood 61:16 | Clark 52:13,13,16 | common 11:16,17 | 12:1 13:17,18,22 |
| cartridges 15:2,18 | childrens 62:2 | class 76:16 | 47:5 49:20 52:9 | 14:1 25:1,2,4,6,7 |
| 16:4 32:16 | CHRIS 2:8 | classes 9:5 77:20 | computer 9:2 15:4 | 27:19 28:6 34:20 |
| case 4:12 32:8 | Chuck 8:1 | clause 91:17 | 83:16 | 34:21 36:19 53:6 |
| 41:15,18,20,22 | citizenship 69:6 | clean 90:10 | computing 38:2 | 53:7 61:19 74:3 |
| 61:6 65:18 | City 1:18 2:21 4:19 | clear 13:15 17:22 | concern 89:2 | 75:1 93:15 |
| cases 41:20 | 4:20 10:4 93:7,17 | client 13:7 | conferring 89:4 | corrections 65:15 |
| category 53:8,15 | CIVIL 1:5 | clinic 32:7 | confidential 17:20 | correctly 19:21 |
| 53:16 | claim 15:20,21 | close 55:9 | confidentiality | 84:2 |
| cause 1:21 | 23:19 25:1,4 28:3 | clue 15:6 | 89:2 | correspondence |
| CCR 93:21 | 32:10 33:6 36:11 | clutter 38:22 90:11 | consider 20:22 | 81:1 |
| cd 14:3,6,11,14,18 | 43:11 45:3,4,12 | COBOL 3:7 7:13 | consideration | cost 26:6 37:22 |
| 14:21 15:9 16:8,9 | 45:13,14,21 55:4 | 7:19,20 8:6,7 | 54:20 | counsel 17:22 |
| 16:12,21 18:19 | 55:6,12,13 56:14 | 11:12,15 13:10 | consisting 93:14 | counties 52:8,10 |
| 29:11 | 61:8,17 65:4,8,10 | 18:11 19:15 21:3 | contain 25:22 26:1 | county 9:10,13 |
| CD's 16:11,15 | 65:10,12 67:16 | 21:19 22:12 | 26:2,5 33:4,9,14 | 52:3,13,13,14,16 |
| center 39:5 40:6 | 68:20 70:1 71:1 | code 12:18 13:3 | 33:21 44:5 46:22 | 69:14,14,14,16 |
| 90:19 | 71:22 72:2,4 | 15:13 24:10,16 | 47:22 48:10 49:2 | 73:15 93:2,4 |
| certain 37:9 47:2 | 75:15 77:16 84:2 | 37:13 38:17 39:9 | 49:17 51:11 52:2 | couple 12:7 24:2 |
| 71:2,4 77:16,20 | 84:20,21 | 40:17,22 41:1 | 54:4,18 55:19 | 82:21 87:16 |

| | | | | |
|---|---|---|---|---|
| 89:12 | 40:9 41:11 42:10 | 14:4 17:20 35:14 | differentiate 25:14 | 23:10,16 24:5,12 |
| course 18:3 | 43:7 44:5,7,7,21 | define 22:12 | differentiating | 27:14,16 30:11 |
| court 1:1 5:4 17:10 | 46:22 47:22 | defines 22:9,22 | 32:19 | 30:12,21 31:17 |
| 89:13,16 | 48:10 49:2,17 | definition 11:14 | digit 40:17 43:12 | 33:6 34:3,5,9,13 |
| Covington 2:2 4:8 | 51:10 52:2 53:3 | 22:18 38:13,20 | 49:18 50:10 | 34:15 51:17 53:9 |
| co-pay 27:15,17 | 54:4,18 55:19 | 39:19 61:20 | digits 19:10 73:14 | 54:7,12 61:17 |
| 67:18 | 57:14 58:10 59:2 | definitions 21:5,19 | 73:15 | 64:9 65:4,5 76:16 |
| CPT 79:7 | 59:14 60:4,7,21 | 22:14 | direct 26:12 36:4 | 78:5,14,16,17,18 |
| create 34:18 | 61:1,4,18 62:9,13 | degree 8:20 9:1 | 43:18 72:11 | 79:4 86:16 88:13 |
| created 14:21 | 62:20 63:1,15,18 | department 10:2,5 | Directing 46:15 | 88:15 90:12 92:1 |
| 15:19 16:9,9,10 | 64:11,14,16,21 | 10:7,17,18,19,21 | 60:16 64:17 66:1 | drugs 32:9,20 |
| 29:11 | 65:2,16 66:6,8,18 | 11:1,21 12:2,11 | 67:6 68:3 70:15 | 33:22 53:17 |
| credit 45:6,8,13 | 66:19 67:11,12 | 13:16,21 14:9 | 71:9 | 54:19 77:5,7,15 |
| 78:6,7 | 68:9,16 70:19 | 71:4 82:15 85:6 | DIRECTOR 2:18 | 77:17,19,19,20,21 |
| current 4:17 | 72:17 73:9 75:6 | Department's | disability 72:20 | 85:1 86:5,8,13 |
| Currently 10:15 | 75:14 76:19,20 | 12:10 | discussion 70:12 | 87:4,5,8 88:18 |
| Curry 4:18 | 78:17 83:2,21 | depending 28:12 | 81:12 89:10 | DRUG-NURSE-... |
| customer 6:18 | 84:5,16 85:18,18 | deposed 4:21 93:9 | dispensed 32:9 | 25:21 |
| cut 9:20 | 87:21 88:15 | deposition 1:12 7:2 | dispensing 78:21 | drug-type 17:1 |
| cycle 85:12 | 90:18 92:7 | 93:10 | displace 69:3 | Duarte 8:1 |
| c-l-i-n 32:6 | date 31:6 43:14 | describe 8:17 15:8 | District 1:1,2 9:11 | duly 1:20 4:2 |
| | 48:4 68:1 70:1,3 | describes 22:9 | 50:20 | durable 17:4 51:19 |
| **D** | 78:7 | DESCRIPTION | Division 49:19 | 53:5 |
| D 3:1 | DATED 93:17 | 3:6 | DOCKET 1:4 | Duraiswamy 4:10 |
| daily 87:15 | dates 37:1 | design 11:13 | document 1:9 7:17 | duties 12:19 |
| Dan 13:13 | day 1:15,16 34:3 | designed 38:3 | 8:6 17:12,13 22:8 | |
| data 3:8 7:14 8:2 | 84:21 92:17 93:5 | detail 82:12 | 22:11,20,22 37:9 | **E** |
| 10:7,18,20 11:2 | 93:18 | determine 28:17 | 89:14,18 91:12 | E 2:1,1 3:1,5 |
| 14:4,14,19,22 | days 38:1 | 76:8,12 78:13 | documents 7:11,13 | earlier 24:22 51:13 |
| 15:1,9,19,20 | DC 2:5,10 | 84:3 86:8,19 | 7:21 8:4,13 18:7 | 53:3 81:9 |
| 16:11 18:15,19 | DCFS-SW 57:12 | determined 49:18 | 18:9,22 90:4,4 | earliest 9:7 |
| 19:7,8,16,18,20 | debit 45:10,14,16 | 69:7 72:22 | dollar 46:13 | early 61:21 63:3 |
| 20:12,19 21:1,3 | 72:3 | diagnostic 61:22 | dollars 63:18 64:14 | 81:11 |
| 21:13 23:3,8 | debits 45:19 | dictionary 19:8 | dose 40:17 44:6 | easier 91:6 92:6 |
| 24:20 25:11 26:7 | decade 43:13 | 20:12,19 21:1,4,8 | doses 34:2,4 42:17 | edit 36:19 |
| 29:10,12,12 30:6 | decided 56:3 81:5 | 21:13 | dot 13:8 | editing 91:5 |
| 30:7 31:1,16 | decimal 22:5,6,7 | differ 44:9 | downloaded 14:20 | edits 36:7 47:2,3 |
| 32:14,18,22 33:2 | 91:19 | difference 63:10 | 16:4 | 48:1 |
| 33:9,14,17,19 | default 26:2 64:1 | different 3:11 13:1 | draft 8:15 | educational 8:17 |
| 34:5,6,9,16,17,19 | 64:15 | 36:3 37:19,21 | drive 16:7 | either 19:1 23:14 |
| 34:22 35:14 36:4 | defaults 75:6 77:5 | 50:9 56:11 77:7 | drug 6:21 7:15,16 | 24:13,17 26:1 |
| 36:15,22 37:2,5 | Defendants 4:12 | 91:14 | 15:13 18:17 | 28:15 31:1 34:2 |
| 38:13 39:3,19 | | | | 36:8 41:13 46:1 |

| | | | | |
|---|---|---|---|---|
| 49:9 52:4 59:17 66:21 68:19 69:1 73:16 74:13 77:18 83:5 | 68:19,20 example 29:16 37:11 50:22 90:13 | 82:12 extra 78:20 82:5 extracted 14:19 | 62:6,10,11,13,17 62:20 63:15 64:14,16,18,22 65:17 66:7,9,17 | 43:12,19 44:7 49:18 68:21 73:13 75:16 76:20 78:17 |
| electronic 35:5 36:20 | examples 41:16 EXCEPTION-D... | **F** facilities 25:10 | 66:20 68:10,17 70:20 72:14,18 | 90:13 fiscal 35:12,15 36:5 |
| electronically 30:15 35:1 36:9 | 68:13 exclude 29:11 | facility 15:4 25:17 25:22 26:2,3 76:9 | 73:9 74:18 75:14 75:19,20 76:11 | 54:20,21,22 67:12 69:15 |
| eligibility 80:1 81:3 | excluded 15:21,22 | FACTOR-CODE | 76:18 78:13 | 87:13 |
| ELIG-ER 79:21 | 29:12 30:7 | 60:1 | 80:12 89:19 | five 6:8 9:10 30:22 |
| Email 12:8 | exclusion 92:2 | fairly 21:18 | 91:16,21 | 43:16 77:19 |
| employment 9:8,8 82:20 | Excuse 61:9 Executive 13:2 | false 71:20 familiar 14:6,10,13 | fields 19:7 22:9,19 25:13 29:6,8 30:7 | 83:11 five-minute 52:20 |
| ends 92:3 | 82:14 | 14:14 35:7,9 | 32:5 37:10 39:20 | following 19:2 |
| English 9:19 36:1 55:20 | exempt 11:6 82:16 Exhibit 3:7,8,9,9 | 47:15,16 86:22 Family 56:4 57:9 | 40:15 41:5,10 42:9 47:15 60:13 | 89:18 follows 4:3 |
| enhancements 83:17,22 84:3 | 3:10,10 17:10,11 17:11,12,15,16,19 | 57:17 far 90:22 91:7 | 75:10 89:6,18 fifth 2:15 64:18 | foregoing 93:14 forget 10:11 24:17 |
| entered 68:20 | 18:11,15 19:7 | Fed 56:13 | 70:16 | 52:17 63:20 |
| entire 76:10 | 20:11,21 21:7 | Federal 81:19 82:6 | figure 60:14 | 77:18 78:7 |
| entitled 17:12,13 30:11 93:9 | 24:1,7 25:15,20 26:13,14 27:4 | 83:19 Feds 63:11,14 | figured 15:12 file 15:11,20,21 | forgot 12:7 79:7 forgotten 84:15 |
| entity 23:19 27:11 35:7 | 29:9,16,22 32:2 37:8 38:6,7 39:8 | 86:15 Fed's 56:7,18 | 18:12 30:10,11 30:14,15,21 31:5 | form 35:5 format 19:9 20:13 |
| entry 45:4 | 39:11 40:1,20 | fee 23:4 78:21 | 31:6,10,13 32:13 | 21:15 84:6 |
| EPSDT 29:15 33:7 54:7 61:1,7,8,11 61:13 | 42:1,19 43:19 44:10,16 46:16 49:12 51:5 53:21 | feed 36:5 feel 19:1 FH 68:21 | 34:8 76:9 78:17 79:19 91:15 files 14:20 16:10,13 | forms 12:9 found 15:14 22:16 25:9 75:16 87:4 |
| equipment 53:5 | 55:10,15 57:10 | field 10:5 15:17 | 29:15 | Foundation 81:16 |
| error 55:8 60:12 69:1 79:17 80:1,5 | 58:3 62:5,16 64:18 66:2 67:7 | 18:13 20:12 21:4 22:4 23:7,18 25:3 | FILLER 37:12 38:10 | 88:16 four 9:12 22:6 65:6 |
| ESQ 2:3,8,14 | 68:4 70:16 71:10 | 25:17 26:4,15,19 | Financing 13:16 | 73:18 |
| essentially 83:1 | 72:12 75:9 79:10 | 28:16 31:20,21 | find 76:11,12 80:16 | fourth 70:15 |
| everybody 20:18 | 81:1 89:3,14,17 | 41:16,17,18 43:7 | 92:1 | fox 13:9 |
| exactly 14:17 16:19 37:16 48:12 67:5 | 89:21,22 90:6,7,9 90:10 91:11,13 | 44:5,10,21 46:15 46:18,22 47:6,22 | finished 5:15 firm 4:8,11 | frame 11:13 12:9 13:11 15:1 16:4 |
| 70:22 81:15 | 91:13,22 | 48:10,14 49:2,17 | first 1:20 15:11 | frank 16:18 |
| 82:13 86:21 | existing 83:16 | 50:9,19 51:10 | 19:18 20:8,10 | free 19:1 |
| EXAMINATION 3:2 4:5 | exists 22:8 30:10 expertise 84:7 | 54:4,9,18 55:8,8 55:19 56:11,12 | 24:2 27:13 29:17 29:22 31:1 32:12 | front 19:1 22:6 36:21 37:4 |
| examined 1:21 | explain 5:1 55:20 | 57:11,14,18,21 | 36:6 38:3,17 | FTP 16:5,5 |
| examiner 36:12 | 62:12 69:11 | 58:10 59:2,14,22 60:4,8,21 61:5 | 39:21 40:15 43:9 | full 61:20 93:15 |

function 11:1 12:2
funding 63:5 81:18
funds 82:6
funny 88:4
further 22:3 55:9
  68:12 73:4 76:21
  88:20 92:8
future 81:7

**G**
Gaming 11:6 82:20
general 1:17 2:19
  23:9 40:10 41:21
  83:7 93:6
generally 41:15,18
  45:11 85:8
generate 83:18
  84:12
generated 84:14
give 9:8 22:17
  91:16
GlaxoSmithKline
  2:2 4:11
go 22:3 24:2 26:13
  29:17 47:11
  57:18 68:4 76:10
  78:17,18 79:10
  80:15 81:17
  83:14 92:2
going 5:2 29:16
  56:3,20,22 58:3
  58:12 68:12
  78:14
Good 4:7
gosh 11:17
government 81:20
graduate 9:7
gross 63:8,9
group 12:16,21
  74:7
guess 16:17,19 50:1
  50:3
guessing 65:19

**H**
H 1:12,20 3:5 4:1
  4:15 48:15 92:15
  93:8
HAGENS 2:13
half 7:9 56:21 82:3
handled 31:19
  88:18
handling 48:11
happen 84:3
happened 16:16
happy 5:10
hard 83:21
hardware 87:19
HDLG 48:7
Health 13:16 56:4
  57:8,16 68:21
  71:3
hearing 5:22
help 40:13 84:2
helped 84:5,8,9
Hibbard 14:16
Hic 79:6
hierarchal 19:9
hierarchy 19:14
high 8:18 9:11
higher 19:17 73:13
highly 17:19
history 9:8 18:16
  33:3,13,20 46:9
  46:12 59:6 85:13
HMO 67:3
HMO's 66:21
hoc 85:3,5
hold 54:21
hope 81:6
hopefully 19:21
  20:2 45:20 90:20
hospital 32:7
hour 1:16 7:9
hours 7:10
hundred 15:22

h-o-s-p 32:6

**I**
IBM 11:13 12:8
IC 20:1 24:3 25:21
  29:18 39:4 40:1
  40:16,22 44:1
  46:9 49:3,12
  68:12,18 70:16
  79:20 80:6 90:14
  90:17
ICA 81:2
ICD9 79:5
IC-ACCOUNTI...
  39:5
IC-ADJUST-CD
  44:18 71:11
IC-AID 90:13,15
IC-AID-1 49:14
  50:9 90:14
IC-AID-2 50:6
IC-APPROVAL-...
  46:19
IC-BILL-AMO...
  67:13
IC-BILL-AMT-X
  26:16
IC-BILL-NO-C...
  62:6
IC-BIRTH-DATE
  70:3
IC-CARE-DUR...
  41:7
IC-CASE-TYPE
  69:8
IC-CHECK-DA...
  68:1
IC-CHECK-NU...
  67:21
IC-CITIZENSH...
  69:5
IC-CLAIM-NU...
  42:21 43:4,8

IC-CLAIM-NU...
  43:3
IC-CLAIM-SUF...
  64:19
IC-CONTROL-...
  24:3 44:17 46:17
  53:22 68:4 71:10
  79:11
IC-CREDIT 72:1
  78:1
IC-DAYS-SUPP...
  42:2,6,13
IC-DIAGNOSTIC
  60:17 77:10
IC-DRUG 39:8
  41:1 75:22 76:14
IC-DRUG-BEN...
  78:9
IC-DRUG-CODE
  39:16,21 40:2,10
  40:11,14
IC-DRUG-DOSES
  42:5,15
IC-DRUG-MAC...
  75:11
IC-DRUG-PEN...
  54:15
IC-DRUG-QUA...
  41:12 44:11
IC-DRUG-THER
  77:10
IC-D-O 50:16
IC-END 20:7
IC-FED-SHARE
  56:12
IC-FED-SHARE...
  55:16 57:1
IC-FISCAL-DA...
  67:8
IC-GEOG-FAC...
  59:11
IC-GRP-AFFIL-...

74:4
IC-ICDA 78:22
IC-ICDA-MULT
  79:8
IC-LAST 20:7
IC-LAST-UPDA...
  69:22
IC-LIAB 72:21
IC-MESSAGE
  55:9 68:22
IC-MHMR 57:11
IC-NCW-SW 66:3
IC-NDC 37:12
IC-NDC-CODE
  37:12 38:7,11,15
IC-NDC-FIRST-8
  38:16
IC-NEC-CODE
  40:15
IC-NOMADS
  80:17
IC-OASDI-CLA...
  72:14
IC-ORIGINAL-...
  71:18,21
IC-OTHER-PAID
  67:15
IC-OTHER-PH...
  74:15
IC-OTH-PD 27:13
IC-OTH-PD-X
  27:4
IC-OVERRIDE
  47:19
IC-PATIENT-A...
  69:18
IC-PAY 59:22
IC-PCN-PROVI...
  66:14
IC-PERSON-DA...
  19:19
IC-PRE-PROV

Case 1:01-cv-12257-PBS   Document 2949-9   Filed 08/03/06   Page 10 of 18

Ronald H. Swenson                                      January 5, 2006
                         Carson City, NV
6

| | | | | |
|---|---|---|---|---|
| 58:5,8 | IC-SPECIALTY... 58:21 | 70:19 72:17 74:18 80:11,21 86:6 88:15 | issues 6:21 63:5 87:17 | 58:11,15,16,16 59:2,6,14,19 60:4 60:9,12,21 61:3,6 |
| IC-PROCEDURE 39:16 | IC-SPEC-ACCT 48:21 | includes 23:5 | items 65:10,11 | 61:15,20 62:9,20 63:17 64:13,21 |
| IC-PROC-ER 79:12 | IC-TAX-AMOU... 62:17 | increased 82:1 indicate 23:19 56:9 | IV 17:5 25:6 53:6,8 | 65:18 66:8,11,19 |
| IC-PROGRAM-... 46:18 | IC-TRANS-TYPE 24:5 54:1 | indicated 77:21 | **J** | 68:9,16 69:9 |
| IC-PROV 31:21 | IC-VACC-AMT... 64:2 | indicates 37:9 63:17 64:13 | January 1:13,16 18:21 93:5 | 70:19 71:6 72:17 76:17 77:15 |
| IC-PROVIDER-... 20:1 24:8 51:6 58:4 | IC-VEN 24:16 73:5 | indicators 20:13 21:16 | Jason 2:3 4:8 Java 13:9 | 80:13,14,14 85:21 86:5 87:6,7 |
| IC-PROV-ER 80:3 | IC-VENDOR 24:9 24:10 73:13 75:2 | INDUSTRY 1:5 information 6:11 | JCLP 15:16 Jeniphr 2:14 7:7 | 88:3,17,17 90:7 91:8,10 |
| IC-PROV-NAME 32:11 | IC-VEN-CD 51:7 | 6:13,15 10:14,15 10:22 11:22 12:3 | 8:16 job 34:11 85:13 | known 10:21 69:20 79:5 |
| IC-PROV-SPEC... 74:9 | IC-VEN-CNTY 51:21 | 12:20 13:22 14:10 18:1,4 20:3 | jobs 85:9 Julian 43:14 | |
| IC-PT-PAID 67:17 | ID 12:11 | 23:16 36:5 48:19 | **K** | **L** |
| IC-RELATIVIT... 80:8 | idea 21:13 identification | 49:8 67:4 82:16 86:1 89:6 90:12 | K 2:9 45:19 46:5 72:4 | L 2:18 45:22 46:6 72:5 |
| IC-RESIDENCE 25:16 | 17:17 74:1,19 90:1 | ingredient 26:6 initial 20:10 | keep 18:22 69:16 85:6,9,11,13,15 | language 11:16,18 Las 51:3 52:12 |
| IC-RESPONSIB... 69:10 | identified 37:21 identifier 57:15 | injectable 53:17 inpatient 29:14 | 85:16 kept 15:3 63:14 | latest 31:3 law 4:8 |
| IC-RVS-EXCEP... 68:5 80:7 | identify 37:19 identifying 17:22 | 33:5,9 40:8 41:13 54:6 65:9 73:3 | 69:16 kind 38:21 49:8 | lawsuit 8:3 layout 3:7 7:14 |
| IC-RVS-UNITS 41:6 | 18:4 89:5 imagine 63:21 | input 13:3 36:12 instructed 5:6 | 72:3 74:1 knew 12:14 | 18:12 21:3 23:12 47:17 60:12 |
| IC-SAMI-AMO... 67:19 | implemented 60:15 importantly 91:20 | insurance 27:10 48:5,13 67:16 | know 5:13 12:15 16:16,19 22:20 | layouts 8:7 left 22:20 90:22 |
| IC-SAMI-AMT 28:7 | include 31:16 53:16 64:5 73:9 | 72:20 interface 12:14,15 | 23:3,11 25:8,13 26:6,10,19 29:8 | 91:1,2 legislative 5:22 |
| IC-SAMI-AMT-X 27:21 | 74:12 75:14 76:3 76:15 77:4,14 | internally 67:1 79:16,22 80:4 | 30:10 31:18,18 31:19 32:8,14 | 56:2 legislature 6:12 |
| IC-SCREEN-SU... 60:18 | 78:4,12 79:3,15 included 17:7,8 | Internet 13:7 22:15 interpret 92:7 | 34:5,22 35:4,14 38:17 44:6,7,9,15 | length 89:20 letter 47:6,7 50:22 |
| IC-SERVE-DATA 43:20 | 24:19 25:10 26:7 26:11 29:8 30:7,8 | invoice 69:3 involve 6:20 | 44:21 47:2,4,7,9 47:9,10,17 48:13 | 57:3,21 58:12 letters 48:15,16 |
| IC-SERVE-QU... 76:22 | 30:9 31:9,13 34:6 46:3 50:19 53:4 | involvement 87:12 in-service 31:17 | 48:16,18,20 49:4 49:5,7,10,10,22 | 51:1,2 61:10 Let's 72:6 |
| IC-SER-UNITS 77:1 | 53:10 61:18 62:9 64:21 66:8,19 | issue 88:12 issued 68:1 | 50:4 51:2,10 52:10,18 53:12 | level 19:20 24:3,3,5 24:8,9,10 26:16 |
| IC-SPEC 48:6 | 67:11 68:9,16 | | 53:19 57:3 58:1 | 29:17,18 39:8 40:16,22 41:1 |

Henderson Legal Services
(202) 220-4158

| | | | | |
|---|---|---|---|---|
| 44:1,11,17,18 | little 5:1 8:2 13:10 | 15:12 76:10 | 86:1,10 87:14,21 | 10:17 13:13 |
| 46:9,17,18,19 | 38:10 39:15 | 91:15 | 88:19 | 14:16 20:8,9 |
| 47:19 49:12,14 | 47:18 51:20 | manufacturer's | medical 17:4 32:10 | 31:22 32:11,12 |
| 50:15 51:6,7 | 54:14 55:9 56:12 | 87:1 | 32:14,18 51:19 | 37:18,19 89:19 |
| 53:22 54:1,14 | 58:20 63:13 | mark 17:10,19 | 53:5 87:4 | names 18:13 |
| 58:4,5,21 60:17 | 66:13 73:4 76:21 | 89:14,16 | Medicare 27:10 | nature 6:13 |
| 60:17 63:11,12 | 81:14 83:11 | marked 17:16 | meet 7:1,8 | NDC 40:16 |
| 67:8,12 68:4,5,18 | 90:20 92:6 | 89:22 | meeting 7:6,12 | NDC-FIRST-8 |
| 71:14,19 72:13 | LLP 2:13 | MASSACHUSE... | memo 8:1 | 39:1 |
| 73:5 75:10 76:22 | location 15:12,15 | 1:2 | memory 38:2,5 | necessary 19:2 |
| 77:1,10,10 79:11 | 24:6 | Masters 9:1 | mental 56:4 57:8 | need 5:3 6:18 9:5 |
| 79:12 87:12 | logic 37:3 | mathematics 9:1 | 57:16,16,22 | 83:2 |
| levels 20:4 73:13 | long 5:14 7:8 21:10 | 9:18 10:2 | mentioned 7:22 | needed 38:17 |
| liability 72:22 | 25:9 | matter 93:9 | 9:14 31:11,11 | negative 45:8 |
| library 76:11 80:15 | look 18:6 19:18 | MDL 1:4 | 48:3 81:9 84:11 | net 13:8 63:10 82:5 |
| limit 29:4 | 26:22,22 27:1,2 | mean 9:20 21:17 | message 55:8 69:2 | Nevada 1:18 2:13 |
| limitation 65:9 | 28:13,13 39:22 | 21:20 23:1 27:13 | 69:2,2 | 2:21 4:20 8:21 |
| limitations 65:3 | 41:22 51:4 58:2 | 28:1,5,9 32:17 | microwave 12:5 | 9:2 10:2 52:8 |
| 77:16 | 67:5 75:15 76:7 | 37:16 40:5 50:14 | middle 9:12 32:3 | 81:22 84:9 86:1 |
| limited 21:2 23:3 | 86:20 87:10 88:4 | 54:11 59:10 61:3 | 38:6 39:7 40:21 | 92:22 93:4,7,17 |
| 38:2,2 | 88:6 | 71:21 83:1 | 42:1,20 44:12 | never 45:6 60:15 |
| Linda 14:16 | looked 8:1 | meaning 19:14 | mind 84:17 | new 78:16 83:18 |
| line 19:10 24:14 | looking 27:20 | 77:6 | miracle 63:4 81:10 | 84:5 |
| 25:21 65:10,11 | 31:21 38:6 39:3 | means 26:19,21 | 81:15 | Nixon 9:11,14 |
| 91:4,5,9 | 86:7 91:22 | 44:8 45:3 63:18 | MMIS 83:4 84:5 | Nomads 80:22 81:8 |
| links 18:13 | Looks 32:2 74:13 | 71:19 | 84:10 | non 51:16 77:7 |
| list 9:5 52:7 | lost 85:10,14 | meant 82:13 | moment 18:6 90:3 | non-child 66:10 |
| listing 7:19 8:6 | lot 12:4 75:6 79:7 | measure 38:1 | money 6:18 55:21 | non-drug 39:6 |
| LITIGATION 1:7 | Lyon 93:2,4 | Medicaid 12:11,13 | 55:22 56:3,10 | non-exempt 11:4 |
| Litow 2:3 3:3 4:6,8 | | 16:1 23:4 26:21 | 57:6 63:13 | 82:9,13 |
| 8:11 17:9 18:5 | **M** | 27:8 28:5,6 30:12 | monies 16:1 | non-Medicaid 84:8 |
| 20:20 21:6,14 | M 57:21 | 31:18 34:12,18 | month 54:21 77:19 | North 1:17 93:7 |
| 23:8,17 24:21 | MAC 28:18 | 34:19,22 35:10 | monthly 31:5 85:4 | notary 1:19 92:21 |
| 29:22 30:3,19 | mail 36:11 | 35:13 46:2 47:10 | morning 4:7 8:13 | 93:3 |
| 31:8 36:2 39:12 | main 7:14,16 11:13 | 48:20 49:6,7 50:4 | 90:5 | notes 93:11,16 |
| 39:14 52:20 53:1 | 12:8 13:10 14:22 | 50:13 53:13 | Motor 11:5 82:19 | nowadays 13:6 |
| 53:2,14,20 61:12 | 16:4 | 55:21 56:1 61:15 | move 69:14 | number 3:6 19:16 |
| 62:4 70:11,13,14 | Maintenance 84:4 | 63:4 69:11 73:22 | Moving 73:4 | 19:17,18 26:1,4 |
| 72:6,9,10 82:7 | major 9:2 82:18 | 74:22 78:13,18 | multiple 86:17 | 30:5 33:21 34:2 |
| 83:13 88:8,10,11 | manage 12:21 13:3 | 81:10,15,19,20 | | 36:11,22 40:16 |
| 88:20 89:8,11 | managed 23:12 | 82:8 83:1,4,8,15 | **N** | 43:12,17 52:15 |
| 90:2 92:8 | management 13:4 | 84:14 85:7,17,18 | N 2:1,20 3:1 25:16 | 59:9,19 63:16 |
| | manager 13:14 | | name 4:7,13 10:11 | |

65:5,8 67:3,21
69:19,20 72:19
72:20 73:10,12
73:19 74:1,7,19
74:20,22 75:2,8
91:10
**numbers** 21:16
22:6,7 24:11
49:22 52:16
77:18 90:22 91:4
91:6
**numeric** 21:21 22:1
22:2,4 26:22 27:2
28:10,14,14
44:14 46:5 52:6
56:20 61:2 91:18
**NUN** 73:6
**nursing** 25:10,17
25:22 26:2,3
**NW** 2:4,9

___ O ___
**O** 25:18
**object** 5:5 11:17
20:17 35:19
**objection** 5:8 35:17
53:11,18 81:16
83:9 88:16
**oblige** 5:14
**occasion** 6:9
**occasions** 6:10
**offhand** 47:3
**office** 2:19 32:21
50:20,20 88:14
93:6
**offices** 1:17 93:6
**okay** 5:16 9:6 16:6
18:8 19:3 55:6
65:12 73:21 75:4
92:5,8
**omitted** 29:9
**Once** 16:3
**ones** 7:21 8:12

29:18 57:6
**order** 43:17 76:7
**organization** 6:17
**oriented** 11:18
**original** 45:3,4,12
58:19 69:14
70:21 71:22 72:2
**ORIGINAL-VA...**
70:17
**outpatient** 24:13
29:15 33:6,14
41:13 54:6
**outset** 89:2
**outside** 52:15
**override** 47:2 48:1
48:3,4

___ P ___
**P** 2:1,1 48:15
**page** 3:2,6 24:2,7
25:15,20 26:13
26:14 27:3,12
29:16,22 32:2,3
37:11 38:7 39:7
40:1,20,21 42:1
42:19 43:19
44:10,12,16
46:16,16 49:11
51:5 53:21 55:10
55:14 57:10 58:3
60:16 62:5,16
64:17 66:1,13
67:6 68:3,12 70:6
70:15 71:9 72:12
73:5 75:9 76:21
77:9 79:10 81:2
**pages** 93:15
**paid** 15:20 24:18
27:7,10,11,11,14
28:6,10,18 46:1,7
46:14 56:17 63:7
65:7 67:19 71:22
72:5 81:20 88:4

**pairs** 19:9
**paper** 34:13 35:1,4
36:8,10 65:20
**part** 10:1,4 65:12
**particular** 23:7
28:17 29:5 31:21
35:9 65:17 66:7
74:2 80:12 86:12
88:14
**particularly** 56:16
**patient** 17:22 18:4
27:14 67:17
69:19,20 72:22
89:5
**pay** 6:19 28:2
45:22 55:13 56:7
63:11 65:4,7
67:17 71:2,3
75:15 78:14,19
82:1,2,4 84:2
**paying** 82:2
**payment** 54:21
56:9
**payors** 23:5
**PC** 14:20 16:7
**PCN** 67:3
**PCN's** 66:21
**pend** 54:19 55:12
**pended** 55:2,6,12
**pending** 5:8
**Pennsylvania** 2:4
**people** 12:21 77:20
84:19,22
**percent** 13:4 15:22
81:20
**perform** 84:12
**period** 30:18
**periodic** 61:21
**Periodically** 54:19
**person** 14:13 50:21
**personally** 1:19
93:7

**PERSON-DATA**
49:13 72:13
**PHARMACEUT...**
1:4
**pharmacy** 17:1,3
23:20 25:1,4,8,14
32:19 53:4
**physical** 67:22
**physician** 31:17
74:20 75:3,7 87:4
**physician's** 32:21
88:13
**physician-injected**
88:18
**PIC** 20:13,13 21:16
21:16,20,22 22:1
22:3
**picture** 89:19 91:16
**piece** 37:20 40:18
**Pix** 79:6
**placed** 55:22
**places** 82:18
**plan** 60:14
**planning** 12:6
**please** 4:13 5:9,13
8:17 9:22 15:8
18:7,9 53:1 70:13
72:9 88:10
**point** 23:18 24:15
38:16 81:9
**Policy** 13:16
**populated** 63:16
**position** 9:21 10:9
10:12
**positions** 9:15
91:21
**possible** 38:5
**possibly** 27:10
**post** 9:7
**power** 38:2
**practices** 52:4
73:16

**preliminary** 36:7
**prepare** 7:2
**preparing** 6:3
**prescribed** 74:20
**prescription** 6:21
74:21
**present** 7:6 31:5
**presented** 3:10
91:14
**pretty** 42:20 85:3
**price** 1:6 29:2
75:16,17,21 87:1
**prices** 30:12,22
31:4
**pricing** 28:17 30:21
31:9 36:18 37:3
**PRIOR-CHECK...**
78:2
**pro** 13:9
**probably** 6:7,10
41:21 77:8 85:4
87:15 90:16
91:20
**problem** 87:19
88:3
**Problematically**
28:12
**problems** 84:1
**procedure** 39:5
46:4 79:17 90:18
**Proceedings** 92:11
**process** 5:1,17
34:10 36:8
**processed** 85:22
**processing** 10:8,18
10:20 11:2 35:15
36:6,14
**processor** 36:21
**produce** 34:13,14
**produced** 14:3
17:20,21 29:10
30:8 31:16 33:3

| | | | | |
|---|---|---|---|---|
| 34:6,7 35:4,5 38:14 39:20 53:4 | 93:3 | rebate 34:5,9,15 86:1,6,17,19 | 40:18 41:17 | report 13:12 55:11 84:18 |
| producing 14:17 | pulled 18:16 | rebated 87:8 | redo 38:21 | reported 80:22 |
| product 15:12,16 | purely 65:19 | rebates 78:5 86:9 86:13 87:3 | Ref 89:19 | reporter 5:4 17:10 89:13,16 93:11 |
| production 85:9,13 | purposes 80:2 | recall 81:12 82:10 86:3 | refer 19:1 21:7 27:6 30:4 37:8 39:7 40:20 49:11 52:11 | reporting 80:2 81:7 85:1,5 |
| program 7:15,16 7:19,20 9:4 11:16 12:13,18 42:12 49:5 58:19 62:2 76:12 86:7,20 87:10 | put 15:9 16:20 18:18 36:11 45:12,13 55:5,7 56:3 60:11,13 89:1 | receive 34:11 36:8 36:10 65:16 66:6 | reference 91:6 | reports 34:14 35:4 83:18 84:12,14 85:3,7,11,14 |
| | p.m 92:11 | received 8:21 23:9 26:8 35:15 36:4 43:13,15,17 61:4 78:16 88:15 | referred 63:4 | represent 48:16 49:22 51:2 57:22 58:1 59:20 91:1 |
| | | | referring 7:17 14:7 19:5 22:19 23:8 28:21 32:6,18 | |
| programers 38:4 | Q | | refers 32:9,9 | represents 4:11 47:7 57:3 58:13 |
| Programmer 10:12 | quality 12:6 | Recess 52:22 72:8 88:9 | reflect 75:7 | |
| programming 11:3 11:10,12 12:7,15 12:22 39:2 76:11 | quantity 34:3 41:2 44:14 | recipient 69:7 70:4 | reflected 27:18 29:5 35:15 | request 5:14 34:12 |
| | quarterly 15:19 33:4 34:11,13 85:4 86:2 | recipients 69:13 | regarding 89:3 | requests 83:7 |
| provide 6:12 12:4 12:17,22 13:3,6 | | recognize 38:19 | Rehabilitation 82:20 | required 11:8 82:15,17 |
| provided 5:22 6:14 7:14 8:12 11:3 63:19 72:19 84:6 85:22 86:10,13 90:4 | question 5:6,9,12 5:15 21:15 35:19 35:20 53:13 88:19 | record 3:7 4:14 7:13 17:18 18:11 19:4,15 21:3 23:12 47:16 53:1 56:19 70:11,12 70:13 72:9 88:8 88:10 89:1,8,10 89:11 | reimbursed 82:3 | requirements 11:13 83:19 84:10 |
| | | | reimbursement 6:21 | |
| | questioning 18:3 | | rejected 67:2 79:19 | research 47:3 52:18 57:4 58:18 60:10 66:22 76:5 76:6 80:15 87:20 |
| | questions 5:2,17 8:15 14:2 19:2 88:20 89:1,12 92:9 | | related 19:22 20:2 48:12 85:1,2 | |
| | | | relates 1:9 23:19 | researching 49:4 |
| | | records 8:7 15:17 33:21 88:6 | relating 23:5 88:14 | resides 52:4 73:16 73:16 |
| provider 17:3 20:3 23:14,15,21 26:1 26:20 28:2 32:11 32:12,13 33:22 34:4 36:22 42:15 42:18 46:14 53:4 55:11 57:18 67:3 67:4,14,20 69:21 71:2 73:11,16 74:14 80:5 82:4 87:9 | | | relationship 12:10 | |
| | quite 85:14 | record-by-record 88:2 | released 55:12 | resolve 84:1 |
| | R | Recreation 10:4 | remember 11:17 31:2 52:19 55:3 56:15 62:15 64:8 64:10 70:22 71:8 73:17 82:22 85:19,20 86:15 | resources 76:7 81:5 |
| | R 2:1,3 51:1,3 | red 31:2 | | respect 35:10 39:20 |
| | railroad 72:20 | redacted 89:7 | | respond 5:3,3 |
| | raised 89:2 | redefine 37:16 41:6 | | response 5:4 |
| | ran 12:13 52:16 85:4 | redefined 37:10 38:20 41:19 | | responsibility 69:15 |
| | ranks 10:13 | redefines 37:12 38:11,16,22 39:16 40:2 41:13 42:6 43:4 90:11 90:17 | REMEMBERED 1:15 | retail 30:12 |
| | rate 63:7,8 | | remittance 69:3 | Retardation 57:16 |
| providers 56:6 65:19 | read 36:15 | | removed 90:17 | retention 8:2 |
| | readable 90:21 | | Reno 8:21 51:3 | reuse 38:4 |
| PROVIDER-DA... 20:2 22:21 | realized 89:5 | | repay 45:14,20 | review 7:11 85:17 90:3 |
| Provider-type 17:4 17:5 51:12 | really 59:4 88:19 | redefining 37:18 | repayment 72:4 | |
| providing 6:11 | reason 46:1,3 | | | |
| public 1:19 92:21 | reasons 55:2 | | | |

| | | | | |
|---|---|---|---|---|
| right 9:16 12:21 13:19 24:2,9 25:15 39:13 42:20 43:10 45:7 47:3 50:2 52:19 63:2 70:9 82:22 91:7<br>role 14:17 35:9<br>rom 14:3<br>Ronald 1:12,20 4:1 4:15 92:15 93:8<br>room 36:11<br>RSDI 72:19<br>rule 85:16<br>rules 12:14<br>run 12:8,9 34:12,17 37:3 46:11 85:13<br>R-o-n-a-l-d 4:15<br><br>**S**<br>S 2:1 3:5<br>sad 62:14<br>SAMI 28:11 46:7 56:17,21<br>sample 3:8 7:14 18:15<br>saving 37:22<br>says 20:8 24:9 38:10 39:15 40:1 43:12<br>school 8:18 9:11,12 9:12<br>Science 9:3<br>screening 61:1,16 61:21<br>search 18:18 22:15 85:20<br>searched 16:20<br>Seattle 2:16<br>second 24:8 25:16 40:20 43:11 50:10 66:2 89:9<br>SECTION 90:18 | Security 30:5<br>see 19:12 20:15 26:17 27:4,21 29:18 30:2 32:1,4 37:14 38:8,11 39:10,17 40:3 41:3,8 42:3,7 43:1,2,5,21 44:3 44:19 45:2,5 46:5 46:6,8,20 47:20 48:8,14,22 49:15 50:7,17 51:8,22 52:15 54:2,16 55:17 57:12,19 58:6,19,22 59:12 60:2,10,19 62:7 62:18 64:3,19 65:21 66:4,15 67:5,9 68:7,14 70:17 71:12,16 72:13,15 73:7 74:5,10,16 75:12 76:1 77:2,12 78:2 78:10,22 79:13 79:18 80:9,19<br>seen 32:5 47:5 49:20 50:22 54:9 57:2,20 59:8,18<br>select 15:17<br>selected 29:13 54:12<br>selector 15:17<br>send 34:18 55:4 61:7 86:15<br>sent 8:2,16 24:20 33:12,17,19 34:1<br>separate 13:19,20 13:20<br>September 18:21<br>sequential 43:16 73:10,12,19<br>series 16:10 50:11 | 50:11,12<br>server 12:9 13:7 16:5<br>service 6:17 23:4 77:6,8 84:20 90:18<br>services 11:3,7,9,10 12:4,5,6,8,22 33:22 56:5 57:9 57:17 82:16<br>session 56:2<br>set 15:20 16:8 19:20,21 23:9<br>sets 16:9<br>setup 15:16<br>seven 29:18<br>Shankar 4:10<br>share 56:7,8,13,18<br>sheet 65:20<br>ship 36:12<br>Shorthand 93:11<br>show 84:18,22<br>side 12:15<br>signed 22:4<br>site 15:6 22:16,17<br>sites 16:5<br>six 12:21 13:8 29:18 71:14<br>smaller 19:16,18<br>Social 30:5<br>Softball 10:5<br>software 87:19<br>somebody 47:14 50:4<br>sorry 4:20 24:14 26:13 29:21 30:2 41:1<br>sort 14:22 15:1 34:3<br>source 83:6<br>South 4:18<br>spaces 26:5 | Sparks 10:4<br>special 48:11 49:3<br>Specialist 10:14,16 12:20<br>specialty 25:8 74:14<br>specific 11:11 30:17 53:9 81:14 83:11 84:13<br>specifically 12:19 15:8 39:1,5 49:7<br>specifications 12:17 86:11<br>spell 4:13<br>spent 13:5<br>split 71:2<br>ss 93:1<br>SSN 29:19<br>St 2:20<br>staff 87:13<br>stale 48:4<br>stand 52:7<br>standard 19:15 21:18<br>standards 21:19<br>stands 25:19 40:6 66:10<br>start 89:19 90:6<br>started 10:6,9,10 10:19 83:15<br>starting 9:7 91:20<br>starts 92:3<br>state 2:13 4:13 6:18 10:7 11:3,4,8 13:1 14:3 16:1 29:10 55:21,22 56:10 57:6 82:4 82:14,15 92:22 93:4<br>states 1:1 63:6 82:1<br>State's 56:8<br>statute 11:8 82:14 | staying 20:11 51:5 57:10 62:16 66:13<br>Ste 2:9<br>stenotype 93:10,16<br>STEPHANIE 1:19 93:3,21<br>steps 15:9<br>sticks 84:17<br>Stockwell 13:13<br>storage 37:20 40:19<br>store 15:19 23:11 30:22 32:16 33:2 34:4,16 81:6 91:5<br>stored 14:22 15:2 23:14 31:3 32:13 32:15 33:1,8 34:19 69:1<br>stores 34:22<br>Street 1:18 2:9 4:18 15:5 93:7<br>strictly 45:19 57:6<br>STROMBERG 2:8<br>structure 19:15<br>sub 68:18<br>Subscribed 92:16<br>subset 3:9 67:12 90:9<br>suffix 65:7,11<br>SUL 29:3 31:3,12 31:15 75:16 92:1<br>supplied 23:10 76:20<br>supplies 17:5<br>supply 34:3<br>support 13:7,8,9,10<br>sure 4:15 8:19 9:9 12:7 15:10 20:20 21:12 25:19 27:9 29:3 36:15,16 37:5 48:11 52:5 |

| | | | | |
|---|---|---|---|---|
| 57:5 66:22 75:5 76:4 79:9 90:8 | take 5:4,14 15:9 18:6 34:17 36:17 37:2 45:9 52:20 72:6 90:3 | testimony 6:1,3,20 | 93:5 | tried 90:10 |
| Swenson 1:12,20 3:7,8,9,10 4:1,7 4:15 17:10,11,11 17:13,15,16,19 18:11,15 19:7 20:11,21 21:7 24:1,7 25:15,20 26:13,14 27:4 29:9,17 30:1 32:2 37:8 38:7 39:8,11 40:1,21 42:2,19 43:19 44:10,16 46:17 49:12 51:5 53:21 55:10,15 57:10 58:3 62:5 62:16 64:18 66:2 67:7 68:4 70:16 71:10 72:12 75:9 79:10 81:1 89:3 89:12,14,17,21,22 90:3,6,9,10 91:11 91:13,13,22 92:15 93:8 | | testing 62:3 | Tim 16:14,15 18:20 | trigonometry 10:3 |
| | | textbook 22:12 | time 5:13 10:1,1,4 10:7,11 11:12 13:4 17:9,21 30:18 50:1 63:3 81:3,6,6 88:21 | true 41:21 71:20 93:15 |
| | | Thank 92:8,10 | | try 38:4 76:12 81:14 84:1,2 |
| | taken 93:10 | therapeutic 76:16 77:17,20 | | trying 6:16 35:12 36:1 |
| | talk 87:15 | therapy 17:5 25:6 53:6,8 | | |
| | talked 8:2 56:22 | | times 5:5 19:8 28:13 87:16 | tuberculosis 85:1 |
| | talking 20:18,20 21:11 23:6 30:19 32:20 | THER-CLASS 76:15 | TIMOTHY 2:18 | Tuesday 7:5 |
| | | They'd 37:5 | title 89:14,17 | Turn 53:21 |
| | talks 37:12 | thing 20:19 21:11 37:1 60:14 79:22 | today 8:4 | Turning 42:19 44:16 55:14 62:5 91:11 |
| | tape 18:16 34:12 86:16 | | told 59:8 | |
| | | things 22:19 | ton 76:19 | two 7:10 8:8 16:9 18:6 21:11,13 22:6 31:3,6,7,14 39:4 40:14 41:5 41:12 48:6 73:13 73:15 74:4 77:18 78:22 85:12 |
| | tapes 23:13 33:3,13 33:20 46:12 | think 6:16 7:9 8:1 9:12 10:10 12:12 16:1,14 21:15 23:15 24:18,22 25:12,18,20 26:15 31:11 35:12,19,22 36:1 36:7,14 37:7 38:22 40:7 48:2,6 51:13 53:3 55:20 56:13 57:8,20 59:5,7,17 60:7 61:2,4 63:3,6 64:9 65:21 67:1 70:7 71:7 72:20 74:7,13 78:19 79:6,18 81:9,22 83:20 84:11 86:16 87:6,8 91:9 91:18 | tool 91:5,15 | |
| | tasks 84:11 | | top 62:17 75:10 | |
| | taught 9:11,18 10:1 10:3 | | totally 45:18 57:5 | |
| | tax 63:10,17,20,21 | | track 63:14 69:16 85:15 | |
| | teaching 9:13,14 9:17,21 | | trainee 10:10,12,12 | |
| | technical 84:7 | | Trainer 9:12 | |
| | Technology 10:22 11:22 12:3 13:22 82:16 | | training 9:4 82:20 | two-digit 52:6 |
| | | | trans 15:13 | type 15:14 17:3 19:9 23:15,15,20 24:18,22 29:14 32:9 33:5,5,6,7 34:4 35:5 36:17 40:7 42:14,16,17 42:18 46:10 51:18 53:4 54:5 54:13 65:22 67:11 71:6,7 73:3 79:17 80:1,5 84:13 87:9 89:19 91:17 |
| switched 81:3 | telecommunicati... 12:5 | | transaction 15:14 24:18 29:14 33:4 33:5,6,7 40:7 42:14,17 45:13 54:5,13 65:22 71:6,7 73:2 | |
| sworn 1:21 4:2 92:16 93:8 | telephone 2:11 12:5 | | | |
| system 11:6,13 36:13,18,18 46:11 55:5 58:14 65:4 83:5,16,17 83:21,22 84:6,9 85:10 | tell 18:9 34:10 50:14 67:2,3,4 78:15,19 86:20 91:17 | | | |
| | | third 9:21 26:15 57:11 62:17 64:17 70:7 79:10 | transactions 25:9 25:14 32:19,22 46:8,10 | |
| | ten-minute 72:6 | | transaction-type 16:22 | |
| | term 25:9 37:16 86:22 | | transcribed 93:12 | |
| | | | transcript 93:14 | typed 62:14 75:19 |
| systems 10:14,16 81:4 | terms 28:22 38:19 | | transcription 93:16 | types 16:20 53:9 83:7 86:5 |
| SYSTEM-CON... 24:4 | TERRY 2:18 61:22 62:2 | three 22:1 27:20 39:2 43:14 65:4 65:20 77:19 80:17 87:16 | transportation 11:5 82:19 84:19 84:20 | typewriting 93:12 |
| S-w-e-n-s-o-n 4:16 | | | | TYPE-CALC 76:1 |
| S9(4)V99 22:4 | testified 4:3 5:20 24:22 53:3 82:8 85:22 | | | |
| **T** | | THURSDAY 1:15 | trial 5:20 | **U** |
| T 3:5 57:2 | | | | Uh-huh 61:14 62:1 |

| | | | | |
|---|---|---|---|---|
| 64:4 | 44:15 45:2,5 47:5 | **Welfare** 49:19 | **written** 16:3 | **001** 3:7,9 17:10,11 |
| **unaccepted** 16:11 | 54:9 55:7 56:20 | 50:20 66:10 69:7 | **wrote** 14:20 15:18 | 17:15 18:11 19:7 |
| **underneath** 79:11 | 57:1,20 59:8,18 | 72:19 73:1 | 16:8 56:6 58:18 | 20:11,21 21:7 |
| 80:7 | 61:2 71:19 | **went** 15:11 22:14 | 67:22 | 24:1,7 25:15,20 |
| **understand** 5:9 | **values** 45:10,15,19 | 22:15 75:15 | | 26:13,14 27:4 |
| 16:17 17:2 28:21 | 45:22 48:14 | **we're** 10:21 37:18 | **X** | 29:9,17 30:1 32:2 |
| 34:2 35:18,20,22 | 49:20 76:17 77:7 | 51:6 56:3 | **x** 1:3,8,11 3:1,5 | 37:8 38:7 39:8,11 |
| 40:13 45:17 | 78:15 79:18 | **we've** 32:5 47:5 | 20:13 21:16,20 | 40:1,21 42:2,19 |
| 81:19 | 80:16 81:4 | 49:20 50:22 54:9 | 26:21 28:8 55:5 | 43:19 44:10 |
| **understood** 5:12 | **varied** 77:8 | 57:2 59:8,18 | 75:18,20 | 46:17 49:12 51:5 |
| **unit** 13:19,20 40:17 | **various** 87:16 | 63:15 | **X(11)** 21:22 | 53:21 55:10,15 |
| 44:6 77:6 | **Vegas** 51:3 52:12 | **WHITE** 2:7 | **X(7)** 20:14 21:16 | 57:10 58:3 62:5 |
| **UNITED** 1:1 | **vehicles** 11:5 82:19 | **wholesale** 1:6 29:2 | | 62:16 64:18 66:2 |
| **units** 33:22 | **vendor** 52:4 70:21 | **wise** 39:2 | **Y** | 68:4 70:16 71:10 |
| **UNIT-DOSE** 44:2 | 73:11,14,19,19,20 | **withheld** 64:7 | **year** 9:11,18 15:20 | 72:12 75:9 79:11 |
| **Universities** 82:19 | 74:2 | **witness** 1:21 4:2 | 43:12,15 54:21 | 81:1 90:10 |
| **University** 8:21 9:2 | **verbally** 5:3 | 8:10 21:2 23:10 | 54:22 | **002** 3:8 17:11,13,16 |
| 10:2 11:6 | **verify** 16:2 42:12 | 24:16 30:21 | **yearly** 85:4 | 17:19 18:15 |
| **Un-huh** 26:5 | 55:22 87:11 | 35:22 39:13 | **years** 6:8 9:10,12 | 44:16 67:7 89:3 |
| **updated** 31:5,7 | **version** 28:10 | 53:12,19 61:11 | 18:18,20 31:6,7 | 91:22 |
| 70:2 | **visual** 13:8 | 62:1 81:18 83:10 | 71:5 83:11,12,14 | **003** 3:9 89:14,21 |
| **upper** 29:4 | | 88:17 89:4 | 85:12 | 90:6,9 91:13 |
| **use** 11:7,8 18:12 | **W** | **WL80ah27sampl...** | | **004** 3:3,10 89:17,22 |
| 28:14,22 38:15 | **WAC** 28:18 | 17:14 | **Z** | 91:11,13 |
| 59:5,7,17 60:15 | **want** 5:13 6:5 21:8 | **wl80wkblSpecial** | **Z** 45:10,15,22 46:6 | **01** 50:11 |
| 62:11 65:11 74:8 | 26:21 27:1 28:12 | 89:15 | 51:1 72:5 | **01CV12257-PBS** |
| 74:13 75:20 79:6 | 28:13 50:3 69:2 | **WL80WKBL.txt** | **ZD** 91:18 | 1:7 |
| 81:7 82:15 84:6 | 88:12 89:1 | 17:12 | **zero** 13:8 27:16 | **017** 3:7,8 |
| 90:16 | **wanted** 15:13 83:4 | **words** 32:6 | 45:22 46:6 59:18 | **02** 52:9,12,13 |
| **usually** 54:20 | 92:1 | **work** 9:2 10:17 | 63:2,16,18 64:1 | **05** 19:10,19,19 20:1 |
| 87:18 | **Washington** 2:5,10 | 13:15 18:2 | 64:11,14,15 72:5 | 20:5 24:2,8 25:16 |
| | 2:16 4:9 | **worked** 6:3 9:10 | **zipped** 16:13 | 29:17 43:20 |
| **V** | **Washoe** 9:10,13 | 10:4,13 86:21 | **ZOLKOWSKI** | 44:17 46:17 |
| **V** 22:5 50:22 51:3 | 52:12,14 | **working** 10:6 | 1:19 93:3,21 | 49:12 51:6 53:22 |
| **vaccination** 64:6 | **wasn't** 21:12 | **works** 64:8 70:22 | **zone** 91:18 | 55:15 58:4 67:7 |
| **vaccine** 70:21 71:1 | **way** 3:11 10:13 | **world** 13:7,7 84:8 | | 68:3,4,12 71:10 |
| **vague** 35:20 | 12:22 17:2 36:3 | **worried** 89:7 | **$** | 72:13 79:11 80:6 |
| **valid** 36:16,22,22 | 38:19 79:5 81:19 | **wouldn't** 14:14 | **$10** 82:2 | 90:17 |
| 37:1,5 | 86:14 91:14 | 24:19 29:5,7 37:4 | **$20** 82:2 | **089** 3:9,10 |
| **validation** 37:4 | **ways** 37:21 | 46:13 47:16 | | |
| 84:10 | **week** 87:16 | 59:10 61:18 | **#** | **1** |
| **value** 25:18,22 26:2 | **weekly** 85:4 | **write** 48:2 83:4 | **#283** 93:21 | **1** 10:14 18:21 24:7 |
| 26:22 27:2 44:14 | **weird** 72:3 | | **0** | 25:15 29:16 32:2 |

Ronald H. Swenson                           January 5, 2006
                      Carson City, NV
                                                         13

| | | |
|---|---|---|
| 33:5 37:11 38:7<br>39:7 40:1 45:5<br>49:11,21 51:5<br>54:5 58:3 59:9<br>61:2 72:12 73:19<br>77:5 81:2 93:15<br>**1's** 40:7 65:22 73:3<br>**10** 19:10 20:4,4,8<br>24:3 26:16 29:18<br>46:18 50:15<br>58:21 60:17<br>67:12 68:5 75:10<br>76:22 77:9 80:7<br>**10-IC-NAME** 20:6<br>**100** 1:17 2:20 93:6<br>**100,000** 88:6<br>**11** 21:22 40:15,19<br>**12** 32:12 40:19<br>**12:15** 92:11<br>**1201** 2:4<br>**1301** 2:15<br>**1340** 4:18<br>**143** 92:3,4<br>**15** 19:11 20:7,7<br>24:5,8 39:8 40:22<br>42:20 44:11,17<br>46:19 47:19<br>49:13 54:1,14<br>58:4 60:17 67:12<br>71:11 76:22<br>77:10 79:12 80:8<br>83:14<br>**16** 52:9,12,13<br>**17** 25:21 52:8,16<br>**19** 52:18<br>**1979** 8:22<br>**1984** 10:6<br>**1990's** 81:11<br>**1991** 14:4 18:21<br>30:19<br><hr>**2**<hr>**2** 10:15 24:18 25:20 | 26:14 27:3 31:15<br>33:5 42:1 44:10<br>46:16 52:15 54:6<br>60:16 65:13 67:6<br>71:6,7 73:19 75:9<br>77:9 91:10<br>**20** 24:10 40:16 41:1<br>42:2 44:1 51:7<br>75:10 83:11<br>92:17<br>**20004-2401** 2:5<br>**20006** 2:10<br>**2001** 2:9<br>**2003** 14:5 18:21<br>30:20<br>**2006** 1:13,16 93:5<br>93:18<br>**25** 51:21 73:5<br>**27** 18:16<br>**28** 24:11 25:1,3<br>51:14 53:4,15<br>73:14 87:9<br>**28's** 17:3 42:14,16<br><hr>**3**<hr>**3** 3:10 10:15 15:14<br>24:2,6 26:13<br>27:12 33:6 42:19<br>44:16 46:16<br>53:21 54:7,10<br>55:10 68:3,12<br>71:7,9 73:20<br>**3rd** 15:5<br>**3's** 16:22 29:14<br>54:13<br>**30** 18:21 50:12<br>**33** 24:12,13,17<br>51:14,18 53:5,15<br>73:14<br>**33's** 17:4<br>**3480** 15:2,18 16:3<br>32:16 34:14 35:6<br>**37** 24:11,13,17 25:6 | 42:18 51:14 53:5<br>53:16 73:14<br>**37's** 17:5 34:4<br><hr>**4**<hr>**4** 10:16 22:5 33:7<br>49:21 54:7 55:14<br>57:10 62:5,16<br>70:6<br>**40** 23:15 50:11<br><hr>**5**<hr>**5** 1:13<br>**5th** 1:15 93:5<br>**50** 81:20<br>**500** 91:3<br>**54** 65:9,11<br><hr>**6**<hr>**6's** 48:3,3<br>**600** 91:3<br>**62** 23:15<br><hr>**7**<hr>**7-1-93** 78:7<br>**700** 2:9<br><hr>**8**<hr>**8** 38:17<br>**80** 93:15<br>**800** 91:3<br>**88** 46:9 71:14,18,19<br>**89701** 2:21 4:20<br><hr>**9**<hr>**9** 45:5 49:20 61:2<br>**9's** 48:3,4<br>**9:05** 1:16<br>**90** 13:4 50:11<br>**90's** 63:3<br>**98** 81:3<br>**98101** 2:16<br>**999** 22:1 | | |