# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ) | |
| IN RE PHARMACEUTICAL INDUSTRY ) | |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | MDL No. 1456 |
| ) | |
| ) | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ) | |
| ) | Judge Patti B. Saris |
| CLASS ACTIONS, *State of Montana v. Abbott* ) | |
| *Labs Inc., et al.,* 02-CV-12084-PBS, *State of* ) | Chief Magistrate Judge Marianne B. Bowler |
| *Nevada v. American Home Prods. Corp., et al.* ) | |
| 02-CV-12086-PBS, *State of Arizona v. Abbott* ) | |
| *Labs Inc., et al.,* 06-CV-11069-PBS ) | |
| ) | |

## WARRICK PHARMACEUTICALS CORPORATION'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF ITS CROSS MOTION TO TAKE THE DEPOSITION OF HARVEY WEINTRAUB FOR PURPOSES OF PRESERVATION OF TESTIMONY

Pursuant to Local Rule 7.1(B)(3), Warrick Pharmaceuticals Corporation ("Warrick") respectfully requests leave to file a brief reply memorandum in support of its Cross Motion to Take the Deposition of Harvey Weintraub for Purposes of Preservation of Testimony (July 6, 2006) (Docket No. 2839) ("Cross Motion"). In support this motion, Warrick states the following:

1. Plaintiffs' opposition raises arguments that Warrick would like an opportunity to address. (*See* Pls.' Mem. in Opp'n (July 20, 2006) (Docket No. 2898).)

2. Warrick believes that a short reply would benefit the Court and assist it in determining whether the deposition of Mr. Weintraub should be allowed to be taken for purposes of preservation of testimony in the above-referenced actions. Warrick's Reply Memorandum in Support of its Cross Motion, which is only three pages in length, is attached as Exhibit A.

WHEREFORE, Warrick respectfully requests that its motion for leave to file a reply memorandum in support of its Cross Motion be GRANTED.

By attorneys,

/s/ Eric P. Christofferson
John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Eric P. Christofferson (BBO#654087)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Schering-Plough Corporation and Warrick Pharmaceuticals Corporation*

Dated:  August 3, 2006

## CERTIFICATE OF COMPLIANCE WITH LR. 7.1

I hereby certify that counsel for Schering-Plough Corporation and Warrick conferred with counsel for Plaintiffs in a good faith effort to resolve or narrow the issues set forth herein.

/s/ Eric P. Christofferson
Eric P. Christofferson

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Eric P. Christofferson
Eric P. Christofferson