# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | CIVIL ACTION: 01-CV-12257-PBS  Judge Patti B. Saris |

## UNOPPOSED MOTION TO REVISE BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION FOR SANCTIONS AND DEFAULT JUDGMENT AGAINST BAXTER HEALTHCARE FOR OBFUSCATION OF DOCUMENTS AND DILATORY TACTICS

Plaintiffs respectfully request that this Court extend the time for Plaintiffs to file their reply in support of their Motion For Sanctions And Default Judgment Against Baxter Healthcare For Obfuscation of Documents And Dilatory Tactics by seven (7) days. Baxter has no objection to this extension. The extension will not affect any other deadlines in the case. Accordingly, Plaintiffs request that the deadline for Plaintiffs to file their reply in support of their Motion For Sanctions and Default Judgment Against Baxter Healthcare For Obfuscation of Documents and Dilatory Tactics be extended to Monday, August 14, 2006.

DATED: August 3, 2006

By  /s/ Elizabeth A. Fegan
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

- 2 -

<div style="margin-left: 40%;">
Steve W. Berman<br>
Sean R. Matt<br>
Hagens Berman Sobol Shapiro LLP<br>
1301 Fifth Avenue, Suite 2900<br>
Seattle, WA  98101<br>
Telephone: (206) 623-7292<br>
Facsimile: (206) 623-0594<br>
<br>
Elizabeth A. Fegan<br>
Hagens Berman Sobol Shapiro LLP<br>
60 W. Randolph Street, Suite 200<br>
Chicago, IL  60601<br>
Telephone: (312) 762-9235<br>
Facsimile: (312) 762-9286
</div>

- 3 -

## CERTIFICATE OF SERVICE

       I hereby certify that I, Elizabeth A. Fegan, an attorney, caused a true and correct copy of the foregoing **UNOPPOSED MOTION TO REVISE BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION FOR SANCTIONS AND DEFAULT JUDGMENT AGAINST BAXTER HEALTHCARE FOR OBFUSCATION OF DOCUMENTS AND DILATORY TACTICS** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on August 3, 2006, a copy to LexisNexis File & Serve for Posting and notification to all parties.

                                          By    /s/ Elizabeth A. Fegan
                                          Elizabeth A. Fegan
                                          Hagens Berman Sobol Shapiro LLP
                                          60 W. Randolph Street, Suite 200
                                          Chicago, IL  60601
                                          Telephone: (312) 762-9235
                                          Facsimile: (312) 762-9286