# EXHIBIT C

D I C K S T E I N   S H A P I R O   M O R I N   *&*   O S H I N S K Y   L L P

*2101 L Street NW • Washington, DC 20037-1526*
*Tel (202) 785-9700 • Fax (202) 887-0689*
*Writer's Direct Dial: (202) 828-2282*
*E-Mail Address: DeLanceyM@dsmo.com*

April 21, 2005

Sean Matt, Esq.
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101

Re:     <u>Telephone Conversation of April 18, 2005</u>

Dear Sean:

This confirms our April 18, 2005 telephone conversation.  As we discussed, I have not received any response from plaintiffs' counsel regarding my July 24, 2004 letter concerning the scope of discovery relating to Baxter Healthcare Corporation in the AWP MDL.  During our call, you indicated that you were not sure if you were still the attorney designated to negotiate discovery issues with Baxter, but that someone would contact me in the next two to four weeks to discuss my July 24 letter.

Today, I received your April 20, 2005 letter and Notice of Rule 30(b)(6) Deposition to Baxter Regarding Sales-Related Financial Data.  In your April 20 letter you assert that plaintiffs have sought discovery from Baxter and Baxter has not cooperated.  Our discussions in the Spring and Summer of 2004, which led to my July 24, 2004 letter, and our conversation on April 18, 2005, directly contradict the assertions.

I am prepared to discuss all of the above.  I will wait to hear from you or whomever plaintiffs' counsel designate to discuss discovery issues regarding Baxter Healthcare Corporation.

Sincerely,

Merle M. DeLancey, Jr.

MMD/mgm

*1177 Avenue of the Americas • New York, New York 10036-2714*
*Tel (212) 835-1400 • Fax (212) 997-9880*
*www.legalinnovators.com*

DSMDB.1916356.1