# EXHIBIT F

## Hardcopy Documents

Interview Employees for Responsive Materials / Review documents on a box basis in Archives

DSMO collects documents

↓

Documents sent to Scanning Vendor

↓

Scanning Vendor send documents to EED

↓

EED Processes scanned documents

↓

EED loads data to Discovery Partner

↓

EED migrates files to the review tool

↓

EED creates Q-Blocks allowing DSMO attorneys to assign out documents for review

↓

DSMO attorneys assign documents to contract attorneys

↓

Contract attorneys review each document

↓

2nd level Quality Check of reviewed documents by contract attorneys

↓

Review of all documents marked as privilege by Quality Check team

↓

EED creates Q-Blocks for Redaction

↓

DSMO attorneys redact documents

↓

EED Bates Stamps and produces documents to DSMO

↓

DSMO proofs production and produces to Plaintiff

DSMDB-2113340v01