# EXHIBIT B

## LIONEL SAWYER & COLLINS
ATTORNEYS AT LAW
1100 BANK OF AMERICA PLAZA
50 WEST LIBERTY STREET
RENO, NEVADA 89501
(775) 788-8666

FAX (775) 788-8682
lsc@lionelsawyer.com
www.lionelsawyer.com

SAMUEL S. LIONEL
GRANT SAWYER (1918-1996)
JON R. COLLINS (1923-1987)
RICHARD H. BRYAN
JEFFREY P. ZUCKER
PAUL R. HEJMANOWSKI
ROBERT D. FAISS
DAVID N. FREDERICK
DENNIS L. KENNEDY
RICHARD W. HORTON
DAN C. BOWEN
MARK A. SOLOMON
RODNEY M. JEAN
HARVEY WHITTEMORE
TODD TOUTON
DAVID WHITTEMORE
CAM FERENBACH
LYNDA S. MABRY
MARK H. GOLDSTEIN
ANTHONY N. CABOT
KIRBY J. SMITH
COLLEEN A. DOLAN
JENNIFER A. SMITH
GARY W. DUHON
LAUREL E. DAVIS
DAN R. REASER
CARL D. SAVELY
MARK LEMMONS
HOWARD E. COLE
PAUL E. LARSEN
P. GREGORY GIORDANO
MARK A. McINTIRE
ALLEN J. WILT
LYNN S. FULSTONE
RORY J. REID
DAN C. McGUIRE
LESLIE BRYAN HART
JEFFREY D. MENICUCCI
CRAIG E. ETEM
TODD E. KENNEDY
LAURA J. THALACKER
SHAWN M. ELICEGUI
HECTOR J. CARBAJAL II
EMILIA K. CARGILL
JANET SUE BESSEMER
G. LANCE COBURN
WILLIAM J. McKEAN
SCOTT A. EATON
MATTHEW E. WATSON
JOHN M. NAYLOR
GREGORY R. GEMIGNANI
E. LEIF REID
DANA A. DWIGGINS
ELIZABETH R. BRENNAN
MEGAN BARKER BOWEN
DOREEN SPEARS HARTWELL
SEAN T. WATERS
ELLICK C. HSU
STEVEN E. HOLLINGWORTH
LINDA M. BULLEN
PAUL D. POWELL
LAURA K. GRANIER
DANIEL R. McNUTT
KYLE O. STEPHENS
LOUIS V. CSOKA
ALAN D. FREER
MAXIMILIANO D. COUVILLIER III
KEY G. REID
JEFFREY A. MORSE
ELIZABETH BRICKFIELD
MARK P. WETJEN
E. JOE CAIN
LEAH A. AYALA
STEVEN J. NEWMAN
SARAH E. HARMON
CRISTINA L. JOHNSON
MICHAEL D. KNOX
ROSA SOLIS-RAINEY
ROBERT EDELMAN
ERIC C. BOUGHMAN
ERIN FLYNN
JENNIFER ROBERTS
SUZANNE L. KRAMEK*

OF COUNSEL
BRIAN McKAY
ELLEN WHITTEMORE
BRIAN HARRIS
ABBIE G. FRIEDMAN

*ADMITTED IN CALIFORNIA ONLY

WRITER'S DIRECT DIAL NUMBER:

December 12, 2003

Steve W. Berman
Sean R. Matt
Hagens Berman, L.L.P.
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Brian Sandoval
L. Timothy Terry
100 N. Carson Street
Carson City, NV 89701

Re: **State of Nevada v. Abbott Laboratories, Inc., et al.**
**Case No. CV02-00260**
**Second Judicial District Court, Washoe County, Nevada**

Dear Counsel:

On behalf of all defendants in the above-captioned action, I am writing to respond to "Plaintiff's First Request for Production of Documents to all Defendants." This discovery is improper because it is premature under the Nevada Rules of Civil Procedure.

Pursuant to NRCP 26(a), formal discovery, including requests for production of documents, may be obtained only after the filing of an early case conference report or upon the entry of an order waiving compliance with Rule 16.1(c). The early case conference, which triggers the case conference report, is to be held within 30 days after service of the answer of each answering defendant. NRCP 16.1(a).

**LIONEL SAWYER & COLLINS**
ATTORNEYS AT LAW

December 12, 2003
Page 2


No defendant has filed an answer in this case, no early case conference has been conducted, and no order has been entered waiving compliance with Rule 16.1. Further, Defendants intend to respond to the complaint with a motion to dismiss, so no answer will be due until that motion is resolved. Plaintiff's discovery requests are therefore premature and defendants need not respond to them.

If you disagree with this analysis, please let us know why. Until then, I remain,

Truly yours,

ALLEN J. WILT

AJW/lf
cc: Defense Counsel
15