UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | Master File No: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* No. 06-CV-11337-PBS | Judge Patti B. Saris |

**NOTICE OF APPEARANCES OF
DANIEL E. REIDY, JAMES R. DALY, TINA M. TABACCHI,
BRIAN J. MURRAY, R. CHRISTOPHER COOK, AND
DAVID S. TORBORG, ON BEHALF OF ABBOTT
LABORATORIES, INC. AND HOSPIRA, INC., AND
<u>MOTION FOR ADMISSION PRO HAC VICE</u>**

Pursuant to Local Rule 83.5.3(b) and paragraph 16 of this Court's Case Management Order No. 1, Daniel E. Reidy, James R. Daly, Tina M. Tabacchi, Brian J. Murray, R. Christopher Cook, and David S. Torborg of the law firm Jones Day hereby enter their appearances on behalf of Defendants Abbott Laboratories, Inc. and Hospira, Inc. in the above-captioned matter. These attorneys are not members of the bar of the United States District Court for the District of Massachusetts, but respectfully seek admission *pro hac vice* in accordance with the procedure set forth in this Court's Case Management Order No. 1. The attached Certificates demonstrate that these attorneys are members in good standing of various bars and are familiar with the Local Rules of this Court.

The appropriate $50 filing fee for each attorney has been submitted to the Clerk of the court under separate cover with a copy of this Notice and Motion.

| | |
|---|---|
| Executed:  August 4, 2006 | Respectfully Submitted, |
| | /s/ Brian J. Murray |
| | Brian J. Murray<br>JONES DAY<br>77 West Wacker Drive<br>Chicago, Illinois 60601-1676<br>Telephone:  (312) 782-3939<br>Facsimile:  (312) 782-8585 |
| | **Counsel for Defendants Abbott Laboratories, Inc. and Hospira, Inc.** |

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on August 4, 2006, a copy to Lexis-Nexis for posting and notification to all parties.

                                          /s/ Brian J. Murray
                                          Brian J. Murray