UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
IN RE PHARMACEUTICAL INDUSTRY       )
AVERAGE WHOLESALE PRICE             )   MDL NO. 1456
LITIGATION                          )
_____)   Master File No:  01-CV-12257-PBS
                                    )
THIS DOCUMENT RELATES TO            )   Judge Patti B. Saris
*U.S. ex rel. Ven-A-Care of the Florida Keys,* )
*Inc. v. Abbott Laboratories, Inc.,*           )
*No. 06-CV-11337-PBS*               )
_____)

## CERTIFICATE OF BRIAN J. MURRAY

I, Brian J. Murray, in accordance with Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, represent and certify as follows:

1. I am associated with the law firm of Jones Day, which maintains offices at 77 West Wacker Drive, Chicago, Illinois 60601-1676;

2. I am a member in good standing of the bars of Illinois and the District of Columbia, the United States Supreme Court, the United States Courts of Appeals for the First, Second, Sixth, Seventh, Ninth, and Federal Circuits, and the United States District Courts for the Northern and Central Districts of Illinois and the Eastern District of Wisconsin;

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

4. I am familiar with the facts surrounding this dispute and the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

1

2

Executed: August 4, 2006                    /s/ Brian J. Murray

                                                             Brian J. Murray
                                                             JONES DAY
                                                             77 West Wacker Drive
                                                             Chicago, Illinois 60601-1676
                                                             Telephone: (312) 782-3939
                                                             Facsimile: (312) 782-8585