UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ | ) | |
| IN RE PHARMACEUTICAL INDUSTRY | ) | |
| AVERAGE WHOLESALE PRICE | ) | MDL NO. 1456 |
| LITIGATION | ) | |
| _____) | | Master File No: 01-CV-12257-PBS |
| | ) | |
| THIS DOCUMENT RELATES TO | ) | Judge Patti B. Saris |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | |
| *Inc. v. Abbott Laboratories, Inc.,* | ) | |
| *No. 06-CV-11337-PBS* | ) | |
| _____) | | |

## CERTIFICATE OF R. CHRISTOPHER COOK

I, R. Christopher Cook, in accordance with Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, represent and certify as follows:

1.  I am a partner in the law firm of Jones Day, which maintains offices at 51 Louisiana Avenue, N.W., Washington, D.C. 20001-2113;

2.  I am a member in good standing of the bars of Georgia, Illinois, and the District of Columbia; the United States Courts of Appeals for the Seventh, Eleventh, and D.C. Circuits; and the United States District Courts for the District of Columbia, the Northern District of Illinois, and the Northern District of Georgia;

3.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

4.  I am familiar with the facts surrounding this dispute and the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

1

Executed:  August 4, 2006                                /s/ R. Christopher Cook

                                                                              R. Christopher Cook
                                                                              JONES DAY
                                                                              51 Louisiana Avenue, N.W.
                                                                              Washington, D.C. 20001-2113
                                                                              Telephone:  (202) 879-3939
                                                                              Facsimile:  (202) 626-1700