# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | Master File No: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* No. 06-CV-11337-PBS | Judge Patti B. Saris |

## CERTIFICATE OF DAVID S. TORBORG

I, David S. Torborg, in accordance with Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, represent and certify as follows:

1. I am associated with the law firm of Jones Day, which maintains offices at 51 Louisiana Avenue, N.W., Washington, D.C. 20001-2113;

2. I am a member in good standing of the bars of Ohio, the District of Columbia, and the United States District Court for the Southern District of Ohio;

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

4. I am familiar with the facts surrounding this dispute and the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: August 4, 2006            /s/ David S. Torborg

                                    David S. Torborg
                                    JONES DAY
                                    51 Louisiana Avenue, N.W.
                                    Washington, D.C. 20001-2113
                                    Telephone: (202) 879-3939
                                    Facsimile: (202) 626-1700