**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ) | **MDL No. 1456** |
| **IN RE PHARMACEUTICAL INDUSTRY** ) | |
| **AVERAGE WHOLESALE PRICE** ) | **Civil Action No.** |
| **LITIGATION** ) | |
| ) | **Judge Patti B. Saris** |
| ) | |
| **THIS DOCUMENT RELATES TO** ) | |
| **ALL ACTIONS** ) | |
| ) | |

## JOINT STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER NO. 27

All plaintiffs and all Track Two defendants in the above captioned action, by and through the undersigned counsel, respectfully present the following stipulation and request that the attached proposed CMO No. 27 be entered.

WHEREAS, on May 16, 2006, plaintiffs filed motion for leave to amend the Fourth Amended Complaint to add Harold Bean as a proposed class representative;

WHEREAS, on May 16, 2006, Track Two defendants filed a motion to strike Mr. Bean as a proposed class representative;

WHEREAS, on June 6, 2006, the Court granted plaintiffs' motion for leave to add Mr. Bean and ordered that plaintiffs and defendants work out an appropriate discovery schedule.

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that the discovery and briefing schedule as to Mr. Bean should be as follows:

| | |
|---|---|
| Deposition of Harold Bean | August 18, 2006 |
| Defendants' Joint Opposition to Plaintiffs' Motion for Class Certification as to Harold Bean (maximum 15 pages) | August 25, 2006 |
| Plaintiffs' Reply (maximum 15 pages) | September 5, 2006 |

ON BEHALF OF THE
PLAINTIFFS

/s/Donald Haviland
Donald Haviland
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
Facsimile: (215) 772-1359
Telephone: (215) 772-1000

Dated:  August 8, 2006

ON BEHALF OF THE
DEFENDANTS

/s/Jennifer A. Walker
Jennifer A. Walker
Hogan & Hartson, LLP
111 South Calvert Street
Baltimore, MD 21202
Facsimile: (410) 539-6981
Telephone: (410) 659-2700

Dated:  August 8, 2006

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ) | **MDL No. 1456** |
| **IN RE PHARMACEUTICAL INDUSTRY** ) | |
| **AVERAGE WHOLESALE PRICE** ) | **Civil Action No.** |
| **LITIGATION** ) | |
| ) | **Judge Patti B. Saris** |
| ) | |
| **THIS DOCUMENT RELATES TO** ) | |
| **ALL ACTIONS** ) | |
| ) | |

## [PROPOSED] CASE MANAGEMENT ORDER NO. 27

IT IS HEREBY ORDERED as follows:

1.      Plaintiffs shall make Harold Bean available for deposition on August 18, 2006.

2.      Defendants' Joint Opposition to Plaintiffs' Motion for Class Certification as to Harold Bean shall be filed on or before August 25, 2006 and shall not exceed 15 pages.

3.      Plaintiffs' Reply shall be filed on or before September 5, 2006 and shall not exceed 15 pages.

Dated: _____

                                        _____
                                        Patti B. Saris
                                        United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on this 8th day of August 2006, a true and correct copy of the foregoing was served upon all counsel of record via electronic service pursuant to CMO No. 2 by causing a copy to be sent to LexisNexis File & Serve for posting and notification.

            /s/ Jennifer A. Walker    
            Jennifer A. Walker