# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: <br><br> *State of Nevada v. Abbott Labs., Inc. et al.*, <br>     Case No. CV-2-00260 (Nevada I), and <br><br> *State of Nevada v. American Home Products, et al.,* <br>     CA NO. 02-CV-12086-PBS (Nevada II) | |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that State of Nevada's motion for protective order is granted.

The depositions of MGM Mirage and any other non-parties are hereby barred.

IT IS SO ORDERED.


DATED: _____          _____
                                           Hon. Patti B. Saris
                                           United States District Court Judge

2

## CERTIFICATE OF SERVICE

       I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **[PROPOSED] ORDER** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on August 8, 2006, a copy to LexisNexis File & Serve for Posting and notification to all parties.

       By      **/s/ Steve W. Berman**
       Steve W. Berman
       **HAGENS BERMAN SOBOL SHAPIRO LLP**
       1301 Fifth Avenue, Suite 2900
       Seattle, WA  98101
       (206) 623-7292