UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | CIVIL ACTION: 01-CV-12257-PBS |
| | Judge Patti B. Saris |

**UNOPPOSED MOTION TO REVISE BRIEFING SCHEDULE REGARDING TRACK 1 DEFENDANTS' MOTION FOR SUMMARY JUDGMENT REGARDING CLASS 3**

Plaintiffs respectfully request that this Court revise the briefing schedule set forth in Case Management Order ("CMO") 20 regarding Track 1 Defendants' Motion for Summary Judgment Regarding Class 3. Plaintiffs request that the deadline for Plaintiffs to file their opposition to Defendants' Motion for Summary Judgment Regarding Class 3 be extended to August 30, 2006; that the Track 1 Defendants' Replies be filed on September 22, 2006; and that Plaintiffs' Sur-Replies be filed on October 3, 2006. This proposal leaves the October 13 hearing date set by CMO No. 20 unchanged. Plaintiffs and the Track1 Defendants have conferred on this issue, and the Track 1 Defendants have no objection to this modified schedule.

DATED: August 9, 2006
By   /s/ **Steve W. Berman**
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

- 3 -

>Shanin Specter
>Donald E. Haviland, Jr.
>Kline & Specter, P.C.
>1525 Locust Street, 19th Floor
>Philadelphia, PA  19102
>Facsimile:  (215) 772-1359
>Telephone:  (215) 772-1000
>
>**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **UNOPPOSED MOTION TO REVISE BRIEFING SCHEDULE REGARDING TRACK 1 DEFENDANTS' MOTION FOR SUMMARY JUDGMENT REGARDING CLASS 3** be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on August 9, 2006, a copy to LexisNexis File and Serve for Posting and notification to all parties

      By    /s/ **Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292