UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**CLASS PLAINTIFFS' AND GSK'S JOINT MOTION FOR ENTRY OF AN ORDER GRANTING PRELIMINARY APPROVAL OF THE GLAXOSMITHKLINE SETTLEMENT, CERTIFY CLASS FOR PURPOSES OF SETTLEMENT, DIRECTORY NOTICE TO THE CLASS AND SCHEDULING FAIRNESS HEARING**

Class Plaintiffs and Defendant SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK") jointly move for entry of an order granting preliminary approval of proposed settlement, certification of Class for settlement purposes and approval of form and manner of notice.

In support of this motion Class Plaintiffs are filing a memorandum of law and filing the following documents:

1. Settlement Agreement and Release of the Glaxosmithkline Defendants

2. Exhibit A – GSK Covered Drugs

3. Exhibit B – [Proposed] Order Granting Preliminary Approval of the Glaxosmithkline Settlement, Certifying Class for Purposes of Settlement, Directing Notice to the Class and Scheduling Fairness Hearing

4. Exhibit B-1A – Notice to Consumer, with Claim Form and Exclusion Form

5. Exhibit B-1B – Notice to TPPs, with Claim Form

6. Exhibit B-2A – Notice to Consumer (Short)

- 1 -

7.     Exhibit B-2A – Notice to TPPs (SHORT)

8.     Exhibit B-3 – Settlement Notice Program

9.     Exhibit C – [Proposed] Final Order and Judgment Granting Final Approval to Proposed Class Action Settlement With the Glaxosmithkline Defendants, Approving Proposed Allocation of Settlement Funds, and Approving Class Counsel's Application for Attorneys Fees, Reimbursement of Litigation Expenses and Incentive Awards to Class Representatives

10.    Exhibit D – Class Escrow Agreement

11.    Exhibit E – Participating States' Escrow Agreement

12.    Exhibit F – Litigating States' Escrow Agreement

13.    Exhibit G – Claims Process Explanation

14.    Exhibit H – ISHP List

15.    Exhibit I – ISHP Claims Documentation

16.    Exhibit J – Statement Regarding Class Counsel & IHSP Fee Agreement

DATED: August 10, 2006.

By    **/s/ Steve W. Berman**
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Shanin Specter
Donald E. Haviland, Jr.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
Facsimile: (215) 772-1359
Telephone: (215) 772-1000

**CO-LEAD COUNSEL FOR PLAINTIFFS**

COUNSEL FOR DEFENDANT
SMITHKLINE BEECHAM
CORPORATION, D/B/A
GLAXOSMITHKLINE ("GSK")


By  /s/ Fredrick G. Herold
  Fredrick G. Herold
  DECHERT LLP
  1117 California Avenue
  Palo Alto, CA 94304
  Telephone: (650) 813-4930
  Facsimile:  (650) 813-4848

  Mark H. Lynch
  Geoffrey E. Hobart (BBO #547499)
  Ronald G. Dove, Jr.
  COVINGTON & BURLING
  1201 Pennsylvania Avenue, N.W.
  Washington, D.C. 20004
  Telephone: (202) 662-6000
  Facsimile:  (202)662-6291

  Mark D. Seltzer (BBO#556341)
  HOLLAND & KNIGHT LLP
  10 St. James Avenue
  Boston, MA 02116
  Telephone: (617) 523-2700
  Facsimile:  (617) 523-6850

- 5 -

**CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE**
Docket No. MDL 1456

      I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on August 10, 2006, I caused copies of **CLASS PLAINTIFFS' AND GSK DEFENDANTS' JOINT MOTION FOR ENTRY OF AN ORDER GRANTING PRELIMINARY APPROVAL OF THE GLAXOSMITHKLINE SETTLEMENT, CERTIFY CLASS FOR PURPOSES OF SETTLEMENT, DIRECTORY NOTICE TO THE CLASS AND SCHEDULING FAIRNESS HEARING** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                                            **/s/ Steve W. Berman**
                                                            Steve W. Berman