# EXHIBIT A

## GSK COVERED DRUGS

**Exhibit A -- GSK Covered Drugs**

| NDC | Drug | Description |
|---|---|---|
| **GSK Category A Drugs** | | |
| 00029414901 | Kytril | KYTRIL INJ SINGLE DOSE VIAL 1MG/ML |
| 00029414975 | Kytril | KYTRIL INJ SGL DOSE VIAL 1MG/ML VHA |
| 00029415201 | Kytril | KYTRIL 1MG/ML INJECTION 4ML VIAL |
| 00173044200 | Zofran | ZOFRAN INJ 2MG/ML 20ML |
| 00173044202 | Zofran | ZOFRAN INJ 2MG/ML 2ML 5S |
| 00173046100 | Zofran | ZOFRAN INJ PRMXD 32MG/50ML |
| 00173046200 | Zofran | ZOFRAN INJ PRMXD 4MG/50ML |
| **GSK Category B Drugs** | | |
| 00173004535 | Alkeran | ALKERAN TAB 2MG 50S |
| 00173013093 | Alkeran | ALKERAN I.V. INJ 50 MG |
| 00173044901 | Imitrex | IMITREX INJ 12MG/ML 0.5ML 2S PFLD SRNG |
| 00173044902 | Imitrex | IMITREX INJ 0.5ML 12MG/ML 5S VIALS |
| 00173044903 | Imitrex | IMITREX INJ 12MG/ML 0.5ML2S KIT,SELFDOSE |
| 00173047800 | Imitrex | IMITREX INJ 12MG/ML STAT DOSE RFL 2'S |
| 00173047900 | Imitrex | IMITREX INJ 12MG/ML STAT DOSE KIT |
| 00029415105 | Kytril | KYTRIL 1 MG TABS 20'S SUP |
| 00029415139 | Kytril | KYTRIL 1MG TABS 2'S |
| 00173026010 | Lanoxin | LANOXIN INJ 0.5MG |
| 00173026035 | Lanoxin | LANOXIN INJ 0.5MG 2ML 50S |
| 00173026210 | Lanoxin | LANOXIN INJ PEDIATRIC 0.1MG/ML |
| 00173071325 | Myleran | MYLERAN TAB 2MG 25S |
| 00173065601 | Navelbine | NAVELBINE INJ 10MG 1ML |
| 00173065644 | Navelbine | NAVELBINE INJ 50MG 5ML |
| 00173010793 | Retrovir | RETROVIR IV INF 10MG/ML 20ML 10 |
| 00173038558 | Ventolin | VENTOLIN SOL INH 0.5% 5MG/ML 20ML |
| 00173041900 | Ventolin | VENTOLIN NEB SOL INH   0.083% 3ML 25S |
| 00173044600 | Zofran | ZOFRAN TAB 4MG 30S |
| 00173044601 | Zofran | ZOFRAN TAB 4MG 100S |
| 00173044602 | Zofran | ZOFRAN TAB 4MG 100S UD |
| 00173044604 | Zofran | ZOFRAN TAB 4MG 3S |
| 00173044700 | Zofran | ZOFRAN TAB 8MG 30S |
| 00173044701 | Zofran | ZOFRAN TAB 8MG 100S |
| 00173044702 | Zofran | ZOFRAN TAB 8MG 100S UD |
| 00173044704 | Zofran | ZOFRAN TAB 8MG 3S |
| 00173048900 | Zofran | ZOFRAN ORAL SOL 4MG/5ML  50ML |
| 00173056900 | Zofran | ZOFRAN ODT 4MG 5X2 30S |
| 00173057000 | Zofran | ZOFRAN ODT 8MG 5X2 30S |
| 00173057004 | Zofran | ZOFRAN ODT 8MG 5X2 10'S |
| 00173068000 | Zofran | ZOFRAN TAB 24MG 1S |
| 00173095201 | Zovirax | ZOVIRAX FOR INJECTION 1000MG 20ML 10S (C |
| 00173099501 | Zovirax | ZOVIRAX FOR INJECTION 500MG 10ML 10S (C# |
| 00173036200 | Zantac | ZANTAC INJ 25MG/ML 2ML   PFLD SRNG |
| 00173036238 | Zantac | ZANTAC INJ 25MG/ML 2ML 10S |
| 00173036300 | Zantac | ZANTAC INJ 25MG/ML 40ML |
| 00173036301 | Zantac | ZANTAC INJ 25MG/ML 6ML |
| 00173036339 | Zantac | ZANTAC INJ 25MG/ML 10ML |
| 00173040700 | Zantac | ZANTAC INJ PRMXD 50MG/100ML 24S |
| 00173044100 | Zantac | ZANTAC INJ PRMXD 50MG/50ML 24S |