EXHIBIT B-1b

LONG FORM NOTICE TO TPPs, WITH CLAIM FORM

UNITED STATES DISTRICT COURT – DISTRICT OF MASSACHUSETTS

# If You Are a Third-Party Payor and Made Reimbursements for the GSK Drugs:

**Kytril Injectable** (Granisetron HCL)
**Zofran Injectable** (Ondansetron HCL)
**or**

| | |
|---|---|
| Alkeran (Melphanan) | Imitrex (Sumatriptan) |
| Kytril Tablets (Granisetron HCL) | Lanoxin (Digoxin) |
| Myleran (Busulfan) | Navelbine (Vinorelbine Tartrate) |
| Retrovir (Zidovudine) | Ventolin (Albuterol) or |
| Zofran Orals (Ondansetron HCL) | Zovirax (Acyclovir) |

## A Proposed Class Action Settlement May Affect Your Rights.

*The District Court has authorized this Notice. It is not a solicitation from a lawyer. You are not being sued*

- There is a Proposed Settlement with GlaxoSmithKline ("GSK"), one of the Defendants in a class action lawsuit pending in the U.S. District Court for the District of Massachusetts. The name of the lawsuit is *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS, MDL No. 1456.

- The lawsuit claims that certain drug companies reported false and inflated average wholesale prices ("AWP") for certain types of outpatient drugs. The reported AWPs are used to set prescription drug prices that are paid by Medicare, consumers and insurers. The lawsuit asks the Court to award money damages to some people who paid or made co-payments for the drug.

- SmithKline Beecham Corporation, doing business as GlaxoSmithKline ("GSK"), has entered into a Proposed Settlement with the Plaintiffs and has agreed to pay $70 million to settle their claims and other related claims. After payment to certain State Attorneys General of $4.5 million, and after deducting attorneys' fees and costs of administering the Proposed Settlement, 70% of the net fund will be distributed in cash to Third-Party Payors (TPPs), including TPP Class Members and a group of Independent Settling Health Plans who have agreed to settle, who paid for all or part of the cost of the GSK Covered Drugs listed above and who submit valid claims.

1

- The GSK Covered Drugs fall into two categories, as follows: The "Category A" Drugs, namely **Kytril Injectables** and **Zofran Injectables**, and the "Category B" Drugs, namely **Alkeran, Imitrex,  Kytril (tablets), Lanoxin, Myleran, Navelbine, Retrovir, Ventolin Zofran (orals) and Zantac**.  A complete list of the GSK Covered Drugs, by National Drug Code number and J-Code is attached hereto as Attachment 1 to the GSK AWP Third-Party Payor Claim Form.

- There are two sub-Classes for TPPs who paid for the GSK Covered Drugs.

You are a member of **MediGap TPP Class** if you:

> Made reimbursements for all or part of your insured's 20% co-payment under Medicare Part B for a Covered Drug between January 1, 1991 and January 1, 2005.

You are a member of the **Private Payor TPP** Class if you:

> Reimbursed for a GSK Covered  Drug outside of Medicare Part B based on a contract that used AWP as a reimbursement standard between January 1, 1991 and August 10, 2006.

**TPPs may be a member of either or both of the Classes.**  As discussed below, certain entities are excluded from the classes.

The Court will be asked to decide whether to order final approval of the Proposed Settlement in this case.

2

# A Summary of Your Rights and Choices:

*Your Legal Rights Are Affected Even If You Do Not Act.*
*Read This Notice Carefully.*

| You May: | | Due Date: |
|---|---|---|
| **Remain in the Classes & File a Claim** | **Stay in the lawsuit and file a claim**<br>If you wish to stay in one or both or the Classes and file a claim you must do so in writing by the date listed. Whether or not you file a claim, if you don't exclude yourself you will not be able to sue GSK for the claims in this lawsuit and you will also be bound by the Court's decisions.  **See Questions 8 and 9 .** | *Postmarked By Month Date 2007* |
| **Exclude Yourself** | **Get out of the Classes.**<br>You can write and ask to get out of either or both of the Classes and keep your right to sue GSK on your own about the claims in the lawsuit. **See Questions 10 and 11.** | *Postmarked by Month Date 2007* |
| **Object to the Proposed Settlement** | **Object or comment on the Proposed Settlement.**<br>If you don't exclude yourself, you can appear and speak in the lawsuit on your own or through your own lawyer to object or comment on the Proposed Settlement.  (Class Counsel has been appointed to represent you.)  **See Questions 12 and 13.** | *Postmarked by Month Date 2007* |

# WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION**
  1. Why did I get this Notice?.........................................................................................
  2. What is the lawsuit about?.........................................................................................
  3. Why is this a class action?.........................................................................................
  4. Who Qualifies as a Third-Party Payor?.......................................................................
  5. Why is there a Proposed Settlement? ..........................................................................
  6. How do I know if I am included in the Proposed Settlement? .......................................

**BENEFITS OF THE PROPOSED SETTLEMENT – WHAT YOU GET**
  7. What does the Proposed Settlement provide? ...............................................................
  8. How do I file a Claim? ...............................................................................................

**REMAINING IN THE CLASS**
  9.  What am I giving up if I do nothing and stay in the Class? ..........................................

**EXCLUDING YOURSELF FROM THE PROPOSED SETTLEMENT**
  10. What do I do if I don't want to be in the Proposed Settlement? ....................................
  11. How do I exclude myself from the Classes? ................................................................

**COMMENTING ON THE PROPOSED SETTLEMENT**
  12. Can I object to or comment on the Proposed Settlement?.............................................
  13. What is the difference between objecting to the Proposed Settlement and excluding
      myself
      from the Proposed Settlement?.................................................................................

**THE LAWYERS REPRESENTING YOU**
  14. Do I have a Lawyer representing my interests in this case?..........................................
  15. How will the lawyers be compensated? ......................................................................
  16. Should I get my own lawyer?.....................................................................................
  17. Payments to Class Representatives ………………………………………………..

**THE COURT'S FINAL APPROVAL HEARING**
  18. When and where will the Court decide on whether to grant final approval of the
      Proposed Settlement? ..............................................................................................
  19. Must I attend the hearing? ........................................................................................
  20. May I speak at the hearing?.......................................................................................

**GETTING MORE INFORMATION**
  21. Where do I obtain more information? ..........................................................................

## BASIC INFORMATION

### 1.  Why did I get this Notice?

You received this Notice because you are a TPP that may have made reimbursements for the GSK Covered Drugs between January 1, 1991 and August 10, 2006.  You may also have requested this Notice after seeing the Summary Notice in a publication.

This Notice explains:

- What the lawsuit and Proposed Settlement are about.
- What the lawsuits claim and what GSK says about the claims.
- Who is affected by the Proposed Settlement.
- Who represents the Class in the lawsuit.
- What your legal rights and choices are.
- How to file a claim.
- How and by when you need to act.

### 2.  What is the lawsuit about?

Plaintiffs allege that Defendant drug companies either report the average wholesale price ("AWP") of each drug they make to trade publications or provide those publications with information from which the publications calculate an AWP for each of Defendants' drugs. The published AWP of a drug has been used to set the price that consumers who made Medicare Part B co-payments and Medicare paid for the drug.  The published AWP is also often used by insurance companies to determine what they will reimburse doctors or pharmacies for these drugs.  The lawsuits claim, among other things, that Third-Party Payors ("TPPs") who made reimbursements for drugs covered by Medicare Part B (e.g., through Medigap" supplemental insurance policies) and TPPs who made reimbursements for such drugs based on a contract using AWP as a reimbursement standard paid more than they should have paid for the drugs at issue because drug companies, including GSK, intentionally reported false and inflated AWPs concerning the drugs at issue.

GSK denies any wrongdoing.  The Proposed Settlement is not an admission of wrongdoing or an indication that any law was violated.  GSK has entered into the Proposed Settlement solely to avoid further expense, inconvenience, and the burden of these litigations and any other present or future litigation arising out of the facts that allegedly gave rise to these litigations.  GSK also wishes to avoid the distractions and diversion of their personnel and resources, and thereby to put to rest this controversy and to avoid the risks inherent in uncertain complex litigation.

### 3.  Why is this a class action?

The Court has found that class action treatment is the superior method for the fair and efficient settling of this litigation.  In a class action lawsuit, one or more people or entities

called "class representatives" sue on behalf of people or entities who have similar claims. The people and entities together are a "class" or "class members." A court must determine if it will allow the lawsuit to proceed as a class action. If it does, a trial of the claims then decides the lawsuit for everyone in the class, or the Parties may settle without a trial. The Parties here have agreed to, and the Court has preliminarily approved, a settlement that includes two national classes of TPPs who reimbursed for GSK Covered Drugs. You could be a member of one or both of these Classes.

## 4. Who qualifies as a Third-Party Payor?

A TPP is an entity that is:

(a) A party to a contract, issuer of a policy, or sponsor of a plan, *and*

(b) At risk, under such contract, policy, or plan, to pay or reimburse all or part of the cost of prescription drugs dispensed to covered natural persons.

TPPs include insurance companies, union health and welfare benefit plans and self-insured employers. Entities with self-funded plans that contract with a health insurance company or other entity to serve as a third-party claims administrator to administer their prescription drug benefits can qualify as TPPs. Third-party claim administrators may also file a claim on behalf of a self-funded plan if the third-party claim administrator has legal authority and authorization from the self-funded plan to do so. A non-Medicaid state or local government entity that made AWP-based prescription drug payments as part of a health benefit plan for their employees also qualifies as a TPP under the Proposed Settlement, but only with respect to such AWP-based payments.

## 5. Why is there a Proposed Settlement?

A settlement is the resulting agreement between a plaintiff and defendant following extended negotiation in a case set for trial. Settlements conclude litigation but are not a result of the court ruling in favor of either the plaintiff or defendant. The settlement enables both parties to avoid the cost and risk of a trial, and ultimately establish a just, fair and final resolution that is best for all involved. The class representatives and their attorneys make the final determination that the settlement is the best result for all class members. The Court will then review the terms of the proposed settlement and hold a hearing on the fairness and adequacy of the settlement to the class. If the Court approves the settlement, then the defendants are released from any liability based upon the alleged illegal behavior forming the basis of the complaint.

## 6. How do I know if I am included in the Proposed Settlement?

Unless you exclude yourself as described in Question 11 of this notice, you will be included in the Proposed Settlement if you are a member of one or both of the Classes described below:

You are a member of the **MediGap TPP Class** if you:

> Made reimbursements for all or part of your insured's 20% co-payment under Medicare Part B for a Covered Drug between January 1, 1991 and January 1, 2005,

You are a member of the **Private Payor TPP Class** if you:

> Reimbursed for a GSK Covered Drug outside of Medicare Part B based on a contract that uses AWP as a reimbursement benchmark between January 1, 1991 and August 10, 2006.

Excluded by definition from the MediGap TPP Class and the Private Payor Class are: (1) the United States government and its agencies and departments, and all other governmental entities that made payments pursuant to any state's Medicaid program; (2) the Independent Settling Health Plans (ISHPs), as defined in Paragraph 2(w) of the Settlement Agreement; and (3) all federal, state or local governmental entities, *except for* the following, which are *not* excluded from the Medigap TPP or Private Payor Classes:  (a) non-Medicaid state or local government entities that made AWP-based prescription drug payments as part of a health benefit plan for their employees, but only with respect to such payments, and (b) other non-Medicaid state government agencies or programs of the Participating States and of the Additional Participating States (as defined in the Settlement Agreement), if any, *except that* such agencies and programs in New York and Connecticut *are* excluded.

## BENEFITS OF THE PROPOSED SETTLEMENT – WHAT YOU GET

### 7.  What does the Proposed Settlement provide?

GSK has entered into a Proposed Settlement with the Plaintiffs and has agreed to pay $70 million to settle these and other related claims.  A $4.5 million payment to certain State Attorneys General as well as attorneys' fees and the costs of administering the Proposed Settlement will be deducted from the Settlement Fund before distributions to Class Members.

- 30% of the remaining fund will be distributed in cash to consumer Class Members who paid for all or part of the cost of the drugs and submit a valid claim form.

- 70% of the remaining fund will be set aside to pay the claims of insurer Class Members (sometimes referred to as "Third-Party Payor Class Members" or "TPP Class Members") who have submitted a valid claim and a separate and independent group of TPPs (referred to as the "Independent Settling Health Plans" or "ISHPs") who have agreed to settle their claims against GSK for a portion of the Settlement funds.

The Court must approve the distribution of the Settlement Fund.

### 8.  How does a TPP Class Member file a claim?

Attached to this notice is a TPP claim form.  TPP Class Members must fill out the TPP claim form and submit it to the Claims Administrator, postmarked by MONTH DAY, YEAR, and addressed to:

_____

_____

As part of their claim, each TPP Class Member shall be required to certify that they are a TPP Class Member and they have not included claims on behalf of any TPP Class Member that are readily identifiable as having been based on a reimbursement standard other than AWP, and must provide the Claims Administrator with the total amount of their expenditures for each GSK Covered Drug during the period from January 1, 1999 to December 31, 2003.  This period is substituted for claims associated with the full Class Period in recognition of the difficulty TPPs have in accessing claims data that is older and likely not kept electronically or on current electronic systems.  This "proxy period" shall be used to determine the payments made to each TPP Class Member in accordance with the procedures set forth herein.

In order to validate their claim for payment associated with the GSK Covered Drugs for which they seek payment from the Proposed Settlement, TPP Class Members with claimed purchases for all GSK Covered Drugs during the proxy period that exceed $300,000.00 in total are required to submit electronic claims documentation with their claim.  The form and data required to be submitted are delineated in the attached TPP Claim Form.  Those TPPs whose claimed purchases for all Covered Drugs are $300,000.00 or less need **not** submit electronic claims documentation with their claim but must furnish such claims documentation upon request of the Claims Administrator.

The total amount of a TPP Class Member's expenditures for each drug will be multiplied by the specific "Recognized Claim Percentage" or "RCP" for each drug  in order to determine the amount of the TPP's recognized claim for that particular drug.  The RCP for each GSK Covered Drug varies.  TPP Class Members do not need to multiply their expenditures by the RCP, that will be done by the Claims Administrator.

The RCPs for each GSK Covered Drug are listed below:

|  | Drug Name | Dosages | Recognized Claim Percentage |
|---|---|---|---|
| GSK Category A Drugs | Kytril Injection (granisetron HCL) | Injection: 1mg/ml | 50% |
|  | Zofran Injection (ondansetron HCL) | Injection: 2mg/ml Injection (Pre-mixed): 32mg/50ml; 4mg/50ml | 50% |
|  |  |  |  |
| GSK Category B Drugs | Alkeran (melphalan) | Injection: 50mg Tablets: 2mg | 5% |
|  | Imitrex (sumatriptan) | Injection: 12mg/1ml (6mg/0.5ml) | 5% |

| | | | |
|---|---|---|---|
| | **Kytril Tablets** (granisetron HCL) | Tablets: 1mg | **5%** |
| | **Lanoxin** (digoxin) | Injection: 0.5mg/2ml; 0.1mg/ml | **5%** |
| | **Myleran** (busulfan) | Tablets: 2mg | **5%** |
| | **Navelbine** (vinorelbine tartrate) | Injection: 10mg/ml; 50mg/5ml | **5%** |
| | **Retrovir** (zidovudine) | IV Infusion: 10mg/ml | **5%** |
| | **Ventolin** (albuterol) | Inhalation: 0.083% 3ml; 0.5% 5mg/ml | **5%** |
| | **Zofran Orals** (ondansetron HCL) | Tablets: 4mg; 8mg; 24mg Solution: 4mg/5ml ODT: 4mg; 8mg | **5%** |
| | **Zovirax** (acyclovir) | Powder for Injection: 500mg; 1000mg | **5%** |
| | **Zantac** (ranitidine HCL) | Injection: 25 mg/ml Injection (Pre-mixed): 50mg/50ml; 50mg/100ml | **5%** |

## REMAINING IN THE CLASSES

### 9.  What am I giving up If I do nothing and stay in the Classes?

If you do nothing, you will be included in the Classes.  You will be bound by the terms and conditions of the Proposed Settlement.  You will not be able to pursue any other lawsuit against GSK concerning the claims alleged in this lawsuit.  If the Proposed Settlement is approved, Plaintiffs claims against GSK will be "released."

The Proposed Settlement provides that the claims against GSK as set forth in the lawsuit will be released and members of the Classes will never be able to file a lawsuit for any claim related to this lawsuit.  All Class Members agree that they will not seek to file a claim against any GSK Releasee based, in whole or in part, on any of the claims in the lawsuit.

In addition, once the Settlement Agreement is approved, each Class Member expressly agrees to release any and all provisions, rights and benefits provided by § 1542 of the California Civil Code, which reads:

> Section 1542.  General Release; extent.  A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor;

Class Members also expressly agree to release any and all provisions, rights and benefits provided by any law or any state or territory of the United States, or principle of common law, which is similar, comparable or equivalent to § 1542 of the California Civil Code.

Class Members agree to forever release all claims even if they later discover new facts regarding the claims in the lawsuit.  This includes any claims related to the subject matter of the lawsuit whether known or unknown, suspected or unsuspected, contingent or non-contingent.  All claims related to the subject matter of the lawsuit will be released forever whether or not the facts were concealed or hidden, without regard to the subsequent discovery or existence of such different or additional facts.

Each Class Member also expressly agrees to release any and all Released Class Claims it may have against Defendants under § 17200, *et seq.*, of the California Business and Professions Code.  This includes claims relating to any drug price published by any commercial price reporting service, or provided by any GSK Releasee to any such commercial price reporting service  (including, but not limited to, AWP, SLP, WAC, NWP, WPP and Direct Price).  Each Class Member also expressly agreees to forever release any claims regarding any marketing activity relating to any such price, such as any reference to the difference between (1) a price paid and (2) any reported price or reimbursement rate based on such a reported price, arising from the facts alleged in the MDL Complaints concerning the GSK Covered Drugs.

10

## EXCLUDING YOURSELF FROM THE PROPOSED SETTLEMENT CLASSES

### 10.  What do I do if I don't want to be in the Proposed Settlement?

If you don't want to be in either or both of the Classes and you want to keep the right to sue GSK about the same claims on your own, you must take steps to get out of the Classes. This is called excluding yourself. By excluding yourself, you keep the right to file your own lawsuit or join another lawsuit against GSK about the claims in this lawsuit. If you exclude yourself from the Classes, you will not be able to file a claim for money or benefits and you will not be in the Proposed Settlement.

### 11.  How do I exclude myself from the Classes?

To exclude yourself from one or more of the Classes, you must send a letter signed by you that includes all of the following:

- Your name, organization, address, and telephone number;
- The name and number of the lawsuit: *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS, MDL No. 1456;
- If you have hired your own lawyer, the name, address, and telephone number of your lawyer; *and*
- A statement that you want to be excluded from either or both (or all) of the Classes, specifying which class you seek to exclude yourself from.

Your exclusion letter must be mailed first class, **postmarked on or before [Month Date,] 2006,** to:

> GSK AWP Litigation Administrator
> P.O. Box xxx
> City, State Zip code

Please remember that you can't exclude yourself by phone or by sending an email.

## COMMENTING ON THE PROPOSED SETTLEMENT

### 12.  Can I object to or comment on the Proposed Settlement?

If you have comments about, or disagree with, any aspect of the Proposed Settlement, including the requested attorneys' fees or the expense reimbursement plan, you may express your views to the Court through a written response to the Proposed Settlement. The written response should include your name, address, telephone number and a brief explanation of your reasons for objection. The document **must** be signed to ensure the Court's review. The response must be postmarked no later than **Month, Day 2007** and mailed to:

> Clerk of Court
> John Joseph Moakley U.S. Courthouse
> 1 Courthouse Way, Suite 2300

11

Boston, Massachusetts 02210

In addition, your document must clearly state that it relates to the following Civil Action Number:

01-CV-12257-PBS, MDL No. 1456

## 13. What is the difference between objecting to the Proposed Settlement and excluding myself from the Proposed Settlement?

An objection to the Proposed Settlement is made when you wish to remain a Class Member and be subject to the Proposed Settlement, but disagree with some aspect of the Proposed Settlement. An objection allows your views to be heard in Court. In contrast, exclusion means that you no longer are a Class Member and ultimately do not want to be subject to the Proposed Settlement's terms and conditions. Once excluded, you lose any right to object to the Proposed Settlement or to the attorneys' fees because the case no longer affects you.

## THE LAWYERS REPRESENTING YOU

## 14. Do I have a lawyer representing my interests in this case?

Yes. The Court has appointed the following law firms to represent you and other Class Members:

Hagens Berman Sobol Shapiro LLP
www.hagens-berman.com
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
*and*
One Main Street, 4th Floor
Cambridge, MA 02142

Mark H. Edelson
Edelson & Associates LLC
45 West Court Street
Doylestown, PA 18901

Spector Roseman & Kodroff, PC
www.srk-law.com
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Wexler Toriseva Wallace LLP
www.wtwlaw.us
One North LaSalle St., Suite 2000
Chicago, IL 60602

Kline & Specter, PC
www.klinespecter.com
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19102

These lawyers are called Class Counsel. You won't be charged personally for these lawyers, but they will ask the Court to award them a fee to be paid out of the Settlement Fund. More information about Class Counsel and their experience is available at the Web sites listed above.

### 15.  How will the lawyers be compensated?

Class Counsel will request that the Court award attorneys' fees not to exceed thirty-three and a third percent (33.33%) of the Proposed Settlement Fund, plus reimbursement of expenses.  The Court, at its own discretion, may award more or less than these requested amounts without further notice to the Class Members.  Again, if you choose to hire your own attorney, you will be responsible for that attorney's fees and expenses.

### 16. Should I get my own lawyer?

You don't need to hire your own lawyer, but if you want your own lawyer to speak for you or appear in Court, you must file a Notice of Appearance (*see* Question 20 to find out how to submit a Notice of Appearance).  If you hire a lawyer to appear for you in the lawsuit, you will have to make your own arrangement for that lawyer's compensation.

### 17. Payments to Class Representatives

The Court may award payments to the individuals and entities who served as Class Representatives in this case, and any such payments will come out of the class Settlement Fund.  The lawyers for the Class will request the Court to award a total of $100,000 as payments to TPP Class representatives in this case and $25,000 as payments to Consumer Class representatives in this case.

## THE COURT'S FINAL APPROVAL HEARING

### 18.  When and where will the Court decide on whether to grant final approval of the Proposed Settlement?

The Court will hold a Final Approval Hearing on _____ at _____ to consider whether the Proposed Settlement is fair, reasonable, and adequate.  At the Hearing, the Court will decide whether to approve the Proposed Settlement and the motion for attorneys' fees and expenses.  If comments or objections have been received, the Court will consider them at this time.

Note: The hearings may be postponed to a different date without additional notice.  Updated information will be posted on the GSK AWP Proposed Settlement Web site at

_____.

### 19.  Must I attend the Final Approval Hearing?

Attendance is not required, even if you properly mailed a written response.  Class Counsel is prepared to answer the Court's questions on your behalf.  If you or your personal attorney still want to attend the hearing, you are more than welcome at your expense.  However, it is not necessary that either of you attend.  As long as the objection was postmarked before the deadline the Court will consider it.

## 20.  May I speak at the Final Approval Hearing?

If you want your own lawyer instead of Class Counsel to speak at the Final Approval Hearing, you must give the Court a paper that is called a "Notice of Appearance." The Notice of Appearance should include the name and number of the lawsuit, and state that you wish to enter an appearance at the Fairness Hearing. It also must include your name, organization, address, telephone number, and signature. Your "Notice of Appearance" **must** be postmarked no later than **Month Day 2007**. You cannot speak at Hearing if you asked to be excluded from the Proposed Settlement Class.

The Notice of Appearance must be filed with the Court at the following address:

> Clerk of Court
> John Joseph Moakley U.S. Courthouse
> 1 Courthouse Way, Suite 2300
> Boston, Massachusetts 02210

The Notice of Appearance must be filed using the following Civil Action Number:

> 01-CV-12257-PBS, MDL No. 1456

## GETTING MORE INFORMATION

## 21.  Where do I obtain more information?

More details are in the Complaint filed by Class Counsel, and the other legal documents that have been filed with the Court in this lawsuit.   You can look at and copy these legal documents at any time during regular office hours at the Office of the Clerk of Court, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, Massachusetts 02210.  www.xxxxxxx.

In addition, if you have any questions about the lawsuit or this Notice, you may:

- Visit the GSK AWP Proposed Settlement Web site www.xxxx
- Call toll free 1-xxx-xxx-xxxx (hearing impaired call 1-yyy-yyy-yyyy)
- Write to: GSK AWP Litigation Administrator, PO Box xxxx, City, State Zip

**[date]**

14

---

**GSK AWP THIRD-PARTY PAYOR CLAIM**
~~FORM~~

---

To get a share of the Settlement Fund you need to complete and sign this Claim Form and mail it postmarked by **Month 00, 0000** to: GSK AWP Settlement Administrator, P.O. Box 00000, City ST 00000.

The information you provide will be kept confidential and will be used only for administering this Proposed Settlement.  If you have any questions please call the Settlement Administrator at
**1-800-000-0000.**

A TPP Class Member or an authorized agent can complete this Claim Form.  If both a Class Member and its authorized agent submit a Claim Form, the Settlement Administrator will only consider the Class Member's Claim Form.  The Settlement Administrator may request supporting documentation.  The claim may be rejected if any requested documentation is not provided.

If one or more Class Members has authorized you to submit a Claim Form on its behalf, you must provide the information requested in Section B in addition to the other information requested by this Claim Form.  You may submit a separate Claim Form for each Class Member that has duly authorized you to do so, OR you may submit one Claim Form for all such Class Members that have authorized you to do so, as long as you provide the information required (as indicated below) for each Class Member on whose behalf you are submitting the form.

If you are submitting Claim Forms both on your own behalf as a Class Member AND on behalf of one or more Class Members that have authorized you to do so, you should submit one Claim Form for yourself and another Claim Form or Forms for the other Class Member(s).  **Do not submit a Claim Form on behalf of any Class Member without specific prior authorization from that Class Member.**

## SECTION A – CLAIMANT IDENTIFICATION

Please indicate whether you are claiming on your own behalf as a Class Member or as the authorized agent of one or more Class Members by placing an "X" in the appropriate space below.  If you wish to make a claim as a Class Member *and also* as the authorized agent of other Class Members, please complete one Claim Form for your claim as a Class Member and a separate Claim Form for those Class Members for whom you are authorized to submit a claim:

    I am the Class Member          I am filing as the authorized agent of a Class Member**

** As Authorized Agent, please check how your relationship with the Class Member is best described:

    Third Party Administrator (other than a Pharmacy Benefits Manager)

    Pharmacy Benefits Manager

Other (Explain):_____

## SECTION B – CLASS MEMBER OR AGENT INFORMATION

_____
*Class Member's/Authorized Agent's Name*

_____
*Street Address*                                    *Floor/Suite*

_____
*City*                                    *State*                    *Zip Code*

(_____)_____              (_____)_____
*Area Code -- Telephone Number*                        *Area Code -- Fax Number*

_____
*Class Member's/Authorized Agent's Tax Identification Number*

If you file as a Class Member, list other names by which you have been known or other Federal Employer Identification Numbers ("FEINs") you have used from January 1, 1991 through August 10, 2006.

_____
_____
_____

If you are filing as the Class Member, check the term below that best describes your company/entity:

   Health Insurance Company/HMO     Self-Insured Employee Health Plan

   Self-Insured Union Health & Welfare Fund     Other
(Explain):_____

## SECTION C – CLAIM BY AUTHORIZED AGENT

Please list the Federal Employer Identification Number and the name of every Class Member for whom you have been duly authorized to submit this Claim Form (attach additional sheets to this Proof of Claim as necessary). Alternatively, you may submit the requested list of Class Member names and FEINs in an acceptable electronic format. Please contact the Settlement Administrator to determine what formats are acceptable.

## SECTION D – TOTAL AMOUNT OF GSK COVERED DRUG PURCHASES

For each Class Member on whose behalf you are submitting a claim, state the total and final amount paid or reimbursed for each GSK Covered Drug with a date of service or date of fill from January 1, 1999 to December 31, 2003, net of co-pays, deductibles and co-insurance.  If you are claiming more than $300,000 you will need to provide additional information (*See* Section F).  If necessary, please duplicate this section so that you use it once for each Class Member on whose behalf you are submitting a claim.

**Current Name of Class Member:** _____

| | **Drug Name** | **Medigap TPP Class**<br><br>**January 1, 1999 -<br>December 1, 2003** | **Private Payor Class**<br><br>**January 1, 1999–<br>December 1, 2003** |
|---|---|---|---|
| **GSK Category A Drugs** | **Kytril Injection (granisetron HCL)** | $ | $ |
| | **Zofran Injection (ondansetron HCL)** | $ | $ |
| | | | |
| **GSK Category B Drugs** | **Alkeran (melphalan)** | $ | $ |
| | **Imitrex (sumatriptan)** | $ | $ |
| | **Kytril Tablets (granisetron HCL)** | $ | $ |
| | **Lanoxin (digoxin)** | $ | $ |

17

| | | | |
|---|---|---|---|
| | **Myleran (busulfan)** | $ | $ |
| | **Navelbine (vinorelbine)** | $ | $ |
| | **Retrovir (zidovudine)** | $ | $ |
| | **Ventolin (albuterol)** | $ | $ |
| | **Zofran Orals (ondansetron HCL)** | $ | $ |
| | **Zovirax (acyclovir)** | $ | $ |
| | **Zantac (rantidine HCL)** | $ | $ |

*Claimant certifies that the figures are true and accurate and are based upon actual records maintained by or otherwise available to the claimant.*

## SECTION E – JURISDICTION OF THE COURT AND CERTIFICATION

**Please duplicate this section and submit it for each TPP Class Member on whose behalf you are submitting a claim.**

By signing below, I hereby swear and affirm that: (1) I have authority to submit this Claim Form either directly or on behalf of the Class Member or as its Authorized Agent, and, in turn, have been given the authority to submit this Claim Form by each Class Member identified in this Claim Form and in any attachments to it, and to receive on behalf of each such Class Member any and all amounts that may be allocated from the TPP Settlement Pool to such Class Member; (2) Each entity on whose behalf I have submitted a claim is a TPP Class Member, and I have not included claims on behalf of any TPP Class Member that are readily identifiable as having been based on a reimbursement standard other than AWP; (3) the information contained in this Claim Form and any attachments hereto is true and accurate, based on records maintained by or otherwise available to me; (4) I, the Authorized Agent (if any), and the Class Member on whose behalf this Claim Form is submitted, hereby submit to the jurisdiction of the United States District Court for the District of Massachusetts (the "Court") for all purposes associated with this Claim Form and the Proposed Settlement, including resolution of disputes relating to this Claim Form; (5) in the event that amounts from the TPP Settlement Pool are distributed to the Authorized Agent of a Class Member, and the Class Member later claims that the Authorized Agent did not have the authority to claim an receive such amounts on its behalf,

18

the Authorized Agent, I and/or my employer will hold the Class, Counsel for the Class, Defendants, Counsel for Defendants, and the Settlement Administrator harmless with respect to any claims made by said Class Member.

_____

*Signature*                                          *Position*

_____

*Print Name*                                        *Month/Day/Year*


The following additional information is to be provided by the Individual that signs and certifies this Claim Form: I am filing this Claim Form as the authorized employee of the following Class Member or Authorized Agent for Class Member:

_____

*Name of Individual's Employer*

_____

*Business Address*              *City*              *State*              *Zip Code*

_(____)_____      _(____)_____
*Area Code – Telephone Number*        *Area Code – Fax Number*

_____

*E-mail Address*

Mail the completed Claim Form to the address listed on the reverse side, postmarked by **Month 00, 0000**

## SECTION F – CLAIM DOCUMENTATION INSTRUCTIONS

If you are claiming less than $300,000 of total purchases of all GSK Covered Drugs for the 1999-2003 period, you do not need to attach any additional information. However, even if your purchase amount is less than $300,000, you should retain the information required for claims over $300,000 because any claim may be audited.

If you are claiming $300,000 or more of total purchases of all GSK Covered Drugs you must provide documentation with your Claim Form sufficient to show the amount of purchases of each GSK Covered Drug during the period of January 1, 1999 to December 31, 2003, net of co-pays, deductibles, and/or co-insurance. In addition, inclusion of the following data fields will facilitate the claims review process, and TPP Class Members with claims in excess of $300,000 are therefore requested to provide it if practicable:

a.      J-Code or NDC Number

19

The applicable J-Code or NDC Number for each transaction. The applicable J-Codes for each GSK Covered Drug as well as a list of NDC numbers is attached hereto.

b.  Patient Identifier

A random encrypted patient identification number for each transaction, which can be used to track claims.

c.  Age

Age information (*i.e.* the difference between date of birth and date of service or date of fill, rounded down to the nearest year) for each transaction.

d.  Service and/or Fill Date

Service date will often be available for J-Code entries and fill date will be available for NDC entries. If both are available, please include.

e.  Group Number

The group number assigned to each transaction. As part of the auditing process, you may be asked to provide corresponding group name for each group number. Only the Settlement Administrator will have access to this information.

f.  Amount Billed

The billed charges or the initial amount billed by the provider or providers before any adjustments.

g.  Units

If available, the units for each transaction should be provided.

**OTHER INFORMATION**

• Finally, each TPP Class Members shall provide a list of all self-funded healthcare plans ("SFP's") or other entities for which it is authorized to make a claim, including the identity of each entity on whose behalf the TPP Class Member is authorized to act by name and by the Federal Employer Identification Number assigned to such entity by the United States Internal Revenue Service, if the TPP Class Member has this information.

• All information you provide is subject to the protective order governing this action.

Please contact the Settlement Administrator at _____ with any questions about the required claims data.

**Attachment 1 -- GSK Covered Drugs and HCPCS Codes**

| NDC | Drug | Description | HCPCS Code(s) |
|-----|------|-------------|---------------|
| **GSK Category A Drugs** | | | |
| 00029414901 | Kytril | KYTRIL INJ SINGLE DOSE VIAL 1MG/ML | J1625, J1626 |
| 00029414975 | Kytril | KYTRIL INJ SGL DOSE VIAL 1MG/ML VHA | J1625, J1626 |
| 00029415201 | Kytril | KYTRIL 1MG/ML INJECTION 4ML VIAL | J1625, J1626 |
| 00173044200 | Zofran | ZOFRAN INJ 2MG/ML 20ML | J2405 |
| 00173044202 | Zofran | ZOFRAN INJ 2MG/ML 2ML 5S | J2405 |
| 00173046100 | Zofran | ZOFRAN INJ PRMXD 32MG/50ML | J2405 |
| 00173046200 | Zofran | ZOFRAN INJ PRMXD 4MG/50ML | J2405 |
| **GSK Category B Drugs** | | | |
| 00173004535 | Alkeran | ALKERAN TAB 2MG 50S | J8600 |
| 00173013093 | Alkeran | ALKERAN I.V. INJ 50 MG | J9245 |
| 00173044901 | Imitrex | IMITREX INJ 12MG/ML 0.5ML 2S PFLD SRNG | J3030 |
| 00173044902 | Imitrex | IMITREX INJ 0.5ML 12MG/ML 5S VIALS | J3030 |
| 00173044903 | Imitrex | IMITREX INJ 12MG/ML 0.5ML2S KIT,SELFDOSE | J3030 |
| 00173047800 | Imitrex | IMITREX INJ 12MG/ML STAT DOSE RFL 2'S | J3030 |
| 00173047900 | Imitrex | IMITREX INJ 12MG/ML STAT DOSE KIT | J3030 |
| 00029415105 | Kytril | KYTRIL 1 MG TABS 20'S SUP | Q0166 |
| 00029415139 | Kytril | KYTRIL 1MG TABS 2'S | Q0166 |
| 00173026010 | Lanoxin | LANOXIN INJ 0.5MG | J1160 |
| 00173026035 | Lanoxin | LANOXIN INJ 0.5MG 2ML 50S | J1160 |
| 00173026210 | Lanoxin | LANOXIN INJ PEDIATRIC 0.1MG/ML | J1160 |
| 00173071325 | Myleran | MYLERAN TAB 2MG 25S | J8510 |
| 00173065601 | Navelbine | NAVELBINE INJ 10MG 1ML | J9390 |
| 00173065644 | Navelbine | NAVELBINE INJ 50MG 5ML | J9390 |
| 00173010793 | Retrovir | RETROVIR IV INF 10MG/ML 20ML 10 | J3485 |
| 00173038558 | Ventolin | VENTOLIN SOL INH 0.5% 5MG/ML 20ML | J7618-19, J7620, J7625 |
| 00173041900 | Ventolin | VENTOLIN NEB SOL INH    0.083% 3ML 25S | J7618-19, J7620, J7625 |
| 00173044600 | Zofran | ZOFRAN TAB 4MG 30S | Q0179 |
| 00173044601 | Zofran | ZOFRAN TAB 4MG 100S | Q0179 |
| 00173044602 | Zofran | ZOFRAN TAB 4MG 100S UD | Q0179 |
| 00173044604 | Zofran | ZOFRAN TAB 4MG 3S | Q0179 |
| 00173044700 | Zofran | ZOFRAN TAB 8MG 30S | Q0179 |
| 00173044701 | Zofran | ZOFRAN TAB 8MG 100S | Q0179 |
| 00173044702 | Zofran | ZOFRAN TAB 8MG 100S UD | Q0179 |
| 00173044704 | Zofran | ZOFRAN TAB 8MG 3S | Q0179 |
| 00173048900 | Zofran | ZOFRAN ORAL SOL 4MG/5ML  50ML | Q0179 |
| 00173056900 | Zofran | ZOFRAN ODT 4MG 5X2 30S | Q0179 |
| 00173057000 | Zofran | ZOFRAN ODT 8MG 5X2 30S | Q0179 |
| 00173057004 | Zofran | ZOFRAN ODT 8MG 5X2 10'S | Q0179 |
| 00173068000 | Zofran | ZOFRAN TAB 24MG 1S | Q0179 |
| 00173095201 | Zovirax | ZOVIRAX FOR INJECTION 1000MG 20ML 10S (C | Q4075 |
| 00173099501 | Zovirax | ZOVIRAX FOR INJECTION 500MG 10ML 10S (C# | Q4075 |
| 00173036200 | Zantac | ZANTAC INJ 25MG/ML 2ML  PFLD SRNG | J2780 |
| 00173036238 | Zantac | ZANTAC INJ 25MG/ML 2ML 10S | J2780 |
| 00173036300 | Zantac | ZANTAC INJ 25MG/ML 40ML | J2780 |

21

| 00173036301 | Zantac | ZANTAC INJ 25MG/ML 6ML | J2780 |
| 00173036339 | Zantac | ZANTAC INJ 25MG/ML 10ML | J2780 |
| 00173040700 | Zantac | ZANTAC INJ PRMXD 50MG/100ML 24S | J2780 |
| 00173044100 | Zantac | ZANTAC INJ PRMXD 50MG/50ML 24S | J2780 |