EXHIBIT B-3

SETTLEMENT NOTICE PROGRAM



KINSELLA/NOVAK

# GlaxoSmithKline
# AWP Settlement Notice Program

## In Re: Pharmaceutical Industry Average Wholesale Price Litigation,

Case No. MDL No. 1456
(CA:01-CV-12257-PBS) (D.Mass.)

2122 I S E  , NW | S  H  235 | W    N    , DC 20037
Phone: 202.686.4111 | Fax: 202.293.6961 | Email: INFO  KINSELLA    M | U  TTP://WWW.KINSELLA NOVAK  M

THE ART & SCIENCE OF LEGAL NOTIFICATION

# TABLE OF CONTENTS

|  | Page |
|---|---|
| Firm Overview | 1 |
| Relevant Case Experience | 2 |
| Technical Approach | 3 |
| Situation Analysis | 5 |
| Product Background | 6 |
| Class Definition | 7 |
| Notice Plan Overview | 8 |
| Direct Notice | 9 |
| Paid Media Methodology | 11 |
| Target Audience | 12 |
| Demographics | 13 |
| Paid Media Program | 15 |
| Newspaper Supplements | 16 |
| Consumer Magazines | 17 |
| Trade Publications | 21 |
| Print Readership | 22 |
| National Media Delivery | 23 |
| Notice Design | 24 |

© 2006 Kinsella/Novak Communications, Ltd.
Proprietary and Confidential.

| Earned Media | 25 |
| Third-Party Notice | 26 |
| Informational Web Site | 27 |
| Toll-Free Telephone Support | 28 |

Exhibit 1 – GSK Covered Drugs

Exhibit 2 – Long Form Notices

    A: TPP Notice
    B: Consumer Notice

Exhibit 3 –Newspaper Supplements by Carrier Paper

Exhibit 4 – Notice schedule

Exhibit 5 - Publication Notice samples

Exhibit 6 – List of Third-Party Organizations

© 2006 Kinsella/Novak Communications, Ltd.
Proprietary and Confidential.

# FIRM OVERVIEW

Kinsella/Novak Communications ("KNC") provides nationally recognized expertise in the design of media-based legal notification programs for class actions and bankruptcies.

The firm has designed, implemented or consulted on over 250 class actions and bankruptcies and specializes in the most complex and often precedent-setting notice efforts. National and statewide notification programs include asbestos, breast implants, consumer fraud, home siding products, infant formula, polybutylene plumbing, tobacco, antitrust securities and Holocaust claims. The firm has selected and placed over $135 million in paid legal advertising.

KNC develops advertisements, press materials, Web sites, and other notice materials bridging the gap between litigation complexities and the need for a clear and simple explanation of legal rights. In addition to designing and producing notices in "plain language", all KNC notice programs are fully compliant with Rule 23 of the Federal Rules of Civil Procedure and comparable state guidelines. The firm employs industry-recognized tools of media measurement to quantify the adequacy of the notice for the court.

© 2006 Kinsella/Novak Communications, Ltd.
Proprietary and Confidential.

*In Re Pharmaceutical Industry Average Wholesale Price Litigation: GSK Settlement*

# RELEVANT CASE EXPERIENCE

KNC has significant notification experience including consumer class actions involving pharmaceuticals.

## PHARMACEUTICAL CASES

- *State of Connecticut v. Mylan Laboratories, Inc.,*
  MDL 1290, Misc. No. 99-276 (TFH-JMF) (Lorazepam and Clorazepate)

- *In re Buspirone Antitrust Litigation,*
  MDL-1413 (S.D.N.Y.) (BuSpar)

- *In re Cardizem CD Antitrust Litigation,*
  99-MD-1278 (E.D. Mich.) (Cardizem)

- *State of Ohio v. Bristol-Myers Squibb, Co.,*
  1:02-cv-01080 (D.D.C.) (Taxol)

## OTHER SELECTED CASES

- *In re Nasdaq Market-Makers Antitrust Litigation,*
  No. M21-68 (RWS), 94 Civ. 3996 (RWS), MDL No. 1203 (S.D.N.Y.) (securities)

- *In re Compact Disc Minimum Advertised Price Antitrust Litigation,*
  MDL No. 1361 (D. Me.) (prerecorded music products)

- *In re Toys "R" Us Antitrust Litigation,*
  MDL No. 1211, Master File No. CV-97-5750 (E.D.N.Y.) (toys and other products)

- *Cox v. Shell Oil Co.,*
  No. 199,844 (Tenn. Ch. Ct., Obion County) (polybutylene pipe)

- *Naef v. Masonite,*
  No. CV-94-4033 (Ala. Cir. Ct., Mobile County) (hardboard siding)

- *In re Holocaust Victims Assets Litigation,*
  No. CV 96-4849 (Consolidated with CV-5161 and CV 97461) (E.D.N.Y.)

- *Ruff, et al. v. Parex, Inc.,*
  No. 96-CVS-0059 (N.C. Super. Ct., New Hanover County) (EIFS stucco)

- *Fettke v. McDonald's Corporation,*
  Case No. 044109 (Cal. Super. Ct., Marin County) (trans-fatty acids)

*In Re Pharmaceutical Industry Average Wholesale Price Litigation: GSK Settlement*

# TECHNICAL APPROACH

KNC's technical approach is based on its expertise as a leading provider of notice in class actions, knowledge of court-approved notice programs at the state and federal levels and years of experience in designing and implementing legal notification programs both nationally and internationally.

KNC begins by conducting detailed research on the claim that is the subject of the class action and how it is related to a population, its location and temporal characteristics. This information identifies the demographic characteristics of class members – such as age, gender, income, and education level – and the geographic distribution of potential class members. This research provides the parameters for identifying and locating class members and shapes the scope of the notice program.

Specifically, KNC:

➤ Reviews demographic and product information provided by the client or independently researched and establishes a demographic profile of the target audience. All media selections are based on this profile in order to ensure the highest reach of potential class members and frequency of message exposure.

➤ Evaluates the effectiveness of media vehicles – consumer magazines, newspapers, specialty publications, broadcast television, radio and the Internet – in reaching the target audience.

➤ Analyzes publications using syndicated data sources and tools, such as the Audit Bureau of Circulation (ABC) statements, which certify how many readers buy or obtain copies of publications, and MediaMark Research ("MRI") which measures how many people open or read publications.

➤ Examines the geographic distribution of potential class members at the level of detail necessary to determine effective geographic coverage.

➤ Selects media available during the established notice period ensuring timely notice to class members.

➤ Creates and implements all notice communications, including: published notice, print, audio and video news releases, television and radio spots, Internet advertising and Web sites.

➤ Ensures that published notices and long form notices are written in "plain language."

© 2006 Kinsella/Novak Communications, Ltd.
Proprietary and Confidential.

*In Re Pharmaceutical Industry Average Wholesale Price Litigation: GSK Settlement*

➣ Uses established advertising relationships to negotiate the deepest available discounts on national advertising and secure optimum placement with respect to the media habits of the target audience.

➣ Designs and implements an "earned media" program to further supplement the published notice through print, audio and video news releases and non-paid media outreach. Tracks and verifies all media placements and press stories developed through "earned media."

➣ Designs and maintains a Web site to enable class members to access all relevant information including long form notices, claim forms and court documents. Provides registration and email capabilities on the site.

➣ Integrates all aspects of the notification program with selected claims administrators.

➣ Provides advice, affidavits, depositions and court testimony with respect to the design and implementation of the notification program.

© 2006 Kinsella/Novak Communications, Ltd.
Proprietary and Confidential.

# SITUATION ANALYSIS

The average wholesale price ("AWP") is a published price that is often used to establish reimbursement rates for drugs. Plaintiffs claim that the Defendant, GlaxoSmithKline ("GSK"), controlled the AWP for certain drugs and caused it to be artificially high. Defendant denies these allegations.

GSK has entered into a Proposed Settlement with the Class Plaintiffs and has agreed to pay $70 million to settle these and other related claims. A $4.5 million payment to certain State Attorneys General, as well as attorneys' fees and the costs of administering the Proposed Settlement, will be deducted from the Settlement Fund before distributions to Class Members.

- 30% of the remaining fund will be distributed in cash to consumers who paid for all or part of the cost of the GSK Covered Drugs and who submit a valid claim form.

- 70% of the remaining funds will be set aside to pay the claims of insurer class members who submit a valid claim and other insurers who are members of a separate and independent group of Third-Party Payors ("TPPs") (referred to as the "Independent Settling Health Plans" or "ISHPs") who have agreed to settle their claims against GSK for a portion of the Settlement funds.

GSK denies any wrongdoing. The Proposed Settlement is not an admission of wrongdoing or an indication that any law was violated. GSK has entered into the Proposed Settlement solely to avoid further expense, inconvenience, and the burden of these litigations and any other present or future litigation arising out of the facts that allegedly gave rise to these litigations.

*In Re Pharmaceutical Industry Average Wholesale Price Litigation: GSK Settlement*

# PRODUCT BACKGROUND

The Proposed Class Settlement covers certain specific drugs manufactured by GSK and covered by Medicare Part B. The drugs are broken into two categories under the Settlement Agreement, and the settlement awards Class Members who paid for "Category A" Drugs ten times as much as Class Members who paid for "Category B" Drugs. The GSK Category A Drugs are Kytril Injectables (Granisetron HCL) and Zofran Injectables (Ondansetron HCL). Both of these products are anti-emetics which are used to treat nausea and vomiting associated with chemotherapy. The GSK Category B Drugs include Zofran and Kytril in their non-injectable forms, as well as:

- ➤ Three other oncology products -- Alkeran (melphalan), Myleran (busulfan) and Navelbine (vinorelbine tartrate)

- ➤ Two Anti-Infective/anti-viral drugs – Retrovir (zidovudine), which treats HIV, and Zovirax (acyclovir)

- ➤ A cardiovascular drug, which treats heart failure -- Lanoxin (digoxin)

- ➤ A drug that treats the central nervous system, including migraines – Imitrex (sumatroptan)

- ➤ A drug that treats respiratory ailments, including asthma – Ventolin (albuterol); and

- ➤ A drug that treats gastrointestinal ailments, such as ulcers – Zantac (ranitidine HCL).

Attached as Exhibit 1 is a chart that shows the GSK Covered Drugs, by formulation, as well as their therapeutic classes.

© 2006 Kinsella/Novak Communications, Ltd.
Proprietary and Confidential.

*In Re Pharmaceutical Industry Average Wholesale Price Litigation: GSK Settlement*

# CLASS DEFINITIONS

The proposed Class Action Settlement includes three classes: The Medicare Part B Co-Payment Class ("Medicare Co-Payment Class"), the Third-Party Payor Medigap Supplemental Insurance Class ("Medigap TPP Class") and the Consumer and Third-Party Payor Class for Payments Made for Medicare Part B Drugs Outside the Medicare Context ("Private-Payor Class").

- The <u>Medicare Co-Payment Class</u> is an individual Consumer Class consisting of all natural persons in the United States who made, or who incurred a currently enforceable obligation to make, a co-payment based on AWP for a Medicare Part B drug manufactured by GSK and listed on the GSK Covered Drugs list during the Class Period of January 1, 1991 through January 1, 2005. It also includes heirs of such persons. Excluded from the class are persons who made flat co-payments, who were reimbursed in full for any co-payments, or who have the right to be fully reimbursed for any co-payments.

- The <u>MediGap TPP Class</u> is an "entity" class that consists of all Third-Party Payors in the United States who made reimbursements for a Medicare Part B drug manufactured by GSK and listed on the GSK Covered Drugs list during the Class Period of January 1, 1991 through January 1, 2005.

- The <u>Private-Payor Class</u> includes both individual consumers and entities. The individual consumers consist of all natural persons in the United States who made, or who incurred a currently enforceable obligation to make, a payment for a physician administered drug manufactured by GSK and listed on the GSK Covered Drug list, during the Class Period of January 1, 1991 through August 10, 2006. Excluded from the class are natural persons who made flat co-payments, who were reimbursed in full for any payments or co-payments, or who have the right to be fully reimbursed for any payments or co-payments. The Private-Payor Class also includes Third-Party Payors in the United States who made reimbursements based on contracts using AWP as a reimbursement standard for purchases of a physician administered drug manufactured by GSK and listed on the GSK Covered Drug list for this same class period.

For notice purposes, the individual consumers in the Medicare Co-Payment Class and the individual consumers in the Private-Payor Class are sometimes treated together, and are sometimes referred to as Consumer Class Members. Likewise, the entities in the Medigap TPP Class and the Private-Payor Class are sometimes treated together, and are sometimes referred to as the TPP Class.

© 2006 Kinsella/Novak Communications, Ltd.
Proprietary and Confidential.

*In Re Pharmaceutical Industry Average Wholesale Price Litigation: GSK Settlement*

# NOTICE PLAN OVERVIEW

This plan is submitted by KNC in connection with *In Re Pharmaceutical Industry Average Wholesale Price Litigation*, M.D.L. No. 1456 (CA: 01-CV-12257-PBS) in the District Court of Massachusetts. The plan outlines procedures to provide notice of the GSK Proposed Class Action Settlement consistent with the requirements set forth in Rule 23 of the Federal Rules of Civil Procedure. The Notice Program is directed to all members of the four Proposed Settlement Classes, including both Consumer Class Members and TPP Class Members.

Based upon information provided by Counsel, the results of research on Class Members and their response to media and the media habits of the target audiences, the following four-part notice program is recommended:

➢ Direct notice by first-class mail to:

- All Third-Party Payors ("TPP") whose names and addresses are readily identifiable.

- Medicare Part B Beneficiaries who purchased the GSK Covered Drugs during the Class Period, whose names and last known addresses can be identified by the Centers for Medicare and Medicaid Services ("CMS").

- All callers to the toll-free information line who request a *Notice of Proposed Class Action Settlement* as a result of seeing the Publication Notice.

➢ Broad published notice through the use of paid media, including consumer magazines and newspaper supplements. Trade publications will be used to supplement the direct notice to TPPs.

➢ Earned media notice through a press release sent to major national print and electronic outlets and third-party organizations.

➢ Electronic notice through a dedicated Web site.

The Notice Program calls for different long form and publication notices tailored to (a) the TPP Class Members and (b) the Consumer Class Members. The *Notice of Proposed Class Action Settlement* designed specifically for TPPs will be sent to them ("*TPP Notice of Proposed Class Action Settlement*"). The *Notice of Proposed Class Action Settlement* designed specifically for individual Consumers will be directed to them ("*Consumer Notice of Proposed Class Action Settlement*"). The Publication Notices will be similarly tailored.

© 2006 Kinsella/Novak Communications, Ltd.
Proprietary and Confidential.

*In Re Pharmaceutical Industry Average Wholesale Price Litigation: GSK Settlement*

# DIRECT NOTICE

## THIRD-PARTY PAYORS

Direct mail notice to TPPs will consist of mailing the *TPP Notice of Proposed Class Action Settlement* (Exhibit 2A) to appropriate identifiable TPP Class Members informing them of their legal rights and how they may participate in or opt-out of the class action. The *TPP Notice of Proposed Class Action Settlement* will be sent to:

➤ Appropriate entities likely to be Class Members, in the proprietary TPP Database compiled by Complete Claim Solutions ("CCS"), the class administrator. The Database includes insurance companies, healthcare and welfare funds, employee benefit funds, third-party administrators, pharmacy benefit managers and other record keepers for noticing purposes in TPP class actions. The Database was compiled from contacting, researching and accessing the records of various databases and listings of affiliations, group insurance plans, self-insureds, ERISA funds, pharmacy benefit manager listings, etc. as follows:

- Pharmacy Benefit Management Institute;
- Benefits SourceBook;
- Managed Care Information Centers;
- Judy Diamond Associates;
- AM Best Company;
- Association of Managed Care Providers;
- Society of Professional Benefit Administrators;
- American's Health Insurance Plans;
- Self-Insurance Institute of America; and
- National Association of Insurance Commissioners.

Included in the Database are

- Approximately 29,000 companies with 100 or more employees that have self-funded (fully or partially) plans, derived from Form 5500 filings;
- 1,356 Third-Party Claim Administrators; and
- 1,300 member companies of American Health Insurance Plans that provide or administer health insurance benefits to over 200 million Americans which represent 90 percent of the managed care market (HMOs, PPOs and POSs, etc.).

The Database is regularly updated with new entries from the above sources as well as TPPs identified through other class action litigations.

*In Re Pharmaceutical Industry Average Wholesale Price Litigation: GSK Settlement*

## INDIVIDUAL MEDICARE PART B BENEFICIARIES AND DRUG CONSUMERS

All identifiable Medicare Part B Beneficiaries who, according to available CMS records, were prescribed the GSK Covered Drugs, will be mailed the *Consumer Notice of Proposed Class Action Settlement* (Exhibit 2B). Mail will be address corrected if returned and re-mailed, if possible.

## CALLERS TO THE TOLL-FREE NUMBER

All callers to a toll-free information line who request the either the *TPP Notice of Proposed Class Action Settlement* or the *Consumer Notice of Proposed Class Action Settlement* will be mailed the requested Notice. A toll-free number for this information line will prominently appear in the Publication Notice. Class Members may also download either Long Form Notice, in PDF format, from the Notice Web site.

© 2006 Kinsella/Novak Communications, Ltd.
Proprietary and Confidential.

# PAID MEDIA METHODOLOGY

KNC notice plans directed to unidentified class members (1) identify the demographics of class members and establish a target audience; (2) outline the methodology for selecting the media and other plan elements and how they relate to product usage or exposure; and (3) provide results that quantify for the court the adequacy of the notice based upon recognized tools of media measurement.

In the wake of the Supreme Court's decisions in *Daubert v. Merrell Dow Pharmaceuticals,* 509 U.S. 579 (1993), and *Kumho Tire Company v. Carmichael,* 526 U.S. 137 (1999), the reliability of a notice expert's testimony should be tested against the standards developed within the media industry for determining whether, to what degree and at what frequency a target audience has been reached. In assessing the expert's reliability, the court must determine whether the testifying expert "employs in the courtroom the same level of intellectual rigor that characterizes the practice of an expert in the relevant field," (526 U.S. at 152). That showing would likely require evidence that the expert's data and methodology are similar to that used by professionals in the relevant field.

In keeping with the *Daubert* and *Kumho* rulings, KNC employs the methodology and measurement tools used in the media planning and advertising industry for designing and measuring the adequacy of a paid media program to reach a particular audience.

Choosing a target audience encompassing the characteristics of Class Members is the first step in designing the paid media program. Media vehicles are chosen based on their ability to provide effective and cost efficient reach among the target audience. The selected media vehicles are then measured against the target audience to establish the *reach* of the media program and the *frequency* of exposure to the media vehicles. *Reach* and *frequency* estimates are two of the primary measurements used to quantify the media penetration of a target audience.

- ➢ *Reach* is the estimated percentage of a target audience reached one or more times through a specific media vehicle or combination of media vehicles within a given period.

- ➢ *Frequency* is the estimated average number of times an audience is exposed to an advertising vehicle carrying the message within a given period of time.

*In Re Pharmaceutical Industry Average Wholesale Price Litigation: GSK Settlement*

# TARGET AUDIENCES

To develop a profile of the demographics and media habits of Medicare Co-Payment Class Members and their heirs, as well as Private-Payor Class individual consumers of prescription drugs, KNC analyzed syndicated data available from the 2005 Doublebase Survey[1] from MediaMark Research, Inc. ("MRI").

MRI is the leading U.S. supplier of multimedia audience research. As a nationally accredited research firm, it provides information to magazines, television, radio, Internet and other media, leading national advertisers and over 450 advertising agencies -- including 90 of the top 100 in the United States. MRI's nationally syndicated data are widely used by these companies as the basis for the majority of the media and marketing plans written for advertised brands in the United States.

Specifically, MRI provides data on audience size, composition and other relevant factors pertaining to major media vehicles. MRI presents a single-source measurement of major media, products, services and in-depth consumer demographic and lifestyle characteristics.

Using MRI data, KNC selected three demographics that encompass Medicare Co-Payment Class Members, their heirs and consumers of prescription drugs:

- ➤ Individuals with medical insurance through Medicare ("Medicare Beneficiaries").

- ➤ Adults 18 years of age and older ("Adults 18+"), which encompasses any heirs of Medicare Beneficiaries.

- ➤ Individuals who used any branded or generic prescription drug in the last 12-months[2] ("Drug Consumers").

---

[1] The study, conducted since 1979, surveys persons 18 years of age and older in the contiguous 48 states. MRI conducts more than 26,000 personal interviews with consumers in two waves annually each lasting six months and consisting of 13,000 interviews. Produced annually by MRI, the Doublebase study consists of two full years of data drawn from over 50,000 respondents. Consumer information is recorded on 500 product/service categories, 6,000 brands and various lifestyle activities. Respondents are selected based on the ability to project their responses nationally.

[2] Although the Class Period extends beyond the past 12 months, the demographics of these consumers would not differ materially over the Class Period.

---

© 2006 Kinsella/Novak Communications, Ltd.
Proprietary and Confidential.

*In Re Pharmaceutical Industry Average Wholesale Price Litigation: GSK Settlement*

## DEMOGRAPHICS

The chart below outlines the overall demographics of the three target audiences:

| DEMOGRAPHICS | MEDICARE BENEFICIARIES | ADULTS 18+ | DRUG CONSUMERS |
|---|---|---|---|
| Male | 42.3% | 48.0% | 40.2% |
| Female | 57.7% | 52.0% | 59.8% |
| **Age** | | | |
| 18 - 24 | 2.6% | 13.0% | 9.6% |
| 25 - 34 | 2.9% | 18.4% | 14.8% |
| 35 - 44 | 4.1% | 20.7% | 19.8% |
| 45 - 54 | 6.3% | 19.0% | 20.2% |
| 55 - 64 | 10.3% | 12.8% | 15.7% |
| 65+ | 73.8% | 16.1% | 19.9% |
| **Education** | | | |
| Graduated/Attended College | 35.4% | 51.9% | 53.8% |
| Graduated High School | 25.9% | 16.4% | 14.2% |
| **Household Income** | | | |
| Under $10,000 | 10.5% | 6.2% | 5.8% |
| $10,000 - $29,999 | 43.2% | 21.7% | 20.8% |
| $30,000 - $49,999 | 23.3% | 20.9% | 20.5% |
| $50,000 - $74,999 | 12.4% | 20.2% | 20.1% |
| $75,000 - $99,999 | 10.6% | 31.1% | 37.2% |
| $100,000+ | 5.3% | 18.1% | 18.9% |
| **Ethnicity** | | | |
| Caucasian | 84.1% | 77.9% | 82.8% |
| African-American | 10.1% | 11.4% | 9.8% |
| Hispanic | 6.3% | 12.2% | 8.9% |
| Asian | 1.2% | 2.5% | 1.8% |
| **Location[3]** | | | |
| A & B Counties | 61.6% | 71.1% | 69.8% |
| C & D Counties | 38.4% | 28.9% | 30.2% |

---

[3] A Counties, as defined by A.C. Nielsen Company, are all counties belonging to the 25 largest metropolitan areas. These metro areas correspond to the MSA (Metropolitan Statistical Area) and include the largest cities and consolidated areas in the United States. B Counties, as defined by A.C. Nielsen Company, are all counties not included under A that are either over 150,000 population or in a metro area over 150,000 population according to the latest census. C Counties, as defined by A.C. Nielsen Company, are all counties not included under A or B that either have over 40,000 population or are in a metropolitan area of over 40,000 population according to the late census. D Counties are, essentially, rural counties in the Nielsen classification system of A, B, C, D counties.

---

*In Re Pharmaceutical Industry Average Wholesale Price Litigation: GSK Settlement*

The demographics of Adults 18+ and Drug Consumers are similar in age, income and education. As indicated in the chart above:

AGE

➤ Medicare Beneficiaries are considerably older than the general population of Adults 18+ and Drug Consumers. 73.8% of Medicare Beneficiaries are 65 years of age and older, while 83.9% of the general population and 80.1% of Drug Consumers consist of adults under 65 years of age.

INCOME

➤ 15.9% of Medicare Beneficiaries have an income of $75,000+ while 49.2% of Adults 18+ and 56.1% of Drug Consumers have an income of $75,000+. 53.7% of Medicare Beneficiaries have an income under $30,000 as compared to 27.9% of Adults 18+ and 24.2% of Drug Consumers.

EDUCATION

➤ Adults 18+ and Drug Consumers, as a whole, are more educated than Medicare Beneficiaries. 51.9% of Adults 18+ and 53.8% of Drug Consumers attended or graduated college while 35.4% of Medicare Beneficiaries attended or graduated college.

© 2006 Kinsella/Novak Communications, Ltd.
Proprietary and Confidential.

# PAID MEDIA PROGRAM

As indicated, direct notice will be provided to all identifiable TPPs, Medicare Co-Payment Class Members and their heirs. To supplement the TPP direct notice, ad placements in trade publications directed to TPPS will be used.

To reach unidentifiable Medicare Part B Beneficiaries, their heirs, and Private-Payor Class individual Drug Consumers, KNC recommends the use of measurable paid media. Paid media advertising is guaranteed to appear, allowing for control of the content, timing and positioning of the message, making it an invaluable part of any notice campaign. Newspapers, consumer magazines, television, radio and the Internet, among other sources, offer paid media opportunities.

In considering which media to use for this case, KNC evaluated the cost-effectiveness, exposure opportunities and reach potential of each media type. Television was not selected due to its high cost. Radio is a frequency medium best used locally. Print media was selected because of its widespread use, and its value as a credible and tangible information source which allows for extended body copy.

In choosing which placements would be best for this case, KNC reviewed all available consumer publications for the compatibility of the editorial and the creative message. Consumer magazines and newspaper supplements offer efficient and cost-effective vehicles for reaching all demographic segments of the population. Given the broad scope of the Class in this notice program and the demographics and media habits of the target audiences, consumer magazines and newspaper supplements are recommended.

*In Re Pharmaceutical Industry Average Wholesale Price Litigation: GSK Settlement*

# NEWSPAPER SUPPLEMENTS

*Parade* and *USA Weekend*, inserts known as newspaper supplements, are carried in weekend or weekly editions of 962 newspapers reaching every media major market in the country (eight newspapers carry more than one supplement). These magazines, published on newsprint, contain articles written for broad, general appeal and they encourage readership through brevity. Issues are typically less than 30 pages. For this Notice Program, newspaper supplements are recommended because of their broad geographic and demographic reach capability. They provide coverage in all 50 states and the District of Columbia. (See Exhibit 3.)

KNC recommends the following activity:



- ➤ A half-page ad (4-5/8" x 10-3/4") will be placed once in *Parade,* with an estimated circulation of 32,700,000.

- ➤ *Parade* is carried in the Sunday edition of 373 daily newspapers and is the highest circulating magazine in the world. Carrier newspapers serve major urban and suburban markets in the U.S.

- ➤ The average issue of *Parade* is read by 39.7% of Medicare Beneficiaries, 36.8% of Adults 18+ and 39.2% of Drug Consumers.

---



- ➤ A half-page ad (4-5/8" x 10-3/4") will be placed once in *USA Weekend*, with an estimated circulation of 22,700,000.

- ➤ *USA Weekend* is inserted in the weekend edition of 589 daily newspapers in major markets complementing the U.S. markets served by *Parade*.

- ➤ The average issue of *USA Weekend* is read by 27.3% of Medicare Beneficiaries, 28.0% of Adults 18+ and 25.3% of Drug Consumers.

---

# CONSUMER MAGAZINES

Thousands of consumer magazines offer national advertising opportunities. Most adults read one or more magazines during an average month and nearly three out of five adults read or look into a magazine daily. Additionally, magazines published weekly quickly accumulate readership and provide timely and efficient notice to readers. The specific consumer magazines listed below were chosen because collectively they provide excellent reach of consumers.

KNC recommends the following activity:

➤ A full-page ad (7-7/8" x 10-1/2") will be placed once in *Better Homes and Gardens,* with a circulation of 7,600,000.

➤ *Better Homes and Gardens* is published monthly and is the largest-circulation home service magazine, featuring a wide-range of home and family subjects such as food and decorating.

➤ The average issue of *Better Homes and Gardens* is read by 18.3% of Adults, 19.2% of Medicare Beneficiaries and 21.8% of Drug Consumers.

➤ A full-page ad (4-5/16" x 6-1/2") will be placed once in *Jet,* with an estimated circulation of 900,000.

➤ Published weekly, *Jet* is the leading newsweekly for the African-American community, combining national and global news with issues and information specific to the African-American community.

➤ Approximately 64% of *Jet* readers graduated college and approximately 46% of readers have a household income of $40,000+.

➤ The average issue of *Jet* is read by 3.1% of Medicare Beneficiaries, 3.8% of Adults 18+ and 3.3% of Drug Consumers.

© 2006 Kinsella/Novak Communications, Ltd.
Proprietary and Confidential.

*In Re Pharmaceutical Industry Average Wholesale Price Litigation: GSK Settlement*



- ➤ A full-page ad (5-3/4" x 9") will be placed once in *National Geographic*, with an estimated circulation of 5,000,000.

- ➤ *National Geographic* is published monthly and provides coverage encompassing people and places of the world. Major topics include culture, nature, geography, ecology, science and technology.

- ➤ *National Geographic* readers spend an average of 56 minutes with each issue and tend to be educated and upper-income.

- ➤ The average issue of *National Geographic* is read by 15.1% of Medicare Beneficiaries, 14.9% of Adults 18+ and 15.9% of Drug Consumers.



- ➤ A full-page ad (7" x 10") will be placed twice in *Newsweek*, with a circulation of 3,100,000.

- ➤ *Newsweek* is published weekly and edited to report on national and worldwide developments with news, commentary and analysis.

- ➤ The average issue of *Newsweek* is read by 9.1% of Medicare Beneficiaries, 9.2% of Adults 18+ and 9.8% of Drug Consumers.

- ➤ A full-page ad (7" x 10") will be placed three times in *People*, with an estimated circulation of 3,400,000.

- ➤ *People* covers contemporary personalities in entertainment, politics, business and other current events.

- ➤ Approximately 71% of *People* readers are female and approximately 71% are age 18-49.

© 2006 Kinsella/Novak Communications, Ltd.
Proprietary and Confidential.

*In Re Pharmaceutical Industry Average Wholesale Price Litigation: GSK Settlement*

➤ The average issue of *People* is passed-along to 10.9 or more different people.

➤ The average issue of *Parade* is read by 39.7% of Medicare Beneficiaries, 36.8% of Adults 18+ and 39.2% of Drug Consumers.

# Reader's Digest

➤ A full-page ad (4-3/4" x 6-3/4") will be placed once *in Reader's Digest*, with an estimated circulation of 10,000,000.

➤ *Reader's Digest* is a monthly compendium of selected excerpts from other publications as well as original pieces.

➤ *Reader's Digest* readers skew female and older with 61% women readers and 52% over the age of 50.

➤ The average issue of *Reader's Digest* is read by 27.3% of Medicare Beneficiaries, 18.9% of Adults 18+ and 22.1% of Drug Consumers.

# Selecciones

➤ A full-page spread ad (4-3/4" x 6-3/4" – each page) will be placed once in *Selecciones*, with an estimated circulation of 375,000.

➤ *Selecciones* is the world's leading Spanish-language magazine that combines editorial written specifically for the Hispanic market with articles from *Reader's Digest*.

# Sports Illustrated

➤ A full-page ad (7" x 10") will be placed once in *Sports Illustrated*, with an estimated circulation of 3,150,000.

➤ *Sports Illustrated* is a weekly publication that covers sporting events and personalities through in-depth articles and stories.

➢ The average issue of *Parade* is read by 6.1% of Medicare Beneficiaries, 9.6% of Adults 18+ and 8.8% of Drug Consumers.

# TIME

➢ A full-page ad (7" x 10") will be placed twice in *Time*, with a circulation of 4,034,000.

➢ *Time* is a weekly news magazine covering national and international people, places, and events.

➢ The average issue of *Time* is read by 10.1% of Adults, 9.3% of Medicare Beneficiaries and 11.0% of Drug Consumers.

---



➢ A full-page ad (7-3/4" x 10-1/2") will be placed twice in *US News & World Report*, with an estimated circulation of 2,000,000.

➢ *US News & World Report* is a weekly news magazine covering national and international people, places, and events.

➢ The average issue of *Parade* is read by 5.5% of Medicare Beneficiaries, 5.1% of Adults 18+ and 5.1% of Drug Consumers.

---

*In Re Pharmaceutical Industry Average Wholesale Price Litigation: GSK Settlement*

# TRADE PUBLICATIONS

Selected trade publications will be used to supplement the direct mail notice to TPPs as follows:



# National Underwriter

➢ A full-page ad (7" x 10") placed once in *National Underwriter Life & Health*, with an estimated circulation of 50,195.

➢ With a pass-along rate of 1.7 readers per copy, approximately 85,333 agents and brokers read the publication weekly. This includes 20,700 insurance company executives.

➢ *National Underwriter Life & Health* is the only weekly magazine serving the life, health and financial services market. It contains news and feature articles to help agents better understand products and markets, and insurance company executives identify new business opportunities. Topics covered include agency management, taxes, legislation, executive benefits, retirement planning and profitable sales ideas.

---

# HRMagazine

➢ A full-page ad (8" x 10-7/8") placed once in *HR Magazine*, with an estimated circulation of 195,528, and a readership of 547,478.

➢ *HR Magazine* is the official publication of the Society for Human Resource Management. It is written for human resources professionals and executives and to further the professional aims of both the Society and the human resource management profession. The publication features new approaches and innovative best practices in all areas of HR management and informs on new models of ways of thinking. It is designed as a forum for trends and legal issues as well as new concepts used by human resources management professionals. It has the highest readership of any human resources publication.

---

© 2006 Kinsella/Novak Communications, Ltd.
Proprietary and Confidential.

*In Re Pharmaceutical Industry Average Wholesale Price Litigation: GSK Settlement*

# PRINT READERSHIP

Readership includes both primary readers and pass-along readers. Primary readers purchased a publication or are members of a household where the publication was purchased. Pass-along readers are those who read the publication outside the home, in places such as a doctor's or dentist's office. The table below indicates the number of readers in each of the target audiences of an average issue of the magazine:

| PUBLICATION | INSERTIONS | MEDICARE BENEFICIARIES | ADULTS 18+ | DRUG CONSUMERS |
|---|---|---|---|---|
| *Better Homes and Gardens* | 1 | 4,210,000 | 39,005,000 | 19,107,000 |
| *Jet* | 1 | 670,000 | 8,134,000 | 2,923,000 |
| *National Geographic* | 1 | 3,311,000 | 31,774,000 | 13,952,000 |
| *Newsweek* | 2 | 1,994,000 | 19,668,000 | 8,605,000 |
| *Parade Carrier Newspapers* | 1 | 8,712,000 | 78,572,000 | 34,356,000 |
| *People* | 3 | 2,636,000 | 37,562,000 | 16,843,000 |
| *Reader's Digest* | 1 | 5,987,000 | 40,319,000 | 19,359,000 |
| *Selecciones** | 1 | n/a | n/a | n/a |
| *Sports Illustrated* | 1 | 1,342,000 | 20,502,000 | 7,691,000 |
| *Time* | 2 | 2,048,000 | 21,564,000 | 9,610,000 |
| *USA Weekend Carrier* | 1 | 6,151,000 | 50,537,000 | 22,131,000 |
| *US News & World Report* | 2 | 1,209,000 | 10,888,000 | 4,466,000 |

**Selecciones* is not measured by MRI and cannot be estimated with a prototype. Therefore, its contribution to the overall reach of the media is not calculated.

© 2006 Kinsella/Novak Communications, Ltd.
Proprietary and Confidential.

*In Re Pharmaceutical Industry Average Wholesale Price Litigation: GSK Settlement*

# NATIONAL MEDIA DELIVERY

The paid media program outlined above is designed to deliver the following estimated reach and frequency measurements:[4]

- ➤ An estimated 79.6%[5] of Medicare Beneficiaries will be reached with an average estimated frequency of 2.8 times, delivering 48,794,000 gross impressions.[6]

- ➤ An estimated 78.8% of Adults 18+ will be reached with an average estimated frequency of 2.9 times, delivering 485,767,000 gross impressions.

- ➤ An estimated 82.0% of Drug Consumers will be reached with an average estimated frequency of 3.0 times, delivering 215,412,000 gross impressions.

The paid media program provides Class Members with multiple exposure opportunities to media vehicles carrying the Publication Notice.

| TARGET | % OF TARGET REACHED | AVERAGE FREQUENCY | GROSS IMPRESSIONS |
|---|---|---|---|
| Medicare Beneficiaries | 79.6% | 2.8 | 48,794,000 |
| Adults 18+ | 78.8% | 2.9 | 485,767,000 |
| Drug Consumers | 82.0% | 3.0 | 215,412,000 |

(The reach of *Selecciones* is not included in these estimates because it is not measured by MRI.)

The following reach and frequency estimates reflect the combined reach of the direct mail notice at two projected levels with the media notice:

| DIRECT MAIL PERCENTAGE | TARGET | % OF TARGET REACHED | AVERAGE FREQUENCY |
|---|---|---|---|
| 50% | Medical Beneficiaries | 89.8% | 2.8 |
| 75% | Medical Beneficiaries | 94.8% | 2.8 |

The proposed Notice Program Schedule is attached as Exhibit 4.

---

[4] MRI is a sample-based survey. Therefore, estimates of audience and/or demographics from these surveys are subject to sampling and non-sampling error. The use of mathematical values from those surveys should not be regarded as a representation that they are exact to the precise mathematical value stated.

[5] The readership estimates for *Parade* and *USA Weekend* are reflective of the broader readership measurement of the newspaper carrier groups into which these supplements are inserted. A recent custom study conducted by MRI indicates that the actual readership of the supplements is less than that of the carrier papers. While this study provided directional insight into the audience, the data provided is highly variable and insufficient for use in specific computation of reach and frequency. Therefore, the use of carrier paper readership for the newspaper supplements remains the accredited methodology and standard of the industry according to MRI and the Media Research Council.

[6] Gross impressions are the total number of times a media vehicle containing the Publication Notice is seen. This is a duplicated figure, as some viewers (readers) will see several media vehicles (publications) that contain the Publication Notice.

---

© 2006 Kinsella/Novak Communications, Ltd.
Proprietary and Confidential.

# NOTICE DESIGN

## *PRINT DESIGN*

The plain language Publication Notices, specifically tailored to either the TPPs or consumer Class Members, have been designed to alert Class Members to the Proposed Class Action Settlement through the use of a bold headline (Exhibit 5). This headline will enable Class Members to quickly determine if they are potentially affected by the Proposed Class Action Settlement. Plain language text provides important information regarding the subject of the Proposed Class Action Settlement, the Class definitions and the legal rights available to Class Members.

Each advertisement will prominently feature a toll-free number, Web site and mailing addresses for Class Members to obtain the Long Form Notice and other information. The design of the Publication Notice takes into account empirical research developed over the past 30 years about how people read and assimilate information.

Recent revisions to Rule 23(c)(2) of the Federal Rules of Civil Procedure require class action notices to be written in "plain, easily understood language." KNC drafts and places plain language ads fully compliant with this revision.   The firm maintains a strong commitment to adhering to the plain language requirement while drawing on its experience and expertise to draft notices that effectively communicate with class members.

Every Publication Notice in consumer magazines will be page dominant, increasing visibility to Class Members.  Half-page ads will be used in newspaper supplements, two-thirds page and full-page ads will be used in consumer magazines and full-page ads will be used in trade publications.  After reviewing the content and special sections of each publication, the best possible position will be negotiated for placement of the Publication Notice.

# EARNED MEDIA

The thrust of the earned media program is to amplify the notice to Class Members through the use of free media. The earned media portion of this notice program will augment the paid media plan developed to reach the Classes. The third-party endorsement from reliable sources such as the news media can add immeasurable value to outreach efforts.

Outreach to print and electronic media will focus primarily on key daily newspapers, wire services, newspaper bureaus nationally and major television and radio outlets.

A press release will be distributed on US Newswire's Full National Circuit reaching over 2,000 media outlets. The press release will highlight the toll-free telephone number and Web site address that Class Members can call or visit for complete information.

© 2006 Kinsella/Novak Communications, Ltd.
Proprietary and Confidential.

# THIRD-PARTY NOTICE

KNC identified a number of organizations that provide information on diseases and conditions for which the GSK Covered Drugs are used. Exhibit 6 lists the primary indicator categories for which we were able to locate viable third-party organizations, the name of the organization and their communication vehicles. These organizations have online newsletters, trade publications, magazines and Web sites.

A press release will be sent to these organizations requesting them to disseminate the notice information to their constituencies. Follow-up phone calls will be made to encourage their participation in the notice efforts.

*In Re Pharmaceutical Industry Average Wholesale Price Litigation: GSK Settlement*

# INFORMATIONAL WEB SITE

An informational interactive Web site is a critical component of the Notice campaign. The URL is a constant information source instantly accessible to millions. The informational Web site utilizes the Internet's ability to serve as a key distribution channel and customer service bureau. Combining clean site design, consistent site navigation clues and built-in flexibility, the Web site provides Class Members with easy access to the details of the Proposed Class Action Settlement.

## CLEAN DESIGN
The site is cleanly designed for ease of use and comprehension. Web pages on the site are simple, containing words, icons, documents and images.

A directory located in a column on the left-hand side of the page provides links to the information available on the Web site.    These can include "Court Documents," "Long Form Notice," and "Questions/Links." The Web site can also feature a "Frequently Asked Questions" section answering commonly asked questions.   If necessary, it will also provide a toll-free number for individuals seeking additional information and the address or email of Class Counsel,

## CONSISTENT NAVIGATION CUES
Wherever the user goes from the homepage to another part of the site, links to the homepage and subsections remain on the left side of all pages, while the case title and cite remains fixed on top.

## BUILT-IN FLEXIBILITY
Though simply designed, the Web site is not restrictive.  The site's basic architecture enables updates and new features to be added quickly.

© 2006 Kinsella/Novak Communications, Ltd.
Proprietary and Confidential.

# TOLL-FREE TELEPHONE SUPPORT

A toll-free interactive voice response system (IVR) will be established to service Class Members calling as a result of seeing the published notice. Callers requesting the *Notice of Proposed Class Action Settlement* will be prompted to input the telephone number of the residence where they would like to receive the Notice.

The system uses an address look-up database to locate the corresponding address of the resident. A portion of the address will be read back to the caller for address verification. For successful look-ups, the caller will be asked to speak the Class Member's full name and to spell the last name. If the look-up fails, is incorrect, or the call is placed from a rotary dial telephone, the caller will be prompted to speak the potential Class Member's name, address and telephone number.

The IVR system will provide an option for callers to speak to a live operator.

© 2006 Kinsella/Novak Communications, Ltd.
Proprietary and Confidential.