# EXHIBIT H

ISHP GROUP MEMBERS LIST (with number of covered lives)

# EXHIBIT H

| ISHP Members for GSK AWP Settlement | Covered Lives as of 12/31/04 |
|---|---|
| Aetna | 13,656,000 |
| Arkansas Blue Cross and Blue Shield | 739,929 |
| BCBS Association | 4,362,284 |
| BCBS of Florida | 2,297,644 |
| BCBS of Kansas City | 831,017 |
| California Physicians' Service dba Blue Shield of California | 2,779,696 |
| CIGNA | 9,701,000 |
| Coventry Health Care, Inc. | 3,063,146 |
| Government Employees Hospital Assn. | 435,001 |
| Great-West Life & Annuity Ins. Co. | 1,794,146 |
| (The) Guardian Life Ins. Co. of America | 377,950 |
| Health Insurance Plan of Greater NY | 1,320,292 |
| Health Net, Inc. | 3,692,500 |
| HealthNow New York Inc. | 748,903 |
| Humana Health Plans | 3,305,000 |
| Inova Health Care Services | n/a |
| Inova Health System Employee Health Benefits Plan | 105,000 |
| Mid-Atlantic Medical Services | 1,951,211 |
| Noridian Mutual Insurance Co. | 440,000 |
| Oxford Health Plans | 1,462,528 |
| PacifiCare Health Systems, LLC | 3,074,353 |
| Tufts Health Plan | 707,478 |
| UnitedHealth Group (minus MAMSI and Oxford) | 16,645,862 |
| Wellpoint | 32,473,000 |
| BCBS Hawaii | 689,000 |
| BCBS Michigan | 4,704,157 |
| BCBS Minnesota | 2,632,799 |
| BCBS Tennessee | 2,557,909 |
| BCBS Vermont | 169,146 |
| Carefirst BCBS | 6,677,980 |
| Excellus Health Plan, Inc. | 1,792,270 |
| Federated Insurance Company | 112,832 |
| Healthfirst, Inc. | 252,194 |
| Medical Mutual of Ohio | 1,505,608 |
| Mutual of Omaha | 4,704,567 |
| Regence | 2,375,587 |
| Trustmark Insurance | 695,000 |
| WEA Insurance Corporation | 157,729 |
| Wellmark | 949,078 |
| **TOTAL** | **135,939,796** |