# EXHIBIT J

## Exhibit J

Pursuant to Fed. R. Civ. P. 23(e)(1)(c), Plaintiffs state that they have entered into an agreement with the IHSPs regarding allocation of attorneys fees to IHSP counsel out of any award made to Class counsel.

001534-16 123314 V1