# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| *State of Arizona v. Abbott Labs Inc., et al.*, 06-CV-11069-PBS | Judge Patti B. Saris |

## PLAINTIFF STATE OF ARIZONA'S MOTION FOR REMAND

Plaintiff, the State of Arizona *ex rel.* Terry Goddard, respectfully moves this Court for an order remanding this case to the Superior Court of the State of Arizona in and for the County of Maricopa. This motion is supported by the accompanying memorandum and Declaration of Steve W. Berman and is based upon the record, file and pleadings in this matter.

DATED: August 11, 2006.

>
> Terry Goddard
> Attorney General
> Firm State Bar No. 14000
>
>
> By   /s/ Steve W. Berman
>    Ann Thompson Uglietta
> Assistant Attorney General
> State Bar No. 013696
> Consumer Protection and Advocacy Section
> 1275 West Washington
> Phoenix, AZ  85007-2997
> Telephone:  (602) 542-8830
> Facsimile:  (602) 542-4377
> Consumer@azag.gov
>
> Steve W. Berman
> Sean R. Matt
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 1301 Fifth Avenue, Suite 2900
> Seattle, WA  98101
> Telephone:  (206) 623-7292
>
> Robert B. Carey (011186)
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 2425 E. Camelback, Suite 650
> Phoenix, AZ  85016
> Telephone:  (602) 840-5900

Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700

Grant Woods
Grant Woods PC
1726 N. Seventh Street
Phoenix, AZ 85006
Telephone: (602) 258-2599

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE**
Docket No. MDL 1456

      I, Steve W. Berman, hereby certify that I am one of plaintiff's attorneys and that, on August 11, 2006, I caused copies of **PLAINTIFF STATE OF ARIZONA'S MOTION FOR REMAND** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                   /s/ Steve W. Berman
                                  Steve W. Berman