UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| *State of Arizona v. Abbott Labs Inc., et al.*, 06-CV-11069-PBS | Judge Patti B. Saris |

**[PROPOSED] ORDER GRANTING
PLAINTIFF STATE OF ARIZONA'S MOTION FOR REMAND**

THIS MATTER is before the Court on Plaintiff State of Arizona's Motion for Remand. The Court, having considered all pleadings in support and in opposition thereto, and being fully advised in the premises, hereby

GRANTS Plaintiff State of Arizona's motion for remand and this case is REMANDED to the State of Arizona for the County of Maricopa.

Plaintiff is awarded attorneys' fees and costs in the amount of $_____.

IT IS SO ORDERED.

DATED: _____    _____
                                   Hon. Patti B. Saris
                                   United States District Court Judge

**CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE**
Docket No. MDL 1456

    I, Steve W. Berman, hereby certify that I am one of plaintiff's attorneys and that, on August 11, 2006, I caused copies of the **[PROPOSED] ORDER GRANTING PLAINTIFF STATE OF ARIZONA'S MOTION FOR REMAND** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                 **/s/ Steve W. Berman**
                                 Steve W. Berman