UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| *State of Arizona v. Abbott Labs Inc., et al.*, 06-CV-11069-PBS | Judge Patti B. Saris |

**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF
PLAINTIFF STATE OF ARIZONA'S MOTION FOR REMAND**

I, Steve W. Berman, declare under penalty of perjury under the laws United States of America that:

1. I am the managing partner of the law firm of Hagens Berman Sobol Shapiro LLP, counsel for the State of Arizona in this action, and am competent to testify to the matters herein.

2. Attached hereto as Exhibit A is a true and correct copy of the decision in *Connecticut v. GlaxoSmithKline PLC*, No. 01-12257-PBS, slip. op. (D. Mass. Sept. 30, 2003).

3. Attached hereto as Exhibit B is a true and correct copy of the decision in *Alabama v. Abbott Labs.*, No. 2:05cv647-T, slip op. (M.D. Ala. Aug. 11, 2005).

4. Attached hereto as Exhibit C is a true and correct copy of the decision in *Texas v. Abbott Labs.*, No. A-05-CA-897-LY, slip op. (W.D. Tex. Dec. 5, 2005).

5. Attached hereto as Exhibit D is a true and correct copy of the decision in *Commonwealth of Pennsylvania v. Tap Pharm. Prods.*, 2005 U.S. Dist. Lexis 19967 (E.D. Pa. Sept. 9, 2005).

6. Attached hereto as Exhibit E is a true and correct copy of the decision in *Minnesota v. Pharmacia Corp.*, 2005 U.S. Dist. Lexis 27638 (D. Minn. Oct. 24, 2005).

7. Attached hereto as Exhibit F is a true and correct copy of the decision in *Wisconsin v. Abbott Labs.*, No. 05-C-408-C, slip op. (W.D. Wis. Sept. 29, 2005).

Executed this 11th day of August, 2006 in Seattle, Washington.

                                                              s/ Steve W. Berman
                                                                Steve W. Berman

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

      I, Steve W. Berman, hereby certify that I am one of plaintiff's attorneys and that, on August 11, 2006, I caused copies of the **DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFF STATE OF ARIZONA'S MOTION FOR REMAND** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                    **/s/ Steve W. Berman**
                                    Steve W. Berman