UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>STATE OF NEVADA V. ABBOTT LABORATORIES, INC., ET AL., CA NO. CV-02-00260-ECR (Nevada I)<br><br>STATE OF NEVADA V. AMERICAN HOME PRODUCTS, ET AL., CA NO. 02-CV-12086-PBS (Nevada II) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |

### DECLARATION OF CARISA A. KLEMEYER IN SUPPORT OF DEFENDANTS' JOINT REPLY TO NEVADA'S OPPOSITION TO DEFENDANTS' JOINT MOTION FOR REDRESS FOR SPOLIATION OF EVIDENCE

I, CARISA A. KLEMEYER, hereby declare:

1. I am a member of the bar of the Commonwealth of Massachusetts and of this Court. I am an associate with Ropes & Gray LLP, and counsel to Defendants Schering-Plough Corporation and Warrick Pharmaceuticals Corporation. I submit this Declaration to place before the Court documents referenced in Defendants' Joint Reply to Nevada's Opposition to Defendants' Joint Motion for Redress for Spoliation of Evidence.

2. Attached hereto as Exhibit R.1 is a true and correct copy of excerpts from the Deposition of Emmanuel Ebo, M.D., taken on June 28, 2006.

3. Attached hereto as Exhibit R.2 is a true and correct copy of excerpts from the Deposition of Coleen Lawrence, Volume 1, taken on August 15, 2005.

1

4. Attached hereto as Exhibit R.3 is a true and correct copy of excerpts from the Deposition of Laurie Olson, taken on May 26, 2006.

5. Attached hereto as Exhibit R.4 is a true and correct copy of excerpts from the Deposition of Michael Willden, taken on March 21, 2006.

6. Attached hereto as Exhibit S is a true and correct copy of an e-mail from Siri Childs to Coleen Lawrence, dated March 5, 2002.

7. Attached hereto as Exhibit T is a true and correct copy of a spreadsheet entitled "State Pharmacy Program Comparisons," dated March 29, 2005.

8. Attached hereto as Exhibit U is a true and correct copy of an e-mail from Chuck Duarte to Mike Willden, dated January 11, 2003.

9. Under my supervision, a Litigation Support Analyst reviewed the electronic documents produced by Nevada on August 1, 2006, and estimated the number of e-mails Nevada produced for each year from 2001 through 2005 for Charles Duarte and Colleen Lawrence. For Mr. Duarte, Nevada's production included the following number of e-mail per year: 2001 (0), 2002 (207), 2003 (835), 2004 (988), and 2005 (1208). For Ms. Lawrence, Nevada's production included the following number of e-mail per year: 2001 (155), 2002 (664), 2003 (961), 2004 (1047), 2005 (772). Nevada produced no e-mails dated before May 29, 2001.

10. I declare under penalty of perjury that the foregoing is true.

/s/ Carisa A. Klemeyer
Carisa A. Klemeyer

EXECUTED this 14th day of August in Boston, Massachusetts.

**CERTIFICATE OF SERVICE**

I, Carisa A. Klemeyer, hereby certify that a true copy of the foregoing document was served upon all counsel of record in Nevada I and Nevada II electronically pursuant to Fed. R. Civ. P. 5(b)(2)(D) and CMO No. 2 on this 14th day of August, 2006, by causing a copy to be sent to LexisNexis File & Serve for posting and notification to all counsel of record.

    /s/ Carisa A. Klemeyer
Carisa A. Klemeyer