Exhibit R

# Exhibit R.1

Case 1:01-cv-12257-PBS   Document 2981-2   Filed 08/14/06   Page 3 of 45

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: PHARMACEUTICAL | ) |
| INDUSTRY AVERAGE WHOLESALE | ) |
| PRICE LITIGATION | ) |
| _____ | ) MDL DOCKET NO. |
| | ) CIVIL ACTION |
| | ) 01CV12257-PBS |
| THIS DOCUMENT RELATES TO: | ) |
| ALL ACTIONS | ) |
| | ) |
| _____ | ) |

**CERTIFIED COPY**

DEPOSITION OF

EMMANUEL EBO, M.D.

BE IT REMEMBERED that on WEDNESDAY, the 28th

day of JUNE, 2006, at the hour of 11:15 AM of said

day, at the offices of THE ATTORNEY GENERAL, 100

North Carson Street, Carson  City, Nevada, before me,

STEPHANIE ZOLKOWSKI, a notary public, personally

appeared EMMANUEL EBO, M.D.  who was by me first duly

sworn and was examined as a witness in said cause.

94

1    Leadership as a summary from Jennifer.  Part of our

2    monthly report.

3           I was not privy to this part of the email.

4    But we did discuss this topic.  It was a concern

5    there was so much potential to lose revenue in this.

6    So it came up in our meetings.

7        Q.   Do you recall -- why would you lose

8    revenue?

9        A.   I don't know if loss of revenue is the

10   right expression.

11          They had some outstanding bill claims they

12   wanted adjudicated.  They couldn't adjudicate

13   because they didn't have a way to communicate to the

14   Medicaid computer.

15       Q.   Do you know how that situation was

16   ultimately resolved?

17       A.   No.

18          Maybe we still haven't billed for it.  We are

19   out 24 months.

20       Q.   If I could direct your attention to

21   Exhibit Ebo 008.  This is also an email chain.  I

22   only want to focus, though, on the very first page,

Ebo, M.D., Emmanuel   HIGHLY CONFIDENTIAL                June 28, 2006
Carson City, NV

95

1    the last email.

2         There's an email there from Mr. Chuck Duarte

3    dated 12-31-2003, and it says, Pat, please set up

4    this meeting some time next week.  It is regarding

5    MHDS billing and egibility issues.  I need Mel,

6    Colleen someone from FHSC perhaps Mel can recommend

7    someone appropriate to follow up on this.

8         Do you recall whether there was a meeting

9    between the Medicaid Program Office and Mental

10   Health regarding this billing issue?

11        A.    I don't recall.

12        Q.    You weren't involved?

13        A.    I wasn't involved.

14        Q.    I want to go back to the email we first

15   started with here in Exhibit Ebo 008.  It was the

16   very first email you sent to Ms.  Lawrence.

17             MR. TERRY:  Exhibit Ebo 007?

18             MR. DILLON:  I'm sorry.  Exhibit Ebo 007.

19   BY MR. DILLON:

20        Q.    In the email you sent to --

21        A.    What page?

22        Q.    Page 9.

96

1      A.    I got it.

2      Q.    In the last paragraph you say please

3   include any current dispensing fees because of our

4   affiliation with the Minnesota Multi State Buying

5   Group, we have very competitive acquisition costs

6   for medications.

7         I presume that's the MMCAP we have been

8   talking about.

9      A.    That is correct.

10     Q.    Do you remember having discussions with

11  Ms. Lawrence or anyone else at the Medicaid Program

12  Office regarding your affiliation with MMCAP?

13     A.    No.  I don't recall.

14        Colleen is Medicaid if I recall.  Colleen is

15  Medicaid?

16        Yeah.  I did have such conversation with

17  Laurie Squartsoff.  At one time the Medicaid Office

18  looked at setting up State pharmacy system.

19        Again, it was a cost type of thing.  If they

20  set up a State pharmacy system then they would have

21  various retail pharmacies out there.  Retail like

22  pharmacies out there.

Case 1:01-cv-12257-PBS   Document 2981-2   Filed 08/14/06   Page 7 of 45
Ebo, M.D., Emmanuel   HIGHLY CONFIDENTIAL            June 28, 2006
Carson City, NV

97

1          The whole point was with the MCAP acquisition

2     cost being as low as it is the Medicaid group will

3     save a lot of money because all that will matter is

4     the acquisition cost which would be less than any

5     discount.

6          So at that time, yes, the office was aware of

7     my MMCAP price discounts.

8          Q.   Do you recall when that conversation with

9     Ms. Squartsoff occurred?

10         A.   Pre 2003, when she was the Medicaid

11    pharmacist.

12         Q.   Did you also have conversations with Ms.

13    Lawrence about the MMCAP?

14         A.   No.

15         Q.   Other than this email?

16         A.   Just email.

17         Again, because the dispensing fee changes

18    periodically.  It's something I called the retail

19    pharmacies out there to find out the current

20    dispensing fee.

21         Somebody had that information because it's

22    embedded in the program.  They simply change it in

98

1       the background.

2               No pharmacist recalls what the dispensing fee

3       is because it's part of the program.  Once it

4       changes they simply change their computer.

5               The dispensing pharmacist like I never knew

6       what the price was.

7               I was trying to find out what the current

8       price was.

9          Q.   If the Medicaid Program Office was to

10      contact you about what your current prices are would

11      you provide that information to them?

12         A.   It's public information.  Sure.

13              I actually provide to all my doctors unit

14      cost of all my medications.  They're fast movers so

15      they're all aware so they can prescribe responsibly.

16                   (Exhibit Ebo 009 marked for

17      identification.)

18      BY MR. DILLON:

19         Q.   Dr. Ebo, you have been handed what has

20      been marked as Exhibit Ebo 009.  This is a document

21      Bates stamped NV 017598 to NV 017615.

22              Do you recognize this document?

1  STATE OF NEVADA )
                  ) ss.
2  COUNTY OF LYON  )

3

4

5      I, STEPHANIE ZOLKOWSKI, a notary public in and
6  for the County of Lyon, State of Nevada, do hereby
7  certify:
8      That on WEDNESDAY, the 28th day of JUNE, 2006,
9  at the offices of OFFICE OF THE ATTORNEY GENERAL, 100
10  N. Carson Street, Carson City, Nevada, personally
11  appeared EMMANUEL EBO, M.D., who was sworn by me, and
12  was deposed in the matter entitled herein;
13      That said deposition was taken in stenotype
14  notes by me, a Certified Shorthand Reporter, and
15  thereafter transcribed into typewriting as herein
16  appears;
17      That the foregoing transcript, consisting of
18  pages 1 through 111, is a full, true and correct
19  transcription of my stenotype notes.
20      DATED:  At Carson City, Nevada, this 5th
21  day of July, 2006.

22

23

24        _Stephanie Zolkowski_

           _____
          STEPHANIE ZOLKOWSKI, CCR #283

25

Exhibit R.2

Coleen Lawrence                                    August 15, 2005

Carson City, NV

1

    1              UNITED STATES DISTRICT COURT

    2              DISTRICT OF MASSACHUSETTS

    3                      -oOo-

    4    In Re: Pharmaceutical

    5    Industry Average Wholesale

    6    Price Litigation              MDL No. 1456

    7                                  Civil Action No.

    8                                  01-CV-12257-PBS

    9    This Document Relates to State of   CA No. 02-CV-00260-ECR

   10    Nevada v. Abbott Laboratories, et al.,

   11    (Nevada I), and

   12    State of Nevada v. American Home

   13    Products, et al.,            CA No.02-CV-12086-PBS (Nevada II)

   14

   15              VOLUME 1 OF THE DEPOSITION OF

   16                   COLEEN LAWRENCE

   17                   August 15, 2005

   18                   Carson City, Nevada

   19

   20

   21

   22    REPORTED BY:  DEBORAH MIDDLETON GRECO, CCR #113, RDR, CRR

CERTIFIED COPY

HENDERSON LEGAL SERVICES
(202) 220 - 4158

Coleen Lawrence                                    August 15, 2005
                        Carson City, NV

                                                                143

1        Q      -- the -- that's not correct?

2        A      That's not correct.

3        Q      Some before and some after?

4        A      Correct.

5               Two very large savings initiatives were in July of

6        2002, at the same time, exact time as AWP, actually.

7        Q      And so you think that this savings figure here in this

8        chart is not just savings resulting from the reduction in the

9        EAC reimbursement formula as indicated in the title of the

10       table, but actually might include savings from the other

11       initiatives?

12       A      I don't know.  I would have to see where these numbers

13       were reported from.  I don't know where these numbers exactly

14       came from.

15       Q      Okay.  In addition to the comparison for the

16       legislative session that we just talked about and the Keith

17       Macdonald report, are you aware of any other internal studies on

18       drug pricing reimbursement?

19       A      No.

20       Q      Has the state commissioned any external studies, you

21       know, by third parties regarding drug reimbursement and pricing

22       issues?

Coleen Lawrence                                    August 15, 2005

Carson City, NV

144

1      A      No.  Not that I'm aware of.

2      Q      Other than yourself, who else at Nevada Medicaid might

3   have knowledge regarding the internal -- any internal or

4   external studies on drug reimbursement and pricing that Nevada

5   has conducted?

6      A      Just our administrator.

7      Q      How does the state determine the appropriate method

8   for determining estimated acquisition costs?

9      A      For which reimbursement methodology, which one?

10     Q      For --

11     A      Which time period?

12     Q      For -- let's talk about the time period which I think

13   you're most familiar with, kind of the -- you know, the 2002,

14   2003 time period.

15     A      We had the comparison of what other states were doing

16   at the time, and we worked with the associations out there and

17   didn't do an actual dispensing survey or ingredient cost survey.

18     Q      Didn't you conduct such a survey?

19     A      No.  We did comparative surveys of what other states

20   were doing.  We were just looking at the other states'

21   information.

22             And --

Coleen Lawrence                                    August 15, 2005

Carson City, NV

145

1     Q     Did you also --

2     A     -- compare our budget.

3     Q     Did you also look at what the federal government had

4   found in terms of actual acquisition costs?

5     A     The OIG report that I have, was familiar with, had

6   come in after we had changed our reimbursement methodology.

7           So I had not seen one except for one that was

8   titled -- when Keith Macdonald did his originally.

9     Q     But the state -- to the best of your knowledge, the

10  state didn't look at any of the OIG reports that we went through

11  earlier in this deposition in determining what an appropriate

12  actual or estimated acquisition cost would be?

13    A     No.  I had seen one during the time period with Keith

14  Macdonald.  I don't know which time period it was, and I don't

15  remember any of those ones that I had seen that you've shown me.

16          But it said, you know, that there was a higher

17  percentage.

18          And I think what it was in response to was the

19  original, Nevada Medicaid's original trying to raise it higher,

20  and CMS had come back and said this is what the average was.

21          It's with that packet of information.  It's in the

22  response from the federal government to Keith Macdonald.  And we

Coleen Lawrence                                          August 15, 2005

Carson City, NV

211

```
 1    STATE OF NEVADA      )

 2                         ) ss.

 3    COUNTY OF WASHOE     )

 4              I, DEBORAH MIDDLETON GRECO, a notary public in and for

 5    the County of Washoe, State of Nevada, do hereby certify:

 6              That on Monday, August 15, 2005, at the hour of

 7    9:44 a.m. of said day, at 198 North Carson Street, Carson City,

 8    Nevada, personally appeared COLEEN LAWRENCE, who was duly sworn

 9    by me to testify the truth, the whole truth and nothing but the

10    truth, and thereupon was deposed in the matter entitled herein;

11        That I am not a relative, employee or independent contractor of

12    counsel to any of the parties, or a relative, employee or independent

13    contractor of the parties involved in the proceedings, or a person

14    financially interested in the proceeding;  That said deposition was

15    taken in verbatim stenotype notes by me, a Certified Court Reporter,

16    and thereafter transcribed into typewriting as herein appears;

17              That the foregoing transcript, consisting of pages 1

18    through 185, is a full, true and correct transcription of my

19    stenotype notes of said deposition.

20        DATED:  At Reno, Nevada, this 23rd day of August,

21    2005.                       DEBORAH MIDDLETON GRECO

22                                CCR #113, RDR, CRR
```

HENDERSON LEGAL SERVICES
(202) 220 - 4158

# Exhibit R.3

Olson, Laurie                 HIGHLY CONFIDENTIAL                 May 26, 2006
                                    Reno, NV

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

-oOo-

-----------------------------------X

In Re:  Pharmaceutical Industry     ) MDL No. 1456

Average Wholesale Price Litigation ) Civil Action No.

-----------------------------------) 01-CV-12257-PBS

This Document Relates to:           )

All Actions                         )

-----------------------------------X

HIGHLY CONFIDENTIAL

DEPOSITION OF LAURIE OLSON

Friday, May 26, 2006

Reno, Nevada

CERTIFIED COPY

BE IT REMEMBERED that on Friday, May 26,

2006, at the hour of 8:43 a.m. of said day, at the

offices of the Attorney General, 198 North Carson

Street, Carson City, Nevada, before me, Lesley A.

Clarkson, certified court reporter, personally

appeared LAURIE OLSON, who was by me first duly sworn

and was examined as a witness in said cause.

Olson, Laurie          HIGHLY CONFIDENTIAL          May 26, 2006
                            Reno, NV

38

1          Now, no contracts have been awarded from

2    that process, and they have reissued the RFP, and

3    they are, I don't even know where they are in the

4    process right now. But I will not be on the next

5    evaluation committee.

6          Q.    Why did they reissue the RFP?

7          A.    They reissued the RFP because purchasing

8    made an error in scoring.  When they took the

9    evaluation committee's scores and put them into

10   their Excel spreadsheet, for some reason, and don't

11   ask me why, because I don't know, the scoring didn't

12   come out right, the math wasn't done right, or a

13   formula wasn't put in right or something, and so one

14   of the vendors was awarded a contract who should not

15   have been. So a decision was ultimately made that we

16   needed to just start over as a state.  And so they

17   were doing that, but I at this point am not

18   involved.

19          There were a couple of other issues, too.

20   For instance, somebody dropped off of the committee

21   who was a contract specialist, and so they didn't

22   have that kind of expertise in the process.  So

Olson, Laurie          HIGHLY CONFIDENTIAL          May 26, 2006
Reno, NV

39

1    between the fact that there was that math error and

2    the fact that they could have had better

3    representation on the evaluation committee, they

4    decided we will just start over and we will extend

5    the contracts we have for a year.

6         Q.   Who was involved in the evaluation

7    committee?

8         A.   Donna Lopez from PEBS, myself, and Betsy

9    Aiello, who works for dehickfab --

10             THE REPORTER:  Dehickfab?

11             THE WITNESS:  DHCFP.  Sorry.  Division of

12   health care finance and policy.  We sometimes call

13   it dehickfab.

14             MS. BRECKENRIDGE:  Never heard of that.

15             THE WITNESS:  Well, let me teach you a new

16   language.  We all have our business languages.  I

17   won't say that again.

18   BY MR. DILLON:

19        Q.   I'm sorry.  So it was Miss Lopez and?

20        A.   Betsy Aiello.  It's spelled A-i-e-l-l-o.

21   And she, I don't know what position she holds over

22   there right now.  I think she's a unit chief.

Henderson Legal Services
(202) 220-4158

Olson, Laurie          HIGHLY CONFIDENTIAL          May 26, 2006
                              Reno, NV

40

1          Q.   And was there anyone else on the

2     evaluation committee?

3          A.   **No, that's it.  There was supposed to be**

4     **two other people, but one of them left.  One of them**

5     **was a contract specialist, and she had left the**

6     **agency, and then there was a position that ended up**

7     **not completing the process.**

8          Q.   Why was Miss Aiello asked to be on the

9     evaluation committee?

10               MS. BRECKENRIDGE:  Objection.

11               THE WITNESS:  I don't know.  You'd have to

12    ask --

13    BY MR. DILLON:

14         Q.   You can answer.

15         A.   **You'd have to ask Chuck Duarte.  I don't**

16    **know.**

17         Q.   Who selected the people that were on the

18    evaluation committee?

19         A.   **I actually don't know who selected the**

20    **other people.  I know that my unit chief at the**

21    **time, Phil Nowak, is the one who asked me to do it.**

22         Q.   Who was responsible for putting together

LAURIE OLSON - 05/26/06

1    STATE OF NEVADA,          )

2                             ) ss.

3    COUNTY OF WASHOE.         )

4

5           I, LESLEY A. CLARKSON, Certified Court Reporter

6    for the State of Nevada, do hereby certify:

7           That on Friday, May 26, 2006, at the offices of

8    the Attorney General, 198 North Carson Street, Carson City,

9    Nevada, I was present and took stenotype notes of the

10   deposition of LAURIE OLSON, who personally appeared and was

11   duly sworn by me, and thereafter transcribed the same into

12   typewriting as herein appears;

13          That the foregoing transcript is a full, true and

14   correct transcript of my stenotype notes of said deposition.

15          Dated at Reno, Nevada, this 31st day of May,

16   2006.

17

18   _____

19   Lesley A. Clarkson, CCR #182

20

21

22

23

24

25

# Exhibit R.4

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

-o0o-

CERTIFIED COPY

----------------------------------x

In Re: Pharmaceutical Industry      ) MDL No. 1456

Average Wholesale Price Litigation ) Civil Action No.

----------------------------------) 01-CV-12257-PBS

This Document Relates to State of  )

Nevada v. Abbott Laboratories, et  )

al., CA No. 02-CV-00260-ECR        )

(Nevada I), and State of Nevada    )

v. American Home Products, et al., )

CA No. 02-CV-12086-PBS (Nevada II) )

----------------------------------x

DEPOSITION OF MICHAEL WILLDEN

March 21, 2006

Carson City, Nevada

Michael Willden                                    March 21, 2006

Carson City, NV

76

1    more of a child welfare, social services background.

2    And so frankly, Medicaid details is one of the last

3    things they would want to talk about at a national

4    association.

5          It's mostly deferred to the affiliate

6    called the, you know, Medicaid directors group.  And

7    so the Chuck Duartes and his affiliates are the ones

8    that go hash out the Medicaid, you know, policy

9    stuff.

10          And when I say generically, I mean, yes,

11   I've been there and people will say the Deficit

12   Reduction Act is passing, and here is the concerns,

13   or OBRA, and here is a concern, and then we all come

14   back and talk to our Medicaid directors to get the

15   details.

16          So, yes, I've had conversations, and they

17   were very generic conversations.

18       Q.   Did you ever, for example, discuss with

19   people from other states what their discounts off

20   AWP are?

21       A.   No, I haven't.  Could I qualify that?

22       Q.   Sure.

Michael Willden                                    March 21, 2006

Carson City, NV

77

1        **A.    I've been at presentations where people**
2   **will talk about their state, and they'll run through**
3   **what they're doing.**   You know, we have a PDL, we're
4   **doing this, we're doing that, and our pricing is AWP**
5   **minus something.**   I didn't discuss with them, but I
6   **heard them say during a presentation, here is what**
7   **our state is doing to help control Medicaid costs.**
8        Q.    Have you ever given a presentation at any
9   of these meetings?
10       **A.    No.   On -- on Medicaid?**
11       Q.    Yes.
12       **A.    No.**
13       Q.    Have you given presentations on other
14  areas?
15       **A.    Yes.   Some things I'm more comfortable**
16  **with.**
17       Q.    Like mental health or child services?
18       **A.    Welfare eligibility policy, child support**
19  **enforcement, things earlier in my career where I was**
20  **more specialized.**
21       Q.    When did you first learn about this case?
22       **A.    When did I first learn about it?   I don't**

Henderson Legal Services
(202) 220-4158

Michael Willden                                    March 21, 2006
Carson City, NV

78

1   recall the exact date.

2          You know, I would have probably been

3   served with the paperwork, so I don't know when.   I

4   recall getting the email from Chuck Duarte saying be

5   sure we don't destroy records.

6          And then my next recollection was from

7   Jeniphr calling me up, saying, hey, it's your turn

8   to be deposed.

9          And so I would assume now it's been in the

10  last month or two.

11         I know we've exchanged a number of

12  voicemails before we actually talked.

13     Q.   During your tenure as director of, call it

14  department -- HHS, did any drug manufacturers sell

15  any drugs to the Medicaid program?

16     A.   Did any drug manufacturers sell any drugs

17  -- I don't know.   You'll have to ask Chuck.

18     Q.   Do you know whether any --

19     A.   I don't know -- I guess I don't understand

20  the mechanics of how that works.

21     Q.   Okay.   So you don't know?

22     A.   I don't know.

Michael Willden                                    March 21, 2006
                        Carson City, NV

                                                              79

1        Q.   And do you know whether any drug

2   manufacturers ever advised Medicaid program about

3   what its reimbursement rate should be?

4        **A.   You'll have to ask Chuck.**

5        MR. LITOW:   I'd like to ask the court

6   reporter to mark as Exhibit Willden 001, a document

7   bearing a Bates number NV 008468.

8                (Exhibit Willden 001 marked for

9   identification)

10  BY MR. LITOW:

11       Q.   Would you take a moment, Mr. Willden, and

12  review the document, and then I'll ask you a few

13  questions.

14           Have you ever seen this document before,

15  Mr. Willden?

16       **A.   I don't recall seeing it.**

17       Q.   I'll just direct your attention to the

18  second, I guess, second paragraph.  It says, contact

19  with other staffing agencies can be initiated by

20  either strategic planning team members or by others.

21           Do you know what the strategic planning

22  team is?

STATE OF NEVADA        )
                       ) ss.
COUNTY OF WASHOE       )

I, DEBORAH MIDDLETON GRECO, a notary public in and for the County of Washoe, State of Nevada, do hereby certify:

That on Tuesday, March 21, 2006, at the hour of 1:50 p.m. of said day, at 198 North Carson Street, Carson City, Nevada, personally appeared MICHAEL WILLDEN, who was duly sworn by me to testify the truth, the whole truth and nothing but the truth, and thereupon was deposed in the matter entitled herein;

That I am not a relative, employee or independent contractor of counsel to any of the parties, or a relative, employee or independent contractor of the parties involved in the proceedings, or a person financially interested in the proceeding;

That said deposition was taken in verbatim stenotype notes by me, a Certified Court Reporter, and thereafter transcribed into typewriting as herein appears;

That the foregoing transcript, consisting of pages 1 through _168_, is a full, true and correct transcription of my stenotype notes of said deposition.

DATED:  At Reno, Nevada, this _31st_ day of March, 2006.

_Deborah Middleton Greco_
DEBORAH MIDDLETON GRECO
CCR #113, RDR, CRR

Exhibit S

```
                Washington State Senate AWP Discount Proposal(1).txt
From: Childs, Siri <CHILDSA@dshs.wa.gov>
Date: 3/5/2002 6:24:29 PM
To: 'Bauer, Ed'; 'Peggy King'; ehawkins@dch.state.ga.us; dbovell@dchealth.com;
rowlarm@
dhfs.state.wi.us; mterrebo@dhhmail.dhh.state.la.us; mclifford@dhhs.state.nh.us;
asseyj@
dhhs.state.sc.us; jfine@dhmh.state.md.us; dhillblo@dhs.ca.gov;
aruggle@dhs.state.ia.u
Subject: Washington State Senate AWP Discount Proposal

FYI:  The Washington State Senate just released their budget for this
legislative session and are proposing to reduce reimbursement to pharmacists
for Medicaid Rxs from AWP-11% to AWP-14% on single source and AWP-50% on
multi source drugs.

Sorry, Ed, to jump in on your email, but thought everyone might be
interested in the latest news regarding Washington's proposal to adopt the
national OIG discounts.
Siri

-----Original Message-----
From: Bauer, Ed [mailto:Ed.Bauer@state.me.us]
Sent: Tuesday, March 05, 2002 5:37 AM
To: 'Peggy King'; ehawkins@dch.state.ga.us; dbovell@dchealth.com;
rowlarm@dhfs.state.wi.us; mterrebo@dhhmail.dhh.state.la.us;
mclifford@dhhs.state.nh.us; asseyj@dhhs.state.sc.us;
jfine@dhmh.state.md.us; dhillblo@dhs.ca.gov; aruggle@dhs.state.ia.us;
cdtepper@dhs.state.nj.us; DShepher@dmas.state.va.us;
susanmccann@dmsmail.momed.com; RASHLEY@dhs.state.ut.us;
joeco@dpw.state.pa.us; childsa@dshs.wa.gov; markp@dss.state.sd.us;
cynthia.denemark@eds.com; mshirley@fssa.state.in.us;
coleenl@govmail.state.nv.us; pavartist@gw.dhs.state.ri.us;
dcampana@health.state.ak.us; mrb01@health.state.ny.us;
john.franklin@hhss.state.ne.us; DuerrG@idhw.state.id.us;
AIDD2958@mail.idpa.state.il.us; Debra.Bahr@mail.state.ky.us;
lsullivan@mail.tn.state.us; lljones@medicaid.state.al.us;
suzette.bridges@medicaid.state.ar.us; phrrm@medicaid.state.ms.us;
rhomar@missc.state.mo.us; jbuska@mt.gov; pjeffrey@nt.dma.state.ma.us;
reidr@odhs.state.oh.us; NesserN@ohca.state.ok.us;
james.zakszewski@po.state.ct.us; MHO@srskansas.org;
allen.chapman@state.co.us; Bauer, Ed; Kenyonj@state.mi.us;
Cody.C.Wiberg@state.mn.us; sojoyb@state.nd.us; neal.solomon@state.nm.us;
Jesse.Anderson@state.or.us; SWHALE@state.wy.us;
martha.mcneill@tdh.state.tx.us; Wallace-Brodeur, Paul
Subject: RE: State MAC list


Peggy, here is Maine's MAC list under the heading
of Pharmacy PA at this web site
http://www.ghsinc.com/home.html

Ed

Edward W.Bauer III, BS, Pharm.D., CGP
Director of Pharmacy
Department of Human Services, Bureau of Medical Services
11 State House Station
Augusta, Maine 04333-0011

Tel: 207.287.4018
Fax: 207.287.8601
e-mail: ed.bauer@state.me.us
                        Page 1
```

Washington State Senate AWP Discount Proposal(1).txt

-----Original Message-----
From: Peggy King [mailto:pking@wvdhhr.org]
Sent: Friday, March 01, 2002 10:21 AM
To: ehawkins@dch.state.ga.us; dbovell@dchealth.com;
rowlarm@dhfs.state.wi.us; mterrebo@dhhmail.dhh.state.la.us;
mclifford@dhhs.state.nh.us; asseyj@dhhs.state.sc.us;
jfine@dhmh.state.md.us; dhillblo@dhs.ca.gov; aruggle@dhs.state.ia.us;
cdtepper@dhs.state.nj.us; DShepher@dmas.state.va.us;
susanmccann@dmsmail.momed.com; RASHLEY@doh.state.ut.us;
joeco@dpw.state.pa.us; childsa@dshs.wa.gov; markp@dss.state.sd.us;
cynthia.denemark@eds.com; mshirley@fssa.state.in.us;
coleenl@govmail.state.nv.us; pavartist@gw.dhs.state.ri.us;
dcampana@health.state.ak.us; mrb01@health.state.ny.us;
john.franklin@hhss.state.ne.us; DuerrG@idhw.state.id.us;
AIDD2958@mail.idpa.state.il.us; Debra.Bahr@mail.state.ky.us;
lsullivan@mail.tn.state.us; lljones@medicaid.state.al.us;
suzette.bridges@medicaid.state.ar.us; phrrm@medicaid.state.ms.us;
rhomar@missc.state.wy.us; jbuska@mt.gov; pjeffrey@nt.dma.state.ma.us;
reidr@odhs.state.oh.us; NesserN@ohca.state.ok.us;
james.zakszewski@po.state.ct.us; MHO@srskansas.org;
allen.chapman@state.co.us; ed.bauer@state.me.us; Kenyonj@state.mi.us;
Cody.C.Wiberg@state.mn.us; sojoyb@state.nd.us; neal.solomon@state.nm.us;
Jesse.Anderson@state.or.us; SWHALE@state.wy.us;
martha.mcneill@tdh.state.tx.us; paulw@wpgate1.ahs.state.vt.us
Subject: State MAC list


Hi, All:
We are gearing up to start a state MAC program.  Is it possible to get a
copy of your state MAC lists?  I would greatly appreciate it.
Thanks

Peggy A. King, R.Ph.
Bureau for Medical Services
350 Capitol Street, Room 251
Charleston, WV  25301-3707
Phone: (304) 558-5963
Fax: (304) 558-1542

Exhibit T

## State Pharmacy Program Comparisons

| STATE | Website (Click on link or to access state's website) | FDL / PDL Contractor Name of State - admin., incl. "PBM"? | Supp. Rebates (Yes or No) | List of Exclusions from PDL (if applicable) | PDL Document? | Are Exclusions A Result of Agency Policy or Legislative Mandate? | Reimbursement Formula | Disp. Fee | Co-Payment | Max Days Supply Per Rx | Monthly Rx Limit For Adults? | DUR Program | Non Therapy / PA Program? (Yes, list drugs or therapeutic classes) | Generic Cost Containment Prog? | Lockable Program | State MAC Program |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALABAMA | http://www.medicaid.state.al.us | Yes. State | Voluntary supp. Rebates | Anti-phychotics, anti-retrovirals | No | Legislative mandate | WAC+9.2% or AWP-10% | $5.40 | $0.50 to $3.00 depending on cost of drug | 34 days | 4 brands per month | | | Yes | Yes | Yes |
| ALASKA | http://www.hss.state.ak.us/dhcs | Yes. First Health | Yes | | | | AWP-5% | $3.45 - $11.46 | | 30 days | | Yes | | Yes | Yes | No |
| ARIZONA (data pertains to FFS population only; most AZ recip. in MCOs) | http://www.ahcccs.state.az.us/shtml/ | N/A (Managed Care) | N/A | N/A | N/A | N/A | AWP-15% | $2.00 | N/A (Managed Care) | 30 days or 100 units | N/A (Managed Care) | Yes | YES. Leukotrine inhibitors, Renagel, Remicade, PPI's, Statins, ARB's, SSRI's | N/A (mgd care) | N/A (mgd care) | Yes |
| ARKANSAS | http://www.medicaid.state.ar.us/ | Yes. State and College of Pharmacy | Yes | None | No | N/A | AWP-14% for brand; AWP-20% for generics | $5.51; $2.00 for non MAC'd generics | $0.50 to $3.00 depending on cost of drug | 31 days' supply | 3 Rxs per month with a maximum of 3 Rx overrides (absolute limit of 6 Rx/month) / Assisted living waiver patients 9 Rx/month | | | yes | Yes | Yes |
| CALIFORNIA | http://www.medi-cal.ca.gov | List of Contract Drugs | | | | | AWP-17% | $7.25; $6.00; USC | | 100 days' supply | 6 Rxs (exclude AIDS & cancer drugs) | Yes | In development phase | | No | Yes |
| COLORADO | http://www.chcpf.state.co.us/ | No. N/A | N/A | N/A | N/A | N/A | AWP-13.5% (brand) AWP-35% (generic) | $4.00 | $3.00 for brands; $1.00 for generics. | 30 days' supply and 100 days' supply for maintenance drugs | No monthly limit (8 Rx limit suspended 6-03) | | Yes. Only PPI's have step therapy component | Yes | Yes | only on Cetagnine |
| CONNECTICUT | http://www.dmedfcaidprogram.com/ | Waiting for CMS approval (Jan-Feb 05?) | N/A | N/A | | N/A | AWP-12% | $3.15 | None | 30 days' supply for non-maint drugs | No monthly limit | Yes | | No | Yes | Yes |
| DISTRICT OF COLUMBIA | http://www.dchealth.dc.gov | Under developm. N/A | N/A | N/A | | N/A | AWP-10% | $4.50 | $1.00 | 31 days' supply | No monthly limit | Yes | | | | |
| DELAWARE | http://www.dmap.state.de.us/home/index.html | No. N/A | N/A | N/A | | N/A | AWP-14% or 16% | $3.65 | None | 34 days' supply or 100 dosing units | No monthly limit | Yes | CNS stimulants; anti depressants; Provigil | Effective 1/05 | Yes | Yes |

NV 044109

State Pharmacy Program Comparisons

| STATE | Website (Click on link to access state's website) | PDL/ Formulary ("State administered" OR "State/ Contractor administered state") | MAC Program (Yes or No) | Drug Exclusions from PDL/ if applicable | Exclusions A Result of Agency Policy or Legislative Mandate? | Reimbursement Formula | Disp. Fee | Co-Payment | Max. Days' Supply Per Rx | Monthly Rx Limit For Adults | PA Program | Step Therapy or PA Program? If Yes, list drugs, or therapeutic classes. | Quant. Limits For Drug? | Lock-In Program | Drug MAC Program? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FLORIDA | http://www.fdhc.state.fl.us | Yes. State | Yes | Mental Health, HIV specific anti-retrovirals, contraceptives, diabetic supplies | No | Legislative mandate: MH & HIV. Policy: contracept. | Lower of: AWP-15.4% or WAC + 5.75%, or state MAC or federal MAC or the usual and customary | $4.23 | This issue on hold as of October 2004 — 0 but planned coinsurance of 2.5% for first $300 starting January 2004 | 34 days' supply | No monthly limit for generics; 4 brand Rxs per month – PA req'd for brand (too beyond the limit of 4 (unlimited # of prior authorizations), mental health drugs, diabetic supplies, family planning pds are exempt from any monthly limitation | Yes | No, but considering | Yes | Yes | Yes |
| GEORGIA | http://www.community health.state.ga.us/ | Yes. Express Scripts (PA services and Clinical Development) AND First Health for Contracting | Yes | Cancer, HIV/AIDS drugs | Some | | AWP-11% or most favored price | $5.13 for generics / $4.63 for brands | $0.50 for generics or preferred drugs; 1.00 – 3.00 all others based on ingredient cost | 34 days' supply | 5 Rxs per month for adults and 6 Rxs per month for children; unlimited overrides for both adults & children | Yes | Non PDL drugs (numerous) | Yes | Yes | Yes |
| HAWAII | http://www.state.hi.us/dhs/ | Yes. First Health | Yes | | No | | AWP-10.5% | $4.67 | N/A | 30 days' supply or 100 units for oral, 50 gm or 50 ml | No monthly limit | Yes | Preferred agents should be tried first; COX-2's require PA | Yes | Yes | Yes |

NV 044110

State Pharmacy Program Comparisons

| STATE | Website (Click to go to access state's website) | PDL/ PDL Contractor Name (If State admin.? Or State) | Supp. Rebates (Yes or No) | List of Exclusions from PDL (if applicable) | PDL Enactment | Exclusions A Result of Agency/ Policy or Legislative Mandate? | Reimbursem't Formula | Disp. Fee | Co-Payment | Max. Days' Supply Per Rx | Monthly Rx Limit For Adults | PA? (Yes or No) | Step Therapy / PA Program? (Yes, list drugs or therapeutic classes) | Quant Limits For Chronic Drugs? (Yes or No) | Lock-In Program | State MAC Program |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IDAHO | http://www2.state.id.us/dhw/medicaid/index.htm | Yes-Enhanced Prior Authorization Program (EPAP). Supplemental rebate portion: Region/ABC. Other components managed by State, smart PA technology contracted to ACS-Heritage via EDS subcontract | Yes | N/A | | N/A | Lower of AWP-12%, SMAC, FUL or usual/customary | $4.94; $5.54 for unit dose | None | 34 days' supply excluding birth control, oral iron, cardiac glycosides, thyroid relacement hormones, prenatals w/ flouride - which are 100 days' supply | None | Yes | Part of PA program for select drug classes | Yes | Yes | Yes |
| ILLINOIS | http://www.dpaillinois.com/ | Yes. State | Yes | Antiretrovirals, antihemophilic factor, anticonvulsants, antitineoplastic unless approved by state legislature | State Law | | Medicaid: AWP-12% (brand) AWP-25% (generic) SeniorCare: AWP-14% (brand) AWP-25% (generic) | Medicaid: (generic) $3.40 (brand) SeniorCare: $2.25 (all) | Medicaid: $0.00 (generic) $3.00 (brand) SeniorCare: $1.00 (generic) $4.00 (brand) | 30 days' supply excluding birth control, prenatal vits., etc. | No monthly limit | Yes | Non-sedating antihistamines and PPI's | max days' supply, max daily dose and monthly limits | | Yes |
| INDIANA | http://www.indianamedicaid.com | Yes. ACS | Yes | CNS drugs on PDL | Legislation | | AWP-13.5% (brand) AWP-20% (generic) | $4.90 | $3.00 | 34 days' supply excluding maintenance | N/A | Yes | Some - see web | 34 days' supply, max daily dose and monthly limits | Yes | Yes |

NV 044111

State Pharmacy Program Comparisons

| STATE | Website (Click on link to access state's website) | FDL / PDL Contractor (Name of state's contractor if applicable) | Rebate (Yes or No) | Drug Exclusions from PDL (if applicable) | Exclusions A Result of Applying Policy or Legislative Mandate | Reimbursement Formula | Disp. Fee | Co-Payment | Max. Days' Supply Per Rx | Monthly Rx Limit For Adults | PA Required | Step Therapy PA Program? If Yes, list drugs or therapeutic classes. | State law prohibits require-ments re. beneficiary must utilize or fail a drug regimen prior to coverage. | Diabetic Test Strips | Lipid/Rx Program | State WIC Program |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IOWA | http://www.dhs.state.ia.us/ | Yes. Effective Jan. 15, 2005, GHS Data Management | Yes | HIV/AIDS; cancer; transplantation & drugs to treat mental illness | possibly | Legislative mandate for all exclusions | AWP-12% | $4.26 | $1.00 generic; $3.50 to $3.00 brand depending on the cost of the drug | 30 days supply except some maintenance drugs allowed 90 days supply | no monthly limit | yes | Topical anti-acne (BP trial); Tretinoin (BP + pathological ATB); PPI's (H2 trial); Isotretinoin (po tretinoin); ATB + top. tretinoin); Generic before brand & single source | | yes | yes | yes |
| KANSAS | http://www.srskansas.org/hcp/medicalpolicy/MRmain.html | Yes. | | drugs used to treat mental illness | No | Legislative mandate for exclusion of MH drugs | AWP-13% (brand) AWP-27% (generic) | $3.40 | $3.00 | 31 days' supply | Limit of 5 single-source drugs per calendar month with many exclusions including children, AIDS drugs, atypicals, antihemophilic drugs, chemo drugs, etc. | Yes | | No. State law prohibits require-ments re. beneficiary must utilize or fail a drug regimen prior to coverage. | Yes | Yes | Yes |
| KENTUCKY | http://www.chs.ky.gov/dms/ | Yes. | | N/A | N/A | | AWP-12% | $4.51 | $1.00 | 32 days' supply; for certain drugs-3 months' supply or 100 dosage units, whichever is greater. | No monthly limit | Yes | | | Yes | Yes | Yes |
| LOUISIANA | http://www.lamedicaid.com/provweb1/default.htm | Yes. Provider Synergies LLC | Yes | HIV/AID drugs, atypical antipsychotics | Legislative Mandate | AWP-13.5% for independent pharmacies; AWP-15% for chain pharmacies | $5.77 | $0.50 to $3.00 depending on cost of drug | 30 days' supply or 100 dosage units whichever is greater | 8 Rxs per month with unlimited number of overrides | Yes | No | | Yes | Yes | Yes |
| MAINE | http://www.state.me.us/bms/bmshome.htm | Yes. GHS Data Management | Yes | N/A | Yes | | AWP - 15% | $3.35 | $2.50 | 34 days' supply | 5 brand limit for people in certain supervised settings | Yes | Yes | | Yes | Yes | Yes |

NV 044112

State Pharmacy Program Comparisons

| STATE | Website (link to access state's website) | PDL per Contractor (Name of State admin. the PDL?) | Supp. Rebate (Yes-per PDL?) | List of Exclusions from PDL (if applicable) | PDL availability | Is there a Manual Agency Policy or Legislative Mandate? | Reimbursement Formula | Disp. Fee | Co-Payment | Max. Days' Supply Per Rx | Monthly Rx Limit For Adults | Any PBM? | Step Therapy or PA Programs? Yes, list drugs or therapeutic classes | Does PDL include Generics | Locked In Program | State MAC Program? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MARYLAND | http://www.dhmh.state.md.us/mcma/mmaho me.html | Yes. Provider Synergies LLC | Yes-10/1/03 | Atypical Anti-psychotics, Anti-retrovirals | | Agency Policy | WAC+ 8% or DP + 9% or AWP-12% | $3.69 for PDL & generics; $2.69 for brands | $1.00 for generics; $2.00 for brands | 34 days' supply; 100 days' supply for maintenance drugs | No monthly limit | | Yes. NSAIDs, COX-2's, Ranage | | Yes | No | Yes |
| MASSACHUSETTS | http://www.state.ma.us/dma/ | Yes. | N/A | only for life of Rx written prior to effective date of PDL drug | | N/A | WAC+5% (equal as approx. to AWP minus 16% for brands) | $3.00 | $3.00 for brands; $1.00 for generics. Co-pay cap of $200 per member per year | 90 days' supply | No monthly limit | Yes | | | Yes | Yes | Yes |
| MICHIGAN | http://www.michigan.gov/mdsh | Yes. First Health | Yes. since 2002. | see PDL www.michigan.fhsc.com | | No | AWP-13.5% for independent pharmacies; AWP-15% for chain pharmacies (>5 stores) | $3.77 | $1.00 | maintenance 100 days; all others 34 days max | None | | Electronic clinical edits looking for prior use of first-line Rx before authorizing selected products such as Emend®, Singulair® for allergic rhinitis | | Yes | Yes | Yes |
| MINNESOTA | http://www.dhs.state.mn.us/main/groups/b usiness_partner/documents/pub/dhs_id_0 09293.hcsp | Yes. First Health | Yes | blood clotting factors (plus, grandfathering must be permitted for atypical antipsychotics) | Only for atypical antipsychotics | Legislative Mandate | AWP - 11.5% | $3.65 | $1.00 Generic and $3.00 Brand. There is a $20/month cap on co-payments. Antipsychotics excluded from copay. | 34 days supply effective 10/1/03 | None | yes | no | | Yes | Yes | Yes |
| MISSISSIPPI | http://www.dom.state.ms.us/ | Yes. State | Yes, developing | SR analgesics, psychotropic, hematopoietic agents, antiretrovirals | | Agency policy | AWP-12% | $3.91 | $1.00 for generics; $2.00 for brands on PDL; $3.00 for brands | 5 Rxs per month with a maximum of 2 Rx overrides (absolute limit of 7 Rxs/month) | | PPI's; COX-2's; Enbrel; brand name multisource | | soon to be implemented | Yes (under development) | |

NV 044113

State Pharmacy Program Comparisons

| STATE | Website (Click on link to access state's website) | PDL/PDC Contractor Name (if State contracted out?) | State Rebates (Yes or No) | A List of Exclusions from PDL (if applicable) | Carve-outs | Exclusions A Result of Agency, Policy or Legislative Mandate | Reimbursement Formula | Disp. Fee | Co-Payment | Max. Days' Supply Per Rx | Monthly Rx Limit For Adults | PA Program | Step Therapy or PA Program? Yes, 1st drugs for therapeutic classes | Global (Least of Cost) Therapy? | Uses AdjProgram | State MAC Program |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MISSOURI | http://www.medicaid.state.mo.us/ | Yes. First Health | Yes | No mental health drugs | | Legislative mandate | N/A | AWP-10.43%; WAC=10%; MAC/FUL; UCR | $4.09 + $3.95 enhanced fee subject to provider tax | $.50 - $2.00 | 31 days' supply | No monthly limit | | Yes. H2's, PPI's, NSAID's, COX-2's, statins, ACE, SA Opioids, Non-sed. antihist., & more in process. Also, brand name drugs | Yes | Yes | Yes |
| MONTANA | http://www.dphhs.state.mt.us/hpsd/medicald/ | Yes. First -Health | Yes | None | | | N/A | AWP-15% | Variable $2.00-$4.70. Out of state providers are $3.50 | 5% of the Medicaid allowable between $1.00 and 5.00. $5.00 cost share cap per Rx and $25 cost share cap per month | 34 days' supply | No monthly limit | Yes | | Yes | Yes | No |
| NEBRASKA | http://www.hhs.state.ne.us/mediphsrm/ | No. N/A | N/A | N/A | | N/A | N/A | AWP-11% | $3.27-$5.00 | $2.00 | 90 days' supply | No monthly limit | | Yes. PPI's, low-sedating antihistamines, leukemia pds, branded COX-II's (to control usage of Mobic & Arthrotec due to PA on COX-2's). | Yes | Yes | Yes |
| NEVADA | http://www.dhcfp.state.nv.us/ | Yes. First Health | Yes | Anti-psychotics, anti-hemophilia, anti-diabetics, anticonvulsants, HIV/AIDS, immunosuppressants | | Yes | Legislative mandate | AWP-15% | $4.76 | None | 34 days' supply for Non maintenance drugs, 100 days' supply for maintenance drugs | No monthly limit | Yes | Yes. PPI's and COX-2's | Yes | Yes | Yes |

NV 044114

State Pharmacy Program Comparisons

| STATE | Website (Click on a link to access a state's website) | PBM, PDL Contractor (Name of the state's admin contractor (PBM)) | Supp. Rebates (Yes or No) | Exclusion from PDL? | | An Exclusion A Result of Agency Policy or Legislative Mandate? | Reimbursement Formula | Disp. Fee | Co-Payment | Max. Days Supply Per Rx | Monthly Rx Limit For | PA | Step Therapy PA Program? Yes, list drugs or therapeutic classes | Quantity Level Limit Program | Lock-In Program | State MAC Program |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW HAMPSHIRE | http://www.dhhs.state.nh.us/DHHS/MEDICAIDPROGRAM/default.htm | Yes. | | | | | AWP-12% | $2.50 | $0.50 Generic $1.00 Brand | 34 days' supply for Non maintenance drugs, 90 days for maintenance drugs | No Limit | Yes | | Yes | Yes | Yes |
| NEW JERSEY | http://www.state.nj.us/humanservices/dmahs/dhsmed.html | No. N/A | N/A | N/A | N/A | N/A | AWP-12.5% | $3.96 | None | 34 days or 100 units whichever is greater | None | Yes | | No | Yes | No |
| NEW MEXICO | http://www.state.nm.us/hsd/mad/index.html | Under developmt. N/A | N/A | N/A | N/A | N/A | AWP-14% | $3.65 | $2.00 Working Disabled & SCHIPS only | 34 days; 90 days for maintenance Rxs; 365 days for birth control | no limit | Yes | | No | Yes | Yes |
| NEW YORK | http://www.health.state.ny.us/nysdoh/medicaid/medicaid.htm | No. N/A | N/A | N/A | N/A | N/A | For brands AWP-12.75% for generics AWP-16.5% | $3.50 Brand $4.50 Generic | $2.00 Brand, $.50 Generic, $.50 OTC, some exceptions (under 21, pregnant residents, psychotropic drugs, & drugs used to treat TB) | Max by Quantity Only | Yearly Rx Limit (Not by month) | Yes | No | Yes | Yes | Yes for OTCs in development for Rx |

NY 044115

State Pharmacy Program Comparisons

| STATE | Website (Click on link to access state's website) | PDL/ PDL Contractor (None if State "PDL", Clinic, etc. State) | Supp. Rebates (Yes or No) | Cancer Exclusions from PDL (if applicable) | Exclusions (A Result of Agency Policy or Legislative Mandate)? | Reimbursement Formula | Disp. Fee | Co-Payment | Max. Days' Supply Per Rx | Monthly Rx Limit For Adults | PA Program | Step Therapy/ PA Program? Yes, list drugs or therapeutic classes. | Quantity Limits/ Per Claim/ Daily | Lock-In Program | State MAC Program |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NORTH CAROLINA | http://www.dhhs.state.nc.us/dma/home.htm | No PDL. NC has a voluntary Prescription Advantage List (PAL) which guides prescribers to less expensive meds when possible & clinically appropriate. (See next column for link to PAL.) PAL includes costly therapeutic classes of drugs. Drugs in each class are ranked (Tiers 1,2,3) in order from least to most expensive. No supp rebates. No PDL, therefore no PDL exclusions, grandfathering. | | http://www.dhhs.state.nc.us/dmal/pallist.pdf | | AWP-10% | $5.60 for generics & selected OTCs; $4.00 for brands; No dispensing fee for same month refills. | $1.00 for generics & selected OTCs; $3.00 for brands. | 34 days' supply; 3 mos. supply - oral contracep & HRT dialpaks; 90 days' supply - generic, Non-controlled, maintenance Rxs with a previous 30-day fill of the same medication. The claim will pay only at either the Federal or State MAC. | 6 Rxs per month with unlimited number of overrides | Yes | No | Yes | Yes | Yes |
| NORTH DAKOTA | http://www.state.nd.us/humanservices | No. N/A | | N/A | N/A | AWP-10% | $5.60 for generics; $4.60 for brands | $3.00 brands | 34 days' supply | No monthly limits | Yes | No | Yes | Yes | Yes |
| OHIO | http://www.state.oh.us/odjfs/ohp/ | Yes. First Health | Yes | mental health drugs, HIV/AIDS | legislative | WAC+5% | $3.70 | $3.00 for PA drugs | 34-102 days' supply | No monthly limits | Yes | | Yes | Yes | Yes |
| OKLAHOMA | http://www.ohca.state.ok.us | Yes. State | Yes | Some | | AWP-12% | $4.15 | $1.00 to $2.00 depending on cost of Rx | 34 days' supply unless on maint list; maint list drugs 100 units | 6 with 3-brand cap + 7 generic HCBW | yes | Yes. ACEI, CCB, ADHD, SSRI, PPI, NSAIDS | yes | Yes | yes |
| OREGON | http://www.dhs.state.or.us | Yes - Voluntary | Yes | Mental Health, Cancer and HIV drugs | N/A   legislation | AWP-15%Retail- AWP-11% Institutional | $3.50 / $3.91 | $2.00 Generic, $3.00 Brand | 90 days' supply on some maintenance & mailorder | No | Yes | Soon | Yes | Yes | Yes |
| PENNSYLVANIA | http://www.dpw.state.pa.us/omap/dpwomap.asp | No. N/A | No | N/A | N/A | AWP-10% | $4.00 | $1.00 | Greater of 34 days' supply or 100 units | None | Yes | PPIs, COX-2s, ED, brand NSAIDs, MSBs, OxyContin | Yes | Yes | Yes |
| RHODE ISLAND | http://www.dhs.state.ri.us/ | No. N/A | No | N/A | N/A | WAC+5% | $2.85 LTC; $3.40 Ambulatory | None | 30 days' supply for non-maintenance drugs | None | Yes | | Yes | Yes | No |

NY 044116

Revised March 29, 2005

State Pharmacy Program Comparisons

| STATE | Website (click on Link to access State's website) | PDL? Contractor Name (if Public administra- tors, "State") | Supp. Rebates (Yes or No) | List Exclusions from PDL (if applicable) | PDL Grandfathering | Are Exclusions Result of Agency's Policy or Legislative Mandate? | Reimburse- ment Formula | Disp. Fee | Co-Payment | Max. Days' Supply Per Rx | Monthly Rx Limit For Adults | PA Program | Step Therapy PA Program (if applicable) | Quant. Limits For Certain Drugs or therapeutic classes | Local Program | State MAC Program |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOUTH CAROLINA | http://southcarolina.fhsc.com/ | Yes. First Health | Yes | mental health drugs, cancer drugs, HIV/AIDS | | Legislature | AWP-10% | $4.05 | Medicaid - $3.00 SILVERSCRIPT(SD) - $10 (generic); $15 (brand) $21 (PA drug) | 34 days' supply | 4 Rxs per month with unlimited number of overrides (some drug classes are not overridable) | | Yes. PPI's, COX-2's, brand name drugs | Yes | Yes | Yes |
| SOUTH DAKOTA | http://www.state.sd.us/social/Medical/ | No. N/A | | N/A | Some grandfathering | N/A | AWP-10.5% | $4.75 | $2.00 | 34 days' supply | No monthly limit | No | | No | No | Yes |
| TENNESSEE (TennCARE) | http://www.tennessee.gov/tenncare/ | Yes. First Health | Yes | mental health drugs, cancer drugs, HIV/AIDS | No | Policy | AWP-13% | $2.50 | uninsured over 100% of poverty $5.00 and over 200% $10.00 | a month's supply | No monthly limit | Yes | No | Yes | Yes | Yes |
| TEXAS | http://www.hhsc.state.tx.us | Yes. Provider Synergies LLC | Yes | HIV/AIDS, cancer drugs | Some | Policy | AWP-15% or WAC+12% | $5.14 fee with variable add on | None | up to 180 days' supply | 3 Rx limit for some, all others unlimited | Yes | No | Yes | Yes | Yes |
| UTAH | http://www.health.utah.gov/medicaid/index.html | No-PDL initiative on hold. N/A | No | most mental health, cancer, HIV, or classes with lose fit. | | policy | AWP-15% | 3.90 Urban; 4.40 rural | $3.00 (per individual plan, max $15.00/mo. $2.00 Non-additional plan. No max; $3.00 generic & 20% billed charge for Primary Care Network) | 30 days' supply | None | | 5-HT3 receptor antagonists; anti-psoriatic agents; Interleukin-1 receptor antagonists; Hepsera. | Yes | Yes | Yes |

NV 044117

State Pharmacy Program Comparisons

| STATE | Website (Click on link to access state's website) | PDL? PDL Contractor Name (if State admin. or not) | Supp. Rebates (Yes or No) | List of Exclusions from PDL (if applicable) | PDL Grandfathering? | Exemptions: A Result of Agency Policy or Legislative Mandate? | Reimbursement Formula | Disp. Fee | Co-Payment | Max. Days' Supply For Rx | Monthly Rx Limit For Adults | VA Prog? | Step Therapy or PA Program? If Yes, list drugs or therapeutic classes | Generic Limits / Incentive Program | Locals Program | State MAC Program |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VERMONT | http://www.ovha.state.vt.us/ | Yes. First Health | Yes | Classes selected for clinical and/or cost reasons. Not all classes managed, those classes managed, drugs used for beneficiaries treated for "Severe & Persistent Mental Illness" (SPMI) & drugs used by beneficiaries in non-Medicaid HIV Drug Program exempt from management | As classes/drugs added, grandfathering occurs. Period is specific to the class/drug, e.g., as of 12/1/04 Vermont will begin managing anti-migraine medications but current patients will be exempt for life. | 2-year legislative mandate for exemption from PA until June 2006 (First Health) while DUR Board/P&T Committee studies use; Agency policy for HIV drugs | Lesser of 1) AWP - 11.9% + dispensing; 2) HCFA FUL + (First Health) MAC (AB-rated generics w/ at least 3 available, select products) + dispensing; 4) U&C including dispensing | $4.25 | Traditional Medicaid Copayments: $1 for <= $29.99, $2 for <= $30 <= $49.99, $3 for >= $50; All others premiums, see http://www.ovha.state.vt.us/pharmacist_alerts_comp.pdf | Non-maintenance maximum = 34 days; Maintenance maximum = 102 days except for Vscript maximum = 90 days | None | Yes; list legislative mandate allows prescriber to have final say on drugs on PDL solely for clinical reasons. No dedates except for clinical reasons. | As of 12/1/04, one drug combination: 15 days of loratadine before Allegra allowed | Yes | Yes | Yes |
| VIRGINIA | http://www.dmas.virginia.gov/ | Yes. | | | | | AWP-10.25% | $3.75 | $3.00 for generics; $2.00 for brands | 34 days' supply | No monthly limit | Yes | | Yes | Yes | Yes |
| WASHINGTON | http://www1.dshs.wa.gov/ | Yes. State/ACS | Yes | None | | | AWP-14% (brand) AWP-50% (if > 4 mfg) | $4.20-$5.20 | None | 34 days' supply | 4 brand limit | Yes | Yes. NSAIDs | Yes | Yes | Yes |
| WEST VIRGINIA | http://www.wvdhhr.org/bms/ | Yes. Provider Synergies LLC | Yes | HIV, cancer | | Policy | AWP-12% | $3.90 | $.50 - $3.00 | 34 days' supply | | Yes | No | Yes | Yes | Yes |
| WISCONSIN | http://www.dhfs.state.wi.us/medicaid/ | Yes. Provider Synergies LLC | Yes, 10/01/04 | None | N/A | | AWP-13% | $4.88-$40.11 | $0.50 for OTCs; $1 for generics; $3 for brands; $12 max per recip per pharmacy | 34 days' supply | No monthly limit | Yes | | Yes | Yes | Yes |

NV 044118

Revised March 29, 2005

State Pharmacy Program Comparisons

| STATE | Website (Click on link to access state's website) | PDL? PDL Contractor Name (if State administered)? | Supp. Rebates (Yes or No) | List of Exclusions from PDL (if applicable) | PDL Co-Insurance | Are Exclusions A Result of Agency Policy or Legislative Mandate? | Reimburse Formula | Disp Fee | Co-Payment | Max. Days' Supply Per Rx | Monthly Rx Limit For Adults | PA Program | Step Therapy In PA Program? If Yes, list drugs of therapeutic classes. | Dual Limit Rx Benefit Days | Lock-In Program | State MAC Program |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WYOMING | http://wyequalitycare.acs-inc.com/ | Yes.  State | No | | No | N/A | AWP-11% | $5.00 | $3.00-Non-Preferred Brand, $2.00-Preferred Brand, $1.00-Generic | 34 days' supply | No monthly limit | yes | Preferred agents should be tried first. | yes, certain drugs | yes | yes |

NV 044119

Revised March 29, 2005

Exhibit U

From: Chuck Duarte </O=STATE/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=CDUARTE>
Date: 1/11/2003 3:03:24 AM
To: Mike Willden
Subject: Nevada Pharmacy Issues

Mike,

To prepare for your meeting with Marybel, Mary Lau and Walgreen's representatives, I
provided information on the process involved in our recent SPA approval increasing o
pharmacy discount from 10% to 15% from Average Wholesale Price (SPA 02-12).

First, I reconfirmed that we complied with all federal and state public notice
requirements in this SPA.  Besides the regular public notice compliance for the SPA
hearing, we attempted to set up a work shop meeting with Nevada industry representat
last June to hear their concerns directly.  However, they refused to meet with us.
Additionally, no one representing the chain drug stores appeared at our public heari
on June 27, 2002 or submitted any testimony at the hearing or subsequent to the hear

Last month, the Nevada Retailer's Association (Mary Lau) worked with the National
Association of Chain Drug Stores on a letter of concern to CMS dated Dec. 12, 2002 (
attached).  Their letter outlines concerns regarding the reduction of reimbursements
ingredient costs while maintaining a labor-intensive billing system for Medicaid
pharmacy providers.  I've acknowledged to this group that our systems are labor and
paper intensive, which is why we are expediting the POS implementation. I have, howe
been steadfast in our commitment to increase the discount.  As you know, our discoun
was approved last month by CMS retroactive to August. 1.

In their letter, the NACDS suggests that this reduction was taken without any evalua
.  For your information, we initiated this with the support of OIG as well as Tom Sc
CMS Medicaid Administrator.  Mr. Scully, and the OIG, have been urging states to
increase the discount up to as high as 21%.  Additionally, we had our rates contract
Myers and Stauffer conduct a "margin" analysis to look into continued profitability
pharmacies at the 15% discount level.  I've attached that analysis as well.  As you
see, pharmacies remain profitable at this discount rate.

Finally, we still maintain one of the higher prescription fill fee relative to other
states at $4.76.  I couldn't find our most recent national survey, but my recollecti
is that as of last October the survey showed our fill fee was up their in the top
quartile of states.

Charles Duarte
Administrator
Division of Health Care Financing & Policy
1100 E. Williams St. Suite 101
Carson City, Nevada 89701
PH:  (775) 684-3677
Fax: (775) 687-3893