UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | CIVIL ACTION: 01-CV-12257-PBS  Judge Patti B. Saris |

## SECOND DECLARATION OF ELIZABETH A. FEGAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS AND DEFAULT JUDGMENT AGAINST BAXTER HEALTHCARE FOR OBFUSCATION OF DOCUMENTS AND DILATORY TACTICS

I, Elizabeth A. Fegan, declare under penalty of perjury under the laws of the United States of America that:

1.  I am one of the attorneys for Plaintiffs and have personal knowledge of the matters set forth therein.

2.  Since the filing of Plaintiffs' Motion For Sanctions and Default Judgment, Baxter has produced an additional half million documents in three separate productions.

3.  We have devoted time from at least nine attorneys and four paralegals to the review of Baxter's documents. For example, when Baxter made documents available at its warehouse in Deerfield, Illinois in 2005, we sent a team of three attorneys (including myself) and one paralegal to review the documents and were able to accomplish the review in one day. Moreover, for the period prior to Baxter's dump of documents which began in April 2006, we spent hundreds of hours per month reviewing Baxter documents and were able to keep pace with

the production. Thus, when timely productions were made by Baxter on a rolling basis, we were able to review the documents in an orderly and efficient fashion.

4. Plaintiffs have already deposed the following current or former Baxter employees: Candy Pullano (July 19, 2006), Pam Koo (June 21, 2006), Rosalee Satterthwaite (June 13, 2006), Bernadette Connolly (May 17, 2006), Catherine Schrank (May 18, 2006), and Judy Reuter (May 19, 2006), as well as five corporate representatives pursuant to Plaintiffs' initial 30(b)(6) notice of deposition, including Pete O'Malley (May 23, 2005), Michael Bradley (May 24, 2005), Bryant Gunnerson (May 24, 2005), Juliana Reed (July 13, 2005), and Greg Neier (August 12, 2005).

5. Plaintiffs and Baxter have agreed on the following dates for depositions of additional witnesses: Royal Stewart (August 23, 2006 in Chicago), Brian Carter (August 25, 2006 in Chicago), Bill Donan (September 7, 2006 in Atlanta), John Shannon (September 12, 2006 in Chicago), Scott Hippensteel (September 13, 2006 in Chicago), John Sonnier (September 14, 2006 in Chicago), Diane Munson (September 20, 2006 in Birmingham, AL), Mike Bradley (September 26, 2006 in Chicago), and are still working to coordinate dates for Matt Likens (in Phoenix), Anita Bessler (in California), Kathy Sullivan (in Chicago), Jim Hauert (in Chicago), Melissa Macek (in Chicago), Jill Kadam (in Chicago), Lou Rofrano (in Chicago), Larry Guiheen (in Chicago), and Peter O'Malley (in Chicago).

6. Attached are true and correct copies of the following Exhibits:

| 1 | Letter dated June 27, 2006 from Shamir Patel to Elizabeth A. Fegan (enclosing one Hard Drive containing documents bates-stamped BAX MDL E 3386203-3402290) |
|---|---|
| 2 | Letter dated June 29, 2006 from Shamir Patel to Elizabeth A. Fegan (enclosing one Hard Drive containing documents bates-stamped BAX MDL S 0265262-0502246) |
| 3 | Letter dated July 10, 2006 from Shamir Patel to Elizabeth A. Fegan (enclosing one Hard Drive containing documents bates-stamped BAX MDL S 0502247-0724629) |

001534-16 123293 V1

-3-

Dated: August 14, 2006                                   /s/ Elizabeth A. Fegan

# EXHIBITS 1 – 3

# DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

*2101 L Street NW • Washington, DC 20037-1526*
*Tel (202) 785-9700 • Fax (202) 887-0689*
*Writer's Direct Dial: (202) 572-2728*
*E-Mail Address: PatelS@dsmo.com*

June 27, 2006

**VIA OVERNIGHT MAIL AND FACSIMILE**

Elizabeth A. Fegan, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLP
60 West Randolph Street
Chicago, IL 60601

Re: Baxter's Response to Plaintiffs' Omnibus Requests for Production of Documents; MDL 1456

Dear Ms. Fegan:

Enclosed please find one Hard Drive containing (BAX MDL E 3386203 - 3402290) which are being provided to you pursuant to Baxter's rolling production in response to the above discovery requests. Please return the Hard Drive to Dickstein Shapiro or send a check for $300.00 for the cost of a replacement. A privilege log for today's production is forthcoming.

Included in this production are the following:

(i) Documents from Kyle Bush, BioScience Marketing; Gregory Neier, Medication Delivery Sales; and Jennifer Sheline, Medication Delivery Sales.

By making this production, Baxter does not waive any jurisdictional, substantive, or procedural defects or any of its objections to Plaintiffs' discovery requests. The documents are also produced subject to, and without waiver of, the attorney-client, work product, and/or any other applicable privileges. Baxter's document production efforts will continue on a rolling basis.

Please do not hesitate to contact me should you have any questions.

Sincerely,

Shamir Patel

Enclosure

*1177 Avenue of the Americas • New York, NY 10036-2714*
*Tel (212) 835-1400 • Fax (212) 997-9880*
*www.DicksteinShapiro.com*

2107681.01

# DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

*2101 L Street NW • Washington, DC 20037-1526*
*Tel (202) 785-9700 • Fax (202) 887-0689*
Writer's Direct Dial: (202) 572-2728
E-Mail Address: PatelS@dsmo.com

June 29, 2006

**VIA OVERNIGHT MAIL AND FACSIMILE**

Elizabeth A. Fegan, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLP
60 West Randolph Street
Chicago, IL 60601

Re: Baxter's Response to Plaintiffs' Omnibus Requests for Production of Documents; MDL 1456

Dear Ms. Fegan:

Enclosed please find one Hard Drive containing (BAX MDL S 0265262 - 0502246) which is being provided to you pursuant to Baxter's rolling production in response to the above discovery requests. Please return the Hard Drive to Dickstein Shapiro or send a check for $300.00 for the cost of a replacement. A privilege log for today's production is forthcoming.

Included in this production are the following:

(i) Documents from Baxter Medication Delivery Contract files; Cheryl Hoo Chung, Global Finance, Finance and Accounting; Chris Jackson, BioScience Finance and Accounting; Donna Kopera, BioScience, Operations; Marie Keeley, Medication Delivery Sales; Michael Collins, BioScience Sales; Nancy Laue, Medication Delivery Sales; Ray Johnson, Corporate Services, Finance and Accounting; Ted Langan, BioScience Sales; Traci Santiago, BioScience Sales; Yolanda Sarpy, Medication Delivery Sales; and

(ii) Documents from Baxter's archives facilities.

By making this production, Baxter does not waive any jurisdictional, substantive, or procedural defects or any of its objections to Plaintiffs' discovery requests. The documents are also produced subject to, and without waiver of, the attorney-client, work product, and/or any other applicable privileges. Baxter's document production efforts will continue on a rolling basis.

*1177 Avenue of the Americas • New York, NY 10036-2714*
*Tel (212) 835-1400 • Fax (212) 997-9880*
www.DicksteinShapiro.com

2109027.01

Elizabeth A. Fegan, Esq.
June 22, 2006
Page 2

Please do not hesitate to contact me should you have any questions.

Sincerely,

Shamir Patel

Enclosure

**DICKSTEIN**SHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

*Writer's Direct Dial: (202) 420-2728*
*E-Mail Address: patels@dicksteinshapiro.com*

July 10, 2006

Via FedEx

Elizabeth A. Fegan
60 West Randolph, Suite 200
Chicago, IL 60601

Re: <u>Baxter's Response to Plaintiffs' Omnibus Requests for Production of Documents; MDL 1456</u>

Dear Ms. Fegan:

Enclosed please find one Hard Drive containing (BAX MDL S 0502247 - BAX MDL S 0724629) which is being provided to you pursuant to Baxter's rolling production in response to the above discovery requests. Please return the Hard Drive to Dickstein Shapiro or send a check for $300.00 for the cost of a replacement. Enclosed is a cross-reference chart of the production names on the Hard Drive against the full custodian names. A privilege log for today's production is forthcoming.

Included in this production are the following:

(i) Documents from Baxter Medication Delivery Contract files; Credit Memos; Juliana Reed, Medication Delivery, Healthcare Economics and Reimbursement; Matthew Westbrock, BioScience Finance and Accounting; Chris Jackson, BioScience Finance and Accounting; Andrea Shales, Medication Delivery; Thomas Dinolfo, Corporate Service, Finance and Accounting; and documents from Baxter's archives facilities.

By making this production, Baxter does not waive any jurisdictional, substantive, or procedural defects or any of its objections to Plaintiffs' discovery requests. The documents are also produced subject to, and without waiver of, the attorney-client, work product, and/or any other applicable privileges. Baxter's document production efforts will continue on a rolling basis.

**DICKSTEIN**SHAPIRO LLP

Elizabeth A. Fegan
July 10, 2006
Page 2

Please do not hesitate to contact me should you have any questions.

Sincerely,

Shamir Patel
(202) 420-2728
patels@dicksteinshapiro.com

SP/sp

DSMDB.2111554.01