UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION, | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*State of Nevada v. Abbott Labs., Inc. et al.,* Case No. CV02-00260, and<br><br>*State of Montana v. Abbott Labs., Inc., et al.* D. Mont. Cause No. CV-02-09-H-DWM | |

**MONTANA'S AND NEVADA'S JOINDER IN REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS AND DEFAULT JUDGMENT AGAINST BAXTER HEALTHCARE FOR OBFUSCATION OF DOCUMENTS AND DILATORY TACTICS**

The States of Montana and Nevada ("States") hereby join in the Reply in Support of the Motion for Sanctions and Default Judgment Against Baxter Healthcare for Obfuscation of Documents and Dilatory Tactics ("Reply") filed by the Class Plaintiffs on August 14, 2006.

The States joined in the original motion because Baxter's eleventh-hour document dump is an abusive discovery tactic that has compromised the States' abilities to make meaningful use of this drug manufacturer's documents. The legal and factual points submitted in the Reply apply equally to the circumstances of Baxter's prodigious and delinquent document productions to the States.

The sole issue to be addressed separately is Baxter's claim that the Court should award costs, including attorneys' fees, against the States for joining in the Class Plaintiffs' motion.

Def. Opp. at 20.  Baxter's request is accompanied by no more than its own conclusory statements that the motion is "frivolous" and "lacks any factual or legal basis." *Id*.  The States take Baxter's request very seriously.  Contrary to Baxter's allegations, the States' claims for sanctions against Baxter are grounded in the extensive evidence and law described in the preceding briefs.  In addition to the meritorious basis of the motion against Baxter and the States' joinder, Baxter did not incur any significant additional costs in opposing the States' joinder.  A side-by-side comparison of Baxter's oppositions in the Class and States' cases shows that Baxter did virtually nothing more than re-file its class opposition in these cases.

## I.     CONCLUSION

For all of these reasons and the reasons set forth more fully in the Class Plaintiffs' original motion, the reply in support of the motion, and the States' joinder, the States respectfully join in the Class Plaintiffs' request for an order sanctioning Baxter and its counsel, including but not limited to the entry of a default judgment and for such other and further relief as this Court deems appropriate.  There is no basis to sanction the States by imposing costs.

By _____/s/ Steve W. Berman_____                    DATED:  August 14, 2006.

Steve W. Berman
Sean R. Matt
Jeniphr Breckenridge
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Thomas M. Sobol
Edward Notargiacomo
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

COUNSEL FOR PLAINTIFFS
STATE OF MONTANA AND
STATE OF NEVADA

George Chanos
Attorney General of the State of Nevada
L. Timothy Terry
Assistant Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4714

COUNSEL FOR PLAINTIFF
STATE OF NEVADA
Mike McGrath
Attorney General of Montana
Ali Bovington
Assistant Attorney General
Justice Building
215 North Sanders
P.O. Box 201401
Helena, MT  56920-1402
(406) 444-2026

COUNSEL FOR PLAINTIFF
STATE OF MONTANA

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **MONTANA'S AND NEVADA'S JOINDER IN REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS AND DEFAULT JUDGMENT AGAINST BAXTER HEALTHCARE FOR OBFUSCATION OF DOCUMENTS AND DILATORY TACTICS** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on August 14, 2006, a copy to LexisNexis File & Serve for Posting and notification to all parties.

By  /s/ Steve W. Berman
   Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone:  (206) 623-7292

001534-13 123534 V1