UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY ON THE SCOPE OF THE NOVEMBER 6 TRIAL

Plaintiffs submit the decision in *State of New York v. Pharmacia Corp., et al.* as supplemental authority on the scope of the trial (attached hereto). Plaintiffs have suggested that such a trial focus on and be conducted on a start to finish of Class 2. The Court in the *State of New York v. Pharmacia* held that knowledge has no relevance to a statutory reimbursement based claim:

> Further, defendants also contend that, if they can prove that the state agencies knew that the reported "average wholesale prices" were not the actual prices paid, plaintiff's claims must fail. This argument fails. Reimbursement is based solely upon statutory formulae over which the agencies have no discretion or control. The agencies' understanding of what "average wholesale price" constituted is thus irrelevant.

*Id.* at 6. In Class 2, where TPPs must pay based on such a formula, knowledge is not relevant to liability under § 93.[1]  The *State of New York* decision is supportive of having the Class 2 trial focus on statutory reimbursement issues.

---

[1] Plaintiffs acknowledge the Court deems knowledge relevant to limitations issues; however, the scope of that knowledge issue as a limitations defense presents a far different inquiry than the expectation or market behavior knowledge issues applicable to Class 3.

- 1 -

- 2 -

DATED:  August 15, 2006.	By	/s/ Steve W. Berman
       Steve W. Berman
       Hagens Berman Sobol Shapiro LLP
       1301 5th Avenue, Suite 2900
       Seattle, WA 98026
       Telephone: (206) 623-7292
       Facsimile: (206) 623-0594

       Thomas M. Sobol (BBO#471770)
       Edward Notargiacomo
       (BBO#567636)
       Hagens Berman Sobol Shapiro LLP
       One Main Street, 4th Floor
       Cambridge, MA  02142
       Telephone: (617) 482-3700
       Facsimile: (617) 482-3003

       **LIAISON COUNSEL**

       Elizabeth Fegan
       Hagens Berman Sobol Shapiro LLP
       60 W. Randolph Street, Suite 200
       Chicago, IL  60601
       Telephone: (312) 762-9235
       Facsimile: (312) 762-9286

       Eugene A. Spector
       Jeffrey Kodroff
       Spector, Roseman & Kodroff, P.C.
       1818 Market Street, Suite 2500
       Philadelphia, PA  19103
       Telephone: (215) 496-0300
       Facsimile: (215) 496-6611

       Kenneth A. Wexler
       Jennifer Fountain Connolly
       Wexler Toriseva Wallace LLP
       One North LaSalle Street, Suite 2000
       Chicago, IL  60602
       Telephone: (312) 346-2222
       Facsimile: (312) 346-0022

- 3 -

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Shanin Specter
Donald E. Haviland, Jr.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
Facsimile:  (215) 772-1359
Telephone:  (215) 772-1000

**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 4 -

**CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE**
Docket No. MDL 1456

 I, Steve W. Berman, hereby certify that I am one of Plaintiffs' attorneys and that, on August 15, 2006, I caused copies of **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY ON THE SCOPE OF THE NOVEMBER 6 TRIAL** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

            **/s/ Steve W. Berman**
            Steve W. Berman