sCae1:01-cv-1257-PBSDocument 2987  Filed 08/11/06  Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) | |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | M.D.L. No. 1456 |
| ) | |
| ) | CIVIL ACTION NO. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| **ALL ACTIONS REGARDING** ) | |
| **CLASS TWO OF TRACK ONE** ) | |

**PRETRIAL ORDER**

August 11, 2006

Saris, U.S.D.J.

The above action has been set down for a NON-JURY TRIAL on 11/6/2006, at 9:00 a.m. The plaintiffs will have 10 trial days (about 35 trial hours); each defendant will have 3 trial days (about 10 trial hours apiece). The parties shall use affidavits or depositions in lieu of direct testimony.

A FINAL PRETRIAL CONFERENCE ("FTPC") has been scheduled for 10/31/2006, at 2:00 p.m.

By 9/1/2006, the parties shall make all expert disclosures as required by Fed. R. Civ. P. 26(a)(2).

By 10/2/2006, the plaintiffs shall make pretrial disclosures

(e.g., witnesses, designations of testimony,[1] and exhibits[2]) as required by Fed. R. Civ. P. 26(a)(3) and serve and file motions in limine.

By 10/9/2006, the defendants shall make pretrial disclosures (e.g., witnesses, designations of testimony, and exhibits) as required by Fed. R. Civ. P. 26(a)(3) and serve and file motions in limine.

By 10/16/2006, the parties shall serve and file objections to pretrial disclosures, oppositions to motions in limine, and any counter-designations of testimony.

By 10/27/2006, the parties shall serve and file trial briefs, proposed findings of fact and conclusions of law, and any witness affidavits that will be used in lieu of direct testimony.

---

[1] It is helpful if designations and counter-designations are submitted on the same copy, with designations highlighted in one color and counter-designations highlighted in another.

[2] Exhibits shall be premarked with one set of exhibit numbers. There should be no duplicative exhibit numbers. For example, if the plaintiff's exhibits are premarked ## 1 - 100, the defendant's exhibits should be premarked ## 101, 102, etc. At trial, counsel shall file with the Court an original and two (2) copies of the exhibits, ideally in binders.

2

**NOTE**: **IF THIS COURT RESCHEDULES THE TRIAL AND FINAL PRETRIAL CONFERENCE DATES, COUNSEL ARE TO CONFER AND ADJUST ALL OTHER DATES IN THIS ORDER COMMENSURATE WITH THE NEW TRIAL DATE.**

PATTI B. SARIS
United States District Judge