UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *State of Nevada v. Abbott Labs., Inc. et al.,* Case No. CV-2-00260 (Nevada I), and | |
| *State of Nevada v. American Home Products, et al.,* CA No. 02-CV-12086-PBS (Nevada II) | |

## DECLARATION OF RONALD H. SWENSON CONCERNING NEVADA CLAIMS DATA

I, Ronald H. Swenson, under the penalty of perjury, hereby declare as follows:

1.      I am an Information Systems Specialist IV for the State of Nevada Department of Information Technology.  We provide programming services to State agencies.  I have been employed by the State of Nevada in this department or predecessor departments since 1984.

2.      I am familiar with the Medicaid claims data that State of Nevada provided to defendants in this lawsuit.  The claims data relates to the period January 1, 1991 through September 30, 2003.  My familiarity comes from two sources:  (1) I worked with the data in some capacity during the time it was created; and (2) much later, in 2005 I assisted State lawyers in extracting and producing the data to the defendants.  We refer to this as the Anthem claims data.  "Anthem" refers to the fiscal agent or outside contractor who processed Medicaid claims during the 1991 to 2003 time period.

3.      I was provided a copy of the drug manufacturers' "Questions for Plaintiffs Regarding the Nevada Claims Data" by the State's counsel.  I read it.  I discussed it with

- 1 -

counsel. I attempted to answer the questions. I worked to answer the questions with counsel and Jared Davies, a current Nevada State employee with the title Agency/Program Information Specialist II, Division of Health Care Financing & Policy, who worked for Anthem during the time period relevant to the claims data the State provided to defendants. Mr. Davies and I answered the questions to the best of our ability. We are aware of no other State sources for the responses we provided.

4. At this point in time, I am the Nevada State employee most knowledgeable about the State's Medicaid Anthem claims data.

5. The answers Mr. Davies and I provided are set forth in the "State's Responses to Questions for Plaintiffs Regarding the Nevada Claims Data," attached to this declaration as Exhibit A. I have reviewed the answers. The answers are true and accurate, to the best of our knowledge. This is the best information available to the State at this time. We have no additional information to provide.

I swear under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

Ronald H. Swenson

8/17/2006 Carson City NV
Date and Place of Execution

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **DECLARATION OF RONALD H. SWENSON CONCERNING NEVADA CLAIMS DATA** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on August 15, 2006, a copy to LexisNexis File & Serve for Posting and notification to all parties.

By_____ **/s/ Steve W. Berman**_____

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

001534-13 124066 V1

Exhibit A

The State's Responses to Defendants' Questions for Plaintiffs
Regarding the Nevada Claims Data

1.  Mr. Swenson did not know whether physician-administered drug reimbursements
    were included in the data provided and did not know how the State would store this
    information.  Please confirm that drugs administered in an office-based setting were
    not included in the data produced and explain how and where that information would
    have been stored.

    **Defendants are aware from extensive communications on this issue that
    physician-administered drugs are not included.**

2.  Mr. Swenson did not know whether the data contain only Medicaid fee-for-service
    claims.  Please confirm that other types of claims (*e.g.*, Medicaid managed care,
    SCHIP, Workers' Compensation) are included and ho they are identified.

    **The data produced contain only Medicaid fee-for-service claims.**

3.  Mr. Swenson testified that the field "**IC-DRUG-MAC-EXCL**" identifies State Upper
    Limit ("SUL")-based reimbursements.  In particular, Mr. Swenson testified that this
    field would contain an "X" if a transaction were priced based on AWP and would be
    blank if a transaction were based on SUL.  *See* Swenson's 1/5/06 Deposition at 75-77.
    Please confirm that this testimony accurately reflects the Nevada claims data and that
    there is no additional field in the claims data to capture the basis of the amount
    Nevada Medicaid paid.

    **Mr. Swenson's testimony accurately reflects the Nevada claims data and there is
    no additional field in the claims data to capture the basis of the amount Nevada
    Medicaid paid.**

4.  Mr. Swenson was unable to testify regarding whether the data contain specialty
    pharmacy transactions.  Does it, and if so, is there a field that differentiates them from
    retail transactions?

    **IC-DRUG-NURS-FAC contains a provier type 16, 18, or 19.  The State's best
    current information is that these represent Long Term Care and Nursing
    facilities.**

5.  Please confirm whether mail-order pharmacy transactions are found in the data.  If so,
    is there a field that differentiates them from retail transactions?

**This question was not asked at the Swenson deposition. Mail order pharmacy transactions are not found in the data. Mail order pharmacy did not exist at the time.**

6. Please confirm that the data identifying Medicaid's reimbursements ("**IC-SAMI-AMT**") do not separate dispensing fees and ingredient costs (*i.e.*, "**IC-SAMI-AMT**" appears inclusive of both.)

   **This question was not asked at Mr. Swenson's deposition. The data identifying Medicaid's reimbursements ("IC-SAMI-AMT") do not separate dispensing fees and ingredient costs (*i.e.*, "IC-SAMI-AMT" appears inclusive of both.**

7. What dispensing fee is used for retail drugs and home infusion drugs throughout the relevant time period?

   **This question was not asked at Mr. Swenson's deposition. The State responds by providing the COBOL code for the dispensing fee, attached as Exhibit 1. The dispensing fee(s) for particular time periods are also disclosed in numerous documents produced by the State and have been the subject of extensive deposition testimony.**

8. Is there a field that denotes when Medicaid is paying a portion of a claim left over after another payor (*e.g.*, Medicare) has already paid? Is there a field identifying the other payor that paid on the claim?

   **These questions were not asked at Mr. Swenson's deposition. There is not a specific field that denotes when Medicaid is paying a portion of a claim left over after another payor (*e.g.*, Medicare) has already paid. The answer would be found in a combination of two fields : IC-OTH-PD and IC-SAMI-AMT. If there were a third party payor, the SAMI amount would be reduced and there would be a corresponding increase in the IC-OTH-PD field.**

   **There is also a SPEC-HANDLING-FIELD which would contain the following letters :**

   **B for Medicare**
   **P for private insurance**
   **H for HMO**

   **The State continues to research these codes.**

9. Mr. Swenson testified there is a file containing the prices used by Medicaid to adjudicate claims, although he testified that it is limited to relatively recent price updates.

   a. Is this file available electronically?

    b.   What pricing bases does this file contain (*e.g.*, AWP, WAC, FUL, SUL, Baseline Price)?

    c.   Does this file contain effective dates for these prices?

**These questions were asked at Mr. Swenson's deposition and the State does not have information beyond testimony: (a) the file is available electronically; (b) the file contains AWP and SUL; (c) the file contains effective dates for the pricing.**

10.    Mr. Swenson testified that the **IC-VEN-CD** field contains three provider types: 28 (Pharmacy Claims), 33 (Durable Medical Supplies), and 37 (IV Therapy). See Swenson's 1/5/06 Deposition at 7-8. Does the State treat Provider types 33 and 37 as non-Pharmacy? Please specify the types of drug administration included in code 37.

**These questions were not asked at Mr. Swenson's deposition. 33 is not pharmacy. 37 is pharmacy and may contain the following types of drug administration: parental nutrition; IV Antibiotics ; Hyperalimentation (enteral nutrition) ; chemotherapy (home treatment).**

11.    According to Mr. Swenson specialty pharmacy transactions (*e.g.*, long term care or nursing facilities) are included in the **IC-RESIDENCE** field. He testified that an "N" indicates a nursing facility; however, he was uncertain of the "O" designation. Swenson's 1/6/05 Deposition at 11. Please explain what the "O" designation indicates?

**The IC-RESIDENCE code is set to 'N' if IC-DRUG-NURS-FAC contains data. Otherwise it is set to zero. The State's best available information is that 'N' stands for nursing facility and 'O' stands for outpatient.**

12.    If the **IC-RESIDENCE** field contains an "O" designation and the **IC-DRUG-NURES-FACILITY** field is also populated, is the claim a nursing facility claim or a residence claim?

**Please see response to Question No. 11.**

13.    Mr. Swenson testified that physician-administered claims may be indicated in field **IC-PROV-NAME**. Is there a way to determine if a claim relates to an outpatient or inpatient pharmacy?

**This question was not asked at Mr. Swenson's deposition. The State is not currently aware of any way to determine if a claim relates to an outpatient or inpatient pharmacy from the data. The only way State personnel are aware to determine if a claim relates to an outpatient or inpatient pharmacy is to look at the name of the provider. For example, "Raley's" would indicate a retail store which would be an outpatient pharmacy.**

14.    What field contains the date the claim was paid?  Mr. Swenson testified that the
       Julian date may be stored in the field **IC-CLAIM-NUMBER-R**.  Is **IC-CLAIM-
       NUMBER-R** the correct field, and, if so, how is the date extracted from this field?

       **Mr. Swenson testified that the IC-CLAIM-NUMBER-R field contains the date
       the data was received by Anthem, not the date paid.  There is a field called "IC-
       CHECK-DT" that contains the actual paid date.  Extraction of the date from
       this field is obvious; it is in a year-month-day format.**

15.    What does the field **IC-SER-UNITS** indicate?  According to Mr. Swenson, **IC-SER-
       UNITS** always defaults to 1, meaning one service unit.  We have identified instances
       where the **IC-SER-UNITS** equals 0, what does this mean?

       **The service units is reset to zero if the error message is numeric.  Otherwise it is
       set to '1'.**

16.    Mr. Swenson testified that Medicaid used the **IC-DRUG-BENEFIT CODE** "... to
       determine whether they're going to pay a drug or not.  They would have to tell you
       the value ... when we received a new drug from First Data Bank it would go on our
       drug file.  Medicaid would have to go and assign a drug benefit code."  Please explain
       what the following values mean:  blank, 0, 1, 2, 3.

       **The State continues to research this question.  The State has no information to
       provide beyond Mr. Swenson's testimony.**

17.    Mr. Swenson was unable to clarify the field names that were coded into letters,
       numbers and symbols.  Please provide a complete list of decodes for each field that is
       coded into letters, numbers and symbols.  Also, if the coded values have changed
       over time, please provide the decodes for the entire relevant time period.  Below are
       examples of some of the coded field names with references to the location of the field
       in the COBOL file layout ("file layout") that was provided with the data.

       a.  **IC-APPROVAL-CD** (p. 3 of file layout, middle)
              i.   What data does this field contain?
              ii.  The most common value present is "A."  What does this letter
                   represent.

       b.  **IC-SPEC-HLDG** (p. 3 of file layout, middle)
              i.   What data does this field contain?
              ii.  The values are "H," "P," and "B."  What do these letters represent?

       c.  **IC-SPEC-ACCT** (p. 3 of file layout, middle)
              i.   What data does this field contain?
              ii.  The values are "F," "E," and "I."  What do these letters represent?

    d. **IC-AID-1** (p. 1 of file layout, top)
        i.    What data does this field contain?
        ii.   The most common values are "9," "1," and "4." What do these numbers represent?

    e. **IC-AID-2** (p. 1 of file layout, top)
        i.    What data does this field contain?
        ii.   How does this field differ from ic-aid-1?
        iii.  The most common values are "O," "7," "9," and "1." What do these numbers represent?

**These questions were not asked at Mr. Swenson's deposition.**

**IC-APPROVAL-CD is the approval field. An 'A' was placed in this field when a Payment Authorization (PAR) was attached to the claim. The most common reason for this was to override the limitations edit (3 per month). The 'A' would bypass the edit and pay the claim.**

**IC-SPEC-HDLG is the special handling field. It is used to identify the TPL source. 'B' indicated Medicare Part B, 'H' indicated an HMO or reduced fee coverage and 'P; indicated standard other insurance.**

**IC-SPEC-ACCT is the special accounts field. The State's best current information is that it was used to identify when the claims had to be paid from a different account (for example, because of a different federal/state split). "F" indicated Family Planning, 'E' indicated EPSDT. The 'I' indicates ICD9 trauma .**

**IC-AID-1 & IC-AID-2:  the State has no current knowledge regarding the meaning of these fields.**

18.    Please provide field descriptions defining each field in the data (*i.e.*, a "data dictionary").

**No data dictionary ever existed. Swenson Dep. at 23. The closest document to a data dictionary is Swenson Dep. Ex. 1, a COBOL record layout the State provided to defendants voluntarily prior to the January 5, 2006 Swenson deposition.**

```
025400 754-CALC-DISPENSING-FEE.                                          00025400
025500     IF DISP-SUPPLY-PROVIDER                                       00025500
025600         MOVE T3-SERV-DATE-YMD (LINE-SUB) TO MD-REF-6YXX           00025600
025700         MOVE MD-WIN-LOWBOUND-CC TO MD-GEN-CC-N                    00025700
025800         PERFORM MDLB-6YXX-EXPAND1                                 00025800
025900         IF MD-TEMP-6YXX-1-8X < '19961001'                        00025900
026000             MOVE 1.47     TO WS-DISPENSING-FEE                    00026000
026100         ELSE                                                      00026100
026200             IF MD-TEMP-6YXX-1-8X < '19971001'                    00026200
026300                 MOVE 1.51 TO WS-DISPENSING-FEE                    00026300
026400             ELSE                                                  00026400
026500                 IF MD-TEMP-6YXX-1-8X < '19981001'                00026500
026600                     MOVE 1.55 TO WS-DISPENSING-FEE               00026600
026700                 ELSE                                              00026700
026800                     MOVE 1.58 TO WS-DISPENSING-FEE               00026800
026900     ELSE                                                          00026900
027000     IF IV-THERAPY-PROVIDER                                        00027000
027100         IF IV-THERAPY-THER-CLASS (LINE-SUB)                       00027100
027200             IF IV-THERAPY-THER-CLASS-2 (LINE-SUB)                 00027200
027300                 IF IV-THERAPY-ROUTE (LINE-SUB)                    00027300
027400                     IF T3-FIRST-CLAIM (LINE-SUB)                  00027400
027500                         IF T3-NURSING-FACILITY > SPACES           00027500
027600                             MOVE T3-SERV-DATE-YMD (LINE-SUB)      00027600
027700                                             TO MD-REF-6YXX        00027700
027800                             MOVE MD-WIN-LOWBOUND-CC TO MD-GEN-CC-N 00027800
027900                             PERFORM MDLB-6YXX-EXPAND1             00027900
028000                             IF MD-TEMP-6YXX-1-8X < '19910801'     00028000
028100                                 MOVE 10.00  TO WS-DISPENSING-FEE  00028100
028200                             ELSE                                  00028200
028300                                 MOVE 11.20  TO WS-DISPENSING-FEE  00028300
028400                         ELSE                                      00028400
028500                             MOVE T3-SERV-DATE-YMD (LINE-SUB)      00028500
028600                                             TO MD-REF-6YXX        00028600
028700                             MOVE MD-WIN-LOWBOUND-CC TO MD-GEN-CC-N 00028700
028800                             PERFORM MDLB-6YXX-EXPAND1             00028800
028900                             IF MD-TEMP-6YXX-1-8X < '19910801'     00028900
029000                                 MOVE 15.00  TO WS-DISPENSING-FEE  00029000
029100                             ELSE                                  00029100
029200                                 MOVE 16.80  TO WS-DISPENSING-FEE  00029200
029300                     ELSE                                          00029300
029400                         MOVE T3-SERV-DATE-YMD (LINE-SUB)          00029400
029500                                         TO MD-REF-6YXX            00029500
029600                         MOVE MD-WIN-LOWBOUND-CC TO MD-GEN-CC-N    00029600
029700                         PERFORM MDLB-6YXX-EXPAND1                 00029700
029800                         IF MD-TEMP-6YXX-1-8X < '19910801'         00029800
029900                             MOVE 5.00      TO WS-DISPENSING-FEE   00029900
030000                         ELSE                                      00030000
030100                             MOVE 5.60      TO WS-DISPENSING-FEE   00030100
030200                 ELSE                                              00030200
030300                     MOVE ZERO             TO WS-DISPENSING-FEE    00030300
030400             ELSE                                                  00030400
030500                 MOVE ZERO                 TO WS-DISPENSING-FEE    00030500
030600         ELSE                                                      00030600
030700             MOVE ZERO                     TO WS-DISPENSING-FEE    00030700
030800     ELSE                                                          00030800
030900         MOVE T3-SERV-DATE-YMD (LINE-SUB) TO MD-REF-6YXX           00030900
031000         MOVE MD-WIN-LOWBOUND-CC TO MD-GEN-CC-N                    00031000
```

```
031100          PERFORM MDLB-6YXX-EXPAND1                           00031100
031200          IF MD-TEMP-6YXX-1-8X < '19941101'                   00031200
031300              MOVE 4.42                 TO WS-DISPENSING-FEE   00031300
031400              IF T3-NURSING-FACILITY-1 > SPACES               00031400
031500                  IF T3-DRUG-BENEFIT (LINE-SUB) = '3'         00031500
031600                      ADD .42           TO WS-DISPENSING-FEE  00031600
031700                  END-IF                                      00031700
031800              END-IF                                          00031800
031900          ELSE                                                00031900
032000          IF MD-TEMP-6YXX-1-8X < '19981001'                   00032000
032100              MOVE 4.64                 TO WS-DISPENSING-FEE   00032100
032200              IF T3-NURSING-FACILITY-1 > SPACES               00032200
032300                  IF T3-DRUG-BENEFIT (LINE-SUB) = '3'         00032300
032400                      ADD .44           TO WS-DISPENSING-FEE  00032400
032500                  END-IF                                      00032500
032600              END-IF                                          00032600
032700          ELSE                                                00032700
032800              MOVE 4.76                 TO WS-DISPENSING-FEE   00032800
032900              IF T3-NURSING-FACILITY-1 > SPACES               00032900
033000                  IF T3-DRUG-BENEFIT (LINE-SUB) = '3'         00033000
033100                      ADD .43           TO WS-DISPENSING-FEE. 00033100
033200                                                              00033200
```