

| | |
|---|---|
| "Gejaa.Gobena@usdoj.gov" <Gejaa.Gobena@usdoj.gov><br><br>08/08/2006 04:21 PM | To  "jrdaly@JonesDay.com" <jrdaly@JonesDay.com> (Receipt Notification Requested) (IPM Return Requested), "tmtabacchi@JonesDay.com"<br>cc  "Justin.Draycott@usdoj.gov" <Justin.Draycott@usdoj.gov> (Receipt Notification Requested) (IPM Return Requested), "Ana.Maria.Martinez@usdoj.gov"<br>bcc<br>Subject  U.S. ex rel. Ven-A-Care v. Abbott Discovery Deadlines |

Just to be on the safe side, I want to memorialize in writing the agreements we have come to on upcoming discovery responses:

Abbott's RFPs and RFAs:  Abbott has agreed to allow the Government up to August 23 to respond to the RFPs and up to September 1 to respond to the RFAs.

Government's RFPs: The United States has agreed to extend the response time to August 31.

On a non-discovery note, it is also our understanding that Abbott does not agree to extending the response time on the Government's opposition to the motion to dismiss from September 1 to September 15 (which would coincide with the filing of the amicus on AWP requested by Judge Saris).

If your understanding is different, let me know. Thanks.

EXHIBIT