UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | Master File No.: 01-12257-PBS<br>Judge Patti B. Saris |
| THE CITY OF NEW YORK,<br><br>           Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, INC., *et al.*,<br><br>           Defendants. | S.D.N.Y. Case No. 04-cv-06054 |
| COUNTY OF ROCKLAND,<br><br>           Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, INC., *et al.*,<br><br>           Defendants. | S.D.N.Y. Case No. 03-cv-7055 |
| COUNTY OF WESTCHESTER,<br><br>           Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, INC., *et al.*,<br><br>           Defendants. | S.D.N.Y. Case No. 03-cv-6178 |

**NOTICE OF WITHDRAWAL OF APPEARANCE
(PRO HAC VICE) OF EMILY N. GLATFELTER**

Please take notice of the withdrawal of appearance of Emily N. Glatfelter as counsel, *pro hac vice*, for Defendant ETHEX Corporation. Attorneys Scott A. Birnbaum, Robert N. Feldman, and Melissa M. Longo of Birnbaum & Godkin, L.L.P., and Attorneys Robert S. Litt *(pro hac vice)*, Steven S. Diamond *(pro hac vice)*, Joseph M. Meadows *(pro hac vice)*, and Justin S. Antonipillai *(pro hac vice)*, of Arnold & Porter LLP, will continue as counsel for ETHEX Corporation.

Respectfully submitted,

ETHEX CORPORATION

By its attorneys,

/s/ Melissa M. Longo
Scott A. Birnbaum (BBO # 543834)
Robert N. Feldman (BBO # 630734)
Melissa M. Longo (BBO# 647649)
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210-1108
(617) 307-6100

Of counsel:

Robert S. Litt *(pro hac vice)*
Steven S. Diamond *(pro hac vice)*
Justin S. Antonipillai *(pro hac vice)*
Joseph M. Meadows *(pro hac vice)*
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington DC 20004-1206
(202) 942-5000

Dated: August 21, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered on August 21, 2006 to all counsel of record via ECF electronic service pursuant to the Court's Case Management Order No. 2.

/s/ Melissa M. Longo
Melissa M. Longo