UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>CIVIL ACTION:  01-CV-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A RESPONSE TO THE TRACK 2 DEFENDANTS' SUBMISSION REGARDING THE MEANING OF AWP**

Plaintiffs move the Court for leave to file a response to the Track Two Defendants' Brief Demonstrating that (1) Plaintiffs' Claims Do Not Require a Definition of AWP as Used in the Medicare Statute and (2) the Court is Precluded by Controlling First Circuit Authority from Undertaking a Plain Meaning Analysis (the "Track 2 AWP Brief").  In support of this motion, Plaintiffs state as follows.

The Track 2 Defendants moved for and obtained the Court's permission to file a brief relating to the meaning of AWP.  They then filed the Track 2 AWP Brief.  Although there is some overlap between the arguments made by the Track 2 Defendants and the Track 1 Defendants on this issue, the Track 2 Defendants present some new arguments in their Track 2 AWP Brief, including the unsupported assertions that the Court should not define AWP as a matter of law and that doing so will violate the Track 2 Defendants' due process rights. Plaintiffs would like an opportunity to respond to these arguments and have prepared Plaintiffs' Response to the Track Two Defendants' Submission Regarding the Meaning of AWP, which is being filed with this motion.  Plaintiffs respectfully request leave to file this responsive brief.

Pursuant to Fed. R. Civ. P. 37(a)(2) and L.R., D. Mass 37.1, undersigned counsel certifies that Plaintiffs have conferred with counsel for defendants regarding the issues raised in this Motion.  Defendants do not oppose nor consent to this Motion.

DATED:  August 21, 2006.       By      /s/ Steve W. Berman
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Robert F. Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Shanin Specter
Donald E. Haviland, Jr.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
Facsimile:  (215) 772-1359
Telephone:  (215) 772-1000

**CO-LEAD COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on August 21, 2006, I caused copies of **PLAINTIFFS' MOTION FOR LEAVE TO FILE A RESPONSE TO THE TRACK 2 DEFENDANTS' SUBMISSION REGARDING THE MEANING OF AWP** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

  **/s/ Steve W. Berman**
Steve W. Berman