UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc., and Hospira, Inc.*<br>CIVIL ACTION NO. 06-11337-PBS | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti Saris |

**[PROPOSED] ORDER**

Upon consideration of Motion to Continue the Case Management Order 9 ("CMO 9") Stay Until Entry of a Comprehensive Case Management Order, IT IS ORDERED that,

1.  The discovery stay set forth in Case Management Order 9 is in place in *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., and Hospira, Inc.*, CIVIL ACTION NO. 06-11337-PBS;

2.  That stay shall remain in place until a comprehensive Case Management Order is issued in *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., and Hospira, Inc.*, CIVIL ACTION NO. 06-11337-PBS; and

3.  Plaintiffs will file a brief by **September 15, 2006** setting forth their proposed CMO and addressing: (1) the allowable scope of Abbott's discovery; (2) the length of time for discovery; (3) scheduling of discovery; (4) numerical limitations on interrogatories, requests for

admission, document requests and deposition hours; and (5) any amendments to the Protective Order governing confidential information.

    IT IS SO ORDERED,

    This _____ day of August, 2006.

                                                                    _____
                                                                     United States District Judge