# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | **MDL NO. 1456**<br><br>**CIVIL ACTION NO. 1:01-cv-12257-PBS**<br>**1:06-cv-11337-PBS** |
| THIS DOCUMENT RELATES TO:<br><br>*Ven-A-Care of the Florida Keys, Inc. et al.*<br>*v. Abbott Laboratories Inc., et al.,* | **Judge Patti B. Saris** |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance as co-counsel of record on behalf of the Relator, Ven-A-Care of the Florida Keys, Inc., in the above-captioned action.

Pursuant to this Court's Case Management Order No. 1, I do state that I am a member in good standing and admitted to practice in the United States District Court for the Eastern District of Pennsylvania.

In further accordance with this Court's Case Management Order No. 1, we have included a check in the amount of $50.00 in payment of the fee associated with the *pro hac vice* status.

Respectfully submitted,

BERGER & MONTAGUE, P.C.

Susan Schneider Thomas (PA ID # 32799)
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Dated: August __, 2006

## CERTIFICATE OF SERVICE

I, William J. Mecoli, hereby certify that a true and correct copy of the foregoing document was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on August 23, 2006 a copy to Lexis Nexis for posting and notification to all parties.

William J. Mecoli
Paralegal