UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ) ) | |
| STATE OF NEVADA V. ABBOTT LABORATORIES, INC., ET AL., CA NO. CV-02-00260-ECR (Nevada I) ) ) ) ) | Chief Magistrate Judge Marianne B. Bowler |
| STATE OF NEVADA V. AMERICAN HOME PRODUCTS, ET AL., CA NO. 02-CV-12086-PBS (Nevada II) ) ) ) ) | |

### DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY TO NEVADA'S OPPOSITION TO DEFENDANTS' THIRD MOTION TO COMPEL DISCOVERY

Pursuant to Local Rule 7.1(B)(3), Defendants respectfully request permission to file the reply brief filed contemporaneously with this motion in further support of their Third Motion to Compel Discovery from the Plaintiff State of Nevada.  In support of this motion, Defendants state that they would like an opportunity to address, among other things, Nevada's erroneous characterizations of the facts and legal authority relevant to Defendants' Third Motion to Compel and arguments set forth in Defendants' memorandum in support of their joint motion. Defendants believe that a reply brief will significantly aid the Court in evaluating the bases for the remedy Defendants' seek in their joint motion.

On August 23, 2006, Defendants attempted to confer with Nevada regarding whether it would assent to this motion, but have received no response.

WHEREFORE, Defendants respectfully request that this Court GRANT Defendants' Motion for Leave to File a Reply to Nevada's Opposition to Defendants' Third Motion to Compel Discovery.

*Respectfully submitted,*

　　/s/ Christopher R. Dillon
John T. Montgomery (BBO# 352220)
Brien T. O'Connor (BBO# 546767)
Christopher R. Dillon (BBO# 640896)
Ryan M. DiSantis (BBO# 654513)
Carisa A. Klemeyer (BBO# 655045)
ROPES & GRAY LLP
One International Place
Boston, MA  02110
(617) 951-7000

*Attorneys for Schering-Plough Corp. &*
*Warrick Pharmaceuticals Corp. on behalf*
*of the Defendants in Nevada I and Nevada II*

Dated:  August 24, 2006

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that on August 23, 2006, counsel for Schering-Plough Corp. and Warrick Pharmaceuticals Corp. attempted to confer with counsel for the Plaintiff State of Nevada in a good faith effort to resolve or narrow the issues raised by Defendants' Joint Motion for Leave to File a Reply to Nevada's Opposition to Defendants' Third Motion to Compel Discovery.

    /s/ Christopher R. Dillon
Christopher R. Dillon

## CERTIFICATE OF SERVICE

I, Christopher R. Dillon, hereby certify that a true copy of the foregoing document was served upon all counsel of record in Nevada I and Nevada II electronically pursuant to Fed. R. Civ. P. 5(b)(2)(D) and CMO No. 2 on this 24th day of August, 2006, by causing a copy to be sent to LexisNexis File & Serve for posting and notification to all counsel of record.

    /s/ Christopher R. Dillon
Christopher R. Dillon