UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
IN RE PHARMACEUTICAL INDUSTRY )
AVERAGE WHOLESALE PRICE )
LITIGATION ) M.D.L. No. 1456
)
) CIVIL ACTION NO. 01-12257-PBS
THIS DOCUMENT RELATES TO: )
)
**TRACK ONE** )
)

**AMENDED PRETRIAL ORDER**

August 21, 2006

Saris, U.S.D.J.

The above action has been set down for a NON-JURY TRIAL on 11/6/2006, at 9:00 a.m. with respect to Class Two of Track One. The plaintiffs will have 10 trial days (about 35 trial hours); each defendant will have 3 trial days (about 10 trial hours apiece). The parties shall use affidavits or depositions in lieu of direct testimony.[1]

A FINAL PRETRIAL CONFERENCE ("FTPC") has been scheduled for 10/31/2006, at 2:00 p.m.

By 10/2/2006, the plaintiffs shall make pretrial disclosures

---

[1] If the Court decides to add Class Three, the Court will reconsider whether this timetable makes sense.

(e.g., witnesses, designations of testimony,[2] and exhibits[3]) as required by Fed. R. Civ. P. 26(a)(3) and serve and file motions in limine.

By 10/9/2006, the defendants shall make pretrial disclosures (e.g., witnesses, designations of testimony, and exhibits) as required by Fed. R. Civ. P. 26(a)(3) and serve and file motions in limine.

By 10/16/2006, the parties shall serve and file objections to pretrial disclosures, oppositions to motions in limine, and any counter-designations of testimony.

By 10/27/2006, the parties shall serve and file trial briefs (not required), proposed findings of fact and conclusions of law, and any witness affidavits that will be used in lieu of direct testimony.

---

[2] It is helpful if designations and counter-designations are submitted on the same copy, with designations highlighted in one color and counter-designations highlighted in another.

[3] Exhibits shall be premarked with one set of exhibit numbers. There should be no duplicative exhibit numbers. For example, if the plaintiff's exhibits are premarked ## 1 - 100, the defendant's exhibits should be premarked ## 101, 102, etc. At trial, counsel shall file with the Court an original and two (2) copies of the exhibits, ideally in binders.

2

**NOTE**: IF THIS COURT RESCHEDULES THE TRIAL AND FINAL PRETRIAL CONFERENCE DATES, COUNSEL ARE TO CONFER AND ADJUST ALL OTHER DATES IN THIS ORDER COMMENSURATE WITH THE NEW TRIAL DATE.

/s/ Patti B. Saris
PATTI B. SARIS
United States District Judge