UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ) | |
| IN RE PHARMACEUTICAL INDUSTRY ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | CIVIL ACTION:  01-CV-12257-PBS |
| ) | |
| ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ) | |
| CLASS ACTIONS ) | |
| ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN
RESPONSE TO DEFENDANT AVENTIS' PHARMACEUTICAL INC.'S OPPOSITION
TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Plaintiffs move the Court for leave to file a reply to Defendant Aventis' Pharmaceutical
Inc.'s July 31, 2006, Opposition to Plaintiffs' Motion for Leave to File An Amended Complaint
to reflect appropriate service of a Mass. G.L. ch. 93A §9 demand letter.  Plaintiffs proposed reply
is prompted by both Defendant Aventis' aforementioned responsive pleading and Aventis'
August 9, 2006, reply to Plaintiffs' July 10, 2006, demand letter.

Plaintiffs request an opportunity to respond to new arguments raised in Aventis' papers
and letter.  Aventis' argument is a new variation on its continuing attempt to strike Plaintiffs'
Mass. G.L. ch. 93A §9 claims on procedural grounds.  Plaintiffs respectfully request leave to file
a concise reply to address these new arguments.  A copy of the proposed reply is being submitted
with this motion.

Pursuant to Fed. R. Civ. P. 37(a)(2) and L.R., D. Mass 37.1, undersigned counsel certifies

that Plaintiffs have conferred with counsel for Defendant Aventis regarding the issues raised in

this Motion.  Defendant Aventis does not consent to this Motion.


DATED:  August 24, 2006.                    By____/s/ Steve W. Berman_____
                                               Thomas M. Sobol (BBO#471770)
                                               Edward Notargiacomo (BBO#567636)
                                            Hagens Berman Sobol Shapiro LLP
                                            One Main Street, 4th Floor
                                            Cambridge, MA  02142
                                            Telephone: (617) 482-3700
                                            Facsimile: (617) 482-3003

                                            **LIAISON COUNSEL**

                                            Steve W. Berman
                                            Sean R. Matt
                                            Robert F. Lopez
                                            Hagens Berman Sobol Shapiro LLP
                                            1301 Fifth Avenue, Suite 2900
                                            Seattle, WA  98101
                                            Telephone: (206) 623-7292
                                            Facsimile: (206) 623-0594

                                            Elizabeth Fegan
                                            Hagens Berman Sobol Shapiro LLP
                                            60 W. Randolph Street, Suite 200
                                            Chicago, IL  60601
                                            Telephone: (312) 762-9235
                                            Facsimile: (312) 762-9286

                                            Jeffrey Kodroff
                                            John Macoretta
                                            Spector, Roseman & Kodroff, P.C.
                                            1818 Market Street, Suite 2500
                                            Philadelphia, PA  19103
                                            Telephone: (215) 496-0300
                                            Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Shanin Specter
Donald E. Haviland, Jr.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
Facsimile:  (215) 772-1359
Telephone:  (215) 772-1000

**CO-LEAD COUNSEL FOR
PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE</u>
Docket No. MDL 1456

      I, John Macoretta, hereby certify that I am one of plaintiffs' attorneys and that, on August 24, 2006, I caused copies of **PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY MEMORANDUM IN RESPONSE TO DEFENDANT AVENTIS' PHARMACEUTICAL INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.


                                      **/s/ John Macoretta**
                                        John Macoretta