UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | 
| | MDL No. 1456 |
| | Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc., and Hospira, Inc.* CIVIL ACTION NO. 06-11337-PBS | |

**UNITED STATES' AND RELATOR'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF IN OPPOSITION TO DEFENDANT ABBOTT LABORATORIES, INC.'S MOTION TO DISMISS**

The United States of America and Relator, Ven-A-Care of the Florida Keys, Inc. ("Plaintiffs"), by and through the undersigned counsel in the case captioned *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., and Hospira, Inc.*, hereby file this Motion for an extension of time from September 1, 2006 until September 15, 2006, to file their brief in opposition to defendant's motion to dismiss. September 15 is the deadline by which the United States has been requested to file an *amicus* brief with the Court regarding the United States' interpretation of key legal terms at issue in the MDL. There are overlapping issues to be covered by the two briefs, and the United States will be able to coordinate them more efficiently if it is permitted to submit both briefs on September 15, 2006. Therefore, the United States requests that this Court extend the deadline for the United States' and Relator's brief in opposition to defendant's motion to dismiss until September 15, 2006.

**DISCUSSION**

After the parties agreed to extend the time for Abbott's response to the United States' complaint, defendant filed a motion to dismiss on July 7, 2006. At that time, the case was still pending in the United States District Court for the Southern District of Florida. Prior to the actual transfer of this matter to the MDL proceeding, the parties negotiated a deadline of September 1, 2006, for the filing of the opposition papers. On August 3, 2006, the United States made its first appearance before this Court during a status conference. At that time, the Court requested that the United States prepare a brief setting forth the government's position regarding the meaning of the term, "Average Wholesale Price" ("AWP"). In agreeing to a September 15 deadline, the Court acknowledged the various levels of approval required within the government for such a filing. (August 3, 2006 Transcript at 30-31.)

As the United States began preparing both briefs, it became apparent that there were overlapping issues and that a coordinated deadline for the two briefs was both sensible and efficient. As the Court recognized, a definitive statement by the United States on these issues requires review both within the Department of Justice and the Department of Health and Human Services. It makes sense to have the two briefs filed concurrently. Therefore, the United States requests that the deadline for filing its opposition brief be extended until September 15, 2006, the existing deadline for its AWP brief.

**CONCLUSION**

For the reasons set forth above, the United States and Relator respectfully request that the

Court grant their motion for an extension of time until September 15 to file their brief in opposition to defendant's motion to dismiss.

                                                Respectfully submitted,

For the United States of America,

| MICHAEL J. SULLIVAN | PETER D. KEISLER |
|---|---|
| UNITED STATES ATTORNEY | ASSISTANT ATTORNEY GENERAL |

| /s/ George B. Henderson, II | /s/ Renée Brooker |
|---|---|
| George B. Henderson, II | Michael F. Hertz |
| Assistant U.S. Attorney | Joyce R. Branda |
| John Joseph Moakley U.S. Courthouse | Renée Brooker |
| Suite 9200, 1 Courthouse Way | Justin Draycott |
| Boston, MA 02210 | Gejaa T. Gobena |
| (617) 748-3398 | Civil Division |
| (617) 748-3272 | Commercial Litigation Branch |
| | P. O. Box 261 |
| | Ben Franklin Station |
| For the relator, Ven-A-Care of the Florida Keys, Inc., | Washington, D.C. 20044 |
| | Phone: (202) 307-1088 |

/s/ James J. Breen
James J. Breen
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue
Suite 110
Miramar, FL 33027
Tel: (954) 874-1635
Fax: (954) 874-1705                                               Dated: August 24, 2006
Email: jbreen@breenlaw.com

**CERTIFICATION**

       The undersigned counsel certifies pursuant to LR 7.1(a)(2) that she and the Relator's counsel, James J. Breen, have conferred with counsel for the Defendant Abbott Laboratories, Inc. on the issue raised in this motion and have not been able to reach agreement.

                                                /s/ Renée Brooker
                                                Renée Brooker

Dated: August 24, 2006

## CERTIFICATE OF SERVICE

     I hereby certify that I have this day caused an electronic copy of the above UNITED STATES' AND RELATOR'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF IN OPPOSITION TO DEFENDANT ABBOTT LABORATORIES, INC.'S MOTION TO DISMISS to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

|  |  |
|---|---|
|  | /s/ George B. Henderson, II |
| Dated: August 24, 2006 | George B. Henderson, II |