UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION          CIVIL ACTION NO.
                                            01-12257-PBS
                                            MDL NO. 1456

**NOTICE OF RESCHEDULED HEARING**

SARIS, U.S.D.J.                                              August 25, 2006

      The Class II Certification Hearing previously scheduled for September 12, 2006, at 3:00 p.m. has been **rescheduled** to **September 12, 2006, at 10:00 a.m.,** in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

**NOTE:  Change is to time only.**

      By the Court,

      /s/ Robert C. Alba
      Deputy Clerk

Copies to:  All Counsel