UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | CIVIL ACTION NO. 01-12257-PBS<br>MDL NO. 1456 |

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                         August 25, 2006

       TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: #2970 Class Plaintiffs' and GSK's Joint Motion for Preliminary Approval of Settlement on **September 12, 2006, at 9:00 a.m.,** in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                               /s/ Robert C. Alba
                                               Deputy Clerk

Copies to:  All Counsel