UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |  MDL No. 1456 |
|  | ) ) | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) ) | Judge Patti B. Saris |
| ALL CLASS ACTIONS | ) ) ) |  |

## TRACK 1 DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR CLARIFICATION

The Track 1 Defendants respectfully submit this reply to point out to the Court an error contained in Plaintiffs' Response to Defendants' Motion for Clarification ("Plaintiffs' Response"). Plaintiffs state that counsel from Ropes & Gray failed to indicate in the Motion for Clarification that Plaintiffs intended to file a response. (Pls.' Response at n.1 (Docket No. 3000).)   This statement is incorrect.  Defendants' motion stated that "Plaintiffs' counsel has indicated that Plaintiffs will oppose this motion."  (Track 1 Mot. for Clarification at 2 n.1 (Docket No. 2999).) Plaintiffs did not respond to Defendants' request to correct the error.

THE TRACK 1 DEFENDANTS

/s/ Eric P. Christofferson
John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Eric P. Christofferson (BBO#654087)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Schering-Plough Corporation and Warrick Pharmaceuticals Corporation*

Dated:  August 25, 2006

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 25, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                                  /s/ Eric P. Christofferson_____
                                                  Eric P. Christofferson