UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO THE CLASS ACTION | ) ) | |

**ABBOTT LABORATORIES, INC.'S
NOTICE OF FILING UNDER SEAL**

To: All Counsel of Record

Please take notice that on August 25, 2006, Abbott Laboratories, Inc. caused to be filed with the Clerk of the District of Massachusetts under seal the following documents:

(1) Track 2 Defendants' Memorandum Regarding Harold Bean, In Further Opposition To Class Certification;

(2) Declaration of Brian J. Murray In Support Of Track 2 Defendants' Memorandum Regarding Harold Bean, In Further Opposition To Class Certification; and

(3) Supplemental Expert Declaration of Steven J. Young In Support Of The Track 2 Defendants' Opposition To Class Certification Dated August 25, 2006.

Dated:  August 25, 2006                Respectfully submitted,

/s/ Brian J. Murray
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

*Counsel for Defendant Abbott Laboratories, Inc.,
and on behalf of the Track 2 Defendants.*

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on August 25, 2006, a copy to Lexis-Nexis for posting and notification to all parties.

                                            /s/ Brian J. Murray
                                            Brian J. Murray