# EXHIBIT 1

**TRACK 2 DEFENDANTS AND SUBJECT DRUG ENCOUNTERS
NAMED FOR MR. BEAN,
AND WHY EACH FALLS OUTSIDE THE CLASS 1 DEFINITION**

| Date of Service | J-Code | Name | Track 2 Defendant(s) Named For Mr. Bean | Reason(s) Outside Class 1 Definition |
|---|---|---|---|---|
| 04/26/02 | ■ | ■ | Abbott Baxter | **Did not pay based on AWP**: ■, and reimbursement based on charges. (Also a multi-source drug – source unknown.) |
| 12/02/02 | ■ | ■ | Abbott Baxter | **Did not pay based on AWP**: reimbursement based on charges. (Also a multi-source drug – source unknown.) |
| 01/06/03 | ■ | ■ | Dey | **Did not pay based on AWP:** ■. (Also a multi-source drug – source unknown.) |
| 01/06/03 | ■ | ■ | Dey | **Did not pay based on AWP:** ■. (Also a multi-source drug – source unknown.) |
| 04/07/03 | ■ | ■ | Dey | Multi-source drug – source unknown. |
| 04/07/03 | ■ | ■ | Dey | Multi-source drug – source unknown. |
| 05/02/03 | ■ | ■ | Abbott | **Did not pay based on AWP:** ■ reimbursement. (Also a multi-source drug – source unknown.) |
| 04/16/04 | ■ | ■ | Abbott Pharmacia | **Did not pay based on AWP:** no responsibility to pay. (Also a multi-source drug – source unknown.) |
| Various | ■ | ■ | Amgen | No proof Bean took ■, and even if there were, Bean's co-payment was based on a non-Track 2 Defendant's AWP. |