UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
IN RE PHARMACEUTICAL INDUSTRY       )   MDL NO. 1456
AVERAGE WHOLESALE PRICE             )
LITIGATION                          )   CIVIL ACTION: 01-CV-12257-PBS
                                    )
THIS DOCUMENT RELATES TO:           )   JUDGE PATTI B. SARIS
ALL ACTIONS                         )
_____ )

**APPENDIX TO TRACK TWO DEFENDANTS' MEMORANDUM IN OPPOSITION TO CLASS CERTIFICATION**

**[REDACTED VERSION]**

Track Two Defendants submit the following exhibits in support of their Memorandum in Opposition to Class Certification.

| | |
|---|---|
| Exhibit 1: | Expert Report of Zachary Dyckman in Support of Track 2 Defendants' Opposition to Class Certification dated June 14, 2006 |
| Exhibit 2: | Expert Declaration of Steven J. Young in Support of Track 2 Defendants' Opposition to Class Certification dated June 15, 2006 |
| Exhibit 3: | Declaration of Darlene Murphy dated May 5, 2006 |
| Exhibit 4: | Excerpt of Memorandum of Intervenors, Valerie Samsell and Milton Greene, In opposition to the Joint Motion for Preliminary Approval of Proposed Nationwide Lupron Purchaser Class Settlement, Certification of Settlement Class and Approval of Notice Plan dated November 22, 2004, M.D.L. 1430, No. 01-CV-10861-RGS (D. Mass.) |
| Exhibit 5: | Track 2 Defendants' Request for Production of Documents to Plaintiffs dated November 3, 2005 |
| Exhibit 6: | Plaintiffs' Objection and Response to Track 2 Defendants' Request |

|  |  |
|---|---|
|  | for Production of Documents to Plaintiffs dated January 12, 2006 |
| Exhibit 7: | Track 2 Defendants' Interrogatories to Plaintiffs dated November 3, 2005 |
| Exhibit 8: | Plaintiffs' Response to the Track 2 Defendants' Interrogatories To Plaintiffs dated January 12, 2006 |
| Exhibit 9: | [Withdrawn pursuant to June 21, 2006 Letter to Judge Saris] |
| Exhibit 10: | Ven-A-Care Letter to Dr. Vladeck dated October 2,1996 (Bates Range HHC003-0479 to HHC003-0484) |
| Exhibit 11: | Florida Jury Instructions |
| Exhibit 12: | Illinois Jury Instructions |
| Exhibit 13: | New York Jury Instructions |
| Exhibit 14: | National Heritage Insurance Company (NHIC) Email dated November 7, 2001 (Bates Range AWP002-1942 to AWP002-1944) |
| Exhibit 15: | National Heritage Insurance Company (NHIC) Email dated November 14, 2001 (Bates Range AWP002-1959 to AWP002-1960) |
| Exhibit 16: | National Heritage Insurance Company (NHIC) Email dated November 15, 2001 (Bates Range AWP002-1962 to AWP002-1965) |
| Exhibit 17: | National Heritage Insurance Company (NHIC) Email dated October 11, 2000 (Bates Range AWP001-0841 to AWP001-0842) |
| Exhibit 18: | National Heritage Insurance Company (NHIC) Email dated October 11, 2000 (Bates Range AWP001-0891 to AWP001-0892) |
| Exhibit 19: | National Heritage Insurance Company (NHIC) Email dated July 31, 2002 (Bates Range AWP003-0002 to AWP003-0006) |
| Exhibit 20: | National Heritage Insurance Company (NHIC) Chart (Bates Range AWP003-0014 to AWP003-0039) |
| Exhibit 21: | National Heritage Insurance Company (NHIC) Email dated October 11, 2000 (Bates Range AWP001-0894 to AWP001-0897) |
| Exhibit 22: | National Heritage Insurance Company (NHIC) Email dated |

|  |  |
|---|---|
|  | October 11, 2000 (Bates Range AWP001-0964) |
| Exhibit 23: | National Heritage Insurance Company (NHIC) Email dated October 12, 2000 (Bates Range AWP001-0975) |
| Exhibit 24: | [Under Seal] |
| Exhibit 25: | [Under Seal] |
| Exhibit 26: | [Under Seal] |
| Exhibit 27: | [Under Seal] |
| Exhibit 28: | [Under Seal] |
| Exhibit 29: | [Under Seal] |
| Exhibit 30: | [Under Seal] |
| Exhibit 31: | [Under Seal] |
| Exhibit 32: | [Under Seal] |
| Exhibit 33: | [Under Seal] |
| Exhibit 34: | [Under Seal] |
| Exhibit 35: | [Under Seal] |
| Exhibit 36: | Excerpts of Deposition of Charles Hannaford dated December 29, 2005 |
| Exhibit 37: | [Under Seal] |
| Exhibit 38: | [Under Seal] |
| Exhibit 39: | Exhibit 7 of Hartman Deposition dated October 7, 2004 |
| Exhibit 40: | Exhibit 27 of Hartman Deposition dated February 27, 2006 |
| Exhibit 41: | Excerpts of Deposition of Jill S. Herbold dated January 14, 2005 |
| Exhibit 42: | [Under Seal] |
| Exhibit 43: | [Under Seal] |
| Exhibit 44: | [Under Seal] |
| Exhibit 45: | [Under Seal] |
| Exhibit 46: | [Under Seal] |
| Exhibit 47: | [Under Seal] |
| Exhibit 48: | [Under Seal] |
| Exhibit 49: | Excerpts of Deposition of Glenn Randle dated November 17, 2005 |
| Exhibit 50: | Excerpts of Deposition of Melissa Shannon dated May 23, 2006 |

Exhibit 51:   [Under Seal]

Exhibit 52:   [Under Seal]

Exhibit 53:   [Under Seal]

Exhibit 54:   [Under Seal]

Exhibit 55:   Excerpt from United States House of Representatives Budget Committee Report for H.R. 2015 dated June 24, 1997

DATED this 25th day of August, 2006.

/s/ Aimée E. Bierman
Michael DeMarco (BBO #119960)
 mdemarco@klng.com
Aimée E. Bierman (BBO #640385)
 abierman@klng.com
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(617) 261-3100

Michael L. Koon
James P. Muehlberger
Nicholas Mizell
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
(816) 474-6550

Attorneys for Aventis Pharmaceuticals Inc. and on behalf of the following Track Two Defendants:

Abbott Laboratories, Amgen Inc., Aventis Pharmaceuticals Inc., Baxter Healthcare Corp., Baxter International Inc., Bayer Corporation, Dey, Inc., Fujisawa Healthcare Incorporation, Fujisawa USA, Inc., Hoechst Marion Roussel, Inc., Immunex Corporation, Pfizer, Inc., Pharmacia Corp., Pharmacia & Upjohn, Sicor, Inc. f/k/a Gensia, Inc., Gensia Sicor Pharmaceuticals, Inc., Sicor Pharmaceuticals, Inc., Watson Pharmaceuticals, Inc., and ZLB Behring LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2006 I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Aimée E. Bierman
Aimée E. Bierman
