EXPERT REPORT OF ZACHARY DYCKMAN IN SUPPORT OF TRACK 2 DEFENDANTS'
OPPOSITION TO CLASS CERTIFICATION

42)      AWP pricing data in Exhibit 2 of Dyckman Study 2 has been extensively cited by Dr.
Hartman
                                             Pricing data in Exhibit 2 relate to the
AWP formula used for the most commonly used methodology for the plan's primary product,
but not payment methodologies used under different products (e.g., HMO, indemnity) and for
providers that negotiated non-standard prices that may not have been based on AWP. In
addition, some plans use relatively old AWP pricing data to determine maximum allowances
which may differ markedly from current AWP data for some drugs.  The following comments
appear shortly after Exhibit 2 in Dyckman Study 2:

> Several caveats are in order. First, some of the health plans use a single, well-defined
> pricing formula that applies to all physician-administered drugs for all or most of their
> business. For others, the pricing methodology is less well defined and may vary in one or
> more of the following respects:
>
> - A different average wholesale price (AWP) formula may be used for different
>   categories of drugs, such as chemotherapy, immunizations and vaccines.
>
> - There may be a standard AWP pricing formula for most providers, but one or
>   more other pricing formulae for specific providers or for specialty pharmacy
>   vendors that supply drugs to some physicians.
>
> - Some plans do not update their prices on a frequent or consistent basis.
>   Therefore, some of the AWP prices used may not be current and/or consistent
>   with those used by Medicare carriers….
>
> - Twenty of 33 plans surveyed use a straightforward AWP pricing approach based
>   on relatively current pricing data for physician-administered drugs for all or
>   almost all providers; 13 plans use different pricing for different categories of
>   drugs, different providers and/or non/current pricing data.[40]

43)      Thus, the Dyckman study found that there was significant variation in the payment
methodology for approximately 40 percent of the plans.  I have no doubt that if payment
methodology of the Dyckman Study health plans had been examined over an extended period,
such as five or ten years, variation in use of AWP payment methodology, AWP pricing formula
and other characteristics of the payment methodology would have been significantly greater than

---

[40] Dyckman Study 2, pp. 3-4.

**EXPERT REPORT OF ZACHARY DYCKMAN IN SUPPORT OF TRACK 2 DEFENDANTS'
OPPOSITION TO CLASS CERTIFICATION**

found for one point in time, fall 2002.  Clearly, individualized inquiry is required among Class 3
members to determine if injury occurred under the alleged AWP scheme.

Hartman's Assumption: Payment Rates for Drugs Are Not Interrelated with Payment for Drug
Administration Services

44)     The relationship between maximum allowances used for physician administered drugs
and fees for drug administration services is critical in the consideration of class-wide causation
and injury, and who may have been injured in the alleged AWP scheme.  Medicare has long been
aware of this relationship and the cross-subsidization between drug prices and drug
administration fees.  In 2004, Medicare decreased drug prices and increased drug administration
fees.  CMS estimated that the combined 2004 drug price reductions and increases in drug
administration fees, assuming no change in mix or volume, would result in "virtually no net
change in total Medicare payments for oncologists."[41]

45)     Many private health plans were aware of the cross-subsidization of relatively low drug
administration service fees by relatively high drug prices.  Health plan representatives testified at
deposition that they were aware of the interrelationship between drug prices and service fees and
the need to raise service fees if drug prices are reduced.[42]

Statements are included in
Dyckman Study 2 noting both health plan awareness and sensitivity to the issue of inadequate
drug administration fees and the need to address the cross-subsidization issue:

---

[41] Federal Register, Vol. 69, No. 4, p. 1108.
[42]
                     Deposition testimony of Jill S. Herbold, January 14, 2005, pp. 61-62

18

**EXPERT REPORT OF ZACHARY DYCKMAN IN SUPPORT OF TRACK 2 DEFENDANTS'
OPPOSITION TO CLASS CERTIFICATION**

About one forth of the plans report physician complaints about inadequate fees
for drug administration codes.[44]

Approximately half of the health plans planning to reduce drug prices will
consider raising fees for drug administration codes.[45]

46)    Both Plaintiffs' experts claim to have no knowledge and deny the relevance of the
interrelationship between drug prices and drug administration services, and cross-subsidization
of payment rates.  Disregarding facts contained in my study, various government reports and
Congressional testimony, Dr. Hartman does not consider or even appear to be aware of any
interrelationship between prices paid for physician-administered drugs and physician fees for
drug administration services.  The following excerpts are from his deposition testimony in
February 2006:

47)    Dr. Hartman likewise claims that he was not aware that when Medicare reduced its
maximum allowances for physician-administered drugs in 2004, it simultaneously increased fees
for drug administration services.    He disregards deposition testimony from representatives of
health plans that are included in the proposed Class 3 that the health plans were aware of the
interrelationship between drug prices and drug administration service fees, and that they were
sensitive to the need to increase fees if they followed Medicare's lead in reducing drug prices in

---

[44] It is reasonable to assume that the proportion of physicians complaining about inadequate fees would have been
higher were it not for many physicians receiving relatively high prices for some drugs that in effect subsidized the
low fees.
[45] Dyckman Study 2, p. 4.

**EXPERT REPORT OF ZACHARY DYCKMAN IN SUPPORT OF TRACK 2 DEFENDANTS'
OPPOSITION TO CLASS CERTIFICATION**

2004. Dr. Rosenthal also appears to be oblivious to the interrelationship between drug prices and drug administration service fees.

48)    The interrelationship between drug prices and fees for drug administration services and cross-subsidization between the two is an important issue in determination of causation and injury on a class-wide basis. Individualized inquiry of members of the proposed classes is required regarding the combined price of physician-administered drugs and drug administration services to determine if there has been any injury.

Hartman's Assumption: All or Virtually All Medicare Beneficiaries Pay Their Co-payment Liability

49)    Dr. Hartman assumes in his theory of class wide injury and calculation of class-wide damages that all Medicare beneficiaries pay their coinsurance for physician-administered drugs.

50)    A report by a trade publication, Managed Health Care Executive, reports that "most physician providers collect only about one-half of the drug-related co-pay" for physician-administered drugs.    For those individuals who did not pay their co-payment liability, there would be no injury under the alleged AWP scheme. Inquiry is required on an individual enrollee basis and possibly on an individual claim basis to determine if injury occurred.

20

**EXPERT REPORT OF ZACHARY DYCKMAN IN SUPPORT OF TRACK 2 DEFENDANTS'
OPPOSITION TO CLASS CERTIFICATION**

## 4.    CONCLUSION

51)      It is my conclusion that, as a result of many important errors made by Dr. Hartman regarding Medicare and private health plan payment for physician-administered drugs, he is wrong in his conclusion that causation and injury can be determined on a class-wide basis. Substantial variability exists among class members regarding spread expectations, whether drug payment amounts were based on AWP, and whether a member actually paid coinsurance.  For each drug transaction, individualized inquiry is required to determine if causation and injury exist under Plaintiffs' theories.  Moreover, because there is no neat and consistent pattern of variability within the proposed classes for the required components of Plaintiffs' theories, it is not possible to create a structure of sub-classes, by drug, by health plan, by time, or by any other classification scheme that I could imagine to determine causation and injury on a sub-class basis.

21

**EXPERT REPORT OF ZACHARY DYCKMAN IN SUPPORT OF TRACK 2 DEFENDANTS'
OPPOSITION TO CLASS CERTIFICATION**

I declare under penalty of perjury that the forgoing is true and correct.

Executed on: June 14, 2006

By _____
Zachary Dyckman, Ph.D.

22

**EXPERT REPORT OF ZACHARY DYCKMAN IN SUPPORT OF TRACK 2 DEFENDANTS'**
**OPPOSITION TO CLASS CERTIFICATION**

**ATTACHMENT A**



*Health Policy Consulting ♦ Health Finance Consulting ♦ Litigation Support*

Dyckman & Associates, LLC
1050 17th Street, NW ♦ Suite 1000 ♦ Washington, DC 20036
(202) 223-4741 ♦ Fax (202) 728-1196 ♦ www.dyckmanassociates.com

## ZACHARY Y. DYCKMAN, Ph.D.

### EDUCATION

| | |
|---|---|
| Ph.D. | University of Pennsylvania (Economics) |
| B.B.A. | City College of New York |

### PROFESSIONAL EXPERIENCE

President, <u>Dyckman & Associates</u>, January 2002-Present.  Directs projects and
provides consulting services in the areas of health policy, health finance,
provider payment systems, cost-benefit analysis, and managed care program
evaluation.  Provides expert witness and other litigation support services.

Executive Vice President, <u>CHPS Consulting</u>, 1990-2001, Senior Vice President, 1981-
1989.  Exercised technical and management responsibilities for physician
reimbursement, litigation support, healthcare cost analysis, managed care
program design, health insurance strategic planning, and healthcare cost
containment.

Manager, <u>Peat, Marwick, Mitchell & Co.</u>, 1979-1981.  Directed research and
evaluation studies of employee health benefit programs, provider
reimbursement system, and cost-containment programs.

Associate Professor Lecturer of Economics, <u>The George Washington University</u>,
1972-1981.  Taught graduate level courses in economics.

Director of the <u>Division of Health, Finance, Insurance and Other Services</u>,
<u>President's Council on Wage and Price Stability</u>, 1976-1979.  Directed the
Administration's anti-inflation programs in the health, insurance, and
finance sectors.  Advised Council Chairman and Executive Office of the
President on health regulatory and policy matters.  Authored studies of
physician fee inflation and private sector cost-containment activities.

Associate Director of Research, <u>Health Insurance Association of America</u>, 1975-1976.
Directed the research activities of the Association.  Authored reports and
prepared testimony related to provider reimbursement, cost containment,
and medical malpractice insurance.

Updated March 2006

Page 2
Zachary Dyckman, Ph.D.

## PROFESSIONAL EXPERIENCE (CONT.)

Economist, Social Security Administration, and Office of the Assistant Secretary of
Health, <u>Department of Health Education and Welfare</u>, 1971-1975.  Provided
technical analysis of Medicare programs in areas of eligibility, benefit design,
utilization review, and physician reimbursement.

Economist, <u>Center for Naval Analysis</u>, 1970-1971.  Performed studies of manpower
retention and cost effectiveness of alternative ship-design programs.

## PROFESSIONAL SOCIETIES, HONORS AND COMMUNITY ACTIVITIES

Member, American Economic Association
Member, American Health Lawyers Association
Member, American Public Health Association
Member, AcademyHealth
Member, Beta Gamma Sigma
Wharton Econometric Research Services Unit Fellow
New York State College Teaching Fellow
Referee, Health Care Financing Review

## HEALTHCARE RESEARCH AND CONSULTING EXPERIENCE

- Serving as a panel expert for the Centers for Medicare & Medicaid Services
  (CMS) evaluation of the Medicare physician fee update methodology (2005-
  2006).

- Directing a "Multiplan" project concerning payment for hospital outpatient
  services (2006).

- Providing litigation support services for cases involving health plan payment
  for physician services (2003-2006).

- Assisting several northeastern health plans in the evaluation and redesign of
  their physician payment systems (2004-2006).

- Providing litigation support services in class action litigation involving hospital
  payment methodology (2004-2006).

- Providing litigation support services for cases involving pricing of prescription
  drugs (2003-2006).

Updated March 2006

Page 3
Zachary Dyckman, Ph.D.

## HEALTHCARE RESEARCH AND CONSULTING EXPERIENCE (CONT.)

- Serving as a consultant and/or expert witness for litigation involving payment methodology and payment rates for out-of-network physician and hospital providers (2001-2006).

- Provided expert testimony on health insurance affordability and initiatives to increase enrollment before the Rhode Island Department of Business Regulation (2006).

- Conducted a survey of health plan fees, payment policies, and claims cost for chiropractor services (2005).

- Directed a "Multiplan" project in which physician fee, cost and utilization data were analyzed and payment methodologies and cost-effectiveness initiatives were reviewed for 18 participating health plans (2003-2004).

- Assisted a southeastern health plan redesign its payment methodology for out-of-network providers (2004).

- Conducted supporting analysis of private health plan physician fees for a United States Government Accountability Office (GAO) study of Medicare physician payment (2004).

- Assessed the likely impact of state regulation of physician payment and other health plan operational activities on cost and access to health insurance coverage.  Testified before a Rhode Island legislative committee on findings and conclusions (2004).

- Assisted a Massachusetts managed care plan develop and implement a new physician payment methodology (2002-2004).

- Directed a study for the Medicare Payment Advisory Commission (MedPAC) on physician fees and characteristics of physician payment methodology used by private health plans, changing dynamics in physician service markets, payment methodology used for physician-administered drugs and factors that influence physician fee change decisions.  The project included interviewing senior health plan staff at more than 30 health plans and collecting and analyzing 2001 and 2002 physician fee data (2002-2003).

- Served as a consultant and/or expert witness for several managed care plans in provider and member class action suits that involve provider payment, utilization management, and member disclosure issues (2000-2003).

Updated March 2006

Page 4
Zachary Dyckman, Ph.D.

## HEALTHCARE RESEARCH AND CONSULTING EXPERIENCE (CONT.)

- Provided analytic support regarding physician fee and payment methodology issues for several health plans (2002-2003).

- Served as an expert witness in healthcare antitrust litigation relating to pharmacy benefits programs and selection of PBMs (2000-2003).

- Provided litigation support for healthcare antitrust cases involving physician services and managed care plans (2001-2003).

- Directed a study of the cost-effectiveness of organ transplants, conducted on behalf of a private foundation (2002).

- Directed a study of the financial impact of antitrust exemption for physician joint bargaining and an assessment of experience in states in which such legislation has been enacted, for a northeastern health plan (2001).

- Provided litigation support services for physician-hospital dispute cases relating to payment and hospital privilege issues (2001-2002).

- Served as an expert witness in litigation involving payer-provider disputes for oncology and ESRD services (2001-2002).

- Directed analysis in support of litigation involving alleged billing fraud for hospital and clinical laboratory services (2001).

- Assisted a New England Blue Cross Blue Shield plan develop and implement an RBRVS physician payment system and updated payment policy/procedure coding rules (2000–2001).

- Developed a new dental fee schedule for a southwestern state's public employee benefit plan (2001).

- Directed a study of clinical laboratory test costs and payment rates to assist the Institute of Medicine of the National Academy of Sciences to develop recommendations for improved Medicare Payment Methodologies (2000).

- Provided analytic support in litigation involving physician fee levels for a California health plan (1999–2000).

Page 5
Zachary Dyckman, Ph.D.

## HEALTHCARE RESEARCH AND CONSULTING EXPERIENCE (CONT.)

- Directed a national survey of hospitals, physicians, skilled nursing facilities, and home health agencies to compare Medicare, managed care, and indemnity program provider payment rates, for the Medicare Payment Advisory Commission (MedPAC) (1999-2000).

- Co-authored a study of the financial impact of alternative benefit designs under a Medicare pharmacy benefit program (1999-2000).

- Provided analytic support in cases involving alleged Medicare billing fraud for clinical lab services, for executives of a large national provider (1999-2001).

- Directed a litigation support project for a consortium of health insurance plans to estimate damages relating to alleged fraudulent and abusive billing and referral practices on the part of a major national healthcare provider (1998-2000).

- Directed a project for a healthcare purchaser coalition to compare managed care program performance (claims experience, administrative cost, quality, and member satisfaction) in St. Louis with seven other healthcare markets (1998-1999).

- Prepared a report on the antitrust implications of a merger of two hospital systems in Rhode Island (1999).

- Directed a project to evaluate pharmacy benefit program characteristics and claims experience for a consortium of health plans and benchmarked them against industry best practices (1998).

- Assisted a southwestern state redesign physician and ambulatory service provider payment systems for its employee health benefit plan (1998).

- Estimated damages relating to alleged excessive charges for prescription drugs by a drug manufacturer for a consortium of health insurance plans (1998-1999).

- Provided expert witness testimony and analytical support in litigation involving long-term care insurance (1998).

- Assisted a California managed care plan design and implement a competitive physician fee schedule (1998).

Updated March 2006

Page 6
Zachary Dyckman, Ph.D.

## HEALTHCARE RESEARCH AND CONSULTING EXPERIENCE (CONT.)

- Assisted a large national employer evaluate and select managed care plans; assisted in developing claims cost projections and in managed care contract negotiations (1997-1998).

- Directed a managed care audit for a southern managed care plan, including operational and clinical review of plan utilization management activities (1997-1998).

- Directed a market segmentation feasibility study for northeastern health insurance plan (1997).

- Conducted a project for a consortium of Blue Cross Blue Shield plans on the design of performance-based provider payment systems and the design and marketing of Medicare Risk products. This project included an assessment of best practices in provider profiling, performance criteria development, payment incentives, and Medicare Risk program cost containment practices (1997).

- Conducted a performance audit for a southern Blue Cross Blue Shield plan of their pharmacy benefit program and developed recommendations to better control cost (1997).

- Assisted a large California managed care plan redesign its physician payment system (1997).

- Conducted a project for a consortium of Blue Cross and Blue Shield plans to develop Global Payment approaches (physician, hospital, and other medical services combined) for selected medical procedures (1995-1996).

- Directed a study for the Physician Payment Review Commission (PPRC) to investigate and evaluate private cost containment initiatives used in fee-for-service settings (e.g., provider profiling, utilization management, billing fraud and abuse detection, etc.). A summary of this study was presented as a chapter in the 1996 PPRC Report to Congress (1995-1996).

- Assisted a major national employer design, evaluate vendors, and implement a mental health/chemical dependency benefit carve-out program. Provided ongoing program monitoring and evaluation assistance (1994-1998).

Updated March 2006

Page 7
Zachary Dyckman, Ph.D.

## HEALTHCARE RESEARCH AND CONSULTING EXPERIENCE (CONT.)

- Conducted several studies and reports for congressional committees for the American Clinical Laboratory Association on the impact of clinical laboratory direct billing requirements on laboratory charges, utilization, and cost under Medicare and private insurance programs (1992-1994).

- Provided litigation support to the Arizona Attorney General regarding dental service market antitrust issues (1994).

- Assisted a major national employer design and implement a managed prescription drug benefit program (1994-1997). Provided ongoing program financial performance monitoring and evaluation assistance.

- Conducted a study (cited by President Clinton) of the cost impact of Medicare coverage of prescription drug benefits for the National Association of Chain Drug Stores (1993-1994).

- Directed a project to develop Universal Health Access plans for the state of Vermont. The project involved the design and preparation of cost projections for single payer and multiple payer systems (1993-1994).

- Conducted a study for the Physician Payment Review Commission of the impact of RBRVS and restructured coding for evaluation and management services on Medicare and private insurance claims experience (1993-1994).

- Assisted California Blue Shield in designing and implementing an RBRVS physician payment system for physician services (1993). (Similar projects were conducted for other private health insurers, 1993-1995). These projects involved audits of existing payment systems and claims experience, analysis of competitive environments, and cost impact modeling of alternative payment system designs.

- Assisted the Medical Society of the State of New York to develop a statewide physician-sponsored managed care program initiative (1992-1993).

- Provided expert witness testimony relating to dental insurance market characteristics and antitrust issues in Rhode Island (1992-1993).

Updated March 2006

Page 8
Zachary Dyckman, Ph.D.

## HEALTHCARE RESEARCH AND CONSULTING EXPERIENCE (CONT.)

- Directed a project to design and implement RBRVS physician payment systems for three Washington State programs: Medicaid, State Employees, and Workers' Compensation.  Included in the project were development of RBRVS values for procedures without relative value units, financial simulations, and the development of modeling software (1992-1993).

- Developed cost projections for a tax credit-based national health insurance plan and for a Maryland demonstration of the plan, for Blue Cross and Blue Shield of Maryland (1991-1992).

- Conducted a study to evaluate RBRVS physician payment system alternatives for a consortium of ten Blue Cross and Blue Shield plans.  The project involved strategic planning regarding payment system goals and constraints, developing fee schedule alternatives, and conducting cost simulations for alternative schedules (1991-1992).

- Conducted a study of the impact of physician joint ventures on utilization and cost of radiology imaging services, testified before State legislative committees in Florida and California, and prepared testimony for Congressional Committee hearings (1991-1992).

- Conducted and developed cost projections for alternative RBRVS fee schedule designs for Blue Cross and Blue Shield of Rochester (1991).

- Directed a project for the U.S. Small Business Administration to identify and evaluate programs to assist small employers obtain health insurance coverage at affordable rates (1991).

- Co-authored a report that estimated changes in health insurance administrative costs that would occur if the U.S. implemented a National Single Payer Health Insurance Program (1991).

- Developed cost projections for a national health insurance plan for the National Association of Social Workers (1990-1991).

Updated March 2006

Page 9
Zachary Dyckman, Ph.D.

## HEALTHCARE RESEARCH AND CONSULTING EXPERIENCE (CONT.)

- Conducted a project for twelve Blue Cross and Blue Shield plans to measure and better understand the causes of physician cost inflation and to develop implementation strategies for RBRVS payment systems.  This project involved collecting and analyzing detailed physician charge, fee payment, and utilization data and identifying potentially attractive payment system and utilization control programs to help control costs (1990-1991).  A similar study for 19 plans was completed in January 1990.

- Identified attractive utilization management and other cost containment techniques for physician services in a study conducted for the Health Care Financing Administration (1989-1990).

- Developed annual estimates of physician expenditures in Massachusetts as part of a physician fee regulatory process, for Blue Cross and Blue Shield of Massachusetts (1987-1990).

- Provided technical assistance to the New York Department of Health in developing and implementing a case-mix sensitive home health payment system.  This project involved conducting a home health visit time study, which examined the impact of patient characteristics and service requirements on nurse productivity (1988-1991).

- Directed a project for the Railroad Retirement Board to evaluate Medicare secondary payer (coordination of benefits) performance of its Medicare Part B carrier (1989-1990).

- Directed an evaluation of the case management program of a Medicaid capitated gatekeeper model healthcare service program for the state of Pennsylvania (1989).

- Co-directed a project to assess the financial impact of New York State implementing a single payer health insurance program, for the New York Coalition of Blue Cross Blue Shield Plans (1989).

- Evaluated and designed a physician payment system and assisted in annual process in updating fees for Blue Cross and Blue Shield of New Jersey (1986-92). (Similar technical assistance regarding physician payment methodology was provided to Blue Cross and Blue Shield plans in New York, Virginia, Massachusetts, Tennessee, Ohio, Iowa, and Rhode Island (1980-1992).

Page 10
Zachary Dyckman, Ph.D.

## HEALTHCARE RESEARCH AND CONSULTING EXPERIENCE (CONT.)

- Evaluated dentist fee payment methodologies used by private health insurers for the American Dental Association (1987).

- Helped develop a fee schedule for physician, dental, DME, and other non-institutional services for a no-fault auto liability insurance program, for the New Jersey Department of Insurance (1989).

- Directed a project to seek enhanced Federal funding for services provided to mentally retarded, developmentally disabled, and chronically mentally ill, for the Iowa Department of Human Services.  This project involved planning for new services, cost-saving estimation, and preparation of Federal Waiver Requests (1987-1988).

- Participated in a Health Care Financing Administration national panel, which evaluated the Medicare Economic Index for physician services and explored alternatives to the existing index methodology (1987).

- Prepared a capitation manual for state Medicaid programs for the Health Care Financing Administration, which was distributed by HCFA to all state Medicaid program directors (1987-1988).

- Evaluated position paper on "Medicare Physician Reimbursement: An AMA Perspective" for the American Medical Association (1987).

- Conducted an economic feasibility study of a national pharmacy services organization for the National Association of Chain Drug Stores.  In addition, research reports were prepared on generic-brand name drug price comparisons and projections made of potential cost savings from use of generic drugs (1986-1987).

- Served as project director for a feasibility study to develop alternative delivery system approaches for the South Carolina Medicaid program.  Project included assessment of requirements of a full range of ADS alternatives, and evaluation of State environmental characteristics relevant to managed care systems (1987).

- Served as an expert witness on market definition, reasonableness of competition, and other healthcare antitrust issues and on health regulatory issues in Pennsylvania, Rhode Island, Massachusetts, New York, and West Virginia (1984-1993).

Updated March 2006

Page 11
Zachary Dyckman, Ph.D.

## HEALTHCARE RESEARCH AND CONSULTING EXPERIENCE (CONT.)

- Co-directed a project for the Iowa Medicaid program to evaluate current payment system methodologies and design more cost-effective approaches for payment to hospitals, physicians, dentists, long-term care facilities, home health agencies, and other providers (1985-1986).

- Directed a study for New York State to design and help implement a home healthcare prospective payment system for the New York State Medicaid program (1985-1989).

- Conducted a study to determine the impact of Maryland mandated healthcare benefits on cost of health insurance (1985).

- Directed a project for the National Institute of Mental Health to determine the impact of state-mandated mental health benefits on healthcare cost and utilization (1984-1985).

- Directed a project for HCFA to design competitive bidding systems for purchase of home health services by Medicare and Medicaid. The project included preparation of a review of the healthcare competitive bidding experience, market study of the home healthcare industry, and detailed implementation and evaluation plans for HCFA competitive bidding demonstration (1984-1985).

- Assisted a midwestern Blue Shield plan to design a "Gatekeeper" model IPA. As part of this project, we surveyed and evaluated the experience of other Gatekeeper model IPAs implemented by Blue Cross and Shield plans and provider groups (1984).

- Assisted a large employer-union health and welfare fund implement a multi-site preferred provider program (1983-1984).

- Directed a project for HCFA to develop a competitive bidding program for purchase of clinical laboratory services for Medicare and Medicaid (1982-1983).

- Evaluated alternative hospital prospective payment systems for a midwestern state Medicaid program (1982).

- Assisted the Governor's Commission on Health Care Costs in Iowa in defining cost and utilization data requirements and in developing a statewide health data system to promote greater competition in the purchase of healthcare (1982).