Page 12
Zachary Dyckman, Ph.D.

## HEALTHCARE RESEARCH AND CONSULTING EXPERIENCE (CONT.)

- Participated in the evaluation of the HCFA-sponsored Triage demonstration program in Connecticut. This program, operating under Section 222 waivers (Public Law 92-603), monitored medical and social services for the elderly and Medicare-disabled in Connecticut (1982).

- Consulted with insurance commissioners in several states regarding a broad range of healthcare cost containment strategies and initiatives (1978-1982).

- Directed a study of the administration, costs and effectiveness of the employee health benefit programs for employees of the nation's largest steel companies. Similar evaluations were done for other private-sector organizations (1979-1980).

- Prepared policy position papers for the Executive Office of the President on antitrust exemption for health insurers (1979).

- Developed hospital expenditure projections under the Carter Administration's Hospital Cost Containment Program (1979).

- Authored a major report on the measurement and causes of physician fee inflation (1978).

- Testified in Congress on the impact of insurance payment approaches on physician fee inflation (1978).

- Conducted a series of national hearings and authored the first major published report on private-sector cost-containment efforts (1976).

- Designed the evaluation protocol used to determine costs and effectiveness of the PSRO program (1974).

- Authored a report (published by HCFA) of physician earnings in the pre-Medicare period (1972-1973).

- Developed the Medicare Economic Index used to determine maximum fee payments to physicians (1973).

Updated March 2006

Page 13
Zachary Dyckman, Ph.D.

## SELECTED PUBLICATIONS

Dyckman, Z. and Hess, P. "Survey of Health Plans Concerning Physician Fees and Payment Methodology," A Study Conducted for the Medicare Payment Advisory Commission, No. 03-7, August 2003.

Dyckman, Z. and Hess, P. "Health Plan Payment for Physician-Administered Drugs," A Study Conducted for the Medicare Payment Advisory Commission, No. 03-5, August 2003.

Hogan, C. and Dyckman, Z. "Explaining Differences Between the Two MedPAC-Sponsored Analyses of Private Insurers' Physician Fees," Medicare Payment Advisory Commission, August 2003.

Dyckman, Z., Hess, M.E., & Goddard, T.G. "In Unity there is Strength: An update on Provider Collective Bargaining Legislation." HMOs and Health Plans Substantive Law Committee Newsletter, American Health Lawyers Association, Spring 2001.

"Study of Fees and Payment System Characteristics for Clinical Laboratory Services," in Medicare Laboratory Payment Policy: Now and in the Future, Institute of Medicine, National Academy of Sciences, December 2000.

"Comparative Fee Analysis for Clinical Laboratory Services," paper presented at the Annual meeting of the American Public Health Association, Boston, Massachusetts, November 2000.

Dyckman, Z. and B.B. Cassidy. "Recent Developments and Trends in the Clinical Laboratory Industry." Cited in Medicare Laboratory Payment Policy: Now and in the Future, Institute of Medicine, National Academy of Sciences, December 2000.

Meyer, J.A., Waldman E.K., and Dyckman, Z. The Impact of Cost-Sharing on Pharmaceutical Utilization of Senior Medicare Enrollees, New Directions for Policy, April 2000.

St. Louis Health Care – A Regional Comparison, St. Louis Area Business Coalition, July 1999.

"Global Service Purchasing, Program Design Issues," Chapter in Global Fees For Episodes of Care: New Approaches to Purchasing Healthcare, McGraw-Hill, 1998.

Dyckman, Z. and Knowlton, A. "Cost-effectiveness Initiatives Implemented by Private Payers in Fee-for-Service Environments," report to the Physician Payment Review Commission, January 1996.

Updated March 2006

Page 14
Zachary Dyckman, Ph.D.

## SELECTED PUBLICATIONS (CONT.)

"Private Payer Use of RBRVS to Control Physician Costs," Journal of Health Care Benefits, January/February, 1995.

"RBRVS Physician Payment Approaches for Employee Health Benefit Programs," in Driving Down Health Care Costs, Strategies and Solutions, Aspen Publishers, Inc., 1995.

"Impact of Direct Billing Requirements for Laboratory Tests on Laboratory Charges, Utilization and Costs," report submitted to the Health Committee, U.S. House Committee on Ways and Means, May 1993.

"Should Private Payers Rush to Adopt RBRVS?", Business and Health, September 1992.

Programs to Improve Health Insurance Access for Small Business -- What Works and What Doesn't (with JoAnna Burnette) U.S. Small Business Administration, March 1992.

"Impact of Physician Joint Venture Activity on Medical Care Costs in Florida," report submitted to the Florida State Legislature, January 1992.

"Physician Cost Experience Under Private Health Insurance Programs," Health Care Financing Review, Spring 1992.

"The Cost of Mandated Insurance Benefits -- The Maryland Experience," paper presented at annual meetings of the American Public Health Association, Chicago, Illinois, October 24, 1989.

A Capitation Manual for State Medicaid Programs, (Jointly with Judy Anderson and John Christianson), published and distributed by HCFA to all state Medicaid programs, 1988.

"Insurers and States Explore Long-Term Care Coverage," Business and Health, September 1986.

Review of the Literature and Experience of Competitive Bidding for Health Care Services; Monograph, U.S. Health Care Financing Administration, 1986.

Updated March 2006

Page 15
Zachary Dyckman, Ph.D.

## SELECTED PUBLICATIONS (CONT.)

"Competitive Bidding Alternatives for Home Health and Clinical Laboratory Services," paper presented at conference, "Future Directions of Medicare and Medicaid," sponsored by the U.S. Health Care Financing Administration and the California Health and Welfare Agency, Los Angeles, June 21, 1985.

Competitive Bidding for Laboratory Services, U.S. Health Care Financing Administration, March 1984 (N.T.I.S. No. PB84241520).

"Prospective Payments, Fee Schedules and Competitive Bidding: Impact on Laboratory Practice," paper presented at the 1984 Institute on Critical Issues in Health Laboratory Practice, sponsored by the Center for Disease Control and the University of North Carolina School of Public Health, Rougemont, North Carolina, July 30, 1984.

Quality Access and Timeliness in a Competitive Bidding System," (Jointly with R. Bailey, R. Rock), U.S. Health Care Financing Administration, August 1983 (N.T.I.S. No. PB8421520).

"The Market for Clinical Laboratory Services," U.S. Health Care Financing Administration, April 1983, (N.T.I.S. No. PB84241520).

"Heath Benefit Program Design and Cost Containment," paper presented at Joint National Meeting of the Operations Research Society of America and the Institute of Management Sciences, San Diego, California, October 16, 1982.

"The Impact of Regulation in the Health Care Sector," paper presented at Symposium on Operations Research - Management Science in the 1980's, sponsored by George Washington University and the National Bureau of Standards, November 2, 1981.

"Employee Health Benefit Plans with Cost Containment Incentives: An Evaluation," paper presented at annual meeting of Atlantic Economic Society, Grand Bahama Island, February 1980.

"DPI — The Doctor's Price Index," Across the Board, The Conference Board, July 1978.

"Physician Costs," The Carter Administration, Congress and Health Policy, a National Journal Issues Book, 1978.

A Study of Physician Fees, Council on Wage and Price Stability, Executive Office of the President, March 1978.

Updated March 2006

Page 16
Zachary Dyckman, Ph.D.

## SELECTED PUBLICATIONS (CONT.)

"An Analysis of Physician Fee Inflation," paper presented at meetings of the American Economic Association - Health Economics Research Organization, New York, December 28, 1977.

"Economic Impact of the Administration Hospital Cost Containment Proposal," Council on Wage and Price Stability, Executive Office of the President, August 1977.

"Role of Competition in Health Care and Its Impact on Costs," paper presented at a conference, Competition in the Health Care Industry: Roles for Health Planners, sponsored by Boston University, June 22, 1977.

The Complex Puzzle of Rising Health Care Costs, Council on Wage and Price Stability, Executive Office of the President, December 1976.

Study of Physicians' Income in the Pre-Medicare Period, Social Security Administration, November 1976.

"Comment on Copayments for Ambulatory Care: Penny-wise and Pound-Foolish," Medical Care, March 1976.

"A Review of the Medical Malpractice Problem in the United States" (with Donald Jones), Health Insurance Association of America, 1975.

"Financing Medical Education Through Student Loans: An Economic Analysis" (with Mordechai Lando), paper presented at Southern Economic Association Meetings, Atlantic, Georgia, November 1974.

"An Econometric Analysis of the Determinants of Physicians' Income, "Paper presented at the Annual Meeting of the Eastern Economic Association, October 1974.

"A Cost Benefit Analysis of Federal Support for Medical Education," proceedings of Conference on Health Services Delivery, sponsored by the Engineer Foundation and the U.S. Health Services and Mental Health Administration, August 1973.

"The Full Employment Unemployment Rate" (with Lowell Gallaway), Journal of Human Resources, Fall 1970.

Updated March 2006

Page 17
Zachary Dyckman, Ph.D.

## SELECTED PRESENTATIONS

"Non-Par Providers: Who Pays and How Much? Balance billing, network retention and litigation," (with Kevin Nowicki) Law Conference for Health Plans, Insurers and Providers, Sponsored by Americas Health Insurance Plans and American Health Lawyers Association, Amelia Island, Florida, May 11, 2006 (scheduled).

"Likely Impact of Health Insurance Regulatory Legislation on Cost and Access to Health Insurance Coverage in Rhode Island," Testimony before the Rhode Island Senate Health & Human Services Committee, Providence, Rhode Island, May 18, 2004.

"Physician Payment Methodology – Where We Are and Where We Are Going," National Finance, Actuarial & Underwriting Conference, Blue Cross Blue Shield Association, Scottsdale, Arizona, September 9, 2003.

"Physician Fees and Payment Methodology Used by Private Health Plans," 20th Annual Research Meeting of Academy Health, Nashville, Tennessee, June 27, 2003.

"Competition or Collusion? Issues in Health Care Antitrust," (with William Kopit), Managed Care Law Conference of the American Association of Health Plans and the American Health Lawyers Association, Colorado Springs, Colorado, May 15, 2003.

"Managed Care Class Action Suits – What are the Issues? " American Association of Health Plans Seminar, Washington, DC, April 26, 2002.

"Class certification in suits against managed care plans," (with Tom Goddard) Managed Care Law Conference of the American Bar Association and the American Association of Health Plans, San Francisco, California, May 7, 2001.

"Comparative Fee Analysis for Clinical Laboratory Services," paper presented at the Annual Meeting of the American Public Health Association, Boston, Massachusetts, November 13, 2000.

"Payment Methodologies and Payment Rates for Clinical Laboratory Services," Medicare Laboratory Payment Policy, Institute of Medicine, National Academy of Sciences, Washington, DC, March 13, 2000.

Updated March 2006

Page 18
Zachary Dyckman, Ph.D.

### SELECTED PRESENTATIONS (CONT.)

"What is Package Pricing? Promises and Pitfalls," Conference on Package Pricing – Single Payment for an Episode of Care, Center for Health Policies and Institute for International Research, Chicago, Illinois, September 15, 1997.

"Cost-Effectiveness Initiatives Implemented by Private Payers in Fee-For-Service Environments," Restructuring Medicare for the Long Term, National Academy of Social Insurance, Washington, DC, May 14, 1996.

"Strategic Assessment of RBRVS Implementation Options, Private Healthcare Payers Maximize RBRVS Advantage," Institute for International Research, Fort Lauderdale, Florida, January 22, 1993.

"Impact of Physician Joint Venture Activity on Costs of Diagnostic Imaging Services in California," Testimony before the California State Legislature, Sacramento, Florida, March 1992.

"Impact of Physician Joint Venture Activity on Medical Care Costs in Florida," Testimony before the Florida State Legislature, Tallahassee, Florida, January 30, 1992.

"Joint Ventures Among Health Care Providers in Florida; Impact on MRI Services and Costs," Health and Oversight Subcommittees of the House Ways and Means Committee, Washington, DC, October 17, 1991.

Updated March 2006

EXPERT REPORT OF ZACHARY DYCKMAN IN SUPPORT OF TRACK 2 DEFENDANTS'
OPPOSITION TO CLASS CERTIFICATION

# ATTACHMENT B

**EXPERT REPORT OF ZACHARY DYCKMAN IN SUPPORT OF TRACK 2 DEFENDANTS' OPPOSITION TO CLASS CERTIFICATION**

## ATTACHMENT B

### List of Zachary Dyckman's Trial and Deposition Testimony in Preceding Four Years

**Trial Testimony**

None

**Deposition Testimony**

1. North Fulton Medical Center d/b/a/ North Fulton Regional Hospital; Tenet Healthsystem Spalding, Inc. d/b/a/ Spalding Regional Medical Center; Tenet South Fulton, Inc. d/b/a/South Fulton Medical Center; and Tenet Healthsystem GB, Inc. d/b/a/ Atlanta Medical Center, Claimants vs. CIGNA HealthCare of Georgia, Inc., Washington, DC. June 7, 2006.

2. Pharmaceutical Industry Average Wholesale Price Litigation, United States District Court of Massachusetts. Washington, DC. October 21, 2004.

3. HealthAmerica Pennsylvania, Inc. Coventry Health and Life Insurance Company; and Coventry Healthcare Management Corporation v. Susquehanna Health System; The Williamsport Hospital and Medical Center; Divine Providence Hospital; Muncy Valley Hospital; and Susquehanna Physician Services, United States District Court for the Middle District of Pennsylvania. Washington, DC. February 21, 2003.

EXPERT REPORT OF ZACHARY DYCKMAN IN SUPPORT OF TRACK 2 DEFENDANTS'
OPPOSITION TO CLASS CERTIFICATION

# ATTACHMENT C

**EXPERT REPORT OF ZACHARY DYCKMAN IN SUPPORT OF TRACK 2 DEFENDANTS'
OPPOSITION TO CLASS CERTIFICATION**

## ATTACHMENT C

### List of Documents Relied Upon by Zachary Dyckman

**Depositions (including Exhibits) Reviewed**

1. Mike Beaderstadt, John Deere Health Plan, September 17, 2004
2. Mickey Brown, Blue Cross Blue Shield of Mississippi, March 9, 2005
3. Sheila Cizauskas, Blue Cross Blue Shield of Massachusetts, March 10, 2006
4. Maureen Coneys, Blue Cross Blue Shield of Massachusetts, April 12, 2006
5. Jan Cook, Blue Cross Blue Shield of Massachusetts, March 6, 2006
6. Denise DeMaina, Blue Cross Blue Shield of Massachusetts, January 5, 2006
7. Karen Dobson, Blue Cross Blue Shield of Wyoming, October 6, 2004
8. Christopher Eddy, Empire, October 6, 2004
9. Kelly Ellston, Union Labor Life, November 23, 2004
10. Robert C. Farias, Harvard Pilgrim, October 20, 2004
11. Steven Fox, Blue Cross Blue Shield of Massachusetts, March 8, 2006
12. Deborah Devaux, Blue Cross Blue Shield of Massachusetts, March 9, 2006
13. Lisa M. Gorman, Blue Cross Blue Shield of Massachusetts, March 7, 2006
14. Thomas E. Greenebaum, CIGNA, January 14, 2005
15. J. Russell Hailey, Coventry, August 4, 2004
16. Raymond S. Hartman, Plaintiffs Expert, February 27, 2006- March 1, 2006
17. Jill S. Herbold, CIGNA, January 14, 2005
18. James T. Kenney, Harvard Pilgrim, September 20, 2004
19. John Killion, Blue Cross Blue Shield of Massachusetts, January 6, 2006
20. Michael Laffey, Mayo Clinic, December 22, 2004
21. Edward Lemke, Humana, January 11, 2005
22. David B. Morris, Anthem, January 5, 2005
23. Michael Mulrey, Blue Cross Blue Shield of Massachusetts, January 5, 2006
24. Eric Nelson, Mayo Clinic, December 22, 2004
25. Virginia Norred, Mayo Clinic, December 22, 2004
26. John J. O'Brien, Jr., Blue Cross Blue Shield of Massachusetts, April 5, 2006
27. Vincent D. Plourde, Blue Cross Blue Shield of Massachusetts, April 13, 2006
28. John Rodgers, Independent Health Plan, September 28, 2004
29. Nancy Roland, Wellmark Blue Cross and Blue Shield, September 29, 2004
30. Meredith Rosenthal, Plaintiffs Expert, February 22-23, 2006
31. Steven Schild, Mayo Clinic, December 22, 2004
32. Sharon L. Smith, Blue Cross Blue Shield of Massachusetts, April 14, 2006
33. Joe Spahn, Anthem, November 30, 2004
34. Scott Wert, HealthNet, February 1, 2006
35. Barry G. Zallen, Blue Cross Blue Shield of Massachusetts, April 4, 2006

**EXPERT REPORT OF ZACHARY DYCKMAN IN SUPPORT OF TRACK 2 DEFENDANTS'
OPPOSITION TO CLASS CERTIFICATION**

**Expert Reports**

Supplemental Declaration of Sumanth Addanki, Ph.D., April 27, 2006.

Expert Declaration of Gregory K. Bell, Ph.D. in Support of Defendants' Opposition to Class Certification, February 12, 2005. In the Superior Court of the State of Arizona in and for the County of Maricopa.

Merits Report and Declaration of Gregory K. Bell, Ph.D., on Behalf of Track 1 Defendants, March 22, 2006.

Report of Independent Expert, Professor Ernst R. Berndt, February 9, 2005.

Memorandum of Professor Ernst R. Berndt to Judge Patti B. Saris, Pharmaceutical Average Wholesale Price Litigation, August 9, 2005.

Declaration of Lucy Fowler, March 15, 2006.

Declaration of Eric M. Gaier, Ph.D., in Support of Track 1 Defendants' Joint Motion for Summary Judgment, March 15, 2006.

Expert Declaration of Eric M. Gaier, Ph.D., in Support of Defendants' Opposition to Class Certification, February 11, 2005. In the Superior Court of the State of Arizona in and for the County of Maricopa.

Merits Report of Linda A. Haegele, M.D., March 20, 2006.

Declaration of Raymond S. Hartman, in Support of Plaintiffs' Motion for Class Certification, September 3, 2004.

Declaration of Raymond S. Hartman, in Support of Plaintiffs' Claims of Liability and Calculation of Damages, December 15, 2005.

Report or E.M. (Mick) Kolassa, Ph.D., March 21, 2006.

Declaration of Daniel L. McFadden, March 21, 2006.

Merits Report and Declaration of Fiona Scott Morton, Ph.D., March 22, 2006.

Declaration of Darlene Murphy, May 31, 2006.

Liability Report of Meredith Rosenthal, December 15, 2005.

Written Tutorial of Dr. Meredith Rosenthal.

Declaration of Steven J. Young in Opposition to the Plaintiff's Motion for Class Certification, October 25, 2004.

Sur-reply of Steven J. Young in Opposition to the Plaintiff's Motion for Class Certification, January 20, 2005.

**EXPERT REPORT OF ZACHARY DYCKMAN IN SUPPORT OF TRACK 2 DEFENDANTS' OPPOSITION TO CLASS CERTIFICATION**

**Government Reports and Other Documents**

Adequacy of Medicare Part B Drug Reimbursement to Physician Practices for the Treatment of Cancer Patients, Report to Congress, Office of Inspector General, Department of Health and Human Services, A-06-05-00024, September 2005.

CMS 1988 Federal Register statement cited in Joint Hearing of the House Energy and Commerce Subcommittees on Health and on Oversight and Investigations, September 21, 2001, pp. 13-14.

CMS Memorandum Intermediaries/Carriers, Transmittal AB-02-174, Single Drug Pricer, December 3, 2002.

CMS, Practicing Physicians Advisory Council (PPAC), PPAC Meeting Transcription, February 23-24, 2004, p. 31.

CMS Proposes New Rules to Pay Appropriately for Medicare-Covered Drugs, Centers for Medicare & Medicaid Services, August 15, 2003.

Code of Federal Regulations, Title 42, Sec 405.517 (revised as of October 1, 1999).

Comparison of Medicaid Federal Upper Limit Amounts to Average Manufacturer Prices, Office of Inspector General, Department of Health and Human Services, OEI-03-05-00110, June 2005.

Excessive Medicare Payments for Prescription Drugs, Office of Inspector General, Department of Health and Human Services, OEI-03-97-00290, December 1997.

Federal Register, Vol. 57, No. 228, November 15, 1992, p. 55896.

Federal Register, Vol. 68, No. 161, August 20, 2003, p. 50437; 50440.

Federal Register, Vol, 69, No. 4, January 7, 2004, pp. 1091-1095; 1108.

Federal Register, Vol, 69, No. 219, November 15, 2004, pp. 66299-66342; 66689-90.

How Increased Competition from Generic Drugs Has Affected Prices and Returns in the Pharmaceutical Industry. Cook, A. Washington, Congressional Budget Office, 1998.

How Inflated Published Prices Affect Drugs Considered for the Federal Upper Limit List, Office of Inspector General, Department of Health and Human Services, OEI-03-05-00350, September 2005.

How the Medicaid Rebate on Prescription Drugs Affects Pricing in the Pharmaceutical Industry. Cook, A. and Harrison, S. Washington, DC, Congressional Budget Office, 1996.

Medicaid Changes in Drug Prices Paid by VA and DOD Since Enactment of Rebate Provisions, GAO/HRS-91-139, Washington, DC. September 1991.

Medicaid Drug Prices Comparisons: Average Manufacturer Price to Published Prices, Office of Inspector General, Department of Health and Human Services, OEI-05-05-00240, June 2005.

Medicaid Drug Prices Comparisons: Average Sales Price to Average Wholesale Price, Office of Inspector General, Department of Health and Human Services, OEI-03-05-00200, June 2005.

**EXPERT REPORT OF ZACHARY DYCKMAN IN SUPPORT OF TRACK 2 DEFENDANTS' OPPOSITION TO CLASS CERTIFICATION**

Medicare Chemotherapy Payments: New Drug and Administration Fees Are Closer to Providers' Costs, United States Government Accountability Office, GAO-05-142R, December 1, 2004.

Medicare Claims Processing Manual, Ch. 12 Physicians/Nonphysician Practitioners, Section 20, Medicare Physician Fee Schedule (MPFS), Publication #100-04. Printed from CMS website on March 31, 2006.

Medicare Drug Reimbursements: A Broken System for Patients and Taxpayers, OIG Testimony, George Grob, Joint Hearing of the House Energy and Commerce Subcommittees on Health and on Oversight and Investigations, September 21, 2001.

Medicare Physician Fee Schedule, Practice Expense Payments to Oncologists Indicate Need for Overall Refinements, GAO-02-53, October 2001.

Memorandum from Fred Rosen, Director, Medicare Carrier Operations Branch, to Carol Walton, Director, Bureau of Program Operations, Assignment of Lead Contractor to Calculate Average Wholesale Price for Drugs, November 2, 1993.

Memorandum from Mark B. McClennan, M.D., Ph.D., CMS Administrator, to Laura A. Dummit, Director, Health Care --Medicare Payment Issues, GAO, stamped November 17, 2004, Enclosure V11 (Comments from CMS), GAO-05-142R, Medicare Payment to Oncologists, December 1, 2004.

Physicians' Costs for Chemotherapy Drugs, Office of Inspector General, Department of Health and Human Services, A-02-91-01049, November 1992.

Prescription Drugs: Price Trends for Frequently Used Brand and Generic Drugs from 2000 through 2004, GAO-05-779, United States Government Accountability Office, August 2005.

Selected Medicare communications relating to pricing of physician-administered drugs

**EXPERT REPORT OF ZACHARY DYCKMAN IN SUPPORT OF TRACK 2 DEFENDANTS'
OPPOSITION TO CLASS CERTIFICATION**

## MedPAC Reports and Other Documents

Dyckman, Z. and Hess, P. Survey of Health Plans Concerning Physician Fees and Payment Methodology, a study conducted by Dyckman & Associates for the Medicare Payment Advisory Commission, No. 03-7, August 2003.

Dyckman, Z. and Hess, P. Health Plan Payment for Physician-Administered Drugs, a study conducted by Dyckman & Associates for the Medicare Payment Advisory Commission, No. 03-5, August 2003.

Gaylin, D., Gluck, M. et al. Physician-Administered Drugs: Distribution and Payment Issues in the Private Sector, a Study conducted by staff from Georgetown University and from NORC at the University of Chicago for the Medicare Payment Advisory Commission. No. 03-4, August 2003.

Hoadley, J. Eaton E., et al. Access to Chemotherapy Services for Medicare Beneficiaries: Summary of Focus Groups with Beneficiaries, A Study conducted by staff from Georgetown University and from NORC at the University of Chicago for the Medicare Payment Advisory Commission. No. 06-1, March 2006.

Report to the Congress: Effects of Medicare Payment Changes on Oncology Services, MedPAC, January 2006.

Report to the Congress: Issues in a Modernized Medicare Program, MedPAC, June 2005.

Report to the Congress: Medicare Payment Policy, MedPAC, March 2006.

Report to the Congress: Medicare Payment Policy, MedPAC, March 2005.

Report to the Congress: Medicare Payment Policy, MedPAC, March 2003.

Report to the Congress: Variation and Innovation in Medicare, MedPAC, June 2003.

Transcript of Joan Sokolovsky Presentation, Effects of Medicare Payment Changes on Access and Quality of Oncology Services, MedPAC Public Meeting, November 15, 2005, pp. 26-73.
http://www.medpac.gov/public_meetings/transcripts/1105_allcombined_transc.pdf

Transcript of Joan Sokolovsky Presentation, MMA Mandated Study on Oncology, MedPAC Public Meeting, December 8, 2005, pp. 5-23.
http://www.medpac.gov/public_meetings/transcripts/1205_allcombined_transc.pdf

Transcript of Joan Sokolovsky Presentation, Oncology Study: Workplan, pp. 198-231, MedPAC Public Meeting, September 9, 2005.
http://www.medpac.gov/public_meetings/transcripts/0905_allcombined_transc.pdf

Transcript of Joan Sokolovsky Presentation, Report on Oncology Site Visits, pp. MedPAC Public Meeting, October 6, 2005, pp.135-170.
http://www.medpac.gov/public_meetings/transcripts/1005_allcombined_transc.pdf

**EXPERT REPORT OF ZACHARY DYCKMAN IN SUPPORT OF TRACK 2 DEFENDANTS' OPPOSITION TO CLASS CERTIFICATION**

**Case Legal Documents**

Fourth Amended Master Consolidated Complaint

Memorandum and Order Re: Motion for Class Certification, August 16, 2005

Other court documents

Various motions and pleadings filed by plaintiffs and defendants

**EXPERT REPORT OF ZACHARY DYCKMAN IN SUPPORT OF TRACK 2 DEFENDANTS' OPPOSITION TO CLASS CERTIFICATION**

**Other Documents**

American Society of Clinical Oncology, Reform of the Medicare Payment Methods for Cancer Chemotherapy, May 2001.

How Much Should Medicare Pay for Drugs, Newhouse, J., Health Affairs, Volume 23, Number 1, January/February 2004, pp. 89-102.

New MMA methodology for drug prices is a big change for many payers, Managed Healthcare Executive, December 1, 2004.

Re-naming and re-gaming: Medicare's Doomed Attempt to reform Reimbursement for Injectable Drugs, Kleinke, J.D. Health Affairs Web Exclusives, July-December 2004, pp.W4-561-571.

Unique Issues Raised by Drug Benefit Design, Berndt, E. Health Affairs, Volume 23, Number 1, January/February 2004, pp.103-106.

Variability and Growth in Spending for Outpatient Specialty Pharmaceuticals, Mullins D., DeVries, Andrea, et al. Health Affairs, Volume 24, Number 4, July/August 2005, pp. 1117-1127.