# EXHIBIT 20

| Description/Generic Name/Dosage | HCPCS Code | Effective Date | New England | Northern California | Southern California | Comments |
|---|---|---|---|---|---|---|
| Immune globulin (ig), human, for intramuscular use | 90281 | 01/01/99 | Not Covered | Not Covered | Not Covered | |
| Immune globulin (igiv), human, for intravenous use | 90283 | 01/01/99 | Not Covered | Not Covered | Not Covered | |
| Botulinum antitoxin, equine, any route | 90287 | 01/01/99 | Not Covered | Not Covered | Not Covered | |
| Botulism immune globulin, human, for intravenous use | 90288 | 01/01/99 | Not Covered | Not Covered | Not Covered | |
| Cytomegalovirus immune globulin (cmv-igiv), human, for intravenous use | 90291 | 01/01/99 | Not Covered | Not Covered | Not Covered | |
| Diphtheria antitoxin, equine, any route | 90296 | 01/01/99 | Not Covered | Not Covered | Not Covered | |
| Hepatitis b immune globulin (hbig), human, for intramuscular | 90371 | 01/01/99 | $135.43 | $135.43 | Not Covered | |
| Rabies immune globulin (rig), human, for intramuscular and/or | 90375 | 01/01/99 | $72.85 | $72.85 | Not Covered | |
| Rabies immune globulin, heat-treated (rig-ht), human, for int | 90376 | 01/01/99 | $75.83 | $75.83 | Not Covered | |
| Respiratory syncytial virus immune globulin (rsv-igim), for intramuscular use, 50 mg, each | 90378 | 01/01/00 | Not Covered | Not Covered | Not Covered | |
| Respiratory syncytial virus immune globulin (rsv-igiv), human, for intravenous use | 90379 | 01/01/00 | Not Covered | Not Covered | Not Covered | |
| Rho(d) immune globulin (higim human, full-dose, for intramuscular use | 90384 | 01/01/99 | Not Covered | Not Covered | Not Covered | |
| Rho(d) immune globulin (mig), human, for intravenous use | 90385 | 01/01/99 | ICIC | $105.45 | Not Covered | |
| Rho(d) immune globulin (rhigiv), human, for intravenous use | 90386 | 01/01/99 | Not Covered | Not Covered | Not Covered | |
| Tetanus immune globulin (tig), human, for intramuscular use | 90389 | 01/01/99 | Not Covered | $114.00 | Not Covered | |
| Vaccinia immune globulin, human, for intramuscular use | 90393 | 01/01/99 | Not Covered | Not Covered | Not Covered | |
| Vancella-zoster immune globulin, human, for intramuscular use | 90396 | 01/01/99 | Not Covered | Not Covered | Not Covered | |
| Unlisted immune globulin | 90399 | 01/01/99 | Not Covered | Not Covered | Not Covered | |
| Immunization administration by intranasal or oral route; one vaccine (single or combination vaccine/toxoid) | 90473 | 01/01/02 | Not Covered | Not Covered | Not Covered | New 2002 |
| Immunization administration by intranasal or oral route, each additional vaccine (single or combination vaccine/toxoid) listed separately | 90474 | 01/01/02 | Not Covered | Not Covered | Not Covered | New 2002 |
| Adenovirus vaccine, type 4, live, for oral use | 90476 | 01/01/99 | Not Covered | Not Covered | Not Covered | |
| Adenovirus vaccine, type 7, live, for oral use | 90477 | 01/01/99 | Not Covered | Not Covered | Not Covered | |
| Anthrax vaccine, for subcutaneous use | 90581 | 01/01/99 | Not Covered | Not Covered | Not Covered | |
| Bacillus calmette-guerin vaccine (bcg) for tuberculosis, live, for percutaneous use | 90585 | 01/01/99 | Not Covered | Not Covered | Not Covered | |
| Bacillus calmette-guerin vaccine (bcg) for bladder cancer, live, for intravesical use | 90586 | 01/01/99 | $171.48 | Not Covered | $166.49 | 2002 April Deny 7/1/02 |
| Hepatitis a vaccine, adult dosage, for intramuscular use | 90632 | 01/01/99 | Not Covered | Not Covered | Not Covered | |
| Hepatitis a vaccine, pediatric/adolescent dosage-2schedule, for intramuscular use | 90633 | 01/01/99 | Not Covered | Not Covered | Not Covered | 2002 April Deny 7/1/02 |
| Hepatitis a vaccine, pediatric/adolescent dosage-3 dose schedule, for intramuscular use | 90634 | 01/01/99 | Not Covered | Not Covered | Not Covered | 2002 April Deny 7/1/02 |
| Hepatitis a and hepatitis b vaccine (hepa-hepb), adult dosage, for intramuscular use | 90636 | 01/01/99 | Not Covered | Not Covered | Not Covered | |

NHIC-LUPRON/AWP
ENE 0005033

AWP003-0014

| Description/Generic Name/Dosage | HCPCS Code | Effective Date | New England | Northern California | Southern California | Comments |
|---|---|---|---|---|---|---|
| Hemophilus influenza b vaccine (hib), hboc conjugate (4 dose schedule), for intramuscular use | 90645 | 01/01/99 | Not Covered | Not Covered | Not Covered | |
| Hemophilus influenza b vaccine (hib), prp-d conjugate, for booster use only, intramuscular use | 90646 | 01/01/99 | Not Covered | Not Covered | Not Covered | |
| Hemophilus influenza b vaccine (hib), prp-omp conjugate (3 dose schedule), for intramuscular use | 90647 | 01/01/99 | Not Covered | Not Covered | Not Covered | |
| Hemophilus influenza b vaccine (hib), prp-omp conjugate (4 dose schedule), for intramuscular use | 90648 | 01/01/99 | Not Covered | Not Covered | Not Covered | |
| Influenza virus vaccine, split virus, 6-35 months dosage, for intramuscular or jet injection use | 90657 | 01/01/99 | $8.31 | $8.31 | $8.31 | 2002 July 10/1/02 |
| Influenza virus vaccine, split virus, 3 years and above dosage, for intramuscular or jet injection use | 90658 | 01/01/99 | $8.31 | $8.31 | $8.31 | 2002 July 10/1/02 |
| Influenza virus vaccine, whole virus, for intramuscular or jet injection use | 90659 | 01/01/99 | $8.31 | $8.31 | $8.31 | 2002 July 10/1/02 |
| Influenza virus vaccine, live, for intranasal use | 90660 | 01/01/99 | Not Covered | Not Covered | ICIC | |
| Lyme disease vaccine, adult dosage, for intramuscular use | 90665 | 01/01/99 | Not Covered | Not Covered | Not Covered | |
| Pneumococcal conjugate vaccine, polyvalent, for intramuscular use | 90669 | 01/01/99 | Not Covered | Not Covered | Not Covered | |
| Rabies vaccine, for intramuscular use | 90675 | 01/01/99 | $139.76 | $139.76 | $86.10 | |
| Rabies vaccine, for intradermal use | 90676 | 01/01/99 | $139.76 | $139.76 | $86.10 | |
| Rotavirus vaccine, tetravalent, live, for oral use | 90680 | 01/01/99 | Not Covered | Not Covered | Not Covered | |
| Typhoid vaccine, live, oral | 90690 | 01/01/99 | Not Covered | Not Covered | Not Covered | |
| Typhoid vaccine, vi capsular polysaccharide (vcps), for intramuscular use | 90691 | 01/01/99 | Not Covered | Not Covered | Not Covered | |
| Typhoid vaccine, heat- and phenol-inactivated (h-p.), for subcutaneous or intradermal use | 90692 | 01/01/99 | Not Covered | Not Covered | Not Covered | |
| Typhoid vaccine, acetone-killed, dried (akd), for subcutaneous or jet injection use (u.s. military) | 90693 | 01/01/99 | Not Covered | Not Covered | Not Covered | |
| Diphtheria, tetanus toxoids and acellular pertussins vaccine (dtap), for intramuscular use | 90700 | 01/01/94 | Not Covered | Not Covered | Not Covered | |
| Diphtheria, tetanus toxoids, and whole cell pertussis vaccine (dtp), for intramuscular use | 90701 | 01/01/84 | Not Covered | Not Covered | Not Covered | |
| Diphtheria, tetanus toxoids, and whole cell pertussis vaccine (dtp), for intramuscular use | 90702 | 01/01/84 | Not Covered | Not Covered | Not Covered | |
| Tetanus toxoid adsorbed, for intramuscular or jet injection use | 90703 | 01/01/84 | $8.32 | $8.32 | $8.32 | e-mail from Redbook 7/1/02 |
| Mumps virus vaccine, live, for subcutaneous or jet injection use | 90704 | 01/01/84 | Not Covered | Not Covered | Not Covered | |
| Measles virus vaccine, live, for subcutaneous or jet injection use | 90705 | 01/01/84 | Not Covered | Not Covered | Not Covered | |
| Rubella virus vaccine, live, for subcutaneous or jet | 90706 | 01/01/84 | Not Covered | Not Covered | Not Covered | |
| Measles, mumps and rubella virus vaccine (mmr) live, for subcutaneous or jet injection use | 90707 | 01/01/84 | Not Covered | Not Covered | Not Covered | |

NHIC-LUPRON/AWP
ENE 0005034

AWP003-0015

| Description/Generic Name/Dosage | HCPCS Code | Effective Date | New England | Northern California | Southern California | Comments |
|---|---|---|---|---|---|---|
| Measles, mumps and rubella virus vaccine (mmr) live, for subcutaneous or jet injection use | 90708 | 01/01/84 | Not Covered | Not Covered | Not Covered | |
| Rubella and mumps virus vaccine, live, for subcutaneous use | 90709 | 01/01/84 | Not Covered | Not Covered | Not Covered | |
| Measles, mumps, rubella, and varicella vaccine (mmrv) live, for subcutaneous use | 90710 | 01/01/94 | Not Covered | Not Covered | Not Covered | |
| Poliovirus vaccine, (any type(s)) (opv), live, for oral use | 90712 | 01/01/84 | Not Covered | Not Covered | Not Covered | |
| Poliovirus vaccine, inactivated, (ipv), for subcutaneous use | 90713 | 01/01/84 | Not Covered | Not Covered | Not Covered | |
| Varicella virus vaccine, live, for subcutaneous use | 90716 | 01/01/94 | Not Covered | Not Covered | Not Covered | |
| Yellow fever vaccine, live, for subcutaneous use | 90717 | 01/01/84 | Not Covered | Not Covered | Not Covered | |
| Tetanus and diphtheria toxoids (td) adsorbed for use in individuals 7 years or older, for intramuscular or jet injection | 90718 | 01/01/84 | $9.03 | Not Covered | Not Covered | |
| Diphtheria toxoid, for intramuscular use | 90719 | 01/01/84 | Not Covered | Not Covered | Not Covered | |
| Diphtheria, tetanus toxoids, and whole cell pertussis vaccine and hemophilus influenza b vaccine (dtp-hib), for intramuscular use | 90720 | 01/01/94 | Not Covered | Not Covered | Not Covered | |
| Diphtheria, tetanus toxoids, and whole cell pertussis vaccine and hemophilus influenza b vaccine (dtap-hib), for intramuscular use | 90721 | 01/01/96 | Not Covered | Not Covered | Not Covered | |
| Diphtheria, tetanus toxoids, acellular pertussis vaccine, hepatitis b, and poliovirus vaccine, inactivated (dtap-hepb-ipv), for intramuscular use | 90723 | 01/01/00 | Not Covered | Not Covered | Not Covered | |
| Cholera vaccine for injectable use | 90725 | 01/01/84 | Not Covered | Not Covered | Not Covered | |
| Plague vaccine, for intramuscular or jet injection use | 90727 | 01/01/84 | Not Covered | Not Covered | Not Covered | |
| Pneumococcal polysaccharide vaccine, 23-valent, adult or immunosuppressed patient dosage, for subcutaneous or intramuscular use | 90732 | 01/01/84 | $15.26 | $15.26 | $13.92 | |
| Meningococcal polysaccharide vaccine (any group(s), for subcutaneous or jet injection use | 90733 | 01/01/84 | Not Covered | Not Covered | Not Covered | |
| | 90735 | 01/01/94 | Not Covered | Not Covered | Not Covered | |
| Japanese encephalitis virus vaccine, for subcutaneous use | | | | | | |
| Hepatitis b vaccine, dialysis or immunosuppressed patient dosage (3 dose schedule), for intramuscular use | 90740 | 01/01/01 | $196.99 | $196.99 | $196.99 | 2001 December |
| Hepatitis b vaccine, adolescent (2 dose schedule), for intramuscular use | 90743 | 01/01/01 | ICIC | | | |
| Hepatitis b vaccine, pediatric/adolescent dosage (3 dose schedule), for intramuscular use | 90744 | 01/01/96 | $27.05 | $27.05 | $28.78 | 2001 December |
| Hepatitis b vaccine, adult dosage, for intramuscular use | 90746 | 01/01/96 | $68.38 | $68.38 | $70.72 | 2001 December |
| Hepatitis b vaccine, dialysis or immunosuppressed patient dosage (4 dose schedule), for intramuscular use | 90747 | 01/01/96 | $109.87 | $109.87 | $104.69 | 2002 Mar/No change 7/1/02 |
| Hepatitis b and hemophilus influenza b vaccine (hepb-hib), for intramuscular use | 90748 | 01/01/98 | $50.65 | Not Covered | $51.37 | |
| Unlisted vaccine/toxoid | 90749 | 01/01/84 | Not Covered | Not Covered | Not Covered | |

NHIC-LUPRON/AWP
ENE 0005035

AWP003-0016

| Description/Generic Name/Dosage | HCPCS Code | Effective Date | New England | Northern California | Southern California | Comments |
|---|---|---|---|---|---|---|
| SUPPLY OF RADIOPHARMACEUTICAL DIAGNOSTIC IMAGING AGENT, NOT OTHERWISE CLASSIFIED | A4641 | 01/01/94 | ICIC | $186.00 | $186.00 | NOC Code |
| SUPPLY OF SATUMOMAB PENDETIDE, RADIOPHARMACEUTICAL DIAGNOSTIC | A4642 | 01/01/95 | ICIC | No Price | No Price | |
| SUPPLY OF ADDITIONAL HIGH DOSE CONTRAST MATERIAL(S) DURING MA | A4643 | 01/01/95 | ICIC | $127.36 | $127.36 | |
| Supply of low osmolar contrast material (100-199 mgs of iodine) | A4644 | 01/01/94 | $51.06 | $51.06 | $51.06 | |
| Supply of low osmolar contrast material (200-299 mgs of iodine) | A4645 | 01/01/94 | $52.55 | $52.55 | $12.24 | |
| Supply of low osmolar contrast material (300-399 mgs of iodine) | A4646 | 01/01/94 | $54.61 | $54.61 | $13.89 | |
| Supply of paramagnetic contrast material, e.g., gadolinium | A4647 | 01/01/90 | Not Covered | Not Covered | No Price | |
| Supply of radiopharmaceutical diagnostic imaging agent, technetium tc 99m sestamibi, per unit dose | A9500 | 01/01/96 | $121.70 | $121.70 | $121.70 | |
| Supply of radiopharmaceutical diagnostic imaging agent, technetium tc 99m tetrofosmin, per unit dose | A9502 | 01/01/98 | $119.70 | $119.70 | $119.70 | e-mail from Julie 7/1/02 |
| Supply of radiopharmaceutical diagnostic imaging agent, technetium tc 99m, medronate, up to 30 mci | A9503 | 01/01/97 | $33.25 | $33.25 | $38.38 | |
| Supply of radiopharmaceutical diagnostic imaging agent, technetium tc99m apcitide | A9504 | 01/01/00 | $475.00 | $475.00 | $475.00 | |
| Supply of radiopharmaceutical diagnostic imaging agent, thallous chloride tl-201, per mci | A9505 | 01/01/96 | $31.12 | $31.12 | $29.45 | |
| Supply of radiopharmaceutical diagnostic imaging agent, indium in 111 capromab pendetide, per dose | A9507 | 01/01/99 | $2,192.13 | $2,192.13 | $2,192.13 | |
| Supply of radiopharmaceutical diagnostic imaging agent, iobenguane sulfate i-131, per 0.5 mci | A9508 | 01/01/01 | $495.65 | $495.65 | $495.65 | |
| Supply of radiopharmaceutical diagnostic imaging agent, technetium tc99m disofenin, per vial | A9510 | 01/01/01 | $57.00 | $57.00 | $79.17 | |
| Supply of radiopharmaceutical diagnostic imaging agent, technetium tc99m depreotide, per vial | A9511 | 01/01/02 | $760.00 | $760.00 | $760.00 | New 2002  4/1/02 |
| Supply of therapeutic radiopharmaceutical, strontium-89 chloride, per mci | A9600 | 01/01/98 | $963.42 | $963.42 | $963.42 | |
| Supply of therapeutic radiopharmaceutical, samarium sm 153 lexidronamm, 50 mci | A9605 | 01/01/99 | $1,020.00 | $1,020.00 | $1,020.00 | |
| Supply of injectable contrast material for use in echocardiography, per study | A9700 | 01/01/01 | $118.75 | $118.75 | $118.75 | |
| Injection, achromycin, tetracycline, up to 250 mg | J0120 | 01/01/86 | $44.86 | $44.86 | $44.86 | |
| Injection abciximab, 10 mg | J0130 | 01/01/99 | $513.02 | $513.02 | $513.02 | |
| Injection, adenosine, 6 mg (not to be used to report any adenosine phosphate compounds; instead use a9270) | J0150 | 01/01/94 | $35.63 | $35.63 | $34.25 | |
| Injection, adenosine, 90 mg (not to be used to report any adenosine phosphate compounds; instead use a9270) | J0151 | 01/01/99 | $212.56 | $212.56 | $212.56 | |
| Injection, adrenalin, epinephrin, up to 1 ml ampule | J0170 | 01/01/86 | $1.60 | $1.60 | $1.60 | Jan/No change |
| Injection, biperiden, 2 mg | J0190 | 01/01/82 | Not Covered | Not Covered | Not Covered | Effective 7/1/02 |

NHIC-LUPRON/AWP
ENE 0005036

AWP003-0017

| Description/Generic Name/Dosage | HCPCS Code | Effective Date | New England | Northern California | Southern California | Comments |
|---|---|---|---|---|---|---|
| Injection, alatrofloxacin mesylate, 100 mg | J0200 | 01/01/00 | $19.04 | $19.04 | $19.04 | 2002 February |
| Injection, alglucerase, per 10 units | J0205 | 01/01/93 | $37.53 | $37.53 | $37.53 | |
| Injection, amifostine, 500 mg | J0207 | 01/01/98 | $427.34 | $427.34 | $427.34 | 2002 May 7/1/02 |
| Injection, methyldopate hcl, up to 250 mg | J0210 | 01/01/84 | Not Covered | $11.88 | $9.62 | |
| Injection, alpha 1 - proteinase inhibitor - human, 10 mg | J0256 | 01/01/89 | $2.09 | $2.09 | $2.09 | |
| Injection, alprostadil, 1.25 mcg (code may be used for medicare when drug administered under direct supervision of a physician, not for use when drug is self-administered) | J0270 | 01/01/97 | $4.35 | $4.35 | $4.35 | 2002 July 10/1/02 |
| Alprostadil urethral suppository (code may be used for medicare when drug administered under direct supervision of a physician, not for use when drug is self-administered) | J0275 | 01/01/99 | $19.51 | Not Covered | Not Covered | |
| Injection, aminophyllin, up to 250 mg | J0280 | 01/01/84 | $1.05 | $1.05 | $1.09 | |
| Injection, amiodarone hydrochloride, 30 mg | J0282 | 01/01/01 | $18.79 | $18.79 | $17.08 | |
| Injection, amphotericin b, 50 mg | J0285 | 01/01/99 | $10.28 | $10.28 | $11.06 | |
| Injection, amphotericin b, any lipid formulation, 50 mg | J0286 | 01/01/99 | $127.93 | $127.93 | $127.93 | |
| Injection, ampicillin sodium, 500 mg | J0290 | 01/01/84 | $1.04 | $1.04 | $1.49 | |
| Injection, ampicillin sodium/sulbactam sodium, per 1.5 gm | J0295 | 01/01/95 | $7.73 | $7.73 | $7.50 | |
| Injection, amobarbital, up to 125 mg | J0300 | 01/01/82 | $2.23 | $2.23 | $2.21 | |
| Injection, succinycholine chloride, up to 20 mg | J0330 | 01/01/86 | Not Covered | $0.10 | $0.10 | |
| Injection, nadrolone phenpropionate, up to 50 mg | J0340 | 01/01/86 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Injection, anistreplase, per 30 units | J0350 | 01/01/86 | ICIC | $2,693.80 | $2,693.80 | |
| Injection, hydralazine hcl, up to 20 mg | J0360 | 01/01/86 | Not Covered | $14.25 | $17.81 | |
| Injection, metaraminol up to 10 mg | J0380 | 01/01/82 | $1.27 | $1.27 | $1.21 | |
| Injection, chloroquine hcl, up to 50 mg | J0390 | 01/01/86 | $19.69 | $19.69 | $18.86 | |
| Injection, arbutamine hcl, 1 mg | J0395 | 01/01/99 | $182.40 | $182.40 | $182.40 | |
| Injection, trimethaphan, up to 50 mg | J0400 | 01/01/82 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | Feb/No change |
| Injection, zithromycin, 500 mg | J0456 | 01/01/00 | $23.96 | $23.96 | $23.22 | |
| Injection, atropine sulfate, up to 0.3 mg | J0460 | 01/01/82 | $0.45 | $0.45 | $0.43 | |
| Injection, dimercaprol, up to 100 mg | J0470 | 01/01/82 | $71.02 | $71.02 | $71.02 | |
| Injection, baclofen, 10 mg | J0475 | 01/01/94 | $233.70 | $233.70 | $233.70 | |
| Injection, baclofen, 50 mcg for intrathecal trial | J0476 | 01/01/99 | $79.80 | $79.80 | $79.80 | |
| Injection, dicyclomine, up to 20 mg | J0500 | 01/01/86 | $15.90 | $15.90 | $1.66 | |
| Injection, benzquinamide hcl, up to 50 mg | J0510 | 01/01/86 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Injection, benztropine mesylate, per 1 mg | J0515 | 01/01/82 | $3.90 | $3.90 | $3.72 | |
| Injection, bethanechol chloride, myotonachol or urecholine, up to 5 mg | J0520 | 01/01/84 | ICIC | $5.34 | $5.34 | |
| Injection, penicillin g benzathine and penicillin g procaine, up to 600,000 units | J0530 | 01/01/82 | $9.86 | $9.86 | $8.80 | |
| Injection, penicillin g benzathine and penicillin g procaine, up to 1,200,000 units | J0540 | 01/01/82 | $19.34 | $19.34 | $14.39 | |
| Injection, penicillin g benzathine and penicillin g procaine, up to 2,400,000 units | J0550 | 01/01/82 | $41.43 | $41.43 | $28.81 | |

NHIC-LUPRON/AWP
ENE 0005037

AWP003-0018

| Description/Generic Name/Dosage | HCPCS Code | Effective Date | New England | Northern California | Southern California | Comments |
|---|---|---|---|---|---|---|
| Injection, penicillin g benzathine, up to 600,000 units | J0560 | 01/01/82 | $12.51 | $12.51 | $9.74 | |
| Injection, penicillin g benzathine, up to 1,200,000 units | J0570 | 01/01/82 | $5.65 | $5.65 | $5.65 | |
| Injection, penicillin g benzathine, up to 2,400,000 units | J0580 | 01/01/82 | $49.72 | $49.72 | $37.00 | |
| Botulinum toxin type a, per unit | J0585 | 01/01/91 | $4.66 | $4.66 | $4.66 | |
| Botulinum toxin type b, per 100 units | J0587 | 01/01/02 | $8.79 | $8.79 | $8.79 | New 2002 |
| Injection, ethylnorepinephrine hcl, 1 ml | J0590 | 01/01/82 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Injection, edetate calcium disodium, up to 200 mg | J0600 | 01/01/82 | $40.09 | $40.09 | $40.09 | |
| Injection, calcium gluconate, up to 10 ml | J0610 | 01/01/82 | $1.12 | $1.12 | $1.23 | |
| Injection, calcium glycerophosphate and calcium lactate, per 10 ml | J0620 | 01/01/82 | $5.41 | $5.41 | $5.15 | |
| Injection, calcitonin salmon, up to 400 units | J0630 | 01/01/82 | $38.41 | $38.41 | $38.41 | 2002 July 10/1/02 |
| Injection, calcitriol, 1 mcg ampule | J0635 | 01/01/92 | $13.82 | $13.82 | $13.82 | 2002 March 7/1/02 |
| Injection, leucovorin calcium, per 50 mg | J0640 | 01/01/82 | $17.52 | $17.52 | $35.48 | |
| Injection, mepivacaine hcl, per 10 ml | J0670 | 01/01/86 | Not Covered | Not Covered | $2.25 | |
| Injection, cefazolin sodium, 500 mg | J0690 | 01/01/82 | $2.25 | $2.25 | $1.08 | |
| Injection, cefepime hydrochloride, 500 mg | J0692 | 01/01/02 | $8.13 | $8.13 | $8.13 | New 2002 July 10/1/02 |
| Injection, cefoxitin sodium, 1 gm | J0694 | 01/01/92 | $10.36 | $10.36 | $10.36 | |
| Cefonocid sodium, 1 gram | J0695 | 01/01/87 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Injection, ceftriaxone sodium, per 250 mg | J0696 | 01/01/90 | $14.92 | $14.92 | $14.18 | |
| Injection, sterile cefuroxime sodium, per 750 mg | J0697 | 01/01/90 | $6.42 | $6.42 | $6.42 | |
| Cefotaxime sodium, per gram | J0698 | 01/01/91 | $10.45 | $10.45 | $10.45 | 2002 March Decrease 7/1/02 |
| Injection, betamethasone acetate and betamethasone sodium phosphate, per 3 mg | J0702 | 01/01/95 | $3.89 | $3.89 | $3.82 | |
| Injection, betamethasone sodium phosphate, per 4 mg | J0704 | 01/01/95 | $1.69 | $1.69 | $1.69 | |
| Injection, caffeine citrate, 5 mg | J0706 | 01/01/02 | $3.24 | $3.24 | $3.24 | 02/Jan NDC/July 10/1/02 |
| Injection, cephapirin sodium, up to 1 gm | J0710 | 01/01/82 | ICIC | $1.56 | $1.56 | |
| Injection, ceftazidime, per 500 mg | J0713 | 01/01/96 | $6.76 | $6.76 | $6.76 | |
| Injection, cidofovir, 375 mg | J0715 | 01/01/95 | $5.41 | $5.41 | $6.16 | |
| Injection, ceftizoxime sodium, per 500 mg | J0720 | 01/01/82 | Not Covered | $6.82 | $6.31 | |
| Injection, chloramphenicol sodium succinate, up to 1 gm | J0725 | 01/01/86 | Not Covered | $1.62 | Not Covered | |
| Injection, chorionic gonadotropin, per 1,000 usp units | J0730 | 01/01/82 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Injection, chlorpheniramine maleate, up to 10 mg | J0735 | 01/01/98 | $55.16 | $55.16 | $55.16 | |
| Injection, clonidine hydrochloride, 1 mg | J0740 | 01/01/98 | $803.70 | $803.70 | $803.70 | |
| Injection, cidofovir, 375 mg | J0743 | 01/01/93 | $15.87 | $15.87 | $15.51 | |
| Injection, cilastatin sodium; impenem, per 250 mg | J0744 | 01/01/02 | $13.69 | $13.69 | $13.69 | New 2002 |
| Injection, ciprofloxacin for intravenous infusion, 200 mg | J0745 | 01/01/86 | $1.00 | $1.00 | $1.07 | |
| Injection, codeine phosphate, per 30 mg | J0760 | 01/01/82 | $7.07 | $7.07 | $7.07 | |
| Injection, colchicine, up to 1mg | J0770 | 01/01/82 | $54.15 | $54.15 | $39.90 | |
| Injection, colistimethate sodium, up to 150 mg | J0780 | 01/01/84 | $8.35 | $8.35 | $3.06 | |
| Injection, prochlorperazine, up to 10 mg | J0800 | 01/01/82 | $88.84 | $88.84 | $4.75 | 01 Nov/No Change |
| Injection, corticotropin, up to 40 units | J0810 | 01/01/82 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Injection, cortisone, up to 50 mg | | | | | | |
| Injection, cosyntropin, per 0.25 mg | J0835 | 01/01/95 | $16.75 | $16.75 | $15.34 | |

NHIC-LUPRON/AWP
ENE 0005038

AWP003-0019