| Description/Generic Name/Dosage | HCPCS Code | Effective Date | New England | Northern California | Southern California | Comments |
|---|---|---|---|---|---|---|
| Injection, cytomegalovirus immune globulin intravenous (human), per vial | J0850 | 01/01/82 | $702.33 | $702.33 | $370.50 | 2002 Mar/No change 7/1/02 |
| Injection, deferoxamine mesylate, 500 mg per 5 cc | J0895 | 01/01/92 | $14.16 | $14.16 | $13.50 | |
| Injection, testosterone enanthate and estradiol valerate, up to 1 cc | J0900 | 01/01/82 | $1.64 | $1.64 | $1.64 | |
| Injection, brompheniramine maleate, per 10 mg | J0945 | 01/01/82 | $0.87 | $0.87 | Not Covered | |
| Injection, estradiol valerate, up to 40 mg | J0970 | 01/01/82 | $22.61 | $22.61 | $1.61 | |
| Injection, depo-estradiol cypionate, up to 5 mg | J1000 | 01/01/82 | $0.81 | $0.81 | $0.81 | |
| Injection, methylprednisolone acetate, 20 mg | J1020 | 01/01/82 | $2.38 | $2.38 | $2.38 | |
| Injection, methylprednisolone acetate, 40 mg | J1030 | 01/01/82 | $6.52 | $6.53 | $5.99 | See comments on spreadsheet. |
| Injection, methylprednisolone acetate, 80 mg | J1040 | 01/01/82 | $10.77 | $10.77 | $9.88 | |
| Injection, medroxyprogesterone acetate, 100 mg | J1050 | 01/01/82 | $10.49 | $10.49 | $10.49 | |
| Injection, medroxyprogesterone acetate for contraceptive use, 150 mg | J1055 | 0/01/00 | Not Covered | Not Covered | Not Covered | New 2002 4/1/02 ?Coverage - Contraceptive |
| Injection, medroxyprogesterone acetate/estradiol cypionate, 5mg/25 mg | J1056 | 01/01/02 | ICIC | Not Covered | $23.70 | |
| Injection, testosterone cypionate and estradiol cypionate, up to 1 ml | J1060 | 01/01/82 | Not Covered | $4.04 | $3.71 | |
| Injection, testosterone cypionate, up to 100 mg | J1070 | 01/01/82 | $4.71 | $4.71 | $4.32 | |
| Injection, testosterone cypionate, 1 cc, 200 mg | J1080 | 01/01/82 | $17.61 | $17.61 | $16.16 | |
| Injection, testosterone cypionate, 1 cc, 50 mg | J1090 | 01/01/82 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Injection, dexamethasone acetate, per 8 mg | J1095 | 01/01/96 | $2.31 | $2.31 | $2.31 | |
| Injection, dexamethosone sodium phosphate, 1 mg | J1100 | 01/01/82 | $1.03 | $1.03 | $0.97 | |
| Injection, dihydroergotamine mesylate, per 1 mg | J1110 | 01/01/82 | $15.14 | $15.14 | $14.59 | |
| Injection, acetazolamide sodium, up to 500 mg | J1120 | 01/01/82 | $29.64 | $29.64 | $29.64 | |
| Injection, digoxin, up to 0.5 mg | J1160 | 01/01/82 | $2.16 | $2.16 | $2.16 | Dec/No change |
| Injection, phenytoin sodium, per 50 mg | J1165 | 01/01/82 | $0.67 | $0.67 | $0.29 | |
| Injection, hydromorphone, up to 4 mg | J1170 | 01/01/82 | $1.22 | $1.22 | $1.29 | |
| Injection, dyphylline, up to 500 mg | J1180 | 01/01/82 | $9.01 | $9.01 | $7.87 | |
| Injection, dexrazoxane hydrochloride, per 250 mg | J1190 | 01/01/97 | $199.22 | $199.22 | $199.22 | 2002 April 7/1/02 |
| Injection, diphenhydramine hcl, up to 50 mg | J1200 | 01/01/82 | $0.89 | $0.89 | $0.89 | Feb/No change |
| Injection, chlorothiazide sodium, per 500 mg | J1205 | 01/01/82 | Not Covered | Not Covered | $10.00 | |
| Injection, dmso, dimethyl sulfoxide, 50%, 50 ml | J1212 | 01/01/86 | $57.00 | $57.00 | $41.75 | |
| Injection, methadone hcl, up to 10 mg | J1230 | 01/01/82 | Not Covered | $0.75 | $0.75 | |
| Injection, dimenhydrinate, up to 50 mg | J1240 | 01/01/84 | $0.38 | $0.38 | $8.95 | |
| Injection, dipyridamole, per 10 mg | J1245 | 01/01/93 | $21.89 | $21.89 | $21.89 | |
| Injection, dobutamine hydrochloride, per 250 mg | J1250 | 01/01/96 | $6.76 | $6.76 | $11.40 | |
| Injection, dolasetron mesylate, 10 mg | J1260 | 01/01/99 | $16.45 | $16.45 | $16.45 | |
| Injection, doxercalciferol, 1 mcg | J1270 | 01/01/02 | $5.50 | $5.50 | $5.50 | New 2002/Feb 4/1/02 |
| Injection, amimpyline hcl, up to 20 mg | J1320 | 01/01/82 | $2.41 | $2.41 | $2.41 | 2002 July 10/1/02 |
| Injection, epoprostenol, 0.5 mg | J1325 | 01/01/98 | $18.06 | $18.06 | $18.06 | |
| Injection, eptifibatide, 5 mg | J1327 | 01/01/00 | $15.39 | $15.39 | $15.39 | 2002 March/July 10/1/02 |

| Description/Generic Name/Dosage | HCPCS Code | Effective Date | New England | Northern California | Southern California | Comments |
|---|---|---|---|---|---|---|
| Injection, ergonovine maleate, up to 0.2 mg | J1330 | 01/01/86 | $4.50 | $4.50 | $4.50 | |
| Injection, erythromycin gluceptate, per 250 mg | J1362 | 01/01/95 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Injection, erythromycin lactobionate, per 500 mg | J1364 | 01/01/95 | $3.51 | $3.51 | $5.94 | |
| Injection, estradiol valerate, up to 10 mg | J1380 | 01/01/82 | $10.83 | $10.83 | $8.92 | |
| Injection, estradiol valerate, up to 20 mg | J1390 | 01/01/82 | $15.26 | $15.26 | $12.58 | |
| Injection, estrogen conjugated, per 25 mg | J1410 | 01/01/82 | $56.75 | $56.75 | $55.10 | |
| Injection, estrone, per 1 mg | J1435 | 01/01/82 | $0.71 | $0.71 | $0.46 | |
| Injection, etidronate disodium, per 300 mg | J1436 | 01/01/90 | $70.30 | $70.30 | $63.65 | |
| Injection, etanercept, 25 mg (code may be used for medicare when drug administered under the direct supervision of a physician, not for use when drug is self-administered) | J1438 | 01/01/00 | $147.91 | $147.91 | $147.91 | 2001 November |
| Injection, filgrastim (g-csf), 300 mcg | J1440 | 01/01/94 | $185.90 | $185.90 | $173.72 | |
| Injection, filgrastim (g-csf), 480 mcg | J1441 | 01/01/94 | $299.35 | $299.35 | $299.35 | |
| Injection, fluconazole, 200 mg | J1450 | 01/01/00 | $90.86 | $90.86 | $90.86 | 2002 February |
| Injection, fomivirsen sodium, intraocular, 1.65 mg | J1452 | 01/01/01 | $950.00 | $950.00 | $950.00 | |
| Injection, foscarnet sodium, per 1000 mg | J1455 | 01/01/93 | $12.13 | $12.13 | $12.13 | 2002 February |
| Injection, gamma globulin, intramuscular, 1 cc | J1460 | 01/01/84 | $13.64 | $13.64 | $13.64 | |
| Injection, gamma globulin, intramuscular, 2 cc | J1470 | 01/01/84 | $27.28 | $27.28 | $27.28 | |
| Injection, gamma globulin, intramuscular, 3 cc | J1480 | 01/01/85 | $40.72 | $40.72 | $40.72 | |
| Injection, gamma globulin, intramuscular, 4 cc | J1490 | 01/01/84 | $54.57 | $54.57 | $54.57 | |
| Injection, gamma globulin, intramuscular, 5 cc | J1500 | 01/01/84 | $68.21 | $68.21 | $68.21 | |
| Injection, gamma globulin, intramuscular, 6 cc | J1510 | 01/01/84 | $82.68 | $82.68 | $82.68 | |
| Injection, gamma globulin, intramuscular, 7 cc | J1520 | 01/01/84 | $94.08 | $94.08 | $94.08 | |
| Injection, gamma globulin, intramuscular, 8 cc | J1530 | 01/01/84 | $109.14 | $109.14 | $109.14 | |
| Injection, gamma globulin, intramuscular, 9 cc | J1540 | 01/01/84 | $124.02 | $124.02 | $124.02 | |
| Injection, gamma globulin, intramuscular, 10 cc | J1550 | 01/01/84 | $136.42 | $136.42 | $136.42 | |
| Injection, gamma globulin, intramuscular, over 10 cc | J1560 | 01/01/84 | ICIC | No price | $85.50 | |
| Injection, gamma globulin, intravenous, 500 mg | J1561 | 01/01/90 | $61.56 | $61.56 | $61.56 | |
| Injection, immune globulin, intravenous, 1g | J1563 | 01/01/01 | $76.00 | $76.00 | $76.00 | |
| Injection, respiratory syncytial virus immune globulin, intravenous, 50 mg | J1565 | 01/01/98 | Not Covered | Not Covered | $81.66 | |
| Injection, ganciclovir sodium, 500 mg | J1570 | 01/01/94 | $35.24 | $35.24 | $33.89 | |
| Injection, garamycin, gentamicin, up to 80 mg | J1580 | 01/01/84 | $1.75 | $1.75 | $2.14 | |
| Injection, gatifloxacin, 10 mg | J1590 | 01/01/02 | $0.86 | $0.86 | $0.86 | New 2002 4/1/02 |
| Injection, gold sodium thiomaleate, up to 50 mg | J1600 | 01/01/82 | $13.51 | $13.51 | $13.51 | |
| Injection, glucagon hydrochloride, per 1 mg | J1610 | 01/01/86 | $45.60 | $45.60 | $45.60 | |
| Injection, gonadorelin hydrochloride, per 100 mcg | J1620 | 01/01/82 | $201.98 | $201.98 | Not Covered | |
| Injection, granisetron hydrochloride, 100 mcg | J1626 | 01/01/98 | $18.54 | $18.54 | $18.54 | Feb/NDC Change |
| Injection, haldperidol, up to 5 mg | J1630 | 01/01/86 | $7.32 | $7.32 | $7.32 | 2002 Apr/No change 7/1/02 |
| Injection, haloperidol decanoate, per 50 mg | J1631 | 1/1/189 | $26.70 | $26.70 | $26.70 | |
| Injection, heparin sodium, (heparin lock flush), per 10 units | J1642 | 01/01/95 | $0.46 | $0.46 | $0.46 | |
| Injection, heparin sodium, per 1000 units | J1644 | 01/01/95 | $0.56 | $0.56 | $0.96 | |

NHIC-LUPRON/AWP
ENE 0005040

AWP003-0021

| Description/Generic Name/Dosage | HCPCS Code | Effective Date | New England | Northern California | Southern California | Comments |
|---|---|---|---|---|---|---|
| Injection, dalteparin sodium, per 2500 iu | J1645 | 01/01/97 | $14.58 | $14.58 | $14.58 | |
| Injection, enoxaparin sodium, 10 mg | J1650 | 01/01/96 | $5.53 | $5.53 | $5.53 | |
| Injection, tinzaparin sodium, 1000 iu | J1655 | 01/01/02 | $3.99 | $3.99 | $3.99 | New 2002 4/1/02 |
| Injection, tetanus immune globulin, human, up to 250 units | J1670 | 01/01/86 | $114.00 | $114.00 | $102.60 | |
| Injection, prednisolone tebutate, up to 20 mg | J1690 | 01/01/82 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Injection, hydrocortisone acetate, up to 25 mg | J1700 | 01/01/82 | $0.34 | $0.34 | $0.34 | |
| Injection, hydrocortisone sodium phosphate, up to 50 mg | J1710 | 01/01/82 | $5.56 | $5.56 | $5.31 | |
| Injection, hydrocortisone sodium succinate, up to 100 mg | J1720 | 01/01/82 | $1.73 | $1.73 | $1.81 | |
| Injection, diazoxide, up to 300 mg | J1730 | 01/01/82 | Not Covered | Not Covered | $117.03 | |
| Injection, hydroxyprogesterone caprocate 125 mg/ml | J1739 | 01/01/88 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Injection, hydroxyprogesterone caproate, 250 mg/ml | J1741 | 01/01/88 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Injection, ibutilide fumarate, 1 mg | J1742 | 01/01/98 | $240.64 | $240.64 | $240.64 | |
| Injection infliximab, 10 mg | J1745 | 01/01/00 | $65.70 | $65.70 | $65.70 | |
| Injection, iron dextran, 50 mg | J1750 | 01/01/00 | $17.91 | $17.91 | $17.91 | |
| Injection, iron sucrose, 20 mg | J1755 | 01/01/02 | $13.07 | $13.07 | $13.07 | New 2002 4/1/02 |
| Injection, imiglucerase, per unit | J1785 | 01/01/95 | $3.75 | $3.75 | $3.75 | |
| Injection, droperidol, up to 5 mg | J1790 | 01/01/82 | $1.56 | $1.56 | $1.78 | |
| Injection, propranolol hcl, up to 1 mg | J1800 | 01/01/82 | $11.62 | $11.62 | $11.62 | |
| Injection, droperidol and fentanyl citrate, up to 2 ml ampule | J1810 | 01/01/82 | ICIC | $7.02 | $7.02 | |
| Injection, insulin, up to 100 units | J1820 | 01/01/86 | $2.29 | $2.29 | $2.29 | 2002 Mar/No change 7/1/02 |
| Injection, interferon beta-1a, 33 mcg (code may be used for medicare when drug administered under direct supervision of a physician, not for use when drug is self-administered) | J1825 | 01/01/98 | $225.22 | Not Covered | $234.00 | |
| Injection interferon beta-1b, 0.25 mg (code may be used for medicare when drug administered under direct supervision of a physician, not for use when drug is self-administered) | J1830 | 01/01/82 | $68.40 | Not Covered | Not Covered | New 2002 4/1/02 |
| Injection, itraconazole, 50 mg | J1835 | 01/01/02 | $878.13 | $878.13 | $878.13 | |
| Injection, kanamycin sulfate, up to 500 mg | J1840 | 01/01/82 | $3.29 | $3.29 | $2.14 | |
| Injection, kanamycin sulfate, up to 75 mg | J1850 | 01/01/82 | $0.49 | $0.49 | $3.09 | |
| Injection, ketorolac tromethamine, per 15 mg | J1885 | 01/01/93 | $5.75 | $5.75 | $5.75 | |
| Injection, cephalothin sodium, up to 1 gram | J1890 | 01/01/82 | $10.26 | $10.26 | $10.26 | |
| Injection, kutapressin up to 2 ml | J1910 | 01/01/86 | $14.35 | $14.35 | $13.28 | |
| Injection, propiomazine, up to 20 mg | J1930 | 01/01/82 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Injection, furosemide, up to 20 mg | J1940 | 01/01/82 | $0.98 | $0.98 | $1.22 | |
| Injection, leuprolide acetate (for depot suspension), per 3.75 mg | J1950 | 01/01/86 | $508.48 | $508.48 | $508.48 | 2002 February |
| Injection, levocarnitine, per 1 gm | J1955 | 01/01/96 | $34.20 | $34.20 | $34.20 | |
| Injection, levofloxacin, 250 mg | J1956 | 01/01/99 | $19.66 | $19.66 | $18.81 | |
| Injection, levorphanol tartrate, up to 2 mg | J1960 | 01/01/82 | $3.76 | $3.76 | $3.76 | |
| Injection, methotrimeprazine, up to 20 mg | J1970 | 01/01/84 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | 2002 February |
| Injection, hyoscyamine sulfate, up to 0.25 mg | J1980 | 01/01/82 | $7.91 | $7.91 | $7.91 | |
| Injection, chlordiazepoxide hcl, up to 100 mg | J1990 | 01/01/82 | $25.00 | $25.00 | $25.00 | |
| Injection, lidocaine hcl, 50 cc | J2000 | 01/01/86 | $1.45 | Not Covered | $1.45 | No idea |

NHIC-LUPRON/AWP
ENE 0005041

AWP003-0022

| Description/Generic Name/Dosage | HCPCS Code | Effective Date | New England | Northern California | Southern California | Comments |
|---|---|---|---|---|---|---|
| Injection, lincomycin hcl, up to 300 mg | J2010 | 01/01/82 | $4.42 | $4.42 | $4.25 | |
| Injection, linezolid, 200 mg | J2020 | 01/01/02 | $38.33 | $38.33 | $38.33 | New/ 2002 July 10/1/02 |
| Injection, lorazepam, 2 mg | J2060 | 01/01/82 | $2.84 | $2.84 | $1.48 | |
| Injection, mannitol, 25% in 50 ml | J2150 | 01/01/86 | $2.78 | $2.78 | $3.02 | |
| Injection, meperidine hydrochloride, per 100 mg | J2175 | 01/01/86 | $0.56 | $0.56 | $0.56 | |
| Injection, meperidine and promethazine hcl, up to 50 mg | J2180 | 01/01/82 | $4.61 | $4.61 | $3.93 | |
| Injection, methylergonovine maleate, up to 0.2 mg | J2210 | 01/01/82 | Not Covered | $3.88 | $3.55 | |
| Injection, metocurine iodide, up to 2 mg | J2240 | 01/01/82 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Injection, midazolam hydrochloride, per 1 mg | J2250 | 01/01/96 | $0.54 | $0.54 | $0.86 | |
| Injection milrinone lactate, per 5 ml | J2260 | 01/01/86 | $51.58 | $51.58 | $51.58 | 2002 April 7/1/02 |
| Injection, morphine sulfate, up to 10 mg | J2270 | 01/01/82 | $0.89 | $0.89 | $0.92 | |
| Injection, morphine sulfate, 100 mg | J2271 | 01/01/99 | $11.92 | $11.92 | $16.87 | |
| Injection, morphine sulfate (preservative-free sterile solution), per 10 mg | J2275 | 01/01/93 | $2.00 | $2.00 | $2.00 | |
| Injection, nalbuphine hydrochloride, per 10 mg | J2300 | 01/01/96 | $1.08 | $1.08 | $1.44 | |
| Injection, naloxone hydrochloride, per 1 mg | J2310 | 01/01/96 | $10.71 | $10.71 | $10.71 | |
| Nandrolone decanoate, up to 50mg | J2320 | 01/01/86 | $5.20 | $5.20 | $5.20 | |
| Nandrolone decanoate, up to 100 mg | J2321 | 01/01/87 | $10.40 | $10.40 | $10.40 | |
| Nandrolone decanoate, up to 200 mg | J2322 | 01/01/87 | $26.41 | $26.41 | $12.64 | |
| Injection, thiothixene, up to 4 mg | J2330 | 01/01/82 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Injection, niacinamide, niacin, up to 100 mg | J2350 | 01/01/84 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Injection, octreotide acetate, 1 mg | J2352 | 01/01/00 | $76.50 | $76.50 | $76.50 | 2002 March 7/1/02 |
| Injection, oprelvekin, 5 mg | J2355 | 01/01/99 | $256.63 | $256.63 | $256.63 | 2002 April 7/1/02 |
| Injection, orphenadrine citrate, up to 60 mg | J2360 | 01/01/82 | $5.42 | $5.42 | $5.42 | Jan/No change |
| Injection, phenylephrine hcl, up to 1 ml | J2370 | 01/01/82 | $2.13 | $2.13 | $2.10 | |
| Injection, chloroprocaine hcl, per 30 ml | J2400 | 01/01/86 | $6.39 | Not Covered | $10.50 | |
| Injection, ondansetron hydrochloride, per 1 mg | J2405 | 01/01/93 | $6.09 | $6.09 | $6.09 | |
| Injection, oxymorphone, up to 1 mg | J2410 | 01/01/82 | $2.80 | $2.80 | $2.80 | |
| Injection, pamidronate disodium, per 30 mg | J2430 | 01/01/82 | $265.87 | $265.87 | $265.87 | Jan/No change |
| Injection, papaverine hcl, up to 60 mg | J2440 | 01/01/86 | $8.89 | $8.89 | $8.89 | |
| Injection, oxytetracycline hcl, up to 50 mg | J2460 | 01/01/82 | $0.98 | $0.98 | $0.95 | |
| Injection, hydrochlorides of opium alkaloids, up to 20 mg | J2480 | 01/01/86 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Injection, paricalcitol, 5 mcg | J2500 | 01/01/00 | $25.09 | $25.09 | $25.09 | 2001 December |
| Injection, penicillin g procaine, aqueous, up to 600,000 units | J2510 | 01/01/82 | $9.05 | $9.05 | $6.73 | |
| Injection, pentagastrin, per 2 ml | J2512 | 01/01/95 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Injection, pentobarbital sodium, per 50 mg | J2515 | 01/01/82 | $0.74 | $0.74 | $0.71 | |
| Injection, penicillin g potassium, up to 600,000 units | J2540 | 01/01/82 | $0.29 | $0.24 | $0.51 | Different Dosages |
| Injection, piperacillin sodium/tazobactam sodium, 1 gram/0.125 grams (1.125 grams) | J2543 | 01/01/00 | $5.13 | $5.13 | $5.13 | |
| Pentamidine isethionate, inhalation solution, per 300 mg, administered through a dme | J2545 | 01/01/92 | $87.02 | $87.02 | $93.81 | |
| Injection, promethazine hcl, up to 50 mg | J2550 | 01/01/82 | $1.02 | $1.02 | $1.08 | |

| Description/Generic Name/Dosage | HCPCS Code | Effective Date | New England | Northern California | Southern California | Comments |
|---|---|---|---|---|---|---|
| Injection, phenobarbital sodium, up to 120 mg | J2560 | 01/01/82 | $6.05 | Not Covered | $6.35 | |
| Injection, oxytocin, up to 10 units | J2590 | 01/01/86 | Not Covered | $1.28 | $1.18 | |
| Injection, desmopressin acetate, per 1 mcg | J2597 | 01/01/96 | $4.13 | $4.13 | $4.13 | |
| Injection, prednisolone sodium phosphate, to 20 mg | J2640 | 01/01/84 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Injection, prednisolone acetate, up to 1 ml | J2650 | 01/01/82 | $0.52 | $0.52 | $0.52 | |
| Injection, tolazoline hcl, up to 25 mg | J2670 | 01/01/86 | Not Covered | Not Covered | Not Covered | |
| Injection, progesterone, per 50 mg | J2675 | 01/01/86 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Injection, fluphenazine decanoate, up to 25 mg | J2680 | 01/01/82 | $26.73 | $26.73 | $25.66 | |
| Injection, procainamide hcl, up to 1 gm | J2690 | 01/01/82 | $3.37 | $3.37 | $5.35 | |
| Injection, oxacillin sodium, up to 250 mg | J2700 | 01/01/82 | $0.67 | $1.35 | $0.65 | Wrong calculation. Should divide by 4 or 40, not 2 and 10. 1 gram = 1000 mg |
| Injection, neostigmine methylsulfate, up to 0.5 mg | J2710 | 01/01/82 | $2.32 | $2.32 | $2.27 | |
| Injection, prolamine sulfate, per 10 mg | J2720 | 01/01/82 | $1.01 | $1.01 | $0.89 | |
| Injection, protirelin, per 250 mcg | J2725 | 01/01/95 | $24.40 | $24.40 | Not Covered | |
| Injection, pralidoxime chloride, up to 1 gm | J2730 | 01/01/86 | $102.96 | $102.96 | $102.96 | |
| Injection, phentolaine mesylate, up to 5 mg | J2760 | 01/01/82 | $32.59 | $32.59 | $32.59 | |
| Injection, metoclopramide hcl, up to 10 mg | J2765 | 01/01/82 | $1.90 | $1.90 | $1.46 | |
| Injection, quinupristin/dalfopristin, 500 mg (150/350) | J2770 | 01/01/01 | $102.05 | $102.05 | $102.05 | |
| Injection, ranitidine hydrochloride, 25 mg | J2780 | 01/01/00 | $1.90 | $1.90 | $1.90 | |
| Injection, rho d immune globulin, human, one dose package | J2790 | 01/01/86 | $105.45 | $105.45 | $102.60 | |
| Injection, rho d immune globulin, intravenous, human, solvent detergent, 100 iu | J2792 | 01/01/99 | $20.55 | $20.55 | $20.55 | |
| Injection, ropivacaine hydrochloride, 1 mg | J2795 | 01/01/01 | $0.16 | $0.16 | $0.16 | 2002 February |
| Injection, methocarbamol, up to 10 ml | J2800 | 01/01/82 | $3.80 | $3.80 | Not Covered | |
| Injection, theophylline, per 40 mg | J2810 | 01/01/82 | ICIC | Not Covered | $1.09 | |
| Injection, sargramostim (gm-csf), 50 mcg | J2820 | 01/01/82 | $29.06 | $29.06 | $29.06 | |
| Injection, secobarbital sodium, up to 250 mg | J2860 | 01/01/82 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Injection, aurothioglucose, up to 50 mg | J2910 | 01/01/82 | $15.47 | $15.47 | $14.57 | |
| Injection, sodium chloride, 0.9%, per 2 ml | J2912 | 01/01/86 | Not Covered | $0.78 | $0.79 | |
| Injection, sodium ferric gluconate complex in sucrose injection, 62.5 mg | J2915 | 01/01/01 | $40.85 | $40.85 | $40.85 | |
| Injection, methylprednisolone sodium succinate, up to 40 mg | J2920 | 01/01/82 | $1.58 | $1.58 | $1.92 | |
| Injection, methylprednisolone sodium succinate, up to 125 mg | J2930 | 01/01/84 | $1.92 | $1.92 | $3.10 | |
| Injection,somatrem, 1 mg | J2940 | 01/01/02 | $45.56 | $45.56 | $41.90 | New 02 Mar/No change 7/1/02 |
| Injection,somatropin, 1 mg | J2941 | 01/01/02 | $45.56 | $45.56 | $45.56 | New 2002 April 7/1/02 |
| Injection, promazine hcl, up to 25 mg | J2950 | 01/01/82 | $0.46 | $0.46 | $0.46 | |
| Injection, methicillin sodium, up to 1 gm | J2970 | 01/01/82 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Injection, reteplase 18.8 mg | J2993 | 01/01/01 | $1,306.25 | $1,306.25 | $1,306.25 | |
| Injection, streptokinase, per 250,000 iu | J2995 | 01/01/86 | $126.67 | $126.67 | Not Covered | |
| Injection, alteplase recombinant, 1 mg | J2997 | 01/01/01 | $35.63 | $35.63 | $35.63 | 2001 Oct/Change |
| Injection, streptomycin, up to 1 gm | J3000 | 01/01/82 | $6.34 | $6.34 | $6.34 | |

NHIC-LUPRON/AWP
ENE 0005043

AWP003-0024

| Description/Generic Name/Dosage | HCPCS Code | Effective Date | New England | Northern California | Southern California | Comments |
|---|---|---|---|---|---|---|
| Injection, fentanyl citrate, 0.1 mg | J3010 | 01/01/82 | $0.98 | $0.98 | $1.34 | |
| Injection, sumatriptan succinate, 6 mg (code may be used for medicare when drug administered under direct supervision of a physician, not for use when drug is self-administered) | J3030 | 01/01/86 | $26.56 | $26.56 | $25.94 | |
| Injection, pentazocine hcl, up to 30 mg | J3070 | 01/01/82 | ICIC | $2.37 | $3.38 | |
| Injection, chlorprothixene, up to 50 mg | J3080 | 01/01/82 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Injection, tenecteplase, 50 mg | J3100 | 01/01/02 | $2,612.50 | $2,612.50 | $2,612.50 | New 2002 4/1/02 |
| Injection, terbutaline sulfate, up to 1 mg | J3105 | 01/01/87 | $4.44 | $4.44 | $2.13 | |
| Injection, testosterone enanthate, up to 100 mg | J3120 | 01/01/82 | Not Covered | $12.39 | $11.32 | |
| Injection, testosterone enanthate, up to 200 mg | J3130 | 01/01/82 | $24.78 | $24.78 | $22.65 | |
| Injection, testosterone suspension, up to 50 mg | J3140 | 01/01/82 | $0.81 | $0.81 | $0.97 | |
| Injection, testosterone propionate, up to 100 mg | J3150 | 01/01/82 | $0.87 | $0.87 | $0.87 | |
| Injection, chlorpromazine hcl, up to 50 mg | J3230 | 01/01/82 | $4.40 | $4.40 | $3.47 | |
| Injection, thyrotropin alfa, 0.9 mg | J3240 | 01/01/86 | $566.68 | $566.68 | $566.68 | 2002 January |
| Injection, tirofiban hydrochloride, 12.5 mg | J3245 | 01/01/00 | $462.16 | $462.16 | $462.16 | 2002 February |
| Injection, trimethobenzamide hcl, up to 200 mg | J3250 | 01/01/82 | $1.55 | $1.55 | $1.24 | Jan/No change |
| Injection, tobramycin sulfate, up to 80 mg | J3260 | 01/01/82 | $5.91 | $5.91 | $11.35 | |
| Injection, torsemide, 10 mg/ml | J3265 | 01/01/96 | $2.53 | $2.53 | $2.53 | 2002 April 7/1/02 |
| Injection, imipramine hcl, up to 25 mg | J3270 | 01/01/82 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Injection, thiethylperazine maleate, up to 10 mg | J3280 | 01/01/82 | $4.21 | $4.21 | $4.60 | |
| Injection, triamcinolone acetonide, per 10 mg | J3301 | 01/01/91 | $1.52 | $1.52 | $1.52 | |
| Injection, triamcinolone diacetate, per 5 mg | J3302 | 01/01/91 | $0.86 | $0.86 | $0.86 | |
| Injection, triamcinolone hexacetonide, per 5 mg | J3303 | 01/01/91 | $2.60 | $2.60 | $2.60 | |
| Injection, triamcinolone hexacetonide, per 5 mg | J3305 | 01/01/96 | $142.50 | $142.50 | $142.50 | 2002 May 7/1/02 |
| Injection, trimetrexate glucoronate, per 25 mg | J3310 | 01/01/82 | $7.14 | $7.14 | $6.79 | |
| Injection, perphenazine, up to 5 mg | J3320 | 01/01/82 | $26.80 | $26.80 | $26.80 | |
| Injection, spectinomycin dihydrochloride, up to 2 gm | J3350 | 01/01/86 | $84.23 | $84.23 | $84.23 | |
| Injection, urea, up to 40 gm | J3360 | 01/01/82 | $2.19 | $2.19 | $2.32 | |
| Injection, diazepam, up to 5 mg | J3364 | 01/01/93 | $56.61 | $56.61 | $56.61 | |
| Injection, urokinase, 5000 iu vial | J3365 | 01/01/92 | $466.17 | $466.17 | $466.17 | |
| Injection, i.v. urokinase, 250,000 i.u. vial | J3370 | 01/01/86 | $6.95 | $6.95 | $5.20 | |
| Injection, vancomycin hcl, 500 mg | J3390 | 01/01/82 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Injection, methoxamine, to 20 mg | J3395 | 01/01/02 | $1,458.25 | $1,458.25 | $1,458.25 | New 2002 |
| Injection, influpromazine hcl, up to 20 mg | J3400 | 01/01/82 | $11.86 | $60.02 | $11.86 | Can't find vesprin. No longer in Red Book. Stelazine is not the same drug. Stelazine is triFLUOPERazine HCl. (Make ICIC?) |
| Injection, hydroxyzine hcl, up to 25 mg | J3410 | 01/01/82 | $0.70 | $0.70 | $0.70 | |
| Injection, vitamin b-12 cyanocobalamin, up to 1000 mcg | J3420 | 01/01/86 | $1.19 | $1.19 | $0.98 | |
| Injection, phytonadione (vitamin k), per 1 mg | J3430 | 01/01/82 | $2.37 | $2.37 | $2.33 | |

| Description/Generic Name/Dosage | HCPCS Code | Effective Date | New England | Northern California | Southern California | Comments |
|---|---|---|---|---|---|---|
| Injection, mephentermine sulfate, up to 30 mg | J3450 | 01/01/82 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Injection, hyaluronidase, up to 150 units | J3470 | 01/01/82 | $20.58 | $20.58 | $20.58 | |
| Injection, magnesium sulfate, per 500 mg | J3475 | 01/01/96 | $0.29 | $0.29 | $0.39 | |
| Injection, potassium chloride, per 2 meq | J3480 | 01/01/96 | $0.29 | $0.29 | $0.70 | |
| Injection, zidovudine, 10 mg | J3485 | 01/01/01 | $1.01 | $1.01 | $0.95 | |
| Unclassified drugs | J3490 | 01/01/86 | unlisted | unlisted | unlisted | |
| Endrate ethylenediamine-tetra-acetic acid (edta) | J3520 | 01/01/86 | Not Covered | Not Covered | Not Covered | |
| Nasal vaccine initiation | J3530 | 01/01/86 | Not Covered | Not Covered | Not Covered | |
| Drug administered through a metered dose inhaler | J3535 | 01/01/94 | Not Covered | Not Covered | Not Covered | |
| Laetrile, amygdalin, vitamin b17 | J3570 | 01/01/86 | Not Covered | Not Covered | Not Covered | |
| Infusion, normal saline solution, 1000 cc | J7030 | 01/01/82 | $10.07 | $6.78 | $10.07 | |
| Infusion, normal saline solution, sterile (500 ml=1 unit) | J7040 | 01/01/84 | $11.03 | $8.92 | $11.03 | |
| 5% dextrose/normal saline (500 ml = 1 unit) | J7042 | 01/01/84 | $11.08 | $9.44 | $11.08 | |
| Infusion, normal saline solution, 250 cc | J7050 | 01/01/82 | $11.01 | $4.46 | $11.01 | |
| Sterile saline or water, up to 5 cc | J7051 | 01/01/94 | Not Covered | $0.87 | Not Covered | |
| 5% dextrose/water (500 ml-1 unit) | J7060 | 01/01/85 | $10.49 | $8.79 | $10.49 | |
| Infusion, d5w, 1000 cc | J7070 | 01/01/82 | $13.19 | $11.22 | $13.19 | |
| Infusion, dextran 40, 500 ml | J7100 | 01/01/82 | $94.46 | $25.10 | $94.46 | |
| Infusion, dextran 75, 500 ml | J7110 | 01/01/82 | $103.12 | $14.21 | $103.12 | |
| Ringers lactate infusion, up to 1000 cc | J7120 | 01/01/82 | $14.29 | $2.22 | $14.29 | |
| Hypertonic saline solution 50 or 100 mcq, 20 cc vial | J7130 | 01/01/84 | $2.81 | $2.81 | $2.81 | 2002 June 10/1/02 |
| Factor viii (antihemophilic factor, human) per i.u. | J7190 | 01/01/86 | $0.87 | $0.87 | $0.87 | |
| Factor viii (antihemophilic factor (porcine), per i.u. | J7191 | 01/01/96 | $2.04 | $2.04 | $2.09 | |
| Factor viii (antihemophilic factor, recombinant) per i.u. | J7192 | 01/01/94 | $1.24 | $1.24 | $1.12 | |
| Factor ix, (antihemophilic factor, purified, non-recombinant) per iu | J7193 | 01/01/02 | $1.12 | $1.12 | $1.12 | New 2002 June 10/1/02 |
| | J7194 | 01/01/86 | $0.33 | $0.33 | $0.31 | |
| Factor ix, complex, per i.u. | J7195 | 01/01/02 | $1.12 | $1.12 | $1.12 | New 2002 4/1/02 |
| Factor ix, (antihemophilic factor, recombinant) per iu | J7197 | 01/01/92 | $1.05 | $1.05 | $1.05 | |
| Antithrombin iii (human), per i.u. | J7198 | 01/01/00 | $1.43 | $1.43 | $1.43 | |
| Anti-inhibitor, per i.u. | J7199 | 01/01/00 | unlisted | unlisted | unlisted | |
| Hemophilia clotting factor, not otherwise classified | J7300 | 01/01/86 | Not Covered | Not Covered | Not Covered | |
| Intrauterine copper contraceptive | J7302 | 01/01/02 | Not Covered | Not Covered | Not Covered | New 2002 4/1/02 |
| Levonorgestrel-releasing intrauterine contraceptive system, 52 mg | J7308 | 01/01/02 | $100.94 | $100.94 | $100.94 | New 2002 4/1/02 |
| Aminolevulinic acid HCL for topical administration, 20%, single unit dosage (354 mg) | J7310 | 01/01/97 | $4,750.00 | $4,750.00 | $4,750.00 | |
| Ganciclovir, 4.5 mg, long-acting implant | J7315 | 01/01/99 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Sodium hyaluronate, 20 mg, for intra articular injection | J7316 | 01/01/02 | $27.88 | $27.88 | $27.88 | New 2002/Dec 4/1/02 |
| Sodium hyaluronate, 5mg, for intra articular injection | J7320 | 01/01/99 | $223.25 | $223.25 | $223.25 | 2001 Nov Redbook |
| Hylan g-f 20, 16 mg, for intra articular injection | J7330 | 01/01/01 | $14,250.00 | $14,250.00 | $14,250.00 | |
| Autologous cultured chondrocytes, implant | | | | | | |