| Description/Generic Name/Dosage | HCPCS Code | Effective Date | New England | Northern California | Southern California | Comments |
|---|---|---|---|---|---|---|
| Dermal and epidermal, tissue of human origin, with or without bioengineered or processed elements, with metabolically active elements, per square centimeter | J7340 | 01/01/02 | $29.42 | $29.42 | $29.42 | New 2002 July 10/1/02 |
| Azathioprine, oral, 50 mg | J7500 | 01/01/88 | $1.25 | Not Covered | Not Covered | ORAL |
| Azathioprine, parenteral, 100 mg | J7501 | 01/01/88 | $59.84 | Not Covered | Not Covered | |
| Cyclosporine, oral, 100 mg | J7502 | 01/01/00 | $5.22 | Not Covered | Not Covered | ORAL |
| Lymphocyte immune globulin, antithymocyte globulin, parenteral, 250 mg | J7504 | 01/01/88 | $249.13 | $269.06 | $249.13 | |
| Muromonab-CD3, - parenteral, 5 mg | J7505 | 01/01/88 | $777.31 | Not Covered | Not Covered | |
| Prednisone, oral, per 5 mg | J7506 | 01/01/89 | $0.02 | Not Covered | Not Covered | ORAL |
| Tacrolimus, oral, per 1 mg | J7507 | 01/01/95 | $3.03 | Not Covered | Not Covered | ORAL |
| Tacrolimus, oral, per 5 mg | J7508 | 01/01/95 | $13.99 | Not Covered | Not Covered | ORAL |
| Methylprednisolone, oral, per 4 mg | J7509 | 01/01/96 | $0.51 | Not Covered | Not Covered | ORAL |
| Prednisolone, oral, per 5 mg | J7510 | 01/01/96 | $0.03 | Not Covered | Not Covered | ORAL |
| Lymphocyte immune globulin, antithymocyte globulin, rabbit, parenteral, 25 mg | J7511 | 01/01/02 | $251.75 | $325.09 | $251.75 | New 2002 4/1/02 |
| Daclizumab, parenteral, 25 mg | J7513 | 01/01/99 | $397.29 | $397.29 | $397.29 | |
| Cyclosporine, oral, 25 mg | J7515 | 01/01/00 | $1.31 | No Price | No Price | ORAL |
| Cyclosporine, parenteral, 250 mg | J7516 | 01/01/00 | $25.08 | $25.08 | $25.08 | ORAL |
| Mycophenolate mofetil, oral, 250 mg | J7517 | 01/01/00 | $2.53 | $15.00 | No Price | 2002 February |
| Sirolimus, oral, 1 mg | J7520 | 01/01/01 | $7.13 | No Price | No Price | ORAL |
| Tacrolimus, parenteral, 5 mg | J7525 | 01/01/01 | $113.15 | $113.15 | $113.15 | |
| Immunosuppressive drug, not otherwise classified | J7599 | 01/01/96 | unlisted | unlisted | unlisted | |
| Acetylcysteine, inhalation solution administered through dme, unit dose form, per gram | J7608 | 01/01/00 | ICIC | No Price | No Price | |
| Albuterol, all formulations including separated isomers, inhalation solution administered through dme, concentrated form, per 1 mg | J7618 | 01/01/00 | $1.45 | $1.45 | $1.45 | 2002 May 7/1/02 |
| Albuterol, all formulations including separated isomers, inhalation solution administered through dme, unit dose form, per 1 mg | J7619 | 01/01/00 | $1.45 | $1.45 | $1.45 | 2002 May 7/1/02 |
| Beclomethasone, inhalation solution administration through dme, unit dose form per milligram | J7622 | 01/01/02 | No Price | $44.97 | No Price | New 2002 June ?? on AMT 10/1/02 |
| Beclomethasone, inhalation solution administration through dme, unit dose form per milligram | J7624 | 01/01/02 | No Price | No Price | No Price | New 2002 4/1/02 |
| Budesonide, inhalation solution administration through dme, unit dose form 0.25 mg | J7626 | 01/01/02 | No Price | No Price | No Price | New 2002 4/1/02 |
| Bitolterol, mesylate, inhalation solution administered through dme, concentrated form, per mg | J7628 | 01/01/00 | ICIC | No Price | No Price | |
| Bitolterol, mesylate, inhalation solution administered through dme, unit dose form, per mg | J7629 | 01/01/00 | ICIC | No Price | No Price | |
| Cromolyn sodium, inhalation solution administered through dme, unit dose form, per 10 mg | J7631 | 01/01/00 | $0.24 | $0.36 | $0.24 | |

NHIC-LUPRON/AWP
ENE 0005046

AWP003-0027

| Description/Generic Name/Dosage | HCPCS Code | Effective Date | New England | Northern California | Southern California | Comments |
|---|---|---|---|---|---|---|
| Atropine, inhalation solution administered through dme, concentrated form, per mg | J7635 | 01/01/00 | ICIC | No Price | No Price | |
| Atropine, inhalation solution administered through dme, unit dose form, per mg | J7636 | 01/01/00 | ICIC | $0.54 | No Price | |
| Dexamethasone, inhalation solution administered through dme, concentrated form, per mg | J7637 | 01/01/00 | ICIC | No Price | No Price | |
| Dexamethasone, inhalation solution administered through dme, unit dose form, per mg | J7638 | 01/01/00 | ICIC | No Price | No Price | |
| Dornase alpha, inhalation solution administered through dme, unit dose form, per mg | J7639 | 01/01/00 | $15.88 | No Price | No Price | |
| Flunsolide, inhalation solution administration through dme, unit dose form per milligram | J7641 | 01/01/02 | No Price | No Price | No Price | New 2002 |
| Glycopyrrolate, inhalation solution administered through dme, concentrated form, per mg | J7642 | 01/01/00 | ICIC | No Price | No Price | |
| Glycopyrrolate, inhalation solution administered through dme, unit dose form, per mg | J7643 | 01/01/00 | ICIC | No Price | No Price | |
| Ipratropium bromide, inhalation solution administered through dme, unit dose form, per mg | J7644 | 01/01/00 | $3.35 | $3.35 | $3.35 | 2002 July 10/1/02 |
| Isoetharine hcl, inhalation solution administered through dme, concentrated form, per mg | J7648 | 01/01/00 | ICIC | No Price | No Price | |
| Isoetharine hcl, inhalation solution administered through dme, unit dose form, per mg | J7649 | 01/01/00 | ICIC | No Price | No Price | |
| Isoproterenol hcl, inhalation solution administered through dme, concentrated form, per mg | J7658 | 01/01/00 | ICIC | No Price | No Price | |
| Isoproterenol hcl, inhalation solution administered through dme, unit dose form, per mg | J7659 | 01/01/00 | ICIC | No Price | No Price | |
| Metaproterenol, sulfate, inhalation solution administered through dme concentrated form, per 10 mg | J7668 | 01/01/00 | ICIC | $1.19 | $1.19 | Loaded price online 4/9/2002 |
| Metaproterenol, sulfate, inhalation solution administered through dme, unit dose form, per 10 mg | J7669 | 01/01/00 | ICIC | $1.17 | $1.17 | |
| Terbutaline sulfate, inhalation solution administered through dme, concentrated form, per mg | J7680 | 01/01/00 | ICIC | $2.13 | $2.13 | |
| Terbutaline sulfate, inhalation solution administered through dme, unit dose form, per mg | J7681 | 01/01/00 | ICIC | $2.13 | $2.13 | |
| Tobramycin, unit dose form, 300 mg, inhalation solution, administered through dme | J7682 | 01/01/00 | $46.92 | $46.92 | $46.92 | 2002 March 7/1/02 |
| Triamcinolone, inhalation solution administered through dme, concentrated form, per mg | J7683 | 01/01/00 | ICIC | No Price | No Price | |
| Triamcinolone, inhalation solution administered through dme, unit dose form, per mg | J7684 | 01/01/00 | ICIC | No Price | No Price | |
| Noc drugs, inhalation solution administered through dme | J7699 | 01/01/93 | unlisted | unlisted | unlisted | |

NHIC-LUPRON/AWP
ENE 0005047

AWP003-0028

| Description/Generic Name/Dosage | HCPCS Code | Effective Date | New England | Northern California | Southern California | Comments |
|---|---|---|---|---|---|---|
| Noc drugs, other than inhalation drugs, administered through dme | J7799 | 01/01/93 | unlisted | unlisted | unlisted | |
| Prescription drug, oral, non chemotherapeutic, nos | J8499 | 01/01/95 | Not Covered | Not Covered | Not Covered | ORAL - DMERC |
| Busulfan, oral, 2 mg | J8510 | 01/01/00 | Not Covered | Not Covered | Not Covered | ORAL - DMERC |
| Capecitabine, oral, 150 mg | J8520 | 01/01/00 | Not Covered | Not Covered | Not Covered | ORAL - DMERC |
| Capecitabine, oral, 500 mg | J8521 | 01/01/00 | Not Covered | Not Covered | Not Covered | ORAL - DMERC |
| Cyclophosphamide, oral, 25 mg | J8530 | 01/01/95 | Not Covered | Not Covered | Not Covered | ORAL - DMERC |
| Etoposide, oral, 50 mg | J8560 | 01/01/95 | Not Covered | Not Covered | Not Covered | ORAL - DMERC |
| Melphalan, oral, 2 mg | J8600 | 01/01/95 | Not Covered | Not Covered | Not Covered | ORAL - DMERC |
| Methotrexate, oral, 2.5 mg | J8610 | 01/01/95 | Not Covered | Not Covered | Not Covered | ORAL - DMERC |
| Temozolmide, oral, 5 mg | J8700 | 01/01/01 | Not Covered | Not Covered | Not Covered | ORAL - DMERC |
| Prescription drug, oral, chemotherapeutic, nos | J8999 | 01/01/95 | Not Covered | Not Covered | Not Covered | ORAL - DMERC |
| Doxorubicin hcl, 10 mg | J9000 | 01/01/84 | $42.82 | $42.50 | $42.82 | 2002 April/NDC Change 7/1/02 |
| Doxorubicin hcl, all lipid formulations, 10 mg | J9001 | 01/01/00 | $378.34 | $378.34 | $378.34 | 2002 February |
| Aldesleukin, per single use vial | J9015 | 01/01/96 | $699.20 | $699.20 | $699.20 | 2002 March 7/1/02 |
| Arsenic trioxide, 1 mg | J9017 | 01/01/02 | $31.35 | $31.35 | $26.13 | New 2002/Jan 4/1/02 |
| Asparaginase, 10,000 units | J9020 | 01/01/84 | $59.70 | $62.61 | $59.70 | |
| Bcg live (intravesical), per installation | J9031 | 01/01/91 | $171.48 | $171.48 | $171.48 | 2002 March 7/1/02 |
| Bleomycin sulfate, 15 units | J9040 | 01/01/84 | $289.37 | $289.37 | $289.37 | |
| Carboplatin, 50 mg | J9045 | 01/01/90 | $135.97 | $135.97 | $135.97 | 2002 July 10/1/02 |
| Carmustine, 100 mg | J9050 | 01/01/84 | $127.26 | $127.26 | $127.26 | 2002 February |
| Cisplatin, powder or solution, per 10 mg | J9060 | 01/01/84 | $42.18 | $42.18 | $42.18 | 2002 June 10/1/02 |
| Cisplatin, 50 mg | J9062 | 01/01/82 | $210.90 | $210.90 | $210.90 | 2002 June 10/1/02 |
| Injection, cladribine, per 1 mg | J9065 | 01/01/95 | $53.39 | $53.39 | $53.39 | 01 Nov/No Change |
| Cyclophosphamide, 100 mg | J9070 | 01/01/84 | $5.98 | $5.98 | $5.98 | |
| Cyclophosphamide, 200 mg | J9080 | 01/01/94 | $11.34 | $11.34 | $11.34 | |
| Cyclophosphamide, 500 mg | J9090 | 01/01/94 | $23.81 | $23.81 | $23.81 | |
| Cyclophosphamide, 1.0 gram | J9091 | 01/01/94 | $47.64 | $47.64 | $47.64 | |
| Cyclophosphamide, 2.0 gram | J9092 | 01/01/94 | $95.27 | $95.27 | $95.27 | |
| Cyclophosphamide, lyophilized, 100 mg | J9093 | 01/01/88 | $6.13 | $6.13 | $6.13 | |
| Cyclophosphamide, lyophilized, 200 mg | J9094 | 01/01/94 | $11.64 | $11.64 | $11.64 | |
| Cyclophosphamide, lyophilized, 500 mg | J9095 | 01/01/94 | $24.42 | $24.42 | $24.42 | |
| Cyclophosphamide, lyophilized, 1.0 gram | J9096 | 01/01/94 | $48.86 | $48.86 | $48.86 | |
| Cyclophosphamide, lyophilized, 2.0 gram | J9097 | 01/01/94 | $97.75 | $97.75 | $97.75 | |
| Cytarabine, 100 mg | J9100 | 01/01/86 | $5.94 | $5.94 | $5.94 | |
| Cytarabine, 500 mg | J9110 | 01/01/94 | $23.75 | $23.75 | $23.75 | |
| Dactinomycin, 0.5 mg | J9120 | 01/01/84 | $13.23 | $13.87 | $13.23 | |
| Dacarbazine, 100 mg | J9130 | 01/01/86 | $12.68 | $12.68 | $12.68 | |
| Dacarbazine, 200 mg | J9140 | 01/01/94 | $22.56 | $22.56 | $22.56 | |
| Daunorubicin HCL, 10 mg | J9150 | 01/01/86 | $80.04 | $80.04 | $80.04 | |
| Daunorubicin citrate, liposomal formulation, 10 mg | J9151 | 01/01/99 | $64.60 | $64.60 | $64.60 | Nov/NDC Change |
| Denileukin diftitox, 300 mcg | J9160 | 01/01/01 | $1,210.30 | $1,210.30 | $1,210.30 | 2002 July 10/1/02 |

NHIC-LUPRON/AWP
ENE 0005048

AWP003-0029

| Description/Generic Name/Dosage | HCPCS Code | Effective Date | New England | Northern California | Southern California | Comments |
|---|---|---|---|---|---|---|
| Diethylstilbestrol diphosphate, 250 mg | J9165 | 01/01/88 | $14.41 | $14.41 | $14.41 | |
| Docetaxel, 20 mg | J9170 | 01/01/98 | $328.36 | $328.36 | $328.36 | 2002 July 10/1/02 |
| Epirubicin hydrochloride, 50 mg | J9180 | 01/01/01 | $667.08 | $667.08 | $667.08 | 2002 January |
| Etoposide, 10 mg | J9181 | 01/01/87 | $10.45 | $10.45 | $10.45 | |
| Etoposide, 100 mg | J9182 | 01/01/87 | $104.50 | $104.50 | $104.50 | |
| Fludarabine phosphate, 50 mg | J9185 | 01/01/94 | $311.13 | $311.13 | $311.13 | 2002 February |
| Fluorouracil, 500 mg | J9190 | 01/01/84 | $2.47 | $2.73 | $2.47 | |
| Floxuridine, 500 mg | J9200 | 01/01/84 | $129.56 | $129.57 | $129.56 | 01 Nov/No Change |
| Gemcitabine hcl, 200 mg | J9201 | 01/01/98 | $121.01 | $121.01 | $121.01 | 2002 July 10/1/02 |
| Goserelin acetate implant, per 3.6 mg | J9202 | 01/01/91 | $446.49 | $446.49 | $446.49 | |
| Irinotecan, 20 mg | J9206 | 01/01/98 | $140.70 | $140.70 | $140.70 | 2001 December |
| Ifosfamide, 1 gm | J9208 | 01/01/90 | $161.35 | $161.35 | $161.35 | 2002 February |
| Mesna, 200 mg | J9209 | 01/01/90 | $36.48 | $36.48 | $36.48 | |
| Idarubicin hcl, 5 mg | J9211 | 01/01/93 | $466.59 | $466.59 | $466.59 | 2002 April 7/1/02 |
| Injection, interferon alfacon-1, recombinant, 1 mcg | J9212 | 01/01/99 | $4.10 | $4.10 | $4.10 | |
| Interferon, alfa-2a, recombinant, 3 million units | J9213 | 01/01/93 | $34.88 | $34.88 | $34.88 | |
| Interferon, alfa-2b, recombinant, 1 million units | J9214 | 01/01/93 | $13.50 | $13.50 | $13.50 | |
| Interferon, alfa-n3, (human leukocyte derived), 250,000 iu | J9215 | 01/01/93 | $7.86 | $7.86 | $7.86 | |
| Interferon, gamma 1-b, 3 million units | J9216 | 01/01/93 | $285.65 | $307.07 | $285.65 | |
| Leuprolide acetate (for depot suspension), 7.5 mg | J9217 | 01/01/91 | $611.56 | $611.56 | $611.56 | 2002 February |
| Leuprolide acetate, per 1 mg | J9218 | 01/01/90 | $69.79 | Not Covered | Not Covered | |
| Leuprolide acetate implant, 65 mg | J9219 | 01/01/01 | $5,399.80 | $5,399.80 | $5,399.80 | |
| Mechlorethamine hydrochloride, (nitrogen mustard), 10 mg | J9230 | 01/01/86 | $11.45 | $12.01 | $11.45 | 2002 February |
| Injection, melphalan hydrochloride, 50 mg | J9245 | 01/01/95 | $416.77 | $416.77 | $416.77 | |
| Methotrexate sodium, 5 mg | J9250 | 01/01/94 | $0.45 | $0.65 | $0.45 | 01 Nov/No Change |
| Methotrexate sodium, 50 mg | J9260 | 01/01/84 | $4.51 | $6.51 | $4.51 | 01 Nov/No Change |
| Paclitaxel, 30 mg | J9265 | 01/01/94 | $132.67 | $132.67 | $132.67 | 2002 June 10/1/02 |
| Pegaspargase, per single dose vial | J9266 | 01/01/96 | ICIC | $1,321.65 | $1,321.65 | |
| Pentostatin, per 10 mg | J9268 | 01/01/94 | $1,926.60 | $1,926.60 | $1,926.60 | 2002 July 10/1/02 |
| Plicamycin, 2.5 mg | J9270 | 01/01/84 | $93.80 | $93.80 | $93.80 | |
| Mitomycin, 5 mg | J9280 | 01/01/86 | $124.53 | $121.65 | $124.53 | |
| Mitomycin, 20 mg | J9290 | 01/01/94 | $412.87 | $412.87 | $412.87 | 2001 November |
| Mitomycin, 40 mg | J9291 | 01/01/89 | $869.25 | $869.25 | $869.25 | 01 Nov/No Change |
| Injection, mitoxantrone hydrochloride, per 5 mg | J9293 | 01/01/90 | $266.19 | $266.19 | $266.19 | 2002 February |
| Gemtuzumab ozogamicin, 5mg | J9300 | 01/01/02 | $2,024.69 | $2,024.69 | $2,024.69 | New 2002/Jan 4/1/02 |
| Rituximab 100 mg | J9310 | 01/01/99 | $475.00 | $475.00 | $475.00 | 2002 April 7/1/02 |
| Streptozocin, 1 gm | J9320 | 01/01/84 | $120.47 | $120.47 | $120.47 | 2002 April 7/1/02 |
| Thiotepa, 15 mg | J9340 | 01/01/84 | $116.97 | $116.97 | $116.97 | |
| Topotecan, 4 mg | J9350 | 01/01/98 | $695.01 | $695.01 | $695.01 | |
| Trastuzumab, 10 mg | J9355 | 01/01/00 | $54.94 | $54.94 | $54.94 | 2002 April 7/1/02 |
| Valrubicin, intravesical, 200 mg | J9357 | 01/01/00 | $526.68 | $526.68 | $526.68 | |
| Vinblastine sulfate, 1 mg | J9360 | 01/01/86 | $2.79 | $0.41 | $2.79 | |

NHIC-LUPRON/AWP
ENE 0005049

AWP003-0030

| Description/Generic Name/Dosage | HCPCS Code | Effective Date | New England | Northern California | Southern California | Comments |
|---|---|---|---|---|---|---|
| Vincristine sulfate, 1 mg | J9370 | 01/01/86 | $32.07 | $32.07 | $32.07 | |
| Vincristine sulfate, 2 mg | J9375 | 01/01/88 | $52.15 | $52.15 | $52.15 | |
| Vincristine sulfate, 5 mg | J9380 | 01/01/94 | $154.57 | $130.38 | $154.57 | |
| Vinorelbine tartrate, per 10 mg | J9390 | 01/01/96 | $99.28 | $99.28 | $99.28 | 2002 February |
| Porfimer sodium, 75 mg | J9600 | 01/01/98 | $2,603.67 | $2,603.67 | $2,603.67 | |
| Not otherwise classified, antineoplastic drugs | J9999 | 01/01/86 | unlisted | unlisted | unlisted | |
| Infusion, Albumin (human), 5%, 50 ml | P9041 | 01/01/01 | | $27.74 | | |
| Infusion, Plasma protein fraction (human), 5%, 50 ml | P9043 | 01/01/01 | | $29.69 | | |
| Infusion, Albumin (human), 5%, 250 ml | P9045 | 01/01/02 | $71.25 | $78.85 | $71.25 | New 2002 4/1/02 |
| Infusion, Albumin (human), 25%, 20 ml | P9046 | 01/01/02 | $29.69 | $24.81 | $29.69 | New 2002 4/1/02 |
| Infusion, Albumin (human), 25%, 50 ml | P9047 | 01/01/02 | $71.25 | $55.30 | $71.25 | New 2002 4/1/02 |
| Infusion, Plasma protein fraction (human), 5%, 250 ml | P9048 | 01/01/02 | $83.13 | $83.13 | $83.13 | New 2002 4/1/02 |
| Granulocytes, pheresis, each unit | P9050 | 01/01/02 | No Price | No Price | No Price | New 2002 4/1/02 |
| Injection, epoetin alpha, (for non esrd use), per 1000 units | Q0136 | 01/01/95 | $12.69 | $12.69 | $12.69 | 2002 June 10/1/02 |
| Azithromycin dihydrate, oral, caspsules/powder, 1 gram | Q0144 | 01/01/96 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Factor ix (antihemophilic factor, purified, non-recombinant), per iu | Q0160 | 04/01/98 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Factor ix (antihemophilic factor, recombinant) per i.u. | Q0161 | 04/01/98 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Diphenhydramine hydrochloride 50 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0163 | 04/01/98 | | Not Covered | Not Covered | ORAL |
| Prochlorperazine maleate, 5 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0164 | 04/01/98 | | Not Covered | Not Covered | ORAL |
| Prochlorperazine maleate, 10 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0165 | 04/01/98 | | Not Covered | Not Covered | ORAL |
| Granisetron hydrochloride 1 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 24-hour dosage regimen | Q0166 | 04/01/98 | | Not Covered | Not Covered | ORAL |
| Dronabinol 2.5 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0167 | 04/01/98 | | Not Covered | Not Covered | ORAL |

| Description/Generic Name/Dosage | HCPCS Code | Effective Date | New England | Northern California | Southern California | Comments |
|---|---|---|---|---|---|---|
| Dronabinol 5 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0168 | 04/01/98 | | Not Covered | Not Covered | ORAL |
| Promethazine hydrochloride 12.5 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0169 | 04/01/98 | | Not Covered | Not Covered | ORAL |
| Promethazine hydrochloride 25 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0170 | 04/01/98 | | Not Covered | Not Covered | ORAL |
| Chlorpromazine hydrochloride 10 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0171 | 04/01/98 | | Not Covered | Not Covered | ORAL |
| Chlorpromazine hydrochloride 25 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0172 | 04/01/98 | | Not Covered | Not Covered | ORAL |
| Trimethobenzamide hydrochloride 250 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0173 | 04/01/98 | | Not Covered | Not Covered | ORAL |
| Thiethylperazine maleate 10 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0174 | 04/01/98 | | Not Covered | Not Covered | ORAL |
| Perphenazine, 4 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0175 | 04/01/98 | | Not Covered | Not Covered | ORAL |
| Perphenazine, 8 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0176 | 04/01/98 | | Not Covered | Not Covered | ORAL |
| Hydroxyzine pamoate, 25 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0177 | 04/01/98 | | Not Covered | Not Covered | ORAL |

NHIC-LUPRON/AWP
ENE 0005051

AWP003-0032

| Description/Generic Name/Dosage | HCPCS Code | Effective Date | New England | Northern California | Southern California | Comments |
|---|---|---|---|---|---|---|
| Hydroxyzine pamoate, 50 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0178 | 04/01/98 | | Not Covered | Not Covered | ORAL |
| Ondansetron hcl, 8 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0179 | 04/01/98 | | Not Covered | Not Covered | ORAL |
| Dolasetron mosylate, 100 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 24-hour dosage regimen | Q0180 | 04/01/98 | | Not Covered | Not Covered | ORAL |
| Unspecified oral dosage form, fda approved approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0181 | 04/01/98 | | Not Covered | Not Covered | ORAL |
| (Apligraf)dermal and epidermal, tissue of human or igin,w/ or wo/ bioengineered or processed element s. Per 44 sq. Centimeters. | Q0185 | 01/01/99 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| | Q0187 | 01/01/00 | $1,596.00 | $1,596.00 | $1,596.00 | |
| Factor viia (coagulation factor, recombinant) per 1.2 mg | Q2001 | 07/01/00 | | Not Covered | Not Covered | ORAL |
| Oral, cabergoline,0.5 mg | Q2002 | 07/01/00 | $14.25 | $14.25 | $14.25 | 2002 April 7/1/02 |
| Injection, elliotts b solution,per ml | Q2003 | 07/01/00 | $2.27 | $2.27 | $2.27 | |
| Injection, aprotinin, 10,000 kiu | Q2004 | 01/01/01 | $24.70 | $24.70 | $24.70 | |
| Irrigation solution for treatment of bladder calculi, example renacidin | Q2005 | 07/01/00 | $404.83 | $404.83 | $404.83 | 2002 April 7/1/02 |
| Injection, corticorelin ovine triflutate, per dose | Q2006 | 07/01/00 | $551.66 | $691.51 | $551.66 | |
| Injection, digoxin immune fab ovine,per vial | Q2007 | 07/01/00 | $39.73 | $57.59 | $39.73 | |
| Injection, ethanolamine oleate, 100 mg | Q2008 | 07/01/00 | $1.09 | $1.09 | $1.09 | |
| Injection, fomepizole,1.5 mg | Q2009 | 07/01/00 | $9.84 | $9.84 | $9.84 | 2002 February |
| Injection, fosphenytoin, 50 mg | Q2010 | 07/01/00 | $33.67 | $33.67 | $33.67 | 02 June/NDC Change 10/1/02 |
| Injection, glatiramer acetate, per dose | Q2011 | 07/01/00 | $0.99 | $1.03 | $0.99 | |
| Injection, hemin, per 1mg | Q2012 | 07/01/00 | $139.33 | $139.33 | $139.33 | |
| Injection, pegademase bovine, 25 iu | Q2013 | 07/01/00 | $15.11 | $15.11 | $15.11 | |
| Injection, pentastarch,10% solution,per 100 ml | Q2014 | 07/01/00 | $15.78 | $15.78 | $15.78 | |
| Injection, sermorelin acetate, 0.5 mg | Q2015 | 07/01/00 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Injection, somatrem, 5 mg | Q2016 | 07/01/00 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Injection, somatropin,1 mg | Q2017 | 07/01/00 | $240.63 | $240.63 | $240.63 | 2002 February |
| Injection, teniposide, 50 mg | Q2018 | 07/01/00 | $62.07 | $62.07 | $62.07 | 2002 June 10/1/02 |
| Injection, urofollitropin,75 iu | Q2019 | 07/01/00 | $1,538.42 | $1,538.42 | $1,538.42 | 2002 June 10/1/02 |
| Injection, basiliximab,20 mg | Q2020 | 07/01/00 | ICIC | $4,471.65 | $4,471.65 | |
| Injection, histrelin acetate, 10 mg | Q2021 | 07/01/00 | $131.96 | $131.96 | $131.96 | 2002 April/NDC Change 7/1/02 |
| Injection, lepirudin, 50 mg | | | | | | |

NHIC-LUPRON/AWP
ENE 0005052

AWP003-0033