| Description/Generic Name/Dosage | HCPCS Code | Effective Date | New England | Northern California | Southern California | Comments |
|---|---|---|---|---|---|---|
| Von willebrand factor complex, per iu | Q2022 | 07/01/00 | $0.95 | $0.95 | $0.95 | |
| Brachytherapy radioelements | Q3001 | 07/01/00 | | No Price | No Price | |
| Supply of radiopharmaceutical diagnostic imaging agent, gallium ga 67 per mci | Q3002 | 07/01/00 | $25.85 | $22.24 | $25.65 | |
| Supply of radiopharmaceutical diagnostic imaging agent, technetium tc99m bicisate, per unit dose | Q3003 | 07/01/00 | $403.99 | $403.99 | $403.99 | |
| Supply of radiopharmaceutical diagnostic imaging agent, xenon xe 133, per 10 mci | Q3004 | 07/01/00 | $30.16 | $30.91 | $30.16 | |
| Supply of radiopharmaceutical diagnostic imaging agent, technetium tc 99m mertiatide, per mci | Q3005 | 07/01/00 | $221.35 | $232.42 | $221.35 | |
| Supply of radiopharmaceutical diagnostic imaging agent, technetium tc 99m glucepate, per 5 mci | Q3006 | 07/01/00 | $22.61 | $22.61 | $22.61 | |
| Supply of radiopharmaceutical diagnostic imaging agent, sodium phosphate p32, per mci | Q3007 | 07/01/00 | $81.10 | $104.22 | $81.10 | |
| Supply of oral radiopharmaceutical diagnostic imaging agent, indium 111-in penitreotide, per 3 mci | Q3008 | 07/01/00 | $935.75 | $1,025.41 | $935.75 | |
| Supply of oral radiopharmaceutical diagnostic imaging agent, technetium tc99m oxidronate, per mci | Q3009 | 07/01/00 | $36.73 | $18.02 | $36.73 | |
| Supply of oral radiopharmaceutical diagnostic imaging agent, technetium tc99m labeled red blood cells, per mci | Q3010 | 07/01/00 | $40.90 | $42.94 | $40.90 | |
| Supply of oral radiopharmaceutical diagnostic imaging agent, chromic phosphate p32 suspension, per mci | Q3011 | 07/01/00 | $150.86 | $167.53 | $150.86 | |
| Supply of oral radiopharmaceutical diagnostic imaging agent, cyanocobalamin cobalt co57, per 0.5 mci | Q3012 | 07/01/00 | ICIC | No Price | Not Covered | ORAL |
| Injection, verteporfin, 15 mg | Q3013 | 07/01/01 | Deleted 12/31/01 | Deleted 12/31/01 | Deleted 12/31/01 | |
| Injection of epo, per 1000 units, at patient hct of 20 or less | Q9920 | 01/01/91 | $12.69 | $12.69 | $12.69 | 2002 June 10/1/02 |
| Injection of epo, per 1000 units, at patient hct of 21 | Q9921 | 01/01/91 | $12.69 | $12.69 | $12.69 | 2002 June 10/1/02 |
| Injection of epo, per 1000 units, at patient hct of 22 | Q9922 | 01/01/91 | $12.69 | $12.69 | $12.69 | 2002 June 10/1/02 |
| Injection of epo, per 1000 units, at patient hct of 23 | Q9923 | 01/01/91 | $12.69 | $12.69 | $12.69 | 2002 June 10/1/02 |
| Injection of epo, per 1000 units, at patient hct of 24 | Q9924 | 01/01/91 | $12.69 | $12.69 | $12.69 | 2002 June 10/1/02 |
| Injection of epo, per 1000 units, at patient hct of 25 | Q9925 | 01/01/91 | $12.69 | $12.69 | $12.69 | 2002 June 10/1/02 |
| Injection of epo, per 1000 units, at patient hct of 26 | Q9926 | 01/01/91 | $12.69 | $12.69 | $12.69 | 2002 June 10/1/02 |
| Injection of epo, per 1000 units, at patient hct of 27 | Q9927 | 01/01/91 | $12.69 | $12.69 | $12.69 | 2002 June 10/1/02 |
| Injection of epo, per 1000 units, at patient hct of 28 | Q9928 | 01/01/91 | $12.69 | $12.69 | $12.69 | 2002 June 10/1/02 |
| Injection of epo, per 1000 units, at patient hct of 29 | Q9929 | 01/01/91 | $12.69 | $12.69 | $12.69 | 2002 June 10/1/02 |
| Injection of epo, per 1000 units, at patient hct of 30 | Q9930 | 01/01/91 | $12.69 | $12.69 | $12.69 | 2002 June 10/1/02 |
| Injection of epo, per 1000 units, at patient hct of 31 | Q9931 | 01/01/91 | $12.69 | $12.69 | $12.69 | 2002 June 10/1/02 |
| Injection of epo, per 1000 units, at patient hct of 32 | Q9932 | 01/01/91 | $12.69 | $12.69 | $12.69 | 2002 June 10/1/02 |
| Injection of epo, per 1000 units, at patient hct of 33 | Q9933 | 01/01/91 | $12.69 | $12.69 | $12.69 | 2002 June 10/1/02 |
| Injection of epo, per 1000 units, at patient hct of 34 | Q9934 | 01/01/91 | $12.69 | $12.69 | $12.69 | 2002 June 10/1/02 |
| Injection of epo, per 1000 units, at patient hct of 35 | Q9935 | 01/01/91 | $12.69 | $12.69 | $12.69 | 2002 June 10/1/02 |
| Injection of epo, per 1000 units, at patient hct of 36 | Q9936 | 01/01/91 | $12.69 | $12.69 | $12.69 | 2002 June 10/1/02 |

NHIC-LUPRON/AWP
ENE 0005053

AWP003-0034

| Description/Generic Name/Dosage | HCPCS Code | Effective Date | New England | Northern California | Southern California | Comments |
|---|---|---|---|---|---|---|
| Injection of epo, per 1000 units, at patient hct of 37 | Q9937 | 01/01/91 | $12.69 | $12.69 | $12.69 | 2002 June 10/1/02 |
| Injection of epo, per 1000 units, at patient hct of 38 | Q9938 | 01/01/91 | $12.69 | $12.69 | $12.69 | 2002 June 10/1/02 |
| Injection of epo, per 1000 units, at patient hct of 39 | Q9939 | 01/01/91 | $12.69 | $12.69 | $12.69 | 2002 June 10/1/02 |
| Injection of epo, per 1000 units, at patient hct of 40 or above | Q9940 | 01/01/91 | $12.69 | $12.69 | $12.69 | 2002 June 10/1/02 |

| Description/Generic Name/Dosage | HCPCS Code | Effective Date | New England | Northern California | Southern California | Comments |
|---|---|---|---|---|---|---|
| Hepatitis b immune globulin (hbig), human, for intramuscular | 90371 | 01/01/99 | $135.43 | $135.43 | Not Covered | |
| Rabies immune globulin (rig), human, for intramuscular and/or | 90375 | 01/01/99 | $72.85 | $72.85 | Not Covered | |
| Rabies immune globulin, heat-treated (rig-ht), human, for int | 90376 | 01/01/99 | $75.83 | $75.83 | Not Covered | |
| Rho(d) immune globulin (rhig), human, for intravenous use | 90385 | 01/01/99 | ICIC | $105.45 | Not Covered | |
| Tetanus immune globulin (tig), human, for intramuscular use | 90389 | 01/01/99 | Not Covered | $114.00 | Not Covered | |
| Bacillus calmette-guerin vaccine (bcg) for bladder cancer, live, for intravesical use | 90586 | 01/01/99 | $171.48 | Not Covered | $166.49 | |
| Influenza virus vaccine, live, for intranasal use | 90660 | 01/01/99 | Not Covered | Not Covered | ICIC | |
| Tetanus and diphtheria toxoids (td) adsorbed for use in individuals 7 years or older, for intramuscular or jet injection | 90718 | 01/01/84 | $9.03 | Not Covered | Not Covered | |
| Hepatitis b and hemophilus influenza b vaccine (hepb-hib), for intramuscular use | 90748 | 01/01/98 | $50.65 | Not Covered | $51.37 | |
| Supply of paramagnetic contrast material, e.g., gadolinium | A4647 | 01/01/90 | Not Covered | Not Covered | No Price | |
| Injection, methyldopate hcl, up to 250 mg | J0210 | 01/01/84 | Not Covered | $11.88 | $9.62 | |
| Alprostadil urethral suppository (code may be used for medicare when drug administered under direct supervision of a physician, not for use when drug is self-administered) | J0275 | 01/01/99 | $19.51 | Not Covered | Not Covered | |
| Injection, succinylcholine chloride, up to 20 mg | J0330 | 01/01/86 | Not Covered | $0.10 | $0.10 | |
| Injection, hydralazine hcl, up to 20 mg | J0360 | 01/01/86 | Not Covered | $14.25 | $17.81 | |
| Injection, mepivacaine hcl, per 10 ml | J0670 | 01/01/86 | Not Covered | Not Covered | $2.25 | |
| Injection, chloramphenicol sodium succinate, up to 1 gm | J0720 | 01/01/82 | Not Covered | $6.82 | $6.31 | |
| Injection, chorionic gonadotropin, per 1,000 usp units | J0725 | 01/01/86 | Not Covered | $1.62 | Not Covered | |
| Injection, brompheniramine maleate, per 10 mg | J0945 | 01/01/82 | $0.87 | $0.87 | Not Covered | |
| Injection, medroxyprogesterone acetate/estradiol cypionate, 5mg/25 mg | J1056 | 01/01/02 | ICIC | Not Covered | $23.70 | ?Coverage - Contraceptive |
| Injection, testosterone cypionate and estradiol cypionate up to 1 ml | J1060 | 01/01/82 | Not Covered | $4.04 | $3.71 | |
| Injection, chlorothiazide sodium, per 500 mg | J1205 | 01/01/82 | Not Covered | Not Covered | $10.00 | |
| Injection, methadone hcl, up to 10 mg | J1230 | 01/01/82 | Not Covered | $0.75 | $0.75 | |
| Injection, respiratory syncytial virus immune globulin, intravenous, 50 mg | J1565 | 01/01/98 | Not Covered | Not Covered | $81.66 | |
| Injection, gonadorelin hydrochloride, per 100 mcg | J1620 | 01/01/82 | $201.98 | $201.98 | Not Covered | |
| Injection, diazoxide, up to 300 mg | J1730 | 01/01/82 | Not Covered | Not Covered | $117.03 | |
| Injection, interferon beta-1a, 33 mcg (code may be used for medicare when drug administered under direct supervision of a physician, not for use when drug is self-administered) | J1825 | 01/01/98 | $225.22 | Not Covered | $234.00 | |
| Injection interferon beta-1b, 0.25 mg (code may be used for medicare when drug administered under direct supervision of a physician, not for use when drug is self-administered) | J1830 | 01/01/82 | $68.40 | Not Covered | Not Covered | |
| Injection, lidocaine hcl, 50 cc | J2000 | 01/01/86 | $1.45 | Not Covered | $1.45 | |

NHIC-LUPRON/AWP
ENE 0005055

AWP003-0036

| Description/Generic Name/Dosage | HCPCS Code | Effective Date | New England | Northern California | Southern California | Comments |
|---|---|---|---|---|---|---|
| Injection, methylergonovine maleate, up to 0.2 mg | J2210 | 01/01/82 | Not Covered | $3.88 | $3.55 | |
| Injection, chloroprocaine hcl, per 30 ml | J2400 | 01/01/86 | $6.39 | Not Covered | $10.50 | |
| Injection, phenobarbital sodium, up to 120 mg | J2560 | 01/01/82 | $6.05 | Not Covered | $6.35 | |
| Injection, oxytocin, up to 10 units | J2590 | 01/01/86 | Not Covered | $1.28 | $1.18 | |
| Injection, protirelin, per 250 mcg | J2725 | 01/01/95 | $24.40 | $24.40 | Not Covered | |
| Injection, methocarbamol, up to 10 ml | J2800 | 01/01/82 | $3.80 | $3.80 | Not Covered | |
| Injection, theophylline, per 40 mg | J2810 | 01/01/82 | ICIC | Not Covered | $1.09 | |
| Injection, sodium chloride, 0.9%, per 2 ml | J2912 | 01/01/86 | Not Covered | $0.78 | $0.79 | |
| Injection, streptokinase, per 250,000 iu | J2995 | 01/01/86 | $126.67 | $126.67 | Not Covered | |
| Injection, testosterone enanthate, up to 100 mg | J3120 | 01/01/82 | Not Covered | $12.39 | $11.32 | |
| Sterile saline or water, up to 5 cc | J7051 | 01/01/94 | Not Covered | $0.87 | Not Covered | |
| Azathioprine, oral, 50 mg | J7500 | 01/01/88 | $1.25 | Not Covered | Not Covered | |
| Azathioprine, parenteral, 100 mg | J7501 | 01/01/88 | $59.84 | Not Covered | Not Covered | |
| Cyclosporine, oral, 100 mg | J7502 | 01/01/00 | $5.22 | Not Covered | Not Covered | |
| Muromonab-CD3, - parenteral, 5 mg | J7505 | 01/01/88 | $777.31 | Not Covered | Not Covered | |
| Prednisone, oral, per 5 mg | J7506 | 01/01/89 | $0.02 | Not Covered | Not Covered | |
| Tacrolimus, oral, per 1 mg | J7507 | 01/01/95 | $3.03 | Not Covered | Not Covered | |
| Tacrolimus, oral, per 5 mg | J7508 | 01/01/95 | $13.99 | Not Covered | Not Covered | |
| Methylprednisolone, oral, per 4 mg | J7509 | 01/01/96 | $0.51 | Not Covered | Not Covered | |
| Prednisolone, oral, per 5 mg | J7510 | 01/01/96 | $0.03 | Not Covered | Not Covered | |
| Leuprolide acetate, per 1 mg | J9218 | 01/01/90 | $69.79 | Not Covered | Not Covered | |
| Diphenhydramine hydrochloride, 50 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at time of chemotherapy treatment not to exceed a 48-hour dosage regimen | Q0163 | 04/01/98 | No Price | Not Covered | Not Covered | |
| Prochlorperazine maleate, 5 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0164 | 04/01/98 | No Price | Not Covered | Not Covered | |
| Prochlorperazine maleate, 10 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0165 | 04/01/98 | No Price | Not Covered | Not Covered | |
| Granisetron hydrochloride 1 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 24-hour dosage regimen | Q0166 | 04/01/98 | No Price | Not Covered | Not Covered | |

| Description/Generic Name/Dosage | HCPCS Code | Effective Date | New England | Northern California | Southern California | Comments |
|---|---|---|---|---|---|---|
| Dronabinol 2.5 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0167 | 04/01/98 | No Price | Not Covered | Not Covered | |
| Dronabinol 5 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0168 | 04/01/98 | No Price | Not Covered | Not Covered | |
| Promethazine hydrochloride 12.5 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0169 | 04/01/98 | No Price | Not Covered | Not Covered | |
| Promethazine hydrochloride 25 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0170 | 04/01/98 | No Price | Not Covered | Not Covered | |
| Chlorpromazine hydrochloride 10 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0171 | 04/01/98 | No Price | Not Covered | Not Covered | |
| Chlorpromazine hydrochloride 25 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0172 | 04/01/98 | No Price | Not Covered | Not Covered | |
| Trimethobenzamide hydrochloride 250 mg, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0173 | 04/01/98 | No Price | Not Covered | Not Covered | |
| Thiethylperazine maleate 10 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0174 | 04/01/98 | No Price | Not Covered | Not Covered | |
| Perphenazine, 4 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0175 | 04/01/98 | No Price | Not Covered | Not Covered | |
| Perphenazine, 8 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0176 | 04/01/98 | No Price | Not Covered | Not Covered | |

| Description/Generic Name/Dosage | HCPCS Code | Effective Date | New England | Northern California | Southern California | Comments |
|---|---|---|---|---|---|---|
| Hydroxyzine pamoate, 25 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0177 | 04/01/98 | No Price | Not Covered | Not Covered | |
| Hydroxyzine pamoate, 50 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0178 | 04/01/98 | No Price | Not Covered | Not Covered | |
| Ondansetron hcl, 8 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0179 | 04/01/98 | No Price | Not Covered | Not Covered | |
| Dolasetron mesylate, 100 mg, oral, fda approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 24-hour dosage regimen | Q0180 | 04/01/98 | No Price | Not Covered | Not Covered | |
| Unspecified oral dosage form, fda approved approved rx anti-emetic, for use as a complete therapeutic substitute for an iv anti-emetic at the time of chemotherapy treatment, not to exceed a 48-hour dosage regimen | Q0181 | 04/01/98 | No Price | Not Covered | Not Covered | |
| Oral, cabergoline, 0.5 mg | Q2001 | 07/01/00 | No Price | Not Covered | Not Covered | |
| Supply of oral radiopharmaceutical diagnostic imaging agent, cyanocobalamin cobalt co57, per 0.5 mci | Q3012 | 07/01/00 | ICIC | No Price | Not Covered | |

NHIC-LUPRON/AWP
ENE 0005058

AWP003-0039   L