# EXHIBIT 21

| From: | Chapple, Kelly M |
|---|---|
| Sent: | Wednesday, October 11, 2000 10:02 AM |
| To: | Johnson, Deborah A |
| Cc: | Lane, Colleen M |
| Subject: | FW: CR 1232 |
| Attach: | ab98-76.doc; CR 1232.xls |

Deb,

Here is our spreadsheet that Colleen and I did for CR 1232. I combined both of our spreadsheets on to one. For the most part we determined the median AWP as the same amount. However on three different procedure codes we differ on, but I think it has to do with how we determine the median amount. Below are the comments we had to each other on how we interpret the median amount. The attachment is the HCFA directive on calculation of AWP

Let us know if you need anything else. Also, will you be sending a response for both sites.

Kelly

-----Original Message-----
From: Lane, Colleen M
Sent: Wednesday, October 11, 2000 8:36 AM
To: Chapple, Kelly M
Subject: RE: CR 1232

I've been doing this as the PM explained, however median and average are _not_ the same (unless you _only_ have 2 charges, then average and median are the same thing). If you were to average, say, 6 charges, you would add up all 6 #'s then divide that amount by 6 to get the average. If you had 7 #'s, you would add all 7 together, and divide that amount by 7. This _isn't_ what I do.

When you calculate the median, if you have an odd # of charges (like 7), the exact middle charge (the 4th #, after you've sorted highest to lowest (or lowest to highest)) is the median.

For example:

2.00
2.00
3.00
**5.00 - this is the median because it is the exact middle (3 #'s before it and 3 #'s after it)**
5.00
6.00
7.00

Whereas the average would be 4.286. If you add all seven #'s, you get 30. Divide 30 by 7 (because there are 7 #'s) and you get an average of 4.286.

When you have an even # of charges (like 6), then you add _only_ the middle 2 charges (the 3rd and 4th #'s) and average them to get the median. For example:

2.00
2.00
**3.00**

NHIC-LUPRON/AWP
ENE 0000688

AWP001-0894

5.00
6.00
7.00

3.00 and 5.00 are the middle #'s.  3.00 + 5.00= 8.00.  8.00/2 = 4.00.  Therefore, 4.00 is your **median**.  Your **average** would be 4.167 (all 6 #'s add up to 25.  Divide 25 by 6 and you get 4.167).

The way they do it in the profile build, technically, is not the median (but it's close).  It's probably just easier to do it the way that they do (I'm not about to argue about it).  :)

This is how I figure the median's for the generics.  Then, if there's brand names, I compare the lowest brand amt. to the median generic, and use the lower of those two figures.  If there's only generics, I take the median.  If there's only brand names, then I take the minimum amount (I've never calculated a median for these).  Then, whichever figure is lowest, I multiply by 95%, and that's the charge I use.

-----Original Message-----
**From:** Chapple, Kelly M
**Sent:** Wednesday, October 11, 2000 11:13 AM
**To:** Lane, Colleen M
**Subject:** RE: CR 1232

What you are saying is the way that I was taught to average too.  But, we first received the AB-98-76 it stated this for calculation of the AWP:

### Calculation of the AWP

1. For a single-source drug or biological, the AWP equals the AWP of the single product.

2. For a multi-source drug or biological, the AWP is equal to the lesser of the median AWP of all of the generic forms of the drug or biological or the lowest brand name product AWP.  A "brand name" product is defined as a product that is marketed under a labeled name that is other than the generic chemical name for the drug or biological.

3. After determining the AWP, multiply it by 0.95.  This is the new drug payment allowance limit.  Do not round this payment allowance limit.  There is no minimum for this amount.

We use to average also when we received our drug prices but when this HCFA directive came out it did not indicate that we should average but take the AWP that is equal to the lesser of the median AWP.  When I read that line I array the list of AWPs from highest to lowest the same as they do the profile build when we are trying to find the customary amounts for a provider, then take the median amount.  When there is a even number of AWPs I take the two medians and take the lesser of the median AWP.

How do you interpret the calculation of the AWP.


<< File: ab98-76.doc >>

-----Original Message-----
**From:** Lane, Colleen M
**Sent:** Wednesday, October 11, 2000 7:42 AM
**To:** Chapple, Kelly M
**Subject:** RE: CR 1232

I had Excel calculate the median.  The way I was taught (and the way excel does it), is when you have an odd number of charges, then the exact middle # is the median (after you've

NHIC-LUPRON/AWP
ENE 0000689

AWP001-0895

sorted them from highest to lowest) (i.e., if you have 7 numbers, then the 4th # is the median). If you have an even # of charges, then you take the middle 2 charges and average them to get the median (i.e. if you have 6 #'s, you add the 3rd and 4th #'s, divide by 2, and that is your median charge). If you have only 2 charges, then you add these, divide by 2, and that is your median (which would also be the average in this case)

That's how I came up with the prices that I have.

-----Original Message-----
**From:** Chapple, Kelly M
**Sent:** Wednesday, October 11, 2000 10:30 AM
**To:** Lane, Colleen M
**Subject:** FW: CR 1232

You are right we are close. This is what I see on our differences. We have J1100, J1562, and J2912 that we differ.

I'm not sure how you came up with the amounts you have for J1100 or J1562. Your median amount is not one of your array charges.

As for J2912 we have the same amounts to calculate from. When you are selecting the median amount I was told to array the charges from highest to lowest. If you did that I think we would match on this code too. Here's my example

You have: With the median of $0.06
$0.12
$0.06
$0.13
$0.06
$0.07
$0.06
$0.06

If you array the charges highest to lowest: Your medians amounts would be $0.12 and $0.07. The lower of the medians would be $0.07.

$0.13
$0.12
**$0.07**
$0.06
$0.06
$0.06
$0.06

Let me know what you think.

Kelly

-----Original Message-----
**From:** Lane, Colleen M
**Sent:** Wednesday, October 11, 2000 6:13 AM
**To:** Chapple, Kelly M
**Subject:** RE: CR 1232

Well, we're almost there....
You're absolutely right. We need to get this to Deb by tomorrow at the latest

NHIC-LUPRON/AWP
ENE 0000690

AWP001-0896

<< File: NE CA 1232.xls >>

-----Original Message-----
**From:** Chapple, Kelly M
**Sent:** Tuesday, October 10, 2000 5:27 PM
**To:** Lane, Colleen M
**Subject:** CR 1232

Colleen,
This is what I did I made our spreadsheets into one. It has CA CR 1232, NE CR 1232, CR 1232 Together, CA Worksheet, NE Worksheet.

The CR 1232 Together lists both New Englands and California's procedure codes with current and amounts from the CR. The different highlights mean:

Green= what you had listed as being different
Blue= where I found a price difference
Yellow= Two amounts that I changed because they were not the median

Can you please check and see if you agree with the figures and if you have any changes let me know so we can figure out which figure is the correct amount so we can send it to Deb. I am thinking this is due on the 15th which is Sunday. So she will need to send it on Friday. Maybe we better get it to her on Thursday at the latest.

<< File: CR 1232.xls >>

Kelly Chapple
Medicare System Support
620 J Street
Marysville, CA 95901
☎(530)634-7428
✉kelly.chapple@eds.com

NHIC-LUPRON/AWP
ENE 0000691

AWP001-0897   L

# EXHIBIT 22

| | |
|---|---|
| **From:** | Chapple, Kelly M |
| **Sent:** | Wednesday, October 11, 2000 6:07 PM |
| **To:** | Johnson, Deborah A |
| **Subject:** | Attachment 2 |
| **Attach:** | attachment 2.xls |

OK. Here goes. I attached the spreadsheet for the attachment 2 drug prices. I have the percentage column listed too.

I checked with a couple of nurses and they interpret that you would not average the middle amounts that you would choose the lesser of the median for your AWP. By averaging the amounts you no longer have the true amount any longer.

One nurse ask me to e-mail the statistician in decision support. I did when she answers me in the morning I will get back with you what she said. I will call her if I don't her from her by 9:00am.

I e-mailed Dr. Rogan but didn't hear. One of the nurses told me he was gone will be out of the office for a few days.

As for the S procedure codes the HCPCS book says they are non-Medicare so that is probably why we didn't add to the procedure code file.

On the spreadsheet I didn't list a couple of Q codes (Q0179 and Q0180) that Colleen did. I didn't because as of 10/1/00 they are to be sent to DMERC.

Think that is it. I will talk to you tomorrow.

Kelly Chapple
Medicare System Support
620 J Street
Marysville, CA 95901
☎(530)634-7428
✉kelly.chapple@eds.com

# EXHIBIT 23

| | |
|---|---|
| **From:** | Chapple, Kelly M |
| **Sent:** | Thursday, October 12, 2000 10:26 AM |
| **To:** | Johnson, Deborah A |
| **Subject:** | CR 1232 |
| **Attach:** | attachment 2.xls |

Deb,
I received the e-mail from Debbie McGahan from decision support. This is what she said

Kelly, By definition the median= the point that occurs in the middle of an ordered set. If (as in this case) there is no exact middle and 2 values are tied for the middle position then   .06 .06 .06 .07 .12 .13   notice in this set the .06 and .07 are tied for the middle position. When this occurs we take the midpoint of those two values which would be .065. I hope this is what you were looking for. If you have any questions feel free to give me a call or email. Debbie

I also recalculated my figures from last night. I changed four amounts:

J7192 should be $0.82
J9181 should be $.080
J9182 should be $8.03
J9380 should be $18.05

I deleted J7194 from the spreadsheet the Factor VIII listed on attachment 2 were not the factor VIII we use for a price.

Let me know if I need to make changes on how we calculate the AWPs.


Thanks,


Kelly Chapple
Medicare System Support
620 J Street
Marysville, CA 95901
☎(530)634-7428
✉kelly.chapple@eds.com


NHIC-LUPRON/AWP
ENE 0000758

AWP001-0975    L

# EXHIBIT 24

[Filed Under Seal]

# EXHIBIT 25

[Filed Under Seal]

# EXHIBIT 26

[Filed Under Seal]

# EXHIBIT 27

[Filed Under Seal]

# EXHIBIT 28

[Filed Under Seal]

# EXHIBIT 29

## [Filed Under Seal]

# EXHIBIT 30

[Filed Under Seal]