# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO ) THE CLASS ACTION ) | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

## ABBOTT LABORATORIES, INC.'S
## MOTION FOR LEAVE TO FILE UNDER SEAL

Abbott Laboratories, Inc. hereby moves this Court for leave to file the following under seal:

(1) Track 2 Defendants' Memorandum Regarding Harold Bean, In Further Opposition To Class Certification;

(2) Declaration of Brian J. Murray In Support Of Track 2 Defendants' Memorandum Regarding Harold Bean, In Further Opposition To Class Certification; and

(3) Supplemental Expert Declaration of Steven J. Young In Support Of The Track 2 Defendants' Opposition To Class Certification Dated August 25, 2006.

Pursuant to the Protective Order entered by this Court on December 13, 2004 (the "Protective Order") both the parties in the above captioned case and non-party witnesses have designated many documents and other information produced in this litigation as either "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL." Pursuant to the Procedural Order entered by this Court on May 25, 2006 (the "Procedural Order"), this Court has indicated that pleadings referencing private medical information of named plaintiffs may be entitled to be filed under seal, either as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information. The submissions listed above incorporate – either directly or indirectly – such "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" private medical information.

- 2 -

WHEREFORE, Abbott respectfully request that this Court grant them leave to file the submissions listed above under seal.

Dated:  August 25, 2006

Respectfully submitted,

/s/ Brian J. Murray
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

*Counsel for Defendant Abbott Laboratories, Inc., and on behalf of the Track 2 Defendants.*

## CERTIFICATE OF SERVICE

I, Brian J. Murray, an attorney, hereby certify that I caused a true and correct copy of the foregoing ABBOTT LABORATORIES, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL, and supporting Supplemental Expert Declaration of Steven J. Young In Support Of The Track 2 Defendants' Opposition To Class Certification, to be served, via Fed Ex, upon:

Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
*Plaintiffs' Liason Counsel*

This 25th day of August, 2006.

/s/ Brian J. Murray
Brian J. Murray

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that on August 24, 2006, Plaintiffs indicated to counsel for Abbott that they assent to this Motion.

/s/ Brian J. Murray
Brian J. Murray