UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>United States of America ex rel. Ven-a-Care of<br>the Florida Keys, Inc. v. Abbott Laboratories, Inc.,<br>and Hospira, Inc.  06-CV-11337-PBS | CIVIL ACTION NO.<br>01-12257-PBS<br>MDL NO. 1456 |

## NOTICE OF SCHEDULING CONFERENCE

SARIS, U.S.D.J.                                                                                August 29, 2006

       Take notice that a Scheduling Conference has been **scheduled** for **October 26, 2006, at 4:00 p.m.,** in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

       By the Court,

       /s/ Robert C. Alba
       Deputy Clerk

Copies to:  All Counsel