UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | CIVIL ACTION NO. 01-12257-PBS MDL NO. 1456 |

## NOTICE OF RESCHEDULED HEARING

SARIS, U.S.D.J.                                                                                                  August 29, 2006

      The Class III Summary Judgment Hearing previously scheduled for October 13, 2006, has been **rescheduled** to **October 26, 2006, at 2:00 p.m.,** in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

      By the Court,

      /s/ Robert C. Alba
      Deputy Clerk

Copies to:  All Counsel