IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Civil Action No.<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

[PROPOSED] CASE MANAGEMENT ORDER NO. 27

IT IS HEREBY ORDERED as follows:

1. Plaintiffs shall make Harold Bean available for deposition on August 18, 2006.

2. Defendants' Joint Opposition to Plaintiffs' Motion for Class Certification as to Harold Bean shall be filed on or before August 25, 2006 and shall not exceed 15 pages.

3. Plaintiffs' Reply shall be filed on or before September 5, 2006 and shall not exceed 15 pages.

Dated: 8/25/06

Patti B. Saris
United States District Judge