## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

In re: PHARMACEUTICAL INDUSTRY          )
AVERAGE WHOLESALE PRICE                  )
LITIGATION                                        )          MDL No. 1456
                                                     )          Civil Action No. 01-12257-PBS
_____          )
                                                     )
**THIS DOCUMENT RELATES TO:**          )          Hon. Patti Saris
                                                     )
*United States of America ex rel. Ven-a-Care of*   )
*the Florida Keys, Inc., v. Abbott Laboratories,*   )
*Inc., and Hospira, Inc.*                           )
CIVIL ACTION NO. 06-11337-PBS           )

### ~~[PROPOSED]~~ ORDER

Upon consideration of Motion to Continue the Case Management Order 9 ("CMO 9")

Stay Until Entry of a Comprehensive Case Management Order, IT IS ORDERED that,

1.    The discovery stay set forth in Case Management Order 9 is in place in *United*

*States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., and*

*Hospira, Inc.*, CIVIL ACTION NO. 06-11337-PBS;

2.    That stay shall remain in place until a comprehensive Case Management Order is

issued in *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott*

*Laboratories, Inc., and Hospira, Inc.*, CIVIL ACTION NO. 06-11337-PBS; and

3.    Plaintiffs will file a brief by **September 15, 2006** setting forth their proposed

CMO and addressing: (1) the allowable scope of Abbott's discovery; (2) the length of time for

discovery; (3) scheduling of discovery; (4) numerical limitations on interrogatories, requests for

admission, document requests and deposition hours; and (5) any amendments to the Protective

Order governing confidential information.

IT IS SO ORDERED,

This ___ day of August, 2006.

United States District Judge

2