UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) |

MDL No. 1456

CIVIL ACTION:  01-CV-12257-PBS

Judge Patti B. Saris

## DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO THE TRACK 1 DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO CLASS 3

I, Steve W. Berman, duly declare as follows:

1. I am a partner of Hagens Berman Sobol Shapiro LLP, resident in its Seattle, Washington office, and I am co-lead counsel for the plaintiffs in the above-captioned matter. I submit this declaration in support of Plaintiffs' Memorandum in Opposition to the Track 1 Defendants' Motion for Summary Judgment With Respect to Class3.

2. Attached hereto are true and correct copies of the following exhibits:

| Ex. 1 | Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calculation of Damages |
|---|---|
| Ex. 2 | Deposition of Michael T. Mulrey dated January 5, 2006 (excerpts only) |
| Ex. 3 | Email from Janice Suscewicz re:  Messge from Ed Penick and Memorandum to U.S. Sales & Marketing Personnel from E. Penick re:  Media Coverage – Pharmaceutical Pricing Practices (BMS/AWP/000192875-76) |
| Ex. 4 | Deposition of Erik Schultz taken on February 16, 2006 (excerpts only) |
| Ex. 5 | Deposition of Mark Levonyak taken on July 21, 2005 (excerpts only) |
| Ex. 6 | Deposition of Laura Glassco dated September 1, 2005 (excerpts only) |

- 1 -

| Ex. 7 | Deposition of Jan L. Cook dated March 6, 2006 (excerpts only) |
|---|---|
| Ex. 8 | Deposition of John J. O'Brien dated April 5, 2006 (excerpts only) |
| Ex. 9 | Deposition of Deborah Devaux dated March 9, 2006 (excerpts only) |
| Ex. 10 | Deposition of Steven J. Fox dated March 8, 2006 (excerpts only) |
| Ex. 11 | Deposition of Thomas Hiriak dated July 28, 2004 (excerpts only) |
| Ex. 12 | Deposition of David R. Brennan dated February 14, 2006 (excerpts only) |
| Ex. 13 | Document titled "Inron A for Superficial Bladder Carcinoma" (SPF0104512) |
| Ex. 14 | Document titled "AWP (Ain't What's Paid)" (BMS/AWP/01327211) |
| Ex. 15 | Pharmaceutical Sales Agreement with Caremark (MDL-OBI00054909-13) |
| Ex. 16 | Pharmaceutical Sales Agreement with Stadtlanders dated January 7, 1993 (MDL-OBI00055078-82) |
| Ex. 17 | AstraZeneca Pharmaceuticals Agreement (AZ0431262-71) |
| Ex. 18 | Warrick contract with Fallon Clinic Pharmacy (WAR0043141-48) |
| Ex. 19 | Memorandum to R. Kapur from B. Michael Kennedy dated May 15, 1998 (WAR0029661) |
| Ex. 20 | Documents titled "Rite-Aid Corporation" (WAR0015071 and WAR0015114) |
| Ex. 21 | Deposition of Christoff Marre dated August 26, 2005 (excerpts only) |
| Ex. 22 | Memorandum to Alan MacKenzie dated June 8, 1994 re: Medicare Proposal (TAP GB 08146) |
| Ex. 23 | Memorandum to Don Patton from Alan MacKenzie dated June 21, 1995 re: Meeting with Ann Vickery of Hogan and Hartson (DD 0081-82) |
| Ex. 24 | Email from Cathleen Dooley dated January 7, 1998 (MDL-OBI00058842-44) |
| Ex. 25 | Deposition of Cathy Dooley dated January 13, 2006 (excerpts only) |

001534-16 126444 V1

| Ex. 26 | Memorandum from Centocor's Michael Ziskind to Jason Rubin dated July 6, 1999 (MDL-CEN000085404-05) |
|---|---|
| Ex. 27 | Memorandum to T. Amick from C. Dooley dated August 6, 1996 re: Reimbursement Considerations for Spillover Planning (MDL-OBI00061803-07) |
| Ex. 28 | Letter to C. KLaye Riley from Valerie Asbury dated November 5, 1998 (MDL-CEN00108051-54) |
| Ex. 29 | Internal Memorandum to Chris Iacono from Keith Patterson dated November 20, 1995 (AZ0237164-69) |
| Ex. 30 | Internal Memorandum to Chris Iacono from Keith Patterson dated January 19, 1996 (AZ0024479-81) |
| Ex. 31 | Document titled "Paraplatin Deconversion – Discussion Outline – July 21, 1999" (BMS/AWP/01233108-184) |
| Ex. 32 | Letter from Health IQ to Bob Boate dated March 15, 1996 (P007133-34) |
| Ex. 33 | Memorandum from Pearl Pugh to Kevin Lokay dated January 27, 2000 re: Recommendation for Kytril price increase (GSKMDLKYTR02-0043706-707) |
| Ex. 34 | Memorandum from C. Dooley to G. Reedy dated December 2, 1997 (MDL-OBI00061052-053) |
| Ex. 35 | Deposition of Carol Webb taken on August 12, 2005 (excerpts only) |
| Ex. 36 | Sentencing Memorandum of the United States. *United States v. TAP Pharmaceutical Products, Inc.,* No. CR-01-10354-WGY (D. Mass. Dec. 6, 2001) (excerpts only) |
| Ex. 37 | Document titled "Big Mac Attack – Coach's Playbook" (TAP 5030224-458; excerpts only) |
| Ex. 38 | Memorandum from Ron Miller to Mark Durand dated December 5, 1997 re: Oncology Policy Issues (BMS/AWP/000153461) |
| Ex. 39 | September 10, 1996 letter from M. Painter to M. Reisenauer (AZ0011640); April 28, 1997 letter from M. Painter to T. Arenson (AZ0011635-36); August 6, 1996 fax from C. Ware to M. Reisenauer (PXL01258-59) |

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of August, 2006.

__/s/ Steve W. Berman__
STEVE W. BERMAN

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **DECLARATION OF STEVE BERMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THE TRACK 1 DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO CLASS 3**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on August 30, 2006, a copy to LexisNexis File & Serve for posting and notification to all parties.

By  **/s/ Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292