UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) |

MDL No. 1456

CIVIL ACTION:  01-CV-12257-PBS

Judge Patti B. Saris

# DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO THE JOHNSON & JOHNSON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON CLASS 3

I, Steve W. Berman, duly declare as follows:

1. I am a partner of Hagens Berman Sobol Shapiro LLP, resident in its Seattle, Washington office, and I am co-lead counsel for the plaintiffs in the above-captioned matter. I submit this declaration in support of Plaintiffs' Memorandum in Opposition to the Johnson & Johnson Defendants' Motion for Summary Judgment On Class 3.

2. Attached hereto are true and correct copies of the following exhibits:

| Ex. 1 | Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability And Calculation of Damages dated December 15, 2005 (excerpts only) |
|---|---|
| Ex. 2 | Deposition of Jayson S. Dukes dated May 5, 2006 (excerpts only) |
| Ex. 3 | Declaration of Jayson S. Dukes in Support of the Johnson & Johnson Defendants' Motion for Summary Judgment As to Class 1 and Class 2 dated May 8, 2006 (excerpts only) |
| Ex. 4 | Deposition of Raymond S. Hartman dated March 1, 2006 (excerpts only) |

- 1 -

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of August, 2006.

<u>/s/ Steve W. Berman</u><br>
STEVE W. BERMAN

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO THE JOHNSON & JOHNSON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON CLASS 3**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on August 30, 2006, a copy to LexisNexis File & Serve for posting and notification to all parties.

By  **/s/ Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

- 3 -

001534-16 126387 V1