# EXHIBIT 1



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
|  | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | Judge Patti B. Saris |

### DEFENDANT BMS'S RESPONSES TO PLAINTIFFS'
### INTERROGATORIES TO THE FAST TRACK DEFENDANTS

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, defendants Bristol Meyers

Squibb Co., Oncology Therapeutics Network Corp. and Apothecon, Inc. ("BMS") hereby

respond to Plaintiffs' Interrogatories to the Fast-Track Defendants (the "Plaintiffs' Contention

Interrogatories").

### GENERAL OBJECTIONS

A. BMS expressly incorporates all of the General Objections set forth below into

each Response to the Plaintiffs' Contention Interrogatories. Any Specific Objections provided

below are made in addition to these General Objections and failure to reiterate a General

Objection below does not constitute a waiver or limitation of that or any other objection.

B. BMS incorporates by reference herein all "General Objections" from the

Responses of Defendants Bristol-Myers Squibb Company, Oncology Therapeutics Network

Corporation and Apothecon, Incorporated To Plaintiffs' Omnibus Request For Production Of

Documents And Interrogatories.

WANY - 58359/0059 - 844416 v2



Response to Interrogatory No. 10:

BMS objects on the ground that AWP, "reported AWP" and "actual" AWP are undefined. BMS further objects to this Interrogatory on the ground that it erroneously assumes that (a) BMS has responsibility for the AWPs appearing in the Publications and that (b) AWPs are supposed to reflect "rebates, chargebacks, discounts free goods and other reductions in the actual price paid by wholesalers, physicians or hospitals." Subject to and without waiver of the foregoing, BMS refers plaintiffs to the AWPs in the Publications which are publicly available and to the sale, chargeback and rebate data that it has produced in discovery in this matter.

Interrogatory No. 11: If you assert an affirmative defense based upon "established industry practice", set forth all factual support that defendants' conduct as alleged in the AMCC was justified or in accordance with established industry practice.

Response to Interrogatory No. 11:

BMS objects on the ground that the request for "all factual support" calls for evidentiary materials not the proper subject of a contention interrogatory at this time. BMS further objects to this interrogatory to the extent it assumes that "industry practice" is an affirmative defense upon which BMS has a burden of proof, when instead it is plaintiffs' burden in a fraud-based claim to establish that BMS made a statement or omission that it knew to be materially misleading to those in the relevant industries who reasonably and foreseeably could be expected to act upon it. Subject to and without waiver of the foregoing, BMS contends that the existence of a "spread" or differential between (i) AWP as published in the Publications and (ii) any other prices relating to BMS products is not misleading to a person with even minimal experience in industries relating to the sale and distribution of drugs or to government or private reimbursement for drugs. BMS further contends that the Publications appear to have adopted a practice of marking up wholesale list prices by a percentage amount to arrive at an AWP. In addition, BMS contends that both

6



private and public payors have adopted an industry practice of using AWP as a benchmark for determining reimbursement rates even though they know that in many cases transactions (other than retail cash transactions) occur at prices below the published AWPs.

Interrogatory No. 12: If you contend that plaintiffs' claims for injunctive relief are mooted by passage of the 2003 Medicare reform legislation state all facts in support of such contention.

Response to Interrogatory No. 12:

BMS objects on the ground that "2003 Medicare reform legislation" is not defined. BMS further objects on the ground that the request for "all facts in support" calls for evidentiary materials not the proper subject of a contention interrogatory at this time. Subject to and without waiver of the foregoing, BMS contends that, to the extent the AMCC claims that injunctive relief concerning AWP reporting is needed to prevent alleged future losses to members of the putative class who make Medicare Part B payments, such claims have been rendered moot by legislation that eliminates AWP as a measure of reimbursement under Medicare Part B.

Interrogatory No. 13: Do you contend that there existed public information disclosing that the AWP exceeded actual prices at which pharmaceuticals were purchased by physicians, pharmacies and hospitals. If so, for each AWPID; and for the years 1991 to the present:

(a)     Set forth the reported AWP from First Data and Red Book;

(b)     Set forth the ASP or the price that reflects chargebacks, rebates, discounts and credits for each such drug;

(c)     Identify where the spread between AWP and ASP was disclosed to the public or to any third-party payor; and

(d)     Identify the AMP for each such AWPID for each such year.

Response to Interrogatory No. 13:

BMS objects on the ground that the sub-parts of the interrogatory do not follow from the body, i.e. they are a non-sequitur. BMS further objects on the ground that AWP, ASP, and AMP are undefined. Subject to and without waiver of the foregoing, BMS contends that from before

7

# EXHIBIT 2



## Bristol-Myers Squibb Company
### U.S. Pharmaceuticals
P.O. Box 4500   Princeton, NJ 08543-4500   609 897-2000

March 11, 1998

MEDISPAN
8425 Woodfield Crossing Boulevard
Indianapolis, IN  46240-0930

Attention: Connie Westbrook

Dear Connie:

Effective March 11, 1998, Bristol-Myers Squibb U.S. Pharmaceutical Group has increased prices on select products found on the price lists entitled Bristol-Myers Squibb Oncology/Immunology and Primary Care.  Listed on the enclosed pages is updated pricing information.  Please use this information to update the National Drug Data Files.

If you require additional information, I may be reached at 609-897-4780.

Sincerely,

Barbara Goetz
Pricing Support Coordinator

cc:  DM Kaszuba



EXHIBIT

HIGHLY CONFIDENTIAL
BMS/AWP/000092170



### Bristol-Myers Squibb Company
#### U.S. Pharmaceuticals
P.O. Box 4500   Princeton, NJ 08543-4500   609 897-2000

March 11, 1998

MEDICAL ECONOMICS DATA
5 Paragon Drive
Montvale, NJ  07645-1742

Attention: Carol Flanagan

Dear Carol:

Effective March 11, 1998, Bristol-Myers Squibb U.S. Pharmaceutical Group has increased prices on select products found on the price lists entitled Bristol-Myers Squibb Oncology/Immunology and Primary Care.  Listed on the enclosed pages is updated pricing information.  Please use this information to update the National Drug Data Files.

If you require additional information, I may be reached at 609-897-4780.

Sincerely,

Barbara Goetz
Pricing Support Coordinator

cc:  DM Kaszuba

HIGHLY CONFIDENTIAL
BMS/AWP/000092171



# Bristol-Myers Squibb Company

## U.S. Pharmaceuticals

P.O. Box 4500   Princeton, NJ 08543-4500   609 897-2000

March 11, 1998

FIRST DATA BANK
Suite 350
1111 Bayhill Drive
San Bruno, CA 94066

Attention: Cathy Gutgesell

Dear Cathy:

Effective March 11, 1998, Bristol-Myers Squibb U.S. Pharmaceutical Group has increased prices on select products found on the price lists entitled Bristol-Myers Squibb Oncology/Immunology and Primary Care. Listed on the enclosed pages is updated pricing information. Please use this information to update the National Drug Data Files.

If you require additional information, I may be reached at 609-897-4780.

Sincerely,

Barbara Goetz
Pricing Support Coordinator

cc: DM Kaszuba

HIGHLY CONFIDENTIAL
BMS/AWP/000092172



# Bristol-Myers Squibb Company

### U.S. Pharmaceuticals

## PRICING SUPPORT

---

TO:        Cathy Gutgesell
Fax#:      415-827-4578
Re:        **Price Adjustment Notification**
Date:      March 11, 1998
Pages:     3, including cover sheet.

---

Dear Cathy:

Effective March 11, 1998 Bristol-Myers Squibb U.S. Pharmaceutical Group has adjusted prices for selected products. Those products may be found on the price lists entitled Bristol-Myers Squibb Oncology/Immunology and Primary Care.

The pages which follow contain the updated pricing for the affected products. Please use this information to update the National Drug Data Files.

*Please supply AWP's for these products once the information has been processed through your database.*

If you do not receive these pages or have any questions, please do not hesitate to give me a call.

Thank you,

Barbara

From the desk of...

Barbara Goetz

BRISTOL-MYERS SQUIBB COMPANY
777 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

609 897 4780
Fax 609 897 5996

**HIGHLY CONFIDENTIAL**
**BMS/AWP/000092173**

```
                   * * *  TRANSMISSION RESULT REPORT ( MAR.11.1998 11:11AM ) * * *      P. 1

                                                                          TTI  689 897 5996
  DATE   TIME   ADDRESS               MODE      TIME      PAGE RESULT PERS. NAME        FILE
M   11. 11:18AM        415 827 4578  TES      1'29"    P. 3  OK                        418
```

```
#  :  BATCH              C  :  CONFIDENTIAL      $  :  TRANSFER         P  :  POLLING
M  :  MEMORY             L  :  SEND LATER        @  :  FORWARDING       E  :  ECM
S  :  STANDARD           D  :  DETAIL            F  :  FINE             >  :  REDUCTION
```

HIGHLY CONFIDENTIAL
BMS/AWP/000092174

 **Bristol-Myers Squibb Company**

**U.S. Pharmaceuticals**



TO:        Carol Flanagan
Fax#:      201-358-1756
Re:        **Price Adjustment Notification**
Date:      March 11, 1998
Pages:     3, including cover sheet.

Dear Carol:

Effective March 11, 1998 Bristol-Myers Squibb U.S. Pharmaceutical Group has adjusted prices for selected products. Those products may be found on the price lists entitled Bristol-Myers Squibb Oncology/Immunology and Primary Care.

The pages which follow contain the updated pricing for the affected products. Please use this information to update the National Drug Data Files.

*Please supply AWP's for these products once the information has been processed through your database.*

If you do not receive these pages or have any questions, please do not hesitate to give me a call.

Thank you,

Barbara

From the desk of...

Barbara Goetz

BRISTOL-MYERS SQUIBB COMPANY
777 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

609 897 4780
Fax 609 897 5996

HIGHLY CONFIDENTIAL
BMS/AWP/000092175

P. 1

* * *  TRANSMISSION RESULT REPORT ( MAR.11.1998 11:05AM ) * * *

TTI  609 897 5996

| DATE | TIME | ADDRESS | MODE | TIME | PAGE | RESULT | PERS. NAME | FILE |
|------|------|---------|------|------|------|--------|-----------|------|
| MAR 11. | 11:04AM | REDBOOK | TES | 1'22" | P. 3 | OK | | 417 |

```
*  :  BATCH           C  :  CONFIDENTIAL      $  :  TRANSFER         P  :  POLLING
M  :  MEMORY          L  :  SEND LATER        @  :  FORWARDING       E  :  ECM
S  :  STANDARD        D  :  DETAIL            F  :  FINE             >  :  REDUCTION
```

HIGHLY CONFIDENTIAL
BMS/AWP/000092176

 **Bristol-Myers Squibb Company**

### U.S. Pharmaceuticals

**PRICING SUPPORT**

TO:          Connie Westbrook
Fax#:        317-469-5252
Re:          **Price Adjustment Notification**
Date:        March 11, 1998
Pages:       3, including cover sheet.

Dear Connie:

Effective March 11, 1998 Bristol-Myers Squibb U.S. Pharmaceutical Group has adjusted prices for selected products. Those products may be found on the price lists entitled Bristol-Myers Squibb Oncology/Immunology and Primary Care.

The pages which follow contain the updated pricing for the affected products. Please use this information to update the National Drug Data Files.

*Please supply AWP's for these products once the information has been processed through your database.*

If you do not receive these pages or have any questions, please do not hesitate to give me a call.

Thank you,

Barbara

From the desk of...

Barbara Goetz

BRISTOL-MYERS SQUIBB COMPANY
777 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

609 897 4780
Fax: 609 897 5996

HIGHLY CONFIDENTIAL
BMS/AWP/000092177

P. 1

```
* * *  TRANSMISSION RESULT REPORT ( MAR.11.1998 11:02AM ) * * *
```

TTI  609 897 5996

| DATE | TIME | ADDRESS | MODE | TIME | PAGE | RESULT | PERS. NAME | FILE |
|------|------|---------|------|------|------|--------|-----------|------|
| MAR.11. | 11:00AM | 317 469 5252 | TES | 1'31" | P. 3 | OK | | 415 |

| | | | | | |
|---|---|---|---|---|---|
| # : BATCH | C : CONFIDENTIAL | $ : TRANSFER | P : POLLING |
| M : MEMORY | L : SEND LATER | @ : FORWARDING | E : ECM |
| S : STANDARD | D : DETAIL | F : FINE | > : REDUCTION |

HIGHLY CONFIDENTIAL
BMS/AWP/000092178

Bristol-Myers                 bb Oncology/Immunology

| BMS NDC Number | Item Number | Product Name | Generic Name | Unit Size/ Description | 3-11-98 Wholesale/ Direct/Hosp Price Per Unit |
|---|---|---|---|---|---|
| 0015-3012-38 | 3012-97 | BICNU® | (carmustine)(BCNU) | 100 mg/Vials, 3 mL diluent/Vial | $76.58 |
| 0015-3034-10 | 3034-10 | CEENU® | (lomustine (CCNU)) | Dose-Pack | $75.20 |
| 0015-3030-20 | 3030-20 | CEENU® | (lomustine (CCNU)) | Stock Package (cartoned), 10 mg capsules, bottle of 20 | $61.41 |
| 0015-3031-20 | 3031-20 | CEENU® | (lomustine (CCNU)) | Stock Package (cartoned), 40 mg capsules, bottle of 20 | $245.18 |
| 0015-3032-20 | 3032-20 | CEENU® | (lomustine (CCNU)) | Stock Package (cartoned), 100 mg capsules, bottle of 20 | $486.08 |
| 0015-3080-60 | 3080-60 | LYSODREN® | (mitotane tablets, USP) | 500 mg tablets, bottle of 100 | $197.10 |
| 0015-3213-30 | 3213-30 | PARAPLATIN® | (carboplatin for injection) | 50 mg vial (cartoned) | $77.01 |
| 0015-3213-29 | 3213-29 | PARAPLATIN® | (carboplatin for injection) | 50 mg vial, single-dose, For I.V. Use, VHA Plus™ | $77.01 |
| New NDC, First Ship Data was 2-3-98, Package Insert and label to be supplied shortly. | | | | | |
| 0015-3214-30 | 3214-30 | PARAPLATIN® | (carboplatin for injection) | 150 mg vial (cartoned) | $230.89 |
| 0015-3214-29 | 3214-29 | PARAPLATIN® | (carboplatin for injection) | 150 mg vial, single-dose, For I.V. Use, VHA Plus™ | $230.89 |
| New NDC, First Ship Data was 2-3-98, Package Insert and label to be supplied shortly. | | | | | |
| 0015-3215-30 | 3215-30 | PARAPLATIN® | (carboplatin for injection) | 450 mg vial (cartoned) | $692.97 |
| 0015-3215-29 | 3215-29 | PARAPLATIN® | (carboplatin for injection) | 450 mg vial, Single-dose, For I.V. Use, VHA Plus™ | $692.97 |
| New NDC, First Ship Data was 2-3-98, Package Insert and label to be supplied shortly. | | | | | |
| 0015-3220-22 | 3220-27 | PLATINOL®-AQ | (cisplatin injection) | 50 mg vial (cartoned), with CytoShield® | $180.68 |
| 0015-3220-26 | 3220-26 | PLATINOL®-AQ | (cisplatin injection) | 50 mg vial (cartoned)/CytoShield® VHA+ | $180.68 |
| 0015-3221-22 | 3221-87 | PLATINOL®-AQ | (cisplatin injection) | 100 mg vial (cartoned), with CytoShield® | $321.34 |
| 0015-3221-26 | 3221-26 | PLATINOL®-AQ | (cisplatin injection) | 100 mg vial (cartoned)/CytoShield® VHA+ | $321.34 |
| 0015-3091-45 | 3091-45 | VEPESID® | (etoposide) | 50 mg capsules (blister pack), carton of 20 | $847.19 |
| 0015-3075-19 | 3075-19 | VUMON® | (teniposide for injection concentrate) | 50 mg/5 mL ampule | $144.61 |
| 0015-3075-97 | 3075-97 | VUMON® | (teniposide for injection concentrate) | 50 mg/5 mL ampule (10 ampules) | $1,446.10 |
| 0015-0804-01 | 0804-01 | CYTOXAN® TABLETS | (cyclophosphamide tablets, USP) | 25 mg tablets, bottle of 100 | $149.16 |
| 0015-0803-01 | 0803-01 | CYTOXAN® TABLETS | (cyclophosphamide tablets, USP) | 50 mg tablets, bottle of 100 | $273.74 |
| 0015-0503-02 | 0503-02 | CYTOXAN® TABLETS | (cyclophosphamide tablets, USP) | 50 mg tablets, bottle of 1000 | $2,607.28 |
| 0015-3565-28 | 3565-28 | IFEX® AND MESNEX® | (sterile ifosfamide) and (mesna) Injection | 1-g single dose vial Ifex, 1-g multidose vial Mesnex | $714.38 |
| 0015-3564-15 | 3564-15 | IFEX® AND MESNEX® | (sterile ifosfamide) and (mesna) Injection | 2-3 g single dose vial Ifex, 6-1 g multidose vial Mesnex | $1,035.07 |
| 0015-3564-27 | 3564-27 | IFEX® AND MESNEX® | (sterile ifosfamide) and (mesna) Injection | 10-1 g single dose vial Ifex, 10-1 g multidose vials Mesnex | $1,728.21 |
| 0015-0509-42 | 0509-42 | MEGACE® ORAL SUSPENSION | (megestrol acetate) | 8 fl oz bottle | $101.51 |
| 0015-3583-02 | 3583-02 | MESNEX® | (mesna) Injection | 1-g multidose vial Mesnex | $134.08 |
| 0015-3583-03 | 3583-03 | MESNEX® | (mesna) Injection | 10-1 g multidose vials Mesnex | $1,340.80 |
| 0003-0680-50 | 0680-50 | TESLAC® | (testolactone tablets, USP) | 50 mg tablets, bottle of 100 | $119.82 |

HIGHLY CONFIDENTIAL
BMS/AWP/000092179

```
Author:  Denise M Kaszubo at ~PGRSM34P
Date:    3/11/98. 6:09 AM
Priority: Normal
Receipt Requested
TO: KATHLEEN BOYID at NETSWITCH
TO: NICHOLAS GRANDINETTI at NETSWITCH
TO: BARBARA J. HODGE at NETSWITCH
TO: ROBERT KELLEY at NETSWITCH
TO: RONALD MUSKOPF at NETSWITCH
TO: DIANA M. SCHMIDT at NETSWITCH
TO: Karen M Albright at ~PGRSM12P
TO: Michele A Alkins at ~PGRSM13P
TO: Troy M Blodgett at ~PGRSM13P
TO: Anthony Certo at ~PGRSM12P
TO: Santo A Costanza at ~PGRSM14P
TO: Debra DiMaggio at ~PGRSM12P
TO: Elizabeth A Gottshall at ~PGRSM26P
TO: Michael J Guidotti at ~PGRSM12P
TO: Jacqueline A Keith at ~PGRSM12P
TO: Barbara L Miele at ~PGRSM14P
TO: Keith Ponader at ~PGRSM11P
TO: Doreen Rosica at ~PGRSM13P
TO: Kathleen Steinert at ~PGRSM11P
TO: Geoffrey M Woodall at ~PGRSM21P
TO: Mark F Altmeyer at ~PGRSM14P
TO: Lynda A Berne at ~PGRSM17P
TO: Elizabeth Canning at ~PGRSM14P
TO: Bernadette M Connaughton at ~PGRSM15P
TO: Timothy Crew at ~PGRSM13P
TO: Nicholas DeSanctis at ~PGRLVA4P
TO: Philippe Deschamps at ~PGRSM15P
TO: Cindy Ehrenfreund at ~PGRSM13P
TO: Neal D Gearinger at ~PGRSM12P
TO: Andrew J Greene at ~PGRSM22P
TO: Theresa Korbos at ~PGRSM14P
TO: Mary A Madigan at ~PGRSM24P
TO: Brian Markieson at ~PGRSM25P
TO: Paula E Pennie at ~PGRSM15P
TO: David J Rader at ~PGRLVD5P
TO: Laurence A Bloom at ~PGRLVA2P
TO: Mark W Rabideau at ~PGRSM33P
O: George A Kegler at ~PGRSM11P
CC: Barbara C Goetz at ~PGRSM33P
CC: Christopher Reichert at ~PGRSM36P
CC: Gloria A Torres at ~PGRPRMZ01
CC: Gloria M. Torres at ~PGRPRMZ01
CC: John Celentano at ~PGRPRCD01
Subject: MARCH 11, 1998  PRICE INCREASE NOTIFICATION
-----------------------------------------------  Message Contents  -----------------------------------------------
     TO ALL:

     Effective March 11, 1998 both BMSOI and Primary Care increased
     products on selected products.

     I am attaching copies of the following mailgrams provided to the
     following customers:


     065-001  -    Wholesalers
     065-002  -    Retailers
     065-003  -    BMSOI  Physicians
     065-302  -    Hospitals.


     I am out of the office until Monday.  If you need immediate assistance
     on this pricing action, contact Barbara Goetz or Christopher Reichert.

     In addition, if you need to speak with me, leave a message with Chris
     or Barbara.

     P.S.   Please provide this cc:MAIL to anyone within your organization
     whom you feel may require this price increase notification.
```

BMY0002377                              PLB/007

HIGHLY CONFIDENTIAL
BMS/AWP/000092180

Job No. 065-001a
065-001b

Dear Wholesaler:

Effective March 11, 1998, Bristol-Myers Squibb U.S. Pharmaceutical
Group will adjust prices for selected products. Those products may
be found in the price lists entitled Bristol-Myers Squibb
Oncology/Immunology and Primary Care.

The revised prices are being supplied to you in the most expedient
manner, so you may update your records accordingly.

All orders transmitted or received on or after March 11, 1998, will
be invoiced at the new price.

| ITEM NO. | NDC NO. | PRODUCT DESCRIPTION | WHOLESALE PRICE PER UNIT |
|----------|---------|---------------------|--------------------------|
| | | BRISTOL-MYERS SQUIBB ONCOLOGY/IMMUNOLOGY | |
| | | BICNU(R) | |
| | | (carmustine (BCNU)) | |
| 3012-97 | 0015-3012-38 | 100 mg/vl, 3 mL diluent/vl | $ 76.58 |
| | | CEENU(R) | |
| | | lomustine (CCNU)) | |
| 3034-10 | 0015-3034-10 | Dose-Pack | $ 75.20 |
| 3030-20 | 0015-3030-20 | Stock Package(cartoned), | |
| | | 10 mg. cap, btl. of 20 | $ 81.41 |
| 3031-20 | 0015-3031-20 | Stock Package (cartoned), | |
| | | 40 mg cap, btl of 20 | $ 245.18 |
| 3032-20 | 0015-3032-20 | Stock Package (cartoned), | |
| | | 100 mg cap, btl of 20 | $ 466.08 |
| | | CYTOXAN(R) TABLETS | |
| | | (cyclophosphamide tablets, USP) | |
| 0504-01 | 0015-0504-01 | 25 mg tab, btl of 100 | $ 149.16 |
| 0503-01 | 0015-0503-01 | 50 mg tab, btl of 100 | $ 273.74 |
| 0503-02 | 0015-0503-02 | 50 mg tab, btl of 1000 | $2607.26 |
| | | IFEX(R) AND MESNEX(R) | |
| | | (sterile ifosfamide) and(mesna) injection | |

BMY0002378                              PLB/007

HIGHLY CONFIDENTIAL
BMS/AWP/000092181

Combo-Packs

| | | | |
|---|---|---|---|
| 3556-26 | 0015-3556-26 | 5-1 g single dose vls Ifex<br>3-1 g multidose vls Mesnex | $ 714.38 |
| 3564-15 | 0015-3564-15 | 2-3 g single dose vls Ifex<br>6-1 g multidose vls Mesnex | $1035.67 |
| 3554-27 | 0015-3554-27 | 10-1 g single dose vls Ifex<br>10-1 g multidose vls Mesnex | $1726.21 |

Mesnex(R) Vials

| | | | |
|---|---|---|---|
| 3563-02 | 0015-3563-02 | 1-1 g multidose vial Mesnex | $ 134.08 |
| 3563-03 | 0015-3563-03 | 10-1 g multidose vls Mesnex | $1340.80 |

LYSODREN(R)
(mitotane tablets, USP)

| | | | |
|---|---|---|---|
| 3080-60 | 0015-3080-60 | 500 mg tab, btl of 100 | $ 197.10 |

MEGACE(R) ORAL SUSPENSION
(40 mg of megestrol acetate/mL)

| | | | |
|---|---|---|---|
| 0508-02 | 0015-0508-42 | 240 mL btl (8 fl. oz) | $ 101.51 |

PARAPLATIN(R)
(carboplatin for injection)

| | | | |
|---|---|---|---|
| 3213-30 | 0015-3213-30 | 50 mg/vial (cartoned) | $ 77.01 |
| 3213-29 | 0015-3213-29 | 50 mg/vial (VHA private label) | $ 77.01 |
| 3214-30 | 0015-3214-30 | 150 mg/vial (cartoned) | $ 230.99 |
| 3214-29 | 0015-3214-29 | 150 mg/vial (VHA private label) | $ 230.99 |
| 3215-30 | 0015-3215-30 | 450 mg/vial (cartoned) | $ 692.97 |
| 3215-29 | 0015-3215-29 | 450 mg/vial (VHA private label) | $ 692.97 |

PLATINOL(R)-AQ
(cisplatin injection)
Preservative-Free Solution

| | | | |
|---|---|---|---|
| 3220-97 | 0015-3220-22 | 50 mg/vial(cartoned),<br>with Cytoshield(R) | $ 160.68 |
| 3220-26 | 0015-3220-26 | 50 mg/vial(cartoned)<br>with Cytoshield(R) (VHA Labeled) | $ 160.68 |
| 3221-97 | 0015-3221-22 | 100 mg/vial(cartoned),<br>with Cytoshield(R) | $ 321.34 |
| 3221-26 | 0015-3221-26 | 100 mg/vial(cartoned),<br>with Cytoshield(R) (VHA Labeled) | $ 321.34 |

TESLAC(R)
(testolactone tablets, USP)

| | | | |
|---|---|---|---|
| 0690-50 | 0003-0690-50 | 50 mg tab, btl of 100 | $ 119.52 |

VEPESID(R)
(etoposide)

| | | | |
|---|---|---|---|
| 3091-45 | 0015-3091-45 | 50 mg cap(blister pack),<br>carton of 20 | $ 647.19 |

VUMON(R)
(teniposide for Injection Concentrate)

| | | | |
|---|---|---|---|
| 3075-19 | 0015-3075-19 | 50 mg/5 mL, ampule | $ 144.81 |
| 3075-97 | 0015-3075-97 | 50 mg/5 mL, 10 ampules | $1448.10 |

PRIMARY CARE
BUSPAR (R)

BMY0002379

HIGHLY CONFIDENTIAL
BMS/AWP/000092182

(buspirone HCl)

| | | | |
|---|---|---|---|
| 0818-01 | 0087-0818-41 | 5 mg tablet, bottle of 100 | $  56.65 |
| 0818-03 | 0087-0818-43 | 5 mg tablet, UD box of 100 | $  62.02 |
| 0818-04 | 0087-0818-44 | 5 mg tablet, bottle of 500 | $ 275.39 |
| 0819-01 | 0087-0819-41 | 10 mg tablet, bottle of 100 | $  98.79 |
| 0819-03 | 0087-0819-43 | 10 mg tablet, UD box of 100 | $ 108.25 |
| 0819-04 | 0087-0819-44 | 10 mg tablet, bottle of 500 | $ 480.19 |

BUSPAR(R) DIVIDOSE(R)
(buspirone HCl, USP)

| | | | |
|---|---|---|---|
| 0822-32 | 0087-0822-32 | 15 mg tablet, bottle of 60 | $  89.87 |
| 0822-33 | 0087-0822-33 | 15 mg tablet, bottle of 180 | $ 265.70 |

PRAVACHOL(R)
(pravastatin sodium tablets)

| | | | |
|---|---|---|---|
| 5154-05 | 0003-5154-05 | 10 mg tablet, bottle of 90 | $ 144.78 |
| 5154-06 | 0003-5154-06 | 10 mg tablet, UD, pack 100 | $ 163.73 |
| 5178-05 | 0003-5178-05 | 20 mg tablet, bottle of 9 0 | $ 155.88 |
| 5178-06 | 0003-5178-06 | 20 mg tablet, UD, pack of 100 | $ 176.33 |
| 5178-75 | 0003-5178-75 | 20 mg tablet, bottle of 1000 | $1732.20 |
| 5194-10 | 0003-5194-10 | 40 mg tablet, bottle of 90 | $ 256.25 |

To facilitate transition to the new prices, a Special Buy-In will
be offered to your organization for those products affected by the
price increase.  The buy-in order forms will be mailed to your
pharmaceutical buyer by Express Mail.  The buy-in order forms must
be received by our Customer Service and Order Management Department
no later than March 20, 1998.

Bristol-Myers Squibb U.S. Pharmaceutical Group appreciate your
continued support and cooperation.


BRISTOL-MYERS SQUIBB U.S. PHARMACEUTICAL GROUP

BMY0002380                          PLB/007

HIGHLY CONFIDENTIAL
BMS/AWP/00009218 3

Job No. 065-003A

TO:          OFFICE BASED ONCOLOGY PHYSICIANS

SUBJECT:  BRISTOL-MYERS SQUIBB ONCOLOGY/IMMUNOLOGY PRICE INCREASE

Effective March 11, 1998, Bristol-Myers Squibb Oncology/Immunology
will adjust prices for selected products.  The revised prices listed
below are being supplied to you in the most expedient manner, so you
may update your records accordingly.

All orders transmitted or received on or after March 11, 1998 will be
invoiced at the new prices.

To facilitate transition to the new prices, we are offering an automatic
two week credit adjustment for those items affected by the price increase.
There is no action required on your part to take advantage of the credit.
Oncology Therapeutics Network will issue a credit to your account,
calculated using a six month average of purchases at prices in effect
prior to March 11, 1998.

| ITEM NO. | NDC NO. | PRODUCT DESCRIPTION | PHYSICIAN PRICE PER UNIT |
|----------|---------|---------------------|--------------------------|
| | | BRISTOL-MYERS SQUIBB ONCOLOGY/IMMUNOLOGY | |
| | | BICNU(R) | |
| | | (carmustine (BCNU)) | |
| 3012-97 | 0015-3012-38 | 100 mg/vl, 3 mL diluent/vl | $ 73.52 |
| | | CEENU(R) | |
| | | lomustine (CCNU)) | |
| 3034-10 | 0015-3034-10 | Dose-Pack | $ 72.19 |
| 3030-20 | 0015-3030-20 | Stock Package(cartoned), | |
| | | 10 mg cap, btl of 20 | $ 78.15 |
| 3031-20 | 0015-3031-20 | Stock Package (cartoned), | |
| | | 40 mg cap, btl of 20 | $ 235.37 |
| 3032-20 | 0015-3032-20 | Stock Package (cartoned), | |
| | | 100 mg cap, btl of 20 | $ 447.44 |
| | | CYTOXAN(R) TABLETS | |
| | | (cyclophosphamide tablets, USP) | |
| 0504-01 | 0015-0504-01 | 25 mg tab, btl of 100 | $ 143.19 |
| 0503-01 | 0015-0503-01 | 50 mg tab, btl of 100 | $ 262.79 |
| 0503-02 | 0015-0503-02 | 50 mg tab, btl of 1000 | $2502.97 |

BMY0002381                            PLB/007

HIGHLY CONFIDENTIAL
BMS/AWP/000092184

|  |  | IFEX(R) AND MESNEX(R) |  |
|---|---|---|---|
|  |  | (sterile ifosfamide) and (mesna) injection |  |
|  |  | Combo-Packs |  |
| 3556-26 | 0015-3556-26 | 5-1 g single dose vls Ifex |  |
|  |  | 3-1 g multidose vls Mesnex | $ 685.80 |
| 3564-15 | 0015-3564-15 | 2-3 g single dose vls Ifex |  |
|  |  | 6-1 g multidose vls Mesnex | $ 994.24 |
| 3554-27 | 0015-3554-27 | 10-1 g single dose vls Ifex |  |
|  |  | 10-1 g multidose vls Mesnex | $1657.16 |
|  |  | Mesnex(R) Vials |  |
| 3563-02 | 0015-3563-02 | 1-1 g multidose vial Mesnex | $ 128.72 |
| 3563-03 | 0015-3563-03 | 10-1 g multidose vls Mesnex | $1287.20 |
|  |  | LYSODREN(R) |  |
|  |  | (mitotane tablets, USP) |  |
| 3080-60 | 0015-3080-60 | 500 mg tab, btl of 100 | $ 189.22 |
|  |  | MEGACE(R) ORAL SUSPENSION |  |
|  |  | (40 mg of megestrol acetate/mL) |  |
| 0508-02 | 0015-0508-42 | 240 mL btl (8 fl. oz) | $ 101.51 |
|  |  | PARAPLATIN(R) |  |
|  |  | (carboplatin for injection) |  |
| 3213-30 | 0015-3213-30 | 50 mg/vial (cartoned) | $ 73.93 |
| 3214-30 | 0015-3214-30 | 150 mg/vial (cartoned) | $ 221.75 |
| 3215-30 | 0015-3215-30 | 450 mg/vial (cartoned) | $ 665.25 |
|  |  | PLATINOL(R)-AQ |  |
|  |  | (cisplatin injection) |  |
|  |  | Preservative-Free Solution |  |
| 3220-97 | 0015-3220-22 | 50 mg/vial(cartoned), |  |
|  |  | with Cytoshield(R) | $ 154.25 |
| 3221-97 | 0015-3221-22 | 100 mg/vial(cartoned), |  |
|  |  | with Cytoshield(R) | $ 308.49 |
|  |  | TESLAC(R) |  |
|  |  | (testolactone tablets, USP) |  |
| 0690-50 | 0003-0690-50 | 50 mg tab, btl of 100 | $ 114.74 |
|  |  | VEPESID(R) |  |
|  |  | (etoposide) |  |
| 3091-45 | 0015-3091-45 | 50 mg cap(blister pack), |  |
|  |  | carton of 20 | $ 621.30 |
|  |  | VUMON(R) |  |
|  |  | (teniposide for Injection Concentrate) |  |
| 3075-19 | 0015-3075-19 | 50 mg/5 mL, ampule | $ 139.02 |
| 3075-97 | 0015-3075-97 | 50 mg/5 mL, 10 ampules | $1390.20 |

If you have any questions regarding the price increase or the credit adjustment, please contact Oncology Therapeutics Network at 1-800-482-6700.

We at Bristol-Myers Squibb U.S. Pharmaceutical Group appreciate your business and continued support.

BMY0002382                          PLB/007

HIGHLY CONFIDENTIAL
BMS/AWP/000092185

BRISTOL-MYERS SQUIBB U.S. PHARMACEUTICAL GROUP

BMY0002383                    PLB/007

HIGHLY CONFIDENTIAL
BMS/AWP/000092186

# EXHIBIT 3



### Bristol-Myers Squibb Company

**U.S. Pharmaceuticals**

PRICING SUPPORT

---

TO:        Cathy Gutgesell
Fax#:      415-827-4578
Re:        **Price Adjustment Notification**
Date:      June 12, 1998
Pages:     6, including cover sheet.

Dear Cathy:

Effective June 12, 1998 Bristol-Myers Squibb U.S. Pharmaceutical Group has increased prices on selected products. These products can be found on the price lists entitled Apothecon®, Primary Care and Westwood Squibb™ Pharmaceuticals, Inc.

The pages which follow contain the updated pricing for the affected products. Please use this information to update the National Drug Data Files.

*Please supply AWP's for these products once the information has been processed through your database.*

If you do not receive all of these pages or have any questions, please do not hesitate to give me a call.

Thank you,

Barbara

From the desk of...

Barbara Goetz

BRISTOL-MYERS SQUIBB COMPANY
777 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

609 897 4780
Fax 609 897 5996

**Trade Secret/
FOIA Confidential**

**BMS — 8009041**

BMY/PLB/007/075/0000002



HIGHLY CONFIDENTIAL

BMSAWP/0000468

## PRICE INCREASE NOTIFICATION OF JUNE 12, 1998

Effective June 12, 1998 Bristol-Myers Squibb U.S. Pharmaceuticals has increased prices on selected products. These products may be found on the price lists entitled Apothecon, Primary Care and Westwood Squibb™ Pharmaceuticals, Inc.

Listed below are the products affected by the price increase, along with their revised prices. Please use this information to update the National Drug Data Files.

| ITEM NO. | NDC NO. | PRODUCT DESCRIPTION | WHOLESALE PRICE PER UNIT | DIRECT PRICE PER UNIT |
|---|---|---|---|---|
| | | **APOTHECON** | | |
| | | **DESYREL®** | | |
| | | (trazodone HCl tablets, USP) | | |
| 0775-01 | 0087-0775-41 | 50 mg tablet, btl of 100 | $ 138.48 | $145.77 |
| 0775-02 | 0087-0775-42 | 50 mg tablet, UD box of 100 | $ 147.57 | $155.34 |
| 0775-03 | 0087-0775-43 | 50 mg tablet, btl of 1000 | $1200.26 | $1266.59 |
| 0776-01 | 0087-0776-41 | 100 mg tablet, btl of 100 | $ 241.99 | $254.73 |
| 0776-03 | 0087-0776-43 | 100 mg tablet, btl of 1000 | $2102.74 | $2213.41 |
| | | **DESYREL® DIVIDOSE®** | | |
| | | (trazodone HCl tablets, USP) | | |
| 0778-03 | 0087-0778-43 | 150 mg tablet, btl of 100 | $ 208.48 | $219.45 |
| 0778-04 | 0087-0778-44 | 150 mg tablet, btl of 500 | $ 979.83 | $1031.40 |
| 0796-01 | 0087-0796-41 | 300 mg tablet, btl of 100 | $ 371.06 | $390.59 |
| | | DICLOXACILLIN SODIUM CAPSULES, USP | | |
| 36048-1 | 59772-6048-1 | 250 mg capsule, bottle of 100 | $ 32.88 | $ 34.61 |
| 36058-1 | 59772-6058-1 | 500 mg capsule, bottle of 500 | $ 59.17 | $ 62.28 |
| | | **KENALOG®** | | |
| | | (triamcinolone acetonide topical aerosol USP) | | |
| 0501-62 | 0003-0501-62 | 63 g. Spray Aerosol Can | $ 22.94 | $24.15 |
| | | **KENALOG®** | | |
| | | (triamcinolone acetonide cream, USP) | | |
| 0506-20 | 0003-0506-20 | 0.1%, Cream, 15 g tube | $ 10.37 | $10.92 |
| 0506-46 | 0003-0506-46 | 0.1%, Cream, 60 g tube | $ 25.27 | $26.60 |
| 0506-49 | 0003-0506-49 | 0.1%, Cream, 80 g tube | $ 30.56 | $32.17 |
| 0506-89 | 0003-0506-89 | 0.1%, Cream, 2.38 kg jar | $331.94 | $138.88 |
| 1483-20 | 0003-1483-20 | 0.5%, Cream, 20 g tube | $ 34.52 | $36.34 |
| | | **KENALOG®** | | |
| | | (triamcinolone acetonide lotion, USP) | | |
| 0173-60 | 0003-0173-60 | 0.025%, Lotion, 60 mL bottle | $ 29.05 | $30.58 |
| 0502-70 | 0003-0502-70 | 0.1%, Lotion, 60 mL bottle | $ 32.61 | $34.33 |
| | | **KENALOG®** | | |
| | | (triamcinolone acetonide ointment, USP) | | |
| 0508-20 | 0003-0508-20 | 0.1%, Ointment, 15 g tube | $ 10.36 | $10.91 |

1

BMY/PLB/007/075/0000003

Trade Secret/
FOIA Confidential

BMS — 0009042

BMSAWP/0000469

HIGHLY CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| 0508-56 | 0003-0508-56 | 0.1%, Ointment, 60 g tube | $25.01 | $26.33 |
| 0508-60 | 0003-0508-60 | 0.1%, Ointment, 240 g jar | $88.88 | $93.56 |
| | | **KENALOG IN ORABASE®** | | |
| | | (triamcinolone acetonide dental paste, USP) | | |
| 0496-20 | 0003-0496-20 | 0.1%, 5 g tube | $11.63 | $12.24 |
| | | **KLOTRIX®** | | |
| | | (potassium chloride) | | |
| | | Slow-Release Tablet, 10 mEq | | |
| 0770-01 | 0087-0770-41 | Bottle of 100 | $22.93 | $24.14 |
| 0770-03 | 0087-0770-43 | Box of 100 Unit Dose | $27.69 | $29.15 |
| 0770-02 | 0087-0770-42 | Bottle of 1000 | $222.26 | $233.96 |
| | | **K-LYTE®** | | |
| | | (potassium supplement, 25 mEq) | | |
| | | Lime Tablet | | |
| 0760-01 | 0087-0760-01 | Box of 30 tablets | $27.45 | $28.89 |
| 0760-08 | 0087-0760-43 | Box of 100 tablets | $86.85 | $91.42 |
| | | Orange Tablet | | |
| 0761-01 | 0087-0761-01 | Box of 30 tablets | $27.45 | $28.89 |
| 0761-08 | 0087-0761-43 | Box of 100 tablets | $86.85 | $91.42 |
| 0761-06 | 0087-0761-02 | Box of 250 tablets | $205.60 | $216.42 |
| | | **K-LYTE® DS** | | |
| | | (potassium supplement, 50 mEq) | | |
| | | Orange Tablet | | |
| 0771-01 | 0087-0771-41 | Box of 30 tablets | $49.41 | $52.01 |
| 0771-02 | 0087-0771-42 | Box of 100 tablets | $148.20 | $156.00 |
| | | **K-LYTE/CL®** | | |
| | | (potassium chloride supplement, 25 mEq) | | |
| | | Citrus Tablet | | |
| 0766-01 | 0087-0766-41 | Box of 30 tablets | $27.45 | $28.89 |
| 0766-03 | 0087-0766-43 | Box of 100 tablets | $86.85 | $91.42 |
| | | Fruit Punch Tablet | | |
| 0767-01 | 0087-0767-41 | Box of 30 tablets | $27.45 | $28.89 |
| 0767-03 | 0087-0767-43 | Box of 100 tablets | $86.85 | $91.42 |
| | | **K-LYTE/CL® 50** | | |
| | | (potassium chloride supplement, 50 mEq) | | |
| | | Citrus Tablet | | |
| 0758-01 | 0087-0758-41 | Box of 30 tablets | $49.41 | $52.01 |
| | | **MYCOLOG®-II** | | |
| | | (nystatin and triamcinolone acetonide, | | |
| | | cream, USP) | | |
| 0566-30 | 0003-0566-30 | 15 g tube, Cream | $13.67 | $14.39 |
| 0566-60 | 0003-0566-60 | 30 g tube, Cream | $23.11 | $24.33 |
| 0566-65 | 0003-0566-65 | 60 g tube, Cream | $39.56 | $41.64 |
| | | **MYCOLOG®-II** | | |
| | | (nystatin and triamcinolone acetonide ointment, USP) | | |
| 0466-30 | 0003-0466-30 | 15 g tube, Ointment | $13.67 | $14.39 |
| 0466-60 | 0003-0466-60 | 30 g tube, Ointment | $23.11 | $24.33 |
| 0466-65 | 0003-0466-65 | 60 g tube, Ointment | $39.56 | $41.64 |

2

BMY/PLB/007/075/0000004

**Trade Secret/
FOIA Confidential**

**BMS – 0089043**

BMSAWP/0000470

**HIGHLY CONFIDENTIAL**

**MYCOSTATIN®**
(nystatin tablets, USP)

| | | | |
|---|---|---|---|
| 0580-53 | 0003-0580-53 | 500,000 U tablets, btl of 100 | S 50.24 | S50.24 |

**MYCOSTATIN®**
(nystatin for oral suspension, USP)

| | | | |
|---|---|---|---|
| 0588-60 | 0003-0588-60 | 100,000 U/mL, oral susp, 60 mL | S 19.83 | $19.83 |
| 0588-10 | 0003-0588-10 | 100,000 U/mL, oral susp, 16 oz | $122.59 | $122.59 |

**NALDECON®**
(Phenylpropanolamine HCl, Phenylephrine HCl, Phenyltoloxamine citrate, Chlorpheniramine maleate)

| | | | |
|---|---|---|---|
| 5600-60 | 0015-5600-60 | Bottle of 100 tablets | $ 88.97 | $93.65 |
| 5600-80 | 0015-5600-80 | Bottle of 500 tablets | $432.90 | $455.68 |
| 5601-60 | 0015-5601-60 | 16 oz bottle of syrup | $ 51.16 | $53.85 |
| 5616-60 | 0015-5616-60 | 16 oz bottle of pediatric syrup | $ 47.55 | $50.05 |
| 5615-30 | 0015-5615-30 | 30 mL bottle of pediatric drops | $ 20.09 | $21.15 |

**NITRAZINE® Paper**
(phenaphthazine paper)

| | | | |
|---|---|---|---|
| 0526-20 | 0003-0526-20 | 1 roll(15 feet) with dispenser | $ 18.43 | $18.43 |
| 0526-50 | 0003-0526-50 | 1 filled disp. w/4x15 ft refills | $ 62.62 | $62.62 |

**NYDRAZID®**
(isoniazid injection, USP)

| | | | |
|---|---|---|---|
| 0643-50 | 0003-0643-50 | 100 mg/mL, 10 mL vial | S 13.31 | $13.31 |

**PROLIXIN® ELIXIR**
(fluphenazine hydrochloride elixir, USP)

| | | | |
|---|---|---|---|
| 0820-30 | 0003-0820-30 | 0.5 mg/mL, 60 mL dropper bottle | S 16.75 | $17.65 |
| 0820-50 | 0003-0820-50 | 473 mL bottle | $133.54 | $140.57 |

**PROLIXIN® TABLETS**
(fluphenazine hydrochloride tablets, USP)

| | | | |
|---|---|---|---|
| 0863-50 | 0003-0863-50 | 1 mg tablet, bottle of 100 | $ 76.93 | $80.98 |
| 0864-50 | 0003-0864-50 | 2.5 mg tablet, bottle of 100 | $109.10 | $114.84 |
| 0877-50 | 0003-0877-50 | 5 mg tablet, bottle of 100 | $140.73 | $148.14 |
| 0956-50 | 0003-0956-50 | 10 mg tablet, bottle of 100 | $183.17 | $192.81 |

**PROLIXIN® ORAL CONCENTRATE**
(fluphenazine hydrochloride oral solution)

| | | | |
|---|---|---|---|
| 0801-10 | 0003-0801-10 | 5 mg/mL, 120 mL bottle | $105.37 | $110.92 |

**PRONESTYL®**
(procainamide hydrochloride capsules, USP)

| | | | |
|---|---|---|---|
| 0758-50 | 0003-0758-50 | 250 mg capsule, bottle of 100 | $ 50.95 | $53.63 |
| 0756-50 | 0003-0756-50 | 375 mg capsule, bottle of 100 | $ 70.65 | $74.37 |
| 0757-50 | 0003-0757-50 | 500 mg capsule, bottle of 100 | $ 91.74 | $96.57 |

**PRONESTYL®**
(procainamide hydrochloride tablets, USP)

| | | | |
|---|---|---|---|
| 0431-50 | 0003-0431-50 | 250 mg tablet, bottle of 100 | $ 50.95 | $53.63 |
| 0434-50 | 0003-0434-50 | 375 mg tablet, bottle of 100 | $ 70.65 | $74.37 |
| 0438-50 | 0003-0438-50 | 500 mg tablet, bottle of 100 | $ 91.74 | $96.57 |

**PRONESTYL-SR® Tablets**
(procainamide hydrochloride tablets)

3

BNY/PLBI007/075/0000005

Trade Secret/
FOIA Confidential

BMS — 0009044

HIGHLY CONFIDENTIAL

BMSAWP/0000471

| | | | | |
|---|---|---|---|---|
| 0775-50 | 0003-0775-50 | 500 mg tablet, bottle of 100 | $ 60.92 | $64.13 |
| | | **SPEC-T®** | | |
| 0813-51 | 0003-0813-51 | Sore throat/cough suppressant lozenge, carton of 16 | $ 1.81 | $1.81 |
| 0841-51 | 0003-0841-51 | Sore throat/decongestant lozenge, carton of 16 | $ 1.81 | $1.81 |
| 0848-11 | 0003-0848-11 | Sore throat anesthetic lozenge, carton of 16 | $ 1.81 | $1.81 |
| | | **VASODILAN®** (isoxsuprine Hcl tablets, USP) | | |
| 0543-50 | 0087-0543-01 | 10 mg tablet, btl of 100 | $ 28.37 | $29.86 |
| 0544-01 | 0087-0544-01 | 20 mg tablet, btl of 100 | $ 45.45 | $47.84 |
| | | **PRIMARY CARE** | | |
| | | **CORGARD®** (nadolol, USP) | | |
| 0232-50 | 0003-0232-50 | 20 mg tablet, btl of 100 | $ 95.59 | $100.62 |
| 0232-51 | 0003-0232-51 | 20 mg tablet, Unimatic(R) | | |
| | | Unit Dose Pack of 100 | $ 103.22 | $108.65 |
| 0207-50 | 0003-0207-50 | 40 mg tablet, btl of 100 | $ 112.08 | $117.98 |
| 0207-53 | 0003-0207-53 | 40 mg tablet, Unimatic(R) | | |
| | | Unit Dose Pack of 100 | $ 120.96 | $127.33 |
| 0207-76 | 0003-0207-76 | 40 mg tablet, btl of 1000 | $1,097.87 | $1155.65 |
| 0241-50 | 0003-0241-50 | 80 mg tablet, btl of 100 | $ 153.67 | $161.76 |
| 0241-76 | 0003-0241-76 | 80 mg tablet, btl of 1000 | $1,505.16 | $1584.38 |
| 0208-50 | 0003-0208-50 | 120 mg tablet, btl of 100 | $ 200.28 | $210.82 |
| 0246-49 | 0003-0246-49 | 160 mg tablet, btl of 100 | $ 222.75 | $234.47 |
| | | **CORZIDE®** (nadolol/bendroflumethiazide, USP) | | |
| 0283-50 | 0003-0283-50 | 40 mg/5 mg tablet, btl of 100 | $ 129.14 | $135.94 |
| 0284-50 | 0003-0284-50 | 80 mg/5 mg tablet, btl of 100 | $ 170.38 | $179.35 |
| | | **QUESTRAN®** (cholestyramine for oral suspension, USP) Powder | | |
| 0580-11 | 0087-0580-11 | Box of 60 packets | $ 80.96 | $85.22 |
| 0580-12 | 0087-0580-05 | 378 g can | $ 35.46 | $37.33 |
| | | **QUESTRAN® Light** (Cholestyramine for oral suspensio, USP) Powder | | |
| 0589-03 | 0087-0589-03 | Box of 60 packets | $ 80.96 | $85.22 |
| 0589-01 | 0087-0589-01 | 210 g can | $ 35.46 | $37.33 |
| | | **WESTWOOD-SQUIBB™ PHARMACEUTICALS, INC.** | | |
| | | **DOVONEX®** (calcipotriene cream) | | |
| 0260-03 | 0087-0260-03 | 0.005%, Cream, 30 g tube | $ 35.03 | $35.03 |
| 0260-06 | 0087-0260-06 | 0.005%, Cream, 60 g tube | $ 70.03 | $70.03 |
| 0260-10 | 0087-0260-10 | 0.005%, Cream, 100 g tube | $ 116.73 | $116.73 |
| | | **DOVONEX®** | | |

4

Trade Secret/
FOIA Confidential

BMY/PLB/007/075/0090008

BMS — 0009045

HIGHLY CONFIDENTIAL

BMSAWP/0000472

| | | | | |
|---|---|---|---|---|
| | | (calcipotriene ointment) | | |
| 2540-03 | 0087-2540-03 | 0.005%, Ointment, 30 g tube | $ 35.03 | $35.03 |
| 2540-06 | 0087-2540-06 | 0.005%, Ointment, 60 g tube | $ 70.03 | $70.03 |
| 2540-10 | 0087-2540-10 | 0.005%, Ointment, 100 g tube | $116.73 | $116.73 |
| | | DOVONEX® SCALP SOLUTION | | |
| | | (calcipotriene solution) | | |
| 1160-06 | 0072-1160-06 | 0.005%, Solution, 60 mL bottle | $ 67.34 | $67.34 |
| | | LAC-HYDRIN® 12% | | |
| | | (ammonium lactate) | | |
| 5712-08 | 0072-5712-08 | Lotion, 225 g bottle | $24.85 | $24.85 |
| 5712-14 | 0072-5712-14 | Lotion, 400 g bottle | $39.12 | $39.12 |
| | | LAC-HYDRIN® 12% | | |
| | | (ammonium lactate cream) | | |
| 5730-28 | 0072-5730-28 | Cream, 280 g (2 – 140 g tubes) | $ 27.02 | $27.02 |
| | | WESTCORT® | | |
| | | (hydrocortisone valerate) | | |
| 8100-15 | 0072-8100-15 | 0.2% Cream, 15 g tube | $ 12.16 | $12.16 |
| 8100-45 | 0072-8100-45 | 0.2% Cream, 45 g tube | $ 25.22 | $25.22 |
| 8100-60 | 0072-8100-60 | 0.2% Cream, 60 g tube | $ 30.34 | $30.34 |
| 7800-15 | 0072-7800-15 | 0.2% Ointment, 15 g tube | $ 12.16 | $12.16 |
| 7800-45 | 0072-7800-45 | 0.2% Ointment, 45 g tube | $ 25.22 | $25.22 |
| 7800-60 | 0072-7800-60 | 0.2% Ointment, 60 g tube | $ 30.34 | $30.34 |

5

BMY/PLB/0071075/0000007

Trade Secret/
FOIA Confidential

BMS — 0009046

HIGHLY CONFIDENTIAL

BMSAWP/0000473

 **Bristol-Myers Squibb Company**

**U.S. Pharmaceuticals**



| | |
|---|---|
| TO: | Connie Westbrook |
| Fax#: | 317-469-5252 |
| Re: | **Price Adjustment Notification** |
| Date: | June 12, 1998 |
| Pages: | 6, including cover sheet. |

Dear Connie:

Effective June 12, 1998 Bristol-Myers Squibb U.S. Pharmaceutical Group has increased prices on selected products. These products can be found on the price lists entitled Apothecon®, Primary Care and Westwood Squibb™ Pharmaceuticals, Inc.

The pages which follow contain the updated pricing for the affected products. Please use this information to update the National Drug Data Files.

*Please supply AWP's for these products once the information has been processed through your database.*

If you do not receive all of these pages or have any questions, please do not hesitate to give me a call.

Thank you,

Barbara

*From the desk of...*

Barbara Goetz

BRISTOL-MYERS SQUIBB COMPANY
777 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

609 897 4780
Fax 609 897 5996

**Trade Secret/
FOIA Confidential**

BMS — 0000047

BMY/PLB/D07/075/0000008

**HIGHLY CONFIDENTIAL**

BMSAWP/0000474

P. 1

* * * TRANSMISSION RESULT REPORT ( JUN.12.1998  9:22AM ) * * *

TTI  609 897-5996

| DATE | TIME | ADDRESS | MODE | TIME | PAGE RESULT PERS. NAME | FILE |
|------|------|---------|------|------|------------------------|------|
| JUN.12. | 9:20AM | 317 469 5252 | TES | 2'36" | P. 6  OK | 949 |

```
$ : BATCH           C : CONFIDENTIAL    $ : TRANSFER      P : POLLING
M : MEMORY          L : SEND LATER      0 : FORWARDING    E : ECM
S : STANDARD        D : DETAIL          F : FINE          > : REDUCTION
```

Trade Secret/
FOIA Confidential

BMS — 0009048

BMY/PLB/007/07570000009

BMSAWP/0000475

HIGHLY CONFIDENTIAL



**Bristol-Myers Squibb Company**

U.S. Pharmaceuticals



| | |
|---|---|
| TO: | Carol Flanagan |
| Fax#: | 201-358-1756 |
| Re: | Price Adjustment Notification |
| Date: | June 12, 1998 |
| Pages: | 6, including cover sheet. |

Dear Carol:

Effective June 12, 1998 Bristol-Myers Squibb U.S. Pharmaceutical Group has increased prices on selected products. These products can be found on the price lists entitled Apothecon®, Primary Care and Westwood Squibb™ Pharmaceuticals, Inc.

The pages which follow contain the updated pricing for the affected products. Please use this information to update the National Drug Data Files.

*Please supply AWP's for these products once the information has been processed through your database.*

If you do not receive all of these pages or have any questions, please do not hesitate to give me a call.

Thank you.

Barbara

From the desk of...

Barbara Goetz

BRISTOL-MYERS SQUIBB COMPANY
777 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

609 897 4780
Fax 609 897 5996

BMY/PLB/0037075/0000010

**Trade Secret/
FOIA Confidential**

**BMS — 0009049**

HIGHLY CONFIDENTIAL

BMSAWP/0000476

```
P. 1
* * * TRANSMISSION RESULT REPORT ( JUN.12.1998  9:30AM ) * * *  *
                                              TTI  609 897 5995
```

| DATE | TIME | ADDRESS | MODE | TIME | PAGE RESULT PERS. NAME | FILE |
|------|------|---------|------|------|------------------------|------|
| JUN.12. | 9:28AM | REDBOOK | TES | 2'08" | P. 6  OK | 958 |

```
♣ : BATCH          C : CONFIDENTIAL     $ : TRANSFER        P : POLLING
M : MEMORY         L : SEND LATER       @ : FORWARDING      E : ECM
S : STANDARD       D : DETAIL           F : FINE            > : REDUCTION
```

BMY/PLB/007/073/0000011

Trade Secret/
FOIA Confidential

BMS — 0009050

HIGHLY CONFIDENTIAL

BMSAWP/0000477

# EXHIBIT 4

 **Bristol-Myers Squibb Company**

**U.S. Pharmaceuticals**



| | |
|---|---|
| TO: | Cathy Gutgesell |
| Fax#: | 415-827-4578 |
| Re: | Price Adjustment Notification |
| Date: | September 12, 1997 |
| Pages: | 6 , including cover sheet. |

Dear Cathy,

Effective September 12, 1997, Bristol-Myers Squibb U.S. Pharmaceutical Group is adjusting prices for selected items found on the Apothecon®, Bristol-Myers Squibb Oncology/Immunology and Primary Care price lists.

The pages which follow contain the new prices.

*Please supply AWP's for these products once they have been processed through your database.*

If you do not receive these pages or have any questions, please do not hesitate to give me a call.

Thank you,

Barbara

From the desk of...

Barbara Goetz

BRISTOL-MYERS SQUIBB COMPANY
777 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

609 897 4780

PLB/007

BMY0001421

Trade Secret CONFIDENTIAL

BMS1OIG/7:000122

HIGHLY CONFIDENTIAL

EXHIBIT

BMSAWP/0005335

P. 1

* * * TRANSMISSION RESULT REPORT ( SEP.11.1997  9:17PM ) * * *

TTI  609 897 5996

| DATE | TIME | ADDRESS | MODE | TIME | PAGE RESULT PERS. NAME | FILE |
|------|------|---------|------|------|------------------------|------|
| SEP.11. | 9:14PM | 415 827 4578 | TES | 3'22" | P. 6  OK | 365 |

♦ : BATCH
M : MEMORY
S : STANDARD

C : CONFIDENTIAL
L : SEND LATER
D : DETAIL

* : TRANSFER
@ : FORWARDING
F : FINE

P : POLLING
E : ECM
> : REDUCTION

BMY0001422                          PLB/007

Trade Secret CONFIDENTIAL          BMS1OIG/7:000123

                                                BMSAWP/0005336

HIGHLY CONFIDENTIAL



**Bristol-Myers Squibb Company**

U.S. Pharmaceuticals



TO:        Connie Westbrook
Fax#:      317-469-5252
Re:        **Price Adjustment Notification**
Date:      September 12, 1997
Pages:     6 . including cover sheet.

Dear Connie,

Effective September 12, 1997, Bristol-Myers Squibb U.S. Pharmaceutical Group is adjusting prices for selected items found on the Apothecon®, Bristol-Myers Squibb Oncology/Immunology and Primary Care price lists.

The pages which follow contain the new prices.

*Please supply AWP's for these products once they have been processed through your database.*

If you do not receive these pages or have any questions, please do not hesitate to give me a call.

Thank you,

Barbara

From the desk of...

Barbara Goetz

BRISTOL-MYERS SQUIBB COMPANY
777 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

609 897 4780

BMY0001423

PLB/007
Trade Secret CONFIDENTIAL

BMS1OIG/7:000124

HIGHLY CONFIDENTIAL

BMSAWP/0005337

P. 1

\* \* \* TRANSMISSION RESULT REPORT ( SEP.11.1997  '9:12PM ) \* \* \*

TTI  609 897 5996

| DATE | TIME | ADDRESS | MODE | TIME | PAGE RESULT PERS. NAME | FILE |
|------|------|---------|------|------|------------------------|------|
| SEP.11. | 9:08PM | 317 469 5252 | TES | 3'24" | P. 6  OK | 364 |

| | | | | |
|---|---|---|---|---|
| ♦ : BATCH | C : CONFIDENTIAL | ¾ : TRANSFER | P : POLLING |
| M : MEMORY | L : SEND LATER | ✆ : FORWARDING | E : ECM |
| S : STANDARD | D : DETAIL | F : FINE | > : REDUCTION |

BMY0001424

PLB/007

Trade Secret CONFIDENTIAL

BMS1OIG/7:000125

BMSAWP/0005338

HIGHLY CONFIDENTIAL



## Bristol-Myers Squibb Company

**U.S. Pharmaceuticals**

# PRICING SUPPORT

TO:        Carol Flanagan
Fax#:      201-358-1756
Re:        **Price Adjustment Notification**
Date:      September 12, 1997
Pages:     *6* , including cover sheet.

Dear

Effective September 12, 1997, Bristol-Myers Squibb U.S. Pharmaceutical Group is adjusting prices for selected items found on the Apothecon®, Bristol-Myers Squibb Oncology/Immunology and Primary Care price lists.

The pages which follow contain the new prices.

*Please supply AWP's for these products once they have been processed through your database.*

If you do not receive these pages or have any questions, please do not hesitate to give me a call.

Thank you.

Barbara

*From the desk of...*

*Barbara Goetz*

BRISTOL-MYERS SQUIBB COMPANY
777 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

609 897 4780

BMY0001425

PLB/D07
Trade Secret CONFIDENTIAL

BMS10IG/7:000126

HIGHLY CONFIDENTIAL

BMSAWP/0005339

P. 1

\* \* \* TRANSMISSION RESULT REPORT ( SEP.11.1997  9:06PM ) \* \* \*

TTI  609 897 5996

| DATE | TIME | ADDRESS | MODE | TIME | PAGE | RESULT | PERS. NAME | FILE |
|------|------|---------|------|------|------|--------|-----------|------|
| SEP.11. | 9:03PM | REDBOOK | TES | 3'15" | P. 6 | OK | | 363 |

| | | | | |
|---|---|---|---|---|
| **\* : BATCH** | **C : CONFIDENTIAL** | **\$ : TRANSFER** | **P : POLLING** |
| **M : MEMORY** | **L : SEND LATER** | **@ : FORWARDING** | **E : ECM** |
| **S : STANDARD** | **D : DETAIL** | **F : FINE** | **> : REDUCTION** |

BMY0001425

PLB/007
Trade Secret CONFIDENTIAL

BMS1OIG/7:000127

BMSAWP/0005340

HIGHLY CONFIDENTIAL

BRISTOL-MYERS SQUIBB U.S. PHARMACEUTICAL GROUP
PRICE INCREASE
EFFECTIVE SEPTEMBER 12, 1997

| BMS NDC Number | Item Number | Product Name | Unit Size Description | 9-12-97 Wholesale Price Per Unit | 9-12-97 Direct/ Hospital Price Per Unit |
|---|---|---|---|---|---|
| BMSOI | | | | | |
| 0015-3012-28 | 0012-97 | BICNU® | 100 mg/vials, 3 mL diluent/vial | $74.35 | $74.35 |
| 0015-3034-10 | 3034-10 | CEENU® | Dose-Pack | $73.01 | $73.01 |
| 0015-3030-20 | 3030-20 | CEENU® | Stock Package (cartoned), 10 mg capsules, bottle of 20 | $79.04 | $79.04 |
| 0015-3031-20 | 3031-20 | CEENU® | Stock Package (cartoned), 40 mg capsules, bottle of 20 | $238.04 | $238.04 |
| 0015-3032-20 | 3032-20 | CEENU® | Stock Package (cartoned), 100 mg capsules, bottle of 20 | $452.60 | $452.60 |
| 0015-3404-30 | 3404-30 | LYSODREN® | 500 mg tablets, bottle of 100 | $161.38 | $161.38 |
| 0015-3214-30 | 3214-30 | PARAPLATIN® | 50 mg vial (cartoned) | $74.77 | $74.77 |
| 0015-3214-30 | 3214-30 | PARAPLATIN® | 150 mg vial (cartoned) | $224.26 | $224.26 |
| 0015-3216-30 | 3216-30 | PARAPLATIN® | 450 mg vial (cartoned) | $672.79 | $672.79 |
| 0015-3220-27 | 3220-27 | PLATINOL®-AQ | 50 mg vial (cartoned), with CytoShield® | $166.00 | $166.00 |
| 0015-3220-28 | 3220-28 | PLATINOL®-AQ | 50 mg vial (cartoned), with CytoShield® VHA* | $166.00 | $166.00 |
| 0015-3221-37 | 3221-37 | PLATINOL®-AQ | 100 mg vial (cartoned), with CytoShield® | $311.88 | $311.88 |
| 0015-3221-25 | 3221-25 | PLATINOL®-AQ | 100 mg vial (cartoned)/CytoShield® VHA* | $311.88 | $311.88 |
| 0015-3091-43 | 3091-43 | VEPESID® | 50 mg capsules (blister pack), carton of 20 | $628.34 | $628.34 |
| 0015-3075-19 | 3075-19 | VUMON® | 50 mg/5 mL ampule | $140.69 | $140.69 |
| 0015-3075-97 | 3075-97 | VUMON® | 50 mg/5 mL ampule (10 ampules) | $1,406.90 | $1,406.90 |
| 0015-0304-01 | 0304-01 | CYTOXAN® TABLETS | 25 mg tablets, bottle of 1000 | $144.82 | $144.82 |
| 0015-0503-01 | 0503-01 | CYTOXAN® TABLETS | 50 mg tablets, bottle of 100 | $265.77 | $265.77 |
| 0015-0500-20 | 0500-20 | CYTOXAN® TABLETS | 50 mg tablets, bottle of 1000 | $2,551.32 | $2,551.32 |
| 0015-3526-28 | 3526-28 | IFEX® AND MESNEX® | 1 g single dose vial Ifex, 3-1 g multidose vial Mesnex | $693.37 | $693.37 |
| 0015-3564-31 | 3564-31 | IFEX® AND MESNEX® | 2-3 g single dose vial Ifex, 6-1 g multidose vial Mesnex | $1,005.50 | $1,005.50 |
| 0015-3564-27 | 3564-27 | IFEX® AND MESNEX® | 10-1 g single dose vial Ifex, 10-1 g multidose vial Mesnex | $1,676.83 | $1,676.83 |
| 0015-3963-03 | 3963-03 | MESNEX® | 1-1 multidose vial Mesnex | $100.17 | $100.17 |
| 0015-3963-03 | 3963-03 | MESNEX® | 10-1 multidose vial Mesnex | $1,301.70 | $1,301.70 |
| 0015-0500-42 | 0500-42 | MEGACE® ORAL SUSPENSION | 8 fl oz bottle | $98.65 | $98.65 |
| 0003-0690-50 | 0690-50 | TESLAC® | 50 mg tablets, bottle of 100 | $118.04 | $118.04 |
| APOTHECON | | | | | |
| 0087-0775-41 | 0775-41 | DESYREL® | 50 mg tablet, bottle of 100 | $131.69 | $139.83 |
| 0087-0776-43 | 0776-43 | DESYREL® | 50 mg tablet, bottle of 1000 | $1,146.90 | $1,206.27 |
| 0087-0775-41 | 0775-41 | DESYREL® | 50 mg label, Unit Dose box of 100 | $140.54 | $147.94 |
| 0087-0776-41 | 0776-41 | DESYREL® | 100 mg tablet, bottle of 100 | $230.47 | $242.60 |

BMY0001427

Trade Secret CONFIDENTIAL
BMS1OIG/7:000128
HIGHLY CONFIDENTIAL
BMSAWP/0005341

BRISTOL-MYERS SQUIBB U.S. PHARMACEUTICAL GROUP
PRICE INCREASE
EFFECTIVE SEPTEMBER 12, 1997

| BMS NDC Number | Item Number | Product Name | Unit Size/Description | 9-12-97 Wholesale Price Per Unit | 9-12-97 Direct/ Hospital Price Per Unit |
|---|---|---|---|---|---|
| 0087-0778-43 | 0778-03 | DESYREL® | 100 mg tablet, bottle of 1000 | $2,002.61 | $2,108.01 |
| 0087-0778-42 | 0778-02 | DESYREL® | 100 mg tablet, Unit Dose box of 100 | $245.40 | $238.32 |
| 0087-0778-43 | 0778-03 | DESYREL®DIVIDOSE® | 150 mg tablet, bottle of 100 | $198.56 | $209.00 |
| 0087-0778-44 | 0778-04 | DESYREL®DIVIDOSE® | 150 mg tablet, bottle of 500 | $955.17 | $962.28 |
| 0087-0799-41 | 0799-01 | DESYREL®DIVIDOSE® | 300 mg tablet, bottle of 100 | $353.39 | $371.99 |
| 0003-2632-50 | 2632-50 | CORGARD® | 20 mg tablet, bottle of 100 | $91.04 | $95.83 |
| 0003-2632-51 | 2632-51 | CORGARD® UNIMATIC® Unit Dose Pack of 100 | $98.30 | $103.47 |
| 0003-2207-50 | 2207-50 | CORGARD® | 40 mg tablet, bottle of 100 | $106.74 | $112.36 |
| 0003-2207-53 | 2207-53 | CORGARD® UNIMATIC® Unit Dose Pack of 100 | $115.20 | $121.26 |
| 0003-2207-76 | 2207-76 | CORGARD® | 40 mg tablet, bottle of 1000 | $1,045.59 | $1,100.62 |
| 0003-2241-50 | 2241-50 | CORGARD® | 80 mg tablet, bottle of 100 | $146.35 | $154.05 |
| 0003-2241-76 | 2241-76 | CORGARD® | 80 mg tablet, bottle of 1000 | $1,433.49 | $1,509.94 |
| 0003-2208-76 | 2208-76 | CORGARD® | 120 mg tablet, bottle of 1000 | $1,805.46 | $1,963.66 |
| 0003-2245-49 | 2245-49 | CORGARD® | 160 mg tablet, bottle of 100 | $212.14 | $223.31 |
| 0003-2283-50 | 2283-50 | CORZIDE® | 40 mg/5 mg tablet, bottle of 100 | $122.99 | $129.46 |
| 0003-2284-50 | 2284-50 | CORZIDE® | 80 mg/5 mg tablet, bottle of 100 | $162.27 | $170.81 |
| 0003-0429-30 | 0429-30 | FLORINEF® ACETATE | 0.1 mg tablet, bottle of 100 | $42.45 | $42.46 |
| 0003-0261-44 | 0261-44 | KENALOG® | 63 g Spray Aerosol Can | $21.95 | $23.10 |
| 0003-2906-20 | 2906-20 | KENALOG® | 0.1%, Cream, 15 g tube | $9.88 | $10.40 |
| 0003-0505-48 | 0505-48 | KENALOG® | 0.1%, Cream, 60 g tube | $24.07 | $25.34 |
| 0003-0505-49 | 0505-49 | KENALOG® | 0.1%, Cream, 80 g tube | $29.10 | $30.63 |
| 0003-0593-80 | 0593-80 | KENALOG® | 0.1%, Cream, 2.38 kg jar | $125.99 | $132.27 |
| 0003-1485-20 | 1485-20 | KENALOG® | 0.5%, Cream, 20 g tube | $32.88 | $34.61 |
| 0003-0115-20 | 0115-20 | KENALOG® | 0.025%, Lotion, 60 mL bottle | $27.67 | $29.13 |
| 0003-0502-70 | 0502-70 | KENALOG® | 0.1%, Lotion, 60 mL bottle | $31.06 | $32.69 |
| 0003-0506-20 | 0506-20 | KENALOG® | 0.1%, Ointment, 15 g tube | $9.87 | $10.39 |
| 0003-0506-58 | 0506-58 | KENALOG® | 0.1%, Ointment, 60 g tube | $23.82 | $25.07 |
| 0003-0506-60 | 0506-60 | KENALOG® | 0.1%, Ointment, 240 g jar | $84.68 | $89.11 |
| 0003-0494-01 | 0494-01 | KENALOG IN ORABASE® | 0.1%, 5 g tube | $15.01 | $15.80 |
| 0003-0494-20 | 0494-20 | KENALOG®-10 | 10 mg/mL, 5 mL vial | $8.25 | $8.25 |
| 0003-0180-05 | 0180-05 | KENALOG®-40 | 40 mg/mL, 1 mL vial | $4.84 | $4.84 |
| 0003-0283-20 | 0283-20 | KENALOG®-40 | 40 mg/mL, 5 mL vial | $20.45 | $20.45 |
| 0003-0293-28 | 0293-28 | KENALOG®-40 | 40 mg/mL, 10 mL vial | $36.65 | $38.85 |

BMY0001428

Trade Secret CONFIDENTIAL

BMS1OIG/7:000129

HIGHLY CONFIDENTIAL

BMSAWP/0005342

BRISTOL-MYERS SQUIBB U.S. PHARMACEUTICAL GROUP
PRICE INCREASE
EFFECTIVE SEPTEMBER 12, 1997

| BMS NDC Number | Item Number | Product Name | Unit Size/ Description | 8-12-97 Wholesale Price Per Unit | 8-12-97 Direct/ Hospital Price Per Unit |
|---|---|---|---|---|---|
| 0087-0770-41 | 0770-01 | KLOTRIX® | Bottle of 100 | $21.84 | $22.00 |
| 0087-0770-43 | 0770-03 | KLOTRIX® | Box of 100 Unit Dose | $26.37 | $27.76 |
| 0087-0770-42 | 0770-02 | KLOTRIX® | Bottle of 1000 | $211.98 | $222.82 |
| 0087-0760-01 | 0760-01 | KLYTE® | Box of 30 labels | $26.14 | $27.82 |
| 0087-0760-08 | 0760-08 | KLYTE® | Box of 100 labels | $82.71 | $87.08 |
| 0087-0761-01 | 0761-01 | KLYTE® | Box of 30 labels | $26.14 | $27.82 |
| 0087-0761-03 | 0761-03 | KLYTE® | Box of 30 labels | $26.14 | $27.82 |
| 0087-0761-08 | 0761-08 | KLYTE® | Box of 100 labels | $82.71 | $87.08 |
| 0087-0771-03 | 0771-03 | KLYTE® DS | Box of 100 tablets | $145.31 | $154.12 |
| 0087-0771-41 | 0771-01 | KLYTE® DS | Box of 30 tablets | $47.08 | $49.64 |
| 0087-0771-42 | 0771-02 | KLYTE® DS | Box of 100 tablets | $141.14 | $148.67 |
| 0087-0766-41 | 0766-01 | KLYTE/CL® | Box of 30 labels | $26.14 | $27.52 |
| 0087-0766-43 | 0766-03 | KLYTE/CL® | Box of 100 labels | $82.71 | $87.08 |
| 0087-0767-41 | 0767-01 | KLYTE/CL® | Box of 30 labels | $26.14 | $27.52 |
| 0087-0767-43 | 0767-03 | KLYTE/CL® | Box of 100 labels | $82.71 | $87.08 |
| 0087-0759-41 | 0759-01 | KLYTE/CL 50 | Box of 30 tablets | $47.08 | $49.64 |
| 0087-0972-03 | 0972-08 | MUCOMYST®-10 | 4 mL Vial, Unit Dose, box of 12 | $96.35 | $101.42 |
| 0087-0972-01 | 0972-01 | MUCOMYST®-10 | 10 mL vial, box of 3 | $57.90 | $60.93 |
| 0087-0972-02 | 0972-02 | MUCOMYST®-10 | 30 mL vial, box of 3 | $167.08 | $186.32 |
| 0087-0970-03 | 0970-08 | MUCOMYST® | 4 mL Vial, Unit Dose, box of 12 | $116.65 | $121.74 |
| 0087-0970-01 | 0970-01 | MUCOMYST® | 10 mL vial, box of 3 | $69.24 | $72.98 |
| 0087-0970-09 | 0970-28 | MUCOMYST® | 30 mL vial, box of 3 | $188.71 | $199.89 |
| 0003-0586-30 | 0586-30 | MYCOLOG®-II | 15 g tube, Cream | $13.02 | $13.71 |
| 0003-0584-30 | 0584-30 | MYCOLOG®-II | 30 g tube, Cream | $22.01 | $23.17 |
| 0003-0486-85 | 0486-85 | MYCOLOG®-II | 60 g tube, Ointment | $37.88 | $39.66 |
| 0003-0480-53 | 0480-53 | MYCOSTATIN® | 500,000 U tablets, bottle of 100 | $47.88 | $41.85 |
| 0003-0489-60 | 0489-60 | MYCOSTATIN® | 100,000 U/mL, oral suspension 60 mL | $13.89 | $14.63 |
| 0003-0486-10 | 0486-10 | MYCOSTATIN® | 100,000 U/mL, oral suspension 16 oz | $116.76 | $116.76 |
| 0015-5600-39 | 5600-39 | NALDECON® | Bottle of 100 tablets | $84.73 | $89.19 |
| 0015-5600-60 | 5600-60 | NALDECON® | Bottle of 500 tablets | $412.29 | $433.99 |

BMY0001429

Trade Secret CONFIDENTIAL

BMS1OIG/7:000130

HIGHLY CONFIDENTIAL

BMSAWP/0005343

BRISTOL-MYERS SQUIBB U.S. PHARMACEUTICAL GROUP
PRICE INCREASE
EFFECTIVE SEPTEMBER 12, 1997

| BMS NDC Number | Item Number | Product Name | Unit Size/Description | 9-12-97 Wholesale Price Per Unit | 9-12-97 Direct/Hospital Price Per Unit |
|---|---|---|---|---|---|
| 0015-5601-50 | 8601-50 | NALDECON® | 16 oz bottle of syrup | $46.72 | $51.26 |
| 0015-5616-60 | 5616-60 | NALDECON® | 16 oz bottle of pediatric syrup | $43.29 | $47.87 |
| 0015-5615-30 | 5615-30 | NALDECON® | 30 mL bottle of pediatric drops | $19.13 | $20.14 |
| 0003-0606-50 | 0606-50 | NATURETIN®-5 | 5 mg tablet, bottle of 100 | $78.42 | $90.44 |
| 0003-0618-50 | 0618-50 | NATURETIN®-10 | 10 mg tablet, bottle of 100 | $117.61 | $123.60 |
| 0003-0611-50 | 0611-50 | NIACIN TABLETS, USP | 50 mg tablet, bottle of 100 | $1.49 | $1.49 |
| 0003-0612-50 | 0612-50 | NIACIN TABLETS, USP | 100 mg tablet, bottle of 100 | $1.73 | $1.73 |
| 0003-0637-50 | 0637-50 | NIACIN TABLETS, USP | 500 mg tablet, bottle of 100 | $5.61 | $5.61 |
| 0003-0025-20 | 0025-20 | NITRAZINE® PAPER | 1 roll (15 feet) with dispenser | $17.55 | $17.55 |
| 0003-0226-50 | 0226-50 | NITRAZINE® PAPER | 1 filled dispenser with 4x15 feet refills | $58.64 | $58.64 |
| 0003-0646-30 | 0646-30 | OPHTHAINE® | 15 mL bottle | $14.30 | $14.30 |
| 0003-0949-15 | 0949-15 | PROLIXIN DECANOATE® | 25 mg/mL, 5 mL, vial | $93.38 | $98.27 |
| 0003-0949-22 | 0949-22 | PROLIXIN DECANOATE® | 25 mg/mL, 1 dose (1 mL) in Unimatic® single-dose syr | $20.94 | $22.04 |
| 0003-0820-30 | 0820-30 | PROLIXIN® ELIXIR | 0.5 mg/mL, 60 mL dropper bottle | $15.95 | $16.79 |
| 0003-0820-05 | 0820-05 | PROLIXIN® ELIXIR | 473 mL bottle | $127.18 | $133.87 |
| 0003-0824-05 | 0824-05 | PROLIXIN ENANTHATE® | 25 mg/mL, 5 mL, vial | $95.93 | $100.66 |
| 0003-0566-30 | 0566-30 | PROLIXIN® INJECTION | 2.5 mg/mL, 10 mL | $51.22 | $53.92 |
| 0003-0683-50 | 0683-50 | PROLIXIN® TABLETS | 1 mg tablet, bottle of 100 | $73.27 | $77.13 |
| 0003-0684-50 | 0684-50 | PROLIXIN® TABLETS | 2.5 mg tablet, bottle of 100 | $103.90 | $109.37 |
| 0003-0877-50 | 0877-50 | PROLIXIN® TABLETS | 5 mg tablet, bottle of 100 | $134.03 | $141.08 |
| 0003-0685-50 | 0685-50 | PROLIXIN® TABLETS | 10 mg tablet, bottle of 100 | $174.46 | $183.63 |
| 0003-0001-10 | 0001-10 | PROLIXIN® ORAL CONCENTRATE | 5 mg/mL, 120 mL bottle | $108.25 | $109.63 |
| 0003-0755-50 | 0755-50 | PRONESTYL® | 250 mg capsule, bottle of 100 | $48.52 | $51.07 |
| 0003-0756-50 | 0756-50 | PRONESTYL® | 375 mg capsule, bottle of 100 | $67.29 | $70.83 |
| 0003-0757-50 | 0757-50 | PRONESTYL® | 500 mg capsule, bottle of 100 | $87.37 | $91.97 |
| 0003-0431-50 | 0431-50 | PRONESTYL® | 250 mg tablet, bottle of 100 | $48.52 | $51.07 |
| 0003-0434-50 | 0434-50 | PRONESTYL® | 375 mg tablet, bottle of 100 | $67.29 | $70.83 |
| 0003-0438-50 | 0438-50 | PRONESTYL® | 500 mg tablet, bottle of 100 | $87.37 | $91.97 |
| 0003-0769-20 | 0769-20 | PRONESTYL® INJECTION | 100 mg/mL, 10 mL vial | $32.80 | $34.53 |
| 0003-1443-04 | 1443-04 | PRONESTYL® INJECTION | 500 mg/mL, 2 mL vial | $32.80 | $34.53 |
| 0003-0775-50 | 0775-50 | PRONESTYL-SR® TABLETS | 500 mg tablet, bottle of 100 | $55.02 | $57.87 |
| 0003-0769-51 | 0769-51 | RAUZIDE® TABLETS | bottle of 100 | $102.17 | $107.55 |
| 0003-0613-51 | 0613-51 | SPEC-T® | Sore throat/cough suppressant lozenge, carton of 16 | $1.72 | $1.72 |

BMY0001430

Trade Secret CONFIDENTIAL

BMS1OIG/7:000131

HIGHLY CONFIDENTIAL

BMSAWP/0005344

BRISTOL-MYERS SQUIBB U.S. PHARMACEUTICAL GROUP
PRICE INCREASE
EFFECTIVE SEPTEMBER 12, 1997

| BMS NDC Number | Item Number | Product Name | Unit Size/ Description | 9-12-97 Wholesale Price Per Unit | 9-12-97 Direct/ Hospital Price Per Unit |
|---|---|---|---|---|---|
| 0003-0044-51 | 0044-51 | SPEC-T® | Sore throat/decongestant lozenge, carton of 16 | $1.72 | $1.72 |
| 0003-0046-11 | 0046-11 | SPEC-T® | Sore throat anesthetic lozenge, carton of 16 | $1.72 | $1.72 |
| 0003-0063-43 | 0063-43 | SUMYCIN® | 250 mg tablet, bottle of 100 | $5.05 | $5.32 |
| 0003-0063-75 | 0063-75 | SUMYCIN® | 250 mg tablet, bottle of 1000 | $46.32 | $48.23 |
| 0003-0063-43 | 0063-43 | SUMYCIN® | 500 mg tablet, bottle of 100 | $9.82 | $10.34 |
| 0003-0063-50 | 0063-50 | SUMYCIN® | 500 mg tablet, bottle of 500 | $45.24 | $47.62 |
| 0003-0635-40 | 0635-40 | THERAGRAN HEMATINIC® | Bottle of 90 tablets | $27.63 | $27.63 |
| 0087-0544-01 | 0544-50 | VASODILAN® | 10 mg tablet, bottle of 100 | $27.02 | $28.44 |
| 0087-0544-01 | 0544-01 | VASODILAN® | 20 mg tablet, bottle of 100 | $43.29 | $45.57 |
| | | | | | |
| **PRIMARY CARE** | | | | | |
| 0003-0450-54 | 0450-54 | CAPOTEN® | 12.5 mg tablet, bottle of 100 | $60.37 | $63.55 |
| 0003-0450-51 | 0450-51 | CAPOTEN® | 12.5 mg tablet, UNIMATIC® Unit Dose Pack of 100 | $60.28 | $63.45 |
| 0003-0450-75 | 0450-75 | CAPOTEN® | 12.5 mg tablet, bottle of 1000 | $597.40 | $628.84 |
| 0003-0455-06 | 0455-06 | CAPOTEN® | 12.5 mg tablet, bottle of 5000 | $3,138.38 | N/A |
| 0003-0452-50 | 0452-50 | CAPOTEN® | 25 mg tablet, bottle of 100 | $65.28 | $68.69 |
| 0003-0452-31 | 0452-31 | CAPOTEN® | 25 mg tablet, UNIMATIC® Unit Dose Pack of 100 | $65.77 | $69.23 |
| 0003-0452-75 | 0452-75 | CAPOTEN® | 25 mg tablet, bottle of 1000 | $645.98 | $670.98 |
| 0003-0452-39 | 0452-39 | CAPOTEN® | 25 mg tablet, bottle of 5000 | $3,391.30 | N/A |
| 0003-0482-50 | 0482-50 | CAPOTEN® | 50 mg tablet, bottle of 100 | $111.62 | $117.61 |
| 0003-0482-31 | 0482-31 | CAPOTEN® | 50 mg tablet, UNIMATIC® Unit Dose Pack of 100 | $111.68 | $117.77 |
| 0003-0482-75 | 0482-75 | CAPOTEN® | 50 mg tablet, bottle of 1000 | $5,613.70 | $1,166.56 |
| 0003-0482-06 | 0482-06 | CAPOTEN® | 50 mg tablet, bottle of 5000 | $5,613.70 | N/A |
| 0003-0466-50 | 0466-50 | CAPOTEN® | 100 mg tablet, bottle of 100 | $149.04 | $166.86 |
| 0087-6060-05 | 6060-05 | GLUCOPHAGE® | 500 mg tablet, bottle of 100 | $44.61 | $46.96 |
| 0087-6070-05 | 6070-05 | GLUCOPHAGE® | 850 mg tablet, bottle of 100 | $76.84 | $78.83 |
| 0087-0590-51 | 0590-51 | QUESTRAN® | Box of 60 packets (each containing 4 g of cholestyramin) | $77.10 | $81.16 |
| 0087-0590-05 | 0590-12 | QUESTRAN® | 378 g can (168 g cholestyramine) | $33.77 | $35.55 |
| 0087-0588-03 | 0588-03 | QUESTRAN® LIGHT | Box of 60 packets (each containing 4 g of cholestyramin) | $77.10 | $81.16 |
| 0087-0588-01 | 0588-01 | QUESTRAN® LIGHT | 210 g can (168 g cholestyramine) | $33.77 | $35.56 |
| 0087-6560-01 | 6560-01 | STADOL NS® | 10 mg/mL, 2.5 mL bottle | $35.56 | $56.52 |

BMYG001431

Trade Secret CONFIDENTIAL

BMS1OIG/7:000132

HIGHLY CONFIDENTIAL

BMSAWP/0005345

 **Bristol-Myers Squibb Company**

**U.S. Pharmaceuticals**



---

TO:       Carol Flanagan
Fax#:     201-358-1756
Re:       **Price Adjustment Notification**
Date:     September 16, 1997
Pages:    1, including cover sheet.

Dear Carol:

Listed below are the new wholesale prices for two Ifex® products which were affected by the September 12, 1997 price increase.

*Please supply AWP's for these products once they have been processed through your database.*

| NDC No. | Product and Unit Size | Wholesale Price Per Unit |
|---------|----------------------|--------------------------|
| 0015-0556-41 | Ifex® 1 g vial | $ 100.19 |
| 0015-0557-41 | Ifex® 3 g vial | $ 300.57 |

If you do not receive these pages or have any questions, please do not hesitate to give me a call.

Thank you,

Barbara

From the desk of...

Barbara Goetz

BRISTOL-MYERS SQUIBB COMPANY
777 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

609 897 4780
Fax 609 897 3996

BMYD001432

PLB/007
Trade Secret CONFIDENTIAL

BMS1OIG/7:000133

HIGHLY CONFIDENTIAL

BMSAWP/0005346

P. 1

* * * TRANSMISSION RESULT REPORT ( SEP.16.1997  9:36AM ) * * *

TTi  609 897-5996

| DATE | TIME | ADDRESS | MODE | TIME | PAGE RESULT PERS. NAME | FILE |
|------|------|---------|------|------|------------------------|------|
| SEP.16. | 9:35AM | REDBOOK | TES | 0'18" | P. 1  OK | 382 |

```
* : BATCH
M : MEMORY
S : STANDARD

C : CONFIDENTIAL
L : SEND LATER
D : DETAIL

$ : TRANSFER
@ : FORWARDING
F : FINE

P : POLLING
E : ECM
) : REDUCTION
```

BMY0001433

PLB/D07
Trade Secret CONFIDENTIAL

BMS1OIG/7:000134

BMSAWP/0005347

HIGHLY CONFIDENTIAL

 **Bristol-Myers Squibb Company**

U.S. Pharmaceuticals



TO:          Connie Westbrook
Fax#:        317-469-5252
Re:          **Price Adjustment Notification**
Date:        September 16, 1997
Pages:       1, including cover sheet.

Dear Connie:

Listed below are the new wholesale prices for two Ifex® products which were affected by the September 12, 1997 price increase.

*Please supply AWP's for these products once they have been processed through your database.*

| NDC No. | Product and Unit Size | Wholesale Price Per Unit |
|---|---|---|
| 0015-0556-41 | Ifex® 1 g vial | $ 100.19 |
| 0015-0557-41 | Ifex® 3 g vial | $ 300.57 |

If you do not receive these pages or have any questions, please do not hesitate to give me a call.

Thank you,

Barbara

From the desk of...

Barbara Goetz

BRISTOL-MYERS SQUIBB COMPANY
777 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

609 897 4780
Fax: 609 897 5996

BNY0001434

PLB/007
**Trade Secret CONFIDENTIAL**

BMS10IG/7:00D135

HIGHLY CONFIDENTIAL

BMSAWP/0005348

P. 1

* * * TRANSMISSION RESULT REPORT ( SEP.16.1997  9:38AM ) * * *

TTI  609 897 5996

| DATE | TIME | ADDRESS | MODE | TIME | PAGE | RESULT | PERS. NAME | FILE |
|------|------|---------|------|------|------|--------|-----------|------|
| SEP.16. | 9:38AM | 317 469 5252 | TES | 8'27" | P. 1 | OK | | 389 |

| | | | | |
|---|---|---|---|---|
| ♦ : BATCH | C : CONFIDENTIAL | $ : TRANSFER | P : POLLING |
| M : MEMORY | L : SEND LATER | @ : FORWARDING | E : ECM |
| S : STANDARD | D : DETAIL | F : FINE | > : REDUCTION |

BMY0001435

PLB/007
Trade Secret CONFIDENTIAL

BMS1OIG/7:000136

HIGHLY CONFIDENTIAL

BMSAWP/0005349



### Bristol-Myers Squibb Company

**U.S. Pharmaceuticals**



---

| | |
|---|---|
| TO: | Cathy Guigesell |
| Fax#: | 415-827-4578 |
| Re: | **Price Adjustment Notification** |
| Date: | September 16, 1997 |
| Pages: | 1, including cover sheet. |

---

Dear Cathy:

Listed below are the new wholesale prices for two Ifex® products which were affected by the September 12, 1997 price increase.

*Please supply AWP's for these products once they have been processed through your database.*

| NDC No. | Product and Unit Size | Wholesale Price Per Unit |
|---|---|---|
| 0015-D556-41 | Ifex® 1 g vial | $ 100.19 |
| 0015-0557-41 | Ifex® 3 g vial | $ 300.57 |

If you do not receive these pages or have any questions, please do not hesitate to give me a call.

Thank you,

Barbara

From the desk of...

Barbara Goetz

BRISTOL-MYERS SQUIBB COMPANY
777 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

609 897 4780
Fax 609 897 5996

BMYD001436     PLB/007     BMS1OIG/7:000137
Trade Secret CONFIDENTIAL

HIGHLY CONFIDENTIAL

BMSAWP/0005350

```
                                                                    P. 1
              * * *  TRANSMISSION RESULT REPORT ( SEP.16.1997  9:40AM ) * * *

                                                             TTI  609 897 5996
   DATE    TIME    ADDRESS              MODE      TIME     PAGE RESULT PERS. NAME        FILE
   SEP.16.  9:39AM           415 827 4578  TES     8'25"   P. 1   OK                    304
```

```
* : BATCH            C : CONFIDENTIAL      $ : TRANSFER        P : POLLING
M : MEMORY           L : SEND LATER        @ : FORWARDING      E : ECM
S : STANDARD         D : DETAIL            F : FINE            > : REDUCTION
```

BMYD001437

PLB/007
Trade Secret CONFIDENTIAL

BMS1OIG/7:000138

BMSAWP/0005351

HIGHLY CONFIDENTIAL

# EXHIBIT 5





# Bristol-Myers Squibb Company

**U.S. Pharmaceutical Operations**

P.O. Box 4500  Princeton, NJ 08543-4500  609 897-2000

September 7, 1993

WYNDY JONES
MEDISPAN
425 WOODFIELD CROSSING BLVD.
INDIANAPOLIS IN  46240-0930

Dear Wyndy:

Bristol-Myers Oncology Division has introduced **VEPESID®** 150 mg vial. Listed
below is the specific product information necessary to establish the AVERAGE
WHOLESALE PRICE (AWP). The product was first sold **JULY 9, 1993.**

| ITEM NUMBER | NDC NUMBER | PRODUCT DESCRIPTION | WHOLESALE PRICE | DIRECT PRICE |
|---|---|---|---|---|
| | | Vepesid® (etoposide VP-16 injection) | | |
| 3084-20 | (0015) 3084-20 | 150 mg/vial | $163.79 | $163.79 |

If you require additional information, I may be reached at
609-897-4741.

Thank you,

Denise M. Kaszuba
Sr. Pricing Analyst

DMK/td

BMS:5:000619

TRADE SECRET/CONFIDENTIAL

**BMS4CA/002360**

BMSAWP/0030828



HIGHLY CONFIDENTIAL



## Bristol-Myers Squibb Company
**U.S. Pharmaceutical Operations**
P.O. Box 4500  Princeton, NJ 08543-4500  609 897-2000

September 7, 1993

BETH RADER
FIRST DATA BANK
1111 BAYHILL DR.
SUITE 350
SAN BRUNO CA  940666

Dear Beth:

Bristol-Myers Oncology Division has introduced **VEPESID®** 150 mg vial.  Listed below is the specific product information necessary to establish the AVERAGE WHOLESALE PRICE (AWP).  The product was first sold **JULY 9, 1993**.

| ITEM NUMBER | NDC NUMBER | PRODUCT DESCRIPTION | WHOLESALE PRICE | DIRECT PRICE |
|---|---|---|---|---|
| | | Vepesid®<br>(etoposide VP-16<br>injection) | | |
| | (0015) | | | |
| 3084-20 | 3084-20 | 150 mg/vial | $163.79 | $163.79 |

If you require additional information, I may be reached at 609-897-4741.

Thank you,

Denise M. Kaszuba
Sr. Pricing Analyst

DMK/td

BMS:5:000020

TRADE SECRET/CONFIDENTIAL

**BMS4CA/002361**

BMSAWP/0030829

HIGHLY CONFIDENTIAL



# Bristol-Myers Squibb Company

U.S. Pharmaceutical Operations

P.O. Box 4500  Princeton, NJ 08543-4500  609 897-2000

September 7, 1993

ENID OLAYAN
MEDICAL ECONOMICS DATA
5 PARAGON DR.
MONTVALE NJ  07645-1742

Dear Enid:

Bristol-Myers Oncology Division has introduced **VEPESID®** 150 mg vial.  Listed
below is the specific product information necessary to establish the AVERAGE
WHOLESALE PRICE (AWP).  The product was first sold **JULY 9, 1993.**

| ITEM NUMBER | NDC NUMBER | PRODUCT DESCRIPTION | WHOLESALE PRICE | DIRECT PRICE |
|---|---|---|---|---|
| | | Vepesid® (etoposide VP-16 injection) | | |
| 3084-20 | (D015) 3084-20 | 150 mg/vial | $163.79 | $163.79 |

If you require additional information, I may be reached at
609-897-4741.

Thank you,

*Denise M. Kaszuba*

Denise M. Kaszuba
Sr. Pricing Analyst

DMK/td

BMS:5:000021

TRADE SECRET/CONFIDENTIAL

**BMS4CA/002362**

BMSAWP/0030830

HIGHLY CONFIDENTIAL



**Bristol-Myers Squibb Company**

**U.S. Pharmaceuticals**

**PRICING SUPPORT**

---

| | |
|---|---|
| **TO:** | Michelle Christopher |
| **Fax#:** | 317-469-5252 |
| **Re:** | **Product Notification** |
| **Date:** | February 26, 1996 |
| **pages:** | 2, including cover sheet. |

---

The following is a copy of a letter sent to you, which contains important product and pricing information.

Please supply AWP's for these products once they have been processed through your database.

If you do not receive these pages or have any questions, please do not hesitate to give me a call.

Thank you,

Awilda

From the desk of....

Awilda Serrano

BRISTOL-MYERS SQUIBB COMPANY
777 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

609 897 4743
Fax: 609 897 5996

BMS:5:000036

TRADE SECRET/CONFIDENTIAL

BMS4CA/002353

BMSAWP/0030831

HIGHLY CONFIDENTIAL

## Bristol-Myers Squibb Company

**U.S. Pharmaceuticals**

P.O. Box 4500  Princeton,  (1)08543-4500  :09 897 2500

February 28, 1996

MEDICAL ECONOMICS DATA
5 Paragon Drive
Montvale, NJ  07645-1742

Attention: Carol Flanagan

Dear Ms. Flanagan:

Bristol-Myers Squibb Oncology/Immunology has added a new item to their Taxol (paclitaxel for injection) line.  Listed below is the product and pricing information required by your organization to update the National Drug Data Files.

| Item No. | NDC No. | Product Description | Wholesale Price Per Unit | Direct Price Per Unit | Ship Date |
|----------|---------|---------------------|--------------------------|-----------------------|-----------|
| | | **TAXOL®** (paclitaxel for injection, concentrate) Semi-synthetic | | | |
| 3476-27 | 0015-3476-27 | 100 mg/17 mL , single dose vial | $487.01 | $487.01 | 02-16-96 |

If you require additional information, I may be reached at 609-897-4743.

Sincerely,

Awilda Serrano
Pricing Support

BHS:5:000037

TRADE SECRET/CONFIDENTIAL

BMS4CA/002364

BMSAWP/0030832

HIGHLY CONFIDENTIAL



**Bristol-Myers Squibb Company**

U.S. Pharmaceuticals

PRICING SUPPORT

| | |
|---|---|
| TO: | Carol Flanagan |
| Fax#: | 201-358-1756 |
| Re: | Product Notification |
| Date: | February 26, 1998 |
| pages: | 2, including cover sheet. |

The following is a copy of a letter sent to you, which contains important product and pricing information.

Please supply AWP's for these products once they have been processed through your database.

If you do not receive these pages or have any questions, please do not hesitate to give me a call.

Thank you,

Awilda

From the desk of...

Awilda Serrano

BRISTOL-MYERS SQUIBB COMPANY
777 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

609 897 4743
Fax: 609 897 5996

BMS:5:000038

TRADE SECRET/CONFIDENTIAL

**BMS4CA/002365**

BMSAWP/0030833

HIGHLY CONFIDENTIAL

## Bristol-Myers Squibb Company

**U.S. Pharmaceuticals**

PO Box 4500  Princeton  (1)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   08807-5900

February 28, 1996

FIRST DATA BANK
Suite 350
1111 Bayhill Drive
San Bruno, CA. 94066

Attention: Beth Rader

Dear Ms. Rader

Bristol-Myers Squibb Oncology/Immunology has added a new item to their Taxol (paclitaxel for injection) line. Listed below is the product and pricing information required by your organization to update the National Drug Data Files.

| Item No. | NDC No. | Product Description | Wholesale Price Per Unit | Direct Price Per Unit | Ship Date |
|----------|---------|---------------------|--------------------------|-----------------------|-----------|
| | | TAXOL® (paclitaxel for injection, concentrate) Semi-synthetic | | | |
| 3476-27 | 0015-3476-27 | 100 mg/17 mL , single dose vial | $487.01 | $487.01 | 02-16-96 |

If you require additional information, I may be reached at 609-897-4743.

Sincerely,

*[signature]*

Awilda Serrano
Pricing Support

BMS:5:000039

**BMS4CA/002366**

TRADE SECRET/CONFIDENTIAL

BMSAWP/0030834

HIGHLY CONFIDENTIAL



### Bristol-Myers Squibb Company

**U.S. Pharmaceuticals**



---

**TO:** Beth Rader
**Fax#:** 415-588-8887
**Re:** Product Notification
**Date:** February 26, 1996
**pages:** 2, including cover sheet.

---

The following is a copy of a letter sent to you, which contains important product and pricing information.

Please supply AWP's for these products once they have been processed through your database.

If you do not receive these pages or have any questions, please do not hesitate to give me a call.

Thank you,

Awilda

From the desk of...

Awilda Serrano

BRISTOL-MYERS SQUIBB COMPANY
777 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

609 897 4743
Fax: 609 897 5996

BMS:5:006040

TRADE SECRET/CONFIDENTIAL

BMS4CA/002367

BMSAWP/0030835

HIGHLY CONFIDENTIAL

# Bristol-Myers Squibb Company

**U.S. Pharmaceuticals**

P.O. Box 4500   Princeton, NJ 08543-4560   609 897 2000

February 26, 1996

MEDISPAN
425 Woodfield Crossing Boulevard
Indianapolis, IN 46240-0930

Attention: Michelle Christopher

Dear Ms. Christopher

Bristol-Myers Squibb Oncology/Immunology has added a new item to their Taxol (paclitaxel for injection) line. Listed below is the product and pricing information required by your organization to update the National Drug Data Files.

| Item No. | NDC No. | Product Description | Wholesale Price Per Unit | Direct Price Per Unit | Ship Date |
|---|---|---|---|---|---|
| | | TAXOL® | | | |
| | | (paclitaxel for injection, concentrate) | | | |
| | | Semi-synthetic | | | |
| 3478-27 | 0015-3478-27 | 100 mg/17 mL , single dose vial | $487.01 | $487.01 | 02-16-96 |

If you require additional information, I may be reached at 609-897-4743.

Sincerely,

*Awilda Serrano*

Awilda Serrano
Pricing Support

BHS:5:000041

TRADE SECRET/CONFIDENTIAL

BMS4CA/002358

BMSAWP/0030836

HIGHLY CONFIDENTIAL

 **Bristol-Myers Squibb Company**

U.S. Pharmaceuticals



| | |
|---|---|
| **TO:** | Carol Flanagan |
| **Fax#:** | 201-358-1758 |
| **Re:** | Product Notification |
| **Date:** | February 28, 1996 |
| **pages:** | 2, including cover sheet. |

The following is a copy of a letter sent to you, which contains important product and pricing information.

Please supply AWP's for these products once they have been processed through your database.

If you do not receive these pages or have any questions, please do not hesitate to give me a call.

Thank you,

Awilda

From the desk of...

Awilda Serrano

BRISTOL-MYERS SQUIBB COMPANY
777 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

609 897 4743
Fax: 609 897 5996

BMS:5:000042

TRADE SECRET/CONFIDENTIAL

BMS4CA/002369

HIGHLY CONFIDENTIAL

BMSAWP/0030837

## Bristol-Myers Squibb Company

**U.S. Pharmaceuticals**

P.O. Box 4500  Princeton, NJ 08543-4500  609 897-2000

February 26, 1996

MEDICAL ECONOMICS DATA
5 Paragon Drive
Montvale, NJ 07645-1742

Attention: Carol Flanagan

Dear Ms. Flanagan:

Bristol-Myers Squibb Oncology/Immunology has added a new item to their Taxol (paclitaxel for injection) line.  Listed below is the product and pricing information required by your organization to update the National Drug Data Files.

| Item No. | NDC No. | Product Description | Wholesale Price Per Unit | Direct Price Per Unit | Ship Date |
|----------|---------|---------------------|--------------------------|-----------------------|-----------|
| | | **TAXOL®** (paclitaxel for injection, concentrate) Semi-synthetic | | | |
| 3476-27 | 0015-3476-27 | 100 mg/17 mL , single dose vial | $487.01 | $487.01 | 02-16-96 |

If you require additional information, I may be reached at 609-897-4743.

Sincerely,

Awilda Serrano
Pricing Support

BMS:5:000043

BMS4CA/002370

TRADE SECRET/CONFIDENTIAL

BMSAWP/0030838

HIGHLY CONFIDENTIAL

P. 1

* * * TRANSMISSION RESULT REPORT ( FEB.26.1996  7:27PM ) * * *

TTI  609 897 5996

| DATE | TIME | ADDRESS | MODE | TIME | PAGE | RESULT | PERS. NAME | FILE |
|------|------|---------|------|------|------|--------|-----------|------|
| FEB.26. | 7:26PM | ME DATA | TES | 0'36" | P. 2 | OK | | 841 |

```
* : BATCH          C : CONFIDENTIAL    $ : TRANSFER        P : POLLING
M : MEMORY         L : SEND LATER      @ : FORWARDING      E : ECM
S : STANDARD       D : DETAIL          F : FINE            > : REDUCTION
```

BMS:5:000044

TRADE SECRET/CONFIDENTIAL

BMS4CA/002371

BMSAWP/0030839

HIGHLY CONFIDENTIAL



### Bristol-Myers Squibb Company

**U.S. Pharmaceuticals**

# PRICING SUPPORT

---

TO:        **Beth Rader**
Fax#:      **415-588-6887**
Re:        **Product Notification**
Date:      **February 26, 1996**
pages:     **2, including cover sheet.**

---

The following is a copy of a letter sent to you, which contains important product and pricing information.

Please supply AWP's for these products once they have been processed through your database.

If you do not receive these pages or have any questions, please do not hesitate to give me a call.

Thank you,

Awilda

From the desk of....

Awilda Serrano

BRISTOL-MYERS SQUIBB COMPANY
777 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

609 897 4743
Fax: 609 897 5996

BMS:5:060045

TRADE SECRET/CONFIDENTIAL

BMS4CA/002372

BMSAWP/0030840

HIGHLY CONFIDENTIAL

**Bristol-Myers Squibb Company**

U.S. Pharmaceuticals

P.O. Box 4500   Princeton, NJ 08543-4500   (609) 897-2000

February 26, 1996

FIRST DATA BANK
Suite 350
1111 Bayhill Drive
San Bruno, CA 94066

Attention: Beth Rader

Dear Ms. Rader

Bristol-Myers Squibb Oncology/Immunology has added a new item to their Taxol (paclitaxel for injection) line. Listed below is the product and pricing information required by your organization to update the National Drug Data Files.

| Item No. | NDC No. | Product Description | Wholesale Price Per Unit | Direct Price Per Unit | Ship Date |
|----------|---------|---------------------|--------------------------|-----------------------|-----------|
| | | TAXOL® (paclitaxel for injection, concentrate) Semi-synthetic | | | |
| 3476-27 | 0015-3476-27 | 100 mg/17 mL , single dose vial | $487.01 | $487.01 | 02-16-96 |

If you require additional information, I may be reached at 609-897-4743.

Sincerely,

Awilda Serrano
Pricing Support

BMS:5:000946

TRADE SECRET/CONFIDENTIAL

BMS4CA/002373

BMSAWP/0030841

HIGHLY CONFIDENTIAL

P. 1

* * * TRANSMISSION RESULT REPORT ( FEB.26.1996  7:25PM ) * * *

TT1  609 897 5996.

| DATE | TIME | ADDRESS | MODE | TIME | PAGE | RESULT | PERS. NAME | FILE |
|------|------|---------|------|------|------|--------|-----------|------|
| FEB.26. | 7:25PM | 415 588 6867 | TES | 0'37" | P. 2 | OK | | 040 |

```
* : BATCH              C : CONFIDENTIAL      $ : TRANSFER           P : POLLING
M : MEMORY             L : SEND LATER        @ : FORWARDING         E : ECM
S : STANDARD           D : DETAIL            F : FINE               > : REDUCTION
```

BMS:5:630047

TRADE SECRET/CONFIDENTIAL

BMS4CA/002374.

BMSAWP/0030842

HIGHLY CONFIDENTIAL

# EXHIBIT 6

 **Bristol-Myers Squibb Company**

**U.S. Pharmaceuticals**



# FAX

To:     Michele Christopher
Fax#:   317-469-5252
Re:     AWP's for new products
Date:   July 18, 1995
Pages:  3, including cover sheet.

Michele,

Following are two notifications recently faxed to you with information on new products.

Please provide me with the AWP's for the new products via return fax, at your earliest convenience. I would appreciate a response this afternoon, if possible.

Thank you for you anticipated speedy response!

Barbara

From the desk of...

**Barbara Goetz**

BRISTOL-MYERS SQUIBB COMPANY
777 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536

609 897 4780
Fax 609 897 6919

BMS-5:000022

TRADE SECRET/CONFIDENTIAL

BMS3CA/001734

BMSAWP/0017275

HIGHLY CONFIDENTIAL





Attached for your information is Product and Pricing Information on items recently introduced for Bristol-Myers Squibb Pharmaceutical Group.

List below is the information required to assist you in updating your data files.

### BRISTOL-MYERS SQUIBB ONCOLOGY/IMMUNOLOGY

| Item No. | NDC No. | Product Description | Wholesale Price | Direct Price |
|---|---|---|---|---|
| 3012-22 | 0015-3002-22 | MUTAMYCIN® VHA+[1]<br>(mitomycin for injection, USP)<br>20 mg/vial (cartononed) | $362.33 | $363.33 |

### PRIMARY CARE

| Item No. | NDC No. | Product Description | Wholesale Price | Direct Price |
|---|---|---|---|---|
| 5178-06 | 0003-5178-06 | PRAVACHOL®<br>(pravastatin sodium)<br>20 mg tablet, Unimatic®<br>Carton of 90 | $138.54 | $145.83 |

DISCONTINUED SIZE (Discontinued date of 11/95)

| Item No. | NDC No. | Product Description |
|---|---|---|
| 0178-51 | 0003-0178-51 | PRAVACHOL®<br>(pravastatin sodium)<br>20 mg tablet, Unimatic®<br>Carton of 100 |

If you have additional questions, please do not hesitate to contact my office at 609-897-4741.

Sincerely,

Denise M. Kasmiba
Associate Manager of Pricing Support

---

[1]VHA+ is privately labeled for Voluntary Hospital Association members only.

BHS:5:000023

TRADE SECRET/CONFIDENTIAL

BMS3CA/D01735

BMSAWP/0017276

HIGHLY CONFIDENTIAL

Listed below is Product and Pricing Information on items recently introduced for Bristol-Myers Squibb Company, Pharmaceutical Group. This information is required to assist you in updating your data files.

**PRIMARY CARE**

| Item No. | NDC No. | Product Description | Wholesale Price | Direct Price | Effective Date |
|----------|---------|---------------------|-----------------|--------------|----------------|
| | | MONOPRIL® (fosinopril sodium) | | | |
| 0609-41 | 0087-0609-41 | 20 mg tab, btl 30 | $18.17 | $19.13 | 7/13/95 |
| 0609-42 | 0087-0609-42 | 20 mg tab, btl 90 | $54.51 | $57.38 | 7/13/95 |
| | | PRAVACHOL® (pravastatin sodium) | | | |
| 5154-06 | 0003-5154-06 | 10 mg tab, UNI® cm 90 | $128.64 | $135.41 | 7/13/95 |

**PRIMARY CARE**

DISCONTINUED SIZES

| Item No. | NDC No. | Product Description | Discontinued Date |
|----------|---------|---------------------|-------------------|
| | | MONOPRIL® (fosinopril sodium) | |
| 0609-50 | 0087-0609-50 | 20 mg tab, btl 100 | 11/95 |
| | | PRAVACHOL® (pravastatin sodium) | |
| 0154-51 | 0003-0154-51 | 10 mg tab, UNI® cm 100 | 11/95 |

If you have additional questions, please do not hesitate to contact my office at 609-897-4741.

Sincerely,

Denise M. Kazuba
Associate Manager of Pricing Support

BMS:5:000024

TRADE SECRET/CONFIDENTIAL

BMS3CA/001736

BMSAWP/0017277

HIGHLY CONFIDENTIAL



BMS:5:000025

TRADE SECRET/CONFIDENTIAL

BMS3CA/001737

BMSAWP/0017278

HIGHLY CONFIDENTIAL

# EXHIBIT 7

[Fwd: Data Services]

**Subject:** [Fwd: Data Services]
**Date:** Fri, 05 Jan 2001 10:37:15 -0500
**From:** "Denise M Kaszuba" <denise.kaszuba@bms.com>    **Internal**
**Organization:** Bristol-Myers Squibb
**To:** Sally C Palmer <sally.palmer@bms.com>,
         Sandra B Pitman <sandra.pitman@bms.com>

Sandy:

FYI

**Subject:** RE: Data Services
**Date:** Fri, 05 Jan 2001 07:40:12 -0800
**From:** "Morgan, Kay" <Kay_Morgan@firstdatabank.com>
**To:** 'Denise M Kaszuba' <denise.kaszuba@bms.com>

Received the info. We'll do what we can to get the prices to you, but we
will not be able to see them until tomorrow.

-----Original Message-----
From: Denise M Kaszuba [mailto:denise.kaszuba@bms.com]
Sent: Friday, January 05, 2001 6:08 AM
To: Kay_Morgan@firstdatabank.com; carol.flanagan@medec.com; Sally C Palmer;
Sandra E Pitman; Frances E Bamer; Dianne S Childears
Subject: Data Services

Kay/Carol

Effective today BMS increased prices on selected products.  There are three
attached excel spreadsheets containing the prices.

Could you please provide the AWPS by Monday January 8, 2001.

Thank you

Sandy:   Could you follow-up on Monday...   We need to include these on the
Internal PRice List.

Denise

Denise M Kaszuba <denise.kaszuba@bms.com>

1



1/5/2001 10:51 AM

**HIGHLY CONFIDENTIAL**
BMS/AWP/000092406

# EXHIBIT 8

**From:**       Mimi Leake
**Sent:**        Friday, March 30, 2001 8:01 AM
**To:**          Carol Flanagan; Kay Morgan
**Cc:**          Denise M Kaszuba; Sally C Palmer
**Subject:**     Bristol-Myers Squibb Price Increase Notification

  

DataSvcs_Memo_3   mimiLeake.vcf
_30_01.doc

Please see the attached price increase notification.   Please
forward the AWP's to me at your earliest convenience.

Also, please send me confirmation that you received this message.

Thanks,

Mimi Leake
Bristol-Myers Squibb
Pricing Administration



1

Highly Confidential                                    BMS/AWP/01071969

**SUBJECT:** Tequin™ Tablets Price Increase
March 30, 2001

Effective March 30, 2001, Bristol-Myers Squibb U.S. Medicines Group adjusted prices
for Tequin™ Tablets (gatifloxacin). The product and pricing information is listed below.

| NDC No. | Item No. | Product Description | Wholesale Price | Direct Price |
|---------|----------|---------------------|-----------------|--------------|
| | | Tequin™ Tablets (gatifloxacin) | | |
| 0015-1117-50 | 1117-50 | 200 mg tablets, bottle of 30 | $194.45 | $ 204.68 |
| 0015-1117-80 | 1117-80 | 200 mg tablets, blister pack of 100, Unit Dose | $648.16 | $ 682.27 |
| 0015-1177-60 | 1177-60 | 400 mg tablets, bottle of 50 | $324.07 | $ 341.13 |
| 0015-1177-80 | 1177-80 | 400 mg tablets, blister pack of 100, Unit Dose | $648.16 | $ 682.27 |
| 0015-1177-19 | 1177-19 | 400 mg TEQPAQ of 7 (blister pack) | $86.95 | $91.53 |

All direct buying customers received notification of this price increase via mailgram on
March 30, 2001. All orders transmitted or postmarked on or after this date will be
invoiced at the new prices.

Bristol-Myers Squibb U.S. Medicines Group

Highly Confidential

# EXHIBIT 9

October, 1993

FIRST DATA BANK
Manager, Database Operations
1111 Bayhill Drive
San Bruno, CA  94066

Attention: Mr. Edelstein

Dear Mr. Edelstein:

Bristol-Myers Oncology Division recently introduced VEPESID® 500 mg/vial
(cartoned) and 1 g/vial (cartoned). Listed below is the product information
necessary to establish the AVERAGE WHOLESALE PRICE (AWP).  The products were
first sold October 21, 1993.

| ITEM NUMBER | NDC NUMBER | PRODUCT DESCRIPTION | WHOLESALE PRICE | DIRECT PRICE |
|---|---|---|---|---|
| | | Vepesid® (etoposide VP-16 | | |
| | (0015) | injection) | | |
| 3061-20 | 3061-20 | 500 mg/vial (cartoned) | $ 532.30 | $ 532.30 |
| 3062-20 | 3062-20 | 1 g/vial (cartoned) | $1037.31 | $1037.31 |

If you require additional information, I may be reached at 609-897-4741.

Sincerely,

Denise M. Kaszuba
Sr. Pricing Analyst

DMK/td

BHS:5:000015

TRADE SECRET/CONFIDENTIAL

BMS4CA/002356

BMSAWP/0030824

HIGHLY CONFIDENTIAL

October, 1993

MEDI-SPAN
P. O. Box 40930
8425 Woodfield Crossing Blvd.
Indianapolis, IN  46240-0930

Attention: Ms. Rector

Dear Ms. Rector:

Bristol-Myers Oncology Division recently introduced VEPESID® 500 mg/vial
(cartoned) and 1 g/vial (cartoned). Listed below is the product information
necessary to establish the AVERAGE WHOLESALE PRICE (AWP).  The products were
first sold October 21, 1993.

| ITEM NUMBER | NDC NUMBER | PRODUCT DESCRIPTION | WHOLESALE PRICE | DIRECT PRICE |
|---|---|---|---|---|
| | | Vepesid® (etoposide VP-16 injection) | | |
| | (0015) | | | |
| 3061-20 | 3061-20 | 500 mg/vial (cartoned) | $ 532.30 | $ 532.30 |
| 3062-20 | 3062-20 | 1 g/vial (cartoned) | $1037.31 | $1037.31 |

If you require additional information, I may be reached at 609-897-4741.

Sincerely,


Denise M. Kaszuba
Sr. Pricing Analyst

DMK/td

BMS:5:000016

TRADE SECRET/CONFIDENTIAL

BMS4CA/002357

BMSAWP/0030825

HIGHLY CONFIDENTIAL

# EXHIBIT 10

1

```
          IN THE UNITED STATES DISTRICT COURT

          FOR THE DISTRICT OF MASSACHUSETTS

     ------------------------------x

     In Re: PHARMACEUTICAL             )

     INDUSTRY AVERAGE WHOLESALE   )   MDL DOCKET NO.

     PRICE LITIGATION             )   CIVIL ACTION

     ------------------------------x   01CV12257-PBS

     THIS DOCUMENT RELATES TO     )

     ALL ACTIONS                  )

     ------------------------------x
```

          HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY


                    August 18, 2005

                     9:23 a.m.



          Deposition of DENISE M. KASZUBA,

     held at the offices of Hogan & Hartson,

     L.L.P., 875 Third Avenue, New York, New

     York, pursuant to notice, before Cary N.

     Bigelow, RPR, a Notary Public of the State

     of New York.

42

1  this is a computer database, correct?
2    A.  It is DB2 legacy, yes.
3    Q.  Is DB2 the name of the software?
4    A.  Yes.
5    Q.  Is that on a mainframe?
6    A.  It is on a mainframe.
7    Q.  Is the mainframe housed in Plainsboro?
8    A.  Today, no. I think it is housed with IBM.
9    Q.  In the past has it been --
10   A.  Evansville, Indiana.
11   Q.  Do you have a terminal on your desk
12 which can access the list price master file?
13   A.  I do.
14   Q.  Do the pricing coordinators have that
15 as well?
16   A.  They do.
17   Q.  Who are the current pricing coordinators?
18   A.  There are none at this point in time.
19   Q.  So you don't have any assistants at
20 the moment?
21   A.  No.
22   Q.  Do you work with COPS, the customer

43

1  order processing system?
2    A.  I do not have access to the COPS
3  database now.
4    Q.  Who maintains that?
5    A.  That would be customer service.
6    Q.  Do you have communications with
7  wholesalers?
8    A.  I do communicate, yes.
9    Q.  About what topics?
10   A.  Product launches, new products,
11 notification of products, the list price
12 changes.
13   Q.  When you say list price changes, do
14 you communicate list price changes to the
15 wholesalers?
16   A.  I do.
17   Q.  Is that in the form of letters?
18   A.  In the form of a letter.
19   Q.  Do you ever have telephone
20 conversations with any representatives of
21 wholesalers?
22   A.  Very infrequently, but I do.

44

1    Q.  Even though they are infrequently, do
2  you remember the topics you would discuss?
3    A.  Topics, they would like a copy of the
4  most current price list.
5    Q.  In that instance would they call you,
6  would they be calling you for a copy?
7    A.  Yes, they may, or they may call trade
8  operations.
9    Q.  Have you sent list price increases to
10 wholesalers throughout the time that you worked
11 in pricing support?
12   A.  Yes, I have.
13   Q.  What does the phrase AWP mean to you?
14   A.  It means average wholesale price.
15   Q.  Can you define that any further?
16   A.  It's actually a price established by
17 our, by our third party data services and that
18 price is established by using our list price as
19 a base.
20   Q.  Do you know how AWP is used in the
21 industry as a pricing term?
22      MR. EDWARDS:  Used by whom?

45

1       MR. MATT:  Used by insurance
2  companies.
3    A.  I don't know the end result of how
4  they use that AWP.
5    Q.  Do you know that insurers can base
6  their reimbursement payments based on AWP?
7       MR. EDWARDS:  Objection.
8    A.  Yes, I do.
9    Q.  Are you aware that until recently
10 Medicare based payments for Part B drugs on AWP?
11   A.  Yes.
12   Q.  Are you aware that some Medicaid
13 programs based payments on AWP for drugs?
14   A.  No.
15   Q.  Over the years you have worked in
16 pricing support, what are some of the uses that
17 you have made of AWP in your area of responsibility?
18   A.  Just my area of responsibility is
19 actually just getting them from the data
20 services and having them available on an
21 internal price list document, so ad hoc requests
22 from marketing analysts who may request products

Denise M. Kaszuba    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    August 18, 2005
New York, NY

46

1   list pricing and AWP pricing information from
2   the data services.
3       Q.   You referenced internal price list.
4       What is that?
5       A.   The internal price list is a document
6   that we have all our products that we
7   commercially sell that contains all – that
8   contains or did contain the wholesale direct
9   hospital pricing, it had the federal supply
10  schedule pricing, it had the Public Health
11  Service pricing, AWP pricing from all three
12  services.
13      Q.   Is this called the internal price
14  list, is that the official –
15      A.   Yes.
16      Q.   How long has that been maintained?
17      A.   We started doing that maybe in '95.
18      Q.   So '95 to the present?
19      A.   That is an approximate date. It may
20  be later, I am not certain.
21      Q.   And that price list is still in
22  existence at BMS?

47

1       A.   No, we no longer produce it as of last
2   year because of resources and the product line
3   has subsequently been reduced of BMS.
4       Q.   When you say resources, what are you
5   referring to?
6       A.   Staff.
7       Q.   As in lack of?
8       A.   Lack of.
9       Q.   You are a department of one right now?
10      A.   Yes.
11      Q.   You said there are fewer BMS products
12  now; is that correct?
13      A.   Yes.
14      Q.   Can you be more specific as to how the
15  product line has contracted?
16      A.   We no longer sell them commercially,
17  they are no longer part of our portfolio.
18      Q.   Can you give us some examples of
19  specific drugs?
20      A.   Capoten, Corgard, Pronestyl recently,
21  Serzone, Stadol NS.
22      Q.   Did the internal price list, did you

48

1   have the responsibility for maintaining that?
2       A.   I did.
3       Q.   Was that maintained in an Excel
4   spreadsheet format?
5       A.   The internal was actually maintained
6   by – we actually had a vendor who actually did
7   the internal – we communicated the information,
8   but they housed that in their database and they
9   produced it for us.
10      Q.   Who was the vendor?
11      A.   Anro, Anro today is the vendor.
12      Q.   How do you spell that?
13      A.   A-n-r-o.
14      Q.   In the past was it someone else?
15      A.   Not for the internal price list, no.
16      Q.   Do you know what format they
17  maintained it in or did maintain that in? Was
18  that Excel?
19      A.   No. It's a home-grown system that
20  they had.
21      Q.   How would they communicate the
22  internal price list to you?

49

1       A.   They would either do a PDF or print
2   hard copies for us. PDF was the later medium.
3       Q.   You said you supplied Anro with
4   information for them to build this internal
5   price list?
6       A.   Yes.
7       Q.   What did BMS supply Anro with?
8       A.   BMS supplied the price presentation of
9   the product, which is the records that identify
10  the product; we provided them with all of the
11  levels of pricing contained in that document.
12      Q.   So you provided them with WLP?
13      A.   WLP.
14      Q.   And the AWP from the three publications?
15      A.   Yes.
16      Q.   What else?
17      A.   The FSS, PHS, hospital and physician
18  pricing.
19      Q.   I think I may have a couple of
20  examples of those to look at and for you to
21  identify it a little bit later.
22      What was the purpose for including

50

1    AWPs on that report?
2        A.   Actually, to provide that to the
3    analyst, the marketing analyst.
4        Q.   Do you know why they would be
5    interested in seeing AWP information in that
6    report?
7        A.   I just know that they requested AWPs.
8        Q.   Did they tell you why they were
9    requesting AWPs?
10       A.   They may have. Again, they needed our
11   AWPs and they also may have requested
12   competitors' AWPs. Exactly what they did do
13   with that --
14       Q.   Based on your experience working in
15   the pricing field for several years for BMS, do
16   you believe they would be interested in AWPs
17   because some customers ultimately pay for BMS
18   products based on AWP?
19       A.   I knew that AWPs were in some
20   instances a factor of what a customer may
21   reimburse.
22       Q.   Do you believe that may be why

51

1    marketing was interested in having the AWPs on
2    the internal price list?
3        A.   Yes,
4        Q.   You also mentioned ad hoc requests
5    from marketing personnel.
6        A.   Yes.
7        Q.   Can you be more specific what that means?
8        A.   Ad hoc requests, they would actually
9    provide me a list of products that they would
10   like to see product and pricing information.
11       Q.   Ad hoc meaning this was not a
12   periodically established schedule?
13       A.   No, no.
14       Q.   And the pricing information they would
15   request in an ad hoc manner would include
16   wholesale list price and AWPs?
17       A.   Sometimes.
18       Q.   And sometimes would they request the
19   same information about competitors?
20       A.   Yes.
21       Q.   What would be your source of
22   information on competitive drugs?

52

1        A.   Software applications, Price-Chek,
2    Price Probe.
3        Q.   Those were accessed by you?
4        A.   Correct.
5        Q.   Tell me about Price-Chek.
6        A.   Price-Chek is owned by MediSpan,
7    Price-Chek is a PC software package.
8        Q.   Did BMS license that from MediSpan?
9        A.   Yes, they did.
10       Q.   Did you have that available to you on
11   your computer at your desk?
12       A.   Yes, I did.
13       Q.   What information does Price-Chek show?
14       A.   Price-Chek actually contains all
15   active pharmaceutical products, it contains the
16   historical pricing, current pricing of list,
17   wholesale price, direct price and AWP.
18       Q.   And you said historical. How far back?
19       A.   As long as the product -- it's
20   relative to the -- it could be eight buckets,
21   eight price changes.
22       Q.   Eight different columns in the report?

53

1        A.   Yes.
2        Q.   So it can --
3        A.   I mean, eight different buckets per
4    price type.
5        Q.   So let's take AWP as a price type.
6             It would be able to show the eight
7    different prior periods?
8        A.   Correct.
9        Q.   What is Price Probe?
10       A.   Price Probe is actually a PC software
11   package licensed from First Data Bank.
12       Q.   Is that on your desktop?
13       A.   Yes.
14       Q.   Does that contain all active
15   pharmaceutical products?
16       A.   Yes.
17       Q.   It contains wholesale list prices,
18   direct prices --
19       A.   Direct prices and AWP.
20       Q.   For what time frame?
21       A.   At one point they could only provide
22   three buckets, so three price changes. I

Denise M. Kaszuba    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    August 18, 2005
New York, NY

54

1   believe they are increasing it as the database ages.
2      Q.   Besides the fact that Price-Chek has a
3   longer historical profile, would there be one
4   reason why you would access Price-Chek --
5      MR. MATT:  Strike that.
6      Q.   When do you actually use Price-Chek
7   and Price Probe, under what circumstances, why
8   do you use them?
9      A.   My major functionality with them is to
10  actually look at the product and prices that we
11  provide MediSpan to ensure that the product
12  information is correct and the list price is
13  correct.
14     Q.   So as an auditing type function?
15     A.   Yes.
16     Q.   Do you access them from time to time
17  in response to ad hoc pricing requests?
18     A.   I do.
19     Q.   When you receive an ad hoc request
20  from marketing and you want to access one of
21  these databases, do you have preference of one
22  over the other?

55

1      A.   I do have a preference over Price-Chek.
2      Q.   A preference for Price-Chek?
3      A.   Correct.
4      Q.   Why is that?
5      A.   Because the history is all in one row
6   and with Price Probe, actually, the history is
7   in multiple rows.
8      Q.   How long has BMS licensed Price-Chek?
9      A.   I don't recall.
10     Q.   Was that available to you in 1992?
11     A.   No.
12     Q.   How about 1995?
13     A.   It may have been.
14     Q.   Do you recall at some time in the
15  mid-nineties it became available?
16     A.   Yes, I do.
17     Q.   The same question for Price Probe.  Do
18  you know approximately when that became
19  available, approximately when BMS began
20  licensing it?
21     A.   In the mid-nineties also.
22     Q.   The ad hoc request we discussed

56

1   earlier from marketing, who would make those
2   requests?
3      A.   It would -- it could vary.  The
4   marketing research analyst that supported the
5   marketing group and at times the product manager
6   may request or a manager supporting a product
7   may request information.
8      Q.   Is it your understanding that a
9   product manager manages a single drug product?
10     A.   Or two, yes.
11     Q.   And works with pricing.
12         Does the product manager have input
13  regarding the price charged on the drug products
14  for which he or she is a manager?
15     A.   The list price?
16     Q.   Yes.
17     A.   If -- again, when we implemented price
18  increases, it was not via the product manager.
19     Q.   Did they have input at some --
20     A.   They may have input behind the scenes,
21  but when we went in, when we increased the
22  price, they did not even know we were -- there

57

1   was a secrecy because we did not want our
2   customers to know the price increase was
3   occurring until the day of our major customers,
4   wholesalers.
5      Q.   So product manager wasn't under the
6   chain of authority that signed off?
7      A.   No, they did not.
8      Q.   The research analysts you referenced,
9   what is your understanding of their function?
10     A.   Their function is actually to support
11  pricing issues.
12     Q.   Within the marketing department?
13     A.   Within the marketing department.
14     Q.   Just so I understand, the Price-Chek
15  and Price Probe products, they contain price
16  information for all drugs, not just BMS drugs?
17     A.   Correct.
18     Q.   Is it your understanding that
19  wholesalers purchase drugs from BMS at wholesale
20  list price?
21     A.   Yes.
22     Q.   Is it your understanding that

Denise M. Kaszuba     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     August 18, 2005
New York, NY

58

1   wholesalers frequently obtain a discount for
2   paying promptly, a discount from BMS for paying
3   promptly?
4       A.   Correct.
5       Q.   Can that be one to two percent?
6       A.   Yes.
7       Q.   Is it your experience that they
8   usually take advantage of that?
9       A.   I don't know.
10      Q.   You know that it is offered, that
11  discount?
12      A.   I know that it is offered, correct.
13      Q.   Are you aware that BMS contracts with
14  GPOs and institutions?
15      A.   Yes, I am.
16      Q.   Are you aware that those contracts
17  typically contain prices that are lower than
18  wholesale list price?
19      A.   Correct, I am.
20      Q.   Are you familiar with the charge-back
21  system?
22      A.   I am familiar with it.

59

1       Q.   Can you describe your familiarity, please?
2       A.   The charge-back system actually is an
3   EDI functionality of BMS in which we have
4   relationships with wholesalers who sell to our
5   customers we contract with and again,
6   wholesalers pay the list and for those customers
7   who have contracts and purchase through the
8   wholesalers, they actually pay the contract
9   price and to make a wholesaler whole, they
10  submit those claims via EDI and we, in turn,
11  credit the wholesaler.
12      Q.   Are you involved in that process at all?
13      A.   No.
14      Q.   In other words, you don't process
15  charge-backs, that is not your area?
16      A.   I do not process them.
17      Q.   But you are familiar with them --
18      A.   Correct.
19      Q.   -- based on your years of experience
20  in pricing support?
21      A.   Correct.
22      Q.   Are you also aware that BMS pays

60

1   rebates to some purchasers of BMS drugs?
2       A.   Excuse me?
3       Q.   Are you also aware that BMS pays
4   rebates to some purchasers of BMS drugs?
5       A.   Yes, I am aware.
6       Q.   What is your knowledge regarding rebates?
7       A.   Just that I know they do exist.
8       Q.   Do you know what types of customers
9   receive rebates?
10      A.   At a high level, GPOs.
11      Q.   PBMs?
12      A.   PBMs.
13      Q.   Do you have any individual
14  responsibility for processing rebates?
15      A.   No, I do not.
16      Q.   Are you aware of any transaction in
17  which the end purchaser of a BMS drug ever paid
18  more than AWP for that drug?
19      A.   No.
20      Q.   Is it because you are just not aware
21  or because you don't believe that anyone would
22  have paid more than AWP for a BMS drug?

61

1       A.   I am not aware.
2       Q.   Do you believe that anyone has ever
3   paid AWP for a BMS drug?
4       A.   I am not aware.
5       Q.   Do you have a belief one way or the other?
6       A.   No.
7       Q.   Why is that?
8       A.   I don't know the end results.
9           MR. MATT:  This will be Exhibit Kaszuba 003,
10  please.
11          (Exhibit Kaszuba 003, documents bearing
12  production Nos. BMSAWP/0000597 through
13  BMSAWP/0000617, marked for identification,
14  as of this date.)
15      Q.   The court reporter has marked as
16  Exhibit Kaszuba 003 to your deposition a series of
17  documents produced from your files containing
18  the Bates numbers 0000597 to 617.
19          I would like to draw your attention to
20  the page which has the number in the lower
21  right-hand corner of 612.
22          MR. EDWARDS:  You are making a

62

1  representation this was produced from
2  Ms. Kaszuba's files?
3      MR. MATT: Correct.
4      MR. EDWARDS: Did we tell you that at
5  some point?
6      MR. MATT: Yes. The document
7  custodian list. These pages were combined
8  in this manner and in this order.
9      Q.  Can you identify what you see on the
10  page which has the Bates numbers ending in 612?
11     A.  Yes. This is a memo from Tim Crew to
12  me with appropriate signatures and that is
13  addressing Atenolol.
14     Q.  Can you read into the record the
15  paragraph titled "Background."
16     A.  Okay.
17         "In order to accomplish a speedy
18  market introduction of Atenolol 50-milligram
19  1,000s, a wholesale list price needs to be
20  created, the price is set to establish an AWP
21  that is competitive with other generic
22  offerings. Please note that this wholesale

63

1  price will not reflect actual selling price
2  since Apothecon sells Atenolol primarily at
3  contractor special offer pricing."
4      Q.  Would you turn to the next page.
5          That reflects the new list price,
6  correct, $500?
7      A.  Correct.
8      Q.  And it also says Apothecon anticipated AWP.
9      A.  Yes.
10     Q.  How do you believe that was calculated?
11     A.  Actually, it was calculated by the
12  product manager by using a factor of between 20
13  to 25 percent.
14     Q.  Is that the typical market factor
15  applied by one of the publications?
16     A.  That range, they may.
17     Q.  In this case it is 20 -- is it 20 or
18  25 percent in this instance?
19     A.  I don't know.
20     Q.  25 percent, it looks like.
21         Then if you can look at the letters
22  which have your name on them from the Bates

64

1  numbers in the lower right-hand corner of 597 to
2  606, can you tell me what these letters are
3  doing?
4      A.  These letters are actually providing
5  information to the various data services of the
6  introduction of a new product and it is
7  providing the list price, wholesale price,
8  direct price and the approximate first ship date
9  of the product.
10     Q.  These are letters you prepared?
11     A.  Yes.
12     Q.  Did you provide them to the
13  organizations that appear in the addressee lines?
14     A.  Yes.
15     Q.  Was this done under your area of
16  responsibility as a senior pricing analyst?
17     A.  Correct.
18     Q.  Do you know why BMS in this particular
19  instance communicated a wholesale list price of
20  $500 when the memo that you reviewed at page 612
21  states that it won't reflect actual selling
22  price?

65

1      A.  Because actually what we communicated
2  to the data services from the inception of my
3  responsibility was to communicate the wholesale
4  list price.
5      Q.  You don't know why, then, BMS was
6  communicating a wholesale list price when it
7  would not reflect the actual selling price of
8  this particular drug at this particular time?
9          MR. EDWARDS: Objection.
10     A.  Other than what was communicated in
11  this memo from Tim Wert.
12     Q.  I believe you testified earlier AWP is
13  calculated from wholesale list price; is that
14  correct?
15     A.  Correct.
16     Q.  In this instance, do you recognize
17  that no one would have paid AWP for this
18  particular drug at this particular time because
19  they wouldn't have even paid the list price for
20  this drug, correct?
21     A.  Correct.
22         (Exhibit Kaszuba 004, documents bearing

70

1  provide you with AWPs based on the data you have
2  provided them, correct?
3      A.   That is correct.
4          (Exhibit Kaszuba 005, documents bearing
5      production Nos. BMSAWP/0000574 through
6      BMSAWP/0000587, marked for identification,
7      as of this date.)
8      Q.   The court reporter has marked as
9  Exhibit Kaszuba 005 to your deposition a series of
10  documents I believe were produced from your
11  files and contain the Bates numbers 0000574
12  through 587.
13          I will draw your attention to the
14  specific page bearing Bates number 583 in the
15  lower right-hand corner.
16          On this page is that your name written
17  in cursive in the upper right-hand corner, does
18  that say Denise?
19      A.   You know, it may. I can't make it out.
20      Q.   And the first question on this
21  document is do you believe you received this
22  document on or about the time that it was

71

1  created in August of 1996?
2      A.   I believe I did.
3      Q.   Can you read the paragraph that says
4  "Background" out loud?
5      A.   "To accomplish a rapid market
6  introduction of albuterol, wholesale list prices
7  must be established. Those wholesale prices do
8  not reflect the actual selling prices as
9  albuterol will be sold primarily in contractor
10  special offer pricing. Apothecon's wholesale
11  special offer pricing for albuterol matches
12  Warrick and Zenith, the two albuterol market
13  leaders."
14      Q.   Is this memorandum communicating the
15  price changes that are found in the following
16  page bearing the Bates number 584?
17      A.   They are communicating prices, so I
18  can assume they are the price changes.
19      Q.   Would you have communicated these
20  price changes to publishers?
21          MR. EDWARDS:  Which ones?
22          MR. MATT:  The ones direct list price

72

1  and wholesale list price.
2      A.   I would.
3      Q.   I don't have any more questions on
4  that document.
5          (Exhibit Kaszuba 006, documents bearing
6      production Nos. BMSAWP/0000095 through
7      BMSAWP/0000120, marked for identification,
8      as of this date.)
9      Q.   The court reporter has marked as
10  Exhibit Kaszuba 006 to your deposition another set of
11  documents I believe were produced from your
12  files and they bear Bates numbers 0000095 to 120.
13          I would like to draw your attention to
14  the memorandum found on page 105.
15          Do you believe this is a memorandum
16  that you would have received in the course of
17  your responsibilities at BMS?
18      A.   I do believe.
19      Q.   Could you read out loud the paragraph
20  entitled "Background," please.
21      A.   "To accomplish rapid introduction of
22  Trimox capsules 500-milligram 3,000s into the

73

1  market wholesale list prices must be
2  established. It is prudent to point out at this
3  that these wholesale prices do not reflect
4  actual selling prices as Trimox capsules
5  500-milligram 3,000s will be sold primarily at
6  contract or special offer pricing. The proposed
7  pricing is prorated directly from the 500-count
8  bottle prices."
9      Q.   Is this memorandum referring to the
10  next page which bears Bates number 106?
11      A.   Yes.
12      Q.   So $961.58 was the new direct list price?
13      A.   Correct.
14      Q.   $913.50 was the new wholesale list price?
15      A.   Correct.
16      Q.   And the anticipated AWP was $1,141.86,
17  correct?
18      A.   As listed on this document, yes.
19      Q.   Would you have communicated a direct
20  list price and wholesale list prices to the
21  publishers?
22      A.   Yes, I would.

Denise M. Kaszuba    HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    August 18, 2005
New York, NY

74

1    Q.   On the first page of this document,
2    the Bates number ending in 95, is that your
3    signature?
4    A.   Yes, it is.
5    Q.   And Beth Radar is an employee of First
6    Data Bank at this time?
7    A.   Yes.
8    Q.   This time being 1992?
9    A.   Yes.
10   Q.   Did you prepare this letter?
11   A.   Yes, I did.
12   Q.   And the next page, the Bates numbers
13   ending in 96, could you identify this for us?
14   A.   This is a document containing Trimox,
15   which contains wholesale direct First Data
16   Bank's AWP, MediSpan's AWP and Red Book's AWP.
17   Q.   Is this a Price-Chek report?
18   A.   No, this is not.
19   Q.   Would it be a price alert – I am
20   sorry, a Price Pro report?
21   A.   No, it is not.
22   Q.   The file name says AWP 93.

75

1    Is this something that you prepared?
2    A.   I may have.
3    Q.   If you did, where would you have
4    obtained that information?
5    A.   The wholesale and direct price would
6    have been obtained from the price master file,
7    price authorization system, and then the various
8    AWPs would have been obtained from the various
9    data services.
10   Q.   The next page marked Bates number 97,
11   is this an e-mail that you received from Joseph
12   Grotzinger?
13   A.   It is an e-mail I received from him, yes.
14   Q.   If you know, what was his title at
15   that time?
16   A.   Pardon me?
17   Q.   Do you know what his title was at that
18   time?
19   A.   He was product manager – I don't know
20   exactly.
21   Q.   Would he have been in marketing?
22   A.   He would have been in marketing.

76

1    Q.   Do you see in the text he says,
2    "Wal-Mart is starting to buy the unit of use and
3    we need AWPs established for their third-party
4    reimbursement to work properly."
5    Do you see that sentence?  That is the
6    last sentence of the e-mail, right before it
7    says "Please advise."
8    A.   Yes, I do see that.
9    Q.   How is an AWP established in this
10   instance for this particular drug?  Was this a
11   new line of drug?
12   I am sorry, I just referenced the
13   first sentence, which says it was a price
14   increase.
15   I will ask you a broader question.
16   What would you have done in response
17   to this e-mail?
18   A.   In response to this e-mail I would
19   have done nothing only because, again, when we
20   implement price increases, I cannot respond to a
21   product manager's request.
22   Q.   You need to have multiple manager

77

1    sign-off?
2    A.   Correct.
3    Q.   He is not on the official list, correct?
4    A.   Correct.
5    Q.   SMZ/TMP suspension, is that Trimox?
6    A.   Excuse me?
7    Q.   Is that another way of referring to Trimox?
8    A.   SMZ?
9    Q.   Yes.
10   A.   No.
11   Q.   Can you look at the page that follows,
12   the Bates numbers ending with 98.
13   A.   Yes.
14   Q.   Can you read that paragraph out loud
15   that starts with "Background."
16   A.   "Background:  We were successful in
17   using our unit of use packaging to secure the
18   Trimox capsule business at Wal-Mart.  It is
19   necessary to furnish wholesale pricing to the
20   pricing publishers to enable them to establish
21   AWPs for third-party reimbursement purposes.  It
22   is prudent to point out at this time that these

78

1  wholesale prices do not reflect actual selling
2  prices as Trimox unit of use would be sold
3  primarily at contractor special offer pricing."
4      Q.   It looks like the next page is another
5  copy of the same memo, correct?
6      A. · Yes.
7      Q.   Then the next page with the Bates
8  numbers ending in 100, that says "SMZ/TMP oral
9  suspension."
10       My question is, does that relate to
11  discussion of Trimox?
12      A.   No, it does not.
13      Q.   Thanks for clarifying that point.
14       Would you look at the two pages ending
15  in Bates numbers 101 and 102, please.
16      A.   Yes.
17      Q.   On 102, would you please read out loud
18  the paragraph entitled "Background."
19      A.   "SMZ/TMP oral suspension is currently
20  manufactured by ALPharma and Teva, implementing
21  price increases in the range of 67 to 83 percent
22  for this product.  Commodity pricing is

79

1  increasing proportionately.  While these
2  wholesale list prices do not reflect actual
3  selling prices, we need to increase our ASP
4  pricing across all areas — wholesale list,
5  direct list, wholesale special offer, bid
6  pricing — to maintain profit parity."
7      Q.   Do you believe that the page we just
8  looked at with the Bates number ending in 100
9  pertains to the documents found on pages 101 and
10  102?
11      A.   It may.
12      Q.   Looking at page 102, would you have
13  implemented this price increase on the SMZ/TMP
14  oral suspension?
15      A.   Not based on this documentation,
16  because there are no signatures, so I would not
17  have.
18      Q.   Thank you.  Those are all of the
19  questions that I have on that one.
20       Let's talk about the process of
21  communicating prices to others.
22       The plaintiffs in this case served an

80

1  interrogatory, which means a question, to BMS as
2  a corporation and BMS, through its lawyers,
3  responded.
4       I would like to have that marked as an
5  exhibit and I will ask you some questions about
6  that.
7       (Exhibit Kaszuba 007, two-page excerpt
8  from interrogatories containing
9  interrogatory number 5 and answer, marked
10  for identification, as of this date.)
11      Q.   This is actually an excerpt from a
12  larger set of interrogatories and the court
13  reporter has marked that indicated by the E
14  stamp as E served on January 19, 2004.
15       Interrogatory number 5 asks, "With
16  respect to each AWPID, please describe how you
17  calculate the prices and/or data reported to
18  Medical Economics, Red Book, First Data Bank or
19  MediSpan or any other such entity that gathers
20  and publishes either average wholesale prices or
21  wholesale acquisition costs."
22       Underneath that is the answer in which

81

1  BMS interposes an objection and then subject to
2  that objection provides an answer beginning with
3  "Generally speaking."
4       I would like you to read out loud the
5  entire paragraph that begins "Generally speaking,"
6  please.
7      A.   "Generally speaking, there is a
8  multistep information flow between BMS and the
9  above publications.  In step 1, someone from the
10  finance department within BMS sends to the
11  pricing administration department either a price
12  or new drug or a price increase on an existing
13  drug, the latter usually expressed as a
14  percentage figure, five percent increase from
15  the earlier price.
16       "In step 2, pricing administration
17  inputs the information into the BMS internal
18  computer system and in step 3 customers are
19  notified of the new prices.  This is done via
20  Western Union, mailgram and fax or e-mail.
21       "In step 4, the publications are
22  notified.  Prior to August 2001, pricing

Denise M. Kaszuba     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     August 18, 2005
New York, NY

98

1    any time other than August 10, 1992?
2        A.   Not that I recall.
3        Q.   Are you familiar with the markup
4    factors First Data Bank uses for BMS products?
5        A.   Yes, I am.
6        Q.   What are they today?
7        A.   First Data Bank's, I think they are 25
8    percent.
9        Q.   That is 25 percent for all BMS labeled
10   products; is that correct?
11       A.   I'm assuming.
12       Q.   At some point, as we've seen earlier,
13   at least for some labeler codes, it was 20
14   percent, correct?
15       A.   Correct.
16       Q.   Do you know when they were all changed
17   to 25 percent?
18       A.   In 2000 at some point. Not the year
19   2000, but 2001-2002. I am not quite certain.
20       Q.   When that change occurred, did you
21   notice that it had occurred?
22       A.   It was brought to my attention that it

99

1    had occurred.
2        Q.   How was that brought to your attention?
3        A.   It was brought to my attention by a
4    trade operations manager who was notified by a
5    customer who was upset.
6        Q.   Who was the trade operations manager
7    that you spoke with?
8        A.   Wayne Roberts.
9        Q.   So when you heard about this, what did
10   you do?
11       A.   I contacted First Data Bank.
12       Q.   Who did you contact specifically?
13       A.   Kay Morgan.
14       Q.   What did she say?
15       A.   Kay Morgan just said their pricing
16   policy had changed and they were changing the
17   factor to 25 percent.
18       Q.   Did she have any other explanation?
19       A.   Not that I -- she did mention that she
20   was -- she gave an explanation in the sense that
21   it affected a lot of pharmaceutical products,
22   pharmaceutical companies.

100

1        Q.   Did she tell you why the policy that
2    she referenced had changed?
3        A.   Actually, she sent me a document, and
4    I don't recall the content of it, a letter that
5    she sent out to customers, I think. I think she
6    sent that to our customers following --
7        Q.   With an explanation?
8        A.   With an explanation, and I don't
9    recall the details of the letter.
10       Q.   Let's talk about Red Book.
11            What is presently the markup Red Book
12   applies to the wholesale list prices of BMS drugs?
13       A.   I don't know today.
14       Q.   Historically, do you know?
15       A.   It ranged from 20 to 25 percent.
16       Q.   At points in time in history, were you
17   generally aware of what that markup was?
18       A.   Yes.
19       Q.   Same question for First Data Bank, you
20   were generally aware at the time --
21       A.   Yes.
22       Q.   And MediSpan?

101

1        A.   Yes.
2        Q.   The same question, you were generally
3    aware of the markups at the time?
4        A.   Yes.
5        Q.   What were they at MediSpan?
6        A.   They also ranged between 20 and 25
7    percent.
8        Q.   At any time did you or anyone under
9    your supervision conduct any sort of a study
10   into what the wholesalers were charging for BMS
11   products?
12       A.   No.
13       Q.   Did it ever occur to you that BMS
14   should do that?
15       A.   No.
16            MR. EDWARDS:  We have been going for
17   quite a while now, two hours, I think, at
18   least.
19            Could we take a break?
20            MR. MATT:  Let's go off the record, we
21   will take a break.
22            (Recess taken.)

102

1  BY MR. MATT:
2     Q.  Ms. Kaszuba, before our break, we were
3  discussing Exhibit Kaszuba 008. I would like you to take
4  a look at that again.
5        Looking at the page with the Bates
6  number ending 246, it says at the bottom there,
7  the last paragraph of this office dispatch says,
8  "I will pick up this to do another survey in 90
9  days just in case the wholesalers/competition
10  have been slow to make changes to their pricing."
11        Do you know whether within three to
12  six months of your letter which you sent on
13  August 10th that the markups on BMS oncology
14  drugs were changed to 25 percent?
15     A.  Could you just restate that question?
16  I am sorry.
17     Q.  Sure.
18        I think you testified that you didn't
19  believe that they made any changes based
20  on this, correct?
21     A.  MediSpan, correct.
22     Q.  And then together we explored whether

103

1  the labeler 0003 had a 1.25 markup, and it did,
2  according to the office dispatch letter.
3        What I am getting at is this: Did any
4  changes occur subsequent to September 19th?
5     A.  Did any changes occur in MediSpan's
6  database subsequent to this?
7     Q.  Just on the BMS oncology drugs.
8     A.  No.
9        Again, there are only two products
10  within the labeler code 0003 and they were
11  Squibb's and they may have already had a factor
12  of 25 percent.
13     Q.  You don't know for certain if they had
14  a factor of 25 percent at the time?
15     A.  I don't know for sure.
16     Q.  It's your understanding that for other
17  BMS oncology drugs, MediSpan did not make the
18  change to 25 percent?
19     A.  It is my understanding that they did not.
20     Q.  What I am trying to find out is, at
21  some point thereafter, in the following three to
22  six months, was a change made?

104

1     A.  No, not that I know of.
2     Q.  Let's talk about First Data Bank.
3        Did First Data Bank make the change
4  from 20.5 percent to 25 percent that you
5  requested?
6     A.  No, they did not.
7     Q.  The same follow-up question, do you
8  know whether in a subsequent time period of
9  about three to six months later, did they make
10  the change to 25 percent?
11     A.  No, they did not.
12     Q.  Have you ever communicated any markup
13  factor changes to wholesalers?
14     A.  No.
15     Q.  At any point in time you don't recall
16  ever doing that?
17     A.  No, I do not recall.
18     Q.  Let's talk about for a moment the
19  information sent back to BMS by the publications
20  after you provide the wholesale list prices.
21        I think you testified earlier that
22  they sent back AWPs.

105

1     A.  Correct.
2     Q.  Does your department review those AWPs
3  for reasonability?
4     A.  On sporadic we may review them.
5     Q.  And when you review them, what are you
6  looking for?
7     A.  The information that they provide back
8  to us?
9     Q.  Correct.
10     A.  We are looking to ensure that the
11  product information is the correct presentation.
12  We are looking to ensure that the WLP or DP is
13  correct. Then we are actually extracting and
14  taking the AWP historically to put on our
15  internal price list.
16     Q.  And do you review the AWP itself for
17  reasonability as well?
18     A.  On a sporadic basis, we had.
19     Q.  And when you say you would
20  sporadically review it, what do you mean by that?
21     A.  Again, based on the AWPs from a prior
22  publication, internal price list, we may compare

Denise M. Kaszuba    HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY    August 18, 2005
New York, NY

106

1    the AWP.
2    Q.   Okay.
3         Do you also review the new AWP to
4    determine what markup factor was applied to the WLP?
5    A.   I had done. It was not a consistent
6    practice, but --
7         (Exhibit Kaszuba 009, documents bearing
8    production Nos. BMS/AWP/000186646 through
9    BMS/AWP/000186649, marked for
10   identification, as of this date.)
11   Q.   The court reporter has marked as
12   Exhibit Kaszuba 009 to your deposition a document entitled
13   "Price Increase/Decrease Notification Process,"
14   and it contains the Bates numbers 000186646 to 49.
15        Do you recognize this document?
16   A.   Yes, I do.
17   Q.   Take a moment to review that and let
18   me know when you are ready for some more questions.
19   A.   Okay.
20   Q.   Do you recognize this document?
21   A.   I do.
22   Q.   Is this something that you prepared?

107

1    A.   No, it is not.
2    Q.   Do you know who prepared that?
3    A.   I believe it was Mimi Leake, who was a
4    pricing analyst.
5    Q.   At the time she prepared it, it was
6    under your supervision, correct?
7    A.   Correct.
8    Q.   Can you give us an approximate time at
9    which this was created?
10   A.   I don't know exactly when, but it had
11   to be in the time period, you know, she
12   supported this activity, so it's like late 2001
13   to 2003.
14   Q.   Can we narrow that further by
15   concluding, based on the information in
16   paragraph 5, that it was created back when BMS
17   reported two separate prices, the wholesale
18   price list and direct price?
19   A.   It was definitely when we had two-tier
20   pricing, correct.
21   Q.   Do you believe, based on your review
22   of the document, that this document accurately

108

1    described the price increase/decrease
2    notification process at that time?
3    A.   It is pretty consistent in what we do.
4    Q.   Is there anything that jumps out at
5    you as being incorrect on this document?
6    A.   Nothing that jumps out.
7    Q.   I would like to draw your attention at
8    the last page, paragraph 18.
9         Can you read that out loud for us,
10   please?
11   A.   "Obtaining AWPs from the data services
12   First Data Bank and Red Book approximate
13   turnaround time is two to three days. Review
14   AWPs for reasonability, i.e. 20 to 25 percent
15   higher than the new wholesale price. AWPs are
16   for internal use only."
17   Q.   That is consistent with the testimony
18   you gave just before we introduced this exhibit,
19   correct?
20   A.   Correct.
21   Q.   And number 19 says update internal
22   price lists with new AWPs?

109

1    A.   Correct.
2    Q.   Is that a reference to the internal
3    price list we talked about earlier?
4    A.   Yes.
5    Q.   On the prior page, with the Bates
6    numbers ending in 648, there is a paragraph that
7    says sales force communications.
8    A.   Correct.
9    Q.   And little letter C references NID
10   sales forces.
11        What does NID refer to?
12   A.   Neuro infectious and dermatology, it
13   is a group within primary care.
14   Q.   Did your department ever send AWPs to
15   BMS oncology sales representatives?
16   A.   We did.
17   Q.   You did?
18   A.   Yes.
19   Q.   What form would they be in?
20   A.   It was a price list, pocket reference.
21   Q.   What information -- pocket reference,
22   was that the name you called it, you used?

110

1    A.   Yes, Bristol-Myers Squibb pocket
2  reference.
3    Q.   What information was contained in the
4  pocket reference?
5    A.   The information found on it was the
6  product and pricing information, the wholesale
7  price, direct price, and I am not certain if we
8  had two columns for wholesale and direct. We
9  also had the AWPs from all three data services.
10   Q.   During what time period -- first of
11  all, back up.
12      The BMS pocket reference was sent by
13  your department?
14   A.   It was, yes.
15   Q.   It was put together by your department
16  as well?
17   A.   Yes.
18   Q.   What time period was this done?
19   A.   It was in the nineties.
20   Q.   Was there a point in time in which you
21  stopped, your department stopped sending the BMS
22  pocket reference to the oncology sales persons?

111

1    A.   We stopped -- I don't recall when we
2  stopped. We stopped doing a lot of official
3  publications. We weren't turning around list
4  price and so the pocket reference was part of
5  that official public documentation that we stopped.
6    Q.   You do recall you stopped, that your
7  area stopped providing the pocket reference at
8  some point?
9    A.   At some point, yes.
10   Q.   And you believe that that postdates
11  the 1990s?
12   A.   You know, I don't recall when we
13  actually stopped producing them.
14   Q.   Did you provide those to counsel in
15  this litigation?
16   A.   Yes.
17   Q.   Did you have all the copies of those?
18   A.   Probably not.
19   Q.   Why not?
20   A.   You know, if we had produced two or
21  three within the year, there may have been one
22  copy that we had run out of inventory, so again,

112

1  we used it and we never replenished it because
2  we never went back to reprint it.
3    Q.   Was this something that was produced
4  on a periodic basis such as quarterly or
5  annually?
6      What determined when a BMS pocket
7  reference was sent?
8    A.   Initially it was consistent when we
9  did list price changes, you know, at the time
10  we -- at the time we did list price changes and
11  if we were doing a commercial price list then we
12  would incorporate their pocket reference, but if
13  we didn't do a commercial price list, when we
14  did price increases, we did not do a pocket
15  reference. It was part of that.
16   Q.   So is it fair to say, then, that the
17  creation and dissemination by your department of
18  a BMS pocket reference usually corresponded to
19  list process changes?
20   A.   Correct.
21   Q.   Does it say BMS pocket reference on it?
22   A.   It says pocket reference. It may say

113

1  Bristol-Myers Squibb oncology pocket reference
2  or, you know, whatever --
3      MR. MATT:   Off the record.
4      (Discussion off the record.)
5    Q.   The first page of this document,
6  Exhibit Kaszuba 009, talks about the price authorization
7  system.
8    A.   Correct.
9    Q.   What is that?
10   A.   Price authorization system is the data
11  results for our list price system. Again, this
12  is what COPS uses for invoicing purposes.
13   Q.   Is the price authorization system
14  something different from the list price master
15  file?
16   A.   No, it is the same.
17   Q.   It is the same?
18   A.   Different -- yeah, it is the same.
19   Q.   And below, back to paragraph number 5
20  on the first page, it talks about a markup factor?
21   A.   Yes.
22   Q.   That is a markup factor applied to the

114

1  wholesale list price for one, for the
2  wholesaler, it doesn't have anything to do -- it
3  is not a markup factor that is used to determine
4  an AWP, correct?
5      A.  No, it is not.
6      Q.  Other than the BMS pocket reference
7  that we just went over, are there any other
8  pricing materials that your department sends
9  oncology salespeople?
10     A.  No.
11         The sales force?
12     Q.  Yes, the sales force.
13     A.  No.
14     Q.  I have a number of policy and
15 procedure documents I need your help with.
16         I am going to mark these as three
17 separate exhibits.
18         (Exhibit Kaszuba 010, documents bearing
19     production Nos. BMS/AWP/00337637 through
20     BMS/AWP/00337641, marked for identification,
21     as of this date.)
22         (Exhibit Kaszuba 011, documents bearing

116

1  and Procedures" and its Bates numbers are
2  00337310 to 315.
3          My first question to you, Ms. Kaszuba,
4  is do you recognize any of these three documents?
5      A.  I do recognize the documents.
6      Q.  What are they?
7      A.  They are actually procedure for
8  pricing support.
9      Q.  Do you know who prepared them?
10     A.  I did.
11     Q.  Do you know when they were prepared?
12     A.  Over, I think, a period from, like,
13 1999 until maybe 2001-2002. I am not certain.
14     Q.  Are these three different iterations?
15     A.  Three different, appears to be.
16     Q.  Over time, you think?
17     A.  Over time, yes.
18     Q.  Do you have the ability to determine
19 which was the first one that you prepared?
20     A.  No, I don't.
21     Q.  Do you have the ability to determine
22 which the last one was that you prepared?

115

1  production Nos. BMS/AWP/00912299 through
2  BMS/AWP/00912305, marked for identification,
3  as of this date.)
4      (Exhibit Kaszuba 012, documents bearing
5  production Nos. BMS/AWP/00337310 through
6  BMS/AWP/00337315, marked for identification,
7  as of this date.)
8      Q.  The court reporter has marked as
9  Exhibit Kaszuba 010, Exhibit Kaszuba 011 and
10 Exhibit Kaszuba 012 to your deposition
11 documents that I would characterize as
12 substantially similar but not necessarily
13 identical, and just for the record, I am going
14 to associate Bates numbers with the exhibit
15 numbers.
16     A.  Okay.
17     Q.  Exhibit Kaszuba 010 is Bates numbered 00337637
18 to 641.
19         Exhibit Kaszuba 011 has a cover page that says
20 "Policy and Procedures" and that is Bates
21 numbered 00912299 to 305 and Exhibit Kaszuba 012
22 also has a cover page on it that says "Policy

117

1      A.  No, I don't.
2      Q.  Why did you prepare these?
3      A.  Instructional for the pricing support
4  coordinators.
5      Q.  So you provided that to the pricing
6  support coordinators?
7      A.  Correct.
8      Q.  Did you provide that to anyone else?
9      A.  Not that I recall.
10     Q.  At the time that you prepared these,
11 were they accurate reflections of the policies
12 and procedures in pricing support?
13     A.  They may have been. Notifications may
14 have been made because -- yes, this -- you know,
15 again, this is a guide to the pricing support
16 coordinator.
17     Q.  Let me ask the question a little more
18 precisely, then.
19         At the time you prepared what has been
20 marked as Exhibit Kaszuba 010, at the time it was
21 prepared, was it an accurate reflection of the
22 pricing procedures employed by pricing support

118

1  at the time?
2      A.  It is a fair, accurate guide.
3      Q.  Exhibit Kaszuba 010, looking at the second
4  page, the Bates numbers ending 38, the first two
5  paragraphs, that tells me that this was created
6  during the time BMS had two-tier pricing; is
7  that correct?
8      A.  That is correct.
9      Q.  Paragraph 4 references Apothecon list
10 prices.
11     A.  Correct.
12     Q.  Were the Apothecon list prices always
13 found under billing category 51?
14     A.  No.
15     Q.  What other billing categories applied
16 to Apothecon drugs then?
17     A.  Other billing categories that applied
18 to Apothecon were 51, 56, 57, 58, 59, and then
19 41 through 4-G.
20     Q.  And then do you know what purchasers
21 billing category 51 referred to?
22     A.  51 was a wholesaler billing category.

119

1      Q.  What was 56?
2      A.  56 was a nonretail.
3      Q.  What was 57?
4      A.  57 was retail.
5      Q.  And 58?
6      A.  And 58 was nonretail.
7      Q.  What does nonretail mean?
8      A.  It is a hospital or clinic.
9      Q.  And 59, billing category 5, what was
10 that?
11     A.  59 is physician.
12     Q.  Could you read the sentence beginning
13 "If we never."
14     A.  "If we never sell these multisource
15 products at the high billing category 51 price,
16 why not reduce the bill cap 51, 56, 57, 58 and
17 59 price."
18     Q.  Can you read the next paragraph,
19 please.
20     A.  "Since the AWP, average wholesale
21 price, is calculated based on the wholesale
22 list, retailers benefit from a high AWP price

120

1  under the reimbursement policies of insurers."
2      Q.  What was the source of your
3  information for that?
4      A.  I don't recall the persons or the
5  department.
6      Q.  But you would have obtained that
7  information from somewhere outside of pricing
8  support?
9      A.  Yes, I would have.
10     Q.  Could you please turn forward now to
11 page 640.
12         Number 3 says "Package Insert."
13     A.  Correct.
14     Q.  Could you read beginning with "If
15 product is not added, the following occurs."
16     A.  "The AWP, average wholesale price, is
17 not established, reimbursement of drug costs by
18 insurance companies directly or through third
19 party insurers is denied without product
20 information.  NAWP products will not be added to
21 state formularies."
22     Q.  When you reference state formularies,

121

1  what does that refer to?
2      A.  That refers to Medicaid, state
3  agencies.
4      Q.  Exhibit Kaszuba 011 is another policy and
5  procedures document.
6         At the time you prepared this document
7  which has been marked as Exhibit Kaszuba 011 to your
8  deposition, do you believe that it represented a
9  fair and accurate representation of the pricing
10 support policies and procedures?
11     A.  Yes.
12     Q.  This appears to be from the time
13 period in which BMS employed two-tier pricing,
14 correct?
15     A.  Correct.
16     Q.  Those are all of the questions I have
17 on that one.
18         Exhibit Kaszuba 012, another policy and
19 procedures document, at the time you prepared
20 this document represented as Exhibit Kaszuba 012, did
21 you believe that it was a fair and accurate
22 representation of the policy and procedures of

146

1    Q.   So this is an example of the printout
2    from the Red Book showing discontinued products?
3    A.   They are asking us to verify whether
4    these products are discontinued or we still sell
5    them.
6    Q.   What would you do with this once you
7    received it?
8    A.   Actually, we would just identify if
9    these products were still being sold, and if
10   they weren't, we would just tell them to
11   discontinue them.  We would give her the last
12   ship date.
13   Q.   Exhibit Kaszuba 024 to your deposition is a
14   document that's marked with Bates numbers
15   0000478 to 482, and my question is, is this an
16   example of the use of Western Union mailgram?
17   A.   It is.
18   Q.   This was something that you created,
19   correct?
20   A.   Correct.
21   Q.   Do you know who this was sent to?
22   A.   This was sent to customers other than

147

1    wholesalers.
2    Q.   How were you able to make that
3    determination from looking at the document?
4    A.   The direct price per unit, the column
5    heading.
6    Q.   Because if it was wholesalers, it
7    would say --
8    A.   At this point, if it was wholesalers,
9    and at this point in time it would have said
10   wholesale list price per unit or wholesale price
11   per unit.
12   Q.   When did BMS begin using the phrase
13   Westwood-Squibb Pharmaceuticals?
14   A.   Westwood-Squibb?
15   Q.   Yes.
16   A.   In the '96-'97-'98, in that area.
17   Again, Squibb, prior to '95, was
18   actually distributed out of Buffalo and even
19   though it was always a subsidiary of
20   Bristol-Myers, they brought the order to cash
21   process to Plainsboro, New Jersey.  That's when
22   I know we started to address it as Westwood-Squibb,

148

1    Westwood Pharmaceuticals-Squibb.
2    Q.   Is Westwood in New Jersey, does it
3    have any geographical significance?
4    A.   Westwood is the dermatology products
5    and pretty much what does remain is out of
6    Plainsboro.
7    Q.   Exhibit Kaszuba 025 to your deposition is a
8    document which contains the Bates numbers
9    0011236 to 240.  It looks like a fax from Terri
10   Dunn to Larry Taylor.
11   The third page in, Bates number 238,
12   is this a fax that you received from Larry
13   Taylor at First Data Bank?
14   A.   We would have received these
15   sporadically, correct.
16   Q.   He is asking you to verify a shipment?
17   A.   Correct.
18   Q.   Indeed, it says, "To avoid any
19   inconsistencies with your pricing, either
20   wholesale, net, direct and/or AWP pricing,
21   please verify and document and necessary
22   corrections."

149

1    What action did you take in response
2    to this letter?
3    A.   Just by the checkmarks, I can see that
4    she was verifying the wholesale list price.
5    Q.   That isn't your checkmark?
6    A.   No, that's not mine.  This isn't --
7    this looks like Terri Dunn.
8    Q.   She was a project coordinator,
9    correct, pricing coordinator?
10   A.   Correct.
11   Q.   Exhibit Kaszuba 026 is a Red Book product
12   listing verification.  This has the Bates
13   numbers 0005609 to 5622.
14   What is this document?
15   A.   This document is actually provided
16   from the Red Book database and they provide it
17   annually or semiannually and what they are
18   doing, they request the pharmaceutical companies
19   to verify product, product and pricing
20   information.
21   Our role was to verify the product
22   information and plus list price or actually

150

1  wholesale list at this time and direct price and
2  product if it's active or not.
3      Q.   The copy that we have, the column
4  headings didn't turn out. The first column that
5  has 82 – the column which has 8278 in it on the
6  first page, do you see that column right here?
7      A.   Yes.
8      Q.   What is that?  Is that the AWP?
9      A.   I don't know, I have no idea.
10     Q.   What about the column, it says 6616.
11         Do you know what column that is?
12     A.   No.  Without the headings, I would not
13  know.
14     Q.   Is that Barbara Goetz' signature at
15  the very bottom of each page?
16     A.   Yes.
17     Q.   What does that signify?
18     A.   Actually what it is signifying, she is
19  proofing the product information and she is
20  proofing the list price information.
21     Q.   Take a look at Exhibit Kaszuba 027 next.
22     A.   Sure.

151

1      Q.   This is also a Red Book product
2  listing and it contains the Bates numbers
3  0005571 to 5608.
4         If you will look at page 597, it looks
5  like we can read the column headings.
6      A.   Okay.
7      Q.   The last column is price effective
8  date, correct?
9      A.   Correct.
10     Q.   The next column, what does that say,
11  based on your experience with these reports?
12     A.   The one preceding that?
13     Q.   Yes.
14     A.   You know, I don't know.
15     Q.   SWP?
16     A.   It's been years since I have looked at
17  these documents, so I really —
18     Q.   The column next to that is WAC, correct?
19     A.   Correct.
20     Q.   And the one next to that, do you
21  believe that is direct price?
22     A.   I believe it is direct, just by

152

1  looking at it.
2      Q.   The one after that says AWP; is that
3  correct?
4      A.   It could.
5      Q.   I guess if we had a calculator we
6  could probably figure that out because you could
7  multiply WAC times the market factor, right?
8      A.   Yes.
9      Q.   Exhibit Kaszuba 027 also has Barbara Goetz'
10  signature, correct?
11     A.   Correct.
12     Q.   She is signing that in the course of
13  her responsibilities as a BMS employee; is that
14  correct?
15     A.   She is.
16     Q.   The same question with respect to
17  Exhibit Kaszuba 026, did Barbara Goetz sign that in her
18  role as a BMS employee?
19     A.   Yes, she did.
20     Q.   Thank you.
21         Going now to Exhibit Kaszuba 028, this is a
22  document with Bates numbers 0005551 to 570.

153

1         Is this a fax from Wyndy Jones of
2  MediSpan to yourself?
3      A.   It is.
4      Q.   What information is she transmitting?
5      A.   She is transmitting NDC, product name,
6  unit of measure, she is providing WAC, direct
7  price, AWP, effective date and another date I
8  can't read.
9      Q.   Did you request this information?
10     A.   I am assuming I did.
11     Q.   For what purpose would you have
12  requested this?
13     A.   The purpose is for product information
14  verification, that she has actually input the
15  correct wholesale price, and also I am assuming
16  for the AWP to include on an internal price
17  list.
18     Q.   Exhibit Kaszuba 029 is Bates numbered 0005237.
19  This is a May 13, 1997 letter from Barbara Goetz
20  to Carol Flanagan at Medical Economics.
21     A.   Correct.
22     Q.   Was Barbara Goetz acting under your