# EXHIBIT 11

**Medi◆Span**
KNOWLEDGE AT YOUR FINGERTIPS

8425 Woodfield Crossing Blvd.
P. O. Box 40930
Indianapolis, IN 46240-0930
Tel: (317) 469-5200
1-800-428-4495
Fax: (317) 469-5252

| | |
|---|---|
| To: | Terri ! |
| Company: | Bristol |
| Fax No: | 609-243-6499 |
| From: | Wyndy ! |
| Date: | 8/19/92 |

Total number of pages: **2**

If you do not receive this fax in readable condition, please call (317) 469-5200 ext. _388_

Message:

Terri !

Per our conversation,

please forward to Denise !

Thanks,

Wyn

MEDI-SPAN/0-91

= 1'4

BMS : 5 : 000010

HIGHLY CONFIDENTIAL

BMSAWP/0011245

009· 343·6986

OFFICE DISPATCH

To:        Wyndy J.

From:      Terri R.

Date:      9/19/92

Re:        BRISTOL ONCOLOGY SURVEY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

After reviewing the results of the wholesaler survey performed for
Bristol Oncology, and discussing these results with John, we have
determined that for those items with the labeler 0003, we will
use a 1.25 mark-up and for those items with the labeler 0001S, we
will use a 1.20 mark-up.  We noticed too, that FDE and Pedco
use a 1.20 for everything.

I will tickle this to do another survey in 90 days, just in case
the wholesalers/competition have been slow to make changes to
their pricing.

cc:  John L.
     Bryan W.
     Manufacturer file

BMS:5:000011

P.3/5

AUG 15 '95 11:17AM MED-SURG

BMSAWP/0011246

HIGHLY CONFIDENTIAL



## Bristol-Myers Squibb Company

Pharmaceutical Group

P.O. Box 4500  Princeton, NJ 08543-4500  609 243-6000

RECEIVED AUG 1 0 1992

Wendy Jones
MEDISPAN
8425 Woodfield Crossing Blvd.
Indianapolis, IN   46240-0930

Dear Ms. Olayan

Effective immediately, Bristol–Myers Oncology Division products factor used
in determining the AWP should be changed from 20.5% to 25%. This change
should not effect any other business unit of Bristol–Myers Squibb Company.

If there are any reasons why you cannot proceed with this request, please
contact me at 609–243–6988.

Sincerely,

Denise M. Kaszuba
Sr. Pricing Analyst

*Terri,*

*How is the survey going? Please advise - Denise wants a new AWP printout.   Thanks,*
*Wegt.*

BMS:5:090012

F.3/5

AUG 19 '92 11:17AM MEDI-SPAN

HIGHLY CONFIDENTIAL

BMSAWP/0011247



# Bristol-Myers Squibb Company

Pharmaceutical Group

P.O. Box 4500  Princeton, NJ 08543-4500  609 243-6000

Edward Edelstein
First Data Bank
1111 Bayhill Drive
Suite 350
San Bruno, CA  94066

Dear Mr. Edelstein

Effective immediately, Bristol–Myers Oncology Division products factor used in determining the AWP should be changed from 20.5% to 25%.  This change should not effect any other business unit of Bristol–Myers Squibb Company.

If there are any reasons why you cannot proceed with this request, please contact me at 609–243–6986.

Sincerely,

Denise M. Kaszuba
Sr. Pricing Analyst

BMS:5:000013

HIGHLY CONFIDENTIAL

BMSAWP/0011248

# EXHIBIT 12

**PRICE INCREASE/DECREASE NOTIFICATION PROCESS**       Define:   "Price
Increase/Decrease Process is the changed of  prices to the list price

1.   Director of Finance or designee provides document containing price increase proposal. The
     following information is required to implement a price increase action.

     a.   Proposed % increase by product/SKU's form
     b.   Proposed effective date
     c.   Proposed Transitional Offer:
          1.   Credit Adjustment:
               A credit is extended to wholesalers/physicians in the form of credit memo based on
               2 week average units purchased.

          2.   Buy-In Offer:
               A buy-in allowance at the old price for a specified historical purchasing period.

2.   Create a Price Increase folder. This is where all price increase documents are stored. File folder
     is stored in chronological order in the price increase file drawer.

3.   Prepare a Time and Events Schedule. This is used as a step-by-step guide and time schedule for
     all pricing action tasks. During a pricing action, the Time and Events schedule will be reviewed
     on a daily basis to ensure the tasks and schedules are met. (SEE ATTACHED EXAMPLE)

4.   Pricing Support will prepare an Excel spreadsheet calculating the new prices for classes of trade
     affected by the price increase. The following classes of trade may be affected by a list price
     increase:

                Wholesalers                          (Billing Category 51)
                Oncology Product Distributors        (Billing Category 42)
                Retailers                            (Billing Category 57)
                Non-Profit Non Retail                (Billing Category 56)
                Profit Non Retail                    (Billing Category 58)
                Physicians                           (Billing Category 59)

     SEE ATTACHED EXCEL FORMULAS TO CALCULATE PRICES

5.   Enter proposed prices using the % factor and markup factor in the Price Authorization
     System.

     a. % FACTOR: Wholesaler Percent. The change in product price is entered as a  percent in
     this field. *Actual percent increase for pricing action*

     b. MARKUP FACTOR: When there is 2 tiered pricing, you need to add a 5% markup in the
     markup field  (example: new % for wholesale and retail is 5% higher) The percent of
     markup is for a product is entered in this field. A markup is usually done when the
     wholesaler percent is changed. This field is used for price increases affecting all *but* the
     wholesaler community (billing category 51).

6.   Print (pending status) approval forms from the Pricing Authorization system for proofing.

7.   Compare all prices on Excel spreadsheet, communication documents and the Price Authorization
     System for accuracy and consistency.  Correct system to match signed documents if within a
     penny or two.

1

HIGHLY CONFIDENTIAL



BMS/AWP/000186646

8.      Prepare communications for the following classes of trade:

    a. Wholesalers
    b. Retail Pharmacist
    c. Hospital – Director of Pharmacy
    d. Oncologist/Physician
    e. Sales Forces

9.      Types of communications provided:

    a. Western Union Mailgrams
        1. Direct Buying Retailers based on the last 12 months of sales
        2. Retail Chain Headquarters
        3. Direct Buying Hospitals who purchase at list price and based on the last 12
          months of sales.
        4. Wholesalers (Headquarters)
        5. Wholesalers (Distribution Sites)
        6. Oncologists (Based on direct purchases)

**Details on Western Union procedures are listed in section 10.**

    a. Facsimiles (FAX)   (see wholesaler headquarter EXCEL file in I/Shared/Admin Price/
    b. Price Support/ wholesalers_headquarterchain.xls)
        1. Retail Chain Headquarters
        2. State of Texas
        3. Data Services (First DataBank, Red Book, Clinidata)

    c. E-Mail   (SEE EXAMPLES)

        1. Internal:
            NOTE: Wholesale, retail, hospital and physician pricing (if applicable)
            is provided in the EXCEL format.

        2. Sales Forces:
            NOTE: Wholesale, retail, hospital and physician
            (if applicable) pricing is provided in the FAX format.

        3. Data Services: (First DataBank, Red Book, Clinidata)
            NOTE: Wholesale and retail pricing is provided in a WORD
            Document.  Pricing is provided in the FAX format.

        4. Puerto Rico: (3-4 days prior to pricing action)
            NOTE: Wholesale, retail, and hospital pricing is provided in the EXCEL
            worksheet format.

        5. OTN: (Oncology Therapeutic Network: For Oncology Products Only)
            NOTE: BMSO wholesale and retail pricing is provided in the EXCEL
            worksheet format.   .

2

GHLY CONFIDENTIAL

BMS/AWP/000186647

10. **WESTERN UNION:**

    a. Contact Western Union Account Executive, Donna Moody to get the job numbers for each of the class of trade categories: Wholesalers, Retailers, Hospitals and Physicians.

    b. Prepare a Western Union Grid which contains previous job numbers and current job numbers supplied by Donna Moody.

    c. Approve work order from Western Union and send back to Margie Sherman at Western Union at the fax number provided on the work order.

    d. Provide Mailgram text via e-mail to Western Union.
        1. The software application used to produce the documents is WORD. Due to the limitations of Western Union's programming, please note the following: TABS cannot be used when entering the data. The registered and trade mark symbols cannot be used, instead use (R) and (TM).

        2. Supply customer mailing labels to Western Union if necessary. In most cases they use the lists used previously. If mailing labels need to be update, contact Rick James in I.M. to update and provide the lists in an Excel format.

        3. Proof and approve documents as they are returned from Western Union.

11. Prepare Internal communication:

    a. Internal price increase notifications are sent via e-mail to members of the e-mail distribution lists. The EXCEL spreadsheet is attached to the e-mail.

    b. The lists include but not limited to: General Management, Strategy-Policy, & Analysis, Managed Healthcare, Policy & Strategy Management Team, US Pricing and Contracts, Trade/Sales Operations, Medical and Technology Strategy, Sales and Marketing Services, Strategy and Operations, Supply Chain, Manufacturing, & Logistics, Pricing Administration, Finance, Cardiovascular/Metabolic Sales, NID/Derm Marketing and Medical Affairs, Mature Brand Management, BMSO Sales, BMSI Sales, and Barbara Devlin of IMS, AJ Dsumey and Bill Gibson- BMS.

    c. In order to maintain consistency and accuracy, the e-mail distribution lists must be reviewed prior to notifications being sent. Sources to use are the organizational charts in Lotus Notes. They are updated periodically and they provide members of key departments.

12. Sales Force Communications:

    a. Prepare and send sales force communications through the respective Sales Administration. The document is the same FAX format that is sent to the Data Services which contains wholesale and retail pricing.

    b. Managed Healthcare: E-mail directly using the e-mail distribution list for MHC and MHC Trade Strategy and Marketing.

    c. NID Salesforces: Complete the NID Sales Communication Forms located in: I/shared/admin price/ price support/ field communication forms/NID. E-mail completed form to appropriate contact with price increase notification. Contacts are listed by product responsibility on the document. A confirmation will be sent back of notification.

3

GHLY CONFIDENTIAL

d. CV/Metabolic Salesforces: Complete the CV/MET Sales Communication Forms located in: l/shared/admin price/ price support/ field communication forms/CV-Meta. E-mail completed form and price increase notification to appropriate contact. Contacts are listed by product responsibility on the document. A confirmation will be sent back of notification.

e. Oncology/Immunology Salesforces: Even though the division is listed as one entity they operate as separate entities with separate salesforces, Oncology and Immunology. Price increase notifications are handled differently for each one.

1. Oncology: A sales force notification form was developed for Oncology, However, they do not utilize it the same way as CV/Met or NID. Therefore, it can be sent to Sr. VP of Sales, Don Soltysiak and VP of Oncology Marketing, Kathleen Deardorff for approvals. Pricing Operations is responsible for sending out the notification to the BMSO (Bristol-Myers Squibb Oncology). It can be sent via e-mail to: mg-wmg-bmso-sales@bms.com

2. Immunology: Bill Kindberg, VP of Immunology Sales did not want a Salesforce Communication form. Therefore, the day before, contact Bill Kindberg or his Admin., Jane Villanova to get permission to send out notifications to the Immunology salesforce.
It can be sent via e-mail to: mg-wmg-bmsi-field-sales@bms.com

13. Release prices to pending file of Price Authorization System.

14. Release Prices (Approved Status) in the Price Authorization System the night before pricing action. The Associate Manager of Pricing Support or Sr. Manager of Pricing Administration will approve and release prices into the system.

15. Release approved Western Union texts the afternoon before pricing actions. This allows the opportunity to make any last minute changes.

15. Day of price increase, release communication to internal customers via e-mail. (See examples)

16. Day of price increase, provide price change notification to the data services (First Databank, Red Book, and Clinidata. (See examples)

16. Day of price increase, fax wholesale or retail fax sheets to respective customer as listed on the FAX list. (see wholesaler headquarter EXCEL file in l/Shared/Admin Price/ Price Support/ wholesalers_headquarterchain.xls)

17. Send out buy-in forms or credit adjustments to wholesalers (if applicable)

18. Obtain AWP's from the Data Services (First DataBank and Red Book)
Approximate turn around time is 2-3 days. Review AWP's for reasonability, ie 20%-25% higher than new wholesale price. AWP's are for internal use only.

19. Update internal price lists with new AWP's.

20. When Pricing Action is completed, update the main Pricing Table for each applicable business unit to reflect all active pricing in the current pricing column.

4

BMS/AWP/000186649

# EXHIBIT 13

# RED BOOK

## PRODUCT LISTING VERIFICATION

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2329   Fax (201) 358-1754

Please Respond By: 09/15/95
Contact Name: DENISE KABZUBA
Contact Phone: (800) 631-5244

BMV/71L803/U/31/000159A

BRISTOL-MYERS ONCOLOGY DIV/HIV PRODUCTS
A BRISTOL-MYERS SQUIBB COMPANY
P O BOX 4500
PRINCETON   NJ   085344500



| | | | | | | |
|---|---|---|---|---|---|---|
| 00015-3012-38 | BICNU<br>IN/DILUENT) 100 MG<br>PO   10<br>1s **<br>CARMUSTINE | 01 RX | 82.70 | .00 | 66.16 | .00 | 03/01/95 |
| 00015-3010-20 | BLENOXANE<br>VIAL J   15 U<br>PO   1 J<br>1s **<br>BLEOMYCIN SULFATE | 01 RX | 291.49 | .00 | 233.19 | .00 | 03/01/95 |
| 00015-3034-10 | CEENU<br>(DOSE PACK)<br>CAP   PO<br>6s **<br>LOMUSTINE | 01 RX  X | 81.21 | .00 | 64.97 | .00 | 03/01/95 |
| 00015-3030-20 | CEENU<br>CAP   PO   10 MG<br>20s **<br>LOMUSTINE | 01 RX | 87.93 | .00 | 78.34 | .00 | 03/01/95 |
| 00015-3031-20 | CEENU<br>CAP   PO   40 MG<br>20s **<br>LOMUSTINE | 01 RX | 264.79 | .00 | 211.83 | .00 | 03/01/95 |
| 00015-3032-20 | CEENU<br>CAP   PO   100 MG<br>20s **<br>LOMUSTINE | 01 RX | 593.33 | .00 | 482.66 | .00 | 03/01/95 |

Instructions: Please make corrections directly on this printout.
X OK as is
[ ] OK with changes

Signature _____   Date _____

Trade Secret CONFIDENTIAL

BMS1OIG/7:000396



HIGHLY CONFIDENTIAL

BMSAWP/0005609

BMY/FL8434/71/N60199

# RED BOOK
## PRODUCT LISTING VERIFICATION

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-7200   Fax (201) 358-7726

BRISTOL-MYERS ONCOLOGY DIV/HIV PRODUCTS
A BRISTOL-MYERS SQUIBB COMPANY
P. O. BOX 4500
PRINCETON NJ 08543-4500

Please Respond By: 09/15/95
Contact Name: DENISE KABZUBA
Contact Phone: (800) 631-5244

| NDC | Description | | | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 00015-0500-41 | CYTOXAN (VIAL) PDI-LJ 100 MG CYCLOPHOSPHAMIDE | AP | B: | RX | 5.31 | .00 | 4.25 | .00 | | 03/01/94 |
| 00015-0501-41 | CYTOXAN (VIAL) PDI-LJ 200 MG CYCLOPHOSPHAMIDE | AP | B: | RX | 10.11 | .00 | 8.89 | .00 | | 03/01/94 |
| 00015-0502-41 | CYTOXAN (VIAL) PDI-LJ 500 MG CYCLOPHOSPHAMIDE | AP | B: | RX | 21.24 | .00 | 16.99 | .00 | | 03/01/94 |
| 00015-0505-41 | CYTOXAN (VIAL) PDI-LJ 1 GM CYCLOPHOSPHAMIDE | AP | B: | RX | 42.49 | .00 | 33.99 | .00 | | 03/01/94 |
| 00015-0506-41 | CYTOXAN (VIAL) PDI-LJ 2 GM CYCLOPHOSPHAMIDE | AP | B: | RX | 85.00 | .00 | 68.00 | .00 | | 03/01/94 |
| 00015-0504-01 | CYTOXAN TAB PO 25 MG 100.EA CYCLOPHOSPHAMIDE | | B: | RX | 158.63 | .00 | 126.90 | .00 | | 03/01/95 |

Instructions: Please make corrections directly on this printout.

Trade Secret CONFIDENTIAL

HIGHLY CONFIDENTIAL

BMS10IG/7:000397

BMSAWP/0005610

BMV/PL03U/124401300

BRISTOL-MYERS ONCOLOGY DIV/HIV PRODUCTS
A BRISTOL-MYERS SQUIBB COMPANY
PO BOX 4500
PRINCETON NJ 085434500

# RED BOOK

## PRODUCT LISTING VERIFICATION

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-7200   Fax (201) 358-7259

Please Respond By: 07/15/95
Contact Name: DENISE KASZUBA
Contact Phone: (908) 631-5244

| NDC | Product | | | | | | | DATE |
|---|---|---|---|---|---|---|---|---|
| 00015-0503-01 | CYTOXAN TAB PO 50 MG CYCLOPHOSPHAMIDE | | 01 RX | 291.13 | .00 | 292.99 | .00 | 03/01/95 |
| 00015-0503-02 | CYTOXAN TAB PO 50 MG CYCLOPHOSPHAMIDE | | 01 RX | 2772.74 | .00 | 3210.19 | .00 | 03/01/95 |
| 00015-0539-41 | CYTOXAN LYOPHILIZED POI IJ 100 MG CYCLOPHOSPHAMIDE | AP | 01 RX | 6.45 | .00 | 5.16 | .00 | 03/01/94 |
| 00015-0546-41 | CYTOXAN LYOPHILIZED POI IJ 200 MG CYCLOPHOSPHAMIDE | AP | 01 RX | 12.25 | .00 | 9.88 | .00 | 03/01/94 |
| 00015-0547-41 | CYTOXAN LYOPHILIZED POI IJ 500 MG CYCLOPHOSPHAMIDE | AP | 01 RX | 25.71 | .00 | 20.57 | .00 | 03/01/94 |
| 00015-0548-41 | CYTOXAN LYOPHILIZED POI IJ 1 GM CYCLOPHOSPHAMIDE | AP | 01 RX | 51.43 | .00 | 41.14 | .00 | 03/01/94 |

Instructions: Please make corrections directly on this printout.
X OK as is     : OK with changes

Trade Secret CONFIDENTIAL

BMS1OIG/7:000398

BMSAWP/0005611

HIGHLY CONFIDENTIAL

BMY/PLBOOK/121/0001391

BRISTOL-MYERS ONCOLOGY DIV/REV PRODUCTS
A BRISTOL-MYERS SQUIBB COMPANY
PRINCETON NJ 085434588

**RED BOOK**

PRODUCT LISTING VERIFICATION

MEDICAL ECONOMICS
Five Paragon Drive, Montvale, NJ 07645-1742
(201) 358-2828  Fax (201) 358-7258

Please Respond By: 09/15/95
Contact Name: DENISE KABZUBA
Contact Phone: (800) 631-5244



| NDC | Description | | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00015-0547-41 | CYTOXAN LYOPHILIZED / PDI 1J 2 GM / CYCLOPHOSPHAMIDE | AP | 01 RX | 182.87 | .00 | 82.31 | .00 | 03/01/94 |
| 00003-0838-50 | HYDREA / CAP PO 500 MG / HYDROXYUREA | | 01 RX | 144.93 | .00 | 113.54 | .00 | 03/01/95 |
| 00015-0556-41 | IFEX / PDI 1J 1 GM / IFOSFAMIDE | | 01 RX | 107.06 | .00 | 86.29 | .00 | 03/01/95 |
| 00015-0557-41 | IFEX / PDI 1J 3 GM / IFOSFAMIDE | | 01 RX | 323.64 | .00 | 258.91 | .00 | 03/01/95 |
| 00015-3554-27 | IFEX/MESNEX (COMBO-PACK) / KIT 1J / IFOSFAMIDE/MESNA | | 01 RX | 1862.59 | .00 | 1498.08 | .00 | 06/27/95 |
| 00015-3554-26 | IFEX/MESNEX (COMBO-PACK) / KIT 1J / IFOSFAMIDE/MESNA | | 01 RX | 778.78 | .00 | 616.62 | .00 | 06/27/95 |

Instructions: Please make corrections directly on this printout

Trade Secret CONFIDENTIAL

HIGHLY CONFIDENTIAL

BMYPLBX54/11/0001303

BRISTOL-MYERS ONCOLOGY OIV/HIV PRODUCTS
A BRISTOL-MYERS SQUIBB COMPANY
P.O. BOX 4500     085434500
PRINCETON NJ

# RED BOOK

## PRODUCT LISTING VERIFICATION

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2274  Fax (201) 358-1798

Please Respond By: 09/15/95
Contact Name: DENISE KASZUBA
Contact Phone: (800) 631-5244



| | | | | | | |
|---|---|---|---|---|---|---|
| 00015-3557-41 | IFEX/MESNEX (COMBO-PACK) KIT 1J 1.0 1FOSFAMIDE/MESNA | 01 RX | 1842.50 | .00 | 1478.00 | .00 | 03/01/95 |
| 00015-3558-41 | IFEX/MESNEX (COMBO-PACK) KIT 1J 3.0 1FOSFAMIDE/MESNA | 01 RX | 778.78 | .00 | 616.62 | .00 | 03/01/95 |
| 00015-3559-41 | IFEX/MESNEX (COMBO-PACK) KIT 1J 4.0 1FOSFAMIDE/MESNA | 01 RX | 924.93 | .00 | 737.96 | .00 | 03/01/95 |
| 00015-3564-15 | IFEX/MESNEX (COMBO-PACK) KIT 1J 15.0 1FOSFAMIDE/MESNA | 01 RX | 1117.44 | .00 | 893.95 | .00 | 06/27/95 |
| 00015-3988-60 | LYBDOREN TAB PO 500 MG 100.06 MITOTANE | 01 RX | 212.86 | .00 | 170.29 | .00 | 03/01/95 |
| 00015-3988-42 | MEGACE SUS PO 40 MG/ML 8.05.66 MEGESTROL ACETATE | 01 RX | 107.93 | .00 | 86.36 | .00 | 03/01/95 |

Instructions: Please make corrections directly on this printout.
✓ OK as is     ( ) OK with changes

Trade Secret CONFIDENTIAL

HIGHLY CONFIDENTIAL

BMY/RLO3G/131/001303

**RED BOOK**

**PRODUCT LISTING VERIFICATION**

WMMEDICAL ECONOMICS
Five Paragon Drive Montvale, NJ 07645-1742
(201)358-2214  Fax(201)358-1758

Please Respond By: 09/15/95
Contact Name: DENISE KARZUBA
Contact Phone: (800) 631-5244

BRISTOL-MYERS ONCOLOGY DIV/HIV PRODUCTS
A BRISTOL-MYERS SQUIBB COMPANY
P.O. BOX 4500
PRINCETON   NJ   085434500

| NDC | Description | | | | | | | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|
| 00015-0595-01 | MEGACE TAB PO 20 MG 100s ea NEGESTROL ACETATE | AB | 01 RX | 72.76 | .00 | 50.21 | .00 | 03/01/95 |
| 00015-0596-01 | MEGACE TAB PO 40 MG 100s ea NEGESTROL ACETATE | AB | 01 RX | 129.78 | .00 | 103.82 | .00 | 03/01/95 |
| 00015-0596-45 | MEGACE TAB PO 40 MG 500s ea NEGESTROL ACETATE | AB | 01 RX | 622.96 | .00 | 498.37 | .00 | 03/01/95 |
| 00015-0596-46 | MEGACE TAB PO 40 MG 250s ea NEGESTROL ACETATE | AB | 01 RX | 317.96 | .00 | 254.37 | .00 | 03/01/95 |
| 00015-3560-41 | MESNEX AMP IJ 100 MG/ML 2 ml 15s ea MESNA | AB | 01 RX | 231.46 | .00 | 185.17 | .00 | 03/01/94 |
| 00015-3561-41 | MESNEX AMP IJ 100 MG/ML 4 ml 15s ea MESNA | | 01 RX | 462.98 | .00 | 370.32 | .00 | 03/01/94 |

9-22-93

Instructions: Please make corrections directly on this printout.
X fix with changes

Trade Secret CONFIDENTIAL

BMS1OIG/7:000401

BMSAWP/0005614

HIGHLY CONFIDENTIAL



BMY(FL)NS6/11/N001354

# RED BOOK
## PRODUCT LISTING VERIFICATION

MEMEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2038   Fax (201) 358-1759

Please Respond By: 09/15/95
Contact Name: DENISE KABZUBA
Contact Phone: (609) 631-5244

BRISTOL-MYERS ONCOLOGY DIV/HIV PRODUCTS
A BRISTOL-MYERS SQUIBB COMPANY
P.O. BOX 4500
PRINCETON NJ 085434500

| NDC | Description | AP | Code | | Price | | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|
| 00015-3542-41 | MESNEX (AMP.) INJ IU 100 MG/ML 10 ml 10s 00 MESNA | | 01 RX | 771.54 | .00 | 617.23 | .00 | 03/01/94 |
| 00015-3563-93 | MESNEX (M.D.U.) INJ IU 100 MG/ML 10 ml 00 MESNA | | 01 RX | 149.88 | .00 | 119.29 | .00 | 06/27/95 |
| 00015-3563-93 | MESNEX (M.D.U.) INJ IU 100 MG/ML 10 ml 10s 00 MESNA | | 01 RX | 1498.88 | .00 | 1192.88 | .00 | 06/27/95 |
| 00015-3001-20 | RUTANYCIN POI IU 5 MG 15 ea MITOMYCIN | AP | 01 RX | 134.11 | .00 | 187.29 | .00 | 03/01/95 |
| 00015-3002-20 | RUTANYCIN POI IU 20 MG MITOMYCIN | AP | 01 RX | 452.91 | .00 | 362.33 | .00 | 03/01/95 |
| 00015-3050-20 | RUTANYCIN POI IU 40 MG 15 ea MITOMYCIN | | 01 RX | 915.87 | .00 | 732.97 | .00 | 03/01/95 |

Instructions: Please make corrections directly on this printout.

Trade Secret CONFIDENTIAL

BMS1OIG/7:000402

HIGHLY CONFIDENTIAL

BMSAWP/0005615

BMY/PLBOOK/411/AU01345

BRISTOL-MYERS ONCOLOGY DIV/HIV PRODUCTS
A BRISTOL-MYERS SQUIBB COMPANY
PO BOX 4500
PRINCETON NJ 085434500

# RED BOOK

## PRODUCT LISTING VERIFICATION

BMEDICAL ECONOMICS
Five / Merger Drive • Montvale, NJ 07645-1742
(201)358-7500    Fax (201)358-7100

Please Respond By: 07/15/95
Contact Name: DENISE KABZUBA
Contact Phone: (800) 631-5244

| NDC | Product | | | | | | | Effective Date |
|---|---|---|---|---|---|---|---|---|
| 00015-3082-22 | MUTAMYCIN VHA + / POI IJ 20 MG / 15 ea / MITOMYCIN | AP | B: | RX | 452.91 | .00 | 362.33 | .00 | 06/30/95 |
| 00003-0543-28 | MYCOSTATIN PASTILLES / LOZ PO 200,000 U / 30s ea / NYSTATIN | | B1 | RX | 38.19 | .00 | 24.15 | .00 | 03/01/95 |
| 00015-3213-30 | PARAPLATIN (VIAL) / POI IJ 50 MG / 15 ea / CARBOPLATIN | | B1 | RX | 81.13 | .00 | 64.90 | .00 | 03/01/95 |
| 00015-3214-30 | PARAPLATIN (VIAL) / POI IJ 150 MG / 15 ea / CARBOPLATIN | | B1 | .RX | 243.33 | .00 | 194.66 | .00 | 03/01/95 |
| 00015-3215-30 | PARAPLATIN (VIAL) / POI IJ 450 MG / 15 ea / CARBOPLATIN | | B1 | RX | 729.98 | .00 | 583.98 | .00 | 03/01/95 |
| 00015-3070-20 | PLATINOL (VIAL) / POI IJ 10 MG / 15 ea / CISPLATIN | | B1 | RX | 34.66 | .00 | 27.73 | .00 | 03/01/95 |

Instructions: Please make corrections directly on this printout.

OK as is

OK with changes

Trade Secret CONFIDENTIAL

BMS1OIG/7:0000403

HIGHLY CONFIDENTIAL

BMSAWP/0005616



# RED BOOK
### PRODUCT LISTING VERIFICATION

MEDICAL ECONOMICS
Five Paragon Drive, Montvale, NJ 07645-1742
(201) 358-7222   Fax (201) 358-7234

Please Respond By: 09/15/95
Contact Name: DENISE KASTUBA
Contact Phone: (800) 631-5244

BMV/PLBX56/11AN01204

BRISTOL-MYERS ONCOLOGY DIV/HIV PRODUCTS
A BRISTOL-MYERS SQUIBB COMPANY
P BOX 4500
PRINCETON NJ 085434500

| NDC | Description | | | | | | | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|
| 00015-3072-20 | PLATINOL (CIS) 1J PQY 1J 10 PO CISPLATIN 50 MO | 127.59 | .00 | 161.79 | 01 RX | | | 03/01/95 |
| 00015-3220-22 | PLATINOL-AQ (CIS) 1J INJ 1J 50 3.1 PP CISPLATIN 1 MG/ML | 135.41 | .00 | 147.24 | 01 RX | | | 03/01/95 |
| 00015-3221-22 | PLATINOL-AQ (CIS) 1J INJ 1J 100 3.1 PP CISPLATIN 1 MG/ML | 276.00 | .00 | 338.50 | 01 RX | | | 03/01/95 |
| 00015-3351-22 | RUBEX (VIAL) 1J PDI 1J 10 MO DOXORUBICIN HYDROCHLORIDE | 35.95 | .00 | 43.81 | 01 RX | AP | | 02/01/94 |
| 00015-3352-22 | RUBEX (VIAL) 1J PDI 1J 50 MO DOXORUBICIN HYDROCHLORIDE | 157.72 | .00 | 177.15 | 01 RX | | | 02/01/94 |
| 00015-3353-22 | RUBEX (VIAL) 1J PDI 1J 100 MO DOXORUBICIN HYDROCHLORIDE | 315.43 | .00 | 374.27 | 01 RX | AP | | 02/01/94 |

Instructions: Please make corrections directly on this printout.

Trade Secret CONFIDENTIAL

BMS101G/7:0000404

BMSAWP/0005617

HIGHLY CONFIDENTIAL

BMY/PL30/A/111/A601307

# RED BOOK
## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201)358-7231 • Fax (201)358-7756

BRISTOL-MYERS ONCOLOGY DIV/HIV PRODUCTS
A BRISTOL-MYERS SQUIBB COMPANY
P O BOX 4500   BOX434500
PRINCETON NJ   085434500

Please Respond By: 07/15/95
Contact Name: DENISE KABZUBA
Contact Phone: (800) 631-5244

| | | | | | | | | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|
| 00015-3456-20 | TAXOL (IN,D,U,) 6 MG/ML 5 ml ea PACLITAXEL | | 01 RX | 182.63 | .00 | 146.18 | .00 | 12/31/92 |
| 00003-0690-50 | TEGLAC TAB PO 50 MG 100s ea TESTOLACTONE | | 01 OTH | 127.00 | .00 | 183.26 | .00 | 03/01/95 |
| 00015-0091-45 | VEPESID CAP PO 50 MG 20s ea ETOPOSIDE | | 01 RX | 694.91 | .00 | 355.93 | .00 | 03/01/95 |
| 00015-3041-20 | VEPESID (IN,D,U,) INJ IJ 20 MG/ML 25.0 ea ETOPOSIDE | AP | 01 RX | 665.30 | .00 | 532.30 | .00 | 10/21/93 |
| 00015-3042-20 | VEPESID (IN,D,U,) INJ IJ 20 MG/ML 50.0 ea ETOPOSIDE | AP | 01 RX | 1296.64 | .00 | 1027.31 | .00 | 10/21/93 |
| 00015-3044-20 | VEPESID (IN,D,U,) INJ IJ 20 MG/ML 7.0 ea ETOPOSIDE | AP | 01 RX | 264.74 | .00 | 143.79 | .00 | 07/09/93 |

Instructions: Please make corrections directly on this printout.

Trade Secret CONFIDENTIAL

BMS1OIG/7:0000405

HIGHLY CONFIDENTIAL

BMSAWP/0005618

BHYP2LD53U11J0441348

BRISTOL-MYERS ONCOLOGY DIV/HIV PRODUCTS
A BRISTOL-MYERS SQUIBB COMPANY
P.O. BOX 4500    #05434500
PRINCETON NJ

# RED BOOK
## PRODUCT LISTING VERIFICATION
MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-3231 | Fax (201) 358-1706

Please Respond By: 03/15/95
Contact Name: DENISE KASZUBA
Contact Phone: (800) 631-5244

| NDC | Product | AP | B1 RX | | | | | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|
| 00015-3075-20 | VEPESID (TM, D.V.) INJ 20 MG/ML ETOPOSIDE | AP | | 136.41 | .00 | 187.17 | .00 | 03/30/95 |
| 00087-6628-43 | VIDEX CTB PO 25 MG 605 MG DIDANOSINE | | 01 RX | 22.26 | 18.47 | 18.47 | .00 | 03/31/95 |
| 00087-6624-43 | VIDEX CTB PO 50 MG 605 MG DIDANOSINE | | 01 RX | 44.51 | 36.94 | 36.94 | .00 | 03/31/95 |
| 00087-6627-43 | VIDEX CTB PO 100 MG 605 MG DIDANOSINE | | 01 RX | 89.87 | 73.87 | 73.87 | .00 | 03/31/95 |
| 00087-6626-43 | VIDEX CTB PO 150 MG 605 MG DIDANOSINE | | 01 RX | 133.53 | 110.81 | 110.81 | .00 | 03/31/95 |
| 00087-6614-43 | VIDEX POR PO 100 MG 305 MG DIDANOSINE | | 01 RX | 44.51 | 36.94 | 36.94 | .00 | 03/31/95 |

Instructions: Please make corrections directly on this printout.

Trade Secret CONFIDENTIAL

HIGHLY CONFIDENTIAL

BMS1OIG/7:0000406

BMSAWP/0005619

BMYP/LW05/4151N001309

BRISTOL-MYERS ONCOLOGY DIV/HIV PRODUCTS
A BRISTOL-MYERS SQUIBB COMPANY
P.O. BOX 4500
PRINCETON NJ 08543-4500

# RED BOOK
## PRODUCT LISTING VERIFICATION

MEDICAL ECONOMICS
Five Paragon Drive Montvale, NJ 07645-1742
(201) 358-7200 Fax(201) 358-7456

Please Respond By: 09/15/95
Contact Name: DENISE KABZUBA
Contact Phone: (800) 631-5244

| | | | | | | | | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|
| 09087-6615-43 | VIDEX PDR PO 167 MO 30B ea DIDANOSINE | 01 RX | 74.34 | 61.67 | 61.67 | .00 | | 02/01/95 |
| 09087-6616-43 | VIDEX PDR PO 250 MG 30B ea DIDANOSINE | 01 RX | 111.27 | 92.34 | 92.34 | .00 | | 03/01/95 |
| 00087-6652-41 | VIDEX PEDIATRIC PDR PO 2 OH DIDANOSINE | 01 RX | 29.67 | 24.62 | 24.62 | .00 | | 03/01/95 |
| 00087-6653-41 | VIDEX PEDIATRIC PDR PO 4 OM DIDANOSINE | 01 AX | 59.32 | 49.23 | 47.23 | .00 | | 03/01/95 |
| 00015-3075-19 | VUMON IAMP J 10 MG/ML 3 ml. ea TENIPOSIDE | 01 RX | 156.49 | .00 | 125.12 | .00 | | 03/01/95 |
| 00015-3075-97 | VUMON IAMP J 10 MG/ML 3 ml. ea TENIPOSIDE | 01 RX | 1563.75 | .00 | 1251.20 | .00 | | 03/01/95 |

Instructions: Please make corrections directly on this printout.

Trade Secret CONFIDENTIAL

BMS1OIG/7:0000407

BMSAWP/0005620

HIGHLY CONFIDENTIAL



**RED BOOK**

**PRODUCT LISTING VERIFICATION**

Medical Economics
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2223  Fax (201) 358-1754

Please Respond By: 09/15/95
Contact Name: DENISE KASZUBA
Contact Phone: (800) 631-5244

SQUIBB / Immuno/Oncology
BRISTOL-MYERS ONCOLOGY/IMMUNO PRODUCTS
A BRISTOL-MYERS SQUIBB COMPANY
P. O. BOX 4500
PRINCETON NJ 085434500

| | | | | | | | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|
| 00003-1764-01 | ZERIT CAP PO 15 MG STAVUDINE | | 01 RX | 200.01 | .00 | 165.98 | .00 | 07/08/94 |
| 00003-1765-01 | ZERIT CAP PO 20 MG STAVUDINE | | 01 RX | 200.00 | .00 | 172.64 | .00 | 07/08/94 |
| 00003-1766-01 | ZERIT CAP PO 30 MG STAVUDINE | | 01 RX | 217.00 | .00 | 180.00 | .00 | 07/08/94 |
| 00003-1767-01 | ZERIT CAP PO 40 MG STAVUDINE | | 01 RX | 225.00 | .00 | 186.72 | .00 | 07/08/94 |

Instructions: Please make corrections directly on this printout.
OK with changes
OK as is

Trade Secret CONFIDENTIAL        BMS1OIG/7:000408

BMSAWP/0005621

HIGHLY CONFIDENTIAL

RED BOOK

*This is reproduced Under a Common Consent*

## MANUFACTURER DIRECTORY INFORMATION FORM

Please verify the following information to ensure that your organization is
properly listed in the 1996 Red Book. Please make changes directly on this form.

BRISTOL-MYERS ONCOLOGY/DENTAL PRODUCTS   *Squibb / Immunology*
_____
Manufacturer Name

A BRISTOL-MYERS SQUIBB COMPANY       P. O. BOX 4500
_____
Address

PRINCETON                   NJ              08543-4500
_____
City                        State           Zip Code

DENISE KASZUBA
_____
Contact Name (not published)

(800) 631-5244
_____
800 Number

(609) 897-4741
_____
Main Telephone Number

(800) 523-2965
_____
Fax Number


☐ OK as is       ☒ OK with changes

*Barbara Hott*                          9-7-95
_____
Signature                               Date


If you have any questions, please call (201) 358-2228


BMY/P1.B/936/121L0001311


FIVE PARAGON DRIVE • MONTVALE • NEW JERSEY 07645 • 201 358-7500

BMS1OIG/7:000409

Trade Secret CONFIDENTIAL

BMSAWP/0005622

HIGHLY CONFIDENTIAL

# EXHIBIT 14



# RED BOOK

## PRODUCT LISTING VERIFICATION

MEDICAL ECONOMICS
Five Paragon Drive, Montvale, NJ 07645-1741
(201) 358-7201 Fax (201) 358-7709

Please Respond By: 09/15/95
Contact Name: DENISE KABZUBA
Contact Phone: (800) 631-5244

BMV/TLB/05/0/11/00041240

APOTHECON PRODUCTS
BRISTOL-MEYERS SQUIBB
P. O. BOX 4500
PRINCETON NJ 085434500

| Code | Product | | | | | | | Price Effective Date |
|------|---------|---|---|---|---|---|---|---|
| 00015-3020-20 | AMIKIN INJ 1J 250 MG/ML 2 ea ea AMIKACIN SULFATE | AP | 01 RX | 46.99 | 39.16 | 39.16 | .00 | 03/01/95 |
| 00015-3028-20 | AMIKIN (8PK) INJ 1J 250 MG/ML 2 ea ea AMIKACIN SULFATE | AP | 01 RX | 68.54 | 57.12 | 57.12 | .00 | 06/23/92 |
| 00015-3023-20 | AMIKIN (VIAL) INJ 1J 250 MG/ML 4 ea ea AMIKACIN SULFATE | AP | 01 RX | 92.86 | 77.39 | 77.39 | .00 | 03/01/95 |
| 00015-3015-20 | AMIKIN PEDIATRIC (VIAL) INJ 1J 50 MG/ML 2 ea ea AMIKACIN SULFATE | AP | 01 RX | 35.24 | 29.37 | 29.37 | .00 | 03/01/94 |
| 00015-7401-20 | AMPICILLIN SODIUM (VIAL) POI 1J 125 MG 10 ea ea AMPICILLIN SODIUM | AP | 02 RX | 0.97 | 0.81 | 0.85 | .00 | 03/01/95 |
| 00015-7402-20 | AMPICILLIN SODIUM (VIAL) POI 1J 250 MG 10 ea ea AMPICILLIN SODIUM | AP | 02 RX | 1.14 | 0.95 | 1.00 | .00 | 03/01/95 |

Instructions: Please make corrections directly on this printout.
[ ] OK with changes

X OK as is

Signature _____   Date _____

Trade Secret CONFIDENTIAL

BMS1OIG/7:000358



HIGHLY CONFIDENTIAL

BMSAWP/0005571

BMY/LEO15/13/0001161

APOTHECON PRODUCTS
BRISTOL-MEYERS

P. O. BOX 4500
PRINCETON  NJ   085434500

# RED BOOK

PRODUCT LISTING VERIFICATION

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201)358-2220 • Fax (201)358-1758

Please Respond By: 09/15/95
Contact Name: DENISE KAGZUBA
Contact Phone: (800) 631-5244

| MEDICAL ECONOMICS CATALOG # | | | | | | | | SWP | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 00015-7402-28 | AMPICILLIN SODIUM (VIAL) PD1  IJ   500 MG 10 ** AMPICILLIN SODIUM | AP | 02 RX | 1.49 | 1.30 | 1.24 | .00 | 03/01/95 |
| 00015-7402-31 | AMPICILLIN SODIUM (P.B.) PD1  IJ   500 MG 10 ** AMPICILLIN SODIUM | AP | 02 RX | 3.18 | 2.71 | 2.58 | .00 | 03/01/95 |
| 00015-7404-18 | AMPICILLIN SODIUM (ADD-VANTAGE) PD1  IJ   1 GM 10 ** AMPICILLIN SODIUM | AP | 20 RX | 2.34 | 2.06 | 1.95 | .00 | 03/01/95 |
| 00015-7404-20 | AMPICILLIN SODIUM (VIAL) PD1  IJ   1 GM 10 ** AMPICILLIN SODIUM | AP | 02 RX | 2.17 | 1.90 | 1.81 | .00 | 03/01/95 |
| 00015-7404-26 | AMPICILLIN SODIUM (P.B.) PD1  IJ   1 GM 10 ** AMPICILLIN SODIUM | AP | 02 RX | 3.47 | 3.06 | 2.91 | .00 | 03/01/95 |
| 00015-7405-18 | AMPICILLIN SODIUM (ADD-VANTAGE) PD1  IJ   2 GM 10 ** AMPICILLIN SODIUM | AP | 02 RX | 3.52 | 3.00 | 2.93 | .00 | 03/01/95 |

Instructions: Please make corrections directly on this printout.

[ ] OK as is    [ ] OK with changes

Trade Secret CONFIDENTIAL

BMS1OIG/7:000359

HIGHLY CONFIDENTIAL

BMSAWP/0005572

BMY/TLB/054/X/1/M001142

APOTHECON PRODUCTS
BRISTOL-MEYERS
P. O. BOX 4500
PRINCETON   NJ   085434500

# RED BOOK

### PRODUCT LISTING VERIFICATION

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201)358-2221   Fax(201)358-1758

Please Respond By: 09/15/95
Contact Name: DENISE KASZUBA
Contact Phone: (800) 631-5244

| | | | | | | | | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|
| 00015-7405-20 | AMPICILLIN SODIUM (VIAL) POU 1J 2 GM 10 ea AMPICILLIN SODIUM | AP | 02 | RX | 3.36 | 2.95 | 2.98 | .00 | 03/01/95 |
| 00015-7405-28 | AMPICILLIN SODIUM POU 1J 2 GM 10 ea AMPICILLIN SODIUM | AP | 02 | RX | 4.94 | 4.34 | 4.12 | .00 | 03/01/95 |
| 00015-7100-20 | AMPICILLIN SODIUM (BULK PACKAGE) POU 1J 10 GM 10 ea AMPICILLIN SODIUM | AP | 02 | RX | 18.31 | 16.86 | 15.26 | .00 | 03/01/95 |
| 00003-5040-50 | ATENOLOL TAB PO 100. ea ATENOLOL 50 MG | AB | 02 | RX | 46.78 | 50.48 | 55.75 | .00 | 09/48/92 |
| 00003-5040-75 | ATENOLOL TAB PO 100. ea ATENOLOL 50 MG | AB | 02 | RX | 600.00 | 526.32 | 500.00 | .00 | 12/07/94 |
| 00003-5240-50 | ATENOLOL TAB PO 100. ea ATENOLOL 100 MG | AB | 02 | RX | 96.24 | 84.42 | 88.28 | .00 | 09/08/92 |

Instructions: Please make corrections directly on this printout.
X OK as is   : OK with changes

Trade Secret CONFIDENTIAL

BMS1OIG/7:000360

HIGHLY CONFIDENTIAL

BMSAWP/0005573

BMVPCLB0S4011P0401265

APOTHECON PRODUCTS
BRISTOL-MEYERS

P. O. BOX 4500
PRINCETON  NJ    B05434500

**RED BOOK**

PRODUCT LISTING VERIFICATION

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2221   Fax (201) 358-3756

Please Respond By: 09/15/95
Contact Name: DENISE KABZUBA
Contact Phone: (900) 631-5244

| | | | | | | | | | | 9/15/95 EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 00003-0749-60 | CEPHALEXIN<br>CAP  PO    250 MG<br>500s. #2<br>CEPHALEXIN MONOHYDRATE | AB | 92 | RX | 194.80 | | 172.80 | 163.40 | .00 | 06/23/92 |
| 00003-0074-50 | CEPHALEXIN<br>CAP  PO    500 MG<br>100s. #2<br>CEPHALEXIN MONOHYDRATE | AB | 92 | RX | 111.72 | | 98.00 | 93.10 | .00 | 06/23/92 |
| 00003-0071-60 | CEPHALEXIN<br>CAP  PO    500 MG<br>500s. #2<br>CEPHALEXIN MONOHYDRATE | AB | 92 | RX | 392.16 | | 344.80 | 326.80 | .01 | 06/23/92 |
| 00003-2201-30 | CEPHALEXIN<br>POR  PO    125 MG/5 ML<br>100 ml  #2<br>CEPHALEXIN MONOHYDRATE | AB | 92 | RX | 5.98 | | 5.25 | 4.98 | .00 | 06/23/92 |
| 00003-2201-40 | CEPHALEXIN<br>POR  PO    125 MG/5 ML<br>200 ml  #2<br>CEPHALEXIN MONOHYDRATE | AB | 92 | RX | 11.86 | | 10.40 | 9.80 | .00 | 06/23/92 |
| 00003-2202-30 | CEPHALEXIN<br>POR  PO    250 MG/5 ML<br>100 ml  #2<br>CEPHALEXIN MONOHYDRATE | AB | 92 | RX | 11.34 | | 9.95 | 9.43 | .00 | 06/23/92 |

Instructions: Please make corrections directly on this printout.
☒ OK as is        ☐ OK with changes

Trade Secret CONFIDENTIAL

BMS1OIG/7:000361

HIGHLY CONFIDENTIAL

BMSAWP/0005574

# RED BOOK

## PRODUCT LISTING VERIFICATION

BIOMEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-7208 Fax (201) 358-7254

Please Respond By: 07/15/95
Contact Name: DENISE KASZUBA
Contact Phone: (800) 631-5244

UNIV/LOCK/411/001154
APOTHECON PRODUCTS
BRISTOL-MEYERS
P. O. BOX 4500
PRINCETON NJ 085434500

| Product | Description | | | | | | | | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 00087-0776-41 | DESYREL TAB PO 100 MG 100s @@ TRAZODONE HYDROCHLORIDE | AB | 01 | RX | 227.11 | 177.22 | 189.26 | .00 | 03/01/95 |
| 00087-0776-42 | DESYREL TAB PO 100 MG 100s @@ TRAZODONE HYDROCHLORIDE | AB | 01 | RX | X | 241.82 | 212.13 | 281.52 | .00 | 03/01/95 |
| 00087-0776-43 | DESYREL TAB PO 100 MG 100s @@ TRAZODONE HYDROCHLORIDE | AB | 01 | RX | 1973.47 | 1731.12 | 1644.56 | .00 | 03/01/95 |
| 00087-0778-43 | DESYREL DIVIDOSE TAB PO 150 MG 100s @@ TRAZODONE HYDROCHLORIDE | AB | 01 | RX | 195.66 | 171.63 | 143.85 | .00 | 03/01/95 |
| 00087-0778-44 | DESYREL DIVIDOSE TAB PO 150 MG 500s @@ TRAZODONE HYDROCHLORIDE | AB | 01 | RX | 917.60 | 806.66 | 766.33 | .00 | 03/01/95 |
| 00087-0776-41 | DESYREL DIVIDOSE TAB PO 300 MG 100s @@ TRAZODONE HYDROCHLORIDE | | 01 | RX | 348.24 | 305.47. | 274.20 | .00 | 03/01/95 |

Instructions: Please make corrections directly on this printout.
X OK as is     · OK with changes

Reviewer

Trade Secret CONFIDENTIAL

BMS1OIG/7:000362

HIGHLY CONFIDENTIAL

BMSAWP/0005575

BMY/LB456/11/441155

APOTHECON PRODUCTS
BRISTOL-MEYERS
P. O. BOX 4500
PRINCETON NJ

005434580

**RED BOOK**
PRODUCT LISTING VERIFICATION

MEDICAL ECONOMICS
Five Paragon Drive Montvale NJ 07645-1742
(201)358-2228 Fax(201)358-7134

Please Respond By: 09/15/95
Contact Name: DENISE NAGZUBA
Contact Phone: (800) 631-5244

| NDC | Product | | | | | | | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|
| 00003-5350-03 | DILTIAZEM HCL TAB PO 60 MG 100's ?? DILTIAZEM HYDROCHLORIDE | AB | 82 | RX | 276.07 | 233.16 | 221.50 | .00 | 08/27/93 |
| 00003-5350-04 | DILTIAZEM HCL TAB PO 60 MG 1000's ?? DILTIAZEM HYDROCHLORIDE | AB | 82 | RX | 498.36 | 419.47 | 398.69 | .00 | 08/27/93 |
| 00003-5770-02 | DILTIAZEM HCL TAB PO 90 MG 100's ?? DILTIAZEM HYDROCHLORIDE | AB | 82 | RX | 78.48 | 66.82 | 62.72 | .00 | 08/27/93 |
| 00003-5770-03 | DILTIAZEM HCL TAB PO 90 MG 500's ?? DILTIAZEM HYDROCHLORIDE | AB | 82 | RX | 372.41 | 313.64 | 297.93 | .00 | 08/27/93 |
| 00003-5050-02 | DILTIAZEM HCL TAB PO 120 MG 100's ?? DILTIAZEM HYDROCHLORIDE | AB | 82 | RX | 181.67 | 85.62 | 81.34 | .00 | 08/27/93 |
| 00003-0740-01 | DOXYCYCLINE HYCLATE CAP PO 50 MG 500's ?? DOXYCYCLINE HYCLATE | EC | 82 | RX | 35.87 | 31.47 | 27.89 | .00 | 06/23/72 |

Instructions: Please make corrections directly on this printout.
☐ OK or Is   ☐ OK with changes

_[signature]_

Date

Trade Secret CONFIDENTIAL

BMS1OIG/7:000363

BMSAWP/0005576

HIGHLY CONFIDENTIAL

BMY/PLACU/UTIL/0001344

APOTHECON PRODUCTS
BRISTOL-MEYERS

P. O. BOX 4500
PRINCETON NJ 085434500

**RED BOOK**

PRODUCT LISTING VERIFICATION

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201)358-7211  Fax (201)358-1795

Please Respond By: 09/15/95
Contact Name: DENISE KASZUBA
Contact Phone: (800) 631-5244

| | | | | | | | DATE |
|---|---|---|---|---|---|---|---|
| 00003-0429-50 | FLORINEF ACETATE<br>TAB PO 0.1 MG<br>100s<br>FLUOROCORTISONE ACETATE | | 01 RX | 43.07 | 35.89 | 35.89 | .00 | 03/01/95 |
| 00003-0411-20 | FUNGIZONE CREAM<br>CRE TP 3%<br>20 GM<br>AMPHOTERICIN B | | 01 RX | 29.21 | 25.62 | 24.34 | .00 | 03/01/94 |
| 00003-0437-60 | FUNGIZONE FOR TISSUE CULTURE<br>POI IJ 50 MG<br>1s<br>AMPHOTERICIN B | AP | 01 RX | 48.41 | 35.42 | 33.84 | .00 | 03/01/94 |
| 00003-0437-30 | FUNGIZONE INTRAVENOUS<br>POI IJ 50 MG<br>1s<br>AMPHOTERICIN B | AP | 01 RX | 28.73 | 19.28 | 17.27 | .00 | 03/01/95 |
| 00003-0412-30 | FUNGIZONE LOTION<br>LOT TP 3%<br>30 ML<br>AMPHOTERICIN B | | 01 RX | 49.87 | 35.15 | 33.39 | .00 | 03/01/94 |
| 00087-0749-01 | K-LYTE<br>(LIME)<br>3EF PO 25 MEQ<br>30s<br>POT BICARB/POT CITR | | 01 RX | 27.89 | 24.46 | 23.84 | .00 | 03/01/95 |

Instructions: Please make corrections directly on this printout.
OK as is        OK with changes

Trade Secret CONFIDENTIAL

BMS1OIG/7:000364

HIGHLY CONFIDENTIAL

BMSAWP/0005577

BMV/PLBX54/21/N00165?

APOTHECON PRODUCTS
BRISTOL-MEYERS

P. O. BOX 4500
PRINCETON NJ 085434500

## RED BOOK
### PRODUCT LISTING VERIFICATION

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-7228  Fax (201) 358-7258

Please Respond By: 09/15/95
Contact Name: DENISE KASZUBA
Contact Phone: (800) 631-5244

| Product | | | | | | Date |
|---|---|---|---|---|---|---|
| 00087-0747-41 | K-LYTE CL (FRUIT PUNCH) TEF PO 25 MEQ 30% POT BICARB/POT CL | 01 RX | 27.87 | 24.46 | 23.24 | .00 | 03/31/95 |
| 00087-0747-43 | K-LYTE CL (FRUIT PUNCH) TEF PO 25 MEQ 100 POT BICARB/POT CL | 01 RX | 88.85 | 77.41 | 73.54 | .00 | 03/31/95 |
| 00087-0771-41 | K-LYTE DS (ORANGE) TEF PO 50 MEQ 30% POT BICARB/POT CITR | 01 RX | 50.21 | 44.84 | 41.84 | .00 | 03/31/95 |
| 00087-0771-42 | K-LYTE DS (ORANGE) TEF PO 50 MEQ 100 POT BICARB/POT CITR | 01 RX | 159.38 | 132.98 | 125.48 | .00 | 03/31/95 |
| 10087-0758-41 | K-LYTE/CL 50 (CITRUS) TEF PO 50 MEQ 30% POT BICARB/POT CL | 01 RX | 50.21 | 44.84 | 41.84 | .00 | 03/31/95 |
| 00015-3586-25 | KANTREX CAP PO 500 MG 30% KANAMYCIN SULFATE | 01 RX | 41.27 | 36.23 | 34.41 | .00 | 06/23/92 |

Instructions: Please make corrections directly on this printout.
OK with changes

Trade Secret CONFIDENTIAL

BMS1OIG/7:000365

HIGHLY CONFIDENTIAL

BMSAWP/0005578



BMY/LB/05/07211/000255

APOTHECON PRODUCTS
BRISTOL-MEYERS
P. O. BOX 4500
PRINCETON NJ 985434500

## RED BOOK
### PRODUCT LISTING VERIFICATION
MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-7704

Please Respond By: 07/15/95
Contact Name: DENISE KASZUBA
Contact Phone: (800) 631-5244

| NDC | Product | | | | | | |
|---|---|---|---|---|---|---|---|
| 00003-0596-20 | KENALOG CRE TP 0.1% 15.18.04 TRIAMCINOLONE ACETONIDE | AT 01 RX | 18.34 | 9.24 | 8.78 | .00 | 03/01/95 |
| 00003-0596-46 | KENALOG CRE TP 0.1% 60.18.04 TRIAMCINOLONE ACETONIDE | AT 01 RX | 25.69 | 22.53 | 21.48 | .00 | 03/01/95 |
| 00003-0596-49 | KENALOG CRE TP 0.1% 00.18.04 TRIAMCINOLONE ACETONIDE | AT 01 RX | 31.64 | 27.23 | 25.87 | .00 | 03/01/95 |
| 00003-0596-69 | KENALOG CRE TP 0.1% 5.18.04 TRIAMCINOLONE ACETONIDE | AT 01 RX | 134.06 | 117.68 | 111.72 | .00 | 03/01/95 |
| 00003-1403-20 | KENALOG CRE TP 0.5% 20.18.04 TRIAMCINOLONE ACETONIDE | AT 01 RX | 35.08 | 30.77 | 29.23 | .00 | 03/01/95 |
| 00003-8173-40 | KENALOG LOT TP 1.025% 60.01.08 TRIAMCINOLONE ACETONIDE | AT 01 RX | 29.52 | 25.87 | 24.60 | .98 | 03/01/95 |

Instructions: Please make corrections directly on this printout.
___ OK with changes
X OK as is

Trade Secret CONFIDENTIAL

BMS1OIG/7:000366

BMSAWP/0005579

HIGHLY CONFIDENTIAL

BMS/PLI01G/21/04/1129

APOTHECON PRODUCTS
BRISTOL-MEYERS

P.O. BOX 4500
PRINCETON NJ   005434500

# RED BOOK

## PRODUCT LISTING VERIFICATION

MEDICAL ECONOMICS
Five Paragon Drive Montvale, NJ 07645-1742
(201) 358-7229  Fax (201) 358-1759

Please Respond By: 07/15/95
Contact Name: DENISE KASZUBA
Contact Phone: (800) 631-5244

| | | | | | | | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|
| 00003-0474-20 | KENALOG-10 (VIAL) INJ IU 5 @1.00 10 MG/ML TRIAMCINOLONE ACETONIDE | 01 RX | 6.67 | 5.56 | 5.56 | .00 | 03/31/95 |
| 00003-0293-05 | KENALOG-40 (VIAL) INJ IU 5 @1.00 40 MG/ML TRIAMCINOLONE ACETONIDE | BP 01 RX | 5.17 | 4.31 | 4.31 | .00 | 03/31/95 |
| 00003-0293-30 | KENALOG-40 (VIAL) INJ IU 5 @1.00 40 MG/ML TRIAMCINOLONE ACETONIDE | BP 01 RX | 21.80 | 18.17 | 18.17 | .00 | 03/31/95 |
| 00003-0293-28 | KENALOG-40 (VIAL) INJ IU 5 @1.00 40 MG/ML TRIAMCINOLONE ACETONIDE | BP 01 RX | 39.11 | 32.59 | 32.59 | .00 | 03/31/95 |
| 00087-0770-41 | KLOTRIX TER PO 100s.00 10 MEQ POTASSIUM CHLORIDE | BC 01 RX | 23.29 | 28.43 | 19.41 | .00 | 03/31/95 |
| 00087-0770-42 | KLOTRIX TER PO 1000s.00 10 MEQ POTASSIUM CHLORIDE | BC 01 RX | 225.83 | 198.89 | 188.19 | .00 | 03/31/95 |

Instructions: Please make corrections directly on this printout.
OK asis : OK with changes

Trade Secret CONFIDENTIAL

BMS1OIG/7:000367

HIGHLY CONFIDENTIAL

BMSAWP/0005580

BMV7L.B0164/2170001370

**RED BOOK**

**PRODUCT LISTING VERIFICATION**

Medical Economics
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-7128  Fax (201) 358-7258

APOTHECON PRODUCTS
BRISTOL-MEYERS
P.O. BOX 4500
PRINCETON NJ    005434500

Please Respond By: 89/15/95
Contact Name: DENISE KABZUBA
Contact Phone: (800) 631-5244

| Code | Description | | | | | | | | | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 00087-0770-43 | KLOTRIX<br>TAB PO 10 MEQ<br>100s ea<br>POTASSIUM CHLORIDE | BC | 01 | RX | X | 28.13 | 24.67 | 23.44 | .00 | 03/01/95 |
| 59772-3692-02 | METOPROLOL TARTRATE<br>TAB PO 50 MG<br>100s ea<br>METOPROLOL TARTRATE | AB | 02 | RX | | 41.70 | 36.45 | 34.02 | .00 | 01/31/94 |
| 59772-3692-05 | METOPROLOL TARTRATE<br>TAB PO 50 MG<br>1000s ea<br>METOPROLOL TARTRATE | AB | 02 | RX | | 413.51 V | 362.73 | 344.57 | .00 | 01/31/94 |
| 59772-3693-02 | METOPROLOL TARTRATE<br>TAB PO 100 MG<br>100s ea<br>METOPROLOL TARTRATE | AB | 02 | RX | | 62.78 | 55.87 | 52.32 | .00 | 01/31/94 |
| 59772-3693-05 | METOPROLOL TARTRATE<br>TAB PO 100 MG<br>1000s ea<br>METOPROLOL TARTRATE | AD | 02 | RX | | 421.41 | 545.89 | 517.04 | .00 | 01/31/94 |
| 00087-0570-03 | MUCOMYST<br>SOL IN 20%<br>10 ml ea<br>ACETYLCYSTEINE | AH | 01 | RX | | 73.87 | 64.80 | 61.56 | .00 | 03/01/95 |

Instructions: Please make corrections directly on this printout.

Trade Secret CONFIDENTIAL

BMS1OIG/7:000368

BMSAWP/0005581

HIGHLY CONFIDENTIAL

BMY/ALROS4/71/0001271

APOTHECON PRODUCTS
BRISTOL-MEYERS
P. O. BOX 4500
PRINCETON  NJ  08543-4500

# RED BOOK
## PRODUCT LISTING VERIFICATION

BI MEDICAL ECONOMICS
Five Paragon Drive · Montvale, NJ 07645-1742
(201)358-2279  Fax(201)358-1754

Please Respond By: 09/15/95
Contact Name: DENISE KABZUBA
Contact Phone: (800) 631-5244

| | | | | | | | | | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 00087-0570-07 | MUCOMYST | SOL IN 20% 4 ml 12s @@ ACETYLCYSTEINE | AN | 01 | RX | X | 123.30 | 188.23 | 102.82 | 03/01/95 |
| | | | | | | | | | .00 |
| 00087-0570-09 | MUCOMYST | SOL IN 20% 30 ml 36s @@ ACETYLCYSTEINE | AN | 01 | RX | | 202.39 | 177.54 | 169.66 | 03/01/95 |
| | | | | | | | | | .00 |
| 00087-0572-01 | MUCOMYST-10 | SOL IN 10% 4 ml 12s @@ ACETYLCYSTEINE | AN | 01 | RX | | 61.76 | 54.18 | 51.47 | 03/01/95 |
| | | | | | | | | | .00 |
| 00087-0572-02 | MUCOMYST-10 | SOL IN 10% 30 ml 36s @@ ACETYLCYSTEINE | AN | 01 | RX | | 147.56 | 146.98 | 137.63 | 03/01/95 |
| | | | | | | | | | .00 |
| 00087-0572-03 | MUCOMYST-10 | SOL IN 10% 4 ml 12s @@ ACETYLCYSTEINE | AN | 01 | RX | | 102.79 | 98.17 | 85.66 | 03/01/95 |
| | | | | | | | | | .00 |
| 00083-0564-30 | MYCOLOG-II | CRE 7P 100,000 U/OH-0.1% 15 gm @@ NYSTATIN/TRIAM ACET | AT | 01 | RX | | 13.98 | 12.19 | 11.59 | 03/01/95 |
| | | | | | | | | | .00 |

Instructions: Please make corrections directly on this printout.
X  OK as is          ___ OK with changes

Trade Secret CONFIDENTIAL          BMS1OIG/7:0000369

HIGHLY CONFIDENTIAL

BMSAWP/0005582

BMY/LB/05/01T/0001272

APOTHECON PRODUCTS
BRISTOL-MEYERS
P. O. BOX 4500
PRINCETON NJ 085434500

# RED BOOK
## PRODUCT LISTING VERIFICATION

MEDICAL ECONOMICS
Five Paragon Drive, Montvale, NJ 07645-1742
(201) 358-7200  Fax (201) 358-7198

Please Respond By: 09/13/95
Contact Name: DENISE KABZUBA
Contact Phone: (800) 631-5244

| | | | | | | | | | | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 00003-0546-65 | MYCOLOG-II<br>CRE TP 100.000 U/GM-0.1%<br>30.00 30.00 NYSTATIN/TRIAM ACET | AT | 01 | RX | 23.40 | 28.40 | 17.57 | .00 | 03/01/95 |
| 00003-0546-65 | MYCOLOG-II<br>CRE TP 100.000 U/GM-0.1%<br>60.00 60.00 NYSTATIN/TRIAM ACET | AT | 01 | RX | 40.20 | 35.26 | 33.59 | .00 | 03/01/95 |
| 00003-0446-30 | MYCOLOG-II<br>OIN TP 100.000 U/GM-0.1%<br>15.00 15.00 NYSTATIN/TRIAM ACET | AT | 01 | RX | 13.90 | 12.17 | 11.53 | .00 | 03/01/95 |
| 00003-0446-60 | MYCOLOG-II<br>OIN TP 100.000 U/GM-0.1%<br>30.00 30.00 NYSTATIN/TRIAM ACET | AT | 01 | RX | 23.40 | 28.40 | 17.57 | .00 | 03/01/95 |
| 00003-0446-65 | MYCOLOG-II<br>OIN TP 100.000 U/GM-0.1%<br>60.00 60.00 NYSTATIN/TRIAM ACET | AT | 01 | RX | 40.20 | 35.26 | 33.59 | .00 | 03/01/95 |
| 00003-0590-10 | MYCOSTATIN<br>SUS PO 100.000 U/ML<br>60.00 60.00 NYSTATIN | AA | 01 | RX | 129.54 | 107.95 | 107.95 | .00 | 06/23/92 |

Instructions: Please make corrections directly on this printout.
X OK as is
OK with changes

Trade Secret CONFIDENTIAL

BMS1OIG/7:0000370

BMSAWP/0005583

HIGHLY CONFIDENTIAL



BHY/HLRASK/31/0001313

APOTHECON PRODUCTS
BRISTOL-MEYERS
P. O. BOX 4500
PRINCETON   NJ   085434500

**RED BOOK**
PRODUCT LISTING VERIFICATION

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201)358-7200   Fax (201)358-7654

Please Respond By: 09/13/95
Contact Name:  DENISE KASZUBA
Contact Phone: (800)  631-5244

| NDC | Product | | | | | | | | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 00003-0508-60 | MYCOSTATIN SUB PO 60 01-92 MYSTATIN | 100,000 U/ML | AA | 01 | RX | 20.76 | 17.47 | 17.47 | .00 | 06/23/92 |
| 00003-0508-53 | MYCOSTATIN TAB PO 100s 02 MYSTATIN | 500,000 U | AA | 01 | RX | 53.19 | 44.25 | 44.25 | .00 | 06/23/92 |
| 59772-2461-01 | NADOLOL TAB PO 100s 02 NADOLOL | 20 MG | AB | 02 | RX | 69.59 | 68.97 | 57.92 | .00 | 07/16/93 |
| 59772-2461-02 | NADOLOL (UNIMATIC) TAB PO 100s 02 NADOLOL | 20 MG | AB | 02 | RX X | 75.85 | 65.80 | 62.54 | .00 | 07/16/93 |
| 59772-2462-01 | NADOLOL TAB PO 100s 02 NADOLOL | 40 MG | AB | 02 | RX | 81.48 | 71.47 | 67.98 | .00 | 07/16/93 |
| 59772-2462-02 | NADOLOL (UNIMATIC) TAB PO 100s 02 NADOLOL | 40 MG | AB | 02 | RX | 87.95 | 77.15 | 73.29 | .00 | 07/16/93 |

Instructions: Please make corrections directly on this printout

Trade Secret CONFIDENTIAL

BMS1OIG/7:0000371

HIGHLY CONFIDENTIAL

BMSAWP/0005584

BMY/PLDX36/131/0001374

APOTHECON PRODUCTS
BRISTOL-MEYERS
P.O. BOX 4500
PRINCETON  NJ  085434500

# RED BOOK
## PRODUCT LISTING VERIFICATION
MEDICAL ECONOMICS
Five Paragon Drive, Montvale, NJ 07645-1742
(201) 358-7223   Fax (201) 358-7198

Please Respond By:  09/15/95
Contact Name:  DENISE KABZUBA
Contact Phone:  (888) 631-5244



| Code | Description | | | | | | | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|
| 59772-2465-01 | NADOLOL<br>TAB PO  160 MG<br>100s.00<br>NADOLOL | AB | B2 | RX | 161.95 | 142.86 | 134.96 | .00 | 07/16/93 |
| 00015-7224-20 | NAFCILLIN SODIUM INJECTION<br>(UNAL)<br>POT IJ  500 MO<br>15 GS<br>NAFCILLIN SODIUM | AP | B2 | RX | 1.72 | 1.50 | 1.43 | .00 | 03/01/95 |
| 00015-7195-20 | NAFCILLIN SODIUM INJECTION<br>(P.B.)<br>POT IJ  1 GM<br>15 GS<br>NAFCILLIN SODIUM | AP | B2 | RX | 4.58 | 3.95 | 3.75 | .00 | 03/01/95 |
| 00015-7225-10 | NAFCILLIN SODIUM INJECTION<br>(ADD-VANTAGE)<br>POT IJ  1 GM<br>15 GS<br>NAFCILLIN SODIUM | AP | B2 | RX | 3.82 | 3.35 | 3.18 | .00 | 03/01/95 |
| 00015-7225-20 | NAFCILLIN SODIUM INJECTION<br>(UNAL)<br>POT IJ  1 GM<br>15 GS<br>NAFCILLIN SODIUM | AP | B2 | RX | 3.24 | 2.84 | 2.78 | .00 | 03/01/95 |
| 00015-7196-20 | NAFCILLIN SODIUM INJECTION<br>(P.B.)<br>POT IJ  2 GM<br>15 GS<br>NAFCILLIN SODIUM | AP | B2 | RX | 9.42 | 8.27 | 7.85 | .00 | 03/01/95 |

Instructions: Please make corrections directly on this printout.

Trade Secret CONFIDENTIAL

BMS1OIG/7:000372

BMSAWP/0005585

HIGHLY CONFIDENTIAL

BMV/2L0G1GT2J/0001775

APOTHECON PRODUCTS
BRISTOL-METERS

P.O. BOX 4500
PRINCETON NJ 08543-4500

# RED BOOK

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-7208   Fax (201) 358-7709

Please Respond By: 09/15/95
Contact Name: DENISE KABZUBA
Contact Phone: (800) 631-5244

| NDC | Product | | | | | | | | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 00015-7226-18 | NAFCILLIN SODIUM INJECTION (ADD-VANTAGE) PDT 1J 1 GM ** NAFCILLIN SODIUM | AP | 02 | RX | 4.43 | 5.64 | 5.36 | .00 | 03/31/95 |
| 00015-7226-28 | NAFCILLIN SODIUM INJECTION PDT 1J 2 GM ** NAFCILLIN SODIUM | AP | 02 | RX | 6.59 | 5.55 | 5.24 | .00 | 03/31/95 |
| 00015-7101-20 | NAFCILLIN SODIUM INJECTION (ADD-VANTAGE BULK) PDT 1J 10 GM ** NAFCILLIN SODIUM | AP | 02 | RX | 35.52 | 31.15 | 29.40 | .00 | 03/31/95 |
| 00015-5601-60 | NALDECON SYR PO 16 OZ CPM/PHENYLEPH/PPA/PHENYLTOL | | 01 | RX | 31.98 | 45.69 | 43.32 | .00 | 03/31/95 |
| 00015-5680-40 | NALDECON TER PO 100 ** CPM/PHENYLEPH/PPA/PHENYLTOL | | 01 | RX | 78.40 | 77.29 | 75.33 | .80 | 03/31/95 |
| 00015-5680-90 | NALDECON TER PO 500 ** CPM/PHENYLEPH/PPA/PHENYLTOL | | 01 | RX | 439.87 | 385.85 | 364.56 | .00 | 03/31/95 |

Instructions: Please make corrections directly on this printout

☑ DK as is          DK with changes

Trade Secret CONFIDENTIAL

BMS1OIG/7:000373

BMSAWP/0005586

HIGHLY CONFIDENTIAL

# REDBOOK

## PRODUCT LISTING VERIFICATION

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-7211  Fax (201) 358-7758

BMYP/LDVIG/131/000/1376

APOTHECON PRODUCTS
BRISTOL-MEYERS

P. O. BOX 4500
PRINCETON  NJ  08543-4500

Please Respond By: 09/15/95
Contact Name: DENISE KABZUBA
Contact Phone: (800) 631-5244



| NDC | Product | | | | | | Effective Date |
|---|---|---|---|---|---|---|---|
| 00015-5615-30 | MALDECON PEDIATRIC (DROPS) 30 ML PD CPM/PHENYLEPH/PPA/PHENYLTOL | 81 RX | 20.41 | 17.91 | 17.81 | .00 | 03/01/95 |
| 00015-5616-60 | MALDECON PEDIATRIC SYR PO 16 OZ PD CPM/PHENYLEPH/PPA/PHENYLTOL | 81 RX | 18.32 | 42.39 | 40.27 | .00 | 03/01/95 |
| 00015-5607-91 | MALDECON SENIOR DX LIQ PO 10 MG-200 MG/5 ML DM/GG | 07 OTC | 4.72 | 3.93 | 3.93 | .00 | 06/23/92 |
| 00015-5690-91 | MALDECON SENIOR EX LIQ PO 200 MG/5 ML GUAIFENESIN | 07 OTC | 4.72 | 3.93 | 3.93 | .00 | 06/23/92 |
| 00015-5661-40 | MALDECON-CX ADULT LIQ PO 10 MG-200 MG-12.5 MG/5ML CODEINE/GG/PPA | 81 CV | 6.52 | 5.22 | 5.22 | .00 | 03/03/93 |
| 00015-5661-60 | MALDECON-CX ADULT LIQ PO 10 MG-200 MG-12.5 MG/5ML CODEINE/GG/PPA | 83 CV | 23.39 | 18.74 | 16.74 | .00 | 03/08/93 |

Instructions: Please make corrections directly on this printout.
X OK as is    OK with changes

Trade Secret CONFIDENTIAL

BMS1OIG/7:000374

HIGHLY CONFIDENTIAL

BMSAWP/0005587

BMY/PLB05/U217/000/1377

APOTHECON PRODUCTS
BRISTOL-MEYERS
P.O. BOX 4500
PRINCETON NJ 005434500

# RED BOOK
## PRODUCT LISTING VERIFICATION

MEDICAL ECONOMICS
Five Paragon Drive, Montvale, NJ 07645-1741
(201)358-7200 Fax (201)358-7006

Please Respond By: 09/15/95
Contact Name: DENISE KASZUBA
Contact Phone: (800) 631-5244

| | | | | | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|
| 00015-5605-30 | HALDECON-EX PEDIATRIC (DROPS) 58 MG-6.25 MG/ML 30 ML 00/PPA | 07 OTC | 6.48 | 5.48 | 5.48 | .80 | 06/23/92 |
| 00003-0618-50 | NATURETIN-10 TAB PO 10 MG 100s 00 BENDROFLUMETHIAZIDE | 81 RX | 125.47 | 118.86 | 104.56 | .80 | 03/01/95 |
| 00003-0606-50 | NATURETIN-5 TAB PO 5 MG 100s 00 BENDROFLUMETHIAZIDE | 81 RX | 81.53 | 71.52 | 67.94 | .80 | 03/01/95 |
| 00003-0611-30 | NIACIN TAB PO 50 MG 100s 00 NIACIN | 88 OTC | 1.64 | 1.37 | 1.37 | .80 | 03/01/95 |
| 00003-0612-50 | NIACIN TAB PO 500 MG 100s 00 NIACIN | 88 OTC | 1.92 | 1.68 | 1.68 | .80 | 03/01/95 |
| 00003-0537-50 | NIACIN TER PO 500 MG 100s 00 NIACIN | 88 OTC | 6.23 | 5.19 | 5.19 | .80 | 03/01/95 |

Instructions: Please make corrections directly on this printout.
√/OK as is      ☐ OK with changes

Trade Secret CONFIDENTIAL

BMS1OIG/7:000375

HIGHLY CONFIDENTIAL

BMSAWP/0005588

**RED BOOK**

## PRODUCT LISTING VERIFICATION

BMV/PLAGM/31/0001771

**APOTHECON PRODUCTS**
**BRISTOL-MEYERS**

P. O. BOX 4500
PRINCETON NJ 005434500

■ MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-7288   Fax (201) 358-1756

Please Respond By: 07/15/95
Contact Name: DENISE KASZUBA
Contact Phone: (800) 631-5244

| NDC | Product | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00003-0526-20 | NITRAZINE PAPER TES 15.00 URINE TEST, PH | | 03 OTC | 17.46 | 16.23 | 16.23 | .00 | 06/23/92 |
| 00003-0526-50 | NITRAZINE PAPER TES 15.00 URINE TEST, PH | | 03 OTC | 66.17 | 55.14 | 55.14 | .00 | 06/23/92 |
| 00003-0643-50 | HYDRAZID (VIAL) INJ 15.00 100 MG/ML ISONIAZID | | 01 RX | 15.22 | 12.60 | 12.60 | .00 | 03/01/94 |
| 00003-0646-38 | OPHTHAINE SOL OP 15.00 0.5% PROPARACAINE HYDROCHLORIDE | AT | 01 RX | 15.86 | 13.22 | 13.22 | .00 | 03/01/95 |
| 00015-7985-40 | OXACILLIN PDR PO 250 MG/5 ML 100 ML OXACILLIN SODIUM | AA | 02 RX | 14.50 | 12.79 | 12.15 | .00 | 06/23/92 |
| 00015-7979-20 | OXACILLIN SODIUM INJECTION (VIAL) PD INJ 15.00 500 MG OXACILLIN SODIUM | AP | 02 RX | 1.96 | 1.72 | 1.63 | .00 | 03/01/95 |

Instructions: Please make corrections directly on this printout.
X OK as is
OK with changes

12 24 7

2.22 7

Trade Secret CONFIDENTIAL

BMS1OIG/7:000376

HIGHLY CONFIDENTIAL

BMSAWP/0005589

# RED BOOK

## PRODUCT LISTING VERIFICATION

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1741
(201)358/7229  Fax(201)358-7250

Please Respond By: #7/15/95
Contact Name: DENISE KABZUBA
Contact Phone: (800) 631-5344

XNVPLBOX/GU22/001377

APOTHECON PRODUCTS
BRISTOL-MEYERS
P. O. BOX 4500
PRINCETON NJ

005434500

| | | | | | | | | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|
| 00015-7981-18 | OXACILLIN SODIUM INJECTION (ADD-VANTAGE) POI IJ 1 GM 18.00 OXACILLIN SODIUM | AP 02 RX | 3.95 | 3.46 | 3.29 | .00 | | 03/01/95 |
| 00015-7981-20 | OXACILLIN SODIUM INJECTION (VIAL) POI IJ 1 GM 18.00 OXACILLIN SODIUM | AP 02 RX | 3.82 | 3.35 | 3.18 | .00 | | 03/01/95 |
| 00015-7981-28 | OXACILLIN SODIUM INJECTION (P.B.) POI IJ 1 GM 16.00 OXACILLIN SODIUM | AP 02 RX | 5.15 | 4.52 | 4.29 | .00 | | 03/01/95 |
| 00015-7979-18 | OXACILLIN SODIUM INJECTION (ADD-VANTAGE) POI IJ 2 GM 18.00 OXACILLIN SODIUM | AP 02 RX | 7.46 | 6.54 | 6.22 | .00 | | 03/01/95 |
| 00015-7979-20 | OXACILLIN SODIUM INJECTION (VIAL) POI IJ 2 GM 18.00 OXACILLIN SODIUM | AP 02 RX | 7.33 | 6.43 | 6.11 | .00 | | 03/01/95 |
| 00015-7979-28 | OXACILLIN SODIUM INJECTION (P.B.) POI IJ 2 GM 16.00 OXACILLIN SODIUM | AP 02 RX | 8.44 | 7.40 | 7.22 | .00 | | 03/01/95 |

Instructions: Please make corrections directly on this printout.
OK or make changes



Trade Secret CONFIDENTIAL

BMS1OIG/7:000377

HIGHLY CONFIDENTIAL

BMSAWP/0005590

**BMY/LB03H/31/000120**

APOTHECON PRODUCTS
BRISTOL-MEYERB
P. O. BOX 4500
PRINCETON NJ 085434560

# RED BOOK
## PRODUCT LISTING VERIFICATION

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-7228 Fax (201) 358-7134

Please Respond By: 09/15/95
Contact Name: DENISE KASZUBA
Contact Phone: (800) 631-5244



| NDC | Product | | | | | | | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|
| 00015-7103-20 | OXACILLIN SODIUM INJECTION (BULK VIAL) POI IJ 10 GM 10 g. OXACILLIN SODIUM | AP | #2 | RX | 47.15 | 41.36 | 39.29 | .00 | 03/31/95 |
| 00003-0673-71 | PENICILLIN O POTASSIUM INJECTION POI IJ 5 MILLION U 10 g. PENICILLIN O POTASSIUM | AP | #2 | RX | 2.43  6.39/4 | 2.19 | 2.19 | .00 | 03/31/94 |
| 00003-0734-11 | PENICILLIN O POTASSIUM INJECTION POI IJ 10 MILLION U 10 g. PENICILLIN O POTASSIUM | AP | #2 | RX | 1.27 | 5.33 | 5.33 | .00 | 06/23/92 |
| 00003-0634-41 | PENICILLIN O POTASSIUM INJECTION POI IJ 1 MILLION U PENICILLIN O POTASSIUM | AP | #2 | RX | 1.27 | 1.66 | 1.66 | .00 | 06/23/92 |
| 00003-0735-31 | PENICILLIN O POTASSIUM INJECTION POI IJ 20 MILLION U PENICILLIN O POTASSIUM | AP | #2 | RX | 7.27  6.336 | 6.86 | 6.86 | .00 | 03/31/94 |
| 00003-0668-05 | PENICILLIN O SODIUM INJECTION POI IJ 5 MILLION U PENICILLIN O SODIUM | EE | #2 | RX | | 5.28 | 5.28 | .00 | 06/23/92 |

Instructions: Please make corrections directly on this printout.

Trade Secret CONFIDENTIAL

BMS1OIG/7:000378

BMSAWP/0005591

HIGHLY CONFIDENTIAL

BMYIFL03/611110001301

**RED BOOK**

**PRODUCT LISTING VERIFICATION**

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201)358-7351  Fax (201)358-7258

APOTHECON PRODUCTS
BRISTOL-MEYERS

P. O. BOX 4500
PRINCETON  NJ  085434500

Please Respond By: 09/15/93
Contact Name:  DENISE KASZUBA
Contact Phone: (800) 631-5244

| | | | | | | AWP | | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|
| 00003-0122-50 | PRINCIPEN CAP PO 250 MG 100s AMPICILLIN | AB | 05 | RX | 11.26 | 9.87 | 9.39 | .00 | 08/03/93 |
| 00003-0122-51 | PRINCIPEN (UNIMATIC) CAP PO 250 MG 100s AMPICILLIN | X | AB | 05 | RX | 11.26 | 9.87 | 7.38 | .00 | 08/03/93 |
| 00003-0122-60 | PRINCIPEN CAP PO 250 MG 500s AMPICILLIN | AB | 05 | RX | 39.88 | 34.98 | 33.23 | .00 | 08/03/93 |
| 00003-0134-50 | PRINCIPEN CAP PO 500 MG 100s AMPICILLIN | AB | 05 | RX | 16.99 | 14.91 | 14.16 | .00 | 08/03/93 |
| 00003-0134-51 | PRINCIPEN (UNIMATIC) CAP PO 500 MG 100s AMPICILLIN | X | AB | 05 | RX | 16.99 | 14.91 | 14.16 | .00 | 08/03/93 |
| 00003-0134-60 | PRINCIPEN CAP PO 500 MG 500s AMPICILLIN | AB | 05 | RX | 72.78 | 63.84 | 68.65 | .00 | 08/03/93 |

Instructions: Please make corrections directly on this printout.
☐ OK with changes
☒ OK as is

Trade Secret CONFIDENTIAL

HIGHLY CONFIDENTIAL

BMS1OIG/7:000379

BMSAWP/0005592

BMY/PLROW/JJ/008122

APOTHECON PRODUCTS
BRISTOL-MEYERS

P. O. BOX 4500
PRINCETON NJ  #05434598

# RED BOOK

## PRODUCT LISTING VERIFICATION

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2224 / FAX (201) 358-1756

Please Respond By: 07/15/95
Contact Name: DENISE KASZUBA
Contact Phone: (900) 631-5244

| | | | | | | | | | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 00003-0967-09 | PRINCIPEN POR PO 125 MG/5 ML 100 ml es AMPICILLIN | AB | 05 | RX | 2.21 | 1.94 | 1.84 | .00 | 08/03/73 |
| 00003-0967-61 | PRINCIPEN POR PO 125 MG/5 ML 200 ml es AMPICILLIN | AB | 05 | RX | 3.03 | 3.36 | 3.19 | .00 | 08/03/73 |
| 00003-0972-52 | PRINCIPEN POR PO 250 MG/5 ML 100 ml es AMPICILLIN | AB | 05 | RX | 3.29 | 2.88 | 2.74 | .00 | 08/03/73 |
| 00003-0972-61 | PRINCIPEN POR PO 250 MG/5 ML 200 ml es AMPICILLIN | AB | 05 | RX | 5.88 | 5.16 | 4.90 | .00 | 08/03/73 |
| 10003-0801-10 | PROLIXIN CHT PO 5 MG/ML 120 ml es FLUPHENAZINE HYDROCHLORIDE | AA | 01 | RX | 197.16 | 95.74 | 96.97 | .00 | 03/31/74 |
| 10003-0820-30 | PROLIXIN ELI PO 2.5 MG/5 ML 60 ml es FLUPHENAZINE HYDROCHLORIDE | AA | 01 | RX | 17.35 | 15.22 | 14.46 | .00 | 03/31/74 |

Instructions: Please make corrections directly on this printout.
OK with changes    OK as is

Trade Secret CONFIDENTIAL

BMSIOIG/7:000380

HIGHLY CONFIDENTIAL

BMSAWP/0005593

BMXPLDA705/711/0001383

APOTHECON PRODUCTS
BRISTOL-MEYERS

P. O. BOX 4500
PRINCETON NJ 005434500

# RED BOOK

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Parstow Drive • Montvale, NJ 07645-1742
(201)358-7022   Fax (201)358-1754

Please Respond By: 07/15/95
Contact Name: DENISE XABZUBA
Contact Phone: (800) 631-5244



| Product | | | | | | | | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|
| 00003-0828-50 | PROLIXIN ELX PO 2.5 MG/5 ML FLUPHENAZINE HYDROCHLORIDE | AA | 01 | RX | 130.35 | 121.36 | 115.29 | .00 | 03/01/94 |
| 00003-0856-50 | PROLIXIN (VIAL) INJ IJ 2.5 MG/ML FLUPHENAZINE HYDROCHLORIDE | AP | 01 | RX | 56.83 | 49.85 | 47.36 | .00 | 03/01/94 |
| 00003-0843-50 | PROLIXIN TAB PO 1 MG FLUPHENAZINE HYDROCHLORIDE | AB | 01 | RX | 79.78 | 69.92 | 66.42 | .00 | 03/01/94 |
| 00003-0844-50 | PROLIXIN TAB PO 2.5 MG FLUPHENAZINE HYDROCHLORIDE | AB | 01 | RX | 113.83 | 99.15 | 94.19 | .00 | 03/01/94 |
| 00003-0877-50 | PROLIXIN TAB PO 5 MG FLUPHENAZINE HYDROCHLORIDE | AB | 01 | RX | 145.60 | 127.80 | 121.50 | .00 | 03/01/94 |
| 00003-0877-52 | PROLIXIN (UNMATED) TAB PO 5 MG FLUPHENAZINE HYDROCHLORIDE | AB | 01 | RX | 160.60 | 148.75 | 133.98 | .00 | 03/01/94 |

Instructions: Please make corrections directly on this printout.

Trade Secret CONFIDENTIAL

HIGHLY CONFIDENTIAL

BMS1OIG/7:000381

BMSAWP/0005594

BMY/PLX45/05L/0003384

# RED BOOK
## PRODUCT LISTING VERIFICATION

APOTHECON PRODUCTS
BRISTOL-MEYERS

P.O. BOX 4500
PRINCETON NJ 085434500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-7200  Fax (201) 358-7258

Please Respond By: 09/15/95
Contact Name: DENISE KASZUBA
Contact Phone: (800) 631-5244

| NDC/MFG/FS CATALOG NUMBER | PRODUCT NAME / DOSAGE / DESCRIPTION | | | | AWP | WAC | SRP | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|
| 00003-0956-50 | PROLIXIN  TAB PO 10 MG  100s  FLUPHENAZINE HYDROCHLORIDE | A9 | 01 | RX | 189.77 | 166.46 | 153.14 | .00 | 03/01/94 |
| 00003-0956-52 | PROLIXIN (UNIVAT)  TAB PO 10 MG  100s  FLUPHENAZINE HYDROCHLORIDE | A8 | 01 | RX X | 209.22 | 183.53 | 174.35 | .00 | 02/01/94 |
| 00003-0569-02 | PROLIXIN DECANOATE (BRN)  INJ IJ 25 MG/ML 1 ML  FLUPHENAZINE DECANOATE | A0 | 01 | RX X | 22.34 | 19.60 | 18.62 | .00 | 03/01/95 |
| 00003-0569-15 | PROLIXIN DECANOATE (UVL)  INJ IJ 25 MG/ML 5 ML  FLUPHENAZINE DECANOATE | A0 | 01 | RX | 97.60 | 87.37 | 83.00 | .00 | 03/01/95 |
| 00003-0824-05 | PROLIXIN ENANTHATE (UVL)  INJ IJ 25 MG/ML 5 ML  FLUPHENAZINE ENANTHATE | | 01 | RX | 104.10 | 93.87 | 88.42 | .00 | 03/01/95 |
| 00003-0750-50 | PRONESTYL  CAP PO 250 MG  100s  PROCAINAMIDE HYDROCHLORIDE | A8 | 01 | RX | 51.77 | 45.41 | 43.14 | .00 | 03/01/95 |

Instructions: Please make corrections directly on this printout.

X OK as is    OK with changes

Trade Secret CONFIDENTIAL

BMSIOIG/7:000382

HIGHLY CONFIDENTIAL

BMSAWP/0005595

BMY/PLBOOK/012/046/125

# RED BOOK

## PRODUCT LISTING VERIFICATION

BMEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-3328   Fax (201) 358-1936

APOTHECON PRODUCTS
BRISTOL-MEYERS

P. O. BOX 4500        085434500
PRINCETON NJ

Please Respond By: 09/15/95
Contact Name:  DENISE KASZUBA
Contact Phone: (800) 631-5244

| | | | | | | | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|
| 00003-0756-50 | PRONESTYL<br>CAP PO      275 MG<br>100s ea<br>PROCAINAMIDE HYDROCHLORIDE | A0 | 01 RX | 71.88 | 62.98 | 57.83 | .00 | 03/31/95 |
| 10003-0757-50 | PRONESTYL<br>CAP PO      500 MG<br>100s ea<br>PROCAINAMIDE HYDROCHLORIDE | A0 | 01 RX | 93.22 | 81.77 | 77.49 | .00 | 03/31/95 |
| 00003-0759-20 | PRONESTYL<br>(VIAL)<br>INJ IJ      100 MG/ML<br>10 ml ea<br>PROCAINAMIDE HYDROCHLORIDE | AP | 01 RX | 34.98 | 30.68 | 29.15 | .00 | 03/31/95 |
| 00003-1443-04 | PRONESTYL<br>(VIAL)<br>INJ IJ      500 MG/ML<br>2 ml ea<br>PROCAINAMIDE HYDROCHLORIDE | AP | 01 RX | 34.98 | 30.68 | 29.15 | .00 | 03/31/95 |
| 00003-0431-50 | PRONESTYL<br>TAB PO      250 MG<br>100s ea<br>PROCAINAMIDE HYDROCHLORIDE | | 01 RX | 51.77 | 45.41 | 43.14 | .00 | 03/31/95 |
| 00003-0434-50 | PRONESTYL<br>TAB PO      375 MG<br>100s ea<br>PROCAINAMIDE HYDROCHLORIDE | | 01 RX | 71.88 | 62.98 | 57.83 | .00 | 03/31/95 |

Instructions: Please make corrections directly on this printout.
√fv ....~     • AV with change •

BMS1OIG/7:000383

Trade Secret CONFIDENTIAL

HIGHLY CONFIDENTIAL

BMSAWP/0005596

BMY/PLROS/07/7006/1224

**APOTHECON PRODUCTS**
**BRISTOL-MEYERS**

P. O. BOX 4500    085340500
PRINCETON NJ

# REDBOOK
## PRODUCT LISTING VERIFICATION

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-7200   Fax (201) 358-7154

Please Respond By: 07/15/95
Contact Name: DENISE WASZUBA
Contact Phone: (800) 631-5244

| NDC NUMBER / CATALOG NUMBER | PRODUCT / DESCRIPTION | | | | | | AWP | MRP | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 00003-0430-50 | PRONESTYL TAB PO 500 MG 100s PROCAINAMIDE HYDROCHLORIDE | | | 01 | RX | 93.22 | 81.77 | 77.69 | .00 | 03/01/95 |
| 00003-0775-50 | PRONESTYL-SR TAB PO 500 MG 100s PROCAINAMIDE HYDROCHLORIDE | 0C | | 01 | RX | 61.91 | 54.31 | 51.59 | .00 | 03/01/95 |
| 00003-0769-51 | RAUZIDE TAB PO 4 MG-50 MG 100s BENDROFLUMETHIAZIDE/RAUWOLFIA | | | 01 | RX | 109.81 | 93.42 | 90.04 | .00 | 03/01/95 |
| 00003-1201-10 | BNZ-TMP SUS PO 200 MG-40 MG/5 ML BNZ/TMP | A0 | | 02 | RX | 11.27 | 9.89 | 9.37 | .00 | 06/23/92 |
| 00003-8130-50 | BNZ-TMP TAB PO 400 MG-80 MG BNZ/TMP | A0 | | 02 | RX | 23.42 | 20.55 | 19.52 | .00 | 06/23/92 |
| 00003-8130-60 | BNZ-TMP TAB PO 400 MG-80 MG BNZ/TMP | A0 | | 02 | RX | 112.72 | 98.88 | 93.93 | .00 | 06/23/92 |

Instructions: Please make corrections directly on this printout.
__X__ OK as is    ___ OK with changes

Trade Secret CONFIDENTIAL

HIGHLY CONFIDENTIAL

BMS1DIG/7:000384

BMSAWP/0005597

BMY/PLAKS4/111/0001327

APOTHECON PRODUCTS
BRISTOL-MAYERS

P.O. BOX 4500
PRINCETON NJ   005434500

# RED BOOK
## PRODUCT LISTING VERIFICATION

MEDICAL ECONOMICS
Five Paragon Drive, Montvale, NJ 07645-1742
(201)358-3224 Fax(201)358-1755

Please Respond By: 09/15/95
Contact Name: DENISE KASZUBA
Contact Phone: (800) 631-5244

| | | | | | | | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|
| 00083-0171-50 | BMZ-TMP<br>TAB PO<br>1000.00<br>BMZ/TMP   800 MG-160 MG | AB 02 RX | 30.51 | 33.78 | 32.07 | .00 | 06/23/92 |
| 00083-0171-60 | BMZ-TMP<br>TAB PO<br>3000.00<br>BMZ/TMP   800 MG-160 MG | AB 02 RX | 182.87 | 160.42 | 152.39 | .00 | 06/23/92 |
| 00083-0040-10 | SPEC-T SORE THROAT ANESTHETIC<br>LOZ PO   10 MG<br>100.00<br>BENZOCAINE | 07 OTC | 1.27 | 1.04 | 1.06 | 0.00 | 06/23/92 |
| 00083-0013-58 | SPEC-T SORE THROAT/COUGH<br>LOZ PO   10 MG-10 MG<br>100.00<br>BENZ/DM | 07 OTC | 1.27 | 1.06 | 1.06 | 0.00 | 06/23/92 |
| 00083-0041-58 | SPEC-T SORE THROAT/DECONGESTANT<br>LOZ PO<br>100.00<br>BENZ/PHENYLEPH/PPA | 07 OTC | 1.27 | 1.06 | 1.06 | 0.00 | 06/23/92 |
| 00015-5645-20 | STADOL<br>(VIAL)<br>INJ IJ   1 MG/ML<br>BUTORPHANOL TARTRATE | 01 RX | 7.33 | 6.41 | 6.07 | .00 | 03/31/95 |

Instructions: Please make corrections directly on this printout.
OK with changes
OK as is

Trade Secret CONFIDENTIAL

BMS1OIG/7:000385

BMSAWP/0005598

HIGHLY CONFIDENTIAL

BMY/FLM5H/11/0003154

APOTHECON PRODUCTS
BRISTOL-METERS

P. O. BOX 4500   005431550
PRINCETON  NJ

**RED BOOK**

PRODUCT LISTING VERIFICATION

MANDITTA, RECOMMENCE
Two Paragon Drive • Montvale, NJ 01645-1742
(201) 358-2224   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name:  DENISE KOSZUBA
Contact Phone: (800) 631-5244

| NDC NUMBER | | | | | | | | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|
| 00015-5544-20 | STADOL (VIAL) INJ 1U 2 MG/ML BUTORPHANOL TARTRATE | | 01 RX | 12.98 | 11.37 | 14.82 | .00 | 03/01/95 |
| 00015-5646-20 | STADOL (VIAL) INJ 1U 2 MG/ML BUTORPHANOL TARTRATE | | 01 RX | 7.62 | 6.68 | 6.35 | .00 | 03/01/95 |
| 00015-5648-20 | STADOL (H2O2) INJ 1U 2 MG/ML BUTORPHANOL TARTRATE | | 01 RX | 66.26 | 59.13 | 55.82 | .00 | 03/01/95 |
| 00015-7961-20 | STAPHCILLIN PDI 1U 1 GM METHICILLIN SODIUM | | 01 RX | 5.53 | 4.85 | 4.61 | .00 | 03/01/93 |
| 00015-7964-20 | STAPHCILLIN PDI 1U 4 GM METHICILLIN SODIUM | | 01 RX | 28.15 | 17.67 | 16.79 | .00 | 03/01/93 |
| 00015-7982-20 | STAPHCILLIN (BULK VIAL) PDI 1U 10 GM METHICILLIN SODIUM | | 01 RX | 53.33 | 46.70 | 44.44 | .00 | 03/08/93 |

Instructions: Please make corrections directly on this printout.

X OK as is          OK with changes

Trade Secret CONFIDENTIAL

BMS1OIG/7:0000386

HIGHLY CONFIDENTIAL

BMSAWP/0005599

UNYPL8/04/71/004/33V

APOTHECON PRODUCTS
BRISTOL-MEYERS
P. O. BOX 4500
PRINCETON NJ   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

**REDBOOK**

PRODUCT LISTING VERIFICATION

BIOMEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-7200   Fax (201) 358-7256

Please Respond By: 09/15/93
Contact Name: DENISE KASZUBA
Contact Phone: (800) 631-5244

| Code | Description | | | | | | | Price Effective Date |
|---|---|---|---|---|---|---|---|---|
| 00003-0455-40 | SUMYCIN CAP PO 250 MG 100s ## TETRACYCLINE HYDROCHLORIDE | AB | 05 | RX | 5.39 | 4.73 | 4.49 | .00 | 03/31/94 |
| 00003-0455-16 | SUMYCIN (UNIMATIC) CAP PO 250 MG 100s ## TETRACYCLINE HYDROCHLORIDE | AB | 05 | RX | 5.39 | 4.73 | 4.49 | .00 | 03/31/94 |
| 00003-0655-60 | SUMYCIN CAP PO 250 MG 100s ## TETRACYCLINE HYDROCHLORIDE | AB | 05 | RX | 40.89 | 42.88 | 40.74 | .00 | 03/31/94 |
| 00003-0743-40 | SUMYCIN CAP PO 500 MG 100s ## TETRACYCLINE HYDROCHLORIDE | AB | 05 | RX | 10.48 | 9.19 | 8.73 | .00 | 03/31/94 |
| 00003-0743-50 | SUMYCIN CAP PO 500 MG 500s ## TETRACYCLINE HYDROCHLORIDE | AB | 05 | RX | 48.26 | 42.34 | 40.22 | .00 | 03/31/94 |
| 00003-0615-50 | SUMYCIN SYR PO 125 MG/5 ML 473.2 ML TETRACYCLINE | AB | 05 | RX | 10.42 | P.14 | 8.68 | .00 | 03/31/93 |

Instructions: Please make corrections directly on this printout.
fix with changes

Trade Secret CONFIDENTIAL

BMS1OIG/7:0000387

HIGHLY CONFIDENTIAL

BMSAWP/0005600

947C5B0564048A20/11/0001290

# RED BOOK

## PRODUCT LISTING VERIFICATION

NATIONAL ECONOMICS

APOTHECON PRODUCTS
BRISTOL-MEYERS

P. O. BOX 4500
PRINCETON   NJ   085434500

Please Respond By: 09/15/95
Contact Name:  DENISE KASZUBA
Contact Phone: (800) 631-5244

| NDC / DESCRIPTION | | | | | PRICE EFFECTIVE DATE | SWP | AWP | | |
|---|---|---|---|---|---|---|---|---|---|
| 00003-0663-43 | BUMYCIN<br>TAB PO 250 MG<br>1000.00<br>TETRACYCLINE HYDROCHLORIDE | | | 05 RX | 5.39 | 4.73 | 4.49 | .00 | 03/01/94 |
| 00003-0663-75 | BUMYCIN<br>TAB PO 250 MG<br>1000.00<br>TETRACYCLINE HYDROCHLORIDE | | | 05 RX | 40.89 | 42.08 | 40.74 | .00 | 03/01/94 |
| 00003-0693-43 | BUMYCIN<br>TAB PO 500 MG<br>1000.00<br>TETRACYCLINE HYDROCHLORIDE | | | 05 RX | 10.49 | 9.19 | 6.73 | .00 | 03/01/94 |
| 00003-0693-50 | BUMYCIN<br>TAB PO 500 MG<br>500.00<br>TETRACYCLINE HYDROCHLORIDE | | | 05 RX | 40.24 | 42.34 | 40.22 | .00 | 03/01/94 |
| 00003-0535-40 | THERAGRAN HEMATINIC<br>TAB PO 90.00<br>FE FUM/FOLIC ACID/VIT. MULT | | | 01 RX | 38.66 | 25.55 | 25.55 | .00 | 06/23/92 |
| 00062-2728-10 | TOBRAMYCIN SULFATE<br>(VIAL)<br>INJ IJ 40 MG/ML<br>2ML 1.25<br>TOBRAMYCIN SULFATE | AP | 02 RX | 131.10 | 109.25 | 109.25 | .00 | 03/01/94 |

Instructions: Please make corrections directly on this printout.

☐ OK with changes
☐ OK as is

Trade Secret CONFIDENTIAL

BMS1OIG/7:0000388

BMSAWP/0005601

HIGHLY CONFIDENTIAL

# RED BOOK
## PRODUCT LISTING VERIFICATION

BMY7LBA5K/11/M001331

APOTHECON PRODUCTS
BRISTOL-MEYERS
P. O. BOX 4500
PRINCETON NJ   085434500

BMEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-7278   Fax (201) 358-7198

Please Respond By: 09/15/95
Contact Name: DENISE KASZUBA
Contact Phone: (800) 631-5244

| | | | | | | | | PATIENT DATE |
|---|---|---|---|---|---|---|---|---|
| 00003-2725-30 | TOBRAMYCIN SULFATE INJ, I.V. 40 MG/ML 30 ml ea TOBRAMYCIN SULFATE | AP | 02/RX | 78.77 | 62.25 | 59.14 | .00 | 03/01/74 |
| 00003-0101-58 | TRIMOX CAP PO 250 MG 100s ea AMOXICILLIN | A0 | 05/RX | 23.80 | 20.96 | 19.91 | .00 | 08/03/93 |
| 00003-0101-51 | TRIMOX (UNIMATIC) CAP PO 250 MG 100s ea AMOXICILLIN | A0 | 05 RX | 23.89 | 20.96 | 19.91 | .00 | 08/03/93 |
| 00003-0101-60 | TRIMOX CAP PO 250 MG 500s ea AMOXICILLIN | A0 | 05 RX | 113.78 | 99.84 | 94.82 | .00 | 08/03/93 |
| 00003-0107-45 | TRIMOX CAP PO 500 MG 50s ea AMOXICILLIN | A0 | 05 RX | 22.33 | 19.59 | 18.61 | .00 | 08/03/93 |
| 00003-0107-51 | TRIMOX (UNIMATIC) CAP PO 500 MG 100s ea AMOXICILLIN | A0 | 05/RX | 44.66 | 39.18 | 37.22 | .00 | 08/03/93 |

Instructions: Please make corrections directly on this printout.

X OK as is          OK with changes

_signature_

Trade Secret CONFIDENTIAL

BMS1OIG/7:0000389

HIGHLY CONFIDENTIAL

BMSAWP/0005602



**RED BOOK**

PRODUCT LISTING VERIFICATION

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1741
(201) 358-7208  Fax (201) 358-7106

Please Respond By: **07/15/95**
Contact Name:  **DENISE KARZUBA**
Contact Phone: **(800) 631-9244**

BMV/PLN4A/131/001192

**APOTHECON PRODUCTS
BRISTOL-MEYERS**

P. O. BOX  4500
PRINCETON  NJ  005434500

| | | | | | | | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|
| 00003-0109-55 | TRIMOX CAP PO 100 ea 500 MG AMOXICILLIN | AB | 05 RX | 41.48 | 36.56 | 34.73 | .00 | 08/03/93 |
| 00003-0109-60 | TRIMOX CAP PO 500 ea 500 MG AMOXICILLIN | AB | 05 RX | 182.70 | 160.26 | 152.25 | .00 | 08/03/93 |
| 00003-1738-15 | TRIMOX PDR PO 50 MG/ML 15 ml ea AMOXICILLIN | AB | 05 RX | 3.59 | 3.15 | 2.99 | .00 | 08/03/93 |
| 00003-1737-30 | TRIMOX PDR PO 125 MG/5 ML 60 ml ea AMOXICILLIN | AB | 05 RX | 2.98 | 2.61 | 2.48 | .00 | 08/03/93 |
| 00003-1737-40 | TRIMOX PDR PO 125 MG/5 ML 100 ml ea AMOXICILLIN | AB | 05 RX | 3.42 | 3.00 | 2.85 | .00 | 08/03/93 |
| 00003-1737-45 | TRIMOX PDR PO 125 MG/5 ML 150 ml ea AMOXICILLIN | AB | 05 RX | 3.95 | 3.46 | 3.29 | .00 | 08/03/93 |

Instructions: Please make corrections directly on this printout.

☑ OK as is          ☐ OK with changes

-2867-                                                    8.12.55

Trade Secret CONFIDENTIAL

BMS1OIG/7:000390

HIGHLY CONFIDENTIAL

BMSAWP/0005603

# RED BOOK

## PRODUCT LISTING VERIFICATION

Medical Economics
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2206  Fax (201) 358-1756

0MV/PL0450/110M01293

APOTHECON PRODUCTS
BRISTOL-MEYERS
P. O. BOX 4500
PRINCETON NJ   005434500

Please Respond By: 01/15/95
Contact Name: DENISE KASZUBA
Contact Phone: (800) 631-5244

| NDC | Product | | | | | | | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|
| 00003-1730-30 | TRIMOX<br>PDR PO   250 MG/5 ML<br>80 ml a.<br>ORAL<br>AMOXICILLIN | AB | 05 | RX | 5.10 | 4.40 | 4.25 | .00 | 08/03/93 |
| 00003-1730-40 | TRIMOX<br>PDR PO   250 MG/5 ML<br>150 ml a.<br>ORAL<br>AMOXICILLIN | AB | 05 | RX | 5.84 | 5.13 | 4.87 | .00 | 08/03/93 |
| 00003-1730-45 | TRIMOX<br>PDR PO   250 MG/5 ML<br>150 ml a.<br>ORAL<br>AMOXICILLIN | AB | 05 | RX | 6.70 | 5.95 | 5.65 | .00 | 08/03/93 |
| 00003-0950-15 | TUBOCURARINE CHLORIDE INJECTION<br>(URAL)<br>INJ IJ   3 MG/ML<br>10 ml a.<br>TUBOCURARINE CHLORIDE | AP | 02 | RX | 8.22 | 6.85 | 6.85 | .00 | 03/01/94 |
| 00003-0950-35 | TUBOCURARINE CHLORIDE INJECTION<br>(URAL)<br>INJ IJ   3 MG/ML<br>20 ml a.<br>TUBOCURARINE CHLORIDE | AP | 02 | RX | 15.22 | 12.60 | 12.60 | .00 | 03/01/94 |
| 00007-0543-01 | VASODILAN<br>TAB PO   10 MG<br>100 a.<br>IDBOSUPRINE HYDROCHLORIDE | | 01 | RX | 29.98 | 26.27 | 24.98 | .00 | 03/01/95 |

Instructions: Please make corrections directly on this printout.

OK as is ☒     OK with changes ☐

Trade Secret CONFIDENTIAL

BMS1OIG/7:000391

HIGHLY CONFIDENTIAL

BMSAWP/0005604

BMVP/BGU/11/AB1134

APOTHECON PRODUCTS
BRISTOL-MEYERS

P. O. BOX 4500
PRINCETON NJ 08543-4500

# RED BOOK
## PRODUCT LISTING VERIFICATION

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-7200  Fax (201) 358-7134

Please Respond By: 07/15/95
Contact Name: DENISE KASZUBA
Contact Phone: (800) 631-5244

| NDC | Description | | | | | | | | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 00003-0662-54 | VEETIDS<br>FOR PO    250 MG/5 ML<br>250 ML #1<br>PENICILLIN V POTASSIUM | AA | 05 | RX | 3.44 | 3.17 | 3.03 | .00 | 08/03/93 |
| 00003-0115-50 | VEETIDS<br>TAB PO    250 MG<br>100s #1<br>PENICILLIN V POTASSIUM | AB | 05 | RX | 4.84 | 6.90 | 5.78 | .00 | 08/03/93 |
| 00003-0115-75 | VEETIDS<br>TAB PO    250 MG<br>1000s #2<br>PENICILLIN V POTASSIUM | AB | 05 | RX | 57.44 | 50.39 | 47.87 | .00 | 08/03/93 |
| 00003-0116-50 | VEETIDS<br>TAB PO    500 MG<br>100s #3<br>PENICILLIN V POTASSIUM | AB | 05 | RX | 13.61 | 11.41 | 10.84 | .00 | 08/03/93 |
| 00003-0116-75 | VEETIDS<br>TAB PO    500 MG<br>1000s #4<br>PENICILLIN V POTASSIUM | AB | 05 | RX | 92.95 | 81.54 | 77.46 | .00 | 08/03/93 |
| 00003-0113-24 | VELOSEF<br>CAP PO    250 MG<br>CEPHRADINE | AB | 01 | RX | 20.74 | 18.19 | 17.28 V | .00 | 03/08/93 |

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

Trade Secret CONFIDENTIAL

BMS1OIG/7:000392

HIGHLY CONFIDENTIAL

BMSAWP/0005605



# RED BOOK
## PRODUCT LISTING VERIFICATION

IMMEDICAL ECONOMICS
Five Pierce Drive Montvale, NJ 07645-1742
(201) 358-3123   Fax (201) 358-7252

Please Respond By: 09/15/95
Contact Name: DENISE KABZUBA
Contact Phone: (800) 631-5244

BMV/FLDESS/21/0001199
APOTHECON PRODUCTS
BRISTOL-MEYERS
P. O. BOX 4500
PRINCETON NJ   #05434500

| | | | | | | | | | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 00083-0113-50 | VELOSEF<br>CAP PO   250 MG<br>100 s ea<br>CEPHRADINE | AB | B1 | RX | 82.55 | 72.41 | 66.79 | .00 | 03/08/93 |
| 00083-0114-26 | VELOSEF<br>CAP PO   500 MG<br>24 s ea<br>CEPHRADINE | AB | B1 | RX | 48.81 | 35.98 | 34.01 | .00 | 03/08/93 |
| 00083-0114-50 | VELOSEF<br>CAP PO   500 MG<br>100 s ea<br>CEPHRADINE | AB | B1 | RX | 142.13 | 142.22 | 135.11 | .00 | 03/08/93 |
| 00083-1173-50 | VELOSEF<br>POR PO   125 MG/5 ML<br>100 ml ea<br>CEPHRADINE | AB | B1 | RX | 9.85 | 7.94 | 7.54 | .00 | 03/08/93 |
| 00083-1173-08 | VELOSEF<br>POR PO   125 MG/5 ML<br>200 ml ea<br>CEPHRADINE | AB | B1 | RX | 17.89 | 15.69 | 14.91 | .00 | 03/08/93 |
| 00083-1174-50 | VELOSEF<br>POR PO   250 MG/5 ML<br>100 ml ea<br>CEPHRADINE | AB | B1 | RX | 16.98 | 14.89 | 14.15 | .00 | 03/08/93 |

Instructions: Please make corrections directly on this printout.
X OK as is     | OK with changes

Trade Secret CONFIDENTIAL

BMS1OIG/7:000393

HIGHLY CONFIDENTIAL

BMSAWP/0005606

BMV/LM/SV/11N0013M

APOTHECON PRODUCTS
BRISTOL-MEYERS SQUIBB
P. O. BOX 4500
PRINCETON NJ 08543-4500

# RED BOOK

## PRODUCT LISTING VERIFICATION

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2211 / Fax (201) 358-7756

Please Respond By: 09/15/95
Contact Name: DENISE KASZUBA
Contact Phone: (800) 631-5244

| | | | | | | | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|
| 00003-1174-90 | VELOSEF POR PO 250 MG/5 ML 200 ml 9% CEPHRADINE | AB | 01 RX | 33.42 | 29.49 | 20.02 | .00 | 03/08/93 |
| 00003-0997-79 | VESPRIN (VIAL) INJ 10 ml 9% INJ 10 MG/ML TRIFLUPROMAZINE HYDROCHLORIDE | | 01 RX | 45.62 | 40.02 | 30.02 | .00 | 06/23/92 |
| 00003-0920-20 | VESPRIN (VIAL) INJ 10 ml 9% INJ 20 MG/ML TRIFLUPROMAZINE HYDROCHLORIDE | | 01 RX | 12.48 | 10.95 | 10.40 | .00 | 06/23/92 |

Instructions: Please make corrections directly on this printout.
☐ OK as is        ☐ OK with changes.

_Barbara Roth_        9-22-95

Trade Secret CONFIDENTIAL

BMS1OIG/7:000394

HIGHLY CONFIDENTIAL

BMSAWP/0005607

**RED BOOK**

## MANUFACTURER DIRECTORY INFORMATION FORM

Please verify the following information to ensure that your organization is
properly listed in the 1996 Red Book.  Please make changes directly on this form.

APOTHECON PRODUCTS
Manufacturer Name

| | | P. O. BOX 4500 |
|---|---|---|
Address

| PRINCETON | NJ | 08543-4500 |
|---|---|---|
| City | State | Zip Code |

DENISE KASZUBA
Contact Name (not published)

(800) 631-5244
800 Number

(609) 897-4741
Main Telephone Number

(800) 523-2965
Fax Number

☒ OK as is        ☐ OK with changes

_Barbara Sloif_                    9-7-95
Signature                          Date

If you have any questions, please call (201) 358-2228

BMY/71.B/R04/121/R001297

FIVE PARAGON DRIVE · MONTVALE · NEW JERSEY 07645 · 201 358-7500

Trade Secret CONFIDENTIAL                    BMS101G/7:000395

BMSAWP/0005608

HIGHLY CONFIDENTIAL

# EXHIBIT 15

Dianne C. Ihling                                    August 12, 2005

New York, NY

1

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

MDL Docket No. 01Cv12257-PBS

----------------------------*

In re:  PHARMACEUTICAL INDUSTRY )

AVERAGE WHOLESALE PRICE          )

LITIGATION                       )

----------------------------*

THIS DOCUMENT RELATES TO:        )

ALL ACTIONS                      )

----------------------------*


                Friday, August 12, 2005

                New York, New York

                Time:  9:06 a.m.


          Deposition of DIANNE C. IHLING, held at

the offices of Hogan & Hartson, LLP, 875 Third

Avenue, New York, New York, as taken before

Josephine H. Fassett, a Shorthand Reporter and

Notary Public of the State of New York.

Dianne C. Ihling                                    August 12, 2005
New York, NY

---

90

1  whether it was 20 or 25 percent?
2      A    No.
3      Q    How about for Redbook, are you
4  familiar with the markup factor applied by
5  Redbook?
6      A    I always assumed that it was the
7  same but I don't know, I don't know specifically.
8      Q    Okay. And did you at any point in
9  time in your responsibilities as Director of
10 Pricing and Institutional Operations work with the
11 publications on determining that markup factor?
12     A    No, never.
13     Q    How are AWPs used in the industry
14 based on your experience?
15         MR. EDWARDS: Object to the form.
16     Used by who?
17         MR. MATT: Just, you know,
18     industry -- well, strike that, I'll be more
19     specific.
20 BY MR. MATT:
21     Q    Would you agree that during the time
22 you were employed by BMS that governmental and

---

91

1  private payers had adopted an industry practice of
2  using AWPs as a benchmark for determining
3  reimbursement rates?
4          MR. EDWARDS: Object to the form.
5      It assumes facts not in evidence.
6      Go ahead.
7          THE WITNESS: Go ahead?
8          MR. EDWARDS: Yes.
9      A    Okay. During the time that I was
10 employed by Bristol-Myers Squibb and prior to that
11 the figure known as Average Wholesale Price was
12 used as, to my knowledge, as a benchmark when
13 reimbursing when -- sorry -- when people went to
14 the pharmacy to buy their drug product.
15     Q    So you're familiar that Medicare
16 used it as a reimbursement?
17     A    I don't have specific knowledge.
18         MR. EDWARDS: Object.
19     Let's hear the end of the
20     question. You sort of mumbled at the end
21     of your question and I want to make sure
22     I understand the question.

---

92

1          MR. MATT: I didn't finish it.
2  BY MR. MATT:
3      Q    Are you aware that Medicare used it
4  as a reimbursement benchmark in its formula
5  reimbursing for Part B drugs?
6          MR. EDWARDS: Objection.
7      A    I'm vaguely aware of that, I don't
8  have specific knowledge of it.
9      Q    So you're more familiar with the use
10 of AWP to have at the pharmacy level because of
11 your prior experience working at CareMark or, I'm
12 sorry, PCS?
13     A    I am more familiar with the
14 reimbursement constructs of a large PBM.
15     Q    In your experience they were all
16 based on AWP, correct?
17     A    To the best of my recollection.
18         MR. EDWARDS: Objection. Note my
19     objection.
20     Go ahead.
21     Q    To the best of your recollection
22 yes?

---

93

1      A    To the best of my recollection most
2  pharmacy, most PBM formulas are an AWP-based
3  formula.
4      Q    Did you or anyone under your
5  supervision ever conduct a survey of wholesalers
6  in order to determine whether the market factors
7  applied by the publishers to the BMS list prices
8  were accurate in that they reflected the real
9  prices in the marketplace?
10         MR. EDWARDS: Objection. Assumes
11     facts not in evidence.
12     Go ahead.
13     A    I don't believe so.
14     Q    You just don't recall whether that
15 was ever done under your supervision?
16     A    I don't recall and I don't believe
17 that -- I don't believe that was done by anyone in
18 my department.
19     Q    Okay. Is there a particular reason
20 why it was not done?
21     A    I don't -- I mean, the company
22 doesn't set AWP so I --

---

# EXHIBIT 16

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

NO. 01CV12257-PBS

_____

In re:  PHARMACEUTICAL          )

INDUSTRY AVERAGE WHOLESALE      )

PRICE LITIGATION               )

_____        )

THIS DOCUMENT RELATES TO:       )

ALL ACTIONS                    )

_____        )

DEPOSITION of CHRISTOF A. MARRE,

called as a witness by and on behalf of the

Plaintiffs, pursuant to the applicable provisions

of the Federal Rules of Civil Procedure, before P.

Jodi Ohnemus, Notary Public, Certified Shorthand

Reporter, Certified Realtime Reporter, and

Registered Merit Reporter, within and for the

Commonwealth of Massachusetts, at the offices of

Hagens, Berman, Sobol, Shapiro, LLP, One Main

Street, Cambridge, Massachusetts, on Friday, 26

August, 2005, commencing at 8:40 a.m.

Christof A. Marre     HIGHLY CONFIDENTIAL     August 26, 2005
Cambridge, MA

26

1  BMS. We discussed pricing for other multisource
2  products. We discussed private label strategies.
3  We also discussed generic defense strategies for
4  Paraplatin.
5      Q. How often would you communicate with these
6  individuals at OTN?
7      A. Typically, once or twice a week.
8      Q. Have you heard of the phrase One BMS?
9      A. Yes.
10     Q. And what does that mean to you?
11     A. I believe this phrase was coined by Peter
12 Dolan shortly after he became CEO, and the idea was
13 to have the different parts that make up BMS work
14 together as one company.
15     Q. And is it your understanding that applied
16 to BMS and OTN?
17     A. Yes.
18     Q. OTN was a wholly-owned subsidiary of BMS
19 at the time you worked there, right?
20     A. Right.
21     Q. Did you work with the BMS oncology sales
22 force?

27

1      A. I did.
2      Q. And can you please describe the nature of
3  your work with the sales force.
4      A. In which of my capacities?
5      Q. Start with the first one, marketing
6  manager.
7      A. As a marketing manager, one of my roles
8  was to create tactics and programs that could be
9  used by our sales force. The main interaction with
10 the sales force was during the POA meetings, which
11 are the sales meetings which take place twice a
12 year where I would present the tactics and programs
13 to them. I would also interact on an ad hoc basis
14 to communicate the availability of new tactics and
15 programs. I would also spend time with individual
16 members of the sales force during field trips, on
17 sales force advisory boards, or if they contacted
18 me with questions.
19     Q. "Field trips," what does that mean?
20     A. That is the name for somebody from the
21 home office spending time with somebody in the
22 field. It's a ride-along with the sales rep.

28

1      Q. Oh, ride-along --
2      A. Yes.
3      Q. -- to visits with the clients?
4      A. Correct.
5      Q. So, have you visited clients with
6  office-based oncology clients before?
7      A. Yes, both office-based and hospital-based
8  oncology.
9      Q. On the visits that you were participating
10 in, what did you learn about the concerns of the
11 office-based oncology physicians and staff?
12     A. In which of my functions?
13     Q. Still sticking with the marketing manager
14 function.
15     A. Okay. We would learn more about how
16 physicians make decisions when they treat patients
17 with any of the tumor types that I was responsible
18 for.
19     Q. Did you discuss pricing?
20     A. No.
21     Q. When you use the acronym, "POA," is
22 that an acronym for plan of attack?

29

1      A. Plan of action.
2      Q. Plan of action. In your role as marketing
3  manager, when you said you create programs for use
4  by the sales force, can you give some examples?
5      A. Yes. We would, for one, offer training to
6  the sales force on the disease state and on
7  different drugs used to treat those tumors and on
8  the outcome of different trials with different
9  drugs in those tumor types.
10         We would also offer education, educational
11 programs that our sales force could then roll out
12 to their customers. We also put together medical
13 information to answer requests by physicians on
14 these tumor types.
15     Q. And that medical information is in
16 documents that a salesperson can leave with a
17 physician?
18     A. No, these were documents that physicians
19 could request and that would be sent directly to
20 the physician from our medical information
21 department.
22     Q. In your role as a marketing manager, did

**34**

1  using contracts an advantage?

2    A.  Typically, hospitals and office-based

3  oncologists don't buy directly from a manufacturer.

4  They buy their products from a wholesaler or

5  distributor. The fact that we have a sales force

6  that calls on oncologists, however, gives us direct

7  access to these customers. And we were competing

8  with generic manufacturers who, for the most part,

9  had to rely on distributors and wholesalers,

10  because they didn't have a sales force or didn't

11  have a large sales force with the reach that we

12  did. So, this was a competitive advantage for

13  Bristol-Myers Squibb that we wanted to leverage.

14    Q.  So, is the advantage then in having a

15  direct relationship through the contract, even

16  though the drugs are still purchased by the

17  customer through a wholesaler?

18    A.  That's correct.

19    Q.  Is that accurate?

20    A.  So, they continue to buy the drug from the

21  wholesaler, but the wholesaler will respect and

22  apply whatever price we've negotiated directly with

**35**

1  the customer.

2    Q.  Was it your goal to have BMS sign

3  contracts with most of the large hospitals in the

4  country?

5    A.  Yes.

6    Q.  And were you successful in that goal?

7    A.  I believe we were successful. I can't say

8  exactly how many contracts we signed, but it must

9  have been in the 50s.

10    Q.  Percentile?

11    A.  No, 50 contracts with 50 institutions.

12    Q.  And do you have any sort of an

13  appreciation for what percentage of the market for

14  hospital oncology drugs those 50 or so institutions

15  represented?

16    A.  I don't recall the exact percentage for

17  that segment of the market. Our overall share of

18  the Paclitaxel business, for example, or for other

19  products that had generic competition must have

20  been around 50 percent.

21    Q.  And are you speaking specifically to the

22  hospital market?

**36**

1    A.  No, the overall market.

2    Q.  The overall market. What are some of the

3  largest hospitals that BMS had contracts with?

4    A.  Memorial Sloan Kettering, M.D. Anderson,

5  University of Michigan, Fox Chase Cancer Center.

6    Q.  Those are the big ones that come to mind?

7    A.  Yeah.

8    Q.  Where is Fox Chase located?

9    A.  Philadelphia.

10    Q.  M.D. Anderson's in Houston, right?

11    A.  Right.

12    Q.  Memorial Sloan Kettering is New York?

13    A.  New York City.

14    Q.  And Michigan is in Ann Arbor?

15    A.  Yeah.

16    Q.  Do you know what percentage of the sales

17  of BMSO drugs were done under contract?

18    A.  No.

19    Q.  No? Do you know the approximate

20  percentage of all oncology customers that purchased

21  BMSO drugs under a contract with BMS?

22    A.  No.

**37**

1    Q.  No. So, is it just too general a question

2  for you to be able to answer?

3    A.  Yeah.

4    Q.  How did BMS determine which organizations

5  to sign contracts with?

6    A.  The primary determinant was the sales

7  volume, and I guess the second determinant was

8  their willingness to do contracting.

9    Q.  And when you say, "sales volume," what do

10  you mean?

11    A.  Number of units they buy.

12    Q.  So, that's another way of saying —

13  targeting the larger organizations?

14    A.  Yeah. Uh-huh.

15    Q.  And the contracts, did they always contain

16  pricing that was lower than the wholesale list

17  price that BMS offered products at, right?

18    A.  Yes, although there were some products

19  that we would not offer contract pricing on.

20    Q.  And what products — and what products

21  were they and at what point in time?

22    A.  Uh-huh. Well, Paraplatin was the main

Christof A. Marre    HIGHLY CONFIDENTIAL    August 26, 2005
Cambridge, MA

---

**38**

1  product that for a long time we didn't offer
2  discounts to most customers. And only when it came
3  closer to losing exclusivity did we start
4  considering offering some small discounts.
5      Q. So, you didn't offer discounts before the
6  time that you got close to the loss of exclusivity,
7  because it was -- the only product in -- in other
8  words, it didn't have any competition at that point
9  in time, right?
10     A. That's correct. But we did have some
11  customers who did receive discounts or some other
12  price consideration even before that.
13     Q. And the contract -- the prices contained
14  in contracts between BMS and customers, those are
15  confidential and not publicly available, correct?
16     A. Yeah.
17     Q. I'll just make sure I understand the
18  contracting process with office-based oncologists.
19     A. Uh-huh.
20     Q. Those were signed through OTN?
21     A. Uh-huh.
22     Q. Okay. But the contracts that OTN would

---

**39**

1  offer its customers originated in your department,
2  right?
3      A. The way I would put it was the contract
4  was written by OTN, because they represented many
5  different manufacturers and had many types of
6  contracts, but whenever the contracts included BMS
7  products, we would get involved in revising the
8  contract language and approving the terms and
9  conditions.
10     Q. Including price.
11     A. Right.
12     Q. And was there a specific person at OTN you
13  would work with on that one issue?
14     A. I think there were a number of people
15  involved with that. The one person who I
16  interacted with the most until he left OTN was
17  Sandy McMahon.
18     Q. And do you know when he left OTN?
19     A. I don't recall the exact date.
20     Q. Was it before you left BMS?
21     A. Yes.
22     Q. Okay. And the POA meetings you talked

---

**40**

1  about earlier, were the average wholesale prices of
2  drugs generally discussed?
3      A. Which meetings?
4      Q. At the POA meetings.
5      A. No.
6      Q. Were there any discussions of the
7  differences between the AWPs and actual -- actual
8  acquisition costs of drugs?
9      A. Well, when we became more involved with
10  contracting, we would talk about the price erosion
11  of the price for Taxol, for example.
12     Q. And how would that relate to AWPs?
13     A. When almost any drug has exclusivity, you
14  sell the drug at list price. But once you face
15  generic competition, the generics try to gain
16  market share by bringing the price down and
17  offering discounts to their customers. So, as the
18  branded company, your choice is either to quickly
19  lose business if you don't bring your contract
20  prices in line with the market, or to offer
21  competitive prices and hope to maintain a
22  significant volume share of the market.

---

**41**

1      Q. Okay. Has that -- I discern from an
2  earlier answer that there was some relation between
3  that and AWP, and that's what I'm trying to follow
4  up. I believe my initial question asked whether
5  there were any discussions between -- about the
6  difference between the average wholesale price for
7  a drug and its actual acquisition cost.
8      A. I think we were more interested in the
9  difference between the price that we offered to our
10  customers and the price that the generic
11  competitors would offer to the customers.
12     Q. Does that mean that you've never discussed
13  AWP with anyone at BMS?
14     A. No. Of course, where relevant, we are
15  going to discuss AWP.
16     Q. Let me then explore with you the use of
17  AWP --
18     A. Uh-huh.
19     Q. -- that you made when you were director of
20  marketing.
21     A. Uh-huh.
22     Q. Let me lay some foundations first. What

---

Henderson Legal Services
(202) 220-4158

42

1  is your understanding of the term "AWP"?
2     A.  Average wholesale price.
3     Q.  Is it an average of wholesale prices in
4  the market?
5     A.  It's a price that gets published in
6  Redbook and First Data Source that we don't have
7  direct control over.
8     Q.  And that was your understanding when you
9  were marketing director back in 2000 —
10    A.  That was my understanding, yeah.
11    Q.  And do you understand the relationship
12  between BMS wholesale list price —
13    A.  Uh-huh.
14    Q.  — and AWP?
15    A.  Well, my understanding is that we
16  controlled our list price, and we would submit our
17  list prices to these different publications, and
18  they would then apply some kind of formula to
19  arrive at AWP, which would then — they would then
20  publish.
21    Q.  And are you familiar with what that
22  formula was?  Was it a markup factor?

43

1     A.  Yes, it was always confusing to me, and it
2  wasn't really relevant to my activities, so my
3  understanding is that the factor was 1.25 or 1.3,
4  but it wasn't clear to me which factor applied to
5  which company to which publication.
6     Q.  Did you believe that there were purchasers
7  in the marketplace that would actually buy BMS
8  drugs at the AWP?
9     A.  I don't have evidence of that.  The price
10  that most wholesalers and distributors would apply
11  would be our list price.
12    Q.  Do you have any insight into whether
13  wholesalers actually sold their products to
14  customers at the AWPs that were reported by these
15  publications?
16    A.  No, because we sold our products at our
17  list price to the wholesaler, and it was up to them
18  at which price they would sell it on to their
19  customers.  But since there's competition between
20  different wholesalers and different distributors,
21  they wouldn't be able to command a 25 or 30 percent
22  margin.  They would quickly be turned down by the

44

1  other wholesalers or distributors.
2     Q.  So, you don't believe then that the
3  wholesalers were selling those drugs at those
4  margins?
5     A.  I don't believe that, no.
6     Q.  And were the margins — what do you
7  believe the wholesaler margins are?
8     A.  They're minimal.
9     Q.  It's 1 to 3 percent, right?
10    A.  Yeah, I think the wholesaler margin is
11  primarily the prompt payment discount that we
12  provide.
13    Q.  And is that usually 1 or 2 percent?
14    A.  I think those are typical prompt payment
15  discounts.
16    Q.  And just so the record's clear, those are
17  discounts that BMS offers to wholesalers if they
18  pay within a certain time period, right?
19    A.  Right.
20    Q.  Is that usually 30 days?
21    A.  It can be staggered, 30, 60, 90 days, and
22  the sooner you pay, the higher the prompt payment

45

1  discount.
2     Q.  Okay.  As director of marketing, did it
3  ever concern you that there were average wholesale
4  prices being reported for BMS oncology drugs that
5  did not reflect the margins actually realized by
6  wholesalers?
7     A.  I never understood the term "average
8  wholesale prices," because as we just discussed,
9  those weren't average prices.
10    Q.  But did it ever concern you, though, was
11  my question?
12    A.  No, I wouldn't say it concerned me.
13    Q.  And is there a particular reason why it
14  didn't concern you, or did you just never think
15  about it?
16    A.  I'm sorry?
17    Q.  Or did you just never think about it?
18    A.  It's one of those things that someone who
19  joined the market in 2001 was probably a — had a
20  historic basis.  So, it may have been true at some
21  point in time and was no longer true, and I know
22  that in other markets I've been in in Mexico, there

Christof A. Marre        HIGHLY CONFIDENTIAL        August 26, 2005
Cambridge, MA

<table>
<tr><td>

46

1  was a true wholesaler markup of 18, 20 percent.
2  So, I assumed that maybe historically that's how it
3  had operated in the US, and that competition just
4  had driven down those markups. That was — if you
5  had asked me then, that's probably how I would have
6  answered it.
7        Q.  So, at no time did you think to take any
8  action to try and correct the average wholesale
9  prices that were being published.
10       A.  (Witness nods.)
11             MR. EDWARDS: Object to the form. Assumes
12 facts not in evidence.
13       Q.  I saw you shaking your head. I want to
14 make sure that comes out on the record. Was that a
15 no?
16       A.  I think we had an objection, right?
17       Q.  Yeah. I was going to let the question
18 stand if you understand it.
19       A.  Uh-huh.
20       Q.  Do you want the court reporter to read it
21 back?
22       A.  So, can you repeat the question.

</td><td>

48

1  the wholesalers made their money, and we discussed
2  how — at which price we sell a product to the
3  wholesaler, at which price they sell it on to their
4  customers, and where they make their margin.
5        Q.  And you have experience with contracts,
6  so, you know, in at least some cases, the customers
7  are purchasing BMS products well below wholesale
8  list price.
9        A.  Yes.
10       Q.  And that generates a charge-back that goes
11 to the wholesaler?
12       A.  Yes.
13       Q.  So, you're familiar with the charge-back.
14       A.  Yeah.
15       Q.  And are there any other discussions that
16 you can recall specifically having with people at
17 BMS or OTN about AWPs?
18       A.  Well — well, I learned more about the
19 role of AWPs, ah, you know, what the real
20 significance is, not as an average price at which
21 the wholesaler sells, but as a price which is used
22 to determine reimbursement, of course.

</td></tr>
<tr><td>

47

1             MR. MATT: Why don't you go ahead.
2             (Question read back.)
3        A.  Yeah, that's correct.
4        Q.  Is that no?
5        A.  I did not —
6        Q.  You did not, okay.
7        A.  — take any action.
8        Q.  And did you have any discussions with
9  anyone else at BMS about average wholesale prices?
10       A.  Yes, when I took on this responsibility
11 for customer marketing, as part of understanding
12 the environment, I had discussions with different
13 people to understand how all of this worked.
14       Q.  Okay. And who, if you can recall, were
15 you having those discussions with?
16       A.  Having discussion with my predecessor in
17 the senior marketing role.
18       Q.  And who was that?
19       A.  Michael Talomie.
20       Q.  And can you specifically recall what Mr.
21 Talomie told you about AWP?
22       A.  Well, I was interested to find out where

</td><td>

49

1        Q.  So, you understand that, until recently,
2  AWP was used in the reimbursement form or for
3  Medicare Part B drugs, correct?
4        A.  Yes.
5        Q.  And that it was also utilized by private
6  insurers, correct?
7        A.  That's my understanding.
8        Q.  And what about Medicaid programs, are you
9  aware the Medicaid programs utilize AWP in their
10 reimbursement formulas?
11       A.  I'm not that familiar with Medicaid
12 reimbursement.
13       Q.  And who educated you, so-to-speak, about
14 these reimbursement concepts based on AWP?
15       A.  I attended a seminar provided by NOCR,
16 network for — I don't know exactly what it means
17 — NOCR.
18       Q.  NOCR?
19       A.  Yeah.
20       Q.  Is that a —
21       A.  I did my own reading, different sources,
22 like the ACCC publications. I — as part of my

</td></tr>
</table>

Christof A. Marre     HIGHLY CONFIDENTIAL     August 26, 2005
Cambridge, MA

**78**

1    A.  Uh-huh.
2    Q.  Do you remember that question?
3    A.  Yes.
4    Q.  And I believe one of your answers was the
5    competitive intelligence, if you were -- that you
6    were receiving on contract prices?
7    A.  Yeah.  Uh-huh.
8    Q.  Did you also look at the competitor's
9    AWPs?
10   A.  No.
11   Q.  Or the competitor's WACs?
12   A.  No.
13   Q.  So, your focus was on contract pricing.
14   A.  Yeah.
15   Q.  For my work in this case, I'm familiar
16   with the different ways in which BMS provided
17   discounts off of wholesale list price.
18   A.  Uh-huh.
19   Q.  And I want to just see if you're familiar
20   with the same contracts.  We have contract prices
21   that we've already discussed today, right?
22   A.  Yeah.

**79**

1    Q.  Are you familiar with rebates --
2    A.  Yes.
3    Q.  -- okay, and administration fees --
4    A.  Yes.
5    Q.  -- and marketing fees?
6    A.  Yes.
7    Q.  And BMS offered all of these to its
8    customers, correct?
9    A.  Yeah.
10   Q.  And rebates, what's your familiarity with
11   rebating?
12   A.  Well, unlike a discount, a rebate is
13   typically not applied at the time of purchase but
14   at some later point in time.  And typically, it's
15   tied to certain criteria, certain performance
16   criteria of the contract.
17   Q.  Usually volume?
18   A.  Volume, growth, market share.
19   Q.  And the contracts with which you had
20   involvement, were rebates sometimes included in the
21   provisions?
22   A.  Yes.

**80**

1    Q.  Administration fees.  What is an
2    administration fee?
3    A.  Well, the way I understand it, it's a
4    percentage of your sales that you pay to a GPO as a
5    consideration for being included on their list.
6    Q.  And are there a typical range of fees that
7    you're familiar with?
8    A.  I think a typical range would be anywhere
9    from .25 to 3 percent.
10   Q.  Have you seen administration fees paid by
11   BMS that exceeded 3 percent?
12   A.  I recall that the way it was explained to
13   me, there was a maximum of 3 percent for
14   administration fees.
15   Q.  Do you know why that was a maximum?
16   A.  I believe there's a legal maximum.
17   Q.  And you're familiar with marketing fees.
18   A.  Uh-huh.
19   Q.  What is a marketing fee?
20   A.  It's a fee for services or value that goes
21   beyond being included on a contract or on a list of
22   contracted products.

**81**

1    Q.  Can you think of an example of a service?
2    A.  Yes.  We discussed with Novation a private
3    label arrangement whereby we would be allowed to
4    manufacture and supply Novation with our drugs
5    under their brand name, under the Nova Plus brand,
6    and we would pay a marketing fee in exchange for
7    the exclusive right to be allowed to use that brand
8    name.
9    Q.  And what drugs did BMS sell under this
10   Nova Plus arrangement?
11   A.  Depends on the period of time that you're
12   looking at.  Before I came on board, there had been
13   a very comprehensive Nova Plus arrangement between
14   BMS and Novation, which covered, I think, almost
15   all of our brands that had generic competition, and
16   then something happened in the relationship between
17   BMS and Novation where that was discontinued, and
18   then we reapproached the opportunity to include our
19   brand on Nova Plus with Novation under my
20   leadership in 2004, maybe 2003, 2004.
21   Q.  Okay.  And do you have any recollection of
22   what a typical marketing fee was?

Christof A. Marre     HIGHLY CONFIDENTIAL     August 26, 2005
Cambridge, MA

---

**82**

1    A.  From some documents that we reviewed
2    yesterday that refreshed my memory. —
3        Q.  Yeah.
4        A.  — I remember seeing 8 percent.
5        Q.  I may have one in this stack.
6        A.  Yeah.
7        Q.  I've got a bunch of contracts I pulled.
8        A.  Yeah.
9        Q.  And if I see one, I'll ask you about it.
10       A.  Okay.
11       Q.  Okay.  So, contract prices, rebates,
12   administration fees, and marketing fees.  They
13   would be reflected — and all those would be
14   reflected in a contract, right?
15       A.  Yes.
16       Q.  You wouldn't pay an admin fee without a
17   contract.
18       A.  Correct.
19       Q.  You wouldn't pay a marketing fee without a
20   contract.
21       A.  Right.
22       Q.  You wouldn't pay a rebate without a

---

**83**

1    contract.
2        A.  Right.
3        Q.  And those types of discounts are not made
4    public by BMS, right?
5        A.  Yeah.  I think it's unusual that they
6    would be made public.
7        Q.  They're not published in any compendia
8    that you're aware of?
9        A.  No.  I think we have an obligation to the
10   government to disclose if any of these prices are
11   below prices that we offer the government for
12   certain types of transactions.
13       Q.  Okay.
14       A.  So, when that's the case, obviously, we
15   have to report that.
16       Q.  But beyond that one example, you're not
17   aware of any effort by BMS to make public these
18   various discounts that we were just discussing?
19       A.  Correct.
20       Q.  And those various discounts are not
21   reflected in the wholesale list price.  That's
22   what —

---

**84**

1        A.  Yes, correct.
2        Q.  No, they're not?
3        A.  They're not reflective of list price.
4    List price stays the same.
5        Q.  Okay.  I wanted to talk to you about
6    specific products now.
7        A.  Uh-huh.
8        Q.  I'm going to ask you the same series of
9    questions for each specific drug and find out what
10   information you have.  Blenoxane, that is a
11   multisource drug, correct?
12       A.  Correct.
13       Q.  Was it multisource for the entire time you
14   were at BMS?
15       A.  Yes.
16       Q.  And do you know when BMS first sold it?
17           MR. EDWARDS:  Sold it?
18       Q.  First sold it, period.  I mean marketed
19   it.
20           MR. EDWARDS:  You mean as a brand?
21           MR. MATT:  Yes.
22       A.  My understanding, it was in the early

---

**85**

1    '80s.
2        Q.  Okay.  So, it's certainly before your time
3    at BMS?
4        A.  Yes.
5        Q.  Do you recall any specific marketing
6    programs that BMS had under your tenure for
7    Blenoxane?
8        A.  No, no specific Blenoxane programs other
9    than addressing requests for price matching for
10   Blenoxane.  If you call that a marketing program,
11   then that was the extent of our marketing program.
12       Q.  And do you have — you said price
13   matching, right?
14       A.  Yes.
15       Q.  And that's what we discussed earlier —
16       A.  Yeah.
17       Q.  — in terms of someone presenting you with
18   a price from a distributor —
19       A.  Correct.
20       Q.  — and asking BMS to match it.
21       A.  Correct.
22       Q.  All right.  Do you have any recollections

---

Henderson Legal Services
(202) 220-4158

Christof A. Marre       HIGHLY CONFIDENTIAL       August 26, 2005
Cambridge, MA

86

1   about if there was a pricing trend with Blenoxane
2   over time while you were at BMS?
3       A.  Yes, the Blenoxane price continued to --
4   to drop.
5       Q.  And was that the wholesale list price that
6   continued to drop or the contract price?
7       A.  The contract price.
8       Q.  The wholesale would probably stay
9   constant, right?
10      A.  Correct.
11      Q.  Do you know why the wholesale list price
12  reported by BMS didn't decline?
13          MR. EDWARDS:  Can I have that question
14  back.  I'm sorry.
15          (Question read back.)
16          MR. EDWARDS:  For what?
17          MR. MATT:  For Blenoxane.  We're sticking
18  with Blenoxane.
19      A.  I believe it's an industry standard that
20  once a drug was generic, the list price stays
21  wherever it was when it went generic and is not
22  updated.

87

1       Q.  Do you know why that's the case?
2       A.  I don't know why that's the case.
3       Q.  You don't know.  And then how do you know
4   it's industry standard?  Is that something just
5   based on your observation?
6       A.  Yeah, based on my observation, yeah.
7       Q.  Do you believe that it -- the wholesale
8   list price did not decline because BMS did not want
9   people to know the prevailing prices that it was
10  actually charging?
11      A.  No, I don't think there was any major
12  thought given to it.
13      Q.  Okay.  So, you are not aware of any
14  discussions -- did you ever have a discussion with
15  anyone at BMS in which you discussed dropping the
16  wholesale list price for Blenoxane?
17      A.  No.
18      Q.  Cytoxan.  Did I pronounce that correctly?
19      A.  Yeah, Cytoxan.
20      Q.  That's also under your responsibility --
21      A.  Right.  Yeah.
22      Q.  -- as director.  Oh.  I'm sorry.  I have

88

1   to go back to Blenoxane.  Who were the competitors
2   to Blenoxane?
3       A.  I don't recall who the specific
4   competitors were.
5       Q.  But Blenoxane is the brand name for
6   bleomycin sulfate, right?
7       A.  Yeah.
8       Q.  Were there several competitors --
9       A.  Yes.
10      Q.  -- you just don't recall any specific
11  names.  Okay.  I'll move to Cytoxan now.
12      A.  Uh-huh.
13      Q.  Cytoxan is the brand name for the BMS drug
14  known as cyclophosphamide?
15      A.  Cyclophosphamide, correct.
16      Q.  And that is a multisource drug, correct?
17      A.  Well, it's a drug that lost its
18  exclusivity and became a multisource drug as
19  generic competitors entered the market.  But what I
20  noticed through my tenure was that both the
21  competitors that we were facing started exiting the
22  market.  They no longer had a supply of Cytoxan.

89

1   So, de facto, we became the sole source supplier of
2   injectable Cytoxan.
3       Q.  Do you know when approximately the
4   competitors exited the market?
5       A.  I think it was towards the end of 2002,
6   beginning of 2003.
7       Q.  And do you know when Cytoxan lost its
8   exclusivity?
9       A.  I don't recall the exact date.
10      Q.  Was it a multisource when you started at
11  BMS?
12      A.  Yes.
13      Q.  And do you have any insight as to why the
14  competitors exited that market?
15      A.  They had manufacturing issues, it's my
16  understanding.
17      Q.  Is that in reference to quality problems
18  with the actual drug they were producing?
19      A.  It's -- Cytoxan lyophilized -- as the name
20  implies, it's a lyophilized product, and
21  lyophilization is an unstable step in the
22  manufacturing process.  And some competitors had

Christof A. Marre   HIGHLY CONFIDENTIAL   August 26, 2005
Cambridge, MA

90

1   lyophilized Cytoxan. Others had powder Cytoxan.
2   And my understanding is that both of those
3   processes were not well controlled by some of our
4   competitors. So, they decided to exit the market.
5      Q. Okay. Do you recall any specifics
6   regarding the wholesale list price for Cytoxan over
7   time?
8      A. What do you mean "over time"?
9      Q. Did it stay -- did the wholesale list
10  price stay constant during the time you were at
11  BMS?
12     A. Yes, I believe it did.
13     Q. And the same question for contract
14  pricing. Was there a trend for contract?
15     A. Well, when I realized that we were de
16  facto sole source, I tried to raise our contract
17  prices.
18     Q. So, did contract pricing decrease over
19  time until you realized that Cytoxan was sole
20  source?
21     A. I don't recall that.
22     Q. Okay. But at the point in time when you

91

1   realized that BMS was the sole supplier, contract
2   prices increased, is that --
3      A. Yes.
4      Q. Did you have any specific marketing
5   programs for Cytoxan when you were at BMS?
6      A. Other than pricing and contracting, no.
7      Q. Let's talk about VePesid next.
8      A. Uh-huh.
9      Q. VePesid was BMS's brand name for
10  Etoposide, correct?
11     A. Correct.
12     Q. At the time you started working at BMS,
13  was VePesid an exclusive drug?
14     A. Yes. We had two formulations, injectable
15  and oral. I know the injectable was heavily
16  genercized. I don't recall whether the oral was
17  to the same extent.
18     Q. So, by the time you started at BMS United
19  States --
20     A. Uh-huh.
21     Q. -- VePesid, the injectable version, was --
22  had already lost its exclusivity?

92

1      A. Yes.
2      Q. And the oral formulation, do you know when
3   it lost exclusivity?
4      A. Don't recall.
5      Q. Did you have any responsibility for the
6   oral formulation?
7      A. Yes, it was part of my portfolio.
8      Q. Did you have a different pricing strategy
9   for the injectable version of VePesid than you did
10  for the oral formulation of VePesid?
11     A. Yes, each of them had its own set of
12  competitors.
13     Q. And can you recall specifics about pricing
14  over time for both forms? Let's say -- let's start
15  with wholesale list price.
16     A. Yeah.
17     Q. Did it stay constant?
18     A. Yes.
19     Q. Okay, for both formulations?
20     A. Yes. Ah. No, we may have taken a price
21  increase for the tablets. This is based on the
22  review of documents we had yesterday.

93

1      Q. Okay. And why would you have done that?
2      A. I don't recall.
3      Q. So, to your knowledge, the wholesale list
4   price stayed constant for the injectable version?
5      A. Correct.
6      Q. But you may have had a wholesale list
7   price increase at some point for the oral
8   formulation?
9      A. Correct.
10     Q. Let's talk about contract prices now.
11     A. Uh-huh.
12     Q. And let's focus on the injectable. Do you
13  have an understanding if there was a trend in
14  contract pricing for the injectable version of
15  VePesid during the time you were marketing
16  director?
17     A. Yes, I remember new low prices being set
18  by some of our competitors.
19     Q. You would then -- then BMS would be
20  presented with requests to --
21     A. Correct.
22     Q. -- lower its pricing, right?

Christof A. Marre    HIGHLY CONFIDENTIAL       August 26, 2005
Cambridge, MA

94

1    A.  Yes.
2    Q.  And did that, in fact, occur?
3    A.  With VePesid we had a problem in that the
4    price had deteriorated very massively compared to
5    other generic drugs.  So, I recall that we weren't
6    always willing to continue matching those low
7    prices.  It was already so low.
8    Q.  Nonetheless, was the trend still downward?
9    A.  Yeah.  The trend was downward.  I believe
10   we discontinued some formulations of VePesid,
11   because they were no longer profitable for us.
12   Q.  Do you know at what point in time that
13   occurred?
14   A.  I don't recall that.  Actually, no.
15   Sorry.  I think it was Cytoxan that we
16   discontinued.  One of the two.  We discontinued
17   some of the formulations --
18   Q.  Okay.
19   A.  -- of the smaller formulations.
20   Q.  Let's talk about the oral version of
21   VePesid.
22   A.  Uh-huh.

95

1    Q.  Do you have any recollection if there was
2    a trend downward in contract prices for oral
3    VePesid over time?
4    A.  I don't recall specifically.
5    Q.  Just don't remember?
6    A.  Don't remember.  That was less --
7    certainly less visible than the injectable.  I
8    think it was used less than the injectable.
9    Q.  And did you have any marketing programs
10   for VePesid, either the injectable or oral
11   formulations?
12   A.  No.  Again, no specific marketing
13   programs, other than pricing and contracting.
14   Q.  Let's talk about Etopophos.
15   A.  Uh-huh.
16       MR. EDWARDS:  Would this be a good time
17   for a break?
18       (Discussion off the record.)
19       (Recess was taken.)
20   Q.  Back on the record after a break.  We were
21   talking about specific drugs, and I was going to
22   ask you about Etopophos next.

96

1    A.  Okay.
2    Q.  That's a -- Etopophos is an exclusive
3    drug, isn't it?
4    A.  Correct.
5    Q.  And when -- was it offered -- was it sold
6    by BMS when you first came to BMS US?
7    A.  It was.
8    Q.  It was.  So, it has not lost its
9    exclusivity, correct?
10   A.  Correct.
11   Q.  And do you have -- do you recall any
12   specifics about what has happened with the
13   wholesale list price for Etopophos over the time
14   that you were marketing director?
15   A.  I believe we took the occasional increase,
16   but I don't specifically recall what percentage we
17   took and when and how often.
18   Q.  What about contract pricing?  When you
19   were there did BMS offer contract pricing for
20   Etopophos?
21   A.  We may have considered it for some
22   accounts.  It wasn't a major focus of what we did.

97

1    Q.  And is that because it had no competition?
2    A.  It had no competition, and it wasn't a
3    large brand.  So, it wouldn't offer a lot of value
4    to our customers from a discounting perspective.
5    Q.  What tumors does it treat?
6    A.  I believe it's primarily in hematology.
7    Q.  Is it safe to say that you didn't have any
8    marketing programs for it while you were marketing
9    director?
10   A.  That's correct.  Sorry.  Hematology and
11   lung cancer, I think, as well.
12   Q.  VePesid, do you recall the competitors --
13   who the competitors were of VePesid?
14   A.  To VePesid?
15   Q.  Yeah.
16   A.  VePesid had numerous generic competitors,
17   which is part of the reason why the price had been
18   driven down so much.  I don't recall the specifics.
19   Q.  Okay.  Let's talk next about Rubex.  Do
20   you know when that was first sold by BMS?
21   A.  I don't recall.
22   Q.  Was it sold by BMS when you joined BMS

Christof A. Marre    HIGHLY CONFIDENTIAL    August 26, 2005
Cambridge, MA

**98**

1  oncology?
2     A. We phased it out. We stopped
3  manufacturing it, but there was still inventories
4  left at wholesalers, and I guess, in our own
5  warehouse. So, we discontinued Rubex, but it was
6  still being sold as we depleted inventories.
7     Q. And do you know approximately when you
8  discontinued it?
9     A. I don't recall exactly.
10    Q. Was it -- it was before you left BMS,
11 though, correct?
12    A. Yeah, I think so.
13    Q. And at the time you were at BMS, Rubex was
14 a multisource drug, right?
15    A. Yes.
16    Q. And do you recall any specifics with
17 respect to what happened with the wholesale list
18 price of Rubex over time while you were at BMS?
19    A. No.
20    Q. Do you recall that it stayed constant?
21    A. It wasn't my focus, because it had been
22 discontinued.

**99**

1     Q. Does that mean you don't have a
2  recollection?
3     A. Correct.
4     Q. Okay. What about contract pricing? Were
5  you involved in contract negotiations involving
6  Rubex?
7     A. I believe we took it off our contracts
8  because it had been discontinued.
9     Q. And prior to taking it off contracts, do
10 you have a recollection that the contract prices
11 decreased over time for Rubex?
12    A. I don't know.
13    Q. You just don't remember?
14    A. Don't remember.
15    Q. Okay. Let's talk about Taxol. Taxol was
16 an exclusive drug until 2002, correct?
17    A. 2001.
18    Q. And do you know approximately when in 2001
19 it lost its exclusivity?
20    A. I don't recall the exact date.
21    Q. And Taxol was sold by BMS when you joined
22 oncology, correct?

**100**

1     A. Yes.
2     Q. And drugs that could be considered
3  competitive drugs to Taxol, what are they?
4     A. Onxol, which is manufactured by Ivax, and
5  then two or three generic versions. So, they're
6  called paclitaxel -- manufactured by Bedford,
7  Mylan, and Abbott, if my recollection is correct.
8     Q. We talked about Taxotere earlier.
9  Taxotere is not the same chemical formulation as
10 Paclitaxel, correct?
11    A. Correct. It's Docetaxel.
12    Q. And that also could be viewed as a
13 competitor, I think you said?
14    A. As I mentioned earlier, it could be seen
15 as a therapeutic substitution for Paclitaxel.
16    Q. So, a physician treating a certain tumor
17 type with Taxol may also treat it with Taxotere
18 instead of Taxol, is that what you --
19    A. For the most part, yes.
20    Q. Okay. The wholesale list price for Taxol
21 remained constant over time, correct?
22    A. Yes.

**101**

1     Q. However, after its loss of exclusivity,
2  the contract prices decreased, correct?
3     A. Yes.
4     Q. And over time they decreased
5  substantially, right?
6     A. Yes.
7     Q. And while you were at BMS, there were a
8  number of marketing programs related to Taxol,
9  right?
10    A. Yes.
11    Q. Are you familiar with the Taxol
12 opportunity program?
13    A. Yes.
14    Q. Could you describe that for me in your own
15 words.
16    A. It was a program executed by OTN whereby
17 customers were classified into different segments
18 and each segment had a different value proposition.
19    Q. And there were three segments, right?
20    A. Yes, and we called them buckets.
21    Q. Okay. Was Bucket 1 referred to at one
22 point in time as the Taxol preferred brand program?

Christof A. Marre      HIGHLY CONFIDENTIAL      August 26, 2005
Cambridge, MA

122

1  referring to here.
2      Q.  Okay.  Could you please turn to Page 740.
3  This is a graphic representation of your marketing
4  team, correct?
5      A.  Correct.
6      Q.  And do you know about what point in time
7  this was?
8      A.  This was in early 2003.
9      Q.  And to whom was this presentation being
10  made?
11      A.  This was a POA presentation to our sales
12  force.
13      Q.  Okay.  No further questions on that
14  document.  Thank you.  There's one more document
15  remaining in your stack that we did not discuss,
16  and that is Exhibit Marre 007.
17      A.  Uh-huh.
18      Q.  Which is a Power Point titled "Scenarios
19  Leading Up to Generic Carboplatin Introduction."
20  Bates Nos. 01123925 to 956.  Is this a document
21  that you recognize?
22      A.  No.

123

1      Q.  The lower right-hand corner, each slide
2  has "OTN."  Do you believe this could have been
3  prepared, I assume, at OTN?
4      A.  Probably.
5      Q.  Okay.  And is this the type of document
6  that you would receive in the ordinary course of
7  your responsibilities at BMS?
8      A.  I could have.
9      Q.  I can represent -- at least it's been
10  represented to me -- that this did come from your
11  files.
12      A.  Sure.
13      Q.  Page 934 describes Paraplatin/Taxol
14  loyalty program, and I was wondering if this
15  program was implemented?
16      A.  (Witness reviews document.)  I don't
17  recall whether we did go ahead with this
18  two-dimensional rebate grid or not.
19      Q.  Are you -- okay.  You're referring to Page
20  940, is that correct?
21      A.  938.
22      Q.  Okay.  Look at 940:  So, you're not sure

124

1  whether this grid itself was implemented?
2      A.  I'm not sure.
3      Q.  This looks somewhat similar to an earlier
4  grid that we saw associated with, I think, the
5  Paraplatin-Taxol earned --
6      A.  It does.
7      Q.  -- discount.  Okay.  Do you think the
8  program was ultimately called the earned discount
9  program or the loyalty program?
10      A.  As I said, I'm not sure this program
11  actually got implemented.
12      Q.  Okay.  Is -- I'm trying to alleviate some
13  confusion in my mind with nomenclature.  We have
14  the earned discount program out there that we
15  discussed, and then we have this loyalty program
16  here set forth in Exhibit Marre 007.  The earned discount
17  program was implemented, correct?
18      A.  That seems to be the case based on this --
19  the notes from the sales conference call.
20      Q.  Okay.  Do you think that perhaps what's
21  depicted on Exhibit Marre 007 may have been an early draft
22  of that program?

125

1      A.  Yeah, I believe that this was too complex
2  -- the first version that we saw had this grid with
3  40 different fields or something.  This had fewer
4  fields, but it was still deemed too complicated.
5      Q.  Okay.  Thanks for clarifying that for me.
6  On Page 954 it discusses private label option for
7  Paraplatin.
8      A.  Uh-huh.
9      Q.  And I've seen some reference to that in
10  some of the documents.  Can you discuss what that
11  is all about.
12      A.  As part of our Paraplatin generic defense
13  strategy, we evaluated whether it would make sense
14  to allow OTN to sell both branded Paraplatin and a
15  nonbranded Paraplatin.  But we wanted the
16  nonbranded Paraplatin to be a BMS product rather
17  than product manufactured by a generic competitor
18  so that we would still benefit from getting the
19  entire OTN business.  So, that was the essence of
20  the private label program.
21      Q.  So, the -- Paraplatin lost its exclusivity
22  when?

Christof A. Marre       HIGHLY CONFIDENTIAL       August 26, 2005
Cambridge, MA

---

**126**

1  A. I believe it was November of 2004, late
2  2004.
3  Q. Up until that time — strike that. During
4  your tenure at BMS, the wholesale list price for
5  Paraplatin, do you recall whether it remained
6  constant?
7  A. No, we took price increases.
8  Q. So, the wholesale list price increased
9  over time. Did that — did the increases in
10 wholesale list price continue after the loss of
11 exclusivity?
12 A. I don't recall. I wasn't with BMS at that
13 time.
14 Q. Okay. So, you had left. That's right.
15 And prior to your departure, did BMS offer contract
16 pricing discounts on Paraplatin?
17 A. Yes.
18 Q. And were they associated with the various
19 programs that we just discussed?
20 A. Correct.
21 Q. And you were responsible for putting
22 together the generic strategy, so-to-speak, for

---

**127**

1  Paraplatin when it lost exclusivity, right?
2  A. Yeah, in association with OTN.
3  Q. Okay. I'm sorry. Did I ask you whether
4  you prepared Exhibit Marre 007?
5  A. I don't know whether you asked me, but I
6  can tell you I didn't.
7  Q. Okay. You did prepare it?
8  A. I did not prepare this.
9  Q. You did not prepare it. So, maybe it
10 would be best for me just to ask you what was —
11 what were the plans — what were BMS's plans for
12 Paraplatin to deal with the loss of exclusivity on
13 that drug?
14 A. The plan was to start thinking about how
15 to defend our market share well ahead of the loss
16 of exclusivity. So, to take advantage of the fact
17 that we were the incumbent and secure business that
18 would make it more difficult for the entrants to
19 take market share away from us.
20 Q. Okay. And so, part of the plan was to
21 create a private label.
22 A. That was part of the plan.

---

**128**

1  Q. Okay. And what was the pricing strategy
2  associated with the private label?
3  A. The strategy was for the private label to
4  be a fast follower. So, we understood that the
5  generics would drive the price down and that we
6  needed to be competitive in order not to lose
7  business, and that the private label would not
8  leave but it would follow the price set by the
9  generics.
10 Q. And "following" meaning if the generics
11 were lower in price, the private label price would
12 be lowered by BMS?
13 A. Correct.
14 Q. And what was the name of the private label
15 product?
16 A. OTN Paraplatin.
17 Q. So, OTN was the brand?
18 A. Yeah, I'm not sure what it finally ended
19 up being, because it was launched after I left the
20 company.
21 Q. And then under the strategy before you
22 left, what was the strategy with respect to the

---

**129**

1  price of Paraplatin, the branded BMS drug?
2  A. The idea was for the branded Paraplatin
3  through OTN to maintain a price premium over both
4  the generics and our private label.
5  Q. And do you know what happened to that
6  price over time?
7  A. No.
8  Q. Because you —
9  A. I left the company.
10 Q. You were gone, okay. So, you wouldn't
11 have any insights into volume of sales of
12 Paraplatin post loss of exclusivity?
13 A. No.
14 Q. And the same question for the OTN private
15 label Paraplatin.
16 A. No.
17 (BMS/AWP 01123962-974 marked Exhibit Marre 014.)
18 Q. The court reporter has marked as Exhibit Marre 014
19 an e-mail to yourself and others from Mayank Patel, and it
20 has an attachment. The exhibit itself has Bates Nos. 01123962
21 to 74. Do you believe that this is an e-mail that you received
22 in the ordinary course of your responsibilities at BMS?

---

Henderson Legal Services
(202) 220-4158

Christof A. Marre       HIGHLY CONFIDENTIAL       August 26, 2005
Cambridge, MA

**130**

1    A.  Yes.
2    Q.  And the VePesid injection analysis that's
3    attached, I draw your attention to the first page
4    of that analysis where it says, "2002 sales." The
5    gross sales exceed 45 million, correct?
6    A.  That's what it says here.
7    Q.  And where it says, "Prime vendors accrual
8    of 35,395,541," do you see that?
9    A.  Yes.
10   Q.  Does that indicate that most of BMS's
11   sales of VePesid were made at contract pricing at
12   this time, in 2002?
13   A.  Yes.
14   Q.  Okay. I wanted to make sure I was reading
15   that right. So, if we took the difference between
16   the gross sales and the prime vendor accrual, we
17   would determine the sales of VePesid that BMS made
18   that were made without contracts, correct?
19   A.  Not quite. I don't think this analysis
20   would allow you to determine how big our sales
21   volume without contracts was --
22   Q.  Okay.

**131**

1    A.  -- 'cause this is averaging everything.
2    Q.  But is it reliable to indicate the volume
3    of sales made at contracts?
4    A.  Well, you would have to consider also the
5    OTN charge-backs, in addition to the prime vendor
6    accrual.
7    Q.  Oh. Okay. So, the sales reflected here
8    that were made under contracts were the sales
9    reflected under the prime vendor accrual line and
10   the sales reflected under OTN charge-backs,
11   correct?
12   A.  Yes.
13   Q.  Okay. That's the only question I have
14   about that one. Part of your marketing strategies
15   targeted state society GPOs, right?
16   A.  More than my marketing strategy, that was
17   the OTN marketing strategy.
18   Q.  Did BMS try to sign contracts with GPOs
19   that were state societies?
20   A.  I believe the contracts were actually
21   signed by OTN.
22   Q.  Okay. But you would have had some

**132**

1    involvement in that, right?
2    A.  Yes.
3    MR. MATT:  Let's mark an exhibit.
4    (BMS/AWP 388534-536 marked Exhibit Marre 015.)
5    Q.  Exhibit Marre 015 is an e-mail from Fred Wiseman
6    to yourself --
7    A.  Uh-huh.
8    Q.  -- dated November 14th. My only question
9    on this is whether it is an e-mail that you
10   received in the ordinary course of your
11   responsibilities?
12   A.  Yes.
13   Q.  Okay. Thank you. Do most major hospitals
14   belong to GPOs?
15   A.  I'm sorry.
16   Q.  Do most major hospitals belong to GPOs?
17   A.  Yes.
18   Q.  What are the major hospital GPOs?
19   A.  The two leading ones are Premier and
20   Novation. Between them they have about 70 percent
21   of the market.
22   Q.  Did you say 70 percent?

**133**

1    A.  70.
2    Q.  And did BMS have contracts with Premier
3    and Novation for oncology drugs --
4    A.  Yes.
5    Q.  -- during the time you were there? Is
6    Consorta a hospital GPO?
7    A.  Yes.
8    Q.  And Cardinal-Owen, Cardinal-Owen?
9    A.  Yes.
10   Q.  And what about Broadlane?
11   A.  Yes.
12   Q.  MedAssets?
13   A.  Yes.
14   Q.  I'm actually reading some of these names
15   off of a Power Point that we'll mark.
16   (BMS/AWP 1124381-394 marked Exhibit Marre 016.)
17   Q.  The court reporter has marked as Exhibit Marre 016,
18   a Power Point that says, "GPO Channel." I
19   believe this was produced from your files, and I
20   guess my question is, is this something that you
21   would have received in the ordinary course of your
22   responsibilities at BMS?

Christof A. Marre      HIGHLY CONFIDENTIAL      August 26, 2005
Cambridge, MA

142

1   Q.  Yeah.  That's kind of an awkward question.
2   What I'm trying to figure out is did the templates
3   themselves usually become the final contracts?
4   A.  Yes.
5   Q.  Okay.  Thanks.
6   (BMS AWP 1124203-204 marked Exhibit Marre 022.)
7   Q.  Exhibit Marre 022 is an e-mail from Mayank Patel
8   to yourself and others, dated April 2, 2003.  Is
9   this an e-mail that you received in the ordinary
10  course of your responsibilities?
11  A.  Yes.
12  Q.  And I draw your attention to the second
13  page.  It's a comparison of pricing offer to OTN
14  and OS, correct?
15  A.  Yes.
16  Q.  There's a line that says, "Off invoice."
17  What does that refer to?
18  A.  It's an off-invoice discount.  So, it's a
19  discount that's in the invoice.
20  Q.  Does that mean it was sold under a
21  contract?
22  A.  Yeah, and the discount is reflected in the

143

1   sales price.
2   Q.  Okay.  And then the line that says, "Cash
3   discount to wholesaler 2 percent for OTN," is that
4   a prompt pay discount?
5   A.  I believe so.
6   Q.  And then the "Cash discount OTN end
7   customer, 2 percent," do you know what that
8   discount is associated with?
9   A.  Whenever somebody sells a product to a
10  buyer, they tend to offer a discount for prompt
11  payment.  So, this would be the discount that OTN
12  offers for prompt payment its end customers.
13  Q.  Oh, okay.  And then what is a Taxol volume
14  purchase rebate at 1.6 percent to OTN?  What is
15  that?
16  A.  This reflects the — I don't recall.
17  Q.  You don't recall what that one is?
18  A.  No.
19  (BMS/AWP 217841-851 Marked Exhibit Marre 023.)
20  Q.  Let's go to the next document, which is
21  Exhibit Marre 023 to your deposition.  It's an e-mail from
22  yourself to Michelle Barnard with attachments.

144

1   It's dated December 19th, 2002.  Is this an e-mail
2   that you created in the ordinary course of your
3   responsibilities?
4   A.  Yes.
5   Q.  On the very last page of this exhibit
6   there is a spreadsheet that reflects Duke contract
7   pricing --
8   A.  Okay.
9   Q.  -- and the percentage off WLPs, do you
10  believe that these were accurate at the time?
11  A.  Yes.
12  Q.  Okay.  And I notice the Blenoxane is a 71
13  percent discount.  VePesid is a 94 percent
14  discount --
15  A.  Yes.
16  Q.  -- and -- 95 percent.
17  A.  Yes.
18  Q.  Why were the discounts so high?
19  A.  It's driven by the competitive
20  environment.  We had multiple competitors for
21  VePesid.
22  Q.  Is the same true for Taxol at this point

145

1   in time as reflected in the 75 percent discounts?
2   A.  Is what true?
3   Q.  Were there also -- the competitive
4   environment true of those discounts, correct?
5   A.  Yes, yes.
6   Q.  And was Duke a large purchaser?
7   A.  Yes.
8   Q.  Exhibit Marre 024 is a spreadsheet that says,
9   "Blenoxane contract sales, 3rd quarter and 4th
10  quarter of 2002," Bates Nos. 000212669 to 74.  Have
11  you seen this document before?
12  (BMS/AWP 212669-674 marked Exhibit Marre 024.)
13  A.  I don't specifically recall seeing this.
14  Q.  Have you seen a format like this before?
15  A.  Yes.
16  Q.  And is this a document that you reviewed
17  in the ordinary course of your responsibilities at
18  BMS?
19  A.  Yes.
20  Q.  And what would be the purpose of your
21  review?
22  A.  Well, in this case, Blenoxane was supplied

Christof A. Marre      HIGHLY CONFIDENTIAL      August 26, 2005
Cambridge, MA

146

1  to us by a Japanese company. And the price we paid
2  to the Japanese manufacturer was based on a formula
3  that reflected our own average selling price. So,
4  we needed to show them how our price had evolved to
5  justify what we were paying them. So, that's why
6  we did this analysis.
7      Q. Okay. So, the discounts off wholesale
8  list price that are reflected in this spreadsheet,
9  to the best of your knowledge, were accurate?
10     A. Yes.
11     Q. Okay. And do these represent all contract
12  sales for Blenoxane for the time period?
13     A. I don't know.
14     Q. Okay.
15         MR. EDWARDS: All contract sales to
16  hospitals or -- was that your question?
17         MR. MATT: That's actually a good
18  qualifier.
19         MR. EDWARDS: -- or all contract sales to
20  everybody?
21         MR. MATT: Let's first ask the question to
22  everybody if the witness knows.

147

1      A. This doesn't reflect OTN.
2      Q. Okay.
3      A. But it does reflect US oncology. So, US
4  oncology is not a hospital.
5      Q. Okay.
6      A. So, I don't want to speculate about this.
7      Q. Yeah, we don't want to you speculate
8  either. Thanks.
9          The next exhibit, Exhibit Marre 025 is an
10  oncology customer contract proposal --
11     A. Uh-huh.
12     Q. -- for Consorta, correct?
13     A. Correct.
14     Q. And is this something that you would have
15  received in the ordinary course of your
16  responsibilities at BMS?
17     A. Yes.
18     Q. In fact, you signed it on Page 2, correct?
19     A. Yes.
20     Q. And I just want to confirm that the
21  discounts presented begin on the third page,
22  discounts off of WLP. Were there the discounts

148

1  that were offered?
2         MR. EDWARDS: To?
3      Q. To Conorta.
4      A. (Witness reviews document.) Yes.
5      Q. And the discounts it offered were a
6  reflection of the competitive environment, correct?
7      A. Correct.
8      Q. No more questions on that one.
9          (BMS/AWP 96291-300 marked Exhibit Marre 025.)
10         (BMS/AWP 96333-345 marked Exhibit Marre 026.)
11     Q. Exhibit Marre 026 is an oncology customer
12  contract proposal to Owen Health Care?
13     A. Uh-huh.
14     Q. Is that your signature on the first page?
15     A. Can you say that again.
16     Q. Is that your signature on the first page?
17     A. Yeah.
18     Q. So, the discounts off of WLP that are
19  reflected on the second page of this document,
20  those were, in fact, offered to Owen, correct?
21     A. Yes.
22     Q. And if we review a couple of pages ahead

149

1  to Page 336, we have a proposal to Broadlane,
2  correct?
3      A. Correct.
4      Q. It looks like this one was not signed by
5  you -- at least this one back here. My question
6  is, do Owen and Broadlane, are these two separate
7  GPOs?
8      A. Yes.
9      Q. Okay. Thanks. Exhibit Marre 027 is an e-mail
10  from Michelle Barnard to yourself and others. Is
11  this something that you -- it's dated March 16th,
12  2003. Is this something that you would have
13  received in the ordinary course of your
14  responsibilities at BMS?
15     A. Yes
16         (BMS/AWP 1124131-156 marked Exhibit Marre 027.)
17     Q. And it looks like there was an attachment
18  that shows discounts being offered to various GPOs,
19  including Owen and Premier, correct?
20     A. Yes.
21     Q. And Pages 138 to 140 reflect --
22     A. Actually, where do you see Owen?

# EXHIBIT 17

HIGHLY CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

----------------------------x

In Re: PHARMACEUTICAL            )

INDUSTRY AVERAGE WHOLESALE  ) MDL No. 1456

PRICE LITIGATION                 ) CIVIL ACTION NO.

                                 )  01-CV-12257-PBS                          )

----------------------------)

THIS DOCUMENT RELATES TO        )

ALL ACTIONS                      )

----------------------------x


DEPOSITION OF JOHN F. AKSCIN

New York, New York

Thursday, August 11, 2005

9:53 a.m.



Reported by:

Frank J. Bas, RPR

73685fa1-6e65-4bac-a4e4-637042b5eb9e

John F. Akscin    HIGHLY CONFIDENTIAL    August 11, 2005
New York, NY

Page 14

1    But I think I'm going to ask the witness to
2    go back and if there's any more
3    supplemental production, we'll make it at
4    that time.
5         MR. MATT: Okay. I just want to
6    make sure that an exhaustive search was
7    done.
8         MR. TRETTER: And I understand
9    that. And we are going to make sure that
10   that's the case. I intend to ask the
11   witness to go back and in the fullness of
12   time make sure that he's done an exhaustive
13   search.
14        MR. MATT: Okay. Thank you.
15   BY MR. MATT:
16   Q.   What is your present position with
17   OTN?
18   A.   I am vice president of government
19   relations and managed care services for OTN.
20   Q.   How long have you held that
21   position?
22   A.   The government relations

Page 15

1    responsibility, about three years now. The
2    managed care services responsibility just was
3    added this past year, earlier in 2005.
4    Q.   So prior to 2005 was your title vice
5    president of government relations?
6    A.   Prior to 2000 -- prior to August of
7    2004 my title was director of government
8    relations.
9    Q.   And when did you first attain that
10   title?
11   A.   The director of government
12   relations?
13   Q.   Yes.
14   A.   Okay. Approximately 2000 -- late
15   2002. October 2002, approximately.
16   Q.   And in approximately August 2004 the
17   title changed to vice president of government
18   relations and managed care services?
19   A.   It changed to vice president of
20   government relations in 2004, and then in March
21   of 2005 they added managed care services.
22   Q.   Okay. Thank you. If you could take

Page 16

1    me back through the history of your employment
2    with OTN and give me your titles and the
3    approximate time period.
4    A.   Okay. I started with OTN in
5    December of 1999, in the position of director,
6    business development for office based oncology.
7         Pretty much stayed with that
8    position until the introduction of the
9    government relations role, on the date that I
10   provided you earlier.
11   Q.   Okay.
12   A.   Again, these dates are approximate.
13   Q.   That's good enough for our purposes,
14   I think.
15        When you were director of business
16   development for office based oncology -- first
17   of all, can we abbreviate that OBO for purposes
18   of our examination?
19   A.   We can.
20   Q.   What were your responsibilities in
21   that position?
22   A.   For the most part, my

Page 17

1    responsibilities were evaluating and developing
2    programs and services to support the success of
3    OBOs.
4    Q.   Did you have anyone working for you?
5    A.   I did not.
6    Q.   And who did you report to?
7    A.   A gentleman by the name of Brett
8    Brodowy. B-r-o-d-o-w-y.
9    Q.   What was his position?
10   A.   He was vice president, business
11   development.
12   Q.   And where was he located?
13   A.   He was located at the OTN San
14   Francisco -- South San Francisco corporate
15   office.
16   Q.   Can you give us a flavor -- when you
17   say evaluating and developing programs and
18   services to support success of OBOs, could you
19   give us a flavor for what your daily work life
20   was like in that position?
21   A.   I worked in developing a
22   relationship with outside consultants to provide

5 (Pages 14 to 17)

73685fa1-6e65-4bac-a4e4-637042b5eb9e

John F. Akscin     HIGHLY CONFIDENTIAL     August 11, 2005
New York, NY

**Page 18**

1  in-depth consulting services to our customers.
2          I worked on evaluating new
3  technologies for work simplification for our
4  customers.
5          And then also worked on developing
6  customer communication programs.
7      Q.   Does that mean you were involved in
8  marketing, the preparation of marketing
9  materials?
10     A.   I worked very closely with marketing
11 and the sales team.
12     Q.   The outside consultants that you
13 referenced, can you list those for me, please?
14     A.   One was known at the time as
15 KR Johnson & Associates. And the second
16 organization was an organization at the time
17 known as ProStat, P-r-o-S-t-a-t, Resources.
18     Q.   Just those two?
19     A.   Just those two, primarily.
20     Q.   KR Johnson & Associates, has that
21 name changed?
22     A.   It is now called Practice Expert.

**Page 19**

1      Q.   I've seen a reference to KR Johnson
2  before. What did they do for OTN?
3      A.   Basically there was a relationship
4  that was twofold. One was they provided
5  consulting services directly to OTN as a
6  company. The second role was for them to be a
7  resource to our office based oncology customers
8  for consulting regarding general business
9  matters in the OBO environment.
10     Q.   Let's break those down. The
11 consulting services to OTN, what kind of
12 consulting services did KRJ provide?
13     A.   For the most part, they were
14 training services for OTN employees.
15     Q.   What kind of training?
16     A.   Focused largely at the business of
17 office based oncology, how office based oncology
18 operates. And the intent was to just provide
19 general knowledge to the OTN employees of what
20 our customers were like.
21     Q.   What were some of the topics then
22 that would be captured under the general

**Page 20**

1  description of how a business — how an OBO
2  operates?
3      A.   Generally speaking, the topics
4  included staffing. Included clinical issues.
5  Included billing and reimbursement for services.
6      Q.   And would KRJ train OTN outside
7  salespeople?
8      A.   At times.
9      Q.   What about inside salespeople?
10     A.   At times.
11     Q.   Any other OTN employees?
12     A.   It was mostly focused on inside and
13 outside sales and some of the marketing folks.
14     Q.   And where are they located, KRJ?
15     A.   The KRJ Practice Expert location is
16 in Coeur D'Alene, Idaho. That is a satellite
17 office, if you will, of Practice Expert.
18     Q.   Is that where KRJ was located?
19     A.   That's where KRJ was located until
20 they were acquired by Practice Expert.
21     Q.   And where is the home office of
22 Practice Expert, if you know?

**Page 21**

1      A.   I do not know exactly.
2      Q.   Do you have a primary contact there?
3      A.   At KRJ?
4      Q.   Yes.
5      A.   I do.
6      Q.   And who is that?
7      A.   Kim, that's K-i-m. The last name is
8  Ransier, R-a-n-s-i-e-r.
9      Q.   Was Kim always your contact?
10     A.   For the most part. She was
11 president of KRJ at the time KRJ was
12 independent.
13     Q.   Is it a coincidence that her
14 initials are KR?
15     A.   Actually KRJ.
16     Q.   You also mentioned that OTN made KRJ
17 available to its customers. Correct?
18     A.   That is correct.
19     Q.   Under what terms?
20     A.   The terms of those consulting
21 relationships were a business transaction
22 between the customer and KR Johnson. What I did

(Pages 18 to 21)

73685fa1-6e65-4bac-a4e4-637042b5eb9e

John F. Akscin       HIGHLY CONFIDENTIAL       August 11, 2005
New York, NY

---

**Page 22**

1  in my role at OTN was basically evaluate the
2  customer's need on a very high level on the
3  front end and then make the determination as to
4  what level of consulting advice and guidance the
5  customer needed, and then I would inform the
6  customer and KRJ that they should talk to each
7  other. That was the extent of the relationship.
8      Q.   So it was a referral basically?
9      A.   Referral based.
10     Q.   OTN didn't compensate KRJ for
11 working with OTN clients?
12     A.   Account agreement between KR Johnson
13 and OTN was that KR Johnson had a discounted fee
14 to OTN customers, but there was no cash involved
15 with the transactions.
16     Q.   In your experience how many
17 people -- how many OBOs have you referred to
18 KRJ?
19     A.   I could not answer that off the top
20 of my head.
21     Q.   Is it a substantial amount?
22         MR. TRETTER: Objection to the form.

---

**Page 23**

1  BY MR. MATT:
2      Q.   I don't know how else to get an
3  estimate from you. I don't want you to guess.
4      A.   No, I understand that.
5      Q.   How often -- maybe that's a better
6  question. How often would you refer OBO
7  customers?
8      A.   It varied. It really varied. It
9  depended on what the issues were. I would say
10 that for the most part the majority of referrals
11 were for physicians wanting to start a new
12 practice.
13     Q.   Do you know the topics -- are you
14 familiar with the services that KRJ provided for
15 the customers that you referred to them?
16     A.   Somewhat.
17     Q.   And what's the nature of those
18 services?
19     A.   In the case of starting up a
20 physician new in practice, they encompassed
21 basically everything from helping the physician
22 find the location for the practice; helping the

---

**Page 24**

1  physicians staff their practice; setting up the
2  business operations of the practice; setting up
3  the clinical side of the practice; and setting
4  up the billing and reimbursement component for
5  the practice.
6      Q.   Did KRJ provide billing
7  reimbursement software to customers; do you
8  know?
9      A.   To my knowledge they had an offering
10 in that area.
11     Q.   Do you know whether that software
12 referenced average wholesale price at all?
13     A.   I do not know that.
14     Q.   Do you know if KRJ ever provided
15 consulting on AWP issues?
16     A.   To my --
17     Q.   To OBO clients?
18         MR. TRETTER: AWP issues?
19         MR. MATT: Yes. Any issues relating
20     to average wholesale price.
21         MR. TRETTER: Objection to the form.
22 BY MR. MATT:

---

**Page 25**

1      Q.   I'm going to let the question stand
2  unless you want me to clarify anything,
3  Mr. Akscin.
4      A.   I think that AWP issues is rather
5  broad, and I would like you to clarify.
6      Q.   Do you know whether KRJ provided any
7  consulting relating to how practices are
8  reimbursed, based on AWP, under Medicare?
9      A.   Not specifically. Not being an
10 integral part of KRJ, I am uncertain as to
11 exactly what information they provided their
12 clients.
13     Q.   But you did testify earlier that
14 they did consult on billing reimbursement
15 issues?
16     A.   Yes, they did. That was part of
17 their array of services.
18     Q.   Is KRJ, to your knowledge, familiar
19 with the reimbursement practices of private
20 insurers?
21     A.   Again, not being closely related to
22 their business operations, I couldn't -- I

7  (Pages 22 to 25)

Henderson Legal Services
(202) 220-4158

73685fa1-6e65-4bac-a4e4-637042b5eb9e

John F. Akscin        HIGHLY CONFIDENTIAL      August 11, 2005
                      New York, NY

Page 26

1    couldn't specifically state that.
2        Q.   Okay.  What about — taking you back
3    to your testimony about KRJ providing training
4    to OTN employees.
5        A.   Mm-hmm.
6        Q.   In the course of that training, was
7    AWP ever discussed?
8        A.   I believe so.
9        Q.   And in what context?
10       A.   In the context of very high level of
11   how office based oncology practices are
12   reimbursed in their environment.
13       Q.   Until recently oncology based
14   practices reimbursed under Medicare based on an
15   AWP benchmark, correct?
16       A.   To my knowledge, that's correct.
17       Q.   And that was 95 percent of AWP,
18   right?
19       A.   As the history developed, yes, at
20   one time.
21       Q.   And many insurers reimburse for
22   chemotherapy drugs based on AWP; is that

Page 27

1    correct?
2        A.   I would say a number of them do.
3        Q.   When you say a number, can you
4    quantify that, in terms of majority or minority?
5        A.   I would say a majority of private
6    payers, outside the Medicare system.
7        Q.   And has that been your observation
8    since you worked at OTN?
9        A.   Yes.
10       Q.   You also mentioned consultants named
11   ProStat Resources?
12       A.   Correct.
13       Q.   Is that spelled P-r-o-s-t-a-t?
14       A.   Correct.
15       Q.   And where are they located?
16       A.   Kansas City, Missouri.
17       Q.   Have they always been there?
18       A.   To my knowledge.
19       Q.   And what is the nature, if any, of
20   the consulting relationship between OTN and
21   ProStat?
22       A.   There's no formal relationship.

Page 28

1        Q.   Does ProStat offer consulting
2    services to OTN?
3        A.   Under a formal relationship, they do
4    not.
5        Q.   When you qualify it with "formal" —
6        A.   Mm-hmm.
7        Q.   -- what about informal?
8        A.   Informally, yes.
9        Q.   Can you please describe the nature
10   of the consulting?
11       A.   Again from a very, very high level
12   relationship, general support in the area of
13   reimbursement assistance services to our
14   customer community.
15           MR. TRETTER:  I think the question
16       was whether they provide any consulting
17       services to OTN as a corporate entity.  Not
18       to the customer.
19       A.   Okay.  Again, informally —
20   formally they do not, to OTN.  And informally,
21   high-level services, as I described.
22       Q.   So let me make sure I understand

Page 29

1    your testimony on this topic.
2            Has OTN engaged ProStat to consult
3    with OTN on specific projects?
4        A.   No, they have not.  To my knowledge
5    they have not.
6        Q.   So is this a referral relationship,
7    then, that OTN will from time to time refer OBO
8    customers to ProStat for consulting purposes?
9        A.   On occasion.
10       Q.   And how often does that occur?
11       A.   Infrequently.
12       Q.   And is there a financial
13   relationship between ProStat and OTN, to your
14   knowledge?
15       A.   There is not, that I know of.
16       Q.   And can you recall some specific
17   instances in which OTN has referred customers to
18   ProStat?
19       A.   No, I cannot.
20       Q.   Have you personally referred anyone
21   to ProStat?
22       A.   I have.

(Pages 26 to 29)

73685fa1-6e65-4bac-a4e4-637042b5eb9e

John F. Akscin        HIGHLY CONFIDENTIAL        August 11, 2005
New York, NY

Page 30

1    Q.   And who was that?
2    A.   Various practices over the years.
3    Q.   And for what purposes?
4    A.   For evaluation of new services.
5    Q.   Does ProStat do something
6    differently than KRJ?
7    A.   I wouldn't classify it as
8    differently. They work at a different level
9    than KRJ does, at a higher, broader level than
10   KRJ does.
11   Q.   Okay. Could you be more specific,
12   then, in how they differ?
13   A.   KRJ is more involved in day-to-day's
14   operational management of their client practices
15   and day-to-day billing and reimbursement issues.
16   ProStat tends to focus, as I just
17   tried to explain, on a broader concept of
18   program development; new service development
19   within office based oncology practices. ProStat
20   does not do any billing or collections. They
21   don't operate practices on a contractual basis.
22   Things like that.

Page 31

1        MR. TRETTER: Can I help? Does
2    ProStat do the ProCert program? Is that
3    theirs?
4        THE WITNESS: I am aware of a
5    program known as ProStat -- ProCert.
6        MR. TRETTER: Okay.
7        THE WITNESS: And ProCert is
8    managed, if you will, by ProStat.
9        MR. TRETTER: So does that give you
10   an idea, John?
11   BY MR. MATT:
12   Q.   ProCert is a reimbursement
13   assistance program?
14   A.   It's a reimbursement assistance
15   program. That is correct.
16   Q.   And that's offered through OTN
17   through its customers?
18   A.   That I am not certain of. I don't
19   believe it's offered through OTN.
20       MR. TRETTER: I think that's BMS.
21   A.   It's offered through BMS, I believe.
22   Q.   Okay. I want to come back to that.

Page 32

1        When you referenced just recently in
2    your testimony ProStat, they have a high-level
3    approach, and looks at new services, could you
4    give an example of new services?
5    A.   An example of new services would be
6    things like diagnostic imaging. Retail
7    pharmacy. Joint venture services with hospital
8    organizations.
9    Q.   Do you believe that ProStat, in its
10   consulting capacity, would deal with issues
11   relating specifically to average wholesale price
12   in reimbursement?
13   A.   To the extent of their reimbursement
14   assistance program? I would think possibly.
15   Q.   And the reimbursement assistance
16   program, I think you testified, is called the
17   ProCert program; is that correct?
18   A.   That's my understanding.
19       MR. TRETTER: That's one program.
20   BY MR. MATT:
21   Q.   That's one program?
22   A.   One program.

Page 33

1    Q.   And are there others that you're
2    aware of?
3    A.   To my knowledge at this point in
4    time, there aren't others.
5    Q.   And can you just describe what you
6    know about ProCert?
7    A.   ProCert was a program in which, when
8    office based oncology practices received a
9    denial from an insurer for the services and
10   drugs provided to treat that patient, they would
11   contact ProCert for assistance in managing that
12   claim denial.
13   Q.   And how would they provide
14   assistance, if you know?
15   A.   You know, I'm not that certain. I'm
16   not that certain on that. I was not integrally
17   involved with that program.
18   Q.   And was this something that was
19   offered through OTN to OTN's customers?
20   A.   No, it was offered by BMS.
21   Q.   Do you know the terms under which
22   that program was offered? In other words, did

9  (Pages 30 to 33)

73685fa1-6e65-4bac-a4e4-637042b5eb9e

John F. Akscin      HIGHLY CONFIDENTIAL      August 11, 2005
New York, NY

Page 34

1    BMS pay for it?
2        A.   I am not privy to any contractual
3    relationships between the two companies.
4        Q.   When an OBO receives a denial of a
5    reimbursement, does ProCert take the claim over
6    itself and see if it can get it reimbursed, or
7    does, in the alternative, ProCert offer advice
8    to the client on how --
9            MR. TRETTER:   Let me just get an
10       objection to the form.
11   BY MR. MATT:
12       Q.   Do you understand the question?
13       A.   I understand the question, but I do
14   not know. I don't have direct relationship with
15   the program.
16       Q.   I have seen a reference to a firm
17   called DocuMedix?
18       A.   Correct.
19       Q.   Does that sound familiar?
20       A.   Mm-hmm.
21       Q.   Is that another consultant that OTN
22   has worked with in the past?

Page 35

1        A.   In the past, that is correct.
2        Q.   And in what capacity?
3        A.   There was a time when OTN had a
4    relationship with DocuMedix to provide
5    reimbursement assistance information.
6        Q.   Was that to OTN's customers?
7        A.   To OBO customers. And that was in a
8    hot line format.
9        Q.   In other words, like a customer
10   would call the hot line --
11       A.   Would call.
12       Q.   -- and a DocuMedix employee would
13   answer?
14       A.   That is correct.
15       Q.   Did OTN have a financial
16   relationship with DocuMedix?
17       A.   We did.
18       Q.   And what was the nature of that
19   relationship?
20       A.   The relationship financial between
21   OTN and DocuMedix at that time was that OTN
22   essentially underwrote those services or paid

Page 36

1    for those services.
2        Q.   And how long did DocuMedix run a
3    reimbursement hot line for OTN customers?
4        A.   I think we exited the relationship
5    sometime in 2003. The program was in existence
6    when I started with OTN back in 1999.
7        Q.   Where is DocuMedix located?
8        A.   DocuMedix no longer exists.
9        Q.   Was it purchased by some other
10   company?
11       A.   It was bought.
12       Q.   And who was it bought by?
13       A.   It was bought out by the Lash Group.
14       Q.   And who was your contact at
15   DocuMedix?
16       A.   Roberta Buell. B-u-e-l-l.
17       Q.   I'm sorry. B-u --
18       A.   B-u-e-l-l.
19       Q.   And was she always your primary
20   contact there?
21       A.   For the most part.
22       Q.   And do you know when the Lash Group

Page 37

1    purchased DocuMedix?
2        A.   I'm uncertain of that date.
3        Q.   Was it before 2003?
4        A.   No, it was after 2003.
5        Q.   So the program was always referred
6    to as DocuMedix during the time period that OTN
7    offered that?
8        A.   That is correct.
9        Q.   You said broadly reimbursement
10   assistance. What does that mean?
11       A.   This was support through a hot line
12   program that for the most part answered customer
13   questions regarding which specific billing codes
14   to use not only on drugs but on services; which
15   specific disease classification codes to use;
16   and what billing units specifically were
17   involved in a drug.
18       Q.   It involved --
19       A.   In billing a drug.
20       Q.   -- HCPCS codes?
21       A.   Correct. For drugs.
22       Q.   Would DocuMedix convey information

(Pages 34 to 37)

73685fa1-6e65-4bac-a4e4-637042b5eb9e

John F. Akscin       HIGHLY CONFIDENTIAL       August 11, 2005
New York, NY

Page 38

1    to customers about reimbursements based on AWP?
2        A.   They might ask questions on an AWP,
3    for a drug.
4        Q.   Does that mean that DocuMedix might
5    provide AWP information?
6        A.   I believe so.
7        Q.   To your knowledge, Mr. Akscin, did
8    DocuMedix ever assist customers with denial of
9    reimbursement issues?
10       A.   To my knowledge they did not.
11       Q.   So to your knowledge the service
12   that DocuMedix performed was different than what
13   ProCert would have performed for BMS customers?
14       A.   To my knowledge.
15       Q.   I forgot to ask you if you had a
16   primary contact at ProStat.
17       A.   I do.  A gentleman by the name of
18   Phil.  The last name is Beard, B-e-a-r-d, as in
19   dog.
20       Q.   And has that always been your
21   primary contact there?
22       A.   For the most part.

Page 39

1        Q.   And was OTN utilizing ProStat
2    Resources in 1999?
3        A.   I started in December, so prior to
4    that I couldn't tell you.
5        Q.   From when you started?
6        A.   I believe that BMS had the business
7    relationship with ProStat at that time.
8        Q.   When did OTN first develop a
9    relationship?
10       A.   OTN never had a formal relationship
11   with ProStat.
12       Q.   Okay.  Was the relationship between
13   BMS and ProStat, to your knowledge, any
14   different than the relationship between OTN and
15   ProStat?
16            MR. TRETTER: Objection to the form.
17       A.   I couldn't answer that.
18            MR. TRETTER: I don't think OTN had
19   any relationship.
20       A.   We did not have a relationship.
21       Q.   Okay.
22       A.   Not a formal relationship.

Page 40

1        Q.   Well, you referred customers, so it
2    was informal?
3        A.   Yes.
4        Q.   I understand that testimony.  But
5    you referenced that BMS might have had a
6    relationship with ProStat, and I was wondering
7    if you knew what the nature of that relationship
8    was.
9        A.   On a formal basis, I do not.  I am
10   aware that there is a relationship.
11       Q.   And do you still refer people to
12   ProStat?
13       A.   On occasion.
14       Q.   Do you know whether BMS had a
15   relationship with KRJ?
16       A.   I do not.
17       Q.   Did KRJ provide written materials to
18   OTN personnel in association with any training
19   exercises?
20       A.   They may have.  I'm uncertain.
21       Q.   Do you know whether KRJ has at any
22   time provided any reports to OTN with regard to

Page 41

1    the work that KRJ had done with OTN customers?
2        A.   The business relationship between
3    OTN and -- excuse me -- between KRJ and the
4    customer was just that, a business relationship.
5    We were not privy to any outcomes of those
6    consulting relationships.
7        Q.   Okay.  The same question for
8    ProStat.
9        A.   Mm-hmm.
10       Q.   The same answer?
11       A.   Again, no formal relationship, so
12   no -- no formal feedback.
13       Q.   Okay.  So then ProStat wouldn't
14   provide to OTN reports regarding any work that
15   ProStat may have done with OTN customers?
16       A.   That is correct.
17       Q.   What about DocuMedix, did DocuMedix
18   ever provide any sort of written reports to OTN?
19       A.   From DocuMedix we received on a
20   monthly basis a roster of customer contacts for
21   the reimbursement hot line.
22       Q.   Does that mean an inventory of all

11  (Pages 38 to 41)

73685fa1-6e65-4bac-a4e4-637042b5eb9e

John F. Akscin       HIGHLY CONFIDENTIAL      August 11, 2005
New York, NY

---

**Page 42**

1 the contacts that occurred that month?
2     A.   Basically it was a running list of
3 calls that they received from customers, the
4 nature of the call and the response to the call.
5     Q.   Did DocuMedix bill OTN on a per-call
6 basis?
7     A.   Not being privy to the actual
8 contract relationship, I can't answer that
9 specifically. I can tell you that OTN paid for
10 that service.
11     Q.   In your opinion did OTN customers
12 value the DocuMedix service that was offered?
13         MR. TRETTER: Objection to the form.
14 BY MR. MATT:
15     Q.   Do you understand the question?
16     A.   I do.
17         MR. TRETTER: I have no problem if
18     you want to ask did he ever hear from a
19     customer that they thought it was a good
20     service. How does that work?
21         MR. MATT: Let me actually rephrase
22     it differently.

---

**Page 43**

1 BY MR. MATT:
2     Q.   In your experience, based on
3 discussions with OTN clients, did they value the
4 DocuMedix service?
5     A.   We've been told at OTN that our
6 customers valued the service that DocuMedix
7 provided.
8     Q.   In fact, OTN marketed that service,
9 correct, to its clients and potential clients?
10     A.   We did, to the extent of informing
11 our customers that this service was available to
12 them.
13     Q.   Do you have any sort of estimate of
14 what percentage of OTN customers have at one
15 time used DocuMedix?
16     A.   I would put a very rough estimate at
17 10 percent.
18     Q.   In your discussions with OTN
19 customers, did you form an opinion as to whether
20 OTN customers valued the consulting services
21 provided by KRJ?
22     A.   It was reported to us by customers

---

**Page 44**

1 who used KRJ that they valued the services they
2 provided.
3     Q.   And do you have any estimate of what
4 percentage of OTN customers used KRJ's services,
5 pursuant to an OTN referral?
6     A.   Less than 10 percent.
7     Q.   We got onto the topic of consultants
8 because it was part of your responsibilities as
9 director of business development. I want to
10 take you back to other responsibilities you had
11 while you were in that position.
12         I think you said evaluating new
13 technologies was part of your bailiwick?
14     A.   Correct.
15     Q.   Why don't you flesh out a little
16 more in detail for us, please?
17     A.   During the term that I was in that
18 position, I was partially responsible for
19 evaluating specifically two new technologies.
20 One was a program offered by a company called
21 IntrinsiQ, and the program was called
22 Intellidose. And IntrinsiQ is spelled

---

**Page 45**

1 I-n-t-r-i-n-s-i-Q.
2     Q.   And what did that program do?
3     A.   Basically that program was a
4 software program to assist office based
5 oncologists in dose calculation for treatment of
6 their patients. Drug dose calculation in
7 treating their patients.
8     Q.   And is that a new technology that
9 OTN adopted?
10     A.   We have not.
11     Q.   And I think you referenced a second
12 technology. What was that?
13     A.   The second technology was an
14 electronic medical record offered by a company
15 at the time known as iKnowMed. I, and then the
16 rest of the company named was K-n-o-w-M-e-d.
17     Q.   What was the nature of that program?
18     A.   That program was a tiered or a
19 modular approach to the electronic health record
20 or the electronic medical record. At that time
21 there were three -- three tiers to the offering,
22 a very, very basically EMR on this end and a

---

(Pages 42 to 45)

John F. Akscin          HIGHLY CONFIDENTIAL          August 11, 2005
New York, NY

Page 54

1   Q.  Okay.
2   A.  The chain is Pharma to middleman,
3   i.e., specialty distribution, to doctor.  And
4   there were a number of provisions in MMA that
5   had the potential for effect on the specialty
6   distribution environment.
7   Q.  Excluding your role as a member of
8   SBDA, in your capacity as an OTN employee have
9   you ever had discussions with CMS employees on
10  regulatory issues?
11  A.  From time to time.
12  Q.  What would be the nature of those
13  discussions?
14  A.  Once again, education on the role of
15  specialty distribution, and the supply channel.
16  Q.  Did those discussions ever reference
17  reimbursements based on AWP?
18  A.  Not to my knowledge.
19  Q.  In your role as an OTN employee,
20  have you ever had any discussions with
21  Congressmen or women or their staff related to
22  reimbursements based on AWP?

Page 55

1   A.  In -- yes.
2   Q.  Can you describe more specifically
3   the nature of those conversations?
4   A.  The conversations predominantly were
5   at a very high level, focusing on the transition
6   under MMA from an AWP-based reimbursement system
7   to the current ASP-based reimbursement system.
8   Q.  And what is the current
9   reimbursement formula?
10  A.  The current reimbursement system, to
11  my knowledge, under Medicare is drugs
12  administered in the office-based physician
13  environment, or reimbursed at a formula of ASP,
14  average sales price, plus 6 percent.
15  Q.  And in the discussions that you just
16  referenced, did you ever take the position that
17  Congress should not change reimbursement from
18  AWP to ASP-based?
19  A.  No, we did not.
20  Q.  You testified you had conversations
21  with Congressional staff regarding transition
22  from AWP to ASP.  Can you be more specific about

Page 56

1   the nature of those discussions?
2   A.  Are you asking which specific
3   Congressional staff members, or more as to the
4   content of the discussion?
5   Q.  Content.
6   A.  Okay.  From the content perspective,
7   the discussions focused on how ASP was
8   calculated, okay, as well as the various pricing
9   concessions that are included in that
10  calculation.
11  Q.  Have you worked with anyone from BMS
12  on that issue?
13  MR. TRETTER:  Objection to the form.
14  BY MR. MATT:
15  Q.  Did any BMS employee participate in
16  those discussions?
17  A.  No.  Not at the SBDA level, they did
18  not.
19  Q.  When you were director of business
20  development for OBO, did you have opportunities
21  to speak with OTN clients?
22  A.  I did.

Page 57

1   Q.  How often would you speak with OTN
2   clients?
3   A.  My interactions with OTN clients
4   predominantly came on a referral basis.
5   Q.  So someone would refer a client to
6   speak specifically to you; is that what you're
7   referring to?
8   A.  That is correct.
9   Q.  And who would be the person that
10  would refer clients to you?
11  A.  Typically it would be one of our
12  salespeople.
13  Q.  And can you give examples of general
14  topic matters for which an OTN salesperson would
15  refer a client to you?
16  A.  General topic matters would consist
17  of just general business issues and questions,
18  which could include things like staffing
19  patterns, and various benchmarks.  At times
20  there were questions that might be specifically
21  related to drug reimbursement.
22  Q.  What kind of drug reimbursement

15  (Pages 54 to 57)

73685fa1-6e65-4bac-a4e4-637042b5eb9e

John F. Akscin        HIGHLY CONFIDENTIAL        August 11, 2005
New York, NY

Page 58

1  questions would you get?
2      A.  Questions similar to those that were
3  handled by our agreement with the folks at
4  DocuMedix.
5      Q.  So, in other words, assistance in
6  billing codes?
7      A.  Coding questions.
8      Q.  Did you discuss AWPs at all?
9          MR. TRETTER:  You mean what the
10  number might be?
11  BY MR. MATT:
12      Q.  Specifically, yes.
13      A.  Specifically what the number might
14  be?
15      Q.  Correct.
16      A.  At times.
17      Q.  And what would be the source of your
18  AWP information?
19      A.  Publicly available information
20  predominantly through Micromedics and Red Book,
21  and the folks at First DataBank.  Blue Book.
22      Q.  When you were in your position as

Page 59

1  director of business development for OBO, how
2  frequently did you speak with OTN clients?
3      A.  I would say, on average, daily.
4      Q.  I think your next position you
5  testified was director of government relations
6  and that you attained that position in
7  approximately October of 2002.  Correct?
8      A.  I believe so.
9      Q.  And what were the nature of your
10  responsibilities in that position?
11      A.  For the most part it was just a
12  refocus of much of the work that I had been
13  doing since joining the company in 1999,
14  removing the responsibility for program
15  development and focusing more on the legislative
16  and regulatory environment.
17      Q.  Did you still speak with clients on
18  almost a daily basis?
19      A.  Based on referrals, yes.
20      Q.  Did they have the same questions
21  that they had before?
22      A.  Nothing changed.

Page 60

1          MR. TRETTER:  Off the record for a
2  second.
3          (Discussion off the record.)
4  BY MR. MATT:
5      Q.  The communications that you had with
6  OTN clients, did you have any practice of
7  documenting those conversations?
8      A.  Occasionally.
9      Q.  Was there a factor or set of factors
10  that would cause you to document a specific
11  conversation and choosing not to document them?
12  I'm just trying to figure out how you decided
13  whether to document one.
14      A.  Most frequently it was -- the
15  documentation was for two reasons:  Number one,
16  when a referral was made to one of our
17  consulting relationships, like KRJ.  Okay?
18          The second most frequent
19  documentation would be on issues where responses
20  included sending specific information to the
21  customer.
22      Q.  Your counsel provided me before the

Page 61

1  deposition started with a group of documents.  I
2  was wondering if you could go through these and
3  pull out any examples you find of documenting
4  conversations with clients.
5          (The witness complied.)
6          MR. TRETTER:  I would like to go on
7  the record.  While the witness is going
8  through the documents at the request of
9  Mr. Matt, I think it should be made clear
10  that these customer communications were
11  found in a file entitled AWP Issues, and
12  that this doesn't purport to represent
13  every communication that the witness ever
14  had with customers.  We went to the file
15  that we thought would be the most pertinent
16  to you.
17          MR. MATT:  Okay.
18  BY MR. MATT:
19      Q.  And how thick was that particular
20  file?
21      A.  Two inches, maybe.
22      Q.  And you reviewed that file for

(Pages 58 to 61)

John F. Akscin        HIGHLY CONFIDENTIAL        August 11, 2005
New York, NY

Page 86

1     MR. TRETTER: Okay. Maybe you want
2  to mark this one?
3     MR. MATT: Not yet.
4     MR. TRETTER: Okay.
5     MR. MATT: I actually have another
6  one I think I want to do first, I think,.
7  that's a little bit older than that one.
8  BY MR. MATT:
9     Q.  Before we move on to look at a.
10  PowerPoint that I want to go over — a couple of
11  PowerPoints that I want to go over with you,
12  Mr. Akscin, I want to double back for a second
13  on some earlier testimony.
14     You testified that you've had many
15  discussions with OBOs, and my question would be
16  who within an OBO office do you typically speak
17  to?
18     A.  That ranges, but typically it's with
19  what's commonly known in the industry the
20  practice manager or the practice administrator,
21  as well as from time to time with the, for lack
22  of a better term, the chief medical officer.

Page 87

1  The head doctor, so to speak.
2     Q.  And does the practice administrator
3  handle the business side?
4     A.  The practice administrator focuses
5  on the business side.
6     MR. MATT: Okay. I want to
7  introduce another exhibit, a PowerPoint,
8  that I would imagine you probably
9  recognize. That's actually for your
10  lawyer, Mr. Tretter, and then I'll have the
11  court reporter mark this as Exhibit Akscin 002.
12     (Exhibit Akscin 002, document headed
13  Reimbursement in Office Based Oncology,
14  Sales Meeting, July 11, 2000, Bates
15  numbered BMS/AWP/000096632 to 642, was
16  marked for identification.)
17  BY MR. MATT:
18     Q.  Why don't you go ahead and take a
19  moment to review what the court reporter has
20  marked as Exhibit Akscin 002, which for the record
21  is a PowerPoint titled Reimbursement in Office Based
22  Oncology, Sales Meeting July 11, 2000. John

Page 88

1  Akscin is the name on the first page.
2     And the Bates numbers are
3  BMS/AWP/000096632 to 6643.
4     After you've had an opportunity to
5  review this, let me know when you're ready for
6  some questions.
7     THE WITNESS: (Reviewing document.)
8  BY MR. MATT:
9     Q.  Are you ready?
10     A.  I am.
11     Q.  First of all, did you prepare this
12  based on your experience in researching to the
13  concerns of OBOs?
14     A.  It appears to be one of my
15  presentations.
16     Q.  Was it maintained in your files or
17  on your computer in the course of your
18  responsibilities with OTN?
19     A.  Most likely, yes.
20     Q.  And when you made this presentation,
21  did you strive to be as accurate as possible?
22     A.  I did.

Page 89

1     Q.  So on page 6636, in the middle slide
2  there it says "Top Three OBO Concerns"?
3     A.  Correct.
4     Q.  So when you wrote this, you
5  accurately presented the top three OBO concerns
6  as "Reimbursement, Today; Reimbursement,
7  Tomorrow; Reimbursement!" Correct?
8     MR. TRETTER: Objection to the form.
9     A.  The point of that specific slide,
10  "Top Three OBO Concerns," with "Reimbursement,
11  Today," "Reimbursement, Tomorrow," and
12  "Reimbursement" is a boil-down, if you will, of
13  what office based oncology customers were
14  telling OTN at that time.
15     Q.  Okay.
16     A.  It's not OTN's concern. It's what
17  our customers have told us is their concern.
18     Q.  Correct. Thank you for clarifying
19  that.
20     And who attended this sales meeting?
21     A.  This was a sales meeting that was
22  attended for the most part — it was a midyear

23  (Pages 86 to 89)

73685fa1-6e65-4bac-a4e4-637042b5eb9e

John F. Akscin      ·HIGHLY CONFIDENTIAL      August 11, 2005
New York, NY

Page 90

1  sales meeting, going back five years, to July of
2  2000. Typically those sales meetings were
3  attended by OTN outside sales, OTN inside sales,
4  and some representatives of the OTN marketing
5  group.
6      Q.   Approximately how many people would
7  be at a meeting of that size?
8      A.·  Sixty to seventy.
9      Q.   And do you have a recollection of
10 how many times you made this presentation?
11     A.   This specific presentation was made
12 once or twice to the company, to the sales group
13 as a whole.
14     Q.   Was it ever made to BMS sales
15 representatives?
16     A.   I believe that I may have made a
17 similar presentation to BMS sales meetings. Not
18 on a national basis, but more on a district
19 basis.
20     Q.   And would you have maintained copies
21 of all the PowerPoints you used in your
22 meetings?

Page 91

1      A.   For the most part. I have, again,
2  to my knowledge on my laptop I do have copies of
3  most of the presentations I've made.
4      Q.   And you usually keep those on your
5  laptop as opposed to paper copies?
6      A.   That is correct.
7      Q.   Could you please reference page
8  6634. The middle slide references "OBO
9  Revenue"?
10    ·A.   Mm-hmm.
11     Q.   And the bullet point says "Highly
12 Medicare Driven" and one of the four dashes
13 under that bullet point says "Drugs - AWP."
14         Is this a reference to AWP as a
15 revenue source?
16     A.   The intent of the slide is to point
17 out a couple of things. Number one, the slide
18 indicates that as is publicly available
19 knowledge, office based oncology is --
20 represents approximately 50 to 55 percent
21 Medicare population. So that is the implication
22 of being highly Medicare driven. Again, 50 to

Page 92

1  55 percent of office based oncology treats
2  Medicare patients. Nationally, very broad
3  scope. Again, publicly available information.
4          The further bullet points below that
5  are intended to point out that there are
6  specifically -- there are specific services and
7  supply items that the Medicare system reimburses
8  for, and more specifically points out the
9  reimbursement system at that time, being July of
10 2000, as to the benchmark process that was used ·
11 for reimbursement.
12    ·Q.   And that's the reference to AWP?
13     A.   And that is the reference
14 specifically on drugs, the benchmark for
15 reimbursement at that time was AWP.
16     Q.   Okay. And then below that there's a
17 slide titled "Gross Revenue Mix"?
18     A.   Mm-hmm.
19     Q.   Is that 64 percent?
20         MR. TRETTER: You have to say yes or
21 no.
22     A.   I'm sorry. Yes.

Page 93

1      Q.   And is that 64 percent of revenues
2  at the time to OBOs came in the form of
3  reimbursement for drugs. Is that correct?
4      A.   That is correct. And again that was
5  based on nationally-published data by a number
6  of different resources.
7      Q.   Has that generally been your
8  experience since you've been an OTN employee?
9      A.   It was my experience as a practice
10 administrator, and up until 2005 it's
11 predominantly been the experience as reported by
12 office based oncology customers.
13     Q.   Could you please turn to page 6638.
14 There are three slides here. The middle one
15 says "Average Wholesale Price"?
16     A.   Yes.
17     Q.   And there's a bullet that says, "AWP
18 does not represent actual acquisition cost" and
19 then there's a dash, and it says "20 to 25
20 percent differential for sole source products."
21         When you use the word
22 "differential," does that refer to the

(Pages 90 to 93)

73685fa1-6e65-4bac-a4e4-637042b5eb9e

John F. Akscin          HIGHLY CONFIDENTIAL       August 11, 2005
                        New York, NY

**Page 94**

1 difference between AWP and actual acquisition
2 cost?
3      A.   At that time that's what that
4 referred to.
5      Q.   And are those differences
6 exemplified on the following page, 6639, in the
7 top slide that says "Drug Reimbursement Today"?
8      A.   The point of that slide, top slide
9 on page 6639 --
10     Q.   Yes.
11     A.   -- is to indicate a number of drugs,
12 as an example of many drugs whereby there is a
13 differentiation.
14     Q.   Okay.  And the difference in this
15 slide specifically is between Medicare
16 reimbursement, which is a column, and estimated
17 acquisition cost, which is another column,
18 correct?
19     A.   That is correct.
20     Q.   And if you recall, what is the
21 source of the information in the estimated
22 acquisition column?

**Page 95**

1      A.   The source of the information on
2 estimated acquisition cost at that time was, to
3 my knowledge, predominantly OTN's pricing for
4 the drug.
5      Q.   The next slide on that same page
6 says "What is happening?"
7           Does this refer to the change we
8 were discussing earlier in which HCFA was
9 proposing to change the AWPs for fifty products?
10     A.   It does.
11     Q.   The last dash there says, "FDB to
12 collect information from wholesalers - OTN is
13 listed first."
14          Could you be more specific about
15 what that refers to?
16     A.   In support of some of the
17 information that was collected by government
18 resources, First DataBank, which is again one of
19 those resources that report AWP information, was
20 to survey certain wholesalers to obtain
21 additional information regarding pricing as it
22 relates to AWP.

**Page 96**

1      Q.   And did First DataBank in fact
2 survey OTN on these fifty drugs?
3      A.   I am not aware of whether they did
4 or not.
5      Q.   In the course of your
6 responsibilities at any time as an OTN employee,
7 did you have communications directly with First
8 DataBank personnel?
9      A.   I have not.
10          MR. MATT:  I think that's all the
11     questions I have on that one.  Thank you.
12          Mark this as the next exhibit,
13     please.
14          (Exhibit Akscin 003, document
15     entitled "Update on AWP," Bates numbered
16     BMS/AWP/000097165 to 171, was marked for
17     identification.)
18 BY MR. MATT:
19     Q.   The court reporter has handed to you
20 Exhibit Akscin 003 to your deposition, Mr. Akscin,
21 which relates to an Update on AWP PowerPoint.
22 The Bates numbers, for the record, are

**Page 97**

1 BMS/AWP/000097165 through 71.  Take an
2 opportunity -- or actually, after you've had an
3 opportunity to review that, let me know and I'll
4 ask you a few questions.
5          (Witness reviews documents.)
6 BY MR. MATT:
7      Q.   The court reporter -- I'm sorry.
8 Exhibit Akscin 003 that's before you, Mr. Akscin,
9 looks like an e-mail Mr. Brodowy sent to you.
10 Correct?
11     A.   It appears so.
12     Q.   And I noticed that some of these
13 slides look pretty similar to some of the slides
14 we just saw in Exhibit Akscin 002.
15     A.   Correct.
16     Q.   My question is:  Does Mr. Brodowy
17 give presentations?
18     A.   From time to time I understand he
19 did at meetings that I did not attend.
20     Q.   And was it your practice to assist
21 him in preparing slides for those presentations
22 from time to time?

25  (Pages 94 to 97)

John F. Akscin     HIGHLY CONFIDENTIAL     August 11, 2005
New York, NY

**Page 110**

1  may be interfaced to pass data collected through
2  the Lynx process to the practice's PMS system to
3  simplify -- simplify the billing process and
4  claims filing process.
5      Q.  Is Lynx predominantly a product
6  ordering/inventory management type software?
7      A.  It is an inventory management or
8  pharmacy management system, correct.
9      Q.  The next bullet is "Documedics." We
10 discussed that earlier in your testimony?
11     A.  Yes.
12     Q.  The next bullet is KRJ. We've also
13 discussed that.
14     A.  Correct.
15     Q.  The next bullet is "Lynx2otn.com."
16 Can you describe that, could you describe the
17 Lynx2otn.com site generally for us?
18     A.  WWW.Lynx2otn.com is a customer
19 website maintained by OTN with the purpose of
20 providing information to our customer on issues
21 important in the office based oncology
22 environment.

**Page 111**

1      It also has a component for ordering
2  drugs on line, similar to an Amazon.com type of
3  component. Okay?
4      Q.  Are you familiar with a report that
5  used to be called the AWP Price Report?
6      A.  A report somewhat similar to that,
7  yes.
8      Q.  And that was something that a
9  customer could view by accessing the Lynx2otn
10 website, correct?
11     A.  That is correct.
12     Q.  And that report is no longer used,
13 right?
14     A.  That report, as it was known at that
15 time, is no longer used.
16     Q.  And when I call it the AWP Price
17 Report, is that the title you're familiar with?
18     A.  For the most part, correct.
19     Q.  Okay. And did that report present
20 AWP reimbursement information in one column and
21 acquisition cost in another?
22     A.  To my knowledge, without having a

**Page 112**

1  report in front of me, on a high level we
2  reported in that report for the drugs purchased
3  by the practice, okay, information regarding
4  AWP, which was updated on a monthly basis for
5  the most part, and information based on the
6  pricing that that customer received for the
7  drugs that they purchased.
8      Q.  And in your conversations over time
9  with OTN customers, did they indicate to you
10 that they found that report useful?
11     A.  The entire intent of the report was
12 to assemble data that was available in the
13 public sector, available through Micromedics Red
14 Book, and to condense that data for the drugs
15 most frequently used by oncology practices, the
16 practices found that to be very valuable,
17 because if you've ever seen a Red Book, it's
18 like the Manhattan yellow pages.
19     Q.  I have seen it, and I agree.
20         I have one more question: On page
21 826 is a slide relating to "Managed Care
22 Contracting."

**Page 113**

1      A.  Mm-hmm.
2      Q.  The third bullet says "Access Med:
3  Legal Review."
4      A.  Okay.
5      Q.  What does that refer to?
6      A.  Access Med -- excuse me, I want to
7  look at the date on this. This is '03, correct?
8  Yes, January of '03.
9         Access Med, at that time, okay, is
10 a division of ProStat Resources. We talked
11 about ProStat Resources earlier in my testimony.
12 Okay?
13         At that time Access Med, based on
14 referral, would review a managed care contract
15 of a customer, if the customer wanted that
16 service. It was a business transaction between
17 the customer and Access Med, and that was it.
18 OTN was not associated with that relationship.
19 We had no contractual relationship formally with
20 Access Med, again, a division of ProStat
21 Resources.
22     Q.  Would Access Med review those

29 (Pages 110 to 113)

73685fa1-6e65-4bac-a4e4-637042b5eb9e

John F. Akscin      HIGHLY CONFIDENTIAL      August 11, 2005
New York, NY

---

**Page 122**

1   Bates number on the bottom of the document for
2   purposes of identification, it would be helpful.
3       A.   Specifically pages 904 and 905.
4       Q.   And the exhibits beginning on page
5   908, are these kind of form marketing materials?
6   And what I mean by that question is, are these,
7   you know, pre-printed marketing materials that
8   are distributed to clients or potential clients
9   as opposed to being something specifically
10  prepared for this proposal?
11      MR. TRETTER:  Were these actually
12  used at the time?
13      MR. MATT:  Yeah.
14      A.   These, specifically page 909, 910,
15  874 and 912 --
16      MR. TRETTER:  874?
17      A.   I'm sorry. 911 -- I looked at the
18  wrong number, I'm sorry.
19          To repeat, specifically pages 909,
20  910, 911 and 912 are for the most part, based on
21  my recognition of the documents, mass produced,
22  commonly used marketing materials.

---

**Page 123**

1       Q.   Okay.  Thanks.  I have one other
2   question on this one.
3           On page 909 there's a bullet point
4   that references "Payer reimbursement
5   methodologies and allowables."
6       A.   Mm-hmm.
7       Q.   I was wondering if you could be more
8   specific about what is referenced there.
9       A.   That normally will be referencing
10  various payer resources, not just Medicare, but
11  other managed care and private insurance, as to
12  first of all which methodology might be used.
13  There are various methodologies that are used in
14  healthcare on which to base payments for drugs,
15  as well as services.
16          And then the allowables portion of
17  it would be the actual numbers associated with
18  this.  And again, this was a service under this
19  side that was provided by DocuMedix.
20      Q.   Thank you.
21      MR. MATT:  Mark this as the next
22  exhibit.

---

**Page 124**

1           (Exhibit Akscin 007, document
2   entitled The Network News, January/February
3   1997, Bates numbered BMS/AWP/000095588 to
4   611, was marked for identification.)
5       Q.   The court reporter has marked as
6   Exhibit Akscin 007 to your deposition a
7   January/February 1997 issue of The Network News. It's
8   numbered 000095588 to 611.
9           Are you familiar with The Network
10  News?
11      A.   I am.
12      Q.   How often did OTN publish this?
13      A.   Not being with OTN back in 1997, I'm
14  unsure of that.
15      Q.   What about during the time you were
16  with OTN?
17      A.   We strove to produce this document
18  somewhere between bimonthly and quarterly.
19      Q.   And does OTN still produce The
20  Network News?
21      A.   Most recently we began producing
22  Network News again.

---

**Page 125**

1       Q.   So there was a time frame during
2   which it wasn't produced?
3       A.   That is correct.
4       Q.   And what's the approximate dates, if
5   you recall?
6       A.   Very little production in 2003 and
7   early 2004.  I think we resurfaced this
8   communication tool to our customer base sometime
9   late 2004.
10      Q.   Is there a particular reason why
11  production slowed or decreased in 2003/2004?
12      A.   My understanding was it had to do
13  with marketing resources at the time.
14      Q.   If you could please turn to the page
15  that has the Bates number 604.  There's AWP and
16  HCPCS information presented here, correct?
17      A.   That appears to be.
18      Q.   To your recollection was this
19  information included in every issue of The
20  Network News while you worked at OTN?
21      A.   In Network News issues published
22  during my tenure at OTN beginning in December of

---

(Pages 122 to 125)

73685fa1-6e65-4bac-a4e4-637042b5eb9e