# EXHIBIT 18

Marsha Peterson                                       April 13, 2005
                        Seattle, WA

                                                              1
1              THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF MASSACHUSETTS

3    ------------------------------------------------

4    IN RE:  PHARMACEUTICAL )

5    INDUSTRY AVERAGE          )

6    WHOLESALE PRICE        ) MDL Docket No.

7    LITIGATION             ) Civil Action 01CV12257PBS

8                          )

9    ------------------------------------------------

10            Deposition Upon Oral Examination

11                         Of

12                  MARSHA PETERSON

13   ------------------------------------------------

14

15                  April 13, 2005

16            1301 Fifth Avenue, Suite 2900

17                 Seattle, Washington

18

19

20   JULIE C. OSWALD, CSR #299-06

21   COURT REPORTER

22

Marsha Peterson                                          April 13, 2005

Seattle, WA

2 (Pages 2 to 5)

| 2 | | 4 | |
|---|---|---|---|
| 1 APPEARANCES | | 1 | EXHIBIT INDEX |
| 2 | | 2 | No.                    Marked |
| 3 FOR THE PLAINTIFF:    SEAN R. MATT | | 3 | |
| 4              Hagens Berman | | 4 | Exhibit Peterson 008, MBS/AWP/000096834 to 6869   130 |
| 5              1301 Fifth Avenue, #2900 | | 5 | |
| 6              Seattle, Washington  98101 | | 6 | Exhibit Peterson 009, BMS/AWP/000059345 to 9406   181 |
| 7 | | 7 | |
| 8 FOR THE DEFENDANT:    LYNDON M. TRETTER | | 8 | Exhibit Peterson 010, BMS/AWP/000096936 to 6943   184 |
| 9              Hogan & Hartson | | 9 | |
| 10              875 Third Avenue | | 10 | Exhibit Peterson 011, BMS/AWP/001487883 to 5001   185 |
| 11              New York, New York  10022 | | 11 | |
| 12 | | 12 | Exhibit Peterson 012, BMS/AWP/001484077 to 4104   190 |
| 13 FOR THE DEFENDANT:    WILLIAM KUSHNER | | 13 | |
| 14              OTN Counsel | | 14 | Exhibit Peterson 013, BMS/AWP/001487651 to 7658   190 |
| 15              395 Oyster Point Blvd., | | 15 | |
| 16              #500 | | 16 | Exhibit Peterson 014, BMS/AWP/001487993 to 3385   190 |
| 17              South San Francisco, | | 17 | |
| 18              California  94080 | | 18 | Exhibit Peterson 015, BMS/AWP/001487838 to 7844   190 |
| 19 | | 19 | |
| 20 | | 20 | Exhibit Peterson 016, BMS/AWP/001483729 to 3733   190 |
| 21 | | 21 | |
| 22 | | 22 | Exhibit Peterson 017, BMS/AWP/001483821 to 3836   190 |

| 3 | | 5 | |
|---|---|---|---|
| 1        EXAMINATION INDEX | | 1 | EXHIBIT INDEX |
| 2 | | 2 | No.                    Marked |
| 3    BY MR. MATT:        PAGE 7 | | 3 | |
| 4 | | 4 | Exhibit Peterson 018, BMS/AWP/001487892 to 7899   198 |
| 5        EXHIBIT INDEX | | 5 | |
| 6    No.                 Marked | | 6 | Exhibit Peterson 019, BMS/AWP/001487900 to 7907   198 |
| 7 | | 7 | |
| 8 Exhibit Peterson 001, BMS/AWP/001487941 to 7960   21 | | 8 | Exhibit Peterson 020, BMS/AWP/01090250 to 4860   205 |
| 9 | | 9 | |
| 10 Exhibit Peterson 002, BMS/AWP/001483100 to 3121   44 | | 10 | Exhibit Peterson 021, BMS/AWP/001487818 to 7823   211 |
| 11 | | 11 | |
| 12 Exhibit Peterson 003, BMS/AWP/001487916 to 7917   48 | | 12 | Exhibit Peterson 022, BMS/AWP/001487761 to 7773   211 |
| 13 | | 13 | |
| 14 Exhibit Peterson 004, BMS/AWP/01116482 to      68 | | 14 | Exhibit Peterson 023, BMS/AWP/001485773 to 5780   215 |
| 15          6493 | | 15 | |
| 16 | | 16 | Exhibit Peterson 024, BMS/AWP/001484591 to 4613   216 |
| 17 Exhibit Peterson 005, Response of Defendants   90 | | 17 | |
| 18          Bristol-Myers Squibb dated 4-8-05 | | 18 | Exhibit Peterson 025, BMS/AWP/001484142 to 4183   219 |
| 19 | | 19 | |
| 20 Exhibit Peterson 006, BMS/INT/52/2/40/001 to   130 | | 20 | Exhibit Peterson 026, BMS/AWP/001484114 to 4141   220 |
| 21          6284 | | 21 | |
| 22 Exhibit Peterson 007, BMS/AWP/001487357 to 7362   130 | | 22 | Exhibit Peterson 027, BMS/AWP/001483889 to 3891   223 |

Henderson Legal Services
(202) 220-4158

Marsha Peterson

April 13, 2005

Seattle, WA

3 (Pages 6 to 9)

6

1           EXHIBIT INDEX
2     No.                 Marked
3
4   Exhibit Peterson 028, BMS/AWP/001483808 to 3813     225
5
6   Exhibit Peterson 029, BMS/AWP/00148818 to 8183      225
7
8   Exhibit Peterson 030, MBS/AWP/001483218 to 3281     225
9
10  Exhibit Peterson 031, BMS/AWP/001483343 to 3366     225
11
12  Exhibit Peterson 032, BMS/AWP/001487918 to 7940     231
13
14  Exhibit Peterson 033, BMS/AWP/001487857 to 7882     233
15
16  Exhibit Peterson 034, BMS/AWP/001483047 to 3061     234
17              Seattle, Washington
18
19
20
21
22

8

1           MR.KUSHNER: William Kushner, divisional
2   counsel for OTN.
3       Q.  Ms. Peterson, the nature of a deposition is I
4   ask questions and you answer them.  Everything has to
5   be verbal so the court reporter can put it down on the
6   record.  So answers that consist of nothing but a nod
7   of the head she can't take down, so we will need you
8   to answer out loud yes or no.
9           Have you ever had your deposition taken
10  before?
11      A.  No.
12      Q.  If at any point in time you feel the need to
13  take a break, because you need to use the restroom or
14  you want a drink or it gets too warm in here, please
15  let me know.  Okay?
16      A.  Okay.
17      Q.  If you have any problems understanding my
18  questions I would ask that you ask me to repeat them
19  because it's important that you do understand and are
20  answering what I ask.
21      A.  Okay.
22      Q.  Will do you that?

7

1               9:10 a.m.
2   *************************************************
3   MARSHA PETERSON:       Being first duly sworn by
4              the Notary Public on oath
5              testified as follows:
6
7           E X A M I N A T I O N
8   BY MR. MATT:
9       Q.  Good morning, Ms. Peterson.  I introduced
10  myself off the record, but for the record I'm Sean
11  Matt and I represent the plaintiffs in this action
12  with the law firm of Hagens Berman Sobol·Shapiro here
13  in Seattle.  Thank you for coming to your deposition.
14          Would you state your name and home address
15  for the record?
16      A.  570 Maria Lane, Roseburg, Oregon, 97470.
17      Q.  Are you represented by counsel here today?
18      A.  Yes, I am.
19          MR. MATT: Would you like to make appearances?
20          MR. TRETTER: Lyndon Tretter of Hogan and
21  Hartson for defendants Bristol-Myers Squibb Oncology
22  and Apothecon, Inc.

9

1       A.  Yes.
2       Q.  Do you understand that you are testifying
3   under oath today?
4       A.  Yes.
5       Q.  Who did you speak with or meet with in
6   preparation for this deposition?
7       A.  Lyndon Tretter.
8       Q.  About how long did you meet with him for?
9       A.  Probably six hours yesterday.
10      Q.  Was anyone present other than Mr. Tretter?
11      A.  Will Kushner.
12      Q.  Any non-lawyers present in that meeting?
13      A.  No.
14      Q.  Have you talked with anyone else about this
15  deposition?
16      A.  No.
17      Q.  Has anyone sought to influence your testimony
18  today?
19      A.  No.
20      Q.  What documents, if any, did you review in
21  preparation for this deposition?
22      A.  Just basic -- my basic documents.  Some basic

Marsha Peterson                                     April 13, 2005
Seattle, WA

4 (Pages 10 to 13)

10
1  stuff that was mine.
2      Q.  Documents from your files?
3      A.  Correct.
4      Q.  Do you know whether those documents have been
5  provided to counsel for production to us in this case?
6      A.  I believe so.
7      Q.  We have a number of your documents that we
8  will go over with you.
9      A.  Okay.
10     Q.  Did you review anything prepared by your
11 attorneys?
12     A.  I don't understand what you are asking.
13     Q.  Did you review any written document that was
14 prepared by your attorneys?
15         MR. TRETTER:  Something that I created as
16 opposed to a preexisting document on your computer or
17 whatever.
18         THE WITNESS:  No.
19     Q.  Can you please describe what — first of all,
20 what is your position with OTN?
21     A.  I am currently the manager, western manager
22 of sales.

11
1      Q.  How long have you held that position?
2      A.  Three years.
3      Q.  Prior to that what did you do?
4      A.  I was a regional business development
5  manager, which is a sales rep.
6      Q.  How long did you hold that position?
7      A.  Two years.
8      Q.  The western manager of sales.  Is that
9  correct?
10     A.  Yes.
11     Q.  Have you resided in Roseburg, Oregon
12 throughout the entire tenure of that position?
13     A.  Yes.
14     Q.  When you were regional business manager where
15 did you reside?
16     A.  Roseburg, Oregon.
17     Q.  What was your territory?
18     A.  In which position?
19     Q.  The regional business development
20 management.
21     A.  I had 13 states.
22     Q.  You were a sales rep for 13 states?

12
1      A.  Yes.
2      Q.  What is the geographic territory that you
3  were responsible for as manager of sales?
4      A.  It's about two-thirds of the nation.
5      Q.  Everything west of the Mississippi?
6      A.  There is stuff east of the Mississippi as
7  well.  I don't know how many states.  It's probably
8  32.  I don't know.  That's approximately.
9      Q.  Where do we draw the line in the midwest, if
10 you can kind of name the states?
11     A.  The states farthest east I have are Michigan,
12 and then it goes over to Missouri down through
13 Oklahoma and over — the farthest one over would be
14 Mississippi, so it kind of comes over like that.
15     Q.  And then do you have responsibility for every
16 state west of the Mississippi?
17     A.  Correct.
18     Q.  When you were regional business development
19 manager what states did you represent?
20     A.  Alaska, Washington, Oregon, Idaho, Montana,
21 Wyoming, North and South Dakota, Iowa, Nebraska,
22 Kansas, Missouri, Illinois, Wisconsin, and Minnesota.

13
1      Q.  That's a big territory.
2          Before you were regional business development
3  manager what did you do?
4      A.  That was before OTN.
5      Q.  Go ahead and give me the company, please.
6      A.  I worked for a company called Microgenics.
7      Q.  For how long?
8      A.  Only about six months, because it got sold.
9      Q.  What did you do there?
10     A.  At that position I was a regional business
11 development manager as well.
12     Q.  What product or service did Microgenics sell?
13     A.  Drug testing.
14     Q.  What kind of tests?
15     A.  They were diagnostic tests for THC and
16 opiates, meth amphetamines.
17     Q.  Drug testing?
18     A.  Drug testing.  Yes.
19     Q.  Who were they sold to?
20     A.  They were sold to — I actually can't
21 remember.
22     Q.  Prior to working for Microgenics what did you

Marsha Peterson                                                    April 13, 2005
                          Seattle, WA

14

1   do?
2       A.   Prior to Microgenics I worked for MetPath.
3   It's a diagnostic testing company.
4       Q.   How long did you work there?
5       A.   I worked for there about a year.
6       Q.   Where did you live at the time?
7       A.   I lived in Oregon, the same place, Roseburg.
8       Q.   What was your territory?
9       A.   Oregon.
10      Q.   Were you a sales rep?
11      A.   Yes, I was.
12      Q.   What kind of diagnostic testing do they do?
13      A.   They did all laboratory testing, so you sold
14   the laboratory services to various clinics and
15   offices. It was laboratory services that I sold.
16      Q.   Prior to working with MetPath what did you
17   do?
18      A.   I worked for Boehringer Mannheim.
19      Q.   What did you do there?
20      A.   I was a capital equipment salesperson. I'm
21   trying to remember my title at the time.
22      Q.   How long did you hold that position?

15

1       A.   I was there for eight years.
2       Q.   And your territory was?
3       A.   Southern California, Orange County, and
4   Riverside.
5       Q.   Prior to working there what did you do?
6       A.   I worked for a company called Hybritech,
7   H-Y-B-R-I-T-E-C-H, a division of Eli Lilly.
8       Q.   What did you do there?
9       A.   I sold tumor marker diagnostic tests.
10      Q.   How long were you employed at Hybritech?
11      A.   Two years.
12      Q.   Prior to that what did you do?
13      A.   I worked for Radiometer, R-A-D-I-O-M-E-T-E-R.
14      Q.   What did you do there?
15      A.   I sold microbiology.
16      Q.   How long did you work at Radiometer?
17      A.   One year.
18      Q.   What did you do before that?
19      A.   I can clump it altogether. I'm a medical
20   technologist by trade, that's my profession, and I
21   worked in laboratories for 10 years out of college.
22   So there are quite a few different places that I

16

1   worked.
2       Q.   Is it accurate to say that you weren't
3   involved in the sales of pharmaceuticals prior to
4   working for OTN?
5       A.   That's correct.
6       Q.   What is your educational background?
7       A.   Bachelor of science in medical technology.
8       Q.   Let's focus for a moment on your position as
9   western sales manager. Who was your supervisor?
10      A.   Donald Gaddy.
11      Q.   What is his position?
12      A.   He is the vice president of sales.
13      Q.   Where is he located?
14      A.   Boston.
15      Q.   Is that where OTN's headquarters is located?
16      A.   No, San Francisco.
17      Q.   To the best of your knowledge what is
18   Mr. Gaddy's responsibilities at OTN?
19      A.   Running the sales department.
20      Q.   I am going to guess that there are other
21   sales managers besides yourself. Correct?
22      A.   Correct.

17

1       Q.   What regions?
2       A.   There is one more region, and that's the
3   eastern region.
4       Q.   Who is that presently?
5       A.   Ralph Maesseli, M-A-E-S-S-E-L-I.
6       Q.   Where does Mr. Maesseli reside?
7       A.   Boston.
8       Q.   Has Mr. Gaddy always been your supervisor
9   since you've been western sales manager?
10      A.   No.
11      Q.   Who was it before Mr. Gaddy?
12      A.   Gena.
13      Q.   She is here in Seattle. Correct?
14      A.   Correct.
15      Q.   Is she still employed with OTN?
16      A.   Yes.
17      Q.   What does she do presently?
18      A.   Vice president of marketing.
19      Q.   When did Mr. Gaddy become your supervisor?
20      A.   January.
21      Q.   Of 2005?
22      A.   Correct.

Marsha Peterson                                          April 13, 2005
Seattle, WA

6 (Pages 18 to 21)

---

**18**

1    Q. Prior to Mr. Gaddy succeeding Ms. Cook in
2  that position, how long did Ms. Cook hold that
3  position?
4    A. Of what?
5    Q. Of vice president of sales.
6    A. She has been vice president of sales since
7  January — December or January.
8    Q. I thought you said she was vice president of
9  marketing?
10    A. Of marketing, correct.
11    Q. Prior to becoming vice president of marketing
12  how long, if you know, was she vice president of
13  sales?
14    A. She is vice president of marketing now.
15  Prior to vice president of marketing she had an
16  interim position of vice president of sales and
17  marketing while they were assigned.
18    Q. How long did she hold that position?
19    A. Several months.
20    Q. While she held that position she was your
21  supervisor. Correct?
22    A. Correct.

---

**19**

1    Q. Prior to holding that interim position, I
2  think you called it, what did she do?
3    A. She was the director of western sales.
4    Q. Which is not your position. Right?
5    A. Correct.
6    Q. When she was director of western sales was
7  she your supervisor?
8    A. Yes.
9    Q. How long was she in that position?
10    A. Well, since she started OTN, which was two
11  years plus, a little over two years.
12    Q. So in your position as western sales manager
13  you have only had two supervisors, Ms. Cook followed
14  by Mr. Gaddy?
15    A. I have to think about that.
16    Q. Take your time.
17    A. I had one person before Gena, but it was for
18  a very short period of time. I had Robyn Sippel was
19  my boss. I forgot. It was a long time ago.
20    Q. When she was your supervisor what was her
21  position?
22    A. Vice president of sales and marketing,

---

**20**

1  interim.
2    Q. We are going to be speaking with Ms. Cook so
3  I will ask her more details about her job when she was
4  in this position.
5      When she was your supervisor, when she was
6  director of western sales, did she supervise any other
7  sales employees?
8    A. Yes.
9    Q. Who would they be?
10    A. Joe Warrenson.
11    Q. Position?
12    A. Manager of Lynx. He is manager of LCDMs, so
13  I would say western Lynx manager. That's good enough.
14    Q. Anybody else come to mind that Ms. Cook would
15  have supervised while she was in that position?
16    A. Craig Wilson.
17    Q. What was his title?
18    A. Western groups manager.
19    Q. Anyone else?
20    A. David McKeehan.
21    Q. What was his position?
22    A. Western key account manager.

---

**21**

1    Q. How many more people do you think we will
2  have to go through?
3    A. None.
4    Q. Because I do have a document that I think
5  would be helpful. These are some diagrams that you
6  produced.
7      (Marked Deposition Exhibit Peterson 001.)
8    Q. Take a moment to review that document and
9  familiarize yourself with it before I ask you some
10  questions about it.
11      The court reporter has marked as Exhibit
12  Peterson 001 document Bates No. 001487941 to 7960.
13  Would you please identify this document for
14  the record, Ms. Peterson?
15    A. This is an organizational chart from, it
16  looks like it says "December 30th, 2002." One of the
17  pages actually has January 2nd, 2003.
18    Q. Was this a document that was produced from
19  your files?
20    A. Yes, it is.
21    Q. And is this a document that you had
22  maintained in the ordinary course of your business

---

**22**

1  responsibilities for OTN?
2    A. Explain that.
3    Q. Is this a document that you maintained in
4  your files as part of your responsibilities of working
5  for OTN?
6    A. It was not a responsibility. It was just
7  simply a document in my file.
8    Q. It was in your files in connection with your
9  employment with OTN. Correct?
10   A. Correct.
11   Q. I will ask that question on every document.
12   A. Okay. So I will get used to it.
13   Q. So thanks for asking clarifying questions.
14       Let's look at the page titled Sales, which I
15  suppose is more relevant to your responsibilities,
16  which the bottom number here is 7956. I will usually
17  refer in shorthand to the last four numbers. This is
18  a chart of a sales organization. Correct?
19   A. This is one page of it.
20   Q. Is this accurate today, or has it changed?
21   A. It has changed.
22   Q. Why don't you tell us how it has changed in

**23**

1  each position?
2    A. Michael Pollock is no longer VP of sales and
3  marketing.
4        Would you like me to say who has replaced?
5    Q. Yes, that would be great.
6    A. There is the VP of sales is Gena, so it's
7  divided into two positions, so Gena is VP of
8  marketing, I'm sorry, and then VP of sales is Donald
9  Gaddy.
10       Mitch Stewart is still director of inside
11 sales, but not of the eastern region. He is of both
12 east and west, so he is just across the eastern
13 region.
14   Q. Who does he report to?
15   A. To Donald Gaddy.
16   Q. Okay.
17   A. Louis Chinn is no longer director of inside
18 sales. He is director of customer support. Actually
19 that's still correct. The sales manager of operations
20 is still an open position. Jan Woods is still there.
21 There is an open position in sales for a specialist,
22 and Joanna Kalvo is still there.

**24**

1    Q. Where is Mr. Pollock, if you know?
2    A. He went to work for another company, and I
3  cannot remember the name.
4    Q. Let's turn to the next page. This has now
5  changed a bit, so why don't you describe for us how it
6  has changed.
7    A. How it has changed would be that the two top
8  positions were one is east and one is west, is now as
9  one, where Donald Gaddy, he would be the top, and
10 instead of regional sales director he is the VP of
11 sales. And Gena Cook's position would be X'd out.
12 It's not on there.
13   Q. So would all these positions that are
14 depicted below Ms. Cook's box and Mr. Gaddy's box now
15 be responsible to Mr. Gaddy?
16   A. Let me look through them a minute. Yes.
17   Q. Do you supervise regional business
18 development managers?
19   A. Yes, I do.
20   Q. Are these names —
21   A. — changed?
22   Q. Yes, changed. Why don't you describe?

**25**

1    A. Yes.
2    Q. Why don't you describe that for us, please.
3    A. Cary Harris is now Liz Rosenberg.
4    Q. Where is Mr. Harris?
5    A. He went to work for Bristol-Myers Squibb.
6    Q. Okay.
7    A. Todd Little is still there. Mike Brushbold
8  is still there. Craig Wilson is now in the position
9  of Jim Smith, which is up at the top there, the top
10 left. In his place is a gentleman whose name is John
11 Barrientes.
12       Tess Caterinichio is gone and in her place is
13 Doug Storer, S-T-O-R-E-R, and Julie Trueblood is still
14 there.
15   Q. Where is Tess?
16   A. I actually don't know. She went to work for
17 another company, and I think she may have changed
18 again. I'm not sure.
19   Q. I noticed earlier in the prior page the
20 phrase "inside sales." Is there a distinction between
21 inside sales and outside sales at OTN?
22   A. Yes.

Marsha Peterson                                          April 13, 2005

Seattle, WA

8 (Pages 26 to 29)

| 26 | 28 |
|---|---|
| 1   Q.  What is that distinction? | 1   A.  No. |
| 2   A.  Inside sales, there is a group of 12 account | 2   Q.  Let's stick with the exhibit in front of us. |
| 3  representatives called ARs, and they are on the phone | 3  Your counterpart in the eastern region, who is that |
| 4  predominantly.  Then they mirror, or have like | 4  again? |
| 5  territories to the outside sales which are the TBDMs | 5   A.  Ralph Maesseli, who takes the place of Steve |
| 6  or the territory business development managers. | 6  Brennan on the chart on page 957. |
| 7   Q.  Territory what? | 7   Q.  How many TBDMs does Mr. Maesseli now |
| 8   A.  You can call them TBDM.  It's easier. | 8  supervise? |
| 9   Q.  Do TBDMs, are they supervised by the RBDMs? | 9   A.  He has six territories. |
| 10   A.  They are supervised by the manager -- the R | 10   Q.  Are you familiar with the names of the people |
| 11  here on this one, you see RR. | 11  that are presently occupying the TBDM positions under |
| 12       MR. TRETTER: Let me interrupt you.  You are | 12  Mr. Maesseli? |
| 13  referring to the page ending with number 7957.  The | 13   A.  I can attempt. |
| 14  RBDM on each of those, the title has been changed to | 14   Q.  Why don't you go through the chart and make |
| 15  TBDM. | 15  corrections where you know there have been changes? |
| 16       (Discussion off the record.) | 16   A.  The very first one, the name is Bill Winn, |
| 17   Q.  We were discussing the TBDMs.  So right now | 17  W-I-N-N. The second one still remains, Steve Testa. |
| 18  we have six TBDMs reporting to you, correct? | 18  The third one is open. The fourth one is -- I can't |
| 19   A.  Correct. | 19  remember his name. It's a new position, so it's just |
| 20   Q.  What do they do?  What is the responsibility | 20  been filled. |
| 21  of TBDMs? | 21   Q.  Is Mr. Close no longer in that position? |
| 22   A.  They call on -- physically call on the | 22   A.  He is no longer in that position.  He is |

| 27 | 29 |
|---|---|
| 1  accounts, the OTN accounts in the field to insure that | 1  still with the company. His new title is key account |
| 2  they help to develop the business of the office based | 2  manager. |
| 3  oncology practice, help them to get pricing for all | 3   Q.  Territory five? |
| 4  the different drugs that we distribute, and position | 4   A.  That is open. |
| 5  the different services that OTN provides. | 5   Q.  And territory six? |
| 6   Q.  Would a particular customer of OTN have more | 6   A.  That is open. |
| 7  than one TBDM assigned to them? | 7   Q.  I'm going back up to territory one. Where is |
| 8   A.  No. | 8  Ms. Kirkner presently? |
| 9   Q.  What is the territorial scope of the TBDMs? | 9   A.  She went to work for another company. I'm |
| 10   A.  They have, depending, anywhere from one to | 10  not sure where she is. |
| 11  seven states. | 11   Q.  Ms. Larkin? |
| 12   Q.  So you have five TBDMs covering the entire | 12   A.  She went to work for another company. |
| 13  region that you are responsible for? | 13   Q.  Mr. or Ms. Boyd? |
| 14   A.  Six. | 14   A.  Went to work for another company. |
| 15   Q.  What types of background and training do | 15   Q.  Is that a man or a woman? |
| 16  TBDMs have, generally? | 16   A.  A man. |
| 17   A.  They have a minimum of three years sales | 17   Q.  And Mr. Pletz? |
| 18  experience, up to 20. | 18   A.  He passed away in December. |
| 19   Q.  Are they referred to as outside sales? | 19   Q.  I bet your glad you're not manager of the |
| 20   A.  Correct. | 20  east right now. |
| 21   Q.  Do you supervise anyone other than the six | 21   A.  Yes, I am. |
| 22  TBDMs? | 22   Q.  This diagram that we have right here, we have |

Marsha Peterson

Seattle, WA

April 13, 2005

30

1   Mr. Chip Carter, manager of application --
2       A.   -- specialists.
3       Q.   What does that job entail?
4       A.   Chip Carter, the title has changed. He is
5   the eastern Lynx manager. Currently there is not a
6   western Lynx manager, so he is doing both. That's an
7   interim position. He is responsible for managing --
8   he has actually six LCDMs, so that title there is
9   LCDM, which stands for Lynx customer development
10  manager.
11      Q.   What do his responsibilities entail?
12      A.   He coaches and develops those territory
13  business managers and manages their activities within
14  Lynx accounts.
15      Q.   Are there people that are responsible for
16  selling the Lynx system?
17      A.   No, they are the technical support. They do
18  the installation of the Lynx station and the training
19  and the support.
20      Q.   The territory business managers -- TBDMs --
21  are they responsible for selling drugs?  Correct?
22      A.   Correct.

31

1       Q.   And what else?
2       A.   And services, and the Lynx machine.
3       Q.   What services does OTN sell?
4       A.   The services, okay, we have the Lynx machine,
5   but then the services would be things that help people
6   in their business, being able to position, what type
7   of payment terms someone might be on. We might have
8   different methods and they need to be able to describe
9   them to them and help them to choose what they need,
10  like on line banking or direct debit or something like
11  that, so they will go through that.
12           They will talk about the different services
13  that would help a practice conduct business. We have
14  consultants and people that we might refer to them if
15  they need help in certain areas like legislative
16  updates, knowing what is going on with Medicare and
17  that. So it's just mostly guiding them in the right
18  direction.
19      Q.   Can you give examples of consultants that
20  your salespeople might refer clients to?
21      A.   One of them is actually an employee of OTN.
22  His name is John Akscin, A-K-S-C-I-N, and he is the

32

1   vice president of government affairs with OTN.  He is
2   a leading expert in the field of office based oncology
3   in keeping abreast of the different changes to the
4   legislation, Medicare reform, and all of that, so he
5   gives talks, gives workshops and all.
6       Q.   I've seen his name on some documents.  Any
7   outside consultants?
8       A.   A company called KRJ.
9       Q.   What do they do?
10      A.   They are a billing consulting firm.  They
11  actually do billing for office based oncology, and
12  they consult practices.
13      Q.   When you say "billing," what do you mean?
14      A.   It would be billing to the payers or Medicare
15  or whomever, so they would actually process the
16  various claims for a practice.
17      Q.   Using computerized services?
18      A.   Yes, and they are just one of many in the
19  country, but they are one that we --
20      Q.   Does OTN have a financial relationship with
21  KRJ?
22      A.   No.

33

1       Q.   Do any other consultants come to mind?
2       A.   No.
3       Q.   I've seen Documentics before.  What is that?
4       A.   I do not believe Documentics exists anymore.
5       Q.   Was it formerly a consulting outfit that OTN
6   referred customers to?
7       A.   Yes, it was another one like KRJ that was out
8   there.
9       Q.   We will come back to the Lynx machine later,
10  but a brief question on that:  Does Lynx provide
11  billing software?  I'm sorry, does OTN provide billing
12  software to its customer, similar to what KRJ does?
13      A.   No.
14      Q.   Where is Mr. Pollock now?
15      A.   I don't remember where he went.  He went to
16  work for another company, and I can't remember the
17  name of it.
18      Q.   Let's turn the page to Bates numbers ending
19  7958.  I'm going to guess this has changed
20  significantly.
21      A.   Yes.
22      Q.   In fact, it has probably changed so much it's

Marsha Peterson                                                    April 13, 2005

Seattle, WA

10 (Pages 34 to 37)

34

1    not even worth going through?
2        A.  Yes.
3        Q.  Based on your prior testimony.  Right?
4        A.  Yes.
5        Q.  Turn two pages forward, please, to the page
6    Bates numbers ending 7960.  It says "strategic
7    development."  Are you familiar with this
8    organizational tree at all?
9        A.  Yes.
10       Q.  First of all, are these the same people that
11   are in these positions today?
12       A.  This does not exist.
13       Q.  What did the strategic development — do we
14   call it a unit or area?
15       A.  I don't know where it went, actually.  It's
16   not in existence anymore.
17       Q.  What did it do?  Do you know what it did?
18       A.  No.  I'm looking at this.  I mean I know what
19   the different roles did under it, but I don't know
20   what the meaning of strategic development in this
21   context is.
22       Q.  We have already discussed Mr. Akscin.  Why

35

1    don't you tell me, of the positions that you see on
2    this chart, the ones that you are familiar with and
3    what they did.
4        A.  Okay.  Steve Binder is still with the
5    company, and he works for the part of the company that
6    does all of the shipping of our product, and I'm not
7    sure what the department is called.
8            John Akscin is now the vice president of
9    government affairs, so his title has changed.
10           Steve Binder, I correct myself, Steve Binder
11   is no longer with OTN.  I was thinking of somebody
12   else.  He is no longer with OTN.  I apologize.
13       Q.  Okay.
14       A.  Mike Proctor is the gentleman that is
15   involved in the shipping of product.  He is in that
16   area.
17       Q.  When you refer to "shipping of product," what
18   are you referring to?
19       A.  We are a distribution company, and when a
20   customer orders product we ship, pick, pack and ship
21   that product to that facility, so that's what he does,
22   he oversees that.

36

1        Q.  And that includes drugs, correct?
2        A.  Correct, drugs and supplies, everything that
3    we have in our catalog.
4        Q.  Where are the warehouses located?
5        A.  In Memphis.
6        Q.  Just one?
7        A.  Yes.
8            Andy Reynold is no longer with the company,
9    and I do not know where he went.  Susan Justil works
10   for Mike Proctor, and I think she has a similar
11   position.  There are no other people on the page.
12       Q.  She is with McKesson.  Is that correct?
13       A.  I actually don't know what her title is.
14       Q.  Let's go back to the beginning of this
15   document.  The page that begins with Bates No. 7942
16   purports to discuss executive committee.  Does OTN
17   have an executive committee today?
18       A.  Yes.
19       Q.  Who are its members, if you know?
20       A.  The president is John Amos.
21       Q.  Is that A-M-O-S?
22       A.  Correct.

37

1            This is a quiz too.  Teri Case is still his
2    executive assistant.  T-E-R-I,-C-A-S-E is his
3    executive associate.
4            The VP of business development, to the best
5    of my knowledge, is still an open position, so at the
6    left where Mike Cunningham is, that is no longer Mike
7    Cunningham, that is an open position.
8        Q.  Do you know where Mike Cunningham is?
9        A.  He went to a company called National Oncology
10   Alliance.
11       Q.  Okay.
12       A.  Kathy MacDonald is no longer there.
13           Our new CFO is — I'm blanking, I can see his
14   face.  I will come back to it when I remember.
15       Q.  Do you know where Ms. MacDonald is?
16       A.  I believe she works for BMS.
17           The CIO is open.  I don't believe there is
18   anyone in that position.
19           The director of HR is Paul Larson.  The VP of
20   sales is Donald Gaddy.  The VP of marketing is Gena,
21   and there is no VP of strategic development.
22       Q.  The modifications that you just described,

Marsha Peterson                                      April 13, 2005
                        Seattle, WA

                                          11 (Pages 38 to 41)

                                          38
1   with those modifications do you believe that this
2   executive committee tree is accurate? Let me strike
3   that question.
4        MR. TRETTER: She has basically changed
5   everybody.
6        Q.  Based on the information that you gave me,
7   the change in the names, do you believe that the
8   reporting relationships are still the same? For
9   instance --
10       A.  Yes, they all report to John Amos.
11       Q.  Thank you.
12       You have never been a member of the executive
13  committee. Correct?
14       A.  No, I have not.
15       Q.  Do you know whether they have regular
16  meetings?
17       A.  I believe so.
18       Q.  Do you know whether minutes are kept of those
19  meetings?
20       A.  I have no idea.
21       Q.  Do you think that perhaps Ms. Cook will be a
22  better person for me to direct those questions to?

                                          39
1        A.  Yes.
2        Q.  Several pages in there is a chart titled
3   Information Technology Organization, Bates numbers
4   ending 7949. Does this organization still exist?
5        A.  Yes, it does.
6        Q.  Do you understand their purpose within OTN?
7        A.  Yes.
8        Q.  What is your understanding?
9        A.  That's the IT department, information
10  technology, and they support the different programs
11  and projects that are technology based within our
12  company.
13       Q.  Would that include Lynx?
14       A.  Actually I don't know the answer to that.
15  There have been quite a few changes, so I don't know.
16       Q.  The next page ending 7950 is titled Systems
17  Applications. Are you familiar with this group at
18  all?
19       A.  This is an old group. I don't believe it
20  exists today with that same name, or with the same
21  people.
22       Q.  You have no reason to interface with them?

                                          40
1        A.  I know different people within these titles,
2   and I do speak with them, but they are in different
3   positions, and I don't believe it has that title
4   anymore.
5        Q.  When you do contact the people that you know
6   on this page, for what purposes would you be
7   contacting them?
8        A.  Their support. They kind of fall under that
9   IT heading. Most of them are programers or project
10  leaders or project developers.
11       Q.  When you do speak to them, what do you speak
12  to them about? Just the general subject matter.
13       A.  Just support. It's more for programs that I
14  use within the company, so computer programs and
15  software that I'm using in my system that I need some
16  technical help on, or would like to have enhancement
17  on.
18       Q.  What kind of OTN software do you utilize in
19  your job?
20       A.  There are different types. Some of it is
21  just simply where we have one system that is a
22  database, you know, just a general database of all of

                                          41
1   our customers. We have another system that is all of
2   our -- where we put our site notes and we put service
3   issues, so it's called issue tracking, so any kind of
4   customer issues that are tracked within that
5   software.
6        Q.  Do you know what kind of software that is?
7        A.  By name?
8        Q.  Yes. Is that an off-the-shelf product?
9        A.  No, I don't believe so. It wouldn't be a
10  name -- it's an internal software product of some
11  sort.
12       Q.  What do you call it?
13       A.  Our new system, we call it CIA.
14       Q.  Is that an acronym for something else?
15       A.  It is an acronym for something, and I have no
16  idea what it is for.
17       Q.  The general database that you referenced
18  earlier, does that have a specific name?
19       A.  No. It just works behind the scenes.
20       Q.  You have described two systems. Are there
21  any others that you utilize internally?
22       A.  There is another that we called INICE,

                    Henderson Legal Services
                         (202) 220-4158

Marsha Peterson                                                            April 13, 2005
Seattle, WA

12 (Pages 42 to 45)

42

1  I-N-I-C-E. That's probably what I would call the
2  database. That's probably the name of the database.
3  There are a lot of databases within our company. Like
4  any company, it kind of all rolls up into that name.
5  That's what I see.
6      Q.  So it's a database of customers that you
7  referenced earlier would be under INICE umbrella?
8      A.  That's where I go to find the database
9  information. I don't know the name of the software
10  behind it.
11     Q.  What other types of information is available
12  through INICE?
13     A.  Customer data information. It would be what
14  a particular customer's pricing is, any kind of
15  information that we would need to track on a customer
16  for purchasing drugs or shipping drugs. It's all
17  database information.
18     Q.  Address of the customer?
19     A.  Address, what the payment term is they are
20  on, what different groups they belong to. It's all
21  database.
22     Q.  And group purchasing organizations?

43

1      A.  Group purchasing organizations, correct,
2  names, titles, addresses, account number information.
3      Q.  Any other databases that you access?
4      A.  We have one called Metreo, and that is our
5  pricing software. When I say "pricing," that is we
6  are a distribution company so we have to have prices
7  for customers for when they bid the drugs, so that's
8  how we set it up.
9      Q.  So customers can access Metreo as well?
10     A.  No, they cannot. That is our internal
11  system.
12     Q.  Who is responsible for maintaining Metreo?
13     A.  The IT department.
14     Q.  So if OTN changes the price on a particular
15  drug it would be done through Metreo?
16     A.  Metreo is how the sales force does it. There
17  is, again, software systems that support that, so that
18  would be the front end for us, that's where we would
19  go in to do it. Yes.
20     Q.  Any other databases that you utilize?
21     A.  I'm thinking. That's it, that I can think
22  of.

44

1      Q.  These three different databases that you have
2  named, do you access them through a personal computer
3  at your office?
4      A.  Yes, I do.
5      Q.  And you utilize the internet?
6      A.  Yes.
7      Q.  Do you have a home office, or a separate
8  office?
9      A.  I have a home office.
10     Q.  I think that's all the questions that I have
11  for that document.
12         (Marked Deposition Exhibit Peterson 002.)
13     Q.  Take a moment to review this document,
14  please, and when you have had a chance to, would you
15  let me know and I will ask you some specific
16  questions.
17         Let's start with a document that is the
18  territory map, a region map, I should say, and its
19  ending with Bates numbers 3105. First let me ask you,
20  for the record, Exhibit Peterson 002 are documents
21  Bates numbered BMS/AWP 001483100 to 121.
22         Could you please identify this document for

45

1  the record, Ms. Peterson?
2      A.  This document is a PowerPoint presentation
3  given at the Bristol-Myers Squibb meeting that was in
4  Seattle.
5      Q.  Was this document maintained in your files?
6      A.  Yes, it was.
7      Q.  Did you produce this document out of your
8  files?
9      A.  Yes, I did.
10     Q.  Were you at this meeting?
11     A.  Yes, I was.
12     Q.  Do you know when in 2003 it occurred?
13     A.  No. It doesn't say.
14         MR. TRETTER:  Does the cover email help at
15  all?
16         THE WITNESS:  No, that's from February. I
17  would assume it was after February. It was probably
18  in the beginning of the year sometime.
19     Q.  Let's go back to the region map then on page
20  83105. Does this map accurately reflect the regions
21  as they stand today?
22     A.  No.

**46**

1 Q. Nothing is easy.

2 A. No.

3 Q. Let's start with the states. Have the states

4 changed?

5 A. Yes.

6 Q. What has changed?

7 A. It's actually fairly easy. Kentucky is with

8 the east, and that's it.

9 Q. Let's look at the personnel in the western

10 region. What, if anything, has changed in this

11 personnel alignment?

12 A. Gena is now the VP of marketing. I'm still

13 in that position. Jim Smith is no longer with the

14 company, and that is Craig Wilson now. His title

15 isn't KAM, its groups manager.

16 The next position is open, and Joe is now on

17 a temporary assignment within OTN. Louis Chinn is no

18 longer the inside sales director, its Mitch Stewart,

19 S-T-E-W-A-R-T. We no longer have this position, the

20 AAR.

21 Q. The group manager, Mr. Wilson, what is his

22 responsibilities?

**47**

1 A. The group manager is responsible for state

2 societies that OTN has won the bid award, and he

3 manages those state societies and works with the

4 board.

5 Q. What is an example of the largest state

6 society that you work with?

7 A. SOAP, Southern Oncology Alliance of

8 Practices, I believe is what it stands for.

9 Q. Where is that headquartered?

10 A. I don't think there is an actual headquarters

11 of it. There are board members. It represents the

12 southern states.

13 Q. That's a GPO, correct?

14 A. It's a GPO — GPO/state society. That's

15 correct.

16 Q. Let's go to the eastern region and briefly

17 run through this. Mr. Gaddy is —

18 A. — VP of sales now.

19 Q. VP of sales.

20 A. Steve Brennan is key account manager, and in

21 his place is Ralph Maesseli.

22 Q. Did they switch positions?

**48**

1 A. Kind of.

2 Let's see, Chip Carter is still in that

3 position. Mitch Stewart is in that position, but he

4 is not just the east, it's east and west. The AAR

5 position does not exist.

6 Q. I will not make you do this again for the

7 prior page. I think we have already discussed it.

8 A. What page number?

9 Q. 83104.

10 A. Okay.

11 Q. I think that's all the questions that I have

12 on that one for now.

13 (Marked Deposition Exhibit Peterson 003.)

14 Q. For the record, the document marked as

15 Exhibit Peterson 003 is Bates numbered BMS/AWP

16 001487916. Do you recognize this document?

17 A. Yes.

18 Q. Can you please identify it for us?

19 A. It doesn't have a date on it, so I don't know

20 when it is from, actually, but it is an explanation of

21 the rules and responsibilities of the regional

22 business development manager application specialist,

**49**

1 account representative, and Lynx customer service

2 representative.

3 Q. Is this a document that you prepared?

4 A. Yes — well, I didn't actually do it, I

5 didn't prepare it. I did write it.

6 Q. That's what I was actually asking.

7 Is this a document that was maintained in

8 your files as an OTN employee?

9 A. Yes.

10 Q. Did you produce this out of your files?

11 A. Yes.

12 Q. If you didn't prepare it, do you know who

13 did?

14 A. No.

15 Q. Does it accurately reflect your

16 responsibilities when you were a regional business

17 development manager?

18 A. Yes.

19 Q. RBDM.

20 A. Yes.

21 Q. Just so I have this in mind, you were a RBDM

22 for two years?

**50**

1   A.  Correct.
2   Q.  What time period?
3   A.  When I started with the company, which was in
4   September of 1999 until late 2000/beginning of 2001,
5   so maybe a little over a year, a year and a half.
6   Q.  The first bullet item under RBDM is
7   "Responsible for driving profitable revenue in
8   territory accounts."
9        Can you give a more detailed description of
10  what that entails, please?
11  A.  Yes.  When we are talking about profitable
12  revenue we are talking about OTN's profitable revenue,
13  so we would look at a territory account individually
14  to make sure it was profitable for OTN to do business
15  with that particular account, and then it would also
16  be the responsibility to look and make sure that the
17  overall profitability of the territory remained
18  intact, so in other words making good business
19  decisions when selling to customers.
20  Q.  And you are trying to get the customers to
21  sign up with OTN as their distributor, correct?
22  A.  The word "sign up"?

**51**

1   Q.  What is it that you want a customer to do?
2   A.  We would like them to purchase their products
3   through OTN.
4   Q.  And you would hope that they would purchase
5   as many products as they can, correct?
6   A.  Correct.
7   Q.  And use OTN systems like Lynx as well?
8   A.  Yes.
9   Q.  Do you charge for Lynx?  Does OTN charge
10  customers for Lynx?
11  A.  There is a contract for Lynx, and it is up to
12  the customer within the contract how they want to do
13  it.  If there is a charge for the system, and then
14  within the contract it states if they share
15  information within the system, a fair market exchange
16  of data, that they can get the system at no charge, so
17  it's a fair exchange of information for that 880, so
18  we have some that purchase it and some that don't.
19  Q.  This would be utilization data?
20  A.  Yes.
21  Q.  Data that OTN would want to use for purposes
22  of marketing analysis?

**52**

1   A.  It's the data that is entered into the Lynx,
2   so its demographic information and utilization
3   information, so that is taken through the phone lines
4   into a central database where it is collected as
5   aggregated data, and that data can then be turned
6   around as information, be sold on behalf of the
7   customer base, so that's — well, I don't know —
8        MR. TRETTER:  In compliance with HIPAA.
9        THE WITNESS:  Our contract is very, very
10  strong, very HIPAA compliant.  There it is completely
11  devoid of patient identification.
12  Q.  Bullet point number 2, "Responsible for
13  creating A business plan to drive profitable revenue
14  and drive OTN differentiation."
15       What does OTN differentiation mean?
16  A.  That is how we state — in the industry you
17  want to make sure you differentiate yourself from the
18  competition, so that is what that is, what are the
19  different things that we, as company, or as a
20  representative would do that would make them want to
21  buy from us versus our competition.
22  Q.  How do you see OTN differentiate itself from

**53**

1   it's competition in that respect?
2   A.  I would say that the majority of the
3   differentiation comes from the different services that
4   we provide, whether it is with our Lynx system
5   services, we do a lot of training and education, a lot
6   of support of our customers.  Our representatives are
7   there:  We listen to what is going on with the
8   practice and help identify the needs of the practice
9   and fulfill those requests.  So a lot of it is
10  personnel issues.  It has to do with people.  People
11  buy from people.
12  Q.  Did you create a business plan when you were
13  an RBDM?
14  A.  Yes, I did.
15  Q.  How often would you do that?
16  A.  Annually.
17  Q.  Who would you report to?
18  A.  My boss.
19  Q.  The sales manager?
20  A.  The director of sales.
21  Q.  The third bullet, "Responsible for selling
22  the Lynx system," —go ahead and read it.

Marsha Peterson

Seattle, WA

April 13, 2005

15 (Pages 54 to 57)

54

1    A.  "Responsible for selling the Lynx system
2    where it benefits a customer and OTN is the only team
3    member to receive a signed contract.  Must have a
4    thorough understanding of the benefits of the Lynx
5    system and the machine components."
6        Q.  What does "the only member to receive a
7    signed contract" mean? :
8        A.  What that means is the original business
9    development manager is the team lead, and when it
10   comes time to work with customers to identify whether
11   they are an appropriate fit to receive the Lynx
12   machine and somebody that would be a good fit for it,
13   they are the one that actually gets the contract,
14   takes it to the customer, gets them to sign it and
15   brings it back to OTN.
16       Q.  Read the fourth bullet.
17       A.  "Responsible for territory business
18   analysis.  Can analyze data to understand territory
19   business opportunities."
20       Q.  What does "territory business analysis" mean?
21       A.  What that means is we have -- from our
22   database we get spreadsheet reports that show within a

55

1    territory all of the customers that would be in a
2    particular territory, how much they currently buy from
3    OTN, and then identify what their potential is.  So we
4    are looking for business opportunities within a
5    territory.  You are looking for ways to grow your
6    business.  It's just analysis of numbers and territory
7    statistics.
8        MR. TRETTER:  Can I interrupt?  Is anybody on
9    the phone?
10       (Discussion off the record.)
11       Q.  Could you please read bullet number 5?
12       A.  "Strong understanding of pricing and
13   comparative competitive pricing offers.  Can push back
14   with the customers to have them understand dead net
15   pricing."
16       Q.  What does that mean, that latter part?
17       A.  What that means is that when you work with a
18   particular customer they will get a price list from
19   us, so they will get a price, and then they also have
20   terms.  So what "terms" mean is when do you pay your
21   bill, so they can pay it right away, pay it in 30
22   days, in 45 days.  We have different terms to which

56

1    they can pay, and depending on when they pay, it
2    depends on how much their actual price is.
3        So for instance, if somebody pays in 30 days
4    they may have a 1 percent discount on their pricing.
5    So that is helping them to understand what the actual
6    price they pay is.
7        Does that help?
8        Q.  It sure does.
9        Comparative competitive pricing offers, what
10   does that refer to?
11       A.  When we are either going after incremental
12   new business or trying to maintain existing business,
13   competitors come in and give offers to accounts or we
14   are the one that is coming in and we want to gain new
15   business.  The representative needs to understand the
16   pricing offered by the competition so that they can
17   position that with the customer, again understanding
18   what has been offered and helping them to understand
19   the dead net pricing, again, to make sure it's an
20   apples to apples comparison.
21       Q.  Who are OTN's competitors?
22       A.  Oncology Supply, Florida Infusion, Cardinal,

57

1    U.S. Oncology.  Some of the players have changed,
2    that's why I'm thinking.  Those are the main ones.
3        Q.  And they are distributors of drugs?
4        A.  Yes, they are specialty oncology
5    distributors.
6        Cardinal is actually a lot larger than that.
7    They used to have a specialty oncology division, and
8    they have rolled it up and called it Cardinal now.
9        Q.  It used to be NSS?
10       A.  Yes, NSS.
11       Q.  Please read bullet number 6.
12       A.  "Must be able to sell value versus price.
13   Must be able to sell the value of OTN and all
14   services.  Must be able to sell it competitively."
15       Q.  Could you describe in particular what it
16   means to sell value versus price?
17       A.  What that means is one of the things I really
18   emphasize with them is, again, people buy from people,
19   and that on a sales call we don't want them to spend
20   the majority of their time talking about drug
21   pricing.  We would prefer them spending more time
22   talking about customer needs and services that we

Marsha Peterson

Seattle, WA

April 13, 2005

16 (Pages 58 to 61)

58

1 might have, and things like that instead of always
2 talking about pricing. So selling the value. If you
3 identify a need, then you give the person some type of
4 value back.
5 Q. Be useful, in other words? Correct?
6 A. Correct.
7 Q. Bullet number 7, why don't you read that?
8 A. "Responsible for excellent teamwork with
9 territory team with excellent follow up on all
10 requests and agreed upon action items."
11 Q. I don't have any further questions on that
12 bullet.
13 The other position that is described here,
14 one of them is application specialist. Are you
15 familiar with that position?
16 A. Yes.
17 Q. Who is in that position now in your region?
18 A. That is actually no longer called an
19 application specialist, that's an LCDM.
20 Q. Who is that, again?
21 A. There are 12 LCDMs that actually mirror the
22 territory business development -- the TBDM.

59

1 Q. There are six in each region?
2 A. Correct, six in each region, so 12 total
3 LCDMs.
4 Q. Let me back up. The description of the
5 responsibilities for the RBDMs, are these
6 responsibilities now the same for the TBDMs?
7 A. Correct.
8 Q. The same question for the bullet point under
9 application specialist. To your knowledge are these
10 responsibilities still the responsibilities of the
11 LCDMs?
12 A. Yes.
13 Q. The account representative position that is
14 referenced here, that no longer exists, correct?
15 A. No, that does exist. That would be the
16 inside salesperson, but they are called account
17 representatives still.
18 Q. Are these responsibilities, to the best of
19 your knowledge, still the responsibilities of the
20 account representative?
21 A. Yes.
22 Q. And then the Lynx customer service

60

1 representative/customer service representative, is
2 that position still in effect at OTN?
3 A. Actually it's divided out. There are several
4 different ones now. There is a customer service
5 representative that still exists, and there is a Lynx
6 customer service rep that still exists, but this one
7 implies that it's the same position, and now they are
8 separated out.
9 Q. What are the responsibilities, to your
10 knowledge, of the Lynx customer service representative
11 now?
12 A. They actually take inbound technical calls
13 from our Lynx customers with technical questions
14 regarding either the operation or management of the
15 Lynx machine, so they are the technical support
16 people, and they also make outbound calls if there is
17 any service upgrades or any kind of information that
18 they need to pass on to their customers. They do have
19 a mirrored territory to the TBDM and AR. There are 12
20 of them.
21 Q. The same question for customer service
22 representative. What are the customer service

61

1 representative responsibilities?
2 A. Bullet number 1 and bullet number 3 under the
3 Lynx customer service rep.
4 Q. Are there 12 of them?
5 A. There are 12 of them.
6 Q. Does a customer of OTN have assigned to it a
7 TBDM?
8 A. Yes.
9 Q. An LCDM?
10 A. Yes.
11 Q. An account representative?
12 A. Yes.
13 Q. A Lynx customer service representative?
14 A. Yes.
15 Q. And a customer service representative?
16 A. Yes.
17 Q. So there would be five OTN front line
18 employees assigned to a customer. Is that generally
19 an accurate statement?
20 A. Yes.
21 Q. Anyone else?
22 A. I believe there is also another, like a third

Marsha Peterson

Seattle, WA

April 13, 2005

17 (Pages 62 to 65)

62

1  level, I'm not sure what the title is.  There is the
2  Lynx customer service rep and the customer service
3  rep.  There is also like a customer service
4  specialist, so there is another person on that team
5  there, so there are like three.  They are under a
6  title, kind of the heading of customer care.
7      Q.  What do they do?
8      A.  The customer care team is the Lynx customer
9  service rep, the customer service rep, and then there
10 is a customer service specialist, which isn't there.
11 It isn't on this document, 7917, it is not listed on
12 this document.
13     Q.  Are there 12 of those?
14     A.  I don't know the answer to that.
15     Q.  How does the customer service specialist's
16 role differ from the customer service representative?
17     A.  The specialist in the title is they actually
18 deal with specific issues and getting issues to
19 resolution.  So if a customer service -- a Lynx
20 customer service rep has an issue that they can't
21 resolve immediately, then its stepped up to the
22 specialist who then will work with that particular

63

1  issue. It's just a higher level.
2      Q.  Do the larger customers of OTN also have a
3  key account person assigned to them in addition to the
4  positions that are reflected on this document?
5      A.  Yes.
6      Q.  What is that position?
7      A.  Key account manager.
8      Q.  How do you become a key account?
9      A.  How do you become a key account?  We define a
10 key account as accounts that have purchasing potential
11 of 15 million a year or greater.
12     Q.  Are you familiar with the key accounts in
13 your region, the names?
14     A.  Most of them.
15     Q.  Can you give me some examples, please?
16     A.  In my region, Fox Valley.
17     Q.  Is that in Wisconsin?
18     A.  Yes.
19         Redwood Regional Oncology Associates.
20     Q.  Is there one in the state of Washington?
21     A.  Western Washington Oncology.
22     Q.  Is that in Olympia?

64

1      A.  Yes.
2      Q.  Is there one in Oregon?
3      A.  Oregon Hematology Oncology.
4      Q.  Is that in Portland?
5      A.  Correct.
6      Q.  What are the responsibilities of a key
7  account manager?
8      A.  A key account manager's responsibilities are
9  maintaining existing key accounts, and then also
10 attaining incremental key accounts.
11     Q.  New ones?
12     A.  Correct.
13     Q.  Does the key account manager work with the
14 TBDM?
15     A.  Yes.
16     Q.  Are you ultimately responsible in your region
17 for all the people listed on this exhibit in addition
18 to the key account manager?
19     A.  No.
20     Q.  They have different reporting lines?
21     A.  Yes.
22         (Recess.)

65

1      Q.  Are you familiar, Ms. Peterson, with the
2  board of advisers?
3          MR. TRETTER:  The advisory board?
4      Q.  Yes.
5      A.  Yes.
6      Q.  Of their existence?
7      A.  Yes.
8      Q.  Is it called the advisory board or committee?
9      A.  Advisory board.
10     Q.  How often do they meet?
11     A.  Physically?  They meet annually.
12         MR. KUSHNER:  Can you describe the name -- the
13 full name of the board that you are talking about.
14     Q.  When you say "advisory board," what do you
15 mean?
16     A.  Well, the customer advisory board.  We have
17 different advisory boards.
18     Q.  One is called customer advisory board?
19     A.  Uh-huh.
20         MR. TRETTER:  Say yes or no.
21         THE WITNESS:  Yes.
22     Q.  What are the other ones that you are aware

66

1   of?
2       A.  Lynx advisory board.
3       Q.  And the other advisory board?
4       A.  That's it.
5       Q.  What is the Lynx advisory board?
6       A.  It's a group of customers that have Lynx that
7   come together and meet with OTN to discuss Lynx
8   issues. They act in an advisory capacity.
9       Q.  Are examples of their discussions what they
10  like about it, what they don't like about it, what
11  they would like you to do?
12      A.  Yes, and it just depends on each time -- it
13  has to do with new things that we are bringing out for
14  the Lynx machine and what their feelings are toward
15  it, so they advise us on how we are doing.
16      Q.  How does one become a member of a Lynx
17  advisory board?
18      A.  Invitation by OTN.
19      Q.  Do they tend to invite the larger customers?
20      A.  Not necessarily.
21      Q.  The customer advisory board, you said --
22  first of all, the Lynx advisory board, how often do

67

1   they meet?
2       A.  Once a year.
3       Q.  Physically?
4       A.  Uh-huh.
5       Q.  Are there telephone --
6       A.  Yes, yes.
7       Q.  You have to answer out loud.
8           Do they meet telephonically?
9       A.  Yes.
10      Q.  How often does that happen?
11      A.  I believe quarterly.
12      Q.  The same question for the customer advisory
13  board, do they meet telephonically?
14      A.  Yes.
15      Q.  How often?
16      A.  Quarterly.
17      Q.  Do you attend the meetings of either of these
18  two boards?
19      A.  I have attended the customer advisory board,
20  and I have not attended the Lynx advisory board.
21      Q.  How does one become a member of a customer
22  advisory board?

68

1       A.  OTN invitation.
2       Q.  Approximately how many people serve on the
3   customer advisory board?
4       A.  I believe 12 to 15.
5       Q.  The same question for Lynx advisory board.
6       A.  12 to 15.
7       Q.  Does membership change from year to year?
8       A.  Yes, it can.
9       Q.  I have a document that relates to some sort
10  of advisory committee meeting. I will let you
11  characterize it after we mark it.
12          (Marked Deposition Exhibit Peterson 004.)
13          THE WITNESS:  Actually when I told you it was
14  customer advisory board, it's actually practice
15  administrators advisory board.
16          MR. MATT:  Thanks for the clarification.
17          MR. TRETTER:  Do you have the name of the
18  CFO?
19          THE WITNESS:  Yes, I remember the name of the
20  CFO. Its Jim Marconi, from the previous document.
21      Q.  The court reporter has marked Exhibit
22  Peterson 004, a document numbered BMS/AWP 0011116482

69

1   to 6493. Could you please identify this document for
2   the record?
3           MR. TRETTER:  First of all, it looks like a
4   couple of documents. Is there an email and an
5   attachment?
6       Q.  This is I believe the way it was produced,
7   Ms. Peterson. If you could page through it and tell
8   me whether this attachment belongs with the cover
9   email, that would be helpful.
10      A.  This is an email from Sandy McMahon, page 1,
11  and on the attachments it says "meeting summary," and
12  the second page doesn't look like it belongs to the
13  meeting summary -- well, yes, it must be. It doesn't
14  say page 1. I don't see page 1, but if you notice page
15  3 goes two, three, four, so that's all the meeting
16  summary document, it's just there is no page 1 on
17  this, so I don't necessarily know that it goes with
18  this because I don't see a page 1. But it is titled
19  Practice Administrative Advisory Board Committee
20  Meeting.
21      Q.  Is this a document that you maintain in your
22  files as part of your employ with OTN?

Marsha Peterson                                              April 13, 2005
                        Seattle, WA

70

1    A. Yes.
2    Q. And this was produced from your files.
3  Correct?
4    A. Yes.
5    Q. You were a recipient of the email. Correct?
6  I see your name on the "to" line there?
7    A. Yes.
8    Q. If we turn to the next page it looks like you
9  are listed as a representative who attended the
10  meeting in Cancun, Mexico. Is that correct?
11    A. Yes, I did.
12       MR. TRETTER: Let the record reflect that it
13  was August.
14       THE WITNESS: August 2002.
15    Q. I have a question about page number 8. In the
16  first box there is a reference to additional
17  benchmarking capability.
18    A. Yes.
19    Q. I've seen the word "benchmarking" used in a
20  couple of documents before. What does that mean to
21  you, if anything?
22       MR. TRETTER: I would suggest that you read

71

1  the document, to get some context.
2       THE WITNESS: Its under the heading Existing
3  Product Service Enhancement, and it's talking about
4  build on reports. This document was not produced by
5  me, so --
6    Q. Created, you mean?
7    A. It was not created by me. I would be having
8  to deduce what it would say, so is that what you want
9  me to do?
10    Q. Yes, based on your experience.
11    A. Okay. Build on reports, we have reports that
12  we have on our web site for customers, so that would
13  be reports, customer reports. When we talk about
14  benchmarking, benchmarking is when an account takes
15  information for their particular account and compares
16  it to what is going on in a region or nation, so it
17  has to do with data benchmarking or information
18  benchmarking.
19    Q. Who is responsible, if you know, at OTN for
20  making summaries of the practice -- let me back up --
21  practice administrators advisory committee meetings?
22    A. So who created this document?

72

1    Q. Yes. Would it have been Sandy McMahon?
2    A. The email is from Sandy McMahon, but I don't
3  know that Sandy McMahon actually created the
4  document. I can't tell.
5    Q. So you are not familiar with whose
6  responsibility it is to do this?
7    A. No, I am not.
8    Q. That's all the questions that I have on that.
9       Other than the executive committee that we
10  discussed earlier, are there any other management
11  committees that you are aware of that exist at OTN?
12    A. Management committees?
13    Q. Yes.
14    A. No.
15    Q. So you are not a member of any sort of
16  internal OTN committee?
17    A. Explain that. I don't understand.
18    Q. It's a purposefully general question.
19       You have your role in your job, but are you
20  also a member of any working committees within OTN on
21  topics, anything of that nature?
22    A. At various times I'm on projects, so that

73

1  would probably be a committee. It rotates. It's not
2  like something that's standard.
3    Q. Is that an ad hoc, project by project type
4  committee you are referring to?
5    A. Yes.
6    Q. Could you give an example or two?
7    A. A project might be like identifying targets
8  for a particular program, so if marketing comes up
9  with a program, then they would involve the sales
10  management team, which I would be a part of, to sit on
11  the committee to make sure that they are going in the
12  right direction, so we would be giving input on that.
13  That's an example of a committee.
14    Q. So there is no committee that is in existence
15  permanently that you are aware of?
16    A. A standing committee, no, there is not.
17       MR. TRETTER: A standing committee?
18       THE WITNESS: A standing committee. No.
19    Q. What types of documents do you create and
20  provide to your manager in your role in your present
21  position?
22    A. Currently there are no standard documents

Marsha Peterson

April 13, 2005

Seattle, WA

20 (Pages 74 to 77)

74

1  that I prepare for them. There are no standard
2  documents.
3      Q.  What is the nature of the reporting
4  relationship? How do you communicate generally, and
5  on what topics?
6      A.  With my one manager, Donald Gaddy?
7      Q.  Correct.
8      A.  We have phone communication. It's usually of
9  varying topics. You referred to ad hoc, or as the
10  need arises, we have phone conversations. We
11  occasionally will have a meeting, physical meeting
12  where the sales management team gets together.
13      Q.  You say "sales management team." Who are you
14  referring to?
15      A.  The sales management team would be Ralph
16  Maesseli, the person who has the job opposite of mine,
17  and the Lynx manager, the key account managers, and
18  the groups manager and the inside director.
19      Q.  And you would all be meeting with Mr. Gaddy?
20      A.  Correct, yes.
21      Q.  Is that the way it worked before Mr. Gaddy
22  was in that position?

75

1      A.  Yes.
2      Q.  Do you communicate via email in addition to
3  the phone?
4      A.  Yes.
5      Q.  The email system itself, is it an OTN system
6  or a BMS system?
7      A.  It is an OTN system currently.
8      Q.  What is your email address?
9      A.  Marsha, M-A-R-S-H-A.Peterson at OTNNET.com.
10      Q.  Is that extension OTNNET.com attached to the
11  email addresses of all OTN employees?
12      A.  Yes.
13      Q.  Describe the nature of the reporting
14  relationship from the TBDMs to you.
15      A.  They communicate with me via phone and email
16  regarding day in and day out issues.
17      Q.  Is that frequently related to specific
18  accounts?
19      A.  Account specific information and issues,
20  personnel issues. I am there one up manager, so
21  vacation requests, sick time, basic management
22  functions. Then I also have approval authority, when

76

1  it comes to the Lynx contract. Remember I told you
2  they do the Lynx contracts. I have approval over
3  that, and approval of different pricing, so if they
4  need to give specific pricing I have approval over
5  some of those areas.
6      Q.  They need your approval?
7      A.  Yes.
8          And then coaching and developing and training
9  is what I do for them.
10      Q.  Other than email, are there other electronic
11  means with which the TBDMs communicate with you?
12      MR. TRETTER: Besides telephonic?
13      Q.  Yes.
14      A.  Yes, through CIA they create site notes,
15  which are sent to me, so its through that CIA, so
16  that's electronic. They create their site notes now
17  in CIA.
18      Q.  Are they required to create a site note every
19  time they visit a client?
20      A.  Yes.
21      Q.  Are they required to provide you with
22  specific information about that meeting?

77

1      A.  A site note is a document where they will
2  have meeting notes, so it's a historical document
3  regarding what happened during the meeting. They will
4  have specific objectives, and then they will say
5  whether they were able to attain those objectives,
6  action items.
7      Q.  Is there specific information that they are
8  required, as your manager, you require them to put in
9  the call note?
10      A.  The attendees that were at the meeting, so
11  the name and title of the different customer or OTN
12  reps that were there, they are required to put that
13  in, and they are required to write a general
14  description of the meeting, and then also there is a
15  section where they can put down -- we have different
16  programs within OTN where they can actually select
17  which programs they talked about, so they are required
18  to fill that out.
19          Then if there are any action items, or in
20  other words the customer has questions that need to be
21  answered, then they have a section where they actually
22  enter those actions, or we call them tasks.

Marsha Peterson

Seattle, WA

April 13, 2005

78

1    Q. Is that a flag for someone else to follow?
2    A. Yes. A lot of times it will be assigned to
3    another person within OTN to get an answer back to
4    them. They are the actual owner of it and will
5    respond back to the customer, but they will use that
6    system to track it.
7    Q. And they are not required to list everything
8    that was discussed in the meeting. Correct?
9    A. No.
10   Q. You would be reading call notes full time if
11   they did. Right?
12   A. Yes.
13       No, they aren't. The highlights of the
14   discussion is what I want.
15   Q. In practice do they only list the highlights?
16   A. Pardon me?
17   Q. In practice do they only generally list the
18   highlights?
19   A. Yes.
20   Q. Do we call it the CIA database? Is that the
21   lexicon that I should use?
22   A. It's a reporting system, it's not actually a

79

1    database. It's like a call reporting system and issue
2    tracking.
3    Q. How long are the site notes maintained in
4    that system?
5    A. It is, as I stated before, it is a new system
6    that we started using in 2004, so it will be
7    historical from that point forward.
8    Q. Was there a system in place prior to the
9    initiation of this new system in 2004?
10   A. For the TBDMs there was not. They kept their
11   call notes on a Word document, and that Word document
12   was sent electronically to a set of people, including
13   their team and manager.
14   Q. Was it sent as an attachment to an email?
15   A. Yes.
16   Q. Did they create the document on their
17   personal computer?
18   A. There is a template, and then they would add
19   to the top of it, so after each call they had they
20   would add to the top of that the next call, and
21   update. So it was one single document that they kept
22   adding to, one single Word document.

80

1    Q. Is it similar in format to the site notes
2    that are presently used on the CIA system?
3    A. Similar, yes. Obviously since it's a Word
4    document they are a little more free text.
5    Q. So when you were a TBDM you would complete
6    this Word document?
7    A. Correct.
8    Q. And then provide it to your manager?
9    A. Yes.
10   Q. After each sales call?
11   A. Yes.
12   Q. When you were a TBDM did you maintain copies
13   of all of your notes?
14   A. Yes.
15   Q. In your role as manager do you maintain
16   copies of all the notes that are provided to you?
17   A. As best I can.
18   Q. Are the TBDMs instructed to maintain copies
19   of their call notes?
20   A. Yes. Electronic copies.
21   Q. So would a TBDM have an electronic copy of
22   call notes done before the institution of the new

81

1    system in 2004?
2       MR. TRETTER: Can I have the question back
3    again?
4    Q. Do you understand that question?
5    A. It needs some clarification.
6    Q. I will rephrase it.
7       Before the institution of the new system CIA
8    that uses Word files, and what I'm asking is: Do they
9    still maintain an electronic version of that Word
10   document to this day?
11   A. Yes. Yes, they do. Of the old prior to CIA
12   is what you are saying?
13   Q. Correct.
14   A. Yes.
15   Q. Then I'm going to ask the same question of
16   you as their manager.
17   A. Okay.
18   Q. Do you keep electronic copies of those call
19   notes that are in that prior format?
20   A. Yes, I still have them.
21   Q. I have some general sales and marketing
22   questions for you.

Marsha Peterson                                                          April 13, 2005
                              Seattle, WA

22 (Pages 82 to 85)

**82**

1        Does OTN utilize marketing plans?
2     A.   Yes.  A marketing plan, you mean within the
3   marketing department?
4     Q.   Correct.
5     A.   Yes.
6     Q.   How would you characterize those plans in
7   terms of how they are produced?  Are they, for
8   example, Word files, or PowerPoint?
9     A.   Since I don't create the marketing plans I
10   can't actually say how — I mean it varies.  It has
11·   varied over time, so it depends on who was in the
12   marketing department, how they maintained those.  I'm
13   not exactly sure I'm answering that correctly.
14     Q.   You are.
15        Can you give us some examples of marketing
16   plans that you've seen?
17     A.   Yes.  Well, like at a sales meeting we will
18   ·get PowerPoint presentations that explain what the ·
19   different programs are, which would be under the plan,
20   so programs and products that we are focusing on.  So
21   in a PowerPoint occasionally there will be·some Word
22   documents explaining a particular program that we are

**83**

1   working on.
2     Q.   Who have you worked with in marketing, the
3   names of people?
4     A.   Well, currently Gena, Jeff Doherty,
5   D-O-H-E-R-T-Y, Stan Ades, A-D-E-S. Those are the main
6   people I work with in marketing currently.
7     Q.   Who is Mr. Doherty?
8     A.   He is a product manager.
9     Q.   The same question for Mr. Ades.
10     A.   The same.
11     Q.   In the past have there been other personnel
12   in marketing?
13     A.   Yes.
14     Q.   Can you give me some names, please?
15     A.   Jennifer Dolan, she was the director, Nancy
16   Nazmi.
17     Q.   Was Sandy McMahon one?
18     A.   Yes, Sandy McMahon.  That was quite awhile
19   ago.
20        Rob Dubman, he was also quite a while ago,
21   several years ago.
22        Regina, but I don't work with her very much,

**84**

1   she is more on the Lynx side.  Those are the main
2   people.  Naomi Guiterrez, and she is no longer in that
3   department.
4     Q.   You mentioned PowerPoint presentations at
5   sales meetings.
6     A.   Yes.
7     Q.   Other than PowerPoint presentations at sales
8   meetings, are there other methods by which the
9   marketing department communicates marketing?
10     A.   Yes, there are some Word documents where they
11   would explain a program, and then there is also
12   marketing material, which any sales organization would
13   have.
14     Q.   When you refer to "marketing material" you
15   are talking about materials that are provided to
16   clients?
17     A.   Brochures.  Correct.
18     Q.   Word documents and PowerPoint, would they be
19   primarily for internal use?
20     A.   The PowerPoints, yes, for internal use.
21   Occasionally we will have some PowerPoint presentation
22   material that they will put together for the sales

**85**

1   force.
2     Q.   For the sales force to use with clients?
3     A.   Correct.
4        We have a few CDs which we will have as
5   training CDs, so if we have a program that requires
6   some training by a sales rep we might put it on a CD.
7     Q.   When you say "training CDs, " are you
8   referring to CDs that are meant for the sales force to
9   review?
10     A.   Its meant four the sales rep to put on their
11   computer so they can train a customer on how to use a
12   particular product.
13     Q.   Can you give me examples of products that you
14   just referred to?
15     A.   Yes.  The most recent one would be the on
16   line banking, which is a method for our customers to
17   pay their bills.
18     Q.   Do you have training CDs to use Lynx?
19     A.   No, not currently.
20     Q.   In the past did you?
21     A.   I'm trying to think.  Yes, we had one.
22     Q.   Do you know what it entailed?

Marsha Peterson

Seattle, WA

April 13, 2005

23 (Pages 86 to 89)

86

1    A.  It was like a demo, so it just gave screen
2    shots of the computer software so we could walk a
3    customer through how they would actually add and
4    remove a drug from the machine.
5    Q.  The screen shots that you referenced, did
6    they include price reports?
7    A.  No.  That particular demo was literally how
8    to use the machine.  So when you would go up to it, it
9    would say this is your first screen that you need to
10   do, and this is how you go and add a drug and remove a
11   drug, so it was all operational, simply operational.
12   Q.  It didn't give examples of all the various
13   reporting capabilities?
14   A.  No, not on that one.  The documentation ·
15   before that, the examples were in marketing hard copy,
16   like brochures would be where that would have been.
17   We could have had a few PDF files, so a PDF file
18   might be something that we had a hard copy of.  We
19   might have it in PDF as well.
20   Q.  Other than the training CDs that you just
21   mentioned, is there any other software that the TBDMs
22   would use with customers in terms of a demonstration

88

1    Q.  Yes.
2    A.  No, there is not.
3    Q.  Are there formal guidelines, ethical or
4    otherwise, that the TBDMs are given and are expected
5    to abide by?
6    A.  I see what you are saying.  Yes, the OIG
7    guidelines, we very much follow the OIG guidelines.
8    Obviously there is HIPAA, so we all have to sign off
9    and make sure that we keep within the guidelines of
10   HIPAA.
11   Depending on where you are, I mean obviously
12   if you are in a practices facility you have to abide
13   by whatever guidelines the facility has.  If you are
14   in a facility there are certain guidelines the
15   facility might have, and our representatives need to
16   follow whatever guidelines the facility would have.
17   We do have a code of conduct that we follow,
18   and there is a document that shows what our code of
19   conduct is, which just basically says that we follow
20   OIG guidelines, and we have ethical behavior.
21   Q.  How are these guidelines that you have just
22   discussed communicated to the sales force?

87

1    environment?
2    A.  No, no.
3    I should clarify too, that a lot of that
4    stuff is current.  Things change all the time.  So
5    currently what we have is that on line banking CD, and
6    that's currently the only training thing we have for a
7    TBDM.
8    Q.  How about in the past?  Have the TBDMs
9    utilized any other sort of demonstration software?
10   A.  The only things that we ever really had were
11   the ones that I mentioned, were the Lynx one, and then
12   training, and that's it.
13   Q.  How are sales policies communicated through
14   the organization?
15   A.  Maybe you could explain to me what you mean
16   by "sales policies."
17   Q.  Do you have guidelines that TBDMs are
18   supposed to follow when they are on sales calls, like
19   formal guidelines?
20   A.  I'm not exactly sure if I know what you mean
21   by that, by "sales policies."  Like is there a policy
22   and procedure manual?

89

1    A.  There is an actual document.  Sometimes its
2    in our PowerPoint presentations, but there is a Word
3    document that spells out what our code of conduct is.
4    Q.  Do you know if you produced that?
5    A.  I don't know.  It is on my computer.
6    (Discussion off the record.)
7    Q.  I have a follow-up question in mind on the
8    former guidelines.  Are there any rules pertaining to
9    — are the sales reps not allowed to show certain
10   information to clients?  That's a very general
11   question.
12   MR. TRETTER:  I will have to object to the
13   form.
14   Q.  Are there any guidelines that are given to
15   the TBDMs that they are not supposed to show certain
16   information, other than what's contained in the OIG
17   guidelines?
18   A.  Specific to what?
19   Q.  Anything.
20   A.  I'm not sure what documents you are talking
21   about.
22   Q.  Neither am I. The question is purposefully

Marsha Peterson

Seattle, WA

April 13, 2005

24 (Pages 90 to 93)

---

90

1　open.
2　　　　MR. TRETTER: Pornography? Child pornography
3　would be bad.
4　　　Q.　Are there any written policies that say you
5　are not supposed to show certain things to clients?
6　　　A.　The way to respond to that is if there is a
7　document that we should not show a client, it usually
8　will say "for internal purposes only." If we have OIG
9　guidelines, that's general. So internal documents are
10　internal documents.
11　　　Q.　So if it says "for internal purposes only"
12　the salesperson is not supposed to share it with a
13　customer?
14　　　A.　Right.
15　　　Q.　As a matter of practice do you know whether
16　salespeople do show documents that are titled for
17　internal purposes only to clients?
18　　　A.　I believe they do not.
19　　　Q.　Did you ever when you were a RBDM?
20　　　A.　No, no.
21　　　　(Marked Deposition Exhibit Peterson 005.)
22　　　Q.　Could you please identify for the record

---

91

1　Exhibit Peterson 006?
2　　　A.　It says on the top United States District
3　Court, District of Oregon, subpoena in a civil case.
4　　　Q.　Have you seen this before?
5　　　A.　No, I have not.
6　　　Q.　Can you please identify Exhibit Peterson 005
7　for the record?
8　　　A.　United States District Court for the District
9　of Massachusetts.
10　　　　MR. TRETTER: Did you mean to give her our
11　response?
12　　　　MR. MATT: Yes.
13　　　Q.　Let me help you. This is the Response to
14　Defendant Bristol-Myers Squibb Oncology Therapeutics
15　and Apothecon, Inc. to Plaintiff's Request for
16　Documents to be Produced by Marsha Peterson.
17　　　　Have you seen this document before?
18　　　A.　No, this doesn't look the same.
19　　　　MR. TRETTER: The witness has seen the actual
20　request.
21　　　Q.　So the actual request then would begin on
22　page 6?

---

92

1　　　　MR. TRETTER: Some of the requests are
2　parroted in Peterson 5, but it's not the actual
3　request that was conveyed to her.
4　　　　MR. MATT: Do you want to just tell me what
5　you gave her?
6　　　　MR. TRETTER: I gave the witness the actual
7　section from the notice of deposition that was
8　directed to her. That was not the subpoena. There
9　was a notice of deposition that you subsequently
10　served upon us.
11　　　　MR. MATT: Thank you.
12　　　　MR. TRETTER: And she received that
13　document. At least she received the portion of the
14　document that actually had the requests. I think they
15　were both directed to her and to Gena, so that's what
16　she got.
17　　　　MR. MATT: I will withdraw Exhibit Peterson 006.
18　　　　MR. TRETTER: Each of your requests in your
19　deposition notice are repeated in our responses, so
20　she would have seen in your format each one of those
21　requests.
22　　　Q.　Do the requests that you are flipping

---

93

1　through, Ms. Peterson, on Exhibit Peterson 005, do those
2　requests, not the responses, but the requests look
3　generally familiar to you?
4　　　A.　Yes, they do.
5　　　Q.　What kind of documents do you maintain in
6　your home office?
7　　　A.　Hard copy and electronic.
8　　　Q.　Do you have a PC?
9　　　A.　I have a PC, yes.
10　　　Q.　And the hard copy files, what do you keep in
11　hard copy format that's associated with your work with
12　OTN?
13　　　A.　It's actually quite limited. I have some
14　basic Lynx manuals which are training manuals.
15　　　　As far as hard copies, I have marketing
16　material like hard copy customer marketing material.
17　I have notes that I write myself which I keep in my
18　action items and things that I do. My personal notes
19　are hard copy, which I actually throw away when they
20　are done, so I don't keep those long-term. They are
21　just personal notes, and then just various
22　miscellaneous documents that are current.

---

Marsha Peterson

Seattle, WA

April 13, 2005

94

1     Q. How long do you keep customer marketing
2 materials in hard copy format?
3     A. As long as they are applicable.
4     Q. How long do you keep Lynx manuals?
5     A. The actual Lynx manual I've had since I went
6 to training back in 1999. It's the same manual. I
7 have not upgraded mine or changed mine.
8     Q. Is the manual updated —
9     A. Yes.
10     Q. Do you receive sheets that you put into it?
11     A. So it's the same manual.
12     Q. And various miscellaneous documents, could
13 you give me some examples?
14     A. Some presentations that I've actually printed
15 out that are also on electronic. The answer is no.
16 Mostly everything is electronic. Mostly its brochures
17 and binders that have been given at meetings, and
18 training materials. Those are mostly what's in hard
19 copy, and then I do have a file folder for each of my
20 reps which I keep their personnel documents in.
21     Q. Do the representatives create annual business
22 plans for you?

95

1     A. Most years they have. Yes.
2     Q. Would those be found in a file folder for
3 each representative?
4     A. No, they are actually electronic.
5     Q. If you were to take all of your hard copy
6 documents that are related to your work with OTN and
7 box them up, approximately how many boxes would you
8 estimate that would entail?
9     A. Two.
10     Q. Did you provide all of those hard copy
11 documents to your attorneys?
12     A. I provided all the applicable ones that were
13 on the statements asking for information.
14     Q. So you went through the requests?
15     A. I went through each one individually and
16 pulled out everything that applied to the question
17 asked.
18     Q. And then you provided those to your
19 attorneys?
20     A. Yes, I did.
21     Q. I'm going to ask you the same question with
22 respect to electronic documents.

96

1     How did you go about searching your
2 electronic files for documents — you have to wait for
3 me to finish because she can't write two people at one
4 time. She's good, but not that good.
5     The question was: You just described
6 reviewing the requests that plaintiff submitted and
7 then searching your hard copy files. You did the same
8 thing for your electronic files. Correct?
9     MR. TRETTER: Objection to form.
10     Q. I'm trying to find out how you researched
11 your electronic files for potentially responsive
12 documents.
13     A. I turned them over to my attorney.
14     Q. That's the easiest way to do it. What did
15 you turn over, exactly?
16     A. My computer.
17     Q. So you turned over your entire hard drive?
18     MR. TRETTER: We got an image of her hard
19 drive, and we also took the emails off of the system
20 so that those were obtained as well.
21     Q. So you didn't make any selections personally
22 off of your hard drive?

97

1     A. No, I did not.
2     Q. The same for email?
3     A. Correct.
4     (Discussion off the record.)
5     Q. What type of drugs does OTN sell?
6     A. OTN sells drugs that are specific to an
7 oncology based practice, and in addition we do sell
8 drugs to rheumatology and urology, a couple other
9 different specialties — any drug that gets infused
10 are ones that we sell. Anything in regards to
11 anything for oncology, supportive care. It's a very
12 long list.
13     Q. Are all your drug sales made out of your
14 distribution center?
15     A. All of our products come from our
16 distribution center. Yes.
17     Q. Another way of asking that question would
18 be: Are there any drugs that you sell that you don't
19 take physical possession of, meaning OTN doesn't take
20 physical possession of?
21     A. I'm not sure that I'm actually able to answer
22 that question because I'm not a warehouse person.

Marsha Peterson

April 13, 2005

Seattle, WA

26 (Pages 98 to 101)

98

1    Q. So it's possible, you just don't know?
2    A. I don't know.
3    Q. Who are OTN's clients?
4    A. OTN's clients are office based practices, and
5  not just specifically oncology. We do sell to
6  rheumatology and urology, so anybody that is going to
7  do infusions. So it is specialized, but our customer
8  base is broader than that, so anybody that needs to
9  buy drugs in the specialty area.
10    Q. Is the acronym OBO frequently used to refer
11 to office based oncology?
12    A. Yes, exactly.
13    Q. Can you give me some examples of your larger
14 OBO customers?
15    A. Redwood Regional, the key accounts, the ones
16 I mentioned before, Fox Valley.
17    MR. TRETTER: The key accounts.
18    Q. Do you sell to hospitals?
19    A. No, we do not.
20    Q. Why is that?
21    A. I believe it has to do with class of trade.
22 It's where we sell to. It's the marketplace we sell

99

1  to. We do not sell to hospitals.
2    Q. OTN chooses not to sell to hospitals?
3    A. We choose not to sell to hospitals.
4    Q. Is there a particular reason why?
5    A. The way I've been explained is it's a class
6  of trade issue. We sell to the office based setting.
7  Anyone who fills out Medicare part B, that's the class
8  of trade.
9    Q. Do you sell to pharmacy benefit managers?
10    A. Explain, please.
11    Q. Do you know what a pharmacy benefit manager
12 is?
13    A. I do, but I want to make sure that I
14 understand what you mean.
15    Q. CareMark, Medco, formerly Advanced PCS,
16 Express Scrips.
17    A. No, we don't, not to my knowledge do we
18 currently sell to those groups. No.
19    Q. What about to HMOs?
20    A. If you can give me an example, that would
21 help.
22    Q. A health maintenance organization.

100

1    A. I know that.
2       Any examples in our marketplace that you can
3  think of that would help me?
4    Q. Kaiser.
5    A. Not to my knowledge.
6    Q. I'm trying to ask the question globally —
7    A. No, we don't, not HMOs.
8    Q. What about other managed care type entities,
9  which would be Blue Cross Blue Shield, Aetna?
10    A. No. We sell to the physician office
11 practices.
12    Q. The actual office itself?
13    A. Yes.
14    Q. Other than OBOs and rheumatology and urology,
15 are there any other clients that are customers of OTN,
16 that you can think of?
17    A. There is internal medicine, but also if it's
18 an internal medicine group, most likely they are
19 providing chemotherapy to the patient, so it might be
20 a multi specialty clinic that has an oncology practice
21 in it. Because there are stand alone oncology
22 practices where they are just a building and they are

101

1  oncologists, that's our primary focus, but within like
2  a multi specialty clinic they will have an oncologist,
3  so we will sell to those if it's an outpatient
4  clinic.
5       Different groups are out there.
6  Gastroenterologists might be in there for Crohn's
7  disease. It's not so much that we worry about what
8  their specialty is, its if they order any drugs that
9  we sell. Our primary is medical oncology.
10    Q. Do you sell to U.S. Oncology? I think you
11 named them as a competitor?
12    A. No, we do not.
13    Q. Did you used to?
14    A. No, not to my knowledge, not in the time
15 period I worked for OTN we have not.
16    Q. Does U.S. Oncology always been a distributor,
17 do you know?
18    A. Historically U.S. Oncology has gone out to
19 bid for a distributor, that is what they did in the
20 past. So they would go out and had a distributor
21 that they contracted with, and they currently are
22 setting up their own distribution.

Marsha Peterson

Seattle, WA

April 13, 2005

102

1    Q.  OTN is a wholly owned subsidiary of BMS.
2    Correct?
3    A.  Correct.
4    Q.  And OTN sells BMS drugs.  Correct?
5    A.  Yes.
6    Q.  OTN sells non-BMS drugs, correct?
7    A.  Yes.
8    Q.  Are there any manufacturers that produce
9    oncology, rheumatology or urology drugs from which OTN
10   does not purchase?
11   A.  I do not believe so.  I think we purchase
12   from any manufacturer that our customers need drugs
13   from.  Tap Pharmaceutical is one that is more of a
14   direct, so I think we can get it from them, if we need
15   to.
16   Q.  So you don't usually sell Lupron?
17   A.  No.
18   Q.  Do you know what percentage of BMS oncology
19   drug sales are made through OTN?
20   A.  In what time period?  What dates?
21   Q.  Currently.
22   A.  Today?

103

1    Q.  Yes.
2    A.  It would have to be a guess.  It's a fairly
3    small percent.  Its less than 10 percent.
4    Q.  What about in the past?
5    A.  When Taxol and Paraplatin were branded drugs
6    it was probably more in the 20 percent, and again,
7    that's a guess.  I don't have the numbers off the top
8    of my head.
9    Q.  Approximately when did Taxol come off patent?
10   A.  Honestly, it's been awhile.  I can't
11   remember.  I would say it came off patent in 2001, the
12   latter part 2001.  I don't actually remember the exact
13   date.
14   Q.  The same question for Paraplatin.
15   A.  That is more recently.  That was last year,
16   2004.
17   Q.  Who at BMS would have the most knowledge
18   about OTN?
19   A.  That's a broad question.  What do you mean,
20   "knowledge of OTN"?
21   Q.  Most familiar with, works the most with OTN.
22   A.  Their sales force.  They probably have the

104

1    most contact with us.
2    Q.  How does OTN work with BMS?
3    A.  Would you explain what you mean by "work
4    with"?
5    Q.  The working relationship, what is it?
6    A.  Between like my personal job responsibility?
7    Q.  Let's start there.
8    A.  It's being owned by Bristol.  I would say
9    it's more of a communication method.  It's part of the
10   team, and we do communicate with them.  Most of it is
11   if a territory business development manager is in a
12   particular territory and needs to get to know a
13   certain practice, and they don't know anyone in it,
14   they might call the Bristol rep and say hey, do you
15   know somebody, and could you introduce me?  That's
16   pretty much what the relationship is.
17       It's the same for all manufacturers.  That's
18   how we work with our manufacturers, as a distribution
19   company.  That's the main focus of it today.
20   Q.  I have seen references in documents to BMS
21   OTN synergy.  What does that mean?
22   A.  What that means is that obviously they are

105

1    partners, being that they are our parent company, and
2    it is advantageous to work with the BMS partners
3    because there are so many.  You see that there are 12
4    territory business development managers.  There are a
5    lot more BMS folks out there, so if we have a good
6    relationship with them it helps us get to know our
7    customers better.
8    Q.  So the TBDM, is their contact with BMS
9    primarily through a BMS sales representative in the
10   same territory?
11   A.  Its predominantly through sales rep to sales
12   rep.
13       A lot of times the TBDM will actually
14   communicate with the district managers as well because
15   there are so many as far as a relationship of number
16   of people.  It's easier sometimes just to talk to the
17   district manager.
18   Q.  When you say "district manager," you are
19   talking about the BMS district sales manager?
20   A.  Correct.
21   Q.  Do TBDMs at OTN go on sales calls with BMS?
22   A.  Occasionally, occasionally.

Marsha Peterson                                          April 13, 2005
                        Seattle, WA

28 (Pages 106 to 109)

106

1      Again, I would like to refer to the fact that
2  it depends on the time frame and the dates. Currently
3  we don't work with them as much as we used to. It
4  just varies.
5      Q.  Why is that currently?
6      A.  Right now both Taxol and Paraplatin are
7  generic so they are not as much of a focus for the
8  Bristol folks. It's not as much of a percentage. As
9  I said, our percentage of how much we sell with them,
10 that kind of dictates how much time we spend with
11 them.
12     Q.  What reports does OTN provide to BMS?
13     A.  I can only speak to what I know, and as far
14 as a manager or any of my reps, what we provide to
15 them, currently we don't provide -- personally we
16 don't provide any reports today to them.
17     Q.  When you say "we," you are talking about who?
18     A.  Myself, or people that report to me. We
19 don't have anything that we report to them on.
20     Q.  In the past was that different?
21     A.  In the past, yes. There were some documents
22 when we had programs, that as a distributor when you

107

1  work with a particular manufacturer, in which we have
2  many, you work with a particular manufacturer if you
3  have a program with them, then you have a higher level
4  of communication, so you might have target lists
5  together that say we are going to be calling on this
6  subset of customers, so that information may be shared
7  back and forth.
8      Q.  What type of programs come to mind?
9      A.  When there were Taxol programs or Carboplatin
10 programs that we had, that was mostly where we had
11 kind of the synergy going back and forth and making
12 sure that we were bringing those programs to the
13 customer so that they could optimize them.
14     Q.  I have some documents that we will talk about
15 later, something about buckets and things that I will
16 need to ask you to explain to me regarding Taxol.
17     A.  If I can remember.
18     Q.  Are you familiar with Sultan Szabo?
19     A.  No, I am not. I would remember that one.
20     Q.  Does OTN sell Onxol?
21     A.  No, we don't.
22     Q.  Onxol is generic Taxol. Correct?

108

1      A.  Yes, it is.
2      Q.  What generic Taxol products does OTN sell?
3      A.  We sell Bedford, and I can't remember the
4  other names. There are a couple different ones that
5  we sell. Onxol kind of came and went in the
6  marketplace, so when we were selling generics we would
7  pick up a couple of the different ones.
8      Q.  When you say "Onxol came and went," what do
9  you mean by that?
10     A.  That was the very first generic that came
11 out, and then many others flooded the marketplace, and
12 once many others flooded the marketplace Onxol became
13 just one of the many. That's what I mean by it kind
14 of came and went.
15     Q.  So you don't necessarily carry all the
16 generics for a particular drug?
17     A.  No, no. There are many generic
18 manufacturers, and we usually pick a couple.
19     Q.  OTN contracts to sell drugs to OBOs at a
20 certain price. Correct?
21     A.  Explain the word "contract " in your
22 question.

109

1      Q.  Let me back up. That's a good question from
2  you. Thank you.
3          The pricing at which OTN sells drugs to
4  clinics, how is that established?
5      A.  OTN is a distributor, so we will negotiate
6  pricing with an account. That's either one drug at a
7  time, or if someone wants to buy all their drugs we
8  will negotiate what we call like a portfolio of
9  products. You can buy them all, or if you want to buy
10 a couple, we will negotiate one on one. That's how we
11 sell our pricing.
12     Q.  So your pricing can vary from account to
13 account?
14     A.  Yes, it can.
15     Q.  Generally do larger accounts get better
16 pricing because they are higher volume purchasers?
17     A.  Yes. Like I said, again, it goes to whether
18 they want to buy an individual drug or a set of drugs,
19 so volume can be dependent upon maybe one particular
20 drug and they want to buy a large involve it, or maybe
21 all of the drugs they buy is a large volume. It
22 depends on the situation.

Marsha Peterson                                          April 13, 2005
                          Seattle, WA

110

1    Q. So pricing can depend on volume of overall
2  drugs and also volume of specific drugs.  Correct?
3    A. Right.
4    Q. A customer can purchase some drugs from you
5  and some drugs from another distributor.  Is that
6  correct?
7    A. That's correct.
8    Q. It's not an exclusive relationship?
9    A. Right. That's the decision of the customer.
10   Q. You would obviously prefer that they would
11 purchase all of their drugs through OTN, though,
12 correct?
13   A. We would prefer that.
14   Q. Who within OTN is ultimately responsible for
15 approving the price at which a particular account is
16 going to purchase the drugs through OTN?
17   A. Actually there is a lot of variability to
18 that. You can imagine we have a lot of different
19 customers. As I mentioned before, there is pricing
20 for a bid, so if someone goes out to bid, whether it
21 is a large practice that goes out to bid, or a state
22 society, then that bid process is within the group's

111

1  manager and the VP of sales. They are the ones who
2  work on that pricing, and the VP of sales would
3  ultimately -- and finance -- would ultimately be the
4  approvers of that type of pricing. So that's one kind
5  of group.
6        If it's an individual practice, and
7  depending on their size, we have programs for people
8  who want to commit, so it's not really a bid, but they
9  are saying we choose you as our primary vendor and we
10 would like to get the best pricing possible.
11       That authority for that type of pricing lies
12 with me, as far as, you know, we have a set of
13 pricing, and if we want to do any negotiation with
14 that individual practice, that would lie with me as
15 well as depending on the aggressiveness of the pricing
16 may go to my one up manager, which would be Don Gaddy,
17 and it may even have to go to John Amos or Jim
18 Marconi.
19   Q. So you have certain parameters that you have
20 authority to negotiate within?
21   A. Yes.
22   Q. And if it goes outside of that parameter you

112

1  have to go to Mr. Gaddy?
2    A. Yes. There are those two different
3  scenarios, and then just individual -- a lot of times
4  the reps have some authority at their level too.
5    Q. Do you monitor the pricing of your
6  competitors?
7    A. Yes.
8    Q. OTN, that is.
9    A. Yes, OTN does.
10   Q. Is that a factor that OTN takes into
11 consideration in establishing its own pricing?
12   A. It's what the market would bear. In
13 distribution you kind of look at what is going on. It
14 may be more account specific, or it just may be in
15 general what the market is doing.
16   Q. Do you specifically within the realm of your
17 responsibility monitor the pricing that your
18 competitors offer?
19   A. If I have knowledge of what the competitive
20 pricing is I make myself aware of that, because it's
21 competitive knowledge. I don't actually monitor,
22 per se, and have spreadsheets and own the monitoring

113

1  of that.
2    Q. Does someone else within OTN, to your
3  knowledge?
4    A. Yes.
5    Q. Who would that be?
6    A. That falls under the responsibility of the
7  marketing department.
8    Q. Has it always been the responsibility of the
9  marketing department?
10   A. Actually it's gone back and forth. Sometimes
11 it ends in the finance department. It has been there
12 at some point in time. Its in marketing. Obviously
13 it's a multiple responsibility type of thing.
14   Q. Do you monitor average wholesale prices that
15 are contained in Red Book?
16   A. Do I monitor them?
17   Q. Yes. Do you reference them at all?
18   A. I think the word "monitor " is confusing to
19 me because "monitor" assumes that I'm tracking and
20 watching and have input on it.
21       Average wholesale price in our distribution
22 world is simply something that our customers need to

Marsha Peterson                                                    April 13, 2005
                          Seattle, WA

30 (Pages 114 to 117)

114
1  do to reference for their business, so we as a company
2  may have different — whether it's a link on a web
3  site or something else — have areas where they can
4  see what the AWPs are for business purposes.
5      Q.   There is information within Lynx that shows
6  AWPs?
7      A.   Not Lynx. Lynx To OTN is our web site, and
8  there are many different links — L-I-N-K-S — links
9  within a web site that help to provide information to
10  a customer. So AWP specifically, which would come
11  from Red Book, is updated.
12      There is a section in our web site where they
13  can go and get an AWP report that would literally show
14  them what AWP is, and that's simply as a reference
15  point.
16      Q.   Would they access that through the Lynx To
17  OTN web site?
18      A.   Yes, they would get a report out of there,
19  and that report is actually straight from Red Book.
20  There is a little link up on top that says when it was
21  updated.
22      Q.   So OTN loads the information from Red Book?

115
1      A.   Its linked to our web site.
2      Q.   Its linked?
3      A.   Right, to our web site, and put into a report
4  that our customer can print out. Actually in
5  distribution that's very common practice to have it
6  listed there just for reference sake.
7      Q.   That's because the customers, they base their
8  reimbursement on the AWP, correct?
9      A.   Yes.
10      Q.   And that's true in the Medicare context?
11      A.   Yes, and private payers.
12      Q.   Has that always been the case since you've
13  been with OTN?
14      A.   Yes.
15      Q.   Are you familiar with the term "chargeback"?
16      A.   Yes, I am.
17      Q.   What does it mean?
18      A.   Chargeback, what that is to me is that within
19  a distributor, if — let me go back.
20      Chargeback is when there is a contract
21  between a manufacturer and whether its with a GP or
22  wherever that contract lies, then OTN will buy the

116
1  drug at whatever the price is from the manufacturer,
2  and then there is a contract dollar amount. We sell
3  it for whatever that contract dollar amount is, and
4  the difference between those two is the chargeback
5  that then is received back from the manufacturer to
6  OTN.
7      Does that make sense?
8      Q.   Okay. In that situation OTN does receive
9  chargebacks?
10      A.   Yes.
11      Q.   You sell at the contract price?
12      A.   We sell at the contract price or the contract
13  minus whatever the price is, and then the manufacturer
14  will make up the chargeback which is the difference
15  between what they sold it to us for and what the
16  contract price was.
17      Q.   Is that very common? What I'm trying to get
18  is an appreciation of the volume of sales that OTN
19  makes that involve chargebacks.
20      A.   You know, again, this is an evolution because
21  originally, even when I started out, there weren't as
22  many contracts as there are today. There are a lot

117
1  more contracts today because the customers have
2  mandated that from manufacturers. So obviously the
3  more contracts you have the more chargebacks you end
4  up having. It's not something that we particularly
5  dictate. The contracts are between the manufacturer
6  and the customer, actually. That's where the
7  contracting happens.
8      Q.   So it has become more common over time?
9      A.   Yes, and its becoming a larger percentage of
10  our business. Yes.
11      Q.   Who within OTN handles that process?
12      A.   We actually have a contracts and chargebacks
13  department which is within the finance department.
14      Q.   Does OTN ever pay chargebacks?
15      A.   What do you mean?
16      MR. TRETTER: Objection to the form.
17      Q.   Would there be any scenario under which OTN
18  would sell a drug to a wholesaler?
19      A.   No, not to my knowledge.
20      Q.   How about another distributor, another
21  competitor?
22      A.   Do they do that?

Marsha Peterson

Seattle, WA

April 13, 2005

118

1    Q. No. Would OTN -- is there any circumstance
2  under which OTN actually sells drugs to a competitor?
3    A.. To a competitor, no.
4    Q. Like priority.
5    A. I don't think so, but that's not exactly
6  within my scope of knowledge either.
7        MR. TRETTER: He is only asking for what you
8  know. .
9    Q. That's correct.
10   A. I know what I know.
11   Q. How does OTN negotiate pricing with
12 manufacturers? Who is responsible for that?
13   A. Our business development department.
14   Q. Have you ever been involved in that aspect of
15 the business?
16   A. No, I have not.
17   Q. Is business development part of finance?
18   A. No.
19   Q. Its independent?
20   A. It's an independent department.
21   Q. Are you familiar with the drug manufacturers
22 of which OTN does have agreements?

119

1    A. What type of agreements?
2    Q. Let me back up.
3      If OTN is purchasing a drug from Amgen, let's
4  say, is there a contract that's negotiated?
5    A. There is a contract with Amgen, but it is not
6  between OTN and Amgen, it's between a GPO and Amgen,
7  so the GPO is the one who actually has the contract,
8  and then the customer will select on contract who
9  their distributor will be. So they will actually buy
10 the drug from us; but the contract will be with the
11 GPO.
12   Q. Doesn't OTN negotiate specifically with
13 manufacturers to purchase drugs that OTN then takes
14 within inventory?
15   A. Yes. There is generic contracts and some
16 other things that we do. I'm not actually sure where
17 the dividing line is with that. Most of that work is
18 done within the GPO side of things.
19   Q. The business development department?
20   A. No, business development works with the
21 manufacturers.
22     I can't really explain the business

120

1  development, what their roles and responsibilities
2  are, but they do work with the manufacturers, because
3  we have relationships with all manufacturers as a
4  distributor, which you would. The actual contracting,
5  though, is usually done by the GPO.
6    Q. BMS establishes OTN's price for BMS drugs.
7  Correct?
8    A. That is correct.
9    Q. Has that always been the case since you've
10 been with OTN?
11   A. Yes. They establish the price. Yes.
12   Q. They establish OTN's selling price?
13   A. Yes.
14   Q. For BMS drugs only, right?
15   A. Yes.
16   Q. Are there any other manufacturers that
17 establish OTN's selling price?
18   A. Well, yes. Again, this is not my area of
19 expertise, but I would say when it comes to branded
20 drugs, and you've got a manufacturer, they pretty much
21 go to the distributor and say this is the price of
22 that drug, so they sell it to you for a certain

121

1  price. It's not like with branded drugs, that's just
2  kind of the way it is.
3    Q. That's different, though, than saying you, as
4  OTN, have to charge this price?
5    A. Correct.
6    Q. No other manufacturer does that, correct?
7        MR. TRETTER: You are assuming that BMS tells
8  them that they have no discretion as to negotiating
9  price?
10   Q. Let me lay a foundation for that.
11   A. Yes.
12   Q. The question is not does the price at which
13 OTN purchase the drugs from manufacturers influence
14 the price that OTN charges, my question is, and I'm
15 referring to Mr. Saber's prior testimony, at least my
16 understanding of it, that for the sales that OTN makes
17 of BMS drugs, BMS tells OTN what OTN charges OTN's
18 clients. Is that correct, to your understanding?
19   A. You know, there are a lot of different drugs
20 that BMS has. There is the multi source or the
21 branded, so we have different drugs. There are some
22 different rules.

Marsha Peterson
Seattle, WA
April 13, 2005

32 (Pages 122 to 125)

122

1    Q. Let's start with branded.
2        MR. TRETTER: Let me just say, I think maybe
3    you are thinking about a floor price, and that
4    sometimes BMS might set a floor price, but there would
5    be other prices that they could negotiate, that OTN
6    would have the authority on its own to negotiate.
7        Q. Do you have specific knowledge in this arena,
8    Ms. Peterson?
9        A. I think that I'm actually — maybe what you
10   are asking me is maybe not what I'm thinking in my
11   head. I would like to have you rephrase the question
12   and kind of think about this differently again.
13       Q. Sure. Let's use the example of branded
14   drugs. We will go to generics next.
15       The BMS branded drugs sold through OTN, does
16   BMS tell OTN what to charge for those drugs?
17       A. They don't tell us what to charge for those
18   drugs. That's where the clarification is. They will
19   set a floor price. They will say here is a floor
20   price. We, as the distributor, still have the ability
21   to negotiate a price with the customer.
22       Q. What does floor price mean?

123

1        A. A floor price — let's say here is the
2    absolute minimum floor. This is as low as you can go
3    on that particular drug. We may have — see, the
4    thing is remember when I told you before we have
5    terms, we have to take that into consideration, so
6    when we as a distributor are doing pricing with a
7    particular customer there is some negotiation room
8    there.
9        Q. So OTN can establish a higher price but not a
10   lower price?
11       A. Right.
12       Q. That's what floor means?
13       A. Right. And if we need a lower price, then we
14   would go to Bristol to negotiate that, so we would go
15   to Bristol for further clarification on whether we can
16   negotiate with a customer, or a set of customers.
17       Q. Is that process, the floor price, is it the
18   same for generic drugs for BMS?
19       A. Actually I'm not very clear on that. I told
20   you, remember, we have pricing tools and stuff that we
21   have. A lot of that is back end mechanics behind
22   things. So we go in and we know what we can do and we

124

1    have our authorities, but I'm not sure of the
2    necessary mechanics behind it.
3        Q. Do any other manufacturers establish a floor
4    price for OTN to sell drugs at?
5        A. Again, I'm not in the negotiation with
6    different manufacturers so I can't say yes or no to
7    that. I don't really know the answer to that.
8        Q. Fair enough. Do you know who would know the
9    answer?
10       A. I would say it's probably, you know, that's
11   more in the hands of the business development area.
12       Q. Would Gena by any chance?
13       A. She may have some knowledge. She doesn't
14   work with manufacturers, that's business development.
15   She talks with them, so she probably has some
16   knowledge, but I don't think she has direct knowledge.
17       Q. Sticking with BMS drugs, I have somewhere
18   seen a reference in the materials to the effect that
19   OTN — the people buying BMS drugs through OTN can get
20   a 4 percent discount off of list. What does that
21   mean?
22       A. What that means is that we were the premier

125

1    distributor for Bristol-Myers Squibb of BMS products,
2    being their, you know, their primary distributor, and
3    if a customer was to buy their BMS, Taxol and
4    Paraplatin, if they are to buy those through us, then
5    they would get the best pricing, and that's where that
6    4 percent came if they bought it through OTN.
7        Q. And 4 percent off list, is that a reference
8    to BMS's list price?
9        A. Yes, to the best of my knowledge.
10       Q. Does OTN offer rebates to customers?
11       A. Yes. The rebates that we have offered —
12   currently how we do it, our rebate structure is a
13   little bit different. It has to do with people
14   committing. We talked about if they like one vendor,
15   we will reward that behavior, and that's kind of a
16   distributor thing. It's very common in our industry,
17   is to say if you commit to a certain amount of drugs
18   with us you will receive a quarter percent rebate on
19   that, or a 1 percent rebate. Its program driven.
20   Those rebates are program driven.
21       The rebates sometimes are up front
22   discounts. If a customer says we really want this up

Marsha Peterson                                                April 13, 2005
                        Seattle, WA

126

1  front, we will do that, but for the most part rebates
2  are paid out like a quarter later, or a couple
3  quarters later, depending on the program.
4      Q.  Because you are on a quarter lag basis?
5      A.  It depends on the program. It varies.
6      Q.  Who is responsible for tracking rebates
7  within OTN? Someone in finance?
8      A.  Tracking rebates? Again, I think it has
9  probably changed over time, different people, what
10  their title responsibilities are and that.
11  Predominantly I would say its sales operations that
12  probably does the tracking of it, so they will have a
13  list of customers and they will track it, but it then
14  actually goes to finance to be paid out.
15      Q.  Do you know if finance has a system that
16  historically reports rebates paid by customer?
17      A.  Probably like the easiest way to answer that is
18  each customer has the ability to see their rebates
19  because we have that Lynx To OTN and there is a
20  finance tab where they can see what credits they
21  have.
22          So the rebates are usually issued as a

127

1  credit, and then there will be a header that calls out
2  the name of the program and what their credit is for.
3  I can speak to the customer side of it. My assumption
4  would be that there is some kind of tracking
5  mechanism, obviously, if they record out that way. I
6  don't know what system they use or how they do it.
7          (Discussion off the record.)
8      Q.  Are you familiar with the term admin fees,
9  administration fees?
10      A.  Yes.
11      Q.  Does OTN pay any administration fees to any
12  customers?
13      A.  Does OTN pay administration fees? I'm trying
14  to think if that word is used.
15          Probably like within state societies if we
16  are within a bid, but I don't know if admin fee is the
17  word they used. Admin fee usually refers to GPOs and
18  what a manufacturer pays a GPO for administrative
19  contracts. So that word in OTN isn't familiar to me.
20      Q.  So OTN doesn't pay --
21      A.  To the best of my knowledge in my world and
22  with what I do, no.

128

1      Q.  Other than rebates, what types of
2  consideration would OTN actually pay customers as
3  opposed to discounts off product? Are there other
4  forms of actual payments made?
5      A.  Where we usually -- if a manufacturer has a
6  rebate program, sometimes that will come through the
7  distributor, so if they had a rebate program, and they
8  are paying out on that rebate program in either group
9  or dollars, that many times would come through our
10  system so you would see it that way.
11      Q.  I'm confused.
12      A.  Other manufacturer, other manufacturer.
13  Sorry.
14      Q.  Are you saying sometimes a rebate payment for
15  a manufacturer can come through OTN to the end client?
16      A.  Yes. So that would show up as like a payment
17  to a client.
18          Another way, another payment that you might
19  see would be we have with the Lynx systems, we have
20  people that are reference sites, and if they do
21  demonstrations, so if we are demoing somebody and we
22  send a customer, that's pretty common with hardware,

129

1  you want to go see it, we might pay them for their
2  time. So they are set up where they get a minimal fee
3  for their time, and it might be, I don't know, it's
4  not very much, it's like $150 or something, but they
5  might get paid for that. That's something that you
6  might see. Most of our stuff is through discount and
7  terms.
8      Q.  The Lynx system, is that something different
9  from Pyxis?
10      A.  Pyxis?
11      Q.  Pyxis.
12      A.  You want me to explain to you how those two
13  words come together?
14      Q.  Yes, correct.
15      A.  Pyxis is the actual manufacturer of the
16  hardware machinery, and OTN buys -- it's like an OEM.
17  We buy it from Pyxis Corporation, and then we give it
18  our own name which we call the Lynx system. There is
19  a paw print on the window. That's kind of our
20  trademark of that system. That's what we call it.
21      Q.  Does the system actually dispense the drug?
22      A.  Physically it doesn't pop it out, no. It is

Marsha Peterson

April 13, 2005

Seattle, WA

34 (Pages 130 to 133)

**130**

1  a dispensing system, an inventory system. It doesn't
2  actually dispense it like a vending machine.
3      Q.  Let's take a lunch break.
4          (Lunch recess taken at 12:35 p.m.)
5
6          AFTERNOON SESSION
7
8              1:40 p.m.
9          EXAMINATION (CONTINUED)
10     (Marked Deposition Exhibit Peterson 006,
11  Exhibit Peterson 007, Exhibit Peterson 008.)
12     Q.  (By Mr. Matt) Ms. Peterson, we were beginning
13  to discuss Lynx before we broke for lunch, and I'm
14  going to ask you some more detailed questions about
15  it.
16         Lynx is the OTN trade name on the Pyxis
17  system?
18     A.  Pyxis, yes.
19     Q.  Why don't you give us a 40,000 foot overview
20  of what Lynx does.
21     A.  When I refer to Lynx I'm talking about Pyxis
22  as well, is a hardware cabinet, so it's a hardware

**131**

1  cabinet with software attached to it that is for
2  managing drug inventory. It's a drug dispensing
3  system.
4      Q.  So when you say "drug inventory management,"
5  does it automatically order a drug if it's at a
6  certain time frame?
7      A.  It has the ability to do that if a customer
8  wants it to.
9      Q.  What else does Lynx do?
10     A.  It also has the ability to capture the
11  different -- it actually collects the specific patient
12  treatments that were done in a given day, and then it
13  collects those treatments via what drugs were given,
14  what procedures were done, which has been inputted by
15  the nurse, and then that information is sent out via a
16  report so that for a particular patient they know what
17  has been given to that patient for that day.
18     Q.  Is that by NDC number? Is it tracked by NDC
19  number?
20     A.  What are you asking?
21     Q.  The drug that is dispensed. Actually the
22  drug that is administered.

**132**

1      A.  Actually that's a fairly broad question. It
2  needs to be narrowed down a little bit because it does
3  a lot more than that.
4      Q.  Let me use an example of a patient who is
5  being administered Taxol in one day. The nurse in the
6  clinic then inputs information into Lynx regarding the
7  administration of that drug. Correct?
8      A.  Yes.
9      Q.  What information is input?
10     A.  By the nurse, the date that the patient has
11  gotten it, she will tell the system how much she has
12  given that patient in milligrams, or in units.
13     Q.  How does the Lynx software identify the
14  actual drug?
15     A.  The Lynx software doesn't identify the drug.
16     Q.  The nurse has to input the name of the drug,
17  correct?
18     A.  Right, she has to identify what she is taking
19  out.
20     Q.  Is that typically captured by drug name or by
21  J code or by national type code?
22     A.  The system itself -- you are asking what the

**133**

1  nurse does. The nurse will go up and say -- there
2  will be a list like a menu, and she will pick it, so
3  you have asked Taxol, she will pick Taxol and the size
4  she was taking out.
5      Q.  Is there a way to track which manufacturer
6  produced that, or are you using Taxol specifically as
7  --
8      A.  That would be up to the customer to decide
9  how the name was displayed.
10     Q.  That's part of the inventory management
11  system?
12     A.  Yes, it is.
13     Q.  Does it also convey information on drug
14  pricing, "it" meaning Lynx?
15     A.  Does it contain it? You are implying that
16  it's an automatic thing. You are asking does it
17  contain, so that's implying.
18     Q.  To be more specific, is there a screen that
19  displays drug pricing information within Lynx?
20     A.  There is a screen that displays it, but it
21  only displays that information if the customer enters
22  it into the system.

Marsha Peterson

April 13, 2005

Seattle, WA

35 (Pages 134 to 137)

---

134

1    Q.   So the customer cannot use Lynx to look up
2    OTN pricing?
3    A.   They can use it to look it up, but they have
4    to input it into the system.
5        MR. TRETTER:  It's not like Lynx To OTN which
6    is an active web site.  You are talking about two
7    different things.
8        MR. MATT:  Thank you.
9        MR. TRETTER:  Lynx, when she is talking about
10   Lynx, she is talking about a machine that looks like a
11   vending machine.
12   Q.   Not the web site.
13   A.   Right.
14   Q.   Lynx To OTN, is that also referred to as OTN
15   On Line?
16   A.   That was its old name, and it was changed to
17   Lynx To OTN a couple years ago.
18   Q.   Let's stick with the Lynx machine itself.
19       Do customers use Lynx for any other purpose
20   other than managing drug inventory and automatic
21   ordering?
22   A.   Yes.

---

135

1    Q.   What other reasons can a customer make of
2    Lynx?
3    A.   Specifically to the nurses, because they are
4    the majority of the people that will use the machine,
5    the nurse will besides doing the drug inventory on the
6    machine will also get a report out of the machine that
7    tells them, like I told you before, the drugs that
8    were given to a particular patient and the procedure,
9    so it will be a list they ask the machine for.  Then
10   they take that and they can use that when they are
11   doing their super bill, or charge slip.
12   Q.   What is that?
13   A.   The super bill or the charge slip is a
14   document that the nurses use to chart their activities
15   for a particular patient to use the Lynx
16   machines report that comes out, they can attach that
17   to that report, that little slip of paper that they
18   have, so that they don't have to write it all down
19   again.
20   Q.   Is this for purposes of billing whoever is
21   going to pay for the procedure?
22   A.   Yes.

---

136

1    Q.   Whether that be Medicare or a private
2    insurer?
3    A.   It doesn't matter.  They are simply
4    collecting the information of what they have done for
5    the day, and they will put it onto that, and then they
6    give that to the billing people.
7    Q.   So Lynx itself does not create bills?
8    A.   Lynx itself does not create bills.  Yes,
9    that's true.  I guess the answer would be no, it does
10   not create bills.
11   Q.   Thank you.
12       Look at Exhibit Peterson 008, please.  Exhibit
13   Peterson 008, for the record, contains BMS/AWP 000096834
14   to 96869.  I do not believe this to be a document that was
15   provided to us out of your files, based on the production
16   numbers.
17       I have a specific question about this.  Draw
18   your attention to page 11, which is also Bates No.
19   96845.  For the record, this document is titled
20   Oncology Therapeutics Network Lynx System Proposal,
21   California Oncology Consortium, July 4, 1999.  This
22   page deals with on site report generation.  If you

---

137

1    look down about two-thirds of the way there is a
2    paragraph on costs.  Would you read that for us,
3    please?
4    A.   "Cost reports are used to determine the cost
5    of treating patients based on items removed from the
6    Lynx.  They provide detailed billing information such
7    as item NCD number, billing code, J code, billable
8    units, acquisition and AWP costs."
9        MR. TRETTER:  It says "and acquisition and
10   AWP costs — and and."
11   Q.   The acquisition and AWP costs, is that
12   information that is input?
13   A.   That information is input by the practice.
14   Q.   Because we are referring to Lynx and not Lynx
15   To OTN?
16   A.   That is correct.
17   Q.   Why would the practice, if you know, want to
18   input that information?  Referring to acquisition and
19   AWP costs.
20   A.   In my opinion, or their opinion?
21   Q.   In your opinion, based on your experience.
22   A.   As this says, they are putting all this

---

Marsha Peterson

April 13, 2005

Seattle, WA

36 (Pages 138 to 141)

138
1  information into the Lynx system. They do that for
2  themselves so that they can run their business. It's
3  actually one place where they can input all the
4  different types of information that they have into one
5  database to create a report for themselves.
6      Q.  Why would acquisition and AWP costs be
7  relevant to a practice?
8      A.  It depends on the practice. I couldn't make
9  a general statement on that. Its really dependent
10  from practice to practice.
11     Q.  The acquisition costs are going to refer to
12  what the practice pays for a drug. Is that correct?
13     A.  That is correct.
14     Q.  And AWP costs are going to play some role in
15  what the practice gets reimbursed?
16     A.  It depends on the practice.
17     Q.  Right.
18     A.  It depends on their payers. There are a lot
19  of variables. I can't make an assumption or make a
20  statement toward that.
21     Q.  But you can if its Medicare, right, prior to
22  2004?

139
1      A.  Prior to 2005.
2      Q.  Prior to 2005, thank you.
3          Because the reimbursement formula was based
4  on AWP, correct?
5      A.  Yes.
6      Q.  You testified earlier some insurers reimburse
7  based on AWP, correct?
8      A.  Its variable.
9      Q.  Is that a yes or a no?
10     A.  Some insurers, yes.
11     Q.  That's all the questions that I have on that
12  document.
13         Is there anything that the Lynx system is
14  capable of doing for a customer that we have not
15  discussed?
16     A.  That's very broad.
17     Q.  Purposely so.
18     A.  Can you ask a more detailed question?
19     Q.  You've kind of described they can do
20  automatic ordering, it can capture specific patient
21  treatments, there are screen displays that can display
22  pricing information if a customer inputs that

140
1  information, and it can be used to create a super bill
2  that can be used in a clinic's billing process at some
3  point.
4          Are there any other capabilities of the Lynx
5  system that you would like customers to be aware of?
6      A.  I would just say a very general statement
7  would be that it has reporting capabilities, so they
8  can pull reports off of it, but that is something that
9  they would actually go in and create themselves out of
10  a subset of data. So it's like any other software.
11     Q.  Is it menu generated? They can click on a
12  certain report?
13     A.  There are reports that they can create, so
14  when they install the system if they want to set up a
15  series of reports that they can do, and then there is
16  a set of reports that are just automatic, ones that
17  are standard reports that practices get like an
18  inventory report. There are many different standard
19  reports that are on there, and then they can customize
20  their own reports.
21     Q.  Off the top of your head, what other type of
22  reports are there that can be generated by using Lynx?

141
1      A.  A min and max level would be another name of
2  a report. A par level report.
3      Q.  Do any others come to mind?
4      A.  There is a report, I'm trying to think of the
5  name of it, it's like a demographic report.
6      Q.  What does min max level mean?
7      A.  It has to do with inventory, so the minimum
8  of a particular item that is on hand at any time, or a
9  maximum, so it will set minimum and maximum levels for
10  each of the items that are in the machine to manage
11  the inventory.
12     Q.  And par level?
13     A.  Par level is where they will see for any
14  particular drug where they want to set a reorder at,
15  so that's their par level. So if they say, you know,
16  when it falls to three items I want it to call up a
17  report that tells me I need to order that drug. It's
18  all in the inventory management part of it.
19     Q.  And the super bill, is that actually the name
20  of a report?
21     A.  No, that's actually an office based oncology
22  term. Some practices use it and some don't.

Henderson Legal Services
(202) 220-4158

Marsha Peterson                                                                      April 13, 2005
                                    Seattle, WA

37 (Pages 142 to 145)

142

1    Q. Any other reports that you can think of that
2  Lynx can generate?
3    A. The super bill report is not a report
4  generated by the Lynx.
5       Not any that are on the top of my head.
6    Q. Let's move to Lynx To OTN. It was formerly
7  called OTN On Line, correct?
8    A. Yes.
9    Q. Before I go there, the Lynx system itself, do
10 most customers use Lynx, most of OTN's customers?
11   A. No. It's a percentage.
12   Q. Do you have an estimate of what percentage?
13   A. I don't know what percent. No, I don't know
14 a percentage.
15   Q. More than half, less than half?
16   A. Less than half.
17   Q. Do you see a certain theme develop in Lynx
18 use, for instance do large clients use Lynx? Is there
19 a pattern of usage that you can link to volume of
20 purchases through OTN?
21   A. Probably the most common thread would be that
22 its predominantly in the office based oncology

143

1  setting, and "no" would be the answer to whether its
2  large or small. Its in all sizes.
3       Another common thing would be somebody that
4  is interested in technology and improving efficiency,
5  that's the type of practice that would want it.
6    Q. Does Western Washington Oncology use Lynx, do
7  you know?
8    A. Yes, they do.
9    Q. I think you testified earlier sometimes that
10 OTN charges a fee for Lynx use. Correct?
11   A. Yes.
12   Q. Are there instances sometimes in which it
13 doesn't charge a fee?
14   A. Yes.
15   Q. Those are limited to demonstration sites.
16   A. What do you mean by "demonstration"?
17   Q. Reference sites.
18      MR. TRETTER: I think what she testified to
19 before was that sometimes they have -- the contract
20 allows for an exchange of data in return for the
21 waiving of the normal fee.
22   Q. Other than that kind of an instance in which

144

1  data will be shared and returned for waiving the fee,
2  are there other circumstances under which OTN would
3  waive the fee for Lynx?
4    A. No.
5    Q. Lynx To OTN, please describe generally what
6  that is. What is Lynx To OTN?
7    A. Its OTN's customer facing web site. It is
8  the web site for our customers.
9    Q. Do all customers use Lynx To OTN?
10   A. No.
11   Q. Why would customers not use it?
12   A. They don't have internet, or they don't have
13 a computer.
14   Q. What percentage of customers in your region
15 don't use Lynx To OTN?
16   A. I don't have a percentage.
17   Q. Would it be less than half?
18   A. That do not? Yes.
19      MR. TRETTER: When you say use it, it's a web
20 site, so I object to the form of the question.
21   Q. Why do customers use Lynx To OTN?
22   A. Again, that's very broad. There are many

145

1  uses for OTN.
2    Q. I would like you to describe them for me,
3  please. I've never used it.
4    A. I will put it in maybe three categories,
5  minimal use, which someone who is just literally going
6  onto the web site, they view it because it's a web
7  site. Anyone can view it. Then somebody who probably
8  uses it on a regular basis. They would be using the
9  web site to go in and review customer specific
10 information from Lynx, like they can check their
11 invoices on line.
12      They can get, I forgot the name of that, what
13 are the things that -- remittance slips. They can
14 look up their purchase history, so how much of an any
15 particular drawing they bought in any given month.
16      They can go in and order their drugs on
17 line. They can view a catalog on line, so if they
18 want to look up a particular drug they can do that.
19 They can look up their credits. I said "invoices,"
20 but they can also look up credits.
21      There are financial parts of the web site,
22 and then there is a reporting side of the web site

Marsha Peterson

April 13, 2005

Seattle, WA

38 (Pages 146 to 149)

146

1  which is where the purchase history report would be.
2  There are several different like practice management
3  reports that they can get, so there is that report
4  section, and those are specific to them as a customer.
5      Then there is another section of the web site
6  which are a lot of the links, so in other words --
7  L-I-N-K-S, links where like any kind of web site you
8  want to be that central depository for them, be able
9  to get some information, like you may go out to a link
10 to Asco a link to another web site that's out there
11 for their use.
12     Q.  What other things can you think of that are
13 available through Lynx To OTN web site?
14        MR. TRETTER:  Today?
15        MR. MATT:  Today.
16        THE WITNESS:  Today?  There is a clinical
17 section where they can go in and look up, there is
18 like a cancer dictionary so if they want to look up
19 common terms for themselves to be able to get a
20 definition of certain terms.  They can go to the FDA
21 web site to see about new drugs, or if they want to
22 look up -- there is a link to a web site, and I

147

1  believe it's still a link that is there called Needy
2  Meds.com which is something that allows a customer to
3  go in and look at a particular drug and if they need
4  tips on when they are submitting claims and that.
5  It's an independent web site that does things for
6  them.  A lot of it is just reference material.
7      Q.  So the Lynx section is going to have a list
8  of web site addresses that a customer can click to and
9  send to or they are sent to another web site?
10     A.  Yes.
11     Q.  The reporting capability, you referenced a
12 purchase history report, and generally practice
13 management reports.  What kind of practice management
14 reports are available through Lynx To OTN?
15     A.  Again, I would have to go back and say it
16 depends on the date.  If we are talking today or we
17 are talking in the past, because it's a web site and
18 things change and are updated.
19     Q.  Historically what was available, and then we
20 will move into the present.
21     A.  Purchase history has -- to my knowledge since
22 Lynx To OTN hasn't been around, hasn't always been

148

1  there, and then depending on the time, as it began,
2  there was an AWP report which just was simply a list
3  for customers, and they had asked us for that report
4  that would give the drugs that they purchased from
5  OTN, and it would list out what the current AWP was.
6      Q.  For all drugs that could be purchased, or
7  just the drugs that they did purchase?
8      A.  The way it was done is just because the way
9  the system works.  If they purchased the drug from OTN
10 it came up on that list, and then the AWP was listed,
11 and it was just a single report, and that's all that
12 showed was the AWP on that particular drug.  It was
13 one AWP, whatever that drug, or whatever that NDC was.
14     Q.  Was this called the AWP report?
15     A.  Yes.
16     Q.  Is that currently available through Lynx To
17 OTN?
18     A.  No, that has changed because customers aren't
19 asking for AWP anymore.
20     Q.  When did that change?
21     A.  I don't know the exact date, but I would say
22 in the beginning of 2005.

149

1      Q.  About the time Medicare changed its
2  reimbursement formula, right?
3      A.  Yes.
4      Q.  What was the source of the AWPs that were
5  listed on that report?
6      A.  The AWP report was from Red Book.
7      Q.  So did OTN have a report with Red Book?
8      A.  I can't answer that question.  I don't know.
9      Q.  As far as you know were the AWPs always
10 derived from Red Book?
11     A.  The report itself at the top says prices from
12 Red Book, and it will have the date that it was
13 updated.
14     Q.  So to your knowledge there wasn't any other
15 pricing source that was ever displayed?
16     A.  To my knowledge, no, on that report.
17     Q.  And that report was available when you first
18 began working for OTN?
19     A.  I don't remember when it started.
20     Q.  Do you remember when Lynx To OTN started?
21     A.  I want to say around 2001 sometime, around
22 2001, when it went from OTN On Line to Lynx To OTN.

150

1    Q. Do you know when OTN On Line started?
2    A. No.
3    Q. It was just a name change, right?
4    A. Yes.
5    Q. Back to historical reporting that's
6    available, we have talked about a purchase history
7    report, an AWP report. Any other reports that were
8    available through Lynx To OTN?
9    A. The AWP report changed at some point in time
10   to an AWP price report. By customers' recommendations
11   we do upgrades to reports, and at some point in time,
12   and I can't remember the exact date of it, the
13   customers had requested that we change it so that they
14   actually can see by billing unit on there, and so we
15   did add that at one point in time, so you can see the
16   AWP and you can see what a billing unit equals.
17   Q. I'm not sure that I have an example of this.
18   I might. I will look for it.
19      You say billing unit, to add a billing unit
20   amount. What does that mean?
21   A. A billing unit is when they bill a particular
22   drug, what one billing unit equals, so it might be in

151

1    milligrams or grams or milliliters or whatever it
2    would be.
3      MR. TRETTER: It's a CMS defined figure.
4    Q. So it would be per billing unit -- the AWP
5    price report would show for each billing unit the
6    AWP? No? Could you by more specific?
7    A. No. You would have a line item drug, which
8    is in the NDC, which would have an AWP which came from
9    Red Book, and then you would have what a billing unit
10   equals. That comes from CMS.
11     So one billing unit equivalent, so what that
12   equals, so is it 10, is it 15, is it 20?
13   Q. Did the AWP price report also display the
14   cost at which the practice can purchase that drug from
15   OTN?
16   A. When it was AWP price report, no. It was
17   just the AWP and the billing unit when it went to the
18   upgraded one.
19   Q. What about the AWP report?
20   A. When we had that it just had like AWP, and I
21   can't remember. It's been a long time, so I can't
22   remember exactly. It may have been a J code on there

152

1    as well. Whatever came from Red Book is what we put
2    on there.
3    Q. You mentioned that customers wanted the
4    billing unit information displayed.
5    A. Yes.
6    Q. Why did they want that?
7    A. When they are doing their business they would
8    ask for things that were particular to them, and any
9    kind of reference information that we could provide to
10   them to make their life easier, that's what they ask
11   for, and if it was legally something we could do we
12   would try to provide it to them.
13   Q. In you are experience why were they telling
14   you that they wanted it?
15   A. Because that's how they billed for their
16   drugs, was by a billing unit. That's a method for
17   billing.
18   Q. So was this a matter of providing added
19   convenience to the customer, they could look it up and
20   see it on one screen?
21   A. Yes.
22      To help explain a little bit, is it would be

153

1    like taking -- instead of giving somebody the yellow
2    pages from Seattle, they would give them the yellow
3    pages from Roseburg, Oregon. It was the difference
4    between having to have a customer look at something
5    this thick, or actually having it defined to their
6    world. You know what I'm saying, when I'm saying it's
7    just the drugs they bought? If they had to look in a
8    book this big it would have taken them a long time to
9    do it. So it's for convenience, like you said.
10   Q. Oh, I see. So they wouldn't have to go leaf
11   through information regarding drugs that they don't
12   utilize in their practice?
13   A. Yes.
14   Q. Does the system determine which drugs they
15   utilize in their practice based on purchase records?
16   A. I don't understand what you are saying.
17   Q. When a customer signs on to Lynx To OTN, how
18   does Lynx To OTN determine what drugs to display in
19   the AWP price report?
20   A. Like I explained to you before, it's the
21   drugs that a customer purchases, so whatever they
22   purchased. If they buy one drug from us, one drug

Marsha Peterson                                                    April 13, 2005

Seattle, WA

40 (Pages 154 to 157)

154

1  would be displayed. It doesn't come from us, it comes
2  from what their purchasing behavior is.
3         MR. TRETTER: What he is asking, is there
4  some sort of logic in the computer that it knows when
5  somebody signs in that that is what they bought and
6  therefore when they go to the AWP report it will show
7  those drugs? Is there some computer programmer that
8  has done that?
9         THE WITNESS: I don't know the answer to
10  that, but I would assume it would reference the
11  purchase history.
12     Q. We talked about the AWP report, the AWP price
13  report, the purchase history report.
14         What other reports are available through Lynx
15  To OTN?
16     A. The other report is another section called
17  Clinical Data Reports, and those are only viewed by
18  practices that have a Lynx machine. So if they have
19  entered data, they have to enter data into the
20  machine, and then that data is collected and is put
21  together as a collective. It's a cumulative amount of
22  data.

155

1         Then there is a series of three reports that
2  would be provided back to the practice. And those
3  data reports then would be on the web site.
4     Q. What are the names of some of those reports?
5     A. Total drug utilization, completed regimen
6  report, drug dosing comparison report.
7     Q. You can't generate those reports unless you
8  have information input to Lynx by the customer.
9  Correct?
10     A. Yes, you can't view them unless you have a
11  Lynx. You have agreed to put that information in,
12  number one, and number two, you actually have to fill
13  out a form to say I want to see it on the web site.
14  Only customers who have asked to see it and want that
15  information to be viewed, then they are able to view
16  it.
17     Q. Is the customer charged for Lynx To OTN
18  services?
19     A. To view the web site, is what you are asking?
20     Q. Correct.
21     A. No.
22     Q. So those reports, they don't pay extra to

156

1  obtain those reports?
2     A. No.
3     Q. Does that include the clinical data reports
4  as well?
5     A. Yes.
6     Q. I couldn't just go to Lynx To OTN web site
7  and view reports, you have to have a user made
8  probably, is that correct?
9     A. That's correct.
10     Q. Does that mean you have to register with OTN?
11     A. Yes, you have to register to be able to view
12  the customer web site.
13         MR. TRETTER: Hopefully you can't go to Smith
14  Barney either and look at my account.
15     Q. Other than the AWP price report, which is of
16  relatively recent vintage, are the reports that you
17  have referenced, were they also available through OTN
18  on line?
19     A. I don't know the answer to that.
20     Q. Customers can order drugs through Lynx To
21  OTN, correct?
22     A. Yes.

157

1     Q. Does Lynx To OTN display a price list?
2     A. I think I need you to be a little more
3  specific. Display a price list?
4     Q. Display, yes.
5         Can a customer access information -- can a
6  customer use Lynx To OTN to determine the prices that
7  OTN charges for drugs?
8         MR. TRETTER: Catalog prices, for instance?
9  Would that be an example?
10     Q. What prices can a customer see through Lynx
11  To OTN?
12     A. Okay. They can view the pricing on the drugs
13  that they purchase, so I had referenced that they can
14  go on line and order. So when they go on line to
15  order it comes up with a list of the products that
16  they frequently buy, and if they print that screen
17  that will be a list of their pricing for those
18  particular drugs, so they will see that.
19         If there is a drug that they do not currently
20  purchase from us, and they want to see what the
21  pricing is, they will go to the catalog and pull it up
22  by drug, and it will say what their price is on that

Marsha Peterson                                             April 13, 2005
                          Seattle, WA

158

1   drug.
2       Q.   What is the screen called for them to view
3   the prices on drugs that they have purchased before?
4       A.   There is actually not a report or a screen
5   name to view that. Like I said, its in the order
6   screen.
7       Q.   The price will pop up?
8       A.   There is a list of drugs they can order with
9   little check boxes, like on a web site, and the drug
10  price is right there.
11      Q.   Is there a particular name associated with
12  that price? Is it just OTN price, or list price?
13      A.   The header of the column would say --
14  remember I told you there were terms, so it might say
15  whatever the customer's term is. It will say 1
16  percent, 30-day price, so it will give them their
17  price, if they were exercising the term that they
18  would pay in. Then it would also give an invoice price
19  because you have a percent off invoice. If you pay at
20  30 days you get 1 percent off. It would show two
21  prices, invoice price and the price that they pay at
22  term that they had signed up for.

159

1       Q.   If it is a drug that the customer had not
2   purchased from OTN before they would have to access a
3   catalog on the web site, correct?
4       A.   Yes.
5       Q.   Is there a catalog tab or something for them
6   to click on?
7       A.   There are two places. On the order screen
8   there is an open box where they would type in the
9   name. There is a button that says "catalog" as well
10  where they could go to the catalog.
11      Q.   The prices that one client -- the prices that
12  are displayed that are on Lynx To OTN for one client
13  aren't necessarily the same as the prices displayed
14  for another client. Correct?
15      A.   Yes, that's correct.
16      Q.   Is the same true for the catalog, the
17  so-called catalog price, that it can differ by
18  customer?
19      A.   You are actually asking a couple questions in
20  that question. You need to get more specific.
21      Q.   Tell me the trouble you are having with the
22  question and I will try to.

160

1       A.   Well, ask the question again.
2           (The record was read back.)
3           THE WITNESS:   That's a weird question.
4       Q.   If customer A clicks that catalog button and
5   a price is displayed for a certain drug, is that price
6   necessarily the same for customer B when customer B
7   clicks the catalog button?
8       A.   I know what you are asking. What you are
9   asking is catalog price. Catalog price is the same
10  all the way across the board, catalog prices.
11          What I had told you is when someone goes into
12  a customer specific site and asks for their price for
13  a particular catalog item it will give them their
14  customer specific price. So that question had two
15  questions to it, because there is such a thing as
16  catalog price, but when they are looking in the
17  catalog they are looking for a drug and they want to
18  know what their price is, and that's what it is going
19  to tell them, what their negotiated price on that drug
20  is.
21      Q.   Where does one access catalog prices that are
22  the same for everyone?

161

1       A.   If someone wanted to get a catalog price on
2   something, they would need to call their OTN rep and
3   have them get the catalog price. It's not something
4   that they are going to go and see on the web site.
5           MR. TRETTER:   Now I'm confused. When you say
6   "catalog," are you talking about the one price for
7   all? There is something that's a public price, let's
8   say, the catalog price which is the same for
9   everybody. Yes?
10          THE WITNESS:   Yes. The thing is as a
11  distributor when you are working with a customer
12  specific, they want to know what their price is.
13  That's all they care. They want to know what their
14  price is. We have a catalog price on everything, so
15  that's how we set our pricing.
16          Catalog is high, that's the top end, and then
17  there is customer specific pricing. We are confusing
18  the word "catalog" because I'm talking about a catalog
19  like would be a book that would have everything in
20  it.
21          So when I say if you are going to search for
22  a drug, you are going to go to our catalog to look for

Marsha Peterson

Seattle, WA

April 13, 2005

42 (Pages 162 to 165)

162

1  that drug, and then it will give the customer a
2  specific price when they look up that drug in the
3  catalog. It's not going to give them catalog price.
4      Q.  The definition of catalog price depends on
5  how you are accessing it? If you are going to access
6  the catalog as a client who has logged on to Lynx To
7  OTN, the catalog price button you push is going to
8  give you a customer specific price, though?
9      A.  That is correct.
10     Q.  Got it.
11     A.  That was tough.
12     Q.  If a customer does not use Lynx To OTN to
13  place their orders, how do they place orders?
14     A.  They have the ability to place orders by
15  calling in on the telephone and talking to a customer
16  service representative who will take their order over
17  the phone. They can also, if they have a list of
18  products that they routinely buy, some customers still
19  fax in their order. So fax, phone, and the web site.
20     Q.  If they call OTN they call an inside sales
21  rep?
22     A.  They call a customer service rep, a CSR.

163

1      Q.  And if they fax an order in, to whom is the
2  order faxed?
3      A.  It goes into the customer care department
4  where the CSRs work.
5      Q.  And if a customer does not use Lynx To OTN,
6  how does that customer know what he is paying for
7  drugs?
8      A.  They will ask the customer service rep what
9  they pay. The customer service rep would be like if
10  they are on Lynx To OTN, they will see the same
11  specific pricing.
12     Q.  It will be the customer specific pricing?
13     A.  Customer specific pricing.
14     Q.  Do most of your customers in your region use
15  Lynx To OTN for their ordering?
16     A.  That's a very subjective question. Most?
17  Define "most."
18     Q.  More than half.
19     A.  I do not have numbers on that. I couldn't
20  tell you off the top of my head. I don't know.
21     Q.  I'm trying to figure out how prevalent the
22  use of the phone is as opposed to a computer which

164

1  seems so much more efficient to me.
2      A.  If varies. I think that the percentages vary
3  probably day-to-day, depending on which customers are
4  calling in, because it's very customer specific on
5  what their access is.
6      Q.  Do all of the key accounts use Lynx To OTN?
7      A.  Again, that's a question that I have no data
8  on.
9      Q.  Are there key accounts that you are aware of
10  that don't use Lynx To OTN?
11     A.  I would say they probably all touch it. How
12  much they use it, it varies. Like I said before, the
13  use of it varies. It depends on what their title is
14  and what they would use it for.
15     Q.  Does OTN like all of its customers to use a
16  Lynx To OTN?
17     A.  Again, that's very subjective. The thing is
18  we provide choices to our customers, and like anything
19  else, that choice is up to the customers. We don't
20  particularly drive our customer base toward one or the
21  other. It's a choice.
22     Q.  I thought I saw earlier in a document that we

165

1  may have gone over that it was a sales goal to get
2  people to use Lynx To OTN. Correct?
3      A.  Yes, it was, but again, what I would like to
4  say is if you look at documents, it depends on the
5  date of the document.
6          When Lynx To OTN was first started we
7  obviously wanted people to start using the web site to
8  order. So there was a lot of promotion because it was
9  a new thing and we had to educate our customers to
10  it. That was in the past. We don't have a marketing
11  thesis that states that anymore.
12     Q.  Why is that?
13     A.  They all know about the web site. It's
14  something that on every sales call our reps make sure
15  they know what their methods of communication with the
16  company are. Its widely known, so we don't have to
17  talk about it that much anymore. They have made their
18  choice.
19     Q.  Do your competitors utilize a similar web
20  based ordering utility?
21     A.  They have a web site. My guess is -- I've
22  never been on to their web site to see if they do, so

Marsha Peterson

April 13, 2005

Seattle, WA

166

1   I don't know.

2       Q. The document that has been marked Exhibit Peterson

3   006 to your deposition is Bates No. BMS/AWP 00148633 all

4   the way up to 86284. For the record, what is this

5   document?

6       A. Actually I would have to spend some time

7   going through every single page, but this looks like a

8   whole compilation of a lot of documents. It's not one

9   single document. It's a lot of different things.

10  It's not one single document of anything, it's just a

11  whole bunch of stuff that someone put together in a

12  pile.

13      Q. I will represent that this was represented to

14  me by your attorneys as being produced from your

15  files. Do you recognize this as being produced from

16  your files?

17      A. Yes.

18      Q. Is this a notebook that's been photocopied?

19      A. Not all of this. Like I said, this is a

20  bunch of different things that someone put altogether

21  into one.

22      Q. Is the cover page a copy of a notebook that

167

1   you have?

2       A. I don't recognize it. I think something got

3   missed in the black there. I don't know what it is.

4       Q. Do you have Lynx To OTN information contained

5   in a binder in your office?

6       A. Yes.

7       Q. And that was provided to your attorneys,

8   correct?

9       A. Yes.

10      Q. Is at least some of that material

11  recognizable in this exhibit?

12      A. Yes.

13      Q. Are you able to determine what material is in

14  that binder and what material is not in that binder?

15      A. Not without going through every page.

16  One thing I will comment on, of the portion

17  of this binder which was an actual binder of Lynx To

18  OTN, this was something that was printed out by me

19  several years ago when I was a rep. So it is all

20  dated materials that's in here, at least on the Lynx

21  To OTN one. It was still in my hard copy possession,

22  that's why I sent it to you.

168

1       (Discussion off the record.)

2       MR. TRETTER: While we were off the record I

3   reminded the witness, there is another way for

4   customers to order product and that is --

5       THE WITNESS: -- through the Lynx auto order

6   function, which we were talking about part levels in

7   that.

8       MR. MATT: You did discuss that. That was

9   clear. Thanks.

10      THE WITNESS: I was going to bring it up and

11  I thought no, I said it already.

12      This is really hard for me to figure out

13  where the beginning and end is. This came from

14  different books.

15      Q. Let me ask you about specific pages and maybe

16  we can approach it that way.

17      A. That's probably better.

18      Q. Page 6072, referring to the Bates number, it

19  says "AWP price report." Are we looking at a screen

20  shot of Lynx To OTN?

21      A. Yes. Again, from a couple years ago.

22      Q. On this screen can you describe the

169

1   information that is displayed?

2       A. On the screen of the AWP price report, this

3   is where a customer would go and make some

4   selections. The first one says "select AWP

5   modifier." That is where they can say on the next

6   report, what will it multiply, you know, add or

7   subtract from AWP as a modifier. They can either

8   select minus 10, minus five, zero, five or 10 or

9   other, and if they select "other" they put that amount

10  in the box.

11      The second one is to show prices with current

12  payment terms, and then show the print version, so

13  they can make some selections, and then they select a

14  site and run the report.

15      Q. Is the next page then an example of the AWP

16  price report itself?

17      A. Yes, as it looked whatever date this was

18  generated.

19      Q. Please describe for the record what

20  information is displayed on this record.

21      A. The very top has the OTN demonstration site.

22  This is actually just a demo site, so it's not an

Marsha Peterson

April 13, 2005

Seattle, WA

44 (Pages 170 to 173)

170

1    actual customer live site, this is a demo.  It has AWP
2    last updated on, so that will actually be that
3    reference to the update from Red Book.  Prices
4    effective, and it has a date of when the prices that
5    were listed here are effective, and what payment term
6    the current customer is on.
7        There is a category, one column that listed
8    the NDC, one that lists the product plus whatever
9    formula it is, so that is solution or injection.  The
10   strength, unit size, what the OTN dispensing unit
11   price is.
12       Q.  Specific to that client, correct?
13       A.  Specific to that client, with their term,
14   because in this instance they selected as an option
15   "show OTN price with payment terms," so that's why you
16   see its 2 percent direct debit.  Its minus 2 percent,
17   so its giving the price with their term.
18       In this case they also selected the minus
19   five as their modifier for AWP, so it's going to take
20   and calculate out what AWP minus 5 percent is and put
21   that in that column.
22       It then has the HCPCs code, and the last

171

1    column is what is the billing unit.
2        Q.  Can you describe for the record what the
3    HCPCS code means?
4        A.  The HCPCS code is a code that's the J code.
5    That's what they use to bill the drug.
6        Q.  Why does this report contain the OTN
7    dispensing unit price and the AWP minus 5 percent
8    price?
9        A.  This is a customer facing report.
10       Q.  A customer what?
11       A.  A customer report.  This is a request, you
12   know, the customer requested that this type of
13   information be on this report, so they have asked for
14   their price to be listed, and then AWP and the code
15   and the unit.
16       Q.  The AWP price report is always going to show
17   the OTN dispensing unit price, and the AWP based on
18   the modifier that's selected by the client.  Correct?
19       A.  Yes.
20       MR. TRETTER:  Wait a second.  There is also
21   "other."
22       Q.  If they select "other" you testified that

172

1    they have to manually input a number?
2        A.  Yes, plus or minus or whatever.  So the AWP
3    column will reflect whatever they have entered in the
4    first selection, and then the OTN dispensing unit
5    price will show the terms if they clicked on the radio
6    button to say I want my price showing with my terms.
7        Q.  Radio button?
8        A.  This is a radio button.  See those little
9    circles.  Those are called radio buttons.
10       Q.  As in R-A-D-I-O?
11       A.  As in R-A-D-I-O.
12       Q.  These two pages that we are looking at right
13   now, were they contained in your binder?
14       A.  These two pages came from the Lynx To OTN
15   binder, because they are screen shots from Lynx To
16   OTN.
17       Q.  I notice it says "last updated 2001" in this
18   example.
19       A.  This is a demo, so the demo, that's probably
20   when the demo was created.  That date is never going
21   to change because its literally stagnant.  It's a
22   demo.  It's not live.

173

1        Q.  Do you know the date that you got the binder?
2        A.  That I printed out the binder?
3        Q.  Yes.
4        A.  No, I don't know the date, but I would assume
5    it was back when I was a rep, so it was in 2001, 2002
6    time frame.  Its after 4-18-01 because that's when it
7    was last updated.
8        Q.  When you were an RBDM did you have occasion
9    to discuss the AWP price report with your clients?
10       A.  In reference to showing them what the
11   different reports they could print off of Lynx To OTN,
12   so that's how — it was more of a training and
13   education on how to print out a report for their use.
14       Q.  Do you recall any specifics that you ·
15   discussed with your clients with respect to this
16   particular report, the AWP price report?
17       A.  How I explained it to you a little while ago
18   is exactly how I would explain it to a customer.  I
19   would walk them through what the different options
20   were, and then what the titles of each column was, and
21   that's how we train them.  Then it was up to them to
22   utilize the report in the way they saw fit.

Marsha Peterson                                                    April 13, 2005
                          Seattle, WA

                                              45 (Pages 174 to 177)

174
1   Q. Did they ever express to you opinions on
2   whether this was useful to them?
3      A. Yes.
4      Q. What opinion would be expressed?
5      A. They felt that it was very useful.
6      Q. Why?
7      A. It gave them information on one page so that
8   they didn't have to go through that giant book on
9   their shelf.
10     Q. In other words, they could access their
11  customer specific price? Correct?
12     A. Yes.
13     Q. And the associated AWP minus whatever
14  parameter they put in?
15     A. Correct.
16     Q. So they wouldn't have to access the AWP
17  information somewhere else?
18     A. Yes. It also saved time for them, that was a
19  comment.
20     Q. And again, why is AWP relevant to them?
21     A. That, again, like I said varies by account.
22  It depends on who their insurers are and how AWP was

175
1   used. I couldn't comment on that.
2      Q. But you do know that at least some of your
3   clients are going to be reimbursed based on AWP?
4      A. It was one of the factors that they were
5   reimbursed on.
6      Q. In your experience what is referred to as the
7   difference between -- what term did your clients use
8   to refer to the difference between the amount they are
9   reimbursed for the drug and the amount that they paid
10  for the drug?
11     A. We didn't really get into discussions about
12  that. That was their side of the business. The
13  discussions were they wanted us to provide information
14  to them. That's not something that was discussed with
15  the distributor.
16     Q. But in the industry in general based on your
17  experience do they call that difference margin? Do
18  they call it revenue? Do they call it spread? I want
19  to know what your experience is.
20     A. I have heard every term under the sun. It
21  depends on who you are talking to. Customers are
22  going to look at this in their business and they are

176
1   going to use whatever term they are familiar with.
2   All of the ones you said have been used.
3      Q. And that's relevant to customers because they
4   make money on the difference between what they pay for
5   the drug and what they are reimbursed? Correct?
6      A. Prior to 2005 -- it depends, again, on the
7   insurers. It depends on who they are dealing with.
8      Q. Was that a yes prior to that?
9      A. Well, I can't delineate it that way. You are
10  mixing Medicare and private payers and everybody into
11  one thing when they aren't the same.
12     Q. Let's stick with Medicare prior to 2005.
13     A. The answer is yes.
14     Q. That difference is a sort of revenue to the
15  clinic?
16     A. Yes.
17        MR. TRETTER: Or loss.
18        THE WITNESS: Or loss, exactly.
19     Q. Depending on what their actual reimbursement
20  rate is and their actual costs?
21     A. Yes.
22     Q. Are customers still using this report today?

177
1   Is it available?
2      A. This report is no longer available.
3      Q. So in approximately 2005 OTN just took it off
4   the system?
5      A. Yes.
6      Q. Please reference the page that has the Bates
7   No. 6090. There is a line that says, "How do I find
8   AWP information?" Do you see that?
9      A. Yes. "AWP information can be found in the
10  AWP price report. This report lists all the drugs you
11  bought from OTN in the last three months, along with
12  your current price and AWP. To find an AWP for a
13  product not in this report, number 1, go to the
14  catalog search screen, number 2, type in a search,
15  number 3, click on the catalog number of the item you
16  wish to find in AWP for 4., the AWP price will be
17  listed on the right of this product detail page."
18        MR. TRETTER: You missed the word "lower."
19        THE WITNESS: "On the lower right of this
20  product detail page."
21     Q. Does this accurately reflect the AWP price
22  report procedure that we just discussed?

Marsha Peterson

Seattle, WA

April 13, 2005

46 (Pages 178 to 181)

178

1    A.  Yes.
2    Q.  Beginning on page 6093 there is a heading
3  that says Lynx Data Definitions.  Do you see that?
4    A.  Yes.
5    Q.  The next page talks about acquisition costs.
6  Can you read that, please?
7    A.  "Acquisition costs represent your practice's
8  acquisition cost or, if the drug was not purchased
9  through OTN, our list price."
10   Q.  If the drug was not purchased through OTN how
11  would OTN have a record of it?
12   A.  What I need for you to look at is the context
13  of this bullet point.  The context of this bullet
14  point is under Lynx Data Definitions.  So this is
15  different reports.  These are under those clinical
16  data reports.  So the discussion is different than
17  what we were previously talking about.
18   Q.  So they are going to be driven, in part at
19  least, by the data that is entered by the customer in
20  the Lynx system?
21   A.  In the Lynx system.
22   Q.  Thank you.  Got it.

179

1    Those are all the questions that I have on
2  that document.
3    Please take a look at Exhibit Peterson 007 to
4  your deposition, which for the record is BMA/AWP/001487357
5  to 7362.  Would you please, for the record, identify
6  this document?
7    A.  To be honest, I'm not exactly sure where it
8  came from.  What it looks like to me is individual
9  marketing sales sheets.
10   MR. TRETTER:  Or drafts?
11   THE WITNESS:  Or drafts.  I can't tell by
12  this document if they are final copy or if they are
13  drafts.
14   Q.  So these pages may not necessarily go
15  together?
16   A.  That is correct.
17   Q.  But one thing that you seem to be confident
18  about, correct me if I am wrong, is that they are OTN
19  marketing materials.  Correct?
20   A.  Yes.
21   Q.  I believe these were produced from your
22  files.  Do you recognize them?

180

1    A.  Yes.
2    Q.  The second page, the one that has 7538 as the
3  last four Bates numbers, do you see the allocation of
4  resources entry?
5    A.  Yes.
6    Q.  Can you please read the three bullet points
7  for us?
8    A.  "Purchase history reports.  Track your
9  purchase patterns.  Downloadable into your own Excel
10  spreadsheet for further analysis and evaluation."
11    The second bullet, "AWP price reports
12  evaluate various reimbursement scenarios based on
13  AWP."
14    The third one is "KRJ Consulting can review
15  and support your existing billing and reimbursement
16  processes or provide turnkey setup of a new practice."
17   Q.  The second bullet references AWP price
18  reports, evaluate various reimbursement scenarios
19  based on AWP.  Are there any other type of AWP price
20  reports that we have not already talked about?
21   A.  No.
22   Q.  It was just that one that we just went over

181

1  in Exhibit Peterson 006, correct?
2    A.  Correct, yes.
3    Q.  That's the only question that I have about
4  that document.  Thank you.
5    (Marked Deposition Exhibit Peterson 009.)
6    (Recess.)
7    Q.  For the record, the court reporter has marked
8  as Exhibit Peterson 009 to your deposition a document
9  Bates numbered BMS/AWP/000059345 to 9406.  I do not
10  believe this document to be produced from your files.
11    Have you seen it before?
12   A.  No.
13   Q.  I'd like to draw your particular attention to
14  page number 9394.  Can you identify what this is?
15  It's a screen shot, right?
16   A.  It's a screen shot, yes.
17   Q.  From which system?
18   A.  I'm not aware.  I have not seen this before.
19   Q.  It looks web based.  Right?
20   A.  Yes, it does.
21   Q.  Do you see drug designation by diagnosis and
22  regimen over there on the left?

182

1   A.  Yes.
2   Q.  Is this an OTN report, do you know?
3   A.  This is not a report that I've ever seen.
4   It's not something that I've ever used, or have
5   available to me.
6   Q.  So you just don't know one way or other?
7   A.  No, I've never seen it. I've never used it.
8   Q.  Look forward to page 9396. I will ask the
9   same question. Do you know whether this is a screen
10  shot from an OTN web site?
11  A.  I do not know. It looks like a screen shot,
12  but I don't know where it's from.
13  Q.  Look at the prior page --
14  A.  What number?
15  Q.  9395. Look in the internet address. It says
16  "HTTPS," and there is a bunch of words. One says "OTN
17  net.com."
18      That would appear to be OTN, correct?
19  A.  It says "OTN net on line."
20      MR. TRETTER: It says "wire
21  worth.OTN.net.com."
22  Q.  Is this screen shot on this page something

183

1   you've ever seen before?
2   A.  No, it is not.
3   Q.  What about the prior pages of this document?
4   They appear to be PowerPoint format. Have you seen
5   these before?
6   A.  No, I have not.
7   Q.  The issues that are referenced in the early
8   pages are issues that John Akscin would be familiar
9   with. Correct?
10  A.  Which pages are you talking about?
11  Q.  Look at the first 10 pages of the exhibit.
12  A.  Honestly I can't say who they are from. Even
13  John Akscin.
14  Q.  These are issues that he would be familiar
15  with, correct?
16  A.  I can't answer that. I don't know.
17  Q.  Do you have someone in the western region
18  named Irene?
19  A.  No, I do not.
20  Q.  Did you in the past?
21  A.  No, I did not.
22  Q.  We will find out what this is when we get the

184

1   custodian list.
2       MR. TRETTER: Also, if you have a particular
3   question we can do our best with it.
4       MR. MATT: I will follow up with you on that
5   in due course.
6       (Marked Deposition Exhibit Peterson 010.)
7   Q.  For the record, this is Bates numbered
8   BMS/AWP 000096936 to 96943. On the top left it says
9   "Oncology Therapeutics Network." Is this a pricing
10  report for Orange Coast Oncology Hematology
11  Associates?
12  A.  I need to look at it.
13  Q.  Sure. Take your time.
14  A.  The document states it's a pricing report for
15  Orange Coast.
16  Q.  Have you seen anything like this before?
17  A.  The format looks familiar. It states things
18  on it. It's got current price here, but there is not
19  enough specific information to know what price that
20  actually is. It looks like it just has certain drugs
21  on it. It's not inclusive of everything.
22  Q.  So is this from Lynx, you think?

185

1   A.  No, it's not from Lynx.
2   Q.  What about Lynx To OTN, or OTN On Line?
3   A.  I'm not sure where it's from. It doesn't
4   look familiar -- the format of it doesn't look
5   familiar to me. I would say it's from OTN. I just
6   don't know the format of it, where it was pulled from.
7   It's not something that I have access to.
8       (Marked Deposition Exhibit Peterson 011.)
9   Q.  For the record, Exhibit Peterson 011 is Bates
10  numbered BMS/AWP/001487883 to 7891. Can you please
11  identify this document for the record?
12  A.  This is a monthly western region summary from
13  myself to Gena.
14  Q.  So you created this document?
15  A.  Yes, I did.
16  Q.  And this was maintained in your files in the
17  ordinary course of your responsibilities at OTN?
18  A.  Yes.
19  Q.  Was it produced from your files?
20  A.  Yes.
21  Q.  The first paragraph, would you please read
22  that, after "Todd Little"?

Marsha Peterson

Seattle, WA

April 13, 2005

48 (Pages 186 to 189)

186

1   A. "Vivian Finch said she had been waiting to
2   set up a database to track pricing but you had been
3   hesitant because she wasn't sure what all she wanted
4   to include. After she saw our AWP report on Lynx To
5   OTN she knew and basically copied our report. She
6   loves Lynx To OTN."
7   Q. Did the AWP report that is referenced here,
8   is that the AWP price report that we talked about
9   before?
10   A. Yes.
11   Q. On page 7885 there is a reference to Cary
12   Harris. Do you see that?
13   A. Yes.
14   Q. Could you read the second bullet for me?
15   A. "Benchmarking reports for offices moving into
16   aggressive reimbursement next year."
17   Q. What does that mean?
18   A. I would like to refer back to the page
19   previous to that, because its under a category called
20   OTN Differentiation Successes. This is a bullet under
21   Cary Harris. He is referring to benchmarking reports,
22   the reports that customers are able to get off of our

187

1   web site. When I was talking about the clinical data
2   reports, it is for sites that actually utilized those
3   reports. They were able to do some benchmarking as
4   far as how they looked as compared to results from the
5   state and the nation.
6   Q. Who is Cary Harris?
7   A. He was an RBDM, I believe at that point in
8   time. He hadn't changed yet.
9   Q. What does aggressive reimbursement mean?
10   A. Let's see what year this is from. This is
11   from 2003, so he is looking at next year, which is
12   2004, and he is referring to offices moving into
13   aggressive reimbursement next year, so he is referring
14   to customers that are leery of 2004 changes. So we
15   are moving into a very aggressive year and they are
16   having to take a look at their business and make sure
17   that they understand what they are getting into. This
18   is in reference to what his accounts are saying to
19   him.
20   Q. I still don't understand what "aggressive
21   reimbursement" means.
22   A. Aggressive reimbursement is in 2004 there

188

1   were changes to Medicare.
2   Q. So that is about Medicare?
3   A. Yes.
4   Q. What changes are you referencing?
5   A. The changes in 2004 that came with the
6   Medicare Modernization Act that hit in 2004.
7   Q. Are you talking about the change from AWP
8   based to ASP based reimbursements?
9   A. No, that happened in 2005.
10   MR. TRETTER: 85 percent of AWP?
11   THE WITNESS: Yes. They had never had any
12   changes. This was the start of the Medicare
13   Modernization Act.
14   Q. It changed from 95 to 85?
15   A. Yes.
16   Q. Percent.
17   A. And not just on that, but just the
18   environment, because things were new to them in 2004,
19   and they were hearing about the changes and were
20   knowing it was going to be a whole new thing. They
21   called it "aggressive reimbursement" next year. That
22   was a quote from a customer.

189

1   Q. I still don't know where to grasp what you
2   are saying in this context.
3   A. I would say its in the context of a customer
4   explaining to a rep that the customers were nervous.
5   They knew things were going to change in 2004. They
6   used the word "aggressive" saying that their world was
7   going to be changed. He used the word "aggressive."
8   It was probably something said to him by one of his
9   customers.
10   Q. Do you think it refers to making sure that
11   they are reimbursed for everything that they can be
12   reimbursed for?
13   A. I can't say. It's a statement he made in
14   response to his customer's responses.
15   Q. He has communicated it to you and then you
16   included it in this report. Right?
17   A. Exactly. This report is a compilation of all
18   --
19   MR. TRETTER: What was your understanding
20   when you included it in your report of what you
21   thought he meant? That's all you can testify to.
22   THE WITNESS: OTN Differentiation Successes

Marsha Peterson

Seattle, WA

April 13, 2005

190

1  is the category its under. Customers were looking at
2  our reports that we were giving to them on the web
3  site as helping them in understanding their business
4  to prepare for 2004.
5      (Marked Deposition Exhibit Peterson 012, Exhibit
6  Peterson 013, Exhibit Peterson 014, Exhibit Peterson 015,
7  Exhibit Peterson 016, Exhibit Peterson 017.)
8      Q.  The court reporter has marked Exhibit Peterson 012
9  to your deposition, which is a document Bates numbered
10  BMS/AWP 001483892 to 4101.
11     A.  Which one are you on?
12     (Discussion off the record.)
13     Q.  Exhibit Peterson 012 to your deposition is Bates
14  No. BMS/AWP 0014884077 to 4101. Could you please identify
15  for the record this document?
16     A.  The first sheet is an email from Jim Smith to
17  myself, Joe Warrenson and Gena, subject MSHO bid, all
18  caps.
19     Q.  And the second document?
20     A.  The second document?
21     Q.  Please identify that. It's part of the same
22  exhibit.

191

1      A.  This doesn't say on this front page that
2  there is an attachment to it.
3      Q.  What is MSHO stand for?
4      A.  That is Michigan State Hematology Oncology.
5      Q.  What is the attached document?
6      A.  The attached document is a proposal to the
7  Michigan State Hematology and Oncology Society.
8      Q.  This is how it was produced to us, stapled
9  together. I will represent that to you.
10     A.  Okay.
11     Q.  Is this a document that was produced from
12  your files?
13     A.  Produced from my files? Yes.
14     Q.  So it was maintained by you in the ordinary
15  course of your responsibilities as an OTN employee?
16     MR. TRETTER:  If this was an email it may
17  have been part of the email system. When you are
18  saying "part of her files," we produced Marsha's
19  emails as well, so it could be that it was on some
20  sort of email server.
21     THE WITNESS:  That's what I'm saying, the
22  attachment was there -- I get sent a lot of emails.

192

1  This is a MSHO bid which actually isn't under my area
2  of responsibility.
3      Q.  But your name is on the email, correct?
4      A.  Yes, to be copied on it.
5      Q.  So to the best of your knowledge you received
6  this?
7      A.  Yes.
8      Q.  That's the only question that I have for you.
9      Exhibit Peterson 013, for the record, is Bates
10  numbered BMS/AWP/001487651 to 7658.
11     Can you identify this for the record, please?
12     A.  This is an email from Craig Wilson sent to
13  recap, OTN recap, Mary Donovan and Marsha Peterson
14  regarding Western Hematology Oncology.
15     Q.  And you were a recipient on the email "to"
16  line. Correct?
17     A.  Yes.
18     Q.  To the best of your knowledge was this
19  produced from your files, or your email system?
20     A.  Yes.
21     Q.  That's the only question that I have on that.
22     Exhibit Peterson 014 is BMS/AWP/001487993 to 7995.

193

1  Could you please identify this for the record?
2      A.  This is an email from Julie Trueblood to
3  recap Marsha Peterson and Eric Ivey regarding
4  Dr. Kovax.
5      Q.  To the best of your knowledge was this an
6  email that you received?
7      A.  Yes.
8      Q.  And it was provided from either your email
9  system or your hard copy files. Correct?
10     A.  Yes.
11     Q.  No more questions on that. I would, however,
12  like to ask you a question on the prior Exhibit Peterson
13  013. We have talked earlier about the site
14  notes, I think we called it.
15     A.  Yes.
16     Q.  Is this an example of a site note?
17     A.  This is a example of a site note by an RBDM.
18     Q.  Would this be pre CIA system, or post CIA
19  system?
20     A.  Pre CIA.
21     Q.  So this would be a Word document?
22     A.  Yes.

Marsha Peterson                                                April 13, 2005

Seattle, WA

50 (Pages 194 to 197)

194

1    Q.  Is this format typical of the site notes that
2  were generated by RBDMs prior to initiation of the CIA
3  system?
4    A.  Are you asking me about the format?
5    Q.  Yes.
6    A.  Yes.
7    Q.  Exhibit Peterson 015, for the record, is
8  BMS/AWP/001487838 to 7844.  Can you identify this
9  document?
10   A.  This is a customer site note on Hematology
11 Oncology Associates in Fort Collins, Colorado from
12 Craig Wilson.
13   Q.  He was the RBDM at the time.  Correct?
14   A.  Yes.
15   Q.  And you were the RBDM manager at the time?
16   A.  Yes.
17   Q.  So Mr. Wilson would have provided this to
18 you?
19   A.  Yes.
20   Q.  Is this in the Word format or the CIA format?
21   A.  Word format.
22   Q.  To the best of your knowledge it was produced

195

1  from either your hard copy files or your computer,
2  correct?
3    A.  Yes.  It's hard to say on this because it's
4  just a print.  There is no email cover on it.
5    Q.  The next exhibit, Exhibit Peterson 016,
6  BMS/AWP/001483729 to 3733.  Could you identify this
7  for the record, please?
8    A.  It's an email from Julie Trueblood to the
9  recap, Amy Lee and Marsha Peterson, on Dr. Bernstein.
10   Q.  This is another site note?
11   A.  Yes.
12   Q.  To the best of your knowledge was it produced
13 from your computer or your hard copy files?
14   A.  Yes.
15       MR. TRETTER:  I don't think it's from the
16 hard copy files.
17       THE WITNESS:  It wouldn't be hard copy.  Its
18 email or electronic.
19       MR. TRETTER:  That would be true for all of
20 these?
21       THE WITNESS:  Yes, it would be true for all
22 of them.

196

1    Q.  Exhibit Peterson 017, BMS/AWP14483821 to 3836.
2  Can you identify this document for us, please?
3    A.  It's an email from Julie Trueblood on
4  September 22nd to the recap, myself, Amy Lee, Jan
5  Woods on an account called Synergy —
6       MR. TRETTER:  When you are reading,
7  especially, you need to slow down.
8       THE WITNESS:  On Synergy Hematology
9  Oncology.  It has an attached site note.
10   Q.  To the best of your knowledge was it produced
11 from your email?
12   A.  Email or electronic.  Yes.
13   Q.  Is this a CIA format, or Word document, if
14 you can tell?
15   A.  Word document.
16       MR. TRETTER:  We didn't produce anything off
17 of CIA, it was so recent.
18       THE WITNESS:  What number did this go
19 through?  Do you have the numbers?
20   Q.  The last number I have on mine is 3836.
21   A.  It looks like its two in one.
22   Q.  Two that are combined?

197

1    A.  Yes.
2    Q.  Two different customers.  Oh, I see.  Yes.
3  Thanks for pointing that out.  If there is no
4  objection we will just leave it combined for purposes
5  of record identification.
6       MR. TRETTER:  As long as its two of the same.
7       THE WITNESS:  Its two different customers.
8       MR. TRETTER:  It's the same person?
9       THE WITNESS:  It's from the same person.
10   Q.  Julie Trueblood is a TBDM now, right?
11   A.  Yes.
12   Q.  We talked about the AWP price report?
13   A.  Yes.
14   Q.  And we have talked about the fact that OTN
15 keeps those names in that report from Red Book?
16   A.  Yes.
17   Q.  Does AWP play any other role in your
18 business, in your area of responsibility?
19       MR. TRETTER:  Ob objection to the form.
20       THE WITNESS:  That's very broad.
21   Q.  Let me ask you a broader question.
22       What role does AWP play in your personal

Marsha Peterson

Seattle, WA

April 13, 2005

51 (Pages 198 to 201)

198

1  responsibilities at OTN?
2      A.  AWP doesn't play a role in my
3  responsibilities.
4      Q.  But you are familiar with it in the context
5  of the reports we have discussed, correct?
6      A.  Yes.
7      Q.  Are you familiar with it in any other context
8  in carrying out your responsibilities at OTN?
9          (Marked Deposition Exhibit Peterson 018,
10  Exhibit Peterson 019.)
11      Q.  For the record, Exhibit Peterson 018 is BMS/AWP
12  001487892 to 7899.  Would you identify this for the
13  record, please?
14      A.  This is a western regional summary for March
15  from myself to Gena.
16      Q.  So you prepared this?
17      A.  Yes, I did.
18      Q.  And it was produced from your files, either
19  electronic or paper?
20      A.  Electronic, yes.
21      Q.  I would like you to reference page 7896.  It
22  says "teamwork successes."  Do you see the entry,

199

1  bullet point for BMS OTN synergy?
2      A.  Yes.
3      Q.  Could you read the entry under that, please?
4      A.  "Houston BMS team.  Craig Wilson, Mindy
5  Anderson.  Breakfast meeting where the Taxol Para
6  program was discussed.  There was a question and
7  answer forum which they were able to answer many
8  questions regarding OTN and our overall strategy.  Met
9  new members of the team and made plans to work closely
10  together."
11      Q.  At the time you were an RBDM?
12      A.  At the time?  I was manager of the TBDMs.
13      Q.  And that passage that you just read
14  references questions regarding OTN and our overall
15  strategy.  What, to your recollection, were you
16  referencing there?
17      A.  Its in reference to the Taxol Para program.
18      Q.  Could you describe that for us?
19      A.  What would you like me to describe?
20      Q.  What is the Taxol Para program?
21      MR. TRETTER:  At that time?
22      MR. MATT:  At that time, exactly.

200

1      THE WITNESS:  This is in 2003.  The Taxol
2  Paraplatin program was a program where it would track
3  how much — there was a baseline for their Taxol
4  purchases that was from a time period, I can't
5  remember the exact date.  There was a baseline
6  recorded.  If they achieved a percentage of that
7  baseline they would get a 4 percent rebate on
8  Paraplatin.
9      Q.  BMS is Paraplatin, correct?
10      A.  Correct.
11      Q.  Was this a program that was put together
12  jointly between OTN and BMS?
13      A.  This was a BMS program implemented by OTN
14  because we were selling the drugs, so it was a program
15  that we tracked and provided to our customers.
16      Q.  Was this put into place at about the time
17  Taxol went generic?
18      A.  Well, this was 2003 that this report is from,
19  so I don't know the exact date of the Taxol Paraplatin
20  program.  We would have to look at the date of
21  initiation of that program.
22      Q.  Did that program have different names?

201

1      A.  The Taxol Paraplatin program had one name, to
2  my knowledge, and that was the Taxol Paraplatin
3  program.
4      Q.  Is that different from the Taxol value
5  program?
6      A.  I'm not sure what the Taxol value program
7  was.
8      Q.  How about the Taxol opportunity program?
9      A.  I am not sure what the Taxol opportunity
10  program was.
11      Q.  What about the Taxol incentive program?  Are
12  you familiar with that?
13      A.  I am not.  There were a lot — there are so
14  many different programs, I can't remember.  A lot of
15  this stuff was a while ago.
16      Q.  Are you familiar with the term "customer
17  buckets"?
18      A.  Yes.
19      Q.  What does that mean to you?
20      A.  It was a program.
21      Q.  What was its title?
22      A.  I can't remember the actual title of the

Marsha Peterson

Seattle, WA

April 13, 2005

52 (Pages 202 to 205)

---

**202**

1  program. It was related to Taxol. It may be one of
2  these there. I don't remember.
3      Q. I think I've seen some documents suggesting
4  that there were three different buckets and there were
5  different prices or discounts associated with each
6  bucket.
7      Does that sound at all familiar to you?
8      A. There were three programs, and each bucket,
9  you know, they called them buckets internally, that
10  was marketing, and there were three programs, yes.
11     Q. Was that based on volume of purchases of
12  Taxol?
13     A. It was based on a lot of variables, and I
14  didn't design the program so I'm not sure exactly what
15  all the variables were.
16     Q. Was that part of the Taxol Paraplatin
17  program, or was that a separate program?
18     A. That was a separate program. Now that I see
19  those words and now that you say the bucket program, I
20  believe that the Taxol value program, Taxol
21  opportunity program, and Taxol --
22     Q. -- incentive program?

---

**203**

1      A. Those words were used interchangeably at
2  times. I don't remember without seeing a program
3  document which one went to which.
4      Q. It could be all referring to the same
5  program, for all you know?
6      MR. TRETTER: Don't speculate.
7      THE WITNESS: I don't know.
8      Q. Turn to Exhibit Peterson 019. Its
9  BMS/AWP/001487900 to 7907. Could you identify
10  this, please, for the record?
11     A. This is a western region summary from
12  February 2003 to Michael Pollock and Faheem from
13  Marsha Peterson.
14     Q. This was produced out of your electronic
15  files. Correct?
16     A. Yes.
17     Q. Could you look at page 7904, please? There
18  is an entry under BMS OTN synergy. Could you read
19  into the record the first bullet point?
20     A. "The western region team was able to attend
21  eight out of 10 BMS POA meetings in late January and
22  early February. Two were missed because they occurred

---

**204**

1  the week of our national meeting. Each TBDM presented
2  OTN strategy for 2003 with a provided PowerPoint for
3  consistency. Feedback has been very positive. The
4  general feeling is that BMS and OTN will be working
5  very closely in 2003 to make OTN the only place to
6  purchase BMS products."
7      Q. The POA meetings referenced, what does it
8  stand for?
9      A. Plan of action.
10     Q. Who was in attendance for BMS?
11     A. That was a BMS sales meeting, and there were
12  10 of them.
13     Q. I'm sorry, you mean BMS sales reps?
14     A. BMS sales reps, oncology.
15     Q. When you reference the western region team, I
16  assume you are referencing OTN personnel, correct?
17     A. The western region team, what I'm referring
18  to is the territory business development manager from
19  the west.
20     Q. Who at the time was you?
21     A. Who at the time were my six TBDMs, whoever
22  was in place at that time.

---

**205**

1      Q. So you and the six TBDMs?
2      A. Myself and the six TBDMs.
3      (Marked Deposition Exhibit Peterson 020.)
4      Q. Exhibit Peterson 020 is a compilation of documents
5  that are not necessarily all in Bates number order.
6      MR. TRETTER: Is this something that you put
7  together?
8      THE WITNESS: I put it together.
9      Q. I think you will find as a common theme that
10  you were a recipient of each email.
11     THE WITNESS: This one I wasn't. It's
12  01168868 through 70.
13     Q. Please pull that one out.
14     Can you confirm that you were a recipient on
15  all of the emails in this exhibit?
16     A. I'm either a cc or a "to" in all.
17     Q. I believe that all these emails concern the
18  Taxol program, in one form or another.
19     My question to you is this: Look at the
20  email dated January 1, 2003, which is several pages
21  in.
22     A. Which number at the bottom?

---

Marsha Peterson                                            April 13, 2005
                          Seattle, WA

206

1    Q.  01230015.
2    A.  Okay.
3    Q.  This discusses the buckets that we were just
4  discussing, correct?
5        MR. TRETTER: There is a reference to a
6  bucket.
7        THE WITNESS: It's on the Taxol opportunity
8  program, is what it's on.
9    Q.  Does that refresh your recollection that the
10  buckets were related to the Taxol opportunity program?
11   A.  From here it says "Taxol opportunity
12  program," and there is "buckets" underneath it, so
13  yes.
14   Q.  Look at the graph on page 1230018.
15   A.  Okay.
16   Q.  Chart number 2 shows a line of Taxol sales
17  trend prior to the Taxol opportunity program. Do you
18  see that?
19   A.  I see the wording on the graph with an arrow
20  pointing up saying "Taxol pricing."
21   Q.  And you have seen this graph before?
22   A.  Yes.

207

1    Q.  So you recognize this?
2    A.  Yes.
3    Q.  And there is a dotted line there?
4    A.  Yes, I see that.
5    Q.  Do you know what that signifies?
6    A.  No, I do not.
7    Q.  I think it's the approximate date that the
8  opportunity program was instituted. Does that make
9  sense?
10   A.  No, not necessarily, because the line over
11  here says "Taxol sales trends prior to Taxol
12  opportunity program," and that's way over. To me it's
13  a dotted line that shows where the trend changed. I
14  don't think it has to do with anything different.
15   Q.  Does this chart reflect, in your mind, that
16  the Taxol opportunity program was successful at this
17  point?
18       MR. TRETTER: Objection to the form. I don't
19  know how he is defining that term, but go ahead.
20       THE WITNESS: Defining "successful"?
21       What this graph shows to me is that at the
22  date where the dotted line is the Taxol weekly

208

1  milligrams level leveled off instead of kept going
2  down.
3    Q.  Instead of trending downward it leveled off?
4    A.  Yes, that's what the graph shows me.
5    Q.  Is that attributable to the Taxol opportunity
6  program?
7    A.  On this chart it states here is the trend
8  prior to, and this is after, so you can deduce that
9  from this chart, I would assume.
10   Q.  You can look through this exhibit. You can
11  characterize it as you wish. When I look at it I see
12  a series of emails that are tracking Taxol sales.
13   A.  Yes.
14   Q.  On a periodic basis.
15       MR. TRETTER: You mean looking across all the
16  emails in the whole exhibit?
17       MR. MATT: Yes.
18   Q.  My question is this: You are a recipient on
19  all of them. The list of the various recipients of
20  the emails, are these all OTN people, or a combination
21  of BMS and OTN people?
22   A.  It's a combination.

209

1    Q.  I am not going to read in all these Bates
2  numbers because it will take 10 minutes. All I will
3  say for the record is that the first Bates number is
4  01092050, and the last Bates number is 01114860.
5        MR. TRETTER: They were not in consecutive
6  order. It's like telling somebody the sports score is
7  7-3.
8        MR. MATT: Can we ask the court reporter
9  after the deposition to inventory all the Bates
10  numbers on this exhibit?
11       (Discussion off the record.)
12       MR. MATT: Exhibit Peterson 020 is a series of
13  weekly Taxol updates. It's comprised of various emails,
14  and I'm going to read into the record the date of each
15  email. September 19, 2002, 9:26 a.m.; January 12,
16  2003, 5:18 p.m; March 16, 2003, 1:59 p.m; March 24,
17  2003, 1:53 p.m; March 30, 2003, 1:39 p.m; March 30,
18  2003, 4:06 p.m; April 7, 2003, 2:06 p.m; April 10,
19  2003, 7:04 p.m; April 13, 2003, 9:40 p.m; April 13,
20  2003, 9:42 p.m; April 20, 2003, 7:18 p.m; April 21,
21  2003, 12:58 p.m.
22       MR. TRETTER: Hold on. We didn't have that

**210**

1  one.
2       MR. MATT:  We will come back to that one,
3  April 26, 2003, 9:57 p.m.  April 2, 2003, 10:18 a.m.
4       MR. TRETTER:  We have two versions of April
5  26.
6       THE WITNESS:  It's the same cover and nothing
7  behind it.
8    Q.  Do you have the April 28, 2003 email?
9    A.  Yes.
10   Q.  May 2, 2003, 8:15 p.m.
11   A.  They gave them different numbers.  It's the
12  exact same document.
13   Q.  Hold on.  I have one that is 8:15 p.m. and
14  8:16 p.m. and then 8:19 p.m.
15       Then we go to June 7, 2003, 7:24 p.m.
16       MR. TRETTER:  You skipped May 24.
17   Q.  That was the last one.
18       Do you have June 7, 2003, 7:24 p.m; June 8,
19  2003, 8:32 p.m; June 14, 2003, 4:51 p.m; and the last
20  one is June 20, 2003, 10:53 p.m.?
21       We are missing April 21, correct?
22   A.  Yes.

**211**

1       MR. TRETTER:  Yes, I think so, or one of the
2  April 21s.
3       So the record is clear, most of these are
4  weekly Taxol updates that is the subject line, except
5  for the first one which is called Taxol Value
6  Program.  And sometimes they have attachments to the
7  email and sometimes they don't.
8    Q.  Sorry for having to put you through that, but
9  it was for a good cause because we did find out that
10  one of the pieces were missing.  We will have copies
11  made now and complete the exhibit.
12       (Discussion off the record.)
13       (Marked Deposition Exhibit Peterson 021,
14  Exhibit Peterson 022.)
15       MR. MATT:  For the record, we have completed
16  Exhibit Peterson 020 and it now does include an email dated
17  April 21, 2003, 12:58 p.m. and attachment.  The court
18  reporter has marked as Exhibit Peterson 021 Bates Nos.
19  BMS/AWP/001487818 to 7823.  Can you identify this for
20  the record, please?
21       THE WITNESS:  This is a customer site note,
22  Rainier Oncology, from Tess Caterinichio.

**212**

1    Q.  And this would have been provided to you,
2  correct?
3    A.  Electronically, yes.
4    Q.  Would you please review page 7820?  Item
5  number 4, Taxol, can you please read that?
6    A.  "Gave her new Taxol pricing, 11.85.  She was
7  pleased.  I discussed the fact that they need to
8  review the spread of Taxol versus Taxotere taking into
9  consideration Carbo 4 percent and lower price."
10   Q.  Who created this report?
11   A.  Tess Caterinichio.
12   Q.  And she worked for you, correct?
13   A.  She was an RBDM that worked for me.
14   Q.  When she says "review the spread of Taxol
15  versus Taxotere," what do you believe she is
16  referencing?
17   A.  What she is referencing, as you will notice,
18  the whole phrase talks about taking into
19  consideration -- the Carbo 4 percent is what she is
20  talking about, is the customer needs to look at her
21  price from OTN on Taxol as well as Taxotere, look at
22  those two prices, and make sure she calculates in the

**213**

1  4 percent of Carbo on that Taxo Carbo program because
2  it is a program that allows them to lower the
3  effective price of Taxol.  So when she is talking
4  about "spread" she is talking about the difference
5  between the OTN price of Taxol versus the OTN net
6  price of Taxotere.
7    Q.  Is that part of the Taxol Paraplatin program?
8    A.  The Taxol Paraplatin program, the 4 percent
9  is for Taxol.  So she wanted to make sure that this
10  customer looked at the net net price of Taxol with OTN
11  and the net net price of Taxotere so that she was
12  really taking a look at those two products side by
13  side.
14   Q.  My question is, where it says Carbo 4
15  percent, that's a reference to Paraplatin, right?
16   A.  Yes.
17   Q.  And Carboplatin is the generic name?
18   A.  Yes, that's right.
19   Q.  Exhibit Peterson 022, Bates No.
20  BMS/AWP/001487761.
21  Were you copied on this email?
22   A.  I was cc'd on this email, yes.

Marsha Peterson                                                April 13, 2005

Seattle, WA

214
1    Q. To the best of your knowledge was it produced
2  through your electronic files?
3    MR. TRETTER: Or her emails.
4    THE WITNESS: Or my emails, yes.
5    Q. Do you see where it says "Tennessee ONC
6  margin tool"?
7    A. Yes.
8    Q. What does "margin tool" mean?
9    A. This is in reference — this message is from
10  OTN to OTN, so its OTN's margin, when we do a customer
11  specific margin for our business to see how profitable
12  they are.
13    Q. Turn to the next page, profit percentage. Do
14  you see that?
15    A. Yes.
16    Q. Is this profit to OTN?
17    A. Yes, this is a profit analysis for this
18  particular customer for OTN, for our pricing.
19    Q. What does OP volume mean?
20    A. OP is other products.
21    Q. So this does not refer to profits that the
22  oncology customer makes, correct?

215
1    A. Rephrase that, please.
2    Q. Tennessee Oncology, the profit percentage,
3  this isn't profit percentage to Tennessee Oncology,
4  this is to OTN?
5    A. Yes, OTN's internal profit on that customer.
6    Q. Okay.
7    MR. TRETTER: This has nothing to do with
8  reimbursement.
9    MR. MATT: Thanks. No more questions for
10  that one.
11    MR.KUSHNER: When the witness identified OP
12  as being other products, that is distinct from
13  Bristol-Myers' products.
14    (Marked Deposition Exhibit Peterson 023.)
15    Q. For the record, this is document Bates
16  numbered BMS/AWP 01485773 to 5780.
17    Can you identify for the record what this
18  document is?
19    A. Its rather disjointed. It looks like a
20  spreadsheet. It's on many, many pages. There is no
21  identifier on the top. It's a listing of products
22  with different categories. One is NDC, one is J code,

216
1  billing unit, drug name, other name, unit size, AWP,
2  and the next three columns are OS, which stands for
3  Oncology Supply, so that is a competitive price. The
4  OS cost, which is their price times their usage, so
5  the usage is the last column which is 20, so you take
6  the 750 times 20 and get the cost.
7    Q. I will represent to you that this document
8  was produced out of your files. Had you seen it
9  before?
10    A. I don't remember it. It doesn't have an
11  identifier on it. It just is a set of numbers to me.
12    Q. Is this something that could have come from
13  Oncology Supply?
14    A. It could have come from Oncology Supply, yes.
15    Q. Is this something that may have been provided
16  to you or one of your TBDMs by a customer?
17    A. Yes, it could be. I can't tell. There is
18  not enough identifiers on here to see when or where
19  it's from. I can't tell anything.
20    Q. No further questions on that one.
21    (Marked Deposition Exhibit Peterson 024.)
22    Q. Exhibit Peterson 024 is Bates numbered BMS/AWP

217
1  001484591 to 4613. Can you identify this for the
2  record?
3    A. This is an email from Gena to myself and Todd
4  Little, subject OHOA with drug purchases. The
5  attached document to it represents a purchase history
6  report for this particular customer.
7    Q. What software generated this report?
8    A. Lynx To OTN.
9    Q. So does the purchase history report also
10  contain AWP information?
11    A. It depends on what time frame, again. The
12  time frame on this is 2003, so I can say in 2003 on
13  this date it did contain an AWP.
14    Q. To your knowledge did it contain AWP
15  information prior to January of 2005?
16    MR. TRETTER: 2005?
17    THE WITNESS: This says "2003."
18    Q. I know. I'm asking another question.
19    You had frequently asked me to clarify time
20  periods.
21    A. Yes.
22    Q. So this purchase history report that is

Marsha Peterson                                        April 13, 2005

Seattle, WA

56 (Pages 218 to 221)

218

1 generated in the Lynx To OTN system, did it always
2 contain AWP information prior to 2005?
3    A. I don't know.
4    Q. What use were you making of this report?
5    A. This, as it states on the front page, is the
6 drug purchases for this account, so this was sent from
7 Gena to myself and Todd showing us how much of each of
8 these products were purchased, so it's a volume
9 report.
10    Q. There is nothing of special significance with
11 this client? Why, do you know, was Ms. Cook sending
12 this to you?
13    A. She was just giving me drug purchases. It
14 doesn't say why she sent it. I don't remember what it
15 was for specifically. She is just sending me volumes.
16    Q. What client is this again, OHOA?
17    A. I can't actually tell you because OHOA is a
18 very common acronym in community based oncology.
19    Q. For what?
20    A. Well, oncology, hematology, oncology
21 associates. It could stand for anything. I don't
22 know because they use a lot of Os and Hs.

219

1    Q. The AWP column, is that something that you
2 are interested in?
3    A. No, not for the purposes of this. This is
4 just on the report because it's a customer facing
5 report.
6    Q. This is a report that the customer can access
7 from Lynx To OTN?
8    A. Yes.
9       (Marked Deposition Exhibit Peterson 025.)
10    Q. Exhibit Peterson 025 is Bates number
11 BMS/AWP/001484142 to 4183. Would you identify this
12 for the record, please?
13    A. This is an Orange Coast Oncology Hematology
14 Associates report which appears to be -- it's a price
15 report. It's a customer specific pricing.
16    Q. But it's not an AWP price report?
17    A. No, it is not. It's a customer price report
18 because it has the term of the customer 2 percent
19 direct debit on the top.
20    Q. Is this printed from Lynx To OTN?
21    A. I actually don't know where it is produced
22 from. I can't tell by this where its produced from.

220

1    Q. Take a look at that information at the bottom
2 footer in the center.
3    A. It's from OTN. It just says "pricing
4 information not available on line."
5       MR. TRETTER: It says "also available."
6       THE WITNESS: Its saying you can go there,
7 but this may be an internal document. I can't tell.
8 I have not seen it. I am not familiar with this
9 format. It's not something that we normally generate,
10 me being the TBDM or myself would generate. It has
11 the same look, though.
12       (Marked Deposition Exhibit Peterson 026.)
13    Q. For the record, Exhibit Peterson 026 is BMS/AWP
14 001484114 to 4141. Would you please identify this for
15 the record?
16    A. It is an email from Todd Little to Marsha
17 Peterson and Eric Ivey. It is a price analysis for
18 JOA, but I am not questioning this document because the
19 email says it is a price analysis, but the attachment
20 looks like a customer price list. It says "price
21 analysis."
22       MR. TRETTER: Look at this, though.

221

1       THE WITNESS: The attached document has JOA
2 OTN 329, which is an account number, and this is a
3 list of their current pricing.
4    Q. So the attachment itself, what is that
5 called?
6    A. A price report, customer price report.
7    Q. An internal document?
8    A. Again, looking at the date of 2003, I'm not
9 exactly sure of the source of where they got this
10 report from. It looks just like a regular customer
11 price report.
12    Q. My question is: Is this something that the
13 customer can access?
14    A. Yes.
15    Q. This is being provided by Mr. Little. Is he
16 asking for approval of the pricing for this client?
17    A. I want to go on the record to say -- oh, here
18 we go. Let me take a minute here.
19    Q. Sure.
20    A. It's very disjointed because its printed off
21 a spreadsheet so nothing is sequential so it's hard
22 for me to see what columns go with what. There are

Marsha Peterson                                                    April 13, 2005
                              Seattle, WA

222

1   question marks and its next to nothing.
2       Do you see what I'm saying? It's hard for me
3   to comment on.
4       Q. We just copied this as it was produced out of
5   your files. This was produced from your electronic
6   file or email. Correct?
7       A. Yes.
8       Q. Look at the last couple pages. There is a
9   comparison set out between OTN and COIN. What is
10  COIN?
11      MR. TRETTER: That doesn't necessarily mean
12  anything. We have to realize we have vendors dealing
13  with millions of documents. It doesn't necessarily
14  mean it was accurate the way it was originally sent.
15      MR. MATT: This is the way it was stapled
16  when it was sent to me.
17      THE WITNESS: It's hard for me to see how
18  these are together.
19      Q. What does COIN mean, C-O-I-N?
20      A. It says "original presentation by NSS," so
21  COIN, it looks like it's a copy of a competitive
22  pricing, that a competitor gave to the customer

223

1   because it has COIN and total, OTN and total, and COIN
2   must be their pricing.
3       Q. So COIN, to your knowledge —
4       A. It must be a connection to NSS.
5       Q. It doesn't jump out as an acronym for one of
6   the other competitors that you are competing with?
7       A. No, but NSS is.
8       Here it is a comparison, on these pages. It
9   doesn't look like it connects with the others.
10      Q. The next document is Exhibit Peterson 027 —
11      A. I would like to go on record, though, that
12  these documents don't look like they belong together.
13      Q. The last three pages don't look like they
14  belong with the prior document?
15      A. No, no.
16      Q. Okay. That's helpful. Thanks.
17      (Marked Deposition Exhibit Peterson 027.)
18      (Recess.)
19      Q. Exhibit Peterson 027 is BMS/AWP 001483889 to 3891.
20  Would you identify this for the record, please?
21      A. An email from Todd Little to recap Marsha
22  Peterson, Louise Lim and Edwin Klug.

224

1       Q. And this was sent to you, correct?
2       A. Yes, it was.
3       Q. And it was produced from your electronic
4   files or email files. Correct?
5       A. Yes.
6       Q. Can you reference the last page, please? The
7   second to the last bullet point, beginning "I tried,"
8   can you read that, please?
9       A. I have an extra page on this.
10      Q. Which bullet? The second to the last bullet,
11  "I tried presenting."
12      A. "I tried presenting several different things
13  such as ABCs rolling terms. He shot all of this
14  down. He does not want to do anything to get a rebate
15  since he feels this goes against the Stark laws and
16  ya'll are going to get people sent to jail."
17      Q. I had to ask about this one. What do you
18  think he is talking about?
19      MR. TRETTER: I think he is a little bit
20  stark himself.
21      THE WITNESS: Again, this was in Todd's site
22  note, and he just directly quoted what a customer

225

1   said. I remember when I actually read this, and I
2   actually talked to Todd and said does he understand
3   what the Stark law is? It's obvious he doesn't. So
4   customers make comments a lot of times and they will
5   make them offhand.
6       Q. And that's because Stark doesn't relate to
7   rebates, correct?
8       A. That's correct.
9       (Marked Deposition Exhibit Peterson 028,
10  Exhibit Peterson 029, Exhibit Peterson 030,Exhibit
11  Peterson 031.)
12      Q. Exhibit Peterson 028, for the record, is
13  BMS/AWP 0014883808 to 3813.
14      Could you please identify this for the
15  record?
16      A. An email from Mike Brushbold to myself and
17  others on Horizon's West Medical Group with an
18  attached site note.
19      Q. And this was produced from your email or your
20  electronic files, correct?
21      A. Yes.
22      Q. Next is Exhibit Peterson 029. For the record its

Marsha Peterson

Seattle, WA

April 13, 2005

58 (Pages 226 to 229)

226

1   BMS/AWP 001488181 to 8183. Can you identify this for
2   the record, please?
3       A. An email from Craig Wilson to myself and
4   others for Dr. Giangreco, attached site note.
5       Q. Who prepared this site note?
6       A. Craig Wilson.
7       Q. And this was produced out of your email or
8   your electronic files. Correct?
9       A. Yes.
10      Q. Under Meeting Notes, it says, "discussed
11  generic Taxol." Would you read that?
12      A. "Discussed generic Taxol. They do not want
13  to switch. I told Melva that we are constantly
14  lowering the cost of Taxol and that AWP is still
15  strong. She will stay with OTN."
16      Q. "AWP is still strong," what does that mean?
17  Do you believe it refers to reimbursement?
18      A. I don't think it refers to a reimbursement, I
19  think it's just a comment on the price of Taxol, and I
20  would say the customer price said something about AWP.
21      Q. The fact is Mr. Wilson is referring to the
22  difference between AWP and the Taxol, correct?

227

1       A. He doesn't refer to a difference, he just
2   refers to the cost of Taxol, and that AWP is strong.
3   He doesn't refer to any difference.
4       Q. What is the relevancy of "AWP is still
5   strong"?
6       A. I have no idea.
7       Q. What is your guess, based on your many years
8   of experience at OTN?
9       A. That AWP has not changed.
10      Q. Why is that relevant?
11      A. I really can't tell by the context of this.
12      Q. Would you disagree with the interpretation
13  that Mr. Wilson was pointing out that the cost of
14  Taxol is going down while the reimbursements for Taxol
15  is still strong?
16      A. I would say that he said AWP is still
17  strong. He didn't say "reimbursement."
18      Q. Do you disagree with the interpretation?
19      A. I really don't know the interpretation so I
20  can't disagree or agree.
21      Q. Okay, thank you. No further questions on
22  that.

228

1       Exhibit Peterson 030, BMS/AWP 001483218 to 83281.
2   Please identify this for the record.
3       MR. TRETTER: Is this all one document?
4       MR. MATT: This is the way it was produced.
5       MR. TRETTER: That doesn't mean anything. I
6   don't believe, Ms. Peterson, that after the page that
7   has the Bates numbers 3227 at the bottom, that there
8   is any text. I think it's just computer characters.
9       THE WITNESS: Okay. Let's go back.
10      Q. Is this a business plan that you sent to
11  Gena?
12      A. It appears to be a business plan. It's just.
13  that it's all run together. Its hard to see. It
14  appears to be.
15      Q. To the best of your knowledge was this
16  produced out of your email files or your electronic
17  files?
18      A. Probably out of my email files.
19      Q. There are several pages of text that we can
20  read, if we wanted to read all of it. Correct?
21      A. Yes.
22      Q. I wanted to draw your attention to the page

229

1   3226. There is a paragraph beginning "education"
2   right there. Could you read that into the record?
3       A. "Education regarding oncology drugs. I will
4   be assigning each TBDM a different group of drugs to
5   take responsibility for topics. The product info,
6   profitability, manufacturer information, and
7   contracting, positioning, rebates, programs,
8   reimbursement, et cetera. Grouping to be determined.
9   The following is start at the break outs."
10      Q. You can stop there. The word
11  "profitability," what does that reference?
12      A. That is OTN profitability on a particular
13  drug.
14      Q. What does "reimbursement" reference?
15      A. Reimbursement is referencing if there are
16  specific reimbursement programs offered by the
17  manufacturer. Its education on a drug specific to.
18      Q. As in whether its reimbursed or not?
19      A. No. Since this is education regarding
20  oncology drugs, different manufacturers have
21  reimbursement programs, so its referring to if that
22  manufacturer has a reimbursement program or not. It's

Marsha Peterson

April 13, 2005

Seattle, WA

**230**

1 just education.

2    Q.   No more questions on that one.

3        Exhibit Peterson 031, for the record it's Bates

4 numbers BMS/AWP 001483343 to 3366. Is this an email

5 that you created?

6        MR. TRETTER:  Do you mean the first part?

7        MR. MATT:  The first part.

8        THE WITNESS:  The first page is an email from

9 myself to Julie Trueblood.

10    Q.   And the second part of the document, what is

11 this?

12    A.   This is a spreadsheet, and its several

13 different spreadsheets kind of run along a lot of

14 different pages, and it is a proposal to Orange Coast

15 Oncology Hematology Associates, a pricing proposal.

16    Q.   Did you prepare this?

17    A.   I prepared this along with Julie Trueblood.

18    Q.   And the page ending Bates No. 3349, what

19 information is presented on this page?

20    A.   What this is is a small section of one tab in

21 a spreadsheet which is an internal document only which

22 is doing a margin analysis and profitability on this

**231**

1 customer for OTN.

2    Q.   The margin for OTN?

3    A.   OTN margin and profitability. It's an

4 internal document.

5    Q.   And this part is not provided as part of the

6 presentation to the potential client, correct?

7    A.   No, it is not.

8    Q.   What is the advantage program?

9    A.   The advantage program is a pricing program to

10 an OTN customer that commits a certain percentage of

11 their business to OTN, so it's a very good pricing

12 program, a premier pricing program.

13    Q.   Who is NOA?

14    A.   NOA is National Oncology Alliance.

15    Q.   Is that a GPO?

16    A.   That's a GPO, yes. I'm sorry.

17        (Marked Deposition Exhibit Peterson 032.)

18    Q.   For the record, this is Bates No. BMS/AWP

19 001487918. The last Bates No. is 7940. Could you

20 identify this for the record, please?

21    A.   This looks like a PowerPoint presentation put

22 together by customer profitability and business

**232**

1 analysis regarding OTN pricing contracts and

2 chargebacks.

3    Q.   To the best of your knowledge was it produced

4 out of your electronic files?

5    A.   It was in my electronic files. I did not

6 author it.

7    Q.   It was produced for purposes of the

8 litigation?

9    A.   Yes, yes.

10    Q.   Do you know who did author it?

11    A.   No, I do not.

12    Q.   Were you present at a presentation in which

13 this was presented?

14    A.   No, I was not.

15        It is also, for the record, an older

16 document. It doesn't have a date on it.

17    Q.   It looks like the third page says "2002

18 objectives." That might help you with its era.

19        Look at the Bates number ending 7922, please.

20    A.   79 what?

21    Q.   7922.

22    A.   I see.

**233**

1    Q.   There is a bold point there that says

2 "managed BMS pricing." Do you know what that refers

3 to?

4    A.   Because I wasn't present at it or didn't

5 create it I can only deduce that since it is from

6 customer profitability and business analysis, that

7 group manages BMS pricing and that would be in the

8 system.

9    Q.   Within the system?

10    A.   Within the internal workings of the system.

11    Q.   No further questions on that.

12        (Marked Deposition Exhibit Peterson 033.)

13    Q.   For the record, Exhibit Peterson 033 is Bates

14 No. BMS /AWP 001487857 to 7882. Can you identify this

15 for the record, please?

16    A.   This is a PowerPoint presentation presented

17 to Orange Coast Oncology Hematology by myself and

18 Julie and Warren.

19    Q.   Who was in attendance?

20    A.   Two gentlemen from Orange Coast Hematology

21 that we presented to.

22    Q.   On page number 7872, do you see the first

Marsha Peterson                                                  April 13, 2005
Seattle, WA

60 (Pages 234 to 237)



234
1    bullet point, 125 working Lynx system interfaces?.
2        A.   Yes.
3        Q.   Does that mean there are 125 screens being
4    proposed for this client?
5        A.   No.
6        Q.   What does that mean?
7        A.   That means that there are 125 different Lynx
8    systems that are interfaced.  And an interface is
9    where we actually interface the Lynx system to either
10   their scheduling or billing systems internally in the
11   practice, so it's a computer interface.
12           (Marked Deposition Exhibit Peterson 034.)
13       Q.   For the record, Exhibit Peterson 034 to your
14   deposition is Bates No. BMS/AWP/001483047 to 3061.
15   Can you identify for the record what this is?
16       A.   This is an ARDM, education and training
17   checklist, which was developed by Craig Wilson for the
18   training of RBDMs.
19       Q.   To the best of your knowledge was this
20   produced out of your electronic files?
21       A.   Yes.
22       Q.   I will call your attention to general

235
1    information there, number 2.
2        A.   Yes.
3        Q.   Could you read that, please?
4        A.   "BMS V mail proprietary system for all BMS
5    employees, check daily."
6        Q.   Do you have a BMS voice mail?
7        A.   Yes.
8        Q.   Do you have an OTN voice mail?
9        A.   Yes.
10       Q.   Do you have a BMS email address?
11       A.   No.
12       Q.   Just an OTN email address?
13       A.   Yes.
14       Q.   Why do you have both an OTN voice mail and a
15   BMS voice mail?
16       A.   We have a BMS voice mail because we are owned
17   by BMS and there are many times BMS-wide voice mails
18   go out to the employee base for HR purposes or
19   whatever, so we need to check that voice mail.
20       MR. MATT:  Ms. Peterson, I don't have any
21   further questions for you.  Thank you for coming in.
22       MR. TRETTER:  I have no questions.

236
1        (Deposition concluded at 5:07 p.m.)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

237
1           CERTIFICATE
    STATE OF WASHINGTON )
2                       ) ss.
3   COUNTY OF KING      )
        I, the undersigned Certified Shorthand
4   Reporter and an officer of the Court under my
5   commission as a Notary Public for the State of
6   Washington, hereby certify that the foregoing
    deposition upon oral examination of Marsha Peterson
7   was taken before me on April 13, 2005, and transcribed
8   under my direction;
9           That the witness was duly sworn by me to
10  testify truthfully; that the transcript of the
11  deposition is a full, true, and correct transcript to
12  the best of my ability; that I am neither attorney
13  for, nor a relative or employee of, any of the parties
14  to the action or any attorney or counsel employed by
15  the parties hereto, nor financially interested in its
16  outcome.
17          IN WITNESS WHEREOF, I have hereunto set my
18  hand and seal this 25th day of April, 2005.
19      SJULIECOSWALD
20      NOTARY PUBLIC in and for the State of Washington,
21  residing at Seattle.  Commission expires November 11,
22  2007.

Henderson Legal Services
(202) 220-4158

# EXHIBIT 19

# Memorandum

## ☐APOTHECON

*Nick — For your files*

| | | | |
|---|---|---|---|
| To: | List | Date: | May 28, 1993 |
| From: | S. Tarriff | C.C.: | N. DiMaio |
| | | | W. Roberts |
| Subject: | **LIST PRICE INCREASE ORAL ANTIBIOTICS** | | |

Per the 1994-98 Strategic Plan, Apothecon is planning to delete Polymox, Betapen and Polycillin-O. These products will be consolidated into the Trimox, Veetids and Principen line. This action is primarily driven by the need to reduce the number of products, SKU's and inventory in accordance with Operation Kick Start. In total, Apothecon will be deleting over 125 SKU's.

The decision for a pharmacy to purchase oral antibiotics is often more determined by third party reimbursement than acquisition price. Historically, third party payor's reimbursement was based on average wholesale price (AWP) as reported by Red Book or 1st Data Bank. A pharmacy which purchased amoxicillin at $40, which carried an AWP of $100, would have been reimbursed $60 by many traditional plans offered by such carriers as Prudential or Aetna.

AWP management strategies have been key to successfully marketing the Apothecon line of antibiotics. Apothecon has kept two lines with two distinct AWPs:

1. Polymox, Betapen and Polycillin-O are considered branded products and maintain the highest AWP in the marketplace. The upside is the high AWP allows for maximum reimbursement. The downside is that many third party plans exclude these products because of high AWP. Fewer plans allow for dispensing of these brands each year.

2. Trimox, Veetids and Principen are considered generics and carry lower AWP's. The upside is all third party plans allow for the use of these products. The downside is that the pharmacy reimbursement levels are lower than Polymox, Betapen and Polycillin-O.

On-going healthcare reform has made the dual AWP strategy less appealing. Many plans now disallow Polymox, Betapen and Polycillin-O. In addition, many third party plans and state programs have created maximum allowable costs (MAC's) which reimburse based on a ceiling and disregards AWP altogether.

The reimbursement climate has shifted sufficiently for Apothecon to delete Polymox, Betapen and Polycillin-O. The value of reduced SKU's, inventory and dual manufacturing now out-weighs the benefit of the reimbursement logic.

Apothecon must now develop a one line (Trimox, Veetids and Principen) AWP strategy that maximizes its Marketing efforts. To do this, a new AWP for the remaining products must be set in the middle of the two lines (e.g. higher than Trimox but lower than Polymox).

Mechanically the way to accomplish this is to raise the list price (list price = 75% = AWP) of Trimox, Veetids and Betapen. This is a list price change only. The average selling price of the products will not change. However, the data services will report this as a Bristol-Myers Squibb list price increase.

BMY/PLB/012/092/0000423

 A Bristol-Myers Squibb Company

X        Trade Secret / FOIA Confidential        BMS-0074025

BMSAWP/0041865

HIGHLY CONFIDENTIAL

If the price increase does not occur, then Apothecon will not delete the Polymox line, but will delete Betapen and Polycillin-O which are much smaller parts of the line.

Your approval to increase the list price of Trimox, Veetids and Principen as outlined in the attached table is recommended.

**APPROVED:**

S. Tarriff      7/6/93         L. Burg   4/18

Verbal Approval from SLB 6/28/93

S. Barker

ST/whs
Attachment

List:

S. Barker
L. Burg

BMY/PLB/012/092/0000424

Trade Secret / FOIA Confidential      BMS-0074026

BMSAWP/0041866

HIGHLY CONFIDENTIAL

| | | | | | |
|---|---|---|---|---|---|
| **Amoxicillin** | | | | | |
| 0003-0101-50 | Trimox 250mg 100's caps | $18.96 | $19.91 | 5% | $24.89 |
| 0015-7278-60 | Polymox 250mg 100's caps | $27.70 | deleted | | |
| | | | | | |
| 0003-0101-51 | Trimox 250mg 100's caps UNI | $18.96 | $19.91 | 5% | $24.89 |
| 0015-7278-66 | Polymox 250mg 100's caps UNI | $29.75 | deleted | | |
| | | | | | |
| 0003-0101-60 | Trimox 250mg 500's caps | $90.30 | $94.82 | 5% | $118.52 |
| 0015-7278-60 | Polymox 250mg 500's caps | $133.73 | deleted | | |
| | | | | | |
| 0003-0109-45 | Trimox 500mg 50's caps | $17.72 | $18.61 | 5% | $23.26 |
| 0015-7279-50 | Polymox 500mg 50's caps | $26.64 | deleted | | |
| | | | | | |
| 0003-0109-55 | Trimox 500mg 100's caps | - | $34.73 | | $43.41 |
| 0015-7279-60 | Polymox 500mg 100's caps | $48.91 | deleted | | |
| | | | | | |
| 0003-0109-51 | Trimox 500mg 100's caps UNI | $35.45 | $37.22 | 5% | $46.53 |
| 0015-7279-66 | Polymox 500mg 100's caps UNI | $50.93 | deleted | | |
| | | | | | |
| 0003-0109-60 | Trimox 500mg 500's caps | $145.00 | $152.25 | 5% | $190.31 |
| 0015-7279-80 | Polymox 500mg 500's caps | $138.38 | deleted | | |
| | | | | | |
| 0003-1738-15 | Trimox Pediatric Drops | - | $2.99 | | $3.74 |
| 0015-7277-16 | Polymox Pediatric Drops | $3.11 | deleted | | |
| | | | | | |
| 0003-1737-30 | Trimox 125mg/5ml 80ml O/S | $2.36 | $2.48 | 5% | $3.10 |
| 0015-7276-35 | Polymox 125mg/5ml 80ml O/S | $4.81 | deleted | | |
| | | | | | |
| 0003-1737-40 | Trimox 125mg/5ml 100ml O/S | $2.71 | $2.85 | 5% | $3.56 |
| 0015-7276-41 | Polymox 125mg/5ml 100ml O/S | $5.88 | deleted | | . |
| | | | | | |
| 0003-1737-45 | Trimox 125mg/5ml 150ml O/S | $3.13 | $3.29 | 5% | $4.11 |
| 0015-7276-50 | Polymox 125mg/5ml 150ml O/S | $6.62 | deleted | | |
| | | | | | |
| 0003-1738-30 | Trimox 250mg/5ml 80ml O/S | $4.05 | $4.25 | 5% | $5.32 |
| 0015-7277-35 | Polymox 250mg/5ml 80ml O/S | $7.04 | deleted | | |
| | | | | | |
| 0003-1738-40 | Trimox 250mg/5ml 100ml O/S | $4.64 | $4.87 | 5% | $6.09 |
| 0015-7277-41 | Polymox 250mg/5ml 100ml O/S | $7.78 | deleted | | |
| | | | | | |
| 0003-1738-25 | Trimox 250mg/5ml 150ml | $5.38 | $5.65 | 5% | $7.06 |
| 0015-7277-79 | Polymox 250mg/5ml 150ml | $8.68 | deleted | | |

BMY/PLB/012/092/0000425

Trade Secret / FOIA Confidential          BMS-0074027

BMSAWP/0041867

HIGHLY CONFIDENTIAL

| NDC | Description | Current Wholesale Price (1/85) | New Wholesale Price (1/86) | % Change | AWP |
|---|---|---|---|---|---|
| **Amplcillin** | | | | | |
| 0003-0122-50 | Principen 250mg 100's caps | $8.93 | $9.38 | 5% | $11.72 |
| 0015-7992-60 | Polycillin 250mg 100's caps | $15.47 | deleted | | |
| | | | | | |
| 0003-0122-51 | Principen 250mg 100's caps UNI | $8.93 | $9.38 | 5% | $11.72 |
| 0015-7992-66 | Polycillin 250mg 100's caps UNI | $17.48 | deleted | | |
| | | | | | |
| 0003-0122-60 | Principen 250mg 500's caps | $31.65 | $33.23 | 5% | $41.54 |
| 0015-7992-80 | Polycillin 250mg 500's caps | $74.57 | deleted | | |
| | | | | | |
| 0003-0134-50 | Principen 500mg 100's caps | $13.49 | $14.16 | 5% | $17.71 |
| 0015-7993-60 | Polycillin 500mg 100's caps | $27.60 | deleted | | |
| | | | | | |
| 0003-0134-51 | Principen 500mg 100's caps UNI | $13.49 | $14.16 | 5% | $17.71 |
| 0015-7993-66 | Polycillin 500mg 100's caps UNI | $29.62 | deleted | | |
| | | | | | |
| 0003-0134-60 | Principen 500mg 500's caps | $57.76 | $60.65 | 5% | $75.81 |
| 0015-7993-80 | Polycillin 500mg 500's caps | $133.17 | deleted | | |
| | | | | | |
| 0003-0969-09 | Principen 125mg/5ml 100ml O/S | $1.75 | $1.84 | 5% | $2.30 |
| 0015-7988-40 | Polycillin 125mg/5ml 100ml O/S | $2.98 | deleted | | |
| | | | | | |
| 0003-0969-52 | Principen 125mg/5ml 150ml O/S | $2.45 | $2.57 | 5% | $3.22 |
| 0015-7988-50 | Polycillin 125mg/5ml 150ml O/S | $3.83 | deleted | | |
| | | | | | |
| 0003-0969-61 | Principen 125mg/5ml 200ml O/S | $3.04 | $3.19 | 5% | $3.99 |
| 0015-7988-64 | Polycillin 125mg/5ml 200ml O/S | $4.81 | deleted | | |
| | | | | | |
| 0003-0972-52 | Principen 250mg/5ml 100ml O/S | $2.34 | $2.46 | 5% | $3.07 |
| 0015-7884-40 | Polycillin 250mg/5ml 100ml O/S | $4.04 | deleted | | |
| | | | | | |
| 0003-0972-47 | Principen 250mg/5ml 150ml O/S | $3.86 | $4.05 | 5% | $5.07 |
| 0015-7998-50 | Polycillin 250mg/5ml 150ml O/S | $5.88 | deleted | | |
| | | | | | |
| 0003-0972-61 | Principen 250mg/5ml 200ml O/S | $4.67 | $4.90 | 5% | $6.13 |
| 0015-7998-64 | Polycillin 250mg/5ml 150ml O/S | $6.94 | deleted | | |
| | | | | | |

BMY/PLB/012/092/0000426

Page 2

Trade Secret / FOIA Confidential          BMS-0074028

BMSAWP/0041868

HIGHLY CONFIDENTIAL

| | | | | | |
|---|---|---|---|---|---|
| Penicillin VK's | | | | | |
| 0003-0681-44 | Veetids 125mg/5ml 100ml O/S | $1.32 | $1.39 | 5% | $1.73 |
| 0015-7506-40 | Betapen 125mg/5ml 100ml O/S | $1.98 | deleted | | |
| | | | | | |
| 0003-0681-54 | Veetids 125mg/5ml 200ml O/S | $2.28 | $2.39 | 5% | $2.99 |
| 0015-7506-64 | Betapen 125mg/5ml 200ml O/S | $2.89 | deleted | | |
| | | | | | |
| 0003-0682-44 | Veetids 250mg/5ml 100ml O/S | $1.71 | $1.80 | 5% | $2.24 |
| 0015-7507-40 | Betapen 250mg/5ml 100ml O/S | $2.70 | deleted | | |
| | | | | | |
| 0003-0682-54 | Veetids 250mg/5ml 200ml O/S | $2.89 | $3.03 | 5% | $3.79 |
| 0015-7507-64 | Betapen 250mg/5ml 200ml O/S | $4.42 | deleted | | |
| | | | | | |
| 0003-0115-50 | Veetids 250mg 100's tabs | $5.43 | $5.70 | 5% | $7.13 |
| 0015-7508-60 | Betapen 250mg 100's tabs | $6.76 | deleted | | |
| | | | | | |
| 0003-0115-75 | Veetids 250mg 1000's tabs | $45.59 | $47.87 | 5% | $59.84 |
| 0015-7508-90 | Betapen 250mg 1000's tabs | $49.55 | deleted | | |
| | | | | | |
| 0003-0116-50 | Veetids 500mg 100's tabs | $10.32 | $10.84 | 5% | $13.55 |
| 0015-7509-60 | Betapen 500mg 100's tabs | $12.42 | deleted | | |
| | | | | | |
| 0003-0116-75 | Veetids 500mg 1000's tabs | $73.77 | $77.46 | 5% | $96.82 |
| 0015-7509-80 | Betapen 500mg 1000's tabs | $61.80 | deleted | | |

BMY/PLB/012/092/0000427

Page 3

Trade Secret / FOIA Confidential          BMS-0074029

BMSAWP/0041869

HIGHLY CONFIDENTIAL