# EXHIBIT 20

Pricing

BMS/INT_101122_80816

BMS/AWP/00275052
HIGHLY CONFIDENTIAL



Pricing

BMS/INT_101122_80817

BMS/AWP/00275053
HIGHLY CONFIDENTIAL

**Glucophage XR Price Increase**
*15-Aug-02*

**Current Price**

| | | | |
|---|---|---|---|
| WLP | $57.37 | Reimbursement = AWP - 15% | $58.76 |
| AWP | $69.13 | | |
| AWP Diff. | 120.50% | | |

**Proposed Price Increase**

August 15th    7%

| | | | |
|---|---|---|---|
| WLP | $61.39 | | |
| Est. AWP | $76.73 | Reimbursement = AWP -15% | $65.22 |
| AWP Diff. | 125.00% | | |

| Difference | 111.00% |
|---|---|

* Est. AWP after price increase assumes FDB increase to standard 25% differential after price increase

7% increase

+ additional value

AWP reimbursement

BMS/INT_101122_80818

BMS/AWP/00275054
HIGHLY CONFIDENTIAL



BMS/INT_101122_80819

BMS/AWP/00275055
HIGHLY CONFIDENTIAL

7.0

Authorization for 9.0% Glucophage XR Price Increase, August 15, 2002.

Approved by:

_____                    ___8/5/02___
David Brienza, V.P. Finance, US Medicines          Date

_____                    ___7/7/02___
Dean Mitchell, President, U.S. Medicines           Date

_____                    ___8/8/02___
Don Hayden, President, W.W. Medicines              Date

BMS/INT_101122_80821

BMS/AWP/00275057
HIGHLY CONFIDENTIAL

JUL.30.2002  10:38AM      609 897 6483                              NO.561   U . P. 4

 **Bristol-Myers Squibb Company**

Pharmaceutical Group

To:     Approval List                          Date:    October 22, 2001

From:   G. Fersko                              CC:      P. Norris
        R. Laverty                                      R. Cipriano
                                                        J. Strauss-Mast
Subject:  2002 Price Increase Plan

This document assesses the proposed price increases included in the 2002 Business Plan. The
table below summarizes the recommended price increases for Primary Care, including
modifications. These modifications are designed to be neutral to the business' BUC in 2002.

| Product | Recommended Increase | Date | 2001 Total Increase |
|---|---|---|---|
| Monopril | ~~7%~~ 9% ~~7%~~ 7% | 1/01/2002 9/01/2002 | 10.5% |
| Plavix | ~~7%~~ 5% | 1/01/2002 | 10.5% |
| Serzone | 7%* | 1/01/2002 | 11.6% |
| BuSpar | 7% | 9/01/2002 | 10.5% |
| Stadol | 7% | 1/01/2002 | 10.5% |
| Lac-Hydrin | 7% | 1/01/2002 | 5% |
| Dovonex | 7% | 1/01/2002 | 5% |
| Ultravate | 7% | 1/01/2002 | 5% |
| Glucovance | ~~6%~~ 4% | 3/01/2002 | 10.4% |
| Pravachol | ~~7%**~~ | 3/01/2002 | 5.7% |
| Tequin | 5% | 4/01/2002 | 9.9% |
| Cefzil | 8% | 4/01/2002 | 5.3% |
| Avapro/Avalide | 7% | 5/01/2002 | 10.5% |
| Glucophage XR | 9% | 8/01/2002 | 5.3% |

revise in sept

*  Achieved through differential pricing 5% 50mg, 6% 100mg, 7% 150mg, 8% 200mg and 9% on 250mg
** Achieved through differential price increase of 7.66% on 10mg, 18% on 20mg, and 4% on 40mg

6/b

8-828-6483

BMS/INT_101122_80822

BMS/AWP/00275058
HIGHLY CONFIDENTIAL

If you agree with the above, please sign and date where indicated below. If you have any questions, comments, or would like additional information please call Greg Fersko at extension 4937, Rob Laverty at extension 2421, or Paul Norris at extension 2499.

_____        _____
David Brienza, V.P., Finance, U.S. Medicines        Date

_____        _____
Rose Crano, President, U.S. Medicines        Date

_____        _____
Rick Lane, President, W.W. Medicines        Date

with changes noted

BMS/INT_101122_80823

BMS/AWP/00275059
HIGHLY CONFIDENTIAL

# EXHIBIT 21

**From:**   Greg Fersko

**Sent:**   Monday, April 22, 2002 1:00 PM

**To:**   LeighAnne Leas; Dianne C Ihling; Julie Martino

**Subject:** [Fwd: AWP Presentation attached]

Dianne,Julie,LAL:

Could you review the attached, such that I can get it over to Scott by late today/early tomorrow morning (supplemented with Julie's analysis)?  I've gone ahead and set-up a meeting with Tom for Wednesday, it should be on all your calendars.

Thanks,
Greg

Highly Confidential

BMS/AWP/01109780

**From:**    Noreen Young
**Sent:**    Monday, April 22, 2002 12:55 PM
**To:**      Greg Fersko
**Subject:** AWP Presentation attached

Highly Confidential

BMS/AWP/01109781

# Average Wholesale Price

First Data Bank has changed the way they create AWP.

- In the past, some manufacturers list price was marked up 20.5%, others 25% based on the product's labeller code.

- Now, concurrent with price increases, 25% mark-up is being applied, regardless of historical precedence.

AWP is outside of the control of BMS but does affect the way that customers view the cost of our products.

ighly Confidential

# How is AWP Used Today?

AWP is used by wholesalers and retailers to determine the prices that they charge their customers and by payers to determine the levels that they will reimburse for products and charge their clients

- Wholesalers will charge retailers on either a cost plus or AWP minus basis

- Retailers are free to charge any price that they wish but will often refer to AWP as "list price". This mainly impacts the amount charged to cash customers

- Managed Health Care companies generally negotiate reimbursement with retailers based on a discount off of the published AWP price

- Medicaid agencies generally reimburse pharmacies using a calculation based on a product's AWP.

- Medicare reimburses on an AWP basis for those pharmaceuticals for which they provide coverage (mainly for oncology products)

- The media often refers to AWP as the cost of the drug. Generally implying that this is the amount that manufacturers charge.

Highly Confidential

BMS/AWP/01109783

# *Example*

## BMS took a 7% price increase on Plavix January 1, 2002

| | Dec 2001 | Jan 2002 | |
|---|---|---|---|
| WLP of bottle of 30 tablets | $ 88.47 | $ 94.66 | ← 7% WLP increase |
| First Data Bank mark-up | 20.5% | 25% | |
| AWP | $106.60 | $118.32 | ← 11% AWP increase |
| Typical Managed Care Cost* | $ 79.74 | $ 89.94 | ← 13% MCO increase |

\* *Typical reimbursement = AWP - 13% - $15 copay + $2 fee*

Highly Confidential

BMS/AWP/01109784

# EXHIBIT 22

The *Product Manager* will provide *Pricing Support* a copy of approved proposed prices. Following is a suggested list of signatures for approval of the proposed prices.

> Product Manager
> Director or Vice President of Finance (U.S. Pharmaceutical Group)
> Vice-President of Therapeutic Line
> President of Business Unit
> President of U.S. Pharmaceuticals

*Please note: The signature required to release prices as noted in the Corporate Procedure is the President of U.S. Pharmaceuticals.* The Approved Proposed Price document should contain the following:

> Item No.
> Product Description
> Wholesale list price
> Direct (retail) and Hospital list price
> FSS (Federal Supply Schedule Price)
> PHS (Public Health Service Price)

*NOTE: Signatures on the (Approval Copy) Product Price Authorization Form is no longer necessary. The approved proposed price document (memo) will be maintained with the Product Price Authorization Forms.*

The **Pricing Support Coordinator** will input prices (pending status) in the *Product Price Authorization System (PPAS)* provided on the Approved pricing proposal submitted by the Product Manager.

*Associate Manager of Pricing Support* or *Sr. Manager of Pricing Administration* will approve and release prices in the *mainframe.*

## PRICE ESTABLISHMENT

Establishment of the list price for **new products,** or **new size(s)** to an existing product line, is the responsibility of the Business Unit/Therapeutic area marketing the product.  Wholesale[1] versus Direct[2]/Hospital[3] list prices are based on the pricing policy for the product and or business unit. Listed are the 3 current pricing policies.

---

[1] *Wholesale List Price is the acquisition price for our wholesalers.  "Billing Category" classification is 51.*

[2] *Direct List Price is the list price for our Retail Drug Stores.  "Billing Category" classification is 57.*

[3] *Hospital List Price is the list price for non-profit non-retail pharmacies, profit non-retail pharmacies. Hospital list price equals the direct list price.  Publication of a "Direct" Price List and a "Hospital" Price List exists because of differences in minimum net $ value per order and in some instances the order quantities per item number differs.*



Highly Confidential

BMS/AWP/00337637

1.    "ONE" price policy.  Pricing parity for all customer types who purchase from our distribution center.

2.    2-tier pricing.  Wholesale price is discounted 5% from the Hospital/Direct list price.

> How to calculate the direct/hospital price if <u>wholesale</u> *price* is <u>given.</u>

> *Divide Wholesale price by .95 = Direct/Hospital Price*

> How to calculate the wholesale price when <u>direct/hospital</u> *price* is <u>given.</u>

> *Multiply Direct/Hospital Price X .95 = Wholesale Price*

3.    Physician price is 4% less wholesale/direct/hospital.
*Currently this applies only to BMSO (oncology products).  These items are sold through OTN.*

4.    Wholesale Special Offer List prices exist for the multi-source product line marketed and distributed by Apothecon.    These prices are significantly lower than wholesale list price found under Billing Category 51.    The Special Offer Prices may be found under the following Billing Categories 4I, 4A, 4B, 4C, 4D, 4E, 4F, 4G.  They may all equal or all differ.   Why so Many??   This allows Apothecon the flexibility to negotiate prices to the individual wholesale organizations under 8 different strategies.

> Are all used today?    No.    Have they all been used at 1 time?  Yes.

> If we never sell these multi source products at the High Billing Category 51 price -- why not reduce the bc 51, 56, 57, 58, 59 price?

> Since the AWP (Average Wholesale Price) is calculated based on the wholesale list -- retailers benefit from a High AWP price under the reimbursement policies of insurers.

5.    FSS is found under Billing Category 55.   Price determination may be as follows:

> New Products - are discounted 24% plus 2% cash discount.
All future FSS prices once purchasing history exists will be determined by calculations required under the Veterans Home Health Care Act.
      OBTAIN policy and program which generates the FSS prices from Government Operations.

6.    PHS is found under Billing Category 50.  For new product introductions in

Highly Confidential

which no purchasing history exists the following is used to arrive at the
the PHS price.

      a.    Single Source products  will be discounted
                15.1 % from wholesale list

      b.    Multi-Source products (Non-Innovators)  will be discounted
                11% from wholesale list price.

      c.    If new sizes are introduced to an existing product and a PHS
price has been calculated by the Medicaid Reporting
          System - the PHS will be calculated based on tablet, mg, ml
or quantity from existing prices

PHS price in which  purchasing history exists - will be provided to Pricing
Support from the Medicaid Reporting System.     This process is an automated
calculation as required by the Veterans Home Health Care Act.   Medicaid Report
Group oversees this process.

7.     International or Transfer Price --- Interchangeable Names. Prices are  found under
Billing Category 21.    This price exists to transfer the product to our
international affiliates.  Since the transfer utilizes COPS,  a billing category
21 price must exist to allow the automatic transfer of product.
Our affiliates will be invoiced through a Journal Entry.

What price do we input under Billing Category 21.

1.     The legal entity price plus freight is used when found in
Product Global.    If that not found $1.00, 10.00 or $100.

Need to further discuss this with International Pricing & Sourcing Group located
In Nassau Park and Customer Service to determine the value of maintaining this
BC.

Highly Confidential

BMS/AWP/00337639.

Listed is a checklist of items required by Pricing Support when launching a new size or new product.    A brief explanation may appear beneath the item to help understand why it is needed.

1.    Provide Pricing Support an Approved Pricing Proposal

2.    Order Quantity per Item No. for Wholesalers, Direct (Retailers), and Hospitals.

*Pricing Support supplies Customer Service and Order Management who input into the COPS system.  Order Quantity They*
*in turn input into the Customer Order Processing System "COPS".  This controls the quantities customer purchase.  E.g.  Order quantity equals 12, they are required to order in multiples of 12.  Order quantities are published in the price lists.*

3.    Anticipated Launch Date.

3.    **Package Insert**

Redbook, First Data Bank and MediSpan requires package insert along with prices to input in each's  National Drug Data Base.  Pricing Support Is responsible for providing  product and pricing information to the 3 data services.    If product is not added the following occurs:

•    The AWP (Average Wholesale Price) is not established.

   •    **Reimbursement of drug cost by insurance companies directly or through 3rd Party Payers  is denied  without product information and AWP.**

   •    **Products will not be added to State Formularies**

*First Data Banks supplies information daily, weekly and monthly.*

*Information for the daily recipients must be in the database by end of their business day in order for the daily customers to receive it next day.    Transmitted electronically.  Listed are daily customers.*

*Caremark*
*Merck-Medco*
*PCS*

Highly Confidential

*Bergen*
*McKesson*
*Premier*

*Weekly tapes — send Fed Express.     Data must be in data base by noon each Thursday.  Tape is guaranteed to be in customers hand by Wednesday of next week.    Customer is required to load information.*

*List of Customers: ??*
*Rite Aide*
*Express Scripts*
*Paid Prescriptions*

*Monthly Customers — Information received and input by the last  Thursday of each month will be contained in the data provided to Monthly Customers.    Majority of Monthly customers are the state Medicaid agencies.*

Highly Confidential

BMS/AWP/00337641

# EXHIBIT 23

**From:**      leighanne.leas@bms.com
**Sent:**       Tuesday, April 30, 2002 10:57 AM
**To:**         Ronald C Miller; Thomas P McKenna
**Subject:**   Pricing Source Overview.ppt



Pricing Source
Overview.ppt

          Ron & Tom,

Attached are a few slides that I crafted to explain how the
varying sources of price data can impact the view of outside
parties relative to our pricing activities.  I tried to make this
very generic to allow it to be used for a variety of purposes.
If you'd like me to include any specific real-life examples
rather than the hypothetical one included, please let me know.  I
did use an example of a "change in pricing terms" to show how the
Terms Initiative folds into the pricing trends.

LAL

1

ighly Confidential

BMS/AWP/01088203

# Sources of Price Data and their relationship to BMS pricing activities

April 2002

Highly Confidential

# Pricing Sources

- First DataBank
  - primary supplier of data to reimbursement authorities
  - on-line query systems available
  - frequently quoted source in industry comparisons
- Medi-Span
  - purchased by First DataBank in mid 1990s
  - in 2001 was divested by FDB due to FTC concerns
  - publishes monthly pricing catalogs
- Redbook
  - publishes monthly pricing catalogs
  - less expensive source of pricing data

Manufacturers submit their WLP and/or Direct Prices to these sources as product prices change

Highly Confidential

BMS/AWP/01088205

# Differences between Sources

- First DataBank
  - Appears to have changed the way it establishes AWP
  - Previously manufacturers' list prices were marked up either 20% - 25% based on product's labeler code
  - Now, mostly concurrent with price increases, a 25% mark-up is being applied, regardless of historical precedence

- Redbook
  - Starting point for AWP begins with Direct price (DP) rather than WLP
  - Mark-up factors were different than FDB, given the different starting point, assuming a manufacturer maintained separate WLP and Direct Prices
  - AWPs between FDB and Redbook are typically fairly close to one another, but may be slightly off due to rounding

lighly Confidential

# Differences between Sources

- Medi-Span

  – Until divestiture by FDB, AWP mark-up was identical to FDB pricing

  – Mark-ups do not appear to have changed as with FDB

## Important Reminder:

Since both Redbook and Medi-Span are printed sources, there is a delayed reporting of product prices (e.g. April publication typically represents February pricing activities).

BMS/AWP/01088207

# Understanding a Pricing Analysis

- Determine the source of pricing data to identify:

  - whether AWP price increases are calculated off of WLP or DP

  - if there is a timing delay between BMS price increase and date reported

  - whether AWP mark-up will show a different price trend at AWP level than actual pricing activity at WLP level

# Examples of Prices Reported through Different Sources

## Hypothetical Product A

| | | WLP | DP |
|---|---|---|---|
| | Starting Point | $1.00 | $1.05 |
| 3/12/2001 | 5% Product Price Increase | $1.05 | $1.11 |
| 9/10/2001 | Change in Pricing Terms | $1.11 | $1.11 |
| 3/14/2002 | 5% Product Price Increase | $1.16 | $1.16 |

## First Databank Reported Elements

| | | WLP | DP | AWP |
|---|---|---|---|---|
| 3/1/2001 | Starting Point | $1.00 | $1.05 | $1.20 |
| 3/12/2001 | 5% Product Price Increase | $1.05 | $1.05 | $1.26 |
| 9/10/2001 | Change in Pricing Terms | $1.11 | $1.11 | $1.33 |
| 3/14/2002 | 5% Product Price Increase | $1.16 | $1.16 | $1.45 |

## Redbook Reported Elements

| | | DP | AWP |
|---|---|---|---|
| Apr-01 | Starting Point | $1.05 | $1.21 |
| May-01 | 5% Product Price Increase | $1.11 | $1.27 |
| Nov-01 | Change in Pricing Terms | $1.11 | $1.33 |
| May-02 | 5% Product Price Increase | $1.16 | $1.39 |

Change in Mark-up occurs

Highly Confidential

# Variations in Reporting Price Increases

**Possible ways the pricing trends for Hypothetical Product A might be calculated**

**Annual Increase from 2001 to 2002 using FirstDatabank:**

|  | WLP | AWP | |
|---|---|---|---|
| 3/14/2001 | $1.05 | $1.26 | this example captures 9/10/2001 pricing terms change, 3/14/2002 product price increase, & 3/14/2002 AWP calculation change. |
| 3/14/2002 | $1.16 | $1.45 | |
| % Increase | 10.53% | 15.13% | |
|  |  |  | |
| 3/10/2001 | $1.00 | $1.20 | this example captures 9/10/2001 pricing terms change, 3/12/2001 & 3/14/2002 product price increases, & 3/14/2002 AWP calculation change. |
| 3/14/2002 | $1.16 | $1.45 | |
| % Increase | 16.05% | 20.89% | |

**Annual Increase from 2001 to 2002 using Redbook:**

|  | DP | AWP | |
|---|---|---|---|
| May-01 | $1.11 | $1.27 | this example captures 9/10/2001 pricing terms change only for AWP and 3/14/2002 product price increase. |
| May-02 | $1.16 | $1.39 | |
| % Increase | 5.00% | 10.04% | |
|  |  |  | |
| Apr-01 | $1.05 | $1.21 | this example captures 9/10/2001 pricing terms change only for AWP and 3/12/2001 & 3/14/2002 product price increases. |
| May-02 | $1.16 | $1.39 | |
| % Increase | 10.2% | 15.55% | |

BMS/AWP/01088210

# Summary

- Determining the source of pricing data is crucial to understand how third party references to BMS pricing were derived.

- AWP is not determined or set by BMS, but may affect the way that customers and other third parties view the cost of our products.

ighly Confidential

# EXHIBIT 24



ONCOLOGY
THERAPEUTICS
NETWORK

May/June 1994

# THE
# NETWORK NEWS

A BIMONTHLY UPDATE FOR COMMUNITY-BASED ONCOLOGY PROFESSIONALS

## INFORMATION

*AWP Calculations
for Ifex[£]/Mesnex™*
SEE PAGE 2

*Elective CytoGuard[£]
Program*
SEE PAGE 8

## REIMBURSEMENT

*AWP and HCPCS
Code Changes*
SEE PAGES 3-6

*Winter 1994
Sourcebook Updates*
SEE PAGE 6

## PRACTICE MANAGEMENT

*Your Practice can
Benefit from
Monthly Inventory
Management
Reports*
SEE PAGE 7

BMS: 12: 001001

TRADE SECRET/CONFIDENTIAL

BMS4CA/000419

HIGHLY CONFIDENTIAL

BMSAWP/0028888



# AWP CALCULATIONS FOR IFEX®/MESNEX™

Packages of Ifex/Mesnex are supplied in three different combinations. The Average Wholesale Price (AWP) for the separate components of these Combo-Packs is not listed in any standard AWP reference. Below is the formula used to generate the billable amounts for Ifex and Mesnex.

|  | Formula | Ifosfamide (5 x 1 g)/ mesna (15 x 200 mg) |
|---|---|---|
| **Calculation for AWP of a single ampule of Mesnex:** | | |
| AWP for Mesnex Combo-Pack | $xxx.xx | $231.46 * |
| Divide by number of ampules in Combo-Pack | ÷ __ xx | ÷ __ 15 |
| AWP of a single ampule of Mesnex | $xxx.xx | $15.43 |
| **Calculation for AWP of a single vial of Ifex:** | | |
| AWP for Ifex/Mesnex Combo-Pack | $xxx.xx | $741.13 * |
| Subtract AWP for Mesnex Combo-Pack | − $xxx.xx | − $231.46 * |
| AWP for Ifex Combo-Pack | $xxx.xx | $509.67 |
| Divide by number of vials in Combo-Pack | ÷ __ x | ÷ __ 5 |
| AWP of a single vial of Ifex | $xxx.xx | $101.93 |

## AWPs AND HCPCS CODES
### FOR THE THREE DIFFERENT COMBINATION PACKAGES OF IFEX/MESNEX

| Ifosfamide (5 x 1 g)/mesna (15 x 200 mg) | HCPCS Code | AWP Amount |
|---|---|---|
| Ifex/Mesnex Combo-Pack | | $741.13 * |
| Ifex (five 1-g vials) | | $509.67 † |
| Ifex (one 1-g vial) | J9208 per 1 g | $101.93 † |
| Mesnex (fifteen 200-mg ampules) | | $231.46 * |
| Mesnex (one 200-mg ampule) | J9209 per 200 mg | $ 15.43 † |
| † Calculation: See above. | | |

| Ifosfamide (2 x 3 g)/mesna (9 x 400 mg) | HCPCS Code | AWP Amount |
|---|---|---|
| Ifex/Mesnex Combo-Pack | | $889.38 * |
| Ifex (two 3-g vials) | | $611.64 † |
| Ifex (one 3-g vial) | J9208 per 1 g | $305.82 † |
| Mesnex (fifteen 400-mg ampules) | | $462.90 * |
| Mesnex (nine 400-mg ampules) | | $277.74 †† |
| Mesnex (one 400-mg ampule) | J9209 per 200 mg | $ 30.86 †† |
| † Calculation: $889.38 − $277.74 = $611.64 ÷ 2 = $305.82 | | |
| †† Calculation: $462.90 ÷ 15 = $30.86 x 9 = $277.74 | | |

| Ifosfamide (10 x 1 g)/mesna (10 x 1 g) | HCPCS Code | AWP Amount |
|---|---|---|
| Ifex/Mesnex Combo-Pack | | $1,790.86 * |
| Ifex (ten 1-g vials) | | $1,019.32 † |
| Ifex (one 1-g vial) | J9208 per 1 g | $ 101.93 † |
| Mesnex (ten 1-g ampules) | | $ 771.54 * |
| Mesnex (one 1-g ampule) | J9209 per 200 mg | $ 77.15 †† |
| † Calculation: $1,790.86 − $771.54 = $1,019.32 ÷ 10 = $101.93 | | |
| †† Calculation: $771.54 ÷ 10 = $77.15 | | |

\* AWPs used in the above calculations were obtained from the April 1994 Redbook Update. If you have further questions, please call the Bristol-Myers Oncology Division Reimbursement Assistance Program (RAP™) at 1-800-872-8718.

*The Network News is published and distributed by Axion Inc. ©1994 All rights reserved.*

**EDITOR:** Lisa Stepp

*The articles in this newsletter are not intended to serve as rules and policies for medical practice. Primary references should be consulted. The reader is encouraged to review the manufacturer's package insert where applicable.*

*Comments and suggestions are welcome. Please address them to: The Network News, Axion Inc., 395 Oyster Point Blvd., Suite 405, South San Francisco, CA 94080.*


Printed on recycled paper.

BMS: 12: 001002

BMS4CA/000420

TRADE SECRET/CONFIDENTIAL

BMSAWP/0028889

HIGHLY CONFIDENTIAL

# REIMBURSEMENT

ONCOLOGY THERAPEUTICS NETWORK

## AVERAGE WHOLESALE PRICES AND 1994 HCPCS CODES

As a reimbursement resource, the average wholesale prices (AWPs) and HCPCS codes are listed for drugs commonly used in cancer treatment. The AWPs are obtained from the *1994 Redbook* and the *April 1994 Redbook Update*.  For drugs that have multiple manufacturers, the AWP for products that the Network most commonly stocks is listed.

| PRODUCT | UNITS | NDC | HCPCS CODE | | APRIL AWP |
|---|---|---|---|---|---|
| *Blenoxane*<br>Bleomycin sulfate, pwd | 15 units | 00015-3010-20 | J9040 | per 15 units | 276.29 |
| *Paraplatin*<br>Carboplatin, pwd | 50 mg<br>150 mg<br>450 mg | 00015-3213-30<br>00015-3214-30<br>00015-3215-30 | J9045<br>J9045<br>J9045 | per 50 mg<br>per 50 mg<br>per 50 mg | 78.00<br>233.96<br>701.90 |
| *BiCNU*<br>Carmustine, pwd w/diluent | 100 mg | 00015-3012-38 | J9050 | per 100 mg | 79.53 |
| *Platinol*<br>Cisplatin, pwd | 10 mg<br>50 mg | 00015-3070-20<br>00015-3072-20 | J9060<br>J9062 | per 10 mg<br>per 50 mg | 32.85<br>153.54 |
| *Platinol-AQ*<br>Cisplatin, sol (1 mg/mL) | 50 mg MDV<br>100 mg MDV | 00015-3220-22<br>00015-3221-22 | J9062<br>J9062 | per 50 mg<br>per 50 mg | 162.75<br>325.48 |
| Cladribine, sol (1 mg/mL) | 10 mg | 59676-0201-01 | J9999* | per 10 mg | 480.00 |
| *lyophilized Cytoxan*<br>Cyclophosphamide, lyophilized | 100 mg<br>200 mg<br>500 mg<br>1 g<br>2 g | 00015-0539-41<br>00015-0546-41<br>00015-0547-41<br>00015-0548-41<br>00015-0549-41 | J9093<br>J9094<br>J9095<br>J9096<br>J9097 | per 100 mg<br>per 200 mg<br>per 500 mg<br>per 1 g<br>per 2 g | 6.45<br>12.75<br>25.71<br>51.43<br>102.89 |
| *Cytoxan*<br>Cyclophosphamide, pwd | 100 mg<br>200 mg<br>500 mg<br>1 g<br>2 g | 00015-0500-41<br>00015-0501-41<br>00015-0502-41<br>00015-0505-41<br>00015-0506-41 | J9070<br>J9080<br>J9090<br>J9091<br>J9092 | per 100 mg<br>per 200 mg<br>per 500 mg<br>per 1 g<br>per 2 g | 5.31<br>10.11<br>21.24<br>42.49<br>85.00 |
| *Cytoxan Tablets*<br>Cyclophosphamide, tablets, 25 mg<br>Cyclophosphamide, tablets, 50 mg<br>Cyclophosphamide, tablets, 50 mg | 100 per bottle<br>100 per bottle<br>1,000 per bottle | 00015-0504-01<br>00015-0503-01<br>00015-0503-02 | Use NDC*<br>Use NDC*<br>Use NDC* | | 150.35<br>275.95<br>2,638.19 |
| Cytarabine, pwd | 100 mg<br>500 mg | 00364-2467-53<br>00364-2468-54 | J9100<br>J9110 | per 100 mg<br>per 500 mg | 5.50<br>21.00 |
| Cytarabine, sol (20 mg/mL) | 100 mg<br>1,000 mg | 00013-7106-78<br>00013-7091-73 | J9100<br>J9110 | per 100 mg<br>per 500 mg | 6.73<br>50.79 |
| Dacarbazine, pwd | 100 mg<br>200 mg | 00026-8151-10<br>00026-8151-20 | J9130<br>J9140 | per 100 mg<br>per 200 mg | 13.17<br>21.17 |
| Dexamethasone, sol (10 mg/mL)<br>Dexamethasone, sol (4 mg/mL) | 100 mg MDV<br>20 mg MDV<br>120 mg MDV | 00364-2360-54<br>00517-4905-25<br>00517-4930-25 | J1100<br>J1100<br>J1100 | up to 4 mg/mL<br>up to 4 mg/mL<br>up to 4 mg/mL | 4.13<br>2.01<br>7.21 |
| Diazepam, sol (5 mg/mL) | 10 mg<br>50 mg | 00364-0025-48<br>00364-0025-54 | J3360<br>J3360 | up to 5 mg<br>up to 5 mg | 4.08<br>13.35 |
| Diphenhydramine HCl, sol (10 mg/mL)<br>Diphenhydramine HCl, sol (50 mg/mL) | 300 mg<br>500 mg MDV<br>50 mg | 00364-4530-56<br>00364-6531-54<br>00641-0376-25 | J1200<br>J1200<br>J1200 | up to 50 mg<br>up to 50 mg<br>up to 50 mg | 4.75<br>5.40<br>0.57 |
| Doxorubicin, pwd | 20 mg | 53905-0232-06 | J9000 | per 10 mg | 90.16 |
| *Rubex*<br>Doxorubicin, pwd | 10 mg<br>50 mg<br>100 mg | 00015-3351-22<br>00015-3352-22<br>00015-3353-22 | J9000<br>J9010<br>J9010 | per 10 mg<br>per 50 mg<br>per 50 mg | 43.81<br>197.15<br>394.29 |

BMS: 12: 001003

*Continued on next page*

THE NETWORK TEL: 1-800-482-6700 FAX: 1-800-800-5673

3

TRADE SECRET/CONFIDENTIAL

BMS4CA/000421

BMSAWP/0028890

HIGHLY CONFIDENTIAL



ONCOLOGY THERAPEUTICS NETWORK

Continued from previous page

## REIMBURSEMENT

| PRODUCT | UNITS | NDC | HCPCS CODE | | AWP & AWP |
|---|---|---|---|---|---|
| Doxorubicin, RDF pwd | 10 mg | 00013-1086-91 | J9000 | per 10 mg | 46.00 |
| | 20 mg | 00013-1095-91 | J9000 | per 10 mg | 92.00 |
| | 50 mg | 00013-1106-79 | J9010 | per 50 mg | 230.00 |
| | 150 mg MDV | 00013-1116-83 | J9010 | per 50 mg | 676.19 |
| Doxorubicin, sol (2 mg/mL) | 10 mg | 00013-1136-91 | J9000 | per 10 mg | 48.31 |
| | 20 mg | 00013-1146-91 | J9000 | per 10 mg | 96.63 |
| | 50 mg | 00013-1156-79 | J9010 | per 50 mg | 241.56 |
| | 200 mg MDV | 00013-1166-83 | J9010 | per 50 mg | 946.94 |
| Epoetin alfa | 2,000 units/mL | 59676-0302-01 | Q9920-40 per 1,000 units | | 24.00 |
| | 3,000 units/mL | 59676-0303-01 | Q9920-40 per 1,000 units | | 36.00 |
| | 4,000 units/mL | 59676-0304-01 | Q9920-40 per 1,000 units | | 48.00 |
| | 10,000 units/mL | 59676-0310-01 | Q9920-40 per 1,000 units | | 113.00 |
| VePesid® Capsules | | | | | |
| Etoposide, capsules, 50 mg | 20 per box | 00015-3091-45 | Use NDC* | | 674.68 |
| VePesid® For Injection | | | | | |
| Etoposide, injection (20 mg/mL) | 100 mg MDV | 00015-3095-20 | J9182 | per 100 mg | 136.49 |
| | 150 mg MDV | 00015-3084-20 | J9182 | per 100 mg | 204.74 |
| | 500 mg MDV | 00015-3061-20 | J9182 | per 100 mg | 665.38 |
| | 1 g MDV | 00015-3062-20 | J9182 | per 100 mg | 1,296.64 |
| Fludarabine phosphate, pwd | 50 mg | 50419-0511-06 | J9185 | per 50 mg | 169.35 |
| Fluorouracil, sol (50 mg/mL) | 500 mg | 39769-0012-10 | J9190 | per 500 mg | 1.75 |
| | 2,500 mg | 00013-1046-94 | J9190 | per 500 mg | 7.69 |
| | 5,000 mg | 39769-0012-90 | J9190 | per 500 mg | 25.00 |
| G-CSF (filgrastim), sol (0.3 mg/mL) | 300 mcg | 55513-0347-10 | J1440 | per 300 mcg | 141.00 |
| | 480 mcg | 55513-0348-10 | J1441 | per 480 mcg | 226.00 |
| GM-CSF (Sargramostim), lyophilized | 250 mcg | 58406-0002-01 | J2820 | per 250 mcg | 106.00 |
| | 500 mcg | 58406-0001-01 | J2820 | per 250 mcg | 200.00 |
| Goserelin acetate, implant | 3.6 mg syringe | 00310-0960-36 | J9202 | per 3.6 mg | 344.76 |
| **NEW** Kytril™ | | | | | |
| Granisetron HCl, sol (1 mg/mL) | 1 mL | 00029-4149-01 | J9999*/J3490* | | 166.00 |
| Hydrea® | | | | | |
| Hydroxyurea, capsules, 500 mg | 100 per bottle | 00003-0830-50 | | | 135.46 |
| Ifex®/Mesnex™ | | | | | |
| Ifosfamide (10 x 1 g)/ | Combo-Pack | 00015-3557-41 | J9208 | per 1 g | 1,790.86 |
| mesna (10 x 1 g) | | | J9209 | per 200 mg | 15.43 |
| Ifosfamide (2 x 3 g)/ | Combo-Pack | 00015-3559-41 | J9208 | per 1 g | 889.38 |
| mesna (9 x 400 mg) | | | J9209 | per 200 mg | 30.86 |
| Ifosfamide (3 x 1 g)/ | Combo-Pack | 00015-3558-41 | J9208 | per 1 g | 741.13 |
| mesna (15 x 200 mg) | | | J9209 | per 200 mg | 77.15 |
| Immune globulin intravenous, 5% pwd | 0.5 g | 49669-1600-01 | J1561 | per 500 mg | 37.00 |
| | 2.5 g | 49669-1602-01 | J1561 | per 500 mg | 120.00 |
| | 5 g | 49669-1603-01 | J1561 | per 500 mg | 235.00 |
| | 10 g | 49669-1604-01 | J1561 | per 500 mg | 470.00 |
| Immune globulin intravenous, | 2.5 g | 49669-1612-01 | J1561 | per 500 mg | 162.50 |
| 5% sol w/IV set | 5 g | 49669-1613-01 | J1561 | per 500 mg | 325.00 |
| | 10 g | 49669-1614-01 | J1561 | per 500 mg | 650.00 |
| • Interferon alfa 2a, pwd w/3 mL diluent | 18 MIU | 00004-1993-09 | J9213 | per 3 MIU | 179.20 |
| • Interferon alfa 2a, sol (3 MIU/mL) | 3 MIU | 00004-1987-09 | J9213 | per 3 MIU | 29.87 |
| • Interferon alfa 2a, sol (10 MIU/mL) | 9 MIU | 00004-6900-09 | J9213 | per 3 MIU | 84.14 |
| • Interferon alfa 2a, sol (6 MIU/mL) | 18 MIU | 00004-1988-09 | J9213 | per 3 MIU | 179.20 |
| • Interferon alfa 2a, sol (36 MIU/mL) | 36 MIU | 00004-2005-09 | J9213 | per 3 MIU | 358.38 |
| Interferon alfa 2b, pwd | 3 MIU | 00085-0647-03 | J9214 | per 1 MIU | 29.87 |
| | 3 MIU syringe | 00085-0647-04 | J9214 | per 1 MIU | 29.87 |
| | 5 MIU | 00085-0120-02 | J9214 | per 1 MIU | 49.78 |
| | 5 MIU syringe | 00085-0120-03 | J9214 | per 1 MIU | 49.78 |
| | 10 MIU | 00085-0571-02 | J9214 | per 1 MIU | 99.55 |
| | 25 MIU | 00085-0285-02 | J9214 | per 1 MIU | 248.88 |
| | 50 MIU | 00085-0539-01 | J9214 | per 1 MIU | 497.75 |
| | 18 MIU MDV | 00085-0689-01 | J9214 | per 1 MIU | 179.18 |

BMS: 12: 001004

TRADE SECRET/CONFIDENTIAL

BMS4CA/000422

BMSAWP/0028891

HIGHLY CONFIDENTIAL

# REIMBURSEMENT

ONCOLOGY
THERAPEUTICS
NETWORK

| PRODUCT | UNITS | NDC | HCPCS CODE | | APRIL AWP |
|---|---|---|---|---|---|
| Interferon alfa 2b, sol (5 MIU/mL) | 10 MIU | 00085-0923-01 | J9214 | per 1 MIU | 99.55 |
| | 25 MIU | 00085-0769-01 | J9214 | per 1 MIU | 248.88 |
| Interleukin 2 (Aldesleukin), pwd | 22 MIU | 53905-0991-01 | J9999*/J3490* | | 364.00 |
| Leucovorin calcium, tablets, 5 mg | 30 per box | 00005-4536-38 | | | 85.54 |
| | 100 per box | 00005-4536-23 | | | 285.00 |
| Leucovorin calcium, tablets, 15 mg | 12 per box | 00085-4501-83 | | | 100.56 |
| | 24 per box | 00085-4501-90 | | | 200.96 |
| Leucovorin, pwd | 50 mg | 00205-5310-92 | J0640 | per 50 mg | 21.53 |
| | 100 mg | 00081-0638-93 | J0640 | per 50 mg | 37.99 |
| | 350 mg | 00205-1645-77 | J0640 | per 50 mg | 137.94 |
| Leuprolide acetate depot, susp. (7.5 mg/mL) | 7.5 mg | 00300-3629-01 | J9217 | per 7.5 mg | 463.75 |
| CeeNu®<br>Lomustine, capsules | Dose-Pack | 00015-3034-10 | | | 78.09 |
| Lomustine, capsules, 10 mg | 20 per bottle | 00015-3030-20 | | | 84.54 |
| Lomustine, capsules, 40 mg | 20 per bottle | 00015-3031-20 | | | 254.60 |
| Lomustine, capsules, 100 mg | 20 per bottle | 00015-3032-20 | | | 483.96 |
| Lorazepam, sol (2 mg/mL) | 2 mg MDV | 00008-0581-04 | J2060 | per 2 mg | 12.01 |
| Lorazepam, sol (2 mg/mL) | 20 mg MDV | 00008-0581-01 | J2060 | per 2 mg | 107.00 |
| Lorazepam, sol (4 mg/mL) | 40 mg MDV | 00008-0570-01 | J2060 | per 2 mg | 133.74 |
| Mannitol, 25% sol | 50 mL | 00074-4031-01 | J3150 | per 50 mL | 4.71 |
| Mechlorethamine HCl, pwd | 10 mg | 00006-7753-31 | J9230 | per 10 mg | 10.10 |
| Megace®<br>Megestrol acetate, tablets, 20 mg | 100 mg bottle | 00015-0595-01 | | | 69.96 |
| Megestrol acetate, tablets, 40 mg | 100 mg bottle | 00015-0596-41 | | | 124.79 |
| | 250 per bottle | 00015-0596-46 | | | 305.74 |
| | 500 per bottle | 00015-0596-45 | | | 599.00 |
| Megace® Oral Suspension<br>Megestrol acetate, oral suspension | 8 fl oz | 00015-0508-42 | | | 103.80 |
| Melphalan hydrochloride, pwd | 50 mg | 00081-0130-93 | J9999* | per 50 mg | 260.50 |
| Melphalan hydrochloride, tablets, 2 mg | 50 per bottle | 00081-0045-35 | Use NDC* | | 74.35 |
| Mesnex™<br>Mesna, sol (100 mg/mL) | 2 mL amp | 00015-3560-41 | J9209 | per 200 mg | 15.43 |
| | 4 mL amp | 00015-3561-41 | J9209 | per 200 mg | 30.86 |
| | 10 mL amp | 00015-3562-41 | J9209 | per 200 mg | 77.15 |
| Methotrexate, pwd | 20 mg | 00205-4654-90 | J9250 | per 5 mg | 2.78 |
| | 1,000 mg | 00205-4653-02 | J9260 | per 50 mg | 61.44 |
| Methotrexate, preservative free sol (25 mg/mL) | 50 mg | 53905-0031-10 | J9260 | per 50 mg | 6.80 |
| | 100 mg | 53905-0032-10 | J9260 | per 50 mg | 8.75 |
| | 200 mg | 53905-0033-10 | J9260 | per 50 mg | 17.50 |
| | 250 mg | 53905-0034-10 | J9260 | per 50 mg | 26.88 |
| Methotrexate, sol w/preservative (25 mg/mL) | 50 mg | 00205-4556-26 | J9260 | per 50 mg | 4.75 |
| | 250 mg | 00205-5338-34 | J9260 | per 50 mg | 20.48 |
| Methotrexate, tablets, 2.5 mg | 100 per bottle | 00555-0572-02 | Use NDC* | | 269.45 |
| | 36 per bottle | 00555-0572-35 | Use NDC* | | 91.56 |
| Metoclopramide, sol w/preservative (5 mg/mL) | 2 mL | 39769-0066-02 | J2765 | up to 10 mg | 2.35 |
| Metoclopramide, preservative free sol (5 mg/mL) | 50 mg | 00013-6116-95 | J2765 | up to 10 mg | 8.73 |
| | 150 mg | 00013-6126-95 | J2765 | up to 10 mg | 24.50 |
| Mutamycin®<br>Mitomycin, pwd | 5 mg | 00015-3001-20 | J9280 | per 5 mg | 128.95 |
| | 20 mg | 00015-3002-20 | J9290 | per 20 mg | 435.49 |
| | 40 mg | 00015-3059-20 | J9291 | per 40 mg | 879.89 |
| Lysodren®<br>Mitotane, tablets, 500 mg | 100 per bottle | 00015-3080-60 | | | 204.68 |
| Mitoxantrone, sol (2 mg/mL) | 20 mg MDV | 00205-9393-34 | J9293 | per 20 mg | 616.18 |
| | 25 mg MDV | 00205-9393-72 | J9293 | per 20 mg | 770.20 |
| | 30 mg MDV | 00205-9393-36 | J9293 | per 20 mg | 924.26 |
| Ondansetron HCl, sol (2 mg/mL) | 40 mg MDV | 00173-0442-00 | J2405 | per 1 mg | 214.76 |
| Ondansetron HCl, sol (2 mg/mL) | 4 mg | 00173-0442-02 | J2405 | per 1 mg | 20.75 |

BMS: 12: 001006

*Continued on next page*

THE NETWORK TEL: 1-800-482-6700 FAX: 1-800-800-5673          5

TRADE SECRET/CONFIDENTIAL

BMS4CA/000423

BMSAWP/0028892

HIGHLY CONFIDENTIAL



**Oncology Therapeutics Network**

*Continued from previous page*

# REIMBURSEMENT

| PRODUCT | UNITS | NDC | HCPCS CODE | | APRIL AWP |
|---|---|---|---|---|---|
| **TAXOL®** | | | | | |
| Paclitaxel, sol (6 mg/mL) | 30 mg | 00015-3456-20 | J9265 | per 30 mg | 182.63 † |
| Pamidronate disodium, pwd | 30 mg | 00083-2601-04 | | | 170.42 |
| Pentostatin, pwd | 10 mg | 00071-4243-01 | J9268 | per 10 mg | 1,440.00 |
| Prochlorperazine, sol (5 mg/mL) | 10 mg<br>50 mg MDV | 00364-2231-48<br>00364-2231-54 | J0780<br>J0780 | up to 10 mg<br>up to 10 mg | 3.52<br>8.40 |
| Prochlorperazine, tablets, 10 mg | 100 per box | 00007-3367-20 | | | 82.90 |
| Streptozocin, pwd | 1 g | 00009-0844-01 | J9320 | per 1 g | 59.01 |
| **Vumon®** | | | | | |
| Teniposide, 50 mg | 5 mL amp | 00015-3075-19 | J9999* | per 50 mg | 150.39 |
| Thiotepa, pwd | 15 mg | 00005-4850-91- | J9340 | per 15 mg | 62.88 |
| Urokinase, sol (5,000 IU/mL) | 5,000 IU<br>9,000 IU | 00074-6111-01<br>00074-6145-02 | J3364<br>J3364 | per 5,000 IU<br>per 5,000 IU | 47.83<br>83.40 |
| Vinblastine sulfate, pwd | 10 mg | S3905-0091-10 | J9360 | per 1 mg | 21.25 |
| Vinblastine sulfate, sol (1 mg/mL) | 10 mg | 00469-2780-30 | J9360 | per 1 mg | 43.23 |
| Vincristine, preservative free sol (1 mg/mL) | 1 mg<br>2 mg | 00364-2448-51<br>00364-2448-52 | J9370<br>J9375 | per 1 mg<br>per 2 mg | 31.75<br>38.25 |

* AWP has been added or changed since last issue.
§ HCPCS code has been added or changed since last issue.
◆ Physicians should use the NDC number when filing a claim for this oral anti-cancer drug.
- The drug code J9999 is defined as "not otherwise classified, antineoplastic drug." The Health Care Financing Administration has not assigned specific codes to these drugs.

† The drug code J3490 is defined as "unclassified drug." Interleukin 2 and granisetron may or may not be defined as an unclassified drug in your area; consult your local carrier for the appropriate code.

# CHANGES TO WINTER 1994 SOURCEBOOK

| CATALOG NUMBER | BRAND NAME | ITEM | UNIT SIZE | | ORDER QTY. | PRICE PER UNIT |
|---|---|---|---|---|---|---|
| *The Network has decreased prices on the following products.* | | | | | | |
| 801-120 | Rubex® | doxorubicin, powder | 50 | mg | | $70.00 |
| 801-130 | Rubex® | doxorubicin, powder | 100 | mg | | $150.00 |
| 902-110 | Mutamycin® | mitomycin, powder | 20 | mg | | $328.29 |
| 902-120 | Mutamycin® | mitomycin, powder | 40 | mg | | $663.30 |
| *The following prices reflect manufacturers' price increases.* | | | | | | |
| 920-100 | Rocephin® | ceftriaxone sodium, powder | 0.5 | g | 10 | $16.25 |
| 920-110 | Rocephin® | ceftriaxone sodium, powder | 1 | g | 10 | $29.30 |
| 920-120 | Rocephin® | ceftriaxone sodium, powder | 2 | g | 10 | $58.30 |
| 901-000 | Cerubidine® | daunorubicin HCl, pwd | 20 | mg | 10 | $137.25 |
| 840-520 | | diphenhydramine HCl, sol (50 mg/mL) | 50 | mg | 25 | $0.58 |
| 840-150 | Romazicon™ | flumazenil, sol (0.1 mg/mL) | 0.5 | mg MDV | 10 | $36.50 |
| 840-160 | Romazicon™ | flumazenil, sol (0.1 mg/mL) | 1 | mg MDV | 10 | $42.25 |
| 220-135 | Roferon®-A | interferon alfa 2a, pwd w/3 mL diluent | 18 | MIU | | $166.50 |
| 220-100 | Roferon®-A | interferon alfa 2a, sol (3 MIU/mL) | 3 | MIU | | $27.75 |
| 220-110 | Roferon®-A | interferon alfa 2a, sol (6 MIU/mL) | 18 | MIU | | $166.50 |
| 220-120 | Roferon®-A | interferon alfa 2a, sol (36 MIU/mL) | 36 | MIU | | $333.30 |
| 201-800 | Lupron® | leuprolide acetate, sol (5 mg/mL) | 14 | day kit | | $257.00 |
| 960-300 | Versed® | midazolam, sol (1 mg/mL), C-IV | 2 | mg | 10 | $4.10 |
| *The following products have had a change in unit size.* | | | | | | |
| 841-370 | Toradol® | ketorolac tromethamine, sol (15 mg/mL) | 15 | mg syringe | 10 | $6.35 |
| 841-380 | Toradol® | ketorolac tromethamine, sol (30 mg/mL) | 30 | mg syringe | 10 | $6.50 |
| 841-390 | Toradol® | ketorolac tromethamine, sol (30 mg/mL) | 60 | mg syringe | 10 | $6.70 |
| 260-200 | Ativan® | lorazepam, sol (2 mg/mL), C-IV | 2 | mg MDV | 10 | $11.50 |
| 260-210 | Ativan® | lorazepam, sol (2 mg/mL), C-IV | 20 | mg MDV | | $102.75 |
| 260-220 | Ativan® | lorazepam, sol (4 mg/mL), C-IV | 40 | mg MDV | | $126.70 |

6     THE NETWORK TEL: 1-800-482-6700 FAX: 1-800-880-5674

BMS: 12: 001006

TRADE SECRET/CONFIDENTIAL

BMS4CA/000424

BMSAWP/0028893

HIGHLY CONFIDENTIAL

## PRACTICE MANAGEMENT

# INVENTORY MANAGEMENT REPORTS

**Q** *How can our practice benefit from the monthly Inventory Management Report we receive from Oncology Therapeutics Network?*

**A** Efficient inventory management is an important aspect of business management. Similar to using a specific inventory control method or having optimal order quantities, the *Inventory Management Report* is a useful tool in managing your practice's drug and supply inventory. Here is a list of ways other member practices have used the report:

- **Complete summary of purchases.** One of the primary benefits of the *Inventory Management Report* is that it contains a complete history of your practice's drug and supply purchases both in dollars and in unit quantities. The report displays, in a concise format, a one-year rolling history of all your purchases through the Network. It starts with your current month's purchases and "rolls back" one year to show your monthly purchasing volume over the course of a year.

- **Tool for forecasting future expenses.** For financial planning purposes, the *Inventory Management Report* serves as a valuable resource for anticipating future expenses. It shows trends in specific drug and supply usage in order to identify a purchasing pattern, project future expenses, and allocate resources accordingly.

- **Cost comparison information resource.** If you want to determine ways to reduce drug costs, use the report's information to quickly calculate the savings that would be achieved in substituting one drug over another. For instance, to evaluate the cost of using the powder form of a drug over the solution form, simply take the total units you currently purchase each year and multiply the units by the per vial cost of the powdered version of the drug. Then compare this cost with your current annual cost.

- **Tool to assist in locating a particular invoice.** In some situations, the invoice for a drug needs to be attached to the reimbursement claim. By scanning the *Inventory Management Report* for the particular drug, you can quickly note the last month the product was purchased. This helps narrow down the time frame of the invoice to a specific month.

- **Cost implications of a new drug.** As a new drug is incorporated into your treatment regimens, you can closely monitor the financial impact each drug has on your inventory costs. This enables you to respond quickly to changes in your cash flow needs.

- **Documentation of a particular product's usage.** The *Inventory Management Report* offers support in showing pharmaceutical representatives that you are using their product(s). Simply photocopy the appropriate products from the report and provide it to your representative(s) so he or she can be sure to receive the proper credit.

- **Reference resource for ordering drugs and supplies.** If the person who does the ordering goes on vacation or leaves the practice, the report will provide his or her replacement with accurate information on previously purchased products. This helps to know what and when to purchase and saves your practice from incurring time and money costs associated with products ordered in error that must be returned.

- **Data entry source.** A unique way to use the *Inventory Management Report* is as a source of data entry information. The report also acts as a checks and balances system for other computerized record keeping systems.

- **Location specific information.** For practices that have multiple sites and have drugs shipped to each site, the *Inventory Management Report* is helpful in tracking how much product is being shipped to each location.

- **Valuable accounting information.** The *Inventory Management Report* lists all transactions processed for your account including credits for returned goods, discounts, and applied Network Dollars credits. This information supplements your monthly billing statement documenting all activity on your account.

- **Reference for special ordered items.** Even if you purchased an item only once, it is represented on the report. This can be helpful to find special items that you need to order again or to find a particular price.

BMS: 12: 001007

THE NETWORK TEL: 1-800-482-6700 FAX: 1-800-800-5673

TRADE SECRET/CONFIDENTIAL

BMS4CA/000425

BMSAWP/0028894

HIGHLY CONFIDENTIAL



BULK RATE
U.S. POSTAGE
PAID
MMS, Inc.

# Elective CytoGuard® Program

As of January 1994 products manufactured by Bristol-Myers Oncology Division are no longer pre-packaged with CytoGuards. However, Oncology Therapeutics Network has acquired the remaining product inventory in the nation that includes the CytoGuard device pre-packaged with the product.

You will continue to receive product packaged with the CytoGuard until this inventory is depleted. As a convenience to our members, once the pre-packaged inventory is depleted, the Network will send out free CytoGuards for eligible products with each shipment. You may hear of a coupon redemption program to receive CytoGuards, but this is necessary only for hospital accounts.

When you place your order through the Network, you will be asked whether you would like to receive an accompanying CytoGuard. The CytoGuard is free of charge on a one-per-vial purchased basis for the following products.

| | |
|---|---|
| Lyophilized Cytoxan® For Injection | 100 mg, 200 mg, 500 mg, 1 g, and 2 g |
| Mutamycin® For Injection | 5 mg and 20 mg |
| Paraplatin® For Injection | 50 mg, 150 mg, and 450 mg |
| Rubex® | 10 mg, 50 mg, and 100 mg |
| VePesid® For Injection | 100 mg, 150 mg, 500 mg, and 1 g |

CytoGuards are also available for purchase to use with products of other manufacturers whose vials feature a standard 20-mm aluminum seal. If you wish to purchase additional CytoGuards for this purpose, they are available in a 10-count box priced at $27.50 per box. (Refer to page 40 in the Spring/Summer 1994 Sourcebook, Catalog #561-003.)

The CytoGuard aerosol protection device provides an added measure of safety to the user of antineoplastic agents. It can help reduce the risk of cytotoxic exposure due to aerosolization. A CytoGuard is attached to the vial prior to introduction of diluent. It is designed to contain aerosolization and help prevent its escape into the atmosphere.

*If you would like additional information regarding CytoGuards, call your account representative. We will be happy to send you a booklet on the 17 most asked questions about CytoGuards!*

ADDRESS
CORRECTION
REQUESTED

ONCOLOGY THERAPEUTICS NETWORK

395 OYSTER POINT BLVD., SUITE 405
SOUTH SAN FRANCISCO, CA 94080

*Please use this form to FAX in your comments and suggestions or to request an addition to The Network News mailing list.*

*Please feel free to make copies of this form for your colleagues.*

# Fax Back Form

## FAX in Your Comments to 1-800-800-5673

From: _____   Phone: _____   Date: _____

☐ Please add the name below to *The Network News* mailing list.

NAME                    TITLE
_____

PRACTICE NAME
_____

ADDRESS
_____

CITY/STATE/ZIP
_____

PHONE
_____

Comments and Suggestions: _____
_____
_____
_____
_____
_____

BMS: 12: 001008

TRADE SECRET/CONFIDENTIAL

BMS4CA/000426

HIGHLY CONFIDENTIAL



ONCOLOGY
THERAPEUTICS
NETWORK

A BIMONTHLY UPDATE FOR COMMUNITY-BASED ONCOLOGY PROFESSIONALS

INFORMATION

*Improved Billing System On Its Way*
SEE PAGE 2

*Spring/Summer 1994 Sourcebook Updates*
SEE PAGE 2

*Procrit® Rebate Program Update*
SEE PAGE 2

REIMBURSEMENT

*AWP and HCPCS Code Changes*
SEE PAGES 3-6

PRACTICE MANAGEMENT

*Purchasing a Computerized Practice Management System*
SEE PAGES 7-8

BMS:12:000993

TRADE SECRET/CONFIDENTIAL

BMS4CA/000411

HIGHLY CONFIDENTIAL



# IMPROVED BILLING SYSTEM ON ITS WAY

Beginning August 1, Oncology Therapeutics Network will launch a new, improved billing system to better accommodate the purchasing and payment requirements of your practice. To help meet the increasing cost containment and reimbursement pressures facing office-based oncology practices, the Network began offering extended payment terms through a statement-based billing system in September 1993. While this billing procedure has worked well for many of our customers, other members have expressed concern about it. Our improved system addresses this concern and features the following.

Individual invoices will be sent after each shipment beginning August 1, 1994. You will continue to receive a packing slip inside each shipment as well. Each invoice will clearly state the amount due and the payment due date.

In addition, an easy-to-read statement summarizing your payments and purchases by invoice number will be sent each month. Both invoices and statements will feature tear-off remittance forms. You may pay from either the individual invoices or the statement. Statement periods will coincide with calendar month.

Your last statement under the old system will be dated August 2, 1994, and will cover purchases made through July 31 and payments through August 2. Your first statement under the new system will be as of August 31, 1994, for purchases made August 1 through August 31.

Network payment terms under the new system will be simplified. Our new terms will be net 75 days from the date of invoice for all purchases. Net 75 days is the average of the current 60 to 90 day terms, offering you the best of extended payment terms with a system that is easy to administer in your office.

If you have any questions or concerns, please call the Network. Our commitment is to provide your practice with the best service in the industry. Your feedback is essential and is our most important way of measuring our success.

# CHANGES TO SPRING/SUMMER 1994 SOURCEBOOK

*The Network News is published and distributed by Axion Inc. ©1994 All rights reserved.*

*EDITOR: Lisa Stepp*

*The articles in this newsletter are not intended to serve as rules and policies for medical practice. Primary references should be consulted. The reader is encouraged to review the manufacturer's package insert where applicable.*

*Comments and suggestions are welcome. Please address them to: The Network News, Axion Inc., 395 Oyster Point Blvd., Suite 405, South San Francisco, CA 94080.*

 *Printed on recycled paper.*

| CATALOG NUMBER | BRAND NAME | ITEM | UNIT SIZE | | ORDER QTY. | PRICE PER UNIT |
|---|---|---|---|---|---|---|
| *The following are NEW products.* | | | | | | |
| 101-130 | Adriamycin PFS™ | doxorubicin, sol (2 mg/mL) | 75 | mg | | $114.75 |
| 200-150 | Oncaspar® | pegasparagase, sol (750 IU/mL) | 5 | ml | | $1,095.00 |
| *The following products have been discontinued by the manufacturer.* | | | | | | |
| 800-705 | | cytarabine, sol (20 mg/mL) | 100 | mg | | $4.00 |
| 800-725 | | cytarabine, sol (20 mg/mL) | 1,000 | mg | | $31.00 |
| *The following prices reflect manufacturers' price increases.* | | | | | | |
| 223-100 | Procrit® | epoetin alfa | 2,000 | units/mL | 6 | $21.60 |
| 223-200 | Procrit® | epoetin alfa | 3,000 | units/mL | 6 | $32.40 |
| 223-530 | Procrit® | epoetin alfa | 3,000 | units/mL | 25 | $32.40 |
| 223-300 | Procrit® | epoetin alfa | 4,000 | units/mL | 6 | $41.20 * |
| 223-540 | Procrit® | epoetin alfa | 4,000 | units/mL | 25 | $41.20 * |
| 223-400 | Procrit® | epoetin alfa | 10,000 | units/mL | 6 | $95.00 * |
| 223-590 | Procrit® | epoetin alfa | 10,000 | units/mL | 25 | $93.10 * |
| 102-750 | Vincasar® | vincristine, preservative free sol (1 mg/mL) | 1 | mg | | $9.45 |
| 102-755 | Vincasar® | vincristine, preservative free sol (1 mg/mL) | 2 | mg | | $16.35 |

* These prices include the Ortho Biotech rebate for physician offices.

| Effective July 1, 1994, Ortho Biotech has revised its Procrit Rebate Program for physician office accounts as follows: | | Order Qty. | Rebate Amount | Rebates will no longer be offered on the 2,000 units/mL and 3,000 units/mL sizes. Rebates for the 4,000 units/mL and 10,000 units/mL sizes will still be taken directly off Network invoices.<br><br>*Effective through December 31, 1994.* |
|---|---|---|---|---|
| | Procrit® | 2,000 units/mL | 6 | $0.00 |
| | Procrit® | 3,000 units/mL | 6 | $0.00 |
| | Procrit® | 3,000 units/mL | 25 | $0.00 |
| | Procrit® | 4,000 units/mL | 6 | $2.00 |
| | Procrit® | 4,000 units/mL | 25 | $2.00 |
| | Procrit® | 10,000 units/mL | 6 | $7.50 |
| | Procrit® | 10,000 units/mL | 25 | $9.50 |

THE NETWORK TEL: 1-800-482-6700 FAX: 1-800-800-5623

BMS:12:000994

TRADE SECRET/CONFIDENTIAL

BMS4CA/000412

ONCOLOGY
THERAPEUTICS
NETWORK

# REIMBURSEMENT

## AVERAGE WHOLESALE PRICES AND 1994 HCPCS CODES

As a reimbursement resource, the average wholesale prices (AWPs) and HCPCS codes are listed for drugs commonly used in cancer treatment. The AWPs are obtained from the *1994 Redbook* and the *June 1994 Redbook Update*. For drugs that have multiple manufacturers, the AWP for products that the Network most commonly stocks is listed. The information which has been changed or added since the last issue is highlighted in color.

| PRODUCT | UNITS | NDC | HCPCS CODE | | JUNE AWP |
|---|---|---|---|---|---|
| *Blenoxane*[2] Bleomycin sulfate, pwd | 15 units | 00015-3010-20 | J9040 | per 15 units | 276.29 |
| *Paraplatin*[2] Carboplatin, pwd | 50 mg | 00015-3213-30 | J9045 | per 50 mg | 78.00 |
| | 150 mg | 00015-3214-30 | J9045 | per 50 mg | 233.96 |
| | 450 mg | 00015-3215-30 | J9045 | per 50 mg | 701.90 |
| *BiCNU*[2] Carmustine, pwd w/diluent | 100 mg | 00015-3012-38 | J9050 | per 100 mg | 79.53 |
| NEW • Cimetidine HCl, sol (150 mg/mL) | 300 mg | 00108-5017-16 | J9999*/J3490* | | 3.96 |
| *Platinol*[2] Cisplatin, pwd | 10 mg | 00015-3070-20 | J9060 | per 10 mg | 32.65 |
| | 50 mg | 00015-3072-20 | J9062 | per 50 mg | 153.54 |
| *Platinol*-AQ Cisplatin, sol (1 mg/mL) | 50 mg MDV | 00015-3220-22 | J9062 | per 50 mg | 162.75 |
| | 100 mg MDV | 00015-3221-22 | J9062 | per 50 mg | 325.48 |
| Cladribine, sol (1 mg/mL) | 10 mg | 59676-0201-01 | J9999* | per 10 mg | 480.00 |
| Lyophilized *Cytoxan*[2] Cyclophosphamide, lyophilized | 100 mg | 00015-0539-41 | J9093 | per 100 mg | 6.45 |
| | 200 mg | 00015-0546-41 | J9094 | per 200 mg | 12.25 |
| | 500 mg | 00015-0547-41 | J9095 | per 500 mg | 25.71 |
| | 1 g | 00015-0548-41 | J9096 | per 1 g | 51.43 |
| | 2 g | 00015-0549-41 | J9097 | per 2 g | 102.89 |
| *Cytoxan*[2] Cyclophosphamide, pwd | 100 mg | 00015-0500-41 | J9070 | per 100 mg | 5.31 |
| | 200 mg | 00015-0501-41 | J9080 | per 200 mg | 10.11 |
| | 500 mg | 00015-0502-41 | J9090 | per 500 mg | 21.24 |
| | 1 g | 00015-0505-41 | J9091 | per 1 g | 42.49 |
| | 2 g | 00015-0506-41 | J9092 | per 2 g | 85.00 |
| *Cytoxan* Tablets Cyclophosphamide, tablets, 25 mg | 100 per bottle | 00015-0504-01 | Use NDC * | | 150.35 |
| Cyclophosphamide, tablets, 50 mg | 100 per bottle | 00015-0503-01 | Use NDC * | | 275.95 |
| Cyclophosphamide, tablets, 50 mg | 1,000 per bottle | 00015-0503-02 | Use NDC * | | 2,628.19 |
| Cytarabine, pwd | 100 mg | 00054-2467-53 | J9100 | per 100 mg | 5.50 |
| | 500 mg | 00054-2468-54 | J9110 | per 500 mg | 21.00 |
| Cytarabine, sol (20 mg/mL) | 100 mg | 00013-7106-78 | J9100 | per 100 mg | 6.73 |
| | 1,000 mg | 00013-7091-73 | J9110 | per 500 mg | 50.79 |
| Dacarbazine, pwd | 100 mg | 00026-8151-10 | J9130 | per 100 mg | 13.17 |
| | 200 mg | 00026-8151-20 | J9140 | per 200 mg | 21.17 |
| Dexamethasone, sol (10 mg/mL) | 100 mg MDV | 00054-7360-54 | J1100 | up to 4 mg/mL | 4.13 |
| Dexamethasone, sol (4 mg/mL) | 20 mg MDV | 00517-4905-25 | J1100 | up to 4 mg/mL | 2.03 |
| | 120 mg MDV | 00517-4930-35 | J1100 | up to 4 mg/mL | 7.21 |
| Diazepam, sol (5 mg/mL) | 10 mg | 00054-0825-48 | J3360 | up to 5 mg | 4.08 |
| | 50 mg | 00054-0825-54 | J3360 | up to 5 mg | 13.35 |
| Diphenhydramine HCl, sol (10 mg/mL) | 300 mg | 00364-6530-56 | J1200 | up to 50 mg | 4.75 |
| Diphenhydramine HCl, sol (50 mg/mL) | 500 mg MDV | 00364-6531-54 | J1200 | up to 50 mg | 5.40 |
| | 50 mg | 00641-0376-25 | J1200 | up to 50 mg | 0.57 |
| Doxorubicin, pwd | 20 mg | 53905-0232-06 | J9000 | per 10 mg | 90.16 |

Continued on next page

BMS:12:000995

TRADE SECRET/CONFIDENTIAL

BMS4CA/000413

BMSAWP/0028882

HIGHLY CONFIDENTIAL



**ONCOLOGY THERAPEUTICS NETWORK**

*Continued from previous page*

## REIMBURSEMENT

| PRODUCT | UNITS | NDC | HCPCS CODE | | JUNE AWP |
|---------|-------|-----|------------|---|----------|
| **Rubex®** | | | | | |
| Doxorubicin, pwd | 10 mg | 00015-3351-22 | J9000 | per 10 mg | 43.81 |
| | 50 mg | 00015-3352-22 | J9010 | per 50 mg | 197.15 |
| | 100 mg | 00015-3353-22 | J9010 | per 50 mg | 394.29 |
| Doxorubicin, RDF pwd | 10 mg | 00013-1086-91 | J9000 | per 10 mg | 46.00 |
| | 20 mg | 00013-1096-94 | J9000 | per 10 mg | 92.00 |
| | 50 mg | 00013-1106-79 | J9010 | per 50 mg | 230.00 |
| | 150 mg MDV | 00013-1116-83 | J9010 | per 50 mg | 676.19 |
| Doxorubicin, sol (2 mg/mL) | 10 mg | 00013-1136-91 | J9000 | per 10 mg | 48.31 |
| | 20 mg | 00013-1146-94 | J9000 | per 10 mg | 96.63 |
| | 50 mg | 00013-1156-79 | J9010 | per 50 mg | 241.56 |
| | 75 mg | 00013-1176-87 | J9010 | per 50 mg | 362.35 |
| | 200 mg MDV | 00013-1166-83 | J9010 | per 50 mg | 946.94 |
| Epoetin alfa | 2,000 units/mL | 59676-0302-01 | Q9920-40 per 1,000 units | | 24.00 |
| | 3,000 units/mL | 59676-0303-01 | Q9920-40 per 1,000 units | | 36.00 |
| | 4,000 units/mL | 59676-0304-01 | Q9920-40 per 1,000 units | | 48.00 |
| | 10,000 units/mL | 59676-0310-01 | Q9920-40 per 1,000 units | | 114.00 |
| **VePesid® Capsules** | | | | | |
| Etoposide, capsules, 50 mg | 20 per box | 00015-3091-45 | Use NDC* | | 674.68 |
| **VePesid® for Injection** | | | | | |
| Etoposide, injection (20 mg/mL) | 100 mg MDV | 00015-3095-20 | J9182 | per 100 mg | 136.49 |
| | 150 mg MDV | 00015-3084-20 | J9182 | per 100 mg | 204.74 |
| | 500 mg MDV | 00015-3061-20 | J9182 | per 100 mg | 665.38 |
| | 1 g MDV | 00015-3062-20 | J9182 | per 100 mg | 1,296.64 |
| Fludarabine phosphate, pwd | 50 mg | 50419-0511-06 | J9185 | per 50 mg | 169.35 |
| Fluorouracil, sol (50 mg/mL) | 500 mg | 39769-0012-10 | J9190 | per 500 mg | 3.75 |
| | 2,500 mg | 00013-1045-94 | J9190 | per 500 mg | 7.69 |
| | 5,000 mg | 39769-0017-90 | J9190 | per 500 mg | 25.00 |
| G-CSF (Filgrastim), sol (0.3 mg/mL) | 300 mcg | 55513-0347-10 | J1440 | per 300 mcg | 141.00 |
| | 480 mcg | 55513-0348-10 | J1441 | per 480 mcg | 226.00 |
| GM-CSF (Sargramostim), lyophilized | 250 mcg | 58406-0002-01 | J2820 | per 250 mcg | 106.00 |
| | 500 mcg | 58406-0001-01 | J2820 | per 250 mcg | 200.00 |
| Goserelin acetate, implant | 3.6 mg syringe | 00310-0960-36 | J9202 | per 3.6 mg | 344.76 |
| **Kytril®** | | | | | |
| Granisetron HCl, sol (1 mg/mL) | 1 mL | 00029-4149-01 | J9999*/J3490† | | 166.00 |
| **Hydrea®** | | | | | |
| Hydroxyurea, capsules, 500 mg | 100 per bottle | 00003-0830-50 | | | 136.46 |
| **Ifex®/Mesnex™)** | | | | | |
| Ifosfamide (10 x 1 g/ | Combo-Pack | 00015-3557-41 | J9208 | per 1 g | 1,750.86 |
| mesna (10 x 1 g) | | | J9209 | per 200 mg | 15.43 |
| Ifosfamide (2 x 3 g)/ | Combo-Pack | 00015-3559-41 | J9208 | per 1 g | 889.18 |
| mesna (9 x 400 mg) | | | J9209 | per 200 mg | 30.86 |
| Ifosfamide (5 x 1 g)/ | Combo-Pack | 00015-3558-41 | J9208 | per 1 g | 743.13 |
| mesna (15 x 200 mg) | | | J9209 | per 200 mg | 77.15 |
| Immune globulin intravenous, 5% pwd | 0.5 g | 49669-1600-01 | J1561 | per 500 mg | 37.00 |
| | 2.5 g | 49669-1602-01 | J1561 | per 500 mg | 120.00 |
| | 5 g | 49669-1603-01 | J1561 | per 500 mg | 235.00 |
| | 10 g | 49669-1604-01 | J1561 | per 500 mg | 470.00 |
| Immune globulin intravenous, | 2.5 g | 49669-1612-01 | J1561 | per 500 mg | 162.50 |
| 5% sol w/IV set | 5 g | 49669-1613-01 | J1561 | per 500 mg | 325.00 |
| | 10 g | 49669-1614-01 | J1561 | per 500 mg | 650.00 |
| Interferon alfa 2a, pwd w/3 mL diluent | 18 MIU | 00004-1993-09 | J9213 | per 3 MIU | 179.20 |
| Interferon alfa 2a, sol (3 MIU/mL) | 3 MIU | 00004-1987-09 | J9213 | per 3 MIU | 29.87 |
| Interferon alfa 2a, sol (10 MIU/mL) | 9 MIU | 00004-6900-09 | J9213 | per 3 MIU | 84.14 |
| Interferon alfa 2a, sol 16 MIU/mL) | 18 MIU | 00004-1988-09 | J9213 | per 3 MIU | 179.20 |
| Interferon alfa 2a, sol (36 MIU/mL) | 36 MIU | 00004-2065-09 | J9213 | per 3 MIU | 358.38 |
| Interferon alfa 2b, pwd | 3 MIU | 00085-0647-03 | J9214 | per 1 MIU | 29.87 |
| | 3 MIU syringe | 00085-0647-04 | J9214 | per 1 MIU | 29.87 |
| | 5 MIU | 00085-0120-02 | J9214 | per 1 MIU | 49.78 |
| | 5 MIU syringe | 00085-0120-03 | J9214 | per 1 MIU | 49.78 |

**THE NETWORK TEL: 1-800-482-6700 FAX. 1-800-800-3673**

4

TRADE SECRET/CONFIDENTIAL

BMS:12:000996

BMS4CA/000414

BMSAWP/0028883

HIGHLY CONFIDENTIAL



ONCOLOGY
THERAPEUTICS
NETWORK

## REIMBURSEMENT

| PRODUCT | UNITS | NDC | HCPCS CODE | | JUNE AWP |
|---|---|---|---|---|---|
| Interferon alfa 2b, pwd | 10 MIU | 00085-0571-02 | J9214 | per 1 MIU | 99.55 |
| | 18 MIU MDV | 00085-0569-01 | J9214 | per 1 MIU | 179.18 |
| | 25 MIU | 00085-0285-02 | J9214 | per 1 MIU | 248.88 |
| | 50 MIU | 00085-0539-01 | J9214 | per 1 MIU | 497.75 |
| Interferon alfa 2b, sol (5 MIU/mL) | 10 MIU | 00085-0923-01 | J9214 | per 1 MIU | 99.55 |
| | 25 MIU | 00085-0769-01 | J9214 | per 1 MIU | 248.88 |
| Interleukin 2 (Aldesleukin), pwd | 22 MIU | 53905-0991-01 | J9999*/J3490* | | 364.00 |
| Leucovorin calcium, tablets, 5 mg | 30 per box | 00005-4536-38 | | | 85.54 |
| | 100 per box | 00005-4536-23 | | | 285.00 |
| Leucovorin calcium, tablets, 15 mg | 12 per box | 00005-4501-82 | | | 100.56 |
| | 24 per box | 00005-4501-90 | | | 200.96 |
| NEW • Leucovorin, pwd | 50 mg | 53905-0051-10 | J0640 | per 50 mg | 18.44 |
| | 50 mg | 00205-5330-92 | J0640 | per 50 mg | 21.53 |
| | 100 mg | 00081-0638-93 | J0640 | per 50 mg | 37.99 |
| | 350 mg | 00205-4645-77 | J0640 | per 50 mg | 137.94 |
| Leuprolide acetate depot, susp. (7.5 mg/mL) | 7.5 mg | 00300-3629-01 | J9217 | per 7.5 mg | 463.75 |
| CeeNu® | | | | | |
| Lomustine, capsules | Dose-Pack | 00015-3034-10 | | | 78.09 |
| Lomustine, capsules, 10 mg | 20 per bottle | 00015-3030-20 | | | 84.54 |
| Lomustine, capsules, 40 mg | 20 per bottle | 00015-3031-20 | | | 254.60 |
| Lomustine, capsules, 100 mg | 20 per bottle | 00015-3032-20 | | | 483.96 |
| Lorazepam, sol (2 mg/mL) | 2 mg MDV | 00008-0581-04 | J2060 | per 2 mg | 12.01 |
| Lorazepam, sol (2 mg/mL) | 20 mg MDV | 00008-0581-01 | J2060 | per 2 mg | 107.00 |
| Lorazepam, sol (4 mg/mL) | 40 mg MDV | 00008-0570-01 | J2060 | per 2 mg | 133.74 |
| Mannitol, 25% sol | 50 mL | 00074-4031-01 | J2150 | per 50 mL | 4.71 |
| Mechlorethamine HCl, pwd | 10 mg | 00006-7753-31 | J9230 | per 10 mg | 10.10 |
| Megace® | | | | | |
| Megestrol acetate, tablets, 20 mg | 100 per bottle | 00015-0595-01 | | | 69.96 |
| Megestrol acetate, tablets, 40 mg | 100 per bottle | 00015-0596-41 | | | 124.79 |
| | 250 per bottle | 00015-0596-46 | | | 305.74 |
| | 500 per bottle | 00015-0596-45 | | | 599.00 |
| Megace® Oral Suspension | | | | | |
| Megestrol acetate, oral suspension | 8 fl oz | 00015-0508-42 | | | 103.80 |
| Melphalan hydrochloride, pwd | 50 mg | 00081-0130-93 | J9999* per 50 mg | | 260.50 |
| Melphalan hydrochloride, tablets, 2 mg | 50 per bottle | 00081-0045-35 | Use NDC * | | 74.35 |
| Mesnex™ | | | | | |
| Mesna, sol (100 mg/mL) | 2 mL amp* | 00015-3540-41 | J9209 | per 200 mg | 15.43 |
| | 4 mL amp | 00015-3561-41 | J9209 | per 200 mg | 30.86 |
| | 10 mL amp | 00015-3562-41 | J9209 | per 200 mg | 77.15 |
| Methotrexate, pwd | 20 mg | 00205-4654-90 | J9250 | per 5 mg | 2.78 |
| | 1,000 mg | 00205-4653-02 | J9260 | per 50 mg | 61.44 |
| Methotrexate, preservative free sol (25 mg/mL) | 50 mg | 53905-0031-10 | J9260 | per 50 mg | 6.88 |
| | 100 mg | 53905-0032-10 | J9260 | per 50 mg | 8.75 |
| | 200 mg | 53905-0033-10 | J9260 | per 50 mg | 17.50 |
| | 250 mg | 53905-0034-10 | J9260 | per 50 mg | 26.88 |
| Methotrexate, sol w/preservative (25 mg/mL) | 50 mg | 00205-4556-26 | J9260 | per 50 mg | 4.75 |
| | 250 mg | 00205-5338-34 | J9260 | per 50 mg | 20.48 |
| Methotrexate, tablets, 2.5 mg | 100 per bottle | 00555-0572-02 | Use NDC * | | 269.45 |
| | 36 per bottle | 00555-0572-35 | Use NDC * | | 91.56 |
| Metoclopramide, sol w/preservative (5 mg/mL) | 2 mL | 39769-0066-02 | J2765 | up to 10 mg | 2.35 |
| Metoclopramide, preservative free sol (5 mg/mL) | 50 mg | 00013-6116-95 | J2765 | up to 10 mg | 8.73 |
| | 150 mg | 00013-6126-95 | J2765 | up to 10 mg | 24.50 |
| Mutamycin® | | | | | |
| Mitomycin, pwd | 5 mg | 00015-3001-20 | J9280 | per 5 mg | 128.95 |
| | 20 mg | 00015-3002-20 | J9290 | per 20 mg | 435.49 |
| | 40 mg | 00015-3059-20 | J9291 | per 40 mg | 879.89 |
| Lysodren® | | | | | |
| Mitotane, tablets, 500 mg | 100 per bottle | 00015-3080-60 | | | 204.68 |

Continued on next page

THE NETWORK TEL: 1-800-482-6700 FAX: 1-800-880-5673

BMS : 12 : 000997

BMS4CA/000415

TRADE SECRET/CONFIDENTIAL

BMSAWP/0028884

HIGHLY CONFIDENTIAL



**ONCOLOGY THERAPEUTICS NETWORK**

*Continued from previous page*

# REIMBURSEMENT

| PRODUCT | UNITS | NDC | HCPCS CODE | | JUNE AWP |
|---|---|---|---|---|---|
| Mitoxantrone, sol 12 mg/mL) | 20 mg MDV | 00205-9393-34 | J9293 | per 20 mg | 616.18 |
| | 25 mg MDV | 00205-9393-72 | J9293 | per 20 mg | 770.20 |
| | 30 mg MDV | 00205-9393-36 | J9293 | per 20 mg | 924.26 |
| **Zofran♦** | | | | | |
| Ondansetron HCl, sol 12 mg/mL) | 40 mg MDV | 00173-0442-00 | J2405 | per 1 mg | 214.76 |
| Ondansetron HCl, sol 12 mg/mL) | 4 mg | 00173-0442-02 | J2405 | per 1 mg | 20.75 |
| **TAXOL♦** | | | | | |
| Paclitaxel, sol (6 mg/mL) | 30 mg | 00015-3456-20 | J9265 | per 30 mg | 182.63 |
| Pamidronate disodium, pwd | 30 mg | 00083-2601-04 | | | 170.42 |
| Pentostatin, pwd | 10 mg | 00071-4243-01 | J9268 | per 10 mg | 1,440.00 |
| • Prochlorperazine, sol (5 mg/mL) | 10 mg | 00364-2231-4B | J0780 | up to 10 mg | 2.64 |
| | 50 mg MDV | 00364-2231-54 | J0780 | up to 10 mg | 8.40 |
| Prochlorperazine, tablets, 10 mg | 100 per box | 00007-3367-20 | | | 82.90 |
| NEW • Ranitidine, sol (50 mg/2 mL) | 2 mL | 00173-0362-3B | J9999♦/J3490♦ | | 3.99 |
| Streptozocin, pwd | 1 g | 00009-0844-01 | J9320 | per 1 g | 59.01 |
| **Vumon♦** | | | | | |
| Teniposide, 50 mg | 5 mL amp | 00015-3075-19 | J9999♦ | per 50 mg | 150.39 |
| Thiotepa, pwd | 15 mg | 00005-4650-91 | J9340 | per 15 mg | 67.88 |
| Urokinase, sol (5,000 IU/mL) | 5,000 IU | 00074-6111-01 | J3364 | per 5,000 IU | 47.83 |
| | 9,000 IU | 00074-6145-02 | J3364 | per 5,000 IU | 83.40 |
| NEW • Vinblastine sulfate, pwd | 10 mg | 53905-0091-10 | J9360 | per 1 mg | 21.25 |
| | 10 mg | 00364-2447-54 | J9360 | per 1 mg | 37.50 |
| Vinblastine sulfate, sol (1 mg/mL) | 10 mg | 00469-2780-30 | J9360 | per 1 mg | 43.23 |
| NEW • Vincristine, preservative free sol (1 mg/mL) | 1 mg | 00364-2448-51 | J9370 | per 1 mg | 31.75 |
| NEW • | 1 mg | 00013-7456-8b | J9370 | per 1 mg | 37.08 |
| | 2 mg | 00364-2448-52 | J9375 | per 2 mg | 38.25 |
| NEW • | 2 mg | 00013-7416-8b | J9375 | per 2 mg | 74.13 |

• AWP, HCPCS code or NDC has changed or item has been added since last issue. The information which has been changed or added is highlighted in color.
♦ Physicians should use the NDC number when filing a claim for this oral anti-cancer drug.

• The drug code J9999 is defined as "not otherwise classified, antineoplastic drug." The Health Care Financing Administration has not assigned specific codes to these drugs.

† The drug code J3490 is defined as "unclassified drug." Cimetidine, famotidine 2, granisetron and ranitidine may or may not be defined as an unclassified drug in your area; consult your local carrier for the appropriate code.

---

**The Network now carries a complete selection of Becton Dickinson (B-D) needles and syringes.**
*Call your account representative for more details.*

---

*Please use this form to FAX in your comments and suggestions or to request an addition to The Network News mailing list.*

*Please photocopy this form prior to faxing:*

# FAX BACK FORM            1-800-800-5673

From: _____     Phone: _____   Date: _____

❏ **Please add the name below to The Network News mailing list.**

NAME _____ TITLE _____

PRACTICE NAME _____

ADDRESS _____

CITY/STATE/ZIP _____

PHONE _____

Comments and Suggestions: _____

_____

BMS:12:000998

TRADE SECRET/CONFIDENTIAL

BMS4CA/000416

HIGHLY CONFIDENTIAL

# PRACTICE MANAGEMENT

DISCOVERY
THERAPEUTICS
NETWORK

## EVALUATION OF COMPUTERIZED PRACTICE MANAGEMENT SYSTEMS

*Q* *Our practice wants to automate various administrative functions, such as patient scheduling and billing. How should we evaluate practice management software systems?*

*A* When evaluating practice management systems, first determine which functional areas need to be addressed (e.g., billing, scheduling, accounting). The next step is to document the detailed requirements within each functional area (e.g., appointment changes, patient flow, insurance processing, medical records, chart tracking). This detailed list of requirements can then be compared with the features found in commercially available software packages.

Your practice may want to use the services of a consultant who specializes in medical practice management systems for assistance in developing your requirements list and in evaluating the available systems. When choosing a consultant, however, you should be aware that most consultants also sell software, support and installation services for one or more practice management systems, which may affect their partiality in the selection process.

Whether you perform this analysis yourself or with the help of a consultant, there is a publication that can help you through this process. The *Guide to Medical Practice Management Software* (the Guide) is an objective, in-depth evaluation of ten of the leading PC-based medical practice management software packages. The Guide contains detailed reviews of each package, and a ratings chart and a software utility that allows you to input your requirements and then ranks the packages based on your needs. For more information on obtaining a copy of the Guide, call CTS, Rockville, MD, at 1-800-433-8015.

The following major administrative functions are typically found in practice management systems:
- Patient scheduling.
- Patient management (including treatment management and clinical history).
- Billing, receipts and credits.

In addition, though not covered in the Guide, the following functions are typically supported through software packages that can be interfaced with a practice management system:
- Inventory management.
- Accounts payable.
- General ledger.
- Purchase order processing.
- Word processing.

### MANAGED CARE

Most practice management systems available today are designed to handle fee-for-service arrangements. When investing in a new system, practices should consider selecting a system that handles the requirements of managed care arrangements, such as capitation, case rates and hold-backs.

---

**PC-BASED MEDICAL PRACTICE MANAGEMENT SYSTEMS**

| | |
|---|---|
| Calyx MDX | +Medic® |
| Cycare® MediCalis™ | The Medical Manager® |
| Doctor's Office Medical Manager/2 (DOMS/2) | Scriptx |
| Elcomp® | Versys™ MENDS® II |
| MedAssist | Wallaby The Resident™ |

| PC-based accounting systems that accommodate accounts payable, general ledger, purchase order processing and inventory management include: | Some leading PC-based word processing systems are: |
|---|---|
| Great Plains | Ami Pro® (Windows®) |
| MCBA | Microsoft® Word (Windows, Macintosh®) |
| Open Systems Accounting Software | WordPerfect (Windows, MS-DOS®, Macintosh, UNIX®) |
| Platinum | |
| Realworld | |

---

Managed care modules are often available as an add-on feature to the core practice management system. Features typically found in managed care modules include:
- Payment flags to indicate that the patient is part of an HMO-type plan.
- Special charge, receipt and adjustment codes to reflect HMO payments.

*Continued on next page*

---

BMS:12:000999

TRADE SECRET/CONFIDENTIAL       **BMS4CA/000417**

BMSAWP/0028886

HIGHLY CONFIDENTIAL

BULK RATE
U.S. POSTAGE
PAID
MMS, Inc.

# PRACTICE MANAGEMENT *Continued from previous page*

- Management reports comparing managed care contract rates versus standard fee-for-service rates.

    According to the 1993–1994 edition of the Guide, only Elcomp and the Medical Manager include a true managed care module. If this is a requirement for your practice, ask the vendors you are considering about their plans for managed care.

## ELECTRONIC COMMERCE

Electronic data interchange (EDI) is a common way for practices to participate in the developing area of electronic commerce. EDI provides a standard format for practices to electronically exchange data (typically over standard phone lines) with outside parties, such as labs. Some examples of EDI transactions that an oncology practice might use include:

- Lab interfaces for both ordering and receiving lab tests.
- Claims processing.
- Deposit of claims payment dollars directly into a practice's bank account.
- Validation of patient's insurance, credit card, or personal check.
- Physician referrals.

. It is extremely helpful if the interface needed for EDI is included in the practice management system you choose. In terms of EDI features, the Medical Manager is one of the leading systems, having established EDI links to numerous EDI providers.

## HARDWARE AND OPERATING SYSTEMS

Most of the ten packages reviewed in the Guide run on MS-DOS or UNIX operating systems. Operating systems are the software that allow applications to store files and give users access to the hardware through security features. Your hardware and operating system software choices will be restricted to those which are compatible with the practice management system. Keep the following in mind when selecting hardware and operating systems.

- If you need to have more than one person at a time accessing the system, you will require a multi-user system. Your practice management software dealer should be able to assist you in the selection of your hardware and operating system. Absent any

existing hardware or software investment that you may need to protect, your choice of operating system will likely be either UNIX or a network operating system that is MS-DOS compatible.

- Your operating system choice will limit your hardware choices. For MS-DOS based systems, it is best to choose a vendor with a nationwide presence. Though not an exhaustive list, Compaq, IBM, AST, Dell and Hewlett-Packard are vendors that meet these requirements. The no-name "clone" PCs are often not well supported, have limited warranties, and can cause compatibility problems when connected to networks.
- For UNIX systems, you will have to choose both a host system (the central server which holds the data in your practice management system) and workstations or terminals for your users.

## SUPPORT

The most important decision you can make in regard to practice management systems is your choice of support services. Support alone can make the difference between a smoothly running practice management system and one that does not perform to your expectations. The following should be noted when choosing a practice management system support vendor.

- To minimize confusion over responsibility for supporting your system, it is best to choose a single vendor to support the hardware, operating system and practice management system. An exception is if your practice has internal resources to adequately support the hardware and/or operating system.
- Ask how many installations the practice management system vendor has performed. Also ask for the phone numbers of some of their customers to ask questions about the system being considered. (Was training adequate? Was the vendor responsive to customization needs? Is the system reliable? Is service adequate?)
- Find out how long the dealer has been in business and how many employees provide direct support for the selected practice management system.

BHS:12:001000

TRADE SECRET/CONFIDENTIAL

ADDRESS
CORRECTION
REQUESTED



ONCOLOGY
THERAPEUTICS
NETWORK

115 OYSTER POINT BLVD, SUITE 405
SOUTH SAN FRANCISCO, CA 94080

BMS4CA/000418



November/December 1994

ONCOLOGY
THERAPEUTICS
NETWORK

# THE NETWORK NEWS

A BIMONTHLY UPDATE FOR COMMUNITY-BASED ONCOLOGY PROFESSIONALS

## INFORMATION

**Chiron's New 200 mg Doxorubicin**
SEE PAGE 2

**Save 10% on Supplies**
-AND-
**Supply Product Feature**
SEE PAGE 3

**Recyclable Packaging**
SEE PAGE 3

## REIMBURSEMENT

**Patient Referral Legislation**
SEE PAGE 4

**AWP & HCPCS Code Changes**
SEE PAGES 5-8

## PRACTICE MANAGEMENT

**Infusion Therapy Questions and Answers**
SEE PAGES 9-12

BMS:12:000981

TRADE SECRET/CONFIDENTIAL

BMS4CA/000399

HIGHLY CONFIDENTIAL

BMSAWP/0028868



# CHIRON THERAPEUTICS INTRODUCES
## DOXORUBICIN, SOLUTION IN 200-MG MULTIDOSE VIALS

**N**ow available for shipment: 200-mg MDV doxorubicin solution — Doxorubicin HCl, Injection, USP.

### CHIRON QUALITY
The new 200-mg MDV solution is the same quality you've come to rely on from Chiron Therapeutics.

### ENHANCED SAFETY AND CONVENIENCE
With four vial sizes to choose from—10 mg, 20 mg, 50 mg, and now 200 mg—you can conveniently meet a variety of dosing requirements. There is no reconstitution and minimal preparation is required, saving you time and improving handling safety.

### COST-EFFECTIVE
200-mg multidose vials are competitively priced and may offer savings compared with smaller vials. The average wholesale price (AWP) is $945.98.

### FREE, NEXT-DAY DELIVERY
All drug orders received by 7:00 p.m. Eastern Time (4:00 p.m. Pacific Time) are shipped to arrive the next business day.

### FULL RANGE OF CHIRON PRODUCTS
The Network carries a full range of competitively priced Chiron Therapeutics oncology products. Please refer to the table below for a complete listing.

## CHIRON THERAPEUTICS PRODUCTS AVAILABLE FROM THE NETWORK

*The Network News is published and distributed by Axion Inc. ©1994 All rights reserved.*

*EDITOR: Lisa Stepp*

The articles in this newsletter are not intended to serve as rules and policies for medical practice. Primary references should be consulted. The reader is encouraged to review the manufacturer's package insert where applicable.

Comments and suggestions are welcome. Please address them to: The Network News, Axion Inc., 395 Oyster Point Blvd., Suite 405, South San Francisco, CA 94080.

| CATALOG NUMBER | ITEM | ORDER QTY. |
|---|---|---|
| **Aredia®** | | |
| 840-200 | Pamidronate disodium, powder, 30 mg | 4 |
| **Cytarabine** | | |
| 800-700 | Cytarabine, powder, 100 mg | 10 |
| 800-710 | Cytarabine, powder, 500 mg | 10 |
| **Doxorubicin** | | |
| 102-010 | Doxorubicin HCl, Injection, 10 mg | 10 |
| 102-020 | Doxorubicin HCl, Injection, 20 mg | 10 |
| 102-050 | Doxorubicin HCl, Injection, 50 mg | |
| 102-200 | Doxorubicin HCl, Injection, 200 mg MDV | |
| 803-010 | Doxorubicin HCl, powder, 10 mg | 10 |
| 803-020 | Doxorubicin HCl, powder, 20 mg | 6 |
| 803-050 | Doxorubicin HCl, powder, 50 mg | |
| **Leucovorin** | | |
| 801-700 | Leucovorin calcium, powder, 50 mg | 10 |
| 801-710 | Leucovorin calcium, powder, 100 mg | 10 |
| **Methotrexate** | | |
| 802-035 | Methotrexate, preservative free solution, 50 mg | 10 |
| 802-060 | Methotrexate, preservative free solution, 100 mg | 10 |
| 802-000 | Methotrexate, preservative free solution, 200 mg | 10 |
| 802-010 | Methotrexate, preservative free solution, 250 mg | 10 |
| **Proleukin®** | | |
| 200-500 | Interleukin 2 (aldesleukin), powder, 22 MIU | |
| **Vinblastine** | | |
| 102-600 | Vinblastine sulfate, lyophilized powder, 10 mg | 10 |

Please contact the Network for more information or to place an order.

BMS:12:000982

*Printed on recycled paper.*

TRADE SECRET/CONFIDENTIAL

BMS4CA/000400

BMSAWP/0028869

HIGHLY CONFIDENTIAL



ONCOLOGY
THERAPEUTICS
NETWORK



## SUPPLY DISCOUNT DAY: NOVEMBER 16, 1994

*Receive a 10% discount on any supply item\* ordered on this day.*

## MARK
## YOUR
## CALENDAR!



### HOW THE PROGRAM WORKS.

Place an order for supplies on November 16, 1994 and the Network will automatically apply a 10% discount to each supply line item on your invoice. Supply items are products that begin with 500 or 700 catalog numbers.* You can find these items on pages 19-48 of the Fall 1994 *Sourcebook*.

### MULTIPLE MANUFACTURERS'
### PRODUCTS AVAILABLE.

The Fall 1994 *Sourcebook* has been expanded to include products available from multiple manufacturers so that your practice's brand preferences can be accommodated. The manufacturer is clearly noted next to each group of products in the supply section of the *Sourcebook*.

### SUPPORT TO HELP YOU CHOOSE
### THE RIGHT PRODUCTS.

Our representatives are ready to assist you in answering any questions concerning the products we carry. Additionally, the *Sourcebook* contains detailed descriptions and illustrations next to each product to help make sure you order the correct item.

*\*Does not include PARAGON products.*

## SUPPLY PRODUCTS FEATURE

### IV SOLUTIONS

The Network carries two brands of IV solutions to meet your therapeutic needs: McGaw and Abbott. Both brands are competitively priced to provide your practice with bottom-line savings. You can realize additional savings by applying Network Dollars to the purchase of these products or any other supply item in the Network *Sourcebook*.

**McGaw Non-PVC Bags ..... $1.55/ea.**
Dextrose 5% in water
Sodium chloride, 0.9% solution
50 mL, 100 mL, 250 mL, 500 mL

**Abbott Bags/Glass Bottles . $1.55/ea.**
Dextrose 5% in water
Sodium chloride, 0.9% solution
50 mL, 100 mL, 250 mL, 500 mL

*Available exclusively in full case quantities.*
*See pages 39 and 40 of the Fall 1994 Sourcebook for a complete listing of IV Solutions.*

## NEW, RECYCLABLE PACKAGING KEEPS DRUGS COOLER

The Network is now shipping refrigerated drugs in a new, improved container! Laboratory-tested at 90° F for more than 72 hours, the new packaging maintains an inside temperature of 46°-54° F, far exceeding drug manufacturer specifications.

What's more, refrigerated shipments after November 14 will include instructions on how you can *easily recycle these new containers.*

The package arrives sealed with a pre-addressed return shipping label on the outside.

After you retrieve the drugs from the package, reseal it with the inside flaps on the outside using shipping tape, being careful not to cover the address label. The postage-paid package can then be sent via U.S. mail to the Network at no cost to your practice.

We hope these changes provide you with peace of mind about the integrity of your shipments and our commitment to protect the environment.

BMS:12:000983

TRADE SECRET/CONFIDENTIAL

BMS4CA/000401

BMSAWP/0028870

HIGHLY CONFIDENTIAL



## REIMBURSEMENT

# REP. PETE STARK'S ANTI-SELF REFERRAL LEGISLATION

The Omnibus Budget Reconciliation Act of 1993 ("OBRA '93") signed by President Clinton on August 10, 1993, includes provisions that greatly expand the scope of the Ethics in Patient Referral Act of 1989 (commonly known as the Stark Act after its chief sponsor Representative Fortney "Pete" Stark of California). As originally enacted, the Stark Act prohibited a physician from making certain referrals covered by Medicare to a clinical laboratory if the referring physician had a "financial relationship" with the lab. Under OBRA '93, the prohibition is extended to referrals for numerous other ancillary healthcare services beginning in 1995, at which time the ban will also apply to the Medicaid program.

*The scope of the prohibited referrals includes:*

- clinical laboratory procedures
- physical and occupational therapy
- radiology or other diagnostic services
- radiation therapy
- durable medical equipment
- parenteral and enteral nutrients, equipment and supplies
- prosthetic, orthotic and prosthetic devices
- home health services
- outpatient prescription drugs
- inpatient and outpatient hospital services

OBRA '93 also preserved, modified or created exceptions to the Stark Act's prohibitions that can be used by physicians to maintain and create certain financial relationships.

**INFUSION PUMPS EXCLUDED!**

### A PORTION OF THE LEGISLATION:

Sec. 13562: (b) General Exceptions to Both Ownership and Compensation Arrangement Prohibition includes a series of general exceptions to both the ownership and compensation provision including 1) physician services provided personally by for under the supervision of) another physician, and 2) in-office ancillary services, which are defined as services furnished by the physician himself, another physician in the same group practice, or employee of the physician, or the physician's group practice. The Act applies the in-office ancillary practice exception "to all designated health services except durable medical equipment (EXCLUDING INFUSION PUMPS) and parenteral and enteral nutrients, equipment and supplies." Briefly, the prohibition applies to the above services under the in-office ancillary service except infusion pumps.

*THANKS TO AUDREY ADAMS, GOVERNMENT RELATIONS & PUBLIC POLICY, AT SIMS DELTEC, ST. PAUL, MN.*

In other words, even though durable medical equipment is part of the ban, physicians who chose to provide their patients with ambulatory infusion pumps and ancillary supplies (e.g., cassettes or bags, diluting solutions, tubing and other administration supplies) used in the course of the patient's drug infusion therapy, may continue in the practice of billing these services to the Medicare and Medicaid program. Further,

physicians are required to obtain a supplier provider number from the Medicare Part B Durable Medical Equipment Regional Carrier (DMERC) in order to bill for the equipment, under the Medicare coverage guidelines. The Act further sets forth qualifications for the exemption from the self-referral ban which are found in greater detail in the Conference Committee report and page 175 of OBRA '93.

## PARAGON DISCOUNT EXTENDED

The Network has extended the PARAGON Ambulatory Infusion System introductory offer of 20 percent off list price through Dec. 31. The pump retails for $195.00 ($156.00 with discount) and allows you to deliver medication at a lower cost per dose than elastomeric and electronic pumps. A complimentary in-service video will accompany your first order. Ask your Network representative for product and reimbursement details.

### COMING SOON

## EPOETIN ALFA MDV

The Network will carry the new 2-mL multidose vial of Procrit from Ortho Biotech. The 10,000 units/mL vial will be packaged in boxes of six. This new formulation is preserved with benzyl alcohol. Look for more information from the Network once this product is available.

BMS4CA/000402

BMS:12:000984

TRADE SECRET/CONFIDENTIAL

BMSAWP/0028871

HIGHLY CONFIDENTIAL

# REIMBURSEMENT

ONCOLOGY THERAPEUTICS NETWORK

## AVERAGE WHOLESALE PRICES AND 1994 HCPCS CODES

As a reimbursement resource, the average wholesale prices (AWPs) and HCPCS codes are listed for drugs commonly used in cancer treatment. Products are listed alphabetically by their generic name. The AWPs are obtained from the *1994 Redbook* and the *October 1994 Redbook* Update. For drugs that have multiple manufacturers, the AWP for products that the Network most commonly stocks is listed. For ease of use, we have rearranged the columns so that the AWP information is in the first three columns and the billing code and units are in the right two columns.

| PRODUCT | VIAL SIZE | NDC | OCTOBER AWP/VIAL | HCPCS CODE | BILLING UNITS |
|---|---|---|---|---|---|
| **Blenoxane³** | | | | | |
| Bleomycin sulfate, pwd | 15 units | 00015-3010-20 | 276.29 | J9040 | per 15 units |
| **Paraplatin⁴** | | | | | |
| Carboplatin, pwd | 50 mg | 00015-3213-30 | 78.00 | J9045 | per 50 mg |
| | 150 mg | 00015-3214-30 | 233.96 | J9045 | per 50 mg |
| | 450 mg | 00015-3215-30 | 701.90 | J9045 | per 50 mg |
| **BiCNU⁴** | | | | | |
| Carmustine, pwd w/diluent | 100 mg | 00015-3012-38 | 79.53 | J9050 | per 100 mg |
| Cimetidine HCL sol (150 mg/mL) | 300 mg | 00108-5017-18 | 3.96 | J9999*/J3490⁵ | |
| **Platinol⁴** | | | | | |
| Cisplatin, pwd | 10 mg | 00015-3070-20 | 32.85 | J9060 | per 10 mg |
| | 50 mg | 00015-3072-20 | 153.54 | J9062 | per 50 mg |
| **Platinol⁴-AQ** | | | | | |
| Cisplatin, sol (1 mg/mL) | 50 mg MDV | 00015-3220-22 | 162.75 | J9062 | per 50 mg |
| | 100 mg MDV | 00015-3221-22 | 325.48 | J9062 | per 50 mg |
| Cladribine, sol (1 mg/mL) | 10 mg | 59676-0201-01 | 480.00 | J9999* | per 10 mg |
| **Lyophilized Cytoxan⁴** | | | | | |
| Cyclophosphamide, lyophilized | 100 mg | 00015-0539-41 | 6.45 | J9093 | per 100 mg |
| | 200 mg | 00015-0546-41 | 12.25 | J9094 | per 200 mg |
| | 500 mg | 00015-0547-41 | 25.71 | J9095 | per 500 mg |
| | 1 g | 00015-0548-41 | 51.43 | J9096 | per 1 g |
| | 2 g | 00015-0549-41 | 102.89 | J9097 | per 2 g |
| **Cytoxan⁴** | | | | | |
| Cyclophosphamide, pwd | 100 mg | 00015-0500-41 | 5.31 | J9070 | per 100 mg |
| | 200 mg | 00015-0501-41 | 10.11 | J9080 | per 200 mg |
| | 500 mg | 00015-0502-41 | 21.24 | J9090 | per 500 mg |
| | 1 g | 00015-0505-41 | 42.49 | J9091 | per 1 g |
| | 2 g | 00015-0506-41 | 85.00 | J9092 | per 2 g |
| **Cytoxan⁴ Tablets** | | | | | |
| Cyclophosphamide, tablets, 25 mg | 100 per bottle | 00015-0504-01 | 130.35 | Use NDC* | |
| Cyclophosphamide, tablets, 50 mg | 100 per bottle | 00015-0503-01 | 275.95 | Use NDC* | |
| Cyclophosphamide, tablets, 50 mg | 1,000 per bottle | 00015-0503-02 | 2,628.19 | Use NDC* | |
| Cytarabine, pwd | 100 mg | 00364-2467-53 | 5.50 | J9100 | per 100 mg |
| | 100 mg | 53905-0131-10 | 6.25 | J9100 | per 100 mg |
| | 500 mg | 00364-2468-54 | 21.00 | J9110 | per 500 mg |
| | 500 mg | 53905-0132-10 | 25.00 | J9110 | per 500 mg |
| Dacarbazine, pwd | 100 mg | 00026-8151-10 | 13.17 | J9130 | per 100 mg |
| | 200 mg | 00026-8151-20 | 21.17 | J9140 | per 200 mg |
| Dexamethasone, sol (10 mg/mL) | 100 mg MDV | 00364-2360-54 | 4.13 | J1100 | up to 4 mg/mL |
| Dexamethasone, sol (4 mg/mL) | 20 mg MDV | 00517-4905-25 | 2.01 | J1100 | up to 4 mg/mL |
| | 120 mg MDV | 00517-4930-25 | 7.21 | J1100 | up to 4 mg/mL |
| Diazepam, sol (5 mg/mL) | 10 mg | 00364-0825-48 | 4.08 | J3360 | up to 5 mg |
| | 50 mg | 00364-0825-54 | 13.33 | J3360 | up to 5 mg |
| Diphenhydramine HCL sol (10 mg/mL) | 300 mg | 00364-6530-56 | 4.75 | J1200 | up to 50 mg |
| Diphenhydramine HCl, sol (50 mg/mL) | 500 mg | 00364-6531-54 | 5.40 | J1200 | up to 50 mg |
| | 50 mg | 00641-0376-25 | 0.60 | J1200 | up to 50 mg |
| Doxorubicin, pwd | 10 mg | 53905-0231-10 | 45.08 | J9000 | per 10 mg |
| | 20 mg | 53905-0232-06 | 90.16 | J9000 | per 10 mg |
| | 50 mg | 53905-0233-01 | 225.40 | J9010 | per 50 mg |
| Doxorubicin, sol (2 mg/mL) | 10 mg | 53905-0235-10 | 47.35 | J9000 | per 10 mg |
| | 20 mg | 53905-0236-06 | 94.70 | J9000 | per 10 mg |
| | 50 mg | 53905-0237-47 | 236.74 | J9010 | per 50 mg |
| | 200 mg MDV | 53905-0238-01 | 945.98 | J9010 | per 50 mg |

BMS:12:000985

TRADE SECRET/CONFIDENTIAL          BMS4CA/000403

BMSAWP/0028872

HIGHLY CONFIDENTIAL

ONCOLOGY
THERAPEUTICS
NETWORK

# REIMBURSEMENT

| PRODUCT | VIAL SIZE | NDC | OCTOBER AWP/VIAL | HCPCS CODE | BILLING UNITS |
|---|---|---|---|---|---|
| Adriamycin™ | | | | | |
| Doxorubicin, RDF pwd | 10 mg | 00013-1086-91 | 46.00 | J9000 | per 10 mg |
| | 20 mg | 00013-1096-94 | 92.00 | J9000 | per 10 mg |
| | 50 mg | 00013-1106-79 | 230.00 | J9010 | per 50 mg |
| | 150 mg MDV | 00013-1116-83 | 676.19 | J9010 | per 50 mg |
| Doxorubicin, sol (2 mg/mL) | 10 mg | 00013-1136-91 | 48.31 | J9000 | per 10 mg |
| | 20 mg | 00013-1146-94 | 96.63 | J9000 | per 10 mg |
| | 50 mg | 00013-1156-79 | 241.56 | J9010 | per 50 mg |
| | 75 mg | 00013-1176-87 | 362.35 | J9010 | per 50 mg |
| | 200 mg MDV | 00013-1166-83 | 946.94 | J9010 | per 50 mg |
| Rubex® | | | | | |
| Doxorubicin, pwd | 10 mg | 00015-3351-22 | 43.81 | J9000 | per 10 mg |
| | 50 mg | 00015-3352-22 | 197.15 | J9010 | per 50 mg |
| | 100 mg | 00015-3353-22 | 394.29 | J9010 | per 50 mg |
| Epoetin alfa | 2,000 units/mL | 59676-0302-01 | 24.00 | Q9920-40 | 1,000 units |
| | 3,000 units/mL | 59676-0303-01 | 36.00 | Q9920-40 | 1,000 units |
| | 4,000 units/mL | 59676-0304-01 | 48.00 | Q9920-40 | 1,000 units |
| | 10,000 units/mL | 59676-0310-01 | 114.00 | Q9920-40 | 1,000 units |
| VePesid® Capsules | | | | | |
| Etoposide, capsules, 50 mg | 20 per box | 00015-3091-45 | 674.68 | Use NDC* | |
| VePesid® For Injection | | | | | |
| Etoposide, injection (20 mg/mL) | 100 mg MDV | 00015-3095-20 | 136.49 | J9181 | per 100 mg |
| | 150 mg MDV | 00015-3084-20 | 204.74 | J9181 | per 100 mg |
| | 500 mg MDV | 00015-3061-20 | 665.38 | J9181 | per 100 mg |
| | 1 g MDV | 00015-3062-20 | 1,296.64 | J9181 | per 100 mg |
| Fludarabine phosphate, pwd | 50 mg | 50419-0511-06 | 169.35 | J9185 | per 50 mg |
| Fluorouracil, sol (50 mg/mL) | 500 mg | 39769-0012-10 | 3.25 | J9190 | per 500 mg |
| | 2,500 mg | 00013-1046-94 | 7.69 | J9190 | per 500 mg |
| | 5,000 mg | 39769-0012-90 | 25.00 | J9190 | per 500 mg |
| G-CSF (Filgrastim), sol (0.3 mg/mL) | 300 mcg | 55513-0347-10 | 148.30 | J1440 | per 300 mcg |
| | 480 mcg | 55513-0348-10 | 236.30 | J1441 | per 480 mcg |
| GM-CSF (Sargramostim), lyophilized | 250 mcg | 58406-0002-01 | 106.00 | J2820 | per 250 mcg |
| | 500 mcg | 58406-0001-01 | 200.00 | J2820 | per 250 mcg |
| Goserelin acetate, implant | 3.6 mg syringe | 00310-0960-36 | 344.76 | J9202 | per 3.6 mg |
| Kytril® | | | | | |
| Granisetron HCl, sol (1 mg/mL) | 1 mL | 00029-4149-01 | 166.00 | J8999*/J3490* | per 1 mL |
| Hydrea® | | | | | |
| Hydroxyurea, capsules, 500 mg | 100 per bottle | 00003-0830-50 | 136.46 | | |
| Ifex® | | | | | |
| Ifosfamide | 1 g | 00015-0556-41 | 101.94 | J9208 | per 1 g |
| | 3 g | 00015-0557-41 | 305.81 | J9208 | per 1 g |
| Ifex®/Mesnex™ | | | | | |
| Ifosfamide (10 x 1 g)/ | Combo-Pack | 00015-3557-41 | 1,790.86 | J9208 | per 1 g |
| mesna (10 x 1 g) | | | 15.43 | J9209 | per 200 mg |
| Ifosfamide (2 x 3 g)/ | Combo-Pack | 00015-3559-41 | 889.36 | J9208 | per 1 g |
| mesna (9 x 400 mg) | | | 30.86 | J9209 | per 200 mg |
| Ifosfamide (5 x 1 g)/ | Combo-Pack | 00015-3558-41 | 741.13 | J9208 | per 1 g |
| mesna (15 x 200 mg) | | | 77.15 | J9209 | per 200 mg |
| Immune globulin intravenous, 5% pwd | 2.5 g | 49669-1602-01 | 152.05 | J1561 | per 500 mg |
| | 5 g | 49669-1603-01 | 304.10 | J1561 | per 500 mg |
| | 10 g | 49669-1604-01 | 608.20 | J1561 | per 500 mg |
| Immune globulin intravenous, 5% sol w/IV set | 2.5 g | 49669-1612-01 | 190.38 | J1561 | per 500 mg |
| | 5 g | 49669-1613-01 | 380.75 | J1561 | per 500 mg |
| | 10 g | 49669-1614-01 | 761.50 | J1561 | per 500 mg |
| Interferon alfa 2a, pwd w/3 mL diluent | 18 MIU | 00004-1993-09 | 179.20 | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (3 MIU/mL) | 3 MIU | 00004-1987-09 | 29.87 | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (10 MIU/mL) | 9 MIU | 00004-6900-09 | 84.14 | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (6 MIU/mL) | 18 MIU | 00004-1988-09 | 179.20 | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (36 MIU/mL) | 36 MIU | 00004-2005-09 | 358.39 | J9213 | per 3 MIU |
| Interferon alfa 2b, pwd | 3 MIU | 00085-0547-03 | 29.87 | J9214 | per 1 MIU |
| | 3 MIU syringe | 00085-0547-04 | 29.87 | J9214 | per 1 MIU |
| | 5 MIU | 00085-0120-02 | 49.78 | J9214 | per 1 MIU |
| | 5 MIU syringe | 00085-0120-03 | 49.78 | J9214 | per 1 MIU |

BMS:12:000986

TRADE SECRET/CONFIDENTIAL

BMS4CA/000404

BMSAWP/0028873

HIGHLY CONFIDENTIAL

# REIMBURSEMENT


ONCOLOGY
THERAPEUTICS
NETWORK

| PRODUCT | VIAL SIZE | NDC | OCTOBER AWP/VIAL | HCPCS CODE | BILLING UNITS |
|---|---|---|---|---|---|
| Interferon alfa 2b, pwd | 10 MIU | 00085-0571-02 | 99.55 | J9214 | per 1 MIU |
| | 25 MIU | 00081-0285-02 | 248.88 | J9214 | per 1 MIU |
| | 50 MIU | 00081-0539-01 | 497.75 | J9214 | per 1 MIU |
| | 18 MIU MDV | 00085-0689-01 | 179.18 | J9214 | per 1 MIU |
| Interferon alfa 2b, sol (5 MIU/mL) | 10 MIU | 00085-0923-01 | 99.55 | J9214 | per 1 MIU |
| | 25 MIU | 00085-0769-01 | 248.88 | J9214 | per 1 MIU |
| Interleukin 2 (Aldesleukin), pwd | 22 MIU | 53905-0991-01 | 364.00 | J8999*/J3490* | |
| Leucovorin calcium, tablets, 5 mg | 30 per box | 00005-4536-38 | 85.54 | | |
| | 100 per box | 00005-4536-23 | 285.00 | | |
| Leucovorin calcium, tablets, 15 mg | 12 per box | 00005-4501-83 | 100.56 | | |
| | 24 per box | 00005-4501-90 | 200.96 | | |
| Leucovorin, pwd | 50 mg | 53905-0051-10 | 18.44 | J0640 | per 50 mg |
| | 50 mg | 00205-5330-92 | 23.51 | J0640 | per 50 mg |
| | 100 mg | 00081-0638-93 | 37.99 | J0640 | per 50 mg |
| | 350 mg | 00205-4645-77 | 137.94 | J0640 | per 50 mg |
| Leuprolide acetate depot susp. (7.5 mg/mL) | 7.5 mg | 00300-3629-01 | 463.75 | J9217 | per 7.5 mg |
| CeeNu® | | | | | |
| Lomustine, capsules | Dose - Pack | 00015-3034-10 | 78.09 | | |
| Lomustine, capsules, 10 mg | 20 per bottle | 00015-3030-20 | 84.54 | | |
| Lomustine, capsules, 40 mg | 20 per bottle | 00015-3031-20 | 254.60 | | |
| Lomustine, capsules, 100 mg | 20 per bottle | 00015-3032-20 | 483.96 | | |
| Lorazepam, sol (2 mg/mL) | 2 mg MDV | 00008-0581-04 | 12.01 | J2060 | per 2 mg |
| Lorazepam, sol (2 mg/mL) | 20 mg MDV | 00008-0581-01 | 107.00 | J2060 | per 2 mg |
| Lorazepam, sol (4 mg/mL) | 40 mg MDV | 00008-0570-01 | 133.74 | J2060 | per 2 mg |
| Lorazepam, sol (2 mg/mL), w/ syringe | 2 mg | 00008-0581-02 | 12.67 | J2060 | per 2 mg |
| Mannitol, 25% sol | 50 mL | 00074-4031-01 | 4.71 | J2150 | per 50 mL |
| Mechlorethamine HCl, pwd | 10 mg | 00006-7753-31 | 10.10 | J9230 | per 10 mg |
| Megace® | | | | | |
| Megestrol acetate, tablets, 20 mg | 100 per bottle | 00015-0595-01 | 69.96 | | |
| Megestrol acetate, tablets, 40 mg | 100 per bottle | 00015-0596-41 | 124.79 | | |
| | 250 per bottle | 00015-0596-46 | 305.74 | | |
| | 500 per bottle | 00015-0596-45 | 599.00 | | |
| Megace® Oral Suspension | | | | | |
| Megestrol acetate, oral suspension | 8 fl oz | 00015-0508-42 | 103.80 | | |
| Melphalan hydrochloride, pwd | 50 mg | 00081-0130-93 | 260.50 | J9999* Use NDC* | per 50 mg |
| Melphalan hydrochloride, tablets, 2 mg | 50 per bottle | 00081-0045-35 | 74.35 | | |
| Mesnex™ | | | | | |
| Mesna, sol (100 mg/mL) | 2 mL amp | 00015-3560-41 | 15.43 | J9209 | per 200 mg |
| | 4 mL amp | 00015-3561-41 | 30.86 | J9209 | per 200 mg |
| | 10 mL amp | 00015-3562-41 | 77.15 | J9209 | per 200 mg |
| Methotrexate, pwd | 20 mg | 00205-4654-90 | 2.78 | J9250 | per 5 mg |
| | 1,000 mg | 00205-4653-92 | 61.44 | J9260 | per 50 mg |
| Methotrexate, preservative free sol (25 mg/mL) | 50 mg | 53905-0031-10 | 6.88 | J9260 | per 50 mg |
| | 100 mg | 53905-0032-10 | 8.75 | J9260 | per 50 mg |
| | 200 mg | 53905-0033-10 | 17.50 | J9260 | per 50 mg |
| | 250 mg | 53905-0034-10 | 26.88 | J9260 | per 50 mg |
| Methotrexate, sol w/preservative (25 mg/mL) | 50 mg | 00205-5536-26 | 4.75 | J9260 | per 50 mg |
| | 250 mg | 00205-5338-34 | 20.48 | J9260 | per 50 mg |
| Methotrexate, tablets, 2.5 mg | 100 per bottle | 00555-0572-02 | 269.45 | Use NDC* | |
| | 36 per bottle | 00555-0572-35 | 91.56 | Use NDC* | |
| Metoclopramide, sol w/preservative (5 mg/mL) | 2 mL | 39769-0066-02 | 2.35 | J2765 | up to 10 mg |
| Metoclopramide, preservative free sol (5 mg/mL) | 50 mg | 00013-6116-95 | 8.73 | J2765 | up to 10 mg |
| | 150 mg | 00013-6126-95 | 23.54 | J2765 | up to 10 mg |
| Mutamycin® | | | | | |
| Mitomycin, pwd | 5 mg | 00015-3001-20 | 128.95 | J9280 | per 5 mg |
| | 20 mg | 00015-3002-20 | 435.49 | J9290 | per 20 mg |
| | 40 mg | 00015-3059-20 | 879.89 | J9291 | per 40 mg |
| Lysodren® | | | | | |
| Mitotane, tablets, 500 mg | 100 per bottle | 00015-3080-60 | 204.68 | | |
| Mitoxantrone, sol (2 mg/mL) | 20 mg MDV | 00205-9393-34 | 616.18 | J9293 | per 20 mg |
| | 25 mg MDV | 00205-9393-72 | 770.20 | J9293 | per 20 mg |
| | 30 mg MDV | 00205-9393-36 | 924.26 | J9293 | per 20 mg |

BMS:12:000987

TRADE SECRET/CONFIDENTIAL          BMS4CA/000405

HIGHLY CONFIDENTIAL

BMSAWP/0028874

**ONCOLOGY THERAPEUTICS NETWORK**

# REIMBURSEMENT

| PRODUCT | VIAL SIZE | NDC | OCTOBER AWP/VIAL | HCPCS CODE | BILLING UNITS |
|---|---|---|---|---|---|
| Zofran◊ | | | | | |
|   Ondansetron HCl, sol (2 mg/mL) | 40 mg MDV | 00173-0442-00 | 214.76 | J2405 | per 1 mg |
|   Ondansetron HCl, sol (2 mg/mL) | 4 ml | 00173-0442-02 | 20.75 | J2405 | per 1 mg |
| TAXOL* | | | | | |
|   Paclitaxel, sol (6 mg/mL) | 30 mg | 00015-3456-20 | 187.63 | J9265 | per 30 mg |
|   Pamidronate disodium, pwd | 30 mg | 00083-2601-04 | 170.42 | | |
|   Pentostatin, pwd | 10 mg | 00071-4243-01 | 1,440.00 | J9268 | per 10 mg |
|   Prochlorperazine, sol (5 mg/mL) | 10 mg | 00364-2231-48 | 2.64 | J0780 | up to 10 mg |
| | 50 mg MDV | 00364-2231-54 | 8.40 | J0780 | up to 10 mg |
|   Prochlorperazine, tablets, 10 mg | 100 per box | 00007-3357-20 | 82.90 | | |
|   Ranitidine, sol (50 mg/2 mL) | 2 mL | 00173-0362-38 | · 3.99 | J9999*/J3490† | |
|   Streptozocin, pwd | 1 g | 00009-0844-01 | 59.01 | J9320 | per 1 g |
| Vumon◊ | | | | | |
|   Teniposide, 50 mg | 5 mL amp | 00015-3075-19 | 150.39 | J9999* | per 50 mg |
|   Thiotepa, pwd | 15 mg | 00005-4650-91 | 62.88 | J9340 | per 15 mg |
|   • Urokinase, sol (5,000 IU/mL) | 5,000 IU | 00074-6111-01 | 49.69 | J3364 | per 5,000 IU |
|   • | 9,000 IU | 00074-6145-02 | 86.65 | J3364 | per 5,000 IU |
|   Vinblastine sulfate, pwd | 10 mg | 53905-0091-10 | 21.25 | J9360 | per 1 mg |
| | 10 mg | 00364-2447-54 | 37.50 | J9360 | per 1 mg |
|   Vinblastine sulfate, sol (1 mg/mL) | 10 mg | 00469-2780-30 | 43.23 | J9360 | per 1 mg |
|   Vincristine, preservative free sol (1 mg/mL) | 1 mg | 00364-244B-51 | 31.25 | J9370 | per 1 mg |
| | 1 mg | 00013-7456-86 | 37.00 | J9370 | per 1 mg |
| | 2 mg | 00364-244B-52 | 38.25 | J9375 | per 2 mg |
| | 2 mg | 00013-7466-86 | 74.13 | J9375 | per 2 mg |

• AWP, HCPCS code, or NDC has changed or item has been added since last issue. The information which has been changed or added is highlighted in color.

◊ Physicians should use the NDC number when filing a claim for this oral anti-cancer drug.

* The drug code J9999 is defined as "not otherwise classified, antineoplastic drug." The Health Care Financing Administration has not assigned specific codes to these drugs.

† The drug code J3490 is defined as "unclassified drug." These drugs may or may not be defined as an unclassified drug in your area; consult your local carrier for the appropriate code.

## CHANGES TO THE FALL 1994 SOURCEBOOK

| CATALOG NUMBER | BRAND NAME | ITEM | UNIT SIZE | ORDER QTY. | PRICE PER UNIT |
|---|---|---|---|---|---|
| *The following are NEW products.* | | | | | |
| BONE MARROW BIOPSY/ASPIRATION NEEDLES: | | | | | |
| 590-016 | Illinois Sterna/Illiac | 15 Ga. x adjustable (3/8" x 1-7/8") | 10 ea./case | | $120.00 |
| 590-018 | Illinois Sterna/Illiac | 16 Ga. x adjustable (9/16" x 1-1/2") | 10 ea./case | | $120.00 |
| 590-017 | Jamshidi® | 8 Ga. x 4" | 10 ea./case | | $230.00 |
| 590-015 | Jamshidi® | 11 Ga. x 4" | 10 ea./case | | $230.00 |
| *The following prices reflect manufacturer's price increases.* | | | | | |
| 221-100 | Neupogen® | G-CSF (filgrastim), solution (0.3 mg/mL) | 300 mcg | 10 | $122.50 |
| 221-410 | Neupogen® | G-CSF (filgrastim), solution (0.3 mg/mL) | 480 mcg | 10 | $196.90 |
| 902-300 | Idamycin® | idarubicin HCl, powder | 5 mg | | $232.00 |
| 902-310 | Idamycin® | idarubicin HCl, powder | 10 mg | | $466.00 |

## FAX BACK FORM    NOVEMBER/DECEMBER 1994    1-800-800-5673

*Please use this form to FAX in your comments and suggestions or to request an addition to The Network News mailing list. Please photocopy this form prior to faxing.*

❏ **Please add the name below to your mailing list.**

NAME _____  TITLE _____

FROM _____

PRACTICE NAME _____  PRACTICE NAME _____

ADDRESS _____

PHONE NUMBER _____  CITY/STATE/ZIP _____  PHONE _____

COMMENTS AND SUGGESTIONS _____

BMS:12:000988

——————— TRADE SECRET/CONFIDENTIAL ———————

BMS4CA/000406

BMSAWP/0028875

HIGHLY CONFIDENTIAL

# PRACTICE MANAGEMENT



## INFUSION THERAPY *(Revised issue of Practice Management, July 1993)*

### Q1 *How might our practice's economics be affected by our choice of infusion technique for the drugs we administer to cancer patients?*

A Most of the drugs received by cancer patients are parenteral drugs administered by the intravenous route. Depending on the drug and patient, one of several different methods of intravenous administration might be used.

| Mode of Outpatient Administration | Comments | Devices & Supplies |
|---|---|---|
| IV push via syringe over 2 to 15 min | • "Traditional" method of administering chemotherapy<br>• Requires constant nursing attention during administration | • Syringes/needles<br>• Winged infusion set<br>• IV set with Y-site (if needed)<br>• IV solution (if needed) |
| IV drip drug mixed in 50 mL to 100 mL of diluent and administered via gravity flow or pump over 15 min to 6 hr | • Use of less concentrated drug provides more consistent infusion rate, reducing chance for severe extravasation and improving patient pharmacokinetics<br>• Requires only intermittent nursing attention, allowing increased patient load | • IV solution*<br>• IV administration set<br>• Winged infusion set<br>• Infusion pump (if used)* |
| Short-term infusion administered over 2 to 4 hr using pump or gravity | • Required for drugs with low aqueous solubility (e.g., cisplatin, etoposide, paclitaxel) and for hydration therapy to prevent renal toxicity (e.g., cisplatin) | • IV solution*<br>• IV administration set<br>• Winged infusion set<br>• Infusion pump (if used)* |
| Continuous infusion administered over 24+ hr using portable or implantable pump | • May decrease concentration-dependent drug toxicities, such as doxorubicin-induced cardiotoxicity;[1,2] bleomycin-induced pulmonary toxicity;[3,4] and 5-FU-induced myelosuppression[5,6]<br>• May increase efficacy of cell-cycle-specific drugs, such as 5-FU for gastrointestinal cancers[7,8,9] | • Portable pump* disposable & durable or implantable pump*<br>• Cassette* for durable portable or implantable pump<br>• IV solution*<br>• IV administration set<br>• Winged infusion set |

* May be billed to Medicare

*Continued on next page*

BMS:12:0009B9

TRADE SECRET/CONFIDENTIAL    BMS4CA/000407

BMSAWP/0028876

HIGHLY CONFIDENTIAL



ONCOLOGY
THERAPEUTICS
NETWORK

*Continued from previous page*

# PRACTICE MANAGEMENT

## $Q2$ What are some examples of drugs that can be administered to cancer patients as IV drips or infusions?

$A$ The Division of Pharmacy at the M.D. Anderson Cancer Center recently published the following list of standard fluids, volumes and administration rates for injectable chemotherapy drug.*

### M.D. ANDERSON CANCER CENTER INJECTABLE DRUG ADMINISTRATION POLICIES

| Drug | Maximum Concentration | Standard IV Fluid Volume | Maximum Infusion Rate | Stability Room Temp. | Refrig. |
|------|------------------------|---------------------------|------------------------|-----------------------|---------|
| **ANTI-CANCER DRUGS** | | | | | |
| Asparaginase | 2,000 U/mL | 50 mL | 15 min | 8 hr | 8 hr |
| Bleomycin | 5 U/mL | 50 mL NS | 15 min | 14 d | 28 d |
| Carboplatin | 15 mg/mL | 250 mL D5W | 30 min | 36 hr | 5 d |
| Carmustine | 2 mg/mL | 250 mL NS or D5W | 1 hr | 8 hr | 2 d |
| Cisplatin | 1 mg/mL | 1,000 mL NS or D5I/2NS | 2 hr | 14 d | — |
| Cladribine | 0.1 mg/mL | 500 mL NS | 7 d CIV | 7 d | 7 d |
| Cyclophosphamide | 20 mg/mL | 100 mL NS or D5W | 15 min | 36 hr | 28 d |
| Cytarabine | 60 mg/mL | 500 mL NS or D5W | 15 min | 28 d | 28 d |
| Dacarbazine | 25 mg/mL | 500 mL NS or D5W | 15 min | 24 hr | 5 d |
| Dactinomycin | 10 mcg/mL | 50 mL NS or D5W | 15 min | 24 hr | 24 hr |
| Daunorubicin | 5 mg/mL | 50 mL NS or D5W | 15 min | 28 d | 28 d |
| Doxorubicin | 5 mg/mL | 30 mL NS or D5W | 15 min | 14 d | 28 d |
| Etoposide | 1 mg/mL | 500 mL NS or D5W | 60 min | 2 hr | 2 hr |
| Floxuridine | 6 mg/mL | 100 mL NS or D5W | 30 min | 14 d | 14 d |
| Fludarabine | 10 mg/mL | 100 mL NS or D5W | 30 min | 16 d | 16 d |
| Fluorouracil | 50 mg/mL | 50 mL | 15 min | 28 d | — |
| Idarubicin | 1 mg/mL | 50 mL D5W | 15 min | 28 d | 28 d |
| Ifosfamide | 25 mg/mL | 500 mL NS or D5W | 30 min | 7 d | 42 d |
| Leucovorin | 25 mg/mL | 50 mL NS or D5W | 15 min | 15 d | 15 d |
| Mechlorethamine | 1 mg/mL | 50 mL D5W | 15 min | 4 hr | 6 hr |
| Melphalan | 1 mg/mL | 50 mL NS | 30 min | 90 min | 90 min |
| Mesna | 20 mg/mL | 100 mL NS or D5W | 15 min | 36 hr | 36 hr |
| Methotrexate | 2 mg/mL | 50 mL NS or D5W | 15 min | 7 d | 30 d |
| Mitomycin C | 0.6 mg/mL | 100 mL NS | 15 min | 5 d | 5 d |
| Mitoxantrone | 0.4 mg/mL | 100 mL NS or D5W | 15 min | 7 d | 7 d |
| Paclitaxel | 1.2 mg/mL | 500 mL NS or D5W | 3 hr | 27 hr | 27 hr |
| Pentostatin | 2 mg/mL | 50 mL NS | 15 min | 24 hr | 24 hr |
| Plicamycin | 0.01 mg/mL | 250 mL NS or D5W | 2 hr | 24 hr | 48 hr |
| Streptozocin | 20 mg/mL | 50 mL NS or D5W | 15 min | 2 d | 4 d |
| Teniposide | 1 mg/mL | 250 mL NS or D5W | 30 min | 4 hr | 4 hr |
| Thiotepa | 2.5 mg/mL | 50 mL NS | 15 min | 7 d | 7 d |
| Vinblastine | 0.4 mg/mL | 50 mL NS or D5W | 15 min | 21 d | 21 d |
| Vincristine | 0.06 mg/mL | 50 mL NS or D5W | 15 min | 21 d | 21 d |
| **BIOLOGICAL DRUGS** | | | | | |
| G-CSF/filgrastim | | 50 mL D5W | 15 min | 2 d | 2 d |
| GM-CSF/sargramostim | | 50 mL NS | 15 min | 2 d | 2 d |
| Interleukin 2 | | 50 mL D5W* | 15 min | 7 d | 7 d |
| Immune Globulin Intravenous | | | 3 hr | 2 d | 2 d |

*Must add 0.1% albumin to D5W before adding interleukin 2.

BMS:12:000990

TRADE SECRET/CONFIDENTIAL

BMS4CA/000408

BMSAWP/0028877

HIGHLY CONFIDENTIAL



## PRACTICE MANAGEMENT

# Q3 *How can I maximize reimbursement for infusion therapy?*

A In order to maximize reimbursement, it is important to code all services, drugs and supplies possible. For chemotherapy infusions commonly performed in an office-based setting. The following components may be included when billing Medicare.

**COMPONENTS FOR ALL ADMINISTRATIONS:**
- Office visit — CPT Codes 99201 through 99215
- Needles — HCPCS A Codes
- Chemotherapy drugs — HCPCS J Codes
- Antiemetic drugs — HCPCS J Codes
- Hematopoietic growth factors — HCPCS J Codes
- Antibiotics — HCPCS J Codes
- IV solutions — HCPCS J Codes

**IV PUSH:**
- Chemotherapy administration — CPT Code 96408 (IV push)

**IV DRIP**
*(administration without an infusion pump):*
- Chemotherapy administration via IV infusion — CPT Code 96410 (IV drip, up to 1 hr)
  CPT Code 94612 (IV drip, each additional hr to 8 hr)
- Chemotherapy administration via IV push (one only) — CPT Code 96408* (IV push)

**SHORT-TERM OR CONTINUOUS INFUSION**
*(administration using a portable or implantable pump):*
- Pump refilling/maintenance — CPT Code 96520 (portable pump)
- Pump refilling/maintenance — CPT Code 96530 (implantable pump)
- Chemotherapy administration via IV infusion — CPT Code 96414 (continuous IV infusion)
- Chemotherapy administration via IV push (one only) — CPT Code 96408* (IV push)
- Durable infusion pump — HCPCS Code E0871† (portable pump)
- Durable infusion pump — HCPCS Code E0782† (implantable pump)

**SHORT-TERM OR CONTINUOUS INFUSION**
*(administration using a disposable pump, such as an elastomeric pump):*
- Chemotherapy administration via IV infusion — CPT Code 96414 (continuous IV infusion)
- Chemotherapy administration via IV push (one only) — CPT Code 96408* (IV push)
- Administration set — K0111

\* Effective January 1, 1993, Medicare allowed charges for both IV push and IV infusions during the same visit. Medicare will not pay for multiple IV pushes on the same day.

† To be reimbursed under these codes, the oncologist must obtain a carrier-issued DME supplier provider identification number (PIN).

Certain private insurance companies can be billed for supplies, disposable infusion devices and components for blood and lab work that are not covered under Medicare.

BHS:12:000991

TRADE SECRET/CONFIDENTIAL

BMS4CA/000409

BMSAWP/0028878

HIGHLY CONFIDENTIAL

## PRACTICE MANAGEMENT

*Continued from previous page*

# Q4 Is infusion therapy cost-effective?

**A** The true cost of chemotherapy administered in an office or outpatient setting includes:

- Actual cost of drug
- Cost of supplies required to obtain venous access
- Nurse's time involved in drug preparation and administration
- Fixed costs of rent, receptionist time, billing service charges and secretarial service for interphysician communication

- Costs to patient (travel to and from office; time away from work)
- Incremental costs if patient requires hospitalization for treatment-related toxicity
- Impact on patient's quality of life

When infusion therapy results in decreased toxicity—for example, a reduced frequency of hospitalization for enteritis in colorectal cancer patients treated with continuous infusion vs. bolus 5-FU—there can be a significant impact in overall treatment costs.

### REFERENCES

1. Legha SS, Benjamin RS, MacKay B, et al. Reduction of doxorubicin cardiotoxicity by prolonged continuous intravenous infusion. Ann Intern Med 1982; 96:133-139.

2. Hortobagyi GN, Frye D, Buzdar AU, et al. Decreased cardiac toxicity of doxorubicin administered by continuous intravenous infusion in combination with chemotherapy for metastatic breast cancer. Cancer 1989; 63:37-45.

3. Sikic BI, Collins JM, Mimnaugh EG, Gram TE. Cancer Treat Rep 1978; 62:2011-2017.

4. Krakoff IH, Cvitkovic E, Currie V, et al. Cancer 1977; 40:2027-2037.

5. Leichman CG, Leichman L, Spears CP, et al. Prolonged continuous infusion of fluorou-

racil with weekly bolus leucovorin: A Phase II study in patients with disseminated colorectal cancer. JNCI 1993; 85:41-44.

6. Lokich J, Ahlgren J, Gullo J, et al. A prospective randomized comparison of continuous infusion fluorouracil with a conventional bolus schedule in metastatic colorectal carcinoma: A Mid-Atlantic Oncology Program study. J Clin Oncol 1989; 7:425-432.

7. Anderson N, Lokich J. Controversial issues in 5-fluorouracil infusion use. Cancer 1992; 70:998-1002.

8. University of Texas M.D. Anderson Cancer Center. Chemotherapy injectable drug delivery policies. Pharmacy Bulletin, March 1993.

*The above statements are not intended to serve as rules and policies for medical practice. Primary references should be consulted. The reader is encouraged to review the manufacturer's package insert for the products mentioned.*
*©1994 Axion Inc.*

BMS:12:000992

TRADE SECRET/CONFIDENTIAL

BMS4CA/000410



BULK RATE
U.S. POSTAGE
PAID
AMS, Inc.

ADDRESS
CORRECTION
REQUESTED