

ONCOLOGY
THERAPEUTICS
NETWORK

NEW!

# Save Time and Money With The Network Rewards Program

Network Rewards is a program that will provide your practice with pricing assurance on 10 multi-source products every time you order. Unlike specials that are only in effect for a week or a month, the Network Rewards program utilizes a unique "Quartile Pricing" concept that provides competitive pricing over time, eliminating the need to "shop" for the best price. Oncology Therapeutics Network (OTN) does the work for you.

## Here are the products included in the program:

| DRUG | | MANUFACTURER |
|---|---|---|
| Blenoxane® | | Bristol-Myers Squibb |
| Lyophilized Cytoxan® | | Bristol-Myers Squibb |
| Mutamycin® | | Bristol-Myers Squibb |
| Rubex® | | Bristol-Myers Squibb |
| VePesid® for Injection | | Bristol-Myers Squibb |
| Adriamycin PFS™ | | Pharmacia & Upjohn |
| Leucovorin | | Immunex |
| Methotrexate | | Immunex |
| Vinblastine | | Fujisawa |
| Vincasar® | | Pharmacia & Upjohn |

## How The Network Rewards Program Works

### Quartile Pricing

For each drug in the Network Rewards program, we have reviewed the pricing of all OTN customers in the nation. These prices were then divided into quartiles defined as the high quartile, medium high quartile, medium low quartile and low quartile.



PRICING   High

◀ Network Rewards Program Pricing

To begin the program, we will compare your practice's pricing to the quartile pricing. Any price currently paid by your practice that is above the Network Rewards price will be lowered to the Network Rewards price. Any price currently paid to OTN by your practice that is below the Network Rewards price will remain in place. OTN will provide a report to your practice listing all of your current program prices. Using this method,

your practice is assured of pricing that is within the lowest quartile on all Network Rewards products.

### Choose 7 out of 10 Products

To participate in the Network Rewards program, you must buy at least 7 of the 10 Network Rewards products from OTN. Multiple sizes of the same product do not count as additional products. A simple enrollment form can be faxed to OTN to start your practice on the program.

### Going Forward

OTN will review Network Rewards pricing on a monthly basis and compare Network Rewards prices with the lowest prices paid by all OTN customers during that same month. We will, if necessary, automatically lower your pricing going forward to represent pricing comparable with those of OTN customers in the same month. A report of your practice's current pricing will be faxed to you each month to keep you abreast of any changes.

The Network News is distributed by Oncology Therapeutics Network Corporation. ©1998 All rights reserved.

The articles in this newsletter are not intended to serve as rules and policies for medical practice. Primary references should be consulted. The reader is encouraged to review the manufacturer's package insert where applicable.

Comments and suggestions are welcome. Address them to: Saada Lord, Editor, The Network News; Oncology Therapeutics Network, 395 Oyster Point Blvd., Suite 405, So. San Francisco, CA 94080.

Printed on recycled paper.

BP 00797                    DS

HIGHLY CONFIDENTIAL
BMS/AWP/000095556

ONCOLOGY
THERAPEUTICS
NETWORK

# Network Rewards Benefits

## Save Money with the Assurance of Market Competitive Prices

As part of Network Rewards, we proactively review the best prices of all OTN customers and load them into our pricing files for your practice. When your practice places an order, you are automatically assured of the most current competitive prices on Network Rewards products of all OTN customers in the nation.

## Save Time by Receiving Discounts Up-Front

Many practices report that they spend too much time "shopping" for the best prices. This is time that could be spent with patients. With Network Rewards, your practice is assured of our most competitive pricing without making time-consuming phone calls or watching for fax specials.

## Avoid Worry with Price Protection on Your Multi-Source Drug Purchases

Network Rewards gives you the confidence that your pricing is protected on the majority of your multi-source drug purchases.

## Early Payment Discounts

In addition to the low pricing your practice will receive as a participant in the Network Rewards program, OTN also offers an additional 1% and 2% discount for early payment. Or, you may choose to extend your payment to Net 75 Days or pay by credit card. Your practice may choose from the following four payment terms options:

✓ 1% 30, Net 60 Days

✓ 2% Upon Receipt of Order

✓ Net 75 Days

✓ Credit Card, Upon Receipt of Order

## Hassle-free, Low Pricing on Your Multi-Source Drug Budget

Network Rewards pricing, coupled with discounted payment terms, assure your practice of the most competitive prices of all OTN customers in the nation on your multi-source drug purchases. Your practice will receive these benefits without the worry and hassle of price shopping.

*Buyer acknowledges that it is responsible for fully and accurately reporting any discounts described above on any item that is separately charged for payment under Medicare, Medicaid or any other federally funded state healthcare plan. Buyer also acknowledges that upon request by the Department of Health and Human Services or a state healthcare agency, it is responsible for providing the requesting agency with information regarding such discounts.*

For more information on how your practice can start saving time and money with the Network Rewards Program, a copy of the current Network Rewards Price List and a Network Rewards enrollment form, contact your OTN account representative at

## 1-800-482-6700.

---

# Network Dollars Program Ends December 31, 1997

For over three years, the Network Dollars program has provided savings to Oncology Therapeutics Network's (OTN) customers when they purchased products from OTN. Orders for the following five products placed on or before December 31, 1997, will earn Network Dollars:

◆ Blenoxane®

◆ Lyophilized Cytoxan®

◆ Mutamycin®

◆ Rubex®

◆ VePesid® for Injection

After December 31, 1997, a new program, called "Network Rewards" will be in effect (see *article at left*). If you would like more information sent or faxed to you regarding the Network Rewards program, please call 1-800-482-6700 and ask to speak to the account representative for your area.

Thank you for your participation in the Network Dollars program.

DS

HIGHLY CONFIDENTIAL
BMS/AWP/000095557





# Intron® A — HSA-Free
## —and—
## Original Formulation
### (interferon Alfa-2b, recombinant)*



OTN offers Intron A in the following sizes and formulations:

| ORDER NUMBER | NDC NUMBER | HCPCS | DESCRIPTION | SIZE | UNITS/CASE | PRICE |
|---|---|---|---|---|---|---|
| 220-151 | 0085-1184-01 | J9214 | Intron A solution | 3 MIU/0.5 mL | 1 | $30.40 |
| 220-161 | 0085-1191-01 | J9214 | Intron A solution | 5 MIU/0.5 mL | 1 | $50.70 |
| 220-171 | 0085-1179-01 | J9214 | Intron A solution | 10 MIU/1 mL | 1 | $101.30 |
| 220-191 | 0085-1168-01 | J9214 | Intron A solution | 18 MIU/MDV | 1 | $182.40 |
| 220-194 | 0085-1133-01 | J9214 | Intron A solution | 25 MIU/MDV | 1 | $253.15 |

| ORDER NUMBER | NDC NUMBER | HCPCS | DESCRIPTION | SIZE | UNITS/CASE | PRICE |
|---|---|---|---|---|---|---|
| 220-156 | 0085-1184-02 | J9214 | Intron A solution, Pak-3 | 3 MIU | 6 | $30.40 |
| 220-166 | 0085-1191-02 | J9214 | Intron A solution, Pak-5 | 5 MIU | 6 | $50.70 |
| 220-174 | 0085-1179-02 | J9214 | Intron A solution, Pak-10 | 10 MIU | 6 | $101.30 |

Paks include six vials, six syringes, and six alcohol swabs

* HSA-free formulation is recommended for intramuscular, subcutaneous, or intralesional administration.
Intron A solutions for injection are **not** recommended for IV administration.

| ORDER NUMBER | NDC NUMBER | HCPCS | DESCRIPTION | SIZE | UNITS/CASE | PRICE |
|---|---|---|---|---|---|---|
| 220-150 | 0085-0647-03 | J9214 | Intron A powder | 3 MIU/MDV | 1 | $30.40 |
| 220-160 | 0085-0120-02 | J9214 | Intron A powder | 5 MIU/MDV | 1 | $50.70 |
| 220-170 | 0085-0571-02 | J9214 | Intron A powder | 10 MIU/MDV | 1 | $101.30 |
| 220-175 | 0085-0285-02 | J9214 | Intron A powder | 25 MIU/MDV | 1 | $253.15 |
| 220-186 | 0085-1110-01 | J9214 | Intron A powder | 18 MIU/MDV | 1 | $182.40 |
| 220-180 | 0085-0539-01 | J9214 | Intron A powder | 50 MIU/MDV | 1 | $506.70 |

** Original formulation is recommended for intramuscular, subcutaneous, intralesional, or intravenous administration.

## Intron A is a product in OTN's Price Matching Program

## Intron A Dosing Guide

| INDICATION | RECOMMENDED DOSAGE | RECOMMENDED VIAL SIZE |
|---|---|---|
| Chronic hepatitis C | | 3 MIU/0.5 mL or Pak-3 or 18 MIU MDV |
| Chronic hepatitis B | | 5 MIU/0.5 mL or Pak-5 or 10 MIU/1.0 mL or Pak-10 |
| Malignant melanoma | | 50 MIU powder/1.0 mL |
| | | 18 MIU powder/1.0 mL |
| Hairy-cell leukemia | | 5 MIU/0.5 mL or Pak-5 or 10 MIU/1.0 mL or Pak-10 or 18 MIU MDV |
| AIDS-related Kaposi's sarcoma | | 50 MIU/1.0 mL powder |
| Condylomata acuminata | | 5 MIU/0.5 mL or Pak-5 or 10 MIU/1.0 mL or Pak-10 |

BP 00799

DS

HIGHLY CONFIDENTIAL
BMS/AWP/000095558

**Now Available!**

ONCOLOGY
THERAPEUTICS
NETWORK

# Anzemet®
## A New 5-HT₃ Receptor Antagonist
(dolasetron mesylate injection/tablets)
from Hoechst Marion Roussel

## Excellent Efficacy and Safety Profile



Dolasetron mesylate (Anzemet) received final approval from the FDA on October 17, 1997.

◆ Anzemet Injection is indicated for the prevention of nausea and vomiting associated with initial and repeat courses of emetogenic cancer chemotherapy, including high dose cisplatin.

◆ Anzemet Tablets are indicated for the prevention of nausea and vomiting associated with moderately emetogenic cancer chemotherapy, including initial and repeat courses.

**For more information on dosing and administration, please contact your OTN account representative or your Hoechst Marion Roussel representative.**

## Great Value!

| NDC NUMBER | | | | COURSES/UNIT | QTY. | OTN PRICE | AWP |
|---|---|---|---|---|---|---|---|
| 900-250 | 00088-1206-32 | Anzemet | dolasetron mesylate | 100 mg vial | 1 | $70.00 | $149.88 |
| 970-300 | 00088-1203-05 | Anzemet | dolasetron mesylate | 100 mg tablets | 5 | $289.75 | $330.00 |
| 970-305 | 00088-1203-29 | Anzemet | dolasetron mesylate | 100 mg tablets blister pack | 5 | $289.75 | $330.00 |
| 970-310 | 00088-1203-43 | Anzemet | dolasetron mesylate | 100 mg tablets unit dose | 10 | $579.50 | $660.00 |

## Outstanding Support:

**Reimbursement and Patient Assistance Program Hotline 1-888-895-2219**

Call the Anzemet Hotline for help with reimbursement and patient assistance programs, Monday through Friday between 10:00 am and 6:00 pm ET.

**Call OTN today at 1-800-482-6700 to place your order!**

DS

BP 00800

HIGHLY CONFIDENTIAL
BMS/AWP/000095559



ONCOLOGY
THERAPEUTICS
NETWORK



# LEUKINE® Liquid (GM-CSF, sargramostim)

**From Immunex Corporation** IMMUNEX

- ✓ Easier to Use
- ✓ Bioequivalent to Lyophilized Powder
- ✓ LEUKINE Liquid Quick Reference Guide Available from Immunex
- ✓ Multi-Dose Vial
- ✓ Saves Time
- ✓ Less Waste and Saves Money

| | | | | |
|---|---|---|---|---|
| 222-116 | 58406-0050-30 | GM-CSF (sargramostim), solution | 500 mcg MDV | $210.25 |

## Choice of Payment Terms

Only through OTN: customers have four payment terms options: 1% 30, Net 60 Days; 2% Upon Receipt of Order; Net 75 Days; and Credit Card, Upon Receipt of Order.

## Reimbursement Support

☎ **Immunex Reimbursement Hotline:**
**1-800-321-4669**

*Bill for Leukine with J2820 per 50 mcg.*

**Now Available!**

# Neumega® (oprelvekin, IL-11)

### from Genetics Institute

Neumega (oprelvekin) has received final approval from the FDA and is now available through OTN.

Please contact your OTN account representative for more information.

| | | | | | |
|---|---|---|---|---|---|
| 222-200 | 58394-0004-01 | Neumega | oprelvekin, sterile lyoph pwd with diluent | 5 mg | 1/box | 192.55 |
| 222-207 | 58394-0004-02 | Neumega | oprelvekin, sterile lyoph pwd with diluent | 5 mg | 7/box | 192.55 |

## Call OTN today and place your order:
## 1-800-482-6700

BP 00801          DS

HIGHLY CONFIDENTIAL
BMS/AWP/000095560



# Respond To Today's Healthcare Challenges With Lynx™



Lynx is the point-of-care drug dispensing and tracking system developed specifically for office-based oncology practices. This easy-to-use, fully integrated system links ordering, dispensing, tracking, billing, and reporting — ending time and labor intensive manual inventory management procedures, while simultaneously capturing treatment information for your practice.

## Capture Lost Revenue

The Lynx system captures billing information at the time of care, versus after-the-fact manual recording. As drugs and supplies are removed from the system, Lynx provides complete charge information for the billing department via transaction receipts and reports. This feature virtually eliminates unbilled drug charges, which currently represent a 5% loss of drug revenue per year for the average practice.



This graph illustrates the lost drug revenue in five practices both before and after installation of the Lynx system. In each practice, actual drug usage and drug billings were calculated one month before and one month after the installation of Lynx.

A comparison of drug billings versus actual drug usage was then made to determine lost drug charges. The results of each period were compared to calculate the percentage of lost charges before and after the installation of Lynx.

A significant reduction in lost drug revenue was seen in all five practices, post-Lynx installation. Pre-Lynx installation, the average lost drug revenue for these practices was 5%. Following the installation of Lynx, these losses were negligible.

## Call your OTN representative today to find out how to put the power of Lynx to work in your practice: 1-800-482-6700

DS

HIGHLY CONFIDENTIAL
BMS/AWP/000095561





# FARESTON® (toremifene citrate) 60 mg Tablets

**From Schering**



### Indication and Usage:

FARESTON is indicated for the treatment of metastatic breast cancer in postmenopausal women with estrogen-receptor positive or unknown tumors.

### Description:

FARESTON (toremifene citrate) tablets for oral administration each contain 88.5 mg of toremifene citrate, which is equivalent to 60 mg toremifene. FARESTON is a nonsteroidal antiestrogen. FARESTON is available only as tablets for oral administration.

### Dosage and Administration:

The dosage of FARESTON is 60 mg, once daily, orally. Treatment is generally continued until disease progression is observed.

**FARESTON Tablets**

| NDC | Unit Size | Order Qty |
|---|---|---|
| 0085-1126-01 | 60 mg | 30 tablets |
| 0085-1126-02 | 60 mg | 100 tablets |

┌─ **Reimbursement Information** ─┐

Please contact Schering's
COMMITMENT TO CARE℠ Program
**at 1-800-521-7157**
for reimbursement and product
information.

---

# HCPCS Code Changes for 1998

The HCFA Common Procedure Coding System (HCPCS) Editorial Panel recently announced coding changes effective for Medicare claims beginning January 1, 1998. Services provided on or after January 1, 1998, should be filed using the 1998 codes. Services rendered in 1997 should continue to be billed with the 1997 codes. HCFA has granted a grace period to allow physicians to incorporate the changes into their practices. The 1998 charges received prior to April 1, 1998, may be filed with either the 1997 or 1998 codes.

Specific questions about these codes and requests for a complete list of code changes should be directed to your Medicare carrier.

| New J-Code for Amifostine | DELETE | | PRODUCT | | DELETE | | PRODUCT |
|---|---|---|---|---|---|---|---|
| | | | Injection, Amifostine | | | | Injection, Ibutilide Fumarate |
| | | | Injection, Clonidine Hydrochloride | | | | Injection, Interferon Beta-1A |
| | | | Injection, Cidofovir | | | | Injection, Sargramostim (GM-CSF) |
| | | | Injection, Epoprostenol | | J3005 | | Injection, Strontium-89 Chloride |
| | | | Injection, Immune Globulin, Intravenous | | | | Daunorubicin |
| | | | Injection, Immune Globulin, Intravenous | | | | Docetaxel |
| | | | Injection, Respiratory Syncytial Virus Immune Globulin | | | | Gemcitabine HCl |
| | | | | | | | Irinotecan |
| | J1625 | | Injection, Granisetron Hydrochloride | | | | Topotecan |
| | | | Injection, Granisetron Hydrochloride | | | | Porfimer Sodium |

BP 00803          DS

HIGHLY CONFIDENTIAL
BMS/AWP/000095562

# ONCOLOGY DRUG UPDATES

## Rituximab (Rituxan,™ Genentech/IDEC)

FDA
New Drug
Approvals

On November 26, 1997, U.S. Food and Drug Administration (FDA) approved rituximab (Rituxan) for the treatment of relapsed or refractory low-grade or follicular CD20 positive B-cell non-Hodgkin's lymphoma. Approximately 120,000 patients suffer annually from this disease. This product will be co-promoted in the US market by both Genentech and IDEC Pharmaceuticals. The product will require refrigeration and is now available through OTN.

## Oprelvekin (Neumega,® Genetics Institute)

On November 25, 1997, U.S. Food and Drug Administration (FDA) approved oprelvekin (Neumega) for the prevention of severe thrombocytopenia and the reduction of the need for platelet transfusions following myelosuppressive chemotherapy in patients with nonmyeloid malignancies who are at risk of severe thrombocytopenia. The product will require refrigeration and is now available through OTN.

## Aldesleukin (Proleukin,® Chiron Corporation)

On January 16, 1998, the Oncologic Drugs Advisory Committee of U.S. Food and Drug Administration (FDA) granted approval of aldesleukin (Proleukin) for injection for the treatment of adult patients with metastatic melanoma. This recommendation was based on the data from eight clinical trials evaluating Proleukin in a total of 270 patients with metastatic melanoma.

In these trials, 16% (43/270) of the patients responded to Proleukin and approximately half of these patients (22/43) remain alive over four years after treatment. In an analysis of the data presented, Proleukin produced a complete response in 6% (17/270) of patients. A complete response was defined as the total disappearance of tumors for two consecutive observations at least 28 days apart. Approximately 60% of the 17 patients who achieved a complete response have remained in remission for greater than five years without further treatment. The median duration of complete response has not yet been observed, but is at least 40 months. By comparison, the median duration of partial response was 5.9 months. These data indicate that durable responses can be achieved in some metastatic melanoma patients treated with Proleukin.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Current Treatments For Bladder Cancer

Current
Treatments

Over the past decade, therapies for bladder cancer have changed very little. As medical therapies proceed into a new era, novel treatment options are moving through various phases of clinical testing. Treatment options for bladder cancer are based on the stage of the tumor, the severity of the symptoms, and coexisting medical conditions. The goal of therapy for local disease (noninvasive tumors) is to obtain control of the tumor with minimal side effects and prolonged disease-free and overall survival. Patients with invasive bladder cancer can rarely be cured; therefore, treatment is mainly palliative with the following goals: (1) to increase overall survival, (2) to provide long-lasting control, (3) to avoid cystectomy, (4) to reduce morbidity, and (5) to improve overall quality of life.

### Local (Noninvasive) Disease

Standard treatment for noninvasive tumors consists of removal of the lesion (transurethral resection) and administration of local chemotherapy through a foley catheter (intravesical administration). Intravesical chemotherapeutic agents employed include doxorubicin, thiotepa, mitomycin-C, Bacillus Calmette-Guerin (BCG) vaccine, interferon alfa 2b, and thiotepa (see Table 1, page 10). Although various times of administration have been studied, instilling the chemotherapy preoperatively appears to prevent tumor recurrence to a greater degree than postoperative instillation.

A new immunotherapy treatment approach for bladder cancer is the use of photodynamic therapy mediated by 5-aminolevulinic acid (ALA).

Continued on the following page

DS
BP 00804
HIGHLY CONFIDENTIAL
BMS/AWP/000095563



# ONCOLOGY DRUG UPDATES

## Table 1 – Selected Treatment Regimens for Bladder Cancer

**INTRAVESICULAR CHEMOTHERAPY**

| | |
|---|---|
| Interferon (IFN) | 50–100 MIU in 30 mL sterile water |
| *Repeat weekly for 12 weeks* | |
| Bacillus Calmette-Guerin (BCG) | 50–150 mg in |
| *Repeat weekly for 6 weeks* | 50–150 ml normal saline |
| Mitomycin C | 20–40 mg in 20–40 mL sterile water |
| *Repeat up to 3x weekly to a total of 20 doses* | |
| Thiotepa | 60 mg in 30-60 ml normal saline |
| *Repeat every 1-4 weeks* | |

**COMBINATION CHEMOTHERAPY REGIMENS**

CMV
| | |
|---|---|
| Cisplatin | 100 mg/m² IV (12 hrs. after methotrexate) |
| Methotrexate | 30 mg/m² IV Days 1, 8 |
| Vinblastine | 4 mg/m² IV Days 1, 8 |
| *Repeat every 3 weeks* | |

M-VAC
| | |
|---|---|
| Methotrexate | 30 mg/m² IV Days 1, 15, 22 |
| Vinblastine | 3 mg/m² IV Days 2, 15, 22 |
| Doxorubicin | 30 mg/m² IV Day 2 |
| Cisplatin | 70 mg/m² IV Day 2 |
| *Repeat every 4 weeks* | |

CISCA
| | |
|---|---|
| Cyclophosphamide | 650 mg/m² IV Day 1 |
| Doxorubicin | 50 mg/m² IV Day 1 |
| Cisplatin | 100 mg/m² IV Day 2 |
| *Repeat every 3-4 weeks* | |

VIG
| | |
|---|---|
| Vinblastine | 0.11 mg/kg/day IV Days 1-2 |
| Ifosfamide | 1200 mg/m²/day IV Days 1-5 |
| Gallium nitrate | 300 mg/m²/day CIV Days 1-5 |
| Calcitriol | 0.5 m/day PO Days 3-5 |
| *Repeat every 3 weeks* | |

**SINGLE-AGENT CHEMOTHERAPY REGIMENS**

Gemcitabine
| | |
|---|---|
| Gemcitabine | 1200 mg/m²/day IV Days 1, 8, 15 |
| *Repeat every 4 weeks* | |

Paclitaxel
| | |
|---|---|
| Paclitaxel | 250 mg/m² IV over 24 hours on Day 1 |
| *Repeat every 3 weeks* | |

Trimetrexate
| | |
|---|---|
| Trimetrexate | 8 mg/m²/day Days 1-5 |
| *Repeat every 3 weeks* | |

REFERENCES:

1. Dorr M, Alberts D, Comprehensive Oncology Textbook, in Perry MC, ed. The Chemotherapy Sourcebook, 2nd ed. Baltimore, MD, Williams and Wilkins, 1996.
2. Witte RS, Roth B, Eisenberger A, Loesch KL, An Endless Desperation: Immunotherapy Regimens in lieu of chemotherapy in the treatment of advanced urothelial carcinoma, Cancer 1997;79:2372-81.
3. Dana 1995, Loudenus W, Rosdebound MJ, et al. Bacillus Calmette-Guerin therapy alone in the progression of superficial bladder cancer, J Urol Oncol 1995;13:258-65.
4. Carol ES, Fox York DE, in Dorr MJ, Von Hoff DD, eds. Cancer Chemotherapy Handbook, 2nd ed. Stamford, CT; Appleton & Lange, 1996.

---

## Invasive Disease

Photodynamic therapy uses photosensitizing agents and laser light to detect and destroy cancer cells. Other immunotherapeutic agents in development include keyhole-limpet hemocyanin (KLH) and broprimine. Broprimine is an oral anticancer drug that induces interferon-alpha and has direct antiproliferative activity. It has been evaluated for noninvasive bladder carcinoma with favorable response rates (42% efficacy rate) and is currently in phase II/III clinical trials.

### Invasive Disease

Standard therapy for muscle-invasive bladder cancer has been radical cystectomy, as this provides the least chance of recurrence. Recently, however, treatment of invasive disease includes the use of neo-adjuvant chemotherapy. Regimens used prior to cystectomy include carboplatin, methotrexate, and vinblastine and cisplatin and doxorubicin. Neo-adjuvant treatment appears to improve long-term survival after cystectomy; however, results are mixed. Bladder-sparing treatment options, which have equivalent results to radical cystectomy, include single-agent chemotherapy, combination chemotherapy, and combination chemotherapy and irradiation (chemoradiotherapy). Cisplatin

remains the most active single chemotherapy agent; however, in an effort to achieve adequate response rates with minimal toxicity, attention has turned to new chemotherapy agents. New agents under investigation include ifosfamide, gallium nitrate, trimetrexate, paclitaxel, gemcitabine, and piritrexim. Oral piritrexim, a second-generation antimetabolite, is active in the treatment of bladder cancer. Its use will most likely be for palliative treatment in patients who cannot tolerate aggressive chemotherapy or in combination chemotherapy regimens. Gemcitabine has been recently evaluated as a single agent in patients with metastatic bladder cancer. It is also an effective agent and will most likely be used in combination regimens. Paclitaxel is effective as a single-agent regimen (250 mg/m² intravenously over 24 hours) and also appears effective in a lower dose as part of a chemoradiotherapy combined modality regimen.

Combination chemotherapy regimens of methotrexate, vinblastine, doxorubicin, and cisplatin (M-VAC) and cisplatin, methotrexate, and vinblastine (CMV) remain the gold standard for patients with advanced bladder cancer. A novel, non-cisplatin containing regimen, which appears equal to M-VAC with less toxicity, is vinblastine, ifosfamide, and gallium nitrate. Phase III trials comparing the two regimens remain to be performed. Other combination modalities which show promise include protracted intravenous infusions of cisplatin and 5-fluorouracil during hyperfractionated radiotherapy and combined intra-arterial administration of cisplatin and doxorubicin with radiotherapy.

Finally, other entities under development for the treatment of bladder cancer include monoclonal antibodies (C225, anti-EGFR chimeric Mab, ImClone Systems), biologic markers (bromodeoxyuridine, NCI, Neopharm), and cell sensitizers (etanidazole, Roberts Pharmaceutical).

---

## Ongoing Research

### Angiogenesis and Antiangiogenesis Agents

#### Angiogenesis

Angiogenesis is the development of new blood vessels from those pre-existing. This phenomenon has been linked to tumor growth, invasion, and metastasis as part of a complex process. Several recent reviews outline the mechanisms of tumor angiogenesis as well as formulate strategies for potential clinical application of anti-angiogenic agents under investigation.[1,2,3]

The factors responsible for a change from cell homeostasis to activated tumor angiogenesis are not completely understood. The balance of proangiogenic and antiangiogenic factors is important in maintaining tumor dormancy. In the quiescent state, the rate of cell apoptosis balances that of proliferation. Acquisition of the angiogenic phenotype leads to a decrease in the apoptotic rate of tumor cells. This shifts the balance in favor of

BP 00805

DS

HIGHLY CONFIDENTIAL
BMS/AWP/000095564

## ONCOLOGY DRUG UPDATES

proliferation. One possible mechanism for acquiring the angiogenic phenotype may involve a change of a tumor suppressor gene with a subsequent decreased production of an angiogenic inhibitor. As an example, the p53 gene controls the synthesis of thrombospondin – 1 (TSP-1), a potent inhibitor of angiogenesis. Loss of p53 gene function through mutation is associated with diminished expression of TSP-1 as well as an ensuing switch to the angiogenic phenotype.

In addition, the process of angiogenesis requires the direct interaction of endothelial cells with their surrounding matrix. The microvascular endothelial cells release "angiogenic polypeptides" (e.g., basic fibroblast growth factor (bFGF), vascular endothelial growth factor (VEGF), and interleukin-8 (IL-8)). These endogenous polypeptides have demonstrated activity to promote tumor growth and migration. As well, matrix metalloproteins (MMPs) facilitate migration of endothelial cells and tumor cells through tissue extracellular matrix by breaking down the tissue matrix surrounding the growing tumor and vessels. Therefore, the presence and activity of MMPs is required for both angiogenesis and metastasis. VEGFs, VEGF receptors, and MMPs are significantly "up-regulated" in several tumors but not in normal tissue, suggesting their importance for tumor-associated angiogenesis.

There is increasing evidence linking the degree of angiogenesis in the primary tumor to the risk of developing metastatic disease (as well as disease-free and overall survival). For example, there is a significant correlation between the degree of primary tumor neovascularization (as measured by the number of vessels per microscopic field) in primary breast cancer surgical specimens and the subsequent development of metastatic disease. In several tumor types, microvessel density of the primary tumor correlated positively with the propensity for metastasis, recurrence, or negative survival outcomes. Interestingly, the shedding of tumor cells into the systemic circulation is quantitatively related to the surface area of tumor vessels. This finding may explain why

tumors with high angiogenic indices correlate with an increased risk of metastasis and decreased survival.

### Antiangiogenesis and Therapy

In order to evaluate tumor states, prognosis, and potential anti-angiogenic agents, reliable markers or indices of angiogenesis are needed. Examples might include measuring tissue blood flow, measuring changes in tumor metabolism (e.g., via positron emission tomography), measuring vascular density (via magnetic resonance imaging), or serum or urine polypeptide levels (e.g., VEGF or bFGF). A reliable measure has yet to be developed despite reports of some correlations.

Strategies for antiangiogenic therapy are similar in that the agents affect a specific component of the angiogenesis pathway or affect pre-existing tumor vasculature. Most antiangiogenic agents currently in clinical trials interfere with the response of endothelial cells to endogenous angiogenic polypeptides. Some agents inhibit the activity of MMPs (MMPIs). The remaining agents either inhibit tumor neovascularization or destroy tumor neovasculature directly ("targeted therapy").

### TNP – 470 (AGM-1470)

TNP-470 is more potent and less toxic than a previous analog, fumgillin. It inhibits in vivo growth of several murine tumors and human xenografts and is currently in phase I trials in patients with Kaposi's sarcoma and early phase II trials in patients with solid tumors including central nervous system (CNS) tumors. Early reports demonstrate the drug is well-tolerated. Reversible cerebellar toxicity is the dose-limiting adverse effect.

### Platelet Factor 4 (PF4)

PF4 is a naturally occurring agent with potent antiangiogenic activity. It inhibits both endothelial cell proliferation and migration by binding to glycosaminoglycans, thus preventing bFGF from binding to its receptor. Today, it is in phase I trials in patients with solid tumors and Kaposi's sarcoma. Also, a phase II trial investigates its intratumoral administration in patients with primary brain tumors. Toxicities are mild and

include local injection site reactions, mild phlebitis, fatigue, and anemia.

### Tecogalan (DS4152, SP-PG)

Tecogalan is a sulfated polysaccharide peptidoglycan complex derived from a cell wall polysaccharide of Arthrobacter Sp. It demonstrates in vitro inhibition of endothelial cell growth and in vivo antitumor effects against both murine tumors and human xenografts. Phase I clinical trials are ongoing using tecogalan in patients with solid tumors. Its dose-limiting toxicity is anticoagulation (increased PTT); other reported adverse effects are fever and rigors.

### Thalidomide

Despite its well-known embryotoxic effects, thalidomide has useful immunomodulatory activity. It has recently been shown to have potent antiangiogenic properties and is being investigated/studied for patients with various malignancies including Kaposi's sarcoma, breast cancer, prostate cancer, and primary brain tumors.

### Batimastat (BB-94)

This agent inhibits the activity of MMPs (MMPI). Phase I trials are currently underway; its intraperitoneal and intrapleural routes of administration limit its utility.

### Marimastat (BB2516)

Marimastat is an MMPI that can be administered orally. Currently, patients with prostate, ovarian, and pancreatic cancers are being enrolled in phase I studies investigating this agent. Adverse effects reported include joint and muscle pain and stiffness. Tumor markers such as PSA, CA-125, and CA 19-9 have been affected positively in approximately half the patients treated with marimastat.

### CM101

Unlike the previous agents, CM101 has antiangiogenic properties with inhibitory effects on established tumor neovasculature. It is a group B Streptococcus polysaccharide which binds preferentially to capillary endothelium. Subsequently, vascular and cellular inflammatory reactions with the tumor vessels occur. Several.

*Continued on the following page*

BP 00806

DS

HIGHLY CONFIDENTIAL
BMS/AWP/000095565



ONCOLOGY
THERAPEUTICS
NETWORK

# ONCOLOGY DRUG UPDATES

endogenous cytokines (TNF - α, MIP - 1α, IL-6, IL-8, and IL-10) increase systemically following CM101 administration. Phase I studies in Kaposi's sarcoma patients are planned.

## Interleukin-12 (IL-12)

IL-12 has potent anti-angiogenic activity mediated by induction of interferon-g (INF-γ). The latter induces a protein (IP-10), which is a potent inhibitor of angiogenesis in vivo. In addition, IL-12 enhances proliferation of activated T and natural killer (NK) cells. Phase I and II clinical trials involving IL-12 are ongoing in Kaposi's sarcoma patients. Both its direct antitumor and

antiangiogenic activities are being investigated.

Antiangiogenic drugs may not cause tumor regression, but rather inhibit growth of the invading edge of the tumor (i.e., cytostatic). Utilization of these agents will most likely be in combination with a cytotoxic chemotherapeutic agent or with another modality such as radiation therapy. Since anti-angiogenic agents appear to be more effective against a smaller tumor, early application (i.e., small volume disease) may prove to be useful. Their use in patients with advanced or metastatic disease should also be considered in combination with salvage chemotherapy.

**References:**

Pluda JM. Sem. Oncol. 1997; 24 (2) : 203-18.

Harris AL, Lancet 1997; 349 (Supp2): 13-15.

Sacharides TJ, Surg Clin. North Am. 1997; 77 (1): 253-60.

## Sourcebook Update — Fall/Winter 1997/98 Product And Pricing Changes

| Code | Brand | Description | Size | Price | Change |
|---|---|---|---|---|---|
| 920-100 | Rocephin | Ceftriaxone Sodium, powder | 500 mg | $21.80 | ▲ |
| 920-110 | Rocephin | Ceftriaxone Sodium, powder | 1000 mg | $37.30 | ▲ |
| 920-120 | Rocephin | Ceftriaxone Sodium, powder | 2000 mg | $74.10 | ▲ |
| 920-210 | Vistide | Cidofovir, injection, (75 mg/5ml) | 5 ml | $651.50 | ▲ |
| 900-250 | Anzemet | Dolasetron, solution | 100 mg | $70.00 | NEW |
| 970-300 | Anzemet | Dolasetron, tablets, 5/PK | 100 mg | $289.75 | NEW |
| 970-305 | Anzemet | Dolasetron, tablets, 5/BTL | 100 mg | $289.75 | NEW |
| 970-310 | Anzemet | Dolasetron, tablets, 10/BTL | 100 mg | $579.50 | NEW |
| 840-150 | Romazicon | Flumazenil, solution (0.1 mg/ml) (X10) | 0.5 mg MDV | $31.00 | ▲ |
| 840-160 | Romazicon | Flumazenil, solution (0.1 mg/ml) (X10) | 1 mg MDV | $49.30 | ▲ |
| 800-902 | Gemzar | Gemcitabine HCl | 200 mg | $66.05 | ▲ |
| 800-910 | Gemzar | Gemcitabine HCl | 1 g | $330.15 | ▲ |
| 902-300 | Idamycin | Idarubicin HCl, powder | 5 mg | $267.00 | ▲ |
| 902-310 | Idamycin | Idarubicin HCl, powder | 10 mg | $534.00 | ▲ |
| 847-010 | Gammar P | Immune Globulin IV 5% | 1 gm | $30.75 | ▲ |
| 847-025 | Gammar P | Immune Globulin IV 5% | 2.5 gm | $96.00 | ▲ |
| 847-050 | Gammar P | Immune Globulin IV 5% | 5 gm | $192.00 | ▲ |
| 847-100 | Gammar P | Immune Globulin IV 5% | 10 gm | $384.00 | ▲ |
| 220-405 | Infergen | Interferon alfacon-1 9 mcg (X6) | 0.3 ml | $31.95 | NEW |
| 220-400 | Infergen | Interferon alfacon-1 15 mcg (X6) | 0.5 ml | $53.25 | NEW |
| 901-292 | Camptosar | Irinotecan HCl (20 mg/ml) | 2 ml | $171.50 | NEW |
| 240-100 | Abbott | Leucovorin Calcium Predilute (10 mg/ml) | 10 ml | $4.00 | NEW |
| 240-250 | Abbott | Leucovorin Calcium Predilute (10 mg/ml) | 25 ml | $10.00 | NEW |
| 960-000 | IV Alkeran | Melphalan HCl, powder | 50 mg | $299.00 | ▲ |
| 960-010 | Alkeran | Melphalan HCl, tablets, 2 mg | 50 per bottle | $87.00 | ▲ |
| 910-100 | Depo-Provera | Medroxyprogesterone Acetate, solution (400 mg/ml) | 2.5 ml | $102.00 | ▲ |
| 910-110 | Depo-Provera | Medroxyprogesterone Acetate, solution (400 mg/ml) | 10 ml | $384.00 | ▲ |
| 840-550 | A-methaPred | Methylprednisolone Sod. Succ. w/1 ml diluent (x10) | 40 mg | $2.45 | ▲ |
| 840-555 | A-methaPred | Methylprednisolone Sod. Succ. w/2 ml diluent (x10) | 125 mg | $4.70 | ▲ |
| 840-560 | A-methaPred | Methylprednisolone Sod. Succ. w/4 ml diluent (x10) | 500 mg | $10.00 | ▲ |
| 840-565 | A-methaPred | Methylprednisolone Sod. Succ. w/8 ml diluent (x10) | 1000 mg | $17.80 | ▲ |
| 960-300 | Versed | Midazolam, solution (1mg/ml), C-IV | 2 mg | $48.00 | ▲ |
| 960-310 | Versed | Midazolam, solution (5mg/ml), C-IV | 5 mg | $105.50 | ▲ |
| 222-200 | Neumega | Oprelvekin, powder | 5 mg | $192.55 | NEW |
| 222-207 | Neumega | Oprelvekin, powder (x7) | 5 mg | $192.55 | NEW |
| 900-400 | Taxol | Paclitaxel, solution (6 mg/ml) | 30 mg MDV | $140.26 | Catalog # |
| 900-450 | Taxol | Paclitaxel, solution (6 mg/ml) | 100 mg MDV | $467.53 | Change |
| 841-635 | Compazine | Prochlorperazine, solution (5 mg/ml) | 10 ml MDV | $30.50 | ▲ Cat# change |
| 223-700 | Rituxan | Rituximab, solution | 100 mg | $338.25 | NEW |
| 223-710 | Rituxan | Rituximab, solution | 500 mg | $1,690.75 | NEW |
| 202-400 | Zanosar | Streptozocin, powder | 1 g | $75.00 | ▲ |
| 901-285 | Hycamtin | Topotecan HCl, lyophilized powder (single vials) | 4 mg | $443.00 | ▲ |
| 901-280 | Hycamtin | Topotecan HCl, lyophilized powder (x5) | 4 mg | $443.00 | ▲ |

▲ Reflects a price increase    ▼ Reflects a price decrease    • Reflects a product description change

BP 00807

DS

HIGHLY CONFIDENTIAL
BMS/AWP/000095566

# REIMBURSEMENT

ONCOLOGY
THERAPEUTICS
NETWORK

## Average Wholesale Prices and 1998 HCPCS Codes

As a reimbursement resource, the average wholesale prices (AWPs) and HCPCS codes are listed for drugs commonly used in cancer treatment. Products are listed alphabetically by their generic name. The AWPs are obtained from the *1997 Red Book* and the *January 1998 Red Book Update.*

For drugs that have multiple manufacturers, the AWP for the product that OTN most commonly stocks is listed. For ease of use, we list the AWP information in the first three columns and the billing code and units in the right two columns. Please refer to the *Sourcebook* for a complete listing of HCPCS codes.

| Product / Generic | | NDC Code | AWP | HCPCS Code | Units |
|---|---|---|---|---|---|
| **Proleukin®** Aldesleukin, pwd (Interleukin-2) | 22 MIU | 53905-0991-01 | 442.00 | J9015 | per 22 MIU |
| **Ethyol®** • Amifostine | 500 mg | 17314-7253-03 | 322.92 | J0207 | per 500 mg |
| **Fungizone®** Amphotericin B Oral Suspension | 24 mL | 00087-1162-10 | 26.25 | J9999*/J3490* | |
| **Blenoxane®** Bleomycin sulfate, pwd | 15 units | 00015-3010-20 | 304.60 | J9040 | per 15 units |
| | 30 units | 00015-3063-01 | 609.20 | J9040 | per 15 units |
| **Paraplatin®** Carboplatin, pwd | 50 mg | 00015-3213-30 | 93.46 | J9045 | per 50 mg |
| | 150 mg | 00015-3214-30 | 280.33 | J9045 | per 50 mg |
| | 450 mg | 00015-3215-30 | 840.99 | J9045 | per 50 mg |
| **BiCNU®** Carmustine, pwd w/diluent | 100 mg | 00015-3012-38 | 92.94 | J9050 | per 100 mg |
| **Tagamet®** Cimetidine HCl, sol (150 mg/mL) | 300 mg | 00108-5017-16 | 3.96 | J9999*/J3490* | |
| **Platinol-AQ** Cisplatin, sol (1 mg/mL) | 50 mg MDV | 00015-3220-22 | 195.00 | J9062 | per 50 mg |
| | 100 mg MDV | 00015-3221-22 | 389.98 | J9062 | per 50 mg |
| **Leustatin** Cladribine, sol (1 mg/mL) | 10 mg | 59676-0201-01 | 496.80 | J9065 | per 1 mg |
| **Cytoxan® lyophilized** Cyclophosphamide, lyophilized | 100 mg | 00015-0539-41 | 6.45 | J9093 | per 100 mg |
| | 200 mg | 00015-0546-41 | 12.25 | J9094 | per 200 mg |
| | 500 mg | 00015-0547-41 | 25.71 | J9095 | per 500 mg |
| | 1 g | 00015-0548-41 | 51.43 | J9096 | per 1 g |
| | 2 g | 00015-0549-41 | 102.89 | J9097 | per 2 g |
| **Cytoxan® Tablets** Cyclophosphamide, tablets, 25 mg | 100 per bottle | 00015-0504-01 | 181.03 | J8530 | 25 mg |
| Cyclophosphamide, tablets, 50 mg | 100 per bottle | 00015-0503-01 | 332.21 | J8530 | 25 mg |
| Cyclophosphamide, tablets, 50 mg | 1,000 per bottle | 00015-0503-02 | 3,164.15 | J8530 | 25 mg |
| Cytarabine, pwd | 100 mg | 00364-2467-53 | 6.00 | J9100 | per 100 mg |
| | 100 mg | 55390-0131-10 | 6.25 | J9100 | per 100 mg |
| | 500 mg | 00364-2468-54 | 23.06 | J9110 | per 500 mg |
| | 500 mg | 55390-0132-10 | 25.00 | J9110 | per 500 mg |
| | 1 g | 55390-0133-01 | 50.00 | J9110 | per 500 mg |
| | 2 g | 55390-0134-01 | 98.90 | J9110 | per 500 mg |
| **DTIC-Dome®** Dacarbazine, pwd | 100 mg | 00026-8151-10 | 43.83 | J9130 | per 100 mg |
| | 200 mg | 00026-8151-20 | 72.23 | J9140 | per 200 mg |
| **DaunoXome®** Daunorubicin citrate liposome inj. (1 mg/mL) | 50 mg | 56146-0301-01 | 287.50 | J9999*/J3490* | per 50 mg |
| **Cerubidine®** Daunorubicin HCl, pwd | 20 mg | 55390-0281-10 | 168.50 | J9150 | per 10 mg |
| **DDAVP®** Desmopressin Acetate, sol (4 mcg/mL) | 1 mL | 00075-2451-01 | 25.64 | J2597 | per 4 mcg |
| Dexamethasone, sol (10 mg/mL) | 100 mg MDV | 00364-2360-54 | 12.00 | J1100 | up to 4 mg/mL |
| Dexamethasone, sol (4 mg/mL) | 20 mg MDV | 00517-4905-25 | 2.19 | J1100 | up to 4 mg/mL |
| | 120 mg MDV | 00517-4930-25 | 7.84 | J1100 | up to 4 mg/mL |
| **Zinecard®** • Dexrazoxane for injection | 250 mg | 00013-8715-62 | 152.39 | J1190 | per 250 mg |
| | 500 mg | 00013-8725-89 | 304.76 | J1190 | per 250 mg |
| Diazepam, sol (5 mg/mL) | 10 mg | 00364-0825-48 | 3.60 | J3360 | up to 5 mg |
| | 50 mg | 00364-0825-54 | 23.97 | J3360 | up to 5 mg |
| Diphenhydramine HCl, sol (10 mg/mL) | 300 mg | 00364-6530-56 | 7.51 | J1200 | up to 50 mg |
| Diphenhydramine HCl, sol (50 mg/mL) | 500 mg MDV | 00364-6531-54 | 10.00 | J1200 | up to 50 mg |
| | 50 mg | 00641-0376-25 | 0.67 | J1200 | up to 50 mg |
| **Taxotere®** • Docetaxel for injection | 20 mg | 00075-8001-20 | 257.92 | J9170 | per 20 mg |
| | 80 mg | 00075-8001-80 | 1,031.68 | J9170 | per 20 mg |

DS

BP 00808

HIGHLY CONFIDENTIAL
BMS/AWP/000095567

**ONCOLOGY THERAPEUTICS NETWORK**

# REIMBURSEMENT

| PRODUCT | VIAL SIZE | NDC | DECEMBER AWP/VIAL | '98 HCPCS CODE | BILLING UNITS |
|---|---|---|---|---|---|
| **Anzemet®** | | | | | |
| •Dolasetron mesylate, sol (20 mg/mL) | 5 mL | 00088-1206-32 | 149.88 | J3490* | per 100 mg |
| **Rubex®** | | | | | |
| Doxorubicin, pwd | 50 mg | 00015-3352-22 | 197.15 | J9000 | per 10 mg |
| | 100 mg | 00015-3353-22 | 394.29 | J9000 | per 10 mg |
| **Bedford Laboratories** | | | | | |
| Doxorubicin, pwd | 10 mg | 55390-0231-10 | 45.08 | J9000 | per 10 mg |
| | 20 mg | 55390-0232-10 | 90.16 | J9000 | per 10 mg |
| | 50 mg | 55390-0233-01 | 225.40 | J9000 | per 10 mg |
| Doxorubicin, sol (2 mg/mL) | 10 mg | 55390-0235-01 | 47.35 | J9000 | per 10 mg |
| | 20 mg | 55390-0236-10 | 94.70 | J9000 | per 10 mg |
| | 50 mg | 55390-0237-01 | 236.74 | J9000 | per 10 mg |
| | 200 mg MDV | 55390-0238-01 | 945.98 | J9000 | per 10 mg |
| **Adriamycin™** | | | | | |
| •Doxorubicin, RDF pwd | 10 mg | 00013-1086-91 | 48.76 | J9000 | per 10 mg |
| | 20 mg | 00013-1096-94 | 92.00 | J9000 | per 10 mg |
| | 50 mg | 00013-1106-79 | 243.80 | J9000 | per 10 mg |
| | 150 mg MDV | 00013-1116-83 | 716.76 | J9000 | per 10 mg |
| •Doxorubicin, pfs sol (2 mg/mL) | 10 mg | 00013-1136-91 | 51.21 | J9000 | per 10 mg |
| | 20 mg | 00013-1146-94 | 96.63 | J9000 | per 10 mg |
| | 50 mg | 00013-1156-79 | 256.06 | J9000 | per 10 mg |
| | 75 mg | 00013-1176-87 | 384.09 | J9000 | per 10 mg |
| | 200 mg MDV | 00013-1166-83 | 946.94 | J9000 | per 10 mg |
| **DOXIL®** | | | | | |
| Doxorubicin, HCl liposome inj. (2mg/mL) | 20 mg | 61471-0295-12 | 606.25 | J9999* | |
| **Procrit®** | | | | | |
| Epoetin alfa | 2,000 units/mL | 59676-0302-01 | 24.00 | Q0136* | 1,000 units |
| | 3,000 units/mL | 59676-0303-01 | 36.00 | Q0136* | 1,000 units |
| | 4,000 units/mL | 59676-0304-01 | 48.00 | Q0136* | 1,000 units |
| | 10,000 units/mL | 59676-0310-01 | 112.96 | Q0136* | 1,000 units |
| | 20,000 units/ 1 mL MDV | 59676-0320-01 | 235.92 | Q0136* | 1,000 units |
| | 20,000 units/ 2 mL MDV | 59676-0312-01 | 235.92 | Q0136* | 1,000 units |
| **VePesid® Capsules** | | | | | |
| Etoposide, capsules, 50 mg | 20 per box | 00015-3091-45 | 785.43 | J8560 | 50 mg |
| **VePesid® for Injection** | | | | | |
| Etoposide, injection (20 mg/mL) | 100 mg MDV | 00015-3095-20 | 136.49 | J9182 | per 100 mg |
| | 150 mg MDV | 00015-3084-20 | 204.74 | J9182 | per 100 mg |
| | 500 mg MDV | 00015-3061-20 | 665.38 | J9182 | per 100 mg |
| | 1 gm MDV | 00015-3262-20 | 1,296.64 | J9182 | per 100 mg |
| **Etopophos®** | | | | | |
| Etoposide phosphate for injection | 100 mg | 00015-3404-20 | 124.14 | J9999* | per 100 mg |
| **Fludara®** | | | | | |
| Fludarabine phosphate, pwd | 50 mg | 50419-0511-06 | 196.50 | J9185* | per 50 mg |
| Fluorouracil, sol (50 mg/mL) | 500 mg | 39769-0012-10 | 3.75 | J9190 | per 500 mg |
| | 2,500 mg | 00013-1046-94 | 13.25 | J9190 | per 500 mg |
| | 5,000 mg | 39769-0012-90 | 25.00 | J9190 | per 500 mg |
| **Neupogen®** | | | | | |
| G-CSF (Filgrastim), sol (0.3 mg/mL) | 300 mcg | 55513-0530-10 | 161.30 | J1440 | per 300 mcg |
| | 480 mcg | 55513-0546-10 | 256.90 | J1441 | per 480 mcg |
| **Gemzar®** | | | | | |
| •Gemcitabine HCl | 200 mg | 00002-7501-01 | 79.10 | J9201 | per 20 mg |
| •Gemcitabine HCl | 1 g | 00002-7502-01 | 395.51 | J9201 | per 20 mg |
| **Leukine®** | | | | | |
| GM-CSF (Sargramostim), lyophilized | 250 mcg | 58406-0002-33 | 117.79 | J2820 | per 50 mcg |
| | 500 mcg | 58406-0050-30 | 235.58 | J2820 | per 50 mcg |
| **Zoladex®** | | | | | |
| Goserelin acetate, implant | 3.6 mg syringe | 00310-0960-36 | 410.51 | J9202 | per 3.6 mg |
| | 10.8 mg syringe | 00310-0961-30 | 1,231.53 | J9202 | per 3.6 mg |
| **Kytril®** | | | | | |
| •Granisetron HCl, sol (1 mg/mL) | 1 mL | 00029-4149-01 | 177.40 | J1626 | per 100 mcg |
| | 4 mL | 00029-4152-01 | 709.60 | J1626 | per 100 mcg |
| **Ifex®** | | | | | |
| Ifosfamide | 1 g | 00015-0556-41 | 119.85 | J9208 | per 1 g |
| | 3 g | 00015-0557-41 | 359.55 | J9208 | per 1 g |
| **Ifex®/Mesnex™** | | | | | |
| Ifosfamide (10 x 1 g)/mesna (10 x 1 g MDV) | Combo-Pack | 00015-3554-27 | 2,094.91 | J9208/J9209 | |
| Ifosfamide (2 x 3 g)/mesna (6 x 1 g MDV) | Combo-Pack | 00015-3564-15 | 1,256.88 | J9208/J9209 | |
| Ifosfamide (5 x 1 g)/mesna (3 x 1 g MDV) | Combo-Pack | 00015-3556-26 | 856.96 | J9208/J9209 | |
| **Venoglobulin I** | | | | | |
| Immune globulin intravenous, 5% pwd w/IV set | 2.5 g | 49669-1602-01 | 152.05 | J1561 | per 500 mg |
| | 5 g | 49669-1603-01 | 304.10 | J1561 | per 500 mg |
| | 10 g | 49669-1604-01 | 608.20 | J1561 | per 500 mg |
| **Venoglobulin S** | | | | | |
| Immune globulin intravenous, 5% sol w/IV set | 2.5 g | 49669-1612-01 | 225.00 | J1561 | per 500 mg |
| | 5 g | 49669-1613-01 | 450.00 | J1561 | per 500 mg |
| | 10 g | 49669-1614-01 | 900.00 | J1561 | per 500 mg |

BP 00809

DS

HIGHLY CONFIDENTIAL
BMS/AWP/000095568

# REIMBURSEMENT

ONCOLOGY
THERAPEUTICS
NETWORK

| PRODUCT | VIAL SIZE | NDC | DECEMBER AWP/VIAL | '98 HCPCS CODE | BILLING UNITS |
|---|---|---|---|---|---|
| Immune globulin intravenous, 10% sol w/IV set | 5 g | 49669-1622-01 | 475.00 | J1562 | per 5 g |
| | 10 g | 49669-1623-01 | 950.00 | J1562 | per 5 g |
| add | 20 g | 49669-1624-01 | 1,900.00 | J1562 | per 5 g |
| Immune globulin intravenous, 10% sol w/IV set | 1 g | 00192-0649-12 | 75.00 | J1561 | per 500 mg |
| | 5 g | 00192-0649-20 | 375.00 | J1562 | per 5 g |
| add | 10 g | 00192-0649-21 | 750.00 | J1562 | per 5 g |
| | 20 g | 00192-0649-24 | 1,500.00 | J1562 | per 5 g |
| Immune globulin intravenous, 5%-10% w/IV set | 2.5 g | 52769-0471-72 | 145.00 | J1561 or J1562 | |
| | 5 g | 52769-0471-75 | 290.00 | J1561 or J1562 | |
| add | 10 g | 52769-0471-80 | 580.00 | J1561 or J1562 | |
| RhoD Immune globulin intravenous | 300 mcg | 60492-0082-01 | 306.00 | J3490/J9999* | |
| **Intron® A** | | | | | |
| Interferon alfa 2b, solution HSA-free | 3 MIU | 00085-1184-01 | 33.92 | J9214 | per 1 MIU |
| | 3 MIU PAK | 00085-1184-02 | 33.92 | J9214 | per 1 MIU |
| | 5 MIU | 00085-1191-01 | 56.52 | J9214 | per 1 MIU |
| add | 5 MIU PAK | 00085-1191-02 | 56.52 | J9214 | per 1 MIU |
| | 10 MIU | 00085-1179-01 | 113.04 | J9214 | per 1 MIU |
| | 10 MIU PAK | 00085-1179-02 | 113.04 | J9214 | per 1 MIU |
| | 18 MIU MDV | 00085-1168-01 | 203.47 | J9214 | per 1 MIU |
| | 25 MIU MDV | 00085-1133-01 | 282.62 | J9214 | per 1 MIU |
| Interferon alfa 2b, pwd | 3 MIU MDV | 00085-0647-03 | 33.92 | J9214 | per 1 MIU |
| | 5 MIU MDV | 00085-0120-02 | 56.52 | J9214 | per 1 MIU |
| add | 10 MIU MDV | 00085-0571-02 | 113.04 | J9214 | per 1 MIU |
| | 18 MIU MDV | 00085-1110-01 | 203.47 | J9214 | per 1 MIU |
| | 25 MIU MDV | 00085-0285-02 | 282.62 | J9214 | per 1 MIU |
| | 50 MIU MDV | 00085-0539-01 | 565.21 | J9214 | per 1 MIU |
| **Roferon® A** | | | | | |
| X Interferon alfa 2a, pwd w/3 ml. diluent | 18 MIU | 00004-1993-09 | 203.48 | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (3 MIU/ml) | 3 MIU | 00004-2009-09 | 33.94 | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (10 MIU/ml) | 9 MIU | 00004-2010-09 | 95.55 | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (6 MIU/ml) | 18 MIU | 00004-2011-09 | 203.48 | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (36 MIU/ml) | 36 MIU | 00004-2012-09 | 407.00 | J9213 | per 3 MIU |
| **Camptosar®** | | | | | |
| NEW Irinotecan HCl Injection, CPT-11 (20 mg/ml) | 2 ml | 00009-7529-02 | 204.41 | J9206 | per 20 mg |
| | 5 ml | 00009-7529-01 | 511.04 | J9206 | per 20 mg |
| Leucovorin, pwd | 50 mg | 55390-0051-10 | 18.44 | J0640 | per 50 mg |
| | 50 mg | 58406-0621-05 | 21.53 | J0640 | per 50 mg |
| X add | 100 mg | 55390-0052-10 | 35.06 | J0640 | per 50 mg |
| | 100 mg | 58406-0622-05 | 34.41 | J0640 | per 50 mg |
| | 200 mg | 55390-0053-01 | 78.00 | J0640 | per 50 mg |
| | 350 mg | 58406-0623-07 | 137.94 | J0640 | per 50 mg |
| **Lupron®** | | | | | |
| Leuprolide acetate depot, susp. (7.5 mg/ml) | 7.5 mg | 00300-3629-01 | 540.63 | J9217 | per 7.5 mg |
| | 22.5 mg | 00300-3336-01 | 1,621.89 | J9217 | per 7.5 mg |
| Lorazepam, sol (2 mg/ml) | 2 mg MDV | 00008-0581-04 | 12.01 | J2060 | per 2 mg |
| Lorazepam, sol (2 mg/ml) | 20 mg MDV | 00008-0581-01 | 107.00 | J2060 | per 2 mg |
| Lorazepam, sol (4 mg/ml) | 40 mg MDV | 00008-0570-01 | 133.74 | J2060 | per 2 mg |
| Lorazepam, sol (2 mg/ml), w/ syringe | 2 mg | 00008-0581-02 | 12.67 | J2060 | per 2 mg |
| Mannitol, 25% sol | 50 mL | 00074-4031-01 | 5.05 | J2150 | per 50 mL |
| **Mustargen®** | | | | | |
| Mechlorethamine HCl, pwd | 10 mg | 00006-7753-31 | 10.10 | J9230 | per 10 mg |
| **Megace®** | | | | | |
| Megestrol acetate, tablets, 20 mg | 100 per bottle | 00015-0595-01 | 75.68 | | |
| Megestrol acetate, tablets, 40 mg | 100 per bottle | 00015-0596-41 | 134.96 | | |
| ADD | 250 per bottle | 00015-0596-46 | 330.68 | | |
| | 500 per bottle | 00015-0596-45 | 647.88 | | |
| **Megace® Oral Suspension** | | | | | |
| Megestrol acetate, oral suspension | 8 fl oz | 00015-0508-42 | 123.19 | | |
| **Alkeran®** | | | | | |
| X Melphalan hydrochloride, pwd | 50 mg | 00173-0130-93 | 196.99 | J9245 | per 50 mg |
| Melphalan hydrochloride, tablets, 2 mg | 50 per bottle | 00173-0045-35 | 84.77 | J8600 | 2 mg |
| **Mesnex™** | | | | | |
| Mesna, sol (100 mg/ml) | 1 g MDV | 00015-3563-02 | 162.71 | J9209 | per 200 mg |
| Methotrexate, pwd | 20 mg | 00205-4654-90 | 2.78 | J9250 | per 5 mg |
| add | 1,000 mg | 58406-0671-05 | 61.44 | J9260 | per 50 mg |
| Methotrexate, pres. free sol (25 mg/ml) | 50 mg | 55390-0031-10 | 6.88 | J9260 | per 50 mg |
| | 100 mg | 55390-0032-10 | 8.75 | J9260 | per 50 mg |
| add | 200 mg | 55390-0033-10 | 17.50 | J9260 | per 50 mg |
| | 250 mg | 55390-0034-10 | 26.88 | J9260 | per 50 mg |
| Methotrexate, sol w/pres. (25 mg/ml) | 50 mg | 58406-0681-14 | 4.75 | J9260 | per 50 mg |
| add | 250 mg | 58406-0681-17 | 20.48 | J9260 | per 50 mg |
| Methotrexate, tablets, 2.5 mg | 100 per bottle | 00555-0572-02 | 362.95 | J8610 | 2.5 mg |
| | 36 per bottle | 00555-0572-35 | 130.05 | J8610 | 2.5 mg |
| Metoclopramide, sol w/pres. (5 mg/ml) | 2 mL | 39769-0066-02 | 2.35 | J2765 | up to 10 mg |
| Metoclopramide, pres. free sol (5 mg/ml) | 50 mg | 00013-6116-95 | 8.73 | J2765 | up to 10 mg |
| add | 150 mg | 00013-6126-95 | 23.54 | J2765 | up to 10 mg |

OTN TEL: 1-800-482-6700 FAX: 1-800-800-5673 • JANUARY/FEBRUARY 1998

BP-00840          15

DS

HIGHLY CONFIDENTIAL
BMS/AWP/000095569

# REIMBURSEMENT

BULK RATE
U.S. POSTAGE
PAID
MAS, Inc.

| PRODUCT | VIAL SIZE | NDC | DECEMBER AWP/VIAL | '98 HCPCS CODE | BILLING UNITS |
|---|---|---|---|---|---|
| Mutamycin® | 5 mg | 00015-3001-20 | 134.11 | J9280 | per 5 mg |
| Mitomycin, pwd | 20 mg | 00015-3002-20 | 452.91 | J9290 | per 20 mg |
|  | 40 mg | 00015-3059-20 | 915.09 | J9291 | per 40 mg |
| Novantrone® | 20 mg MDV | 58406-0640-03 | 720.04 | J9293 | per 5 mg |
| Mitoxantrone, sol (2 mg/mL) | 25 mg MDV | 58406-0640-05 | 900.03 | J9293 | per 5 mg |
| ADD on each line | 30 mg MDV | 58406-0640-07 | 1,080.05 | J9293 | per 5 mg |
| Sandostatin® | 50 mcg amp | 00078-0180-03 | 5.21 | J9999*/J3490* |  |
| Octreotide Acetate, sol (50 mcg/mL) | 100 mcg amp | 00078-0181-03 | 9.54 | J9999*/J3490* |  |
| Octreotide Acetate, sol (100 mcg/mL) | 500 mcg amp | 00078-0182-03 | 43.62 | J9999*/J3490* |  |
| Octreotide Acetate, sol (500 mcg/mL) |  |  |  |  |  |
| Zofran® | 40 mg MDV | 00173-0442-00 | 244.43 | J2405 | per 1 mg |
| Ondansetron HCl, sol (2 mg/mL) | 4 mg | 00173-0442-02 | 24.45 | J2405 | per 1 mg |
| Ondansetron HCl, sol (2 mg/mL) | 32 mg | 00173-0461-00 | 206.41 | J2405* | per 1 mg |
| Ondansetron HCl, sol premixed (32 mg/50 ml D5W) |  |  |  |  |  |
| Neumega® | 5 mg | 58394-0004-01 | 235.00 | J3490* | per 5 mg |
| • Oprelvekin |  |  |  |  |  |
| TAXOL® | 30 mg | 00015-3475-30 | 182.63 | J9265 | per 30 mg |
| • Paclitaxel, semi-synthetic sol (6mg/mL) | 100 mg | 00015-3476-30 | 608.76 | J9265 | per 30 mg |
| • paclitaxel, semi-synthetic |  |  |  |  |  |
| Aredia® | 30 mg | 00083-2601-04 | 207.26 | J2430 | per 30 mg |
| Pamidronate disodium, pwd | 60 mg | 00083-2606-01 | 408.54 | J2430 | per 30 mg |
| add on each line | 90 mg | 00083-2609-01 | 597.84 | J2430 | per 30 mg |
| Nipent® | 10 mg | 00071-4243-01 | 1,440.00 | J9268 | per 10 mg |
| Pentostatin, pwd |  |  |  |  |  |
| Prochlorperazine, sol (5 mg/mL) | 10 mg | 00364-2231-48 | 2.64 | J0780 | up to 10 mg |
| ADD | 50 mg MDV | 00364-2231-54 | 13.00 | J0780 | up to 10 mg |
| Prochlorperazine, tablets, 10 mg | 100 per box | 00007-3367-20 | 94.50 |  |  |
| Zantac® | 2 mL | 00173-0362-38 | 3.99 | J9999*/J3490* |  |
| Ranitidine, sol (50 mg/2 mL) |  |  |  |  |  |
| Rituxan® | 100 mg | 50242-0051-21 | 397.50 | J3490* | per 100 mg |
| • Rituximab |  |  |  |  |  |
| Zanosar® | 1 g | 00009-0844-01 | 74.35 | J9320 | per 1 g |
| Streptozocin, pwd |  |  |  |  |  |
| Vumon® | 5 mL amp | 00015-3075-19 | 175.74 | J9999* | per 50 mg |
| • Teniposide, 50 mg |  |  |  |  |  |
| Thioplex® | 15 mg | 58406-0661-02 | 83.94 | J9340 | per 15 mg |
| Thiotepa, pwd |  |  |  |  |  |
| Hycamtin® | 4 mg | 00007-4201-01 | 529.30 | J9350 | per 4 mg |
| • Topotecan HCl lyoph pwd | 4 mg, 5s | 00007-4201-05 | 2,646.50 | J9350 | per 4 mg |
| • TOPOTECAN HCl Lyoph pwd |  |  |  |  |  |
| Neutrexin® | 25 mg, 10s ea. | 58118-0020-10 | 608.40 | J3305 | per 25 mg |
| Trimetrexate glucuronate, pwd | 25 mg, 5s ea. | 58178-0020-50 | 2,610.00 | J3305 | per 25 mg |
| Urokinase, sol (5,000 IU/mL) | 5,000 IU | 00074-6111-01 | 53.64 | J3364 | per 5,000 IU |
|  | 9,000 IU | 00074-6145-02 | 93.54 | J3364 | per 5,000 IU |
| Vinblastine sulfate, pwd | 10 mg | 55390-0091-10 | 21.25 | J9360 | per 1 mg |
|  | 10 mg | 00364-2447-54 | 37.50 | J9360 | per 1 mg |
| Vinblastine sulfate, sol (1 mg/mL) | 10 mg | 00469-2780-30 | 43.23 | J9360 | per 1 mg |
| Vincristine, preservative free sol (1 mg/mL) | 1 mg | 00013-7456-86 | 37.08 | J9370 | per 1 mg |
|  | 1 mg | 61703-0309-06 | 31.75 | J9370 | per 1 mg |
|  | 2 mg | 00013-7466-86 | 74.13 | J9375 | per 2 mg |
|  | 2 mg | 61703-0309-16 | 38.25 | J9375 | per 2 mg |
| NAVELBINE® | 1 mL | 00173-0656-01 | 64.71 | J9390 | per 10 mg |
| Vinorelbine tartrate, sol (10 mg/mL) | 5 mL | 00173-0656-44 | 323.56 | J9390 | per 10 mg |

* An AWP, HCPCS code or NDC that has changed or been added may be highlighted in color.

• The drug code J9999 is defined as "not otherwise classified, antineoplastic drug." The Health Care Financing Administration (HCFA) has not assigned specific codes to these drugs.

† The drug code J3490 is defined as "unclassified drug." These drugs may or may not be defined as an unclassified drug in your area. Consult your local carrier for the appropriate code.

‡ Q0136 is the code for non-ESRD (End Stage Renal Disease) use.

✦ J2405 should be used for all formulations of Zofran.

ADDRESS CORRECTION REQUESTED



ONCOLOGY THERAPEUTICS NETWORK

395 OYSTER POINT BLVD., SUITE 405
SOUTH SAN FRANCISCO, CA 94080

## Convention Calendar for 1998

Don't forget to mark your calendar for the 1998 conventions! This is an excellent opportunity to meet your OTN representative. OTN will attend the ONS convention in San Francisco and will exhibit at:

AOHA in St. Louis and ASCO in Los Angeles. Contact your account representative to arrange a meeting with one of the OTN representatives attending the conventions, or stop by our booth at AOHA and ASCO.

Administrators in Oncology/Hematology Assembly (AOHA)
May 22-26, 1998
St. Louis, MO

Oncology Nursing Society (ONS)
May 7-10, 1998
San Francisco, CA

American Society of Clinical Oncology (ASCO)
May 16-19, 1998
Los Angeles, CA

DS

HIGHLY CONFIDENTIAL
BMS/AWP/000095570

BP 00811



ONCOLOGY
THERAPEUTICS
NETWORK

THE NETWORK NEWS

A BIMONTHLY UPDATE FOR COMMUNITY-BASED ONCOLOGY PROFESSIONALS

**Route To:**
☐ Physician
☐ Office Manager
☐ Oncology Nurse
☐ Pharmacist
☐ Business Office
☐

## IN THIS ISSUE

New! Network Rewards Program .......... 2-3
Network Dollars Program ...................... 3
Intron® A & Dosing Guide ..................... 4
Anzemet® ............................................. 5
LEUKINE Liquid® .................................. 6
Neumega® ............................................ 6
lynx™ .................................................... 7
FARESTON® ......................................... 8
1998 HCPCS Code Changes ................. 8
Oncology Drug Updates ................... 9-12
Sourcebook Update ............................. 12
Reimbursement .............................. 13-16
AWP & HCPCS Codes
1998 Convention Calendar .................. 16

10A

BP 01090
HIGHLY CONFIDENTIAL
BMS/AWP/000095885



# Save Time and Money With The Network Rewards Program

**NEW!**

Network Rewards is a program that will provide your practice with pricing assurance on 10 multi-source products every time you order. Unlike specials that are only in effect for a week or a month, the Network Rewards program utilizes a unique "Quartile Pricing" concept that provides competitive pricing over time, eliminating the need to "shop" for the best price. Oncology Therapeutics Network (OTN) does the work for you.

## Here are the products included in the program:

| DRUG | DESCRIPTION | MANUFACTURER |
| --- | --- | --- |
| Blenoxane® | | Bristol-Myers Squibb |
| Lyophilized Cytoxan® | | Bristol-Myers Squibb |
| Mutamycin® | | Bristol-Myers Squibb |
| Rubex® | | Bristol-Myers Squibb |
| VePesid® for Injection | | Bristol-Myers Squibb |
| Adriamycin PFS™ | | Pharmacia & Upjohn |
| Leucovorin | | Immunex |
| Methotrexate | | Immunex |
| Vinblastine | | Fujisawa |
| Vincasar® | | Pharmacia & Upjohn |

## How The Network Rewards Program Works

### Quartile Pricing

For each drug in the Network Rewards program, we have reviewed the pricing of all OTN customers in the nation. These prices were then divided into quartiles defined as the high quartile, medium high quartile, medium low quartile and low quartile.



**Network Rewards Program Pricing**

To begin the program, we will compare your practice's pricing to the quartile pricing. Any price currently paid by your practice that is above the Network Rewards price will be lowered to the Network Rewards price. Any price currently paid to OTN by your practice that is below the Network Rewards price will remain in place. OTN will provide a report to your practice listing all of your current program prices. Using this method, your practice is assured of pricing that is within the lowest quartile on all Network Rewards products.

### Choose 7 out of 10 Products

To participate in the Network Rewards program, you must buy at least 7 of the 10 Network Rewards products from OTN. Multiple sizes of the same product do not count as additional products. A simple enrollment form can be faxed to OTN to start your practice on the program.

### Going Forward

OTN will review Network Rewards pricing on a monthly basis and compare Network Rewards prices with the lowest prices paid by all OTN customers during that same month. We will, if necessary, automatically lower your pricing going forward to represent pricing comparable with those of OTN customers in the low quartile. A report of your practice's current pricing will be faxed to you each month to keep you abreast of any changes.

*The Network News is distributed by Oncology Therapeutics Network Corporation. ©1998 All rights reserved.*

*The articles in this newsletter are not intended to serve as rules and policies for medical practice. Primary references should be consulted. The reader is encouraged to review the manufacturer's package insert where applicable.*

*Comments and suggestions are welcome. Address them to: Stasia Lord, Editor, The Network News, Oncology Therapeutics Network, 395 Oyster Point Blvd., Suite 405, So. San Francisco, CA 94080.*

*Printed on recycled paper.*

10A

BP 01091

HIGHLY CONFIDENTIAL
BMS/AWP/000095886

# Network Rewards Benefits

**ONCOLOGY
THERAPEUTICS
NETWORK**

## Save Money with the Assurance of Market Competitive Prices

As part of Network Rewards, we proactively review the best prices of all OTN customers and load them into our pricing files for your practice. When your practice places an order, you are automatically assured of the most current competitive prices on Network Rewards products of all OTN customers in the nation.

## Save Time by Receiving Discounts Up-Front

Many practices report that they spend too much time "shopping" for the best prices. This is time that could be spent with patients. With Network Rewards, your practice is assured of our most competitive pricing without making time-consuming phone calls or watching for fax specials.

## Avoid Worry with Price Protection on Your Multi-Source Drug Purchases

Network Rewards gives you the confidence that your pricing is protected on the majority of your multi-source drug purchases.

## Early Payment Discounts

In addition to the low pricing your practice will receive as a participant in the Network Rewards program, OTN also offers an additional 1% and 2% discount for early payment. Or, you may choose to extend your payment to Net 75 Days or pay by credit card. Your practice may choose from the following four payment terms options:

✓ 1% 30, Net 60 Days

✓ 2% Upon Receipt of Order

✓ Net 75 Days

✓ Credit Card, Upon Receipt of Order

## Hassle-free, Low Pricing on Your Multi-Source Drug Budget

Network Rewards pricing, coupled with discounted payment terms, assure your practice of the most competitive prices of all OTN customers in the nation on your multi-source drug purchases. Your practice will receive these benefits without the worry and hassle of price shopping.

*Buyer acknowledges that it is responsible for fully and accurately reporting to the reimbursing agency any discounts described above on any item that is separately charged for payment under Medicare, Medicaid or any other federally funded state healthcare plan. Buyer also acknowledges that upon request by the Department of Health and Human Services or a state healthcare agency, it is responsible for providing the requesting agency with information regarding such discounts.

For more information on how your practice can start saving time and money with the Network Rewards Program, a copy of the current Network Rewards Price List and a Network Rewards enrollment form, contact your OTN account representative at:

### 1-800-482-6700.

# Network Dollars Program Ends December 31, 1997

For over three years, the Network Dollars program has provided savings to Oncology Therapeutics Network's (OTN) customers when they purchased products from OTN. Orders for the following five products placed on or before December 31, 1997, will earn Network Dollars:

◆ Blenoxane®

◆ Lyophilized Cytoxan®

◆ Mutamycin®

◆ Rubex®

◆ VePesid® for Injection

After December 31, 1997, a new program, called "Network Rewards" will be in effect (see *article at left*). If you would like more information sent or faxed to you regarding the Network Rewards program, please call 1-800-482-6700 and ask to speak to the account representative for your area.

Thank you for your participation in the Network Dollars program.

**10A**

BP 01092
HIGHLY CONFIDENTIAL
BMS/AWP/000095887





# Intron® A — HSA-Free
## —and—
# Original Formulation
### (interferon Alfa-2b, recombinant)*



OTN offers Intron A in the following sizes and formulations:

**HSA-FREE SOLUTION***

| CATALOG NUMBER | NDC | HCPCS CODE | ITEM | UNIT SIZE | ORDER QTY | PRICE/ UNIT |
|---|---|---|---|---|---|---|
| 220-151 | 0085-1184-01 | J9214 | Intron A solution | 3 MIU/0.5 mL | 1 | $30.40 |
| 220-161 | 0085-1191-01 | J9214 | Intron A solution | 5 MIU/0.5 mL | 1 | $50.70 |
| 220-171 | 0085-1179-01 | J9214 | Intron A solution | 10 MIU/1 mL | 1 | $101.30 |
| 220-191 | 0085-1168-01 | J9214 | Intron A solution | 18 MIU/MDV | 1 | $182.40 |
| 220-194 | 0085-1133-01 | J9214 | Intron A solution | 25 MIU/MDV | 1 | $253.15 |

**HSA-FREE SOLUTION PAKS***

| CATALOG NUMBER | NDC | HCPCS CODE | ITEM | UNIT SIZE | ORDER QTY | PRICE/ UNIT |
|---|---|---|---|---|---|---|
| 220-156 | 0085-1184-02 | J9214 | Intron A solution, Pak-3 | 3 MIU | 6 | $30.40 |
| 220-166 | 0085-1191-02 | J9214 | Intron A solution, Pak-5 | 5 MIU | 6 | $50.70 |
| 220-174 | 0085-1179-02 | J9214 | Intron A solution, Pak-10 | 10 MIU | 6 | $101.30 |

Paks include six vials, six syringes, and six alcohol swabs

\* HSA-free formulation is recommended for intramuscular, subcutaneous, or intralesional administration. Intron A solutions for injection are not recommended for IV administration.

**ORIGINAL FORMULATIONS****

| CATALOG NUMBER | NDC | HCPCS CODE | ITEM | UNIT SIZE | ORDER QTY | PRICE/ UNIT |
|---|---|---|---|---|---|---|
| 220-150 | 0085-0647-03 | J9214 | Intron A powder | 3 MIU/MDV | 1 | $30.40 |
| 220-160 | 0085-0120-02 | J9214 | Intron A powder | 5 MIU/MDV | 1 | $50.70 |
| 220-170 | 0085-0571-02 | J9214 | Intron A powder | 10 MIU/MDV | 1 | $101.30 |
| 220-175 | 0085-0285-02 | J9214 | Intron A powder | 25 MIU/MDV | 1 | $253.15 |
| 220-186 | 0085-1110-01 | J9214 | Intron A powder | 18 MIU/MDV | 1 | $182.40 |
| 220-180 | 0085-0539-01 | J9214 | Intron A powder | 50 MIU/MDV | 1 | $506.70 |

\** Original formulation is recommended for intramuscular, subcutaneous, intralesional, or intravenous administration.

## Intron A is a product in OTN's Price Matching Program

# Intron A Dosing Guide

| INDICATION | RECOMMENDED DOSAGE | RECOMMENDED VIAL SIZE |
|---|---|---|
| Chronic hepatitis C | 3 MIU SC or IM TIW | 3 MIU/0.5 mL or Pak-3 or 18 MIU MDV |
| Chronic hepatitis B | 30 - 35 MIU/week SC or IM (5 MIU QD or 10 MIU TIW) x 16 weeks) | 5 MIU/0.5 mL or Pak-5 or 10 MIU/1.0 mL or Pak-10 |
| Malignant melanoma | Induction: 20 MIU/m² IV 5 consecutive days/week x 4 weeks. | 50 MIU powder/1.0 mL |
| | Maintenance: 10 MIU/m² TIW SC x 48 weeks | 18 MIU powder/1.0 mL |
| Hairy-cell leukemia | 2 MIU/ m² SC or IM TIW | 5 MIU/0.5 mL or Pak-5 or 10 MIU/1.0 mL or Pak-10 or 18 MIU MDV |
| AIDS-related Kaposi's sarcoma | 30 MIU/m² SC or IM TIW | 50 MIU/1.0 mL powder |
| Condylomata acuminata | 1 MIU TIW (alternate days x 3 weeks) | 5 MIU/0.5 mL or Pak-5 or 10 MIU/1.0 mL or Pak-10 |

10A

BP 01093

HIGHLY CONFIDENTIAL
BMS/AWP/000095888

**Now Available!**

ONCOLOGY
THERAPEUTICS
NETWORK

# Anzemet®
## A New 5-HT₃ Receptor Antagonist
(dolasetron mesylate injection/tablets)
from Hoechst Marion Roussel

## Excellent Efficacy and Safety Profile



Dolasetron mesylate (Anzemet) received final approval from the FDA on October 17, 1997.

◆ Anzemet Injection is indicated for the prevention of nausea and vomiting associated with initial and repeat courses of emetogenic cancer chemotherapy, including high dose cisplatin.

◆ Anzemet Tablets are indicated for the prevention of nausea and vomiting associated with moderately emetogenic cancer chemotherapy, including initial and repeat courses.

For more information on dosing and administration, please contact your OTN account representative or your Hoechst Marion Roussel representative.

## Great Value!

| CATALOG NUMBER | NDC | BRAND NAME | ITEM | UNIT SIZE | ORDER QUANTITY | PRICE/ UNIT | AWP |
|---|---|---|---|---|---|---|---|
| 900-250 | 00088-1206-32 | Anzemet | dolasetron mesylate | 100 mg vial | 1 | $70.00 | $149.88 |
| 970-300 | 00088-1203-05 | Anzemet | dolasetron mesylate | 100 mg tablets | 5 | $289.75 | $330.00 |
| 970-305 | 00088-1203-29 | Anzemet | dolasetron mesylate | 100 mg tablets blister pack | 5 | $289.75 | $330.00 |
| 970-310 | 00088-1203-43 | Anzemet | dolasetron mesylate | 100 mg tablets unit dose | 10 | $579.50 | $660.00 |

## Outstanding Support:

### Reimbursement and Patient Assistance Program Hotline 1-888-895-2219

Call the Anzemet Hotline for help with reimbursement and patient assistance programs, Monday through Friday between 10:00 am and 6:00 pm ET.

**Call OTN today at 1-800-482-6700 to place your order!**

5

10A
BP 01094
HIGHLY CONFIDENTIAL
BMS/AWP/000095889



# LEUKINE® Liquid (GM-CSF, sargramostim)

**From Immunex Corporation** IMMUNEX



- ✓ Easier to Use
- ✓ Bioequivalent to Lyophilized Powder
- ✓ LEUKINE Liquid Quick Reference Guide Available from Immunex
- ✓ Multi-Dose Vial
- ✓ Saves Time
- ✓ Less Waste and Saves Money

| CATALOG NUMBER | NDC | ITEM | UNIT SIZE | PRICE/ UNIT |
|---|---|---|---|---|
| 222-116 | 58406-0050-30 | GM-CSF (sargramostin), solution | 500 mcg MDV | $210.25 |

### Choice of Payment Terms

Only through OTN, customers have four payment terms options: 1% 30, Net 60 Days; 2% Upon Receipt of Order, Net 75 Days; and Credit Card, Upon Receipt of Order.

### Reimbursement Support

☎ Immunex Reimbursement Hotline:
## 1-800-321-4669

*Bill for Leukine with J2820 per 50 mcg.*

**Now Available!**

# Neumega® (oprelvekin, IL-11)

### from Genetics Institute

Neumega (oprelvekin) has received final approval from the FDA and is now available through OTN.

Please contact your OTN account representative for more information.

| CATALOG NUMBER | NDC | BRAND NAME | ITEM | UNIT SIZE | ORDER QTY | PRICE/ UNIT |
|---|---|---|---|---|---|---|
| 222-200 | 58394-0004-01 | Neumega | oprelvekin, sterile lyoph pwd with diluent | 5 mg | 1/box | 192.55 |
| 222-207 | 58394-0004-02 | Neumega | oprelvekin, sterile lyoph pwd with diluent | 5 mg | 7/box | 192.55 |

## Call OTN today and place your order:
## 1-800-482-6700

10A
BP 01095

HIGHLY CONFIDENTIAL
BMS/AWP/000095890

# Respond To Today's Healthcare Challenges With lynx™



ONCOLOGY
THERAPEUTICS
NETWORK

Lynx is the point-of-care drug dispensing and tracking system developed specifically for office-based oncology practices. This easy-to-use, fully integrated system links ordering, dispensing, tracking, billing, and reporting — ending time and labor intensive manual inventory management procedures, while simultaneously capturing treatment information for your practice.

## Capture Lost Revenue

The lynx system captures billing information at the time of care, versus after-the-fact manual recording. As drugs and supplies are removed from the system, Lynx provides complete charge information for the billing department via transaction receipts and reports. This feature virtually eliminates unbilled drug charges, which currently represent a 5% loss of drug revenue per year for the average practice.



This graph illustrates the lost drug revenue in five practices both before and after installation of the Lynx system. In each practice, actual drug usage and drug billings were calculated one month before and one month after the installation of Lynx.

A comparison of drug billings versus actual drug usage was then made to determine lost drug charges. The results of each period were compared to calculate the percentage of lost charges before and after the installation of Lynx.

A significant reduction in lost drug revenue was seen in all five practices, post-Lynx installation. Pre-Lynx installation, the average lost drug revenue for these practices was 5%. Following the installation of Lynx, these losses were negligible.

## Call your OTN representative today to find out how to put the power of Lynx to work in your practice: 1-800-482-6700

10A

HIGHLY CONFIDENTIAL          BP 01096
BMS/AWP/000095891







# FARESTON® (toremifene citrate) 60 mg Tablets

From Schering

## Indication and Usage:
FARESTON is indicated for the treatment of metastatic breast cancer in postmenopausal women with estrogen-receptor positive or unknown tumors.

## Description:
FARESTON (toremifene citrate) tablets for oral administration each contain 88.5 mg of toremifene citrate, which is equivalent to 60 mg toremifene. FARESTON is a nonsteroidal antiestrogen. FARESTON is available only as tablets for oral administration.

## Dosage and Administration:
The dosage of FARESTON is 60 mg, once daily, orally. Treatment is generally continued until disease progression is observed.

### FARESTON Tablets

| NDC | Unit Size | Order Qty |
|---|---|---|
| 0085-1126-01 | 60 mg | 30 tablets |
| 0085-1126-02 | 60 mg | 100 tablets |

┌─ Reimbursement Information ─┐

Please contact Schering's
COMMITMENT TO CARE℠ Program
at 1-800-521-7157
for reimbursement and product
information.

# HCPCS Code Changes for 1998

The HCFA Common Procedure Coding System (HCPCS) Editorial Panel recently announced coding changes effective for Medicare claims beginning January 1, 1998. Services provided on or after January 1, 1998, should be filed using the 1998 codes. Services rendered in 1997 should continue to be billed with the 1997 codes. HCFA has granted a grace period to allow physicians to incorporate the changes into their practices. The 1998 charges received prior to April 1, 1998, may be filed with either the 1997 or 1998 codes.

Specific questions about these codes and requests for a complete list of code changes should be directed to your Medicare carrier.

| NEW | DELETE | BILLING UNITS | PRODUCT | NEW | DELETE | BILLING UNITS | PRODUCT |
|---|---|---|---|---|---|---|---|
| J0207 | | 500 mg | Injection, Amifostine | J1742 | | 1 mg | Injection, Ibutilide Fumarate |
| J0735 | | 1 mg | Injection, Clonidine Hydrochloride | J1825 | | 33 mcg | Injection, Interferon Beta-1A |
| J0740 | | 375 mg | Injection, Cidofovir | J2820 | | 50 mcg | Injection, Sargramostim (GM-CSF) |
| J1325 | | .05 mg | Injection, Epoprostenol | | J3005 | 1 mCi | Injection, Strontium-89 Chloride |
| J1561 | | 500 mg | Injection, Immune Globulin, Intravenous | J9150 | | 10 mg | Daunorubicin |
| J1562 | | 5 gms | Injection, Immune Globulin, Intravenous | J9170 | | 20 mg | Docetaxel |
| J1565 | | 50 mg | Injection, Respiratory Syncytial Virus Immune Globulin | J9201 | | 200 mg | Gemcitabine HCl |
| | | | | J9206 | | 20 mg | Irinotecan |
| | J1625 | 1 mg | Injection, Granisetron Hydrochloride | J9350 | | 4 mg | Topotecan |
| J1626 | | 100 mcg | Injection, Granisetron Hydrochloride | J9600 | | 75 mg | Porfimer Sodium |

**New J-Code for Amifostine!**

10A

HIGHLY CONFIDENTIAL   BP 01097
BMS/AWP/000095892

## ONCOLOGY DRUG UPDATES

ONCOLOGY
THERAPEUTICS
NETWORK

FDA
New Drug
Approvals

### Rituximab (Rituxan,™ Genentech/IDEC)

On November 26, 1997, U.S. Food and Drug Administration (FDA) approved rituximab (Rituxan) for the treatment of relapsed or refractory low-grade or follicular CD20 positive B-cell non-Hodgkin's lymphoma. Approximately 120,000 patients suffer annually from this disease. This product will be co-promoted in the US market by both Genentech and IDEC Pharmaceuticals. The product will require refrigeration and is now available through OTN.

### Oprelvekin (Neumega,* Genetics Institute)

On November 25, 1997, U.S. Food and Drug Administration (FDA) approved oprelvekin (Neumega) for the prevention of severe thrombocytopenia and the reduction of the need for platelet transfusions following myelosuppressive chemotherapy in patients with nonmyeloid malignancies who are at risk of severe thrombocytopenia. The product will require refrigeration and is now available through OTN.

### Aldesleukin (Proleukin,* Chiron Corporation)

On January 16, 1998, the Oncologic Drugs Advisory Committee of U.S. Food and Drug Administration (FDA) granted approval of aldesleukin (Proleukin) for injection for the treatment of adult patients with metastatic melanoma. This recommendation was based on the data from eight clinical trials evaluating Proleukin in a total of 270 patients with metastatic melanoma.

In these trials, 16% (43/270) of the patients responded to Proleukin and approximately half of these patients (22/43) remain alive over four years after treatment. In an analysis of the data presented, Proleukin produced a complete response in 6% (17/270) of patients. A complete response was defined as the total disappearance of tumors for two consecutive observations at least 28 days apart. Approximately 60% of the 17 patients who achieved a complete response have remained in remission for greater than five years without further treatment. The median duration of complete response has not yet been observed, but is at least 40 months. By comparison, the median duration of partial response was 5.9 months. These data indicate that durable responses can be achieved in some metastatic melanoma patients treated with Proleukin.

### Current Treatments For Bladder Cancer

Current
Treatments

Over the past decade, therapies for bladder cancer have changed very little. As medical therapies proceed into a new era, novel treatment options are moving through various phases of clinical testing. Treatment options for bladder cancer are based on the stage of the tumor, the severity of the symptoms, and coexisting medical conditions. The goal of therapy for local disease (noninvasive tumors) is to obtain control of the tumor with minimal side effects and prolonged disease-free and overall survival. Patients with invasive bladder cancer can rarely be cured; therefore, treatment is mainly palliative with the following goals: (1) to increase overall survival, (2) to provide long-lasting control, (3) to avoid cystectomy, (4) to reduce morbidity, and (5) to improve overall quality of life.

#### Local (Noninvasive) Disease

Standard treatment for noninvasive tumors consists of removal of the lesion (transurethral resection) and administration of local chemotherapy through a foley catheter (intravesical administration). Intravesical chemotherapeutic agents employed include doxorubicin, thiotepa, mitomycin-C, Bacillus Calmette-Guerin (BCG) vaccine, interferon alfa 2b, and thiotepa (see Table 1, page 10). Although various times of administration have been studied, instilling the chemotherapy preoperatively appears to prevent tumor recurrence to a greater degree than postoperative instillation.

A new immunotherapy treatment approach for bladder cancer is the use of photodynamic therapy mediated by 5-aminolevulinic acid (ALA).

Continued on the following page

10A

BP 01098

HIGHLY CONFIDENTIAL
BMS/AWP/000095893



# ONCOLOGY DRUG UPDATES

## Table 1 – Selected Treatment Regimens for Bladder Cancer

**INTRAVESICULAR CHEMOTHERAPY**

Interferon(IFN) ____ 50-100 MIU in 30 mL sterile water
*Repeat weekly for 12 weeks*

Bacillus Calmette-Guerin (BCG) ____ 50-150 mg in
*Repeat weekly for 6 weeks* 58-150 mL normal saline

Mitomycin C ____ 20-40 mg in 20-40 mL sterile water
*Repeat up to 3x weekly to a total of 20 doses*

Thiotepa ____ 60 mg in 30-60 ml normal saline
*Repeat every 1-4 weeks*

**COMBINATION CHEMOTHERAPY REGIMENS**

**CMV**
Cisplatin ____ 100 mg/m² IV (12 hrs. after methotrexate)
Methotrexate ____ 30 mg/m² IV Days 1, 8
Vinblastine ____ 4 mg/m² IV Days 1, 8
*Repeat every 3 weeks*

**MVAC**
Methotrexate ____ 30 mg/m² IV Days 1, 15, 22
Vinblastine ____ 3 mg/m² IV Days 2, 15, 22
Doxorubicin ____ 30 mg/m² IV Day 2
Cisplatin ____ 70 mg/m² IV Day 2
*Repeat every 4 weeks*

**CISCA**
Cyclophosphamide ____ 650 mg/m² IV Day 1
Doxorubicin ____ 50 mg/m² IV Day 1
Cisplatin ____ 100 mg/m² IV Day 2
*Repeat every 3-4 weeks*

**VIG**
Vinblastine ____ 0.11 mg/kg/day IV Days 1-2
Ifosfamide ____ 1200 mg/m²/day IV Days 1-5
Gallium nitrate ____ 300 mg/m²/day CIV Days 1-5
Calcitriol ____ 0.5 m/day PO Days -3 – 5
*Repeat every 3 weeks*

**SINGLE-AGENT CHEMOTHERAPY REGIMENS**

**Gemcitabine**
Gemcitabine ____ 1200 mg/m²/day IV Days 1, 8, 15
*Repeat every 4 weeks*

**Paclitaxel**
Paclitaxel ____ 250 mg/m² IV over 24 hours on Day 1
*Repeat every 3 weeks*

**Trimetrexate**
Trimetrexate ____ 8 mg/m²/day Days 1-5
*Repeat every 3 weeks*

**REFERENCES:**

1. Dorr RT, Hoenk DJ, Linhan M. *Chemotherapy Programs.* 3rd ed, St Louis, MO: Mosby-Year Book, 1994: 500-501.

2. Weiss RB, Chen P, Messerman J, Torrey RA. *An I unition Cooperative Oncology Group, Phase II trial of intravenous...*

3. Noll MH, Linhman DF, Dockhorn TB et al: *Bladder...*

4. Dorr RT, Van Hoff DD, ht Text RT, Van Hoff DD, eds. *Cancer Chemotherapy Handbook, 2nd ed, Norwalk, CT: Appleton & Lange, 1976.*

Photodynamic therapy uses photosensitizing agents and laser light to detect and destroy cancer cells. Other immunotherapeutic agents in development include keyhole-limpet hemocyanin (KLH) and bropirimine. Bropirimine is an oral anticancer drug that induces interferon-alpha and has direct antiproliferative activity. It has been evaluated for noninvasive bladder carcinoma with favorable response rates (42% efficacy rate) and is currently in phase II/III clinical trials.

## Invasive Disease

Standard therapy for muscle-invasive bladder cancer has been radical cystectomy, as this provides the least chance of recurrence. Recently, however, treatment of invasive disease includes the use of neo-adjuvant chemotherapy. Regimens used prior to cystectomy include carboplatin, methotrexate, and vinblastine and cisplatin and doxorubicin. Neo-adjuvant treatment appears to improve long-term survival after cystectomy; however, results are mixed. Bladder-sparing treatment options, which have equivalent results to radical cystectomy, include single-agent chemotherapy, combination chemotherapy, and combination chemotherapy and irradiation (chemoradiotherapy). Cisplatin

remains the most active single chemotherapy agent; however, in an effort to achieve adequate response rates with minimal toxicity, attention has turned to new chemotherapy agents. New agents under investigation include ifosfamide, gallium nitrate, trimetrexate, paclitaxel, gemcitabine, and piritrexim. Oral piritrexim, a second-generation antimetabolite, is active in the treatment of bladder cancer. Its use will most likely be for palliative treatment in patients who cannot tolerate aggressive chemotherapy or in combination chemotherapy regimens. Gemcitabine has been recently evaluated as a single agent in patients with metastatic bladder cancer. It is also an effective agent and will most likely be used in combination regimens. Paclitaxel is effective as a single-agent regimen (250 mg/m² intravenously over 24 hours) and also appears effective in a lower dose as part of a chemoradiotherapy combined modality regimen.

Combination chemotherapy regimens of methotrexate, vinblastine, doxorubicin, and cisplatin (M-VAC) and cisplatin, methotrexate, and vinblastine (CMV) remain the gold standard for patients with advanced bladder cancer. A novel, non-cisplatin containing regimen, which appears equal to M-VAC with less toxicity, is vinblastine, ifosfamide, and gallium nitrate. Phase III trials comparing the two regimens remain to be performed. Other combination modalities which show promise include protracted intravenous infusions of cisplatin and 5-fluorouracil during hyperfractionated radiotherapy and combined intra-arterial administration of cisplatin and doxorubicin with radiotherapy.

Finally, other entities under development for the treatment of bladder cancer include monoclonal antibodies (C225, anti-EGFR chimeric Mab, ImClone Systems), biologic markers (bromodeoxyuridine, NCI, Neopharm), and cell sensitizers (etanidazole, Roberts Pharmaceutical).

## Angiogenesis and Antiangiogenesis Agents

**Ongoing Research**

### Angiogenesis

Angiogenesis is the development of new blood vessels from those pre-existing. This phenomenon has been linked to tumor growth, invasion, and metastasis as part of a complex process. Several recent reviews outline the mechanisms of tumor angiogenesis as well as formulate strategies for potential clinical application of anti-angiogenic agents under investigation.[1,2,3]

The factors responsible for a change from cell homeostasis to activated tumor angiogenesis are not completely understood. The balance of proangiogenic and antiangiogenic factors is important in maintaining tumor dormancy. In the quiescent state, the rate of cell apoptosis balances that of proliferation. Acquisition of the angiogenic phenotype leads to a decrease in the apoptotic rate of tumor cells. This shifts the balance in favor of

HIGHLY CONFIDENTIAL
BMS/AWP/000095894

10A
BP 01099

# ONCOLOGY DRUG UPDATES

proliferation: One possible mechanism for acquiring the angiogenic phenotype may involve a change of a tumor suppressor gene with a subsequent decreased production of an angiogenic inhibitor. As an example, the p53 gene controls the synthesis of thrombospondin – 1 (TSP-1), a potent inhibitor of angiogenesis. Loss of p53 gene function through mutation is associated with diminished expression of TSP-1 as well as an ensuing switch to the angiogenic phenotype.

In addition, the process of angiogenesis requires the direct interaction of endothelial cells with their surrounding matrix. The microvascular endothelial cells release "angiogenic polypeptides" [e.g., basic fibroblast growth factor (bFGF), vascular endothelial growth factor (VEGF), and interleukin-8 (IL-8)]. These endogenous polypeptides have demonstrated activity to promote tumor growth and migration. As well, matrix metalloproteins (MMPs) facilitate migration of endothelial cells and tumor cells through tissue extracellular matrix by breaking down the tissue matrix surrounding the growing tumor and vessels. Therefore, the presence and activity of MMPs is required for both angiogenesis and metastasis. VEGFs, VEGF receptors, and MMPs are significantly "up-regulated" in several tumors but not in normal tissue, suggesting their importance for tumor-associated angiogenesis.

There is increasing evidence linking the degree of angiogenesis in the primary tumor to the risk of developing metastatic disease (as well as disease-free and overall survival). For example, there is a significant correlation between the degree of primary tumor neovascularization (as measured by the number of vessels per microscopic field) in primary breast cancer surgical specimens and the subsequent development of metastatic disease. In several tumor types, microvessel density of the primary tumor correlated positively with the propensity for metastasis, recurrence, or negative survival outcomes. Interestingly, the shedding of tumor cells into the systemic circulation is quantitatively related to the surface area of tumor vessels. This finding may explain why

tumors with high angiogenic indices correlate with an increased risk of metastasis and decreased survival.

## Antiangiogenesis and Therapy

In order to evaluate tumor states, prognosis, and potential anti-angiogenic agents, reliable markers or indices of angiogenesis are needed. Examples might include measuring tissue blood flow, measuring changes in tumor metabolism (e.g., via positron emission tomography), measuring vascular density (via magnetic resonance imaging), or serum or urine polypeptide levels (e.g., VEGF or bFGF). A reliable measure has yet to be developed despite reports of some correlations.

Strategies for antiangiogenic therapy are similar in that the agents affect a specific component of the angiogenesis pathway or affect pre-existing tumor vasculature. Most antiangiogenic agents currently in clinical trials interfere with the response of endothelial cells to endogenous angiogenic polypeptides. Some agents inhibit the activity of MMPs (MMPIs). The remaining agents either inhibit tumor neovascularization or destroy tumor neovasculature directly ("targeted therapy").

## TNP – 470 (AGM-1470)

TNP-470 is more potent and less toxic than a previous analog, fumgillin. It inhibits *in vivo* growth of several murine tumors and human xenografts and is currently in phase I trials in patients with Kaposi's sarcoma and early phase II trials in patients with solid tumors including central nervous system (CNS) tumors. Early reports demonstrate the drug is well-tolerated. Reversible cerebellar toxicity is the dose-limiting adverse effect.

## Platelet Factor 4 (PF4)

PF4 is a naturally occurring agent with potent antiangiogenic activity. It inhibits both endothelial cell proliferation and migration by binding to glycosaminoglycans, thus preventing bFGF from binding to its receptor. Today, it is in phase I trials in patients with solid tumors and Kaposi's sarcoma. Also, a phase II trial investigates its intratumoral administration in patients with primary brain tumors. Toxicities are mild and

include local injection site reactions, mild phlebitis, fatigue, and anemia.

## Tecogalan (DS4152, SP-PG)

Tecogalan is a sulfated polysaccharide peptidoglycan complex derived from a cell wall polysaccharide of *Arthrobacter Sp.* It demonstrates *in vitro* inhibition of endothelial cell growth and *in vivo* antitumor effects against both murine tumors and human xenografts. Phase I clinical trials are ongoing using tecogalan in patients with solid tumors. Its dose-limiting toxicity is anticoagulation (increased PTT); other reported adverse effects are fever and rigors.

## Thalidomide

Despite its well-known embryotoxic effects, thalidomide has useful immunomodulatory activity. It has recently been shown to have potent antiangiogenic properties and is being investigationally studied for patients with various malignancies including Kaposi's sarcoma, breast cancer, prostate cancer, and primary brain tumors.

## Batimastat (BB-94)

This agent inhibits the activity of MMPs (MMPI). Phase I trials are currently underway; however, its intraperitoneal and intrapleural routes of administration limit its utility.

## Marimastat (BB2516)

Marimastat is an MMPI that can be administered orally. Currently, patients with prostate, ovarian, and pancreatic cancers are being enrolled in phase I studies investigating this agent. Adverse effects reported include joint and muscle pain and stiffness. Tumor markers such as PSA, CA-125, and CA 19-9 have been affected positively in approximately half the patients treated with marimastat.

## CM101

Unlike the previous agents, CM101 has antiangiogenic properties with inhibitory effects on established tumor neovasculature. It is a group B Streptococcus polysaccharide which binds preferentially to capillary endothelium. Subsequently, vascular and cellular inflammatory reactions with the tumor vessels occur. Several

Continued on the following page

BP 01100          10A

HIGHLY CONFIDENTIAL
BMS/AWP/000095895



ONCOLOGY
THERAPEUTICS
NETWORK

# ONCOLOGY DRUG UPDATES

endogenous cytokines (TNF - α, MIP - 1α, IL-6, IL-8, and IL-10) increase systemically following CM101 administration. Phase I studies in Kaposi's sarcoma patients are planned.

## References:

Phuda JM. *Sem. Oncol.* 1997; 24 (2): 203-18.

Harris AL, *Lancet* 1997; 349 (Supp2): 13-15.

Saclarides TJ, *Surg Clin. North Am.* 1997; 77 (1): 253-60.

### Interleukin-12 (IL-12)

IL-12 has potent anti-angiogenic activity mediated by induction of interferon-g (INF-γ). The latter induces a protein (IP-10), which is a potent inhibitor of angiogenesis *in vivo*. In addition, IL-12 enhances proliferation of activated T and natural killer (NK) cells. Phase I and II clinical trials involving IL-12 are ongoing in Kaposi's sarcoma patients. Both its direct antitumor and

antiangiogenic activities are being investigated.

Antiangiogenic drugs may not cause tumor regression, but rather inhibit growth of the invading edge of the tumor (i.e., cytostatic). Utilization of these agents will most likely be in combination with a cytotoxic chemotherapeutic agent or with another modality such as radiation therapy. Since anti-angiogenic agents appear to be more effective against a smaller tumor, early application (i.e., small volume disease) may prove to be useful. Their use in patients with advanced or metastatic disease should also be considered in combination with salvage chemotherapy.

## Sourcebook Update — Fall/Winter 1997/98 Product And Pricing Changes

| | | | | | |
|---|---|---|---|---|---|
| 920-100 | Rocephin | Ceftriaxone Sodium, powder | 500 mg | $21.50 | ▲ |
| 920-110 | Rocephin | Ceftriaxone Sodium, powder | 1000 mg | $37.30 | ▲ |
| 920-120 | Rocephin | Ceftriaxone Sodium, powder | 2000 mg | $74.10 | ▲ |
| 920-210 | Vistide | Cidofovir, injection, (75 mg/5ml) | 5 ml | $651.50 | ▲ |
| 900-250 | Anzemet | Dolasetron, solution | 100 mg | $70.00 | NEW |
| 970-300 | Anzemet | Dolasetron, tablets, 5/PK | 100 mg | $289.75 | NEW |
| 970-305 | Anzemet | Dolasetron, tablets, 5/BTL | 100 mg | $289.75 | NEW |
| 970-310 | Anzemet | Dolasetron, tablets, 10/BTL | 100 mg | $579.50 | NEW |
| 840-150 | Romazicon | Flumazenil, solution (0.1mg/ml) (X10) | 0.5 mg MDV | $31.00 | ▲ |
| 840-160 | Romazicon | Flumazenil, solution (0.1 mg/ml) (X10) | 1 mg MDV | $49.30 | ▲ |
| 800-902 | Gemzar | Gemcitabine HCl | 200 mg | $66.05 | ▲ |
| 800-910 | Gemzar | Gemcitabine HCl | 1-g | $330.15 | ▲ |
| 902-300 | Idamycin | Idarubicin HCl, powder | 5 mg | $267.00 | ▲ |
| 902-310 | Idamycin | Idarubicin HCl, powder | 10 mg | $534.00 | ▲ |
| 847-010 | Gammar P | Immune Globulin IV 5% | 1 gm | $30.75 | ▲ |
| 847-025 | Gammar P | Immune Globulin IV 5% | 2.5 gm | $96.00 | ▲ |
| 847-050 | Gammar P | Immune Globulin IV 5% | 5 gm | $192.00 | ▲ |
| 847-100 | Gammar P | Immune Globulin IV 5% | 10 gm | $384.00 | ▲ |
| 220-405 | Infergen | Interferon alfacon-1 9 mcg (X6) | 0.3 ml | $31.95 | NEW |
| 220-400 | Infergen | Interferon alfacon-1 15 mcg (X6) | 0.5 ml | $53.25 | NEW |
| 901-292 | Camptosar | Irinotecan HCl (20 mg/ml) | 2 ml | $171.50 | NEW |
| 240-100 | Abbott | Leucovorin Calcium Predilute (10 mg/ml) | 10 ml | $4.00 | NEW |
| 240-250 | Abbott | Leucovorin Calcium Predilute (10 mg/ml) | 25 ml | $10.00 | NEW |
| 960-000 | IV Alkeran | Melphalan HCl, powder | 50 mg | $299.00 | ▲ |
| 960-010 | Alkeran | Melphalan HCl, tablets, 2 mg | 50 per bottle | $87.00 | ▲ |
| 910-100 | Depo-Provera | Medroxyprogesterone Acetate, solution (400 mg/ml) | 2.5 ml | $102.00 | ▲ |
| 910-110 | Depo-Provera | Medroxyprogesterone Acetate, solution (400 mg/ml) | 10 ml | $384.00 | ▲ |
| 840-550 | A-methaPred | Methylprednisolone Sod. Succ. w/1 ml diluent (x10) | 40 mg | $2.45 | ▲ |
| 840-555 | A-methaPred | Methylprednisolone Sod. Succ. w/2 ml diluent (x10) | 125 mg | $4.70 | ▲ |
| 840-560 | A-methaPred | Methylprednisolone Sod. Succ. w/4 ml diluent (x10) | 500 mg | $10.00 | ▲ |
| 840-565 | A-methaPred | Methylprednisolone Sod. Succ. w/8 ml diluent (x10) | 1000 mg | $17.80 | ▲ |
| 960-300 | Versed | Midazolam, solution (1mg/ml), C-IV | 2 mg | $48.00 | ▲ |
| 960-310 | Versed | Midazolam, solution (5mg/ml), C-IV | 5 mg | $105.50 | ▲ |
| 222-200 | Neumega | Oprelvekin, powder | 5 mg | $192.55 | NEW |
| 222-207 | Neumega | Oprelvekin, powder (x7) | 5 mg | $192.55 | NEW |
| 900-400 | Taxol | Paclitaxel, solution (6 mg/ml) | 30 mg MDV | $140.26 | Catalog # |
| 900-450 | Taxol | Paclitaxel, solution (6 mg/ml) | 100 ml MDV | $467.53 | Change |
| 841-635 | Compazine | Prochlorperazine, solution (5 mg/ml) | 10 ml MDV | $30.50 | ▲ Call change |
| 223-700 | Rituxan | Rituximab, solution | 100 mg | $338.25 | NEW |
| 223-710 | Rituxan | Rituximab, solution | 500 mg | $1,690.75 | NEW |
| 202-400 | Zanosar | Streptozocin, powder | 1 g | $75.00 | ▲ |
| 901-285 | Hycamtin | Topotecan HCl, lyophilized powder (single vials) | 4 mg | $443.00 | ▲ |
| 901-280 | Hycamtin | Topotecan HCl, lyophilized powder (x5) | 4 mg | $443.00 | ▲ |

▲ Reflects a price increase   ▼ Reflects a price decrease   • Reflects a product description change

10A

HIGHLY CONFIDENTIAL
BMS/AWP/000095896

BP 01101

# REIMBURSEMENT



ONCOLOGY
THERAPEUTICS
NETWORK

## Average Wholesale Prices and 1998 HCPCS Codes

As a reimbursement resource, the average wholesale prices (AWPs) and HCPCS codes are listed for drugs commonly used in cancer treatment. Products are listed alphabetically by their generic name. The AWPs are obtained from the *1997 Red Book* and the January 1998 *Red Book Update*.

For drugs that have multiple manufacturers, the AWP for the product that OTN most commonly stocks is listed. For ease of use, we list the AWP information in the first three columns and the billing code and units in the right two columns. Please refer to the *Sourcebook* for a complete listing of HCPCS codes.

| PRODUCT | VIAL SIZE | NDC | DECEMBER AWP/VIAL | '98 HCPCS CODE | BILLING UNITS |
|---|---|---|---|---|---|
| **Proleukin®** | | | | | |
| Aldesleukin, pwd (Interleukin-2) | 22 MIU | 53905-0991-01 | 442.00 | J9015 | per 22 MIU |
| **Ethyol®** | | | | | |
| • Amifostine | 500 mg | 17314-7253-03 | 322.92 | J0207 | per 500 mg |
| **Fungizone®** | | | | | |
| Amphotericin B Oral Suspension | 24 mL | 00087-1162-10 | 26.25 | J9999*/J3490* | |
| **Blenoxane®** | | | | | |
| Bleomycin sulfate, pwd | 15 units | 00015-3010-20 | 304.60 | J9040 | per 15 units |
| | 30 units | 00015-3063-01 | 609.20 | J9040 | per 15 units |
| **Paraplatin®** | | | | | |
| Carboplatin, pwd | 50 mg | 00015-3213-30 | 93.46 | J9045 | per 50 mg |
| | 150 mg | 00015-3214-30 | 280.33 | J9045 | per 50 mg |
| | 450 mg | 00015-3215-30 | 840.99 | J9045 | per 50 mg |
| **BiCNU®** | | | | | |
| Carmustine, pwd w/diluent | 100 mg | 00015-3012-38 | 92.94 | J9050 | per 100 mg |
| **Tagamet®** | | | | | |
| Cimetidine HCl, sol (150 mg/mL) | 300 mg | 00108-5017-16 | 3.96 | J9999*/J3490* | |
| **Platinol®-AQ** | | | | | |
| Cisplatin, sol (1 mg/mL) | 50 mg MDV | 00015-3220-22 | 195.00 | J9062 | per 50 mg |
| | 100 mg MDV | 00015-3221-22 | 389.98 | J9062 | per 50 mg |
| **Leustatin®** | | | | | |
| Cladribine, sol (1 mg/mL) | 10 mg | 59676-0201-01 | 496.80 | J9065 | per 1 mg |
| **Cytoxan® lyophilized** | | | | | |
| Cyclophosphamide, lyophilized | 100 mg | 00015-0539-41 | 6.45 | J9093 | per 100 mg |
| | 200 mg | 00015-0546-41 | 12.25 | J9094 | per 200 mg |
| | 500 mg | 00015-0547-41 | 25.71 | J9095 | per 500 mg |
| | 1 g | 00015-0548-41 | 51.43 | J9096 | per 1 g |
| | 2 g | 00015-0549-41 | 102.89 | J9097 | per 2 g |
| **Cytoxan® Tablets** | | | | | |
| Cyclophosphamide, tablets, 25 mg | 100 per bottle | 00015-0504-01 | 181.03 | J8530 | 25 mg |
| Cyclophosphamide, tablets, 50 mg | 100 per bottle | 00015-0503-01 | 332.21 | J8530 | 25 mg |
| Cyclophosphamide, tablets, 50 mg | 1,000 per bottle | 00015-0503-02 | 3,164.15 | J8530 | 25 mg |
| Cytarabine, pwd | 100 mg | 00364-2467-53 | 6.00 | J9100 | per 100 mg |
| | 100 mg | 55390-0131-10 | 6.25 | J9100 | per 100 mg |
| | 500 mg | 00364-2468-54 | 23.06 | J9110 | per 500 mg |
| | 500 mg | 55390-0132-10 | 25.00 | J9110 | per 500 mg |
| | 1 g | 55390-0133-01 | 50.00 | J9110 | per 500 mg |
| | 2 g | 55390-0134-01 | 98.90 | J9110 | per 500 mg |
| **DTIC-Dome®** | | | | | |
| Dacarbazine, pwd | 100 mg | 00026-8151-10 | 13.83 | J9130 | per 100 mg |
| | 200 mg | 00026-8151-20 | 27.23 | J9140 | per 200 mg |
| **DaunoXome®** | | | | | |
| Daunorubicin citrate liposome inj. (1 mg/mL) | 50 mg | 56146-0301-01 | 287.50 | J9999*/J3490* | per 50 mg |
| **Cerubidine®** | | | | | |
| Daunorubicin HCl, pwd | 20 mg | 55390-0281-10 | 168.50 | J9150 | per 10 mg |
| **DDAVP®** | | | | | |
| Desmopressin Acetate, sol (4 mcg/mL) | 1 mL | 00075-2451-01 | 25.64 | J2597 | per 4 mcg |
| Dexamethasone, sol (10 mg/mL) | 100 mg MDV | 00364-2360-54 | 12.00 | J1100 | up to 4 mg/mL |
| Dexamethasone, sol (4 mg/mL) | 20 mg MDV | 00517-4905-25 | 2.19 | J1100 | up to 4 mg/mL |
| | 120 mg MDV | 00517-4930-25 | 7.84 | J1100 | up to 4 mg/mL |
| **Zinecard™** | | | | | |
| • Dexrazoxane for injection | 250 mg | 00013-8715-62 | 152.39 | J1190 | per 250 mg |
| | 500 mg | 00013-8725-89 | 304.76 | J1190 | per 250 mg |
| Diazepam, sol (5 mg/mL) | 10 mg | 00364-0825-48 | 3.60 | J3360 | up to 5 mg |
| | 50 mg | 00364-0825-54 | 21.97 | J3360 | up to 5 mg |
| Diphenhydramine HCl, sol (10 mg/mL) | 300 mg | 00364-6530-56 | 7.51 | J1200 | up to 50 mg |
| Diphenhydramine HCl, sol (50 mg/mL) | 500 mg MDV | 00364-6531-54 | 10.00 | J1200 | up to 50 mg |
| | 50 mg | 00641-0376-25 | 0.67 | J1200 | up to 50 mg |
| **Taxotere®** | | | | | |
| • Docetaxel for injection | 20 mg | 00075-8001-20 | 257.92 | J9170 | per 20 mg |
| | 80 mg | 00075-8001-80 | 1,031.68 | J9170 | per 20 mg |

10A

HIGHLY CONFIDENTIAL
BMS/AWP/000095897

BP 01102



# REIMBURSEMENT

| PRODUCT | VIAL SIZE | NDC | DECEMBER AWP/VIAL | '98 HCPCS CODE | BILLING UNITS |
|---|---|---|---|---|---|
| **Anzemet®** | | | | | |
| •Dolasetron mesylate, sol (20 mg/mL) | 5 mL | 00088-1206-32 | 149.88 | J3490* | per 100 mg |
| **Rubex®** | | | | | |
| Doxorubicin, pwd | 50 mg | 00015-3352-22 | 197.15 | J9000 | per 10 mg |
| | 100 mg | 00015-3353-22 | 394.29 | J9000 | per 10 mg |
| **Bedford Laboratories** | | | | | |
| Doxorubicin, pwd | 10 mg | 55390-0231-10 | 45.08 | J9000 | per 10 mg |
| | 20 mg | 55390-0232-10 | 90.16 | J9000 | per 10 mg |
| | 50 mg | 55390-0233-01 | 225.40 | J9000 | per 10 mg |
| Doxorubicin, sol (2 mg/mL) | 10 mg | 55390-0235-10 | 47.35 | J9000 | per 10 mg |
| | 20 mg | 55390-0236-10 | 94.70 | J9000 | per 10 mg |
| | 50 mg | 55390-0237-01 | 236.74 | J9000 | per 10 mg |
| | 200 mg MDV | 55390-0238-01 | 945.98 | J9000 | per 10 mg |
| **Adriamycin®** | | | | | |
| •Doxorubicin, RDF pwd | 10 mg | 00013-1086-91 | 48.76 | J9000 | per 10 mg |
| | 20 mg | 00013-1096-94 | 92.00 | J9000 | per 10 mg |
| | 50 mg | 00013-1106-79 | 243.80 | J9000 | per 10 mg |
| | 150 mg MDV | 00013-1116-83 | 716.76 | J9000 | per 10 mg |
| •Doxorubicin, pfs sol (2 mg/mL) | 10 mg | 00013-1136-91 | 51.21 | J9000 | per 10 mg |
| | 20 mg | 00013-1146-94 | 96.63 | J9000 | per 10 mg |
| | 50 mg | 00013-1156-79 | 256.06 | J9000 | per 10 mg |
| | 75 mg | 00013-1176-87 | 384.09 | J9000 | per 10 mg |
| | 200 mg MDV | 00013-1166-83 | 946.94 | J9000 | per 10 mg |
| **DOXIL®** | | | | | |
| Doxorubicin, HCl liposome inj. (2mg/mL) | 20 mg | 61471-0295-12 | 606.25 | J9999* | |
| **Procrit®** | | | | | |
| Epoetin alfa | 2,000 units/ mL | 59676-0302-01 | 24.00 | Q0136* | 1,000 units |
| | 3,000 units/ mL | 59676-0303-01 | 36.00 | Q0136* | 1,000 units |
| | 4,000 units/ mL | 59676-0304-01 | 48.00 | Q0136* | 1,000 units |
| | 10,000 units/ mL | 59676-0310-01 | 117.96 | Q0136* | 1,000 units |
| | 20,000 units/ 1 mL MDV | 59676-0320-01 | 235.92 | Q0136* | 1,000 units |
| | 20,000 units/ 2 mL MDV | 59676-0312-01 | 235.92 | Q0136* | 1,000 units |
| **VePesid® Capsules** | | | | | |
| Etoposide, capsules, 50 mg | 20 per box | 00015-3091-45 | 785.43 | J8560 | 50 mg |
| **VePesid® for Injection** | | | | | |
| Etoposide, injection (20 mg/mL) | 100 mg MDV | 00015-3095-20 | 136.49 | J9182 | per 100 mg |
| | 150 mg MDV | 00015-3084-20 | 204.74 | J9182 | per 100 mg |
| | 500 mg MDV | 00015-3061-20 | 665.38 | J9182 | per 100 mg |
| | 1 gm MDV | 00015-3062-20 | 1,296.64 | J9182 | per 100 mg |
| **Etopophos®** | | | | | |
| Etoposide phosphate for injection | 100 mg | 00015-3404-20 | 124.14 | J9999* | |
| **Fludara®** | | | | | |
| Fludarabine phosphate, pwd | 50 mg | 50419-0511-06 | 196.50 | J9185 | per 50 mg |
| Fluorouracil, sol (50 mg/mL) | 500 mg | 39769-0012-10 | 3.75 | J9190 | per 500 mg |
| | 2,500 mg | 00013-1046-94 | 13.25 | J9190 | per 500 mg |
| | 5,000 mg | 39769-0012-90 | 25.00 | J9190 | per 500 mg |
| **Neupogen®** | | | | | |
| G-CSF (Filgrastim), sol (0.3 mg/mL) | 300 mcg | 55513-0530-10 | 161.30 | J1440 | per 300 mcg |
| | 480 mcg | 55513-0546-10 | 256.90 | J1441 | per 480 mcg |
| **Gemzar®** | | | | | |
| •Gemcitabine HCl | 200 mg | 00002-7501-01 | 69.39 | J9201 | per 20 mg |
| •Gemcitabine HCl | 1 g | 00002-7502-01 | 346.94 | J9201 | per 20 mg |
| **Leukine®** | | | | | |
| GM-CSF (Sargramostim), lyophilized | 250 mcg | 58406-0002-33 | 117.79 | J2820 | per 50 mcg |
| | 500 mcg | 58406-0050-30 | 235.58 | J2820 | per 50 mcg |
| **Zoladex®** | | | | | |
| Goserelin acetate, implant | 3.6 mg syringe | 00310-0960-36 | 410.51 | J9202 | per 3.6 mg |
| | 10.8 mg syringe | 00310-0961-30 | 1,231.53 | J9202 | per 3.6 mg |
| **Kytril®** | | | | | |
| •Granisetron HCl, sol (1 mg/mL) | 1 mL | 00029-4149-01 | 177.40 | J1626 | per 100 mcg |
| | 4 mL | 00029-4152-01 | 709.60 | J1626 | per 100 mcg |
| **Ifex®** | | | | | |
| Ifosfamide | 1 g | 00015-0556-41 | 119.85 | J9208 | per 1 g |
| | 3 g | 00015-0557-41 | 359.55 | J9208 | per 1 g |
| **Ifex®/Mesnex®** | | | | | |
| Ifosfamide (10 x 1 g)/mesna (10 x 1 g MDV) | Combo-Pack | 00015-3554-27 | 2,094.91 | J9208/J9209 | |
| Ifosfamide (2 x 3 g)/mesna (6 x 1 g MDV) | Combo-Pack | 00015-3564-15 | 1,256.88 | J9208/J9209 | |
| Ifosfamide (5 x 1 g)/mesna (3 x 1 g MDV) | Combo-Pack | 00015-3556-26 | 866.96 | J9208/J9209 | |
| **Venoglobulin I** | | | | | |
| Immune globulin intravenous, 5% pwd w/IV set | 2.5 g | 49669-1602-01 | 152.05 | J1561 | per 500 mg |
| | 5 g | 49669-1603-01 | 304.10 | J1561 | per 500 mg |
| | 10 g | 49669-1604-01 | 608.20 | J1561 | per 500 mg |
| **Venoglobulin S** | | | | | |
| Immune globulin intravenous, 5% sol w/IV set | 2.5 g | 49669-1612-01 | 225.00 | J1561 | per 500 mg |
| | 5 g | 49669-1613-01 | 450.00 | J1561 | per 500 mg |
| | 10 g | 49669-1614-01 | 900.00 | J1561 | per 500 mg |

HIGHLY CONFIDENTIAL
BMS/AWP/000095898

10A
BP 01103

# REIMBURSEMENT

| PRODUCT | VIAL SIZE | NDC | DECEMBER AWP/VIAL | '98 HCPCS CODE | BILLING UNITS |
|---|---|---|---|---|---|
| Immune globulin intravenous, 10% sol w/IV set | 5 g | 49669-1622-01 | 475.00 | J1562 | per 5 g |
|  | 10 g | 49669-1623-01 | 950.00 | J1562 | per 5 g |
|  | 20 g | 49668-1624-01 | 1,900.00 | J1562 | per 5 g |
| Immune globulin intravenous, 10% sol w/IV set | 1 g | 00192-0649-12 | 75.00 | J1561 | per 500 mg |
|  | 5 g | 00192-0649-20 | 375.00 | J1562 | per 5 g |
|  | 10 g | 00192-0649-71 | 750.00 | J1562 | per 5 g |
|  | 20 g | 00192-0649-24 | 1,500.00 | J1562 | per 5 g |
| Immune globulin intravenous, 5%-10% w/IV set | 2.5 g | 52769-0471-72 | 145.00 | J1561 or J1562 | |
|  | 5 g | 52769-0471-75 | 290.00 | J1561 or J1562 | |
|  | 10 g | 52769-0471-80 | 580.00 | J1561 or J1562 | |
| Rho D Immune globulin intravenous | 300 mcg | 60492-0082-01 | 306.00 | J3490/J9999* | |
| Intron A Interferon alfa 2b, solution HSA-free | 3 MIU | 00085-1184-01 | 33.92 | J9214 | per 1 MIU |
|  | 3 MIU PAK | 00085-1184-02 | 33.92 | J9214 | per 1 MIU |
|  | 5 MIU | 00085-1191-01 | 56.52 | J9214 | per 1 MIU |
|  | 5 MIU PAK | 00085-1191-02 | 56.52 | J9214 | per 1 MIU |
|  | 10 MIU | 00085-1179-01 | 113.04 | J9214 | per 1 MIU |
|  | 10 MIU PAK | 00085-1179-02 | 113.04 | J9214 | per 1 MIU |
|  | 18 MIU MDV | 00085-1168-01 | 203.47 | J9214 | per 1 MIU |
|  | 25 MIU MDV | 00085-1133-01 | 282.62 | J9214 | per 1 MIU |
| Interferon alfa 2b, pwd | 3 MIU MDV | 00085-0647-03 | 33.92 | J9214 | per 1 MIU |
|  | 5 MIU MDV | 00085-0120-02 | 56.52 | J9214 | per 1 MIU |
|  | 10 MIU MDV | 00085-0571-02 | 113.04 | J9214 | per 1 MIU |
|  | 18 MIU MDV | 00085-1110-01 | 203.47 | J9214 | per 1 MIU |
|  | 25 MIU MDV | 00085-0285-02 | 282.62 | J9214 | per 1 MIU |
|  | 50 MIU MDV | 00085-0539-01 | 565.21 | J9214 | per 1 MIU |
| Roferon A Interferon alfa 2a, pwd w/3 mL diluent | 18 MIU | 00004-1993-09 | 203.48 | J9213 | per 3 MIU |
|  | 3 MIU | 00004-2009-09 | 33.94 | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (3 MIU/mL) | 9 MIU | 00004-2010-09 | 95.55 | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (10 MIU/mL) | 18 MIU | 00004-2011-09 | 203.48 | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (6 MIU/mL) Interferon alfa 2a, sol (36 MIU/mL) | 36 MIU | 00004-2012-09 | 407.00 | J9213 | per 3 MIU |
| Camptosar Irinotecan HCl injection, CPT-11 (20 mg/mL) NEW | 2 mL | 00009-7529-01 | 204.41 | J9206 | per 20 mg |
|  | 5 mL | 00009-7529-01 | 511.04 | J9206 | per 20 mg |
| Leucovorin, pwd | 50 mg | 55390-0051-10 | 18.44 | J0640 | per 50 mg |
|  | 50 mg | 58406-0621-05 | 21.53 | J0640 | per 50 mg |
|  | 100 mg | 55390-0052-10 | 35.00 | J0640 | per 50 mg |
|  | 100 mg | 58406-0622-06 | 39.41 | J0640 | per 50 mg |
|  | 200 mg | 55390-0053-01 | 78.00 | J0640 | per 50 mg |
|  | 350 mg | 58406-0623-07 | 137.94 | J0640 | per 50 mg |
| Lupron Leuprolide acetate depot, susp. (7.5 mg/mL) | 7.5 mg | 00300-3629-01 | 540.63 | J9217 | per 7.5 mg |
|  | 22.5 mg | 00300-3336-01 | 1,621.89 | J9217 | per 7.5 mg |
| Lorazepam, sol (2 mg/mL) | 2 mg MDV | 00008-0581-04 | 12.01 | J2060 | per 2 mg |
| Lorazepam, sol (2 mg/mL) | 20 mg MDV | 00008-0581-01 | 107.00 | J2060 | per 2 mg |
| Lorazepam, sol (4 mg/mL) | 40 mg MDV | 00008-0570-01 | 133.74 | J2060 | per 2 mg |
| Lorazepam, sol (2 mg/mL), w/ syringe | 2 mg | 00008-0581-02 | 12.67 | J2060 | per 2 mg |
| Mannitol, 25% sol | 50 mL | 00074-4031-01 | 5.05 | J2150 | per 50 mL |
| Mustargen Mechlorethamine HCl, pwd | 10 mg | 00006-2753-31 | 10.10 | J9230 | per 10 mg |
| Megace Megestrol acetate, tablets, 20 mg | 100 per bottle | 00015-0595-01 | 75.68 | | |
| Megestrol acetate, tablets, 40 mg | 100 per bottle | 00015-0596-41 | 134.96 | | |
|  | 250 per bottle | 00015-0596-46 | 330.68 | | |
|  | 500 per bottle | 00015-0596-45 | 647.88 | | |
| Megace Oral Suspension Megestrol acetate, oral suspension | 8 floz | 00015-0508-42 | 123.19 | | |
| Alkeran Melphalan hydrochloride, pwd | 50 mg | 00173-0130-93 | 296.99 | J9245 | per 50 mg |
| Melphalan hydrochloride, tablets, 2 mg | 50 per bottle | 00173-0045-35 | 84.77 | J8600 | 2 mg |
| Mesnex Mesna, sol (100 mg/mL) | 1 g MDV | 00015-3563-02 | 162.71 | J9209 | per 200 mg |
| Methotrexate, pwd | 20 mg | 00205-4654-90 | 2.78 | J9250 | per 5 mg |
|  | 1,000 mg | 58406-0671-05 | 61.44 | J9260 | per 50 mg |
| Methotrexate, pres. free sol (25 mg/mL) | 50 mg | 55390-0031-10 | 6.88 | J9260 | per 50 mg |
|  | 100 mg | 55390-0032-10 | 8.75 | J9260 | per 50 mg |
|  | 200 mg | 55390-0033-10 | 17.50 | J9260 | per 50 mg |
|  | 250 mg | 55390-0034-10 | 26.88 | J9260 | per 50 mg |
| Methotrexate, sol w/pres. (25 mg/mL) | 50 mg | 58406-0681-14 | 4.75 | J9260 | per 50 mg |
|  | 250 mg | 58406-0681-17 | 20.48 | J9260 | per 50 mg |
| Methotrexate, tablets, 2.5 mg | 100 per bottle | 00555-0572-02 | 362.95 | J8610 | 2.5 mg |
|  | 36 per bottle | 00555-0572-35 | 130.05 | J8610 | 2.5 mg |
| Metoclopramide, sol w/pres. (5 mg/mL) | 2 mL | 39769-0066-02 | 2.35 | J2765 | up to 10 mg |
| Metoclopramide, pres. free sol (5 mg/mL) | 50 mg | 00013-6116-95 | 8.73 | J2765 | up to 10 mg |
|  | 150 mg | 00013-6126-95 | 23.54 | J2765 | up to 10 mg |

BP 01104

10A

HIGHLY CONFIDENTIAL
BMS/AWP/000095899

# REIMBURSEMENT

| PRODUCT | VIAL SIZE | NDC | DECEMBER AWP/VIAL | '98 HCPCS CODE | BILLING UNITS |
|---|---|---|---|---|---|
| Mutamycin®<br>• Mitomycin, pwd | 5 mg<br>20 mg<br>40 mg | 00015-3001-20<br>00015-3002-20<br>00015-3059-20 | 134.11<br>452.91<br>915.09 | J9280<br>J9290<br>J9291 | per 5 mg<br>per 20 mg<br>per 40 mg |
| Novantrone®<br>Mitoxantrone, sol (2 mg/mL) | 20 mg MDV<br>25 mg MDV<br>30 mg MDV | 58406-0640-03<br>58406-0640-05<br>58406-0640-07 | 720.04<br>900.03<br>1,080.05 | J9293<br>J9293<br>J9293 | per 5 mg<br>per 5 mg<br>per 5 mg |
| Sandostatin®<br>Octreotide Acetate, sol (50 mcg/mL)<br>Octreotide Acetate, sol (100 mcg/mL)<br>Octreotide Acetate sol (500 mcg/mL) | 50 mcg amp<br>100 mcg amp<br>500 mcg amp | 00078-0180-03<br>00078-0181-03<br>00078-0182-03 | 5.21<br>9.54<br>43.62 | J9999*/J3490†<br>J9999*/J3490†<br>J9999*/J3490† | |
| Zofran®<br>Ondansetron HCl, sol (2 mg/mL)<br>Ondansetron HCl, sol (2 mg/mL)<br>Ondansetron HCl, sol premixed (32 mg/50 mL D5W) | 40 mg MDV<br>4 mg<br>32 mg bag | 00173-0442-00<br>00173-0442-02<br>00173-0461-00 | 244.43<br>24.45<br>206.41 | J2405<br>J2405<br>J2405* | per 1 mg<br>per 1 mg<br>per 1 mg |
| Neumega®<br>NEW • Oprelvekin | 5 mg | 58394-0004-01 | 235.00 | J3490† | per 5 mg |
| TAXOL®<br>• Paclitaxel, semi-synthetic sol (6mg/ml) | 30 mg<br>100 mg | 00015-3475-30<br>00015-3476-30 | 182.63<br>608.76 | J9265<br>J9265 | per 30 mg<br>per 30 mg |
| Aredia®<br>• Pamidronate disodium, pwd. | 30 mg<br>60 mg<br>90 mg | 00083-2601-04<br>00083-2606-01<br>00083-2609-01 | 207.26<br>408.54<br>597.84 | J2430<br>J2430<br>J2430 | per 30 mg<br>per 30 mg<br>per 30 mg |
| Nipent™<br>• Pentostatin, pwd | 10 mg | 00071-4243-01 | 1,440.00 | J9268 | per 10 mg |
| Prochlorperazine, sol (5 mg/mL)<br>Prochlorperazine, tablets, 10 mg | 10 mg<br>50 mg MDV<br>100 per box | 00364-2231-48<br>00364-2231-54<br>00007-3367-20 | 2.64<br>13.00<br>94.50 | J0780<br>J0780 | up to 10 mg<br>up to 10 mg |
| Zantac®<br>Ranitidine, sol (50 mg/2 mL) | 2 mL | 00173-0362-38 | 3.99 | J9999*/J3490† | |
| Rituxan™<br>NEW • Rituximab | 100 mg | 50242-0051-21 | 397.50 | J3490† | per 100 mg |
| Zanosar®<br>Streptozocin, pwd | 1 g | 00009-0844-01 | 74.35 | J9320 | per 1 g |
| Vumon®<br>• Teniposide, 50 mg | 5 mL amp | 00015-3075-19 | 175.74 | J9999* | per 50 mg |
| Thioplex®<br>Thiotepa, pwd | 15 mg | 58406-0661-02 | 83.94 | J9340 | per 15 mg |
| Hycamtin™<br>• Topotecan HCl lyoph pwd | 4 mg<br>4 mg 5s | 00007-4201-01<br>00007-4201-05 | 529.30<br>2,646.50 | J9350<br>J9350 | per 4 mg<br>per 4 mg |
| Neutrexin®<br>Trimetrexate glucuronate, pwd | 25 mg, 10s ea.<br>25 mg, 50s ea. | 58178-0020-10<br>58178-0020-50 | 608.40<br>2,610.00 | J3305<br>J3305 | per 25 mg<br>per 25 mg |
| Urokinase, sol (5,000 IU/mL) | 5,000 IU<br>9,000 IU | 00074-6111-01<br>00074-6145-02 | 53.64<br>93.54 | J3364<br>J3364 | per 5,000 IU<br>per 5,000 IU |
| Vinblastine sulfate, pwd<br>Vinblastine sulfate, sol (1 mg/mL) | 10 mg<br>10 mg<br>10 mg | 55390-0091-10<br>00364-2447-54<br>00469-2780-30 | 21.25<br>37.50<br>43.23 | J9360<br>J9360<br>J9360 | per 1 mg<br>per 1 mg<br>per 1 mg |
| Vincristine, preservative free sol (1 mg/mL) | 1 mg<br>1 mg<br>2 mg<br>2 mg | 00013-7456-86<br>61703-0309-06<br>00013-7466-86<br>61703-0309-16 | 37.08<br>31.75<br>74.13<br>38.25 | J9370<br>J9370<br>J9375<br>J9375 | per 1 mg<br>per 1 mg<br>per 2 mg<br>per 2 mg |
| NAVELBINE®<br>Vinorelbine tartrate, sol (10 mg/mL) | 1 mL<br>5 mL | 00173-0656-01<br>00173-0656-44 | 64.71<br>323.56 | J9390<br>J9390 | per 10 mg<br>per 10 mg |

- • An AWP, HCPCS code or NDC that has changed or been added has been highlighted in color.
- • The drug code J9999 is defined as "not otherwise classified, antineoplastic drug." the Health Care Financing Administration (HCFA) has not assigned specific codes to these drugs.
- † The drug code J3490 is defined as "unclassified drug." These drugs may or may not be defined as an unclassified drug in your area. Consult your local carrier for the appropriate code.
- ‡ Q0136 is the code for non-ESRD (End Stage Renal Disease) use.
- ♦ J2405 should be used for all formulations of Zofran.

BULK RATE<br>U.S. POSTAGE<br>PAID<br>MMS, Inc.

ADDRESS CORRECTION REQUESTED

ONCOLOGY THERAPEUTICS NETWORK<br>395 OYSTER POINT BLVD., SUITE 405<br>SOUTH SAN FRANCISCO, CA 94080

## Convention Calendar for 1998

Don't forget to mark your calendar for the 1998 conventions! This is an excellent opportunity to meet your OTN representative. OTN will attend the ONS convention in San Francisco and will exhibit at

AOHA in St. Louis and ASCO in Los Angeles. Contact your account representative to arrange a meeting with one of the OTN representatives attending the conventions, or stop by our booth at AOHA and ASCO.

**Administrators in Oncology/**
**Hematology Assembly (AOHA)**
April 22-24, 1998
St. Louis, MO

**Oncology**
**Nursing Society (ONS)**
May 7-10, 1998
San Francisco, CA

10A

HIGHLY CONFIDENTIAL<br>BMS/AWP/000095900

ONCOLOGY
THERAPEUTICS
NETWORK

March/April 1998

# THE NETWORK NEWS

A BIMONTHLY UPDATE FOR COMMUNITY-BASED ONCOLOGY PROFESSIONALS

☐ Physician
☐ Office Manager
☐ Oncology Nurse
☐ Pharmacist
☐ Business Office
☐ _____

Intron® A & Dosing Guide ..................
FARESTON® _____
New Indication for Intron® A ..........
Anzemet® _____
TAXOL® and Paraplatin®
Reimbursement Program ..................
Payment Terms .......................
OTN Non-DEHP IV Administration Set
Neumega® _____
Ethyol® _____
Oncology Drug Updates ...........
Sourcebook Update ..................
Reimbursement ......................
AWP & HCPCS Codes

10A

BP 01106

HIGHLY CONFIDENTIAL
BMS/AWP/000095901





# Intron® A — HSA-Free —and— Original Formulation

(interferon alfa-2b, recombinant)



OTN offers Intron A in the following sizes and formulations:

**HSA-FREE SOLUTION***

| CATALOG NUMBER | NDC | HCPCS CODE | ITEM | UNIT SIZE | ORDER QTY | PRICE/ UNIT |
|---|---|---|---|---|---|---|
| 220-151 | 0085-1184-01 | J9214 | Intron A solution | 3 MIU/0.5 mL | 1 | $30.40 |
| 220-161 | 0085-1191-01 | J9214 | Intron A solution | 5 MIU/0.5 mL | 1 | $50.70 |
| 220-171 | 0085-1179-01 | J9214 | Intron A solution | 10 MIU/1 mL | 1 | $101.30 |
| 220-191 | 0085-1168-01 | J9214 | Intron A solution | 18 MIU/MDV | 1 | $182.40 |
| 220-194 | 0085-1133-01 | J9214 | Intron A solution | 25 MIU/MDV | 1 | $253.15 |

**HSA-FREE SOLUTION PAKS***

| CATALOG NUMBER | NDC | HCPCS CODE | ITEM | UNIT SIZE | ORDER QTY | PRICE/ UNIT |
|---|---|---|---|---|---|---|
| 220-156 | 0085-1184-02 | J9214 | Intron A solution, Pak-3 | 3 MIU | 6 | $30.40 |
| 220-166 | 0085-1191-02 | J9214 | Intron A solution, Pak-5 | 5 MIU | 6 | $50.70 |
| 220-174 | 0085-1179-02 | J9214 | Intron A solution, Pak-10 | 10 MIU | 6 | $101.30 |

Paks include six vials, six syringes, and six alcohol swabs

\* HSA-free formulation is recommended for intramuscular, subcutaneous, or intralesional administration. Intron A solutions for injection are not recommended for IV administration.

**ORIGINAL FORMULATIONS**\*\***

| CATALOG NUMBER | NDC | HCPCS CODE | ITEM | UNIT SIZE | ORDER QTY | PRICE/ UNIT |
|---|---|---|---|---|---|---|
| 220-150 | 0085-0647-03 | J9214 | Intron A powder | 3 MIU/MDV | 1 | $30.40 |
| 220-160 | 0085-0120-02 | J9214 | Intron A powder | 5 MIU/MDV | 1 | $50.70 |
| 220-170 | 0085-0571-02 | J9214 | Intron A powder | 10 MIU/MDV | 1 | $101.30 |
| 220-175 | 0085-0285-02 | J9214 | Intron A powder | 25 MIU/MDV | 1 | $253.15 |
| 220-186 | 0085-1110-01 | J9214 | Intron A powder | 18 MIU/MDV | 1 | $182.40 |
| 220-180 | 0085-0539-01 | J9214 | Intron A powder | 50 MIU/MDV | 1 | $506.70 |

\*\* Original formulation is recommended for intramuscular, subcutaneous, intralesional, or intravenous administration.

## Intron A is a product in OTN's Price Matching Program

## Intron A Dosing Guide

| INDICATION | RECOMMENDED DOSAGE | RECOMMENDED VIAL SIZE |
|---|---|---|
| Chronic hepatitis C | 3 MIU SC or IM TIW | 3 MIU/0.5 mL or Pak-3 or 18 MIU MDV |
| Chronic hepatitis B | 30 - 35 MIU/week SC or IM (5 MIU qd or 10 MIU TIW x 16 weeks) | 5 MIU/0.5 mL or Pak-5 or 10 MIU/1.0 mL or Pak-10 |
| Malignant melanoma | Induction: 20 MIU/m² IV 5 consecutive days/week x 4 weeks | 50 MIU powder/1.0 mL |
| | Maintenance: 10 MIU/m² TIW SC x 48 weeks | 18 MIU powder/1.0 mL |
| Hairy-cell leukemia | 2 MIU/ m² SC or 1 MIU TIW | 5 MIU/0.5 mL or Pak-5 or 10 MIU/1.0 mL or Pak-10 or 18 MIU MDV |
| AIDS-related Kaposi's sarcoma | 30 MIU/m² SC or IM TIW | 50 MIU/10.0 mL powder |
| Condylomata acuminata | 1 MIU TIW (alternate days) x 3 weeks | 5 MIU/0.5 mL or Pak-5 or 10 MIU/1.0 mL or Pak-10 |

The Network News is distributed by Oncology Therapeutics Corporation. ©1998 All rights reserved.

The articles in this newsletter are not intended to serve as rules and policies for medical practice. Primary references should be consulted. The reader is encouraged to review the manufacturer's package insert where applicable.

Comments and suggestions are welcome. Address them to: Stasia Lord, Editor, The Network News; Oncology Therapeutics Network; 395 Oyster Point Blvd., Suite 405, So. San Francisco, CA 94080.

Printed on recycled paper.

BP 01107

10A

HIGHLY CONFIDENTIAL
BMS/AWP/000095902



# FARESTON® (toremifene citrate) 60 mg Tablets

## From Schering

### Indication and Usage:
FARESTON is indicated for the treatment of metastatic breast cancer in postmeno-pausal women with estrogen-receptor positive or unknown tumors.

### Description:
FARESTON (toremifene citrate) tablets for oral administration each contain 88.5 mg of toremifene citrate, which is equivalent to 60 mg toremifene. FARESTON is a nonsteroidal antiestrogen. FARESTON is available only as tablets for oral administration.

### Dosage and Administration:
The dosage of FARESTON is 60 mg, once daily, orally. Treatment is generally continued until disease progression is observed.



*Schering*

## Reimbursement Information

Please contact Schering's COMMITMENT TO CARE℠ Program

### at 1-800-521-7157
for reimbursement and product information.

### FARESTON Tablets

| CATALOG NUMBER | NDC | UNIT SIZE | ORDER QTY | PRICE/UNIT | AWP |
|---|---|---|---|---|---|
| 970-860 | 0085-1126-01 | 60 mg | 30 tablets | $85.75 | $97.26 |
| 970-861 | 0085-1126-02 | 60 mg | 100 tablets | $285.65 | $324.20 |

## Schering-Plough Announces
# FDA Clearance of Intron® A for Non-Hodgkin's Lymphoma

*Schering*

— Madison, NJ, November 10, 1997 —

Schering-Plough Corporation announced marketing clearance by the US Food and Drug Administration of Intron A for injection in conjunction with anthracycline-containing combination chemotherapy for the initial treatment of patients with clinically aggressive non-Hodgkin's lymphoma, a cancer of the lymphatic system. Intron A is the first and only biologic agent that has been shown to signifi-cantly prolong progression-free survival in previously untreated patients with follicular lymphoma.

### Recommended dosing:
5 MIU TIW SC up to 18 months in conjunction with chemotherapy regimen.

OTN TEL: 1-800-482-6700  FAX: 1-800-800-5673   MARCH/APRIL 1998

3.

HIGHLY CONFIDENTIAL
BMS/AWP/000095903



# Anzemet®
### dolasetron mesylate
## *A New 5-HT₃ Receptor Antagonist*
### ~from Hoechst Marion Roussel

## Excellent Efficacy and Safety Profile

olasetron mesylate (Anzemet) received final approval from the FDA on October 17, 1997.



◆ Anzemet Injection is indicated for the prevention of nausea and vomiting associated with initial and repeat courses of emetogenic cancer chemotherapy, including high-dose cisplatin.

◆ Anzemet Tablets are indicated for the prevention of nausea and vomiting associated with moderately emetogenic cancer chemotherapy, including initial and repeat courses.

For more information on dosing and administration, please contact your OTN account representative or your Hoechst Marion Roussel representative.

## Great Value!

| CATALOG NUMBER | NDC | BRAND NAME | ITEM | UNIT SIZE | ORDER QUANTITY | PRICE/ UNIT | AWP |
|---|---|---|---|---|---|---|---|
| 900-250 | 0088-1206-32 | Anzemet | dolasetron mesylate | 100 mg vial | 1 | $70.00 | $149.88 |
| 970-300 | 0088-1203-05 | Anzemet | dolasetron mesylate | 100 mg tablets | 5 | $289.75 | $330.00 |
| 970-305 | 0088-1203-29 | Anzemet | dolasetron mesylate | 100 mg tablets blister pack | 5 | $289.75 | $330.00 |
| 970-310 | 0088-1203-43 | Anzemet | dolasetron mesylate | 100 mg tablets unit dose | 10 | $579.50 | $660.00 |

## Outstanding Support:

### Reimbursement and Patient Assistance Program Hotline 1-888-895-2219

Call the Anzemet Hotline for help with reimbursement and patient assistance programs, Monday through Friday between 10:00 am and 6:00 pm ET.

*Call OTN today at 1-800-482-6700 to place your order!*

10A

BP 01109

HIGHLY CONFIDENTIAL
BMS/AWP/000095904

# Community Oncology TAXOL® (Paclitaxel) and Paraplatin® (Carboplatin)
## Reimbursement Guarantee Program



### Background

Obtaining reimbursement for chemotherapy drugs is often a time-consuming and laborious task. To relieve your practice from this insurer "hassle factor," Bristol-Myers Squibb Oncology (BMSO) has developed a preauthorization service that is available to you free of charge, called ProCERT. The program is available for TAXOL Injection and Paraplatin and offers a drug replacement guarantee for qualifying unreimbursed claims.

### Objective

The goal of ProCERT is to assist community physicians in offering the best available treatment to their cancer patients. ProCERT significantly reduces the financial risk of providing TAXOL or Paraplatin therapy.

### The Service

When a patient is a candidate for TAXOL or Paraplatin therapy and insurance coverage is uncertain, call ProCERT. ProCERT will collect all the pertinent patient-payer information and literature support, and then act as your agent to obtain preauthorization for the treatment plan from the insurer. If the treatment plan is approved, ProCERT will inform your practice of the approval and any billing/coding requirements necessary. If the preauthorization is denied, ProCERT will formulate an appeal to gain a reversal. If unsuccessful, the TAXOL or Paraplatin and any other BMSO product used with it will be replaced for the patient. Free drugs will also be provided for subsequent cycles to complete the full course of therapy. The replacement TAXOL or Paraplatin will be shipped along with a no-charge invoice. If the drug is subsequently reimbursed by the insurer, then the no-charge invoice will become a charge invoice for payment. This will protect you from any potential implications of insurance fraud.

### Program Qualification

Replacement TAXOL and Paraplatin is provided to community oncology practices through Oncology Therapeutics Network (OTN). You will therefore need to have an open account with OTN.

### Process

(1) ◆ Physician office calls ProCERT for preauthorization of the TAXOL or Paraplatin treatment plan

◆ Physician office provides pertinent patient-payer information to ProCERT

(2) ◆ ProCERT staff contacts payer to determine patient eligibility, preexisting conditions, limitations, benefits, and preauthorization

◆ ProCERT advises physician of status within one business day

(3) ◆ ProCERT will pursue all available levels of appeal if the payer denies benefits for TAXOL or Paraplatin

(4) ◆ ProCERT (in conjunction with BMSO) authorizes free replacement of TAXOL or Paraplatin after confirming levels of appeals have been denied

### Exclusions

◆ Uses for which supporting literature cannot be found and/or a letter of medical necessity cannot be provided

◆ ProCERT does not negotiate payer payment levels

◆ If physician subsequently receives reimbursement from a payer, the no-charge invoice becomes a charge invoice for payment to OTN

◆ Uninsured patient who may qualify for the Bristol-Myers Squibb Oncology Access Program

For more information, call 1-888-ProCERT



10A

BP 01110

HIGHLY CONFIDENTIAL
BMS/AWP/000095905



# Save 1% or 2% on All Orders!

# OTN is the Only Oncology Distributor to Offer All Customers a Choice of Payment Terms

Whether you want to pay early and receive a 1% or 2% discount, extend your payment terms, or pay by credit card, OTN meets the needs of your practice. Customers may choose one of the following four options for all of their orders:

### 1% 30, Net 60 Days

Receive a 1% discount on all purchases if your invoices are paid within 30 days, or extend payment for up to 60 days from date of invoice.

### 2% Upon Receipt of Order

Set up an electronic direct-debit account with OTN and receive a 2% discount on all purchases for payment made upon receipt of order.

### Net 75 Days

Extend payment up to 75 days from date of invoice without incurring finance charges.

### Credit Card, Upon Receipt of Order

Pay by American Express,® Visa® or Mastercard® at the time of order to reap the benefits of using your particular card.

Contact your account representative today to start saving with OTN's Early Pay Discount Terms.

### Early Pay Discount Example

| A practice that purchases $50,000 per month in oncology drugs and supplies can save up to $12,000 per year with OTN. | Purchases | 1% Discount Savings Per | | 2% Discount Savings Per | |
|---|---|---|---|---|---|
| | | Month | Year | Month | Year |
| | $50,000 | $500 | $6,000 | $1,000 | $12,000 |

**Now Available!**

# OTN Now Has Non-DEHP IV Administration Sets in Stock

OTN is proud to announce the introduction of a non-DEHP IV administration set under OTN's own label. This product was formerly sold under the SoloPak label.

This all-inclusive, vented set incorporates non-DEHP tubing with a 0.22 micron filter and is:

✓ Easy-to-use

✓ Cost-effective

| CATALOG NUMBER | ITEM | DROPS/ML | TUBING LENGTH | UNIT SIZE | PRICE/ UNIT |
|---|---|---|---|---|---|
| 573-600 | Primary solution set with Non-DEHP tubing and 0.22 micron filter, vented | 20 | 84" | 1 each | $3.95 |

### Call OTN today and place your order: 1-800-482-6700

10A

BP 01111

HIGHLY CONFIDENTIAL
BMS/AWP/000095906



**NEW** *from* GENETICS INSTITUTE

ONCOLOGY
THERAPEUTICS
NETWORK



# Neumega®
## (Oprelvekin)

*The first platelet growth factor available for the prevention of severe chemotherapy-induced thrombocytopenia — a reduction in platelets, blood components essential to the body's blood-clotting process.*

Neumega is indicated for the prevention of severe thrombocytopenia and the reduction of the need for platelet transfusions following myelosuppressive chemotherapy in patients with nonmyeloid malignancies at high risk for severe thrombocytopenia.

In clinical trials, apart from the condition of the underlying disease state, most adverse events associated with Neumega were mild to moderate in severity, associated with fluid retention, and reversible after discontinuation of dosing. The most common adverse events associated with Neumega treatment included peripheral edema, dyspnea, tachycardia, and conjunctival redness.

**Convenient**
✓ Easy to prepare, easy to inject
✓ Easy-to-store boxes
✓ No preservatives and free of human/animal blood or plasma products

**Excellent Support**
✓ Supported by a highly trained Genetics Institute oncology sales force
✓ The Neumega reimbursement hotline is available at 1-888-NEUMEGA

| CATALOG NUMBER | NDC | BRAND NAME | ITEM | UNIT SIZE | ORDER QTY | PRICE/ UNIT | AWP |
|---|---|---|---|---|---|---|---|
| 222-200 | 58394-004-01 | Neumega | oprelvekin, sterile lyoph pwd with diluent | 5 mg | 1/box | $192.55 | $235.00 |
| 222-207 | 58394-004-02 | Neumega | oprelvekin, sterile lyoph pwd with diluent | 5 mg | 7/box | $192.55 | $235.00 |

**Call OTN today and place your order: 1-800-482-6700**

# Ethyol® (amifostine for Injection)
## From Alza Pharmaceuticals



Alza Pharmaceuticals/US Bioscience has replaced refrigerated Ethyol with a new crystalline formulation. Prior to reconstitution, Ethyol can now be stored at room temperature.

Ethyol is also mannitol-free and no longer carries the contraindication for mannitol-sensitive patients.

Ethyol is indicated to reduce the cumulative renal toxicity associated with repeated administration of cisplatin in patients with advanced ovarian cancer or non-small-cell lung cancer.



For medical questions on Ethyol, please call:
**1-800-506-4959**
For reimbursement questions on Ethyol, please call:
**1-800-609-1083**

| CATALOG NUMBER | NDC | ITEM | UNIT SIZE | ORDER QTY | PRICE/ UNIT |
|---|---|---|---|---|---|
| 902-500 | 17314-7253-03 | Ethyol | 500mg | 1 | $289.50 |

7

10A
BP 01112

HIGHLY CONFIDENTIAL
BMS/AWP/000095907



# ONCOLOGY DRUG UPDATES

## Rho(D) Immune Globulin Intravenous (WinRho (D) SDF, NABI) for Immune Thrombocytopenic Purpura

Immune thrombocytopenic purpura (ITP), also known as idiopathic thrombocytopenic purpura, is an autoimmune disorder caused by anti-platelet autoantibodies, leading to platelet destruction by the reticuloendothelial system. Chronic ITP is more common in adults than children and both syndromes are diagnosed by exclusion, after ruling out other types of immune thrombocytopenia. ITP is a relatively common disorder, with an incidence of approximately 58-66 new cases per million persons per year and with a mortality rate of approximately 4%. In many cases, particularly uncomplicated acute ITP in children, care is provided by family practitioners or general internists who have experience in this area. More difficult cases, including those involving active bleeding and/or in patients who have failed frontline therapy, require the expertise of a hematologist or oncologist. Although corticosteroid treatment, in many cases followed by splenectomy, is considered standard therapy, there are a number of other therapies that have been employed for this disease. Minute details of each type of treatment are beyond the scope of this article, but do include glucocorticoids such as prednisone or dexamethasone, vincristine, danazol, colchicine, dapsone, cyclophosphamide, azathioprine, high-dose cyclophosphamide, combination chemotherapy with cyclophosphamide-prednisone-etoposide, interferon, cyclosporine, and immune globulin intravenous, IGIV. Despite the relatively common incidence of this disorder, there is a lack of well-conducted clinical trials comparing various treatment modalities. This problem was underscored by the recent attempt by the American Society of Hematology to establish firm, scientifically based treatment guidelines for treatment of ITP.[1-4] Due to the lack of rigorous scientific trials, the guideline's development panel was required to base suggested guidelines based on the expertise of the panel members and their assessment of the numerous case-control trials present in the literature. The guidelines themselves are far too lengthy to describe here, but they have been published in both complete and abridged form and are readily available for review by interested readers.[1-4] Frequently mentioned in these guidelines, especially for severe cases in patients actively bleeding and/or about to undergo splenectomy, is the use of IGIV. Although expensive, logistically complicated,

and not without risk of infectious complications—concerns common to blood products in general—IGIV is now frequently used for ITP, especially in adults.

Use of IGIV for ITP is currently made more difficult by the ongoing nationwide shortage of commercial availability. Factors contributing to this shortage include increased use of IGIV for various disorders, production delays among the six manufacturers, and multiple recalls of various brands of IGIV in the past year due to concerns about possible contamination by donors thought to be suffering from Creutzfeldt-Jakob disease (CJD). One type of intravenous immunoglobulin not in short supply is Rho (D) Immune Globulin Intravenous (WinRho (D) SDF, NABI). WinRho is a sterile, freeze-dried, gamma globulin (IgG) fraction containing antibodies to Rho (D), manufactured with a special solvent detergent treatment step (using tri-n-butyl phosphate and Triton X-100) that is effective in inactivating lipid-enveloped viruses such as hepatitis B, hepatitis C, and HIV, thus reducing the likelihood of virus transmission. In addition to its well-known use to suppress Rh isoimmunization, it is also FDA-approved for treatment of ITP. WinRho is labeled for the treatment of non-splenectomized Rho (D) positive children with chronic or acute ITP, adults with chronic ITP, and adults with ITP secondary to HIV infection in clinical situations requiring an increase in platelet count to prevent excessive hemorrhage.

Clinical use of WinRho has been described in a number of papers over the past several years. Comprehensive review of these papers is beyond the scope of this article, but a brief description of several papers follows. Blanchette et al published the results of a multi-center controlled trial comparing WinRho to high-dose and low-dose IGIV and prednisone in 146 children with acute ITP and platelet counts < 20,000/mm³. Of 38 patients receiving WinRho 125 IU (25 mcg) per kg on days 1 and 2, 32 patients (84%) responded with an increase in platelet count equal to or greater than 50,000/mm³ with a mean platelet count of 319,500/mm³ (61,000/mm³-892,000/mm³). Time to reach platelet counts of 20,000/mm³ or 50,000/mm³ were not statistically significantly different between the treatment groups. Bussel et al reported the results of an

unblinded single-treatment arm study of 43 non-splenectomized Rh+ patients, 38 of whom had pretreatment platelet counts less than 30,000/mm³.[4] There were 23 adults (14 were HIV+) and 20 children (14 of whom had had ITP for 6 months or longer). WinRho was initially dosed at 10 mcg/kg, followed by 20 mcg/kg/day, during the first week, until the platelet count rose by 20,000/mm³ or the hemoglobin decreased by greater than 2 g/dL. After the first 13 patients, due to lack of response, the dose was increased to 25 mcg/kg on day 1 followed by 25 mcg/kg on days 3 and 4, using the same criteria for cessation of treatment. Maintenance therapy was in single doses of 25-60 mcg/kg (50%-100% of the induction dose) as needed to maintain platelet counts of 20,000/mm³-30,000/mm³. Despite lack of clear correlations between dose of the WinRho and platelet response, platelet increases (to > 20,000/mm³) were seen in 79% (34/43) and therapy was generally well tolerated. Scaradavou et al described results of WinRho therapy in 261 non-splenectomized Rh+ patients treated in open label fashion from June 1987 to December 1994.[5] Of these 161, 43 were patients previously reported in the Bussel trial noted above. There were 124 children and 137 adults who received WinRho for 4-5 days in doses as used in the earlier study. The mean platelet count increase for all 261 patients was 76,000/mm³. A total of 189 (72%) responders had platelet count increases of ≥ 20,000/mm³ and 119 patients (46%) had platelet count increases of ≥ 50,000/mm³. Therapy was generally well tolerated, with 59 adverse events in 1,842 infusions (3.2%). Reactions occurring at least twice included headache, nausea, chills, fever, and dizziness.

Whereas IGIV commonly takes 4-6 hours per infusion, WinRho may be given at a dose of 250 IU (50 mcg) per kg as a 3-5 minute IV push, a much more convenient dosing regimen than IGIV. WinRho must be used cautiously in anemic (Hgb < 10) patients due to its ability to exacerbate anemia. It is contraindicated in patients allergic to it and patients deficient in IgA. This medication should not be administered to Rh(D)-negative or splenectomized individuals.

Continued on the following page

10A

BP 01113

HIGHLY CONFIDENTIAL
BMS/AWP/000095908