# REIMBURSEMENT

| PRODUCT | VIAL SIZE | NDC | SEPTEMBER AWP/VIAL | '98 HCPCS CODE | BILLING UNITS |
|---------|-----------|-----|--------------------|----------------|---------------|
| Methotrexate, sol w/pres. (25 mg/ml) | 50 mg | 58406-0681-14 | 4.75 | J9260 | per 50 mg |
| | 250 mg | 58406-0681-17 | 20.48 | J9260 | per 50 mg |
| Methotrexate, tablets, 2.5 mg | 100 per bottle | 00555-0572-02 | 362.55 | J8610 | 2.5 mg |
| | 36 per bottle | 00555-0572-35 | 130.05 | J8610 | 2.5 mg |
| Metoclopramide, sol w/pres. (5 mg/ml) | 2 ml | 39769-0066-02 | 2.40 | J2765 | up to 10 mg |
| Metoclopramide, pres. free sol (5 mg/ml) | 50 mg | 00013-6116-95 | 8.73 | J2765 | up to 10 mg |
| | 150 ml | 00013-6126-95 | 23.54 | J2765 | up to 10 mg |
| *Mutamycin®* | | | | | |
| Mitomycin, pwd | 5 mg | 00015-3001-20 | 134.11 | J9280 | per 5 mg |
| | 20 mg | 00015-3002-20 | 452.91 | J9290· | per 20 mg |
| | 40 mg | 00015-3059-20 | 915.09 | J9291 | per 40 mg |
| *Novantrone®* | | | | | |
| Mitoxantrone, sol (2 mg/ml) | 20 mg MDV | 58406-0640-03 | 812.74 | J9293 | per 5 mg |
| | 25 mg MDV | 58406-0640-05 | 1,015.90 | J9293 | per 5 mg |
| | 30 mg MDV | 58406-0640-07 | 1,219.10 | J9293 | per 5 mg |
| *Sandostatin®* | | | | | |
| Octreotide Acetate, sol (50 mcg/ml) | 50 mcg amp | 00078-0180-03 | 5.21 | J9999*/J3490† | |
| Octreotide Acetate, sol (100 mcg/ml) | 100 mcg amp | 00078-0181-03 | 9.54 | J9999*/J3490† | |
| Octreotide Acetate, sol (500 mcg/ml) | 500 mcg amp | 00078-0182-03 | 43.62 | J9999*/J3490† | |
| *Zofran®* | | | | | |
| Ondansetron HCl, sol (2 mg/ml) | 40 mg MDV | 00173-0442-00 | 244.43 | J2405 | per 1 mg |
| Ondansetron HCl, sol (2 mg/ml) | 4 mg | 00173-0442-02 | 24.45 | J2405 | per 1 mg |
| Ondansetron HCl, sol premixed (32 mg/50 ml D5W) | 32 mg bag | 00173-0461-00 | 206.41 | J2405* | per 1 mg |
| *Neumega®* | | | | | |
| Oprelvekin | 5 mg | 58394-004-01 | 235.00 | J3490† | per 5 mg |
| *TAXOL®* | | | | | |
| Paclitaxel, semi-synthetic sol (6mg/ml) | 30 mg | 00015-3475-30 | 182.63 | J9265 | per 30 mg |
| | 100 mg | 00015-3476-30 | 608.76 | J9265 | per 30 mg |
| | 300 mg | 00015-3479-11 | 1,826.25 | J9265 | per 30 mg |
| *Aredia®* | | | | | |
| Pamidronate disodium, pwd | 30 mg | 00083-2601-04 | 218.24 | J2430 | per 30 mg |
| | 60 mg | 00083-2606-01 | 428.97 | J2430 | per 30 mg |
| | 90 mg | 00083-2609-01 | 621.75 | J2430 | per 30 mg |
| *Nipent™* | | | | | |
| Pentostatin, pwd | 10 mg | 62701-0800-01 | 1,645.00 | J9268 | per 10 mg |
| Prochlorperazine, sol (5 mg/ml) | 10 mg | 00364-2231-48 | 2.64 | J0780 | up to 10 mg |
| | 50 mg MDV | 00364-2231-54 | 13.00 | J0780 | up to 10 mg |
| Prochlorperazine, tablets, 10 mg | 100 per box | 00007-3367-20 | 94.50 | J0780 | up to 10 mg |
| *Zantac®* | | | | | |
| Ranitidine, sol (50 mg/2 ml) | 2 ml | 00173-0362-38 | 3.99 | J9999*/J3490† | |
| *Rituxan™* | | | | | |
| Rituximab | 100 mg | 50242-050-21 | 397.50 | J3490†/J9999 | per 100 mg |
| *Zanosar®* | | | | | |
| Streptozocin, pwd | 1 g | 00009-0844-01 | 96.51 | J9320 | per 1 g |
| *Vumon®* | | | | | |
| Teniposide, 50 mg | 5 ml amp | 00015-3075-19 | 181.01 | J9999* | per 50 mg |
| *Thioplex®* | | | | | |
| Thiotepa, pwd | 15 mg | 58406-0661-02 | 90.24 | J9340 | per 15 mg |
| *Hycamtin™* | | | | | |
| Topotecan HCl lyoph pwd | 4 mg | 00007-4201-01 | 548.35 | J9350 | per 4 mg |
| | 4 mg, 5s | 00007-4201-05 | 2,741.75 | J9350 | per 4 mg |
| *Neutrexin®* | | | | | |
| Trimetrexate glucuronate, pwd | 25 mg, 10s ea. | 58178-0020-10 | 633.60 | J3305 | per 25 mg |
| | 25 mg, 50s ea. | 58178-0020-50 | 3,037.20 | J3305 | per 25 mg |
| Urokinase, sol (5,000 IU/ml) | 5,000 IU | 00074-6111-01 | 56.26 | J3364 | per 5,000 IU |
| | 9,000 IU | 00074-6145-02 | 98.13 | J3364 | per 5,000 IU |
| Vinblastine sulfate, pwd | 10 mg | 55390-0091-10 | 21.25 | J9360 | per 1 mg |
| | 10 mg | 00354-2447-54 | 37.50 | J9360 | per 1 mg |
| Vinblastine sulfate, sol (1 mg/ml) | 10 mg | 00469-2780-30 | 43.23 | J9360 | per 1 mg |
| Vincristine, preservative free sol (1 mg/ml) | 1 mg | 00013-7456-86 | 37.08 | J9370 | per 1 mg |
| | 1 mg | 61703-0309-06 | 31.75 | J9370 | per 1 mg |
| | 2 mg | 00013-7466-86 | 74.13 | J9375 | per 2 mg |
| | 2 mg | 61703-0309-16 | 38.25 | J9375 | per 2 mg |
| Vincristine, preservative free sol (5 mg/ml) | 50 mg | 61703-0210-11 | 7.47 | J9380 | per 5 mg |
| | 150 mg | 61703-0210-31 | 20.30 | J9380 | per 5 mg |
| *NAVELBINE®* | | | | | |
| Vinorelbine tartrate, sol (10 mg/ml) | 1 ml | 00173-0656-01 | 66.35 | J9390 | per 10 mg |
| | 5 ml | 00173-0656-44 | 331.78 | J9390 | per 10 mg |

· An AWP, HCPCS code or NDC that has changed or been added
has been highlighted in color.

· The drug code J9999 is defined as "not otherwise classified,
antineoplastic drug." The Health Care Financing Administration
(HCFA) has not assigned specific codes to these drugs.

† The drug code J3490 is defined as "unclassified drug." These drugs may or
may not be defined as an unclassified drug in your area. Consult your
local carrier for the appropriate code.

‡ Q0136 is the code for non-ESRD (End Stage Renal Disease) use.

· J2405 should be used for all formulations of Zofran.



ONCOLOGY THERAPEUTICS NETWORK
385 OYSTER POINT BLVD, SUITE 405
SOUTH SAN FRANCISCO, CA 94080

ADDRESS CORRECTION REQUESTED

BULK RATE
U.S. POSTAGE
PAID
MAS, Inc.

BP 01153

10A

HIGHLY CONFIDENTIAL
BMS/AWP/000095819



November/December 1998

# THE NETWORK NEWS

A BIMONTHLY UPDATE FOR COMMUNITY-BASED ONCOLOGY PROFESSIONALS

Coming in 1999: *12 Ways to Keep Your Practice Strong,* a monthly series from OTN on the business of running a successful oncology practice.

## IN THIS ISSUE

How to Get Online ............................. 2
OTN-Online Registration Form .............. 3
Nurse's Corner ................................ 4-5
Anzemet® ........................................ 6
HCPCS Code Changes ........................ 7
OTN Holiday Schedule ........................ 7
Rebetron® ....................................... 8
Intron® A ........................................ 8
Intron® A Multidose Pen .................... 8
Schering Hotlines ............................. 9
Leukine® Liquid ............................... 9
Oncology Drug Updates ................. 10-12
Reimbursement ............................ 13-16
*AWP & HCPCS Codes*

BP 01154

10A

HIGHLY CONFIDENTIAL
BMS/AWP/000095820



ONCOLOGY
THERAPEUTICS
NETWORK

# www.otn-online.com

**Menu**

FIND PRODUCTS
VIEW INVOICES
OTN SERVICES
YOUR ACCOUNT
CONTACT US
LOGOUT



**Quick Search**
FOR PRODUCTS

# Welcome

to OTN Online

**NEWS**

We now offer early payment discounts to customers who pay upon receipt of order or within 30 days. CLICK HERE to find out more.

View our **Weekly Announcements** for more information about new drugs.

SPECIALS

# How to Get Online

There are two things that you need to get online. First, you need a computer with a modem. Second, you need an account with an Internet Service Provider (ISP). Choosing an ISP is a lot like choosing a long distance provider. Although every company claims superior service, most individuals find the services available very similar. These services cost between $15 and $25 dollars monthly, provide e-mail accounts, and come with all the software needed to surf the net. While the higher priced services offer more advanced features (website hosting, etc.), it's more important for beginning Internet users to find an ISP with good customer service — knowledgeable, friendly people to call when there is a problem. If you are satisfied with your current long distance carrier, there's no reason not to choose them as your ISP. These providers consistently rank high in Internet customer service surveys — and have the added ability to consolidate your billing (telephone and Internet in one).

| Sprint Earthlink | 800-746-3769 |
| AT&T WorldNet | 800-831-5259 |

After setting up your account over the phone, the ISP will mail a disk or CD including all of the required software and instructions you will need to set up your computer.

The Network News is distributed by Oncology Therapeutics Network Corporation. ©1998 All rights reserved.

The articles in this newsletter are not intended to serve as rules and policies for medical practice. Primary references should be consulted. The reader is encouraged to review the manufacturer's package insert where applicable.

Comments and suggestions are welcome. Address them to: Stasia Lord, Editor, The Network News; Oncology Therapeutics Network, 395 Oyster Point Blvd., Suite 405, So. San Francisco, CA 94080.

 Printed on recycled paper.

BP 01155

10A

HIGHLY CONFIDENTIAL
BMS/AWP/000095821

# OTN-Online Registration Form

ONCOLOGY
THERAPEUTICS
NETWORK

**Questions:**

Fill out all of the information requested.

Designate a main contact who can authorize the addition and removal of users.

Have one of the physicians or office managers in your practice sign the form.

Mail or Fax to:
Oncology Therapeutics Network
Attn: OTN-Online
395 Oyster Point Blvd., Suite 405
South San Francisco, CA 94080
Fax: 650-952-5643

## Practice Information:

Practice Name: _____

Practice Address: _____

City: _____ State: _____ ZIP Code: _____

OTN Account Number: _____

## Main Contact Information

Name: _____ Title: _____

Phone Number: _____ E-mail Address: _____

Select the method to be used by the Main Contact to manage users at this practice (check at least one):

☐ Mail with signature      ☐ Phone authorization      ☐ E-mail authorization

## Secondary User Sign Up

| Name | Phone | Site Location | E-mail | Security Level[1] | |
|------|-------|---------------|--------|----------|----------|
| | | | | Level I | Level II |
| | | | | Level I | Level II |
| | | | | Level I | Level II |
| | | | | Level I | Level II |

[1] Two levels of basic security are used in OTN-Online. All main contacts will be given Level II access, which gives the user access to information for all practices sites (main sites and all satellite sites). Level I access gives the user information for a single site.

I understand that OTN-Online is a secured website and contains practice-specific drug and supply pricing and invoice information. I (or the Main Contact) am responsible for notifying OTN, in the methods I have outlined above, of any additions or deletions of the users who have access to this website.

Physician or Office Manager Signature: _____ Date: _____

Physician or Office Manager Name (please print): _____

OTN TEL: 1-800-482-6700  FAX: 1-800-800-5673 • NOVEMBER/DECEMBER 1998    3

BP 01156

10A

HIGHLY CONFIDENTIAL
BMS/AWP/000095822



ONCOLOGY
THERAPEUTICS
NETWORK

# NURSE'S CORNER

Debuting in this issue of *The Network News* is *Nurse's Corner*. We hope you'll find this column a useful reference on the clinical, social and psychological aspects of oncology nursing. If you'd like to be a guest author or have suggestions for future topics, please contact Stasia Lord, *The Network News* Editor at 1-800-482-6700.

## Commonly Used Herbs

**Georgia M. Decker**
**MS, RN, CS-ANP, AOCN**

The use of herbs as a complementary therapy has increased in the past decade. In Europe and Asia, herbs are routinely prescribed in healthcare. In the United States, herbs are categorized as nutritional supplements and as such are not required to meet the FDA standards for drugs and are not routinely prescribed by healthcare professionals. There are many reasons for the resurgence of interest in complementary therapies. Some of these were described in an earlier issue of *The Network News* (July/August 1998). Commercial products will vary in the amount of standardized extract and impact recommended dosage. Purity of the product is also of concern. Some of the most commonly used single agents are described in this column.

### Ginko Biloba
Plant part used: leaves
Active ingredients:
- Ginko flavone 24%
- Terpene Lactone 6%
Actions:
- Reduces capillary fragility
- Inhibits platelet aggregation
- Antioxidant
Indications for use:
- Cerebral Vascular Insufficiency — dementia, vertigo, tinnitus, chronic depression (geriatric)
- Peripheral Vascular Disease
Usual dosages:
- Cerebral Vascular Insufficiency — 120-240 mg/day in 2-3 divided doses
- Peripheral Vascular Insufficiency — 120-160 mg/day in 2-3 divided doses
Side Effects/Contraindications:
- Mild gastrointestinal upset (less than 1%)
- Mild, transient headache for first 1-3 days
- No known drug interactions

### Garlic
Plant part used: bulb
Active ingredients:
- Allicin (produced when bulb is crushed)
Actions:
- Lowers cholesterol
- Lowers triglycerides
- Inhibits platelet aggregation
Indications for use:
- Hypercholesremia
- Hyperlipidemia

- Helpful as an adjuvant for anti-clotting drugs (should not be used as primary therapy and should be used as adjuvant only under the direction of a knowledgeable healthcare professional)
Usual dosages:
- To decrease cholesterol and/or triglycerides — 600-900 mg/day in 2-3 divided doses as garlic powder tablets or chew one clove of fresh garlic each day
Side Effects/Contraindications:
- Heartburn
- Flatulence
- Take with caution if on anti-coagulant therapy

### Chamomile
Plant part used: dried flowers
Active ingredients:
- Flowers contain 1-25 volatile oils, alpha bisabolol, alpha bisabolol oxides A and B, and maticin bioflavinoids
Actions:
- Anti-inflammatory
- Antispasmodic
- Muscle relaxing effect on gastrointestinal tract*
*Helpful in long-term management, but not a substitute for medical treatment for acute attacks
Indications for use:
- Irritable bowel syndrome
- Indigestion
- Gastritis
- Peptic ulcer disease
- Spastic colon
- Cramping related to diarrhea

Usual dosages:
- Usually consumed as tea 3-4 times a day between meals; or, 2-3 grams/day of encapsulated product; or, 1/2-1 tsp. of tincture added to hot water
Side Effects/Contraindications:
- Rare allergic reactions
- Persons with allergies to ragweed, asters, and chrysanthemums should avoid use
- Not a substitute for medical treatment for acute gastrointestinal symptoms

### Ginger
Plant parts used: the rhizome
Active ingredients:
- 1-4% volatile oils; zingiberene and bisabolene
- Glycerols and shogaols
Actions:
- Stimulates digestion
- Increases gastric motility
- Improves the production and secretion of bile from the liver and gallbladder
- Helpful in protecting the stomach from the effects of NSAIDs
- Anti-emetic
Indications for use:
- Motion sickness
- Nausea and vomiting post-anesthesia
Usual dosages:
- Not to exceed 1 gm/day during pregnancy
- Motion sickness — 1 gram 20-25 minutes prior to leaving on trip or onset of activity; not to exceed 4 grams/day at least 2 hour intervals *Continued on next page*

BP 01157

10A

HIGHLY CONFIDENTIAL
BMS/AWP/000095823





ONCOLOGY
THERAPEUTICS
NETWORK

- *Nausea/vomiting*—1 gram 20 minutes prior to anesthesia

Side Effects/Contraindications:
- No side effects noted when guidelines are followed
- Persons with gallstones should consult with their healthcare provider before using
- Long-term use in pregnancy is not recommended

## Milk Thistle
Plant part used: seeds of dried flowers
Active ingredients:
- Silymarin
- Silibinin (subcomponent of silymarin)

Actions:
- Liver protection (against toxins and liver toxic medications)
- Antioxidant in liver cells
- Liver cell regeneration

Indications for use:
- Chronic liver disease (including alcoholism)
- Viral hepatitis (not as primary therapy)

Usual dosages:
- 420 mg/day in 3 divided doses x 8 weeks and then reduce to 280 mg/day in 2-3 divided doses for all diagnoses

Side Effects/Contraindications:
- No known interaction with medications
- May cause a mild, transient diarrhea (related to liver and gallbladder stimulation)

## Echinacea
Plant parts used:
- Expressed juice or encapsulated dried juice of the E. purpurea herb roots of E. angustifolia and E. purpurea

Actions:
- Immune enhancement
- Increased phagocytosis
- Rise in T cell activity
- Rise in interferon

Indications for Use:
- Colds and flu
- As adjunctive therapy with recurrent infections

Side Effects/Contraindications:
- No reported side effects
- Echinacea is contraindicated in persons with autoimmune illnesses and other progressive systemic diseases. Echinacea should not be taken by persons allergic to flowers of the daisy (composite) family due to cross hypersensitivity

## St. John's Wort
Plant parts used: flowering tops
Active ingredients:
- Hypericin

- Pseudohypericin
- Tannins

Actions:
- Weakly inhibits the enzyme monoamine oxidase (MAO); how is unclear, but hypericin does not act alone
- Serotonin uptake inhibitor— "Nature's Prozac"
- Hypericin has a known antiviral effect

Indications for use:
- Mild to moderate depression

Usual dosages:
- Dosage is based upon the concentration on hypericin in the extract
- A standardized extract of 0.2% hypericin would be 500 mg/day in 2 divided doses
- A standardized extract of 0.3% hypericin would be 900 mg/day in 3 divided doses

Side Effects/Contraindications:
- No known toxicities
- Photosensitivity has occurred (avoid ultraviolet light)
- Avoid tyramine-containing foods (alcohol) and medications (tyramine, amphetamines, over-the-counter cold and flu remedies)
- Fatigue
- Pruritis
- Weight gain
- Dizziness
- Dry mouth
- St. John's Wort should not be taken concomitantly with prescription antidepressants

## Saw Palmetto
Plant part used: berries of the plant.
Active ingredients:
- Free fatty acids and sterols (in the oil of the berry)

Actions:
- Blocks estrogen and progesterone receptors
- Anti-inflammatory activity in the prostate

Indications for use:
- Benign prostatic hyperplasia (BPH)
- Urinary symptoms from BPH

Usual dosages:
- Best used in stage I or II BPH at 320 mg of the fat-soluble extract in 2 divided doses daily
- Efficacy can be evaluated after 8 weeks of continuous use
- Long-term use is usually indicated

Side Effects/Contraindications:
- Because of estrogen and progesterone blocking effect it should no be used in women of childbearing age or children
- No known drug interactions
- Mild gastrointestinal disturbances (rare)

## Ginseng
Plant part used: root
Active ingredients:
- Most modern extracts standardize according to percentage of ginsenosides
- Actually a complex of different constituents

Actions:
- Ginseng is an herbal adaptogen. Adaptogens, by definition, must show nonspecific effect and raise the powers of resistance to toxins; must effect a normalizing action; must not influence normal body functions. Helps the body deal with the effects of stress

Indications for use:
- Chronic fatigue syndrome
- Anxiety
- Depression
- Hypecholesterolemia
- Drug and alcohol withdrawal
- Fatigue (mental or physical)

Usual dosage:
- Extracts of 5-7% ginsenosides. The recommended dose is a 100 mg 1-2x day taken for 2-3 weeks, then a 1-2 week period with no herb taken as a "rest"

Side Effects/Contraindications:
- Overstimulation (especially if taken with caffeine)
- Gastrointestinal upset
- Insomnia (especially if taken with caffeine)
- Contraindicated in persons with hypertension
- Long-term use may cause breast tenderness and menstrual abnormalities
- Ginseng Abuse Syndrome— characterized by hypertension, nervousness, insomnia, diarrhea
- Potential estrogenic effect—should not be taken by persons with estrogen-dependent tumors

## Bibliography
1. Brown, D.J. (1996). Phytotherapy: Herbal medicine meets clinical science, Parts I and II, Bastyr Lexereus Continuing Education Program. Produced in co-operation with Natural Product Research Consultants.

2. Heinerman, J. (1996) Heinerman's encyclopedia of healing herbs and spices. New Jersey: Prentice Hall.

3. Tyler, V.E. (1993). The honest herbal: A sensible guide to the use of herbs and related remedies New York. Pharmaceutical Products Press.

BP 01158

10A

HIGHLY CONFIDENTIAL
BMS/AWP/000095824





# Hoechst Marion Roussel's
# 5-HT₃ Receptor Antagonist

## Excellent Efficacy and Safety Profile



◆ Anzemet Injection is indicated for the prevention of nausea and vomiting associated with initial and repeat courses of emetogenic cancer chemotherapy, including high-dose cisplatin.

◆ Anzemet Tablets are indicated for the prevention of nausea and vomiting associated with moderately emetogenic cancer chemotherapy, including initial and repeat courses.

◆ Ease of Administration — Anzemet injection can be safely infused intravenously as rapidly as 100 mg/30 seconds or diluted in compatible IV solutions and infused over 15 minutes.

**For more information on dosing and administration, please contact your HMR account representative.**

## Great Value!

| CATALOG NUMBER | NDC | BRAND NAME | ITEM | UNIT SIZE | ORDER QTY | PRICE/ UNIT | AWP |
|---|---|---|---|---|---|---|---|
| 900-250 | 0088-1206-32 | Anzemet | dolasetron mesylate | 100 mg vial | 1 | $70.00 | $149.88 |
| 970-300 | 0088-1203-05 | Anzemet | dolasetron mesylate | 100 mg tablets | 5 | $289.75 | $330.00 |
| 970-305 | 0088-1203-29 | Anzemet | dolasetron mesylate | 100 mg tablets blister pack | 5 | $289.75 | $330.00 |
| 970-310 | 0088-1203-43 | Anzemet | dolasetron mesylate | 100 mg tablets unit dose | 10 | $579.50 | $660.00 |

## Outstanding Support:

**Reimbursement and Patient Assistance Program Hotline 1-888-895-2219**

Call the Anzemet Hotline for help with reimbursement and patient assistance programs, Monday through Friday, between 10 a.m. and 6 p.m. ET.



Call OTN today at 1-800-482-6700 to place your order!

## Visit the website! www.anzemet.com

BP 01159          10A

HIGHLY CONFIDENTIAL
BMS/AWP/000095825



# HCPCS Code Changes for 1999

The HCFA Common Procedure Coding System (HCPCS) editorial panel recently announced coding changes effective for Medicare claims beginning January 1, 1999. Services provided on or after January 1, 1999, should be filed using the 1999 codes.

Services rendered in 1998 should continue to be billed with the 1998 codes. HCFA has granted a grace period to allow physicians to incorporate the changes into their practices.

The 1999 charges received prior to April 1, 1999 may be filed with either the 1998 or 1999 codes.

Specific questions about these codes and requests for a complete list of code changes should be directed to your Medicare carrier.



New J Code for Anzemet Effective 1/1/99!

| NEW | DELETE | BILLING UNITS | PRODUCT |
|---|---|---|---|
| J0130 | | 10 mg | Abciximab, Injection |
| J0151 | | 90 mg | Adenosine, Injection |
| J0275 | | | Alprostadil, urethral suppository |
| J0285 | | 50 mg | Amphotericin B, Injection |
| J0286 | | 50 mg | Amphotericin B lipid complex, Injection |
| J0395 | | 1 mg | Arbutamine HCL, Injection |
| J0476 | | 50 mcg | Baclofen intrathecal trial, Injection |
| J7513 | | 25 mg | Daclizumab, Parenteral |
| J9151 | | 10 mg | Daunorubicin Citrate, Liposomal Formulation |
| J1260 | | 1 mg | Dolasetron Mesylate, Injection |

| NEW | DELETE | BILLING UNITS | PRODUCT |
|---|---|---|---|
| J7320 | | 16 mg | Hylan G-F 20, for Intra Articular Injection |
| J9212 | | 1 mcg | Interferon Alfacon-1, Recombinant, Injection |
| J1956 | | 250 mg | Levofloxacin, Injection |
| J2271 | | 100 mg | Morphine Sulfate, Injection |
| J2355 | | 5 mg | Oprelvekin, Injection |
| J2994 | | 37.6 mg | Reteplase, Injection |
| J2792 | | 100 IU | Rho D Immune Globulin, Intravenous, Human, Solvent Detergent, Injection |
| J7315 | | 20 mg | Sodium Hyaluronate for Intra-Articular Injection |

# OTN Holiday Schedule

Oncology Therapeutics Network will observe the 1998/99 seasonal holidays on the following days:

Thursday, November 26

Friday, December 25

Friday, January 1

Customer Service will be available to take your orders on all other days from 8:30 a.m.-8:30 p.m. ET.

Please order early to ensure an adequate supply of products to your organization and those that you serve.

10A

BP 01160

HIGHLY CONFIDENTIAL
BMS/AWP/000095826





## Rebetron™

A combination of Rebetol (Ribavirin, USP) Capsules and Intron® A (Interferon alfa-2b, recombinant) indicated for the treatment of chronic hepatitis C in patients who have relapsed following alpha interferon therapy.

| CATALOG NUMBER | NDC | BRAND NAME | ITEM | UNIT SIZE | PRICE/ UNIT | AWP |
|---|---|---|---|---|---|---|
| 220-300 | 0085-1241-01 | Rebetron | Interferon alpha-2b/Ribavirin 1200/Pak 3 | 3 MIU/0.5 mL | $645.00 | $720.00 |
| 220-310 | 0085-1236-01 | Rebetron | Interferon alpha-2b/Ribavirin 1200 MDV | 22.8 MIU/3.8 mL; 3 MIU/0.5 mL | $645.00 | $720.00 |
| 220-320 | 0085-1241-02 | Rebetron | Interferon alpha-2b/Ribavirin 1000/Pak 3 | 3 MIU/0.5 mL | $584.00 | $651.59 |
| 220-330 | 0085-1236-02 | Rebetron | Interferon alpha-2b/Ribavirin 1000 MDV | 22.8 MIU/3.8 mL; 3 MIU/0.5 mL | $584.00 | $651.59 |
| 220-340 | 0085-1241-03 | Rebetron | Interferon alpha-2b/Ribavirin 600/Pak 3 | 3 MIU/0.5 mL | $478.00 | $533.64 |
| 220-350 | 0085-1236-03 | Rebetron | Interferon alpha-2b/Ribavirin 600 MDV | 22.8 MIU/3.8 mL; 3 MIU/0.5 mL | $478.00 | $533.64 |
| 220-305 | 0085-1258-01 | Rebetron | Interferon alpha-2b/Ribavirin 1200/3 MIU Pen  6 doses x 3 MIU/0.2 mL | | $645.00 | $720.00 |
| 220-325 | 0085-1258-02 | Rebetron | Interferon alpha-2b/Ribavirin 1000/3 MIU Pen  6 doses x 3 MIU/0.2 mL | | $584.00 | $651.59 |
| 220-345 | 0085-1258-03 | Rebetron | Interferon alpha-2b/Ribavirin 600/3 MIU Pen  6 doses x 3 MIU/0.2 mL | | $478.00 | $533.64 |

# Intron® A — HSA-Free and Original Formulation

Interferon alfa-2b, recombinant*

| CATALOG NUMBER | NDC | HCPCS CODE | ITEM | UNIT SIZE | ORDER QTY | PRICE/ UNIT | AWP |
|---|---|---|---|---|---|---|---|
| **HSA-FREE SOLUTION*** | | | | | | | |
| 220-151 | 0085-1184-01 | J9214 | Intron A solution | 3 MIU/0.5 mL | 1 | $31.30 | $34.93 |
| 220-161 | 0085-1191-01 | J9214 | Intron A solution | 5 MIU/0.5 mL | 1 | $52.15 | $58.21 |
| 220-171 | 0085-1179-01 | J9214 | Intron A solution | 10 MIU/1 mL | 1 | $104.40 | $116.44 |
| 220-191 | 0085-1168-01 | J9214 | Intron A solution | 18 MIU/MDV | 1 | $187.90 | $209.58 |
| 220-194 | 0085-1133-01 | J9214 | Intron A solution | 25 MIU/MDV | 1 | $261.00 | $291.11 |
| **HSA-FREE SOLUTION PAKS*** (Paks include six vials, six syringes, and six alcohol swabs) | | | | | | | |
| 220-156 | 0085-1184-01 | J9214 | Intron A solution, Pak-3 | 3 MIU | 6 | $31.30 | $34.93 |
| 220-166 | 0085-1191-02 | J9214 | Intron A solution, Pak-5 | 5 MIU | 6 | $52.15 | $58.21 |
| 220-174 | 0085-1179-02 | J9214 | Intron A solution, Pak-10 | 10 MIU | 6 | $104.40 | $116.44 |
| **ORIGINAL FORMULATIONS**** | | | | | | | |
| 220-150 | 0085-0647-03 | J9214 | Intron A powder | 3 MIU/MDV | 1 | $31.30 | $34.93 |
| 220-160 | 0085-0120-02 | J9214 | Intron A powder | 5 MIU/MDV | 1 | $52.15 | $58.21 |
| 220-170 | 0085-0571-02 | J9214 | Intron A powder | 10 MIU/MDV | 1 | $104.40 | $116.44 |
| 220-186 | 0085-1110-01 | J9214 | Intron A powder | 18 MIU/MDV | 1 | $187.90 | $209.58 |
| 220-175 | 0085-0285-02 | J9214 | Intron A powder | 25 MIU/MDV | 1 | $261.00 | $291.11 |
| 220-180 | 0085-0539-01 | J9214 | Intron A powder | 50 MIU/MDV | 1 | $522.00 | $582.17 |

* HSA-free formulation is recommended for intramuscular, subcutaneous, or intralesional administration. Intron A solutions for injection are not recommended for IV administration.
** Original formulation is recommended for intramuscular, subcutaneous, intralesional, or intravenous administration.

# Intron® A  Interferon alfa-2b, recombinant for injection  Multidose Pen

| CATALOG NUMBER | NDC | BRAND NAME | ITEM | UNIT SIZE | PRICE/ UNIT | AWP |
|---|---|---|---|---|---|---|
| 220-15B | 0085-1242-01 | Intron A Multidose Pen | Interferon alpha-2b, 6 doses | 3 MIU Pen | $187.90 | $209.58 |
| 220-310 | 0085-1236-01 | Intron A Multidose Pen | Interferon alpha-2b, 6 doses | 5 MIU Pen | $312.90 | $349.31 |
| 220-320 | 0085-1241-02 | Intron A Multidose Pen | Interferon alpha-2b, 6 doses | 10 MIU Pen | $525.80 | $698.62 |

HIGHLY CONFIDENTIAL
BMS/AWP/000095827

# Schering Hotlines

**Stay Informed!** *Schering has provided the following toll-free numbers and websites for you and your patients:*



| PROGRAM NAME | 800# | WEBSITES | INFORMATION |
|---|---|---|---|
| American Liver Foundation | 1-800-GO-LIVER   (465-4837) | | Liver and Hepatitis |
| Hepatitis Liver Hotline | 1-888-4HEP-ABC   (443-7222) | | Hepatitis |
| Be In Charge | 1-888-HEP-2608   (437-2608) | www.beincharge.com | Hepatitis |
| CareNection | 1-888-EULEXIN   (385-3946) | www.prostate-cancer.com | Prostate Cancer |
| Commitment to Care | 1-800-521-7157 | | Hepatitis |
| Consultant Care Network | 1-800-640-2144 | | Hepatitis |
| Crossing Bridges | 1-888-77Bridge(274343) | www.crossingbridges.com | Melanoma |
| HEP C Connection | 1-800-522-HEPC (4372) | | Hepatitis |
| Hepatitis Help Line (general information) | 1-800-700-8700 | | Hepatitis |
| Melanoma Hotline | 1-800-237-4724 | | Melanoma |
| | | www.skin-cancer.com | Skin Cancer |

# LEUKINE® Liquid (GM-CSF, sargramostim)

From Immunex Corporation  **ımmunex**





✓ Easier to Use
✓ Bioequivalent to Lyophilized Powder
✓ LEUKINE Liquid Quick Reference Guide Available from Immunex

✓ Multi-Dose Vial
✓ Saves Time
✓ Less Waste and Saves Money

| CATALOG NUMBER | NDC | ITEM | UNIT SIZE | PRICE UNIT | AWP |
|---|---|---|---|---|---|
| 222-116 | 58406-0050-30 | GM-CSF (sargramostim), solution | 500 mcg MDV | $210.25 | $252.06 |

## Choice of Payment Terms

Only through OTN! Customers have four payment terms options:

◆ 1% 30, Net 60 Days
◆ 2% Upon Receipt of Order
◆ Net 75 Days
◆ Credit Card, Upon Receipt of Order

### ─ Reimbursement Support ─

Contact the Immunex
Reimbursement Hotline at

# 1-800-321-4669

*Bill for Leukine with J2820 per 50 mcg.*

10A

BP 01162

HIGHLY CONFIDENTIAL
BMS/AWP/000095828



## ONCOLOGY DRUG UPDATES

### Trastuzumab (Herceptin™, Genentech): A New Monoclonal Antibody for Metastatic Breast Cancer

Cindy W. Hamilton,
Pharm.D.
Principal of Hamilton
House in Virginia
Beach, Virginia, and
Clinical Instructor at
Virginia
Commonwealth
University School of
Pharmacy in
Richmond, Virginia.

Trastuzumab was recently approved for the treatment of metastatic breast cancer by the Food and Drug Administration (FDA) in near-record time. Patient advocacy groups, encouraged by trastuzumab's apparent efficacy in clinical trials, convinced the FDA to shave 6 weeks off its 6-month review schedule. Trastuzumab's reputation is also benefiting from broad coverage by the press and endorsements from investigators.

Trastuzumab is a monoclonal antibody directed against the 185-kd transmembrane glycoprotein receptor (p185$^{HER2}$) encoded by the HER2 gene, also known as *neu* and *c-erbB-2*. HER2 is overexpressed in 25% to 30% of human breast cancers and correlates with poor clinical outcome. Trastuzumab is produced by recombinant DNA technology and has been humanized to minimize immunogenicity.

According to labeling, trastuzumab "in combination with paclitaxel is indicated for the treatment of patients with metastatic breast cancer whose tumors overexpress the HER2 protein and who have not received chemotherapy for their metastatic disease." Trastuzumab is also indicated as a single agent for patients who have failed previous chemotherapy. These indications are based on two large trials. The exact findings differ depending on the source; abstracts from the 1998 Meeting of the American Society of Clinical Oncology (ASCO) are used in this article unless otherwise indicated.

### Clinical Trials

Adding trastuzumab to first-line chemotherapy significantly improved the response rate and increased the time to progression compared with chemotherapy alone (Table 1). At the ASCO meeting, Slamon and colleagues reported a significant survival benefit, which was not yet apparent when the abstract was prepared. In this phase III trial (Slamon et al, 1998), 469 women with metastatic breast cancer that overexpressed HER2 were randomized to receive chemotherapy alone or with trastuzumab. Chemotherapy consisted of doxorubicin (or epirubicin) and cyclophosphamide, or, if patients had received adjuvant anthracycline therapy, paclitaxel. The benefit of trastuzumab as measured by improved response rate and time to progression was greater in patients who received paclitaxel than in those who received an anthracycline and cyclophosphamide, but differences between these two subgroups were not significant (Slamon et al, 1998).

The lower response rate for paclitaxel alone may be attributable to the excess of poor prognostic factors at baseline, such as premenopausal status, estrogen- or progesterone-receptor negative tumors, and positive lymph nodes. Furthermore, all patients enrolled in the clinical trial program had a poor prognosis because of HER2 overexpression.

In the phase II trial (Cobleigh et al, 1998), trastuzumab produced objective responses in 15% (95% CI: 10%, 20%) of 213 women with metastatic breast cancer that overexpressed HER2. In an invited discussion of HER2 abstracts, Edison Liu told ASCO attendees that this response rate, together with the 9-month duration of response, rivals that of some of the best agents currently in use. The response criteria were rigorously defined and confirmed by an independent committee. Furthermore, all patients had been treated for metastatic disease; many were heavily pretreated

Continued on next page

**Table 1.**
*Benefit of Adding Trastuzumab to First-Line Chemotherapy in a Randomized Phase III Trial of Women with Metastatic Breast Cancer Overexpressing HER2*

| Treatment Group | No. of Patients Enrolled | Objective Response Rate (%) | Median Time to Progression (mo) | Severe Adverse Events (%) |
|---|---|---|---|---|
| **Chemotherapy** | | | | |
| Alone | 234 | 36* | 5.5 | |
| Plus trastuzumab | 235 | 62* | 8.6† | |
| **Anthracycline + cyclophosphamide** | | | | |
| Alone | 145 | 42 | 6.5 | |
| Plus trastuzumab | 146 | 65 | 9.0 | |
| **Paclitaxel** | | | | |
| Alone | 89 | 25 | 4.2 | |
| Plus trastuzumab | 89 | 57 | 7.1 | |

*P<.001.    †P<.01.    Adapted from Slamon et al, 1988.

10A

BP 01163

HIGHLY CONFIDENTIAL
BMS/AWP/000095829

# ONCOLOGY DRUG UPDATES



ONCOLOGY
THERAPEUTICS
NETWORK

## Trastuzumab *continued from previous page*

with 68% having previously received at least two regimens and 9% having received high-dose therapy.

### Safety and Administration

Trastuzumab appears to be well tolerated. The most common adverse event is a symptom complex, which usually consists of chills and/or fever with or without other symptoms; it occurs in 40% of patients during the first infusion and does not usually recur with subsequent treatments. Trastuzumab is also associated with cardiac dysfunction, which resembles anthracycline-induced congestive heart failure (CHF) and is usually reversible. In the phase II trial (Cobleigh et al, 1998), trastuzumab monotherapy caused at least a 10% decrease in cardiac ejection fraction in nine patients (4%); six (3%) were symptomatic. In the phase III trial by Slamon et al, the incidence of grade-3 or -4 cardiac dysfunction was higher with trastuzumab, anthracycline, and cyclophosphamide (18%) than with anthracycline and cyclophosphamide (3%), trastuzumab and paclitaxel (2%), or paclitaxel alone (0%). The FDA advisory committee voted against combining trastuzumab with anthracyclines and cyclophosphamide, but advocacy groups preferred less restrictive labeling to facilitate reimbursement for therapy. The FDA compromised by not listing any known contraindications in the labeling. Instead, a boxed warning states that trastuzumab "administration

can result in the development of ventricular dysfunction and heart failure." Studies are being conducted to identify risk factors for developing CHF, such as interactions with specific combination regimens.

HER2 overexpression is measured on a scale of 0 to 3+ by a test that was developed by the Danish company Dako. Response to treatment is most likely with overexpression at 3+, but patients with 2+ overexpression were also enrolled in clinical trials. Clinical trials will be conducted to examine the efficacy of trastuzumab in breast cancer with 2+ overexpression and even in tumors that do not overexpress HER2.

### Conclusions

Trastuzumab represents an innovative alternative for patients with metastatic breast cancer that overexpresses HER2. When combined with first-line chemotherapy, trastuzumab improves response rates, increases time to progression, and improves survival times. When used as monotherapy in patients with previously treated metastatic disease, trastuzumab produces durable objective responses. Patients should be closely monitored for signs and symptoms of CHF. Ongoing trials will determine whether additional precautions are needed and whether the indications will be expanded to, for example, the adjuvant setting.

### References

1. Cobleigh MA, Vogel CL, Tripathy D, et al. Efficacy and safety of Herceptin™ (humanized anti-HER2 antibody) as a single agent in 222 women with HER2 overexpression who relapsed following chemotherapy for metastatic breast cancer (abstract 376). Proc Am Soc Clin Oncol. 1998;17:97a.

2. Slamon D, Leyland-Jones B, Shak S, et al. Addition of Herceptin™ (humanized anti-HER2 antibody) to first line overexpressing metastatic breast cancer (HER2+/MBC) markedly increases anticancer activity: a randomized, multinational controlled phase III trial (abstract 377). Proc Am Soc Clin Oncol. 1998;17:98a.

3. Genentech Herceptin approval meets patient group deadline; Herceptin label does not rule out co-administration with anthracyclines. FDC Reports "The Pink Sheet." 1998;60(40):3-5.

## Capecitabine (Xeloda™, Roche Laboratories Inc.): Therapy for Breast Cancer

Nancy C. Phillips, RPh

The use of fluorouracil (5-FU), a cytotoxic agent commonly used to treat a variety of malignancies, is limited by its poor oral absorption and schedule-dependent effects. Continuous-infusion 5-FU has been used in an attempt to increase the activity of this agent, but it requires the use of indwelling vascular catheters and infusion devices. Another approach to increasing exposure to 5-FU is the use of oral products that are either pro-drugs of 5-FU or agents that inhibit the degradation of 5-FU within the gastrointestinal tract.

On April 30, 1998, capecitabine, one of the 5-FU pro-drugs, received accelerated FDA approval for the treatment of patients with metastatic breast cancer resistant to both paclitaxel (Taxol®) and an anthracycline-containing regimen or "resistant to paclitaxel and for whom further anthracycline therapy is not indicated."[1]

*Continued on next page*

### Table 1.
*Dose Calculation of Capecitabine According to Body Surface Area*[2]

| Surface Area (m²) | Dose (2,500 mg/m²/d) Total Daily Dose* (mg) | No. of Tablets to Be Taken With Each Dose (AM and PM) 150 mg | 500 mg |
|---|---|---|---|
| ≤1.24 | 3,000 | 0 | 3 |
| 1.25–1.36 | 3,300 | 1 | 3 |
| 1.37–1.51 | 3,600 | 2 | 3 |
| 1.52–1.64 | 4,000 | 0 | 4 |
| 1.65–1.76 | 4,300 | 1 | 4 |
| 1.77–1.91 | 4,600 | 2 | 4 |
| 1.92–2.04 | 5,000 | 0 | 5 |
| 2.05–2.17 | 5300 | 1 | 5 |
| ≥2.18 | 5,600 | 2 | 5 |

* Total daily dose divided by 2 to allow equal morning and evening doses. Reprinted with permission from Roche Laboratories, Inc.

BP 01164

10A

HIGHLY CONFIDENTIAL
BMS/AWP/000095830



# ONCOLOGY DRUG UPDATES

## References

1. F-D-C Reports-Pink Sheet.
   1997;60(27):3.
2. Budman DR, Meropol NJ.
   Preliminary studies of a novel oral
   fluoropyrimidine carbamate:
   capecitabine. J Clin Oncol.
   1998;16:1795-1802.
3. Blum JL, Buzdar AU,
   LoRusso PM, et al. A
   multicenter phase II trial of
   Xeloda™ (capecitabine) in
   paclitaxel-refractory
   metastatic breast cancer.
   IMBO. Proc Am Soc Clin
   Oncol. 1998;17:125a.
4. O'Shaughnessy J,
   Moiseyenko V, Bell D, et
   al. A randomized phase II
   study of Xeloda™
   (capecitabine) vs CMF as
   first-line chemotherapy of
   breast cancer in women
   aged >55 years. Proc Am
   Soc Clin Oncol.
   1998;17:103a.
5. Xeloda™ [package insert].
   Nutley, NJ: Roche Labor-
   atories Inc. April, 1998.

## Capecitabine continued from previous page

Capecitabine is a tumor-activated and tumor-selective carbamate that is orally active and has dose-linear pharmacokinetics. Following administration, it is converted in tumor tissue to 5-FU by a sequence of three steps. The final conversion in this sequence is mediated by the tumor-associated angiogenic factor, thymidine phosphorylase (dThdPase), reported to be upregulated in hypoxic areas of tumors.

Budman and colleagues evaluated capecitabine in a phase I trial of 33 solid-tumor patients.[2] The maximally tolerated dose was 1,657 mg/m²/d. The dose-limiting toxicities were similar to those associated with the use of long-term 5-FU infusions, including hand-foot syndrome (palmar-plantar erythrodysesthesia), mucositis, and diarrhea.

O'Shaughnessy and colleagues compared capecitabine 2,510 mg/m² administered orally in two divided doses on days 1 through 14 every 3 weeks with cyclophosphamide, methotrexate, and fluorouracil (CMF) administered every 3 to 4 weeks in a randomized, open-label, multicenter, phase II trial of 95 metastatic breast cancer patients.[2] The objective response rates (complete plus partial) were similar between the two groups (25% vs. 16%, respectively), as was the median time to progression (132 vs. 94 days, respectively). Capecitabine caused more grade 3 or 4 toxicity than did CMF, primarily because of an increased incidence of hand-foot syndrome and diarrhea.

Blum and colleagues studied capecitabine as third- or fourth-line therapy in 162 patients with metastatic breast cancer refractory to paclitaxel.[4] The oral dosage administered was again 2,510 mg/m² in two divided doses on days 1 through 14 every 3 weeks. The objective response rate was 20%, the median duration of objective response was 8.1 months, and the median overall survival time was 12.8 months. Diarrhea (14%) and hand-foot syndrome (10%), were the only drug-related grade 3 or 4 adverse events reported in at least 10% of patients.

The recommended dose of capecitabine is 2,500 mg/m²/d administered with food for 2 weeks, followed by a 1-week rest. This cycle should be repeated every 3 weeks. The daily dose should be divided into two doses, administered approximately 12 hours apart. Capecitabine is supplied as 500 mg and 150 mg tablets. Table 1 lists the total daily dose according to body surface area and the number of tablets to be taken with each dose. Table 2 recommends dose modifications according to grade of toxicity.[5]

In summary, capecitabine is the first 5-FU pro-drug to become commercially available in the United States. It appears to be active in patients resistant to intravenous 5-FU, anthracyclines, and taxanes. Randomized phase III trials comparing capecitabine with standard regimens for patients with breast or colorectal cancer are currently being planned or are under way. Other oral fluorinated pyrimidines including UFT (uracil and tegafur), BOF-A2, doxifluridine, emiluracil and oral 5-FU, and S-1 are currently under investigation and should be available in the near future.

## Table 2.
### Recommended Dose Modifications for Capecitabine[5]

| Toxicity NCIC Grades[a] | During a Course of Therapy | Dose Adjustment for Next Cycle (% of Starting Dose) |
|---|---|---|
| **Grade 1** | | |
| | Maintain dose level | Maintain dose level |
| **Grade 2** | | |
| 1st Appearance | Interrupt until resolved to grade 0–1 | 100 |
| 2nd Appearance | Interrupt until resolved to grade 0–1 | 75 |
| 3rd Appearance | Interrupt until resolved to grade 0–1 | 50 |
| 4th Appearance | Discontinue treatment permanently | |
| **Grade 3** | | |
| 1st Appearance | Interrupt until resolved to grade 0–1 | 75 |
| 2nd Appearance | Interrupt until resolved to grade 0–1 | 50 |
| 3rd Appearance | Discontinue treatment permanently | |
| **Grade 4** | | |
| 1st Appearance | Discontinue permanently or if physician deems it to be in the patient's best interest to continue, interrupt until resolved to grade 0–1 | 50 |

[a] National Cancer Institute of Canada Common Toxicity Criteria used except for hand-foot syndrome. Reprinted with permission from Roche Laboratories, Inc.

BP 01165   10A

HIGHLY CONFIDENTIAL
BMS/AWP/000095831

# REIMBURSEMENT



ONCOLOGY
THERAPEUTICS
NETWORK

## Average Wholesale Prices and 1998 HCPCS Codes

The Average Wholesale Prices (AWPs) and HCPCS codes for drugs commonly used in cancer treatment are provided for your use as a reimbursement resource. Products are listed alphabetically by their generic name. The AWPs are obtained from the *1998 Red Book* and the *November 1998 Red Book Update*. For drugs that have

multiple manufacturers, the AWP for the product most commonly stocked by OTN is listed. For ease of use, we list the AWP information in the first three columns and the billing code and units in the right two columns. Please refer to the *Sourcebook* for a complete listing of HCPCS codes.

| PRODUCT | VIAL SIZE | NDC | NOVEMBER AWP/VIAL | '98 HCPCS CODE | BILLING UNITS |
|---|---|---|---|---|---|
| Proleukin® Aldesleukin, pwd (Interleukin-2) | 22 MIU | 53905-0991-01 | 501.35 | J9015 | per 22 MIU |
| Ethyol® Amifostine | 500 mg | 17314-7253-03 | 339.08 | J0207 | per 500 mg |
| Fungizone® Amphotericin B Oral Suspension | 24 ml | 00087-1162-10 | 26.25 | J9999*/J3490* | |
| Blenoxane® Bleomycin sulfate, pwd | 15 units 30 units | 00015-3010-20 00015-3063-01 | 304.60 609.20 | J9040 J9040 | per 15 units per 15 units |
| Xeloda® Capecitabine | 150 mg 500 mg | 00004-1100-51 00004-1101-16 | 230.59 1,537.27 | | |
| Paraplatin® Carboplatin, pwd | 50 mg 150 mg 450 mg | 00015-3213-30 00015-3214-30 00015-3215-30 | 100.11 300.29 900.86 | J9045 J9045 J9045 | per 50 mg per 50 mg per 50 mg |
| BiCNU® Carmustine, pwd w/diluent | 100 mg | 00015-3012-38 | 99.55 | J9050 | per 100 mg |
| Tagamet® Cimetidine HCl, sol (150 mg/mL) | 300 mg | 0010B-5017-16 | 3.96 | J9999*/J3490* | |
| Platinol-AQ® Cisplatin, sol (1 mg/mL) | 50 mg MDV 100 mg MDV | 00015-3220-22 00015-3221-22 | 210.89 421.76 | J9062 J9062 | per 50 mg per 50 mg |
| Leustatin® Cladribine, sol (1 mg/mL) | 10 mg | 59676-0201-01 | 516.00 | J9065 | per 1 mg |
| Cytogam® Cytomegalovirus immune globulin intravenous human | 50 ml | 60574-3101-01 | 511.44 | J0850 | per vial |
| Cytoxan® lyophilized Cyclophosphamide, lyophilized | 100 mg 200 mg 500 mg 1 g 2 g | 00015-0539-41 00015-0546-41 00015-0547-41 00015-0548-41 00015-0549-41 | 6.45 12.25 25.71 51.43 102.89 | J9093 J9094 J9095 J9096 J9097 | per 100 mg per 200 mg per 500 mg per 1 g per 2 g |
| Cytoxan® tablets Cyclophosphamide, tablets, 25 mg Cyclophosphamide, tablets, 50 mg Cyclophosphamide, tablets, 50 mg | 100 per bottle 100 per bottle 1,000 per bottle | 00015-0504-01 00015-0503-01 00015-0503-02 | 191.91 355.86 3,389.44 | J8530 J8530 J8530 | 25 mg 25 mg 25 mg |
| Cytarabine, pwd | 100 mg 100 mg 500 mg 500 mg 1 g 2 g | 00364-2467-53 55390-0131-10 00364-2468-54 55390-0132-10 55390-0133-01 55390-0134-01 | 6.00 6.25 23.06 25.00 50.00 98.90 | J9100 J9100 J9110 J9110 J9110 J9110 | per 100 mg per 100 mg per 500 mg per 500 mg per 500 mg per 500 mg |
| DTIC-Dome® Dacarbazine, pwd | 100 mg 200 mg | 00026-8151-10 00026-8151-20 | 13.83 22.23 | J9130 J9140 | per 100 mg per 200 mg |
| DaunoXome® Daunorubicin citrate liposome inj. (1 mg/mL) | 50 mg | 56146-0301-01 | 311.50 | J9999*/J3490* | per 10 mg |
| Cerubidine® Daunorubicin HCl, pwd | 20 mg | 55390-0281-10 | 168.50 | J9150 | per 10 mg |
| DDAVP® Desmopressin Acetate, sol (4 mcg/mL) | 1 ml | 00075-2451-01 | 26.69 | J2597 | per 4 mcg |
| Dexamethasone, sol (10 mg/mL) Dexamethasone, sol (4 mg/mL) | 100 mg MDV 20 mg MDV 120 mg MDV | 00364-2360-54 00517-4905-25 00517-4930-25 | 12.00 2.19 7.84 | J1100 J1100 J1100 | up to 4 mg/mL up to 4 mg/mL up to 4 mg/mL |
| Zinecard® Dexrazoxane for injection | 250 mg 500 mg | 00013-8715-62 00013-8725-89 | 152.39 304.76 | J1190 J1190 | per 250 mg per 250 mg |
| Diazepam, sol (5 mg/mL) | 10 mg 50 mg | 00364-0825-48 00364-0825-54 | 3.60 18.15 | J3360 J3360 | up to 5 mg up to 5 mg |
| Diphenhydramine HCl, sol (10 mg/mL) Diphenhydramine HCl, sol (50 mg/mL) | 300 mg 500 mg MDV 50 mg | 00364-6530-56 00364-6531-54 00641-0376-25 | 7.51 9.00 0.74 | J1200 J1200 J1200 | up to 50 mg up to 50 mg up to 50 mg |

10A

BP 01166

HIGHLY CONFIDENTIAL
BMS/AWP/000095832



# REIMBURSEMENT

| PRODUCT | VIAL SIZE | NDC | NOVEMBER AWP/VIAL | '98 HCPCS CODE | BILLING UNITS |
|---|---|---|---|---|---|
| **Taxotere** | | | | | |
| Docetaxel for injection | 20 mg | 00075-8001-20 | 270.83 | J9170 | per 20 mg |
| | 80 mg | 00075-8001-80 | 1,083.26 | J9170 | per 20 mg |
| **Anzemet** | | | | | |
| Dolasetron mesylate, sol (20 mg/mL) | 5 mL | 00088-1206-3 | 149.88 | J3490* | per 100 mg |
| **Rubex** | | | | | |
| Doxorubicin, pwd | 50 mg | 00015-3352-22 | 197.15 | J9000 | per 10 mg |
| | 100 mg | 00015-3353-22 | 394.29 | J9000 | per 10 mg |
| **Bedford Laboratories** | | | | | |
| Doxorubicin, pwd | 10 mg | 55390-0231-10 | 45.08 | J9000 | per 10 mg |
| | 20 mg | 55390-0232-10 | 90.16 | J9000 | per 10 mg |
| | 50 mg | 55390-0233-01 | 225.40 | J9000 | per 10 mg |
| Doxorubicin, sol (2 mg/mL) | 10 mg | 55390-0235-10 | 47.35 | J9000 | per 10 mg |
| | 20 mg | 55390-0236-10 | 94.70 | J9000 | per 10 mg |
| | 50 mg | 55390-0237-01 | 236.74 | J9000 | per 10 mg |
| | 200 mg MDV | 55390-0238-01 | 945.98 | J9000 | per 10 mg |
| **Adriamycin** | | | | | |
| Doxorubicin, RDF pwd | 10 mg | 00013-1086-91 | 48.76 | J9000 | per 10 mg |
| | 20 mg | 00013-1096-94 | 92.00 | J9000 | per 10 mg |
| | 50 mg | 00013-1106-79 | 243.80 | J9000 | per 10 mg |
| | 150 mg MDV | 00013-1116-83 | 716.76 | J9000 | per 10 mg |
| Doxorubicin, pfs sol (2 mg/mL) | 10 mg | 00013-1136-91 | 51.21 | J9000 | per 10 mg |
| | 20 mg | 00013-1146-94 | 102.43 | J9000 | per 10 mg |
| | 50 mg | 00013-1156-79 | 256.06 | J9000 | per 10 mg |
| | 75 mg | 00013-1176-87 | 384.09 | J9000 | per 10 mg |
| | 200 mg MDV | 00013-1166-83 | 1,003.75 | J9000 | per 10 mg |
| **DOXIL** | | | | | |
| Doxorubicin, HCl liposome inj. (2mg/ml) | 20 mg | 61471-0295-12 | 656.25 | J9999* | |
| **Procrit** | | | | | |
| Epoetin alfa | 2,000 units/ mL | 59676-0302-01 | 24.00 | Q0136* | 1,000 units |
| | 3,000 units/ mL | 59676-0303-01 | 36.00 | Q0136* | 1,000 units |
| | 4,000 units/ mL | 59676-0304-01 | 48.00 | Q0136* | 1,000 units |
| | 10,000 units/ mL | 59676-0310-01 | 120.00 | Q0136* | 1,000 units |
| | 20,000 units/ 1 mL MDV | 59676-0320-01 | 240.00 | Q0136* | 1,000 units |
| | 20,000 units/ 2 mL MDV | 59676-0312-01 | 240.00 | Q0136* | 1,000 units |
| **VePesid Capsules** | | | | | |
| Etoposide, capsules, 50 mg | 20 per box | 00015-3091-45 | 751.60 | J8560 | 50 mg |
| **VePesid For Injection** | | | | | |
| Etoposide, injection (20 mg/mL) | 100 mg MDV | 00015-3095-20 | 136.49 | J9182 | per 100 mg |
| | 150 mg MDV | 00015-3084-20 | 204.74 | J9182 | per 100 mg |
| | 500 mg MDV | 00015-3061-20 | 665.38 | J9182 | per 100 mg |
| | 1 g MDV | 00015-3062-20 | 1,296.64 | J9182 | per 100 mg |
| **Etopophos** | | | | | |
| Etoposide phosphate for injection | 100 mg | 00015-3404-20 | 124.14 | J9999* | per 100 mg |
| **Fludara** | | | | | |
| Fludarabine phosphate, pwd | 50 mg | 50419-0511-06 | 221.88 | J9185 | per 50 mg |
| Fluorouracil, sol (50 mg/mL) | 500 mg | 39769-0012-10 | 3.75 | J9190 | per 500 mg |
| | 2,500 mg | 00013-1046-94 | 14.58 | J9190 | per 500 mg |
| | 5,000 mg | 39769-0012-90 | 25.00 | J9190 | per 500 mg |
| **Neupogen** | | | | | |
| G-CSF (filgrastim), sol (0.3 mg/mL) | 300 mcg | 55513-0530-10 | 165.30 | J1440 | per 300 mcg |
| | 480 mcg | 55513-0546-10 | 263.30 | J1441 | per 480 mcg |
| **Gemzar** | | | | | |
| Gemcitabine HCl | 200 mg | 00002-7501-01 | 85.43 | J9201 | per 200 mg |
| | 1 g | 00002-7502-01 | 427.15 | J9201 | per 200 mg |
| **Leukine** | | | | | |
| GM-CSF (Sargramostim), lyophilized | 250 mcg | 58406-0002-33 | 126.04 | J2820 | per 50 mcg |
| Leukine Liquid (Sargramostim), solution | 500 mcg | 58406-0050-30 | 252.06 | J2820 | per 50 mcg |
| **Zoladex** | | | | | |
| Goserelin acetate, implant | 3.6 mg syringe | 00310-0960-36 | 439.24 | J9202 | per 3.6 mg |
| | 10.8 mg syringe | 00310-0961-30 | 1,317.74 | J9202 | per 3.6 mg |
| **Kytril** | | | | | |
| Granisetron HCl, sol (1 mg/mL) | 1 mL | 00029-4149-01 | 177.40 | J1626 | per 100 mcg |
| | 4 mL | 00029-4152-01 | 709.60 | J1626 | per 100 mcg |
| **Ifex** | | | | | |
| Ifosfamide | 1 g | 00015-0556-41 | 134.15 | J9208 | per 1 g |
| | 3 g | 00015-0557-41 | 402.49 | J9208 | per 1 g |
| **Ifex/Mesnex** | | | | | |
| Ifosfamide (10 x 1 g)/mesna (10 x 1 g MDV) | Combo-Pack | 00015-3554-27 | 2,244.08 | J9208/J9209 | |
| Ifosfamide (2 x 3 g)/mesna (6 x 1 g MDV) | Combo-Pack | 00015-3564-15 | 1,346.38 | J9208/J9209 | |
| Ifosfamide (5 x 1 g)/mesna (3 x 1 g MDV) | Combo-Pack | 00015-3556-26 | 928.70 | J9208/J9209 | |
| **Venoglobulin I** | | | | | |
| Immune globulin intravenous, 5% pwd w/IV set | 2.5 g | 49669-1602-01 | 152.05 | J1561 | per 500 mg |
| | 5 g | 49669-1603-01 | 304.10 | J1561 | per 500 mg |
| | 10 g | 49669-1604-01 | 608.20 | J1561 | per 500 mg |
| **Venoglobulin S** | | | | | |

BP 01167

10A

HIGHLY CONFIDENTIAL
BMS/AWP/000095833

# REIMBURSEMENT



ONCOLOGY
THERAPEUTICS
NETWORK

| PRODUCT | VIAL SIZE | NDC | NOVEMBER AWP/VIAL | '98 HCPCS CODE | BILLING UNITS |
|---|---|---|---|---|---|
| Immune globulin intravenous, 5% sol w/IV set | 2.5 g | 49669-1612-01 | 225.00 | J1561 | per 500 mg |
| | 5 g | 49669-1613-01 | 450.00 | J1561 | per 500 mg |
| | 10 g | 49669-1614-01 | 900.00 | J1561 | per 500 mg |
| Immune globulin intravenous, 10% sol w/IV set | 5 g | 49669-1622-01 | 475.00 | J1562 | per 5 g |
| | 10 g | 49669-1623-01 | 950.00 | J1562 | per 5 g |
| | 20 g | 49669-1624-01 | 1,900.00 | J1562 | per 5 g |
| Immune globulin intravenous, 10% sol w/IV set | 1 g | 00192-0649-12 | 75.00 | J1561 | per 500 mg |
| | 5 g | 00192-0649-20 | 375.00 | J1562 | per 5 g |
| | 10 g | 00192-0649-71 | 750.00 | J1562 | per 5 g |
| | 20 g | 00192-0649-24 | 1,500.00 | J1562 | per 5 g |
| | 1 g | 00026-0648-12 | 90.00 | J1562 | per 5 g |
| | 5 g | 00026-0648-20 | 450.00 | | |
| | 10 g | 00026-0648-71 | 900.00 | | |
| | 20 g | 00026-0648-24 | 1,800.00 | | |
| Immune globulin intravenous, 5%-10% sol w/IV set | 2.5 g | 52769-0471-72 | 168.93 | J1561 or J1562 | |
| | 5 g | 52769-0471-75 | 337.86 | J1561 or J1562 | |
| | 10 g | 52769-0471-80 | 675.72 | J1561 or J1562 | |
| Rho D immune globulin intravenous | 300 mcg | 60492-0082-01 | 306.00 | J3490?/J9999* | |
| | 1,000 mcg | 60492-0024-01 | 1,020.00 | J3490?/J9999* | |
| **Intron* A** | | | | | |
| Interferon alfa-2b, solution HSA-free | 3 MIU | 00085-1184-01 | 34.93 | J9214 | per 1 MIU |
| | 3 MIU PAK | 00085-1184-02 | 34.93 | J9214 | per 1 MIU |
| | 5 MIU | 00085-1191-01 | 58.21 | J9214 | per 1 MIU |
| | 5 MIU PAK | 00085-1191-02 | 58.21 | J9214 | per 1 MIU |
| | 10 MIU | 00085-1179-01 | 116.44 | J9214 | per 1 MIU |
| | 10 MIU PAK | 00085-1179-02 | 116.44 | J9214 | per 1 MIU |
| | 18 MIU MDV | 00085-1168-01 | 209.58 | J9214 | per 1 MIU |
| | 25 MIU MDV | 00085-1133-01 | 291.11 | J9214 | per 1 MIU |
| Interferon alfa-2b, pwd. | 3 MIU MDV | 00085-0647-03 | 34.93 | J9214 | per 1 MIU |
| | 5 MIU MDV | 00085-0120-02 | 58.21 | J9214 | per 1 MIU |
| | 10 MIU MDV | 00085-0571-02 | 116.44 | J9214 | per 1 MIU |
| | 18 MIU MDV | 00085-1110-01 | 209.58 | J9214 | per 1 MIU |
| | 25 MIU MDV | 00085-0285-02 | 291.11 | J9214 | per 1 MIU |
| | 50 MIU MDV | 00085-0539-01 | 582.17 | J9214 | per 1 MIU |
| **Roferon* A** | | | | | |
| Interferon alfa 2a, pwd w/3 mL diluent | 18 MIU | 00004-1993-09 | 197.56 | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (3 MIU/mL) | 18 MIU | 00004-2009-09 | 34.97 | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (6 MIU/mL) | 6 MIU | 00004-2007-09 | 69.91 | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (10 MIU/mL) | 9 MIU | 00004-2010-09 | 98.44 | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (6 MIU/mL) | 18 MIU | 00004-2011-09 | 209.60 | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (36 MIU/mL) | 36 MIU | 00004-2012-09 | 419.26 | J9213 | per 3 MIU |
| **Camptosar*** | | | | | |
| Irinotecan HCl injection, CPT-11 (20 mg/mL) | 2 mL | 00009-7529-02 | 220.76 | J9206 | per 20 mg |
| | 5 mL | 00009-7529-01 | 551.93 | J9206 | per 20 mg |
| Leucovorin, pwd | 50 mg | 55390-0051-10 | 18.44 | J0640 | per 50 mg |
| | 50 mg | 58406-0521-05 | 21.53 | J0640 | per 50 mg |
| | 100 mg | 55390-0052-10 | 35.00 | J0640 | per 50 mg |
| | 100 mg | 58406-0522-06 | 39.41 | J0640 | per 50 mg |
| | 200 mg | 55390-0053-01 | 78.00 | J0640 | per 50 mg |
| | 350 mg | 58406-0623-07 | 137.94 | J0640 | per 50 mg |
| **Lupron*** | | | | | |
| Leuprolide acetate depot, susp. (7.5 mg/mL) | 7.5 mg | 00300-3629-01 | 594.65 | J9217 | per 7.5 mg |
| | 22.5 mg | 00300-3346-01 | 1,783.95 | J9217 | per 7.5 mg |
| Lorazepam, sol (2 mg/mL) | 2 mg MDV | 00008-0581-04 | 9.85 | J2060 | per 2 mg |
| Lorazepam, sol (2 mg/mL) | 20 mg MDV | 00008-0581-01 | 87.74 | J2060 | per 2 mg |
| Lorazepam, sol (4 mg/mL) | 40 mg MDV | 00008-0570-01 | 109.66 | J2060 | per 2 mg |
| Lorazepam, sol (2 mg/mL), w/ syringe | 2 mL | 00008-0581-02 | 10.39 | J2060 | per 2 mg |
| Mannitol, 25% sol | 50 mL | 00074-4031-01 | 5.29 | J2150 | per 50 ml |
| **Mustargen*** | | | | | |
| Mechlorethamine HCl, pwd. | 10 mg | 00006-7753-31 | 10.48 | J9230 | per 10 mg |
| **Megace*** | | | | | |
| Megestrol acetate, tablets, 20 mg | 100 per bottle | 00015-0595-01 | 75.68 | | |
| Megestrol acetate, tablets, 40 mg | 100 per bottle | 00015-0596-41 | 134.96 | | |
| | 250 per bottle | 00015-0596-46 | 330.68 | | |
| | 500 per bottle | 00015-0596-45 | 647.88 | | |
| *Megace* Oral Suspension* | | | | | |
| Megestrol acetate, oral suspension | 8 fl oz | 00015-0508-42 | 131.96 | | |
| **Alkeran*** | | | | | |
| Melphalan hydrochloride, pwd | 50 mg | 00173-0130-93 | 333.28 | J9245 | per 50 mg |
| Melphalan hydrochloride, tablets, 2 mg | 50 per bottle | 00173-0045-35 | 95.12 | J8600 | 2 mg |
| **Mesnex** | | | | | |
| *Mesna, sol (100 mg/mL) | 1 g MDV | 00015-3563-02 | 174.30 | J9209 | per 200 mg |
| Methotrexate, pwd | 20 mg | 00205-4654-90 | 2.76 | J9250 | per 5 mg |
| | 20 mg | 58406-0671-01 | 5.03 | J9250 | per 5 mg |
| | 1,000 mg | 58406-0671-05 | 61.44 | J9260 | per 50 mg |
| Methotrexate, pres. free sol (25 mg/mL) | 50 mg | 55390-0031-10 | 6.88 | J9260 | per 50 mg |
| | 100 mg | 55390-0032-10 | 8.75 | J9260 | per 50 mg |
| | 200 mg | 55390-0033-10 | 17.50 | J9260 | per 50 mg |

10A

BP 01168

HIGHLY CONFIDENTIAL
BMS/AWP/000095834

# REIMBURSEMENT

ONCOLOGY
THERAPEUTICS
NETWORK

| PRODUCT | VIAL SIZE | NDC | NOVEMBER AWP/VIAL | '98 HCPCS CODE | BILLING UNITS |
|---|---|---|---|---|---|
| Immune globulin intravenous, 5% sol w/IV set | 2.5 g | 49669-1612-01 | 225.00 | J1561 | per 500 mg |
| | 5 g | 49669-1613-01 | 450.00 | J1561 | per 500 mg |
| | 10 g | 49669-1614-01 | 900.00 | J1561 | per 500 mg |
| Immune globulin intravenous, 10% sol w/IV set | 5 g | 49669-1622-01 | 475.00 | J1562 | per 5 g |
| | 10 g | 49669-1623-01 | 950.00 | J1562 | per 5 g |
| | 20 g | 49669-1624-01 | 1,900.00 | J1562 | per 5 g |
| Immune globulin intravenous, 10% sol w/IV set | 1 g | 00192-0649-12 | 75.00 | J1561 | per 500 mg |
| | 5 g | 00192-0649-20 | 375.00 | J1562 | per 5 g |
| | 10 g | 00192-0649-71 | 750.00 | J1562 | per 5 g |
| | 20 g | 00192-0649-24 | 1,500.00 | J1562 | per 5 g |
| | 1 g | 00026-0648-12 | 90.00 | | |
| | 5 g | 00026-0648-20 | 450.00 | | |
| | 10 g | 00026-0648-71 | 900.00 | | |
| | 20 g | 00026-0648-24 | 1,800.00 | | |
| Immune globulin intravenous, 5%-10% w/IV set | 2.5 g | 52769-0471-72 | 168.93 | J1561 or J1562 | |
| | 5 g | 52769-0471-75 | 337.86 | J1561 or J1562 | |
| | 10 g | 52769-0471-80 | 675.72 | J1561 or J1562 | |
| Rho D Immune globulin intravenous | 300 mcg | 60492-0082-01 | 306.00 | J3490/J9999* | |
| | 1,000 mcg | 60492-0024-01 | 1,020.00 | J3490/J9999* | |
| **Intron® A** | | | | | |
| Interferon alfa-2b, solution HSA-free | 3 MIU | 00085-1184-01 | 34.93 | J9214 | per 1 MIU |
| | 3 MIU PAK | 00085-1184-02 | 34.93 | J9214 | per 1 MIU |
| | 5 MIU | 00085-1191-01 | 58.21 | J9214 | per 1 MIU |
| | 5 MIU PAK | 00085-1191-02 | 58.21 | J9214 | per 1 MIU |
| | 10 MIU | 00085-1179-01 | 116.44 | J9214 | per 1 MIU |
| | 10 MIU PAK | 00085-1179-02 | 116.44 | J9214 | per 1 MIU |
| | 18 MIU MDV | 00085-1168-01 | 209.58 | J9214 | per 1 MIU |
| | 25 MIU MDV | 00085-1133-01 | 291.11 | J9214 | per 1 MIU |
| Interferon alfa-2b, pwd | 3 MIU MDV | 00085-0647-03 | 34.93 | J9214 | per 1 MIU |
| | 5 MIU MDV | 00085-0120-02 | 58.21 | J9214 | per 1 MIU |
| | 10 MIU MDV | 00085-0571-02 | 116.44 | J9214 | per 1 MIU |
| | 18 MIU MDV | 00085-1110-01 | 209.58 | J9214 | per 1 MIU |
| | 25 MIU MDV | 00085-0285-02 | 291.11 | J9214 | per 1 MIU |
| | 50 MIU MDV | 00085-0539-01 | 582.17 | J9214 | per 1 MIU |
| **Roferon® A** | | | | | |
| Interferon alfa 2a, pwd w/3 mL diluent | 18 MIU | 00004-1993-09 | 197.56 | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (3 MIU/mL) | 3 MIU | 00004-2009-09 | 34.97 | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (6 MIU/mL) | 6 MIU | 00004-2007-09 | 69.91 | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (10 MIU/mL) | 9 MIU | 00004-2010-09 | 98.44 | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (6 MIU/mL) | 18 MIU | 00004-2011-09 | 209.60 | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (36 MIU/mL) | 36 MIU | 00004-2012-09 | 419.26 | J9213 | per 3 MIU |
| **Camptosar®** | | | | | |
| • Irinotecan HCl injection, CPT-11 (20 mg/mL) | 2 mL | 00009-7529-02 | 220.76 | J9206 | per 20 mg |
| | 5 mL | 00009-7529-01 | 551.93 | J9206 | per 20 mg |
| Leucovorin, pwd | 50 mg | 55390-0051-10 | 18.44 | J0640 | per 50 mg |
| | 50 mg | 58406-0621-05 | 21.53 | J0640 | per 50 mg |
| | 100 mg | 55390-0052-10 | 35.00 | J0640 | per 50 mg |
| | 100 mg | 58406-0622-06 | 39.41 | J0640 | per 50 mg |
| | 200 mg | 55390-0053-01 | 78.00 | J0640 | per 50 mg |
| | 350 mg | 58406-0623-07 | 137.94 | J0640 | per 50 mg |
| **Lupron®** | | | | | |
| • Leuprolide acetate depot, susp. (7.5 mg/mL) | 7.5 mg | 00300-3629-01 | 594.65 | J9217 | per 7.5 mg |
| | 22.5 mg | 00300-3346-01 | 3,783.95 | J9217 | per 7.5 mg |
| Lorazepam, sol (2 mg/mL) | 2 mg MDV | 00008-0581-04 | 9.85 | J2060 | per 2 mg |
| Lorazepam, sol (2 mg/mL) | 20 mg MDV | 00008-0581-01 | 87.74 | J2060 | per 2 mg |
| Lorazepam, sol (4 mg/mL) | 40 mg MDV | 00008-0570-01 | 109.66 | J2060 | per 2 mg |
| Lorazepam, sol (2 mg/mL), w/ syringe | 2 mg | 00008-0581-02 | 10.39 | J2060 | per 2 mg |
| Mannitol, 25% sol | 50 mL | 00074-4031-01 | 5.29 | J2150 | per 50 mL |
| **Mustargen®** | | | | | |
| Mechlorethamine HCl, pwd | 10 mg | 00006-7753-31 | 10.48 | J9230 | per 10 mg |
| **Megace®** | | | | | |
| Megestrol acetate, tablets, 20 mg | 100 per bottle | 00015-0595-01 | 75.68 | | |
| Megestrol acetate, tablets, 40 mg | 100 per bottle | 00015-0596-01 | 134.96 | | |
| | 250 per bottle | 00015-0596-46 | 330.68 | | |
| | 500 per bottle | 00015-0596-45 | 647.88 | | |
| **Megace® Oral Suspension** | | | | | |
| • Megestrol acetate, oral suspension | 8 fl oz | 00015-0508-42 | 131.96 | | |
| **Alkeran®** | | | | | |
| Melphalan hydrochloride, pwd | 50 mg | 00173-0130-93 | 333.28 | J9245 | per 50 mg |
| Melphalan hydrochloride, tablets, 2 mg | 50 per bottle | 00173-0045-35 | 95.12 | J8600 | 2 mg |
| **Mesnex®** | | | | | |
| • Mesna; sol (100 mg/mL) | 1 g MDV | 00015-3563-02 | 174.30 | J9209 | per 200 mg |
| Methotrexate, pwd | 20 mg | 00205-4654-90 | 2.78 | J9250 | per 5 mg |
| | 20 mg | 58406-0671-01 | 5.03 | J9250 | per 5 mg |
| | 1,000 mg | 58406-0671-05 | 61.44 | J9260 | per 50 mg |
| Methotrexate, pres. free sol (25 mg/mL) | 50 mg | 55390-0031-10 | 6.88 | J9260 | per 50 mg |
| | 100 mg | 55390-0032-10 | 8.75 | J9260 | per 50 mg |
| | 200 mg | 55390-0033-10 | 17.50 | J9260 | per 50 mg |

10A

BP 01169

HIGHLY CONFIDENTIAL
BMS/AWP/000095835

# REIMBURSEMENT

BULK RATE
U.S. POSTAGE
PAID
MWG, Inc.

| PRODUCT | VIAL SIZE | NDC | NOVEMBER AWP/VIAL | '98 HCPCS CODE | BILLING UNITS |
|---|---|---|---|---|---|
| | 250 mg | 55390-0034-10 | 26.88 | J9260 | per 50 mg |
| Methotrexate, sol w/pres. (25 mg/ml) | 50 mg | 58406-0681-14 | 4.75 | J9260 | per 50 mg |
| | 250 mg | 58406-0681-17 | 20.48 | J9260 | per 50 mg |
| Methotrexate, tablets, 2.5 mg | 100 per bottle | 00555-0572-02 | 362.95 | J8610 | 2.5 mg |
| | 36 per bottle | 00555-0572-35 | 130.05 | J8610 | 2.5 mg |
| Metoclopramide, sol w/pres. (5 mg/ml) | 2 ml | 39769-0066-02 | 2.40 | J2765 | up to 10 mg |
| Metoclopramide, pres. free sol (5 mg/ml) | 50 mg | 00013-6116-05 | 8.73 | J2765 | up to 10 mg |
| | 150 mg | 00013-6126-05 | 23.54 | J2765 | up to 10 mg |
| Mutamycin | 5 mg | 00015-3001-20 | 134.11 | J9280 | per 5 mg |
| Mitomycin, pwd | 20 mg | 00015-3002-20 | 452.91 | J9290 | per 20 mg |
| | 40 mg | 00015-3059-20 | 915.09 | J9291 | per 40 mg |
| Novantrone | 20 mg MDV | 58406-0640-03 | 812.74 | J9293 | per 5 mg |
| Mitoxantrone, sol (2 mg/ml) | 25 mg MDV | 58406-0640-05 | 1,015.90 | J9293 | per 5 mg |
| | 30 mg MDV | 58406-0640-07 | 1,219.10 | J9293 | per 5 mg |
| Sandostatin | 50 mcg amp | 00078-0180-03 | 5.21 | J9999*/J3490† | |
| Octreotide Acetate, sol (50 mcg/ml) | 100 mcg amp | 00078-0181-03 | 9.54 | J9999*/J3490† | |
| Octreotide Acetate, sol (100 mcg/ml) | 500 mcg amp | 00078-0182-03 | 43.62 | J9999*/J3490† | |
| Octreotide Acetate, sol (500 mcg/ml) | | | | | |
| Zofran | 40 mg MDV | 00173-0442-00 | 244.43 | J2405 | per 1 mg |
| Ondansetron HCl, sol (2 mg/ml) | 4 mg | 00173-0442-02 | 24.45 | J2405 | per 1 mg |
| Ondansetron HCl, sol premixed (32 mg/50ml D5W) | 32 mg bag | 00173-0461-00 | 206.41 | J2405* | per 1 mg |
| Neumega | 5 mg | 58394-004-01 | 235.00 | J3490 | per 5 mg |
| Oprelvekin | | | | | |
| TAXOL | 30 mg | 00015-3475-30 | 182.63 | J9265 | per 30 mg |
| Paclitaxel, semi-synthetic sol (6mg/ml) | 100 mg | 00015-3476-30 | 608.76 | J9265 | per 30 mg |
| | 300 mg | 00015-3479-11 | 1,826.25 | J9265 | per 30 mg |
| Aredia | 30 mg | 00083-2601-04 | 218.24 | J2430 | per 30 mg |
| Pamidronate disodium, pwd | 60 mg | 00083-2606-01 | 428.97 | J2430 | per 30 mg |
| | 90 mg | 00083-2609-01 | 621.75 | J2430 | per 30 mg |
| Nipent | 10 mg | 62701-0800-01 | 1,645.00 | J9268 | per 10 mg |
| Pentostatin, pwd | | | | | |
| Prochlorperazine, sol (5 mg/ml) | 10 mg | 00364-2231-48 | 2.64 | J0780 | up to 10 mg |
| | 50 mg MDV | 00364-2231-54 | 13.00 | J0780 | up to 10 mg |
| Prochlorperazine, tablets, 10 mg | 100 per box | 00007-3367-20 | 94.50 | | |
| Zantac | 2 ml | 00173-0362-38 | 3.99 | J9999*/J3490† | |
| Ranitidine, sol (50 mg/2 ml) | | | | | |
| Respigam | 31 ml | 60574-2102-01 | 427.82 | J1565 | per 50 mg |
| Respigam sol (respiratory syncytial virus immune globulin, human) | 50 ml | 60574-2101-01 | 717.57 | J1565 | per 50 mg |
| Rituxan | 100 mg | 50242-0050-21 | 421.35 | J9999*/J3490† | per 100 mg |
| Rituximab | | | | | |
| Zanosar | 1 g | 00009-0844-01 | 96.51 | J9320 | per 1 g |
| Streptozocin, pwd | | | | | |
| Vumon | 5 ml amp | 00015-3075-19 | 188.25 | J9999* | per 50 mg |
| Teniposide, 50 mg | | | | | |
| Thioplex | 15 mg | 58406-0661-02 | 90.24 | J9340 | per 15 mg |
| Thiotepa, pwd | | | | | |
| Hycamtin | 4 mg | 00007-4201-01 | 548.35 | J9350 | per 4 mg |
| Topotecan HCl lyoph pwd. | 4 mg, 5s | 00007-4201-05 | 548.35 | J9350 | per 4 mg |
| Herceptin | 440 mg | 50242-0134-60 | 2,262.50 | J9999*/J3490† | |
| Trastuzumab | | | | | |
| Neutrexin | 25 mg, 10s ea. | 58178-0020-10 | 660.00 | J3305 | per 25 mg |
| Trimetrexate glucuronate, pwd | 25 mg, 50s ea. | 58178-0020-50 | 660.00 | J3305 | per 25 mg |
| Urokinase sol (5,000 IU/ml) | 5,000 IU | 00074-6111-01 | 56.26 | J3364 | per 5,000 IU |
| | 9,000 IU | 00074-6145-02 | 98.13 | J3364 | per 5,000 IU |
| Vinblastine sulfate, pwd | 10 mg | 55390-0091-10 | 21.25 | J9360 | per 1 mg |
| | 10 mg | 00364-2447-54 | 37.50 | J9360 | per 1 mg |
| | 10 mg | 00469-2780-30 | 43.23 | J9360 | per 1 mg |
| Vinblastine sulfate, sol (1 mg/ml) | 10 mg | 00013-7456-86 | 37.08 | J9360 | per 1 mg |
| Vincristine, preservative free sol (1 mg/ml) | 1 mg | 61703-0309-06 | 31.75 | J9370 | per 1 mg |
| | 1 mg | 00013-7466-86 | 74.13 | J9375 | per 2 mg |
| | 2 mg | 61703-0309-16 | 38.25 | J9375 | per 2 mg |
| | 2 mg | 61703-0210-11 | 7.47 | J9380 | per 5 mg |
| Vincristine, preservative free sol (5 mg/ml) | 150 mg | 61703-0210-31 | 20.30 | J9380 | per 5 mg |
| NAVELBINE | 1 ml | 00173-0656-01 | 66.35 | J9390 | per 10 mg |
| Vinorelbine tartrate, sol (10 mg/ml) | 5 ml | 00173-0656-44 | 331.78 | J9390 | per 10 mg |

• An AWP, HCPCS code or NDC that has changed or been added/ has been highlighted in color.

• The drug code J9999 is defined as "not otherwise classified antineoplastic drug." The Health Care Financing Administration (HCFA) has not assigned specific codes to these drugs.

† The drug code J3490 is defined as "unclassified drug." These drugs may or may not be defined as an unclassified drug in your area. Consult your local carrier for the appropriate code.

‡ Q0136 is the code for non-ESRD (End Stage Renal Disease) use.

+ J2405 should be used for all formulations of Zofran.

ADDRESS CORRECTION REQUESTED



ONCOLOGY THERAPEUTICS NETWORK
395 OYSTER POINT BLVD, SUITE 405
SOUTH SAN FRANCISCO, CA 94080

10A

HIGHLY CONFIDENTIAL
BMS/AWP/000095836



ONCOLOGY
THERAPEUTICS
NETWORK

March/April 1999

# THE NETWORK NEWS

*A BIMONTHLY UPDATE FOR COMMUNITY-BASED ONCOLOGY PROFESSIONALS*

**Route To:**
☐ Physician
☐ Office Manager
☐ Oncology Nurse
☐ Pharmacist
☐ Business Office
☐ _____

## IN THIS ISSUE

Online Ordering ............................................. 2
Coding and Billing for
Laboratory Services .................................... 3
Anzemet® ..................................................... 4
lynx® ........................................................... 5
Rebetron® .................................................... 6
Intron® A ...................................................... 6
Intron® A Multidose Pen ............................... 6
Intron® A Dosing Guide ................................. 7
Novantrone® ................................................. 7
Oncology Drug Updates ......................... 8-12
Reimbursement .................................... 13-16
*AWP & HCPCS Codes*

10A

BP 01190

HIGHLY CONFIDENTIAL
BMS/AWP/000095699



ONCOLOGY
THERAPEUTICS
NETWORK

# Online Ordering

*Now Available!*

otn-online.com

**OTN** | ORDER | EDIT PERSONALIZED LIST | HELP

## 2. Place Order

| CAT NO | UNIT | MIN QTY | DESCRIPTION | SIZE | BRANDNAME or MANUFACTURER | UNIT PRICE | NET PRICE |
|--------|------|---------|-------------|------|---------------------------|------------|-----------|
| 200-200 | | | Bleomycin Sulfate, powder | 15 units | Blenoxane | 234.31 | 229.62 |
| 900-200 | | | Carboplatin, powder | | | | |
| 200-400 | | | Carmustine, powder w/diluent | 100 mg | BICNU | 79.52 | 77.93 |
| 900-550 | | 3 | Cisplatin, solution (1mg/mL) | | | | |
| 900-560 | | | Cisplatin, solution (1mg/mL) | 100 mg MDV | Platinol-AQ | 340.11 | 333.31 |
| 900-450 | | 2 | Paclitaxel, solution (6 mg/mL) | | | | |
| 900-400 | | | Paclitaxel, solution (6 mg/mL) | 30 mg MDV | Taxol semi-synthetic | 140.26 | 137.45 |

CANCEL ORDER

Use this text box to order any additional items not found on your personalized order list.

Teniposide 

Continue onto Step 3 when you are finished ordering.

➔➔➔

*The Network News is distributed by Oncology Therapeutics Network Corporation. ©1999 All rights reserved.*

*The articles in this newsletter are not intended to serve as rules and policies for medical practice. Primary references should be consulted. The reader is encouraged to review the manufacturer's package insert where applicable.*

*Comments and suggestions are welcome. Address them to: Stacia Lord, Editor, The Network News; Oncology Therapeutics Network, 395 Oyster Point Blvd., Suite 405, So. San Francisco, CA 94080.*

 *Printed on recycled paper.*

### Benefits:
✓ 24-hour ordering
✓ Customized order form
✓ Inventory status
✓ Centralized ordering for multiple sites

*OTN-Online is for the exclusive use of OTN customers. You will need a password and user name assigned by OTN to access OTN-Online. Contact your OTN account representative at 1-800-482-6700 to set up an account.*

### Five Easy Steps to Online Ordering

✓ **Step 1:** Review Order History. Check on the status of your orders to see whether or not they've been shipped — detailed summaries let you check what other people in your practice have already ordered.

✓ **Step 2:** Place Order. The list of products in the order section is customized to each practice. Your initial list contains every product that you've ordered from OTN in the last six months.

✓ **Step 3:** Confirm Order. Review or edit the items in your current order.

✓ **Step 4:** Confirm Shipping Information. P.O. numbers, delivery methods, and delivery dates.

✓ **Step 5:** Submit Order.

10A
BP 01191

HIGHLY CONFIDENTIAL
BMS/AWP/000095700

# REIMBURSEMENT ASSISTANCE

## Coding and Billing for Laboratory Services

Bobbi Buell, MBA, President, Documedics

ONCOLOGY
THERAPEUTICS
NETWORK

**Q:** *Why is Medicare so picky about laboratory coding and billing?*

**A:** Medicare is concerned about over-utilization of laboratory testing. All physicians order laboratory testing, even if they don't charge directly for the tests. This means that millions of dollars are spent for these services. There is a concern that some of the payments to physician offices and independent labs are excessive. Thus, Medicare has focused on three areas: bundling, unbundling, and lack of medical necessity. If a physician or laboratory is found doing any or all of these, they can be subject to fraud and abuse penalties.

**Q:** *What is meant by bundling, unbundling, and lack of medical necessity?*

**A:** **BUNDLING:**
Applies mostly to chemistry panels. For example, the patient only needs and/or has an order for a glucose and potassium test; but, because the testing equipment reports sixteen laboratory tests, that is what is billed.

**UNBUNDLING:**
Means billing for separate tests that were actually not separately done or ordered. In oncology, the prime example of this is the billing of indices 85029-85030 with a complete blood count because the laboratory prints a matrix.

**LACK OF MEDICAL NECESSITY:**
Refers to a test that was not reasonable or necessary based upon the patient's condition or the documentation in the chart. A big concern here is billing for tests that are used for screening prior to diagnosis, like cholesterol tests in

the absence of symptoms of hypercholesterolemia. Medicare does not pay for screening.

**Q:** *How do I bill correctly for laboratory services?*

**A:** Diagnosis coding is key. Regularly scan your carrier's bulletins for their diagnosis guidelines for chemistry tests and complete blood counts (CBCs). If the patient's diagnosis code does not meet these guidelines, you might check to see if you can use V58.1 (Encounter for chemotherapy) for your chemo patients. In many areas, this is an allowed diagnosis for blood counts and chemistries. If you are truly screening a Medicare patient without an acceptable diagnosis, have the patient sign an Advanced Beneficiary Notice (ABN) and charge them for the test. Be sure to bill the claim with a –GA modifier. Medicare does not pay for screening.

**Q:** *What information should be documented to justify laboratory testing?*

**A:** The following items should be documented in the chart:

- **An order for the test:** This means a specific order for the specific tests done. An order for a CHEM-16 or a SMAC-12 is not a legitimate order because no such tests have existed since 1997. Assure that physicians know the new terminology for chemistry panels, order tests individually, or check them off an order sheet.
- **Documentation of a reason for the test:** It is important to document the medical reason for the test. Most cancer patients do have a legitimate reason for these services. However, if the test is being performed in the absence of a diagnosis or an "accepted" (by the carrier) diagnosis, the patient should

sign an Advanced Beneficiary Notice (ABN) and pay for the test. Do not force a diagnosis onto the bill that is not documented in the patient chart.
- **Result of the test:** This provides evidence that the test was actually performed. The result may be written or printed.

**Q:** *What billing patterns would trigger a Medicare audit?*

**A:** The most likely pattern to trigger a Medicare audit would be if you are billing for a greater number of tests or for more expensive tests than other oncologists in your area. The Office of Inspector General is focusing on CBCs with indices. Although you can no longer separately bill indices because of their deletion from CPT, you can still be held responsible for past behavior. This is particularly possible for tests done in your office lab.

**Q:** *What's new in laboratory coding for 1999?*

**A:** These coding changes will be effective for Medicare immediately or, at the latest, April 1, 1999.

- **Bilirubins:** The hepatic function panel 80058 now has SIX tests as opposed to five.
- **Lab Panels:** Carbon dioxide, "bicarb" 82374, has now been added to the chem panels and bilirubin direct 80054 has been subtracted.
- **Reticulocytes:** Blood count, reticulocytes, 85046 has been added as a single test.
- **Indices:** The most notable change for oncologists is the deletion of indices, 85029-85030.
- **Modifier –QC:** This modifier must still be used for CLIA-waivered tests.

BP 01192          10A

HIGHLY CONFIDENTIAL
BMS/AWP/000095701



# Anzemet®
## dolasetron mesylate



New J-code:
J1260, per 1 mg

## Hoechst Marion Roussel's
## 5-HT₃ Receptor Antagonist

### Excellent Efficacy and Safety Profile



- ◆ Anzemet Injection is indicated for the prevention of nausea and vomiting associated with initial and repeat courses of emetogenic cancer chemotherapy, including high-dose cisplatin.

- ◆ Anzemet Tablets are indicated for the prevention of nausea and vomiting associated with moderately emetogenic cancer chemotherapy, including initial and repeat courses.

- ◆ Ease of Administration — Anzemet injection can be safely infused intravenously as rapidly as 100 mg/30 seconds or diluted in compatible IV solutions and infused over 15 minutes.

For more information on dosing and administration, please contact your Hoechst Marion Roussel representative.

## Great Value!

| CATALOG NUMBER | NDC | BRAND NAME | ITEM | UNIT SIZE | BRAND/QTY | UNIT | AWP |
|---|---|---|---|---|---|---|---|
| 900-250 | 0088-1206-32 | Anzemet | dolasetron mesylate | 100 mg vial | 1 | $72.80 | $155.88 |
| 970-300 | 0088-1203-05 | Anzemet | dolasetron mesylate | 100 mg tablets | 5 | $301.00 | $343.20 |
| 970-305 | 0088-1203-29 | Anzemet | dolasetron mesylate | 100 mg tablets blister pack | 5 | $301.00 | $686.40 |
| 970-310 | 0088-1203-43 | Anzemet | dolasetron mesylate | 100 mg tablets unit dose | 10 | $602.00 | $686.40 |

## Outstanding Support:

### Reimbursement and Patient Assistance Program Hotline 1-888-895-2219

Call the Anzemet Hotline for help with reimbursement and patient assistance programs, Monday through Friday between 10 a.m. and 6 p.m. ET.



Call OTN today at 1-800-482-6700 to place your order!

## Visit our website! www.anzemet.com

10A

BP 01193

HIGHLY CONFIDENTIAL
BMS/AWP/000095702

# Lynx®

ONCOLOGY
THERAPEUTICS
NETWORK

The first and only automated system that guarantees your practice a minimum 3% increase in billing charges capture.

◆ Controls Inventory

◆ Captures Lost Revenue

◆ Powerfully Manages Information

✓ Developed specifically for office-based oncology practices

✓ OTN has over four years experience installing and supporting Lynx

✓ Multiple reference sites nationwide

✓ Proven scheduling and billing interfaces with common oncology practice software

✓ Comprehensive installation and training program

✓ Technical support 24-hours-a-day, 7-days-a-week

✓ Nationwide field support guaranteed to respond in less than four hours

✓ Extensive data management resources

✓ Behind every Lynx system stands a dedicated OTN support team, including pharmacists and oncology nurses

## Lynx Saves Time and Money

✓ Automated inventory management of all products

✓ Reduces Inventory

✓ Guaranteed to improve a practice's bottom line

✓ Collects data

✓ Lynx Extra cost subsidization program

Over 220 oncology offices nationwide use the Lynx system

See Lynx at ASCO, ONS, or AOHA at the OTN booth or call your OTN representative today to find out how to put the power of Lynx to work for your practice: 1-800-482-6700.

OTN TEL: 1-800-482-6700. FAX: 1-800-800-5673 • MARCH/APRIL 1999          5

10A

BP 01194

HIGHLY CONFIDENTIAL
BMS/AWP/000095703





# Rebetron™

A combination of Rebetol (Ribavirin, USP) Capsules and Intron® A (Interferon alfa-2b, recombinant) indicated for the treatment of chronic hepatitis C in patients who have relapsed following alpha interferon therapy.

| CATALOG NUMBER | NDC | BRAND NAME | ITEM | UNIT SIZE | PRICE/ UNIT | AWP |
|---|---|---|---|---|---|---|
| 220-300 | 0085-1241-01 | Rebetron | Interferon alpha-2b/Ribavirin 1200/Pak 3 | 3 MIU/0.5 mL | $645.00 | $720.00 |
| 220-310 | 0085-1236-01 | Rebetron | Interferon alpha-2b/Ribavirin 1200 MDV | 22.8 MIU/3.8 mL; 3 MIU/0.5 mL | $645.00 | $720.00 |
| 220-320 | 0085-1241-02 | Rebetron | Interferon alpha-2b/Ribavirin 1000/Pak 3 | 3 MIU/0.5 mL | $584.00 | $651.59 |
| 220-330 | 0085-1236-02 | Rebetron | Interferon alpha-2b/Ribavirin 1000 MDV | 22.8 MIU/3.8 mL; 3 MIU/0.5 mL | $584.00 | $651.59 |
| 220-340 | 0085-1241-03 | Rebetron | Interferon alpha-2b/Ribavirin 600/Pak-3 | 3 MIU/0.5 mL | $478.00 | $533.64 |
| 220-350 | 0085-1236-03 | Rebetron | Interferon alpha-2b/Ribavirin 600 MDV | 22.8 MIU/3.8 mL; 3 MIU/0.5 mL | $478.00 | $533.64 |
| 220-305 | 0085-1258-01 | Rebetron | Interferon alpha-2b/Ribavirin 1200/3 MIU Pen  6 doses x 3 MIU/0.2 mL | | $645.00 | $720.00 |
| 220-325 | 0085-1258-02 | Rebetron | Interferon alpha-2b/Ribavirin 1000/3 MIU Pen  6 doses x 3 MIU/0.2 mL | | $584.00 | $651.59 |
| 220-345 | 0085-1258-03 | Rebetron | Interferon alpha-2b/Ribavirin 600/3 MIU Pen  6 doses x 3 MIU/0.2 mL | | $478.00 | $533.64 |

# Intron® A — HSA-Free and Original Formulation

Interferon alfa-2b, recombinant*

| CATALOG NUMBER | NDC | HCPCS CODE | ITEM | UNIT SIZE | ORDER QTY. | PRICE/ UNIT | AWP $ |
|---|---|---|---|---|---|---|---|
| **HSA-FREE SOLUTION\*** | | | | | | | |
| 220-151 | 0085-1184-01 | J9214 | Intron A solution | 3 MIU/0.5 mL | 1 | $31.95 | $34.93 |
| 220-161 | 0085-1191-01 | J9214 | Intron A solution | 5 MIU/0.5 mL | 1 | $53.20 | $58.21 |
| 220-171 | 0085-1179-01 | J9214 | Intron A solution | 10 MIU/1 mL | 1 | $106.40 | $116.44 |
| 220-191 | 0085-1168-01 | J9214 | Intron A solution | 18 MIU/MDV | 1 | $191.55 | $209.58 |
| 220-194 | 0085-1133-01 | J9214 | Intron A solution | 25 MIU/MDV | 1 | $266.05 | $291.11 |

HSA-FREE SOLUTION PAKS\* (Paks include six vials, six syringes, and six alcohol swabs)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 220-156 | 0085-1184-02 | J9214 | Intron A solution, Pak-3 | 3 MIU | 6 | $31.95 | $34.93 |
| 220-166 | 0085-1191-02 | J9214 | Intron A solution, Pak-5 | 5 MIU | 6 | $53.20 | $58.21 |
| 220-174 | 0085-1179-02 | J9214 | Intron A solution, Pak-10 | 10 MIU | 6 | $106.40 | $116.44 |

ORIGINAL FORMULATIONS\*\*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 220-150 | 0085-0647-03 | J9214 | Intron A powder | 3 MIU/MDV | 1 | $31.95 | $34.93 |
| 220-160 | 0085-0120-02 | J9214 | Intron A powder | 5 MIU/MDV | 1 | $53.20 | $58.21 |
| 220-170 | 0085-0571-02 | J9214 | Intron A powder | 10 MIU/MDV | 1 | $106.40 | $116.44 |
| 220-186 | 0085-1110-01 | J9214 | Intron A powder | 18 MIU/MDV | 1 | $191.55 | $209.58 |
| 220-175 | 0085-0285-02 | J9214 | Intron A powder | 25 MIU/MDV | 1 | $266.05 | $291.11 |
| 220-180 | 0085-0539-01 | J9214 | Intron A powder | 50 MIU/MDV | 1 | $532.10 | $582.17 |

\* HSA-free formulation is recommended for intramuscular, subcutaneous, or intralesional administration. Intron A solutions for injection are not recommended for IV administration.
\*\* Original formulation is recommended for intramuscular, subcutaneous, intralesional, or intravenous administration.

# Intron® A  Interferon alfa-2b, recombinant for injection **Multidose Pen**

| CATALOG NUMBER | NDC | BRAND NAME | ITEM | UNIT SIZE | PRICE/ UNIT | AWP |
|---|---|---|---|---|---|---|
| 220-158 | 0085-1242-01 | Intron A Multidose Pen | Interferon alpha-2b, 6 doses | 3 MIU Pen | $191.55 | $209.58 |
| 220-168 | 0085-1235-01 | Intron A Multidose Pen | Interferon alpha-2b, 6 doses | 5 MIU Pen | $319.25 | $349.31 |
| 220-178 | 0085-1254-01 | Intron A Multidose Pen | Interferon alpha-2b, 6 doses | 10 MIU Pen | $638.50 | $698.62 |

10A

BP 01195

HIGHLY CONFIDENTIAL
BMS/AWP/000095704

ONCOLOGY
THERAPEUTICS
NETWORK

# Intron A Dosing Guide

| INDICATION | RECOMMENDED DOSAGE | RECOMMENDED VIAL SIZE |
|---|---|---|
| Chronic hepatitis C | 3 MIU SC or IM TIW | 3 MIU/0.5 mL or Pak-3 or 18 MIU MDV |
| Chronic hepatitis B | 30 - 35 MIU/week SC or IM (5 MIU qd or 10 MIU TIV x 16 weeks) | 5 MIU/0.5 mL or Pak-5 or 10 MIU/1.0 mL or Pak-10 |
| Malignant melanoma | Induction: 20 MIU/m² IV 5 consecutive days/week x 4 weeks. Maintenance: 10 MIU/m² TIW SC. x 48 weeks | 50 MIU powder/1.0 mL. 18 MIU powder/1.0 mL |
| Hairy-cell leukemia | 2 MIU/m² SC or 1 MIU TIW | 5 MIU/0.5 mL or Pak-5 or 10 MIU/1.0 mL or Pak-10 or 18 MIU MDV |
| AIDS-related Kaposi's sarcoma | 30 MIU/m² SC or IM TIW | 50 MIU/1.0 mL powder |
| Condylomata acuminata | 1 MIU TIW (alternate days) x 3 weeks | 5 MIU/0.5 mL or Pak-5 or 10 MIU/1.0 mL or Pak-10. |

* Rebetron™ combination therapy has been approved for naive patients and relapser patients with hepatitis C.

| BODY WEIGHT | REBETOL CAPSULES | INTRON A INJECTION |
|---|---|---|
| ≤ 75 kg | 2x200-mg capsules a.m. 3x200-mg capsules p.m. daily p.o. | 3 MIU 3 times weekly s.c. |
| > 75 kg | 3x200-mg capsules a.m. 3x200-mg capsules p.m. daily p.o. | 3 MIU 3 times weekly s.c. |

# Novantrone

(mitoxantrone for injection concentrate)
**From Immunex Corporation**


MITOXANTRONE
For Injection Concentrate

Novantrone, in combination with corticosteroids, is indicated for initial cancer chemotherapy for the treatment of patients with pain related to advanced hormone-refractory prostate cancer.

## Product Information

| CATALOG NUMBER | NDC | ITEM | UNIT SIZE | ORDER QTY | PRICE/ UNIT* | AWP* |
|---|---|---|---|---|---|---|
| 902-200 | 58406-0640-03 | Novantrone (2 mg/mL) | 20 mg MDV | 1 | $759.00 | $812.74 |
| 902-210 | 58406-0640-05 | Novantrone (2 mg/mL) | 25 mg MDV | 1 | $947.50 | $1,015.90 |
| 902-220 | 58406-0640-07 | Novantrone (2 mg/mL) | 30 mg MDV | 1 | $1,138.00 | $1,219.10 |

*Novantrone is a product in OTN's Price Matching Program

### Novantrone Product Support:
Novantrone Reimbursement Hotline .......... 1-800-321-4669
Medical Information ..................................... 1-800-466-8639
J Code ......................................................... J9293 per 5 mg
ICD-9 Code (HRPC) ..................................... 185


Visit the website!
www.immunex.com

10A

BP 01196

HIGHLY CONFIDENTIAL
BMS/AWP/000095705



ONCOLOGY
THERAPEUTICS
NETWORK

# ONCOLOGY DRUG UPDATES

## Chemotherapy Medication Error Prevention in the Oncology Setting
Dwight D. Kloth, Pharm.D., FCCP, BCPS, BCOP, Director of Pharmacy, Fox Chase Cancer Center

Medication error prevention is an important goal in all hospitals, ambulatory care clinics, and private-practice oncology offices. Organizations such as the American Society of Health-System Pharmacists (ASHP) have previously described that medication errors can occur in multiple ways and for many reasons. Although some errors may have negligible effects, this is not usually the case in the care of cancer patients. Medication error incidence rates, which are based largely on self-reporting programs existing in many institutions, range from 1% to 10% in hospitals and extended-care facilities. The outcome of these errors can range from the inconsequential to the catastrophic. In New York, extrapolation of statewide data from the mandatory medication error reporting program indicates that annually as many as 1,000 deaths in the United States are related to medication errors.

Cancer centers and private oncologists' offices, where patients receive treatment with cytotoxic drugs (including investigational agents) that have a narrow therapeutic index should be particularly concerned about the potential for medication errors. Medication errors can be multidisciplinary — everyone involved, including the physician, nurse, and pharmacist, believed that the order was correct, but it was not.

Primary causes for the error may involve a lack of information or the presence of misleading or incorrect information about the patient (e.g., incorrect height, weight, blood counts, estimates of renal or hepatic function) or the intended chemotherapy drug

regimen. Adequate information is essential in the oncology setting for preventing medication errors involving chemotherapy. Other problems that cause or contribute to medication errors include a lack of knowledge of appropriate doses and strengths; lack of comprehensive reference sources; placement of drugs in incorrect storage locations; no reading of the label; poor or confusing labeling by the manufacturer (many drugs made by the same manufacturer are similarly packaged, especially different vial sizes of the same drug); mistakes in calculating the dose; erroneous transmission or reception of verbal orders; and administration of drug and/or dose inconsistent with the patient's diagnosis. Staff-related medication errors include poor staff selection, training, orientation, or supervision; excessive interruption of healthcare professionals while they are involved in drug preparation; or insufficient drug preparation space. Furthermore, errors can be introduced through inadequate communication: use of ambiguous abbreviations and acronyms; use of verbal orders rather than written, which even in the close confines of a private-practice office may be misunderstood; or illegible handwriting. Computer software is now available that may obviate the need for verbal-order communication and remove the potential for illegible handwriting. As computer order systems become more sophisticated and widely available, the margins of safety will grow.

Procedural changes that can provide medication error protection include careful attention to the amount of drug stored, storage of drugs with similar-

sounding names in separate locations and use of extremely clear warning signs for drugs with similar sounding names (e.g., cisplatin and carboplatin; vincristine and vinblastine). Dosage labels should use a standardized format, ideally using the generic drug name and avoiding trade names. Abbreviations must be prohibited (e.g., Aredia and Adria look very similar when handwritten, and the dosage ranges are similar). In a private practice setting where nurses prepare chemotherapy, two practitioners should review each dose, as a safety double check. In addition, staff should become accustomed to using printed as opposed to handwritten labels. Labels for chemotherapy distinguishing chemotherapy from other drugs should be verified at least three times during drug preparation, and yet again before administration of the drug to the patient. The staff member should discuss the planned chemotherapy (including doses) whenever possible with patients so that the patient, and/or caregiver, can contribute to error prevention. Many patients are aware not only of the starting dose of their chemotherapy regimen but of dose modifications as well. Table 1 provides a list of "Do's" for writing medication/chemotherapy orders; Table 2, a list of "Don'ts." Both lists are based on order-writing guidelines from prominent cancer centers.

Although private-practice oncology offices may differ greatly from hospital practice (e.g., fewer physicians and fewer nurses involved, leading to greater familiarity; a busy oncology practice confronts the same challenges as hospital-based inpatient units or

Continued on next page

BP 01197

HIGHLY CONFIDENTIAL
BMS/AWP/000095706

# ONCOLOGY DRUG UPDATES



ONCOLOGY
THERAPEUTICS
NETWORK

ambulatory infusion clinics in understanding the potential for medication errors and implementing procedures to reduce and eradicate this potential should be investigated by oncology offices.

## Suggested Readings

1. Allan EL, Barker KN. Fundamentals of medication error research. *Am J Hosp Pharm.* 1990;47:555-571.
2. ASHP guidelines on preventing medication errors in hospitals. *Am J Hosp Pharm.* 1993;50:305-314.
3. Attilio RM. Caring enough to understand: the road to oncology medication error prevention. *Hosp Pharm.* 1996;31:17-26.
4. Avorn J. Putting adverse drug events into perspective. *JAMA.* 1997;277:341-342.
5. Bates DW, Cullen CJ, Laird N, et al. Incidence of adverse drug events and potential adverse drug

events — implications for prevention. *JAMA.* 1995;274:29-34.
6. Bates DW, Spell N, Cullen DJ, et al. The costs of adverse drug events in hospitalized patients. *JAMA.* 1997;277:307-311.
7. Classen DC, Pestotnik SL, Evans RS, et al. Adverse drug events in hospitalized patients — excess length of stay, extra costs, and attributable mortality. *JAMA.* 1997;277:301-306.
8. Cohen MR, Anderson RW, Attilio RM, Green L, Muller RJ, Pruemer JM. Preventing medication errors in cancer chemotherapy. *Am J Health-Syst Pharm.* 1996;53:737-746.
9. Davis N. Lack of knowledge as a cause of medication errors. *Hosp Pharm.* 1997;32:16-25.
10. Fisher DS, Alfano S, Knobf MT, et al. Improving the cancer chemotherapy use process. *J Clin Oncol.* 1995;14:3148-3155.
11. Gilmore CE, Suresky P. Development and implementation of a chemotherapy error-prevention policy. *Hosp Pharm.* 1998;33:1214-1219.

12. Kahn RL. Above all "do no harm" — how shall we avoid errors in medicine? *JAMA.* 1995;274:75-76.
13. Kloth DD. Assuring safe care for cancer patients through an organized multidisciplinary team effort. *Hosp Pharm.* 1997;32(suppl 1):S21-S25.
14. Leape L, Bates D, Cullen CJ, et al. Systems analysis of adverse drug events. *JAMA.* 1995;274:35-43.
15. Lesar TS, Briceland L, Stein D. Factors related to errors in medication prescribing. *JAMA.* 1997;277:312-317.
16. McNally KM, Page MA, Sunderland VB. Failure-mode and effects analysis in improving a drug distribution system. *Am J Health-Syst Pharm.* 1997;54:171-177.
17. Sklerowitz R. Thoughts on a medical disaster. *Am J Health-Syst Pharm.* 1995;52:464-1465.
18. Top priority actions for preventing adverse drug events in hospitals — recommendations of an expert panel. *Am J Health-Syst Pharm.* 1996;53:747-751.

## Table 1.
### "Do's" for Writing Medication/Chemotherapy Orders

1. Do always double check the dose against the protocol or a reputable publication.
2. Do always use the full generic name of the drug.
3. Do prescribe all drug doses clearly in terms of dose, e.g., microgram, milligram, gram.
4. Do date all orders with month, day, and year.
5. Do use a leading zero when the dose follows a decimal point; e.g., if the dose is less than one milligram, write 0.1 mg, not .1 mg.
6. Do use BSA-based dosing, i.e., mg/m² or g/m², or, when applicable, mg/kg, including the daily dose and the specific number of days to be given. Do not write the course dose, unless the daily dose is written as well. For example, for a patient with a BSA of 1.5 m², cisplatin 20 mg/m² per day for 5 days = 30 mg per day for 5 days = 100 mg/m2/course = 150 mg/course.
7. Do list a route of administration and infusion duration for intravenous solutions.
8. Do include a current height, weight, and BSA with the chemotherapy order.
9. Do print critical information such as drug names or doses.
10. Do, before signing, double check all drugs and doses and verify that they are what the patient is intended to receive.
11. Do make sure that the medication order sheet has the patient's name written on it, either by hand or addressograph plate. Do not write orders on a blank order sheet for subsequent stamping by addressograph plate.

*BSA = body surface area.*

## Table 2.
### "Don'ts" for Writing Medication/Chemotherapy Orders

1. Don't designate drugs by brand names, nicknames, unusual company names, or abbreviations. "Aredia" (pamidronate), when written, could be misunderstood as "Adria" (doxorubicin), the abbreviation often applied to Adriamycin.
2. Don't use a trailing zero when writing an order; e.g., an order for 10.0 mg may be read as 100 mg.
3. Don't use dangerous abbreviations. Using a "U" for units may be read as a "0"; e.g., "5U of insulin" could be misread as "50 U of insulin," resulting in a 10-fold overdose.
4. Don't refer to drugs by the common name of the drug class. For example, does "platinum" mean cisplatin or carboplatin?
5. Don't use a soft-tip felt pen; e.g., when writing orders on multilayer carbonless paper, copies of the drug order may be illegible or invisible.
6. Don't sign a blank copy of a medication order for an allied health professional to fill in later. Medication orders should reflect information directly intended and checked by the licensed prescriber.
7. Don't give verbal orders for chemotherapy.
8. Don't abbreviate "daily" as "qd," which has been mistaken for "qid." Similarly, Don't abbreviate every other day as "qod."
9. Don't write drug orders in terms of number of ampules or vials. Drugs may come in more than one vial or ampule size, leading to administration of a dose not intended by the prescriber. For example, doxorubicin, leucovorin and methotrexate all come in multiple vial sizes.

10A

BP 01198

**HIGHLY CONFIDENTIAL**
**BMS/AWP/000095707**



## ONCOLOGY DRUG UPDATES

### Use of Alteplase (TPA) for Thrombosed Catheters — A Response to the Urgent Drug Warning Regarding Safety of Urokinase Issued by the FDA

Dwight D. Kloth,
Pharm.D.,
FCCP, BCPS, BCOP,
Director of Pharmacy,
Fox Chase Cancer Center

Until recently, the thrombolytic agent urokinase (Abbokinase, Abbott Laboratories), both the Open-Cath® 5,000-units vial size and the 250,000-units vial for systemic use, was in short supply nationwide because of an ongoing dispute between the manufacturer and the United States Food and Drug Administration (FDA). On January 25, 1999, the FDA gave Abbott permission to ship urokinase supplies to healthcare providers. Unknown to many healthcare practitioners at that time, and to many even now, is that on the same day the FDA allowed release of the drug, they also posted an "Important Drug Warning" letter on their website — http://www.fda.gov/cber/ltr/abb012599.htm (text version). The letter states "The FDA is recommending that Abbokinase be reserved for only those situations where a physician has considered the alternatives and has determined that the use of Abbokinase is critical to the care of a specific patient." This letter, which was not mailed to practitioners, warns that all commercially available lots of urokinase were produced using processes that, during a recent FDA inspection, were determined to have "numerous significant deviations from the Current Good Manufacturing Practice (CGMP) regulations designed to help assure product safety." The letter refers to the little known fact that commercially available urokinase is produced using kidney cells harvested after death from a population of human neonates at high risk of various infectious diseases. Therefore, urokinase has, at least potentially, the same risk factors (e.g., hepatitis B or cytomegalovirus transmission) as other blood-derived products. The FDA is critical of the

screening efforts of Abbott's supplier, stating that neither the mother nor the neonate donors were screened regarding infectious disease status or hepatitis C virus (HCV). Furthermore, the FDA letter includes the following: "A viral inactivation procedure that substantially inactivates HIV and HCV in other biological products was used in the production of the currently available lots of Abbokinase. This process has variable effects on other infectious agents and has not been fully validated for viral inactivation of Abbokinase."

Why the FDA permitted the release of urokinase and on the same day issued but did not disseminate a warning about potential contamination is unclear. The FDA acknowledges that it is not aware of any cases of infectious disease attributable to commercial Abbokinase and indicates that the likelihood of infectious diseases being attributed to Abbokinase and reported to the FDA is low; thus, the true risk is unknown. The FDA letter also suggests use of alternative agents, providing a list of these commercially available thrombolytic agents and their FDA-approved uses. The letter closes by indicating that Abbott has committed to updating the labeling for Abbokinase to include the potential risk of infectious diseases and expeditiously correcting the deviations from CGMP.

For obvious medical and legal liability considerations, the Pharmacy and Therapeutics Committees of a number of hospitals, with consultation from infectious disease, infection control, risk management, hematology, interventional radiology, pulmonology, and

*Continued on next page*

10A

BP 01199

HIGHLY CONFIDENTIAL
BMS/AWP/000095708

# ONCOLOGY DRUG UPDATES



nursing departments, have elected to switch to alternatives until this issue is resolved.

Other commercially available thrombolytic agents include streptokinase (Streptase®, Kabikinase®), anistreplase (Eminase®), and reteplase (Retavase®). Based on reports in the literature of a link between streptokinase and antibody formation, streptokinase may not be an ideal alternative. A literature search failed to yield references for anistreplase or reteplase for clearing thrombosed catheters, but it did produce several references for the use of alteplase (tissue plasminogen activator [TPA]: Activase®). Moreover, as a recombinant product, alteplase offers safety advantages over streptokinase.

To clear thrombosed catheters, alteplase 2 mg can be used instead of Abbokinase 5,000 to 10,000 units, based on studies comparing alteplase with Abbokinase and using an alteplase dose calculated to equal the ratio of Abbokinase Open-Cath to systemic doses of urokinase and equivalent dwell times. Results of several studies show that the efficacy of alteplase is equal to or better than that of urokinase when used with equivalent dwell times.[1,2] However, because alteplase is an extremely expensive medication, discarding the remaining 48 mg from the 50-mg vial used to clear a catheter is unfeasible. Therefore, frozen Alteplase in smaller, 2-mg doses, is needed for administration.[3] These doses of alteplase can be prepared by reconstituting the commercial 50-mg or 100-mg vials with the enclosed diluent. Using only the enclosed diluent

is recommended because alteplase is incompatible with preservatives. The resulting concentration is 1 mg/mL and can be used to create 2 mg/2 mL doses or more diluted concentrations. Because the diluent contains no preservatives, it is vitally important that the 2 mg/2 mL solution be immediately compounded into syringes and then frozen. Doses can then be thawed out as needed or in daily batches based on anticipated need. According to Jaffe et al,[3] frozen alteplase, stored at -70°C maintains its effectiveness for at least 1 year based on both clinical activity and solid-phase fibrin assay. Finally, Jaffe et al[3] solidly support freezing solutions of alteplase, despite the manufacturer advising against this method.

Although the frozen method is not as quick and easy as using the Abbokinase Open-Cath, they represent a feasible alternative to Abbokinase while the healthcare community awaits resolution of FDA concerns.

## References

1. Haire WD, Atkinson JB, Stephens LA, Kotulak GD. Urokinase versus recombinant tissue plasminogen activator in thrombosed central venous catheters: a double blinded randomized trial. Thromb Haemost 1994;72:543-547.
2. Atkinson JB, Bagnall HA, Gomperts E. Investigational use of tissue plasminogen activator (t-PA) for occluded central venous catheters. J Parenter Enteral Nutr. 1990;14:310-311.
3. Jaffe CJ, Green GD, Abrams GW. Stability of recombinant tissue plasminogen activator. Am J Ophthalmol. 1989;108:90-91.

10A

BP 01200

HIGHLY CONFIDENTIAL
BMS/AWP/000095709



# ONCOLOGY DRUG UPDATES

## ODAC Recommendations

The Food and Drug Administration's (FDA's) Oncologic Drugs Advisory Committee (ODAC) met in January 1999 and recommended approval of the following:

◆ Busulfex®, Orphan Medical (busulfan injection) as a conditioning agent in combination with cyclophosphamide before allogeneic stem cell transplantation for the treatment of chronic myelogenous leukemia (CML). Historically, oral busulfan has been used in transplantations with variable pharmacokinetic characteristics. Busulfex has a pharmacokinetic and safety profile similar to that of oral busulfan. Adverse events of Busulfex include profound myelosuppression, nausea, stomatitis, vomiting, anorexia, diarrhea, insomnia, and fever. The recommended dosage is 0.8 mg/kg (based on actual or ideal body weight, whichever is lower) as a 2-hour intravenous (IV) infusion every 6 hours for 16 doses, over 4 consecutive days. Because Busulfex can cross the blood-brain barrier and induce seizures, all patients should be pre-medicated with phenytoin.

## FDA Approvals

Zofran® ODT, Glaxo Wellcome, Inc. (ondansetron orally disintegrating tablets) received FDA approval on January 27, 1999, for prevention of chemotherapy– and radiation therapy–induced nausea and vomiting and prevention of postoperative nausea and vomiting. Zofran ODT is available as a strawberry-flavored, 4- or 8-mg tablet, which disintegrates instantly when placed on a patient's tongue and does not require water to help a patient swallow. Common adverse events of Zofran ODT include headache, diarrhea, constipation, fever, and fatigue.

The FDA also granted accelerated approval of Ontak®, Ligand Pharmaceutical, Inc. denileukin diftitox on February 5, 1999, a fusion protein of diphtheria toxin and interleukin-2 (IL-2). Ontak is used for the treatment of persistent or recurrent cutaneous T-cell lymphoma (CTCL), the malignant cells of which express the CD25 component of the IL-2 receptor. Ontak targets both malignant cells and normal lymphocytes; therefore patients are at risk of infections. Other adverse events of Ontak include flu-like symptoms, acute hypersensitivity-type reactions, nausea and vomiting, and vascular leak syndrome. The recommended dosage of Ontak for CTCL treatment is 9 or 18 mg/kg/d IV infusion over 5 days every 3 weeks. The duration of therapy was debated by the ODAC members, and the committee voted in favor of allowing physicians to determine the appropriate dose and number of courses for each patient.

10A

BP 01201

HIGHLY CONFIDENTIAL
BMS/AWP/000095710

# REIMBURSEMENT

ONCOLOGY
THERAPEUTICS
NETWORK

## Average Wholesale Prices and 1999 HCPCS Codes

The Average Wholesale Prices (AWPs) and HCPCS codes for drugs commonly used in cancer treatment are provided for your use as a reimbursement resource. Products are listed alphabetically by their generic name. The AWPs are obtained from the 1999 Red Book and the March 1999 Red Book Update.

For drugs that have multiple manufacturers, the AWP for the product most commonly stocked by OTN is listed. For ease of use, we list the AWP information in the first three columns and the billing code and units in the two right columns. Please refer to the Sourcebook for a complete listing of HCPCS codes.

| PRODUCT | VIAL SIZE | NDC | MARCH AWP/VIAL | '99 HCPCS CODE | BILLING UNITS |
|---|---|---|---|---|---|
| **Proleukin®** | | | | | |
| Aldesleukin, pwd (interleukin-2) | 22 MIU | 53905-0991-01 | $57.50 | J9015 | per 22 MIU |
| **Ethyol®** | | | | | |
| Amifostine | 500 mg | 17314-7253-03 | 339.08 | J0207 | per 500 mg |
| **Fungizone®** | | | | | |
| Amphotericin B Oral Suspension | 24 mL | 00087-1162-10 | 26.25 | J9999*/J3490* | |
| **Blenoxane®** | | | | | |
| Bleomycin sulfate, pwd | 15 units | 00015-3010-20 | 304.60 | J9040 | per 15 units |
| | 30 units | 00015-3063-01 | 609.20 | J9040 | per 15 units |
| **Xeloda®** | | | | | |
| Capecitabine | 150 mg | 00004-1100-51 | 230.59 | | |
| | 500 mg | 00004-1101-16 | 1,537.27 | | |
| **Paraplatin®** | | | | | |
| Carboplatin, pwd | 50 mg | 00015-3213-30 | 100.11 | J9045 | per 50 mg |
| | 150 mg | 00015-3214-30 | 300.29 | J9045 | per 50 mg |
| | 450 mg | 00015-3215-30 | 900.86 | J9045 | per 50 mg |
| **BiCNU®** | | | | | |
| Carmustine, pwd w/diluent | 100 mg | 00015-3012-38 | 99.35 | J9050 | per 100 mg |
| **Tagamet®** | | | | | |
| Cimetidine HCl, sol (150 mg/mL) | 300 mg | 00108-5017-16 | 3.96 | J9999*/J3490* | |
| **Platinol®-AQ** | | | | | |
| Cisplatin, sol (1 mg/mL) | 50 mg MDV | 00015-3220-22 | 210.89 | J9062 | per 50 mg |
| | 100 mg MDV | 00015-3221-22 | 421.76 | J9062 | per 50 mg |
| **Leustatin®** | | | | | |
| Cladribine, sol (1 mg/mL) | 10 mg | 59676-0201-01 | 541.28 | J9065 | per 1 mg |
| **Cytogam®** | | | | | |
| Cytomegalovirus immune globulin intravenous human | 50 mL | 60574-3101-01 | 511.44 | J0850 | per vial |
| **Cytoxan® lyophilized** | | | | | |
| Cyclophosphamide, lyophilized | 100 mg | 00015-0539-41 | 6.45 | J9093 | per 100 mg |
| | 200 mg | 00015-0546-41 | 12.25 | J9094 | per 200 mg |
| | 500 mg | 00015-0547-41 | 25.71 | J9095 | per 500 mg |
| | 1 g | 00015-0548-41 | 51.43 | J9096 | per 1 g |
| | 2 g | 00015-0549-41 | 102.89 | J9097 | per 2 g |
| **Cytoxan® Tablets** | | | | | |
| Cyclophosphamide, tablets, 25 mg | 100 per bottle | 00015-0504-01 | 193.91 | J8530 | 25 mg |
| Cyclophosphamide, tablets, 50 mg | 100 per bottle | 00015-0503-01 | 355.86 | J8530 | 25 mg |
| Cyclophosphamide, tablets, 50 mg | 1,000 per bottle | 00015-0503-02 | 3,389.44 | J8530 | 25 mg |
| Cytarabine, pwd | 100 mg | 55390-0131-10 | 6.25 | J9100 | per 100 mg |
| | 500 mg | 55390-0132-10 | 25.00 | J9110 | per 500 mg |
| | 1 g | 55390-0133-01 | 50.00 | J9110 | per 500 mg |
| | 2 g | 55390-0134-01 | 98.90 | J9110 | per 500 mg |
| **DTIC-Dome®** | | | | | |
| Dacarbazine, pwd | 100 mg | 00026-8151-10 | 13.83 | J9130 | per 100 mg |
| | 200 mg | 00026-8151-20 | 22.23 | J9140 | per 200 mg |
| **DaunoXome®** | | | | | |
| Daunorubicin citrate liposome inj. (1 mg/mL) | 50 mg | 56146-0301-01 | 311.50 | J9999*/J3490* | per 10 mg |
| **Cerubidine®** | | | | | |
| Daunorubicin HCl, pwd | 20 mg | 55390-0781-10 | 168.50 | J9150 | per 10 mg |
| **DDAVP®** | | | | | |
| Desmopressin Acetate, sol (4 mcg/mL) | 1 mL | 00075-2451-01 | 26.69 | J2597 | per 4 mcg |
| Dexamethasone, sol (4 mg/mL) | 20 mg MDV | 00517-4905-25 | 2.19 | J1100 | up to 4 mg/mL |
| | 120 mg MDV | 00517-4930-25 | 7.84 | J1100 | up to 4 mg/mL |
| **Zinecard™** | | | | | |
| Dexrazoxane for injection | 250 mg | 00013-8715-62 | 158.49 | J1190 | per 250 mg |
| | 500 mg | 00013-8725-89 | 316.95 | J1190 | per 250 mg |
| Diphenhydramine HCl, sol (50 mg/1 mL) | 1 mL amp | 00071-4259-03 | 15.24 | J1200 | |
| Diphenhydramine HCl, sol (50 mg/1 mL) | w/syringe | 00071-4259-45 | 16.84 | J1200 | |
| **Taxotere®** | | | | | |
| Docetaxel for injection | 20 mg | 00075-8001-20 | 284.36 | J9170 | per 20 mg |
| | 80 mg | 00075-8001-80 | 1,137.43 | J9170 | per 20 mg |
| **Anzemet®** | | | | | |
| Dolasetron mesylate, sol (20 mg/mL) | 5 mL | 00088-1206-3 | 155.88 | J1260 | per 1 mg |
| **Rubex®** | | | | | |
| Doxorubicin, pwd | 50 mg | 00015-3352-22 | 197.15 | J9000 | per 10 mg |
| | 100 mg | 00015-3353-22 | 394.29 | J9000 | per 10 mg |

10A

BP 01202

HIGHLY CONFIDENTIAL
BMS/AWP/000095711



# REIMBURSEMENT

| PRODUCT | VIAL SIZE | NDC | MARCH AWP/VIAL | '99 HCPCS CODE | BILLING UNITS |
|---|---|---|---|---|---|
| *Bedford Laboratories* | | | | | |
| Doxorubicin, pwd | 10 mg | 55390-0231-10 | 45.08 | J9000 | per 10 mg |
| | 20 mg | 55390-0232-10 | 90.16 | J9000 | per 10 mg |
| | 50 mg | 55390-0233-01 | 225.40 | J9000 | per 10 mg |
| Doxorubicin, sol (2 mg/mL) | 10 mg | 55390-0235-10 | 47.35 | J9000 | per 10 mg |
| | 20 mg | 55390-0236-10 | 94.70 | J9000 | per 10 mg |
| | 50 mg | 55390-0237-01 | 236.74 | J9000 | per 10 mg |
| | 200 mg MDV | 55390-0238-01 | 945.98 | J9000 | per 10 mg |
| *Adriamycin™* | | | | | |
| • Doxorubicin, RDF pwd | 10 mg | 00013-1086-91 | 53.64 | J9000 | per 10 mg |
| • | 20 mg | 00013-1096-94 | 92.00 | J9000 | per 10 mg |
| • | 50 mg | 00013-1106-79 | 268.18 | J9000 | per 10 mg |
| | 150 mg MDV | 00013-1116-83 | 788.44 | J9000 | per 10 mg |
| • Doxorubicin, pfs sol (2 mg/mL) | 10 mg | 00013-1136-91 | 56.34 | J9000 | per 10 mg |
| • | 20 mg | 00013-1146-94 | 112.66 | J9000 | per 10 mg |
| • | 50 mg | 00013-1156-79 | 281.68 | J9000 | per 10 mg |
| • | 75 mg | 00013-1176-87 | 422.51 | J9000 | per 10 mg |
| • | 200 mg MDV | 00013-1166-83 | 1,104.13 | J9000 | per 10 mg |
| *DOXIL®* | | | | | |
| Doxorubicin, HCl liposome inj. (2mg/mL) | 20 mg | 61471-0295-12 | 656.25 | J9999* | |
| *Procrit®* | | | | | |
| Epoetin alfa | 2,000 units/ mL | 59676-0302-01 | 24.00 | Q0136* | 1,000 units |
| | 3,000 units/ mL | 59676-0303-01 | 36.00 | Q0136* | 1,000 units |
| | 4,000 units/ mL | 59676-0304-01 | 48.00 | Q0136* | 1,000 units |
| | 10,000 units/ mL | 59676-0310-01 | 120.00 | Q0136* | 1,000 units |
| | 20,000 units/ 1 mL MDV | 59676-0320-01 | 240.00 | Q0136* | 1,000 units |
| | 40,000 units/ 1 mL SDV | 59676-0340-01 | 480.00 | Q0136* | 1,000 units |
| *VePesid® Capsules* | | | | | |
| Etoposide, capsules, 50 mg | 20 per box | 00015-3091-45 | 751.60 | J8560 | 50 mg |
| *VePesid® For Injection* | | | | | |
| Etoposide, Injection (20 mg/mL) | 100 mg MDV | 00015-3095-20 | 136.49 | J9182 | per 100 mg |
| | 150 mg MDV | 00015-3084-20 | 204.74 | J9182 | per 100 mg |
| | 500 mg MDV | 00015-3061-20 | 665.38 | J9182 | per 100 mg |
| | 1 gm MDV | 00015-3062-20 | 1,296.64 | J9182 | per 100 mg |
| *Etopophos®* | | | | | |
| Etoposide phosphate for injection | 100 mg | 00015-3404-20 | 124.14 | J9999* | per 100 mg |
| *Fludara®* | | | | | |
| • Fludarabine phosphate, pwd | 50 mg | 50419-0511-06 | 228.56 | J9185 | per 50 mg |
| • Fluorouracil, sol (50 mg/mL) | 500 mg | 39769-1036-91 | 3.20 | J9190 | per 500 mg |
| • | 2,500 mg | 00013-1046-94 | 16.04 | J9190 | per 500 mg |
| • | 5,000 mg | 39769-1056-94 | 32.06 | J9190 | per 500 mg |
| *Neupogen®* | | | | | |
| • G-CSF (Filgrastim), sol (0.3 mg/mL) | 300 mcg | 55513-0530-10 | 172.30 | J1440 | per 300 mcg |
| | 480 mcg | 55513-0546-10 | 274.40 | J1441 | per 480 mcg |
| *Gemzar®* | | | | | |
| Gemcitabine HCl | 200 mg | 00002-7501-01 | 85.43 | J9201 | per 200 mg |
| | 1 g | 00002-7502-01 | 427.15 | J9201 | per 200 mg |
| *Leukine®* | | | | | |
| • GM-CSF (Sargramostim), lyophilized | 250 mcg | 58406-0022-33 | 134.85 | J2820 | per 50 mcg |
| Leukine Liquid® (Sargramostim), solution | 500 mcg | 58406-0001-35 | 269.71 | J2820 | per 50 mcg |
| *Zoladex®* | | | | | |
| Goserelin acetate, implant | 3.6 mg syringe | 00310-0960-36 | 469.99 | J9202 | per 3.6 mg |
| | 10.8 mg syringe | 00310-0961-30 | 1,409.98 | J9202 | per 3.6 mg |
| *Kytril®* | | | | | |
| Granisetron HCl, sol (1 mg/mL) | 1 mL | 00029-4149-01 | 177.40 | J1626 | per 100 mcg |
| | 4 mL | 00029-4152-01 | 709.60 | J1626 | per 100 mcg |
| *Ifex®* | | | | | |
| • Ifosfamide | 1 g | 00015-0556-41 | 134.16 | J9208 | per 1 g |
| | 3 g | 00015-0557-41 | 402.49 | J9208 | per 1 g |
| *Ifex®/Mesnex™* | | | | | |
| Ifosfamide (10 x 1 g/mesna (10 x 1-g MDV) | Combo-Pack | 00015-3554-27 | 2,244.08 | J9208/J9209 | |
| Ifosfamide (2 x 3 g/mesna (6 x 1 g MDV) | Combo-Pack | 00015-3564-15 | 1,346.38 | J9208/J9209 | |
| Ifosfamide (5 x 1 g/mesna (3 x 1 g MDV) | Combo-Pack | 00015-3556-26 | 928.70 | J9208/J9209 | |
| *Venoglobulin I* | | | | | |
| Immunoglobulin intravenous, 5% pwd w/IV set | 2.5 g | 49669-1602-01 | 152.05 | J1561 | per 500 mg |
| | 5 g | 49669-1603-01 | 304.10 | J1561 | per 500 mg |
| | 10 g | 49669-1604-01 | 608.20 | J1561 | per 500 mg |
| *Venoglobulin S* | | | | | |
| Immunoglobulin intravenous, 5% sol w/IV set | 2.5 g | 49669-1612-01 | 225.00 | J1561 | per 500 mg |
| | 5 g | 49669-1613-01 | 450.00 | J1561 | per 500 mg |
| | 10 g | 49669-1614-01 | 900.00 | J1561 | per 500 mg |
| Immunoglobulin intravenous, 10% sol w/IV set | 5 g | 49669-1622-01 | 475.00 | J1562 | per 5 g |
| | 10 g | 49669-1623-01 | 950.00 | J1562 | per 5 g |
| | 20 g | 49669-1624-01 | 1,900.00 | J1562 | per 5 g |

14

10A

BP 01203

HIGHLY CONFIDENTIAL
BMS/AWP/000095712

# REIMBURSEMENT



ONCOLOGY
THERAPEUTICS
NETWORK

| PRODUCT | VIAL SIZE | NDC | MARCH AWP/VIAL | '99 HCPCS CODE | BILLING UNITS |
|---|---|---|---|---|---|
| Immune globulin intravenous, 10% sol w/IV set | 1 g | 00192-0649-12 | 75.00 | J1561 | per 500 mg |
| | 5 g | 00192-0649-20 | 375.00 | J1562 | per 5 g |
| | 10 g | 00192-0649-71 | 750.00 | J1562 | per 5 g |
| | 20 g | 00192-0649-24 | 1,500.00 | J1562 | per 5 g |
| | 1 g | 00026-0648-12 | 90.00 | | |
| | 5 g | 00026-0648-20 | 450.00 | | |
| | 10 g | 00026-0648-71 | 900.00 | | |
| | 20 g | 00026-0648-24 | 1,800.00 | | |
| Immune globulin intravenous, 5%-10% sol w/IV set | 2.5 g | 52769-0471-72 | 168.93 | J1561 or J1562 | |
| | 5 g | 52769-0471-75 | 337.86 | J1561 or J1562 | |
| | 10 g | 52769-0471-80 | 675.72 | J1561 or J1562 | |
| Rho D immune globulin intravenous | 120 mcg | 60492-0021-01 | 142.00 | Q??? | |
| | 300 mcg | 60492-0023-01 | 324.50 | J???? | |
| | 1,000 mcg | 60492-0024-01 | 1,081.50 | J???? | |
| **Intron¹ A** | | | | | |
| Interferon alfa-2b, solution HSA-free | 3 MIU | 00085-1184-01 | 34.93 | J9214 | per 1 MIU |
| | 3 MIU PAK | 00085-1184-02 | 34.93 | J9214 | per 1 MIU |
| | 5 MIU | 00085-1191-01 | 58.21 | J9214 | per 1 MIU |
| | 5 MIU PAK | 00085-1191-02 | 58.21 | J9214 | per 1 MIU |
| | 10 MIU | 00085-1173-01 | 116.44 | J9214 | per 1 MIU |
| | 10 MIU PAK | 00085-1179-02 | 116.44 | J9214 | per 1 MIU |
| | 18 MIU MDV | 00085-1168-01 | 209.58 | J9214 | per 1 MIU |
| | 25 MIU MDV | 00085-1133-01 | 291.11 | J9214 | per 1 MIU |
| Interferon alfa-2b, pwd | 3 MIU MDV | 00085-0647-03 | 34.93 | J9214 | per 1 MIU |
| | 5 MIU MDV | 00085-0120-02 | 58.21 | J9214 | per 1 MIU |
| | 10 MIU MDV | 00085-0571-02 | 116.44 | J9214 | per 1 MIU |
| | 18 MIU MDV | 00085-1110-01 | 209.58 | J9214 | per 1 MIU |
| | 25 MIU MDV | 00085-0285-02 | 291.11 | J9214 | per 1 MIU |
| | 50 MIU MDV | 00085-0539-01 | 582.17 | J9214 | per 1 MIU |
| **Roferon² A** | | | | | |
| Interferon alfa 2a, pwd w/3 mL diluent | 18 MIU | 00004-1993-09 | 197.56 | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (3 MIU/mL) | 3 MIU | 00004-2009-09 | 34.97 | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (6 MIU/mL) | 6 MIU | 00004-2007-09 | 69.9T | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (10 MIU/mL) | 9 MIU | 00004-2010-09 | 98.44 | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (6 MIU/mL) | 18 MIU | 00004-2011-09 | 209.60 | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (36 MIU/mL) | 36 MIU | 00004-2012-09 | 419.26 | J9213 | per 3 MIU |
| **Camptosar³** | | | | | |
| Irinotecan HCl injection, CPT-11 (20 mg/mL) | 2 mL | 00009-7529-02 | 231.80 | J9206 | per 20 mg |
| | 5 mL | 00009-7529-01 | 579.53 | J9206 | per 20 mg |
| Leucovorin, pwd | 50 mg | 55390-0051-10 | 18.44 | J0640 | per 50 mg |
| | 50 mg | 58406-0621-05 | 21.53 | J0640 | per 50 mg |
| | 100 mg | 55390-0052-10 | 35.00 | J0640 | per 50 mg |
| | 100 mg | 58406-0622-06 | 39.41 | J0640 | per 50 mg |
| | 200 mg | 55390-0053-01 | 78.00 | J0640 | per 50 mg |
| | 350 mg | 58406-0623-07 | 137.94 | J0640 | per 50 mg |
| **Lupron⁴** | | | | | |
| Leuprolide acetate depot, susp. (7.5 mg/mL) | 7.5 mg | 00300-3629-01 | 594.65 | J9217 | per 7.5 mg |
| | 22.5 mg | 00300-3346-01 | 1,783.95 | J9217 | per 7.5 mg |
| Lorazepam, sol (2 mg/mL) | 2 mg MDV | 00008-0581-04 | 9.85 | J2060 | per 2 mg |
| Lorazepam, sol (2 mg/mL) | 20 mg MDV | 00008-0581-01 | 87.74 | J2060 | per 2 mg |
| Lorazepam, sol (4 mg/mL) | 40 mg MDV | 00008-0570-01 | 109.66 | J2060 | per 2 mg |
| Lorazepam, sol (2 mg/mL), w/ syringe | 2 mg | 00008-0581-02 | 10.39 | J2060 | per 2 mg |
| Mannitol, 25% sol | 50 mL | 00074-4031-01 | 5.29 | J2150 | per 50 mL |
| **Mustargen⁵** | | | | | |
| Mechlorethamine HCl, pwd | 10 mg | 00006-7753-31 | 10.48 | J9230 | per 10 mg |
| **Megace⁶** | | | | | |
| Megestrol acetate, tablets, 20 mg | 100 per bottle | 00015-0595-01 | 75.68 | | |
| Megestrol acetate, tablets, 40 mg | 100 per bottle | 00015-0596-41 | 134.96 | | |
| | 250 per bottle | 00015-0596-46 | 330.68 | | |
| | 500 per bottle | 00015-0596-02 | 647.88 | | |
| **Megace⁶ Oral Suspension** | | | | | |
| Megestrol acetate, oral suspension | 8 fl oz | 00015-0508-42 | 131.96 | | |
| **Alkeran⁷** | | | | | |
| • Melphalan hydrochloride, pwd | 50 mg | 00173-0130-93 | 364.74 | J9245 | per 50 mg |
| • Melphalan hydrochloride, tablets, 2 mg | 50 per bottle | 00173-0045-35 | 104.11 | J8600 | 2 mg |
| **Mesnex⁸** | | | | | |
| Mesna, sol (100 mg/mL) | 1 g MDV | 00015-3563-02 | 174.30 | J9209 | per 200 mg |
| Methotrexate, pwd | 20 mg | 00205-4654-90 | 2.78 | J9250 | per 5 mg |
| | 20 mg | 58406-0673-01 | 5.03 | J9250 | per 5 mg |
| | 1,000 mg | 58406-0674-05 | 61.44 | J9260 | per 50 mg |
| Methotrexate, pres. free sol (25 mg/mL) | 50 mg | 55390-0031-10 | 6.88 | J9260 | per 50 mg |
| | 100 mg | 55390-0032-10 | 8.75 | J9260 | per 50 mg |
| | 200 mg | 55390-0033-10 | 17.50 | J9260 | per 50 mg |
| | 250 mg | 55390-0034-10 | 26.88 | J9260 | per 50 mg |
| Methotrexate, sol w/pres. (25 mg/mL) | 50 mg | 58406-0681-14 | 4.75 | J9260 | per 50 mg |
| | 250 mg | 58406-0681-17 | 20.48 | J9260 | per 50 mg |
| Methotrexate, tablets, 2.5 mg | 100 per bottle | 00555-0572-02 | 362.95 | J8610 | 2.5 mg |
| | 36 per bottle | 00555-0572-35 | 130.05 | J8610 | 2.5 mg |

10A

BP 01204

HIGHLY CONFIDENTIAL
BMS/AWP/000095713

# REIMBURSEMENT

| PRODUCT | VIAL SIZE | NDC | MARCH '99 AWP/VIAL | '99 HCPCS CODE | BILLING UNITS |
|---|---|---|---|---|---|
| Metoclopramide, pres. free sol (5 mg/ml) | 50 mg | 00013-6116-95 | 8.73 | J2765 | up to 10 mg |
|  | 150 mg | 00013-6126-95 | 23.54 | J2765 | up to 10 mg |
| Mutamycin* Mitomycin, pwd | 5 mg | 00015-3001-20 | 134.11 | J9280 | per 5 mg |
|  | 20 mg | 00015-3002-20 | 452.94 | J9290 | per 20 mg |
|  | 40 mg | 00015-3059-20 | 915.09 | J9291 | per 40 mg |
| Novantrone* Mitoxantrone, sol (2 mg/ml) | 20 mg MDV | 58406-0640-03 | 812.74 | J2293 | per 5 mg |
|  | 25 mg MDV | 58406-0640-05 | 1,015.90 | J9293 | per 5 mg |
|  | 30 mg MDV | 58406-0640-07 | 1,219.10 | J9293 | per 5 mg |
| Sandostatin* Octreotide Acetate, sol (50 mcg/ml) | 50 mcg amp | 00078-0180-03 | 5.21 | J9999*/J3490* |  |
| Octreotide Acetate, sol (100 mcg/ml) | 100 mcg amp | 00078-0181-03 | 9.54 | J9999*/J3490* |  |
| Octreotide Acetate, sol (500 mcg/ml) | 500 mcg amp | 00078-0182-03 | 43.62 | J9999*/J3490* |  |
| Sandostatin LAR* Depot Octreotide Acetate, inj | 10 mg | 00078-0340-84 | 1,368.75 | J9999*/J3490* |  |
| Octreotide Acetate, inj | 20 mg | 00078-0341-84 | 1,368.75 | J9999*/J3490* |  |
| Octreotide Acetate, inj | 30 mg | 00078-0342-84 | 2,053.12 | J9999*/J3490* |  |
| Zofran* Ondansetron HCl, sol (2 mg/ml) | 40 mg MDV | 00173-0442-00 | 244.43 | J2405 | per 1 mg |
| Ondansetron HCl, sol (2 mg/ml) | 4 mg | 00173-0442-02 | 24.45 | J2405 | per 1 mg |
| Ondansetron HCl, sol premixed (32 mg 50ml D5W) | 32 mg bag | 00173-0461-00 | 206.41 | J2405* | per 1 mg |
| Neumega* Oprelvekin | 5 mg | 58394-004-01 | 235.00 | J2355 | per 5 mg |
| TAXOL* Paclitaxel, semi-synthetic sol (6mg/ml) | 30 mg | 00015-3475-30 | 182.63 | J9265 | per 30 mg |
|  | 100 mg | 00015-3476-30 | 608.76 | J9265 | per 30 mg |
|  | 300 mg | 00015-3479-11 | 1,826.25 | J9265 | per 30 mg |
| Aredia* Pamidronate disodium, pwd | 30 mg | 00083-2601-04 | 218.24 | J2430 | per 30 mg |
|  | 90 mg | 00083-2609-01 | 621.75 | J2430 | per 30 mg |
| Nipent* Pentostatin, pwd | 10 mg | 62701-0800-01 | 1,645.00 | J9268 | per 10 mg |
| * Prochlorperazine, sol (5 mg/ml) | 10 ml vial | 00007-3343-01 | 41.00 | J0780 |  |
| Prochlorperazine, tablets, 10 mg | 100 per box | 00007-3367-20 | 94.50 |  |  |
| Zantac* Ranitidine, sol (50 mg/2 ml) | 2 mL | 00173-0362-38 | 3.99 | J9999*/J3490* |  |
| Respigam* Respiratory syncytial virus immune globulin, human | 20 mL | 60574-2102-01 | 427.82 | J1565 | per 50 mg |
|  | 50 mL | 60574-2101-01 | 717.57 | J1565 | per 50 mg |
| Rituxan* Rituximab | 100 mg | 50242-050-21 | 421.35 | J3490/J9999* | per 100 mg |
| Zanosar* Streptozocin, pwd | 1 g | 00009-0844-01 | 106.16 | J9320 | per 1 g |
| Vumon* Teniposide, 50 mg | 5 mL amp | 00015-3075-19 | 188.25 | J9999* | per 50 mg |
| Thioplex* Thiotepa, pwd | 15 mg | 58406-0661-02 | 105.58 | J9340 | per 15 mg |
| Hycamtin* Topotecan HCl lyoph pwd | 4 mg | 00007-4201-01 | 575.20 | J9350 | per 4 mg |
|  | 4 mg, 5s | 00007-4201-05 | 575.20 | J9350 | per 4 mg |
| Herceptin* Trastuzumab | 440 mg | 00242-0134-60 | 2,262.50 | J9999*/J3490* |  |
| Neutrexin* Trimetrexate glucuronate, pwd | 25 mg, 10s ea. | 58178-0020-10 | 660.00 | J3305 | per 25 mg |
|  | 25 mg, 50s ea. | 58178-0020-50 | 660.00 | J3305 | per 25 mg |
| Trimetrexate glucuronate, pwd | 200 mg | 58178-0021-01 | 538.00 | J3305 | per 25 mg |
| Urokinase, sol (5,000 IU/ml) | 5,000 IU | 00074-6111-01 | 56.26 | J3364 | per 5,000 IU |
|  | 9,000 IU | 00074-6145-02 | 98.13 | J3364 | per 5,000 IU |
| Vinblastine sulfate, pwd | 10 mg | 55390-0091-10 | 21.25 | J9360 | per 1 mg |
| Vinblastine sulfate, sol (1 mg/ml) | 10 mg | 00469-2780-30 | 43.23 | J9360 | per 1 mg |
| Vincristine, preservative free sol (1 mg/ml) | 1 mg | 00013-7456-86 | 37.08 | J9370 | per 1 mg |
|  | 1 mg | 61703-0309-06 | 31.75 | J9370 | per 1 mg |
|  | 2 mg | 00013-7466-86 | 74.13 | J9375 | per 2 mg |
|  | 2 mg | 61703-0309-16 | 38.25 | J9375 | per 2 mg |
| Vincristine, preservative free sol (5 mg/ml) | 50 mg | 61703-0210-11 | 7.47 | J9380 | per 5 mg |
|  | 150 mg | 61703-0210-31 | 20.30 | J9380 | per 5 mg |
| NAVELBINE* Vinorelbine tartrate, sol (10 mg/ml) | 1 mL | 00173-0656-01 | 69.72 | J9390 | per 10 mg |
|  | 5 mL | 00173-0656-44 | 348.58 | J9390 | per 10 mg |

• An AWP, HCPCS code or NDC that has changed or been added has been highlighted in color.
• The drug code J9999 is defined as "not otherwise classified, antineoplastic drug." The Health Care Financing Administration (HCFA) has not assigned specific codes to these drugs.

† The drug code J3490 is defined as "unclassified drug." These drugs may or may not be defined as an unclassified drug in your area. Consult your local carrier for the appropriate code.
‡ Q0136 is the code for non-ESRD (End Stage Renal Disease) use.
+ J2405 should be used for all formulations of Zofran.

BULK RATE
U.S. POSTAGE
PAID
MMS, Inc.

ADDRESS CORRECTION REQUESTED

ONCOLOGY THERAPEUTICS NETWORK
395 OYSTER POINT BLVD, SUITE 405
SOUTH SAN FRANCISCO, CA 94080

10A

BP 01205

HIGHLY CONFIDENTIAL
BMS/AWP/000095714



ONCOLOGY
THERAPEUTICS
NETWORK

May/June 1999

# THE NETWORK NEWS

A BIMONTHLY UPDATE FOR COMMUNITY-BASED ONCOLOGY PROFESSIONALS

**Route To:**
☐ Physician
☐ Office Manager
☐ Oncology Nurse
☐ Pharmacist
☐ Business Office
☐ _____

## IN THIS ISSUE

Online Ordering ........................................ 2
Billing for Clinical Trials ........................... 3
HuberLoc™ ............................................... 4
Femara® ................................................. 4
TAXOL™ ................................................. 5
DepoCyt™ ............................................... 5
Rebetron™ .............................................. 6
Intron® A ............................................... 6
Intron® A Multidose Pen .............................. 6
Anzemet® ............................................... 7
Lynx® ................................................... 8
Oncology Drug Updates .............................. 9-12
Reimbursement ....................................... 13-16
*AWP & HCPCS Codes*

10A

BP 01206

HIGHLY CONFIDENTIAL
BMS/AWP/000095715



ONCOLOGY
THERAPEUTICS
NETWORK

*Now Available!*

# Online Ordering

otn-online.com

OTN

| ORDER |
RE/SENT ORDER ... | EDIT PERSONALIZED LIST | HELP

## 2. Place Order

| CAT NO | AMT | MIN QTY | DESCRIPTION | SIZE | BRAND NAME or MANUFACTURER | UNIT PRICE | NET PRICE |
|--------|-----|---------|-------------|------|---------------------------|------------|-----------|
| 200-200 | | | Bleomycin Sulfate, powder | 15 units | Blenoxane | 234.31 | 229.62 |
| 200-400 | | 3 | Carmustine, powder w/diluent | 100 mg | BICNU | 79.52 | 77.93 |
| 900-560 | | 2 | Cisplatin, solution (1mg/mL) | 100 mg MDV | Platinol-AQ | 340.11 | 333.31 |
| 900-400 | | | Paclitaxel, solution (6 mg/mL) | 30 mg MDV | Taxol semi-synthetic | 140.26 | 137.45 |

CANCEL ORDER

Use this text box to order any additional items not found on your personalized order list.

teniposide

Continue onto Step 3 when you are finished ordering.

### Benefits:
✓ 24-hour ordering
✓ Customized order form
✓ Inventory status
✓ Centralized ordering for multiple sites

OTN Online is for the exclusive use of OTN customers. You will need a password and user name assigned by OTN to access OTN-Online. Contact your OTN account representative at 1-800-482-6700 to set up an account.

*The Network News* is distributed by Oncology Therapeutics Network Corporation. ©1999 All rights reserved.

The articles in this newsletter are not intended to serve as rules and policies for medical practice. Primary references should be consulted. The reader is encouraged to review the manufacturer's package insert where applicable.

Comments and suggestions are welcome. Address them to: Stasia Lord, Editor, The Network News; Oncology Therapeutics Network, 395 Oyster Point Blvd., Suite 405, So. San Francisco, CA 94080..

Printed on recycled paper.

### Five Easy Steps to Online Ordering

✓ **Step 1:** Review Order History. Check on the status of your orders to see whether or not they've been shipped — detailed summaries let you check what other people in your practice have already ordered.

✓ **Step 2:** Place Order. The list of products in the order section is customized to each practice. Your initial list contains every product that you've ordered from OTN in the last six months.

✓ **Step 3:** Confirm Order. Review or edit the items in your current order.

✓ **Step 4:** Confirm Shipping Information. P.O. numbers, delivery methods, and delivery dates.

✓ **Step 5:** Submit Order.

10A

BP 01207

HIGHLY CONFIDENTIAL
BMS/AWP/000095716

# REIMBURSEMENT ASSISTANCE



## Billing for Clinical Trials

**Q:** Is billing for clinical trials always fraud?

**A:** Clinical trials is a very tricky area of billing because it is unclear, even to the experts and to Medicare itself. This is true for hospital-based and physician-based cancer centers. However, there is one area that is crystal clear. This is when the provider receives free drug and a patient management fee from the trial sponsor. The drugs and Evaluation & Management (EM) services are then billed to Medicare. This constitutes double billing. It is also a focal point for the Office of Inspector General (OIG) this year. Therefore, if you do trials, it is important to clarify in writing with trial sponsors whether management fees cover patient or data management. Patient management fees will negate billing for EM services in association with clinical trials, if this represents double billing.

**Q:** What are the "gray areas" of clinical trial billing?

**A:** This depends upon what type of trial it is. In cancer care, there are two prevalent types of trials. There are trials where the drug is not FDA-approved and Phase IV trials where the drug is FDA-approved. The problems differ in each scenario.

- **Non-FDA approved drug trials (Phase III):** Obviously, the drug is not billable to almost all insurance companies without FDA approval. The "gray area" is whether or not the infusion codes, labs, and EM services can be billed. We do not recommend that you bill these to Medicare, unless EM and lab services are CLEARLY documented as being done for reasons other than trial administration. Do not try to force the documentation just for billing. Private insurance companies vary as to whether they pay for services secondary to experimental drug trials. While we see more and more private insurers covering services associated with trials, it is ALWAYS wise to check your contract or verify coverage before treatment.

- **FDA-approved drug trials (Phase IV):** This is even a more confusing scenario. Many attorneys do not agree as to how Phase IV trials should be handled. If the indication

(diagnosis) for the drug given in the trial is unpublished and/or not included in the compendia (depending upon the payer), our view is that, from a billing standpoint, it is the same situation as non-FDA approved drug trials. Thus, drug and services are not billable. However, if the indication for the drug has been published (depending upon where it has been published) or is part of the drug's package-insert, then the drug and services can be billed. Again, whether or not the drug, labs, and EM services will be paid by any insurance company depends upon how "off label" the trial is. For private insurance companies, this may also depend upon Cancer Coverage laws in your state and whether or not the plan is self-insured. Self-insured plans are often not subject to Cancer Coverage laws under the ERISA exception.

**Q:** Can I bill the patient for Phase IV trials that are not covered by insurance?

**A:** Obviously, you cannot bill patients for any drug that is provided free of charge by the trial sponsor. You can bill them for chemo administration, lab tests, and EM services that will not otherwise be paid. Medicare patients must sign an Advanced Beneficiary Notice (ABN) for each service rendered in a clinical trial. For Medicare, services covered under the ABN must be billed using a –GA modifier.

**Q:** What happens when a drug goes from experimental to commercial use?

**A:** If you have drug left over from a trial that was received free of charge from the trial sponsor, you cannot bill for it. However, you can go ahead and bill for other services. If you fear that an insurance company will not pay for chemotherapy administration without a drug charge, just do not charge (sometimes known as a "zero charge") for the drug under a miscellaneous drug code (J3490 or J9999). Alternatively, if the insurance company requires it, use the National Drug Code (NDC) number.

**Bobbi Buell, MBA**
**President**
**Documedics**

BP 01208

10A

HIGHLY CONFIDENTIAL
BMS/AWP/000095717



ONCOLOGY
THERAPEUTICS
NETWORK

# Huber Needle Removal Got You Stuck?

*The Safety Products Division of MedCare Medical Group is proudly Introducing*

# HuberLoc™

### Huber Needle Removal & Containment Device



'AS EASY TO USE AS 1-2-3!

◆ Provides a cost effective means to apply engineering controls to the removal and containment of right-angled, non-coring needles from implanted ports.

◆ Allows the implanted port to be stabilized, while the Huber needle is withdrawn from the port into a locked position inside a rigid protective container.

◆ One simple motion, eliminating exposure to the contaminated needle.

◆ Safe removal, safe transport and disposal.

## MedCare
### MEDICAL GROUP, INC.
MedCare Medical Group, Inc.
Safety Products Division
East Swanzey, NH 03446
HuberLoc is Patent Pending.

| CATALOG NUMBER | ITEM | UNIT SIZE | PRICE/UNIT |
|---|---|---|---|
| 561-100 | Huber Needle Containment Device | 20 ea/box | $49.95 |

## Call OTN today at 1-800-482-6700 to place your order!

# FEMARA®
from Novartis
### letrozole tablets

AVAILABLE IN 2.5 MG TABLETS

Femara is indicated for the treatment of advanced breast cancer in post-menopausal women with disease progression following antiestrogen therapy.

## Femara Product Support

◆ **Femara Reimbursement Support Line**
**1-888-508-8087**
Monday through Friday,
9 a.m. to 5 p.m. Eastern time

◆ **Novartis Patient Assistance Program**
**1-800-257-3273**
Monday through Friday,
9 a.m. to 8 p.m. Eastern time

◆ **Medical Information**
**1-888-669-6682**
Monday through Friday,
8:30 a.m. to 5 p.m. Eastern time

BP 01209

10A

HIGHLY CONFIDENTIAL
BMS/AWP/000095718



**American Hospital Formulary Service (AHFS)**
— and —
**United States Pharmacopeial Convention (USP)**

## Grant Compendia Listings For Semisynthetic TAXOL (paclitaxel) Injection

ONCOLOGY
THERAPEUTICS
NETWORK

The American Society of Hospital Pharmacists and United States Pharmacopeial Convention have approved several new off-label indications for Semisynthetic TAXOL (paclitaxel) Injection in recent releases of American Hospital Formulary Service—Drug Information and United States Pharmacopeial—Drug Information for the Healthcare Professional. Those new off-label indications include carcinoma of the bladder, head and neck carcinomas, cervical carcinomas, small-cell lung carcinomas, endometrial carcinomas, non-small-cell lung carcinomas, and esoph-

ageal carcinomas. In January, AHFS added TAXOL + Herceptin® for the treatment of patients with metastatic breast cancer whose tumors overexpress the HER-2 protein. Effective February 11, 1999, USP-DI-approved gastric carcinomas and hormone-refractory prostate carcinomas.

For further information, you can contact the United States Pharmacopeial Convention, Inc. (USP-DI) at (301) 881-0666 and/or American Society of Health System Pharmacists, Inc., (AHFS) at (301) 657-3000.

*Newly Approved!*

CHIRON

# DepoCyt™

## cytarabine liposome injection

### For the Treatment of Lymphomatous Meningitis

**Reduce Dosing Frequency** — Once every two weeks versus twice weekly with cytarabine

**Increase Response Rate** — 41% complete response versus 6% complete response for cytarabine

| CATALOG NUMBER | NDC | ITEM | UNIT SIZE | ORDER QUANTITY | PRICE/ UNIT |
|---|---|---|---|---|---|
| 200-600 | 53905-331-01 | Cytarabine Liposome, Injection (DepoCyt) | 50 mg/5 mL | 1 | $1,663.00 |

### For more information about this product, please contact:

Chiron Professional Services: 1-800-CHIRON-8 (1-800-244-7668) between 6 a.m. and 5 p.m., Pacific Standard Time.
Chiron Reimbursement Services: 1-800-775-7533 between 8 a.m. and 5 p.m., Pacific Standard Time.

The indication in lymphomatous meningitis is based on demonstration of increased complete response rate compared to unencapsulated cytarabine. There are no controlled trials that demonstrate a clinical benefit resulting from this treatment, such as improvement in disease-related symptoms, or increased time to disease progression, or increased survival.

### Call OTN at 1-800-482-6700 to place your order today.

10A

BP 01210
HIGHLY CONFIDENTIAL
BMS/AWP/000095719



## Rebetron™



A combination of Rebetol (Ribavirin, USP) Capsules and Intron® A (Interferon alfa-2b, recombinant) indicated for the treatment of chronic hepatitis C in patients who have relapsed following alpha interferon therapy.

| CATALOG NUMBER | NDC | BRAND NAME | ITEM | UNIT SIZE | PRICE/UNIT | AWP |
|---|---|---|---|---|---|---|
| 220-300 | 0085-1241-01 | Rebetron | Interferon alpha-2b/Ribavirin 1200/Pak 3 | 3 MIU/0.5 mL | $645.00 | $720.00 |
| 220-310 | 0085-1236-01 | Rebetron | Interferon alpha-2b/Ribavirin 1200 MDV | 22.8 MIU/3.8 mL; 3 MIU/0.5 mL | $645.00 | $720.00 |
| 220-320 | 0085-1241-02 | Rebetron | Interferon alpha-2b/Ribavirin 1000/Pak 3 | 3 MIU/0.5 mL | $584.00 | $651.59 |
| 220-330 | 0085-1236-02 | Rebetron | Interferon alpha-2b/Ribavirin 1000 MDV | 22.8 MIU/3.8 mL; 3 MIU/0.5 mL | $584.00 | $651.59 |
| 220-340 | 0085-1241-03 | Rebetron | Interferon alpha-2b/Ribavirin 600/Pak 3 | 3 MIU/0.5 mL | $478.00 | $533.64 |
| 220-350 | 0085-1236-03 | Rebetron | Interferon alpha-2b/Ribavirin 600 MDV | 22.8 MIU/3.8 mL; 3 MIU/0.5 mL | $478.00 | $533.64 |
| 220-305 | 0085-1258-01 | Rebetron | Interferon alpha-2b/Ribavirin 1200/3 MIU Pen | 6 doses x 3 MIU/0.2 mL | $645.00 | $720.00 |
| 220-325 | 0085-1258-02 | Rebetron | Interferon alpha-2b/Ribavirin 1000/3 MIU Pen | 6 doses x 3 MIU/0.2 mL | $584.00 | $651.59 |
| 220-345 | 0085-1258-03 | Rebetron | Interferon alpha-2b/Ribavirin 600/3 MIU Pen | 6 doses x 3 MIU/0.2 mL | $478.00 | $533.64 |

# Intron® A — HSA-Free and Original Formulation

Interferon alfa-2b, recombinant*

| CATALOG NUMBER | NDC | HCPCS CODE | ITEM | UNIT SIZE | ORDER QTY | PRICE/UNIT | AWP |
|---|---|---|---|---|---|---|---|
| **HSA-FREE SOLUTION*** | | | | | | | |
| 220-151 | 0085-1184-01 | J9214 | Intron A solution | 3 MIU/0.5 mL | 1 | $31.95 | $35.63 |
| 220-161 | 0085-1191-01 | J9214 | Intron A solution | 5 MIU/0.5 mL | 1 | $53.20 | $59.38 |
| 220-171 | 0085-1179-01 | J9214 | Intron A solution | 10 MIU/1 mL | 1 | $106.40 | $118.76 |
| 220-191 | 0085-1168-01 | J9214 | Intron A solution | 18 MIU/MDV | 1 | $191.55 | $213.77 |
| 220-194 | 0085-1133-01 | J9214 | Intron A solution | 25 MIU/MDV | 1 | $266.05 | $296.93 |
| **HSA-FREE SOLUTION PAKS*** (Paks include six vials, six syringes, and six alcohol swabs) | | | | | | | |
| 220-156 | 0085-1184-02 | J9214 | Intron A solution, Pak-3 | 3 MIU | 6 | $31.95 | $35.63 |
| 220-166 | 0085-1191-02 | J9214 | Intron A solution, Pak-5 | 5 MIU | 6 | $53.20 | $59.38 |
| 220-174 | 0085-1179-02 | J9214 | Intron A solution, Pak-10 | 10 MIU | 6 | $106.40 | $118.76 |
| **ORIGINAL FORMULATIONS**** | | | | | | | |
| 220-150 | 0085-0647-03 | J9214 | Intron A powder | 3 MIU/MDV | 1 | $31.95 | $35.63 |
| 220-160 | 0085-0120-02 | J9214 | Intron A powder | 5 MIU/MDV | 1 | $53.20 | $59.38 |
| 220-170 | 0085-0571-02 | J9214 | Intron A powder | 10 MIU/MDV | 1 | $106.40 | $118.76 |
| 220-186 | 0085-1110-01 | J9214 | Intron A powder | 18 MIU/MDV | 1 | $191.55 | $213.77 |
| 220-175 | 0085-0285-02 | J9214 | Intron A powder | 25 MIU/MDV | 1 | $266.05 | $296.93 |
| 220-180 | 0085-0539-01 | J9214 | Intron A powder | 50 MIU/MDV | 1 | $532.10 | $593.81 |

\* HSA-free formulation is recommended for intramuscular, subcutaneous, or intralesional administration. Intron A solutions for injection are not recommended for IV administration.
\*\* Original formulation is recommended for intramuscular, subcutaneous, intralesional, or intravenous administration.

# Intron® A  Interferon alfa-2b, recombinant for injection Multidose Pen

| CATALOG NUMBER | NDC | BRAND NAME | ITEM | UNIT SIZE | PRICE/UNIT | AWP |
|---|---|---|---|---|---|---|
| 220-158 | 0085-1242-01 | Intron A Multidose Pen | Interferon alpha-2b, 6 doses | 3 MIU Pen | $191.55 | $213.77 |
| 220-468 | 0085-1235-01 | Intron A Multidose Pen | Interferon alpha-2b, 6 doses | 5 MIU Pen | $319.25 | $356.29 |
| 220-178 | 0085-1254-01 | Intron A Multidose Pen | Interferon alpha-2b, 6 doses | 10 MIU Pen | $638.50 | $712.58 |

10A

BP 01211

HIGHLY CONFIDENTIAL
BMS/AWP/000095720





ONCOLOGY
THERAPEUTICS
NETWORK

# Anzemet®
dolasetron mesylate

## Hoechst Marion Roussel's
### 5-HT₃ Receptor Antagonist

## Excellent Efficacy and Safety Profile

**New J-code:**
**J1260, per 1 mg**
**Q0180, per 100 mg**



❖ Anzemet Injection is indicated for the prevention of nausea and vomiting associated with initial and repeat courses of emetogenic cancer chemotherapy, including high-dose cisplatin.

❖ Anzemet Tablets are indicated for the prevention of nausea and vomiting associated with moderately emetogenic cancer chemotherapy, including initial and repeat courses.

❖ **Proven Efficacy and Simplicity** — Anzemet injection can be safely infused intravenously as rapidly as 100 mg/30 seconds or diluted in compatible IV solutions and infused over 15 minutes. The recommended oral dosage of Anzemet is 100 mg given within one hour before chemotherapy.

**For more information on dosing and administration, please contact your Hoechst Marion Roussel representative.**

## Great Value!

| CATALOG NUMBER | NDC | BRAND NAME | ITEM | UNIT SIZE | ORDER QUANTITY | PRICE/ UNIT | AWP |
|---|---|---|---|---|---|---|---|
| 900-250 | 0088-1206-32 | Anzemet | dolasetron mesylate | 100 mg vial | 1 | $72.80 | $155.88 |
| 970-300 | 0088-1203-05 | Anzemet | dolasetron mesylate | 100 mg tablets | 5 | $301.00 | $343.20 |
| 970-305 | 0088-1203-29 | Anzemet | dolasetron mesylate | 100 mg tablets blister pack | 5 | $301.00 | $686.40 |
| 970-310 | 0088-1203-43 | Anzemet | dolasetron mesylate | 100 mg tablets unit dose | 10 | $602.00 | $686.40 |

## Outstanding Support:

**Reimbursement and Patient Assistance Program Hotline 1-888-895-2219**

Call the Anzemet Hotline for help with reimbursement and patient assistance programs, Monday through Friday between 10 a.m. and 6 p.m. ET.



Call OTN today at 1-800-482-6700 to place your order!

## Visit the website! www.anzemet.com

OTN TEL: 1-800-482-6700 • FAX: 1-800-800-3673 • MAY/JUNE 1999

7

10A

BP 01212

HIGHLY CONFIDENTIAL
BMS/AWP/000095721



*Increase your revenue and profit by a minimum of 3%!*

# Lynx

The first and only automated system that guarantees your practice a minimum 3% increase in billing charges capture.

♦ Controls Inventory

♦ Captures Lost Revenue

♦ Powerfully Manages Information

## The Gold Standard

✓ Developed specifically for office-based oncology practices

✓ OTN has over four years experience installing and supporting Lynx

✓ Multiple reference sites nationwide

✓ Proven scheduling and billing interfaces with common oncology practice software

✓ Comprehensive one week installation and training program

✓ Ongoing technical support 24 hours a day, 7 days a week

✓ Nationwide field support guaranteed to respond in less than four hours

✓ Extensive data collection and management resources

✓ Behind every Lynx system stands a dedicated OTN support team, including pharmacists and oncology nurses



## Lynx Saves Time and Money

✓ Automated inventory management of all products

✓ Reduces Inventory

✓ Guaranteed to capture a minimum of 3% in lost billing charges

✓ Lynx Extra cost subsidization program



Over 230 oncology offices nationwide use the Lynx system

**Call your OTN representative today to find out how to put the power of Lynx to work for your practice: 1-800-482-6700.**

10A

BP 01213

HIGHLY CONFIDENTIAL
BMS/AWP/000095722

# ONCOLOGY DRUG UPDATES

ONCOLOGY
THERAPEUTICS
NETWORK

## Overview of the Low Molecular–Weight Heparins

Jane Pruemer
Pharm.D.

Unfractionated heparin (UFH) has been commonly used to prevent and treat arterial and venous thrombosis; however, because it is associated with complications such as bleeding, thrombocytopenia, and osteoporosis, the low molecular–weight heparins (LMWHs) have been developed. The LMWHs have been intensely studied for 20 years, and the result is the current availability of three LMWHs in the United States: enoxaparin, dalteparin, and ardeparin (Table 1). These agents appear to be supplanting the use of UFH in many instances, including the treatment of deep venous thrombosis (DVT) and pulmonary embolism.

Heparin produces its anticoagulant effects by binding to antithrombin III (ATIII) and inhibiting thrombogenesis primarily through inactivation of factors IIa and Xa. The interaction of heparin with ATIII is mediated through a pentasaccharide portion of the molecule that is distributed randomly in UFH. The antithrombotic effects of UFH require interaction with ATIII and factor Xa, ultimately causing inactivation of factor Xa. UFH also binds to and inactivates factor II (thrombin). LMWHs were created to have relatively higher anti–factor Xa activity and lower anti–factor II activity compared with those of UFH. The potency of LMWHs is reflected by the ratio of anti–factor Xa to anti–factor IIa activity (see Table 1).

LMWHs have a higher and more predictable and efficient bioavailability than does UFH (Table 2). Once absorbed from the subcutaneous tissue, serum concentrations of LMWHs remain constant and persist longer than those of UFH. The longer half-life and more predictable bioavailability of LMWHs have been attributed to the LMWHs' decreased binding to endothelium, macrophages, and other heparin binding proteins. Theoretically, bleeding would be less likely to occur with LMWHs because of this reduced binding to platelets, endothelium, and other proteins. Because of their predictable antithrombotic response and longer bioavailability, LMWHs can be used relatively safely without the need for daily anticoagulation monitoring in the majority of patients. Based on altered clearance, anti–factor Xa

concentrations should be monitored in patients with renal insufficiency (creatinine clearance < 30 mL/min) and in obese patients (> 80 kg).[1]

The current Food and Drug Administration–approved indications for the use of the various LMWHs are provided in Table 3. The use of prophylactic anticoagulation therapy in surgical cases of patients at high risk (eg, obese patients, patients older than 40 years) or in cases of high surgical risk (eg, pelvic or abdominal surgery) can prevent the occurrence of DVT and subsequent pulmonary embolism. The results of a large number of clinical trials of various LMWHs support these indications.[2-4] In addition, many ongoing clinical trials are evaluating the use of LMWHs in patients with spinal cord injury,[5] trauma,[6] and various medical illnesses (eg, nonischemic stroke, cardiovascular diseases).[7]

The availability and efficacy of the LMWHs has contributed significantly to changes in the care of patients with DVT. The treatment of this disorder in uncomplicated cases is shifting from an inpatient to outpatient setting based on the

**Table 1.** *Comparison of LMWHs*

| GENERIC NAME | TRADE NAME | MANUFACTURER | HALF-LIFE | FACTOR XA/IIA RATIO | AVERAGE MOLECULAR WEIGHT |
|---|---|---|---|---|---|
| Enoxaparin | Lovenox[a] | Rhone-Poulenc Rorer | 4.5 | 2.7:1 | 4,500 d |
| Dalteparin | Fragmin[a] | Pharmacia & Upjohn | 2–4 | 2.0:1 | 4,000–6,000 d |
| Ardeparin | Normiflo[a] | Wyeth-Ayerst | 1.2–3.3 | 2.0:1 | 5,600–6,500 d |

*LMWH = low molecular–weight heparin.*

results of well-controlled clinical trials.[8,9] Levine and associates,[8] for example, randomized 500 patients with proximal DVT to receive either standard intravenous (IV) UFH or subcutaneous enoxaparin at 1 mg/kg every 12 hours. The enoxaparin was primarily administered to outpatients. All patients were initially administered warfarin, and the UFH or enoxaparin was discontinued once the international normalized ratio reached 2 to 3. During a 3-month followup, 5.3% of patients receiving enoxaparin and 6.7%

Continued on next page

**10A**

BP 01214

HIGHLY CONFIDENTIAL
BMS/AWP/000095723



# ONCOLOGY DRUG UPDATES

of patients receiving UFH experienced a recurrence of DVT. The difference between these recurrence rates was not statistically significant, nor was the incidence of major bleeding between the groups.

Koopman and colleagues' performed another major study confirming the potential for outpatient treatment of DVT. Four hundred patients with acute DVT were randomized to receive either standard IV UFH or a subcutaneous fixed dose of the LMWH nadroparin. Again, the LMWH patients received outpatient treatment. DVT recurred in 8.6% of the UFH patients and 6.9% of the nadroparin patients. Major bleeding occurred in 2% of the UFH patients and in 0.5% of the nadroparin patients. The quality of life was reported to be statistically significantly better in the LMWH group.

Venous thromboembolic disease commonly occurs in cancer patients and complicates the management of the disease. The pathogenesis of thrombosis in these patients is multifactorial and may include tumor-cell-derived factors, leukocyte

procoagulant activities, tumor-cell-derived mediators of platelet adhesion/aggregation, or endothelial cell procoagulant activities. Comorbid predisposing factors, including cancer, and the use of anticancer drugs such as tamoxifen may contribute to the development of thromboses in this patient population. Cancer patients with thromboembolic disease should initially be treated as those without cancer, but may need to be fully anticoagulated for their entire lives, or at least as long as they have active disease. Low molecular weight heparin use in the treatment of thromboembolic disease in cancer patients may allow for the management of these patients as outpatients.

For many years, UFH has been used successfully in primary and secondary prophylaxis of DVT and in the treatment of DVT and pulmonary embolism. The LMWHs, however, have proved to be appealing to clinicians because of their improved bioavailability, predictable anticoagulation, ease of administration to outpatients, and the lack of need for monitoring of anticoagulation activity.

## Table 2: LMWH Compared with UFH

| PROPERTY | LMWH | UFH |
|---|---|---|
| Molecular weight | 4,000–5,000 d | 5,000–30,000 d |
| Plasma half-life | 4–6 h | 1–2 h |
| Mechanism of action | Anti-factor Xa more than anti-factor II activity | Anti-factor II more than anti-factor Xa activity |
| Administration | SC | SC, IV |
| Anticoagulation monitoring tests | Serum antifactor Xa | APTT, heparin |
| Antidote | Protamine not very effective | Protamine |

APTT = activated partial thromboplastin time; LMWH = low molecular-weight heparin; SC = subcutaneous; UFH = unfractionated heparin.

## Table 3: FDA-Approved Indications for LMWHs

| Indication | Ardeparin | Dalteparin | Enoxaparin |
|---|---|---|---|
| Prophylaxis in high-risk abdominal surgery | No | Yes | Yes |
| Prophylaxis in total knee replacement | Yes | No | Yes |
| Prophylaxis in total hip replacement | No | Yes | Yes |
| Unstable angina and non-Q wave MI | No | No | Yes |
| DVT treatment | No | No | Yes |

DVT = deep venous thrombosis; FDA = Food and Drug Administration; LMWH = low molecular-weight heparin; MI = myocardial infarction.

## References

1. Cadroy Y, Pourrat J, Baladre M. Delayed elimination of enoxaparin in patients with chronic renal insufficiency. Thromb Res. 1991;63:385-390.
2. Kakkar VV, Cohen AT, Edmonson RA. Low molecular weight versus standard heparin for prevention of venous thromboembolism after major abdominal surgery. Lancet. 1993;341:259-265.
3. Torholm C, Broeng L, Jorgensen PS, et al. Thromboprophylaxis by low-molecular-weight heparin in elective hip surgery. A placebo-controlled study. J Bone Joint Surg Br. 1991;73:434-438.
4. Hull R, Raskob G, Pineo G, et al. A comparison of subcutaneous low-molecular-weight heparin with warfarin sodium for prophylaxis against deep vein thrombosis after hip or knee implantation. N Engl J Med. 1993;329:1370-1376.
5. Green D, Lee MY, Lim AC, et al. Prevention of thromboembolism after spinal cord injury using low-molecular-weight heparin. Ann Intern Med. 1990;113:571-574.
6. Geerts WH, Jay RM, Code KI, et al. A comparison of low-dose heparin with low-molecular-weight heparin as prophylaxis against venous thromboembolism after major trauma. N Engl J Med. 1996;335:701-707.
7. Bergmann JF, Neuhart E. A multicenter randomized double-blind study of enoxaparin compared with unfractionated heparin in the prevention of venous thromboembolic disease in elderly inpatients bedridden for an acute medical illness. The Enoxaparin in Medicine Study Group. Thromb Haemost. 1996;76:529-534.
8. Levine M, Gent M, Hirsh J, et al. A comparison of low-molecular-weight heparin administered primarily at home with unfractionated heparin administered in the hospital for proximal deep-vein thrombosis. N Engl J Med. 1996;334:677-681.
9. Koopman MM, Prandoni P, Piovella F, et al. Treatment of venous thrombosis with intravenous unfractionated heparin administered in the hospital as compared with subcutaneous low-molecular-weight heparin administered at home. The Tasman Study Group. N Engl J Med. 1996;334:682-687.

10A

BP 01215

HIGHLY CONFIDENTIAL
BMS/AWP/000095724