

April 2000

# THE NETWORK NEWS

ONCOLOGY THERAPEUTICS NETWORK

AN UPDATE FOR COMMUNITY-BASED ONCOLOGY PROFESSIONALS

**Route To:**
❑ Physician
❑ Office Manager
❑ Oncology Nurse
❑ Pharmacist
❑ Business Office
❑ _____

### IN THIS ISSUE

| | |
|---|---|
| Lynx | 2 |
| Reimbursement Assistance | 3 |
| Novantrone³ | 4 |
| Temodar™ | 4 |
| ORCA™ | 5 |
| Melanoma.com | 6 |
| Aventis³ | 7 |
| Aredia³ | 8 |
| Oncology Drug Updates | 9-11 |
| Reimbursement | 12-15 |
| AWP & 2000 HCPCS Codes | |
| Management Reports Online | 16 |

· 10A·

BP 01256
HIGHLY CONFIDENTIAL
BMS/AWP/000095747



# Lynx™

◆ Controls Inventory

◆ Captures Lost Revenue

◆ Powerfully Manages Information

## The Gold Standard

✓ Developed specifically for office-based oncology practices

✓ OTN has over four years experience installing and supporting Lynx

✓ Reference sites nationwide

✓ Proven scheduling and billing interfaces with common oncology practice software

✓ Comprehensive training program

✓ Ongoing technical support 24 hours a day, 7 days a week

## Lynx Saves Time and Money

✓ Nationwide field support guaranteed to respond in less than four hours

✓ Extensive data collection and management resources

✓ Behind every Lynx system stands a dedicated OTN support team, including pharmacists and oncology nurses

✓ Automated inventory management of all products

✓ Reduces inventory

✓ Captures lost billing charges





Over 350 oncology offices nationwide use the Lynx system

**Call your OTN representative today to find out how to put the power of Lynx to work for your practice: 1-800-482-6700**

10A

BP 01257

HIGHLY CONFIDENTIAL
BMS/AWP/000095748



# Lynx™

◆ Controls Inventory

◆ Captures Lost Revenue

◆ Powerfully Manages Information

## The Gold Standard

✓ Developed specifically for office-based oncology practices

✓ OTN has over four years experience installing and supporting Lynx

✓ Reference sites nationwide

✓ Proven scheduling and billing interfaces with common oncology practice software

✓ Comprehensive training program

✓ Ongoing technical support 24 hours a day, 7 days a week

## Lynx Saves Time and Money

✓ Nationwide field support guaranteed to respond in less than four hours

✓ Extensive data collection and management resources

✓ Behind every Lynx system stands a dedicated OTN support team, including pharmacists and oncology nurses

✓ Automated inventory management of all products

✓ Reduces Inventory

✓ Captures lost billing charges





Over 350 oncology offices nationwide use the Lynx system

## Call your OTN representative today to find out how to put the power of Lynx to work for your practice: 1-800-482-6700

10A

BP 01258

HIGHLY CONFIDENTIAL
BMS/AWP/000095749

REIMBURSEMENT ASSISTANCE

Bobbi Buell, MBA
President, Documedics

ONCOLOGY
THERAPEUTICS
NETWORK

# Regulations Impact Cancer Practices
## Balanced Budget Refinement Act (BBRA) of 1999

The BBRA changed Medicare payment for hospitals and, to some extent, for cancer care physicians. Highlights include:

**Ambulatory Payment Classifications (APCs)** - This proposed methodology for the hospital outpatient prospective payment system, is very harsh for hospital-based cancer clinics in that cancer drug payments will be limited to $56-216 without additional payments for supportive care drugs that accompany cancer therapy like anti-emetics, growth factors, biologics, etc. Technological changes will happen slowly, meaning that new cancer therapies would be paid at $56 for 2-3 years. The situation improved with BBRA – but it is pertinent to read the 'fine print.' Implementation of APCs is set to begin 7/1/2000.

• There will be an outlier payment. An outlier 'pool' will be made available for certain services, consisting of 2.5-3.0% of the total payments projected for outpatient hospital services. This pool will be used for services that have costs exceeding an unspecified threshold. Payment can be applied to any APC-paid service that exceeds the outlier threshold, and will be made on the hospital's aggregate cost-to-charge ratio.

• There will be a pass-through for certain types of drugs. For drugs that are covered by Medicare in a hospital outpatient setting, Medicare will make additional payments if they meet certain criteria: they must be Orphan drugs, cancer therapy which includes chemo, anti-emetics, hematopoietic growth factors, colony stimulating factors, biological response modifiers, a biphosphonate, and/or a device used in brachytherapy; or they must be radiopharmaceuticals. In addition, the pass-through will also apply to ANY drug or device that was not reimbursed by Medicare as of 12/31/96. The payment for drugs will be the difference between the APC payment and 95% of AWP. This provision is only good for 2-3 years. The amount of payments shall not exceed 2.5% of the total outpatient payments and, if the outlay exceeds HCFA projections, the pass-through can be reduced.

• Chemo AND chemo administration will be paid in another pass-through. In separate section, BBRA states that certain codes will be paid as if they were on the Part B [Physician] fee schedule. The chemo drug codes involved are J9000-J9020; J9040-J9151; J9170-J9185; J9200-J9201; J9206-J9208; J9211; J9230-J9245; and, J9265-J9600. Chemo administration codes include 36260-36262;

36489; 36640; 36823; and, 96405-96542. This pass-through does not seem to be as limited as the one for all drugs. How it's going to be paid (cost report versus claim) however, is still an issue.

• Temporary Increase in hospice payments. For 2001, there will be a 0.5% increase and for 2002, there will be a 0.75% increase. These will NOT be built into the payment base.

• IVIG to undergo scrutiny. Medicare will undertake a study to determine whether IVIG (intravenous immune globulin) should be paid outside the hospital or office setting, and will investigate whether this can be done safely.

• There is now a transitional cushion against possible blows of APCs. For cancer hospitals ONLY, if the amount under APCs is different from pre-BBRA amounts, Medicare will pay the difference. This will not happen on a per claim basis – so there can still be cash flow ramifications to this. For other hospitals, there will be transitional payments of diminishing amounts through 2003.

• Physician update. The changes in the update factor to the physician fee schedule will be 'normalized' to guard against wild swings in payment. Changes to the Medicare fee schedule will be published by 11/1.

• More data to be collected on practice expense. Practice expense relative values for chemo administration have been inadequate for oncologists. This is because the payment is inadequate for amount of cost involved. Medicare is going to look at data provided by other entities to evaluate the fairness of practice expense relative values for all specialties.

• There will be a GAO study on safe and effective outpatient cancer therapy. The GAO will examine how cancer services should be paid in terms of practice expense relative values, work relative values, and standards for 'safe' treatment.

• Increase in PAP smear reimbursements. The rate will go up to $14.60.

• Transplant patients will get extended coverage for immunosuppressive drugs. Transplant patients whose drug benefit runs out in the next five years will get an extension of benefits. In 2000-2001, this extension will be eight months.

**Medicare Physician Fee Schedule (MPFS)**
Published in the Federal Register, Nov. 2, 1999, and effective 1/1/2000, the MPFS is also available

online at www.HCFA.gov. Provisions include:

• Resource-based Malpractice Relative Values. Malpractice is one of the three relative value sets that determine Medicare payment. Since they are relatively insignificant in medical specialties, this does not have much influence on oncology payments.

• Conversion Factor. Important for negotiations with all insurance companies, for 2000, it will be $36.6137. This up from $34.7315 for 1999 – a 5.4% increase.

• Practice Expense Relative Values in Facilities. Facilities are hospitals (inpatient and outpatient), psych hospitals, ASCs, rehab hospitals and nursing homes. When physicians do professional services in these facilities that they ordinarily perform in their offices, they will take a reduction in Practice Expense RVUs. The important ones for physicians are outpatient EM services (99211-99215 and 99241-99245). Some of these reductions are 30-35%.

• Nurse Practitioner (NP) Qualifications. NPs can obtain a provider number and bill Medicare. Last year, Medicare proposed that NPs had to have a Masters' Degree to get a provider number. This was met with a storm of protest. Now, NPs without Masters' can be grandfathered until 1/1/2003. NPs should get provider numbers now.

• Coverage of Prostate Screening Tests for Men over 50 years old. Effective 1/1/00, men over 50 can have prostate screenings annually, if they are Medicare beneficiaries. The screening code is G0103. A provision is that Digital Rectal Exam (DRE) is also covered once a year; but, it is NOT payable with an EM service. It has the same value as 99211 and the code is G0102.

• A4550. A4550 is still around for use with bone marrows, lumbar punctures, thoracentesis, paracentesis, and intra-body chemos. The price is down to about $18.00.

**Self Administration**
HCFA stated last year that it would issue a policy regarding drugs that are administered intramuscularly and/or subcutaneously in the office. This policy could have meant the end of reimbursement for these types of cancer and supportive drugs. As part of the Omnibus Budget Reconciliation Act of 1999 (11/29/99), this policy will not be enacted for one year. In the interim, Medicare and Congress will hold two town meetings to ascertain what policy should be written. ▪

10A

BP 01259

HIGHLY CONFIDENTIAL
BMS/AWP/000095750



# Novantrone®
(mitoxantrone for injection concentrate)
**From Immunex Corporation**



Novantrone, in combination with corticosteroids, is indicated for initial cancer chemotherapy for the treatment of patients with pain related to advanced hormone-refractory prostate cancer.

## Product Information

| CATALOG NUMBER | NDC | ITEM | UNIT SIZE | ORDER QTY | PRICE/ UNIT | AWP |
|---|---|---|---|---|---|---|
| 902-200 | 58406-0640-03 | Novantrone (2 mg/mL) | 20 mg MDV | 1 | $759.00 | $812.74 |
| 902-210 | 58406-0640-05 | Novantrone (2 mg/mL) | 25 mg MDV | 1 | $947.50 | $1,015.90 |
| 902-220 | 58406-0640-07 | Novantrone (2 mg/mL) | 30 mg MDV | 1 | $1,138.00 | $1,219.10 |

## Novantrone Product Support:

Novantrone Reimbursement Hotline ......... 1-800-321-4669
Medical Information ......................... 1-800-466-8639
J Code ......................................... J9293 per 5 mg
ICD-9 Code (HRPC) .......................... 185



## There's Still Hope





### Largest Trial Conducted in Recurrent Anaplastic Astrocytoma
- Worldwide multicenter, single-arm trial at 32 centers (15 U.S., 17 International)
- 162 patients with anaplastic astrocytoma at first relapse
- Karnofsky Performance status ≥ 70
- Failed prior radiation therapy ± chemotherapy with a nitrosourea
- 54 out of 162 were considered chemotherapy refractory (relapsed following a procarbazine/nitrosourea therapy)

### 22% of Refractory Patients Achieved A Response...
- 9% (5/54) were complete responders (CRs), 13% (7/54) were partial responders (PRs)
- Median duration for all responders: 50 weeks (16-114 weeks)
- Median duration for CRs: 64 (52-114 weeks)

### ...with Measurable Survival* Results...
- 45% of patients were progression-free at 6 months
- Median Progression-free survival was 4.4 months
- 74% of patients were alive at 6 months
- Median overall survival was 15.9 months

*The indication for TEMODAR™ is based on the response rate in the indicated population. No results are available from randomized controlled trials in recurrent AA that demonstrate a clinical benefit resulting from treatment, such as improvement in disease-related symptoms, delayed disease progression, or improved survival.

10A

BP 01260

HIGHLY CONFIDENTIAL
BMS/AWP/000095751



ONCOLOGY
THERAPEUTICS
NETWORK



A Program Supporting the Reimbursement of Oral Chemotherapy and Supportive Care Medicines in Physician Offices

ORCA™

## An Introduction to ORCA

ORCA (Oral Reimbursement for Cancer Agents) is a free service provided by Oncology Therapeutics Network (OTN), which can simplify and expedite billing and reimbursement for oral chemotherapy and supportive care medicines in your office."

## Why participate?

- ◆ Simplifies the use of oral therapies in the physician's office
- ◆ Eliminates concerns over reimbursement delays and denials
- ◆ Service is provided "free of charge" by OTN

## How does ORCA work?

There are four components to the program:

1. Enrollment in the National Supplier Clearinghouse (NSC)
2. Drug fulfillment through OTN
3. Billing, collection, and appeals of individual claims through ORCA
4. Drug replacement is guaranteed if reimbursement is not approved

## Which oral medications and insurance carriers are covered by ORCA?

- ◆ Cytoxan® Tablets (cyclophosphamide tablets, USP)
- ◆ VePesid® (etoposide) Capsules

The ORCA program covers all Medicare patients. It is expected that the program will be expanded in the near future to cover additional chemotherapeutic and supportive care medicines and additional insurance carriers.

## Who is eligible to participate in ORCA?

Any office-based physician practice is eligible to participate in the ORCA program.

## How do I enroll in the program?

1. If you are not already an OTN customer, call 1-800-482-6700 to set up an account.
2. Once you have set up an account, or if you are already an OTN customer, call the ORCA program at 1-877-SAY-ORCA (1-877-729-6722) to request an enrollment packet.

" The ORCA program is a free service provided by OTN and is administered by AccessMED, 6900 College Boulevard, Suite 1002, Overland Park, KS 66211. AccessMED is a leading reimbursement and consulting firm focused on oncology.

10A

BP 01261

HIGHLY CONFIDENTIAL
BMS/AWP/000095752



# www.melanoma.com

**Information about melanoma prevention, diagnosis, staging, and adjuvant therapy**

**Skin self-examination techniques**

**Skin safety, sun safety, and risk reduction**

**Nutrition and exercise tips**

**Resouce listings for melanoma patients, their families, and friends**

LEADING THE WAY IN MELANOMA THERAPY AND SUPPORT

Copyright © 1999, Schering Corporation, Kenilworth, NJ 07033.
All rights reserved. IN1741B/23455102   10/99

BP 01262

HIGHLY CONFIDENTIAL
BMS/AWP/000095753



ONCOLOGY
THERAPEUTICS
NETWORK



# Aventis®

**Aventis Pharmaceuticals**
Kansas City, MO 64134

## 5-HT₃ Receptor Antagonist

### Excellent Efficacy and Safety Profile

**J-CODES**

**Injections: J1260, per 1 mg**

**Tablets: Q0180, per 100 mg**

◆ Anzemet Injection is indicated for the prevention of nausea and vomiting associated with initial and repeat courses of emetogenic cancer chemotherapy, including high-dose cisplatin.

◆ Anzemet Tablets are indicated for the prevention of nausea and vomiting associated with moderately emetogenic cancer chemotherapy, including initial and repeat courses.

◆ Proven Efficacy and Simplicity — Anzemet injection can be safely infused intravenously as rapidly as 100 mg/30 seconds or diluted in compatible IV solutions and infused over 15 minutes. The recommended oral dosage of Anzemet is 100 mg given within one hour before chemotherapy.



For more information on dosing and administration, please contact your Hoechst Marion Roussel representative.

### Great Value!

| CATALOG NUMBER | NDC | BRAND NAME | ITEM | UNIT SIZE | ORDER QUANTITY | PRICE/ UNIT | AWP |
|---|---|---|---|---|---|---|---|
| 900-250 | 0088-1206-32 | Anzemet | dolasetron mesylate | 100 mg vial | 1 | $77.75 | $155.88 |
| 970-300 | 0088-1203-05 | Anzemet | dolasetron mesylate | 100 mg tablets | 5 | $321.45 | $343.20 |
| 970-305 | 0088-1203-29 | Anzemet | dolasetron mesylate | 100 mg tablets blister pack | 5 | $321.45 | $686.40 |
| 970-310 | 0088-1203-43 | Anzemet | dolasetron mesylate | 100 mg tablets unit dose | 10 | $642.95 | $686.40 |

### Outstanding Support:

**Reimbursement and Patient Assistance Program Hotline 1-888-895-2219**

Call the Anzemet Hotline for help with reimbursement and patient assistance programs, Monday through Friday between 10 a.m. and 6 p.m. ET.

**Call OTN today at 1-800-482-6700 to place your order!**

### Visit the website! www.anzemet.com

10A

BP 01263

HIGHLY CONFIDENTIAL
BMS/AWP/000095754





Novartis Oncology is pleased to introduce

# Performance Program for Medical Practices

## Highlights* †

**2% discount** at the time of order on AREDIA when you enroll in the program by purchasing through our direct selling agent, Oncology Therapeutics Network (OTN).

In addition, based on your AREDIA unit purchases through OTN, participants will be eligible to receive rebates of 3%, 4% or 5% depending on the growth in milligram purchases during the year 2000 compared to the year 1999.

**3% rebate** you achieve an **increase up to 10%** over your total 1999 AREDIA milligram purchases

**4% rebate** if you achieve an **increase >10% and ≤20%** over your total 1999 AREDIA milligram purchases

**5% rebate** if you achieve an **increase >20%** over your total 1999 AREDIA milligram purchases

To participate in this program, call OTN at 1-800-482-6700 or ask your Novartis Oncology Sales Specialist.

Ⓤ **NOVARTIS**

O N C O L O G Y

NOVARTIS PHARMACEUTICALS CORPORATION
EAST HANOVER, NEW JERSEY 07936
© 1999 Novartis

\* This program applies only to office-based oncology and urology practices unless otherwise agreed by to Novartis.

† This pricing is subject to acceptance to terms and conditions contained in a price list to be made available through OTN.

8    APRIL 2000 · OTN TEL: 1-800-482-6700 FAX: 1-800-800-3673

BP 01264    10A

HIGHLY CONFIDENTIAL
BMS/AWP/000095755



# SEE THE DIFFERENCE

- Flexible and convenient dosing—
  50-100 mg/m² Q3
- Two vial sizes—20 mg and 80 mg
- Only taxane approved for 1-hour IV infusion—
  saves chair time
- No infusion filter required
- Reimbursement and drug information hotline:

or visit www.taxotere.com



TAXOTERE®
(docetaxel)
for Injection Concentrate

10A

BP 01265

HIGHLY CONFIDENTIAL
BMS/AWP/000095756

RHÔNE-POULENC RORER PHARMACEUTICALS INC.
COLLEGEVILLE, PA 19426



**TAXOTERE**
*(docetaxel)*
for Injection Concentrate

10A

BP 01266

HIGHLY CONFIDENTIAL
BMS/AWP/000095757

ONCOLOGY
THERAPEUTICS
NETWORK

# ONCOLOGY DRUG UPDATES

# Update on the Diagnosis and Treatment of Prostate Cancer

Barry R. Goldspiel, PharmD, FASHP

Prostate cancer is the most common cancer among American men and is the second leading cause of cancer-related deaths in all males. In the year 2000, 180,400 new cases and 31,900 deaths are expected.[1] Because of advances in diagnostic techniques, such as prostate-specific antigen (PSA) testing and greater public awareness, the majority of cases are now diagnosed when the cancer is still localized. This has resulted in reduced mortality and a decrease in the number of patients who present with advanced disease. In recent years, research has focused on strategies for improving localized disease control. Recent studies suggest that neoadjuvant androgen deprivation before radiation or surgery for localized or locally advanced prostate cancer may produce improved outcomes.

While androgen deprivation is still considered standard therapy for the initial treatment of metastatic prostate cancer, the best method to induce androgen deprivation — orchiectomy, a luteinizing hormone-releasing hormone (LH-RH) analog, or the combination of either with an antiandrogen — is still controversial. New approaches, including a renewed interest in chemotherapy and a reevaluation of clinical end points are being used for patients with advanced prostate cancer. This article will discuss PSA testing; localized management with neoadjuvant androgen deprivation, combined androgen blockade for metastatic prostate cancer, and chemotherapy regimens in advanced prostate cancer management.

## Prostate-Specific Antigen Testing

PSA has good prostate-specificity and is a very useful tumor marker.[2,3] Unfortunately, benign conditions, such as prostatitis, urinary retention, and benign prostatic hypertrophy can also elevate PSA levels. To increase PSA specificity, several indices have been developed,[2,3] including PSA density, age-related PSA levels, volume-referenced PSA, and percent free PSA. Of these indices, volume-referenced PSA and percent free PSA seem to be the most useful.[3] Volume-referenced PSA controls for gland volume (which usually increases with age) and creates a separate acceptable PSA range for gland size ranges. Unbound or free PSA represents a minor portion of the total circulating PSA, and free PSA is lower in men with prostate cancer than in those with benign prostatic hypertrophy. For men with total PSA levels from 4.1 to 10 ng/mL (suspicious for prostate cancer), the lower limit for normal free PSA ranges from 17% to 25%.[3] In men with lower PSA levels (2.5 to 4 ng/mL), where detecting cancer might greatly improve survival, free PSA levels < 25% suggest prostate cancer.[3] Another new test, ProstAsure®, simultaneously analyzes total PSA levels, prostate acid phosphatase, and creatinine phosphokinase enzymes in relation to age. In comparative studies, ProstAsure® performed better than analyses for free PSA levels alone and was effective in detecting cancer in patients with a total PSA level less than 4 ng/mL.[3] PSA testing, clinical stage, and Gleason score is also used to predict whether the prostate cancer is organ-confined at diagnosis.[4]

## Prostate Cancer Treatment

Androgen deprivation, used in the past only for advanced prostate cancer, now has a role for patients with localized prostate cancer. Also, using clinical benefit as an acceptable response for patients with advanced prostate cancer has caused a renewed interest in testing various chemotherapy agents and combinations in this prostate cancer patient population.

## Neoadjuvant Androgen Deprivation for Localized Prostate Cancer

As more patients are diagnosed with localized prostate cancer, new strategies are being developed to improve outcomes in these patients. Messing et al[5] demonstrated that immediate hormonal therapy to induce androgen deprivation (ie, with an LH-RH analog or orchiectomy) improved survival and reduced the recurrence risk in patients with node-positive prostate cancer.

Neoadjuvant androgen-ablative therapy has also been used to reduce tumor size or "downstage" disease prior to definitive radical prostatectomy or radiation therapy in patients with stage B2 or C prostate cancer.[5-8] The improved outcomes associated with neoadjuvant androgen deprivation include decreased local progression rate after radiation therapy, decreased positive surgical margin rate, decreased radiation-related toxicity to surrounding normal tissue, and increased probability of finding organ-confined disease at surgery.[6-8] Flutamide (Eulexin®) (in combination with an LH-RH agonist) and goserelin (Zoladex®) (in combination

Continued on next page

10A

BP 01267

HIGHLY CONFIDENTIAL
BMS/AWP/000095758



# ONCOLOGY DRUG UPDATES

with flutamide) are FDA-approved for use to and during the period of radiation therapy for patients with stage B2 or C prostate cancer.

While it is believed that neoadjuvant androgen-ablative therapy reduces tumor volume, making the radiation therapy or surgery more effective, it is possible that the duration of androgen deprivation may also contribute to the improved outcome. Bolla et al[8] demonstrated that goserelin, given during and continued for three years after definitive radiotherapy, compared to radiation therapy alone improved local control and survival in patients with locally advanced prostate cancer. Thus, while androgen deprivation seems useful in localized prostate cancer, which androgen deprivation therapy (orchiectomy, an LH-RH analog, or the combination of either with an antiandrogen) and the optimal duration of neoadjuvant/adjuvant therapy still needs to be defined.[8]

## Androgen Deprivation for Advanced Prostate Cancer

Androgen-ablative therapies for patients with metastatic prostate cancer include orchiectomy or administering an LH-RH agonist, either alone or in combination with an antiandrogen (ie, combined androgen blockade [CAB]). Initial studies comparing CAB to orchiectomy or an LH-RH agonist alone seemed promising; however, several well-designed, randomized trials have demonstrated no consistent benefit with CAB.[10-13] Three meta-analyses of trials comparing CAB to conventional medical or surgical castration have been performed (Table 1).[14-16] These meta-analyses failed to demonstrate a clear advantage of CAB. Some studies where CAB proved more beneficial than monotherapy showed that the response difference was most pronounced in

patients with minimal disease (ie, no disease in ribs, long bones, or soft tissue other than lymph nodes) and a good performance status; however, this benefit is not consistent either.[17]

There is still controversy about when to start patients with advanced prostate cancer on androgen deprivation.[17,18] Only one randomized trial has addressed this issue and this trial favored starting androgen deprivation at time of diagnosis.[19] However, this practice has not been completely adopted because of several questions about the trial design.

It is not clear which combinations of therapy to use in this patient population. There are two LH-RH agonists currently available in long-acting depot formulations. All of the antiandrogens (eg, flutamide, bicalutamide, nilutamide) share similar FDA-approved indications; flutamide and bicalutamide are indicated in combination with an LH-RH agonist and nilutamide is indicated in combination with orchiectomy.[18] Adverse effects common to all antiandrogens include gynecomastia, breast tenderness, hot flushes, diarrhea, and liver function test abnormalities.[18] Only one randomized comparison of two antiandrogens (flutamide and bicalutamide) has been conducted; diarrhea was more common in the flutamide-treated patients than in the bicalutamide-treated patients.[13] Antiandrogen-withdrawal syndromes, where patients have responded with significant PSA reductions and improved clinical symptoms when the antiandrogen is discontinued, have been described for all three antiandrogens.[20,21]

Information thus far suggests that we might not be using CAB optimally.[17,10,22] Strategies where intermittent androgen deprivation have been described,[22] and are based on prolonging the response to

androgen deprivation therapy by reducing the possibility for developing androgen independence. These strategies include using CAB around the time of LH-RH therapy initiation to reduce the symptoms from the flare phenomenon and using PSA as a marker for when to stop and start androgen deprivation therapy.

## Chemotherapy for Advanced Prostate Cancer

While no antineoplastic agent or combination is known to prolong survival in patients with advanced prostate cancer, some agents or combinations do provide clinical benefit and/or reductions in a meaningful surrogate end point such as PSA level.[23,24] Clinical benefit includes improved quality of life, reduced pain, and reduced analgesic requirements.

Mitoxantrone combined with prednisone or hydrocortisone can produce a meaningful clinical benefit response.[23,24] Pain reduction, reduced analgesic requirements, and improved quality of life occur in around 30% of patients.[25] Several other single agents or combinations, such as estramustine plus vinblastine, estramustine plus etoposide, ketoconazole plus doxorubicin, estramustine plus paclitaxel, docetaxel, and etoposide plus cyclophosphamide can produce responses manifested as decreased PSA levels, pain relief, and delays in bone scan progression.[23]

There is a need to develop new agents for advanced prostate cancer that affect survival. Current investigations are exploring new molecular targets, such as apoptosis-inducing agents, differentiating agents, antimetastasis agents, vaccines, vitamin-D analogs, cyclin-dependent kinase inhibitors, monoclonal antibodies, growth receptor antibodies, and oncogene regulators.[23]

Continued on next page

BP 01268

HIGHLY CONFIDENTIAL
BMS/AWP/000095759

# ONCOLOGY DRUG UPDATES



ONCOLOGY
THERAPEUTICS
NETWORK

*Continued from the previous page*

## Conclusions

More cases of prostate cancer are diagnosed when the cancer is localized because better screening and diagnostic methods, such as the various PSA indices, have been developed. Localized prostate cancer is curable with surgery or radiation therapy. Androgen deprivation, as neoadjuvant or adjuvant therapy, can improve local disease control and survival. Androgen ablation can provide effective symptom palliation for patients with advanced prostate cancer. However, it is not clear if CAB using an antiandrogen with either orchiectomy or an LH-RH agonist is significantly better than either orchiectomy or an LH-RH agonist alone. Ongoing studies are attempting to define the best initial therapy, determine when to initiate therapy, identify which patient subpopu-

Table 1. *Meta-Analyses of Randomized Trials Comparing Combined Androgen Blockade to Androgen Deprivation Monotherapy*

| 14 | 21 trials | 7871 | at 2 y: 0.97 | 0.87–1.09 |
|----|-----------|------|--------------|-----------|
|    | 10 trials |      | at 5 y: 0.87 | 0.81–0.94 |
| 15 | 13 trials, including only nonsteroidal antiandrogens | 3732 | 0.81 | 0.74–0.94 |
| 16 | 7 trials, comparing nilutamide plus orchiectomy to orchiectomy alone | 1191 | 0.84 | 0.70–1.00 |

CAB=combined androgen blockade.   * A relative risk < 1 indicates that CAB reduces mortality

lation might benefit most from a given treatment modality, and identify which surrogate markers should be used to monitor disease activity. For patients who become hormone-refractory, chemotherapy can provide clinical benefit

manifested as pain reduction and reduced analgesic requirements. Continued efforts to develop new agents directed at prostate cancer-specific molecular targets may provide new therapeutic approaches that positively affect survival. ■

## References

1. Greenlee RT, Murray T, Bolden S, Wingo PA. Cancer statistics, 2000. CA Cancer J Clin. 1998;50:7-33.

2. Polascik TJ, Oesterling JE, Partin AW. Prostate specific antigen: a decade of discovery—what we have learned and where we are going. J Urol. 1999;162:293-306.

3. Ramos E, Kabalin RL. Advances in the application of prostate-specific antigen in the detection of early-stage prostate cancer. Semin Oncol. 1999;26:140-149.

4. Partin AW, Kattan MW, Subong EN, et al. Combination of prostate-specific antigen, clinical stage, and Gleason score to predict pathological stage of localized prostate cancer: a multi-institutional update. JAMA. 1997;277:1445-1451.

5. Messing EM, Manola J, Sarosdy M, Wilding G, Crawford ED, Trump D. Immediate hormonal therapy compared with observation after radical prostatectomy and pelvic lymphadenectomy in men with node-positive prostate cancer. N Engl J Med. 1999;341:1781-1788.

6. Pilepich M, Krall JA, al-Sarraf M, et al. Androgen deprivation with radiation therapy compared with radiation therapy alone for locally advanced prostate carcinoma: a randomized comparative trial of the Radiation Therapy Oncology Group. Urology. 1995;45:616-623.

7. Fair WR, Cookson MS, Stroumbakis N, et al. The indications, rationale, and results of neoadjuvant androgen deprivation in the treatment of prostatic cancer: Memorial Sloan-Kettering Cancer Center results. Urology. 1997;49(suppl 3A):46-55.

8. Carrick MB, Fair WR. First international conference on neoadjuvant hormonal therapy of prostate cancer: overview consensus statement. Urology. 1997;49(suppl 3A):1-4.

9. Bolla M, Gonzalez D, Warde P, et al. Improved survival in patients with locally advanced prostate cancer treated

with radiotherapy and goserelin. N Engl J Med. 1997;337:295-300.

10. Crawford ED, Eisenberger MA, McLeod DG, et al. A controlled trial of leuprolide with and without flutamide in prostatic carcinoma. N Engl J Med. 1989;321:419-424.

11. Dijkman GA, Janknegt RA, De Reijke TM, Debruyne FM. Long-term efficacy and safety of nilutamide plus castration in advanced prostate cancer, and the significance of early prostate specific antigen normalization. International Anandron Study Group. J Urol. 1997;158:160-163.

12. Eisenberger MA, Blumenstein BA, Crawford ED, et al. Bilateral orchiectomy with or without flutamide for metastatic prostate cancer. N Engl J Med. 1998;339:1036-1042.

13. Schellhammer PF, Sharifi R, Block NL, et al. Clinical benefits of bicalutamide compared with flutamide in combined androgen blockade for patients with advanced prostatic carcinoma: final report of a double-blind, randomized, multicenter trial. Casodex Combination Study Group. Urology. 1997;50:330-336.

14. Relative Effectiveness and Cost-Effectiveness of Methods of Androgen Suppression in the Treatment of Advanced Prostatic Cancer. Summary, Evidence Report/Technology Assessment Number 4, January 1999. Agency for Health Care Policy and Research, Rockville, MD. http://www.ahcpr.gov/clinic/prostsumm.htm

15. Caubet JF, Tosteson TD, Dong EW, et al. Maximum androgen blockade in advanced prostate cancer: a meta-analysis of published randomized controlled trials using nonsteroidal antiandrogens. Urology. 1997;49:71-78.

16. Debruyne FMJ, de Gery A, Hucher M, Godfroid N. Maximum androgen blockade with nilutamide, combined with orchiectomy in advanced prostate cancer: an updated meta-analysis of 7 randomized, placebo-controlled trials (1191 patients). Eur Urol. 1996;30(suppl 2):264. Abstract #590.

17. Goktas S, Crawford ED. Optimal hormonal therapy for advanced prostate cancer. Semin Oncol. 1999;26:162-173.

18. Schröder FH. Endocrine treatment of prostate cancer: recent developments and the future. Part 1: maximal androgen blockade, early vs delayed endocrine treatment and side-effects. BJU Int. 1999;83:161-170.

19. Medical Research Council Prostate Cancer Working Party Investigators Group. Immediate versus deferred treatment for advanced prostatic cancer: initial results of the Medical Research Council Trial. Br J Urol. 1997;79:235-246.

20. Schiz HI, Eulenburg GL. The antiandrogen withdrawal syndrome in relapsed prostate cancer. Eur Urol. 1997;31(suppl 2):3-7.

21. Small EJ, Srinivas S. The androgen withdrawal syndrome: experience in a large cohort of unselected patients with advanced prostate cancer. Cancer. 1995;76:1428-1434.

22. Oliver EJ, Williams G, Paris AM, Blandy JP. Intermittent androgen deprivation after PSA-complete response as a strategy to reduce induction of hormone-resistant prostate cancer. Urology. 1997;49:79-82.

23. Millikan RE. Chemotherapy of advanced prostate carcinoma. Semin Oncol. 1999;26:185-191.

24. Kantoff P, Smith D, Pienta K. Hormone-refractory prostate cancer: National Comprehensive Cancer Network guidelines. Advances in Oncology. 1998;14:14-21.

25. Tannock IF, Osoba D, Stockler MR, et al. Chemotherapy with mitoxantrone plus prednisone or prednisone alone for symptomatic hormone-resistant prostate cancer: a Canadian randomized trial with palliative end points. J Clin Oncol. 1996;14:1756-1764.

26. Kantoff PW, Halabi S, Conaway M, et al. Hydrocortisone with or without mitoxantrone in men with hormone-refractory prostate cancer: results of the cancer and leukemia group B 9182 study. J Clin Oncol. 1999;17:2506-2513.

10A

BP 01269

HIGHLY CONFIDENTIAL
BMS/AWP/000095760


ONCOLOGY
THERAPEUTICS
NETWORK

## REIMBURSEMENT

## Average Wholesale Prices and 2000 HCPCS Codes

The Average Wholesale Prices (AWPs) and HCPCS codes for drugs commonly used in cancer treatment are provided for your use as a reimbursement resource. Products are listed alphabetically by their generic name. The AWPs are obtained from the 2000 Red Book and the March 2000 Red Book Update.

For drugs that have multiple manufacturers, the AWP for the product most commonly stocked by OTN is listed. For ease of use, we list the AWP information in the first three columns and the billing code and units in the next two columns. Please refer to the Sourcebook for a complete listing of HCPCS codes.

| PRODUCT | VIAL SIZE | NDC# | AWP/VIAL | 2000 HCPCS | BILLING UNITS | HOTLINE NO. |
|---|---|---|---|---|---|---|
| Proleukin® | | | | | | |
| Aldesleukin | | 53905-0991-01 | | J9015 | | 800-775-7533 |
| Ethyol® | | | | | | |
| Amifostine | | 17314-7253-03 | | J0207 | | 800-609-1083 |
| Fungizone® | | | | | | |
| Amphotericin B Oral Susp | | 00087-1162-10 | | | | 800-872-8718 |
| Blenoxane® | | | | | | |
| Bleomycin Sulfate, pwd | | 00015-3010-20 | | J9040 | | 800-872-8718 |
| Bleomycin Sulfate, pwd | | 00015-3063-01 | | J9040 | | 800-872-8718 |
| Xeloda® | | | | | | |
| Capecitabine 150mg Tablet | | 00004-1100-51 | | J8520 | | 800-443-6676 |
| Capecitabine 500mg Tablets | | 00004-1101-16 | | J8521 | | 800-443-6676 |
| Paraplatin® | | | | | | |
| Carboplatin, pwd | | 00015-3213-30 | | J9045 | | 800-872-8718 |
| Carboplatin, pwd | | 00015-3214-30 | | J9045 | | 800-872-8718 |
| Carboplatin, pwd | | 00015-3215-30 | | J9045 | | 800-872-8718 |
| BiCNU® | | | | | | |
| Carmustine, pwd | | 00015-3012-38 | | J9050 | | 800-872-8718 |
| Platinol®-AQ | | | | | | |
| Cisplatin 1mg/ml, inj | | 00015-3220-22 | | J9062 | | 800-872-8718 |
| Cisplatin 1mg/ml, inj | | 00015-3221-22 | | J9062 | | 800-872-8718 |
| Leustatin® | | | | | | |
| Cladribine 1mg/ml, inj | | 59676-0201-01 | | J9065 | | 800-553-3851 |
| Cytogam® | | | | | | |
| Cytomegalovirus Immune Globulin | | 60574-3101-01 | | J0850 | | |
| Cytoxan® Lyophilized | | | | | | |
| Cyclophosphamide Lyophilized | | 00015-0539-41 | | J9093 | | 800-872-8718 |
| Cyclophosphamide Lyophilized | | 00015-0546-41 | | J9094 | | 800-872-8718 |
| Cyclophosphamide Lyophilized | | 00015-0547-41 | | J9095 | | 800-872-8718 |
| Cyclophosphamide Lyophilized | | 00015-0548-41 | | J9096 | | 800-872-8718 |
| Cyclophosphamide Lyophilized | | 00015-0549-41 | | J9097 | | 800-872-8718 |
| Cytoxan® Tablets | | | | | | |
| Cyclophosphamide 25mg Tablet | | 00015-0504-01 | | J8530 | | 800-872-8718 |
| Cyclophosphamide 50mg Tablet | | 00015-0503-01 | | J8530 | | 800-872-8718 |
| Cyclophosphamide 50mg Tablet | | 00015-0503-02 | | J8530 | | 800-872-8718 |
| Cytarabine pwd | | 55390-0131-10 | | J9100 | | |
| Cytarabine pwd | | 55390-0132-10 | | J9110 | | |
| Cytarabine pwd | | 55390-0133-01 | | J9110 | | |
| Cytarabine pwd | | 55390-0134-01 | | J9110 | | |
| DTIC-Dome® | | | | | | |
| Dacarbazine, pwd | | 00026-8151-20 | | J9140 | | 800-958-9180 |
| DaunoXome® | | | | | | |
| Daunorubicin citrate liposome 2mg/ml inj | | 56146-0301-01 | | J9151 | | 800-226-7056 |
| Cerubidine® | | | | | | |
| Daunorubicin HCl, pwd | | 55390-0281-10 | | J9150 | | |
| DDAVP® | | | | | | |
| Desmopressin Acetate 4mcg/ml | | 00075-2451-01 | | J7597 | | 610-454-8110 |
| Zinecard® | | | | | | |
| Dexrazoxane, pwd | | 00013-8715-62 | | J1190 | | 800-808-9111 |
| Dexrazoxane, pwd | | 00013-8725-89 | | J1190 | | 800-808-9111 |
| Diphenhydramine HCl 50mg/ml inj | | 00641-0376-25 | | J1200 | | |
| Taxotere® | | | | | | |
| Docetaxel 20mg/0.5ml, inj | | 00075-8001-20 | | J9170 | | 800-996-6626 |
| Docetaxel 20mg/0.5ml | | 00075-8001-80 | | J9170 | | 800-996-6626 |

12

10A

BP 01270

HIGHLY CONFIDENTIAL
BMS/AWP/000095761

# REIMBURSEMENT

ONCOLOGY
THERAPEUTICS
NETWORK

| PRODUCT | VIAL SIZE | NDC# | AWP/VIAL | 2000 HCPCS | BILLING UNITS | HOTLINE NO. |
|---|---|---|---|---|---|---|
| *Anzmet®* | | | | | | |
| Dolasetron 20mg/mL inj | 5 ml | 00088-1206-32 | 155.88 | J1260 | 30mg | 800-221-4025 |
| *Rubex®* | | | | | | |
| Doxorubicin HCL pwd | 50 mg | 00015-3352-22 | 197.15 | J9000 | 10mg | 800-872-8718 |
| Doxorubicin HCL pwd | 100 mg | 00015-3353-22 | 394.29 | J9000 | 10mg | 800-872-8718 |
| Doxorubicin HCL inj | 10 mg | 55390-0231-10 | 45.08 | J9000 | 10mg | |
| Doxorubicin HCL pwd | 20-mg | 55390-0232-10 | 90.16 | J9000 | 10mg | |
| Doxorubicin HCL pwd | 50 mg | 55390-0233-01 | 225.40 | J9000 | 10mg | |
| Doxorubicin HCl 2mg/mL inj | 5 ml | 55390-0235-10 | 47.35 | J9000 | 10mg | |
| Doxorubicin HCl 2mg/mL inj | 10 ml | 55390-0236-10 | 94.70 | J9000 | 10mg | |
| Doxorubicin 2mg/mL inj | 25 ml | 55390-0237-01 | 236.74 | J9000 | 10mg | |
| Doxorubicin 2mg/mL inj | 100 ml | 55390-0238-01 | 945.98 | J9000 | 10mg | |
| *Adriamycin™* | | | | | | |
| Doxorubicin RDF, pwd | 10 mg | 00013-1086-91 | 53.64 | J9000 | 10mg | 800-242-7014 |
| Doxorubicin RDF, pwd | 50-mg | 00013-1106-79 | 268.18 | J9000 | 10mg | 800-242-7014 |
| Doxorubicin RDF, pwd | 150 mg | 00013-1116-83 | 788.44 | J9000 | 10mg | 800-242-7014 |
| Doxorubicin HCl pfs 2mg/mL inj | 5 ml | 00013-1136-91 | 56.34 | J9000 | 10mg | 800-242-7014 |
| Doxorubicin HCl pfs 2mg/ml | 10 ml | 00013-1146-91 | 112.66 | J9000 | 10mg | 800-242-7014 |
| Doxorubicin pfs 2mg/ml | 25 ml | 00013-1156-70 | 281.68 | J9000 | 10mg | 800-242-7014 |
| Doxorubicin pfs 2mg/ml | 37.5 ml | 00013-1176-87 | 422.51 | J9000 | 10mg | 800-242-7014 |
| Doxorubicin HCl pfs 2mg/ml | 100 ml | 00013-1166-63 | 1,104.13 | J9000 | 10mg | 800-242-7014 |
| *Doxil®* | | | | | | |
| Doxorubicin liposome 2mg/ml inj | 10 ml | 61471-0295-12 | 656.25 | J9001 | | 800-609-1082 |
| *Procrit®* | | | | | | |
| Epoetin Alpha 2000u/ml inj | 1 ml | 59676-0302-01 | 24.20 | Q0136 | | 800-553-3851 |
| Epoetin Alpha 3000u/ml inj | 1 ml | 59676-0303-01 | 36.00 | Q0136 | | 800-553-3851 |
| Epoetin Alpha 4000u/ml inj | 1 ml | 59676-0304-01 | 48.41 | Q0136 | | 800-553-3851 |
| Epoetin Alpha 10, 000u/ml inj | 1 ml | 59676-0310-01 | | Q0136 | | 800-553-3851 |
| Epoetin Alpha-20, 000u/ml inj | 1 ml | 59676-0320-01 | | Q0136 | | 800-553-3851 |
| Epoetin Alpha 40, 000u/ml inj | 1 ml | 59676-0340-01 | | Q0136 | | 800-553-3851 |
| *Vepesid®* | | | | | | |
| Etoposide 50mg Capsule | 20 caps | 00015-3091-45 | | J8560 | | 800-872-8718 |
| Etoposide 20mg/mL inj | 5 ml | 00015-3095-20 | | J9182 | | 800-872-8718 |
| Etoposide 20mg/mL inj | 7.5 ml | 00015-3084-20 | | J9182 | | 800-872-8718 |
| Etoposide 20mg/mL inj | 25 ml | 00015-3061-20 | | J9182 | | 800-872-8718 |
| Etoposide 20mg/mL inj | 50 ml | 00015-3062-20 | | J9182 | | 800-872-8718 |
| *Etopophos®* | | | | | | |
| Etoposide Phosphate, pwd | 100 mg | 00015-3404-20 | | J9182 | | 800-872-8718 |
| *Fludara®* | | | | | | |
| Fludarabine Phosphate, pwd | 50 mg | 50419-0511-06 | 242.25 | J9185 | | 800-473-5832 |
| Fluorouracil 50mg/ml, inj | 10 ml | 00013-1036-91 | 3.30 | J9190 | 500mg | 800-242-7014 |
| Fluorouracil 50mg/ml, inj | 50 ml | 00013-1046-94 | 16.04 | J9190 | 500mg | 800-242-7014 |
| Fluorouracil 50mg/ml, inj | 100 ml | 00013-1055-94 | 32.06 | J9190 | 500mg | 800-242-7014 |
| *Neupogen®* | | | | | | |
| Filgrastim(G-CSF) 300mcg/ml, inj. | 300 mcg | 55513-0530-10 | 122.30 | J1440 | | 800-272-9376 |
| Filgrastim(G-CSF) 300mcg/ml, inj | 480 mcg | 55513-0546-10 | 273.85 | J1441 | 480mg | 800-272-9376 |
| *Gemzar®* | | | | | | |
| Gemcitabine HCL pwd | 200 mg | 00002-7501-01 | | J9201 | | 888-443-6927 |
| Gemcitabine HCL pwd | 1 Gram | 00002-7502-01 | | J9201 | 200mg | 888-443-6937 |
| *Leukine®* | | | | | | |
| Sargramostim(GM-CSF), pwd | 250 mcg | 58406-0002-33 | | J2820 | | 800-321-4669 |
| Sargramostim(GM-CSF) 500mcg/ml, inj | 1 ml | 58406-0005-30 | 288.59 | J2820 | | 800-321-4669 |
| *Zoladex®* | | | | | | |
| Goserelin Acetate, implant | 3.6 mg syringe | 00310-0960-36 | | J9202 | | 800-400-4140 |
| Goserelin Acetate, implant | 10.8 mg syringe | 00310-0961-30 | | J9202 | | 800-400-4140 |
| *Kytril®* | | | | | | |
| Granisetron HCl 1mg/mL inj | 1 ml | 00029-4149-01 | | J1626 | | 800-699-3806 |
| Granisetron HCl 1mg/mL inj | 4 ml | 00029-4152-01 | | J1626 | | 800-699-3806 |
| *Ifex®* | | | | | | |
| Ifosfamide pwd | 1 Gram | 00015-0556-41 | | J9208 | | 800-872-8718 |
| Ifosfamide pwd | 3 Gram | 00015-0557-41 | | J9208 | | 800-872-8718 |
| *Ifex®/Mesnex™* | | | | | | |
| Ifosfamide[10x1g]/Mesna[10x1g MDV] | Combo-Pack | 00015-3554-27 | | J9208/J9209 | | 800-872-8718 |
| Ifosfamide[2x3g]/Mesna[6x1g MDV] | Combo-Pack | 00015-3564-15 | | J9208/J9209 | | 800-872-8718 |
| Ifosfamide[5x1g]/Mesna[3x1g MDV] | Combo-Pack | 00015-3556-26 | | J9208/J9209 | | 800-872-8718 |
| *Venoglobulin S* | | | | | | |
| Immune Globulin 50mg/ml, inj w/IV set | 50 ml | 49669-1612-01 | | J1561 | | |
| Immune Globulin 50mg/ml, inj w/IV set | 100 ml | 49669-1613-01 | | J1561 | | |

OTN TEL: 1-800-482-6700  FAX: 1-800-800-3673   APRIL 2000

13

BP 01271

10A

HIGHLY CONFIDENTIAL
BMS/AWP/000095762

# REIMBURSEMENT

**ONCOLOGY THERAPEUTICS NETWORK**

| PRODUCT | VIAL SIZE | NDC# | AWP/VIAL | 2000 HCPCS | BILLING UNITS | HOTLINE NO. |
|---|---|---|---|---|---|---|
| Immune Globulin 50mg/ml, inj w/IV set | | 49669-1614-01 | | J1561 | | |
| Immune Globulin 100mg/ml, inj w/IV set | | 49669-1622-01 | | J1561 | | |
| Immune Globulin 100mg/ml, inj w/IV set | | 49669-1623-01 | | J1561 | | |
| Immune Globulin 100mg/ml, inj w/IV set | | 49669-1624-01 | | J1561 | | |
| Immune Globulin 100mg/ml, inj | | 00026-0648-12 | | J1561 | | 800-998-9180 |
| Immune Globulin 100mg/ml, inj | | 00026-0648-20 | | J1561 | | 800-998-9180 |
| Immune Globulin 100mg/ml, inj | | 00026-0648-21 | | J1561 | | 800-998-9180 |
| Immune Globulin 100mg/ml, inj | | 00026-0648-24 | | J1561 | | 800-998-9180 |
| Immune Globulin, pwd | | 52769-0471-72 | | J1562 | | |
| Immune Globulin, pwd | | 52769-0471-75 | | J1562 | | |
| Immune Globulin, pwd | | 52769-0471-80 | | J1562 | | |
| RHO (d) Immune Globulin, pwd | | 60492-0021-01 | | J2792 | | |
| RHO (d) Immune Globulin, pwd | | 60492-0023-01 | | J2792 | | |
| RHO (d) Immune Globulin, pwd | | 60492-0024-01 | | J2792 | | |
| **Intron® A** | | | | | | |
| Interferon Alpha 2B 3MIU/0.5ml | | 00085-1184-02 | | J9214 | | 800-521-7157 |
| Interferon Alpha 2B 5MIU/0.5ml | | 00085-1191-02 | | J9214 | | 800-521-7157 |
| Interferon Alpha 2B 10MIU/ML | | 00085-1179-02 | | J9214 | | 800-521-7157 |
| Interferon Alpha 2B 6MIU/ml, inj | | 00085-1168-01 | | J9214 | | 800-521-7157 |
| Interferon Alpha 2B 10MIU/ML, inj | | 00085-1133-01 | | J9214 | | 800-521-7157 |
| Interferon Alpha 2B, pwd | | 00085-0120-02 | | J9214 | | 800-521-7157 |
| Interferon Alpha 2B, pwd | | 00085-0571-02 | | J9214 | | 800-521-7157 |
| Interferon Alpha 2B, pwd | | 00085-1110-01 | | J9214 | | 800-521-7157 |
| Interferon Alpha 2B, pwd | | 00085-0285-02 | | J9214 | | 800-521-7157 |
| Interferon Alpha 2B, pwd | | 00085-0539-01 | | J9214 | | 800-521-7157 |
| **Roferon® A** | | | | | | |
| Interferon Alpha 2A 3MIU/ML, inj | | 00004-2009-09 | | J9213 | | 800-443-6676 |
| Interferon Alpha 2A 6MIU/ml, inj | | 00004-2007-09 | | J9213 | | 800-443-6676 |
| Interferon Alpha 2A 9MIU/0.9ml, inj | | 00004-2010-09 | | J9213 | | 800-443-6676 |
| Interferon Alpha 2A 6MIU/ml, inj | | 00004-2011-09 | | J9213 | | 800-443-6676 |
| Interferon Alpha 2A 36MIU/ml, inj | | 00004-2012-09 | | J9213 | | 800-443-6676 |
| **Camptosar®** | | | | | | |
| Irinotecan HCl 20mg/ml, inj | | 00009-7529-02 | | J9206 | | 800-242-7014 |
| Irinotecan HCl 20mg/ml, inj | | 00009-7529-01 | | J9206 | | 800-242-7014 |
| Leucovorin Calcium, pwd | | 55390-0053-10 | | J0640 | | |
| Leucovorin Calcium, pwd | | 55390-0052-10 | | J0640 | | |
| Leucovorin Calcium, pwd | | 55390-0053-01 | | J0640 | | |
| Leucovorin Calcium, pwd | | 58406-0663-07 | | J0640 | | 800-321-4669 |
| **Lupron®** | | | | | | |
| Leuprolide Acetate, pwd | | 00300-3642-01 | | J9217 | | 800-453-8438 |
| Leuprolide Acetate, pwd | | 00100-3346-03 | | J9217 | | 800-453-8438 |
| Lorazepam 2mg/ml, inj | | 00008-0581-01 | | J2060 | | |
| Lorazepam 2mg/ml, inj | | 00008-0581-01 | | J2060 | | |
| Lorazepam 4mg/ml, inj | | 00008-0575-01 | | J2060 | | |
| Lorazepam 2mg/ml, inj | | 00008-0583-02 | | J2060 | | |
| Mannitol 25%, inj | | 00074-4031-01 | | J2150 | | |
| **Mustargen®** | | | | | | |
| Mechlorethamine HCl, pwd | | 00006-7753-35 | | J9230 | | 800-994-2111 |
| **Megace®** | | | | | | |
| Megestrol Acetate 20mg Tablet | | 00015-0595-01 | | | | 800-872-8718 |
| Megestrol Acetate 40mg Tablet | | 00015-0596-41 | | | | 800-872-8718 |
| Megestrol Acetate 40mg Tablet | | 00015-0596-46 | | | | 800-872-8718 |
| Megestrol Acetate 40mg Tablet | | 00015-0596-45 | | | | 800-872-8718 |
| Megestrol Acetate oral susp 40mg/ml | | 00015-0598-42 | | | | 800-872-8718 |
| **Alkeran®** | | | | | | |
| Melphalan HCl, pwd | | 00173-0130-93 | | J9245 | | 800-722-9294 |
| Melphalan 2mg Tablet | | 00173-0045-35 | | J8600 | | 800-722-9294 |
| **Mesnex®** | | | | | | |
| Mesna 100mg/ml, inj | | 00015-3563-02 | | J9209 | | 800-872-8718 |
| Methotrexate Sodium, pwd | | 58406-0679-01 | | J9250 | | 800-321-4669 |
| Methotrexate Sodium, pwd | | 58406-0671-05 | | J9260 | | 800-321-4669 |
| Methotrexate Sodium 25mg/ml, inj | | 55390-0031-10 | | J9260 | | |
| Methotrexate Sodium 25mg/ml, inj | | 55390-0032-10 | | J9260 | | |
| Methotrexate Sodium 25mg/ml, inj | | 55390-0033-10 | | J9260 | | |
| Methotrexate Sodium 25mg/ml, inj | | 55390-0034-10 | | J9260 | | |
| Methotrexate Sodium 25mg/ml, inj | | 58406-0681-14 | | J9260 | | 800-321-4669 |
| Methotrexate Sodium 25mg/ml, inj | | 58406-0681-17 | | J9260 | | 800-321-4669 |
| Methotrexate Sodium 2.5mg Tablet | | 00555-0572-02 | | J8610 | | |

14

BP 01272

10A

HIGHLY CONFIDENTIAL
BMS/AWP/000095763

# REIMBURSEMENT

**ONCOLOGY THERAPEUTICS NETWORK**

| PRODUCT | VIAL SIZE | NDC# | AWP/VIAL | 2000 HCPCS | BILLING UNITS | HOTLINE NO. |
|---|---|---|---|---|---|---|
| Methotrexate Sodium 2.5mg Tablet | | 00555-0572-35 | | J8610 | | |
| **Mutamycin®** | | | | | | |
| Mitomycin, pwd | | 00015-3001-20 | | J9280 | | 800-872-8718 |
| Mitomycin, pwd | | 00015-3002-20 | | J9290 | | 800-872-8718 |
| Mitomycin, pwd | 40 mg | 00015-3059-20 | | J9291 | | 800-872-8718 |
| **Novantrone®** | | | | | | |
| Mitoxantrone HCl 2mg/mL inj | 10 ml | 58406-0640-03 | | J9293 | | 800-321-4669 |
| Mitoxantrone HCl 2mg/mL inj | 12.5 ml | 58406-0640-05 | | J9293 | | 800-321-4669 |
| Mitoxantrone HCl 2mg/mL inj | 15 ml | 58406-0640-07 | | J9293 | 5mg | 800-321-4669 |
| **Sandostatin®** | | | | | | |
| Octreotide Acetate 50mcg/mL inj | 1 ml | 00078-0180-03 | 6.07 | J9999/J3490 | | 800-257-3273 |
| Octreotide Acetate 100mcg/mL inj | 1 ml | 00078-0181-03 | 11.77 | J9999/J3490 | | 800-257-3273 |
| Octreotide Acetate 500mcg/mL inj | 1 ml | 00078-0192-03 | 56.60 | J9999/J3490 | | 800-257-3273 |
| **Sandostatin LAR® Depot** | | | | | | |
| Octreotide Acetate, pwd | 10 mg | 00078-0364-84 | 1,318.73 | J2352 | | 800-257-3273 |
| Octreotide Acetate, pwd | 20 mg | 00078-0341-84 | 1,638.22 | J2352 | | 800-257-3273 |
| Octreotide Acetate, pwd | 30 mg | 00078-0342-84 | 2,035.71 | J2352 | | 800-257-3273 |
| **Zofran®** | | | | | | |
| Ondansetron HCl 2mg/mL inj | 20 ml | 00173-0442-00 | 268.40 | J2405 | | 800-745-2967 |
| Ondansetron HCl 2mg/mL inj | 2 ml | 00173-0442-02 | 26.84 | J2405 | | 800-745-2967 |
| Ondansetron 32mg/50mL premixed bag | 50 ml | 00173-0461-00 | 206.17 | J2405 | | 800-745-2967 |
| **Neumega®** | | | | | | |
| Oprelvekin, pwd | 5 mg | 58394-0004-01 | | J2355 | | 888-638-6342 |
| **Taxol®** | | | | | | |
| Paclitaxel 6mg/mL inj | 30 mg | 00015-3475-30 | | J9265 | | 800-872-8718 |
| Paclitaxel 6mg/mL inj | 100 mg | 00015-3476-30 | | J9265 | | 800-872-8718 |
| Paclitaxel 6mg/mL inj | 300 mg | 00015-3479-11 | | J9265 | | 800-872-8718 |
| **Aredia®** | | | | | | |
| Pamidronate disodium pwd | 30 mg | 00083-2601-04 | | J2430 | | 800-257-3273 |
| Pamidronate disodium pwd | 90 mg | 00083-2609-01 | | J2430 | | 800-257-3273 |
| **Nipent®** | | | | | | |
| Pentostatin pwd | 10 mg | 62701-0800-01 | | J9268 | | 800-340-8667 |
| Prochlorperazine 5mg/mL inj | 10 ml | 00007-3343-01 | | J0780 | | 800-699-3806 |
| Prochlorperazine 10mg tab | 100 tabs | 00007-3367-20 | | Q0165 | | 800-699-3806 |
| **Zantac®** | | | | | | |
| Ranitidine 25mg/mL inj | 2 ml | 00173-0362-38 | | J2780 | | |
| **Respigam®** | | | | | | |
| Respiratory Syncytial Virus Immune globul | 20 ml | 60574-2102-01 | | J1565 | | |
| Respiratory Syncytial Virus Immune globul | 50 ml | 60574-2101-01 | | J1565 | | |
| **Rituxan®** | | | | | | |
| Rituximab 10mg/mL inj | 10 ml | 50242-0051-21 | | J9310 | | 800-530-3083 |
| Rituximab 10mg/mL inj | 50 ml | 50242-0053-06 | | J9310 | | 800-530-3083 |
| **Zanosar®** | | | | | | |
| Streptozocin, pwd | | 00009-0344-01 | | J9320 | | 800-242-7014 |
| **Vumon®** | | | | | | |
| Teniposide 10mg/mL inj | | 00015-3075-19 | | J9999 | | 800-872-8718 |
| **Thioplex®** | | | | | | |
| Thiotepa, pwd | | 58406-0661-02 | | J9340 | | 800-321-4669 |
| **Hycamtin®** | | | | | | |
| Topotecan, pwd | | 00007-4201-01 | | J9350 | | 800-699-3806 |
| Topotecan, pwd | | 00007-4201-05 | | J9350 | | 800-699-3806 |
| **Herceptin®** | | | | | | |
| Trastuzumab, pwd | | 50242-0134-60 | | J9355 | | 800-530-3083 |
| **Neutrexin®** | | | | | | |
| Trimetrexate, pwd | | 58178-0020-10 | | J3305 | | 800-887-2467 |
| Trimetrexate, pwd | | 58178-0020-50 | | J3305 | | 800-887-2467 |
| Trimetrexate, pwd | | 58178-0021-01 | | J3305 | | 800-887-2467 |
| Urokinase, pwd | | 00074-6111-01 | | J3364 | | |
| Urokinase, pwd | | 00074-6145-02 | | J3364 | | |
| Vinblastine sulfate pwd | | 55390-0091-10 | | J9360 | | |
| Vinblastine sulfate 1mg/mL inj | | 63323-0278-10 | | J9360 | | |
| Vincristine sulfate 1mg/mL inj | | 00013-7456-86 | | J9370 | | 800-242-7014 |
| Vincristine sulfate 1mg/mL inj | | 61703-0309-06 | | J9370 | | |
| Vincristine sulfate 1mg/mL inj | | 00013-7466-86 | | J9375 | | 800-242-7014 |
| Vincristine sulfate 1mg/mL inj | | 61703-0309-16 | | J9375 | | |
| **Navelbine®** | | | | | | |
| Vinorelbine 10mg/mL inj | | 00173-0656-01 | | J9390 | | 800-423-6869 |
| Vinorelbine 10mg/mL inj | | 00173-0656-44 | | J9390 | | 800-423-6869 |

13

10A

BP 01273

HIGHLY CONFIDENTIAL
BMS/AWP/000095764

BULK RATE
U.S. POSTAGE
PAID
Permit No. 2196
San Jose, CA

**Now Available!**

# Management Reports Online

**Access Your Practice's Monthly Inventory Management Reports Online!**

OTN is committed to continually improving your access to data and to addressing your concerns regarding your practice's profitably. To that end, we are happy to announce that as OTN customers, you are now able to access your monthly inventory management reports via OTN-Online.



## Benefits

✓ Access your current monthly purchase history, which is updated daily to reflect your previous day's totals.

✓ Track purchase history for multiple sites.

✓ Compare the current month's quantity and cost, by item, to the previous three-month averages.

OTN-Online is for the exclusive use of OTN customers. You will need a password and user name assigned by OTN to access OTN-Online. Contact your OTN account representative at 1-888-673-1848 to set up an account.

## www.otn-online.com

ADDRESS CORRECTION REQUESTED

ONCOLOGY THERAPEUTICS NETWORK

395 OYSTER POINT BLVD., SUITE 405
SO. SAN FRANCISCO, CA 94080

 Printed on recycled paper.

The Network News is distributed by Oncology Therapeutics Network Corporation. ©2000 All rights reserved.

The articles in this newsletter are not intended to serve as rules and policies for medical practice. Primary references should be consulted. The reader is encouraged to review the manufacturer's package insert where applicable.

Comments and suggestions are welcome. Address them to: Peggy Lehmann, Editor, The Network News, Oncology Therapeutics Network, 395 Oyster Point Blvd., Suite 405, So. San Francisco, CA 94080.

BP 01274
HIGHLY CONFIDENTIAL
BMS/AWPJ000095765



May 2000

# THE NETWORK NEWS

### AN UPDATE FOR COMMUNITY-BASED ONCOLOGY PROFESSIONALS

**ONCOLOGY THERAPEUTICS NETWORK**

**Route To:**
- ❏ Physician
- ❏ Office Manager
- ❏ Oncology Nurse
- ❏ Pharmacist
- ❏ Business Office
- ❏ _____

10A

BP 01275

HIGHLY CONFIDENTIAL
BMS/AWP/000095784



When information accumulates so rapidly,
staying current is a challenge.

Meet that challenge
at www.cancereducation.com
The Information Resource for Patients and Professionals



cancered500.com

Comprehensive Knowledge... Innovative Delivery

Register via the CME form
and be eligible to win
your choice of a trip for two
to Hawaii, Bermuda, the Bahamas or Paris.

3 drawings. 3 prizes awarded.

Enter Drawing 1 between April 15th and June 15th.
Enter Drawing 2 between June 16th and August 15th.
Enter Drawing 3 between August 16th and October 15th.
See official rules for details.

All physicians licensed in the U.S. are eligible.
No purchase or program enrollment required to enter.

MAY 2000 • OTN TEL: 1-800-482-6700 FAX: 1-800-800-5673

10A

BP 01276

HIGHLY CONFIDENTIAL
BMS/AWP/000095785





A Program Supporting the Reimbursement of Oral Chemotherapy and Supportive Care Medicines in Physician Offices

**ORCA**™

## An Introduction to ORCA

ORCA (Oral Reimbursement for Cancer Agents) is a free service provided by Oncology Therapeutics Network (OTN), which can simplify and expedite billing and reimbursement for oral chemo-therapy and supportive care medicines in your office.*

### Why participate?
◆ Simplifies the use of oral therapies in the physician's office
◆ Eliminates concerns over reimbursement delays and denials
◆ Service is provided "free of charge" by OTN

### How does ORCA work?
There are four components to the program:
1. Enrollment in the National Supplier Clearinghouse (NSC)
2. Drug fulfillment through OTN
3. Billing, collection, and appeals of individual claims through ORCA
4. Drug replacement is guaranteed if reimbursement is not approved

### Which oral medications and insurance carriers are covered by ORCA?
◆ Cytoxan® Tablets (cyclophosphamide tablets, USP)
◆ VePesid® (etoposide) Capsules

The ORCA program covers all Medicare patients. It is expected that the program will be expanded in the near future to cover additional chemotherapeutic and supportive care medicines and additional insurance carriers.

### Who is eligible to participate in ORCA?
Any office-based physician practice is eligible to participate in the ORCA program.

### How do I enroll in the program?
1. If you are not already an OTN customer, call 1-800-482-6700 to set up an account.
2. Once you have set up an account, or if you are already an OTN customer, call the ORCA program at 1-877-SAY-ORCA (1-877-729-6722) to request an enrollment packet.

\* The ORCA program is a free service provided by OTN and is administered by AccessMED, 6900 College Boulevard, Suite 1000, Overland Park, KS 66211. AccessMED is a leading reimbursement and consulting firm focused on oncology.

10A
BP 01279

HIGHLY CONFIDENTIAL
BMS/AWP/000095786







# www.melanoma.com

Information about melanoma prevention, diagnosis, and staging

Skin self-examination techniques

Skin safety, sun safety, and risk reduction

Nutrition and exercise tips

Resource listings for melanoma patients, their families, and friends

Copyright © 2000, Schering Corporation, Kenilworth, NJ 07033. All rights reserved. INN0012-21C55192-4/00

10A

BP 01280

HIGHLY CONFIDENTIAL
BMS/AWP/000095787





**Aventis**®

*Aventis Pharmaceuticals*
Kansas City, MO 64134

## 5-HT₃ Receptor Antagonist

### Excellent Efficacy and Safety Profile

◆ Anzemet Injection is indicated for the prevention of nausea and vomiting associated with initial and repeat courses of emetogenic cancer chemotherapy, including high-dose cisplatin.

◆ Anzemet Tablets are indicated for the prevention of nausea and vomiting associated with moderately emetogenic cancer chemotherapy, including initial and repeat courses.

◆ **Proven Efficacy and Simplicity** — Anzemet injection can be safely infused intravenously as rapidly as 100 mg/30 seconds or diluted in compatible IV solutions and infused over 15 minutes. The recommended oral dosage of Anzemet is 100 mg given within one hour before chemotherapy.

### Great Value!

**J-CODES**

Injections: J1260, per 1 mg

Tablets: Q0180, per 100 mg



For more information on dosing and administration, please contact your Hoechst Marion Roussel representative.

| CATALOG NUMBER | NDC | BRAND NAME | ITEM | UNIT SIZE | ORDER QUANTITY | PRICE/UNIT | AWP |
|---|---|---|---|---|---|---|---|
| 900-250 | 0088-1206-32 | Anzemet | dolasetron mesylate | 100 mg vial | 1 | $77.75 | $155.88 |
| 970-300 | 0088-1203-05 | Anzemet | dolasetron mesylate | 100 mg tablets | 5 | $321.45 | $343.20 |
| 970-305 | 0088-1203-29 | Anzemet | dolasetron mesylate | 100 mg tablets blister pack | 5 | $321.45 | $686.40 |
| 970-310 | 0088-1203-43 | Anzemet | dolasetron mesylate | 100 mg tablets unit dose | 10 | $642.95 | $686.40 |

### Outstanding Support:

**Reimbursement and Patient Assistance Program Hotline 1-888-895-2219**

Call the Anzemet Hotline for help with reimbursement and patient assistance programs, Monday through Friday between 10 a.m. and 6 p.m. ET.



Call OTN today at 1-800-482-6700 to place your order!

### Visit the website! www.anzemet.com

10A

BP 01281

HIGHLY CONFIDENTIAL
BMS/AWP/000095788



ONCOLOGY THERAPEUTICS NETWORK

# Lynx™

◆ **Controls Inventory**

◆ **Captures Lost Revenue**

◆ **Powerfully Manages Information**



## The Gold Standard

✓ Developed specifically for office-based oncology practices

✓ OTN has over four years experience installing and supporting Lynx

✓ Reference sites nationwide

✓ Proven scheduling and billing interfaces with common oncology practice software

✓ Comprehensive training program

✓ Ongoing technical support 24 hours a day, 7 days a week

## Lynx Saves Time and Money

✓ Nationwide field support guaranteed to respond in less than four hours

✓ Extensive data collection and management resources

✓ Behind every Lynx system stands a dedicated OTN support team, including pharmacists and oncology nurses

✓ Automated inventory management of all products

✓ Reduces Inventory

✓ Captures lost billing charges



Over 400 oncology offices nationwide use the Lynx system

**Call your OTN representative today to find out how to put the power of Lynx to work for your practice: 1-800-482-6700**

8   MAY 2000 • OTN TEL: 1-800-482-6700 FAX: 1-800-800-5673

10A

BP 01282

HIGHLY CONFIDENTIAL
BMS/AWP/000095789

# NEEDLESTICK AND SHARPS INJURY PREVENTION



ONCOLOGY THERAPEUTICS NETWORK

## New Rules Could Affect You

*by James Kearney and*
*Barbara Winter-Watson*

Over the last several years, industry has developed needles and other sharps injury protection designed to protect workers against exposure to blood and other potentially infectious materials (OPIM). Some surveys suggest that the use of these new safety devices have demonstrated a 23 to 85 percent reduction in needlestick injuries. As a result, the Occupational Safety and Health Administration (OSHA), along with state officials, nursing leaders, and union organizers, are taking steps to publicize the dangers of conventional needles and mandate safer needles in all health-care settings.

### The Risks

According to the Centers for Disease Control and Prevention, healthcare workers



in the United States report some 800,000 needlestick injuries each year. Well over half of these reported injuries occur to nurses. Needlesticks are the most common cause of

occupational exposure to HIV, hepatitis B, and hepatitis C. The infection rate from a needlestick involving contaminated blood is about 0.3 percent for HIV, but can reach 10 percent for hepatitis C and 30 percent for hepatitis B.

Research indicates that needlestick injuries often go unreported. According to hospital surveys conducted by several groups, approximately one-third to one-half of all needlesticks go unreported. This could mean that well over 1 million sharps injuries are occurring in the workplace each year (two per minute). Because a single needlestick injury can cost thousands to hundreds of thousands of dollars, the

potential cost to the healthcare industry of such injuries can reach hundreds of millions of dollars.

### Engineered for Safety

Industry has responded to these significant risks by developing safer needles and needleless systems. Devices such as various retractable and self-sheathing needles are widely available today. "There have been more than 1,000 U.S. patents issued during the past 10 years in the area of safer needle technology," according to Lynda Arnold, RN, founder and president of the grassroots organization National Campaign for Healthcare Worker Safety, whose mission is to get every U.S. hospital to agree to replace conventional blood drawing needles and IV catheters with the newer safety devices.

Unfortunately, many of these safety devices are not making it to the healthcare setting. There are a lot of pressures on industry to maintain costs, and because the Food and Drug Administration (FDA) has not banned conventional needles, these costs are the major factor preventing hospitals from purchasing these new safety devices. Manufacturers themselves also have little financial incentive to publicize the availability of these safety devices because upwards of 90 percent of their sales are from conventional devices.

### New Mandates

Needlestick safety devices are now the law in five states — California, Texas, Tennessee, Maryland and New Jersey — and similar legislation is pending in some 16 others. For example, California OSHA has put into place stronger requirements for employers to use needles and other sharps that are engineered to reduce the chances of inadvertent needlesticks or sharps injuries. They now mandate the use of "needleless systems, needle devices with

engineered sharps injury protection, and non-needle sharps with engineered sharps injury protection." In an effort to increase reporting of workplace needlesticks, California also now requires a sharps injury log be kept, which records the date and time of each sharps injury resulting from an exposure incident, as well



as the brand of device involved.

Federal OSHA has recently changed its enforcement guidance on the federal Bloodborne Pathogens standard (29 CFR 1910.1030) as a means to encourage companies to use the newer devices. Essentially, OSHA now considers safe needle technology to have advanced to the point where its effectiveness and availability make it justifiable to require their use in health care settings. http://www.osha-slc.gov/OshDoc/Directive_data/CPL_2-2_44D.html#CLARIFICATION

OSHA considers safe needles and needleless devices to be "engineering controls," and issues this warning in its Guidance:

"NOTE: Where engineering controls will reduce employee exposure either by removing, eliminating or isolating the hazard, they must be used. Significant improvements in technology are most evident in the growing market of safer medical devices that minimize, control or prevent exposure incidents."

Paragraph (d)(2)(i) requires the employer to institute engineering and

*See NEEDLESTICK, page 10*

10A

BP 01283

HIGHLY CONFIDENTIAL
BMS/AWP/000095790



# ONCOLOGY DRUG UPDATES

## Epirubicin for the Adjuvant Treatment of Node-Positive Breast Cancer: A Comparison with Doxorubicin

*by Claire E. Gilmore PharmD, BCOP*

In the Fall of 1999, after a unanimous recommendation by the members of the Oncologic Drugs Advisory Committee of the Food and Drug Administration (FDA), epirubicin hydrochloride (Ellence[R], Pharmacia) became the first cytotoxic agent approved as a component of adjuvant therapy for women with axillary lymph-node-positive breast cancer. Epirubicin, the 4'-epimer of doxorubicin, is an anthracycline cytotoxic agent that has been marketed worldwide since 1982 for the treatment of several cancers, including breast, ovarian, lung, stomach, liver, and bladder; lymphomas; and sarcomas.[1]

Currently, several different combination chemotherapy regimens are used as adjuvant therapy of node-positive early breast cancer. Excluding epirubicin-containing regimens, these regimens include doxorubicin and cyclophosphamide (AC); cyclophosphamide, methotrexate, and fluorouracil (CMF); cyclophosphamide, doxorubicin, and fluorouracil (CAF); and AC followed by paclitaxel. Recently,

the Early Breast Cancer Trialists' Collaborative Group (EBCTCG) published results of a meta-analysis of polychemotherapy of early breast cancer, which compared anthracycline-containing regimens (both doxorubicin and epirubicin) with CMF as adjuvant therapy of early breast cancer.[2] Results of this

### Figure 1. Major Metabolic Pathways of Epirubicin

Epirubicin →
- 4-Aglycones
- Epirubicinol → Epirubicin glucuronide
- Epirubicinol glucuronide

analysis demonstrated a superiority of anthracycline-containing regimens over CMF in both reducing breast cancer recurrence rates (12% proportional risk reduction; P=.006) and improving mortality (11% proportional risk reduction, P=.02).

### Epirubicin versus Doxorubicin Pharmacologic and Pharmacokinetic Differences

The proposed mechanism of cytotoxic activity of epirubicin includes DNA intercalation, which inhibits DNA, RNA, and protein synthesis and triggers DNA cleavage by topoisomerase II.[3,4] Although epirubicin and doxorubicin vary only by the orientation of the 4'-hydroxyl group (equatorial in epirubicin and axial in doxorubicin), clinically significant pharmacologic differences exist. First, epirubicin has a lower pKa than does doxorubicin, which makes it more lipophilic and better able to penetrate cell membranes.[5] Second, unlike doxorubicin, epirubicin undergoes glucuronidation in the liver into inactive metabolites (Figure 1). Because of this rapid plasma clearance, epirubicin has a shorter half-life than that of doxorubicin (approximately 30 vs 45 hours), which reduces patient exposure to metabolites that are potentially toxic to normal tissues, including the heart.[5]

### Differences in Toxicity

The toxicity profile of epirubicin is more favorable than that of doxorubicin. Clinical trials comparing equimolar doses of epirubicin and

## NEEDLESTICK, *CONTINUED*

work practice controls as the primary means of eliminating or reducing employee exposure. OSHA has always considered the use of engineering and work practice controls, but until 1992 safer needle-free technology was not readily available [in] [text obscured] but in 1991. Thus the employer is expected to [text obscured] work practice controls that eliminate [text obscured] to the lowest feasible extent. [text obscured] exposures requires a combination [text obscured] controls (e.g., needleless de [text obscured] capillary tubes) and proper work [text obscured] handling contaminated sharps [text obscured] passing in the operating room). [text obscured]

It appears that momentum is building [text obscured] use of engineered needlestick injury prev [text obscured] settings. Although these devices will [text obscured] needlesticks and other sharps injuries [text obscured] will contribute to a significant reduction [text obscured] costs to industry.

10A

BP 01284

HIGHLY CONFIDENTIAL
BMS/AWP/000095791



May 2000

# THE NETWORK NEWS

### AN UPDATE FOR COMMUNITY-BASED ONCOLOGY PROFESSIONALS



*Extra*

## Glutamine and Cancer Therapy Symptom Management

by Melodie Thomas, BSN, RN, OCN, CCRP
Director of Research Nursing
The Sarah Cannon Cancer Center, Nashville, TN

### Introduction

Patients with cancer receiving chemotherapeutic agents must cope with a wide range of therapy-induced symptoms that are often difficult for physicians and nurse clinicians to manage. Recent data suggests a potential benefit of supplementation with the amino acid glutamine during chemotherapy to prevent and treat various toxicities, including mucositis, arthralgia, myalgia, diarrhea and peripheral neuropathy. The purpose of this article is to educate the oncology nurse on the current status and potential role of glutamine in successfully managing these treatment-associated toxicities.

### The Role of Glutamine

Of the 20 amino acids involved in protein synthesis, glutamine is the most abundant. It is found in blood and tissues[1], and is primarily formed and stored in skeletal muscle and the lungs.[2] Some of the functions of glutamine in the body include: (1) donating nitrogen for various synthetic pathways; (2) serving as a precursor in both nucleic acid and nucleotide synthesis; (3) playing a role in acid-base balance in the body; (4) serving as a precursor of neurotransmitters; and (5) providing an energy source for cells of the immune system, specifically lymphocytes and macrophages.[3] Glutamine also plays a role as a regulator of glycogen synthesis and is an important metabolic substrate for cells of the intestinal mucosa.[4] Glutamine has classically been considered a nonessential amino acid, as it is synthesized by the body rather than having to be obtained solely through the diet. However, when the body experiences metabolic stress or catabolic disease states, glutamine deficiency can occur following the free release of glutamine from skeletal muscle, which causes intracellular glutamine concentrations to drop by 50% or more. This observation has led to the more recent classification of glutamine as a conditionally essential amino acid.[4,6] The importance of glutamine in the body would seem to argue for the inclusion of glutamine to any form of nutritional support given to a patient experiencing metabolic stress, regardless of the underlying cause.

### The Role of Glutamine in Tumors

Cancer is among the disease states that can lead to depletion of glutamine from the body.[7] Because glutamine is a primary source of energy for rapidly growing tumors, tumors are often referred to as glutamine traps. In cases of advanced malignant disease, glutamine depletion from skeletal muscle can be quite serious, leading to cachexia. There was understandably some hesitation at the idea of supplementing the cachexic cancer patient with glutamine due to concerns that this could stimulate tumor growth. However, as studies examining the effect of supplemental glutamine on tumor growth have been completed, it has emerged that there is no enhancement of tumor growth with glutamine supplementation. In fact, recent studies have suggested evidence that glutamine supplementation may decrease tumor growth.[8-10]

Proposed mechanisms by which glutamine supplementation decreases tumor growth include up-regulation of the immune system increasing susceptibility of tumor cells to chemotherapy. Results from a variety of studies conducted using animal models suggest that glutamine up-regulates the immune system by increasing the activity of the subset of T-cells known as natural killer cells.[11-14] Glutamine also appears to exert an effect via changes in glutathione metabolism. Rouse, et al. demonstrated that rats receiving glutamine had decreased glutathione levels in tumor tissue which corresponded to increased susceptibility to chemotherapy, while glutathione levels in normal tissue were

Continued on next page

BP 01285

HIGHLY CONFIDENTIAL
BMS/AWP/000095792

increased or maintained, helping to protect the cells from injury.[15] Therefore, glutamine may serve to simultaneously protect normal tissues from chemotherapy and increase susceptibility of the tumor cells.

## Glutamine and Cancer Therapy Symptom Management

During the past decade, glutamine has been studied extensively in both animal and human clinical trials. Human trials demonstrate glutamine is safe to deliver with a variety of chemotherapeutic agents with no added toxicity.[16,17] In addition, randomized human trials have been performed that show glutamine supplementation can significantly reduce the duration and severity of chemotherapy associated stomatitis.[16,17] Savarese et al. published a case report involving five patients treated with glutamine for the management of paclitaxel-induced arthralgia and myalgia.[18] The patients received paclitaxel 175mg/m² - 200mg/m², over 1 to 3 hours, either alone or in combination.

All patients developed moderate to severe myalgia and/or arthralgia within 24-36 hours after the initial course of treatment. After the second treatment, the patients received glutamine 10 grams by mouth, three times daily, beginning 24 hours after the paclitaxel dose. None of the five patients developed myalgia or arthralgia while receiving the glutamine.

Animal data demonstrate oral glutamine can be delivered during radiation therapy and assist in maintaining the gut mucosal barrier and integrity of enterocytes. Boyle, et al. used a rat model to explore the effects of glutamine supplementation on peripheral neuropathy associated with vincristine[19] and with paclitaxel and cisplatin[20]. The authors concluded that glutamate (the acid of glutamine) appears to be an effective neuroprotectant, against both sensory and motor neuropathy, without compromising the anti-tumor activity of paclitaxel. Although the mechanism of neuroprotection by glutamine was not elucidated, this work prompted clinical trials involving glutamine supplementation in humans.

## Summary

In conclusion, data in both animals and humans support dietary supplementation with oral glutamine for the management of chemotherapy and radiation therapy induced toxicities. Clinical trials are currently underway in NCI-sponsored Cooperative Groups as well as academic and hospital-based cancer centers further evaluating the role of glutamine for management of therapy induced mucositis, diarrhea, arthralgia, myalgia and neuropathy. Although trials are underway, the optimal dose and schedule of glutamine has not yet been determined in cancer patients. However, anecdotal experiences utilizing 10 grams of glutamine powder three times daily beginning the day of chemotherapy or 24 hours following for three to five days has resulted in significant symptom reduction. The role of the oncology nurse is vital in the effective management of treatment-related toxicities. Early symptom assessment and utilization of oral glutamine may significantly reduce these toxicities and enhance quality of life for patients with cancer.

## References

1. Souba WW. Glutamine and cancer. Ann Surg. 1993;218:715-728.
2. Miller AL. Therapeutic considerations of L-glutamine: a review of the literature. Altern Med Rev. 1999;4(4):239-48.
3. Skubitz, K. Glutamine as a potential treatment for the prevention of chemotherapy-induced mucositis. J Infusional Chemo. 1994;8:64-67.
4. Smith RJ, Wilmore DW. Glutamine nutrition and requirements. J Parenter Enteral Nutr. 1990;14:945-995.
5. Smith RJ. Glutamine metabolism and its physiologic importance. J Parenter Enteral Nutr. 1990;14(Suppl 2):40S-44S.
6. Hall JC, Heel K, McCauley R. Glutamine. Br J Surg. 1996;83:305-312.
7. Klimberg VS, McClellan JL. Glutamine, cancer, and its therapy. Am J Surg. 1996;172:418-424.
8. Bartlett DL, Charland S, Torosian MH. Effect of glutamine on tumor and host growth. Ann Surg Oncol. 1995;2:71-76.
9. Bozzetti F, Biganzoli L, Gavazzi C, Cappuzzo F, Carnaghi C, Buzzoni R, Dibartolomeo M, Baietta E. Glutamine supplementation on cancer patients receiving chemotherapy: a double-blind randomized study. Nutrition. 1997;13:748-751.
10. Chance WT, Cao L, Kim MW, Nelson JL, Fischer JE. Reduction of tumor growth following treatment with a glutamine antimetabolite. Life Sci. 1988;42:87-94.
11. Gismondo MR, Drago L, Fassina MC, Vaghi I, Abbiati R, Grossi E. Immunostimulating effect of oral glutamine. Dig Dis Sci. 1998;43:1752-1754.
12. Shewchuk LD, Baracos VE, Field CJ. Dietary L-glutamine supplementation reduces the growth of the Morris hepatoma 7777 in exercise-trained and sedentary rats. J Nutr. 1997;127:158-166.
13. Fahr MJ, Kornbluth J, Blossom S, Schaefer R, Klimberg VS. Harry M. Vars Research Award. Glutamine enhances immunoregulation of tumor growth. J Parenter Enteral Nutr. 1994;18:471-476.
14. Klimberg VS, Kornbluth J, Cao Y, Dang A, Blossom S, Schaefer RF. Glutamine suppresses PGE2 synthesis and breast cancer growth. J Surg Res. 1996;63:293-297.
15. Rouse K, Nwokedi E, Woodliff JE, Epstein J, Klimberg VS. Glutamine enhances selectivity of chemotherapy through changes in glutathione metabolism. Ann Surg. 1995;221:420-426.
16. Anderson PM, Schroeder G, Skubitz KM. Oral glutamine reduces the duration and severity of stomatitis after cytotoxic cancer chemotherapy. Cancer. 1998;83:1433-1439.
17. Skubitz KM, Anderson PM. Oral glutamine to prevent chemotherapy induced stomatitis: a pilot study. J Lab Clin Med. 1996;127:223-228.
18. Savarese D, Boucher J, Corey B. Glutamine treatment of paclitaxel-induced myalgias and arthralgias. J Clin Oncol. 1998;16:3918-3919.
19. Boyle FM, Wheeler HR, Shenfield GM. Glutamate ameliorates experimental vincristine neuropathy. J Pharmacol Exp Ther. 1996;279:410-415.
20. Boyle FM, Wheeler HR, Shenfield GM. Amelioration of experimental cisplatin and paclitaxel neuropathy with glutamate. J Neurooncol. 1999;41:107-116.

10A

BP 01286

HIGHLY CONFIDENTIAL
BMS/AWP/000095793

# ONCOLOGY DRUG UPDATES

**OTN**
ONCOLOGY THERAPEUTICS NETWORK

doxorubicin have established the following doxorubicin-in-to-epirubicin dose ratios that produce similar degrees of toxicity: hematologic, 1:1.2; nonhematologic, 1:1.5; and cardiac, 1:1.8.[3] The primary acute toxicities of epirubicin include a reversible neutropenia, mucositis, nausea and vomiting, and alopecia.[4] Cardiotoxicity, typically manifested as congestive heart failure (CHF), may also occur following epirubicin administration.[3] However, the probability of developing CHF with epirubicin occurs at approximately twice the cumulative dose of doxorubicin—between 950 and 1,000 mg/m² of epirubicin compared with 450 mg/m² of doxorubicin.[6,7] Secondary acute myelogenous leukemia (AML) has also been reported following treatment with epirubicin or doxorubicin in a cyclophosphamide-containing combination regimen, but the incidence is rare with either (less than 1% at 5 years for epirubicin and less than 1% at 4 years for doxorubicin).[2,8] Secondary AML has been reported in patients treated with topoisomerase II inhibitors, including anthracyclines, and occurs more commonly when these drugs are combined with DNA-damaging cytotoxic agents, such as cyclophosphamide.

Evidence suggests that both epirubicin and doxorubicin display a steep dose-response relationship in breast cancer treatment. However, because of toxicities, including cardiotoxicity, mucositis, and hand-foot syndrome, doxorubicin doses cannot be escalated in single doses greater than 75 to 100 mg/m², whereas epirubicin can be administered in single doses as high as 180 mg/m².[9,10]

## Clinical Trials of Epirubicin and Doxorubicin in the Adjuvant Treatment of Early Breast Cancer

Anthracycline-based regimens are gaining in popularity over CMF as adjuvant therapy of women with node-positive early breast cancer based on encouraging clinical trial data coupled with favorable results of the EBCTCG meta-analysis,

the National Comprehensive Cancer Network practice guidelines, and recommendations from the St. Gallen International Consensus Panel.[2,11,12] Results of 2 large randomized trials of women with node-positive breast cancer demonstrated no difference in overall survival (OS) times between 4 cycles of AC and 6 cycles of CMF or 6 cycles of CAF and 6 cycles of CMF (Table 1).[13,14] Only 1 trial has documented the superiority of a doxorubicin-based regimen over CMF in both disease-free survival (DFS) and OS times; however, this Oncofrance trial compared 12 cycles of treatment with doxorubicin, vincristine, cyclophosphamide, and fluorouracil (AVCF) with CMF (Table 1), which is an impractical approach because most chemotherapy regimens for advanced breast cancer are administered over only 4 to 6 cycles.[15] A US Intergroup trial compared CAF with CMF; CAF demonstrated a marginally superior survival time but was more toxic than CMF.[16] Of note, only high-risk patients with node-negative early breast cancer were included.

Epirubicin was FDA approved as adjuvant therapy of early breast cancer based on data from 2 large, phase III randomized trials—a pivotal trial sponsored by the National Cancer Institute of Canada Clinical Trials Group (NCIC CTG) reported by Levine et al[17] and a supportive trial sponsored by the French Adjuvant Study Group (FASG) reported by Bonneterre et al (Table 1).[18] The NCIC CTG MA.5 trial compared dose-intensive cyclophosphamide, epirubicin, and fluorouracil (CEF) with CMF in

*Continued on next page*

Table 1. Trials of Adjuvant Doxorubicin- or Epirubicin-Containing Regimens vs CMF

| Study | Patient Population | No. of Patients | Regimen | Relapse-Free Survival Rate | Overall Survival Rate |
|---|---|---|---|---|---|
| EBCTCG[2] | All | 5,942 | Anthracycline-containing | 57.3% vs 54.1% (P=.006) | 61.6% vs 58.8% |
| Fisher et al[13] | Node-positive | 2,194 | AC vs CMF | DFS: 62% vs 63% (P=NS) | NR |
| Carpenter et al[14] | Node-positive | 528 | | NR | 68% vs 63% |
| Misset et al[15] | Node-positive | 249 | AVCF vs CMF | DFS: 53% vs 36% (P=.006) | 63% vs 41% (P=.01) |
| Hutchins et al[16] | Node-negative | 2,691 | CAF vs CMF | DFS: 85% vs 82% (P=.03) | |
| Levine et al[17] | Node-positive | 710 | CEF vs CMF | 63% vs 53% (P=.009) | |
| Bonneterre et al[18] | Node-positive | 565 | FEC vs CMF | 65% vs 52% (P=.007) | |
| Wils et al[20] | Node-positive | 604 | FEC vs CMF | 73.7% vs 62.1% (P=.023) | 79.6% vs 77.0% (P=NS) |
| Mouridsen et al[19] | All | 1,195 | CEF vs CMF | 63% vs 58% (P=.003) | 65% (P=.009) |

A=doxorubicin; C=cyclophosphamide; DFS=disease-free survival; E=epirubicin; F=fluorouracil; M=methotrexate; NR=not reported; NS=not significant; V=vincristine.

10A

BP 01287

HIGHLY CONFIDENTIAL
BMS/AWP/000095794


ONCOLOGY THERAPEUTICS NETWORK

# ONCOLOGY DRUG UPDATES, CONTINUED

710 pre- or perimenopausal women with node-positive breast cancer (Table 2).[17] With 5 years of follow-up, both relapse-free survival (RFS) and OS times were statistically significantly prolonged in the CEF group compared with the CMF group. Of note, this trial and the Oncofrance trial of 12 cycles of AVCF vs CMF were the 2 studies in the EBCTCG overview analysis that documented a clear superiority of anthracycline-based regimens over CMF.[1,15,17] Bonneterre et al[18] randomized 565 women with node-positive breast cancer to receive 6 cycles of fluorouracil, epirubicin (100 mg/m² or 50 mg/m²), and cyclophosphamide (FEC 100 or FEC 50) (Table 2). With a median follow-up of 5 years, both RFS and

Table 2. Adjuvant Epirubicin-Containing Regimens

| | Levine et al[19] | Bonneterre et al[19] |
|---|---|---|
| Treatment arm | CEF 120 q 4 wk | FEC 100 q 3 wk |
| | C 75 mg/m² po days 1–14 | F 500 mg/m² IV day 1 |
| | E 60 mg/m² IV days 1 + 8 | E 100 mg/m² IV day 1 |
| | F 500 mg/m² IV days 1 + 8 | C 500 mg/m² IV day 1 |
| Control arm | CMF q 4 wk | FEC 50 q 3 wk |
| | C 100 mg/m² po days 1–14 | F 500 mg/m² IV day 1 |
| | M 40 mg/m² IV days 1 + 8 | E 50 mg/m² IV day 1 |
| | F 600 mg/m² IV days 1 + 8 | C 500 mg/m² IV day 1 |

C=cyclophosphamide; E=epirubicin; F=fluorouracil; M=methotrexate.

OS times were statistically significantly prolonged in the FEC 100 group compared with the FEC 50 group, thereby demonstrating a clear dose-response effect for epirubicin-based adjuvant therapy.

The results of 2 additional phase III studies strongly support the use of epirubicin in the adjuvant treatment of early breast cancer.[19,20] Wils et al[19] reported results of a trial sponsored by the International Collaborative Cancer Group in which 604 postmenopausal women with node-positive, operable breast cancer were randomly assigned to receive adjuvant therapy with prolonged tamoxifen therapy alone or in combination with single-agent epirubicin (50 mg/m² days 1 and 8). Epirubicin plus tamoxifen produced a 28% reduction (P=.023) in the odds of breast cancer recurrence and a 12% reduction in mortality compared with tamoxifen alone, making this the first study to document an improvement in RFS with single-agent adjuvant chemotherapy. In a trial sponsored by the Danish Breast Cancer Cooperative Group and reported by Mouridsen et al,[20] 1,195 high-risk breast cancer patients (both pre- and postmenopausal, both node-

positive and node-negative) were randomized to receive CEF or CMF. A statistically significant difference in RFS and OS times was observed in the combined analysis of the 3 subgroups of CEF compared with CMF.

## Pharmaceutical and Clinical Practice Issues

The recommended starting dose of epirubicin as a component of adjuvant therapy with fluorouracil and cyclophosphamide is 100 mg/m² on day 1 of each 3-week cycle or 60 mg/m² on days 1 and 8 of each 4-week cycle. Epirubicin is available in 2 single-use vial sizes—50 mg and 200 mg—that should be refrigerated while unopened and used within 24 hours of the first penetration of the rubber stopper. As a precaution against infections, patients who receive the 120-mg/m² (60 mg/m²) dose should also receive prophylactic antibiotic therapy with trimethoprim-sulfamethoxazole or a fluoroquinolone. This recommendation is based on the results of a pilot study showing antibiotic prophylaxis reduced the risk of febrile neutropenia in patients receiving epirubicin 120 mg/m².[21] Standard dose modifications exist for hematologic and nonhematologic toxicities. Because epirubicin is eliminated by hepatic metabolism and biliary excretion, dose reductions are recommended for patients with hepatic dysfunction.

## Conclusions

It is apparent that adjuvant regimens containing epirubicin are associated with a significant prolongation in RFS and OS times compared with standard therapies, such as CMF. As expected with any anthracycline agent, epirubicin is associated with cardiotoxicity; however, when epirubicin is compared with doxorubicin at equimolar doses, the incidence of cardiotoxicity is much lower with epirubicin. Furthermore, dose-intensification with epirubicin is feasible and well tolerated, resulting in improved outcomes not observed with doxorubicin. Positive effects of epirubicin-containing regimens have been observed across a range of subgroups, including patients with node-positive or node-negative disease, premenopausal and postmenopausal patients, and patients with hormone-receptor-positive and –negative tumors. Ongoing research efforts are focusing on combining anthracyclines with newer cytotoxic agents, such as the taxanes, as a

10A

BP 01288

HIGHLY CONFIDENTIAL
BMS/AWP/000095795

# ONCOLOGY DRUG UPDATES



method to improve outcomes following adjuvant therapy. Doxorubicin-taxane combinations have shown excellent antitumor activity, but at the expense of an unfavorable cardiotoxicity profile.[22,23] Epirubicin-taxane combinations are highly active and appear to be well tolerated, thus setting the stage for

further research of this combination as adjuvant therapy.[24,25] With its favorable clinical activity and side effect profile, epirubicin is challenging doxorubicin as the anthracycline of choice for the adjuvant treatment of early breast cancer.

## References

1. [reference text illegible]
2. [reference text illegible]
3. [reference text illegible]
4. [reference text illegible]
5. [reference text illegible]
6. [reference text illegible]
7. [reference text illegible]
8. [reference text illegible]
9. [reference text illegible]
10. [reference text illegible]
11. [reference text illegible]
12. [reference text illegible]
13. [reference text illegible]
14. [reference text illegible]
15. [reference text illegible]
16. [reference text illegible]
17. [reference text illegible]
18. [reference text illegible]
19. [reference text illegible]
20. [reference text illegible]
21. [reference text illegible]
22. [reference text illegible]
23. [reference text illegible]
24. [reference text illegible]
25. [reference text illegible]

10A

BP 01289

HIGHLY CONFIDENTIAL
BMS/AWP/000095796



**ODAC RECOMMENDATIONS**

The Food and Drug Administration's (FDA's) Oncologic Drugs Advisory Committee (ODAC) met in March 2000 to review data for 3 drugs. Gemtuzumab ozogamicin (MylotargÓ, Wyeth-Ayerst Laboratories) received accelerated approval for the treatment of patients 60 years of age or older with CD33-positive relapsed acute myeloid leukemia (AML). Gemtuzumab is a humanized recombinant monoclonal antibody that is specific for the CD33 antigen, which is commonly expressed by myeloid leukemia cells. In clinical trials, gemtuzumab 9 mg/m² was administered as a 2-hour intravenous (IV) infusion on days 1 and 15.[1] The primary nonhematologic side effect of gemtuzumab is self-limited fever and chills, which requires premedication with diphenhydramine and acetaminophen; hyperbilirubinemia and hepatic transaminase elevations may also occur. Neutropenia and thrombocytopenia are the primary hematologic toxicities. Of note, gemtuzumab lessened mucositis and length of hospitalization.

Irinotecan (Camptosar[3], Pharmacia & Upjohn) has received unanimous approval for an expanded indication as a first-line therapy, in combination with 5-fluorouracil (5-FU) and leucovorin, for metastatic colorectal cancer (MCRC). Irinotecan had previously received FDA approval as second-line therapy of MCRC. Data supporting this indication came from 2 pivotal phase III trials, in which irinotecan increased overall survival times.[2,3] In a US study, 231 patients with MCRC received irinotecan 125 mg/m² IV over 90 minutes followed by leucovorin 20 mg/m² and 5-FU 500 mg/m² (both IV bolus) weekly for 4 weeks, with this regimen repeated every 6 weeks.[2] The control groups received a standard 5-FU-

leucovorin regimen (n=226) or single-agent irinotecan (n=226). The median survival time was significantly prolonged in the irinotecan combination group compared with the 5-FU-leucovorin group (14.8 vs 12.6 months, P=.042). Additionally, time to tumor progression was significantly prolonged in the irinotecan combination group compared with the 5-FU-leucovorin group (7 vs 4.3 months, P=.0041). In a European study, the median survival time was significantly prolonged for 198 patients who received irinotecan plus 5-FU-leucovorin compared with 187 patients who received 5-FU-leucovorin alone (17.4 months vs 14.1 months, P=.032).[3] Primary side effects of irinotecan include delayed diarrhea, neutropenia, alopecia, nausea and vomiting, cholinergic symptoms, anorexia, and asthenia.

A third drug reviewed by the ODAC in March, oxaliplatin (Eloxatine[2], Sanofi Synthelabo), did not receive approval as first-line therapy for patients with MCRC. Concerns about increased neurotoxicity and lack of improved survival rates were potential reasons why this new drug application was not approved.

## Recent FDA Approvals
### Anticancer Drugs

The FDA approved several new agents in March. Leuprolide acetate implant (ViadurÓ, Alza Corporation) was approved as an annual palliative treatment for advanced prostate cancer. Leuprolide acetate implant is a miniature titanium cylinder that provides continuous delivery of stable drug for 12 months. Common side effects in clinical trials of leuprolide acetate implant included vasodilation (hot flashes), asthenia, gynecomastia, and bruising at the insertion site.

Leuprolide acetate implant also causes a transient increase in serum testosterone levels during the first week of treatment, which may result in worsening of symptoms, particularly pain or bladder outlet obstruction symptoms.

Pacis BCG[3] (Bacillus Calmette-Guérin [BCG], BioChem Pharma Inc) intravesical immunotherapy, which contains live, attenuated BCG mycobacteria, received FDA approval for the treatment of carcinoma in situ of the urinary bladder. The recommended course of treatment is a weekly outpatient dose for 6 weeks.

## Anticancer Orphan
## Drug Products

The Office of Orphan Products Development of the FDA has recently granted orphan drug designation to several drugs, including PentaceaÓ (IBC Pharmaceuticals) for the treatment of small cell lung cancer. Pentacea is a form of tumor-targeted radiation therapy. Histamine dihydrochloride (Maxamineâ, Maxim Pharmaceuticals) has been granted orphan drug status as an adjunct to cytokine therapy for the treatment of acute myeloid leukemia and malignant melanoma. Thymalfasin (Zadaxinâ, SciClone Pharmaceuticals) was also granted orphan status as immunotherapy for the treatment of hepatocellular carcinoma.

### References

1   Sievers EL, Larson RA, Estey E, et al. Efficacy and safety of CMA-676 in patients with AML in late first relapse. Blood. 1999;94(suppl 1):696a. Abstract 3079.

2   Saltz LB, Locker PK, Pirotta N, Elfring GL, Miller LL. Weekly irinotecan (CPT-11), leucovorin (LV) and fluorouracil (FU) is superior to daily × 5 LV/FU in patients (PTS) with previously untreated metastatic colorectal cancer (CRC). Proc Am Soc Clin Oncol. 1999;18:233a. Abstract 898. (updated based on ODAC brochure @ www.fda.gov)

3   Douillard JY, Cunningham D, Roth AD, et al. A randomized trial comparing irinotecan (IRI) + 5FU/folinic acid (FU) to the same schedule of SFU/FA in patients (pts) with metastatic colorectal cancer (MCRC) as front line chemotherapy (CT). Proc Am Soc Clin Oncol. 1999;18:233a. Abstract 899. (updated based on ODAC brochure @ www.fda.gov)

10A

BP 01290

HIGHLY CONFIDENTIAL
BMS/AWP/000095797



# OneBody.com

OneBody.com
is pleased to provide
credible and authoritative
information on the
appropriate use of
complementary and
alternative medicine in
oncology through
OTN Online.



TEL: 1-800-482-6700 FAX: 1-800-800-5673  • MAY 2000

15

10A

BP 01291

HIGHLY CONFIDENTIAL
BMS/AWP/000095798



**OLOGY THERAPEUTICS NETWORK**

**Aredia®**
pamidronate disodium for injection

Oncology is pleased to introduce

# Aredia Performance Program for Medical Practices

## Highlights

at the time of order on AREDIA when you enroll in the program by purchasing through our direct selling agent, Oncology Therapeutics Network (OTN).

based on your AREDIA unit purchases participants will be eligible to receive 4% or 5% depending on the growth purchases during the year 2000 year 1999.

if you achieve an increase up to 10% over your total 1999 AREDIA milligram purchases

if you achieve an increase >10% and ≤20% over your total 1999 AREDIA milligram purchases

if you achieve an increase >20% over your total 1999 AREDIA milligram purchases

this program, call OTN at ask your Novartis Oncology

to office-based oncology and urology agreed to by Novartis.

ceptance of terms and conditions be made available through OTN.



January 2000

10A

BP 01292

HIGHLY CONFIDENTIAL
BMS/AWP/000095799

# REIMBURSEMENT



OTN
ONCOLOGY THERAPEUTICS NETWORK

| PRODUCT | VIAL SIZE | NDC# | AWP/VIAL | 2000 HCPCS | BILLING UNITS | HOTLINE NO. |
|---|---|---|---|---|---|---|
| **Anzemet**[‡] | | | | | | |
| Dolasetron 20mg/ml, inj | 5 ml | D0088-1206-32 | 155.88 | J1260 | 10mg | 800-221-4025 |
| **Rubex**[‡] | | | | | | |
| Doxorubicin HCL pwd | 50 mg | 00015-3352-22 | 197.15 | J9000 | 10mg | 800-872-8718 |
| Doxorubicin HCL pwd | 100 mg | 00015-3353-22 | 394.29 | J9000 | 10mg | 800-872-8718 |
| Doxorubicin HCL pwd | 10 mg | 55390-0231-10 | 45.08 | J9000 | 10mg | |
| Doxorubicin HCL pwd | 20 mg | 55390-0232-10 | 90.16 | J9000 | 10mg | |
| Doxorubicin HCL pwd | 50 mg | 55390-0233-01 | 225.40 | J9000 | 10mg | |
| Doxorubicin HCl 2mg/ml, inj | 5 ml | 55390-0235-10 | 47.35 | J9000 | 10mg | |
| Doxorubicin HCl 2mg/ml, inj | 10 ml | 55390-0236-10 | 94.70 | J9000 | 10mg | |
| Doxorubicin HCl 2mg/ml, inj | 25 ml | 55390-0237-01 | 236.74 | J9000 | 10mg | |
| Doxorubicin HCl 2mg/ml, inj | 100 ml | 55390-0238-01 | 945.98 | J9000 | 10mg | |
| **Adriamycin**[‡] | | | | | | |
| Doxorubicin RDF, pwd | 10 mg | 00013-1086-91 | 53.64 | J9000 | 10mg | 800-242-7014 |
| Doxorubicin RDF, pwd | 50 mg | 00013-1106-79 | 268.18 | J9000 | 10mg | 800-242-7014 |
| Doxorubicin RDF, pwd | 150 mg | 00013-1116-83 | 788.44 | J9000 | 10mg | 800-242-7014 |
| Doxorubicin HCl pfs 2mg/ml, inj | 5 ml | 00013-1136-91 | 56.34 | J9000 | 10mg | 800-242-7014 |
| Doxorubicin HCl pfs 2mg/ml | 10 ml | 00013-1146-91 | 112.66 | J9000 | 10mg | 800-242-7014 |
| Doxorubicin HCl pfs 2mg/ml | 25 ml | 00013-1156-79 | 281.68 | J9000 | 10mg | 800-242-7014 |
| Doxorubicin HCl pfs 2mg/ml | 37.5 ml | 00013-1176-87 | 422.51 | J9000 | 10mg | 800-242-7014 |
| Doxorubicin HCl pfs 2mg/ml | 100 ml | 00013-1166-83 | 1,104.13 | J9000 | 10mg | 800-242-7014 |
| **Doxil**[‡] | | | | | | |
| Doxorubicin, HCL liposome 2mg/ml inj | 10 ml | 61471-0295-12 | 656.25 | J9001 | 10mg | 800-609-1082 |
| **Procrit**[‡] | | | | | | |
| Epoetin Alpha 2000u/ml inj | 1 ml | 59676-0302-01 | 24.00 | Q0136 | 1,000units | 800-553-3851 |
| Epoetin Alpha 3000u/ml inj | 1 ml | 59676-0303-01 | 36.00 | Q0136 | 1,000units | 800-553-3851 |
| Epoetin Alpha 4000u/ml inj | 1 ml | 59676-0304-01 | 48.00 | Q0136 | 1,000units | 800-553-3851 |
| Epoetin Alpha 10, 000u/ml inj | 1 ml | 59676-0310-01 | 120.00 | Q0136 | 1,000units | 800-553-3851 |
| Epoetin Alpha 20, 000u/ml inj | 1 ml | 59676-0320-01 | 240.00 | Q0136 | 1,000units | 800-553-3851 |
| Epoetin Alpha 40, 000u/ml inj | 1 ml | 59676-0340-01 | 480.00 | Q0136 | 1,000units | 800-553-3851 |
| **VePesid**[‡] | | | | | | |
| Etoposide 50mg Capsule | 20 caps | 00015-3091-45 | 967.34 | J8560 | 50mg | 800-872-8718 |
| Etoposide 20mg/ml, inj | 5 ml | 00015-3095-20 | 136.49 | J9182 | 100mg | 800-872-8718 |
| Etoposide 20mg/ml, inj | 7.5 ml | 00015-3084-20 | 204.74 | J9182 | 100mg | 800-872-8718 |
| Etoposide 20mg/ml, inj | 25 ml | 00015-3061-20 | 665.38 | J9182 | 100mg | 800-872-8718 |
| Etoposide 20mg/ml, inj | 50 ml | 00015-3062-20 | 1,296.64 | J9182 | 100mg | 800-872-8718 |
| **Etopophos**[‡] | | | | | | |
| Etoposide Phosphate, pwd | 100 mg | 00015-3404-20 | 124.14 | J9182 | 100mg | 800-872-8718 |
| **Fludara**[‡] | | | | | | |
| Fludarabine Phosphate, pwd | 50 mg | 50419-0511-06 | 242.25 | J9185 | 50mg | 800-473-5832 |
| Fluorouracil 50mg/ml, inj | 10 ml | 00013-1036-91 | 3.20 | J9190 | 500mg | 800-242-7014 |
| Fluorouracil 50mg/ml, inj | 50 ml | 00013-1046-94 | 16.04 | J9190 | 500mg | 800-242-7014 |
| Fluorouracil 50mg/ml, inj | 100 ml | 00013-1056-94 | 32.06 | J9190 | 500mg | 800-242-7014 |
| **Neupogen**[‡] | | | | | | |
| Filgrastim G-CSF) 300mcg/ml, inj | 300 mcg | 55513-0530-10 | 172.30 | J1440 | 300mcg | 800-272-9376 |
| Filgrastim G-CSF) 300mcg/ml, inj | 480 mcg | 55513-0546-10 | 274.40 | J1441 | 480mcg | 800-272-9376 |
| **Gemzar**[‡] | | | | | | |
| Gemcitabine HCl, pwd | 200 mg | 00002-7501-01 | 93.12 | J9201 | 200mg | 888-443-6927 |
| Gemcitabine HCl, pwd | 1 Gram | 00002-7502-01 | 465.59 | J9201 | 200mg | 888-443-6937 |
| **Leukine**[‡] | | | | | | |
| Sargramostim GM-CSF), pwd | 250 mcg | 58406-0002-33 | 144.39 | J2820 | 50mcg | 800-321-4669 |
| Sargramostim GM-CSF) 500mcg/ml, inj | 1 ml | 58406-0050-30 | 288.59 | J2820 | 50mcg | 800-321-4669 |
| **Zoladex**[‡] | | | | | | |
| Goserelin Acetate, implant | 3.6 mg syringe | 00310-0960-36 | 469.99 | J9202 | 3.6mg | 800-400-4140 |
| Goserelin Acetate, implant | 10.8 mg syringe | 00310-0961-30 | 1,409.96 | J9202 | 3.6mg | 800-400-4140 |
| **Kytril**[‡] | | | | | | |
| Granisetron HCl 1mg/ml, inj | 1 ml | 00029-4149-01 | 195.20 | J1626 | 100mcg | 800-699-3806 |
| Granisetron HCl 1mg/ml, inj | 4 ml | 00029-4152-01 | 780.80 | J1626. | 100mcg | 800-699-3806 |
| **Ifex**[‡] | | | | | | |
| Ifosfamide pwd | 1 Gram | 00015-0556-41 | 148.85 | J9208 | 1gm | 800-872-8718 |
| Ifosfamide pwd | 3 Gram | 00015-0557-41 | 446.55 | J9208 | 1gm | 800-872-8718 |
| **Ifex/Mesnex**[‡] | | | | | | |
| Ifosfamide(10x1g)/Mesna(1)x1g MDV) | Combo-Pack | 00015-3554-27 | 2,474.09 | J9208/J9201 | gm/200mg | 800-872-8718 |
| Ifosfamide(2x3g)/Mesna(6x1g MDV) | Combo-Pack | 00015-3564-15 | 1,484.39 | J9208/J9201 | gm/200mg | 800-872-8718 |
| Ifosfamide(5x1g)/Mesna(3x1g MDV) | Combo-Pack | 00015-3556-26 | 1,023.90 | J9208/J9201 | gm/200mg | 800-872-8718 |
| **Venoglobulin S** | | | | | | |
| Immune Globulin 50mg/ml, inj w/IV set | 50 ml | 49669-1612-01 | 225.00 | J1563 | 500mg | |
| Immune Globulin 50mg/ml, inj w/IV set | 100 ml | 49669-1613-01 | 450.00 | J1561 | 500mg | |

OTN TEL: 1-800-482-6700 FAX: 1-800-800-5673 • MAY 2000                    17

HIGHLY CONFIDENTIAL
BMS/AWP/000095800