# EXHIBIT 48

**From:**   Gena Cook
**Sent:**   Wednesday, February 26, 2003 5:42 PM
**To:**   Marsha Peterson; Todd T Little
**Subject:** OHOA with drug purchases

Here is the OHOA analysis with drug purchases.

Gena

009224850

BMS/AWP/001484591

| Catalog #<br><br>NDC Code<br><br>JCode | Product Description | Brand Name<br>Manufacturer | AWP | 2002 Purchase Volume | OTN 2.0% DIRECT Debit Price | OTN Net 75 Price | OTN 2002 Annual Purchases<br><br>(Purchase Volume x Net 75) |
|---|---|---|---|---|---|---|---|
| 200-500<br>53905-0091-01<br><br>J9015 | Aldesleukin 22 MILLION IU Powder for solution 22 MIU Proleukin IV (P.F.) | Proleukin<br>CHIRON CORPORATION | $736.00 | | $616.93 | $629.52 | |
| 200-800<br>50419-0355-10 | Alemtuzumab 10MG/ML Solution 30 MG Campath IV (3ML AMP) (3/BOX) | Campath<br>BERLEX LABORATORIES, INC. | $1,693.48 | | $1,351.34 | $1,378.92 | 54 units |
| 225-100<br>50242-0085-27<br><br>J2997 | Alteplase 100 MG Powder for solution 100 MG Activase IV (W/DILUENT) | Activase<br>GENENTECH, INC. | $2,887.50 | | $2,373.25 | $2,421.68 | |
| 225-050<br>50242-0044-13<br><br>J2997 | Alteplase 50 MG Powder for solution 50 MG Activase IV (W/DILUENT) | Activase<br>GENENTECH, INC. | $1,443.75 | | $1,186.62 | $1,210.84 | |
| 910-500<br>58178-0017-03<br><br>J0207 | Amifostine 500MG Powder for solution 500 MG Ethyol IV (S.D.V., MANNITOL FREE) | Ethyol<br>MEDIMMUNE ONCOLOGY, INC. | $476.81 | | $380.48 | $388.24 | 114 units |
| 900-810<br>60553-0111-10<br><br>J9017 | Arsenic Trioxide 1MG/ML Solution 10 MG Trisenox IV (10 AMPS/BOX) | Trisenox<br>CELL THERAPEUTICS, INC. | $3,900.00 | | $2,812.17 | $2,869.56 | |
| 200-100<br>00006-4612-00<br><br>J9020 | Asparaginase 10,000 IU Powder for solution 10000 IU Elspar D | Elspar<br>MERCK & CO., INC. | $65.91 | | $53.70 | $54.80 | |
| 843-005<br>63323-0234-01<br><br>J0460 | Atropine Sulfate 0.4 MG/ML Solution .4 MG Atropine sulfate IJ 1ml (M.D.V.) | Atropine sulfate<br>APP (AMERICAN PHARMACEUTICAL PARTNE | $1.12 | | $0.29 | $0.30 | 50 units |
| 843-010<br>63323-0234-20<br><br>J0460 | Atropine Sulfate 0.4 MG/ML Solution 8 MG Atropine sulfate IJ (M.D.V.) | Atropine sulfate<br>APP (AMERICAN PHARMACEUTICAL PARTNE | $1.33 | | $0.47 | $0.48 | |
| 843-101<br>63323-0246-01<br><br>J0460 | Atropine Sulfate 1 MG/ML Solution 1 MG Atropine sulfate IJ (M.D.V.) | Atropine sulfate<br>APP (AMERICAN PHARMACEUTICAL PARTNE | $1.12 | | $0.29 | $0.30 | |
| 200-280<br>00015-3010-20<br><br>J9040 | Bleomycin Sulfate 15 U Powder for solution 15 UNIT Blenoxane IJ (VIAL) | Blenoxane<br>BRISTOL-MYERS SQUIBB ONCOLOGY/VIROL | $304.68 | | $70.77 | $72.21 | |
| 200-225<br>00703-3154-01<br><br>J9040 | Bleomycin Sulfate 15 U Powder for solution 15 UNIT Bleomycin sulfate IJ (S.D.V.) | Bleomycin sulfate<br>ABBOTT HOSPITAL PRODUCTS | $305.78 | | $90.16 | $92.00 | 92 units |
| 200-235 | Bleomycin Sulfate 30 U Powder for solution 30 UNIT Bleomycin sulfate IJ (S.D.V.) | Bleomycin sulfate | $611.56 | | $180.32 | $184.00 | |

Highly Confidential

009224851

| | | | | | | |
|---|---|---|---|---|---|---|
| 00703-3155-01<br><br>J9040 | | ABBOTT<br>HOSPITAL<br>PRODUCTS | | | | |
| S00-137<br>63323-0311-10<br><br>J0610 | Calcium Gluconate 100 MG/ML Solution 1 GRAM Calcium gluconate<br>IV (10ML S.D.V.,P.F.) | Calcium<br>gluconate<br>APP<br>(AMERICAN<br>PHARMACE<br>UTICAL<br>PARTNE | $1.52 | | $0.46 | $0.46 |
| 903-S00<br>00004-1101-16<br><br>J8521 | Capecitabine 500 MG Tablet 120000 MG Xeloda PO 240/bottle | Xeloda<br>ROCHE<br>LADORATO<br>RIES | $2,817.60 | | $2,257.71 | $2,303.79 |
| 900-310<br>00015-3214-30<br><br>J9045 | Carboplatin 150 MG Powder for solution 150 MG Paraplatin IV<br>(VIAL) | Paraplatin<br>BRISTOL-<br>MYERS<br>SQUBB<br>ONCOLOGY<br>/VIROL | $429.33 | | $353.51 | $360.72 |
| 900-320<br>00015-3215-30<br><br>J9045 | Carboplatin 450 MG Powder for solution 450 MG Paraplatin IV<br>(VIAL) | Paraplatin<br>BRISTOL-<br>MYERS<br>SQUIBB<br>ONCOLOGY<br>/VIROL | $1,288.01 | | $1,060.54 | $1,082.18 | 868 units |
| 900-300<br>00015-3213-30<br><br>J9045 | Carboplatin 50 MG Powder for solution 50 MG Paraplatin IV (VIAL) | Paraplatin<br>BRISTOL-<br>MYERS<br>SQUIBB<br>ONCOLOGY<br>/VIROL | $143.13 | | $117.84 | $120.25 |
| S03-242<br>00074-7445-01 | Cimetidine 150 MG/ML Solution 1200 MG Cimetidine hcl IV (8ML<br>VIAL, FLIPTOP MDV) | Cimetidine<br>hcl<br>ABBOTT<br>HOSPITAL<br>PRODUCTS | $3.54 | | $2.85 | $2.91 | 340 units |
| 980-561<br>00703-5748-11<br><br>J9060/J9062 | Cisplatin 1 MG/ML Solution 100 MG Cisplatin IV (M.D.V.) | Cisplatin<br>ABBOTT<br>HOSPITAL<br>PRODUCTS | $463.13 | | $33.32 | $34.00 |
| 900-565<br>63323-0103-65<br><br>J9060/J9062 | Cisplatin 1 MG/ML Solution 100 MG Cisplatin IV (M.D.V.,P.F.) | Cisplatin<br>APP<br>(AMERICAN<br>PHARMACE<br>UTICAL<br>PARTNE | $444.00 | | $33.32 | $34.00 | 154 units |
| 900-560<br>00015-3221-22<br><br>J9060/J9062 | Cisplatin 1 MG/ML Solution 100 MG Platinol-eq IV<br>(M.D.V.,CYTOSHIELD,P.F.) | Platinol-eq<br>BRISTOL-<br>MYERS<br>SQUIBB<br>ONCOLOGY<br>/VIROL | $499.91 | | $376.25 | $383.93 | 2 units |
| 900-575<br>63323-0103-64<br><br>J9060/J9062 | Cisplatin 1 MG/ML Solution 200 MG Cisplatin IV (M.D.V.,P.F.) | Cisplatin<br>APP<br>(AMERICAN<br>PHARMACE<br>UTICAL<br>PARTNE | $888.00 | | $66.64 | $68.00 |
| 900-551<br>00703-5747-11<br><br>J9060/J9062 | Cisplatin 1 MG/ML Solution 50 MG Cisplatin IV (M.D.V.) | Cisplatin<br>ABBOTT<br>HOSPITAL<br>PRODUCTS | $231.56 | | $16.65 | $17.00 |

Highly Confidential

009224852

BMS/AWP/00148A592

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 900-555<br>63323-0103-51<br><br>J9060/J9062 | Cisplatin 1 MG/ML Solution 50 MG Cisplatin IV (M.D.V.,P.F.) | Cisplatin<br>APP<br>(AMERICAN<br>PHARMACE<br>UTICAL<br>PARTNE | $222.00 | | $16.66 | $17.00 | 28 units |
| 215-100<br>55390-0124-01<br><br>J9065 | Cladribine 1 MG/ML Solution 10 MG Cladribine IV (S.D.V.,P.F.) | Cladribine<br>BEDFORD<br>LABORATO<br>RIES | $562.00 | | $372.40 | $380.00 | 13 units |
| 215-000<br>59676-0201-01<br><br>J9065 | Cladribine 1 MG/ML Solution 10 MG Leustatin IV (S.D.V.) | Leustatin<br>ORTHO<br>BIOTECH | $619.31 | | $547.07 | $558.23 | 16 units |
| 840-111<br>63323-0044-01<br><br><br>J3420 | Cyanocobalamin 1000 MCG/ML Solution 1000 MCG Cyanocobalamin<br>IM (M.D.V.) | Cyanocobal<br>amin<br>APP<br>(AMERICAN<br>PHARMACE<br>UTICAL<br>PARTNE | $2.21 | | $1.64 | $1.67 | 25 units |
| 900-635<br>00015-0548-41<br><br>J9096/J9091 | Cyclophosphamide 1 GM Powder for solution 1000 MG Cytoxan<br>lyophilized IV (VIAL) | Cytoxan<br>lyophilized<br>BRISTOL-<br>MYERS<br>SQUIBB<br>ONCOLOGY<br>/VIROL | $51.43 | | $10.06 | $10.27 | |
| 803-110<br>55390-0133-01<br><br>J9100/J9110 | Cytarabine 1 GM Powder for solution 1000 MG Cytarabine IJ (VIAL) | Cytarabine<br>BEDFORD<br>LABORATO<br>RIES | $50.00 | | $16.66 | $17.00 | |
| 805-110<br>00009-3295-01<br><br>J9100/J9110 | Cytarabine 1 GM Powder for solution 1000 MG Cytosar-u IJ (30 ML<br>VIAL) | Cytosar-u<br>PHARMACI<br>A<br>CORPORAT<br>ION | $67.73 | | $15.95 | $16.28 | 63 units |
| 803-100<br>55390-0131-10<br><br>J9100 | Cytarabine 100 MG Powder for solution 100 MG Cytarabine IJ<br>(VIAL) | Cytarabine<br>BEDFORD<br>LABORATO<br>RIES | $6.25 | | $2.45 | $2.50 | 44 units |
| 805-100<br>00009-0373-01<br><br>J9100 | Cytarabine 100 MG Powder for solution 100 MG Cytosar-u IJ<br>(M.D.V.) | Cytosar-u<br>PHARMACI<br>A<br>CORPORAT<br>ION | $8.98 | | $2.70 | $2.75 | |
| 803-120<br>55390-0134-01<br><br>J9100/J9110 | Cytarabine 2 GM Powder for solution 2000 MG Cytarabine IJ (VIAL) | Cytarabine<br>BEDFORD<br>LABORATO<br>RIES | $98.90 | | $33.32 | $34.00 | |
| 805-120<br>00009-3296-01<br><br>J9100/J9110 | Cytarabine 2 GM Powder for solution 2000 MG Cytosar-u IJ | Cytosar-u<br>PHARMACI<br>A<br>CORPORAT<br>ION | $132.58 | | $31.92 | $32.57 | |
| 803-105<br>55390-0132-01<br><br>J9110 | Cytarabine 500 MG Powder for solution 500 MG Cytarabine IJ<br>(VIAL) | Cytarabine<br>BEDFORD<br>LABORATO<br>RIES | $25.00 | | $8.86 | $7.00 | 45 units |
| 805-105<br>00009-0473-01<br><br>J9110 | Cytarabine 500 MG Powder for solution 500 MG Cytosar-u IJ<br>(M.D.V.) | Cytosar-u<br>PHARMACI<br>A<br>CORPORAT<br>ION | $35.64 | | $7.48 | $7.63 | |
| 100-820 | Dacarbazine 100 MG Powder for solution 100 MG Dacarbazine IV<br>(S.D.V.) | Dacarbazin<br>e | $13.35 | | $6.81 | $6.95 | |

009224853

BMS/AWP/001484594

| | | | | | | |
|---|---|---|---|---|---|---|
| 63323-0127-30 <br><br> J9140 | | APP (AMERICAN PHARMACE UTICAL PARTNE | | | | |
| 100-811 <br> 00703-5075-01 <br><br> J9140 | Dacarbazine 200 MG Powder for solution 200 MG Dacarbazine IV (S.D.V.) | Dacarbazine ABBOTT HOSPITAL PRODUCTS | $23.75 | | $17.78 | $18.14 | |
| 100-821 <br> 63323-0128-20 <br><br> J9140 | Dacarbazine 200 MG Powder for solution 200 MG Dacarbazine IV (S.D.V.) | Dacarbazine APP (AMERICAN PHARMACE UTICAL PARTNE | $26.65 | | $13.23 | $13.50 | 300 units |
| 100-812 <br> 00703-5075-03 <br><br> J9140 | Dacarbazine 200 MG Powder for solution 200 MG Dacarbazine IV (VIAL) | Dacarbazine ABBOTT HOSPITAL PRODUCTS | $21.98 | | $17.78 | $18.14 | |
| 100-810 <br> 00026-8151-20 <br><br> J9140 | Dacarbazine 200 MG Powder for solution 200 MG Dtic-dome IV (VIAL) | Dtic-dome BAYER CORP., PHARMACE UTICAL DIVISIO | $27.73 | | $24.91 | $25.42 | |
| 840-980 <br> 00013-2436-06 <br><br> J1645 | Dalteparin 10,000 IU/ML Solution 95000 UNIT Fragmin SC (M.D.V.) | Fragmin PHARMACI A CORPORAT ION | $453.25 | | $395.57 | $403.64 | 21 units |
| 840-975 <br> 00013-2426-91 <br><br> J1645 | Dalteparin 5000 IU/0.2 ML Solution 5000 UNIT Fragmin SC (SRN) | Fragmin PHARMACI A CORPORAT ION | $26.37 | | $23.12 | $23.59 | |
| 226-100 <br> 55513-0013-04 | Darbepoetin alfa 100MCG/ML Solution 100 MCG Aranesp IV/SC (1ML S.D.V.) (Albumin Sol.) | Aranesp AMGEN INC. | $498.75 | | $367.53 | $375.26 | 124 units |
| 226-150 <br> 55513-0054-04 | Darbepoetin alfa 150MCG/0.75ML Solution 150 MCG Aranesp IV/SC 0.75ML SDV | Aranesp AMGEN INC. | $748.13 | | $551.63 | $562.89 | |
| 226-200 <br> 55513-0014-04 | Darbepoetin alfa 200MCG/ML Solution 200 MCG Aranesp IV/SC (1ML S.D.V.) (Albumin Sol.) | Aranesp AMGEN INC. | $997.50 | | $735.51 | $750.52 | 39 units |
| 223-625 <br> 55513-0010-04 | Darbepoetin alfa 25MCG/ML Solution 25 MCG Aranesp IV/SC (1ML S.D.V.) (Albumin Sol.) | Aranesp AMGEN INC. | $124.69 | | $91.93 | $93.81 | 4 units |
| 226-300 <br> 55513-0015-01 <br><br> C177 | Darbepoetin alfa 300MCG/ML Solution 300 MCG Aranesp IV/SC 1.0ML SDV | Aranesp AMGEN INC. | $1,496.25 | | $1,103.26 | $1,125.78 | 4 units |
| 223-640 <br> 55513-0011-04 | Darbepoetin alfa 40MCG/ML Solution 40 MCG Aranesp IV/SC (1ML S.D.V.) (Albumin Sol.) | Aranesp AMGEN INC. | $199.50 | | $147.10 | $150.10 | |
| 223-660 <br> 55513-0012-04 | Darbepoetin alfa 60MCG/ML Solution 60 MCG Aranesp IV/SC (1ML S.D.V.) (Albumin Sol.) | Aranesp AMGEN INC. | $299.25 | | $220.66 | $225.16 | 12 units |
| 901-125 | Daunorubicin HCl 20 MG Powder for solution 20 MG Daunorubicin hcl IV (S.D.V.,P.F.) | Daunorubicin hcl | $169.75 | | $86.24 | $88.00 | |

009224854

| Code | Description | Manufacturer | | | | |
|---|---|---|---|---|---|---|
| 63323-0119-08 / J9150 | | APP (AMERICAN PHARMACEUTICAL PARTNE | | | | |
| 201-104 / 55390-0108-10 / J9150 | Daunorubicin HCl 5 MG/ML Solution 20 MG Daunorubicin hcl IV (S.D.V., P.F.) | Daunorubicin hcl BEDFORD LABORATORIES | $168.50 | | $83.30 | $85.00 |
| 220-551 / 64365-0503-01 / J9160 | Denileukin Diftitox 150 MCG/ML Solution Ontak IV (2ML SINGLE USE VIAL) | Ontak LIGAND PHARMACEUTICALS INCORPORATED | $1,274.00 | | $1,051.18 | $1,072.63 |
| 840-410 / 00703-3524-03 / J1100 | Dexamethasone 10MG/ML Solution 100 MG IJ 10ML MDV | --- | --- | | $3.42 | $3.50 |
| 840-440 / 00517-4930-25 / J1100 | Dexamethasone 4 MG/ML Solution 120 MG Dexamethasone IJ (M.D.V., 30 ML) | Dexamethasone AMERICAN REGENT LABORATORIES, INC. | $7.84 | | $11.41 | $11.64 |
| 840-401 / 63323-0165-05 / J1100 | Dexamethasone 4 MG/ML Solution 20 MG Dexamethasone IJ (M.D.V. 5ml) | Dexamethasone APP (AMERICAN PHARMACEUTICAL PARTNE | $3.12 | | $1.47 | $1.50 |
| S03-766 / 63323-0165-01 / J1100 | Dexamethasone 4 MG/ML Solution 4 MG Dexamethasone IJ (VIAL) | Dexamethasone APP (AMERICAN PHARMACEUTICAL PARTNE | $1.32 | | $0.97 | $0.99 |
| 902-250 / 00013-8715-62 / J1190 | Dexrazoxane 250 MG Powder for solution 250 MG Zinecard IV (S.D.V.) | Zinecard PHARMACIA CORPORATION | $237.98 | | $189.89 | $193.77 |
| 902-260 / 00013-8725-89 / J1190 | Dexrazoxane 500 MG Powder for solution 500 MG Zinecard IV (S.D.V.) | Zinecard PHARMACIA CORPORATION | $475.89 | | $379.74 | $387.49 |
| S03-191 / 00071-4259-03 / J1200 | Diphenhydramine 50 MG/ML Solution 50 MG Benadryl IJ (1ML, AMP) | Benadryl PFIZER U.S. PHARMACEUTICALS GROUP | $1.69 | | $3.10 | $3.16 |
| 840-520 / 00641-0376-25 / J1200 | Diphenhydramine 50 MG/ML Solution 50 MG Diphenhydramine hcl IJ (DOSETTE VIAL) | Diphenhydramine hcl ELKINS-SINN, INC. | $1.20 | | $1.00 | $1.02 |
| 840-500 / 00071-4402-10 / J1200 | Diphenhydramine 50 MG/ML Solution 500 MG Benadryl IJ (STERI-VIAL) | Benadryl | --- | | $8.48 | $8.65 |
| 850-520 / 63323-0664-01 | Diphenhydramine 50MG/ML Liquid 50 MG IJ 1ML PRES.-FREE | --- APP (AMERICAN PHARMACEUTICAL PARTNE | $3.43 | | $1.91 | $1.95 |

250 units

Highly Confidential

| Code / NDC | Description | Drug / Mfr | | | | | Units |
|---|---|---|---|---|---|---|---|
| J1200 | | | | | | | |
| 201-120 / 00075-8001-20 / J9170 | Docetaxel 20 MG/0.5 ML Solution 20 MG Taxotere IV (S.D.V. W/DILUENT) | Taxotere AVENTIS PHARMACEUTICALS | $345.64 | | $297.19 | $303.26 | 578 units |
| 201-180 / 00075-8001-80 / J9170 | Docetaxel 20 MG/0.5 ML Solution 80 MG Taxotere IV (S.D.V. W/DILUENT) | Taxotere AVENTIS PHARMACEUTICALS | $1,382.54 | | $1,188.62 | $1,212.88 | 65 units |
| 900-250 / 00088-1206-32 / J1260 | Dolasetron Mesylate 20 MG/ML Solution 100 MG Anzemet IV (S.D.V.) | Anzemet AVENTIS PHARMACEUTICALS | $173.16 | | $144.30 | $147.21 | 9 units |
| 101-101 / 00013-1236-91 / J9000 | Doxorubicin 2MG/ML DISC. Solution 10 MG Adriamycin IV (5ML VIAL, P.F.) (CYTOSAFE) | Adriamycin PHARMACIA CORPORATION | $56.34 | | $6.08 | $6.20 | |
| 101-151 / 00013-1266-83 / J9000 | Doxorubicin 2MG/ML DISC. Solution 200 MG Adriamycin IV (100ML M.D.V., PF) (CYTOSAFE) | Adriamycin PHARMACIA CORPORATION | $1,104.13 | | $105.60 | $107.65 | 25 units |
| 101-121 / 00013-1256-79 / J9000 | Doxorubicin 2MG/ML DISC. Solution 50 MG Adriamycin IV (VIAL, P.F.) (CYTOSAFE) | Adriamycin PHARMACIA CORPORATION | $281.68 | | $27.64 | $28.20 | |
| 101-111 / 00013-1246-91 | Doxorubicin 2MG/ML Solution 20 MG Adriamycin IV (10ML VIAL, P.F.) (CYTOSAFE) | Adriamycin | --- | | $11.76 | $12.00 | |
| 101-020 / 17314-9600-01 / J9001 | Doxorubicin Liposome 2 MG/ML Solution 20 MG Doxil IV (S.D.V.,STEALTH LIPOSOME) | Doxil ORTHO BIOTECH | $796.50 | | $642.96 | $656.08 | 159 units |
| 101-050 / 17314-9600-02 / J9001 | Doxorubicin Liposome 2 MG/ML Solution 50 MG Doxil IV (S.D.V.,STEALTH LIPOSOME) | Doxil ORTHO BIOTECH | $1,991.25 | | $1,607.38 | $1,640.18 | |
| 801-105 / 00013-1086-91 / J9000 | Doxorubicin Powder 10MG DISC. Powder for solution 10 MG Adriamycin rdf IV | Adriamycin rdf PHARMACIA CORPORATION | $53.64 | | $5.88 | $6.00 | |
| 801-145 / 00013-1116-83 / J9000 | Doxorubicin Powder 150 MG DISC. Powder for solution 150 MG Adriamycin rdf IV (M.D.V.) | Adriamycin rdf PHARMACIA CORPORATION | $788.44 | | $98.00 | $100.00 | |
| 801-125 / 00013-1106-79 | Doxorubicin Powder 50 MG DISC. Powder for solution 50 MG Adriamycin rdf IV | Adriamycin rdf | --- | | $39.20 | $40.00 | |
| 101-130 / 00013-1176-87 / J9000 | Doxorubicin Solution 2 MG/ML DISC. Solution 75 MG Adriamycin pfs IV (VIAL, P.F.) | Adriamycin pfs PHARMACIA CORPORATION | $422.51 | | $45.08 | $46.00 | |
| 102-210 / 00703-5043-03 / J9000 | Doxorubicin Solution 2 MG/ML Solution 10 MG Doxorubicin hcl IV (S.D.V. POLYMER) | Doxorubicin hcl ABBOTT HOSPITAL PRODUCTS | $16.63 | | $5.68 | $5.80 | |
| 102-220 | Doxorubicin Solution 2 MG/ML Solution 200 MG Doxorubicin hcl IV (M.D.V. POLYMER) | Doxorubicin hcl | $332.50 | | $78.40 | $80.80 | 323 units |

Highly Confidential

| | | | | | | |
|---|---|---|---|---|---|---|
| 00703-5040-01<br><br>J9000 | | ABBOTT<br>HOSPITAL<br>PRODUCTS | | | | |
| 102-215<br>00703-5046-01<br><br>J9000 | Doxorubicin Solution 2 MG/ML Solution 50 MG Doxorubicin hcl IV<br>(S.D.V. POLYMER) | Doxorubici<br>n hcl<br>ABBOTT<br>HOSPITAL<br>PRODUCTS | $83.13 | | $23.64 | $24.12 |
| 101-040<br>00009-5093-01<br><br>J9180 | Epirubicin HCL 2 MG/ML Solution 200 MG Ellence IV (S.D.V.,P.F.) | Ellence<br>PHARMACI<br>A<br>CORPORAT<br>ION | $3,030.64 | | $2,424.51 | $2,473.99 |
| 101-030<br>00009-5091-01<br><br>J9180 | Epirubicin HCL 2 MG/ML Solution 50 MG Ellence IV (S.D.V.,P.F.) | Ellence<br>PHARMACI<br>A<br>CORPORAT<br>ION | $757.66 | | $606.13 | $618.50 |
| 223-400<br>59676-0310-01<br><br>Q0136 | Epoetin Alfa 10,000 U/ML Solution 10000 UNIT Procrit IJ (VIAL) | Procrit<br>ORTHO<br>BIOTECH | $133.56 | | ... | $103.63 | 42 units |
| 223-590<br>59676-0310-02<br><br>Q0136 | Epoetin Alfa 10,000 U/ML Solution 10000 UNIT Procrit IJ (VOLUME<br>PACK VIAL) | Procrit<br>ORTHO<br>BIOTECH | $133.56 | | --- | $103.63 | |
| 223-405<br>59676-0312-01<br><br>Q0136 | Epoetin Alfa 10,000 U/ML Solution 20000 UNIT Procrit IJ (2ML<br>M.D.V.) | Procrit<br>ORTHO<br>BIOTECH | $267.12 | | --- | $207.24 | 18 units |
| 223-595<br>59676-0320-01<br><br>Q0136 | Epoetin Alfa 20,000 U/ML Solution 20000 UNIT Procrit IJ (1ML<br>M.D.V.) | Procrit<br>ORTHO<br>BIOTECH | $267.12 | | -- | $207.24 | 1812 units |
| 223-600<br>59676-0340-01<br><br>Q0136 | Epoetin Alfa 40,000 U/ML Solution 40000 UNIT Procrit IJ (P.F.) | Procrit<br>ORTHO<br>BIOTECH | $534.24 | | -- | $414.48 | 4172 units |
| 223-540<br>59676-0304-02<br><br>Q0136 | Epoetin Alfa 4000 U/ML Solution 4000 UNIT Procrit IJ (VOLUME<br>PACK VIAL) | Procrit<br>ORTHO<br>BIOTECH | $53.42 | | $46.41 | $47.36 | |
| 901-160<br>00703-5653-01<br><br>J9181/J9182 | Etoposide 20 MG/ML Solution 100 MG Etoposide IV (M.D.V.<br>POLYMER) | Etoposide<br>ABBOTT<br>HOSPITAL<br>PRODUCTS | $43.94 | | $5.44 | $5.55 |
| 901-177<br>63323-0104-05<br><br>J9181/J9182 | Etoposide 20 MG/ML Solution 100 MG Etoposide IV (M.D.V.) | Etoposide<br>APP<br>(AMERICAN<br>PHARMACE<br>UTICAL<br>PARTNE | $157.60 | | $6.47 | $6.60 |
| 901-179<br>63323-0104-50<br><br>J9181/J9182 | Etoposide 20 MG/ML Solution 1000 MG Etoposide IV (M.D.V.) | Etoposide<br>APP<br>(AMERICAN<br>PHARMACE<br>UTICAL<br>PARTNE | $1,393.40 | | $64.68 | $66.00 | 74 units |
| 901-175<br>00703-5657-01<br><br>J9181/J9182 | Etoposide 20 MG/ML Solution 1000 MG Etoposide IV<br>(M.D.V.,POLYMER) | Etoposide<br>ABBOTT<br>HOSPITAL<br>PRODUCTS | $429.88 | | $54.68 | $55.80 | 27 units |
| 901-165 | Etoposide 20 MG/ML Solution 500 MG Etoposide IV (M.D.V. | Etoposide | $214.94 | | $26.95 | $27.50 |

009224857

BMS/AWP/004404500

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00703-5656-01 | POLYMER) | ABBOTT HOSPITAL PRODUCTS | | | | | |
| J9181/J9182 | | | | | | | |
| 901-178 63323-0104-25 | Etoposide 20 MG/ML Solution 500 MG Etoposide IV (M.D.V.) | Etoposide APP (AMERICAN PHARMACE UTICAL PARTNE | $665.30 | | $32.34 | $33.00 | |
| J9181/J9182 | | | | | | | |
| 201-205 00015-3091-45 | Etoposide 50 MG Capsule, liquid filled 100) MG Vepesid PO (20CAPS/BLISTER PACK) | Vepesid BRISTOL-MYERS SQUIBB ONCOLOGY /VIROL | $1,192.00 | | $959.96 | $979.55 | |
| J8560 | | | | | | | |
| 901-310 55390-0135-01 | Floxuridine 0.5 GM Powder for solution 500 MG Floxuridine IJ 500mg vial | Floxuridine BEDFORD LABORATO RIES | $136.38 | | $112.70 | $115.00 | 2 units |
| J9200 | | | | | | | |
| 210-000 50419-0511-06 | Fludarabine Phosphate 50 MG Powder for solution 50 MG Fludara IV | Fludara BERLEX LABORATO RIES, INC. | $343.88 | | $274.39 | $279.99 | 270 units |
| J9185 | | | | | | | |
| 801-520 63323-0117-20 | Fluorouracil 50 MG/ML Solution 1000 MG Fluorouracil IV (S.D.V.,P.F.) | Fluorouracil APP (AMERICAN PHARMACE UTICAL PARTNE | $7.50 | | $3.77 | $3.85 | |
| J9190 | | | | | | | |
| 801-550 63323-0117-51 | Fluorouracil 50 MG/ML Solution 2500 MG Fluorouracil IV (BULK PACKAGE,P.F.) | Fluorouracil APP (AMERICAN PHARMACE UTICAL PARTNE | $16.06 | | $4.61 | $4.70 | |
| J9190 | | | | | | | |
| 801-415 00013-1036-91 | Fluorouracil 50 MG/ML Solution 500 MG Adrucil IV (VIAL) | Adrucil PHARMACI A CORPORAT ION | $3.20 | | $2.55 | $2.60 | |
| J9190 | | | | | | | |
| 801-510 63323-0117-10 | Fluorouracil 50 MG/ML Solution 500 MG Fluorouracil IV (S.D.V.,P.F.) | Fluorouracil APP (AMERICAN PHARMACE UTICAL PARTNE | $3.75 | | $2.05 | $2.09 | |
| J9190 | | | | | | | |
| 801-475 00013-1056-94 | Fluorouracil 50 MG/ML Solution 5000 MG Adrucil IV (VIAL) | Adrucil PHARMACI A CORPORAT ION | $32.06 | | $9.95 | $10.15 | 80 units |
| J9190 | | | | | | | |
| 801-500 63323-0117-61 | Fluorouracil 50 MG/ML Solution 5000 MG Fluorouracil IV (BULK PACKAGE,P.F.) | Fluorouracil APP (AMERICAN PHARMACE UTICAL PARTNE | $32.12 | | $9.21 | $9.40 | 346 units |
| J9190 | | | | | | | |
| 210-125 00310-0720-25 | Fulvestrant 125MG/2.5ML Solution 125 MG Faslodex IJ 2.5ML PREFILLED SYR | Faslodex ASTRA ZENECA | $460.94 | | $367.81 | $375.32 | |
| 210-250 | Fulvestrant 250MG/5ML Solution 250 MG Faslodex IJ 5ML | Faslodex | $921.88 | | $735.63 | $750.64 | 172 units |

009224858

BMS/AWP/00148458

| Codes | Description | Product / Manufacturer | | | | | Units |
|---|---|---|---|---|---|---|---|
| 00310-0720-50 | PREFILLED SYR | ASTRA ZENECA | | | | | |
| 840-002 / 00074-6102-02 / J1940 | Furosemide 10 MG/ML Solution 20 MG Furosemide IJ 2ml (VIAL, FLIPTOP) | Furosemide ABBOTT HOSPITAL PRODUCTS | $0.75 | | $0.78 | $0.80 | 75 units |
| 221-200 / 55513-0924-10 / J1440/J1441 | GCSF 300 MCG/0.5 ML Solution 300 MCG Neupogen IJ (SINGLEJECT,26GX5/8",PF) | Neupogen AMGEN INC. | $227.60 | | $155.39 | $158.56 | 50 units |
| 221-100 / 55513-0530-10 / J1440 | GCSF 300 MCG/ML Solution 300 MCG Neupogen IJ (1ML S.D.V.,P.F.) | Neupogen AMGEN INC. | $207.50 | | $153.85 | $156.99 | 210 units |
| 221-210 / 55513-0209-10 / J1441 | GCSF 480 MCG/0.8 ML Solution 480 MCG Neupogen IJ (SINGLEJECT,26GX5/8",PF) | Neupogen AMGEN INC. | $362.60 | | $247.60 | $252.65 | 210 units |
| 221-110 / 55513-0545-10 / J1441 | GCSF 480 MCG/1.6 ML Solution 480 MCG Neupogen IJ (1.6ML,S.D.V.,P.F.) | Neupogen AMGEN INC. | $330.60 | | $245.15 | $250.15 | 320 units |
| 222-105 / 58406-0002-33 / J2820 | GMCSF 250 MCG Powder for solution 250 MCG Leukine IV (VIAL) | Leukine BERLEX LABORATORIES, INC. | $152.95 | | $122.05 | $124.54 | |
| 222-116 / 58406-0050-30 / J2820 | GMCSF 500 MCG/ML Solution 500 MCG Leukine IV (M.D.V.) | Leukine BERLEX LABORATORIES, INC. | $305.91 | | $244.10 | $249.08 | |
| 800-910 / 00002-7502-01 / J9201 | Gemcitabine HCl 1 GM Powder for solution 1000 MG Gemzar IV (VIAL) | Gemzar LILLY, ELI & CO. | $636.90 | | $502.91 | $513.17 | 407 units |
| 800-902 / 00002-7501-01 / J9201 | Gemcitabine HCl 200 MG Powder for solution 200 MG Gemzar IV (VIAL) | Gemzar LILLY, ELI & CO. | $127.38 | | $100.65 | $102.70 | 1160 units |
| 215-500 / 00008-4510-01 / J9300 | Gemtuzumab 5MG/20ML Powder for solution 5 MG Mylotarg IV (20ML VIAL, P.F.) | Mylotarg WYETH-AYERST LABORATORIES | $2,212.50 | | $1,765.49 | $1,801.52 | 8 units |
| 901-510 / 00310-0961-30 / J9202 | Goserelin Acetate 10.8 MG Implant 1 SYRINGE Zoladex SC | Zoladex ASTRA ZENECA | $1,409.98 | | $1,125.11 | $1,148.07 | |
| 901-500 / 00310-0960-36 / J9202 | Goserelin Acetate 3.6 MG Implant 1 SYRINGE Zoladex SC | Zoladex ASTRA ZENECA | $469.99 | | $385.19 | $393.05 | |
| 900-214 / 00004-0240-09 / J1626 | Granisetron HCl 1 MG/ML 4 MG Kytril (M.D.V., 4ml) | Kytril ROCHE LABORATORIES | $780.80 | | $258.61 | $263.89 | 636 units |
| 900-210 / 00004-0239-09 / J1626 | Granisetron HCl 1MG Solution 1 ML Kytril IJ | Kytril ROCHE LABORATORIES | $195.20 | | $64.65 | $65.97 | |
| 970-203 / 00004-0241-33 / J1626 | Granisetron HCl 1MG Tablet 2000 MCG Kytril PO 2 TABS/BOX | Kytril ROCHE LABORATORIES | $94.10 | | $49.44 | $50.45 | |
| 970-221 / 00004-0241-26 / J1626 | Granisetron HCl 1MG Tablet 20000 MCG Kytril PO 20TABS/BOX | Kytril ROCHE LABORATORIES | $940.80 | | $494.41 | $504.50 | |
| 503-533 | Heparin 100 U/ML Solution 100 UNIT Heparin lock flush IV (1ML M.D.V.,P.C.) | Heparin lock flush | $1.01 | | $0.29 | $0.30 | |

Highly Confidential

| | Description | Mfr | | | | | |
|---|---|---|---|---|---|---|---|
| 63323-0545-01<br><br>J1642/J1644 | | APP<br>(AMERICAN<br>PHARMACE<br>UTICAL<br>PARTNE | | | | | |
| 840-801<br>63323-0915-01<br><br>J1642/J1644 | Heparin 20,000 U/ML Solution 20000 UNIT Heparin sodium IJ (1ML N.D.V.,P.C.) | Heparin<br>sodium<br>APP<br>(AMERICAN<br>PHARMACE<br>UTICAL<br>PARTNE | $3.84 | | $1.37 | $1.40 | 175 units |
| 840-760<br>63323-0047-10<br><br>J1642/J1644 | Heparin 5000 U/ML Solution 50000 UNIT Heparin sodium IJ (10ML M.D.V.) | Heparin<br>sodium<br>APP<br>(AMERICAN<br>PHARMACE<br>UTICAL<br>PARTNE | $6.48 | | $2.06 | $2.10 | |
| 840-695<br>00074-1151-70<br><br>J1642 | Heparin Lock Flush 10 U/ML Solution UNIT Heparin lock flush IV (10ML VIAL, FLIPTOP) | Heparin<br>lock flush<br>ABBOTT<br>HOSPITAL<br>PRODUCTS | $0.62 | | $0.37 | $0.38 | 50 units |
| 840-700<br>00074-1151-78<br><br>J1642 | Heparin Lock Flush 10 U/ML Solution 300 UNIT Heparin lock flush IV (30ML VIAL, FLIPTOP) | Heparin<br>lock flush<br>ABBOTT<br>HOSPITAL<br>PRODUCTS | $1.31 | | $0.54 | $0.55 | 25 units |
| 840-720<br>00074-1152-70<br><br>J1642/J1644 | Heparin Lock Flush 100 U/ML Solution 1000 UNIT Heparin lock flush IV (10ML VIAL, FLIPTOP) | Heparin<br>lock flush<br>ABBOTT<br>HOSPITAL<br>PRODUCTS | $0.59 | | $0.41 | $0.42 | |
| 840-725<br>00074-1152-78<br><br>J1642/J1644 | Heparin Lock Flush 100 U/ML Solution 3000 UNIT Heparin lock flush IV (30ML VIAL, FLIPTOP) | Heparin<br>lock flush<br>ABBOTT<br>HOSPITAL<br>PRODUCTS | $1.31 | | $0.57 | $0.58 | 550 units |
| 840-450<br>00009-0900-13<br><br>J1720 | Hydrocortisone 100 MG Powder for solution 100 MG Solu-cortef IJ (ACT-O-VIAL) | Solu-cortef<br>PHARMACI<br>A,<br>CORPORAT<br>ION | $2.29 | | $2.64 | $2.69 | |
| 102-510<br>00703-4155-11 | Idarubicin HCl 1MG/ML Solution 10 MG IV 10ML SDV PF | --- | ... | | $598.00 | $610.20 | |
| 102-520<br>00703-4156-11 | Idarubicin HCl 1MG/ML Solution 20 MG IV 20ML SDV PF | ---<br>GENSIA<br>SICOR<br>PHARMACE<br>UTICALS,<br>INC. | $1,768.15 | | $1,178.35 | $1,202.40 | |
| 102-420<br>00013-2596-91 | Idarubicin HCl 1MG/ML Solution 20 MG Idamycin IV (20ML S.D.V., P.F.) (CYTOSAFE) | Idamycin<br>PHARMACI<br>A<br>CORPORAT<br>ION | $1,964.61 | | $1,567.70 | $1,599.69 | |
| 102-505<br>00703-4154-11 | Idarubicin HCl 1MG/ML Solution 5 MG IV 5ML SDV PF | ---<br>GENSIA<br>SICOR<br>PHARMACE<br>UTICALS,<br>INC. | $442.04 | | $306.05 | $312.30 | |

Highly Confidential

| Code / NDC | Description | Label | Price | | Price | Price | Units |
|---|---|---|---|---|---|---|---|
| 901-130<br>63323-0142-10<br><br>J9208 | Ifosfamide 1GM Lyophilized 1000 HG IJ 30ML SDV | ---<br>APP (AMERICAN PHARMACEUTICAL PARTNE | $158.29 | | $50.76 | $62.00 | 34 units |
| 901-611<br>00015-3554-27 | Ifosfamide/Mesna 10 GM-10 GM Kit 10000 HG Ifex/mesnex IV (COMBO-PACK) | Ifex/mesnex BRISTOL-MYERS SQUIBB ONCOLOGY /VIROL | $2,822.90 | | $1,753.07 | $1,788.85 | 15 units |
| 101-610<br>00703-4100-58 | Ifosfamide/Mesna 10GM/10GH Inj Kit 10000 HG IV 10X1GM 1FOS/10X1GM MESNA | ---<br>GENSIA SICOR PHARMACEUTICALS, INC. | $2,438.90 | | $1,422.96 | $1,452.00 | |
| 901-601<br>00015-3556-26 | Ifosfamide/Mesna S GM-3 GM Kit 5000 HG Ifex/mesnex IV (COMBO-PACK) | Ifex/mesnex BRISTOL-MYERS SQUIBB ONCOLOGY /VIROL | $1,168.25 | | $728.62 | $740.43 | |
| 101-601<br>00703-4100-48 | Ifosfamide/Mesna 5GM/3GH Inj Kit 5000 HG IV 5X1GM 1FOS/3X1GM MESNA | ---<br>GENSIA SICOR PHARMACEUTICALS, INC. | $1,009.37 | | $381.14 | $593.00 | |
| 901-606<br>00015-3564-15 | Ifosfamide/Mesna 6 GH-6 GM Kit 6000 HG Ifex/mesnex IV (COMBO-PACK) | Ifex/mesnex BRISTOL-MYERS SQUIBB ONCOLOGY /VIROL | $1,693.65 | | $1,052.36 | $1,073.84 | 1 unit |
| 101-606<br>00703-4100-68 | Ifosfamide/Mesna 6GM/6GM Inj Kit 6000 HG IV 2X3GM 1FOS/6X1GM MESNA | ---<br>GENSIA SICOR PHARMACEUTICALS, INC. | $1,463.30 | | $866.32 | $884.00 | |
| 848-100<br>52769-0471-80<br><br>J1460/J1470<br>J1480/J1490<br>J1500/J1510<br>J1520/J1530<br>J1540/J1550<br>J1560/J1563 | Immune Globulin IV 10 GM Powder for solution 10 Polygam s/d IV (S.D.V. W/DILUENT) | Polygam s/d AMERICAN RED CROSS, PLASMA SERVICES | $895.00 | | $453.54 | $462.80 | |
| 205-000<br>57894-0030-01<br><br>J1745 | Infliximab 100 HG Powder for solution 100 HG Remicade IV (S.D.V.,P.F.) | Remicade CENTOCOR, INC. | $691.61 | | $515.92 | $526.45 | |
| 220-170<br>00085-0571-02<br><br>J9214 | Interferon Alfa 2b 10 MILLION IU Powder for solution 10 MIU Intron a IJ (W/DILUENT IN VIAL) | Intron a SCHERING PLOUGH CORPORATION | $144.92 | | $112.36 | $114.45 | |
| 220-178<br>00085-1254-01<br><br>J9214 | Interferon Alfa 2b 10 MILLION IU/0.2 ML Solution 60 MIU Intron a IJ (M.D. PEN,6 DOSE UNIT) | Intron a SCHERING PLOUGH CORPORATION | $869.64 | | $673.02 | $686.76 | |
| 220-174 | Interferon Alfa 2b 10 MILLION IU/ML Kit 10 MIU Intron a IJ | Intron a | $144.94 | | $112.17 | $114.46 | |

Highly Confidential

009224861

DMS/AWP/00449/600

| Code / NDC | Description | Manufacturer | | | | | Units |
|---|---|---|---|---|---|---|---|
| 00085-1179-02<br>J9214 | (VIAL/SRN,PAK10,HSA FREE) | SCHERING PLOUGH CORPORATION | | | | | |
| 220-194<br>00085-1133-01<br>J9214 | Interferon Alfa 2b 10 MILLION IU/ML Solution 25 MIU Intron a IJ (M.D.V., HSA FREE) | Intron a SCHERING PLOUGH CORPORATION | $362.35 | | $280.43 | $286.15 | 5 units |
| 220-186<br>00085-1110-01<br>J9214 | Interferon Alfa 2b 18 MILLION IU Powder for solution 18 MIU Intron a IJ (W/DILUENT IN VIAL) | Intron a SCHERING PLOUGH CORPORATION | $260.88 | | $201.89 | $206.01 | 12 units |
| 220-175<br>00085-0285-02 | Interferon Alfa 2b 25 MILLION IU DISC.--Powder for solution 25 MIU Intron a IJ (W/DILUENT IN VIAL) | Intron a | --- | | $266.92 | $272.37 | 5 units |
| 220-158<br>00085-1242-01<br>J9214 | Interferon Alfa 2b 3 MILLION IU/0.2 ML Solution 18 MIU Intron a IJ (M.D. PEN,6 DOSE UNIT) | Intron a SCHERING PLOUGH CORPORATION | $260.88 | | $201.89 | $206.01 | |
| 220-168<br>00085-1235-01<br>J9214 | Interferon Alfa 2b 5 MILLION IU/0.2 ML Solution 30 MIU Intron a IJ (M.D. PEN,6 DOSE UNIT) | Intron a SCHERING PLOUGH CORPORATION | $434.81 | | $336.50 | $343.37 | |
| 220-180<br>00085-0539-01<br>J9214 | Interferon Alfa 2b 50 MILLION IU Powder for solution 50 MIU Intron a IJ (W/DILUENT IN VIAL) | Intron a SCHERING PLOUGH CORPORATION | $724.69 | | $560.84 | $572.29 | 12 units |
| 220-191<br>00085-1168-01<br>J9214 | Interferon Alfa 2b 6 MILLION IU/ML Solution 18 MIU Intron a IJ (M.D.V., HSA FREE) | Intron a SCHERING PLOUGH CORPORATION | $260.88 | | $201.89 | $206.01 | |
| 901-290<br>00009-7529-01<br>J9206 | Irinotecan 20 MG/ML Solution 100 MG Camptosar IV (S.D.V.) | Camptosar PHARMACIA CORPORATION | $799.03 | | $621.47 | $634.15 | 456 units |
| 901-292<br>00009-7529-02<br>J9206 | Irinotecan 20 MG/ML Solution 40 MG Camptosar IV (S.D.V.) | Camptosar PHARMACIA CORPORATION | $319.60 | | $248.58 | $253.65 | 414 units |
| 941-105<br>00517-0234-10<br>J1750 | Iron Dextran 50 MG/ML Solution 100 MG Dexferrum IJ (2ML S.D.V.; IV) | Dexferrum AMERICAN REGENT LABORATORIES, INC. | $37.71 | | $22.41 | $22.87 | |
| 941-100<br>00364-3012-47 | Iron Dextran 50 MG/ML Solution 100 MG Infed IJ (IV & IM; S.D.V.) | Infed | --- | | $24.01 | $24.50 | |
| 942-100<br>52544-0931-02<br>J1750 | Iron Dextran 50MG/ML Solution 100 MG Infed IJ IV & IM; SDV | Infed WATSON PHARMA, INC. | $0.00 | | $24.01 | $24.50 | 40 units |
| 240-550 | Leucovorin 10 MG/ML Solution 500 MG Leucovorin calcium IJ (S.D.V.,P.F.) | Leucovorin calcium | $195.00 | | $13.96 | $14.25 | |

009224862

BMS/AWP/001484603

| Code / NDC | Description | Drug / Manufacturer | | | | Units |
|---|---|---|---|---|---|---|
| 55390-0009-01<br><br>J0640 | | BEDFORD LABORATORIES | | | | |
| 803-310<br>55390-0052-10<br><br>J0640 | Leucovorin 100 MG Powder for solution 100 MG Leucovorin calcium IJ (VIAL) | Leucovorin calcium BEDFORD LABORATORIES | $35.00 | | $2.64 | $2.69 | |
| 901-180<br>00703-5140-01<br><br><br>J0640 | Leucovorin 100 MG Powder for solution 100 MG Leucovorin calcium IJ (VIAL,P.F.) | Leucovorin calcium ABBOTT HOSPITAL PRODUCTS | $36.69 | | $2.65 | $2.70 | |
| 803-320<br>55390-0053-01<br><br>J0640 | Leucovorin 200 MG Powder for solution 200 MG Leucovorin calcium IJ (VIAL) | Leucovorin calcium BEDFORD LABORATORIES | $78.00 | | $6.79 | $6.93 | 2346 units |
| 803-335<br>55390-0054-01<br><br>J0640 | Leucovorin 350 MG Powder for solution 350 MG Leucovorin calcium IJ (S.D.V.,P.F.) | Leucovorin calcium BEDFORD LABORATORIES | $137.95 | | $7.84 | $8.00 | |
| 901-185<br>00703-5145-01<br><br><br><br>J0640 | Leucovorin 350 MG Powder for solution 350 MG Leucovorin calcium IJ (VIAL,P.F.) | Leucovorin calcium ABBOTT HOSPITAL PRODUCTS | $81.46 | | $11.76 | $12.80 | |
| 803-305<br>55390-0051-10<br><br>J0640 | Leucovorin 50 MG Powder for solution 50 MG Leucovorin calcium IJ (VIAL) | Leucovorin calcium BEDFORD LABORATORIES | $18.44 | | $2.09 | $2.13 | |
| 806-580<br>63323-0711-00<br><br><br><br>J0640 | Leucovorin 500 MG Powder for solution 500 MG Leucovorin calcium IJ (S.D.V.,P.F.) | Leucovorin calcium APP (AMERICAN PHARMACEUTICAL PARTNE | $195.00 | | $12.74 | $13.00 | |
| 901-855<br>00300-3346-01<br><br><br>J9218/J1950<br>J9217/J9219 | Leuprolide 22.5 MG Powder for suspension 22.5 MG Lupron depot IM (SRN,3 month) | Lupron depot TAP PHARMACEUTICALS INC. | $1,931.25 | | $1,541.07 | $1,572.52 | |
| 503-610<br>00300-3683-01<br><br><br>J9218/J1950<br>J9217/J9219 | Leuprolide 30 MG Powder for suspension 30 MG Lupron depot IM (SRN,4 month) | Lupron depot TAP PHARMACEUTICALS INC. | $2,575.00 | | $2,125.03 | $2,168.42 | |
| 503-132<br>63323-0201-10<br><br><br><br>J2000 | Lidocaine 1% Solution 100 MG Lidocaine hcl EP (10MG/ML 10ML M.D.V.) | Lidocaine hcl APP (AMERICAN PHARMACEUTICAL PARTNE | ($0.97) | | $0.55 | $0.56 | |
| 842-400<br>63323-0064-02<br><br><br><br>J3475 | Magnesium Sulfate 500 MG/ML Solution 1000 MG Magnesium sulfate IJ (S.D.V.,P.C.,P.F.) | Magnesium sulfate APP (AMERICAN PHARMACEUTICAL PARTNE | $1.18 | | $0.24 | $0.24 | 50 units |
| 841-201 | Mannitol 25% Solution Mannitol IV (50ML VIAL, FLIPTOP) | Mannitol | $2.02 | | $1.75 | $1.79 | 50 units |

Highly Confidential

| | | | | | | |
|---|---|---|---|---|---|---|
| 00074-4031-01 | | ABBOTT HOSPITAL PRODUCTS | | | | |
| J2150 | | | | | | |
| 941-200 00517-4050-25 | Mannitol 25% Solution 50 ML Mannitol IV (S.D.V., P.F.) | Mannitol AMERICAN REGENT LABORATO RIES, INC. | $3.44 | | $5.33 | $5.44 |
| J2150 | | | | | | |
| 503-365 00008-0613-02 | Meperidine 100 MG/ML Solution 100 MG Meperidine hcl IJ (TUBEX, 22GX1 1/4") | Meperidine hcl WYETH-AYERST LABORATO RIES | $10.00 | | $11.75 | $11.99 |
| J2175 | | | | | | |
| 901-720 63323-0733-10 | Mesna 180 MG/ML Solution MG Mesna IV 10ML 1G (M.D.V.) | Mesna APP (AMERICAN PHARMACE UTICAL PARTNE | $192.00 | | $134.75 | $137.50 | 10 units |
| J9209 | | | | | | |
| 901-721 63323-0733-11 | Mesna 100 MG/ML Solution 1000 MG Mesna IV 10ML (M.D.V.) | Mesna APP (AMERICAN PHARMACE UTICAL PARTNE | $192.00 | | $134.75 | $137.50 | 37 units |
| J9209 | | | | | | |
| 806-060 63323-0122-50 | Methotrexate 1 GM Powder for solution 1000 MG Methotrexate sodium IJ (S.D.V.,P.F.) | Methotrexa te sodium APP (AMERICAN PHARMACE UTICAL PARTNE | $62.39 | | $23.52 | $24.00 |
| J8610/J9250 J9260 | | | | | | |
| 803-215 63323-0121-04 | Methotrexate 25 MG/ML Solution MG Methotrexate sodium IJ (S.D.V.,P.F.) | Methotrexa te sodium APP (AMERICAN PHARMACE UTICAL PARTNE | $8.70 | | $3.87 | $3.95 |
| J9250/J9260 | | | | | | |
| 802-010 58406-0683-18 | Methotrexate 25 MG/ML Solution 100 MG Methotrexate lpf sodium IJ (S.D.V., P.F.) | Methotrexa te lpf sodium | --- | | $3.93 | $4.01 |
| 803-210 55390-0032-10 | Methotrexate 25 MG/ML Solution 100 MG Methotrexate sodium IJ (S.D.V.,P.F.) | Methotrexa te sodium BEDFORD LABORATO RIES | $8.75 | | $2.84 | $2.90 |
| J9250/J9260 | | | | | | |
| 803-221 63323-0121-08 | Methotrexate 25 MG/ML Solution 200 MG Methotrexate sodium IJ (S.D.V.,P.F.) | Methotrexa te sodium APP (AMERICAN PHARMACE UTICAL PARTNE | $17.45 | | $4.12 | $4.20 |
| J9250/J9260 | | | | | | |
| 803-220 55390-0033-10 | Methotrexate 25 MG/ML Solution 200 MG Methotrexate sodium IJ (S.D.V.,P.F.) | Methotrexa te sodium BEDFORD LABORATO RIES | $17.50 | | $3.53 | $3.60 |
| J9250/J9260 | | | | | | |
| 802-030 58406-0683-36 | Methotrexate 25 MG/ML Solution 250 MG Methotrexate lpf sodium IJ (S.D.V., P.F.) | Methotrexa te lpf | --- | | $6.55 | $6.68 |

009224864

BMS/AWP/00148460E

| | | sodium | | | | |
|---|---|---|---|---|---|---|
| 803-230<br>63323-0121-10<br><br>J9250/J9260 | Methotrexate 25 MG/ML Solution 250 MG Methotrexate sodium IJ (S.D.V.,P.F.) | Methotrexate sodium<br><br>APP (AMERICAN PHARMACEUTICAL PARTNE | $26.85 | | $5.39 | $5.50 |
| 803-225<br>55390-0034-10<br><br>J9250/J9260 | Methotrexate 25 MG/ML Solution 250 MG Methotrexate sodium IJ (S.D.V.,P.F.) | Methotrexate sodium<br><br>BEDFORD LABORATORIES | $26.88 | | $4.31 | $4.40 |
| 802-140<br>63323-0123-10<br><br>J9250/J9260 | Methotrexate 25 MG/ML Solution 250 MG Methotrexate sodium IJ (VIAL, W/PRES) | Methotrexate sodium<br><br>APP (AMERICAN PHARMACE UTICAL PARTNE | $26.85 | | $5.39 | $5.50 |
| 803-200<br>63323-0121-02<br><br>J9250/J9260 | Methotrexate 25 MG/ML Solution 50 MG Methotrexate sodium IJ (S.D.V.,P.F.) | Methotrexate sodium<br><br>APP (AMERICAN PHARMACE UTICAL PARTNE | $6.85 | | $2.35 | $2.40 |
| 803-205<br>55390-0031-10<br><br>J9250/J9260 | Methotrexate 25 MG/ML Solution 50 MG Methotrexate sodium IJ (S.D.V.,P.F.) | Methotrexate sodium<br><br>BEDFORD LABORATO RIES | $6.88 | | $2.06 | $2.10 | 50 units |
| 802-150<br>63323-0123-02<br><br>J9250/J9260 | Methotrexate 25 MG/ML Solution 50 MG Methotrexate sodium IJ (VIAL W/PRES) | Methotrexate sodium<br><br>APP (AMERICAN PHARMACE UTICAL PARTNE | $6.85 | | $2.35 | $2.40 | 87 units |
| 802-117<br>66479-0135-09<br><br>J9250/J9260 | Methotrexate 25MG/ML Solution 250 MG Methotrexate sodium IJ VIAL, W/PRES | Methotrexate sodium<br><br>XANODYNE PHARMACA L, INC. | $20.48 | | $8.63 | $8.63 |
| 802-115<br>66479-0136-11<br><br>J9250/J9260 | Methotrexate 25MG/ML Solution 50 MG Methotrexate lpf sodium IJ SDV, PF | Methotrexate sodium<br>XANODYNE PHARMACA L, INC. | $4.75 | | $2.74 | $2.80 |
| 802-114<br>66479-0135-01<br><br>J9250/J9260 | Methotrexate 25MG/ML Solution 50 MG Methotrexate sodium IJ 2ML VIAL W/PRES | Methotrexate sodium<br><br>XANODYNE PHARMACA L, INC. | $4.75 | | $2.98 | $3.04 |
| 960-410<br>55390-0125-10<br><br>J2250 | Midazolam 1MG/ML Solution 10 MG IJ 10ML W/PRES | ---<br>BEDFORD LABORATO RIES | $12.12 | | $2.35 | $2.40 |
| 960-402<br>55390-0137-02 | Midazolam 1MG/ML Solution 2 MG IJ 2ML SDV PF | ---<br>BEDFORD LABORATO RIES | $2.42 | | $0.68 | $0.69 |

Highly Confidential

009224865

PMS/AWP/004404000

| | | | | | | |
|---|---|---|---|---|---|---|
| J2250 | | | | | | |
| 960-405<br>55390-0137-05<br><br>J2250 | Midazolam 1MG/ML Solution 5 MG IJ 5ML SDV PF | ---<br>BEDFORD<br>LABORATO<br>RIES | $6.06 | | $1.16 | $1.20 |
| 960-502<br>55390-0138-02<br><br>J2250 | Midazolam 5MG/ML SOLUTION 10 MG IJ 2ML SDV, PF | ---<br>BEDFORD<br>LABORATO<br>RIES | $12.12 | | $2.08 | $2.12 |
| 960-505<br>55390-0126-05<br><br>J2250 | Midazolam 5MG/ML Solution 25 MG IJ 5ML W/PRES | ---<br>BEDFORD<br>LABORATO<br>RIES | $30.30 | | $5.19 | $5.30 |
| 960-500<br>55390-0138-01<br><br>J2250 | Midazolam 5MG/ML Solution 5 MG IJ 1ML SDV PF | ---<br>BEDFORD<br>LABORATO<br>RIES | $6.06 | | $1.10 | $1.12 |
| 960-510<br>55390-0126-10<br><br>J2250 | Midazolam 5MG/ML Solution 50 MG IJ 10ML W/PRES | ---<br>BEDFORD<br>LABORATO<br>RIES | $60.60 | | $10.39 | $10.60 |
| 803-420<br>55390-0252-01<br><br>J9290 | Mitomycin 20 MG Powder for solution 20 MG Mitomycin IV<br>(S.D.V.,P.F.) | Mitomycin<br>BEDFORD<br>LABORATO<br>RIES | $434.60 | | $93.10 | $95.80 | 1 unit |
| 902-110<br>00015-3002-20<br><br>J9290 | Mitomycin 20 MG Powder for solution 20 MG Mutamycin IV (VIAL) | Mutamycin<br><br>BRISTOL-<br>MYERS<br>SQUIBB<br>ONCOLOGY<br>/VIROL | $452.91 | | $196.00 | $200.00 | 2 units |
| 803-440<br>55390-0253-01<br><br>J9291 | Mitomycin 40 MG Powder for solution 40 MG Mitomycin IV<br>(S.D.V.,P.F.) | Mitomycin<br>BEDFORD<br>LABORATO<br>RIES | $915.00 | | $196.00 | $200.00 |
| 902-120<br>00015-3059-20<br><br>J9291 | Mitomycin 40 MG Powder for solution 40 MG Mutamycin IV (VIAL) | Mutamycin<br><br>BRISTOL-<br>MYERS<br>SQUIBB<br>ONCOLOGY<br>/VIROL | $915.09 | | $392.00 | $400.00 |
| 803-405<br>55390-0251-01<br><br>J9280 | Mitomycin 5 MG Powder for solution 5 MG Mitomycin IV<br>(S.D.V.,P.F.) | Mitomycin<br>BEDFORD<br>LABORATO<br>RIES | $128.05 | | $34.30 | $35.00 | 16 units |
| 902-100<br>00015-3001-20<br><br>J9280 | Mitomycin 5 MG Powder for solution 5 MG Mutamycin IV (VIAL) | Mutamycin<br><br>BRISTOL-<br>MYERS<br>SQUIBB<br>ONCOLOGY<br>/VIROL | $134.11 | | $58.80 | $60.00 |
| 902-200<br>58406-0640-03<br><br>J9293 | Mitoxantrone 2 MG/ML Solution 20 MG Novantrone IV (M.D.V.) | Novantrone<br>AMGEN<br>INC. | $1,120.79 | | $1,186.24 | $1,210.45 | 130 units |
| 902-210<br>58406-0640-05<br><br>J9293 | Mitoxantrone 2 MG/ML Solution 25 MG Novantrone IV (M.D.V.) | Novantrone<br>AMGEN<br>INC. | $1,400.95 | | $1,482.77 | $1,513.03 |
| 902-220<br>58406-0640-07<br><br>J9293 | Mitoxantrone 2 MG/ML Solution 30 MG Novantrone IV (M.D.V.) | Novantrone<br>AMGEN<br>INC. | $1,681.18 | | $1,779.36 | $1,815.67 | 6 units |
| 224-010 | Octreotide Acetate 10 MG Powder for solution Sandostatin lar<br>depot IJ (VIAL W/DILUENT) | Sandostati<br>n lar depot | $1,625.80 | | $1,297.32 | $1,323.80 | |

009224866

| NDC | Description | Mfr | AWP | | | | Units |
|---|---|---|---|---|---|---|---|
| 00078-0340-84 J2352 | | NOVARTIS PHARMACE UTICALS CORPORAT IO | | | | | |
| 224-020 00078-0341-84 J2352 | Octreotide Acetate 20 MG Powder for solution Sandostatin lar depot IJ (VIAL W/DILUENT) | Sandostati n lar depot NOVARTIS PHARMACE UTICALS CORPORAT IO | $1,867.20 | | $1,489.95 | $1,520.36 | 50 units |
| 224-030 00078-0342-84 J2352 | Octreotide Acetate 30 MG Powder for solution Sandostatin lar depot IJ (VIAL W/DILUENT) | Sandostati n lar depot NOVARTIS PHARMACE UTICALS CORPORAT IO | $2,509.87 | | $2,002.19 | $2,043.05 | 6 units |
| 224-300 00078-0182-03 J2352 | Octreotide Acetate 500 MCG/ML Solution 500 MCG Sandostatin IJ (1 ml, AMP) | Sandostati n NOVARTIS PHARMACE UTICALS CORPORAT IO | $89.57 | | $75.71 | $77.26 | |
| 900-100 00173-0442-00 J2405 | Ondansetron HCl 2 MG/ML Solution 40 MG Zofran IJ (M.D.V.) | Zofran GLAXO SMITHKLIN E PHARMACE UTICALS | $256.40 | | $163.33 | $166.66 | 106 units |
| 900-050 00173-0463-00 J2405 | Ondansetron HCl 32 MG/50 ML Solution 32 MG Zofran IV (PREMIXED BAG) | Zofran GLAXO SMITHKLIN E PHARMACE UTICALS | $206.41 | | $107.88 | $110.08 | |
| 222-200 58394-0004-01 J2355 | Oprelvekin 5 MG Powder for solution 5 MG Neumega SC (SINGLE VIAL,P.F.) | Neumega GENETICS INSTITUTE , INC. | $270.14 | | $215.55 | $219.95 | 1 unit |
| 222-207 58394-0004-02 J2355 | Oprelvekin 5 MG Powder for solution 5 MG Neumega SC (VIAL,P.F.) | Neumega GENETICS INSTITUTE , INC. | $270.14 | | $215.55 | $219.95 | |
| 901-597 00024-0597-04 | Oxaliplatin 100MG Lyophilized Pwd 100 MG Eloxatin IV PRES.-FREE SDV INJ | Eloxatin SANOFI-SYNTHELA BO INC. | $1,988.52 | | $1,582.76 | $1,615.05 | 13 units |
| 901-596 00024-0596-02 | Oxaliplatin 50MG Lyophilized Pwd 50 MG Eloxatin IV PRES.-FREE SDV INJ | Eloxatin SANOFI-SYNTHELA BO INC. | $994.28 | | $791.37 | $807.52 | 5 units |
| S05-841 0074-1187912 | PLUM PUMP SET W/TAXOL TUBING 48/CS | Plum | --- | | $733.28 | $748.24 | |
| 900-450 00015-3476-30 | Paclitaxel 6 MG/ML Solution 100 MG Taxol IV (M.D.V.) | Taxol BRISTOL-MYERS SQUIBB ONCOLOGY /VIROL | $608.76 | | $161.70 | $165.00 | |

Highly Confidential

009224867

| J9265 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 900-400<br>00015-3475-30<br><br>J9265 | Paclitaxel 6 MG/ML Solution 30 MG Taxol IV (M.D.V.) | Taxol<br>BRISTOL-<br>MYERS<br>SQUIBB<br>ONCOLOGY<br>/VIROL | $182.63 | | $48.51 | $49.50 | 29 units |
| 900-480<br>00015-3479-11<br><br>J9265 | Paclitaxel 6 MG/ML Solution 300 MG Taxol IV (M.D.V.) | Taxol<br>BRISTOL-<br>MYERS<br>SQUIBB<br>ONCOLOGY<br>/VIROL | $1,826.25 | | $485.10 | $495.00 | 6 units |
| 640-200<br>00083-2601-04<br><br>J2430 | Pamidronate Disodium 30 MG Powder for solution 30 MG Aredia IV<br>(VIAL) | Aredia<br>NOVARTIS<br>PHARMACE<br>UTICALS<br>CORPORAT<br>IO | $279.86 | | $240.68 | $245.49 | |
| 800-230<br>55390-0127-01<br><br>J2430 | Pamidronate Disodium 30MG/10ML Powder 30 MG IV (Lyophilized) | Pamidronat<br>e<br>BEDFORD<br>LABORATO<br>RIES | $279.86 | – | $87.92 | $89.61 | 22 units |
| 800-231<br>55390-0204-01<br><br>J2430 | Pamidronate Disodium 30MG/10ML Solution 30 MG IV | Bedford<br>BEDFORD<br>LABORATO<br>RIES | $279.86 | | $87.82 | $89.61 | |
| 800-430<br>63323-0734-10<br><br>J2430 | Pamidronate Disodium 3MG/ML Liquid 30 MG IJ 10ML SDV | American<br>Pharmaceu<br>tical<br>Partners<br>APP<br>(AMERICAN<br>PHARMACE<br>UTICAL<br>PARTNE | $290.00 | | $87.82 | $89.61 | |
| 840-290<br>00083-2609-01<br><br>J2430 | Pamidronate Disodium 90 MG Powder for solution 90 MG Aredia IV<br>(Vial) | Aredia<br>NOVARTIS<br>PHARMACE<br>UTICALS<br>CORPORAT<br>IO | $839.60 | | $721.75 | $736.48 | 29 units |
| 800-290<br>55390-0129-01<br><br>J2430 | Pamidronate Disodium 90MG/10ML Powder 90 MG IV (Lyophilized) | Pamidronat<br>e<br>BEDFORD<br>LABORATO<br>RIES | $839.60 | | $265.22 | $270.63 | 22 units |
| 800-490<br>63323-0735-10<br><br>J2430 | Pamidronate Disodium 9MG/ML Liquid 90 MG IJ 10ML SDV | American<br>Pharmaceu<br>tical<br>Partners<br>APP<br>(AMERICAN<br>PHARMACE<br>UTICAL<br>PARTNE | $872.00 | | $265.22 | $270.63 | |
| 221-310<br>55513-0190-01 | Pegfilgrastim 6MG/0.6ML Solution 6 MG Neulasta IJ (SYR W/NDL<br>GUARD, PFS, SDOSE) | Neulasta<br>AMGEN<br>INC. | $2,950.00 | | $2,153.22 | $2,157.16 | |
| 240-000<br>62701-0800-01<br><br>J9268 | Pentostatin 10 MG Powder for solution 10 MG Nipent IV (S.D.V.) | Nipent<br>SUPERGEN<br>INC. | $2,028.00 | | $1,624.85 | $1,656.01 | 9 units |
| 503-701<br>00024-1550-01 | Photofrin 75MG Powder for solution 75 MG PHOTOFRIN IV | PHOTOFRI<br>N | --- | | $2,335.56 | $2,383.22 | |
| 941-110<br>00006-7780-64 | Phytonadione DISC.--10 MG/ML Solution 10 MG Aquamephyton IJ<br>(AMP) | Aquameph<br>yton<br>MERCK &<br>CO., INC. | $5.92 | | $5.28 | $5.39 | |

009224868

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J3430 | | | | | | | |
| 230-310 00006-4739-00 | Pneumococcal 575 MCG/0.5 ML Solution 5 DOSE Pneumovax 23 IM (M.D.V.) | Pneumovax 23 MERCK & CO., INC. | $78.14 | | $79.93 | $81.56 | |
| 841-521 63323-0965-10 | Potassium Chloride 2 MEQ/ML Solution 20 MEQ Potassium chloride concentrate IV (10ML S.D.V.,P.C.,P.F.) | Potassium chloride concentrate APP (AMERICAN PHARMACE UTICAL PARTNE | $1.42 | | $0.29 | $0.30 | 50 units |
| J3480 | | | | | | | |
| 841-541 63323-0965-20 | Potassium Chloride 2 MEQ/ML Solution 40 MEQ Potassium chloride concentrate IV (20ML S.D.V.,P.C.,P.F.) | Potassium chloride concentrate APP (AMERICAN PHARMACE UTICAL PARTNE | $1.65 | | $0.35 | $0.36 | |
| J3480 | | | | | | | |
| 900-025 00703-2191-04 | Promethazine 25MG/ML Solution 25 MG IJ 1ML vial | --- GENSIA SICOR PHARMACE UTICALS, INC. | $2.38 | | $1.37 | $1.40 | |
| J2550 | | | | | | | |
| 900-150 00703-2201-04 | Promethazine 50MG/ML Solution 50 MG IJ 1rd vial | --- GENSIA SICOR PHARMACE UTICALS, INC. | $3.00 | | $1.67 | $1.70 | |
| J2550 | | | | | | | |
| 503-457 00008-0063-01 | Promethazine HCl 25 MG/ML Solution 25 MG Phenergan IJ (AHP) | Phenergan WYETH-AYERST LABORATO RIES | $3.10 | | $2.62 | $2.67 | |
| J2550 | | | | | | | |
| 144-201 60492-0023-01 J2792 | RHO D Immune Globulin 1500 IU Powder for solution 300 MCG Winrho sdf IV (S.D.V.) | Winrho sdf NABI | $324.50 | | $161.70 | $165.00 | |
| 144-210 60492-0024-01 J2792 | RHO D Immune Globulin 5000 IU Powder for solution 1000 MCG Winrho sdf IV (VIAL) | Winrho sdf NABI | $1,081.50 | | $534.10 | $545.00 | |
| 223-700 50242-0051-21 J9310 | Rituximab 10 MG/ML Solution 100 MG Rituxan IV (S.D.V.,P.F.) | Rituxan GENENTEC H/IDEC | $500.00 | | $395.41 | $403.48 | 686 units |
| 223-710 50242-0053-06 J9310 | Rituximab 10 MG/ML Solution 500 MG Rituxan IV (S.D.V.,P.F.) | Rituxan GENENTEC H/IDEC | $2,500.02 | | $1,977.00 | $2,017.35 | 343 units |
| 841-770 63323-0259-30 | SODIUM CHLOR 0.9% PARABEN 30ML MDV | Sodium Chloride | --- | | $0.51 | $0.52 | |
| 841-970 63323-0249-30 | STERILE WATER INJ PARABEN 30ML MDV | Sterile Water | --- | | $0.54 | $0.55 | |
| 500-041 00009-0825-01 J1720 | Solu Cortef 100 MG Powder for solution 100 MG Solu-cortef IJ | Solu-cortef PHARMACI A CORPORAT ION | $2.18 | | $1.89 | $1.93 | |
| 910-235 00085-1259-02 | Temozolomide 100 MG Capsule 2000 MG Temodar PO 20/BTL | Temodar SCHERING PLOUGH CORPORAT ION | $2,895.40 | | $2,452.50 | $2,502.55 | |

Highly Confidential

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J8700 | | | | | | | |
| 910-240 00085-1252-01 | Temozolomide 250 MG Capsule MG Temodar PO 5/BTL | Temodar SCHERING PLOUGH CORPORAT ION | $1,809.70 | | $1,532.81 | $1,564.09 | |
| J8700 | | | | | | | |
| 910-245 00085-1252-02 | Temozolomide 250 MG Capsule 5000 MG Temodar PO 20/BTL | Temodar SCHERING PLOUGH CORPORAT ION | $7,239.80 | | $6,191.26 | $6,256.39 | |
| J8700 | | | | | | | |
| 890-211 00009-0417-02 | Testosterone Cypionate 200 MG/ML Oil 2000 MG Depo-testosterone IM (VIAL) | Depo-testosteron e PHARMACI A CORPORAT ION | $94.14 | | $80.56 | $82.20 | |
| J1080 | | | | | | | |
| 202-515 00703-4301-02 | Thiotepa 15 MG Powder for solution Thiotepa IJ (S.D.V.) | Thiotepa ABBOTT HOSPITAL PRODUCTS | $148.44 | | $50.96 | $52.00 | |
| J9340 | | | | | | | |
| 202-530 00703-4303-01 | Thiotepa 30 MG Powder for solution Thiotepa IJ (S.D.V.) | Thiotepa ABBOTT HOSPITAL PRODUCTS | $296.88 | | $101.92 | $104.00 | 3 units |
| J9340 | | | | | | | |
| 840-772 67211-0342-08 | Tinzaparin Sodium 20000IU/ML Solution 40000 IU Innohep SC 2ML MDV | Innohep PHARMION CORPORAT ION | $161.28 | | $79.03 | $80.64 | 1 unit |
| J1655 | | | | | | | |
| 901-285 00007-4201-01 | Topotecan HCl 4 MG Powder for solution 4 MG Hycamtin IV (S.D.V.) | Hycamtin GLAXO SMITHKLIN E PHARMACE UTICALS | $768.17 | | $621.06 | $633.73 | |
| J9350 | | | | | | | |
| 901-280 00007-4201-05 | Topotecan HCl 4 MG Powder for solution 4 MG Hycamtin IV (S.D.V.) | Hycamtin GLAXO SMITHKLIN E PHARMACE UTICALS | $768.17 | | $621.07 | $633.74 | 85 units |
| J9350 | | | | | | | |
| 211-673 50242-0134-60 | Trastuzumab 440 MG Powder for solution 440 MG Herceptin IV (M.D.V.,W/DILUENT) | Herceptin GENENTEC H, INC. | $2,544.78 | | $2,010.32 | $2,051.35 | 249 units |
| J9355 | | | | | | | |
| 860-360 00074-6533-01 | Vancomycin 1 GM Powder for solution 1000 MG Vancomycin hcl IV (VIAL, FLIPTOP) | Vancomyci n hcl ABBOTT HOSPITAL PRODUCTS | $17.68 | | $12.14 | $12.39 | 20 units |
| J3370 | | | | | | | |
| 503-320 00173-0463-00 | Ventolin 0.09 MG/INH Aerosol powder Ventolin IH (80 DOSE) | Ventolin GLAXO SMITHKLIN E PHARMACE UTICALS | $17.66 | | $19.68 | $20.08 | |
| 102-810 63323-0278-10 | Vinblastine Sulfate 1 MG/ML Solution 10 MG Vinblastine sulfate IV (M.D.V.) | Vinblastine sulfate APP (AMERICAN PHARMACE UTICAL PARTNE | $43.23 | | $7.74 | $7.90 | 87 units |

Highly Confidential

009224870

BMS/AWP/001484044

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J9360 | | | | | | | |
| 102-750 00013-7456-86 J9370 | Vincristine 1 MG/ML Solution 1 MG Vincasar pfs IV (VIAL) | Vincasar pfs PHARMACI A CORPORAT ION | $43.23 | | $4.22 | $4.31 | |
| 102-770 00703-4402-11 J9370 | Vincristine 1 MG/ML Solution 1 MG Vincristine sulfate IV (PRES.- FREE S.D.V.) | Vincristine sulfate ABBOTT HOSPITAL PRODUCTS | $35.77 | | $3.09 | $3.15 | |
| 102-760 61703-0309-06 J9370 | Vincristine 1 MG/ML Solution 1 MG Vincristine sulfate IV (S.D.V.,P.F.) | Vincristine sulfate FAULDING PHARMACE UTICAL CO. | $31.75 | | $4.20 | $4.29 | |
| 102-755 00013-7466-86 | Vincristine 1 MG/ML Solution 2 MG Vincasar pfs IV (VIAL) | Vincasar pfs | --- | | $6.85 | $6.99 | |
| 102-775 00703-4412-11 J9375 | Vincristine 1 MG/ML Solution 2 MG Vincristine sulfate IV (PRES.- FREE S.D.V.) | Vincristine sulfate ABBOTT HOSPITAL PRODUCTS | $71.54 | | $5.61 | $5.72 | 26 units |
| 102-765 61703-0309-16 J9375 | Vincristine 1 MG/ML Solution 2 MG Vincristine sulfate IV (S.D.V.,P.F.) | Vincristine sulfate FAULDING PHARMACE UTICAL CO. | $38.25 | | $6.60 | $6.73 | 335 units |
| 200-101 00173-0656-01 J9390 | Vinorelbine Tartrate 10 MG/ML Solution 10 MG Navelbine IV (S.D.V.) | Navelbine GLAXO SMITHKLIN E PHARMACE UTICALS | $109.80 | | $88.78 | $90.59 | 1381 units |
| 200-105 00173-0656-44 J9390 | Vinorelbine Tartrate 10 MG/ML Solution 50 MG Navelbine IV (S.D.V.) | Navelbine GLAXO SMITHKLIN E PHARMACE UTICALS | $549.02 | | $443.68 | $452.94 | 192 units |
| 200-201 00703-4182-01 | Vinorelbine Tartrate 10MG/ML Solution 10 MG IV 1ML | --- | --- | | $68.60 | $70.00 | |
| 200-205 00703-4183-01 | Vinorelbine Tartrate 10MG/ML Solution 50 MG IV 5ML | --- | --- | | $342.02 | $349.00 | |
| 501-164 60492-0021-01 J2792 | WinRho 600 IU Powder for solution HCG Winrho sdf IV 120MCG (S.D.V.) | Winrho sdf NABI | $142.00 | | $70.32 | $71.75 | |
| 840-300 00078-0350-84 | Zoledronic Acid 4MG Powder for solution 4 MG Zometa IV (VIAL) | Zometa NOVARTIS PHARMACE UTICALS CORPORAT IO | $915.47 | | $695.30 | $709.49 | 1307 units |

Highly Confidential

009224871

| OS Net 75 Price | OS 2002 Annual Purchases | Net/Net Difference | Comments |
|---|---|---|---|
| | (Purchase Volume x Net 75) | OS - OTN | |

Highly Confidential

009224872

# EXHIBIT 49





# Reimbursement in Office Based Oncology

## Sales Meeting
## July 11, 2000
### John Akscin

EW

BP 02531

HIGHLY CONFIDENTIAL —
BMS/AWP/000096632

**Reimbursement in Office Based Oncology**

OTN

**OTN Mission**

"To Be Essential to the Success of Office Based Oncology"

OTN

**Objectives**

- Understand OBO environment
- Provide reimbursement challenges
- Develop "Customer Loyalty"

OTN

BP 02532                    1

EW

HIGHLY CONFIDENTIAL
BMS/AWP/000096633

## The OBO Profile

- 2.6 Physicians
  - Board Certified
    - Medical Oncology
    - Hematology
- 268 New Cancer Patients/physician/year
- Gross Revenue $1.9 M/physician/year
- 55% of New Patients Get ChemoTx

OTN

## OBO Revenue

- Highly Medicare Driven
  - Physician services – RBRVS
  - ChemoTx Admin – RBRVS
  - Drugs – AWP
  - Lab – Fee Schedule

OTN

## Gross Revenue Mix





OTN

2

BP 02533          EW

HIGHLY CONFIDENTIAL
BMS/AWP/000096634



**Adjustments to Revenue**

- 33% Contractual Adjustments
  - Over 50% Medicare
  - Over 25% DFFS Managed Care
  - Medicaid ~ ?

OTN



**OBO Expense**

- Drugs
  - Costs
  - Inventory carrying costs
  - Wastage
- Medical supplies (non reimbursed)
  - Needles
  - Syringes
  - IV Tubing

OTN

**OBO Expense**

- Salaries
- Capital equipment
  - Bio-safety hoods
  - Chairs
  - IV pumps
  - Lab
- Rent

OTN

3

EW

HIGHLY CONFIDENTIAL
BMS/AWP/000096635







4

HIGHLY CONFIDENTIAL
BMS/AWP/000096636



## The Reimbursement Process Cycle

OTN

## Physician Reimbursement

- Office visits (E & M Coding)
  - Level 1 through 5
  - System developed in 1991
  - Reimbursement rates same for all specialties.
- Chemotherapy administration (CPT Coding)
  - Injections & Infusions, (96000 series)
  - Reimbursement rates don't cover costs
  - No reimbursement for medical supplies

OTN

## ChemoTx Admin, Medicare

| PROCEDURES | CPT | CHARGE | B/C 2000 | COST |
|---|---|---|---|---|
| CHEMO ADMIN SUBQ/IM | 96400 | $12.00 | $5.49 | $6.62 |
| CHEMO ADMIN IV PUSH | 96408 | $33.38 | $28.09 | $42.89 |
| CHEMO ADMIN IV INF 1hr | 96410 | $48.50 | $38.01 | $55.52 |
| CHEMO ADMIN IV INF ADDL | 96412 | $38.50 | $45.40 | $58.75 |
| CHEMO ADMIN IV PORT PUMP | 96414 | $72.00 | $52.36 | $55.65 |
| CHEMO ADMIN IV PORT PUMP | 96520 | $38.70 | $43.06 | $81.30 |
| REFILL & MAINT, PUMP | 96530 | $48.20 | $35.55 | $43.94 |

OTN

EW                                                      5

HIGHLY CONFIDENTIAL
BMS/AWP/000096637

**Physician Reimbursement**

- Drug reimbursement
  - Medicare based on 95% of AWP
    - 80% paid by Medicare
    - 20% paid by Patient or other insurance
  - Medicare is 50 - 55% of all cancer patients
  - Generates over 60% of the revenue for CBO's

**OTN**

**Average Wholesale Price**

- Two companies determine AWP
  - Blue Book (First Data Bank)
  - Red Book (Micromedic)
- AWP does not represent actual acquisition cost
  - 20 - 25% differential for sole source products
  - Over 50% differential for multisource products

**OTN**

**Drug Reimbursement Today**

- Not based on:
  - NDC
  - Vial size
  - Strength
- Is based on
  - J-Code
  - Billing units
  - Diagnosis (ICD-9 code)

**OTN**

6

EW

HIGHLY CONFIDENTIAL
BMS/AWP/00009663B

## Drug Reimbursement Today

| Drug | J-Code | Est Acq | MUC |
|---|---|---|---|
| Taxol 30mg | J9265 | $142.50 | $172.50 |
| Carbo 50mg | J9045 | $ 82.55 | $103.34 |
| Leucovorin 50mg | J2540 | $ 2.25 | $ 32.53 |
| Doxorubicin 10mg | J9000 | $ 6.90 | $ 44.90 |
| Zofran 1mg | J2405 | $ 4.20 | $ 6.29 |
| Kytril 100mcg | J1626 | $ 14.00 | $ 13.53 |

**OTN**

## What is happening?

- HCFA is proposing changing the AWP for 50 products to more closely reflect actual acquisition cost
  - 20 oncology products which include doxorubicin, leucovorin, 5-HT3's
  - HCFA provided data to First Data Bank with initial drug cost information
  - Potential effective date - October 1
  - FDB to collect information from wholesalers - OTN is listed first

**OTN**

## Drug Reimbursement October

| Drug | J-Code | Est Acq | New MUC |
|---|---|---|---|
| Taxol 30mg | J9265 | $142.50 | $172.50 |
| Carbo 50mg | J9045 | $ 82.55 | $103.34 |
| Leucovorin 50mg | J2540 | $ 2.25 | $ 2.95 |
| Doxorubicin 10mg | J9000 | $ 6.90 | $ 8.90 |
| Zofran 1mg | J2405 | $ 4.20 | $ 4.82 |
| Kytril 100mcg | J1626 | $ 14.00 | $ 13.53 |

**OTN**

7

EW

BP 02538

HIGHLY CONFIDENTIAL
BMS/AWP/000096639

## Impact per treatment visit

| DX | TX | Total charges | Total costs | Old M/C | New M/C |
|---|---|---|---|---|---|
| Colon | 1D 5FU Loop | $103.19 | $105.42 | $ 33.50 | $ 33.33 |
| Colo-Rectal | 1D 5FU Loot | $392.29 | $330.44 | $241.53 | $243.29 |
| Breast | CMF | $287.30 | $475.19 | $143.12 | $379.30 |

**OTN**

## What is happening?

- No change in reimbursement for office visits will be proposed
- Changes to Chemotherapy administration (CPT codes) reimbursement may be proposed
- Proposed drug changes will most likely extend to all drugs in near future

**OTN**

## What is happening?

- ASCO, ONS, ACCC all recognize that if changes are not simultaneously made to ChemoTx Admin – medical oncologists cannot cover overhead
- ASCO, ONS and ACCC have instituted letter writing campaigns
- ASCO sent letter to FDB urging them not to distribute pricing from DOJ study

**OTN**

8

EW

BP 02539

HIGHLY CONFIDENTIAL
BMS/AWP/000096640

## What is happening?

- US House of Rep's has passed M/C prescription drug bill with amendment to stop and study the effect of reduced drug payments on patients access to care

- Talks are beginning on BBRA-2. Not serious yet, may be best avenue for resolution in September

**OTN**

## What is happening?

- ASCO is meeting with HCFA
  - ? Data from FDB
  - Impact on OBD

- CAC's are appealing to M/C carriers

**OTN**

## What will ultimately happen?

- ??? Access to cancer care
- Continue to receive press
- Changes in how outpatient cancer care is reimbursed is long overdue and will occur.
- Other insurance companies will follow Medicare's lead.

**OTN**

9

EW

BP 02540

HIGHLY CONFIDENTIAL
BMS/AWP/000096641

...extend and enhance the lives of
patients with cancer...

- The most cost effective environment to treat
  cancer patients is in the outpatient setting.
- The best care for cancer patients is the
  outpatient setting.
- Fair and adequate reimbursement for
  providers will assure patient access and
  development of new therapies

**OTN**

---

What is OTN doing?

- To date, we have not provided any
  information to any outside party
- Keep customers updated on OTN-Online
- Letter to go to customers that inquire
- Route all calls to John Akscin

**OTN**

---

HR Issues

10

EW

BP 02541

HIGHLY CONFIDENTIAL
BMS/AWP/000096642

**How Is OTN Essential?**

- Information
- Simplification
- Expertise
- Development

OTN

11

EW

BP 02542

HIGHLY CONFIDENTIAL
BMS/AWP/000096643

# EXHIBIT 50

## Reimbursement

The oncology market is unique among market sectors because of the role the community-based oncologist plays as both the prescriber and purchaser of injectable cytotoxic drugs. It is estimated that 65% of a medical oncologist's revenue is derived from administering chemotherapy. Since these products are primarily purchased and administered in the outpatient setting, or in the hospital outpatient setting, the retail pharmacy sector is less important than in other therapeutic areas. Therefore, drug reimbursement has been a significant source of revenue and profit. Most payors, public and private, reimburse the delivery components as shown below.

**Table 2.9: Key Components of Reimbursement**

| Component | Description |
|---|---|
| Physician Services | Reimbursed according to a predetermined payment schedule with a unique line item code: CPT code |
| Administration of the chemotherapy | Reimbursed according to a predetermined payment schedule with a unique line item code: CPT code |
| Drug | Reimbursed for a predetermined formula based on the Average Wholesale Price (AWP) associated with a unique line item code: J-code; HCPCS code; or NDC |
| Supplies | Reimbursed either by a scheduled payment amount associated with a specific line item code (HCPCS code) or considered to be part of the above Rx administration service |
| Facility | Is usually considered part of the Rx administration service. It is recognized as included in the "practice expense" portion established as part of the administration codes payment. |

## Medicare

As the single largest payer for the treatment of colorectal, head and neck, and pancreatic cancers, Medicare will be a critical payer for ERBITUX™. Because Medicare policy decisions often set a precedent for private payers to follow, Medicare is also likely to affect the way private players reimburse for the drug.

Highly Confidential

The method by which Medicare sets payment levels for medical services differs between physicians and facilities (e.g., hospitals, nursing homes) and between types of facilities. The method of payment for each provider and site of service that are relevant to ERBITUX™ are described below.

## Physician payment

Physicians are reimbursed by Medicare according to a fee schedule, or a list of standardized payment rates for individual medical services. The fee schedule determines payment regardless of where the physician services are provided. In essence, a prospectively defined amount of payment is assigned to each medical service, as defined by the Healthcare Common Procedure Coding System (HCPCS) code.

The HCPCS is a three-level coding system that provides a uniform method for providers and suppliers to report professional services, procedures and supplies. The three levels of the HCPCS system are:

- Level I: Current Procedural Terminology (CPT). CPT codes were developed and are maintained by the American Medical Association, in partnership with CMS. CPT is widely accepted throughout the country for coding of medical procedures. CPT codes are five-digit numeric codes with descriptive terms that are used for reporting services performed by physicians and other health care practitioners. Services represented in the CPT are organized into six major groups: (1) evaluation and management (office visits), (2) anesthesiology, (3) surgery, (4) radiology, (5) pathology, and (6) laboratory.

- Level II: HCPCS / National Codes. Because the CPT codes are not comprehensive, CMS developed an additional set of national codes to report medical services and supplies not included in the CPT. For example, all pharmaceuticals are assigned Level II HCPCS codes. Level II codes are required for reporting most medical services and supplies provided to Medicare and Medicaid patients, and private insurance carriers increasingly require the use of HCPCS / national codes. HCPCS Level II codes begin with an alpha character (A through V) followed by four numeric digits.

- Level III: Local Codes. The third level of HCPCS codes includes codes assigned and maintained by individual Medicare carriers. Individual carriers use these codes to describe new procedures that are not yet available in Levels I or II. Carriers introduce Level

BMS/AWP/00393438

III codes throughout the year and notify physicians and suppliers when these local codes are required. They begin with an alpha character (W through Z) followed by four numeric digits.

### Services and procedures

Each HCPCS code is assigned a level of payment according to the resource-based relative value scale (RBRVS), a prospective payment system (PPS) developed by researchers at Harvard in 1989 and implemented by CMS under congressional mandate in 1992. The RBRVS ranks medical services (as defined by HCPCS) according to the relative costs of resources required to provide them. The value of each service is ranked relative to other services and adjustments are made for geographic variation.

The RBRVS payment system assigns three values to each procedure code, which when summed and multiplied by a dollar conversion factor and a geographical adjustment factor, represent the Medicare payment amount for the procedure. The three relative value units (RVUs) assigned to each procedure code include the following:

- Work RVU. The physician work RVU is based on the amount of work required to perform procedures as calculated in the Harvard RBRVS study. Physician work accounts for more than half of a physician's Medicare reimbursement for a service.

- Practice Expense (PE) RVU. Practice expenses consist of all non-physician resources used by the physician to provide services, including rent, equipment, supplies, non-physician-labor (e.g., nurses and clerical staff), and other expenses. A site of service differential is applied to the PE RVUs of procedure codes furnished outside of the physician's office (i.e., payments are reduced for out-of-office services).

- Malpractice (PLI) RVU. Malpractice accounts for the smallest portion of Medicare reimbursement for physician services, approximately five percent.

Each of the three RVUs is multiplied by a geographic practice cost index (GPCI), summed, and multiplied by a dollar conversion factor (CF) to calculate total payment.

Typically, providers bill for the office visit or administration, but not both in the same visit. However, providers can bill for the office visit in conjunction with chemotherapy administration. Supplies (e.g., syringes, IV kits) are included in Medicare's reimbursement for the office visit or administration.

## Drugs

Medicare reimbursement of drugs is set by statute. The reimbursement allowable is 95% of the average wholesale price (AWP);
Medicare reimburses 80% of this allowable, and the patient or secondary insurance is responsible for the remaining 20%.

It must be pointed out that payment for chemotherapeutic agents has traditionally been a revenue center for oncologists. For covered
products, Medicare reimbursement is much higher than the actual acquisition cost to providers. Some manufacturers have exploited
the situation by increasing the "spread" between the acquisition cost and the AWP, in order to provide a monetary incentive for
physicians to use their product.

Medicare is well aware that they are overpaying for these drugs, but is unable to reduce payments because the level of payment (i.e.,
95% of AWP) is set by Congress. There have been recent efforts to reduce Medicare payments on certain drugs. Three agencies have
investigated Medicare drug pricing:

- Department of Justice (DoJ);

- House Committee on Commerce; and

- Office of Inspector General (OIG) for Health and Human Services (HHS).

CMS initiated steps to reduce Medicare payment by invoking "inherent reasonableness" to reduce payments that were deemed
excessive and by trying to reset the AWPs for some high-profile drugs. Congress requested that the General Accounting Office
(GAO) investigate Medicare drug reimbursements according to the Medicare, Medicaid, SCHIP Benefits Improvement and Protection
Act (BIPA) of 2000. In September 2001, GAO concluded that drug payment based on AWPs is flawed and that CMS should work to
use pricing data based on market transactions, which would be reflective of more accurate prices. There was no AWP legislation in
2001 (although we can expect an early start on this issue in 2002). CMS also realizes that payments for physician services are
inadequate and that a change in drug payments cannot happen without a corresponding change in payments for physician services. The objective is

BMS/AWP/00393440

to have more accurate pricing for both chemotherapy drugs and chemotherapy administration in place at the same time. Of the three committees in the House and Senate with jurisdiction over this issue, only one has reached the point of drafting legislative language.

*Oral Chemotherapy Drugs*

Many believe that passage of a Medicare Outpatient Prescription Drug Benefit Plan and oral drug legislation entitled Access to Cancer Therapies Act will be difficult. However, the Association of Community Cancer Centers (ACCC) stated that some provisions may be addressed in the Omnibus Budget Reconciliation bill. At some point, an oral drug benefit for Medicare is likely given the following: numerous oral drugs are currently being studied in clinical trials, coverage is being offered by some private insurers, and pharmaceutical companies and industry are marching forward regardless of whether Medicare provides coverage.

In preparation for upcoming action on oral drug legislation, ACCC submitted to federal policymakers its study on "Oral Oncology Products: Barriers to Successful Adoption" of office-based practices that prescribe or dispense oral drugs. The data included more than 100 patients treated with oral drugs.

The study found that in recruiting study participants, the existing profiles of oral drug use may be unrealistic. Also, while some patients enjoy the convenience of oral drugs, others enjoy the support of regular contact with healthcare professionals. With regard to insurance and oral agents, the study found that insurers reportedly engaged in typical "hassle factor" behavior when it came to oral products. While three Durable Medical Equipment Regional Carriers (DMERCs) required paper claims but processed claims within 30 days, private insurers required extensive documentation on medical necessity, which took 30 days just for documentation tasks.

It was pointed out three steps need to occur to overcome barriers to use oral agents. These steps are: 1) increase the number of dispensing practices, 2) demonstrate that the relative "hassle" is not greater for oral products than for new IVs, and 3) provide an easy way of setting up a DMERC number and a reimbursement plan for offices to make the orals succeed.

BMS/AWP/00393441

Although not a finding reported in this study, the activities surrounding reimbursement for drugs and administration will weigh heavily on the prescribing behavior of physicians.

*Facility payment – Hospital Inpatient*

Section 1886(d) of the Social Security Act sets forth a system of payment for the operating costs of acute care hospital stays under Medicare Part A. This system, implemented in October 1983, is known as the hospital inpatient prospective payment system (PPS). The hospital inpatient PPS reimburses for medical services based on a rate per discharge payment that varies according to the diagnosis related group (DRG) to which the Medicare beneficiary's stay is assigned. DRGs are a series of 499 groups of related diagnoses and procedures, to which all-inclusive payment amounts are prospectively set. Cases are classified under the PPS based on the principal diagnosis, up to eight additional diagnoses, up to six procedures performed during the stay, age, sex and discharge status. The hospital payment is then determined by multiplying the relative weight associated with the DRG by the national average standardized amount (adjusted for other hospital characteristics such as geographic wage index, teaching status and percentage of low-income patients). Since this implementation, the pace of innovation in medical technology (i.e., drugs and devices) had been rapid and often expensive. On December 21, 2000, Congress passed the Benefits Improvement and Protection Act (BIPA) of 2000, requiring the establishment of a mechanism to recognize these new technologies.

On September. 7, 2001, the Centers for Medicare and Medicaid Service (CMS) published in the *Federal Register* its final rule regarding special payments for new medical services and new technologies (collectively referred to as "new technologies") under the hospital inpatient PPS. Requests for consideration and evidence that the new technology meet the criteria for special payment must be submitted to CMS by the beginning of December 2001 in order to be considered for 2003.

A federal panel, comprised of CMS clinical staff, supplemented with CMS coding and claims processing experts, and including external expertise when necessary, will evaluate whether the new technology meets these criteria. The results of the panel's

Highly Confidential

determination will be published in the Federal Register as part of its annual update to the hospital inpatient PPS. The special request must be submitted no later than early October of each year.

CMS will verify submitted data against Medicare Provider Analysis and Review (MedPAR) data. In the case of external data (non-MedPAR data), a significant sample of the data must be submitted prior to August 1 to allow CMS to assess the feasibility of using the data. The data must also demonstrate patient-specific cases. CMS suggests that any party interested in submitting external data should contact CMS prior to submission in order to determine the adequacy of the data. The requester for the special payment of a new technology under the hospital inpatient PPS must demonstrate the following:

- The technology must be considered new. A medical service or technology may be considered new within two or three years after it becomes available on the market and the ICD-9-CM code becomes effective. Technology will no longer be considered new after the point at which data begins to become available reflecting the code assigned to the technology by the ICD-9-CM Coordination and Maintenance Committee. Technology will also not be considered new once CMS has recalibrated the DRGs based on available data to reflect the costs of the otherwise new technology. Subsequent new technologies that are substantially similar to a currently approved (for special payment) technology should be eligible for special payment. An applicant must still submit data that demonstrates that the technology would be inadequately paid under the DRG system.

- The new technology must be an advance in medical technology that substantially improves, relative to technologies previously available, the diagnosis or treatment of Medicare beneficiaries, and must demonstrate one or more of the following criteria:

- The drug or device offers a treatment option for a patient population unresponsive to, or ineligible for, currently available treatments;

■ The drug or device offers the ability to diagnose a medical condition in a patient population where that medical condition is currently undetectable or offers the ability to diagnose a medical condition earlier in a patient population than allowed by currently available methods (there must also be evidence that use of the drug or device to make a diagnosis affects the management of the patient); and/or

Highly Confidential

- Use of the drug or device significantly improves clinical outcomes for a patient population as compared to currently available treatments. Some examples of outcomes that are frequently evaluated in studies of medical devices are the following:

    ➤ Reduced mortality rate with use of the drug or device;

    ➤ Reduced rate of drug- or device-related complications;

    ➤ Decreased rate of subsequent diagnostic or therapeutic interventions (for example, due to reduced rate of recurrence of the disease process);

    ➤ Decreased number of future hospitalizations or physician visits;

    ➤ More rapid beneficial resolution of the disease process treatment because of the use of the drug or device;

    ➤ Decreased pain, bleeding, or other quantifiable symptom; and

    ➤ Reduced recovery time.

- The new technology must also be demonstrated to be otherwise inadequately paid under the DRG system to receive special payment. CMS will determine whether the DRG payment would be adequate by establishing a threshold amount set at one standard deviation beyond the geometric mean standardized charge for all cases in the DRG to which the new technology is assigned.

*Exception for cancer hospitals*

Certain types of hospitals are excluded from the PPS for hospital inpatient reimbursement. Such hospitals include psychiatric, rehabilitation, children's, long-term care, and cancer hospitals. For a cancer hospital to be excluded from the PPS, it must:

- Have been recognized as a comprehensive cancer center or clinical cancer research center by the National Cancer Institute as of April 20, 1983;

- Demonstrate that the entire facility is organized primarily for the treatment of and research on cancer (i.e., the facility is not a subunit of an acute general hospital or university-based medical center); and

- Show that at least 50% of its total discharges have a principal diagnosis that reflects a finding of neoplastic disease.

BMS/AWP/00393444

There are ten cancer hospitals excluded from the PPS system. They are:

- American Oncologic Hospital (Fox Chase), Philadelphia, PA
- Arthur G. James Cancer Hospital and Research Institute, Columbus, OH
- City of Hope National Medical Center, Los Angeles, CA
- Dana-Farber Cancer Institute, Boston, MA
- Fred Hutchinson Cancer Research Center, Seattle, WA
- Memorial Hospital for Cancer and Allied Disease, New York, NY
- Roswell Park Memorial Institute, Buffalo, NY
- University of Miami Hospital and Clinics, Miami, FL
- USC Kenneth Norris Jr. Cancer Hospital, Los Angeles, CA
- University of Texas M. D. Anderson Cancer Center, Houston, TX

These hospitals are reimbursed under the Tax Equity and Fiscal Responsibility Act (TEFRA) of 1982. TEFRA facilities are paid on the basis of Medicare reasonable costs per case, limited by a hospital specific target amount per discharge. Each hospital has a separate payment limit or target amount that was calculated based on the hospital's cost per discharge in a base year. The base year target amount is adjusted annually by an update factor.

Hospitals whose costs are below their target amount are entitled to bonus payments equal to half of the difference between costs and the target amount, up to a maximum of five percent of the target amount. Medicare also makes additional payments to hospitals whose costs exceed their target amounts. For these hospitals, Medicare pays bonus payments equal to half of the amount by which the

Highly Confidential

hospital's costs exceed the target amount up to 10% of the target amount. Hospitals that experience significant increase in patient acuity may also apply for additional Medicare exceptions payments.

## Facility payment – Hospital Outpatient

Currently, hospitals are reimbursed for outpatient services based on a new prospective payment system. Section 4523 of the Balanced Budget Act (BBA) of 1997 provided for the implementation of a PPS for most hospitals for outpatient services furnished on or after January 1, 1999. However, due to Year 2000 system concerns and strong opposition to CMS' proposed implementation plan, the new PPS was finally implemented on August 1, 2000. The ten PPS-exempt cancer hospitals are protected from financial losses under the hospital outpatient prospective payment system (OPPS).

The new system is based on ambulatory payment classifications (APCs), which assigns HCPCS codes to payment groups to account for the amount and type of resources used in the ambulatory setting. In principal, APCs are similar to DRGs (except that APCs are based on CPT-4/HCPCS codes rather than ICD-9-CM codes). Like DRGs, all procedures within a given APC are reimbursed at the same level and hospitals know prospectively what the reimbursement level is for a given procedure. Payment for the APC covers the total cost of performing a procedure/visit (i.e., it includes the wage-standardized operating and capital costs, as well as bundled ancillary costs such as drugs, operating room time, medical/surgical supplies, anesthesia, recovery room time, etc.).

Manufacturers can apply for pass-through status for new drugs and cancer drugs, which would then be reimbursed at 95% of average wholesale price (AWP) in addition to the administration procedure. Congress required Medicare to make transitional pass-through payments temporarily to help pay for new technologies while CMS incorporated their costs into the base payment rate. A cap of 2.5 percent of total outpatient prospective payment system (PPS) payments was set aside for pass-throughs. If CMS thought the cap would be exceeded, it was required to make an across-the-board reduction in the extra payments. The 2.5 percent pass-through payment pool should have amounted to about $440 million in 2001, based on overall outpatient Medicare spending of $17.5 billion; but actual spending on pass-throughs was $2.3 billion in the first year of the prospective payment system alone, requiring significant cuts in

BMS/AWP/00393446

pass-through rates to maintain the 2.5 percent cap. As CMS stated in the final rule published on November 2, 2001, passthrough payments will be subject to a substantial pro rata reduction of 68.9%. CMS is basing its pro rata reduction on projections of passthrough payments, not on actual claims data reflecting passthrough experience since PPS was implemented on August 1, 2000.

CMS will delay implementation of 2002 APC rates and pass-through payment cuts for three months after discovering the OPPS final rule for 2002 contained technical errors. CMS chose to delay implementation of potions of the final rule until a review of the data could be completed. CMS will publish a final rule containing the revised rates by April 1, 2002. The delay keeps in place pass-through new technology payment rates, which are scheduled to be cut in 2002. This allows outpatient facilities three months of reimbursement at 95 percent of AWP. However, the reduction in the amount of money available for pass-through payments could place a burden of the system as new drugs become available.

## Benchmarking

For benchmarking purposes the product used in combination with ERBITUX™ was reviewed as well as three monoclonal antibodies; Camptosar® (irinotecan), Rituxan® (rituximab), Herceptin® (trastuzumab) and Campath® (alemtuzumab). There is no national coverage policy for Camptosar, Herceptin, Rituxan, or Campath, therefore a review of coverage policies at the local Part B carrier level was performed. Specifically, 11 carriers covering 18 states that publish local medial review policies (LMRPs) were surveyed. LMRPs were surveyed for the following drugs: Camptosar, Herceptin, Rituxan, and Campath. Fewer than half of the carriers surveyed have existing policies for all four of these products. However, many of the large carriers have specific coverage policies for at least some of these products. These policies are similar in terms of covered indications, restrictions, etc.

## Coverage for Drugs

Generally, drugs and biologicals are covered only if all of the following requirements are met[1].

_____

[1] Medicare Carriers Manual (MCM) 2049.

BMS/AWP/00393447

- They meet the definition of drugs or biologicals;

- They are of the type that cannot be self-administered;

- They meet all the general requirements for coverage of items as incident to a physician's services;

- They are reasonable and necessary for the diagnosis or treatment of the illness or injury for which they are administered according to accepted standards of medical practice;

- They are not excluded as immunizations; and

- They have not been determined by the FDA to be less than effective.

Drugs that can be self-administered, such as those in tablet/capsule form, or are used for self-injection, are generally not covered by Part B. However, the statute provides for the coverage of some self-administered drugs. Examples of self-administered drugs that are covered include blood-clotting factors, drugs used in immunosuppressive therapy, erythropoietin for dialysis patients, osteoporosis drugs for certain homebound patients, certain oral cancer drugs, and oral anti-nausea drugs when used in certain situations.

Effective January 1, 1994, Medicare Part B coverage was extended to include oral anti-cancer drugs that are prescribed as anti-cancer chemotherapeutic agents, providing they have the same active ingredients and are used for the same indications as anti-cancer chemotherapeutic agents which would be covered if they were not self-administered and they were furnished incident to a physician's service as drugs and biologicals.

This provision applies only to the coverage of anti-neoplastic chemotherapeutic agents. It does not apply to oral drugs and/or biologicals used to treat toxicity or side effects such as nausea or bone marrow depression. Medicare will cover anti-neoplastic chemotherapeutic agents, the primary drugs that directly fight the cancer, and self-administered anti-emetics that are necessary for the administration and absorption of the anti-neoplastic chemotherapeutic agents when a high likelihood of vomiting exists. Oral drugs prescribed for use with the primary drug that enhance the anti-neoplastic effect of the primary drug or permit the patient to tolerate the primary anti-neoplastic drug in higher doses for longer periods are not covered. Self-administered anti-emetics to reduce the side effects of nausea and vomiting brought on by the primary drug are not included beyond the administration necessary to achieve drug absorption.

BMS/AWP/00393448

For an oral anti-cancer drug to be covered under Part B, it must:

- Be a drug or biological that has been approved by the Food and Drug Administration

- Have the same active ingredients as a non-self-administrable anti-cancer chemotherapeutic drug or biological that is covered when furnished incident to a physician's service (i.e., the oral anti-cancer drug and the non-self-administrable drug must have the same chemical/generic name as indicated by an authoritative drug compendium), or, effective January 1, 1999, be a prodrug (i.e., an oral drug ingested into the body that metabolizes into the same active ingredient that is found in the non-self-administrable form of the drug).

- Be used for the same indications, including unlabeled uses, as the non-self-administrable version of the drug; and

- Be reasonable and necessary for the individual patient.

*Coverage for Camptosar*

Accelerated approval is a regulatory mechanism that allows early approval for a product for the treatment of a life-threatening disease for which no acceptable alternative treatments exist. It is based on markers of effectiveness (i.e., shrinkage of tumor) rather than documented beneficial effect on patients (i.e., improved survival). There is a requirement, however, that after approval, more definitive data will be available that demonstrates a favorable effect(s) on clinical endpoints (approval may be withdrawn if not demonstrated). Accelerated approval can give patients earlier access to cancer therapies which, based on effects, are very likely to lead to true clinical benefits.

On June 13, 1996 (approximately six months after filing), the FDA's Oncology Drugs Advisory Committee unanimously recommended that Camptosar be approved under the accelerated approval regulations. Camptosar's approval was based on three open-label phase II studies in patients with metastatic colorectal cancer that recurred or progressed following 5-FU based chemotherapy. Results showed that the drug reduced tumor size in about 13% of patients for an average of six months.

Highly Confidential

BMS/AWP/00393449

Originally, Camptosar was only approved for use in treatment of patients with metastatic colorectal cancer after failure of first-line (5-FU) chemotherapy. Later, however, Camptosar received FDA approval for first-line therapy for the treatment of patients with metastatic colorectal cancer in combination with 5-fluorouracil/leucovorin. In addition, several carriers cover off-labeled indications, including use for small cell lung carcinoma (SCLC) and cervical cancer; others also cover use for esophageal cancer and gastric cancer.

Most carriers require documentation of the patient's metastatic carcinoma of colon or rectum, or justification for off-label use (i.e., for SCLC or cervical cancer) such as failure on previous chemotherapy. ICD-9 codes that support medical necessity generally include:

- 153.0-153.9 (Malignant neoplasm of colon); and
- 154.0-154.8 (Malignant neoplasm of rectum, rectosigmoid junction, and anus).

ICD-9 codes that support off-labeled indications generally include:

- 162.2-162.9 (Malignant neoplasm of bronchus and lung); and
- 180.0-180.9 (Malignant neoplasm of the cervix or uterus).

There are two standard dosing schedules:

- Weekly (recommended starting dose in adults is 125 mg/m2 once a week for four weeks, followed by a two-week rest period); and
- Once every three weeks (recommended starting dose in adults is 350 mg/m2 once every three weeks).

Doses exceeding the recommended amounts may be reviewed for medical necessity, and additional courses of treatment may be repeated every six weeks. For both schedules, treatment with additional courses may be continued as long as there is continuous response, stability is maintained, and/or therapy can be tolerated. All doses should be administered as an IV infusion over 90 minutes.

Highly Confidential

## Coverage for Herceptin

Herceptin is generally covered for patients with metastatic breast cancer who have a:

- 2+ or 3+ positive HER2 test and have received one or more chemotherapy regimens for their metastatic disease; or
- 2+ or 3+ positive HER2 test and in combination with paclitaxel and have not received chemotherapy for their metastatic disease.

Herceptin is frequently not covered if used in an off-label fashion, such as for patients with metastatic breast cancer who do not have a 2+ or 3+ positive HER2 test. Most carriers require documentation of previous chemotherapy regimens, areas of current metastases, and results of the HER2 test (i.e., positive 2+ or 3+).

The recommended initial loading dose is 4 mg/kg infused over 90 minutes; subsequent doses may be infused over 30 minutes. Herceptin is not to be administered as an intravenous push or bolus.

ICD-9 codes that support medical necessity generally include:

- 174.0-174.9 (Malignant neoplasm of female breast); and
- 175.0-175.9 (Malignant neoplasm of male breast).

## Coverage for Rituxan

All of the medical policies reviewed cover use of Rituxan for patients who meet all three of the following criteria:

- Have had previous treatment with cancer chemotherapeutic agents for this disease;
- Have relapsed or refractory low-grade or follicular CD20+, B-cell non-Hodgkins lymphoma; and
- CD20+ marker must be present by appropriate testing.

BMS/AWP/00393451

All policies state that Rituxan should not be used for first-line treatment. In most policies, repeat treatment after six months is presumed reasonable and necessary based on the patient's response to the original treatment. Off-label use can be covered if supported by appropriate documentation.

The medical chart of patients being treated with Rituxan must provide documentation necessary to establish need. For instance, providers are often required to retain documentation on file that shows evidence of the CD20+ marker.

ICD-9 codes that support medical necessity generally include:

- 200.00-200.88 (Lymphosarcoma and reticulosarcoma); and
- 202.00-202.88 (Other malignant neoplasms of lymphoid and histiocytic tissue).

## Coverage for Campath

Campath is indicated for the treatment of B-cell chronic lymphocytic leukemia (B-CLL) in patients who have been treated with alkylating agents and who failed fludarabine therapy. Campath was recently approved by the FDA (May 7, 2001); therefore, carriers surveyed have not yet published coverage policies.

According to Berlex Oncology, maker of Campath, the appropriate ICD-9 code is:

- 201.40 (Chronic lymphocytic leukemia, without mention of remission).

## Potential Coverage for ERBITUX™

To supplement the findings of this secondary research, one CMS Central Office staff member and one Medicare carrier medical director (CMD) were interviewed. According to the CMS Central Office, they currently have no plans to move forward with a

Highly Confidential

national policy for this class of drugs (i.e., monoclonal antibodies). Specifically for Herceptin, CMS has received a number of letters from carriers requesting further guidance and direction on HER2 testing requirements; however, local carriers have the discretion to set policy, as appropriate, and there are often differences as to how they interpret CMS' rules. Thus, carriers will be the critical decision-makers for Medicare.

According to the CMD interviewed, all FDA-approved cancer therapies will be covered as long as they are considered medically necessary for the tumor type. Off-label usage must be supported appropriately, as outlined in Medicare's off-label policy. Beyond compendia, which may not be up-to-date, carriers often review current literature and phase II trials for approval of off-label uses. Although an off-label use may not be globally approved by the carrier, it may be approved on a case-by-case basis according to community standards.

Medicare covers Herceptin, Rituxan, and Campath for labeled indications. In general, Herceptin and Rituxan require HER2 and CD20 testing, respectively. The CMD indicated that testing requirements are not necessarily micromanaged, but there is the possibility that physicians may be audited if such retrospective review is warranted. If EGFR testing is part of the labeled indication for ERBITUX™, it is inherently understood that testing is required; Medicare would consider the use of either of these drugs in the absence of testing as being off-label.

Medicare also has a wastage policy. If a drug comes as a single-use vial and a portion of the drug must be discarded for some reason, Medicare will pay for the entire vial. The CMD would hope that most patients do not experience an anaphylactic reaction to ERBITUX™, and that the manufacturer comes out with vial sizes that minimize wastage.

The CMD viewed ERBITUX™ as a promising concomitant agent, and would likely approve ERBITUX™ for concomitant use. The carrier often micromanages therapy to first- or second-line use. The respondent stated that "if it works very well second-line, it moves to first-line pretty quickly," however, documentation would be required to support this use. Potential advantages of ERBITUX™

BMS/AWP/00393453

include its side effect profile and novel mechanism of action; however, data must show statistically significant clinical outcomes (e.g., complete or partial response, combination therapy versus monotherapy). The respondent stated that demonstrating stable disease is not enough.

*Medicare Coding and Payment*

Potentially Relevant Physician Office Codes for ERBITUX™

Exhibit 7.  Coding and Payment for Relevant Drugs

| HCPCS | Description | AWP[2] | Allowable | Medicare Payment[3] | Co-Payment |
|---|---|---|---|---|---|
| J9206 | Irinotecan, 20 mg (Camptosar) | $282.64 | $268.51 | $214.81 | $53.70 |
| J9310 | Rituximab, 10 mg (Rituxan) | $478.47 | $454.55 | $363.64 | $90.91 |
| J9355 | Trastuzumab, 10 mg (Herceptin) | $2,446.90 | $2,324.56 | $1,859.64 | $464.91 |
| J9999[4] | Alemtuzumab, 10 mg (Campath) | $4,612.50 | $4,381.88 | $3,505.50 | $876.38 |

Providers may bill for both the office visit and chemotherapy administration.  When ERBITUX™ becomes commercially available, a miscellaneous J code (J9999) will be used.  When billing for administration, providers should use CPT code 96410 for the initial hour of infusion.  When the infusion lasts for more than one hour, CPT code 96412 should be listed separately in addition to 96410.  When billing for the office visit, reimbursement depends on:

• New patient versus established patient; and

---

[2]  Source of AWP's is the *Red Book Update, September 2001*.
[3]  Medicare payment is 80% of the allowable; co-payment is the remaining 20%, for which the patient or secondary insurance is responsible.
[4]  J9999 is a miscellaneous code (not otherwise classified, antineoplastic drug); use this code for Campath until a unique HCPCS code has been assigned.

Highly Confidential

BMS/AWP/00393454

• Level of evaluation and management (E&M).

Exhibit 8. Coding and Payment for Relevant Procedures

| CPT | Description | 2001 National Average[5] | Allowable | Medicare Payment | Co-Payment |
|---|---|---|---|---|---|
| 96410 | Chemotherapy administration, intravenous; infusion technique, up to one hour | $61.60 | $49.28 | $39.42 | $9.86 |
| 96412 | Chemotherapy administration, intravenous; infusion technique, one to eight hours, each additional | $45.91 | $36.73 | $29.38 | $7.35 |
| 99201 | Office or other outpatient visit; new patient, Level 1 | $35.58 | $33.80 | $27.04 | $6.76 |
| 99202 | Office or other outpatient visit; new patient, Level 2 | $63.89 | $60.70 | $48.56 | $12.14 |
| 99203 | Office or other outpatient visit; new patient, Level 3 | $95.65 | $90.87 | $72.70 | $18.17 |
| 99204 | Office or other outpatient visit; new patient, Level 4 | $137.73 | $130.84 | $104.67 | $26.17 |
| 99205 | Office or other outpatient visit; new patient, Level 5 | $174.46 | $165.74 | $132.59 | $33.15 |
| 99211 | Office or other outpatient visit; established patient, Level 1 | $21.04 | $19.99 | $15.99 | $4.00 |
| 99212 | Office or other outpatient visit; established patient, Level 2 | $37.49 | $35.62 | $28.50 | $7.12 |
| 99213 | Office or other outpatient visit; established patient, Level 3 | $52.41 | $102.20 | $81.76 | $20.44 |
| 99214 | Office or other outpatient visit; established patient, Level 4 | $82.64 | $78.51 | $62.81 | $15.70 |
| 99215 | Office or other outpatient visit; | $120.90 | $114.86 | $91.89 | $22.97 |

[5] Source of national averages is the 2001 physician fee schedule; payment amounts vary by geographic location.

Highly Confidential

BMS/AWP/00393455

*Potentially Relevant Hospital Inpatient Codes for ERBITUX™*

| | established patient, Level 5 | | | | |
|---|---|---|---|---|---|
| 88342[6] | Immunocytochemistry (including tissue immunoperoxidase), each antibody | $84.55 | $80.32 | $64.26 | $16.06 |
| 88365[7] | Tissue in situ hybridization, interpretation and report | $98.71 | $93.77 | $75.02 | $18.75 |

Exhibit 9.  Relevant DRG Codes and Payment

| DRG | Description | 2001 National Average[8] |
|---|---|---|
| 172 | Digestive Malignancy with CC | $5,655.61 |
| 205 | Malignancy of Hepatobiliary System or Pancreas | $5,557.05 |
| 64 | Ear, Nose, Mouth and Throat Malignancy | $5,153.59 |

*Potentially Relevant Hospital Outpatient Codes for ERBITUX*

Exhibit 10.  Relevant APC Codes and Payment

| CPT/HCPCS | Description | APC | Payment Rate (effective July 1, 2001) |
|---|---|---|---|
| J9206 | Irinotecan injection | 830 | $125.47 |
| J9310 | Rituximab cancer treatment | 849 | $454.55 |
| J9355 | Trastuzumab | 1613 | $52.83 |
| C9110[9] | Alemtuzumab, per 10 mg/ml | 9110 | $486.88 |

6 Suggested code to use when submitting claims for HER2 testing, specifically immunocytochemistry (HercepTest, manufactured by DAKO).
7 Suggested code to use when submitting claims for HER2 testing, specifically fluorescence in situ hybridization (FISH). FISH technology uses DNA probes to detect the number of copies of the HER2/neu gene, and may be used for confirmation when an immunocytochemistry is 2+; however, FISH assays have not been validated by all payers for use in the selection of candidates for Herceptin therapy.
8 Calculated with an average hospital Medicare base rate of $4,194; each hospital's base rate and corresponding payment will vary.

BMS/AWP/00393456

| C9084 | Chemotherapy administration by infusion only | 117 | $92.45[10] |
| 88342 | Immunocytochemistry | 344 | $39.69 |
| 88365 | Tissue hybridization | 344 | $39.69 |

## Medicare Coverage for Off-Label Use

Coverage policies for off-label use of anti-cancer drugs are set at the national level by CMS, not the local carrier level. According to the requirements set forth in the Medicare Carriers Manual (MCM 2049.4.C), a carrier must first determine if the use of the drug for the off-label indication is supported by one of the following drug compendia, and its use is not listed as "not indicated:"

- American Hospital Formulary Service Drug Information (AHFS DI)

- United States Pharmacopoeia Drug Information (USP DI)

If an off-label use is not supported by one of these drug compendia, the carrier must then determine if the use is supported by clinical research that appears in the peer-reviewed medical literature. This does not include in-house publications of pharmaceutical manufacturing companies or abstracts (including meeting abstracts). Rather, the publication should appear in one of the following peer-reviewed journals:

- American Journal of Medicine

- Annals of Internal Medicine

- The Journal of the American Medical Association

- Journal of Clinical Oncology

- Blood

- Journal of the National Cancer Institute

---

[9] Campath was recently assigned a temporary C-code and is eligible for pass-through payment; payment rate effective October 1, 2001 (CMS Program Memorandum A-01-107).

[10] Payment rate effective April 1, 2001.

BMS/AWP/00393457

- The New England Journal of Medicine
- British Journal of Cancer
- British Journal of Hematology
- British Medical Journal
- Cancer
- Drugs
- European Journal of Cancer
- Lancet
- Leukemia

The carrier must then evaluate the quality of the evidence in the literature by considering:

- The adequacy of the number of subjects and the response rate relative to the prevalence and life history of the disease. For example, while a 20% response rate may be adequate for highly prevalent disease states, a lower rate may be adequate for rare diseases or highly unresponsive conditions.

- The effect on the patient's well-being and other responses to therapy that indicate effectiveness (e.g., a significant increase in survival rate or life expectancy or an objective and significant decrease in the size of the tumor or a reduction in symptoms related to the tumor). Stabilization is not considered a response to therapy.

- The appropriateness of the study design. In particular, the carrier would consider whether the experimental design is appropriate to address the investigative question. For example, in some clinical studies, it may be unnecessary or not feasible to use randomized, blinded trials or placebo controlled designs. Although a randomized design is generally preferred, nonrandomized clinical trials with a significant number of subjects may be a basis for supportive clinical evidence for determining accepted uses of drugs. Case reports, however, are generally viewed as uncontrolled anecdotal information and do not provide adequate supportive clinical evidence for determining accepted uses of drugs.

In order to determine how Medicare carriers are interpreting or implementing this national policy, an examination of written policies from the carrier Web sites was performed. Most of the carriers require that the peer-reviewed literature consist of:

- A Phase III clinical trial that definitively demonstrates safety and effectiveness; or

- If no Phase III trial evidence is available, "several" or "at least two" Phase II clinical trials are required, with reasonably large patient samples showing consistent results of safety and efficacy. Some of the carriers require that the trials be from different centers. Single agent studies are now required and should be included in the clinical plan.

In general, "promising effectiveness" in Phase I clinical studies or a single Phase II study will not be considered sufficient supportive evidence for off-label coverage. Finally, most carriers make it the responsibility of the requestor of off-label coverage (i.e., the physician) to provide the information from the compendia and/or peer-reviewed literature. In addition to the literature, justification for off-label use must also be documented in the patient's medical record.

Most payers, public and private, reimburse the delivery components as shown below:

## Medicaid

The large spreads often seen for multiple source drugs do not have the same effect in the Medicaid program as they do in the Medicare program even though both programs base reimbursement on AWP. That is because Medicaid reimbursement is subject to federal upper limits that, in general, cap payments at 150 percent of the lowest published price in the case of multiple source drugs, i.e., generics (42 C.F.R. § 447.332). Although the mechanism is imperfect, the federal upper limits tend to substantially reduce payment amounts when the spread between AWP and actual prices is large.

BMS/AWP/00393459

## Federal / Veteran's Administration

The VA health care system has 173 medical centers located throughout the United States. In addition, there are more than 391 outpatient, community, and outreach clinics. The VA's medical system is organized into 22 integrated networks of care (VISN).

Cancer is the second leading cause of death among veterans. It is estimated that 170,000 cancer patients are treated through the VA system (50,000 new cases annually). The course of the disease is often protracted, and treatments are quite demanding on resources. This demand will increase as the population of veterans advances in age. To address this situation the VA has developed a National Cancer Strategy that includes the formation of 42 Designated Comprehensive Cancer Centers. In addition, each VISN has identified one individual as the cancer liaison. As part of the National Cancer Strategy, the VA and NCI have agreed to partner on a number of research protocols.

In October 1996, Congress passed the Veteran's Health Care Eligibility Reform Act of 1996, which paved the way for the creation of a Uniform Benefits Package. This is provided to all enrolled veterans and provides coverage for hospital care and outpatient care services that are defined as "needed." Chemotherapy is considered a covered service. However, there is a 20% co-payment for outpatient visits and a $2 charge for each 30 day or less supply of medication provided on an outpatient basis.

To facilitate usage of ERBITUX, it will be important to gain formulary approval. Although non-formulary drugs can be prescribed, pharmacists within the VA are resistant to approve non-formulary requests. The best scenario is to have ERBITUX available through the national formulary. Neither Rituxan nor Herceptin are on the national formulary. However, other agents such as paclitaxel, gemcitabine and irinotecan are included. In addition to the national formulary each VISN and each institution has its own formulary. The formulary process through the VA is quite lengthy and can take in excess of six months before a review takes place. Until that time, prescribing physicians will have to complete a non-formulary request and likely battle the roadblocks set forth by pharmacy.

Highly Confidential

BMS/AWP/00393460

## Private Payors

The primary private payers are Managed Care Organizations (MCOs) and indemnity plans with some cash payers.

### Managed Care Organizations:

It's estimated that by 2005, at least 30% of U.S. cancer care will be delivered by managed care providers. Most managed care plans contract with local oncology practices to provide care to members on a discounted fee-for-service basis. As with other cancer therapies, the decision to use ERBITUX will be made by the treating oncologist. In most cases, these practices are not at risk for the cost of drugs used.

While MCOs are interested in controlling the rising costs of cancer care, there does not seem to be a significant increase in trying to use risk-sharing or capitation agreements to shift the financial burden for drugs to the oncologist. The major attempt to control drug costs involves denying payment for chemotherapy drugs used off-label. The impact of this was greatly reduced following the passage of the Rockefeller-Levin law in 1993. This law mandates for Medicare providers that a drug must be paid for if the drug is used in a medically accepted manner. This is defined as a use supported by peer-reviewed published clinical trials results or a use that is recognized in one of the drug compendia. As a consequence, the MCO will probably require prior authorization for therapy and evidence that the patient expresses EGFR as a means of limiting its use.

There are 20 identified MCOs that cover the majority of cancer patients:

| | |
|---|---|
| Aetna/US Healthcare | Keystone Health Plan East |
| United Healthcare | Coventry |
| PacifiCare | Blue Shield of California |
| Humana | HMO Illinois |
| Cigna | Health Options |
| Health Net | Tufts Health Plan |
| CaliforniaCare | Blue Care Network of Michigan |
| Foundation Health | Blue Choice |
| HIP | HMO Blue |
| Kaiser | Harvard Pilgrim Health Care |

BMS/AWP/00393461

In order to facilitate reimbursement for ERBITUX and formulary acceptance (via the Technology Assessment Groups), it will be important to develop specific strategies and tactics aimed at the decision-makers within these organizations not only during the pre-launch phase but also on an on-going basis post-launch.

*Indemnity:*

Since insurance companies do not reimburse providers for the cost of administering chemotherapy, the profit made on drug mark-ups is a mainstay of most private practices. One way that insurance companies are trying to reduce payments to community oncologists is through the practice of "brown bagging" chemotherapy drugs. The term was coined to describe what happens when 1) an insurance company finds an inexpensive wholesale supplier of oncology drugs, 2) has the supplier ship the drugs to pharmacies near the company's subscribers, and 3) requires its subscribers to pick up the drugs themselves and take them to their oncologist's office in a "brown bag" for infusion. Many oncologists say brown bagging creates so many quality control and patient care problems it should be completely abandoned. In response, insurance companies have developed several brown bagging strategies that address physician concerns, but allow insurance companies to keep their profits. Trigon Blue Cross/Blue Shield, Kaiser Permanente, and the American Association of Health Plans are three payors known to actively participate in this process.

*Cash:*

In order to overcome access to care issues, or to compensate for lack of insurance coverage, a percentage of the population will rely on themselves to pay for care. At this time we do not have an accurate estimate on this population although it is less than 10%.

**Success factors for preferred status**

Initially, Erbitux reimbursement will be for indication only and will be filed under a J9999 code. ("Not otherwise classified code"). As discussed earlier, J-codes are for use by physicians providing services in non-facility settings (OBO) under the "incident to" provision on an HFCA-1500 form.

BMS/AWP/00393462

Importantly, the deadline to submit for an individual J-Code is April 1st. This application can be made once six months of marketing data becomes available. If the application is accepted, the J-Code will be assigned in November and will be effective in <u>January of the following year.</u>

Reimbursement in the outpatient hospital setting requires the submission of a C-code application. Applications for C-codes are accepted by CMS three times per year. (For example: for consideration of a July 1st implementation, the application must be submitted March 1st.) <u>Until a C-code is assigned, the hospital will not receive any reimbursement for product use.</u> Additionally, once the C-code is assigned, retroactive coverage will not be provided.

Once an official J-code has been assigned to the product, the hospital outpatient department will retire the C-code and begin utilizing the established J-code.

If Erbitux is launched in 2002, the following reimbursement scenarios will exist:

- Office based and hospital based reimbursement: 95% of AWP
- EGFR testing would be reimbursed and would be billed by the pathologist
- Off-label support would require publications from peer reviewed sources
- If second to market, begin assessment of broad compendia coverage for all EGFR inhibitors across all EGFR positive tumor types.
- Value added programs will be accessible to assist with launch efforts. (RAP, Procert)

If Erbitux is launched in 2003, the following reimbursement scenarios will likely exist:

- "Access to Cancer Therapies Act" approved in fall 2002 for rapid uptake in 2003
- Office-based oncology reimbursement: WAC+%, increased administrative fees
- Hospital based reimbursement: APC pass through pools eliminated

Highly Confidential

Consequently, the following plan of action required:

1) Assess timing of C-code submission provided July 2003 launch is eminent

2) Identify opportunities to accelerate J-code submission

3) Gain support from ASCO on EGFR expression compendia reimbursement vs. traditional requirements.

4) Understand Herceptin requirements to mange potential impact.

-Stage of disease required with claim

-Her2 results upon request from carrier

Highly Confidential

BMS/AWP/00393464