# EXHIBIT 51

**From:** John Akscin

**Sent:** Tuesday, February 04, 2003 7:49 AM

**To:** Sales-Outside, Reps, MG-WMG OTN; MG-WMG OTN Sales-Inside Reps

**Cc:** Michael Breshgold; Michael Kopicko; Doug Storer; archer@dancris.com; Joseph Wornson; Michael Pollock; Steve Binder

**Subject:** Re: John A's PPT from National Sales Mtg

Good morning to all:

First, let thank you all again for the opportunity to work with you last week. A special thanks goes to Michael, Gena and Donald, for their confidence in allowing me to do something different for this meeting to bring value to our relationship.

I have had several requests for my presentation, so it's attached. At a minimum you may find it helpful to print out the slides relating to OBO business challenges, the benchmarks, the probing questions, and the Four Corners.

Should you have any additional questions that we were unable to discuss, please feel free to send them to me.

Again, many thanks for this opportunity to learn with you. Remember my saying, "We never stop learning until all of our fingers are even on the ends"

John A.



PLAINTIFF'S
EXHIBIT
Akscin 4
8/11/05

BMS/AWP/000956887

# Law & Order: OBO

## "5.5 Ways to Add Value to Your Customer Interaction"

### John Akscin

Director, Government Affairs

And

Customer Champion

OTN National Sales Meeting, January 29, 2003

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083788

# Objectives



- You will be able to understand the OTN business plan and the importance of profitable sales.

- You will be able to understand OBO challenges and business model

- You will be able to evaluate their OBO customer and identify the real decision maker, what is important from their perspective, and assess their buying signals.

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083789

# Objectives



- You will be be provided a variety of usable hints and resources for selling the value of OTN.

- You will be able to review a variety of creative and distinguishing ideas and tidbits in order to make each sales call memorable to the customer.

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083790



# OTN Objectives - 2003

## Profitable Revenue !

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083791



Sales History & Forecast

Annual Sales ($ in Mil)

| | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 P8 | 2003 BP |
|---|---|---|---|---|---|---|---|---|---|
| OP Sales | 186 | 314 | 479 | 666 | 893 | 1,076 | 1,426 | 1,934 | 2,316 |

Sales

*Together we can make a difference !*

BMS/AWP/000083792

*Together we can make a difference !*

# Financial Outlook



HIGHLY CONFIDENTIAL

BMS/AWP/000083793

# Customer Impact & Business Risk
## Is Being Managed...

### By re-focusing on the basics!



- Focus on our customers
- Improving profitability
- Establishing plans
- Focus on our partnerships
- Focus on our employees & organization

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083794



# OTN 2003

**Our approach will focus on 4 key dimensions**

- Differentiation of OTN Distribution Business
- Customer Delight!
- Grow Pharma Business
- Build and Align Talent

*ı difference !*

Execution

**Metrics**

- 21% Growth in revenue
- 43% Maintain Share
- 25% Growth in BUC
- #1 in Customer Delight
- 100% Attainment of Service & Logistics Goals
- $9m in New Business Revenue
- Less than 5% Vacancies
- 100% Retention of Key Talent

**Profitable Revenue**

HIGHLY CONFIDENTIAL

BMS/AWP/000083795

# OBO Challenges, 2003

- 4.4% Medicare reimbursement reduction for physician services
- Uncertainty of the AWP issue
- Long delays in reimbursement of new drugs
- Continued evolution of PBM offerings



*Together we can make a difference !*

HIGHLY CONFIDENTIAL

BMS/AWP/000083796

# More OBO Challenges

- Significant increases in Mal-Practice Insurance premiums

- Nursing staff shortages

- HIPAA Preparedness

- Doing more with less

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083797

# Little Wonder...

## Why the Focus on Price ?

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083798

*Together we can make a difference !*



There Is....



HIGHLY CONFIDENTIAL

BMS/AWP/000083799

# The OBO Profile

- 2.6 Physicians
  - Board Certified
    - Medical Oncology
    - Hematology
- 268 New Cancer Patients/physician/year
- Gross Revenue $1.9 M/physician/year
- 55% of New Patients Get ChemoTx

AOHA 2001 Survey

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083800

# OBO Payer Revenue Mix

➤ Over 50% Medicare

➤ Over 25% DFFS (Managed Care)

➤ 2%-10% Medicaid

➤ 10%-30% Traditional Insurance

AOHA 2001 Survey

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083801



# OBO Gross Service Revenue

AOHA 2001 Survey

- 12%
- 6%
- 18%
- 64%

Legend:
- Drugs
- E/M Services
- ChemoTxAdmin
- Lab

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083802



# OBO Expenses

AOHA 2001 Survey

27%

5%

4%

2%

62%

Legend:
- Drugs
- Labor
- Rent
- Medical Supplies
- Other

*Together we can make a difference !*

BMS/AWP/000083803



Together we can make a difference !



SELL VALUE!!

HIGHLY CONFIDENTIAL

BMS/AWP/000083804

# Ultimately...



## Good Feelings and Solutions to Problems Are the Only Two Things People Buy

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083805

# 1st Tip...

## Identify the Decision Makers



*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083806



# Circle of Leverage

*Together we can make a difference !*

HIGHLY CONFIDENTIAL

BMS/AWP/000083807

# Circle of Leverage is....

- A specific pattern of persuasion

- Based on what truly motivates your prospect: needs, fears, concerns

- Getting the right person or group of people to listen at the most opportune moment!

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083808

*Together we can make a difference !*

# If you can't get in….you don't have a prayer !





HIGHLY CONFIDENTIAL

BMS/AWP/000083809



*Together we can make a difference !*

*What are you doing that's different from your competitor ?*



HIGHLY CONFIDENTIAL

BMS/AWP/000083810



2nd Tip...

Ask Probing Questions

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083811



# The Opportunity Cycle

*Together we can make a difference !*

HIGHLY CONFIDENTIAL

# What Do I Ask ?

➢ Are you doing your own billing?

➢ Are you outsourcing billing?

➢ Is the billing staff oncology trained?

➢ Have you changed PMS systems recently?

➢ Do you have a certified coder?

➢ When did you last perform a billing audit?

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083813

# What Do I Ask ?

➤ Are you billing daily?

➤ Are you filing claims electronically?

➤ Are payments made by direct deposit?

➤ What are your average days in A/R?

➤ Are you using a claims clearinghouse?

➤ Can you auto-post remittance?

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083814

# Oncology Benchmarks....

➢ RN Staffing.....................1.27 per FTE Dr.

➢ LPN/Med Assist's..........0.74 per FTE Dr.

➢ Admin/Business Office....2.62 per FTE Dr.

➢ Average A/R per Dr........$319,200

➢ Ave days in A/R...............62 days

AOHA 2001 Survey

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083815

# Success Story

## Terry Boyd, Coastal Hem-Onc

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083816

# 3rd Tip...

*Together we can make a difference !*



Shape Customer Expectations



HIGHLY CONFIDENTIAL

BMS/AWP/000083817

# You Can Shape Their Perceptions!

- Develop a customer profile
  - what services are important to them

- There are no problems, just opportunities to demonstrate what great service your company gives
  - take ownership of the problem

- Keep in touch and keep them informed

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083818

# Customer Comment...



I get more information I can use, from your than I get from any other Distributor or Pharma Rep.

*Madero Marco Puliz*

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083819

# 4th Tip...

# Know and Leverage the "Four-Corners"

*Together we can make a difference !*

**OTN**
ONCOLOGY THERAPEUTICS NETWORK

HIGHLY CONFIDENTIAL

BMS/AWP/000083820

# Customers Perception Is Everything!

- What the customer perceives, is reality to him

- Perceived service quality is the difference between what they get and what they expect

  – find out what they want!

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083821



"The Four Corners" of Business Management
that impact your customer's bottom line

# 1 Pricing & Value

#2 Charge Capture & Inventory

#3 Billing & Reimbursement

#4 MCO Contracting

Craig Wilson

*Together we can make a difference !*

HIGHLY CONFIDENTIAL

BMS/AWP/000083822

# Pricing & Value

- **GPO's**

- **Practice – Direct Contracting**

- **Rebate & Incentive Programs**

- **Multi-Source Drugs**

- **Payment Terms**

- **Manufacturer Direct**

*Variance .25%-.5%*

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083823

# Inventory & Charge Capture

- Lynx: Revenue Leakage

- Lynx: Kits (customized protocols)

- Lynx: Proper Inventory

- Lynx: "Super-Bill" efficiency

*Variance 3% – 6%*

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083824

# Billing & Reimbursement

- Lynx: Interfaced Scheduling & Billing

- Documedics: Phone assistance

- KRJ: Consulting, Training

- www.Lynx2otn.com

- Pharma Assistance Programs

*Variance 3% – 8%*

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083825

# Managed Care Contracting

- Lynx:  The value of data

- KRJ Consulting

- Access Med:  Legal Review

*Variance 5% - 10%*

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083826

# "The Four Corners" Of Business Management

that impact your customer's bottom line

```
┌──────────────────┐              ┌──────────────────┐
│                  │              │                  │
│  # 1 Pricing &   │              │  #4 MCO          │
│  Value           │              │  Contracting     │
│                  │              │                  │
└──────────────────┘              └──────────────────┘
         │                                  ▲
         ▼                                  │
┌──────────────────┐              ┌──────────────────┐
│                  │              │                  │
│  #2 Charge       │ ───────────▶ │  #3 Billing &    │
│  Capture &       │              │  Reimbursement   │
│  Inventory       │              │                  │
└──────────────────┘              └──────────────────┘
```

Craig Wilson

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083827

# Work in Progress

## Mike Breshgold, Newland Med Assoc's

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083828

# 5th Tip...



Develop Your Intellectual Value

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083829

# Read, Listen, Learn…

- Delivering Knock Your Socks Off Service

  – *Kristin Anderson & Ron Zemke*

- Customer Satisfaction is Worthless, Customer Loyalty is Priceless

  – *Jeffrey Gitomer*

*Together we can make a difference!*



HIGHLY CONFIDENTIAL

BMS/AWP/000083830

# Read, Listen, Learn....

- HONI (Hematology Oncology News & Issues)
  - www.hem-onc-news.com

- ASCO (American Society of Clinical Oncology)
  - www.asco.org

- ACCC (Association of Community Cancer Centers)
  - www.accc-cancer.org

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083831

# Read, Listen, Learn...

- MGMA (Medical Group Management Association)
  - www.mgma.com

- AANP (American Association of Nurse Practioners)
  - www.aanp.org

- ONS (Oncology Nursing Society)
  - www.ons.org

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083832

# Read, Listen, Learn...

- NPAF (National Patient Advocacy Foundation)
  - www.npaf.org
- NCCS (National Coalition for Cancer Survivorship)
  - www.canceradvocacy.org
- CMS (Centers for Medicare & Medicaid Services)
  - http://cms.hhs.gov

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083833

# Read, Listen, Learn....

- Price Objections:
  www.priceobjections.com
  - Click on articles

- Sales Tips & Techniques
  — www.gitomer.com
    - Click on "Sales Caffeine" free subscription

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083834

*Together we can make a difference !*

# Tip 5.5...



Establish Confidence



HIGHLY CONFIDENTIAL

BMS/AWP/000083835

# Confidence is...

Being Enthusiastic

Being Knowledgeable

Looking Professional

Knowing What You Do

*Together we can make a difference !*

OTN
ONCOLOGY THERAPEUTICS NETWORK

HIGHLY CONFIDENTIAL

BMS/AWP/000083836

# Do You Have a 30-second Commercial?



*Together we can make a difference!*

BMS/AWP/000083837

# My 30 Second Commercial...

"I am John Akscin. I am committed to extending and enhancing the lives of patients with cancer.

I do this by fulfilling a key role as Government Relations Liaison and Customer Champion for the finest Oncology products and services distribution company in the USA.

Call me, I would love to exceed your expectations. *Remember...If I can't answer your question, I know someone who can!"*

*Together we can make a difference!*



HIGHLY CONFIDENTIAL

BMS/AWP/000083838

# Production Credits

- 2003 Objectives...OTN Exec Committee
- Four Corners.......Craig Wilson
- Getting In..........Jim Smith
- Graphics...............Susan Akscin
- Audio...................Zax's Technologies
- Audio Track........Mike Post

*Together we can make a difference !*



HIGHLY CONFIDENTIAL

BMS/AWP/000083839