# EXHIBIT 52

OTN-Online   :WP Report

https://otnreporter.otnnet.com/otn_report/reports/practiceAWP.asp



PRACTICE MANAGEMEN | REPORTS | LYNX DATA | HELP

# AWP

AWP information is updated every month. Begin your report query* by specifying the search criteria below.

**Select AWP Modifier**

- ○ -10%
- ○ -5%
- ⦿ 0%
- ○ +5%
- ○ +10%

Select the 'Other' option and enter in a numeric value if you wish to use an AWP modifier not listed.

- ○ Other ——→

Run Report

\* - For optimal speed and printing results, it is recommended that you use Internet Explorer 4 or 5.

\*\* - The print version of this report may render text illegible on screen. The decreased font size has been implemented to accomodate large amounts of data. The reports will print legibly.

NOTE - AWP information is currently quoted from the *Red Book* and *Red Book Update*.

ONCOLOGY
THERAPEUTICS
NETWORK

COPYRIGHT 1999 © OTN

05/10/2000 10:59 AM

BP 03142

25A

1 of 1

HIGHLY CONFIDENTIAL
BMS/AWP/000097131

OTN-Onlin  \WP

https://otnreporter.otnnet.com/otn_report/reports_detailPracticeAWP.asp

| HOME | STOP | ORDERS | REPORTS | PRACTICE MANAGEMENT | LYNX DATA | HELP |

000411

Click This Button
for a Print Friendly
Version of this
Report.    Print

# AWP

The information in this report is based on information provided by
Micromedix, publishers of RedBook. The AWP pricing stated in the report is
based on the unit site specified by Micromedix. To compare this pricing
with your OTN pricing, you must convert the units and price to OTN unit
equivalents. OTN is developing a solution which will perform this
conversion automatically and will add this feature at a future date.

O Southbay Partners (000411)
O AWP last updated on: 05/08/2000 12:00:00

| NDC | PRODUCT | STRENGTH | UNIT SIZE | UNIT AWP $ | HCPCS BILLING UNIT CODE |
|---|---|---|---|---|---|
| 00013-1136-91 | ADRIAMYCIN PFS, Injection | 2 MG/ML | 5 ML | 53.52 | J9000  up to 10 MG |
| 00015-3010-20 | BLENOXANE, Powder for injection | 15 U | 1 EA | 289.37 | J9040  up to 15 UNIT |
| 00009-7529-02 | CAMPTOSAR, Injection | 20 MG/ML | 2 ML | 235.63 | J9206  up to 20 MG |
| 00075-2451-53 | DDAVP, Injection | 4 MCG/ML | 10 ML | 256.50 | J2597  up to 4 MCG |
| 00026-8151-20 | DTIC-DOME, Powder for injection | 200 MG | 1 EA | 26.34 | J9140  up to 200 MG |
| 00015-3556-15 | IFEX/MESNEX, Kit | 6 GM+5 GM | 1 EA | 1,413.33 | |
| 00085-1133-01 | INTRON A, Injection | 10 MILLION IU/ML | 3 ML | 287.73 | J9214  up to 1000000 UNIT |
| 00073-0656-44 | NAVELBINE, Injection | 10 MG/ML | 5 ML | 377.51 | J9390  up to 10 MG |

05/10/2000 11:00 AM

1 of 2

BP 03143

25A

HIGHLY CONFIDENTIAL
BMS/AWP/000097132

**Cost Differential Report**
Set-up:
- At the Reports page and select Cost Differential Report
- At Cost Differential page, under Select Date Period, select Rolling 12 Months
- Under Select Display Options, select Show Top 10 Regimens
- Under AWP Modifier, leave selection as the default −5%
- Under Select Diagnosis, select Breast Cancer
- Under Select Site, select Select Entire Practice
- Click Run Report

Dialogue:
- This report allows you to look at acquisition cost versus expected reimbursement by diagnosis and regimen
- You can modify AWP to reflect anticipated reimbursement based on payer. You can also use this report to model the effect of a change in reimbursement by a particular payer
- We default to −5% because this is standard Medicare
- AWP −5% for all drugs used to treat breast cancer patients with AC equals A, while acquisition cost equals B. The overall difference is C which averages out to be a reimbursement of D per patient.
- If you were in a managed care situation you would be able to see the effect of a change in reimbursement on a per patient level
- Using this report in combination with the Analysis of Completed Regimen (which gives you the average cost per patient) you can see your practice costs. This can be used to support your negotiations with payers

Possible Questions & Answers:
- See Analysis of Completed Regimens Q&A
- What if I don't buy my drugs from OTN? Do you not report the cost? A – If you do not purchase from OTN we will not know your pricing but we will use our catalogue pricing which will provide a good proxy for your actual costs.
- Why isn't this report broken down by drug category? A – This is a sample report. We are continually enhancing these reports and over time you should see additional functionality.
- Can you show me this by insurer? We can provide these reports by insurer if you include this information in your Lynx patient record.

BP 03159          25A

HIGHLY CONFIDENTIAL
BMS/AWP/000097133



OTN-Online     st Differential Report

https://otnreporter.otnnet.com/otn_report/reports_lynxCD.asp

0000411

PRACTICE MANAGEMENT | LYNX DATA | HELP

SAMPLE REPORT

# Cost Differential

This is a sample report provided to show you the benefits of signing up with the Lynx to the Future program. For more information on how Lynx can save your practice money, call Amy Chan at 1-800-482-6700.

Begin your report query* by specifying the search criteria below. Assistance with running reports can be found in the Help section.

**◊ Select Date Period**
- ◉ Rolling 12 Months
- ○ All of 1999

**◊ Select Display Options**
- ○ Show Top 5 Regimens
- ○ Show Top 10 Regimens
- ◉ Show All Regimens
- ☐ Show Print Version**

**◊ Select AWP Modifier**
- ○ -10%
- ○ -5%
- ◉ 0%
- ○ +5%
- ○ +10%
- ○ Other

Select the 'Other' option and enter in a numeric value if you wish to use an AWP modifier not listed.

——— (+/-) ———→

**◊ Select Diagnosis**

Brain tumor
Cancer, unknown primary site
Cancer, unspecified nature

**◊ Select Site**

01DEMO - 800 Market St.
02DEMO - 310 Lombard St.

[ Run Report ]

BP 03160

25A

1 of 2

05/10/2000 11:13 AM

HIGHLY CONFIDENTIAL
BMS/AWP/000097134

OTN-Online Cost Differential Report

https://otnreporter.otnnet.com/oln_report/reports_detail_ynxCD.asp

SAMPLE REPORT

[HOME | TUTORIAL | REPORTS | PRACTICE MANAGEMENT | LYNX DATA | HELP]

# Cost Differential

**◇ DEMO ONCOLOGY CLINIC**
**◇ Date of Service: 01-oct-1998 - 30-sep-1999**
**◇ BREAST CANCER, Top 10 Regimens (out of 30)**

Go to the lynx data legend to find definitions for the report headers. Data definitions and assumptions can be found here.

| REGIMEN | # OF REGIMENS (all listed) | AWP 99 (all listed) | ACQUISITION COST DIFFERENTIAL (all listed) | AWP COST DIFFERENTIAL (total) | AWP COST DIFFERENTIAL (per regimen) |
|---|---|---|---|---|---|
| AC (DOXO-CYCLOPHOSPHAMIDE) | 59 | $ 152,255 | $ 91,672 | $ 60,583 | $ 1,027 |
| AC->PACLITAXEL | 19 | $ 137,253 | $ 97,926 | $ 39,327 | $ 2,070 |
| DOCETAXEL | 16 | $ 74,431 | $ 57,441 | $ 16,990 | $ 1,062 |
| DOXORUBICIN | 10 | $ 18,997 | $ 11,638 | $ 7,359 | $ 736 |
| DOXORUBICIN-PACLITAXEL | 6 | $ 82,314 | $ 61,277 | $ 21,037 | $ 3,506 |

NOTE - AWP information is currently quoted from the *Red Book* and *Red Book Update*.

*For Internal and Confidential Use Only*

BP 03161

25A

05/10/2000 11:03 AM

HIGHLY CONFIDENTIAL
BMS/AWP/000097135

## Cost Differential Report

**Set-up:**

- At the Reports page and select <u>Cost Differential Report</u>
- At Cost Differential page, under Select Date Period, select <u>Rolling 12 Months</u>
- Under Select Display Options, select <u>Show Top 10 Regimens</u>
- Under AWP Modifier, leave selection as the default <u>–5%</u>
- Under Select Diagnosis, select <u>Breast Cancer</u>
- Under Select Site, select <u>Select Entire Practice</u>
- Click <u>Run Report</u>

**Dialogue:**

- This report allows you to look at acquisition cost versus expected reimbursement by diagnosis and regimen
- You can modify AWP to reflect anticipated reimbursement based on payer. You can also use this report to model the effect of a change in reimbursement by a particular payer
- We default to –5% because this is standard Medicare
- AWP –5% for all drugs used to treat breast cancer patients with AC equals A, while acquisition cost equals B. The overall difference is C which averages out to be a reimbursement of D per patient.
- If you were in a managed care situation you would be able to see the effect of a change in reimbursement on a per patient level
- Using this report in combination with the Analysis of Completed Regimen (which gives you the average cost per patient) you can see your practice costs. This can be used to support your negotiations with payers

**Possible Questions & Answers:**

- See Analysis of Completed Regimens Q&A
- What if I don't buy my drugs from OTN? Do you not report the cost? A – If you do not purchase from OTN we will not know your pricing but we will use our catalogue pricing which will provide a good proxy for your actual costs.
- Why isn't this report broken down by drug category? A – This is a sample report. We are continually enhancing these reports and over time you should see additional functionality.
- Can you show me this by insurer? We can provide these reports by insurer if you include this information in your Lynx patient record.

HIGHLY CONFIDENTIAL
BMS/AWP/000097136



# Lynx® Data Management Services

In today's healthcare environment, managing patient care and making sound business decisions require fast answers to complex questions. That is why OTN is expanding Lynx Data Management Services. Our service will use the data from your Lynx System combined with data from other sources to give you definitive answers and comparisons. These reports will be delivered to you through our secure web-enabled datamart — when, where, and how you need them. Below are some examples.

*Have you wanted to evaluate the cost difference among regimens for the treatment of non-small cell lung cancer within your practice?*

With Lynx Data Management Services you have access to Regimen Cost Analysis Reports by the diagnosis and the therapy to help you evaluate practice patterns and cost of care.

**Practice A**
**Regimen Cost Analysis Report**

SAMPLE DATA ONLY
June 1, 1998-May 31, 1999

### Lung Cancer, Non-Small Cell, Top 5 Regimens

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CISPLATIN-TAXOL*-ETOP | 1 | 1 | 1.30% | 3 | 3.00 | 3 | $1,555 | $1,555 | $1,408 | $1,408 | 90.55% |
| TAXOL-CARBO | 69 | 69 | 89.61% | 235 | 3.41 | 60 | $359,980 | $5,217 | $345,221 | $5,003 | 95.90% |
| TAXOL-CARBO WEEKLY | 4 | 4 | 5.19% | 21 | 5.25 | 35 | $13,261 | $3,315 | $12,097 | $3,024 | 91.21% |
| TAXOL-CISPLAT | 2 | 2 | 2.60% | 18 | 9.00 | 81 | $11,965 | $5,982 | $8,615 | $4,307 | 72.00% |
| TOPOTECAN-TAXOL | 1 | 1 | 1.30% | 5 | 5.00 | 5 | $3,952 | $3,952 | $3,581 | $3,581 | 90.61% |

\* All costs include chemotherapy plus all supportive care drugs unless otherwise noted.

**Practice A**
**Cost* Analysis Report by Regimen**

SAMPLE DATA ONLY
June 1, 1998-May 31, 1999

*Have you needed to know or validate your acquisition costs versus your reimbursement costs for specific diagnoses, drugs, or regimens?*

With the Cost Analysis Report you can assess, validate, and forecast your practice's cost of care.

### Breast Cancer, Top 5 Regimens

| | | | | | | |
|---|---|---|---|---|---|---|
| AC | 1,830 | $2,984,781 | $2,513,500 | $471,281 | $258 |
| DOCETAXEL | 397 | $2,559,205 | $3,264,893 | $294,312 | $741 |
| ADRIA-TAXOL | 79 | $638,499 | $530,962 | $107,537 | $1,361 |
| TAXOL | 1,060 | $5,857,209 | $4,989,778 | $862,431 | $814 |
| VINORELBINE | 222 | $737,813 | $644,613 | $93,200 | $420 |

\* All costs include chemotherapy plus all supportive care drugs unless otherwise noted.



## Put The Power of Lynx to Work For Your Practice.

© Copyright, Oncology Therapeutics Network Corporation, 1999

25A

HIGHLY CONFIDENTIAL
BMS/AWP/000097137

# EXHIBIT 53

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------

IN RE:  PHARMACEUTICAL          ) MDL DOCKET NO.

INDUSTRY AVERAGE WHOLESALE      ) CIVIL ACTION

PRICE LITIGATION                ) 01CV12257-PBS

                                )

THIS DOCUMENT RELATES TO:       )

ALL ACTIONS                     )

------------------------------------------------------

DEPOSITION UPON ORAL EXAMINATION OF

Douglas Soule

------------------------------------------------------

9:10 a.m.

April 26, 2005

1301 Fifth Avenue, Suite 2900

Seattle, Washington

Douglas Soule                   HIGHLY CONFIDENTIAL                   July 7, 2005
                                  Seattle, Washington

---

130

1  to be $33,000 -- or $33,750 more expensive than if
2  you go generic. That's what the numbers show.
3      Q.  The next page it looks like you ran a
4  somewhat similar analysis but you added Taxotere to
5  it. Can you take us through that again?
6      A.  Some of my accounts, and this one may have
7  been one of them, maybe that's why it's here, that
8  said, "Well, we also need to entertain whether or not
9  to use Taxotere or the generic or Taxol. We should
10 look at all three of these options, because they're
11 essentially therapeutic similar products in our
12 minds." So I was asked many times to compare it to
13 Taxotere. Again, these numbers that I've got here
14 must have been generated from what the customer gave
15 me, the prices, et cetera. Now, do you want me to
16 read all of this?
17     Q.  No. I don't think we need to take the
18 time to do that, unless you really want to. Okay.
19 So I guess the upshot of this analysis is the revenue
20 increase from switch from Taxotere would be positive
21 $2,989.26 with Taxol, and positive $3,402 for the
22 generic paclitaxel under this analysis?

---

131

1      A.  It appears that way.
2      Q.  You ran a substitution profit analysis it
3  looks like.
4      A.  Just a way of looking at numbers in a
5  different way.
6      Q.  Conclusion still kind of comes out the
7  same?
8      A.  Same thing. Looking at the issue from a
9  different angle.
10     Q.  Do you recall what this particular
11 customer ended up doing in response to this analysis
12 that you provided?
13     A.  Well, this particular customer still
14 objected to the price. And what I did, and I did in
15 this analysis, was say what other value added
16 services do we bring to the table besides the
17 product? What are my services as a representative
18 worth? What are the medical education pieces we
19 provide you worth? What are my efforts to develop a
20 team? When you saw the list before of the people
21 recommended to go to team training, I've been there.
22 I've been helping you guys improve the clinical care

---

132

1  that's given in this community. I've been investing
2  time and resources to do that for you guys. Okay?
3  We've been providing ProCert reimbursement assistance
4  for you. You have used it. You have been able to
5  recover claims that were denied because of a resource
6  that we bring to the table here. We provide all
7  kinds of other supports. We provide a big package of
8  the representative, of the company, and the product.
9  Are you just going to take the product and move it
10 and look at it only as the product, or are you going
11 to look at the big picture?
12     Q.  Do you recall what they did?
13     A.  They said the big picture is more
14 important to us.
15     Q.  Could you describe for us in detail what
16 the ProCert program is all about?
17     A.  I'll try. As far as I'm concerned -- as
18 far as I know, let's say, ProCert is a service
19 provided by my company in oncology. ProCert is I
20 think a brand name for a service of the company that
21 I think Bristol-Myers Squibb pays for this service.
22 But this company -- this ProCert or company basically

---

133

1  has a reputation for reimbursement excellence. Okay?
2  The primary thing from ProCert that our company has
3  utilized from their service is their ability to
4  overturn denied claims. So if a customer submitted a
5  claim for a product to a carrier, whether it's
6  government or private or whoever it was for
7  reimbursement, and that claim was denied, ProCert
8  could be used voluntarily by the company -- by the
9  customer as a resource to help overturn that claim,
10 and get reimbursed. Originally the concept was
11 expanded somewhat to really provide more service in
12 that ProCert, through OTN as the wholesaler
13 distributor for product, would take on a claim if
14 asked to by the customer that had been denied, and
15 once that claim was registered in the system, would
16 contact OTN, OTN would ship them the amount of drug
17 that they had not been paid for on a loan basis, and
18 while ProCert fought the claim, the customer would
19 not be billed for that loan product. At the final
20 resolution of the claim, if the claim was resolved
21 and the customer ended up getting reimbursed, OTN
22 then billed for that loaned drug. If the customer

---

Henderson Legal Services
(202) 220-4158

Douglas Soule          HIGHLY CONFIDENTIAL          July 7, 2005
                         Seattle, Washington

134

1    finally never got any positive resolution and lost
2    that claim, the company, OTN, would credit that
3    account with that drug, or provide it for free. So
4    what it did was, for the customer, who has a lot of
5    money tied up in inventory, and is not getting that
6    money back because a claim has been denied, it helps
7    keep them whole during that period of time until the
8    final resolution of that claim is made. And ProCert,
9    which is a company we hired to do that for us, is
10   providing an exceptional value to that customer.
11   Okay? And that's part of the package that the
12   company brings.
13       Q.  And that's at no cost to the customer?
14       A.  It's no cost to the customer.
15       Q.  And if the particular -- if it turns out
16   that ProCert is not able to actually get the
17   reimbursement, the customer then has to pay for the
18   product, correct?
19       A.  Originally the customer did not have to
20   pay for the product. The rules of the game have
21   changed. That's no longer acceptable. It has not
22   been for several years now. The company no longer or

135

1    ProCert or OTN will no longer guarantee that customer
2    will get the product for free if the claims are
3    finally denied and there's no resolution.
4        Q.  So now they'll have to pay for it?
5        A.  Now they have to pay.
6        Q.  But they don't do it until after the
7    ProCert process has run, correct?
8        A.  No, they've had to pay for that drug up
9    front.
10       Q.  Up front?
11       A.  Oh, yeah. They had 60, 90 days billing,
12   whatever they agreed to with their wholesaler,
13   whoever they bought from, they had to pay that bill
14   up front.
15       Q.  Back to the decision --
16       A.  So in essence, okay, if you switch to the
17   generic product, will the generic company provide
18   that same value added to the product, or is this
19   something you're going to waive? And does that fit
20   into the utility or the total value of what we bring
21   to you? Should it be considered? And they said yes,
22   it should.

136

1        Q.  Have you ever reduced the ProCert service
2    to a value?
3        A.  Have I ever --
4        Q.  Ever reduced it to a value number? In
5    other words, for a specific client, estimated what
6    the worth of ProCert is to that client?
7        A.  Well, if I --
8        Q.  In dollar value?
9        A.  In fact, at this particular account I
10   think I asked Tom to provide me with how many ProCert
11   claims in a year they had been successful getting
12   overturned, and what was the total dollar value that
13   was recaptured as a result of that. And I believe he
14   did. I don't know if it's in here or not. I haven't
15   looked at it.
16       Q.  Do you know whether that made up for the
17   yearly cost difference that you have on page 1, the
18   decision --
19       A.  I don't know. I'll have to read the memo
20   here. I don't recall.
21       Q.  I don't see anything in the memo that
22   discusses the specific amount tied to ProCert.

137

1        A.  That may have been something that we did
2    separately just verbally. I don't know. But I do
3    remember having that discussion with Tom to try to
4    quantify for Dr. Senecal, because he really needed
5    numbers, quantify really what value added service
6    that brought to his particular business.
7        Q.  Have you ever quantified the value of
8    ProCert to a particular customer based on data in
9    BMS's possession as opposed to the client's
10   possession?
11       A.  I can't recall a specific time that I did
12   that.
13       Q.  Do you know whether that data is available
14   to you at BMS?
15       A.  At one point in time it would have been
16   available from ProCert on how many claims had been
17   paid and overturned. And it would have been possible
18   to do that. I'm not sure if I ever did, but it would
19   have been possible to do.
20       Q.  This particular Decision Analysis
21   Worksheet, this exact one, Exhibit Soule 008, did you
22   use this with any other customer?

Douglas Soule          HIGHLY CONFIDENTIAL          July 7, 2005
                          Seattle, Washington

34

1   important product to our company still. So we
2   continued to support it for some time.
3       Q. Can you just describe briefly for the
4   record what Taxol does?
5       A. Taxol is -- was the first of a brand new
6   class of agents called the taxanes. It was
7   originally developed from the bark of the Pacific yew
8   tree. It worked through the interruption of the cell
9   cycle of a cancer cell growth phase. And it
10  interrupted the G1 and G2 stage of development, which
11  made it highly susceptible at that point for enhanced
12  kill rate through radiation. So it had several
13  features. Not only did it arrest cell growth or kill
14  cell growth at the G1, G2 stage, but it also enhanced
15  its ability to be killed by radiation. It was used
16  in a wide variety of tumor types, and it had proven
17  efficacy in a wide variety of applications, solid
18  tumors primarily.
19      Q. Primarily a lung cancer drug?
20      A. It was ovarian, breast, lung. Many
21  different areas. It was used on many different tumor
22  types.

35

1       Q. Just briefly discuss how Paraplatin works.
2       A. Paraplatin is the second generation of
3   what's called the platinum agent. It's a platinum
4   derivative. It works by interrupting the DNA
5   replication process of a cell, I believe. I may be
6   wrong on that, but I believe it inhibits DNA repair.
7   So a cell would get killed, the DNA would try to
8   duplicate, and this would reduce its ability to do
9   that. Cisplatin was the first discovery by our
10  company. The company developed a second generation
11  which it considered to be equivalent in its ability
12  to do the job. However, much less toxic. Cisplatin
13  was a very toxic drug.
14      Q. What kind of cancers was Paraplatin used
15  for?
16      A. Wide variety of solid tumors as well.
17      Q. And it's used in combination with Taxol at
18  times?
19      A. Very frequently. There was some special
20  synergy between those two molecules. They
21  complemented each other. In fact, some of the side
22  effects would be diminished when they were added to

36

1   the other agent. So there was high acceptance of
2   that combination by the medical oncologists because
3   of its ability to be used together well. And it
4   worked in different mechanisms, so it provided pretty
5   much additive efficacy.
6       Q. And about what time frame was the protocol
7   kind of widely adopted of using Taxol and Paraplatin
8   together?
9       A. Well, it evolved since Taxol and
10  Paraplatin were available on the market. I mean, I
11  think it's before I came with oncology. It was back
12  in the early '90s when Taxol was finally on the
13  market. Paraplatin came on in the early '90s as
14  well. And they were used originally I think in the
15  ovarian cancer scenario, was the first application of
16  those drugs. And then clinical trials were initiated
17  to look at if it had value in other places. And it
18  expanded because of the evidence that was generated
19  through those clinical trials.
20      Q. Let's talk about your sales calls. How
21  frequently do you call on your clients?
22      A. Well, it depends. I mean, I try to call

37

1   on them at least once a month. Of course, some
2   physicians are difficult or do not see sales reps at
3   all. Or are on vacation or whatever. But I would
4   say that the majority of my physicians I see once a
5   month.
6       Q. Do you see other staff members at your
7   clients in addition to just physicians?
8       A. That's one of the parts of the oncology,
9   it's a total service to everybody in that particular
10  office. The nursing staff is vitally important in
11  oncology. So we spend a lot of time with the nursing
12  staff. Especially telling them and educating them on
13  management of toxicities, reactions they might have
14  while they're giving these intravenous drugs, because
15  they're very toxic agents. They're dangerous agents,
16  and they have to be used very correctly. So we spend
17  a lot of time talking with everybody in the office.
18  But the focus would be physicians first, nurses
19  second.
20      Q. Did you meet with billing managers from
21  time to time?
22      A. Every once in a while, yes, because that

Douglas Soule                HIGHLY CONFIDENTIAL                July 7, 2005
                              Seattle, Washington

---

54

1    Q.  Who would you receive those price lists
2    from at OTN?
3    A.  I don't know. I mean, they just came in
4    the mail and probably didn't -- I don't know. I
5    couldn't tell you.
6    Q.  Were they always in paper form?
7    A.  That's a good question. I believe so. I
8    don't recall seeing anything other than paper form
9    price lists.
10   Q.  What did they look like?
11   A.  It was just a brief sheet. Had OTN
12   letterhead at the top, and then had these are the
13   current pricing structures or this is our new
14   promotional plan for this product or whatever. Just
15   let us know.
16   Q.  Would the prices be listed by NDC?
17   A.  I can't tell you that for sure. The
18   common practice is to always include an NDC with a
19   particular product to specifically identify that
20   product, but I can't tell you for sure if those
21   prices did have that or not.
22   Q.  Did you also receive price lists from

---

55

1    Oncology Supply?
2    A.  No. I didn't.
3    Q.  What about Florida Infusion?
4    A.  No, I didn't.
5    Q.  Any other wholesaler?
6    A.  No, I didn't.
7    Q.  What do you refer to as the difference
8    between what a customer is reimbursed for a
9    particular BMS drug and the amount that the customer
10   pays?
11   A.  My terminology is the margin.
12   Q.  Margin. Okay. I saw that in a document
13   once. And do customers use that term when you're
14   discussing --
15   A.  Sometimes.
16   Q.  Is that word used by any other BMS
17   employees that you're aware of to talk about the
18   difference between reimbursement and actual cost?
19   A.  I couldn't tell you.
20   Q.  You have discussed margin with clients
21   from time to time?
22   A.  It's come up.

---

56

1    Q.  Can you summarize those conversations for
2    us to the best of your recollection?
3    MR. EDWARDS: I'm going to object to the
4    form of the question. First of all, I think it would
5    help to have a time period. Secondly, are you asking
6    him to recall a specific conversation, or are you
7    asking him if he can generalize?
8    Q.  It's a general question, Mr. Soule, about
9    just the general nature of the discussion with
10   customers about margin. Can you give a general
11   description of over time? If you wanted to break it
12   down by time period, you can. It's kind of a -- it's
13   a question that's intended to be broadly asked just
14   to get your general feel for it.
15   MR. EDWARDS: Note my objection, but you
16   may answer.
17   A.  Part and parcel of the oncology business
18   is maintaining a viable business entity. The rules
19   of the game that are established in the oncology
20   business have been such that the reimbursement that
21   physicians receive for some services were not paid,
22   and that the viability of the practice oftentimes was

---

57

1    very much dependent on the reimbursement, and the
2    ability for customers to get reimbursed, period.
3    Because if they didn't get reimbursed for a very
4    expensive therapy, they were out that money. They
5    had purchased the product. So in my customers' minds
6    it is a very important issue for their financial
7    viability. There are times that the customers would
8    bring that up in conversation about, you know, how
9    difficult this was; how dysfunctional the system was;
10   how they would like to be paid really for their
11   services that they were being provided, or that were
12   provided. But the fact of the matter is and like was
13   they need to stay in business. In the process of me
14   fully disclosing everything on my product, oftentimes
15   I would be asked, "What is your cost and what is the
16   AWP compared to X?"
17   Q.  Compared to a competitor drug?
18   A.  Yes. And although I would try to give
19   them an honest answer to that, my focus has always
20   been to try to steer them to the conversation of look
21   at the clinical value of the product and use it
22   appropriately, let's talk about that. I may deal

---

Douglas Soule    HIGHLY CONFIDENTIAL    July 7, 2005
Seattle, Washington

58

1  with -- I may have dealt with the financial aspects
2  in some cases when I'm directly asked about it, and
3  when there's an objection, when that is the primary
4  problem, or there's a misunderstanding with that
5  particular customer, that needs to be corrected in
6  order for full disclosure and appropriate
7  understanding of my product. But the clinical focus
8  and the use of my product appropriately from a
9  scientific and clinical point of view is always the
10 main thrust of where I go and what I do.
11     Q.  Do you have some clients that are more
12 reimbursement oriented?
13     A.  I can't hear you.
14     Q.  Do you have some clients that are more
15 reimbursement oriented than others and focus more on
16 the financial aspect of the transaction?
17     A.  Sure. People are people just like anybody
18 else. You take a segment of a population, some are
19 focused on this and some are focused on that, and
20 there's everything in between. Sure.
21     Q.  We'll go through a few documents on this
22 topic that were produced.

59

1          THE WITNESS: Can we take a break?
2          MR. EDWARDS: Sure. Short break?
3          MR. MATT: You want a break right now
4  Mr. Soule?
5          THE WITNESS: Sure.
6          MR. MATT: Five minutes be okay?
7          THE WITNESS: Sure.
8             (Short recess taken.)
9          MR. MATT: Let's go back on the record.
10     Q.  I'm sure it's going to come as a complete
11 shocker to you, but we have some documents to go over
12 that discuss margin.
13           (Exhibit Soule 001 marked.)
14     Q.  The court reporter has marked as Exhibit
15 Soule 001 to your deposition a document that's Bates
16 numbered BMS AWP 01418646. Mr. Soule, I will be
17 referring to the bottom right-hand Bates numbers on
18 these documents. It's actually very tedious, but we
19 need to do it.
20     A.  Is the 646 the ending numbers there?
21     Q.  Yeah. It's tedious, but we have to do
22 that so that we keep good track of the documents, so

60

1  please bear with me.
2          A.  I understand.
3              MR. EDWARDS: I explained to Doug the
4  good fortune of Mr. Bates. That was a major part of
5  the preparation.
6          Q.  Could you please describe what this
7  document is?
8          A.  This document appears to be one of my call
9  records for one of my calls on a physician.
10         Q.  And it was produced from your records in
11 this case, correct?
12         A.  I believe it was produced off of my old
13 computer.
14         Q.  So it was in electronic form and then
15 printed?
16         A.  I believe that's correct.
17         Q.  Did you review this document before you
18 came to your deposition?
19         A.  Let me look at it and make sure. Yes.
20         Q.  Is this a record of a call you made to
21 Ronald Goldberg?
22         A.  Yes, it is.

61

1          Q.  Was this an in-person meeting? Was it an
2  in-person, face-to-face?
3          A.  Yes, it was.
4          Q.  Do you believe that the face-to-face
5  meeting was on October 5th, 2000, as the document
6  purports?
7          A.  I would have to believe that, because that
8  is the date entered into this call.
9          Q.  Could you read the first three or four
10 sentences into the record out loud for us, please?
11         A.  Okay. "Great conversation. Basically a
12 Phase I effort on generic Taxol, but led to a very
13 good discussion on what Bristol-Myers Squibb or BMSO
14 brings to the practice as a whole. He was very
15 amiable and appreciative of BMSO and asked a lot of
16 great questions."
17         Q.  Keep going.
18         A.  Want me to continue?
19         Q.  Yeah. I'll tell you when to stop.
20         A.  "We discussed the financial impact of
21 generic competition. I explained it as the greatest
22 business opportunity for him in many years because

Douglas Soule            HIGHLY CONFIDENTIAL            July 7, 2005
Seattle, Washington

106

1  not possibly be losing any money on Taxol from the
2  reimbursement formulas used by the third party
3  carriers. They did not listen, and Smith in
4  particular knows it all. Molly and I talked later
5  about possibly giving Steve Pond a shot at educating
6  them, but decided it would probably be a waste of
7  Steve's time and company money. Since they are bound
8  and determined to use McKesson for all the drug
9  purchases, we really are disadvantaged with trying to
10 compete for the Taxol business."
11     Q.  Who is Steve Pond?
12     A.  Steve Pond is a regional
13 reimbursement-oriented specialist for our company.
14     Q.  Could you say that again, I'm sorry. I
15 didn't catch it. Reimbursement specialist?
16     A.  His title has changed. Let me go back and
17 say his title has changed. I think, I think
18 currently it's an ABDA, and that means associate
19 business development something or other. Whatever.
20 Maybe it's ABDM, management. But basically he is
21 sort of a resource or regional guy that deals with
22 higher level reimbursement-oriented issues. And

107

1  that's it. If we feel like we could use some extra
2  help, some expertise in that particular area, we were
3  advised to call on his expertise.
4      Q.  He's a BMS employee?
5      A.  That's correct.
6      Q.  Is he currently a BMS employee?
7      A.  Yes, he is.
8      Q.  Do you understand his familiarity to be
9  with whether a drug is reimbursed or not by Medicare?
10     A.  I don't know what his job requirements or
11 description are. I couldn't tell you for sure. My
12 assumption is that it would be something he would
13 know, but I don't know for sure.
14     Q.  Do you believe that he would have an
15 understanding of reimbursement formulas in the
16 marketplace?
17     A.  I would answer the question the same way.
18 I don't know for sure, but my assumption would be
19 yes.
20     Q.  Can you explain how — could you just
21 augment further your opinion that they could not
22 possibly be losing any money on Taxol from the

108

1  reimbursement formulas used by third party carriers?
2      A.  What these physicians didn't understand
3  was the concept of AWP and reimbursement. They
4  worked for an internal medicine group, and the
5  billing is done separately. They don't get involved
6  with it. They thought that they weren't getting
7  reimbursed with Taxol. And they were not going to
8  use the drug because it was not financially feasible.
9  And the only way they could get paclitaxel was to go
10 to the generic form, which was really inaccurate.
11 And it was an objection that I needed to cover with
12 this particular physician to educate them that there
13 really wasn't much difference in the reimbursement
14 dollar amount that would be achieved either from
15 choosing a generic or choosing the brand product,
16 that their conception that the reimbursement system
17 in place had disadvantaged Taxol, they could no
18 longer use it, was inaccurate. And that was the
19 purpose of me trying to deal with this issue, is to
20 educate them that that was not really the case. They
21 needed to really understand this system and look at
22 it.

109

1      Q.  Is that because if reimbursement was based
2  on AWP, there was a margin on Taxol?
3      A.  There's a margin on every drug used in
4  oncology.
5      Q.  At this point in time how did the margin
6  on Taxol compare to the margin on generic, do you
7  recall?
8      A.  I cannot tell you for sure, okay, because
9  it changed. As the price changed, so did the margin.
10 It's my assumption based on this that at that time
11 there it was not that much different than that of the
12 generic, and that's why they were mistaken, and
13 that's why I felt a need to clarify the issue with
14 them, because they had a mistaken concept of my
15 product.
16     Q.  So they couldn't possibly be losing any
17 money because there was a margin?
18     A.  There was margin. I mean — again, they
19 had lost sight of the forest for the trees, and that
20 is that generic Taxol and Taxol, although the FDA
21 says they're equivalent products, the generic is just
22 provided at a certain price and no additional

Douglas Soule          HIGHLY CONFIDENTIAL          July 7, 2005
                       Seattle, Washington

158

1  And X number of cycles given for lung cancer. And it
2  looks at how much it would cost to get Paraplatin,
3  how much you would get reimbursed from Paraplatin, or
4  if you chose cisplatin, how much it would cost and
5  how much would be reimbursed, and the net
6  difference.
7       Q.  And this does not really convey the true
8  cost of cisplatin, does it, because of associated
9  side effects that --
10      A.  No. You know, it's well known that
11 cisplatin requires a lot of support meds. I mean,
12 cisplatin is associated with kidney being destroyed,
13 or the ears being destroyed, or the nausea, or
14 vomiting, which would require support medicines. I
15 don't think that based on what I see here, I don't
16 think that that was entered into this equation at
17 all. This looks like it's just costs or the
18 reimbursement, published reimbursement for these
19 particular products.
20      Q.  No. 1 says the prices paid and AWP are
21 according to the printout obtained from the pharmacy.
22      A.  So I must have received that printout from

159

1  the pharmacy.
2       Q.  Again, the pharmacy would refer to --
3       A.  I think probably, because Dick Shine had
4  the capability of doing that, I think probably it
5  would have been him, because the buyer I don't think
6  would have done this or been able to do this. So --
7  I don't know.
8       Q.  Thank you. That's all the questions I
9  have on that.
10             (Exhibit Soule 013 marked.)
11      Q.  The court reporter has marked Exhibit
12 Soule 013, which is a document comprised of Bates
13 numbers BMS AWP 001491378 to 1380. Could you identify this
14 document for us, Mr. Soule?
15      A.  Well, this document appears to be some
16 kind of economic evaluation of platinum-based
17 chemotherapy, which now includes more total costs
18 than the analysis. For instance, it might include
19 concomitant medication costs, et cetera.
20      Q.  Is this a document that you prepared?
21      A.  No. I didn't prepare this.
22      Q.  Have you seen this document before?

160

1       A.  (No response.)
2       Q.  I think it was produced out of your files.
3       A.  Maybe, maybe not.
4          MR. ZUCKER:  If I could just interject.
5          MR. MATT:  Please do.
6          MR. ZUCKER:  I can find out specifically
7  who it came from. It's clear it was a hard copy
8  document. Specific custodian, I could make a call
9  and verify. If you want us to, I can do that.
10         MR. MATT:  I'm pretty sure it was with
11 the documents that showed up from Mr. Soule.
12      A.  I'll bet you this is in my economics
13 folder, because, again, I have this background in
14 economics, and I used to throw everything that had
15 economics in it in this particular folder. I'm not
16 sure I paid too much attention to this or whatever,
17 but when I went through my documents to provide them
18 to you, this happened to be something that dealt with
19 one of the criteria that I was supposed to provide.
20 Any other questions?
21      Q.  I don't know. Generally have you received
22 documents, any documents from BMS that show a

161

1  comparison of the profitability of BMS products
2  versus the products of BMS competitors?
3       A.  Well, I think that -- make a general
4  statement. In the business world, when you compete,
5  and you have to sell product, you have to know what
6  the prices are, and you have to know what your
7  products can do versus the competitor. Part of that
8  is the cost. I don't think it's unusual to be doing
9  cost analysis, and I think that a company would over
10 the period of years have provided us with
11 information.
12      Q.  Do you think that the company would have
13 provided you with information specifically including
14 AWP as part of a margin calculation?
15      A.  In this particular business of oncology
16 where the rules are different, where the financial
17 implications of your product are not only based on
18 the cost of your product, but also on the
19 reimbursement issue, it's important to know that.
20 And if customers have concerns about that, or
21 misconceptions about that, it's important to know
22 that information so that you can provide that. It's

Douglas Soule          HIGHLY CONFIDENTIAL          July 7, 2005
                          Seattle, Washington

162

1  called total disclosure of your product. And I think
2  the company provided us with information that we
3  needed to be able to accurately deal with customer
4  concerns, including pricing, including AWP. It's all
5  published information.
6       Q.  Do you believe that your competitors
7  discuss margins with their clients for the drugs that
8  they sell?
9       A.  I have never had a conversation with a
10 competitor about that issue that I can recall.  Now,
11 have I heard of it from my customers, that Joe Blow
12 or this company or that company?  Yes.  So I make the
13 assumption that that discussion has gone on with
14 competitors, but I have no firsthand knowledge of
15 that.
16      Q.  Who are the primary competitors?  Let's
17 take a time period.  Let's say currently.  Who
18 competes with the products you sell?
19      A.  Give the time period.
20      Q.  Let's say 2004.
21      A.  2004 is when we launched a product called
22 Erbitux.  Okay.  Erbitux is for colorectal cancer.

163

1  It has no competitors.  It does have other products
2  that are used in certain sequence to treat that tumor
3  types, and there's some debate on what's the
4  appropriate sequence to optimize the utility of all
5  of these different agents.  However, Erbitux has no
6  competitor.  There's nothing else like it.  It's
7  stand-alone.  Okay?
8       Q.  Before Taxol went generic, the competitor
9  was Aventix with Taxotere, correct?
10      A.  That was a competitor, yes.
11      Q.  Still is?
12      A.  No.  Well, no.  No, it's not.  Not really.
13      Q.  They sell it, though?
14      A.  They sell it.  That's correct.
15      Q.  So why are they not a competitor today?
16      A.  Because, I mean, the product basically
17 Taxol has gone away.  It's not -- it's not a product
18 that the company has now put a lot of resources
19 behind because when a product goes generic and the
20 margins go away for the company, the company loses
21 interest or makes a financial economic decision on
22 how much resource and how much effort and how much

164

1  money to have the sales force devote to the promotion
2  of this product.  And that product has pretty much
3  disappeared from our portfolio.  It has disappeared
4  from our portfolio.  Not from our hearts, but from
5  our portfolio.
6       Q.  You still sell it, though?
7       A.  No, not really.  I still answer questions
8  on it.  I still will provide medical services support
9  for that product, as we would for Blenoxane, which is
10 a 30-year-old drug.  Okay.  Because we are committed
11 to providing information to our customers about our
12 products.
13      Q.  BMS still sells it?
14      A.  BMS still sells it, yes.
15      Q.  I just wanted to clarify.  For a moment
16 there I thought maybe you didn't sell it, that BMS
17 didn't sell it anymore.
18      A.  No.  We still sell it.
19      Q.  That's why I asked.
20      A.  You're asking me from a salesperson, do I
21 sell it?  Do I actively promote that drug?  No, I
22 don't.  And have not for quite some time.

165

1       Q.  So right now, is Erbitux the only drug
2  you're actively promoting?
3       A.  Right now, yes.
4       Q.  And two years ago you were actively
5  promoting Paraplatin?
6       A.  Yes.  Two years ago.
7       Q.  And at that time the competition was
8  generic cisplatin?
9       A.  Only generic cisplatin would be a
10 competitor, yes, which we made as well.
11      Q.  Who are some of the manufacturers of
12 generic cisplatin?
13      A.  I believe you've already asked me that.
14 I don't know.
15      Q.  Same question for Taxol.  Who made Onxol,
16 or who makes Onxol?
17      A.  I think the company's name was Ivax, but
18 I'm not sure.
19      Q.  Are you familiar with any other generic
20 paclitaxel makers?
21      A.  I know that there were several that came
22 out afterwards.  I really don't know who they are.

Douglas Soule          HIGHLY CONFIDENTIAL          July 7, 2005
                        Seattle, Washington

166

1  At that time it was like generic. We carried a
2  generic, okay.
3          (Exhibit Soule 014 marked.)
4      Q. The court reporter has marked as Exhibit
5  Soule 014 a document Bates numbered BMS AWP 01418664.
6  Can you please identify this document for the record?
7      A. This appears to be a call report that I
8  registered on my computer November 3rd of 2000.
9      Q. So you created this?
10     A. Yes.
11     Q. And is that Dr. Einstein?
12     A. It is.
13     Q. What clinic is Dr. Einstein with?
14     A. Seattle Cancer Center.
15     Q. Can you read the text of the note?
16     A. It says, "Very good conversation on
17 generic paclitaxel and AWP situations. Full coverage
18 of appropriate issues with both."
19     Q. Do you recall what you meant by "AWP
20 situations"?
21     A. This particular position is a
22 hospital-based physician, and currently is still

167

1  under a different set of rules where AWP does not
2  apply to the whole financial aspect of it. And he
3  often asks me questions about what is going on in the
4  community environment concerning reimbursement issues
5  or the generic intrusion, and, you know, he likes to
6  learn our business, because we know what's happening
7  on the other side of that community that he doesn't
8  know firsthand. This is one of those conversations.
9      Q. So you're educating him on how
10 reimbursement is handled outside of the hospital
11 context for oncology drugs?
12     A. Yeah, answering a question that he had.
13     Q. Have you ever had any conversations with
14 other BMS sales representatives about the difference
15 between AWP and actual cost of BMS oncology drugs?
16     A. I'm sure. I could not tell you a specific
17 one, but I'm sure. It was something that we had to
18 deal with in our business, and oftentimes because of
19 my seniority people would come to me and ask me
20 questions to explain certain things to them.
21 Sometimes it was just within our own district maybe
22 we would have conversations about what's happening in

168

1  our workplace, I'm sure.
2      Q. What about representatives from other
3  territories?
4      A. Like I said, within our district it would
5  be people from other territories. And not only that,
6  but I'm assigned to be like a mentor, it's called the
7  Grand Master program. I'm assigned to a different
8  district because they are lacking one of those
9  people, so I'm the acting Grand Master for the Denver
10 district per se. So they call and ask me for advice
11 or to explain certain things or the manager may call
12 and ask for me to help a certain rep. For instance,
13 I was supposed to go to El Paso for three days --
14 that got canceled at the last minute -- to go help a
15 rep that was struggling, and the manager could not
16 figure out what was happening there. And wanted me
17 to just lend another set of eyes and see if I could
18 help this particular rep out. That's my job as Grand
19 Master assigned to that district. So there are times
20 that I interface with other people outside of my
21 district.
22     Q. How did you help out with that particular

169

1  representative?
2      A. I didn't, because her mother almost died
3  of MI the night before, and I had to cancel the trip.
4  She had to go into emergency.
5      Q. I got a sense from reviewing some of your
6  documents that it is fairly prestigious within the
7  company to be a Grand Master, is that correct?
8      A. I think so.
9      Q. How does one become a Grand Master?
10     A. You have to meet certain entry criteria,
11 sales criteria, continued performance excellence over
12 a given period of time. Have to have a certain
13 number of years of seniority with the company. You
14 have to be recommended by your manager, and you have
15 to be approved by management.
16     Q. How many Grand Masters are there?
17     A. I couldn't tell you the exact number. But
18 there is probably, I would say, more than 20 and less
19 than 40.
20     Q. Can you give us some names of as many
21 Grand Masters?
22     A. My partner is one, John Piotrowski.

Henderson Legal Services
(202) 220-4158

# EXHIBIT 54



ONCOLOGY THERAPEUTICS NETWORK

## MEMORANDUM

**DATE:** April 6, 2000

**TO:** Jim Adams, John Aksein, Kevin Calsada, Amy Chan, Louis Chinn, Gena Cook, Peggy Lehmann, Tom Ludlam, Sandy McMahon, Marilyn Ping, Joe Ullery, Karen Weiss

**FROM:** Barbara Nathan *BN*

**SUBJECT:** Actions from Today's COC Stragegy Meeting    *See attached*

1. – **Tom** will create an introductory cover letter to the packet of OTN marketing information that we will send to COC.  **Due Monday, 4/10.**

2 – **Barbara** will draft a response to Jose's 4/4/2000 fax, confirming that OTN will participate in the COC meetings on: 5/17, 5/18, 5/24, 5/25.  The response will also answer his request to not contact COC members before the above-referenced dates by letting him know that we will continue to service our existing customers.  **Due Monday, 4/10.**

3 – **Amy and Marilyn** will compare the COC price list with any new ION pricing information we can get from an existing loyal MOASC customer (Wendy McNall?) to see if we need to make price adjustments to be competitive with ION.  **Due Monday, 4/10.**

4 – **Peggy** will prepare 250 packets that include Tom's letter, the (adjusted) COC price list, and Amy's business cards, along with the original packet of information to Jose on 3/28 (attached).  **Due Tuesday, 4/11, in the morning,** so that the mail house can have it sent to MOASC/ANCO by Friday, 4/14, per Jose's request.

5 – **Amy/Barbara** will prepare an OTN visitation schedule (to blanket the COC territory) to present to participants.  **Due Wednesday, 4/12.**

EG

395 OYSTER POINT BOULEVARD, SUITE 405, SOUTH SAN FRANCISCO, CALIFORNIA 94080 TEL: 800-482-5700 FAX: 800-800-5673

BP 02863



PLAINTIFF'S EXHIBIT

HIGHLY CONFIDENTIAL
BMS/AWP/000096900



March 28, 2000

Jose Gonzalez
Executive Director
Association of Northern California Oncologists
53 Maple Hill Drive
San Rafael, CA 94903

Dear Jose:

Enclosed is the sales package you requested from OTN. The information in the OTN folder is an abbreviated form of the presentation binder that you received at the MOASC Board Meeting. Let me know if there's anything else you need.

Sincerely,

Barbara Nathan

Barbara Nathan

Enclosure

·BP 02864            EG

395 OYSTER POINT BOULEVARD, SUITE 405, SOUTH SAN FRANCISCO, CALIFORNIA 94080 TEL: 800-482-6700 FAX: 800-800-5673

HIGHLY CONFIDENTIAL
BMS/AWP/000096901

## Company Profile

Oncology Therapeutics Network (OTN) is a healthcare services and distribution organization that has been providing drugs and services to office-based oncology practices for over nine years. To date, 100% of our business has been devoted to the sale of oncology drugs and supportive medications as well as in providing innovative programs, products, and services to help oncology practices prosper in a changing healthcare environment. OTN is currently providing distribution and services to over 2000 oncology practices nationwide.

An expanding facet of OTN's services is Lynx Data Management Services. OTN-Online, launched in 1998, provides our customers with secure, real-time access to their own pricing, purchase history and inventory management data via the Internet. During 2000, we are introducing an additional array of data services and reporting for our Lynx System customers via OTN-Online.

OTN is committed to providing an array of services to COC members that will not only help them to acquire and manage their drug inventories on a competitive basis, but which will also assist them in maintaining state-of-the-art clinical and business practices.

## COC's Access to OTN

### Dedicated Account Management Team

Amy Chan, Account Representative, coordinates and manages the servicing of the group. In addition, we have a service team that meets as needed to review any outstanding issues regarding your organization. The account management team is composed of:

EG

BP 02865

HIGHLY CONFIDENTIAL
BMS/AWP/000096902

| Amy Chan | Account Representative |
|----------|----------------------|
| Randy Kelsey | Regional Business Development Manager |
| Barbara Nathan | Manager, Groups |
| Louis Chinn | Director of Sales, Western Region |
| Jim Adams | Vice President, Customer Service |

You can reach any/all of us at OTN's toll free number: **1-800-482-6700.**

## Ordering

The current hours for OTN service are 5:30 a.m. through 5:30 p.m. Pacific Time, Monday through Friday. Pharmaceutical orders received by 4:00 p.m. Pacific Time are processed for delivery the next business day. We receive faxed orders 24 hours a day, 7 days a week. Faxed orders are processed during the hours stated above Monday through Friday. In addition, customers have the ability to place their orders electronically via OTN-Online. Ordering is automatic for practices that have a Lynx™ System in place.

## Delivery Terms

OTN ships all oncology drugs and supportive medications standard overnight service at no charge.

## Payment Terms

OTN offers four (4) standard payment terms options:

| | |
|---|---|
| 2% Direct Debit | Net 75 Days |
| 1% 30, Net 60 Days | Credit Card |

## Manufacturer Contract Programs

As a qualified wholesaler, OTN participates in programs of direct manufacturers, including, but not limited to, Amgen, Ortho-Biotech, Bristol-Myers Squibb, Glaxo-SmithKline, Schering, Aventis, and Immunex. OTN will also honor Hematology Oncology Leadership Network (HOLN) contracts for COC members.

## Service Guarantee

OTN guarantees that your shipments will arrive at the promised time and that your orders will be complete and accurate. If we fail to deliver this

BP 02866

HIGHLY CONFIDENTIAL
BMS/AWP/000096903

level of service, we will, upon request, credit the practice $25.00 or donate it to the American Cancer Society in the practice's name.

### Returns and Expired Products
We will accept returns of eligible expired or unused product according to the terms set by the manufacturers.

## COC's Access to Lynx™ and Business Services

### Lynx, Available to COC Members AT NO CHARGE
OTN has developed Lynx, the first point-of-care drug dispensing and tracking system developed specifically for the office-based oncology practice. Lynx allows you to control inventory by the electronic ordering and refilling of drugs, order tracking, and invoice reconciliation. Lynx automatically captures all charges at the point-of-use and also captures drug utilization and cost information and provides on-site report generation to enable you to view and print your data in a variety of ways.   See Exhibit 1. Lynx Customer Service provides 24-hour support to Lynx customers.

### Reimbursement Assistance Support
A staff of oncology reimbursement specialists from Documedics is trained to provide information to COC members on coverage and payment for all products listed in the OTN *Sourcebook*. This service is available at no charge to COC members. See Exhibit 2.

### Oral Reimbursement for Cancer Agents (ORCA)
ORCA is a free service provided by OTN that can simplify and expedite billing and reimbursement for oral chemotherapy and supportive care medications in the physician office. ORCA is a risk-free program that will help maintain the patient's quality of life and allows practices to learn to administer and bill for oral agents. See Exhibit 3.

### Business Consulting Services Discount
OTN has negotiated favorable rates with K.R. Johnson & Associates (KRJ), the premier oncology practice consulting group, for the benefit of member practices. KRJ personnel have extensive experience in oncology practices

03/27/2000

EG

3

BP 02867

HIGHLY CONFIDENTIAL
BMS/AWP/000096904

as well as business management, and understand the realities of the physician-owned oncology office. KRJ will offer a 15% discount on all consulting services to COC member practices during the year 2000. See **Exhibit 4.**

## OTN-Online

OTN-Online is the first true online ordering system for community-based oncology offices, on which customers can place drug and supply orders 24 hours-a-day, 7 days-a-week.

OTN-Online provides the complete OTN catalog online with access to specific pricing for each practice, including proactive comparative pricing and manufacturers' contract prices listed for each product. In real-time, members are able to review individual invoices and payments, inventory management reports, find current AWP's and HCPCS codes. Hot links to clinical information, such as CancerEducation.com, and other oncology-related web sites provide fast access to the information you need. If you are not already registered, please complete the enclosed enrollment form and fax or mail it back to OTN. See **Exhibit 5.**

## PRICING

### Overall Competitive Pricing
In an effort to provide bottom-line savings to you, Oncology Therapeutics Network (OTN) provides competitive pricing on the more than 1000 drugs and supplies listed in the OTN *Sourcebook*. Moreover, COC members benefit from a negotiated special price list on all key drugs. Call your account manager, Amy Chan for the most current COC price list.

### Lowest Pricing on Bristol-Myers Sole-Source Products
As the agent for the sale of Bristol-Myers oncology products to physician offices, OTN is able to offer the lowest pricing on these sole-source drugs. Bristol-Myers Squibb oncology drugs typically represent approximately 30% of the dollars spent on drugs by an oncology practice.

BP 02868

03/27/2000

EG

4

HIGHLY CONFIDENTIAL
BMS/AWP/000096905

**Supply Item Discount**
A 10% discount is applied to purchases of any supply items with catalog numbers beginning with 500 and 700 listed in the OTN *Sourcebook*. Included in supplies are needles, syringes, large volume parenterals, gloves, gowns and many more items necessary for the administration of chemotherapy.

## Additional Value-Added Communications

○ The *Network News* (bi-monthly)
   This bimonthly update is a newsletter that contains OTN programs, clinical information, reimbursement and coding changes, product prices and availability information.

○ Oncology Drug Updates (bi-monthly in the *Network News*)
   Provide concise synopses of new developments in the treatment and supportive care of cancer patients, including timely reports on new FDA drug approvals and clinical trial results.

● *Sourcebook*
   The OTN catalog features all listed products, programs, and services, as well as terms and conditions for purchasing through OTN.

● Material Safety Data Sheets (provided upon request)


BP 02869

03/27/2000

EG

5

HIGHLY CONFIDENTIAL
BMS/AWP/000096906

# Executive Summary

⇒ Dedicated account management team

⇒ Access to Lynx *at no charge*

⇒ Reimbursement assistance hotline

⇒ Oral Reimbursement for Cancer Agents

⇒ Business consulting services discount

⇒ OTN-Online

⇒ Competitive negotiated pricing

⇒ 10% supply item discount

⇒ Lowest pricing on Bristol-Myers products

03/27/2000

EG

6

BP 02870

HIGHLY CONFIDENTIAL
BMS/AWP/000096907

Exhibit 1



THE LYNX SYSTEM

DATA RESOURCES FOR THE PHYSICIAN-OWNED ONCOLOGY PRACTICE

ONCOLOGY THERAPEUTICS NETWORK

EG

BP 02871

HIGHLY CONFIDENTIAL
BMS/AWP/000096908

Exhibit 2



# Reimbursement Assistance Service
## for California Oncology Consortium Members
## of Oncology Therapeutics Network

Documedics has been retained by Oncology Therapeutics Network to provide California Oncology Consortium (COC) Members with a convenient single source for answers to reimbursement questions.

Documedics' staff of oncology reimbursement specialists are trained to provide information on coverage and payment for all products listed in OTN's *Sourcebook*. Our services include:

- Coverage verification and status of payer policies

- Billing guidelines and documentation requirements

- Payer reimbursement methodologies and allowables

- Coding References
  CPT-4
  ICD-9-CM
  HCPCS Level II and local codes

- Advice on claims review, rejections, on-line adjustment and resubmission

- Assistance in resolving denials on medically appropriate use of oncology drugs and supplies

- Referral to manufacturer-sponsored indigent patient assistance programs and reimbursement support programs

### Call the COC hotline today for more information.
## 1-800-816-5703

BP 02872

EG

HIGHLY CONFIDENTIAL
BMS/AWP/000096909



Exhibit 3

A Program Supporting the Reimbursement of Oral Chemotherapy and Supportive Care Medicines in Physician Offices

ORCA™

EG

HIGHLY CONFIDENTIAL
BMS/AWP/000096910—

Exhibit 4

 

# Find Out How to Improve Your Bottom Line from the Experts — K.R. Johnson & Associates.

In our effort to add value for our customers, Oncology Therapeutics Network (OTN) has negotiated favorable rates with the premier oncology practice consulting group — K. R. Johnson & Associates (KRJ).

## Here is why we believe KRJ is the consulting service of choice for community and office-based practices:

**Experience** – Principals of KRJ have backgrounds in clinical oncology, office administration, and oncology reimbursement. We are confident that, when our customers engage KRJ, they are hiring experienced consultants who understand the realities of the physician-owned oncology office.

**Value** – KRJ is results driven. Physician-owned oncology practices have been able to lower their operating costs and increase their cash flow in the first month after the KRJ consultation. That means they immediately take away more profit.

**Integrity** – We believe KRJ will help its clients become more profitable while strictly adhering to reimbursement guidelines and upholding the quality of patient care.

**Confidentiality** – The information resulting from the consultation and any succeeding services provided to the client by KRJ under its program is completely confidential and will not be shared with any other parties.

### Exclusive Offer for OTN Customers!

#### Effective through May 31, 2000

Through an OTN - KRJ agreement, KRJ is able to provide 15% off the price of KRJ services.*

*The discounts are applied to the full price of the consulting services as specified in the contract between KRJ and the respective OTN customer.

# Call KRJ today at (800) 256-7457.

16500A
2/00

EG

BP 02874

HIGHLY CONFIDENTIAL
BMS/AWP/000096911

Exhibit 5



# OTN-Online

Available free to OTN customers, OTN-Online (*otn-online.com*) provides convenient access, 24 hours a day, to many of OTN's value-added services and your account information. Register today by completing an OTN-Online registration form.



**Current features include access to:**

✓ Online ordering and delivery information

✓ OTN's complete catalog

✓ The pricing for your practice on catalog items you order

✓ Your current invoices and credit memos — especially helpful if your practice pays by direct debit and needs to closely monitor cash flow

✓ Up-to-date reimbursement information — AWPs and HCPCS

✓ Clinical information through Oncology Online

✓ Your practice's monthly *Inventory Management Report*

**Future features of OTN-Online include:**

✓ Clinical drug information, including stability/compatibility information and Material Safety Data Sheets (MSDS)

✓ The complete *Network News*, OTN's bimonthly newsletter online

BP 02875

395 OYSTER POINT BOULEVARD, SUITE 405 / SOUTH SAN FRANCISCO, CALIFORNIA 94080 / TEL: 800-482-6700 FAX: 800-800-5673

Experience the benefits of OTN membership via the Internet. Sign up for OTN-Online today.

EG

HIGHLY CONFIDENTIAL
BMS/AWP/000096912

# EXHIBIT 55

# BMS OVERVIEW: Values Unique to POHMS

- Perpetual Dating on single source products
- Price Protection, to reflect AWP lag, on single source products
- Aggressive Pricing on Multi Source Products
- TAXOL Growth Incentive

EA

BP 02964

HIGHLY CONFIDENTIAL
BMS/AWP/000096965

E Pollins

BP 02965          EA

HIGHLY CONFIDENTIAL
BMS/AWP/000096966

Oncology Therapeutics Network
Proposal for the Pennsylvania Oncology Hematology Managers Society
June 1, 2000 - May 31, 2001

# TABLE OF CONTENTS

OTN COMPANY PROFILE

EXECUTIVE SUMMARY

THE VALUE OF OTN

- ▫ Pricing
- ▫ Business Services
- ▫ Technology Services
- ▫ Operations

THE VALUE OF AN EXCLUSIVE POHMS/OTN PARTNERSHIP

- ▫ Pricing
- ▫ Business Services
- ▫ Technology Services
- ▫ Operations





ONCOLOGY
THERAPEUTICS
NETWORK

BP 02969          EA

HIGHLY CONFIDENTIAL
BMS/AWP/000096967

Oncology Therapeutics Network
Proposal for the Pennsylvania Oncology Hematology Managers Society
June 1, 2000 - May 31, 2001

## OTN COMPANY PROFILE

The Oncology Therapeutics Network (OTN) is a healthcare services and distribution company that has been providing drugs, supplies and services to office-based oncology practices for 10 years. Our business is devoted to helping oncology practices prosper in a changing healthcare environment. OTN is currently providing distribution and other services to over 2000 oncology practices nationwide, representing a network of over 5000 oncologists. OTN is the primary vendor for the State group purchasing programs.

Examples of innovative and exclusive services supporting the needs of community oncology and brought to you by OTN include:

- ✓ Lynx to the Future
- ✓ OTN-Online
- ✓ ORCA – Oral Reimbursement for Chemotherapy Agents
- ✓ Price benefits from OTN's direct sales agency relationships with Bristol-Myers Squibb Oncology
- ✓ Price benefits from OTN's direct sales agency relationships with Novartis

These programs reflect OTN's commitment to helping community oncology extend and enhance the lives of patients with cancer. One in four of us will suffer some form of cancer in our lifetimes. And virtually all of us will be touched by a cancer diagnosis for a friend or family member. All 125 OTN employees want POHMS to know how much we appreciate the services and care provided by POHMS members. Our commitment is to help assure your time and efforts is devoted to patients more than the administration of a practice.





ONCOLOGY
THERAPEUTICS
NETWORK

BP 02970

EA

HIGHLY CONFIDENTIAL
BMS/AWP/000096968

Oncology Therapeutics Network
Proposal for the Pennsylvania Oncology Hematology Managers Society
June 1, 2000 - May 31, 2001

## EXECUTIVE SUMMARY

The following briefly summarizes the benefits of a POHMS decision to select OTN again as its prime vendor:

1. POHMS Exclusive Pricing and Payment Terms
2. Additional Pricing Programs including Pro-Active Comparative Pricing, Multi-Source Pricing, and Price Guarantee and Review
3. Perpetual dating on certain single-source products – Taxol, Paraplatin, IFEX,
4. Price Increase Protection on certain single-source products
5. Taxol Growth Incentive Program
6. Administration of Manufacturer Contract Programs without Business Interruption
7. Additional dating opportunities if POHMS members order online or through LYNX
8. 10% Discount on Supplies
9. *LYNX to the Future* with Training and Installation at no charge
10. Free Ad Hoc Reports (2) per Quarter for Lynx Data Management Subscribers
11. POHMS Personalization of OTN-Online
12. Free Computer and Internet Support
13. POHMS Inventory Control Support
14. Semi-Annual POHMS Operational Meetings
15. Marketing Consultation and Support
16. Funding for Nursing or Administrator Participation at annual ONS or AOHA Meetings
17. Speaker Programs
18. POHMS Administrative Credits
19. Dedicated Account Management Team, including POHMS Personal Account Manager
20. Additional Service Guarantee and Delivery Terms





Page 3

6/6/00

EA

HIGHLY CONFIDENTIAL
BMS/AWP/000096969

Oncology Therapeutics Network
Proposal for the Pennsylvania Oncology Hematology Managers Society
June 1, 2000 - May 31, 2001

## THE VALUE OF OTN

OTN has been performing healthcare service and distribution activities for 10 years. During that time, OTN has established a reputation of high quality and service, while still offering competitive pricing. OTN has also been an innovator in the provision of services supporting purchasing and distribution. Particularly with group programs, OTN believes that a value-added distributor/group partnership creates a highly effective team.

## PRICING

□ *Discounted Pricing on Bristol-Myers Products*
As the exclusive direct selling agent for Bristol-Myers Squibb Oncology products to community oncology offices, OTN is able to offer a 4% discount on *wholesale acquisition cost* as the pricing on these drugs.

c

□ *"One-Stop Shopping" Ease for All Practices*
Favorable pricing on Bristol-Myers Squibb sole-source products and Novartis' Aredia and competitive pricing on all other oncology products makes OTN a natural "one-stop shop" for all chemotherapy and supportive medications. This reduces time and effort in administering and managing the purchasing process, yielding more time to patient care.





BP 02972

EA

HIGHLY CONFIDENTIAL
BMS/AWP/000096970

Oncology Therapeutics Network
Proposal for the Pennsylvania Oncology Hematology Managers Society
June 1, 2000 - May 31, 2001

### BUSINESS SERVICES

□ *Reimbursement Assistance Support*
A staff of oncology reimbursement specialists from *Documedics* is trained to provide information to participating POHMS members on coverage and payment for all products listed in the OTN *Sourcebook*. This service, generally obtained by subscription only, is available at *no charge* to POHMS members, and is reserved for OTN's groups and Premier practices. See Exhibit 2.

□ *Oral Reimbursement for Cancer Agents (ORCA)*
ORCA is a free service provided by OTN that can simplify and expedite billing and reimbursement for oral chemotherapy and supportive care medications in the physician office. While oral chemotherapy solutions are not widely available today, nearly 40% of drugs in the R&D pipeline are based on oral formulations. ORCA is a risk-free program that will help practices prepare for the anticipated growth of oral therapy. See Exhibit 3.

□ *Business Consulting Services Discount*
OTN has negotiated favorable rates for business consulting support, available to all POHMS practices. K.R. Johnson & Associates (KRJ), a premier oncology practice consulting group, is available at reduced rates for the benefits of member practices. KRJ personnel have extensive experience in oncology practices as well as business management, and understand the realities of the physician-owner oncology office. OTN offers KRJ assistance at a 15% discount for all consulting services to POHMS member practices. See Exhibit 4.

□ *Value-Added Communications (see Exhibit 5)*
  • *Network News* – This bi-monthly update is a newsletter that contains OTN programs, clinical information, reimbursement and coding changes, product prices and availability information.



BP 02973

EA

HIGHLY CONFIDENTIAL
BMS/AWP/000096971

**Oncology Therapeutics Network**
Proposal for the Pennsylvania Oncology Hematology Managers Society
June 1, 2000 - May 31, 2001

- *Oncology Drug Updates* (bi-monthly in *Network News*) - Provides concise synopses of new developments in the treatment and supportive care of cancer patients, including timely reports on new FDA drug approvals and clinical trial results.
- *Sourcebook* - The OTN catalog features all listed products, programs, and services, as well as terms and conditions for purchasing through OTN.
- *Material Safety Data Sheets* - provided upon request.

---

## TECHNOLOGY SERVICES

□ *LYNX to the Future*
LYNX is the first point-of-care drug dispensing and tracking system developed specifically for the office-based oncology practice. LYNX allows you to control inventory by the electronic ordering and refilling of drugs, order tracking and invoice reconciliation. LYNX automatically captures all charges and enables you to view and print your data in 40 different report formats.

In late 1999, OTN introduced *LYNX to the Future*, a program that enables practices to get the benefits of LYNX essentially free. Each practice that signs a LYNX agreement will receive the following (see Exhibit 6):

- ✓ Credit equal to the entire amount of the monthly fee.
- ✓ Credit of $100.00 a month to be issued quarterly via a credit memo.
- ✓ A waiver of interfacing development charges subject to the use of certain practice management systems as described in the LYNX agreement.
- ✓ One refrigerator for the LYNX system at no charge.
- ✓ One label printer at no charge.



ONCOLOGY THERAPEUTICS NETWORK

EA

HIGHLY CONFIDENTIAL
BMS/AWP/000096972

Oncology Therapeutics Network
Proposal for the Pennsylvania Oncology Hematology Managers Society
June 1, 2000  - May 31, 2001

✓ One laser printer at no charge.

Plus, OTN offers significant training to assure optimum integration and use of LYNX.   Training starts with Lynx Practice System Manager Training (LPSM), a two and one-half day course held in Tempe, Arizona, that employs the best in training methods and coursework. The airfare, food and accommodations for the person selected by the practice as the LPSM are covered by OTN.  OTN then sends an applications specialist to your office during installation to provide on-site orientation and training, and OTN follows up with a one-day, on-site refresher course during the first six months after installation.  See Exhibit 8.

One of the significant new developments at OTN is the establishment of Lynx Data Management Services to deliver secure, timely, practice-specific management data via *OTN-Online,* OTN's Internet service. Using information derived from the LYNX point-of-care drug dispensing and tracking system, Lynx Data Management Services will prepare practice-specific management reports for all Lynx members accessible through the Internet. Starting the second quarter of 2000, Lynx Data Management Services will also offer, for a modest subscription fee, additional reports. These reports include state and national comparisons from aggregated data to help practices benchmark themselves.  See Exhibit 7.

▫ OTN-Online (www.otn-online.com)
*OTN-Online* is OTN's secured Internet site.  It is accessible only to registered OTN customers.  *OTN-Online* is the first true online ordering system for community-based oncology.  Customers have 24 hour-a-day, 7 day a week access from any location that is Internet-enabled, offering physicians, nurses and administrators flexibility in managing their business.





BP 02975

EA

HIGHLY CONFIDENTIAL
BMS/AWP/000096973

**Oncology Therapeutics Network**
Proposal for the Pennsylvania Oncology Hematology Managers Society
June 1, 2000 - May 31, 2001

Currently, customers can benefit from the following services available through *OTN-Online*:

✓ *Online Ordering* - Practices can use the secured ordering portion of *OTN-Online* to place orders 24 hours a day. Order lists on the site are customized to an individual practice or site based on actual purchasing history. Through online ordering, customers can automatically identify their pricing, inclusive of their manufacturer contracts *and* comparative pricing offered by OTN – helping practices confirm real-time price competitiveness. Customers can also check the status of all types of orders (phone, LYNX and online).

✓ *Invoice Information* - Customers can access invoices through *OTN-Online*.

✓ *Management Reports* - Customers can access management reports that provide a rolling twelve months history of purchasing information.

✓ *Access to AWP and J code information* - Practices can access current AWP and J code information through the web site. Starting April 3, 2000, a new display of AWP information will be available. This information will be updated on a monthly basis. Additionally, J code information will be available quarterly.

✓ *Dialogue with the Experts* - Customers can participate in *Dialogue with the Experts*. This forum allows physicians to post treatment questions to a panel of oncologists from Fox Chase Cancer Center.

✓ *CancerEducation.Com* - All customers using *OTN-Online* automatically gain free access to information and services available through the CancerEducation.com. Benefits include:

   ▪ Free and automatic registration
   ▪ Access to MedClips, offering audio and video educational programs
   ▪ Access to Medical Links, Medical Dictionary, and Drug Information





EA

BP 02976

HIGHLY CONFIDENTIAL
BMS/AWP/000096974

**Oncology Therapeutics Network**
Proposal for the Pennsylvania Oncology Hematology Managers Society
June 1, 2000 - May 31, 2001

---

## OPERATIONS

□ *Hours of Customer Service and Ordering*
With OTN's *LYNX, OTN-Online* or fax service, ordering can be done *24 hours a day, 7 days a week.* For personal service, OTN's hours are 5:30 a.m. through 5:30 p.m. Pacific Time, Monday through Friday. Pharmaceutical orders received by 5:00 p.m. Pacific Time are processed for delivery the next business day.

Because of their location, POHMS members can receive personalized ordering service until 8:00 p.m. East Coast time and still receive next day delivery.

□ *Delivery Charges/Terms*
OTN ships all oncology drugs and supportive medications standard overnight service *at no charge.* All products are shipped in high-quality boxes and all chemotherapy drugs are individually placed in zip lock bags to protect the user and the other material in the event of damage during shipment. Refrigerated drugs are shipped using insulation material with an R-15 factor to ensure product efficacy. This gives OTN the ability to ship refrigerated product over the weekend and still ensure prompt Monday delivery. OTN uses environmentally-friendly packing materials, instead of styrofoam "peanuts," as a direct result of customer requests. A voluntary recycling program is also available.

□ *Return Policy*
OTN will accept returns of eligible expired or unused product according to the terms set by the manufacturers.

---

## THE VALUE OF AN EXCLUSIVE POHMS/OTN PARTNERSHIP

Due to the extensive and mutually beneficial relationship POHMS and OTN have had over the past several years, OTN is pleased to



ONCOLOGY
THERAPEUTICS
NETWORK

BP 02977          EA

HIGHLY CONFIDENTIAL
BMS/AWP/000096975

Oncology Therapeutics Network
Proposal for the Pennsylvania Oncology Hematology Managers Society
June 1, 2000 - May 31, 2001

review for POHMS members the key attributes of this proposal that
are *unique to POHMS*, creating further value for POHMS and its
members. We offer these in the context of POHMS' interest in
designating a prime vendor, which we characterize as a vendor
servicing at least 80%+ of POHMS members' total demand for
oncology drugs and supplies during the 12 month award period.

## PRICING

❑ *POHMS Exclusive Pricing*
OTN offers POHMS members a negotiated special price list on all
key drugs, detailed in Exhibit 9. The prices again offer POHMS
members further savings over those realized during the last 12
months.

❑ *Pro-Active Comparative Pricing Program*
POHMS members are enrolled in OTN's *Pro-Active Comparative
Pricing Program*. Every Tuesday (through the following Monday)
OTN will automatically load the Florida Infusion, Med-Path and
NSS weekly/periodic specials or OTN's best price on those items
*for all POHMS members*. Comparative pricing and overall
competitive pricing enables your practices to comfortably use OTN
as a "one-stop-shop" for all your chemotherapy and supportive
medication needs.

❑ *Multisource Pricing*
OTN will work with POHMS to explore cost-savings opportunities
that can be afforded by using multisource drugs.

❑ *Pricing Review*
In addition to OTN's on-going diligence in monitoring competitive
pricing activity to benefit POHMS, on a more formal basis we will
review pricing with POHMS monthly and quarterly basis to ensure
price competitiveness. During the course of the year, OTN will
sponsor two pricing reviews, with POHMS representatives, as part





BP 02978

EA

HIGHLY CONFIDENTIAL
BMS/AWP/000096976

Oncology Therapeutics Network
Proposal for the Pennsylvania Oncology Hematology Managers Society
June 1, 2000 - May 31, 2001

of the semiannual operations meeting, location to be determined.
Pricing updates will be sent to each POHMS member monthly.
See Exhibit 10.

□ *Price Guarantee Policy*
OTN will increase POHMS proposed drug prices only as the
manufacturers increase the cost to OTN. Likewise, OTN will
decrease drug prices as manufacturers lower costs to OTN.
Proposed prices, submitted on this bid, are subject to change
upon manufacturers' price increases and decreases. (i.e. price of
Navelbine increases by 9%, negotiated price will increase 9% and
not to new list price).

□ *Bristol-Myers Squibb (BMS) Taxol Growth Incentive*
If an AB rated generic paclitaxel enters the marketplace at any
time during the term of this prime vendor agreement, BMS, through
OTN, will offer POHMS a Taxol growth incentive. Based on total
milligrams used (aggregated for all POHMS members), the
following rebate will be offered to POHMS, retroactively applied to
the date this prime vendor agreement takes effect:

| | | |
|---|---|---|
| 1. | 25%+ growth June 1, 2000 through May 31, 2001 vs prior 12 months | 2% rebate |
| 2. | 30%+ growth for same period | 4% rebate |
| 3. | 35% + growth for same period | 6% rebate |

The above is BMS' proposed milligram growth targets. BMS and
POHMS will meet to finalize the specific growth targets to realize
this incentive rebate prior to initiation of the agreement.

The rebate offer is contingent upon POHMS installing LYNX
Systems in at least 80% of POHMS sites in order to provide an





BP 02979          EA

HIGHLY CONFIDENTIAL
BMS/AWP/000096977

**Oncology Therapeutics Network**
**Proposal for the Pennsylvania Oncology Hematology Managers Society**
June 1, 2000 - May 31, 2001

effective performance tracking tool. The rebate, if circumstances warrant, will be paid within 30 days of the end of the 12-month term.

❑ *OTN Price Increase Protection*
OTN will protect POHMS from any price increases on the following products for 90 days following the notification of the increase, assuming normal order patterns:

✓ Taxol

✓ Paraplatin
✓ IFEX

❑ *OTN Perpetual Dating Opportunity*
OTN will extend to all POHMS members 10 days worth of inventory on the following products, the cost of which will not be payable to OTN until termination of this prime vendor relationship. The earliest this would occur would be 31 May 2001, unless POHMS chooses to extend the relationship. The products are:

✓ Taxol

✓ Paraplatin
✓ IFEX



ONCOLOGY
THERAPEUTICS
NETWORK

EA

BP 02980

HIGHLY CONFIDENTIAL
BMS/AWP/000096978

**Oncology Therapeutics Network**
**Proposal for the Pennsylvania Oncology Hematology Managers Society**
**June 1, 2000 - May 31, 2001**

The offer is contingent upon:

a) POHMS having committed to installing LYNX in at least 67% of sites as part of this prime vendor agreement in order to track performance and

b) Participating POHMS members maintaining <u>unit</u> volume on each of the above products at least at 90% of prior year period. This provides POHMS members with considerable cash flexibility over the term of the agreement and also substantial incremental value from interest on this money. POHMS and OTN will work out specific implementation details.

□ *Payment Terms*

OTN offers six payments term options for POHMS members:

- ✓ 2.5% Direct Debit - *UNIQUE TO POHMS*
- ✓ 2% 15, Net 30 Days - *UNIQUE TO POHMS*
- ✓ 1 1/2% 15, Net 45 Days - *UNIQUE TO POHMS*
- ✓ 1% 60, Net 75 Days - *UNIQUE TO POHMS*
- ✓ Net 90 Days - *UNIQUE TO POHMS*
- ✓ Credit Card

*An additional 0.25% discount on your payment terms of choice will be given to all POHMS members who purchase through either OTN-Online or a LYNX System.*

□ *Manufacturer Contract Programs*

OTN participates in unique and innovative manufacturer pricing programs to support our customers. OTN can facilitate virtually any manufacturer contract, including the current, active POHMS/HOLN contracts and future contracts that become available. Whenever possible, OTN will connect POHMS or individual POHMS members to the appropriate manufacturers' representatives to discuss contracting opportunities. As we currently have a substantial file of and experience with POHMS




BP 02981          EA

HIGHLY CONFIDENTIAL
BMS/AWP/000096979

**Oncology Therapeutics Network**
Proposal for the Pennsylvania Oncology Hematology Managers Society
June 1, 2000 - May 31, 2001

contracts, maintaining a prime vendor relationship with OTN
provides uninterrupted service.

□ *Supply Item Discount*
A 10% discount will be applied to purchases of any supply items
with catalog numbers beginning with 500 and 700, as listed in the
OTN *Sourcebook.* Included in supplies are needles, syringes,
large volume parenterals, gloves, gowns and many more items
necessary for chemotherapy administration.

## BUSINESS SERVICES

□ *Semi-Annual POHMS Operations Meeting*
OTN will sponsor two meetings per year for POHMS Board
Members and OTN to:
- Discuss operational issues and marketing ideas
- Review/revise negotiated pricing
- Discuss OTN and POHMS organization updates
- Discuss new drugs and industry trends

□ *Marketing Consultation and Support*
OTN's Marketing Department will provide professional
consultation and support to assist POHMS marketing efforts.
OTN will sponsor two meetings with POHMS leadership
specifically directed at developing cooperative tactical and
operating plans to facilitate POHMS membership and cohesion.
OTN will commit a minimum of $25,000 in marketing support
toward this effort.

□ *Funding for Nursing and Administrator Meetings*
OTN will support the costs of one administrator or one nurse per
GDCO member practice attending the annual AOHA or ONS
meeting. OTN will reimburse for all registration fees, hotel, and
airfare.

□ *Inventory Control Support*



Page 14

6/6/00

BP 02982          EA

HIGHLY CONFIDENTIAL
BMS/AWP/000096980

Oncology Therapeutics Network
Proposal for the Pennsylvania Oncology Hematology Managers Society
June 1, 2000 - May 31, 2001

OTN's Inventory Management Report will aggregate (rollup) data for all POHMS Group Purchasing Program members. This report provides valuable purchasing data that can be used for contract negotiations or compliance strategies. Inventory management reports are available electronically via *OTN-Online*.   Exhibit 11.

❑ *Speaker Programs*
OTN will sponsor four (4) speakers, each at a separate POHMS meetings or educational forums, to address practice or business management topics pertinent to POHMS membership.

| TECHNOLOGY SERVICES |
| --- |

❑ *LYNX to the Future*
Approximately half of the POHMS membership have LYNX Systems installed or are in process of having LYNX Systems installed. Most have enrolled in the *Lynx to the Future* program. Over $50 million dollars of POHMS member drug/supply purchases are moving through LYNX. By having such significant LYNX penetration, POHMS has an incredibly powerful data-capturing tool, which can be used internally within POHMS and/or in relation to negotiations with and management of pharmaceutical contracts.

Aside from the inherent values of a LYNX System to purchasing efficiency, inventory management and capture of lost billable charges, this proposal includes requirements for even greater LYNX penetration in order to secure Taxol rebates and gain the benefits of perpetual dating on 10 days of inventory. OTN makes installing LYNX easy for POHMS under the *LYNX to the Future* program, which essentially offers the LYNX System free in return for the right to use POHMS members' data in certain clearly specified ways.





EA

BP 02983

HIGHLY CONFIDENTIAL
BMS/AWP/000096981

**Oncology Therapeutics Network**
Proposal for the Pennsylvania Oncology Hematology Managers Society
**June 1, 2000 - May 31, 2001**

In order to optimize the use of LYNX data by POHMS, OTN will provide POHMS with a POHMS-specific LYNX database. This database will not only aggregate drug utilization data for all members but will document treatment patterns of various tumor types. POHMS members can confidentially view their own practice specific information and compare that information to aggregated POHMS data.

All POHMS members who subscribe to **Lynx Data Management Services**, discussed earlier, will receive two free ad-hoc reports per quarter. These reports will be prepared to the specifications of each subscribing member.

OTN will provide POHMS members with two (2) **Lynx User Group meetings** for all members that have installed Lynx. This will give members an opportunity to develop optimum strategies for use of LYNX and LYNX data and also provide a forum for updated training and for interactions with other Lynx users.

- *POHMS Personalization of OTN-Online (www.otn-online.com)*
  Additionally, OTN will work with POHMS to incorporate the following types of online functionality to support members:
  - ✓ Automatically display a link to the POHMS web-site when a member logs in to OTN-Online.
  - ✓ Provide access online to POHMS Management Report rollups for designated POHMS representatives.
  - ✓ Provide a designated POHMS web page which members could use to:
    - ▪ Distribute messages to POHMS members via the OTN Online message center. This facility could be used to send reminders regarding upcoming membership meetings and other important information to POHMS members.





Page 16.

6/6/00

BP 02984

EA

HIGHLY CONFIDENTIAL
BMS/AWP/000096982

**Oncology Therapeutics Network**
**Proposal for the Pennsylvania Oncology Hematology Managers Society**
**June 1, 2000 - May 31, 2001**

- Access to Lynx Drug Utilization data summarized at the account and aggregate POHMS level. See Exhibit 12.

To facilitate the use of *OTN-Online* for ordering or obtaining data reports by any POHMS members who do not have a computer or Internet access, OTN will provide each member with a free computer and Internet Service Provider connections to use *OTN-Online*. This allows members to receive all of the benefits of *OTN-Online* and POHMS.com. Phone lines will be provided by the practice.

## OPERATIONS

□ *POHMS Administrative Credits*
OTN will provide POHMS a $4,000 quarterly administrative credit, totaling $16,000 per year. This credit is to help offset administrative costs and expenses that benefit the POHMS membership.

□ *Dedicated Account Management Team*
Patrick Walsh, Senior Account Executive, coordinates and manages the servicing of POHMS. In addition, OTN has a service team that meets regularly to review any outstanding issues regarding POHMS. The account management team includes:

| | |
|---|---|
| Patrick Walsh | Sr Account Executive |
| Steve Taylor | Director of Sales, Eastern Region |
| Marco Puliz | Manager, Groups, Eastern Region |
| Mark Heller | Sr Regional Business Development Manager |
| Steve Binder | Vice President, Customer Service |

□ *OTN/POHMS Personal Account Manager*
New for 2000! A dedicated OTN POHMS Account Manager located in the field! OTN will appoint a local account manager that





Page 17

6/6/00

BP 02985          EA

HIGHLY CONFIDENTIAL
BMS/AWP/000096983

**Oncology Therapeutics Network**
**Proposal for the Pennsylvania Oncology Hematology Managers Society**
**June 1, 2000 - May 31, 2001**

will reside in the Pennsylvania area. This individual will have exclusive responsibility for servicing *all* POHMS members.

❑ *Interfacing with Secondary Vendor*
OTN will provide interface support for POHMS members with LYNX Systems to automatically order through LYNX to one designated secondary vendor of their choice. For the vendor to participate in this offer, OTN requests that POHMS charge an access fee of no less than $5000 per site. POHMS would provide OTN $2000 of this amount to cover OTN expenses in managing the interface and maintenance. POHMS or the member would retain the residual of $3000 or more, depending upon POHMS charges.

❑ *Delivery Charges/Terms*
In addition to standard overnight shipment of oncology and supportive care drugs, POHMS members will also receive priority delivery as needed at no charge.

❑ *Service Guarantee*
OTN guarantees all deliveries will arrive on time with accuracy. OTN will, upon request, credit $25 to the practice or donate to the American Cancer Society in the practice's name if OTN fails to deliver this level of service.

❑ *Pharmacy Support*
Mike Cunningham, PharmD and Vice President of Business Development, is available on an "as needed basis" through your Senior Account Executive, Patrick Walsh. Dr. Cunningham can provide specific and credible input on product-related issues, such as stability, storage, etc. In addition, he will work with POHMS to utilize his extensive pharmaceutical contacts, if necessary.

❑ *References*
Please see Exhibit 13 for a list of references.





Page 18

6/6/00

BP 02986

HIGHLY CONFIDENTIAL
BMS/AWP/000096984

EA

E  Poffers

BP 02987

EA

HIGHLY CONFIDENTIAL
BMS/AWP/000096985

# EXHIBIT 56

# Taxane Economics

## Effect of Dose and Schedule

The information contained within this presentation is intended for your educational purposes only and should not be utilized in any sales presentations.

Ihly Confidential

BMS/AWP/000157423

# Taxane Economics

■ Taxol          J-9265          30 mg vial

■ Taxotere       J-9170          20 mg vial

■ Coding round up may affect payment

The information contained within this presentation is intended for your educational purposes only and should not be utilized in any sales presentations.

ighly Confidential

# Taxane Economics

- ■ Typical Taxane Dosing Schedules
  - – Taxol 175 mg/m2 Q 3 Weeks
  - – Taxol 80 mg/m2 Weekly
  - – Taxotere 100 mg/m2 Q 3 Weeks
  - – Taxotere 35 mg/m2 Weekly

The information contained within this presentation is intended for your educational purposes only and should not be utilized in any sales presentations.

ghly Confidential

BMS/AWP/000157425

# Taxane Economics

- Taxol Pricing
  - $131.70 OTN
  - AWP = $183.63
  - Medicare $178.50
  - 35.5% margin

- Taxotere Pricing
  - $251.50 OTN
  - AWP= $298.58
  - Medicare $283.65
  - 12.7% margin

The information contained within this presentation is intended for your educational purposes only and should not be utilized in any sales presentations.

Highly Confidential

BMS/AWP/000157426

# Taxane Economics

## Taxol 1 & 3 Hours Administration

- Office Visit  $15.22
- 1 Hr Chemo.  $52.00
- Pre-meds  $9.83
- Anzemet  $142.00
  - Total  $219.05

- Same
- Add 2 hrs  $78.00

- Drug Cost  $80.75
- Net Revenue  $138.30

- Net 3 hr  $216.30

The information contained within this presentation is intended for your educational purposes only and should not be utilized in any sales presentations.

BMS/AWP/000157427

# Weekly Taxol Administration

80 mg/m2

- Patient receives 130 mgs
- Practice cost                    $570.70
- Practice bills 5 x 30 mg         $867.50
- Practice nets                    $296.80 week
- 52% margin

The information contained within this presentation is intended for your educational purposes only and should not be utilized in any sales presentations.

Highly Confidential

BMS/AWP/000157428

# Weekly Taxotere

35 mg/m2

- Patient receives 57 mg
- Practice cost                        $690.00
- Practice bills 3 X 20 mg units  $850.95
- Practice nets                        $160.95
- 23% margin

The information contained within this presentation is intended for your educational purposes only and should not be utilized in any sales presentations.

ighly Confidential

BMS/AWP/000157429

# Taxol Administration

## 175 mg Q 3 Weeks

- Patient receives 285 mg
- Practice bills  10 X 30 mg units   $1735.00
- Practice cost                      $1251.15
- Practice nets                       $483.85
- 39% margin

The information contained within this presentation is intended for your educational purposes only and should not be utilized in any sales presentations.

Highly Confidential

BMS/AWP/000157430

# Taxotere Administration

## 75 mg/m2 Q 3 Weeks

- Patient receives 122 mg
- Practice bills 7 X 20 mg units $1985.55
- Practice cost $1610.00
- Practice nets $375.55
- 23% margin

The information contained within this presentation is intended for your educational purposes only and should not be utilized in any sales presentations.

Highly Confidential

BMS/AWP/000157431

# Taxane Administration Comparison

- Weekly Taxol               $890.40        52%
- Weekly Taxotere            $482.85        23.3%
- Taxol Q 3 Weeks            $483.85        39%
- Taxotere Q 3 Weeks $375.55                23.3%

The information contained within this presentation is intended for your educational purposes only and should not be utilized in any sales presentations.

ighly Confidential

BMS/AWP/000157432

# Taxotere Price Increase

- Aventis took 5% price increase effective 10/6/00
- New AWP = $313.51
- AWP increased $14.93
- Carrier allowables updated quarterly
- January 1, 2001 before AWP is paid????
- 5th price increase since product launch

The information contained within this presentation is intended for your educational purposes only and should not be utilized in any sales presentations.

ighly Confidential

BMS/AWP/000157433

# Aventis Discount Strategy

- Want market share
- Can't realize it fast enough with medical literature and sales force
- Capitalize on shrinking margins
- Fear impact of generic Taxol
- Can gain more share points by discounting???

The information contained within this presentation is intended for your educational purposes only and should not be utilized in any sales presentations.

Highly Confidential

# Generic Paclitaxel Pricing

■ Florida Infusion

- 30, 150, 300mg vials
- $4.22 per mg

■ Oncology Supply

- 30, 150, 300 mg vials
- $4.14 per mg (75 day payment)

■ AWP = $179.89/30 mg vial

■ Pre-generic BMS price $4.68 per mg

The information contained within this presentation is intended for your educational purposes only and should not be utilized in any sales presentations.

ghly Confidential