# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | : : : : : : : : | **MDL NO. 1456**<br><br>**CIVIL ACTION NO. 1:01-cv-12257-PBS**<br>**1:06-cv-10690-PBS** |
| THIS DOCUMENT RELATES TO: | : : : : | **Judge Patti B. Saris** |
| *Ven-A-Care of the Florida Keys, Inc. et al. v. Mylan Laboratories, Inc. et al* | : : |  |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance as co-counsel of record on behalf of the Relator, Ven-A-Care of the Florida Keys, Inc., in the above-captioned action.

Respectfully submitted,

BERGER & MONTAGUE, P.C.

S:/ Susan Schneider Thomas
Susan Schneider Thomas (PA ID # 32799)
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Dated: August 31, 2006

## CERTIFICATE OF SERVICE

I, William J. Mecoli, hereby certify that a true and correct copy of the foregoing document was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on August 31, 2006 a copy to Lexis Nexis for posting and notification to all parties.

William J. Mecoli
Paralegal