UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )<br>)<br>) MDL No. 1456<br>) Civil Action No. 01-12257-PBS<br>) |
| **THIS DOCUMENT RELATES TO:** | ) Hon. Patti Saris<br>) |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc., and Hospira, Inc.*<br>CIVIL ACTION NO. 06-11337-PBS | )<br>)<br>)<br>) |

### PLAINTIFFS' RESPONSE TO ABBOTT LABORATORIES, INC.'S MOTION FOR ENTRY OF CASE MANAGEMENT ORDER

On August 18, 2006, Abbott Laboratories, Inc. ("Abbott") filed a Motion for Entry of Case Management Order ("CMO") and to Order Commencement of Discovery ("Abbott's CMO Motion"). On August 22, 2006, Plaintiffs filed their Motion to Continue the CMO 9 Stay Until Entry of a Comprehensive Case Management Order ("Plaintiffs' CMO Motion"). In their CMO Motion, Plaintiffs asked to be allowed until September 15, 2006 to file a proposed comprehensive CMO addressing a broader range of discovery scope, timing, scheduling and volume issues so that discovery will proceed efficiently in this matter and without undue burden to the parties.

On August 25, 2006, the Court granted Plaintiffs' CMO Motion. Accordingly, Plaintiffs will be filing their proposed comprehensive CMO and objections to Abbott's discovery requests on September 15. At that time, Plaintiffs will also address, as necessary, any issues raised in Abbott's CMO motion.

    Respectfully submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | PETER D. KEISLER<br>ASSISTANT ATTORNEY GENERAL |
| George B. Henderson, II<br>Damian Wilmot<br>Assistant U.S. Attorneys<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3398<br>Fax: (617) 748-3272 | /s/ Gejaa T. Gobena<br>Michael F. Hertz<br>Joyce R. Branda<br>Renée Brooker<br>Justin Draycott<br>Gejaa T. Gobena<br>Civil Division |
| R. ALEXANDER ACOSTA<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C.  20044 |
| /s/ Mark A. Lavine<br>Mark A. Lavine<br>Ana Maria Martinez<br>Ann St.Peter-Griffith<br>Special Assistant U.S. Attorneys<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL  33132<br>Phone:  (305) 961-9003<br>Fax: (305) 536-4101 | Phone:  (202) 307-1088<br>Fax: (202) 307-3852 |

For the relator, Ven-A-Care of the Florida Keys, Inc.,

/s/ James J. Breen
James J. Breen
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue
Suite 110
Miramar, FL 33027
Tel:  (954) 874-1635
Fax: (954) 874-1705
Email: jbreen@breenlaw.com

Dated: August 31, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day caused an electronic copy of the above **UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR ENTRY OF CASE MANAGEMENT ORDER** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: August 31, 2006

                /s/ Damian W. Wilmot
                Damian W. Wilmot

## SERVICE LIST

James J. Breen
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue
Suite 110
Miramar, FL 33027
Tel:  (954) 874-1635
Fax: (954) 874-1705
Email: jbreen@breenlaw.com
*Counsel for Relator*

Mark P. Schnapp, Esquire
Sabrina R. Ferris, Esquire
Greenberg Traurig, P.A.
1221 Brickell Avenue
Miami, Florida  33131
Tel: (305) 579-0541
Fax:(305) 579-0717
Email: SchnappM@gtlaw.com
Email: FerrisS@gtlaw.com

Daniel Reidy, Esq.
James Daly, Esq.
Jones, Day, Reavis & Pogue
77 West Wacker
Chicago, Illinois 60601-1692
Tel: (312) 782-3939
Fax: (312) 782-8585
Email: jrdaly@jonesday.com

*Counsel for Defendant*s