## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>*State of Nevada v. American Home Products, et al.,* CA No. 02-CV-12086-PBS<br><br>*State of Montana v. Abbott Labs., Inc., et al.* D. Mont. Cause No. CV-02-09-H-DWM | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## [PROPOSED] ORDER

Saris, U.S.D.J.

Case Management Order No. 25 is amended as follows:

1. Defendants shall file any expert reports on liability issues by January 25, 2006.

2. With respect to any motions for summary judgment, briefing will proceed according to the following schedule:

| | |
|---|---|
| Motions for Summary Judgment | January 25, 2006 |
| Oppositions to Motion | March 8, 2006 |
| Replies | March 22, 2006 |
| Sur-replies | March 29, 2006 |
| Hearing | To Be Determined |

**SO ORDERED**

DATED: _____          _____
                                                                                       Hon. Patti B. Saris
                                                                                       United States District Court Judge

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing**, [PROPOSED] ORDER** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on August 31, 2006, a copy to LexisNexis File & Serve for Posting and notification to all parties.-

      By    /s/ Steve W. Berman
         Steve W. Berman
      **HAGENS BERMAN SOBOL SHAPIRO LLP**
      1301 Fifth Avenue, Suite 2900
      Seattle, WA  98101
      Telephone:  (206) 623-7292