UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: )<br>*The City of New York v. Abbott Labs., et al.* )<br>S.D.N.Y. Case No. 04-CV-06054 )<br>*County of Albany v. Abbott Labs., et al.* )<br>N.D.N.Y. Case No. 05-CV-0425 )<br>*County of Allegany v. Abbott Labs., et al.* )<br>W.D.N.Y. Case No. 05-CV-0236 )<br>*County of Broome v. Abbott Labs., et al.* )<br>N.D.N.Y. Case No. 05-CV-00456 )<br>*County of Cattaraugus v. Abbott Labs., et al.* )<br>W.D.N.Y. Case No. 05-CV-0256 )<br>*County of Cayuga v. Abbott Labs., et al.* )<br>N.D.N.Y. Case No. 05-CV-0423 )<br>*County of Chautauqua v. Abbott Labs., et al.* )<br>W.D.N.Y. Case No. 05-CV-0214 )<br>*County of Chemung v. Abbott Labs., et al.* )<br>W.D.N.Y. Case No. 05-CV-6744 )<br>*County of Chenango v. Abbott Labs., et al.* )<br>N.D.N.Y. Case No. 05-CV-0354 )<br>*County of Columbia v. Abbott Labs., et al.* )<br>N.D.N.Y. Case No. 05-CV-0867 )<br>*County of Cortland v. Abbott Labs., et al.* )<br>N.D.N.Y. Case No. 05-CV-0881 )<br>*County of Dutchess v. Abbott Labs., et al.* )<br>S.D.N.Y. Case No. 05-CV-6458 )<br>*County of Essex v. Abbott Labs., et al.* )<br>N.D.N.Y. Case No. 05-CV-0878 )<br>*County of Fulton v. Abbott Labs., et al.* )<br>N.D.N.Y. Case No. 05-CV-0519 )<br>*County of Genesee v. Abbott Labs., et al.* )<br>W.D.N.Y. Case No. 05-CV-00267 )<br>*County of Greene v. Abbott Labs., et al.* )<br>N.D.N.Y. Case No. 05-CV-0474 )<br>*County of Herkimer v. Abbott Labs., et al.* )<br>N.D.N.Y. Case No. 05-CV-00415 )<br>*County of Jefferson v. Abbott Labs., et al.* ) | Judge Patti B. Saris<br><br><br><br><br><br><br><br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

132430v1

N.D.N.Y. Case No. 05-CV-0715                            )
*County of Lewis v. Abbott Labs., et al.*                )
N.D.N.Y. Case No. 05-CV-0839                            )
*County of Madison v. Abbott Labs., et al.*              )
N.D.N.Y. Case No. 05-CV-0714                            )
*County of Monroe v. Abbott Labs., et al.*               )
W.D.N.Y. Case No. 05-CV-6148                            )
*County of Niagara v. Abbott Labs., et al.*              )
W.D.N.Y. Case No. 05-CV-6296                            )
*County of Oneida v. Abbott Labs., et al.*               )
N.D.N.Y. Case No. 05-CV-0489                            )
*County of Onondaga v. Abbott Labs., et al.*             )
N.D.N.Y. Case No. 05-CV-0088                            )
*County of Ontario v. Abbott Labs., et al.*              )
W.D.N.Y. Case No. 05-CV-6373                            )
*County of Orleans v. Abbott Labs., et al.*              )
W.D.N.Y. Case No. 05-CV-6371                            )
*County of Putnam v. Abbott Labs., et al.*               )
S.D.N.Y. Case No. 05-CV-4748                            )
*County of Rensselaer v. Abbott Labs., et al.*           )
N.D.N.Y. Case No. 05-CV-0422                            )
*County of Rockland v. Abbott Labs., et al.*             )
S.D.N.Y. Case No. 03-CV-7055                            )
*County of St. Lawrence v. Abbott Labs., et al.*         )
N.D.N.Y. Case No. 05-CV-0479                            )
*County of Saratoga v. Abbott Labs., et al.*             )
N.D.N.Y. Case No. 05-CV-0478                            )
*County of Schuyler v. Abbott Labs., et al.*             )
W.D.N.Y. Case No. 05-CV-6387                            )
*County of Seneca v. Abbott Labs., et al.*               )
W.D.N.Y. Case No. 05-CV-6370                            )
*County of Steuben v. Abbott Labs., et al.*              )
W.D.N.Y. Case No. 05-CV-6223                            )
*County of Suffolk v. Abbott Labs., et al.*              )
E.D.N.Y. Case No. 01-CV-12257                           )
*County of Tompkins v. Abbott Labs., et al.*             )
N.D.N.Y. Case No. 05-CV-0397                            )
*County of Ulster v. Abbott Labs., et al.*
N.D.N.Y. Case No. 06-CV-123
*County of Warren v. Abbott Labs., et al.*               )
N.D.N.Y. Case No. 05-CV-0468                            )
*County of Washington v. Abbott Labs., et al.*           )
N.D.N.Y. Case No. 05-CV-0408                            )
*County of Wayne v. Abbott Labs., et al.*                )
W.D.N.Y. Case No. 05-CV-6138                            )
*County of Westchester v. Abbott Labs., et al.*          )

132430v1

S.D.N.Y. Case No. 03-CV-6178                )
*County of Wyoming v. Abbott Labs., et al.*  )
W.D.N.Y. Case No. 05-CV-6379                 )
*County of Yates v. Abbott Labs., et al.*    )
W.D.N.Y. Case No. 05-CV-06172                )
    -- and --             )
*County of Nassau v. Abbott Labs, et al.*    )
(E.D.N.Y. No. 04-CV-5126)                    )
                                                 )

## NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST SANOFI-SYNTHELABO, INC.

Please take notice that Plaintiffs in the above-captioned matters hereby dismiss all claims against Sanofi-Synthelabo, Inc., without prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(1).

Sanofi-Synthelabo, Inc. has not served an answer or motion for summary judgment in the above-captioned cases and, therefore, Plaintiffs' claims will be dismissed without order of this court upon the filing of this notice of dismissal.

**KIRBY McINERNEY & SQUIRE, LLP**

By: _____
Joanne M. Cicala, Esq.
James P. Carroll Jr., Esq.
Aaron D. Hovan, Esq.
830 Third Avenue
New York, New York 10022
(212) 371-6600

*On behalf of the City of New York and all captioned New York Counties except Nassau.*

132430v1

MILBERG WEISS BERSHAD
& SCHULMAN LLP

By: /s/ Ryan Kriger
Michael M. Buchman, Esq.
Ryan G. Kriger, Esq.
One Pennsylvania Plaza
New York, New York 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

*On Behalf of the County of Nassau*

132430v1