UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

**CLASS PLAINTIFFS' AND DEFENDANT GLAXOSMITHKLINE'S NOTICE OF FILING OF ADDITIONAL SIGNATURES, AND AMENDMENTS TO EXHIBITS B, C, D, E, F AND I, TO SETTLEMENT AGREEMENT AND RELEASE OF THE <u>GLAXOSMITHKLINE DEFENDANTS</u>**

Attached hereto as Exhibit 1 are three additional signatures to the Settlement Agreement and Release of the GlaxoSmithKline Defendants filed with the Court on August 10, 2006 (the "Settlement Agreement"), namely, the signatures of counsel for the Independent Settling Health Plans. These signatures were not included in the filing of the original Settlement Agreement.

Also attached hereto are amended versions of Exhibits B, C, D, E, F and I to that Settlement Agreement. The amendments consist of the following:

Exhibit B (Proposed Preliminary Approval Order) and C (Proposed Final Approval Order) attached hereto as Exhibits 2 and 3 respectively: A reference to the date of the Settlement Agreement has been added and a reference to the amended exhibits has been added.

Exhibits D, E and F (Escrow Agreements) attached hereto as Exhibits 4, 5 and 6 respectively: Updated contact information has been added and there have been technical modifications made at the request of the escrow agent. The escrow agreements have also been signed by Lead Class Counsel and counsel for GSK.

Exhibit I (ISHP Claims Documentation) attached hereto as Exhibit 7:  There has been a revision to paragraph (4)(iv) concerning the certification that must be made by ISHP Group Members as part of their claim.

Pursuant to Paragraph 40 of the Settlement Agreement, all parties thereto have agreed to the amendments described above, and as reflected in the attached amended versions of Exhibits B, C, D, E, F and I, as evidenced by their signatures to this filing.

                                      Respectfully submitted:

DATED: September 5, 2006          COUNSEL FOR CLASS PLAINTIFFS

                                      By  /s/ Steve W. Berman
                                          Steve W. Berman
                                          Sean R. Matt
                                          HAGENS BERMAN SOBOL
                                          SHAPIRO LLP
                                          1301 Fifth Avenue, Suite 2900
                                          Seattle, WA  98101
                                          Telephone: (206) 623-7292
                                          Facsimile: (206) 623-0594

                                          Thomas M. Sobol (BBO#471770)
                                          Edward Notargiacomo (BBO#567636)
                                          David S Nalven (BBO#547220)
                                          HAGENS BERMAN SOBOL
                                          SHAPIRO LLP
                                          One Main Street, 4th Floor
                                          Cambridge, MA  02142
                                          Telephone: (617) 482-3700
                                          Facsimile: (617) 482-3003

                                          Elizabeth Hartweg Fegan
                                          HAGENS BERMAN SOBOL
                                          SHAPIRO LLP
                                          60 W. Randolph Street, Suite 200
                                          Chicago, IL  60601
                                          Telephone: (312) 762-9235
                                          Facsimile: (312) 762-9286

By /s/ Jeffrey L. Kodroff
Eugene A. Spector
Jeffrey L. Kodroff
John Macoretta
SPECTOR, ROSEMAN
& KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611


By /s/ Marc H. Edelson
Marc H. Edelson
EDELSON & ASSOCIATES, LLC
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735


By /s/ Kenneth A. Wexler
Kenneth A. Wexler
Jennifer F. Connolly
THE WEXLER FIRM LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022


By /s/ Donald E. Haviland, Jr.
Shanin Specter
Donald E. Haviland, Jr.
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
Telephone: (215) 772-1000
Facsimile: (215) 772-1359

DATED:  September 5, 2006     COUNSEL FOR THE INDEPENDENT
                              SETTLING HEALTH PLANS


 /s/ Richard W. Cohen
Richard W. Cohen
Lowey, Dannenberg, Bemporad &
Selinger, P.C.
The Gateway
1 N Lexington Ave
White Plains, NY 10601-1712
Telephone:  (914) 997-0500
Facsimile: (914) 997-0035


 /s/ W. Scott Simmer
W. Scott Simmer, Partner
Robins, Kaplan, Miller & Ciresi L.L.P.
Suite 1200
1801 K Street NW
Washington, DC 20006
Telephone: 202.775.0725
Facsimile: 202.223.8604


 /s/ Jeffrey C. Swann
Jeffrey C. Swann, Esq.
Mark M. Sandmann, Esq.
Rawlings & Associates, PLLC
325 West Main Street, Suite 1700
Louisville, Kentucky 40202
502-814-2492 Direct
502-584-8580 Fax

DATED:  September 5, 2006	COUNSEL FOR DEFENDANT SMITHKLINE BEECHAM CORPORATION, D/B/A GLAXOSMITHKLINE ("GSK")


By  /s/ Frederick G. Herold
  Frederick G. Herold
  DECHERT LLP
  1117 California Avenue
  Palo Alto, CA 94304
  Telephone:  (650) 813-4930
  Facsimile: (650) 813-4848

  Mark H. Lynch
  Geoffrey E. Hobart (BBO #547499)
  Ronald G. Dove, Jr.
  COVINGTON & BURLING
  1201 Pennsylvania Avenue, N.W.
  Washington, D.C. 20004
  Telephone:  (202) 662-6000
  Facsimile:    (202)662-6291

  Mark D. Seltzer (BBO#556341)
  HOLLAND & KNIGHT LLP
  10 St. James Avenue
  Boston, MA 02116
  Telephone:  (617) 523-2700
  Facsimile:  (617) 523-6850

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on September 5, 2006, I caused copies of **CLASS PLAINTIFFS' AND DEFENDANT GLAXOSMITHKLINE'S NOTICE OF FILING OF ADDITIONAL SIGNATURES, AND AMENDMENTS TO EXHIBITS B, C, D, E, F AND I, TO SETTLEMENT AGREEMENT AND RELEASE OF THE GLAXOSMITHKLINE DEFENDANTS** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

  **/s/ Steve W. Berman**
Steve W. Berman