# EXHIBIT 1

By_____
Shanin Specter
Donald E. Haviland, Jr.
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
Telephone: (215) 772-1000
Facsimile: (215) 772-1359

DATED: ~~August~~ September 1, 2006

COUNSEL FOR THE INDEPENDENT
SETTLING HEALTH PLANS

Richard W. Cohen
Lowey, Dannenberg, Bemporad & Selinger, P.C.
The Gateway
1 N Lexington Ave
White Plains, NY 10601-1712
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

_____
W. Scott Simmer, Partner
Robins, Kaplan, Miller & Ciresi L.L.P.
Suite 1200
1801 K Street NW
Washington, DC 20006
Telephone: 202.775.0725
Facsimile: 202.223.8604

By _____
Shanin Specter
Donald E. Haviland, Jr.
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
Telephone: (215) 772-1000
Facsimile: (215) 772-1359

DATED: August ___, 2006

COUNSEL FOR THE INDEPENDENT
SETTLING HEALTH PLANS

_____
Richard W. Cohen
Lowey, Dannenberg, Bemporad &
Selinger, P.C.
The Gateway
1 N Lexington Ave
White Plains, NY 10601-1712
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

_____
W. Scott Simmer, Partner
Robins, Kaplan, Miller & Ciresi L.L.P.
Suite 1200
1801 K Street NW
Washington, DC 20006
Telephone: 202.775.0725
Facsimile: 202.223.8604


DATED: August 21, 2006

COUNSEL FOR THE INDEPENDENT
SETTLING HEALTH PLANS

*[signature]*

Jeffrey C. Swann, Esq.
Mark M. Sandmann, Esq.
Rawlings & Associates, PLLC
325 West Main Street, Suite 1700
Louisville, Kentucky 40202
502-814-2492 Direct
502-584-8580 Fax