# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | Master File No.: 01-12257-PBS Judge Patti B. Saris |
| THE CITY OF NEW YORK, Plaintiff, v. ABBOTT LABORATORIES, INC., *et al.*, Defendants. | S.D.N.Y. Case No. 04-cv-06054 |
| COUNTY OF ROCKLAND, Plaintiff, v. ABBOTT LABORATORIES, INC., *et al.*, Defendants. | S.D.N.Y. Case No. 03-cv-7055 |
| COUNTY OF WESTCHESTER, Plaintiff, v. ABBOTT LABORATORIES, INC., *et al.*, Defendants. | S.D.N.Y. Case No. 03-cv-6178 |

## CERTIFICATE OF GOOD STANDING OF
## ROBYN M. HOLTZMAN IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, Robyn M. Holtzman, hereby certify pursuant to Case Management Order No. 1, entered in the above captioned action that:

1.    I am an associate with the firm of Arnold & Porter LLP, attorneys for ETHEX Corp. in the above captioned action.

2.    I am a member in good standing of the bar of the United States District Court for the District of Columbia.

3.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.    I have never been the subject of a professional disciplinary proceeding.

/s/ Robyn M. Holtzman
Robyn M. Holtzman

Dated: September 6, 2006