# EXHIBIT C

**From:** Reynolds, Tina [mailto:ReynoldsT@dicksteinshapiro.com]
**Sent:** Friday, June 23, 2006 3:12 PM
**To:** Beth Fegan
**Cc:** DeLancey, Merle; Patel, Shamir; Reynolds, Tina
**Subject:** RE: Baxter documents on Lextranet

Beth - This is the response that I received from our Lextranet contact. If this does not address your concern please let me know and I will contact Lextranet myself and have someone get in touch with you directly. We did have someone go into the system using your log in to confirm that it is fully operational. Have a good weekend.
Tina

There is a plug-in called quick view plus, I think, that Lextranet requires you to download from their web site.

Someone in Lextranet tech support would be able to walk them through that process.

8/29/2006

**From:** Beth Fegan [mailto:beth@hbsslaw.com]
**Sent:** Friday, June 23, 2006 2:30 PM
**To:** Beth Fegan; Reynolds, Tina
**Cc:** DeLancey, Merle
**Subject:** RE: Baxter documents on Lextranet

Also, FYI, I am allowed to see detail but not the documents themselves on the Lextranet. How can this be fixed?

---

**From:** Beth Fegan
**Sent:** Friday, June 23, 2006 1:25 PM
**To:** 'Reynolds, Tina'
**Cc:** DeLancey, Merle
**Subject:** Baxter documents on Lextranet

Will you please advise of the exact number of pages available on the Lextranet as of today?

Thanks,
Beth


Elizabeth A. Fegan, Esq.
Hagens Berman Sobol Shapiro LLP
60 W. Randolph
Suite 200
Chicago, Illinois 60601
312.762.9235
312.762.9286 (fax)
www.hbsslaw.com



------------------------------------------------------------
This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. Dickstein Shapiro reserves the right to monitor any communication that is created, received, or sent on its network. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

To reply to our email administrator directly, send an email to postmaster@dicksteinshapiro.com

Dickstein Shapiro Morin & Oshinsky LLP
http://www.DicksteinShapiro.com
================================================================================


------------------------------------------------------------
This e-mail message and any attached files are confidential and are intended solely for the use of the

addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. Dickstein Shapiro reserves the right to monitor any communication that is created, received, or sent on its network. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

To reply to our email administrator directly, send an email to postmaster@dicksteinshapiro.com

Dickstein Shapiro LLP
http://www.DicksteinShapiro.com
================================================================================