- 1 -

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>*State of Nevada v. American Home Products, et al.,* CA NO. 02-CV-12086-PBS (Nevada II), and<br><br>*State of Montana v. Abbott Labs., Inc., et al.*, Cause No. CV-02-09-H-DWM (D. Mont.) | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

### THE STATES' MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANTS' OPPOSITION TO THE SECOND MOTION OF THE STATES OF MONTANA AND NEVADA TO AMEND CASE MANAGEMENT ORDER NO. 25

Pursuant to Local Rule 7.1(B)(3), the States respectfully request permission to file the reply brief filed contemporaneously with this motion in further support of their Second Motion to Amend Case Management Order No. 25.  In support of this motion, the States submit that they would like an opportunity to address, among other things, certain mischaracterizations of the circumstances surrounding the States' motion to amend and the upcoming schedule.  The States believe that a reply brief will aid the Court in evaluating the bases the State submitted for moving for the revised schedule.

On September 5, 2006, the States conferred with defendants regarding the filing of this reply.  Defendants assented to its filing.

WHEREFORE, the States respectfully request that this Court GRANT the States' Motion for Leave to File a Reply to Defendants' Opposition to the Second Motion of the States of Montana and Nevada to Amend Case Management Order No. 25.

- 1 -

- 2 -

By   /s/ Steve W. Berman                                    DATED: September 6, 2006
    Steve W. Berman
    Sean R. Matt
    Jeniphr A.E. Breckinridge
    HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Fifth Avenue, Suite 2900
    Seattle, WA  98101
    Telephone: (206) 623-7292
    Facsimile: (206) 623-0594

    Thomas M. Sobol
    Edward Notargiacomo
    HAGENS BERMAN SOBOL SHAPIRO LLP
    One Main Street, 4th Floor
    Boston, MA  02142
    Telephone: (617) 482-3700
    Facsimile: (617) 482-3003

    COUNSEL FOR PLAINTIFFS
    STATE OF MONTANA AND
    STATE OF NEVADA

    George J. Chanos
    Attorney General of the State of Nevada
    L. Timothy Terry
    Deputy Attorney General
    100 N. Carson Street
    Carson City,  NV 89701-4714

    COUNSEL FOR PLAINTIFF
    STATE OF NEVADA

    Mike McGrath
    Attorney General of Montana
    Ali Bovingdon
    Assistant Attorney General
    Justice Building
    215 North Sanders
    P.O. Box 201401
    Helena, MT  56920-1402
    (406) 444-2026

    COUNSEL FOR PLAINTIFF
    STATE OF MONTANA

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **THE STATES' MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANTS' OPPOSITION TO THE SECOND MOTION OF THE STATES OF MONTANA AND NEVADA TO AMEND CASE MANAGEMENT ORDER NO. 25** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on September 6, 2006 a copy to LexisNexis File & Serve for Posting and notification to all parties.

By  **/s/ Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

- 3 -