## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| *State of Nevada v. American Home Products, et al.*, CA No. 02-CV-12086-PBS (Nevada II), and | Judge Patti B. Saris |
| *State of Montana v. Abbott Labs., Inc., et al.*, Cause No. CV-02-09-H-DWM (D. Mont.) | |

**REPLY IN SUPPORT OF THE STATES' SECOND MOTION
TO AMEND CASE MANAGEMENT ORDER NO. 25**

Defendants' opposition to the State's Second Motion to Amend Case Management Order No. 25 fails to address one of the most significant reasons to postpone summary judgment briefing in the Montana and Nevada cases until January 2007, after the Class 2 trial.  In the upcoming months, the Court will rule on the meaning of Average Wholesale Price ("AWP").  The issue has been briefed extensively in the Class case.  The Court's ruling holds implications for all pending cases, including the State cases.  It would be an improvident use of time and resources to compel the parties to brief summary judgment issues in the State cases now when the contours of the questions to be decided will be dictated by the Court's impending ruling on the meaning of AWP.  Deferring summary judgment until after the expected ruling will prejudice no one and will promote the ultimate goal of case efficiency.

For this reason, and the reasons set forth more fully in the States' Second Motion to Amend CMO No. 25, the Montana and Nevada case schedules should remain synchronized ***and*** summary judgment briefing should be postponed until January 2007, after the Class 2 trial.

- 1 -

By    /s/ Steve W. Berman                                          DATED:  September 6, 2006
  Steve W. Berman
  Sean R. Matt
  Jeniphr A.E. Breckinridge
  HAGENS BERMAN SOBOL SHAPIRO LLP
  1301 Fifth Avenue, Suite 2900
  Seattle, WA  98101
  Telephone: (206) 623-7292
  Facsimile: (206) 623-0594

  Thomas M. Sobol
  Edward Notargiacomo
  HAGENS BERMAN SOBOL SHAPIRO LLP
  One Main Street, 4th Floor
  Boston, MA  02142
  Telephone: (617) 482-3700
  Facsimile: (617) 482-3003

  COUNSEL FOR PLAINTIFFS
  STATE OF MONTANA AND
  STATE OF NEVADA

  George J. Chanos
  Attorney General of the State of Nevada
  L. Timothy Terry
  Deputy Attorney General
  100 N. Carson Street
  Carson City,  NV 89701-4714

  COUNSEL FOR PLAINTIFF
  STATE OF NEVADA

  Mike McGrath
  Attorney General of Montana
  Ali Bovingdon
  Assistant Attorney General
  Justice Building
  215 North Sanders
  P.O. Box 201401
  Helena, MT  56920-1402
  (406) 444-2026

  COUNSEL FOR PLAINTIFF
  STATE OF MONTANA

001534-13 127125 V1

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **REPLY IN SUPPORT OF THE STATES' SECOND MOTION TO AMEND CASE MANAGEMENT ORDER NO. 25** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on September 6, 2006 a copy to LexisNexis File & Serve for Posting and notification to all parties.

By **/s/ Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292

- 3 -