# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | ) ) ) ) | |

## DECLARATION OF J. CLAYTON EVERETT, JR. IN SUPPORT OF PHARMACIA'S INDIVIDUAL MEMORANDUM IN OPPOSITION TO CLASS CERTIFICATION

J. Clayton Everett, Jr., pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney associated with Morgan, Lewis & Bockius LLP, counsel for Pharmacia Corp. and Pharmacia & Upjohn, Inc. in the above-captioned matter.  I submit this declaration in support of Pharmacia's Individual Memorandum In Opposition to Class Certification.

2. Attached hereto as Exhibit A is a true and correct copy of an invoice from McKesson Drug Co. to the Oklahoma Arthritis Center bearing the bates number Young 0892.

3. Attached hereto as Exhibit B is a true and correct copy of an invoice from McKesson Drug Co. to the Oklahoma Arthritis Center bearing the bates number Young 902.

4. On March 1, 2006, Pipefitters produced electronic claims data purportedly identifying all reimbursements for the J codes corresponding to the Track 2 drugs at issue in this case.  Attached hereto as Exhibit C is a true and correct copy of those Pipefitters claims data entries relating to J codes for Pharmacia products at issue in this case.  All of those products are multi-source products.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 7th day of September, 2006.


_____/s/ J. Clayton Everett, Jr._____
J. Clayton Everett, Jr.

# EXHIBIT A

YOUNG 0892

INVOICE
CKESSON SPECIALTY DIST
BOX 841838
LLAS        TX 75284
OLD TO
RAIG WELDON CARSON MD
LAHOMA ARTHRITIS CTR PC
7015 RENAISSANCE BLVD110
DMOND    OK 73013

# McKESSON

PHONE: #581 (800) 370-2846
DEA: RM0291207
F   DEA: NO DEA NUM
PHCY: 17781

P. O. 47033442538

INVOICE DATE 12/22/2003 INVOICE NO. 58143B4356

BILLING DATE: 12/22/2003

OEM: M

CUSTOMER 4703034

MSU 200
ROUTE/STOP
PAGE 1

SEE REVERSE SIDE FOR HAZARDOUS MATERIALS CODE CLASSIFICATIONS

| NDC/UPC# | ITEM# | QTY UM ITEM DESCRIPTION | AWP OR R RETAIL X | UNIT I PRICE D | EXTENDED |
|---|---|---|---|---|---|
| ************************************************************** | | | | | |
| 7B94-0030-01 | 27B-0336 | CONTAINER 8729411<br>400 EA ?REMICADE VL 100MG            20ML | 641.94 R | 509.00 | 203600.00 |
| 0009-0912-05 | 148-2868<br>ABOVE ITEM | CONTAINER 8729419<br>26**EA ?SOLU-CORTEF A-D-V 500MG   4ML<br>50 EA NOT FILLED COMPLETE - REORDER | 8.95 R | 7.80 | 202.80 |
| 0074-1152-78 | 163-0482 | 2 CT CASE ITEMS<br>?HEPAR L/S FTV 3MU 30ML ABB 25 | 23.13 R | 20.16 | 40.32 |
| 0074-196d-07 | 162-8B90 | 4 CT ?BOD CHL BAC FT 0.9% 30ML AB25 | 13.20 R | 11.99 | 47.96 |

TOTAL RX PURCHASES:   $203891.08
TOTAL OTC PURCHASES:  $.00

TOTAL CONTRACT PURCHASES:      $203891.00
TOTAL NON CONTRACT PURCHASES:  $203891.08

NET PAYABLE BY  1/21/2004                    203891.08

LINES CASES PIECES
  4     2    455

THIS INVOICE IS PAYABLE TO  MCKESSON DRUG CO.
AT ABOVE ADDRESS
PLEASE REPORT ERRORS WITHIN 5 DAYS AND SHOW DATE OF INVOICE

# EXHIBIT B

# McKESSON

VOICE
~KESSON SPECIALTY DIST
) B41838
ALLAS          TX 75284

~TO
~RSON, CRAIG W MD
~LAHOMA ARTHRITIS CTR PC
~01S RENAISSANCE BLVD110
~DMOND          OK 73013

PHONE: #5B1
(800) 370-2B46
DEA: RM0291207
PHONE: (800) 370-2B46
DEA: BC0490691
PHCY: 177B1          F

P. D. 47032453273G1

BILLING DATE: 03/01/200

OEM: M

| | CUSTOMER |
| 470334 | 5B10097062 |
| | ROUTE | STOP |
| MMM | 200 |
| | PAGE |

INVOICE DATE   3/02/2004 INVOICE NO.

SEE REVERSE SIDE FOR
HAZARDOUS MATERIALS CODE
CLASSIFICATIONS.

| NDC/UPC# | ITEM# | QTY | UM | ITEM DESCRIPTION | AMP OR R RETAIL X | UNIT I PRICE D | EXTENDED |
|---|---|---|---|---|---|---|---|
| | | | | CONTAINER 2290702 | | | |
| 0071-0418-13 | 277-2598 | 1 | EA | ^NITROSTAT SUBL TAB 0.4MG 4X25 | 23.84 R | 20.78 | 20.78 |
| 9502-0500-01 | 147-3511 | 3 | EA | ?EPIPEN 0.3MG AUTO-INJECTOR | 52.38 R | 45.00 | 135.00 |

*******************************************
serve  Thank you for the opportunity to
the below. Please contact us at one of
inquiries: phone numbers for future
Sales           800-597-0327
Credit          800-370-2846
*Product return 877-580-5094
Shipped From:
McKesson Corporation
DBA McKesson Specialty Distribution
3000 Kenskil Ave
Washington C.H. OH 43160
*******************************************

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2009-0900-13 | 160-6797 | 2 | EA | ?SOLU-CORT A-O-V 100MG UPJ 2ML | 1.83 R | 1.99 | 3.9E |
| 0009-0912-05 | 148-2868 | 25 | EA | ?SOLU-CORTEF A-O-V 500MG 4ML | B.95 R | 7.B0 | 195.0C |
| 3982-299001 | 277-8868 | 1 | EA | ?AMMON INH AMP 0.33ML X-G 10 | .00 | 2.67 | 2.67 |
| | | | | SALES TAX | | | .21 |

| TOTAL RX PURCHASES: | $354.76 | LINES | CASES | PIECES |
| TOTAL OTC PURCHASES: | $2.67 | 5 | 0 | 32 |

TOTAL CONTRACT PURCHASES:
TOTAL NON CONTRACT PURCHASES:          $357.43          $.00

NET PAYABLE BY   4/01/2004          357.64

THIS INVOICE IS PAYABLE TO   McKESSON DRUG CO.
CLAIMS MUST BE MADE WITHIN 5 DAYS AND SHOW DATE OF INVOICE.

YOUNG 0902

All product discounts earned or granted under McKesson, Valu-Rite, and Health Mart programs, including all invoice allowances, may be subject to certain state and federal laws and regulations requiring reporting and/or disclosure requirements and may be required to be reflected in the costs claimed or charges made by your pharmacy under Medicaid, Medicare or any other health care reimbursement program or provider plan.

**EXHIBIT C**

| | T | U | Y | Z | AC | AD | AF | AG | BE | BF | BL | BL | CA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Prov_Tax_ID | CLM_Num | Allowed_Amt | Charged_Amt | COB_Sav_AMt | COINS_Amt | Co_pay | Deduct | Paid_Amt | Check_Date | Proc_Code | PROC_DESCRIPTION | |
| 58 | 042832765 | 0700299480300 | 4.66 | 4.66 | 0 | 0 | 0 | 0 | 4.66 | 11/9/2000 | J9100 | CYTARABINE HCL, 100 MG | |
| 59 | 042832765 | 0700321496400 | 9.32 | 9.32 | 0 | 0 | 0 | 0 | 9.32 | 12/15/2000 | J9100 | CYTARABINE HCL, 100 MG | |
| 60 | 042832765 | 0700348630400 | 4.66 | 4.66 | 0 | 0 | 0 | 0 | 4.66 | 12/29/2000 | J9100 | CYTARABINE HCL, 100 MG | |
| 61 | 042832765 | 0700348630300 | 4.66 | 4.66 | 0 | 0 | 0 | 0 | 4.66 | 12/29/2000 | J9100 | CYTARABINE HCL, 100 MG | |
| 62 | 042832765 | 0701012503120 | 4.66 | 4.66 | 0 | 0 | 0 | 0 | 4.66 | 1/26/2001 | J9100 | CYTARABINE HCL, 100 MG | |
| 63 | 042832765 | 0701003458060 | 4.66 | 4.66 | 0 | 0 | 0 | 0 | 4.66 | 1/26/2001 | J9100 | CYTARABINE HCL, 100 MG | |

| T Prov_Tax_ID | U CLM_Num | Y Allowed_Amt | Z Charged_Amt | AC COB_Sav_AMT | AD COINS_Amt | AF Co_pay | AG Deduct | BE Paid_Amt | BF Check_Date | BL Proc_Code | CA PROC_DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 63118561 2 | 31980080063700 | 14 | 14 | 0 | 2.8 | 0 | 5 | 7.2 | 4/16/1998 | J1070 | INJECTION - TESTOSTERONE CYPIONATE, UP TO 100 MG |
| 63118561 2 | 31981890074900 | 14 | 14 | 0 | 2.8 | 0 | 0 | 11.2 | 7/1/1998 | J1070 | INJECTION - TESTOSTERONE CYPIONATE, UP TO 100 MG |
| 63118561 2 | 31981890075500 | 14 | 14 | 0 | 0 | 0 | 0 | 0 | 7/1/1998 | J1070 | INJECTION - TESTOSTERONE CYPIONATE, UP TO 100 MG |
| 63118561 2 | 31985820088600 | 14 | 14 | 0 | 2.8 | 0 | 0 | 11.2 | 12/30/1998 | J1070 | INJECTION - TESTOSTERONE CYPIONATE, UP TO 100 MG |
| 63118561 2 | 31011730103300 | 14 | 14 | 0 | 0 | 0 | 0 | 0 | 6/26/2001 | J1070 | INJECTION - TESTOSTERONE CYPIONATE, UP TO 100 MG |
| 63118561 2 | 31011730103400 | 14 | 14 | 0 | 0 | 0 | 0 | 0 | 6/26/2001 | J1070 | INJECTION - TESTOSTERONE CYPIONATE, UP TO 100 MG |
| 63118561 2 | 31011730129600 | 14 | 14 | 0 | 0 | 0 | 0 | 0 | 6/26/2001 | J1070 | INJECTION - TESTOSTERONE CYPIONATE, UP TO 100 MG |
| 63118561 2 | 28352140651600 | 32 | 32 | 0 | 0.2 | 0 | 0 | 0.8 | 9/11/1995 | J1070 | INJECTION - TESTOSTERONE CYPIONATE, 1 CC, 200 MG |
| 04276608 5 | 28552340451500 | 1 | 32 | 0 | 0.2 | 0 | 0 | 0.8 | 9/22/1995 | J1080 | INJECTION - TESTOSTERONE CYPIONATE, 1 CC, 200 MG |
| 04276608 5 | 28952780348100 | 1 | 32 | 0 | 0.2 | 0 | 0 | 0.8 | 11/3/1995 | J1080 | INJECTION - TESTOSTERONE CYPIONATE, 1 CC, 200 MG |
| 63075717 1 | 31961010059300 | 20 | 20 | 0 | 0 | 0 | 20 | 0 | 5/9/1996 | J1080 | INJECTION - TESTOSTERONE CYPIONATE, 1 CC, 200 MG |
| 63075717 1 | 31961520061700 | 0 | 20 | 0 | 0 | 0 | 20 | 0 | 5/8/1996 | J1080 | INJECTION - TESTOSTERONE CYPIONATE, 1 CC, 200 MG |
| 63075717 1 | 31961520062100 | 0 | 20 | 0 | 0 | 0 | 0 | 0 | 6/6/1996 | J1080 | INJECTION - TESTOSTERONE CYPIONATE, 1 CC, 200 MG |
| 63075717 1 | 31961520062000 | 0 | 20 | 0 | 0 | 0 | 0 | 0 | 6/21/1996 | J1080 | INJECTION - TESTOSTERONE CYPIONATE, 1 CC, 200 MG |
| 63118561 2 | 31980980063800 | 20 | 20 | 0 | 4 | 0 | 0 | 16 | 6/21/1996 | J1080 | INJECTION - TESTOSTERONE CYPIONATE, 1 CC, 200 MG |
| 63118561 2 | 31981890073600 | 20 | 20 | 0 | 0 | 0 | 0 | 0 | 4/16/1998 | J1080 | INJECTION - TESTOSTERONE CYPIONATE, 1 CC, 200 MG |
| 63118561 2 | 31981890075600 | 20 | 20 | 0 | 0 | 0 | 0 | 0 | 7/10/1998 | J1080 | INJECTION - TESTOSTERONE CYPIONATE, 1 CC, 200 MG |
| 63118561 2 | 31981890077500 | 20 | 20 | 0 | 0 | 0 | 0 | 0 | 7/13/1998 | J1080 | INJECTION - TESTOSTERONE CYPIONATE, 1 CC, 200 MG |
| 63118561 2 | 31981890071700 | 20 | 20 | 0 | 0 | 0 | 0 | 0 | 7/13/1998 | J1080 | INJECTION - TESTOSTERONE CYPIONATE, 1 CC, 200 MG |
| 63118561 2 | 31991000059900 | 21 | 21 | 0 | 4.2 | 0 | 21 | 16.8 | 7/13/1999 | J1080 | INJECTION - TESTOSTERONE CYPIONATE, 1 CC, 200 MG |
| 63118561 2 | 31992000075300 | 21 | 21 | 0 | 4.2 | 0 | 21 | 16.8 | 7/26/1999 | J1080 | INJECTION - TESTOSTERONE CYPIONATE, 1 CC, 200 MG |
| 63118561 2 | 31000400051400 | 21 | 21 | 0 | 0 | 0 | 0 | 0 | 1/6/2000 | J1080 | INJECTION - TESTOSTERONE CYPIONATE, 1 CC, 200 MG |
| 63118561 2 | 31000080084100 | 21 | 21 | 0 | 0 | 0 | 21 | 0 | 1/13/2000 | J1080 | INJECTION - TESTOSTERONE CYPIONATE, 1 CC, 200 MG |
| 63118561 2 | 31001510083200 | 21 | 21 | 0 | 2.1 | 0 | 0 | 18.9 | 2/15/2000 | J1080 | INJECTION - TESTOSTERONE CYPIONATE, 1 CC, 200 MG |
| 63118561 2 | 31003390112100 | 21 | 21 | 0 | 2.1 | 0 | 0 | 18.9 | 12/6/2000 | J1080 | INJECTION - TESTOSTERONE CYPIONATE, 1 CC, 200 MG |
| 63118561 2 | 31004310131700 | 21 | 21 | 0 | 2.1 | 0 | 0 | 18.9 | 12/8/2000 | J1080 | INJECTION - TESTOSTERONE CYPIONATE, 1 CC, 200 MG |
| 63118561 2 | 31011310159500 | 21 | 21 | 0 | 0 | 0 | 21 | 0 | 5/15/2001 | J1080 | INJECTION - TESTOSTERONE CYPIONATE, 1 CC, 200 MG |
| 63118561 2 | 31011730103300 | 21 | 21 | 0 | 4 | 0 | 0 | 16 | 6/26/2001 | J1080 | INJECTION - TESTOSTERONE CYPIONATE, 1 CC, 200 MG |
| 63118561 2 | 31011730122700 | 21 | 21 | 0 | 0 | 0 | 0 | 0 | 6/26/2001 | J1080 | INJECTION - TESTOSTERONE CYPIONATE, 1 CC, 200 MG |
| 63118561 2 | 31011730121000 | 21 | 21 | 0 | 4 | 0 | 0 | 16 | 6/26/2001 | J1080 | INJECTION - TESTOSTERONE CYPIONATE, 1 CC, 200 MG |
| 63118561 2 | 31011730128300 | 20 | 20 | 0 | 4 | 0 | 0 | 16 | 6/26/2001 | J1080 | INJECTION - TESTOSTERONE CYPIONATE, 1 CC, 200 MG |
| 63118561 2 | 31011730129000 | 21 | 21 | 0 | 0 | 0 | 0 | 0 | 6/26/2001 | J1080 | INJECTION - TESTOSTERONE CYPIONATE, 1 CC, 200 MG |
| 63118561 2 | 31013000010800 | 21 | 21 | 0 | 0 | 0 | 0 | 0 | 6/26/2001 | J1080 | INJECTION - TESTOSTERONE CYPIONATE, 1 CC, 200 MG |
| 63118561 2 | 31013200031000 | 18 | 18 | 0 | 1.8 | 0 | 0 | 16.2 | 11/23/2001 | J1080 | INJECTION - TESTOSTERONE CYPIONATE, 1 CC, 200 MG |
| 04283276 5 | 23091100301000 | 1.5 | 4.68 | 0 | 0.22 | 0 | 0 | 0.87 | 5/21/1999 | J2920 | INJECTION - METHYLPREDNISOLONE SODIUM SUCCINATE, UP TO 40 MG |
| 04283276 5 | 28892090046300 | 4.68 | 4.68 | 0 | 0 | 0 | 0 | 4.68 | 8/20/1999 | J9100 | CYTARABINE HCL, 100 MG |
| 04283276 5 | 28892090061200 | 4.68 | 4.68 | 0 | 0 | 0 | 0 | 4.68 | 8/20/1999 | J9100 | CYTARABINE HCL, 100 MG |
| 04283276 5 | 28892080420600 | 4.68 | 4.68 | 0 | 0 | 0 | 0 | 4.68 | 9/3/1999 | J9100 | CYTARABINE HCL, 100 MG |
| 04283276 5 | 28892270271500 | 4.68 | 4.68 | 0 | 0 | 0 | 0 | 4.68 | 9/3/1999 | J9100 | CYTARABINE HCL, 100 MG |
| 04283276 5 | 28892270247300 | 4.68 | 4.68 | 0 | 0 | 0 | 0 | 4.68 | 9/24/1999 | J9100 | CYTARABINE HCL, 100 MG |
| 04283276 5 | 28892711468500 | 4.68 | 4.68 | 0 | 0 | 0 | 0 | 4.68 | 10/21/1999 | J9100 | CYTARABINE HCL, 100 MG |
| 04283276 5 | 28892870375700 | 4.68 | 4.68 | 0 | 0 | 0 | 0 | 4.68 | 10/21/1999 | J9100 | CYTARABINE HCL, 100 MG |
| 04283276 5 | 28892930338700 | 4.68 | 4.68 | 0 | 0 | 0 | 0 | 4.68 | 10/29/1999 | J9100 | CYTARABINE HCL, 100 MG |
| 04283276 5 | 28893050485600 | 4.68 | 4.68 | 0 | 0 | 0 | 0 | 4.68 | 11/5/1999 | J9100 | CYTARABINE HCL, 100 MG |
| 04283276 5 | 28893310266000 | 4.68 | 4.68 | 0 | 0 | 0 | 0 | 4.68 | 12/1/1999 | J9100 | CYTARABINE HCL, 100 MG |
| 04283276 5 | 28959040079700 | 4.68 | 4.68 | 0 | 0 | 0 | 0 | 4.68 | 12/7/1999 | J9100 | CYTARABINE HCL, 100 MG |
| 04283276 5 | 26000180061700 | 4.68 | 4.68 | 0 | 0 | 0 | 0 | 4.68 | 12/8/2000 | J9100 | CYTARABINE HCL, 100 MG |
| 04283276 5 | 26001890363600 | 4.68 | 4.68 | 0 | 0 | 0 | 0 | 4.68 | 1/28/2000 | J9100 | CYTARABINE HCL, 100 MG |
| 04283276 5 | 26001708314900 | 4.68 | 4.68 | 0 | 0 | 0 | 0 | 4.68 | 1/28/2000 | J9100 | CYTARABINE HCL, 100 MG |
| 04283276 5 | 26000380624800 | 4.68 | 4.68 | 0 | 0 | 0 | 0 | 4.68 | 2/18/2000 | J9100 | CYTARABINE HCL, 100 MG |
| 04283276 5 | 26000590352000 | 4.68 | 4.68 | 0 | 0 | 0 | 0 | 4.68 | 3/3/2000 | J9100 | CYTARABINE HCL, 100 MG |
| 04283276 5 | 26000901066900 | 4.68 | 4.68 | 0 | 0 | 0 | 0 | 4.68 | 4/7/2000 | J9100 | CYTARABINE HCL, 100 MG |
| 04283276 5 | 26000910668900 | 4.68 | 4.68 | 0 | 0 | 0 | 0 | 4.68 | 4/7/2000 | J9100 | CYTARABINE HCL, 100 MG |
| 04283276 5 | 23001020820300 | 4.68 | 4.68 | 0 | 0 | 0 | 0 | 4.68 | 4/14/2000 | J9100 | CYTARABINE HCL, 100 MG |
| 04283276 5 | 23001020822000 | 4.68 | 4.68 | 0 | 0 | 0 | 0 | 4.68 | 4/14/2000 | J9100 | CYTARABINE HCL, 100 MG |
| 04283276 5 | 23001020819900 | 4.68 | 4.68 | 0 | 0 | 0 | 0 | 4.68 | 4/14/2000 | J9100 | CYTARABINE HCL, 100 MG |