UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 ) Master File No. 01-12257-PBS ) ) Judge Patti B. Saris ) |
| THIS DOCUMENT RELATES TO: State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories, Inc., *et al.* CASE #: 1:03-cv-11226-PBS | ) ) ) ) ) ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF ADELINA BERUMEN

Pursuant to Local Rule of Civil Procedure 83.5.2(c), please withdraw the appearance of Adelina Berumen as one of the attorneys for plaintiff STATE OF CALIFORNIA in this action and all related actions. Ms. Berumen was previously admitted *pro hac vice* as one of the attorneys for the STATE OF CALIFORNIA. Ms. Berumen is no longer assigned to this case and thus is not representing the Office of the Attorney General, California Department of Justice.

Respectfully submitted,

BILL LOCKYER
Attorney General for the State of California

Dated: September 7, 2006.

By: /s/ Nicholas N. Paul
NICHOLAS N. PAUL
CA State Bar No: 190605
Bureau of Medi-Cal Fraud and Elder Abuse
Office of The Attorney General
1455 Frazee Road, Suite 315
San Diego, California 92108
Tel: (619) 688-6099
Fax: (619) 688-4200

**Attorneys for Plaintiff,
STATE OF CALIFORNIA**

1

## CERTIFICATE OF SERVICE

I, Nicholas N. Paul, hereby certify that on September 7, 2006, I caused a true and correct copy of the foregoing, NOTICE OF WITHDRAWAL OF APPEARANCE OF ADELINA BERUMEN, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                 /s/ Nicholas N. Paul
                                                 NICHOLAS N. PAUL
                                                 Supervising Deputy Attorney General