UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION: 1:01-CV-12257-PBS |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: *State of Florida, et al. v. Mylan Inc., et al.,* Civil Action No. 98-3032G | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REVISED MEMORANDUM OF LAW IN SUPPORT OF MOTION TO REMAND**

The Plaintiffs, the State of Florida, Office of the Attorney General, Department of Legal Affairs (hereinafter "the Attorney General"), by and through the below signed Assistant Attorneys General, and the Relator, Ven-A-Care of the Florida Keys, Inc. (hereinafter "the Relator"), by and through the below signed counsel, file this motion for leave to file a revised memorandum of law in support of their previously filed motion and incorporated memorandum of law seeking remand of this action to state circuit court pursuant to Local Rule 7(B)(3). In support of this motion, the Plaintiffs say:

1. This is the Plaintiffs' motion for leave to file a revised memorandum of law in support of their previously filed and timely filed motion to remand this action to the state circuit court pursuant to Local Rule 7(B)(3).

1

2. In support of this motion, the Plaintiffs say they wish to file a revised memorandum of law to tailor it to nuances of law of the United States District Court for the District of Massachusetts and the United States First Circuit Court of Appeals where this action is now pending, rather than the United States District Court for the Northern District of Florida and the United States Eleventh Circuit Court of Appeals where this action was originally pending.  The Plaintiffs also wish to include discussions concerning new case law from the United States Supreme Court.  The Plaintiffs believe that a revised memorandum of law supporting their previously filed motion will significantly aid the Court in evaluating the issues before it.

3. The Plaintiffs propose the following briefing schedule: the Plaintiffs shall submit a revised memorandum of law within 30 days of the date of this Court's Order granting the Plaintiffs' Motion.  The Defendants shall have 20 days from the date the Plaintiffs file their revised memorandum to file a responsive memorandum.  The Plaintiffs shall have 20 days from the date of the Defendants' responsive memorandum to file a reply memorandum.

4. Pursuant to Local Rule 7.1, the Plaintiffs consulted with counsel for the Defendants concerning this motion and the proposed briefing schedule.  The below signed counsel was advised by the Defendants that they do not have a "serious" objection to this motion or the proposed briefing schedule.  However, the Defendants have not yet formally consented to this Motion or the proposed briefing schedule, despite the Plaintiffs' prolonged attempts to secure their consent.

**MEMORANDUM OF LAW**

The Plaintiffs seek leave to file a revised memorandum of law in support of their previously filed motion to remand this action to state circuit court to address the law of the First Circuit Court of Appeals and the District of Massachusetts. The Plaintiffs' previously-filed motion and memorandum of law focused on the law of the Eleventh Circuit Court of Appeals and the United States District Court for the Northern District of Florida. The Plaintiffs further seek leave to file a revised memorandum of law so they may incorporate discussion concerning a recent decision from the United States Supreme Court on removal, federalism, and remand. The Plaintiffs believe the revised memorandum of law will significantly aid the Court in evaluating the issues pending before it.

The Plaintiffs propose the following briefing schedule: the Plaintiffs shall submit a revised memorandum of law within 30 days of the date of this Court's Order granting the Plaintiffs' Motion. The Defendants shall have 20 days from the date the Plaintiffs file their revised memorandum to file a responsive memorandum. The Plaintiffs shall have 20 days from the date of the Defendants' responsive memorandum to file a reply memorandum.

As required by Local Rule 7.1, the Plaintiffs consulted with counsel for the Defendants concerning this motion and the proposed briefing schedule. The below signed counsel was advised by the Defendants that they do not have a "serious" objection to this motion or the proposed briefing schedule. However, the Defendants have not yet formally consented to this Motion or the proposed briefing schedule, despite the Plaintiffs' prolonged attempts to secure their consent.

## **CONCLUSION**

For the reasons stated above, the Plaintiffs' motion for leave to file a revised memorandum of law in support of their motion to remand should be granted.

Respectfully submitted this <u>7th</u> day of September, 2006.

                                                 CHARLES J. CRIST, JR.
                                                 FLORIDA ATTORNEY GENERAL

                                               /s/ Mary S. Miller
                                               Mark S. Thomas
                                               Florida Bar No. 0001716
                                               Mary S. Miller
                                               Florida Bar No. 0780420
                                               Joshua R. Heller
                                               Florida Bar No. 0502901
                                               Assistant Attorneys General
                                               Office of the Attorney General
                                               Medicaid Fraud Control Unit
                                               PL-01, The Capitol
                                               Tallahassee, Florida 32399-1050
                                               Telephone:   850-414-3600

                                               *Attorneys for the State of Florida*

Gary L. Azorsky
Susan Schneider Thomas
Joy P. Clairmont
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Jonathan Shapiro
STERN, SHAPIRO, WEISSBERG & GARIN LLP
90 Canal Street
Boston, MA

James J. Breen
Alison W. Simon
The Breen Law Firm, P.A.
Post Office Box 297470
Pembroke Pines, FL 33029-7470

*Attorneys for Ven-A-Care of the Florida Keys, Inc*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that I, Jonathan Shapiro, an attorney, caused a true and correct copy of the foregoing Status Report to be served on all counsel of record electronically on September 7, 2006, pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LEXIS File & Serve electronic filing service. I hereby also certify that a copy hereof was furnished via U.S. Mail this 7th day of September, 2006, to the following:

| | |
|---|---|
| | William Escobar, Esq.<br>Christopher C. Palmero, Esq.<br>Neal Merkl<br>Kelley, Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178<br><br>*Attorneys for Defendants Mylan Laboratories and Mylan Pharmaceutials, Inc.* |
| Jay Shapiro<br>Christopher L. Barnett<br>Samuel O. Patmore<br>Stearns Weaver Miller Weissler Ahladeff & Sitterson, P.A.<br>Suite 2200 - Museum Tower<br>150 W. Flagler Street<br>Miami, FL 33130 | T. Reed Stephens<br>Elizabeth I. Hack<br>Sonnenschein Nath & Rosenthal LLP<br>1301 K Street, N.W.<br>Suite 600, East Tower<br>Washington, DC 20005<br><br>*Attorneys for Defendants Novapharm, Ltd.,*<br>*Teva Pharmaceutical Industries, Ltd., and Teva Pharmaceutical USA* |
| Stephen A. Ecenia<br>Rutledge, Ecenia, Purnell & Hoffman, P.A.<br>P.O. Box 551<br>215 S. Monroe Street, Suite 420<br>Tallahassee, FL 32301<br><br>*Attorneys for Alpharma, Inc., Alpharma, USPD, Inc. f/k/a Barre-National, Inc., Barre Parent Corporation, Purepac Pharmaceutical Co., Watson Pharmaceuticals, Inc. and Schein Pharmaceuticals (n/k/a Watson Pharma, Inc.)* | Douglas B. Farquhar<br>Michelle L. Butler<br>Christine P. Bump<br>Hyman, Phelps & McNamara, P.C.<br>700 Thirteenth Street, N.W.<br>Suite 1200<br>Washington, D.C. 20005<br><br>*Attorneys for Defendants Watson Pharmaceuticals, Inc. and Schein Pharmaceuticals*<br>*(n/k/a Watson Pharma, Inc.)* |

/s/ Jonathan Shapiro

STERN, SHAPIRO, WEISSBERG & GARIN LLP
90 Canal Street
Boston, MA
**ATTORNEYS FOR VEN-A-CARE OF THE FLORIDA KEYS, INC.**

2