**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                                          :
                                                          :
                                                          :
IN RE: PHARMACEUTICAL                :
INDUSTRY AVERAGE WHOLESALE    :       **MDL NO. 1456**
PRICE LITIGATION                            :
                                                          :       **CIVIL ACTION: 1:01-CV-12257-**
                                                          :       **PBS**
_____ :
                                                          :       **Judge Patti B. Saris**
                                                          :
THIS DOCUMENT RELATES TO:        :
                                                          :
_State of Florida, et al. v. Mylan_           :
_Inc., et al.,_ Civil Action No. 98-3032G  :
                                                          :
                                                          :
_____ :

## PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE REVISED MEMORANDUM OF LAW IN SUPPORT OF MOTION TO REMAND

The Plaintiffs' Motion for Leave to File Revised Memorandum of Law in Support

of Motion to Remand is **GRANTED.**  The parties' briefing schedule is as follows:  the

Plaintiffs shall submit a revised memorandum of law within 30 days of the date of this

Order.  The Defendants shall have 20 days from the date the Plaintiffs file their revised

memorandum to file a responsive memorandum.  The Plaintiffs shall have 20 days from

the date of the Defendants' responsive memorandum to file a reply memorandum.

**ORDERED** in Chambers in Boston, Massachusetts, this _____ day of

_____ 2006.

                                          _____
                                                      Patti B. Saris
                                          United States District Judge