# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 1:01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*State of Florida, et al. v. Mylan Inc., et al.,* Civil Action No. 98-3032G | |

## PLAINTIFFS' AMENDED CERTIFICATION OF RULE 7.1 COMPLIANCE

The Plaintiffs, the State of Florida, Office of the Attorney General, Department of Legal Affairs (hereinafter "the Attorney General"), by and through the below signed Assistant Attorneys General, and the Relator, Ven-A-Care of the Florida Keys, Inc. (hereinafter "the Relator"), by and through the below signed counsel, file this amended certification of compliance with Local Rule 7.1 to their Motion for Leave to File a Revised Memorandum of Law in Support of Motion to Remand. (Doc. 3083.) Since the filing of the motion, Plaintiffs have conferred with Defendants and Defendants expressly indicated they **do not oppose** the relief requested in the motion.

Respectfully submitted this 8th day of September, 2006.

CHARLES J. CRIST, JR.
FLORIDA ATTORNEY GENERAL

1

        /s/ Mary S. Miller
Mark S. Thomas
Florida Bar No. 0001716
Mary S. Miller
Florida Bar No. 0780420
Joshua R. Heller
Florida Bar No. 0502901
Assistant Attorneys General
Office of the Attorney General
Medicaid Fraud Control Unit
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone:   850-414-3600

*Attorneys for the State of Florida*

Gary L. Azorsky
Susan Schneider Thomas
Joy P. Clairmont
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Jonathan Shapiro
STERN, SHAPIRO, WEISSBERG & GARIN LLP
90 Canal Street
Boston, MA

James J. Breen
Alison W. Simon
The Breen Law Firm, P.A.
Post Office Box 297470
Pembroke Pines, FL 33029-7470

*Attorneys for Ven-A-Care of the Florida Keys, Inc*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I, Jonathan Shapiro, an attorney, caused a true and correct copy of the foregoing Status Report to be served on all counsel of record electronically on September 8, 2006, pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LEXIS File & Serve electronic filing service. I hereby also certify that a copy hereof was furnished via U.S. Mail this 8th day of September, 2006, to the following:

| | |
|---|---|
| | William Escobar, Esq.<br>Christopher C. Palmero, Esq.<br>Neal Merkl<br>Kelley, Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178<br><br>*Attorneys for Defendants Mylan Laboratories and Mylan Pharmaceutials, Inc.* |
| Jay Shapiro<br>Christopher L. Barnett<br>Samuel O. Patmore<br>Stearns Weaver Miller Weissler Ahladeff & Sitterson, P.A.<br>Suite 2200 - Museum Tower<br>150 W. Flagler Street<br>Miami, FL 33130 | T. Reed Stephens<br>Elizabeth I. Hack<br>Sonnenschein Nath & Rosenthal LLP<br>1301 K Street, N.W.<br>Suite 600, East Tower<br>Washington, DC 20005<br><br>*Attorneys for Defendants Novapharm, Ltd.,<br>Teva Pharmaceutical Industries, Ltd., and Teva Pharmaceutical USA* |
| Stephen A. Ecenia<br>Rutledge, Ecenia, Purnell & Hoffman, P.A.<br>P.O. Box 551<br>215 S. Monroe Street, Suite 420<br>Tallahassee, FL 32301<br><br>*Attorneys for Alpharma, Inc., Alpharma, USPD, Inc. f/k/a Barre-National, Inc., Barre Parent Corporation, Purepac Pharmaceutical Co., Watson Pharmaceuticals, Inc. and Schein Pharmaceuticals (n/k/a Watson Pharma, Inc.)* | Douglas B. Farquhar<br>Michelle L. Butler<br>Christine P. Bump<br>Hyman, Phelps & McNamara, P.C.<br>700 Thirteenth Street, N.W.<br>Suite 1200<br>Washington, D.C. 20005<br><br>*Attorneys for Defendants Watson Pharmaceuticals, Inc. and Schein Pharmaceuticals<br>(n/k/a Watson Pharma, Inc.)* |

/s/ Jonathan Shapiro

STERN, SHAPIRO, WEISSBERG & GARIN LLP
90 Canal Street
Boston, MA
**ATTORNEYS FOR VEN-A-CARE OF THE FLORIDA KEYS, INC.**

C:\Documents and Settings\wmecoli\Local Settings\Temporary Internet Files\OLK61\AWP III rebriefing schedule amended conference certificate.wpd