UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL No. 1456 ) ) Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) |

**SECOND AMENDED PRETRIAL ORDER AND
CASE MANAGEMENT ORDER # 28**

Saris, U.S.D.J.

After review of the submissions, I order as follows:

(1) I will conduct a trial on Classes Two and Three;

(2) I will give each side additional time.  The parties shall suggest a new timetable within a week.

(3) I will not hold a separate <u>Daubert</u> hearing, but will consider any expert challenge in the bench trial.

(4) I will not rule on the motions for summary judgment scheduled for hearing in October before trial.

(5) The parties shall address the feasibility of giving notice to consumers in Class Three before trial.

<u>S/PATTI B. SARIS</u><br>
United States District Judge