UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ) ) | Judge Patti B. Saris |
| ALL ACTIONS ) ) | |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

THIS MATTER is before the Court on plaintiffs' motion for leave to file under seal. The Court, having considered all pleadings in support and in opposition thereto, and being fully advised in the premises, hereby

GRANTS plaintiffs' motion for leave to file under seal the following items:

1. Plaintiffs' Response to Track 2 Defendants' Memorandum Regarding Harold Bean;

2. Declaration of Donald E. Haviland, Esquire, In Support of Plaintiffs' Response to Track 2 Defendants' Memorandum Regarding Harold Bean, including Exhibits A, E and F.

IT IS SO ORDERED.

DATED: 9/8/06

Hon. Patti B. Saris
United States District Court Judge

- 1 -

001534-16 126470 V1