UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY     ) <br> AVERAGE WHOLESALE PRICE                  ) <br> LITIGATION                                              ) <br> _____ ) <br>                                                                        ) <br> THIS DOCUMENT RELATES TO:               ) <br>                                                                        ) <br> ALL ACTIONS                                             ) <br> _____ ) | MDL No. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

**NOTICE OF CHANGE OF ENTRY OF APPEARANCE OF CO-LEAD COUNSEL
FOR PLAINTIFFS AND THE CLASS AND CHANGE OF ADDRESS**

TO THE CLERK:

 Kindly enter my appearance as Co-Lead Counsel for Plaintiffs and the Class in the above-captioned action, and record the change of my address to that which appears below.


Dated:  September 11, 2006         __/s/ Donald E. Haviland, Jr._____
                      Donald E. Haviland, Jr., Esquire
                      **THE HAVILAND LAW FIRM, LLC**.
                      740 S. Third Street
                      Third Floor
                      Philadelphia, PA 19147
                      (215) 609-4661 - telephone
                      (215) 392-4400 - facsimile
                      Haviland@havilandlaw.com
                      CO-LEAD COUNSEL FOR
                      PLAINTIFFS AND THE CLASS

## CERTIFICATE OF SERVICE

I hereby certify that I, Edward Notargiacomo, an attorney, caused a true and correct copy of the foregoing **NOTICE OF CHANGE OF ENTRY OF APPEARANCE OF CO-LEAD COUNSEL FOR PLAINTIFFS AND THE CLASS AND CHANGE OF ADDRESS** be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on September 11, 2006, a copy to LexisNexis File and Serve for posting and notification to all parties.

By     /s/ Edward Notargiacomo
Edward Notargiacomo
**HAGENS BERMAN SOBOL SHAPIRO LLP**
One Main Street, 4th Floor
Cambridge, MA 02142