UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

Check if previously referred  X

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

CA No.  01-12257-PBS

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge <u>Bowler</u> for the following proceedings:

(A)        Referred for full pretrial case management, including all dispositive motions.

(B)        Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)        Referred for discovery purposes only.

(D)    **X**    Referred for Report and Recommendation on:

                 (  ) Motion(s) for injunctive relief
                 (  ) Motion(s) for judgment on the pleadings
                 (  ) Motion(s) for summary judgment
                 (  ) Motion(s) to permit maintenance of a class action
                 (  ) Motion(s) to suppress evidence
                 (  ) Motion(s) to dismiss
                 (  ) Post Conviction Proceedings[1]
     **X**     See Documents Numbered:  2899 Joint Motion for Redress for Spoliation of Evidence.

(E)        Case referred for events only.  See Doc. No(s).

(F)        Case referred for settlement.

(G)        Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
                 (  ) In accordance with Rule 53, F.R.Civ.P.
                 (  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)        Special Instructions:

  September 11, 2006                               By:     /s/ Robert C. Alba
Date                                                  Deputy Clerk

**(Order of Reference - AWP.wpd - 05/2003)**

---

[1] See reverse side of order for instructions