# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | **MDL NO. 1456**<br><br>**CIVIL ACTION: 1:01-CV-12257-PBS**<br><br>**Judge Patti B. Saris** |
| THIS DOCUMENT RELATES TO:<br><br>*State of Florida, et al. v. Mylan Inc., et al.*, Civil Action No. 98-3032G | |

## ~~PROPOSED~~ ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE REVISED MEMORANDUM OF LAW IN SUPPORT OF MOTION TO REMAND

The Plaintiffs' Motion for Leave to File Revised Memorandum of Law in Support of Motion to Remand is **GRANTED**. The parties' briefing schedule is as follows: the Plaintiffs shall submit a revised memorandum of law within 30 days of the date of this Order. The Defendants shall have 20 days from the date the Plaintiffs file their revised memorandum to file a responsive memorandum. The Plaintiffs shall have 20 days from the date of the Defendants' responsive memorandum to file a reply memorandum.

**ORDERED** in Chambers in Boston, Massachusetts, this _11_ day of _September_ 2006.

_____
Patti B. Saris
United States District Judge