EXHIBIT B

DRUG CLAIM SAMPLE EXTRACT

| Defendant-Manufacturer | NDC | Product Name | Provider Name | Claim Control Number | Units | Paid Amount | Billed Amount | Claim Paid Date |
|---|---|---|---|---|---|---|---|---|
| ABBOTT | 00074614302 | ACETIC ACID 0.25% IRRIG. | KAPPES, GREG L | 0185956782201 | 12,000 | $870.20 | $992.42 | 7/10/00 |
| ABBOTT | 00074195601 | AMIKACIN 250 MG/ML VIAL | MINI PHARMACY ENT INC | 1008951696901 | 2 | $105.90 | $129.00 | 1/16/01 |
| ABBOTT | 00074196607 | BACTERIOSTATIC SALINE VIAL | SAMUEL & JAMES BIRDSONG | 0275958247601 | 120 | $11.36 | $14.95 | 10/10/00 |
| ABBOTT | 00074790209 | D5-1/2NS/KCL 20 MEQ/L IV SOL | NEIGHBORCARE OF NOR CAL | 0188965612301 | 4,000 | $76.60 | $90.61 | 7/10/00 |
| ABBOTT | 00074710013 | DEXTROSE 5%/WATER IV SOLN. | KAWEAH DELTA HEALTH CARE | 0230963073801 | 1,000 | $239.20 | $270.25 | 8/21/00 |
| ABBOTT | 00074792609 | DEXTROSE 5%-1/2NS IV SOLN. | NEIGHBORCARE OF NOR CAL | 1011964281301 | 8,000 | $105.40 | $108.21 | 1/16/01 |
| ABBOTT | 00074794109 | DEXTROSE 5%-NS IV SOLUTION | HOME MEDICAL OF AMERICA | 1047051608702 | 10,000 | $130.80 | $137.80 | 2/26/01 |
| ABBOTT | 00074234402 | DOBUTAMINE 12.5 MG/ML VIAL | GOSS, WILLIAM C | 0279958121701 | 2,400 | $5,472.20 | $6,503.70 | 10/10/00 |
| ABBOTT | 00074631613 | ERYTHROCIN 500 MG FILMTAB | SAV-ON DRUG #9745 | 2001950840101 | 40 | $12.68 | $17.69 | 1/7/02 |
| ABBOTT | 00074115278 | HEPARIN LOCK 100 UNITS/ML VIAL | BAHMANI, ZOHREH | 1002040843301 | 210 | $27.59 | $121.00 | 1/8/01 |
| ABBOTT | 00074979103 | LIPOSYN III 20% IV FAT EMUL | QUEEN OF ANGEL-HOLLYWOOD | 0305962670701 | 3000 | $574.40 | $820.39 | 11/6/00 |
| ABBOTT | 00074677801 | LORAZEPAM 2 MG/ML VIAL | FIRST CLASS PHARMACY | 0277962518801 | 3 | $34.16 | $38.36 | 10/10/00 |
| ABBOTT | 00074781124 | METRONIDAZOLE 500 MG/100 ML | MAHER H KALDAS, RPH | 0280958510701 | 1400 | $418.34 | $730.00 | 10/10/00 |
| ABBOTT | 00074713809 | SODIUM CHLORIDE 0.9% IRRIG. | PARTOVI, BIJAN | 1002962761601 | 12,000 | $186.20 | $478.80 | 1/8/01 |
| ABBOTT | 00074798302 | SODIUM CHLORIDE 0.9% SOLN | WESTERN MEDICAL SUPPLY | 1011959397901 | 250 | $13.58 | $22.77 | 1/16/01 |
| ABBOTT | 00074357801 | TOBRAMYCIN 40 MG/ML VIAL | LIAUTAUD, THOMAS J | 1003957712401 | 60 | $305.60 | $366.66 | 1/8/01 |
| ABBOTT | 00074653301 | VANCOMYCIN 1 GM VIAL | NEIGHBORCARE OF NOR CAL | 0189600827503 | 4 | $261.20 | $675.88 | 7/10/00 |
| ABBOTT | 00074915801 | VITAMIN K 10 MG/ML AMPUL | NEIGHBORCARE OF NOR CAL | 0161962666701 | 6 | $34.34 | $35.93 | 6/12/00 |
| ABBOTT | 00074488709 | WATER FOR INJECTION FLIPTOP | BARTLETT, DAVID A MD | 0279955146901 | 70 | $13.88 | $18.41 | 10/10/00 |
| ARMOUR/ZLB BEHRING | 00053748610 | GAMMAR-P I.V. 10 GM VIAL | ACCREDO HEALTH GROUP | 4191041613301 | 10 | $11,253.55 | $18,750.00 | 7/19/04 |
| AVENTIS | 00088120632 | ANZEMET 20 MG/ML VIAL | LONGS DRUG STORE | 3192951232001 | 5 | $159.39 | $184.45 | 7/14/03 |
| B.Braun Medical | 00264230400 | ACETIC ACID 0.25% IRRIG. | FOREMOST CLINICAL PHARMA | 1156052210101 | 10000 | $219.80 | $225.00 | 6/18/01 |
| B.Braun Medical | 00264761200 | D5%-1/2NS SOLN/EXCEL CONT | OPTION CARE-CERES | 2010955787401 | 24,000 | $303.80 | $587.79 | 1/14/02 |
| B.Braun Medical | 00264761600 | D5%-1/4NS SOLN/EXCEL CONT | BAHMANI, ZOHREH | 2015963728401 | 2000 | $28.40 | $67.00 | 1/22/02 |
| B.Braun Medical | 00264763400 | D5-1/2NS/KCL 10 MEQ/L IV SOL | JEWISH HOME | 2017050505802 | 6000 | $106.40 | $119.85 | 2/4/02 |
| B.Braun Medical | 00264151031 | DEXTROSE 5%/WATER IV SOLN. | LOS COYOTES DRUG | 0299600123003 | 500 | $103.65 | $108.70 | 10/30/00 |
| B.Braun Medical | 00264751010 | DEXTROSE 5%/WATER/EXCEL CON | SO-CAL MEDICAL PHARMACY | 0341960160501 | 2,500 | $56.80 | $125.75 | 12/11/00 |
| B.Braun Medical | 00264121200 | DEXTROSE 5%-1/2NS IV SOLN. | JEWISH HOME | 1037050410303 | 3,000 | $35.60 | $38.91 | 2/20/01 |
| B.Braun Medical | 00264775100 | DEXTROSE 5%-LR SOLN/EXCEL | BAHMANI, ZOHREH | 1009964557201 | 3,000 | $44.60 | $140.00 | 1/16/01 |
| B.Braun Medical | 00264761000 | DEXTROSE 5%-NS IV SOLUTION | BELVILLE PHARMACY SVCS | 1039965688701 | 2,000 | $28.40 | $32.15 | 2/13/01 |
| B.Braun Medical | 00264775000 | LACTATED RINGERS INJ/EXCEL | RESOURCE PHRMCTCL SERVCS | 3169962176301 | 3000 | $39.95 | $42.07 | 6/23/03 |
| B.Braun Medical | 00264553532 | METRO IV 500 MG/100 ML | NEIGHBORCARE OF NOR CAL | 3176963344901 | 900 | $251.00 | $339.66 | 6/30/03 |
| B.Braun Medical | 00264780200 | SALINE 0.45% SOLN/EXCEL CON | BELVILLE PHARMACY SVCS | 1028956460901 | 3,000 | $38.00 | $41.75 | 2/5/01 |
| B.Braun Medical | 00264780000 | SALINE 0.9% SOLN/EXCEL CONT | MOUNTAIN VIEW PHARMACEU | 2025090405602 | 12000 | $144.20 | $361.56 | 2/4/02 |
| B.Braun Medical | 00264220100 | SODIUM CHLORIDE 0.9% IRRIG. | WEST PHARMACY | 1003963244401 | 8,000 | $102.20 | $137.95 | 1/8/01 |
| B.Braun Medical | 00264785000 | STERILE WATER FOR INJECTION | EL CAMINO HOSP PHARMACY | 0228964522701 | 7000 | $74.50 | $85.67 | 8/21/00 |
| B.Braun Medical | 00264210100 | STERILE WATER,IRRIGATION | OPTION CARE-CERES | 0294061607303 | 12000 | $151.40 | $333.49 | 10/30/00 |
| BAXTER | 00338065604 | ACETIC ACID 0.25% IRRIG. | PARTOVI, BIJAN | 2091963901501 | 12,000 | $240.20 | $330.00 | 4/8/02 |

DRUG CLAIM SAMPLE EXTRACT

| Defendant-Manufacturer | NDC | Product Name | Provider Name | Claim Control Number | Units | Paid Amount | Billed Amount | Claim Paid Date |
|---|---|---|---|---|---|---|---|---|
| BAXTER | 00338067104 | D5-1/2NS/KCL 20 MEQ/L IV SOL | SO DESERT CARE PHARMACY | 3099963205701 | 10,000 | $154.95 | $208.40 | 4/14/03 |
| BAXTER | 00338055111 | DEXTROSE 5%/WATER IV SOLN. | RESOURCE PHRMCTCL SERVCS | 3013966556701 | 350 | $95.30 | $100.48 | 1/21/03 |
| BAXTER | 00338008503 | DEXTROSE 5%-1/2NS IV SOLN. | WELLCARE PHARMACY INC | 2121600578801 | 4,000 | $79.40 | $85.52 | 5/6/02 |
| BAXTER | 00338008904 | DEXTROSE 5%-NS IV SOLUTION | RESOURCE PHARMACEUTICAL | 2007967375601 | 6,000 | $71.00 | $71.37 | 1/14/02 |
| BAXTER | 00338071906 | DEXTROSE 70%/WATER IV SOLN. | VISITING NURSE HOME PHC | 1029954272101 | 2,865 | $88.60 | $150.15 | 2/5/01 |
| BAXTER | 00338049003 | INTRALIPID 10% IV FAT EMUL | HOWARD WEISS | 1012959663901 | 2,000 | $234.80 | $261.24 | 1/16/01 |
| BAXTER | 00338049102 | INTRALIPID 20% IV FAT EMUL | FOREMOST CLINICAL PHARMA | 2081060707801 | 500 | $105.85 | $134.10 | 4/8/02 |
| BAXTER | 00338105548 | METRONIDAZOLE 500 MG/100 ML BG | BEVERLY HOSPITAL | 2289967348901 | 2,800 | $411.76 | $482.71 | 10/21/02 |
| BAXTER | 00338004304 | SODIUM CHLORIDE 0.45% SOLN | HOWARD WEISS | 2007963390901 | 2,000 | $24.40 | $31.86 | 1/14/02 |
| BAXTER | 00338004803 | SODIUM CHLORIDE 0.9% IRRIG. | RITE AID #6016 | 3006044567401 | 4,000 | $86.75 | $96.53 | 1/13/03 |
| BAXTER | 00338055318 | SODIUM CHLORIDE 0.9% SOLN. | VALU MED PHARMACY | 2007967024901 | 9,000 | $1,244.00 | $1,314.00 | 1/14/02 |
| BAXTER | 00338001304 | STERILE WATER FOR INJECTION | CHILDREN'S HOME CARE | 2329060203301 | 12,000 | $117.55 | $149.55 | 12/9/02 |
| BAXTER | 00338000403 | STERILE WATER,IRRIGATION | DAVALOS, GERALD C | 2002953111401 | 6,000 | $131.00 | $157.84 | 1/7/02 |
| BAXTER | 00338064406 | TRAVASOL 10% SOLN VIAFLEX | OLSTEN HEALTH SERVICES | 3143050407301 | 4,000 | $444.75 | $1,470.36 | 6/9/03 |
| BEDFORD | 55390023110 | ADRIAMYCIN 10 MG VIAL | SAN LUIS OBISPO COUNTY | 8127964513601 | 8 | $346.08 | $362.40 | 5/11/98 |
| BEDFORD | 55390029101 | ETOPOSIDE 20 MG/ML VIAL | WESTERN DRUG | 8329962069501 | 30 | $630.55 | $665.85 | 11/30/98 |
| BEDFORD | 55390046505 | FLUPHENAZINE DEC 25 MG/ML VL | THE MEDICINE SHOPPE 387 | 8259961789701 | 10 | $140.35 | $254.95 | 9/16/98 |
| BEDFORD | 55390041205 | HALOPERIDOL DEC 50 MG/ML VL | PILLCO PHARMACY | 8261953743001 | 10 | $277.15 | $295.95 | 9/21/98 |
| BEDFORD | 55390005210 | LEUCOVORIN CALCIUM 100 MG VL | GLENDALE MED ARTS PHARMA | 8183955175701 | 12 | $402.55 | $595.60 | 7/27/98 |
| BEDFORD | 55390003310 | METHOTREXATE 25 MG/ML VIAL | HOME HEALTH CARE ASSOCS. | 9202957410301 | 10 | $36.23 | $42.57 | 7/26/99 |
| BEDFORD | 55390025201 | MITOMYCIN 20 MG VIAL | MEDICAL PLAZA PHARMACY | 8207953476601 | 2 | $829.29 | $863.65 | 8/3/98 |
| Bristol-Myers Squibb | 00015301020 | BLENOXANE 15 UNITS VIAL | CLONEY'S RED CROSS PHARM | 2127960433801 | 4 | $1,115.17 | $1,172.70 | 5/13/02 |
| Bristol-Myers Squibb | 00015054941 | CYTOXAN LYOPHILIZED 2 GM | AMERICAN DRUG STORES INC | 0154957572801 | 1 | $97.65 | $100.00 | 6/5/00 |
| Bristol-Myers Squibb | 00015300120 | MUTAMYCIN 5 MG VIAL | LOMA LINDA UNIV HOSP | 1324966902801 | 1 | $126.13 | $163.55 | 11/26/01 |
| Bristol-Myers Squibb | 00015322022 | PLATINOL-AQ 1MG/ML | OWENS PHARMACY, INC | 1121042574801 | 50 | $231.82 | $840.05 | 5/7/01 |
| Bristol-Myers Squibb | 00015306220 | VEPESID 20 MG/ML VIAL | XCEL MED PHARMACY LTD | 0194959229301 | 50 | $1,186.24 | $1,186.49 | 7/17/00 |
| Dey | 49502018110 | ACETYLCYSTEINE 10% VIAL | PARTOVI, BIJAN | 2063961395501 | 120 | $95.41 | $264.00 | 3/11/02 |
| Dey | 49502069760 | ALBUTEROL 0.83 MG/ML SOLUTION | CANOGA PHARMACY INC | 1274040712101 | 180 | $72.78 | $85.00 | 10/9/01 |
| Dey | 49502020501 | ALBUTEROL 5 MG/ML SOLUTION | BELVILLE PHARMACY SVCS | 2091047964301 | 20 | $10.52 | $16.20 | 4/8/02 |
| Dey | 49502030317 | ALBUTEROL 90 MCG INHALER | MAHER H KALDAS | 2322961925801 | 17 | $24.57 | $43.00 | 8/26/02 |
| Dey | 49502040605 | ALPRAZOLAM 0.5 MG TABLET | MAXSON MEDICAL PHARMACY | 2197953080001 | 60 | $6.91 | $46.40 | 7/22/02 |
| Dey | 49502040001 | ATENOLOL 50 MG TABLET | GENESEE PHARMACY | 0206961913001 | 60 | $6.41 | $45.00 | 7/31/00 |
| Dey | 49502068912 | CROMOLYN NEBULIZER SOLUTION | MERCED DRUG | 3091044952401 | 120 | $41.35 | $50.50 | 4/7/03 |
| Dey | 49502067230 | DUONEB 2.5-0.5 MG/3 ML SOLN | LEO'S PHARMACY | 2063959271901 | 90 | $60.80 | $65.00 | 3/11/02 |
| Dey | 49502050001 | EPIPEN 0.3 MG AUTO-INJECTOR | MORAN'S PHARMACY | 2063043490101 | 1 | $49.29 | $54.45 | 3/11/02 |
| Dey | 49502041501 | HYDROCODONE/APAP 5/500 TAB | CALIFORNIA PHARMACY | 4239967935801 | 60 | $10.87 | $14.75 | 9/7/04 |
| Dey | 49502068560 | IPRATROPIUM BR 0.02% SOLN | OVSEPIAN, SARMEN | 2336048466201 | 300 | $193.60 | $216.20 | 12/9/02 |
| Dey | 49502067603 | METAPROTERENOL 0.6% SOLN | NEIGHBORCARE OF NOR CAL | 2067965402701 | 63 | $28.34 | $35.60 | 3/11/02 |

DRUG CLAIM SAMPLE EXTRACT

| Defendant Manufacturer | NDC | Product Name | Provider Name | Claim Control Number | Units | Paid Amount | Billed Amount | Claim Paid Date |
|---|---|---|---|---|---|---|---|---|
| Dey | 49502040301 | PIROXICAM 20 MG CAPSULE | FAIRFAX PHARMACY | 0193960395401 | 30 | $67.93 | $76.90 | 7/17/00 |
| Dey | 49502082003 | SODIUM CHLORIDE 0.45% VIAL | WESTERN REHAB SYSTEMS | 1197071806501 | 600 | $41.06 | $48.40 | 7/23/01 |
| Dey | 49502083003 | SODIUM CHLORIDE 0.9% VIAL | GOLDEN VALLEY PHARMACY | 2060041226201 | 300 | $18.50 | $18.75 | 3/4/02 |
| Dey | 49502064015 | SODIUM CHLORIDE 3% VIAL | LCPCH PHARMACY | 2179080702803 | 1,500 | $79.85 | $102.00 | 7/15/02 |
| Dey | 49502043301 | THEOPHYLLINE 300 MG TAB SA | VILLAGE PHARMACY | 0228958724801 | 100 | $11.95 | $32.75 | 8/21/00 |
| Dey | 49502081005 | WATER FOR INHALATION VIAL | LONGS DRUG STORE | 0333051407101 | 1,000 | $31.40 | $68.40 | 12/11/00 |
| IMMUNEX | 58406068316 | METHOTREXATE LPF 25 MG/ML VL | DERDERIAN, EDWARD J | 1010958315201 | 10 | $23.25 | $31.85 | 1/16/01 |
| IMMUNEX | 58406062206 | LEUCOVORIN CALCIUM 100 MG VL | LONG BEACH MED ARTS BLDG | 7083964550901 | 20 | $752.39 | $1,103.48 | 3/31/97 |
| MYLAN | 0037812000l | ACEBUTOLOL 200 MG CAPSULE | SAN DIEGO PHARMACY | 2002962844401 | 30 | $17.64 | $19.05 | 1/7/02 |
| MYLAN | 00378030201 | ACYCLOVIR 800 MG TABLET | SAV-ON DRUGS #7036 | 1091953916201 | 35 | $46.36 | $81.69 | 4/9/01 |
| MYLAN | 00378057201 | ALBUTEROL SULFATE 4 MG TAB | ROBERT OKUM | 2275965837801 | 62 | $9.53 | $39.79 | 10/7/02 |
| MYLAN | 00378018105 | ALLOPURINOL 300 MG TABLET | AMERICAN DRUG STORES INC | 2001951445001 | 60 | $10.99 | $18.99 | 1/7/02 |
| MYLAN | 00378057401 | AMITRIP/PERPHEN 25-4 TABLET | STAR PHARMACY | 2002955825101 | 120 | $15.60 | $48.45 | 1/7/02 |
| MYLAN | 00378262510 | AMITRIPTYLINE HCL 25 MG TAB | WALGREENS #05480 | 2001953532501 | 60 | $5.78 | $15.99 | 1/7/02 |
| MYLAN | 00378023110 | ATENOLOL 50 MG TABLET | KONG, CHEUNG T | 1001950337301 | 60 | $52.08 | $52.82 | 1/8/01 |
| MYLAN | 00378041701 | BUMETANIDE 2 MG TABLET | MEDICAL CTR PHARMACY #5 | 2002044215601 | 90 | $36.88 | $82.66 | 1/7/02 |
| MYLAN | 00378043501 | BUPROPION HCL 100 MG TABLET | HILLCREST PHARMACY | 2002048398401 | 60 | $58.60 | $63.52 | 1/7/02 |
| MYLAN | 00378117591 | BUSPIRONE HCL 30 MG TABLET | NEIGHBORCARE-ORCA INC | 3002042249901 | 90 | $298.39 | $298.59 | 1/6/03 |
| MYLAN | 00378830120l | CAPTOPRIL 25 MG TABLET | MURPHY, DONALD DEAN | 2002959093401 | 200 | $15.00 | $247.27 | 1/7/02 |
| MYLAN | 00378009401 | CARBIDOPA/LEVO 50/200 TB SA | CROALS REXAL DRUGS | 2001950331901 | 120 | $198.40 | $259.80 | 1/7/02 |
| MYLAN | 00378750001 | CEFACLOR 500 MG CAPSULE | TAMPA PLAZA PHARMACY | 2001953340801 | 30 | $57.77 | $133.55 | 1/7/02 |
| MYLAN | 00378605001 | CEPHALEXIN 500 MG CAPSULE | SENTER PHARMACY | 0191952947101 | 40 | $11.90 | $68.75 | 7/17/00 |
| MYLAN | 00378021001 | CHLORPROPAMIDE 250 MG TAB | MEDICAL CENTER PHARMACY | 2002958674701 | 100 | $42.65 | $77.31 | 1/7/02 |
| MYLAN | 00378031701 | CIMETIDINE 300 MG TABLET | MEDICINE SHOPPE, THE | 2002952333201 | 100 | $14.60 | $104.89 | 1/7/02 |
| MYLAN | 00378191010 | CLONAZEPAM 0.5 MG TABLET | WU, ENG-HSU | 1002953978101 | 100 | $31.40 | $94.50 | 1/8/01 |
| MYLAN | 00378015210 | CLONIDINE HCL 0.1 MG TABLET | SAV-ON DRUGS #9115 | 2001950814201 | 270 | $28.10 | $55.87 | 1/7/02 |
| MYLAN | 00378007001 | CLORAZEPATE 15 MG TABLET | MARKET PHARMACY | 2001952826001 | 250 | $519.78 | $624.59 | 1/7/02 |
| MYLAN | 00378086001 | CLOZAPINE 100 MG TABLET | MODERN HEALTH PHARMACY | 2002045260901 | 70 | $225.11 | $301.25 | 1/7/02 |
| MYLAN | 00378047705 | DIAZEPAM 10 MG TABLET | ROBERT OKUM | 2002041958001 | 93 | $7.71 | $37.61 | 1/7/02 |
| MYLAN | 00378161001 | DICYCLOMINE 10 MG CAPSULE | RESNICK, CRAIG | 2002952956901 | 120 | $18.48 | $41.75 | 1/7/02 |
| MYLAN | 00378534001 | DILTIAZEM ER 240 MG CAP SA | VONS PHARMACY #2360 | 2002040573801 | 100 | $82.90 | $83.15 | 1/7/02 |
| MYLAN | 00378041510 | DIPHENOXYLATE/ATROPINE TAB | BIG A DRUG STORE | 2002042202001 | 100 | $46.30 | $46.55 | 1/7/02 |
| MYLAN | 00378641001 | DOXEPIN 100 MG CAPSULE | OLYMPIC PHARMACY | 0184953354001 | 40 | $41.72 | $44.50 | 7/10/00 |
| MYLAN | 00378105301 | ENALAPRIL MALEATE 10 MG TAB | TOP CARE PHARMACY | 2002046039501 | 100 | $105.55 | $112.60 | 1/7/02 |
| MYLAN | 00378010601 | ERYTHROMYCIN ST 250 MG TAB | IN-HOUSE PHARMACIES,INC | 2182042344101 | 40 | $8.76 | $15.25 | 7/8/02 |
| MYLAN | 00378302001 | FAMOTIDINE 20 MG TABLET | FONG, HENRY | 2001950342001 | 180 | $301.18 | $344.35 | 1/7/02 |
| MYLAN | 00378609701 | FLUPHENAZINE 10 MG TABLET | ROHT, MART | 2002966108801 | 270 | $132.32 | $378.50 | 1/7/02 |
| MYLAN | 00378443001 | FLURAZEPAM 30 MG CAPSULE | MADERA MEDICAL PHARM | 2001951623601 | 30 | $6.29 | $19.80 | 1/7/02 |
| MYLAN | 00378009301 | FLURBIPROFEN 100 MG TABLET | HORTON & CONVERSE PHARM | 2002951947401 | 90 | $36.92 | $162.15 | 1/7/02 |
| MYLAN | 00378041401 | FLUVOXAMINE MAL 100 MG TAB | VONS PHARMACY #2306 | 2002040888201 | 90 | $228.79 | $229.04 | 1/7/02 |
| MYLAN | 00378021610 | FUROSEMIDE 40 MG TABLET | LONGS DRUG STORES, INC | 2001950234701 | 100 | $8.20 | $25.80 | 1/7/02 |

DRUG CLAIM SAMPLE EXTRACT

| Defendant Manufacturer | NDC | Product Name | Provider Name | Claim Control Number | Units | Paid Amount | Billed Amount | Claim Paid Date |
|---|---|---|---|---|---|---|---|---|
| MYLAN | 00378111001 | GLIPIZIDE 10 MG TABLET | LEE, DANIEL I | 2001951593401 | 100 | $13.17 | $72.30 | 1/7/02 |
| MYLAN | 00378116001 | GUANFACINE 1 MG TABLET | MEDICAL CTR PHARMACY #5 | 2002044221201 | 120 | $66.80 | $119.64 | 1/7/02 |
| MYLAN | 00378032701 | HALOPERIDOL 5 MG TABLET | PAYLESS DRUG STORE #5711 | 2182041015501 | 60 | $44.37 | $46.69 | 7/8/02 |
| MYLAN | 00378037301 | HYDROXYCHLOROQUINE 200 MG TB | SAIL DRUG | 2002950562601 | 100 | $89.20 | $143.35 | 1/7/02 |
| MYLAN | 00378014701 | INDOMETHACIN 50 MG CAPSULE | KLEINMAN, ILYA | 2002041189401 | 100 | $8.81 | $30.70 | 1/7/02 |
| MYLAN | 00378407001 | KETOPROFEN 50 MG CAPSULE | REYNA PHARMACY | 0184960904701 | 100 | $95.48 | $218.98 | 7/10/00 |
| MYLAN | 00378210001 | LOPERAMIDE 2 MG CAPSULE | SUPER RX PHARMACY #4 | 2002048311201 | 180 | $30.80 | $151.60 | 1/7/02 |
| MYLAN | 00378045701 | LORAZEPAM 1 MG TABLET | ETOYAN, ARA | 2191962664601 | 100 | $61.13 | $118.00 | 7/15/02 |
| MYLAN | 00378001401 | METHOTREXATE 2.5 MG TABLET | THE MEDICINE SHOPPE | 2002954478301 | 16 | $65.36 | $70.30 | 1/7/02 |
| MYLAN | 00378061101 | METHYLDOPA 250 MG TABLET | RELIABLE REXAL PHARMACY | 2002952197301 | 90 | $12.92 | $46.34 | 1/7/02 |
| MYLAN | 00378071101 | METHYLDOPA/HCTZ 250-25 TAB | MARVIN LIEBLEIN INC. | 2183951689001 | 60 | $36.84 | $38.67 | 7/8/02 |
| MYLAN | 00378003210 | METOPROLOL 50 MG TABLET | SAV-ON DRUGS #9610 | 2001950820401 | 100 | $14.40 | $38.69 | 1/7/02 |
| MYLAN | 00378045105 | NAPROXEN 500 MG TABLET | VICTOR CHIAROLLA | 2001951751401 | 60 | $13.57 | $29.29 | 1/7/02 |
| MYLAN | 00378102077 | NICARDIPINE 20 MG CAPSULE | WELLCARE PHARMACY INC | 2016600651204 | 93 | $35.23 | $47.57 | 1/22/02 |
| MYLAN | 00378348201 | NIFEDIPINE ER 60 MG TABLET | PAVILIONS PHAR #2228 | 2001952731701 | 30 | $69.11 | $78.99 | 1/7/02 |
| MYLAN | 00378170001 | NITROFURANTOIN MCR 100 MG CP | THRIFTY DRUG STORE #5513 | 2002969054001 | 60 | $48.35 | $77.99 | 1/7/02 |
| MYLAN | 00378911293 | NITROGLYCERIN 0.4 MG/HR PTCH | BINESHWAR B PRASAD | 2002960006901 | 30 | $56.43 | $74.59 | 1/7/02 |
| MYLAN | 00378232501 | NORTRIPTYLINE HCL 25 MG CAP | STAR PHARMACY | 2337954740101 | 180 | $28.86 | $158.15 | 12/9/02 |
| MYLAN | 00378035701 | PENTOXIFYLLINE 400 MG TAB SA | SAV-ON DRUGS #9793 | 2001950846801 | 180 | $60.50 | $111.05 | 1/7/02 |
| MYLAN | 00378156010 | PHENYTOIN SOD EXT 100 MG CAP | THRIFTY DRUG STORE #5824 | 2001952583401 | 120 | $33.61 | $35.99 | 1/7/02 |
| MYLAN | 00378005201 | PINDOLOL 5 MG TABLET | LONGS DRUG STORE #510 | 2002046713201 | 60 | $13.04 | $68.20 | 1/7/02 |
| MYLAN | 00378202001 | PIROXICAM 20 MG CAPSULE | AMERICAN DRUG STORES INC | 2001951010301 | 100 | $18.60 | $79.49 | 1/7/02 |
| MYLAN | 00378342548 | PREDNISOLONE 15 MG/5 ML SYRUP | NEPOVE, KENNETH MICHAEL | 2002965189201 | 20 | $7.98 | $12.00 | 1/7/02 |
| MYLAN | 00378015601 | PROBENECID 500 MG TABLET | KREIN, RONALD JEFFREY | 2002952700201 | 30 | $24.98 | $34.05 | 1/7/02 |
| MYLAN | 00378511001 | PROCHLORPERAZINE 10 MG TAB | TOMS PHARMACY | 2002045094501 | 160 | $96.06 | $204.25 | 1/7/02 |
| MYLAN | 00378015505 | PROPOXY-N/APAP 100-650 TAB | SUNNYSIDE PHARMACY | 2002040902501 | 180 | $48.98 | $107.05 | 1/7/02 |
| MYLAN | 00378018310 | PROPRANOLOL 20 MG TABLET | RAKHOLIA, RAMESHBHAI M | 2002045943201 | 60 | $6.26 | $23.51 | 1/7/02 |
| MYLAN | 00378014101 | SPIRONOLACT/HCTZ 25/25 TAB | CASTAGNO, PRIMO | 2002953812601 | 120 | $61.26 | $73.77 | 1/7/02 |
| MYLAN | 00378214601 | SPIRONOLACTONE 25 MG TABLET | SAV-ON DRUGS #9501 | 2001950805801 | 60 | $23.15 | $31.69 | 10/7/02 |
| MYLAN | 00378053101 | SULINDAC 200 MG TABLET | SITKOFF, IRWIN | 2002950408701 | 60 | $24.80 | $80.55 | 1/7/02 |
| MYLAN | 00378505001 | TEMAZEPAM 30 MG CAPSULE | WARDS PHARMACY | 2001950017001 | 30 | $8.48 | $48.50 | 1/7/02 |
| MYLAN | 00378226001 | TERAZOSIN 1 MG CAPSULE | ST MONICA PHARMACY | 2002041713501 | 31 | $51.07 | $61.25 | 1/7/02 |
| MYLAN | 00378061210 | THIORIDAZINE 10 MG TABLET | PHARMACY SUPPORT SERVICE | 2004963244801 | 60 | $9.43 | $26.00 | 1/7/02 |
| MYLAN | 00378501001 | THIOTHIXENE 10 MG CAPSULE | VERDUGO CLINIC PHARMACY | 2002042048401 | 100 | $26.69 | $69.25 | 1/7/02 |
| MYLAN | 00378031301 | TOLMETIN SODIUM 600 MG TAB | SKINNER ENTERPRISES, INC | 2002952961701 | 100 | $94.78 | $156.99 | 1/7/02 |
| MYLAN | 00378415101 | TRAMADOL HCL 50 MG TABLET | CHAE, SUNNY S | 2274043779901 | 60 | $51.69 | $55.85 | 10/7/02 |
| MYLAN | 00378135505 | TRIAMTERENE/HCTZ 75/50 TAB | IN-HOUSE PHARMACIES, INC | 2002041016201 | 60 | $2.93 | $64.49 | 1/7/02 |
| MYLAN | 00378241001 | TRIFLUOPERAZINE 10 MG TABLET | PAYLESS DRUG STORE #5803 | 2001952656601 | 90 | $52.40 | $75.69 | 1/7/02 |
| MYLAN | 00378112001 | VERAPAMIL 120 MG TABLET SA | FALL RIVER DRUGSTORE INC | 2002043865101 | 100 | $105.73 | $111.33 | 1/7/02 |
| ROXANE | 00054300563 | ACETAMINOPHEN/COD ELIXIR | NEIGHBORCARE TCI INC | 2065965701301 | 30 | $22.33 | $29.14 | 3/11/02 |
| ROXANE | 00054806313 | ALBUTEROL 0.83 MG/ML SOLUTION | APRIA HEALTHCARE | 2060966971501 | 30 | $36.74 | $43.95 | 3/4/02 |

DRUG CLAIM SAMPLE EXTRACT

| Defendant-Manufacturer | NDC | Product Name | Provider Name | Claim Control Number | Units | Paid Amount | Billed Amount | Claim Paid Date |
|---|---|---|---|---|---|---|---|---|
| ROXANE | 00054408425 | AZATHIOPRINE 50 MG TABLET | RONCO DRUG | 206004503540 1 | 60 | $72.53 | $93.59 | 3/4/02 |
| ROXANE | 00054412125 | CALCIUM GLUCONATE 500 MG TAB | THE MEDICINE SHOPPE #885 | 206004789920 1 | 12 | $38.59 | $60.24 | 3/4/02 |
| ROXANE | 00054314658 | CHLORPROMAZINE 100 MG/ML CON | DEL'S PHARMACY | 206304156630 1 | 30 | $21.35 | $33.80 | 3/11/02 |
| ROXANE | 00054815524 | CODEINE SULFATE 15 MG TABLET | SAV-ON DRUGS #9148 | 131696478430 1 | 60 | $38.65 | $156.00 | 11/19/01 |
| ROXANE | 00054816721 | CROMOLYN NEBULIZER SOLUTION | RITE AID #6256 | 206295971440 1 | 7 | $7.68 | $14.49 | 3/11/02 |
| ROXANE | 00054413025 | CYCLOPHOSPHAMIDE 50 MG TAB | AMERICAN DRUG STORES INC | 206495627510 1 | 36 | $49.29 | $126.33 | 3/11/02 |
| ROXANE | 00054418425 | DEXAMETHASONE 4 MG TABLET | WESTERN MEDICAL SUPPLY | 121195863600 1 | 60 | $119.33 | $176.00 | 8/6/01 |
| ROXANE | 00054422225 | DICLOFENAC SOD 75 MG TAB EC | SUMMIT CARE CORPORATION | 212660136450 2 | 30 | $21.35 | $33.80 | 5/13/02 |
| ROXANE | 00054319246 | DIGOXIN 50 MCG/ML ELIXIR | BELVILLE PHARMACY SVCS | 206004688260 1 | 120 | $72.18 | $79.15 | 3/4/02 |
| ROXANE | 00054319446 | DIPHENOXYLATE/ATROPINE LIQ | ATLANTIC PHARMACY | 206004132930 1 | 40 | $9.05 | $20.25 | 3/4/02 |
| ROXANE | 00054329446 | FUROSEMIDE 10 MG/ML SOLUTION | BARTLETT, DAVID A MD | 206295323010 1 | 40 | $18.02 | $55.32 | 3/11/02 |
| ROXANE | 00054434631 | HALOPERIDOL 10 MG TABLET | MEDINA, DAVID W | 204296203960 1 | 30 | $22.33 | $29.14 | 2/19/02 |
| ROXANE | 00054439425 | HYDROMORPHONE 4 MG TABLET | PATIENT CARE PHARMACY | 206004598680 1 | 240 | $10.72 | $10.97 | 3/4/02 |
| ROXANE | 00054224725 | HYDROXYUREA 500 MG CAPSULE | CVS PROCARE #2822 | 309191023020 1 | 200 | $252.86 | $392.16 | 4/7/03 |
| ROXANE | 00054840211 | IPRATROPIUM BR 0.02% SOLN | VONS PHARMACY #2003 | 206004606620 1 | 60 | $12.52 | $20.95 | 3/4/02 |
| ROXANE | 00054348254 | KAOLIN-PECTIN SUSPENSION | WALGREENS #05374 | 302496550910 1 | 240 | $22.90 | $27.25 | 1/27/03 |
| ROXANE | 00054348663 | LACTULOSE 10 GM/15 ML SOLUTION | GAMETTE, JAMES E | 206695637860 1 | 180 | $74.00 | $85.98 | 3/11/02 |
| ROXANE | 00054449625 | LEUCOVORIN CALCIUM 5 MG TAB | MICHAEL F STONE | 111695677260 1 | 60 | $119.33 | $176.00 | 4/30/01 |
| ROXANE | 00054449425 | LEVORPHANOL 2 MG TABLET | BESIO, FRED PAUL | 206695537580 1 | 60 | $13.68 | $14.95 | 3/11/02 |
| ROXANE | 00054350049 | LIDOCAINE 2% VISCOUS SOLN | BOB'S PHARMACY | 206696749650 1 | 120 | $15.73 | $19.20 | 3/11/02 |
| ROXANE | 00054252731 | LITHIUM CARBONATE 300 MG CAP | SAV-ON DRUGS #9754 | 206004022920 1 | 60 | $11.60 | $13.97 | 3/4/02 |
| ROXANE | 00054353550 | LOPERAMIDE 1 MG/5 ML LIQUID | HOME CARE PHARMACY | 217005150560 2 | 120 | $73.70 | $81.57 | 7/1/02 |
| ROXANE | 00054353244 | LORAZEPAM INTENSOL 2 MG/ML | CLONEY'S RED CROSS PHARM | 206396328470 1 | 75 | $45.66 | $53.99 | 3/11/02 |
| ROXANE | 00054354258 | MEGESTROL ACET 40 MG/ML SUSP | QUI VAN LY | 213595947050 1 | 120 | $102.70 | $108.00 | 5/20/02 |
| ROXANE | 00054459625 | MEPERIDINE 100 MG TABLET | AMERICAN DRUG STORES INC | 206495625050 1 | 300 | $11.30 | $23.50 | 3/11/02 |
| ROXANE | 00054861411 | METAPROTERENOL 0.6% SOLN | BELVILLE PHARMACY SVCS | 100596716320 1 | 90 | $17.62 | $26.69 | 1/8/01 |
| ROXANE | 00054457125 | METHADONE HCL 10 MG TABLET | WALGREEN #06903 | 206004250740 1 | 120 | $6.70 | $6.95 | 3/4/02 |
| ROXANE | 00054455015 | METHOTREXATE 2.5 MG TABLET | RONALD E PARTAIN | 110895260680 1 | 12 | $38.59 | $60.24 | 4/23/01 |
| ROXANE | 00054356363 | METOCLOPRAMIDE 5 MG/5 ML SYRP | ACMC FAIRMONT PHCY | 206304451060 1 | 120 | $127.96 | $143.99 | 3/11/02 |
| ROXANE | 00054261625 | MEXILETINE 150 MG CAPSULE | CVS PROCARE PHAR #2855 | 206004771790 1 | 120 | $22.96 | $23.69 | 3/4/02 |
| ROXANE | 00054458325 | MORPHINE SULFATE 30 MG TAB | CROALS REXAL DRUGS | 206095299000 1 | 480 | $23.00 | $23.25 | 3/4/02 |
| ROXANE | 00054363063 | NAPROXEN 125 MG/5 ML SUSPEN | RESOURCE PHRMCTCL SERVCS | 206696369990 1 | 200 | $135.02 | $168.99 | 3/11/02 |
| ROXANE | 00054479325 | ORAMORPH SR 100 MG TABLET SA | WESSELER, PAUL | 206096279730 1 | 120 | $39.39 | $51.60 | 3/4/02 |
| ROXANE | 00054279525 | OXYCODONE W/APAP 5/500 CAP | VONS PHARMACY #2156 | 206696287130 1 | 500 | $40.10 | $40.42 | 3/11/02 |
| ROXANE | 00054870525 | PHENOBARBITAL 30 MG TABLET | BARTLETT, DAVID A MD | 101195508340 1 | 240 | $1,169.43 | $1,319.00 | 1/16/01 |
| ROXANE | 00054371663 | POTASSIUM CHLORIDE 10% LIQ | NEIGHBORCARE TCI INC | 206004429090 1 | 100 | $25.17 | $55.99 | 3/4/02 |
| ROXANE | 00054474125 | PREDNISONE 1 MG TABLET | BELVILLE PHARMACY SVCS | 206004685830 1 | 480 | $7.16 | $7.83 | 3/4/02 |
| ROXANE | 00054472125 | PROPANTHELINE 15 MG TABLET | SAV-ON DRUGS #6513 | 206004460490 1 | 15 | $6.32 | $7.20 | 3/4/02 |
| ROXANE | 00054474425 | PSEUDOEPHEDRINE 60 MG TABLET | DRUG FAIR | 206004198860 1 | 120 | $64.18 | $64.43 | 3/4/02 |
| ROXANE | 00054375150 | ROXANOL 20 MG/ML SOLUTION | RITE AID #6046 | 206004635560 1 | 48 | $2.75 | $7.50 | 3/4/02 |

DRUG CLAIM SAMPLE EXTRACT

| Defendant-Manufacturer | NDC | Product Name | Provider Name | Claim Control Number | Units | Paid Amount | Billed Amount | Claim Paid Date |
|---|---|---|---|---|---|---|---|---|
| ROXANE | 00054465025 | ROXICET 5/325 TABLET | VONS PHARMACY #2373 | 20600403643901 | 240 | $151.93 | $206.98 | 3/4/02 |
| ROXANE | 00054465725 | ROXICODONE 5 MG TABLET | STATSCRIPT PHARMACY | 20600456439901 | 180 | $25.26 | $55.99 | 3/4/02 |
| ROXANE | 00054465325 | ROXIPRIN 4.88/325 TABLET | THOMAS A SANDERS | 10029524215901 | 180 | $56.88 | $64.46 | 1/8/01 |
| ROXANE | 00054880925 | SODIUM CHLORIDE 0.9% VIAL | PARTOVI, BIJAN | 20609632916901 | 600 | $90.47 | $198.00 | 3/4/02 |
| ROXANE | 00054380563 | SPS 15 GM/60 ML SUSPENSION | PHARMACARE SPEC #2864 | 20600478476901 | 1,000 | $94.70 | $96.59 | 3/4/02 |
| ROXANE | 00054384163 | THEOPHYLLINE 80 MG/15 ML SOLN | ROBERT OKUM | 20629580790901 | 480 | $10.47 | $12.01 | 3/11/02 |
| ROXANE | 00054386150 | THIORIDAZINE 100 MG/ML CONC | AMERICAN DRUG STORES INC | 20659567603901 | 120 | $38.84 | $47.69 | 3/11/02 |
| ROXANE | 00054485929 | TRIAZOLAM 0.25 MG TABLET | WILLIAM E KEARNEY | 20639519923901 | 15 | $12.61 | $19.65 | 3/11/02 |
| ROXANE | 00054464725 | VIRAMUNE 200 MG TABLET | WARDS PHARMACY | 20609503712901 | 60 | $306.72 | $537.90 | 3/4/02 |
| SANDOZ/GENEVA | 00781120360 | AMIODARONE HCL 200 MG TABLET | MEDEX DRUGS | 20989545390901 | 100 | $301.52 | $336.13 | 4/15/02 |
| SANDOZ/GENEVA | 00781127301 | AMITRIP/PERPHEN 25-2 TABLET | CAL MED PHARMACY | 20989596529901 | 100 | $12.49 | $46.70 | 4/15/02 |
| SANDOZ/GENEVA | 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | CENTER PROFESSIONAL PHAR | 20989508763901 | 60 | $12.80 | $89.60 | 4/15/02 |
| SANDOZ/GENEVA | 00781150610 | ATENOLOL 50 MG TABLET | MADDUX, MARJORIE C | 20999524482901 | 60 | $6.58 | $7.80 | 4/15/02 |
| SANDOZ/GENEVA | 00781105901 | AZATHIOPRINE 50 MG TABLET | KMART PHARMACY #3214 | 20980414162901 | 90 | $114.72 | $114.97 | 4/15/02 |
| SANDOZ/GENEVA | 00781181701 | BROMOCRIPTINE 2.5 MG TABLET | VERNIK, LARISA | 20989652319901 | 60 | $128.20 | $155.59 | 4/15/02 |
| SANDOZ/GENEVA | 00781105301 | BUPROPION HCL 75 MG TABLET | SAV-ON PHARMACY #9105 | 21019547030901 | 75 | $55.10 | $57.69 | 4/15/02 |
| SANDOZ/GENEVA | 00781105001 | CARISOPRODOL 350 MG TABLET | THE MEDICINE SHOPPE | 21260408726901 | 90 | $37.49 | $65.00 | 5/13/02 |
| SANDOZ/GENEVA | 00781171801 | CHLORPROMAZINE 100 MG TABLET | GOLDEN LIFE PHARMACY | 20989646019901 | 90 | $72.54 | $86.26 | 4/15/02 |
| SANDOZ/GENEVA | 00781144901 | CIMETIDINE 400 MG TABLET | 10TH AVENUE PHARMACY | 20999571127901 | 60 | $13.02 | $32.40 | 4/15/02 |
| SANDOZ/GENEVA | 00781203701 | CLOMIPRAMINE 50 MG CAPSULE | FALL RIVER DRUGSTORE INC | 20989671134901 | 60 | $34.63 | $81.23 | 4/15/02 |
| SANDOZ/GENEVA | 00781197301 | DESIPRAMINE 50 MG TABLET | LATTHITHAM, PRACHA | 20989671960901 | 60 | $8.75 | $53.00 | 4/15/02 |
| SANDOZ/GENEVA | 00781178901 | DICLOFENAC SOD 75 MG TAB EC | AMERICAN DRUG STORES INC | 20989558818901 | 60 | $38.90 | $54.69 | 4/15/02 |
| SANDOZ/GENEVA | 00781123301 | ENALAPRIL MALEATE 20 MG TAB | MADDUX, MARJORIE C | 20999524471901 | 60 | $90.65 | $114.30 | 4/15/02 |
| SANDOZ/GENEVA | 00781143901 | FLUPHENAZINE 10 MG TABLET | THRIFTY DRUG STORE #5523 | 20989630489901 | 60 | $34.39 | $67.99 | 4/15/02 |
| SANDOZ/GENEVA | 00781196601 | FUROSEMIDE 40 MG TABLET | HIGHLAND HOSP PHARMACY | 20980409967901 | 90 | $9.19 | $18.45 | 4/15/02 |
| SANDOZ/GENEVA | 00781145310 | GLIPIZIDE 10 MG TABLET | KONG, CHEUNG T | 20989527410901 | 60 | $9.46 | $37.10 | 4/15/02 |
| SANDOZ/GENEVA | 00781145710 | GLYBURIDE 5 MG TABLET | MEDICAL CENTER PHARMACY | 20989562425901 | 60 | $34.04 | $36.40 | 4/15/02 |
| SANDOZ/GENEVA | 00781139701 | HALOPERIDOL 10 MG TABLET | WARDS PHARMACY | 20989502560901 | 90 | $64.94 | $95.40 | 4/15/02 |
| SANDOZ/GENEVA | 00781140701 | HYDROXYCHLOROQUINE 200 MG TB | SAV-ON DRUGS #7232 | 20989587668901 | 100 | $89.15 | $89.69 | 4/15/02 |
| SANDOZ/GENEVA | 00781136301 | IBUPROFEN 800 MG TABLET | LIN, ANDREW M | 20989660518901 | 100 | $14.45 | $30.90 | 4/15/02 |
| SANDOZ/GENEVA | 00781176401 | IMIPRAMINE HCL 25 MG TABLET | FONG, HENRY | 20999520762901 | 60 | $13.86 | $34.95 | 4/15/02 |
| SANDOZ/GENEVA | 00781169501 | ISOSORBIDE DN 20 MG TABLET | VONS PHARMACY #2164 | 20989647682901 | 90 | $6.48 | $21.25 | 4/15/02 |
| SANDOZ/GENEVA | 00781126210 | LONOX TABLET | LLOYDS PHARMACY | 30019506929901 | 100 | $40.98 | $42.07 | 1/6/03 |
| SANDOZ/GENEVA | 00781140401 | LORAZEPAM 1 MG TABLET | COMMUNITY PHARMACY | 01939546773901 | 90 | $63.96 | $86.40 | 7/17/00 |
| SANDOZ/GENEVA | 00781107101 | METHAZOLAMIDE 50 MG TABLET | BAY PHARMACY | 20989566707901 | 100 | $50.30 | $80.00 | 4/15/02 |
| SANDOZ/GENEVA | 00781174901 | METHYLPHENIDATE 10 MG TABLET | AMERICAN DRUG STORES INC | 20999553590901 | 90 | $41.82 | $53.99 | 4/15/02 |
| SANDOZ/GENEVA | 00781122301 | METOPROLOL 50 MG TABLET | BIG A DRUG STORE | 20989658722901 | 60 | $8.02 | $19.45 | 4/15/02 |
| SANDOZ/GENEVA | 00781116401 | NAPROXEN 375 MG TABLET | KOAM PHARMACY, INC | 20989658592901 | 60 | $12.10 | $67.69 | 4/15/02 |
| SANDOZ/GENEVA | 00781250301 | NITROFURANTOIN MCR 100 MG CP | CHAE, SUNNY S | 20989674360901 | 100 | $88.54 | $118.65 | 4/15/02 |
| SANDOZ/GENEVA | 00781263201 | NORTRIPTYLINE HCL 50 MG CAP | RELIABLE CARE PHARMACY | 20999668896901 | 90 | $19.30 | $144.95 | 4/15/02 |
| SANDOZ/GENEVA | 00781104801 | PERPHENAZINE 8 MG TABLET | THRIFTY DRUG STORE #5706 | 20989639249901 | 60 | $46.44 | $46.69 | 4/15/02 |

DRUG CLAIM SAMPLE EXTRACT

| Defendant-Manufacturer | NDC | Product Name | Provider Name | Claim Control Number | Units | Paid Amount | Billed Amount | Claim Paid Date |
|---|---|---|---|---|---|---|---|---|
| SANDOZ/GENEVA | 00781183001 | PROMETHAZINE 25 MG TABLET | WALGREENS #5525 | 2098040116201 | 30 | $14.71 | $18.49 | 4/15/02 |
| SANDOZ/GENEVA | 00781188310 | RANITIDINE 150 MG TABLET | QUI VAN LY | 2099960417701 | 60 | $24.27 | $124.15 | 4/15/02 |
| SANDOZ/GENEVA | 00781159910 | SPIRONOLACTONE 25 MG TABLET | SUMNER, CRAIG A | 2098952899301 | 60 | $21.70 | $30.30 | 4/15/02 |
| SANDOZ/GENEVA | 00781220201 | TEMAZEPAM 30 MG CAPSULE | SAV-ON DRUGS #6562 | 2098958346201 | 60 | $13.16 | $27.69 | 4/15/02 |
| SANDOZ/GENEVA | 00781205201 | TERAZOSIN 2 MG CAPSULE | NASRAH, IYAD IBRAHIM | 2098956365801 | 90 | $140.92 | $144.34 | 4/15/02 |
| SANDOZ/GENEVA | 00781160401 | THIORIDAZINE 10 MG TABLET | ZALA, BHARATSINH J | 2098961815501 | 90 | $16.09 | $32.49 | 4/15/02 |
| SANDOZ/GENEVA | 00781222901 | THIOTHIXENE 10 MG CAPSULE | SAV-ON DRUGS #7298 | 2098958740901 | 90 | $40.39 | $42.69 | 4/15/02 |
| SANDOZ/GENEVA | 00781180701 | TRAZODONE 50 MG TABLET | PHAM, ANH | 2098959293501 | 50 | $7.22 | $53.00 | 4/15/02 |
| SANDOZ/GENEVA | 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | LONGS DRUG STORES NO 78 | 2098950703201 | 100 | $30.35 | $35.00 | 4/15/02 |
| SANDOZ/GENEVA | 00781103401 | TRIFLUOPERAZINE 5 MG TABLET | STAR PHARMACY | 2098954121701 | 100 | $46.51 | $118.10 | 4/15/02 |
| WARRICK | 59930150008 | ALBUTEROL 0.83 MG/ML SOLUTION | KEVIN BROWETT | 0214962169401 | 75 | $18.73 | $24.99 | 8/7/00 |
| WARRICK | 59930151504 | ALBUTEROL 5 MG/ML SOLUTION | DBA A-P PHARMACY | 0213951089901 | 80 | $60.76 | $65.50 | 8/7/00 |
| WARRICK | 59930156001 | ALBUTEROL 90MCG INHALER | RIVERDALE DRUG | 0213950247001 | 34 | $18.74 | $46.87 | 8/7/00 |
| WARRICK | 59930157503 | BETAMETHASONE DP 0.05% OINT | WHITE CROSS DRUG STORE | 0220965844201 | 50 | $52.54 | $73.26 | 8/14/00 |
| WARRICK | 59930180201 | CIMETIDINE 400 MG TABLET | DAHER, ALBERT | 0214957543001 | 30 | $9.11 | $59.95 | 8/7/00 |
| WARRICK | 59930157003 | CLOTRIMAZOLE 1% CREAM | LONGS DRUG STOR #223 | 0213952407901 | 45 | $19.24 | $23.00 | 8/7/00 |
| WARRICK | 59930177101 | FLURBIPROFEN 50 MG TABLET | DE LA STAR PHARMACY | 3220968029701 | 60 | $40.28 | $45.81 | 8/11/03 |
| WARRICK | 59930163902 | GLYBURIDE 5 MG TABLET | AVALON PHARMACY | 2106952559701 | 100 | $54.15 | $58.90 | 4/22/02 |
| WARRICK | 59930162101 | GRISEOFULVIN ULTRA 250 MG TB | WAL-MART PHARM 10-1805 | 0213955842601 | 100 | $53.21 | $53.46 | 8/7/00 |
| WARRICK | 59930154901 | ISOSORBIDE MN 60 MG TAB SA | JACKSON MEDICAL PHCY | 0213950299001 | 100 | $115.33 | $122.40 | 8/7/00 |
| WARRICK | 59930163601 | LABETALOL HCL 200 MG TABLET | ROBINSONS HOME CARE, INC | 0213951451001 | 60 | $42.62 | $49.68 | 8/7/00 |
| WARRICK | 59930168501 | MEXILETINE 150 MG CAPSULE | COSNER, K W | 0213957489301 | 60 | $43.27 | $56.95 | 8/7/00 |
| WARRICK | 59930150801 | OXAPROZIN 600 MG TABLET | PAYLESS DRUG STORE #5704 | 3157962741401 | 90 | $64.37 | $137.34 | 6/9/03 |
| WARRICK | 59930160501 | PERPHENAZINE 8 MG TABLET | GONG, THOMAS OWNER/PTN | 0215957383701 | 120 | $43.32 | $109.84 | 8/7/00 |
| WARRICK | 59930171402 | POTASSIUM CL 20 MEQ TAB SA | NEIGHBORCARE-ORCA INC | 3153046050301 | 180 | $85.69 | $85.79 | 6/9/03 |
| WARRICK | 59930153201 | SUCRALFATE 1 GM TABLET | THRIFTY DRUG STORE #5521 | 0214966120001 | 90 | $66.16 | $68.98 | 8/7/00 |
| WARRICK | 59930168001 | THEOPHYLLINE 450 MG TAB SA | EL TEJON DRUGS CO | 2336956131301 | 60 | $18.54 | $34.89 | 12/9/02 |

Shaded field provided for reference to indicate Defendant associated with NDC.