EXHIBIT C

| Glossary for Claim Sample Spreadsheet Headings | |
|---|---|
| **Field Name** | **Description** |
| NDC | National Drug Code:  An 11-digit number combining the five-character labeler code, four-character product code, and the two-character package size code . |
| Product Name | The drug name entered in the claim sample extract is the complete name of the drug (populated by the Medi-Cal Formulary) identified in the pertinent provider's claim as submitted for reimbursement by CDHS. |
| Provider Name | The name of the Medi-Cal provider as shown on the California Department of Health Services (CDHS) provider's license. |
| Claim Control Number | The unique 13-digit number assigned by Claims Processing Contractor (EDS) to identify and track Medi-Cal claims as they move through the claims processing system. |
| Units | The quantity of units billed by the Medi-Cal provider and paid for by CDHS. |
| Paid Amount | The actual dollar amount for the claim which was paid to a Medi-Cal provider. Dollar amount paid includes a $4.05 dispensing fee and reflects a Legislative mandated claim reduction which varied from $.10-$.50 per claim, and was in effect from 1995 to August 16, 2004. |
| Billed Amount | The dollar amount billed by provider in its claim for Medi-Cal reimbursement. |
| Claim Paid Date | The date of payment. |