EXHIBIT D

# Device System Transactions:  Pharmacy

This section details the procedures for submitting pharmacy claims, pharmacy claim reversals and drug price inquiries using the Point of Service (POS) device. These transactions comprise the pharmacy suite of POS device transactions.

If you have questions regarding the operation of the POS device, please call the Telephone Service Center (TSC) at 1-800-541-5555 and select the option for POS/Internet inquires.

**Beginning a Transaction**

Use the following two steps to begin any transaction that is part of the pharmacy suite. This includes pharmacy claims, pharmacy claim reversals and drug price inquiries. Next, refer to the instructions for the specific pharmacy transaction you wish to perform. Instructions for specific pharmacy transactions begin on the following pages:

- Pharmacy Claims: Page 2
- Pharmacy Claim Reversals: Page 18
- Drug Price Inquiries: Page 21



1. The first screen on the POS device is the Welcome screen. You can either swipe a Benefits Identification Card (BIC) through the card reader or press any key to get started.

   If you swipe a BIC, the recipient information coded on the magnetic stripe automatically displays in certain screens as you advance through the transaction. To accept the information, press <ENTER> when you reach the screen.

   If you do not swipe a BIC, you must type the requested information in each screen and press <ENTER>.

   **Note:** You need to obtain the issue date from the BIC to successfully enter a pharmacy transaction.



2. After swiping a BIC or pressing any key, the Main Menu screen displays. Press the Function (F) key corresponding to PHARMACY. In this example, press F3. If the PHARMACY option is not displayed and you see the (⬇) character on the screen, press <NEXT> until the PHARMACY option displays, then press the corresponding F-key.

**device system pharm**

**2**

---

**Submitting a Pharmacy Claim**  This section contains instructions for submitting pharmacy claims using the POS device. A 10-cent fee will be deducted from the reimbursed amount of each approved pharmacy claim submitted using the POS device. Only Pharmacy providers can submit and be reimbursed for claims using a POS device.

**Note:**  Remarks and/or documentation cannot be included with claims submitted using the POS device. Claims that require remarks/documentation must be billed on a hard copy *Pharmacy Claim Form* (30-1) or as a Computer Media Claim (CMC).



1.  Pharmacy Menu

    After performing the steps of "Beginning a Transaction" (refer to page 1), the Pharmacy menu displays. Press the F-key corresponding to DRUG CLAIM. In this example, press F2.



2.  Shortcut Key

    The POS device will prompt you to enter your shortcut key. If you have activated this feature, type your shortcut key and press <ENTER>. Otherwise, press <ENTER> to bypass this screen. For information about the shortcut key, refer to the *Device System Transactions* section of the *POS Device User Guide* for the VeriFone Omni 3300 device.



3.  Provider Number

    If you entered a shortcut key in the previous step, this screen will automatically display your provider number; press <ENTER> to accept the displayed value. Otherwise, type your provider number and press <ENTER>.



4.  Submitter ID

    The POS device will prompt you to enter your submitter ID. Type your submitter ID number and press <ENTER>.



5. Recipient ID Number

The POS device will prompt you to enter the recipient ID number. If you swiped a BIC to begin the transaction, this screen will automatically display the recipient ID; press <ENTER> to accept the displayed value. Otherwise, type the recipient ID and press <ENTER>.



6. Recipient Gender

The POS device will prompt you to enter the recipient's gender. If you swiped a BIC to begin the transaction, this screen will automatically display the gender; press <ENTER> to accept the displayed value. Otherwise, type the recipient's gender and press <ENTER>.



7. Date of Birth

The POS device will prompt you to enter the recipient's date of birth. If you swiped a BIC to begin the transaction, this screen will automatically display the date of birth; press <ENTER> to accept the displayed value. Otherwise, type the recipient's date of birth in the format CCYYMMDD and press <ENTER>. For example, if the recipient's date of birth is September 29, 1970, type "19700929".

Note: If you are billing for services to a newborn infant using the mother's ID number, you must type the mother's date of birth at this prompt, not the infant's.



8. Date of Issue

The POS device will prompt you to enter the date of issue shown on the BIC. If you swiped a BIC to begin the transaction, this screen will automatically display the date of issue; press <ENTER> to accept the displayed value. Otherwise, type the date of issue in the format YYMMDD and press <ENTER>. For example, if the date of issue is August 26, 1998, type "980826".

device system pharm

**4**

---



**9.** Place of Service

The POS device will prompt you to enter the Place of Service code. If the recipient is in a facility, type the appropriate Place of Service code and press <ENTER>. Otherwise, press <ENTER> to bypass this screen.



**10.** Date of Service

The POS device will prompt you to enter the date of service. The screen displays the current date by default. If the current date is the correct date, press <ENTER> to accept the displayed value. If the date of service is something other than the current date, type the date in the format CCYYMMDD and press <ENTER>. For example, if the date of service is June 23, 2003, type "20030623".



**11.** Transaction Count

The POS device will prompt you for the transaction count (the number of Pharmacy claim lines you will be sending in this transaction). Type the transaction count and press <ENTER>.

**Note:** You can submit up to four claims lines per transaction.



**12.** Claim Line Number

Data entry for each transaction begins with a screen identifying the claim line number. Press <ENTER> to begin entering claim detail information for the claim line. The claim line number will display at the top of each subsequent screen pertaining to the claim line.



**13.** Prescription Number

The POS device will prompt you to enter the prescription number. Type the prescription number and press <ENTER>.

**Note:** You cannot have identical prescription numbers for the same date of service. If you do have identical numbers, Pharmacy claim reversals may not work. It is recommended that you modify your system if it generates identical prescription numbers for the same date of service.



**14.** NDC/UPC

The POS device will prompt you to enter the National Drug Code (NDC) or Universal Product Code (UPC). Type the appropriate 11-digit NDC or UPC and press <ENTER>. Use the code on the package of the drug being dispensed.



**15.** Quantity

The POS device will prompt you to enter the quantity. Type the quantity and press <ENTER>. The correct measurement unit is listed beside each item in the *Drugs: Contract Drugs List* sections of the *Pharmacy* manual. You must use this measurement unit.

**Note:** You must enter the quantity in metric decimal quantities. The screen adds a decimal point in the correct position. For example:

- If the quantity is 22.51, type "22510". The screen will display "22.510".
- If the quantity is 10, type "10000". The screen will display "10.000".



**16.** Days Supply

The POS device will prompt you to enter the days supply. Type the estimated days supply of the drug and press <ENTER>.

device system pharm

**6**



**17.** Charge

The POS device will prompt you to type the charge. Type your usual and customary charge for the drug in dollars and cents (even for whole dollar amounts) and press <ENTER>. Do not include a decimal point.

For example, if the charge is $25, type "2500". The screen will display "$25.00". If you only type "25," you are entering 25¢, not $25. You may enter up to $999,999.99.



**18.** Patient's SOC Amount

The POS device will prompt you to enter the patient's (recipient's) Share of Cost (SOC) amount. If the recipient does not have a Share of Cost, press <ENTER> to bypass this screen. Otherwise, type the amount that the recipient has paid toward the Share of Cost liability in dollars and cents (even for whole dollar amounts) and press <ENTER>. Do not include a decimal point.

For example, if the SOC is $25, type "2500". The screen will display "$25.00". If you only type "25," you are entering 25¢, not $25. You may enter up to $999,999.99.

If you skip this screen but the recipient has a Share of Cost, your claim will be denied and you must perform an Eligibility Verification transaction to determine the Share of Cost amount.



**19.** Basis of Cost

The POS device will prompt you for the basis of cost. If the basis of cost is Disproportionate Share/Public Health Service, type "09" (which indicates "Other"). Otherwise, type "00" (which indicates "Not specified").



**20.** Code 1 Restriction Met

This screen is used to indicate whether the Code 1 restriction has been met and displays "N" (No) by default. If the drug does not have a Code 1 restriction, press <ENTER> to accept the default value. If the Code 1 restriction has been met, type "Y" and press <ENTER>.



**21.** Other Coverage Code

The POS device will prompt you to enter the appropriate other coverage code and press <ENTER>.

If you type "2" (PAYMENT COLLECTED), proceed with step 22. If you type something other than "2," proceed with step 23.

**Note:** If you type "2" you must enter a dollar amount in the OTHER PAYER AMOUNT screen in step 22.





**22.** Other Payer Amount

This screen only displays if you typed an other coverage code of "2" in step 21. If this screen displays, type the Other Health Coverage (OHC) amount paid (up to $999,999.99) and press <ENTER>.

**Note:** You must enter a valid dollar amount. If you enter zero dollars in this screen, the claim will be denied.



**23.** Prior Authorization Type

The POS device will prompt you to enter the prior authorization type. Type the appropriate authorization type and press <ENTER>. If there is no prior authorization type, press <ENTER> to bypass this screen.



**24.** TAR Control Number

This screen only displays if you typed a prior authorization type of "1" in step 23. If this screen displays, type the Treatment Authorization Request (TAR) Control number, known as a TCN. Type the entire 11-digit TCN and press <ENTER>. If no prior authorization type was entered in step 23, the device automatically bypasses this screen.

device system pharm
# 8



**25.** Prescriber License

The POS device will prompt you to enter the prescriber's State license number. Type the prescriber's State license number and press <ENTER>.

**Note:** Do not enter the prescriber's DEA number.



**26.** DUR Conflict Code

The POS device will prompt you to enter a Drug Use Review (DUR) conflict code. If one of the DUR problems listed below was identified and resolved during the filling of the prescription, type the applicable DUR conflict code and press <ENTER>. Otherwise, press <ENTER> to bypass this screen.

DUR Conflict Codes:

| | | | |
|---|---|---|---|
| LD | Low Dose | SX | Drug-gender |
| HD | High Dose | DA | Drug-allergy |
| LR | Underutilization | PG | Drug-pregnancy |
| PA | Drug-age | | |

**Note:** Only the above codes can be submitted with the initial transaction.

If you bypass this screen but the Medi-Cal host computer detects one or more DUR conflicts, the host will respond with one or more of the following code(s):

| | | | |
|---|---|---|---|
| LD | Low Dose | MX | Incorrect Duration |
| HD | High Dose | DA | Drug-allergy |
| LR | Underutilization | PG | Drug-pregnancy |
| PA | Drug-age | DD | Drug-drug Interaction |
| SX | Drug-gender | TD | Therapeutic Duplication |
| ID | Ingredient Duplication | MC | Drug (Actual)-disease |
| ER | Over utilization | DC | Drug (Inferred)-disease |
| AT | Additive Toxicity | | |



**27.** DUR Intervention Code

This screen only displays if you typed a DUR conflict code in step 26. The POS device will prompt you to enter a DUR intervention code. If a DUR problem was identified and resolved during the filling of the prescription, type one of the following DUR intervention codes and press <ENTER>:

M0    Prescriber consulted
P0    .  Patient consulted
R0      Pharmacist consulted other source

(For the above codes, 0 = zero.)

**Note:** This screen cannot be bypassed. You must enter an intervention code or the claim will be denied.

If you are responding to one or more DUR alerts from a previous claim submission, choose one alert at a time and respond to it.



**28.** DUR Outcome Code

This screen only displays if you typed a DUR conflict code in step 26. The POS device will prompt you to enter a DUR outcome code. If a DUR problem was identified and resolved during the filling of the prescription, type one of the following DUR outcome codes and press <ENTER>:

1A      Filled, false positive
1B      Filled prescription as is
1C      Filled with different dose
1D      Filled with different directions
1E      Filled with different drug
1F      Filled with different quantity
1G      Filled with prescriber approval

2A      Prescription not filled
2B      Prescription not filled – directions clarified

**Note:** This screen cannot be bypassed. You must enter an outcome code or the claim will be denied.

If you are responding to one or more DUR alerts from a previous claim submission, type the applicable DUR outcome code for the alert to which you are responding and press <ENTER>.

Refer to the *Drug Use Review (DUR) Program* section of the *Pharmacy* manual or the Medi-Cal Web site (**www.medi-cal.ca.gov**) for additional information about DUR.

device system pharm
## 10



**29.** Diagnosis Code Count

Type the number of diagnosis codes for this claim line and press <ENTER>, or press <ENTER> to bypass this screen.

Because you can enter up to two diagnosis codes per claim line (a primary diagnosis code and a secondary diagnosis code), this screen accepts a "1" or "2."



**30.** Primary Diagnosis Code

Type the primary diagnosis code and press < ENTER>.

**Note:** The following rules apply to diagnosis code entries:

- They must contain four to six characters and include a decimal point (which is counted as a character).
- The decimal point must be entered by the user; one is not automatically inserted by the POS device.
- If the diagnosis code contains only numeric characters, the decimal point must be the fourth character entered. For example, "123.4" is a correct entry; "12.34" is not.
- If the diagnosis code begins with an alpha character, the decimal point must be the fifth character entered. For example, "E123.4" is a correct entry; "E12.34" is not.
- If an alpha character is entered in any position other than the first position, the claim will be denied. For example, "12E3.4" is an incorrect entry and will result in a denied claim.



**31.** Secondary Diagnosis Code

This screen only displays if you typed "2" in the DIAGNOSIS CODE COUNT screen in step 29.

If this screen displays, type the secondary diagnosis code and press <ENTER>.

**Note:** Refer to step 30 for the rules that apply to diagnosis code entries.



**32.** Claim Line Number

This screen only displays if you typed something other than "1" in the TRANSACTION COUNT screen in step 11.

If you indicated multiple claim lines in step 11 (you may submit up to four claim lines per transaction), the POS device progresses through the same series of screens as it did for Claim Line 01. You must repeat steps 13 – 31 for each claim line.



**33.** Send/Re-Edit Screen

After you have completed steps 11 – 31 for all claim lines, the device displays the Send/Re-Edit screen.

The SEND option allows you to submit the transaction. The RE-EDIT option allows you to change your transaction data. For more information on the SOC or MS options, refer to the *Eligibility Transaction Procedures* section of the *POS Device User Guide* for the VeriFone Omni 3300 device.

To submit the Pharmacy claim, press F1 (SEND). To change any of your entries, press F2 (RE-EDIT), then refer to step 34.



**34.** If you pressed F2 (RE-EDIT) in step 33, the screen lists the claim line numbers next to corresponding Function (F) keys. In this example, the transaction contains two claim lines.

To change an entry pertaining to a claim line, press the F-key corresponding to the claim line. The device will display the header screen for the selected claim line. Scroll through the screen pertaining to the claim line by pressing <NEXT> or <PREV> until you reach the entry you wish to change.

To change an entire entry, type in a new entry and press <ENTER>. The new entry replaces the previous entry.

To change single characters in an entry, press <BACKSPACE> on the keyboard or keypad to delete the entry one character at a time until you delete the incorrect character. Re-type the entry from that character forward.

When all edits have been verified and are correct, repeatedly press <NEXT> or <ENTER> until the Send/Re-Edit screen again displays, then press F1 (SEND) to submit the pharmacy claim.

device system pharm

**12**



After you submit the claim by pressing F1, the POS device sends the transaction to the Medi-Cal claims processing system.

These screens display while the transaction is processing.



## Response Received



Shortly after submitting the transaction, the POS device will display a message indicating that it has received a response from the Medi-Cal claims processing system.

Press any key to view the response. To print the response, press <PRINT> on the keypad or <F7> on the keyboard.



After you press any key, the device displays the response to your claim.

## More Than One Line Billed



If you billed more than one claim line, the response will address each claim line and will extend over multiple screens. Press <NEXT> or <ENTER> to scroll down the screen to view each response. Press <PREV> to scroll up.

The response references a specific Function (F) key for each claim line. Press the indicated F-key to review the information for that particular claim line. In this example, you would press F2 to view the information for claim line 1 and F4 to view the information for claim line 2.

**Note:** It is possible for one claim line to be reimbursed, one to be denied and one to generate a DUR alert, or any combination of the three.

## Paid Claim



If the claim is reimbursed, the screen will indicate the reimbursed amount.

**Note:** The actual reimbursed amount will vary depending on the drug and amount billed.

## Denied Claim



If the claim is denied, the screen will display denial information.

To locate the denial reason(s), press <NEXT> or <ENTER> to scroll through the screens.

One or more screens may contain two-character National Council for Prescription Drug Programs (NCPDP) reject codes. This indicates that your claim denied for a reason associated with the entry in that screen(s).

device system pharm
**14**

| | |
|---|---|
| NCPDP Reject Codes | To determine the reason for a denied claim line, look up the two-digit NCPDP reject code in the *Reject Codes for the Medi-Cal-Supplied POS Device and Real Time Internet Pharmacy (RTIP)* section of the *Pharmacy* manual. |
| More Than One Line Billed | If you billed more than one claim line, continue to scroll through the screens (by pressing <NEXT> or <ENTER>) until you have reviewed all entries for all claim lines. |
| | **Note:** It is possible for one claim line to be reimbursed, one to be denied and one to generate a DUR alert, or any combination of the three. |
| **Correcting Errors** | After reviewing your entries, if you determine that the claim was denied due to an entry error, press <EXIT> to return to the Send/Re-Edit screen, then press F2 (RE-EDIT). Press <NEXT> or <ENTER> to scroll through the screens until you reach the screen that contains the error. Correct the error, then press <NEXT> or <ENTER> to return to the Send/Re-Edit screen. Finally, press F1 to re-submit the claim. |
| | If the denied claim was not the result of an entry error (for example, the recipient has Other Health Coverage or has not yet cleared a Share of Cost liability), take the appropriate action before attempting to re-submit the claim. For example, you may need to first submit the claim to an Other Health Coverage carrier. |
| **DUR Alert** | If the claim line(s) generates a DUR alert, you will encounter the following screens as you scroll through your entries. |
| | This screen indicates that DUR input is now necessary. One or more of the examples on the next page will display for input. |



device system pharm

**15**

Press <NEXT> or <ENTER> to view each DUR information screen.
Examples of DUR information screens that you may encounter are as
follows:










**device system pharm**

**16**

---

Examples of DUR information screens (continued):



More Than Nine DUR Alerts

The POS device displays up to nine DUR alerts per claim line and will inform you if more than nine alerts have been generated. If this occurs, call the TSC at 1-800-541-5555 to inquire about the additional alerts.

DUR Codes and Messages

The following codes and messages apply to DUR alerts:

<u>Severity Index Code</u>
0    N/A
1    Major Significance

<u>Other Pharmacy Indicator</u>
0    N/A
1    Same Pharmacy

<u>Previous Fill Date</u>
00000000      N/A
CCYYMMDD   Previous Fill Date

<u>Database Indicator</u>
1      First DataBank

<u>Other Prescriber Indicator</u>
0    N/A
1    Same Prescriber
2    Other Prescriber

**Note:** If you are unsure of the meaning of a message, refer to the *Drug Use Review (DUR) Program* section of the *Pharmacy* manual or call the TSC at 1-800-541-5555.

| | |
|---|---|
| Responding to DUR Alerts | After reviewing all DUR alerts, press <ENTER> to display the Send/Re-Edit screen, then press F2 (RE-EDIT). Press <NEXT> or <ENTER> to scroll through the claim. Type the applicable DUR conflict, intervention and outcome codes in the appropriate screens. |
| DUR Conflict Codes and Messages | When you reach the DUR CONFLICT CODE screen, type the applicable DUR conflict code for the alert you are responding to, then press <ENTER>. DUR conflict codes are as follows: |

| | | | | |
|---|---|---|---|---|
| LD | Low Dose | HD | High Dose |
| MX | Incorrect Duration | DA | Drug/Allergy |
| LR | Under-Utilization | PG | Drug/Pregnancy DUR Alerts |
| PA | Drug/Age | DD | Drug-Drug Interaction |
| SX | Drug/Gender | TD | Therapeutic Duplication |
| ID | Ingredient Duplication | MC | Drug (Actual)-Disease |
| ER | Over-Utilization | AT | Additive Toxicity |
| DC | Drug (Inferred)-Disease | | |

| | |
|---|---|
| DUR Intervention Codes and Messages | When you reach the DUR INTERVENTION screen, type the applicable DUR intervention code for the alert you are responding to, then press <ENTER>. DUR intervention codes are as follows: |

M0   Prescriber consulted
P0   Patient consulted
R0   Pharmacist consulted other source

(For the above codes, 0 = zero.)

| | |
|---|---|
| DUR Outcome Codes and Messages | When you reach the DUR OUTCOME CODE screen, type the applicable DUR outcome code and press <ENTER>. DUR outcome codes are as follows: |

1A   Filled, false positive
1B   Filled prescription as is
1C   Filled with different dose
1D   Filled with different directions
1E   Filled with different drug
1F   Filled with different quantity
1G   Filled with prescriber approval

2A   Prescription not filled
2B   Prescription not filled – directions clarified

Refer to the *Drug Use Review (DUR) Program* section of the *Pharmacy* manual or the Medi-Cal Web site (**www.medi-cal.ca.gov**) for additional information about DUR.

device system pharm
**18**

---

**Pharmacy Claim Reversal**   If you wish to reverse a pharmacy claim that has been submitted and
reimbursed, you can submit a claim reversal using your POS device.



1. Pharmacy Menu

   After performing the steps of "Beginning a Transaction" (refer to page
   1), the Pharmacy menu displays. Press the Function (F) key
   corresponding to CLAIM REVERSAL.



2. Shortcut Key

   The POS device will prompt you to enter your shortcut key. If you
   have activated this feature, type your shortcut key and press
   <ENTER>. Otherwise, press <ENTER> to bypass this screen. For
   information about the shortcut key, refer to the *Device System
   Transactions* section of the *POS Device User Guide* for the VeriFone
   Omni 3300 device.



3. Provider Number

   If you entered a shortcut key in the previous step, this screen will
   automatically display your provider number; press <ENTER> to
   accept the displayed value. Otherwise, type your provider number and
   press <ENTER>.



4. Submitter ID

   The POS device will prompt you to enter your submitter ID. Type your
   submitter ID number and press <ENTER>.



5. Date of Service

The POS device will prompt you to enter the date of service. The screen displays the current date by default. If the current date is the correct date, press <ENTER> to accept the displayed value. If the date of service is something other than the current date, type the date in the format CCYYMMDD and press <ENTER>. For example, if the date of service is June 23, 2003, type "20030623".



6. Prescription Number

The POS device will prompt you to enter your prescription number. Type the prescription number of the claim you wish to reverse and press <ENTER>.



7. NDC/UPC Number

The POS device will prompt you to enter the National Drug Code (NDC) or Universal Product Code (UPC). Type the appropriate 11-digit NDC or UPC and press <ENTER>. Use the code on the package of the drug being dispensed.



8. Send/Re-Edit Screen

After entering the NDC/UPC number, the Send/Re-Edit screen displays. Press F1 (SEND) to submit the pharmacy reversal transaction.

device system pharm
**20**



After you press F1, the POS device sends the transaction to the Medi-Cal claims processing system.

These screens display while the transaction is processing.



## Response Received



Shortly after submitting the transaction, the POS device will display a message indicating that it has received a response from the Medi-Cal claims processing system.

Press any key to view the response. To print the response, press <PRINT> on the keypad or <F7> on the keyboard.



After you press any key, the device displays the response to your Pharmacy reversal transaction.

**Note:** If you are unsure of the meaning of a POS message, call the TSC at 1-800-541-5555.

**Drug Price Inquiry**

In addition to pharmacy claim and claim reversal transactions, you can perform drug price inquiries using your POS device.



1. Pharmacy Menu

   After performing the steps of "Beginning a Transaction" (refer to page 1), the Pharmacy menu displays. Press the Function (F) key corresponding to PRICE INQUIRY.



2. Shortcut Key

   The POS device will prompt you to enter your shortcut key. If you have activated this feature, type your shortcut key and press <ENTER>. Otherwise, press <ENTER> to bypass this screen. For information about the shortcut key, refer to the *Device System Transactions* section of the *POS Device User Guide* for the VeriFone Omni 3300 device.



3. Provider Number

   If you entered a shortcut key in the previous step, this screen will automatically display your provider number; press <ENTER> to accept the displayed value. Otherwise, type your provider number and press <ENTER>.



4. Submitter ID

   The POS device will prompt you to enter your submitter ID. Type your submitter ID number and press <ENTER>.

device system pharm

## 22



5. Recipient ID Number

The POS device will prompt you to enter the recipient ID number. If you swiped a BIC to begin the transaction, this screen will automatically display the recipient ID; press <ENTER> to accept the displayed value. Otherwise, type the recipient ID and press <ENTER>.

**Note:** For drug price inquires, a Client Index Number (CIN), MEDS ID number, Social Security Number (SSN) or nine-digit "dummy" number are acceptable recipient IDs.



6. Date of Issue

The POS device will prompt you to enter the date of issue shown on the BIC. If you swiped a BIC to begin the transaction, this screen will automatically display the date of issue; press <ENTER> to accept the displayed value. Otherwise, type the date of issue in the format YYMMDD and press <ENTER>. For example, if the date of issue is August 26, 1998, type "980826".

**Note:** Any date is acceptable as long as it is in the correct format.



7. Date of Service

The POS device will prompt you to enter the date of service. The screen displays the current date by default. If the current date is the correct date, press <ENTER> to accept the displayed value. If the date of service is something other than the current date, type the date in the format CCYYMMDD and press <ENTER>. For example, if the date of service is June 23, 2003, type "20030623".



8. Transaction Count

The device will prompt you for the transaction count (the number of price inquiries you will be sending in this transaction). Type the transaction count and press <ENTER>.

**Note:** You can submit up to four price inquiries per transaction.



9.  Claim Line Number

Data entry for each transaction begins with a screen identifying the claim line number. Press <ENTER> to begin entering claim detail information for the claim line. The claim line number will display at the top of each subsequent screen pertaining to the claim line.



10. Prescription Number

The POS device will prompt you to enter the prescription number. Type the prescription number and press <ENTER>.

**Note:** You cannot have identical prescription numbers for the same date of service. If you do have identical numbers, drug price inquiries may not work. It is recommended that you modify your system if it generates identical prescription numbers for the same date of service.



11. NDC/UPC

The POS device will prompt you to enter the National Drug Code (NDC) or Universal Product Code (UPC). Type the appropriate 11-digit NDC or UPC and press <ENTER>. Use the code on the package of the drug being dispensed.



12. Quantity

The POS device will prompt you to enter the quantity. Type the quantity and press <ENTER>. The correct measurement unit is listed beside each item in the *Drugs: Contract Drugs List* sections of the *Pharmacy* manual. You must use this measurement unit.

**Note:** You must enter the quantity in metric decimal quantities. The screen adds a decimal point in the correct position. For example:

- If the quantity is 22.51, type "22510". The screen will display "22.510".
- If the quantity is 10, type "10000". The screen will display "10.000".

device system pharm

**24**



13. Charge

The POS device will prompt you to enter the charge. Type your usual and customary charge for the drug in dollars and cents (even for whole dollar amounts) and press <ENTER>. Do not include a decimal point.

For example, if the charge is $25, type "2500". The screen will display "$25.00". If you only type "25," you are entering 25¢, not $25. You may enter up to $999,999.99.



14. Prior Authorization Type

The POS device will prompt you to enter the prior authorization type. Type the appropriate authorization type and press <ENTER>. If there is no prior authorization type, enter "0" or press <ENTER> to bypass this screen.



15. TAR Control Number

This screen only displays if you typed a prior authorization type of "1" in step 14. If this screen displays, type the Treatment Authorization Request (TAR) Control number, known as a TCN. Type the entire 11-digit TCN and press <ENTER>. If no prior authorization type was entered in step 14, the device automatically bypasses this screen.



16. Claim Line Number

This screen only displays if you typed something other than "1" in the TRANSACTION COUNT screen in step 8.

If you indicated multiple price inquiries in step 8 (you may submit up to four price inquiries per transaction), the POS device progresses through the same series of screens as it did for Price Inquiry 01. You must repeat steps 10 – 15 for each claim line.



**17.** Send/Re-Edit Screen

After completing step 16, the Send/Re-Edit screen displays. Press F1 (SEND) to submit the drug price inquiry transaction.



After you press F1, the POS device sends the transaction to the Medi-Cal claims processing system.

These screens display while the transaction is processing.



**Response Received**



Shortly after submitting the transaction, the POS device will display a message indicating that it has received a response from the Medi-Cal claims processing system.

Press any key to view the response. To print the response, press <PRINT> on the keypad or <F7> on the keyboard.