UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Florida v. Mylan Laboratories Inc. et al.*, Civil Action No. 98-3032G | MDL 1456<br><br>MASTER FILE NO. 01-CV-12257-PBS |

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.5.2(a), notice is given of the appearances of William A. Escobar, Neil Merkl, Christopher C. Palermo, and Philip D. Robben of the law firm of Kelley Drye & Warren LLP, 101 Park Avenue, New York, New York 10178, as counsel of record on behalf of Defendants Mylan Laboratories Inc. and Mylan Pharmaceuticals Inc. in the above-captioned matter.

Dated: September 14, 2006

        Respectfully Submitted,

        KELLEY DRYE & WARREN LLP

        By:     /s Philip D. Robben     
            William A. Escobar *(pro hac vice)*
            Neil Merkl *(pro hac vice)*
            Christopher C. Palermo (*pro hac vice*)
            Philip D. Robben (*pro hac vice*)

        101 Park Avenue
        New York, NY 10178
        Telephone: (212) 808-7800
        Facsimile: (212) 808-7897

        Attorneys for Defendants Mylan Laboratories Inc. and Mylan Pharmaceuticals Inc.

NY01/ROBBP/1134332.1

## CERTIFICATE OF SERVICE

    I hereby certify that on this 14th day of September, 2006, true and correct copies of the foregoing Notice of Appearance of Counsel was served upon all counsel of record via ECF electronic filing and by electronic service pursuant to CMO No. 2 by causing a copy to be sent to LexisNexis File & Serve for posting and notification to all counsel of record.

*/s/ Peter Boiko*
Peter Boiko