UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) | Hon. Patti Saris |
| ) | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc., and Hospira, Inc.* CIVIL ACTION NO. 06-11337-PBS ) ) ) ) | |

**RELATOR'S JOINDER IN UNITED STATES' OPPOSITION
TO ABBOTT LABORATORIES, INC.'S MOTION TO DISMISS**

Realtor, Ven-A-Care of the Florida Keys, Inc., hereby joins in the United States' Opposition to Abbott Laboratories, Inc.'s Motion to Dismiss.

DATED: September 15, 2006        **BERGER & MONTAGUE, P.C.**

ss:/ Susan Thomas
Sherrie R. Savett
Susan Schneider Thomas
Gary L. Azorsky
1622 Locust Street
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4604

James J. Breen
Alison Simon
The Breen Law Firm, P.A.
3350 SW 148th Avenue
Suite 110
Miramar, FL 33027
Tel.: (954) 874-1635
Fax: (954) 916-2714

Jonathan Shapiro
Stern, Shapiro, Weissberg & Garin LLP
90 Canal Street
Boston, MA 02114-2018
Tel.: (617) 742-5800
Fax: (617) 742-5858

## CERTIFICATE OF SERVICE

I, Susan Schneider Thomas, Esquire, hereby certify that a true and correct copy of the foregoing document was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on September 15, 2006 a copy to Lexis Nexis for posting and notification to all parties.

 ss:/ Susan Thomas
Susan Schneider Thomas, Esquire