UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re. PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO THE AMENDED MASTER CONSOLIDATED CLASS ACTION | ) ) ) ) ) | Hon. Patti Saris |

**FOURTH STATUS REPORT OF UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES CONCERNING SUBPOENAS FOR MEDICARE BENEFICIARY DATA, TRACKS 1 & 2**

The United States Department of Health and Human Services (HHS), through its undersigned counsel, respectfully submits this fourth report to the Court concerning the status of the production of Medicare beneficiary information. This report addresses data requested by the plaintiffs' subpoena duces tecum dated June 19, 2006, which seeks Medicare beneficiary information relevant to the drugs at issue with respect to Track 1, Class 1. In addition, this report also addresses the status of a response by HHS to a second subpoena served by the plaintiffs on or about August 4, 2006, concerning drugs at issue in Track 2.

Track 1 Subpoena

The Centers for Medicare & Medicaid Services (CMS) remains on schedule for completing the production of the Track 1 beneficiary data by January 5, 2007. The agency has completed the process of matching the relevant drug codes through 14 years' (January 1, 1991 through December 31, 2004) worth of carrier, outpatient, and durable

medical equipment claims. The health insurance claim numbers (HICs) have been stripped from the pertinent claims; various HIC files (or "finder" files) have been merged; duplicates have been removed; and three final finder files have been created to match against the enrollment data for names and addresses.  Separate name and address files – two for GlaxoSmithKline (due to the number of records) and the other for Astra Zeneca/Bristol Myers Squibb/Johnson & Johnson – have been prepared for processing against the enrollment data.  Some problems have arisen during processing, which are being worked on.

At this time CMS anticipates completing the name and address files for Track 1 sometime in October 2006, well in advance of the January 5, 2007, milestone.  The process has proceeded at a faster pace than originally predicted because, by coincidence, the process of extracting data from the 1991 - 1997 data files began at a time when the mainframe computer system was ready to process against those files.

Track 2 Subpoena

After receiving the plaintiff's August 4, 2006, subpoena regarding the Track 2 drugs, the HHS advised plaintiffs that it could provide the data within approximately six months of the start date, or by March 1, 2007.  The CMS has started work on the project and is still in the early stages of processing the request.  The drug codes have been submitted for the matches against the carrier, outpatient, and durable medical equipment data.  A few finder files have been extracted from the outpatient data.

The processing of the Track 2 data request will probably not progress as fast as the Track 1 request, in part because there will not be as many data center resources available this Fall, due to Part D re-enrollment.  However, CMS still believes it will be able to produce the Track 2 data by March 1, 2007.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By:   /s/ George B. Henderson, II
>George B. Henderson, II
>Assistant U.S. Attorney
>John J. Moakley U.S. Courthouse
>1 Courthouse Way, Suite 9200
>Boston, MA  02110
>(617) 748-3272

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above "Fourth Status Report of United States Department of Health and Human Services Concerning Subpoenas For Medicare Beneficiary Data, Tracks 1 & 2" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: September 15, 2006

 /s/ George B. Henderson, II
George B. Henderson, II