UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )<br>)<br>)   MDL No. 1456<br>)   Civil Action No. 01-12257-PBS<br>) |
| **THIS DOCUMENT RELATES TO:** | )   Hon. Patti Saris<br>) |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc., and Hospira, Inc.*<br>CIVIL ACTION NO. 06-11337-PBS | )<br>)<br>)<br>) |

### JOINT MOTION BY THE UNITED STATES, RELATOR, AND ABBOTT LABORATORIES, INC., TO FILE REPLY BRIEFS AND REQUEST BY THE UNITED STATES TO EXCEED PAGE LIMIT

Pursuant to Local Rule 7.1(b) (4), the United States respectfully requests that it be given leave to file a 40 page brief in opposition to the Motion by Abbott Laboratories, Inc. (Abbott) to Dismiss the Complaint. Abbott does not object to that request. Pursuant to Local Rule 7.1(b)(3), the United States, Relator, and Abbott jointly request permission to file reply briefs. Abbott requests permission to file a reply brief in support of its Motion to Dismiss the Complaint. If permitted to so file, Abbott's brief will not exceed 15 pages. The United States and Relator seek permission to file a single sur-reply brief. If so permitted, their brief will not exceed 8 pages.

The Motion to Dismiss filed by Abbott is, obviously, a very significant motion in this case which covers a range of issues and arguments. All parties agree that allowing the additional briefing requested by this motion should assist the Court in its consideration of the pending motion and will lead to the more just and efficient litigation of this action.

Wherefore, the parties jointly request that the Court allow defendant to file a reply brief and the plaintiffs to file a sur-reply brief. The United States requests that it be given leave to file an opposition brief of 40 pages.

Dated: Sept. 15, 2006         Respectfully submitted,

*For Defendant Abbott Laboratories, Inc.*

/s/ R. Christopher Cook
James R. Daly, Esq.
Daniel E. Reidy, Esq.
JONES DAY
77 West Wacker
Chicago, IL 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
jrdaly@jonesday.com
dereidy@jonesday.com

R. Christopher Cook, Esq.
David S. Torborg, Esq.
JONES DAY
51 Louisiana Ave., N.W.
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 216-4125

*For the United States of America,*

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

George B. Henderson, II
Assistant U.S. Attorneys
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
Phone: (617) 748-3398
Fax: (617) 748-3272

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

/s/ Mark A. Lavine
Mark A. Lavine
Ana Maria Martinez
Ann St.Peter-Griffith
Special Attorneys for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL 33132
Phone: (305) 961-9003
Fax: (305) 536-4101

*For the relator, Ven-A-Care of the Florida Keys, Inc.,*

/s/ James J. Breen
James J. Breen
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue
Suite 110
Miramar, FL 33027
Tel: (954) 874-1635
Fax: (954) 874-1705
Email: jbreen@breenlaw.com

PETER D. KEISLER
ASSISTANT ATTORNEY GENERAL

/s/ Gejaa T. Gobena
Michael F. Hertz
Joyce R. Branda
Renée Brooker
Justin Draycott
Gejaa T. Gobena
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 307-1088
Fax: (202) 307-3852

Dated: August 31, 2006

3

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above **JOINT MOTION BY THE UNITED STATES, RELATOR, AND ABBOTT LABORATORIES, INC., TO FILE REPLY BRIEFS AND REQUEST BY THE UNITED STATES TO EXCEED PAGE LIMIT** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: September 15, 2006

/s/ Gejaa T. Gobena
Gejaa Gobena