UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 ) Civil Action No. 01-12257-PBS ) |
| **THIS DOCUMENT RELATES TO:** | ) Hon. Patti Saris ) |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc., and Hospira, Inc.* CIVIL ACTION NO. 06-11337-PBS | ) ) ) ) ) |

**[PROPOSED] ORDER**

Upon consideration of Joint Motion by the United States, Relator, and Abbott Laboratories, Inc., to File Reply Briefs and Request by the United States to Exceed Page Limit, IT IS ORDERED that,

    1.    The joint motion by all parties and request by the United States is GRANTED;

    2.    The United States is given leave to file a brief in opposition to defendant's motion to dismiss which exceeds the page limit in the Local Rules;

    3.    Abbott Laboratories, Inc., is given leave to file a reply brief in support of its Motion to Dismiss the Complaint and the United States and Relator are given leave to file a sur-reply in response to defendant's reply brief; and

    4.    The Clerk of this Court is directed to accept and file the above-noted briefs.

IT IS SO ORDERED,

This _____ day of September, 2006.

_____
United States District Judge