UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456 Master File No. 01-12257-PBS Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories, Inc., *et al.* CASE #: 1:03-cv-11226-PBS ) ) ) ) ) ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF DENNIS FENWICK

Pursuant to Local Rule of Civil Procedure 83.5.2(c), please withdraw the appearance of Dennis Fenwick as one of the attorneys for plaintiff STATE OF CALIFORNIA in this action and all related actions. Mr. Fenwick was previously admitted *pro hac vice* as one of the attorneys for the STATE OF CALIFORNIA. Mr. Fenwick is no longer assigned to this case and thus is not representing the Office of the Attorney General, California Department of Justice.

In support of this notice, the STATE OF CALIFORNIA states that the existing appearances of other attorneys who have entered *pro hac vice* appearances on behalf of the STATE OF CALIFORNIA remain in effect and are not affected by the withdrawal of Mr. Fenwick.

/ / /

/ / /

/ / /

/ / /

1

Respectfully submitted,

BILL LOCKYER
Attorney General for the State of California

Dated: September 15, 2006          By:   /s/ Nicholas N. Paul
                                         NICHOLAS N. PAUL
                                         CA State Bar No: 190605
                                         Supervising Deputy Attorney General
                                         Bureau of Medi-Cal Fraud and Elder Abuse
                                         Office of The Attorney General
                                         1455 Frazee Road, Suite 315
                                         San Diego, California 92108
                                         Tel: (619) 688-6099
                                         Fax: (619) 688-4200

**Attorneys for Plaintiff,
STATE OF CALIFORNIA**

## CERTIFICATE OF SERVICE

I, Nicholas N. Paul, hereby certify that on September 15, 2006, I caused a true and correct copy of the foregoing, **NOTICE OF WITHDRAWAL OF APPEARANCE OF DENNIS FENWICK,** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Nicholas N. Paul
NICHOLAS N. PAUL
Supervising Deputy Attorney General