UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 ) Civil Action No. 01-12257-PBS ) |
| **THIS DOCUMENT RELATES TO:** | ) Hon. Patti Saris ) |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc., and Hospira, Inc.* CIVIL ACTION NO. 06-11337-PBS | ) ) ) ) |

**[PROPOSED] ORDER**

Upon consideration of the United States' and Relator's ("collectively "Plaintiffs") Motion for a Comprehensive Case Management Order, and Abbott Laboratories, Inc.'s response thereto,

IT IS HEREBY ORDERED that,

1. The Plaintiffs' Motion is GRANTED;

2. The Plaintiffs' Proposed Comprehensive Case Management Order is ENTERED.

IT IS SO ORDERED,

This _____ day of _____, 200__.


                             _____
                             PATTI B. SARIS
                             UNITED STATES DISTRICT JUDGE