**EXHIBIT 8**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL DOCKET NO. 1456<br><br>Civil Action No. 06-CV-11337<br>Lead Case No. 01-CV-12257 |
| _____<br>THIS DOCUMENT RELATES TO:<br>*U.S. ex rel. Ven-A-Care of the Florida Keys,*<br>*Inc., et al., v. Abbott Laboratories, Inc., et al.* | ) ) ) ) | Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |

## DEFENDANTS' DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and Rule 26.2(A) of the Local Rules of the United States District Court for the District of Massachusetts, Defendants Abbott Laboratories, Inc. ("Abbott") and Hospira, Inc. ("Hospira"), by and through their attorneys, hereby submit the following initial disclosures.

These disclosures are based on information reasonably available to Defendants as of this date. Defendants' factual investigation of the case is ongoing and Defendants therefore reserve the right to supplement, amend, modify or alter their initial disclosures as new information becomes available. In addition, there are potentially hundreds of individuals who may have knowledge relating to the issues alleged in the Complaint and it is not possible for Defendants to either identify or list them all. These disclosures shall not be deemed an admission as to any fact in dispute or a waiver of any rights or defenses Defendants have or may assert with respect to any claim.

Further, by making these disclosures, Defendants do not represent that they are identifying every document, tangible thing, or witness possibly relevant to this lawsuit, nor do Defendants waive their right to object to production of any document or tangible thing disclosed

on the basis of any privilege, the work product doctrine, relevance, undue burden or any other

valid objection.

The disclosures set forth below are subject to the above objections and qualifications.

**(A)     The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:**

1.     Plaintiff the United States Government and its various branches, agencies, and departments (including Congress, HHS, HHS-OIG, CMS/HCFA, GAO, Department of Defense, Department of Veterans Affairs, and the Pharmacy Affairs Branch), State governments, State Medicaid officials, Medicare carriers, Medicaid fiscal intermediaries, and others have knowledge about the Medicare and Medicaid reimbursement systems; the meaning of "AWP" as that term is used in the Medicare and Medicaid reimbursement systems and the health care industry; the prices paid by the federal government for prescription drugs; the lack of reliance by the Plaintiff and State Medicaid programs; the lack of causation and damages; why Medicare and Medicaid used published AWPs despite widespread knowledge of what AWP did and did not represent; and the lack of fraud on behalf of Abbott.  Particular individuals are identified in attached Exhibit A.

2.     Treating physicians and providers have knowledge about the benefits of the Subject Drugs identified in paragraph 31 of the Complaint in the treatment of patients; the decision to prescribe the Subject Drugs; communications with patients and third-party insurers; the amount sought for reimbursement for the Subject Drugs from Medicare or Medicaid, third-party payors, and patients; whether the patients paid all or part of their Medicare or Medicaid co-pay amount; the lack of direct transactions between Plaintiff and Abbott; the meaning of "AWP" as that term is used in the Medicare and Medicaid reimbursement systems and the health care industry; the lack of any misrepresentations to Plaintiff concerning the "AWP" for the Subject Drugs; the lack of reliance by Plaintiff and State Medicaid programs; the lack of causation and damages; why Medicare and Medicaid used published AWPs despite widespread knowledge of what AWP did and did not represent; and the lack of fraud on behalf of Abbott.

3.     Current and former employees of various industry publishers, including Thomson Publishing (publisher of Red Book), First DataBank (publisher of Blue Book), and Medi-Span (publisher of pricing guides), have knowledge about the meaning of "AWP" as that term is used in the Medicare and Medicaid reimbursement systems and the health care industry; the calculation of "AWP" for pharmaceutical products, including but not limited to the Subject Drugs and competing products; and the lack of fraud on behalf of Abbott.

4.      Current and former employees in the pharmaceutical and health insurance industries, including but not limited to employees of other pharmaceutical manufacturers and industry groups, have knowledge about the Medicare and Medicaid reimbursement systems; the meaning of "AWP" as that term is used in the Medicare and Medicaid reimbursement systems and the health care industry; and the calculation of "AWP" for pharmaceutical products.

5.      Current and former employees of Abbott, including but not limited to the individuals identified on Exhibit B, may have knowledge about the following issues:  the sale and marketing of the Subject Drugs; the benefits of the Subject Drugs in the treatment of patients; the Medicare and Medicaid reimbursement systems; the meaning of "AWP" as that term is used in the Medicare and Medicaid reimbursement systems; the calculation of "AWP" for pharmaceutical products; the lack of direct transactions between Plaintiff and Abbott; the lack of any misrepresentations to any Plaintiff concerning the "AWP" for the Subject Drugs; and the lack of fraud on behalf of Abbott.

6.      In addition to those individuals identified in Exhibits A and B, many individuals have provided testimony in connection with proceedings in MDL 1456.  Such individuals are incorporated herein by reference.

7.      Individuals identified in documents made available to Plaintiff.

8.      Such other persons as may be identified in the course of discovery during this litigation.

**(B)      A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:**

1.      Copies of documents have been and will be made available to Plaintiff.

2.      Copies of sales data have been and will be made available to Plaintiff.

3.      Additional documents relating to the Medicare and Medicaid reimbursement systems, AWP, the Subject Drugs, and the health care and health insurance industries are in the public domain and are equally accessible to Plaintiff and Defendants.

4.      In addition to those documents previously made available to Plaintiff and those documents accessible in the public domain, Abbott also refers Plaintiff to document productions made by various parties and entities in MDL 1456.

5.      Such other documents as may be identified in the course of discovery during this litigation.

(C)     A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not provided or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

>    None at this time.

(D)     For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

>    No such documents exist.

Dated:  August 9, 2006

>    James R. Daly, Esq.
>    Daniel E. Reidy, Esq.
>    Tina M. Tabacchi, Esq.
>    JONES DAY
>    77 West Wacker
>    Chicago, IL  60601-1692
>    Telephone:  (312) 782-3939
>    Facsimile:  (312) 782-8585
>    jrdaly@jonesday.com
>    dereidy@jonesday.com
>
>    R. Christopher Cook, Esq.
>    David S. Torborg, Esq.
>    JONES DAY
>    51 Louisiana Ave., N.W.
>    Washington, DC 20001
>    Telephone:  (202) 879-3939
>    Facsimile:  (202) 216-4125
>    rccook@jonesday.com
>    dstorborg@jonesday.com
>
>    *Counsel for Defendant Abbott Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2006, a true and correct copy of the foregoing

**DEFENDANTS' DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** was served

upon:

Mark A. Lavine **(By email)**
Ana Maria Martinez **(By email)**
Ann St. Peter-Griffith **(By email)**
United States Attorney's Office
99 N.E. 4 Street
Miami, FL 33132
Mark.Lavine@usdoj.gov
Ana.Maria.Martinez@usdoj.gov
Ann.St.Peter-Griffith@usdoj.gov

Renée Brooker **(By email)**
Justin Draycott **(By email)**
Gejaa Gobena **(By email)**
U.S. Department of Justice
Civil Division, Fraud Section
601 D Street NW
Suite 9918
Washington, DC  20004
renee.brooker@usdoj.gov
justin.draycott@usdoj.gov
gejaa.gobena@usdoj.gov

James J. Breen **(By email)**
Alison Simon **(By email)**
The Breen Law Firm
3350 S. W. 148th Avenue, Suite 110
Miramar, FL 33029
jbreen@breenlaw.com
alisonsimon@breenlaw.com

R. Christopher Cook

## EXHIBIT A

**Linda Boone Abbott**
HHS-OIG
Office of Evaluation and Inspections
7500 Security Boulevard
Baltimore, MD 21244
(410) 786-4662

**Richard Allen**
Executive Director
Colorado Department of Health Care Policy and Financing
1575 Sherman Street
Denver, CO 80203-1714
(303) 866-5401

**Bill Archer**
Former Congressmen (R-TX)

**John Ashcroft**
Former Senator (R-MO)
The Ashcroft Group, LLC
(202) 942-0202

**Nancy V. Atkins, MSN, RNC, NP**
Commissioner
West Virginia Department of Health and Human Resources
Bureau for Medical Services
350 Capitol St., Room 251
Charleston, WV 25301-3700

**Tom Ault**
HCFA
Partner, Health Policy Alternatives
400 North Capitol St. N.W., Suite 799
Washington, D.C. 20001
(202) 737-3390

**Grant P. Bagley, M.D.**
HCFA

**Fay Baier, MBA, RN**
Nurse Consultant, CMS
Blanchard Plaza
2201 6th Ave., 8th Floor
Seattle, WA 98212
(206) 615-2347

**Dr. Joseph Bailes**
American Society of Clinical Oncology
Executive Vice President of Clinical Affairs, US Oncology, Inc.
16825 Northchase Dr., Ste. 1300
Houston, TX 77060
(832) 601-8766

**David J. Ballard**
Associate Commissioner for Medicaid and CHIP
Texas Health and Human Services Commission

**Peggy Bartels**
Administrator
Division of Health Care Financing
Wisconsin Department of Health and Social Services
One West Wilson Street, Room 350
Madison, WI 53701
(608) 266-8922

**Tom Bedell**
Acting Assistant Secretary
Washington Medical Assistance Administration
P.O. Box 45080
Olympia, WA 98504-5080
(360) 902-7807

**Phyllis Beidess**
Director
Arizona Health Care Cost Containment System
801 East Jefferson Street
Phoenix, AZ 85034
(602) 417-4680

**S. Kimberly Belshe**
Former Director, California Department of Health Services

**Georges Benjamin, M.D.**
Secretary
Maryland Department of Health & Mental Hygiene
Herbert R. O'Connor Building
201 West Preston Street
Fifth Floor
Baltimore, MD 21201
(410) 225-6535

**Zachary T. Bentley**
Ven-A-Care
3426 Duck Ave.
Key West, FL 33040

**Albert J. Benz**
HCFA Associate Regional Administrator for Region X
2201 Sixth Ave.
Seattle, WA 98121

**Bob Berenson**
HCFA
Senior Fellow, Urban Institute
2100 M Street, N.W.
Washington, DC 20037
(202) 833-7200

**Eric Berger**
US Oncology
16825 Northchase Dr., Ste. 1300
Houston, TX 77060
(832) 601-8766

**Rod Betit**
Executive Director
Utah Department of Health
P.O. Box 141000
Salt Lake City, UT 84114-1000
(801) 538-6111

**Rep. Thomas J. Bliley, Jr.**
Former Congressman (R-VA)

**Andrew Bloschichak, M.D.**,
HGSA
Medicare Medical Director
1800 Center Street, 1A-L4
Camp Hill, PA 17089

**Diana M. Bonta**
Director
California Medical Care Services
714 P Street, Room 1253
Sacramento, CA 95814
(916) 657-1425

**Charles Booth**
HCFA
Room 181 East High Rise
6325 Security Boulevard
Baltimore, MD 21207

**Stephen Boren, M.D.**,
Medicare Medical Director
Wisconsin Physicians Service
111 East Wacker Drive
Chicago, IL 60611

**Peter S. Bouke**
Former Director, Montana Department of Public Health and Human Services

**Dennis Boyd**
Commissioner
Kentucky Department for Medicaid Services
Third Floor
275 East Main Street
Frankfort, KY 40621
(502)564-4321

**C. Robin Britt, Sr.**
Former Secretary, North Carolina Department of Human Resources

**Kathleen D. Brooks, M.D.**,
Medicare Medical Director
Wisconsin Physicians Service
8120 Penn Avenue South, Suite 200
Bloomington, MN 55431

**June Gibbs Brown**
HHS-OIG

**Joe Brunson**
Administrator
Division of Medicaid
Idaho Department of Health and Welfare
Americana Building
P.O. Box 83720
Boise, ID 83720-0036
(208) 364-1802

**David Bruton, M.D.**
Secretary
North Carolina Department of Human and Human Services
P.O. Box 29526
101 Blair Drive, Adams Building
Raleigh, NC 27626-0526
(919) 733-4534

**Bruce Bullen**
Commissioner
Division of Medical Assistance
Massachusetts Medicaid Division
600 Washington Street
Boston, MA 02111
(617) 210-5690

**Isabelle Buonocore**
HHS-OIG
Team Leader / Program Analyst
Public Ledger Building, Room 356
Philadelphia, PA 19106
(215) 861-4559

**Ira Burney**
CMS
200 Independence Ave., SW, Mail Stop 341-H
Room 355G-04
Washington, D.C. 20201
(202) 690-7600

**Kenneth L. Bussan, M.D.,**
Medicare Medical Director
Wisconsin Physicians Service
1601 Engel St
P.O. Box 1787
Madison, WI 53713

**Kathleen Buto**
HCFA
Johnson & Johnson
(202) 589-1000

**Frank J. Camozzi**
HCFA Region IX
75 Hawthorne Street,
San Francisco, CA 94105

**Margaret Cano**
CMS Region VI
1200 Main Tower Building
833 DMSO
Dallas, TX 75202
(214) 767-6394

**Rep. Lois Capps (D-CA)**
1707 Longworth House Office Bld.
Washington D.C. 20515
(202) 225-3601

**Frank Delli Carpini, M.D.**,
Medicare Medical Director
First Coast Service Options, Inc.
321 Research Parkway
P.O. Box 9000
Meriden, CT 064509000

**Susan M. Chandler**
Director
Hawaii Department of Human Services
P.O. Box 339
Honolulu, HI 96809-0339
(808) 586-4997

**Debbie Chang**
Deputy Secretary for Health Care Financing
Maryland Department of Health & Mental Hygiene
201 West Preston Street
Baltimore, MD 21201
(410) 767-4664

**M. J. Christenberry**
HCFA Region VI
1200 Main Tower Building
Dallas, TX 75202

**David M. Christensen**
Program Administrator Medical Services
South Dakota Department of Social Services
Richard F. Kneip Building
700 Governors Drive
Pierre, SD 57501-2291
(605) 773-3495

**Laurence Clark, M.D.,**
Medicare Medical Director
TrailBlazer Health Enterprises
Timonium II
1954 Greenspring Drive
Timonium, MD 21093

**William Jefferson Clinton**
Former President of the United States of America
William J. Clinton Foundation
55 West 125th St.
New York, NY 10027

**Luis E. Cobo**
Ven-A-Care
3426 Duck Ave.
Key West, FL 33040

**Sen. Tom Coburn (R-OK)**
172 Russell Senate Office Bldg.
Washington, DC 20510
(202) 224-5754

**Natalie Coen**
HHS-OIG
Deputy Regional Inspector
233 N. Michigan Ave., Ste 1330
Chicago, IL 60601
(312) 353-9867

**Thomas D. Collins**
Director
Bureau of Health Services Financing
Louisiana Department of Health and Hospitals
P.O. Box 91030
Baton Rouge, LA 70821-9030
(504) 342-3891

**Kevin Concannon**
Commissioner
Maine Department of Human Services
State House Station 11
Augusta, ME 04333-0011
(207) 287-2736

**Douglas M. Cook**
Director
Florida Agency for Health Care Administration
2727 Mahan Drive
Tallahassee, Florida 32308

**Rep. Jim Cooper (D-TN)**
1536 Longworth House Office Building
Washington, D.C. 20515
(202) 225-4311

**Edward Cox, M.D.,**
Medicare Medical Director
HealthNow NY, Inc.
Upstate Medicare Div., Part B
33 Lewis Road, P.O. Box 5236
Binghamton, NY 13902

**Charlotte Crawford**
Director
Nevada Department of Human Resources
505 East King Street, Room 600
Carson City, NV 89710
(775) 684-4000

**Hersh Crawford**
Director
Senior and Disabled Services Division
Oregon Department of Human Resources
500 Summer Street, NE 2nd Floor
Human Resources Building, Third Floor
Salem, OR 97310-1015
(503) 945-5767

**Gary Crayton**
Director of Medicaid
Florida Agency for Health Care Administration
2727 Mahan Drive, Bldg. 3
Tallahassee, FL 32308
(850) 922-6463

**Carolyn Cunningham, M.D.**,
Medicare Medical Director
AdminaStar Federal
8115 Knue Road, AF10
Indianapolis, IN 46250

**Nancy Davenport-Ennis**
National Patient Advocate Foundation
725 15th Street, N.W., 10th Floor
Washington, D.C. 20005
(202) 347-8009

**Patricia Davis**
HHS-OIG
Director, Medicare and Medicaid Unit
Office of Evaluation and Inspections
7500 Security Blvd.
Mail Stop N-01-02
Baltimore, MD 21244-1850
(410) 786-3148

**Robert Day**
Commissioner
Adult and Medical Services
Kansas Department of Social and Rehabilitation Services
Docking State Office Building
915 Harrison Street
Topeka, KS 66612
(785) 296-8904

**Nancy-Ann Min DeParle**
HCFA
Senior Advisor, JP Morgan Partners, LLC;
Adjunct Professor, The Wharton School of the University of Pennsylvania;
Commissioner, Medicare Payment Advisory Commission ("MedPAC")
601 New Jersey Ave., N.W., Suite 9000
Washington, D.C. 20001
(202) 220-3700

**Paul Deutsch, M.D.**,
Medicare Medical Director
Empire Medicare Services
2651 Strang Boulevard
Yorktown Heights, NY 10598

**Alvin Diamond**
HCFA

**Donald Dickey**
Former HHS attorney
Room 500 East High Rise Building
6325 Security Blvd.
Baltimore, MD 21207
(301) 965-8861

**Margaret J. Dierkers, Ph.D.**
Deputy Secretary
Medical Assistance Programs
Pennsylvania Department of Public Welfare
Health and Welfare Building, Room 515
Harrisburg, PA 17120
(717) 787-1870

**Donald L. Dille**
Regional Inspector General, HHS-OIG

**Rep. Lloyd Doggett (D-TX)**
201 Cannon House Office Bldg.
Independence and 1st Street, SE
Washington DC 20515
(202) 225-4865

**Neil Donovan**
HCFA

**Senator Byron L. Dorgan (D-ND)**
322 Hart Senate Office Building
Washington, DC 20510
(202) 224-2551

**Chuck C. Duarte**
Administrator
Med-Quest Division
Hawaii Department of Human Services
P.O. Box 399
Honolulu, HI 96809-0339
(808) 692-8056

**Chuck Duarte**
Administrator
Division of Health Care Financing and Policy, Nevada
1100 East William Street, Suite 116
Carson City, NV 89701
(775) 687-4176 ext. 251

**Laura A. Dummit**
Principal Research Associate, National Health Policy Forum
2131 K Street NW, Suite 500
Washington DC 20037
(202) 872-1390

**Carol Early**
Medicaid Director
Medicaid Administration Bureau
New Hampshire Department of Health and Human Services
6 Hazen Drive
Concord, NH 03301-6521
(603) 271-8887

**Barbara Edwards**
Deputy Director
Office of Medicaid
Ohio Department of Human Services
30 East Broad Street, 31st Floor
Columbus, OH 43266-0423
(614) 644-0140

**Laurie Ekanger**
Director
Montana Department of Public Health and Human Services
P.O. Box 4210
111 N. Sanders
Helena, MT 59604-4210
(406) 444-5622

**James W. Ellenbecker**
Secretary
South Dakota Department of Social Services
Richard F. Kneip Building
700 Governors Drive
Pierre, SD 57501-2291
(605) 773-3165

**Nancy Ellery**
Administrator
Division of Health Policy and Services
Montana Department of Public Health and Human Services
1400 Broadway
Helena, MT 59601
(406) 444-4141

**Jeff Elliot**
Director
Nebraska Department of Health and Human Services
Finance and Support
P.O. Box 95026
Lincoln, NE 68509-5026
(402) 471-8533

**Allison Eydt**
Human Resources and Housing Branch, Office of Management and Budget,
New Executive Office Building, Room 10235,
Washington, DC 20503

**Christine C. Ferguson**
Director
Rhode Island Department of Human Services
600 New London Avenue
Cranston, RI 02920
(401) 462-2121

**John Ferguson**
Commissioner
Tennessee Department of Finance and Administration
1st Floor, State Capitol
Nashville, TN 37219
(615) 741-2401

**Francis T. Finnegan, Jr.**
Director
Bureau of Medical Services
Maine Department of Human Services
State House Station 11
Augusta, ME 04333-0011
(207) 287-2093

**Michael Fogarty**
State Medicaid Director
Oklahoma Health Care Authority
4545 North Lincoln Boulevard
Suite 124
Oklahoma City, OK 73105
(405) 522-7373

**Lisa A. Foley**
HHS-OIG

**Bernard D. Fong, M.D.**,
Medicare Medical Director
Noridian
1001 Bishop Street
Pacific Tower, Suite 985
Honolulu, HI 96813

**Rep. Harold Ford, Jr. (D-TN)**
325 Cannon House Office Building
Washington, D.C. 20515
(202) 225-3265

**Linda Frisch**
HHS-OIG
Office of Evaluation and Inspections

**Kathleen D. Gifford**
Assistant Secretary
Medicaid Policy and Planning
Indiana Family and Social Services Administration
402 W. Washington Street, Room W382
Indianapolis, IN 46204-2739
(317) 233-4455

**Don Gilbert**
Commissioner
Texas Health and Human Services Commission
P.O. Box 13247
Austin, TX 78711
(512) 424-6502

**Mayo Gilson, M.D.**
Medicare Medical Director
Arkansas Blue Cross Blue Shield - Oklahoma
701 NW 63rd Street
Oklahoma City, OK 73116

**David Graf**
HHS-OIG
Program Analyst
7500 Security Blvd.
Baltimore, MD 21244-1850
(410) 786-9607

**George Greenberg**
Executive Advisor, Office of the Secretary for Planning and Evaluation
200 Independence Ave., S.W., Room 438E
Washington, D.C. 20201
(202) 690-7794

**James C. Greenwood**
Former Congressman (R-PA)
President and CEO, Biotechnology Industry Organization
1225 Eye Street NW, Suite 400
Washington, DC 20005
(202) 962-9200

**Darrel J. Grinstead**
Former HCFA Chief Counsel
Of Counsel, Hogan & Hartson
Washington, D.C.
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5989

**Dr. J. Samuel Griswold**
Director
South Carolina Department of Health and Human Services
P.O. Box 8206
Columbia, SC 29202-8206
(803) 253-6100

**George F. Grob**
HHS-OIG
330 Independence Ave., SW
Room 5660
Washington, DC 20201

**Michele Guhl**
Commissioner
New Jersey Department of Human Services
Capitol Place One CN-700, Fifth Floor
222 South Warren Street
Trenton, NJ 08625
(609) 292-3717

**Roger Gunter**
Division Director, Division of Managed Care
Colorado Department of Health Care Policy & Financing
1575 Sherman Street
Denver, CO 80203

**Charles Haley, M.D.**
Medicare Medical Director
TrailBlazer Health Enterprises
8330 LBJ Freeway
Executive Center III
Dallas, TX 75243

**Ray Hanley**
Director
Arkansas Division of Medical Services Dept. of Human Services
P.O. Box 1437, Slot 1100
Little Rock, AR 72203-1437
(50l) 682-8292

**John C. Hansen**
Former Assistant Director, General Accounting Office
Health Financing and Policy Issues
Homeland Security and Justice
441 G Street, NW
Washington, DC 20548

**Cynthia Hansford**
HHS-OIG
Program Assistant
150 S. Independence Mall West
Public Ledger Building, Room 356
Philadelphia, PA 19106
(215) 861-4549

**Michael M. Hash**
HCFA
Principal, Health Policy Alternatives
400 North Capitol St. N.W., Suite 799
Washington, D.C. 20001
(202) 737-3390

**James K. Haveman, Jr.**
Director
Michigan Department of Community Health
Lewis Cass Building
320 South Walnut Street
Lansing, MI 48913
(517) 335-0267

**Sidney P. Hayes M.D.**
Medicare Medical Director
Arkansas Blue Cross and Blue Shield
601 Gaines Street
Little Rock, AR 72203

**Louis B. Hays**
HCFA

**Dennis Headlee**
Administrator
Division of Medical Services
Iowa Department of Human Services
Hoover State Office Building
Fifth Floor
Des Moines, IA 50319-0114
(515) 281-8621

**Don Hearn**
HCFA Region VI

**Robert Helms, Ph.D.**
HHS (Assistant Secretary for Planning and Evaluation)
Resident Scholar and Director, Health Policy Studies, The American Enterprise Institute
1150 Seventeenth Street, N.W.
Washington, DC  20036
(202) 862-5877

**Jimmy D. Helton**
Commissioner
Kentucky Department for Medicaid Services
Third Floor
275 East Main Street
Frankfort, KY 40621
(502) 564-4321

**Edward Hertko, M.D.**
Medicare Medical Director
Noridian
2200 Rittenhouse Street, Ste 175
Des Moines, IA 50320-3151

**Lynn Hickman, M.D.**
Medicare Medical Director
Blue Cross Blue Shield of Arkansas-Louisiana Terr.
8687 United Plaza Blvd., Bldg. 9
P.O. Box 98501
Baton Rouge, LA 70809-9501

**Peter Hickman**
HCFA
200 Independence Ave., S.W., Room 329D-04
Mail Stop 341-H HHH
Washington, D.C. 20201
(202) 260-0718

**Dr. Jack Hoadley**
HHS (Office of the Assistant Secretary for Planning and Evaluation)
Research Professor, Health Policy Institute
Georgetown University, Box 571444
3300 Whitehaven Street, N.W., Suite 5000
Washington, DC 20057-1485
(202) 687-0880

**Cornelius D. Hogan**
Secretary
Agency of Human Services, Vermont
103 South Main Street
Waterbury, VT 05671-0201
(802) 241-2220

**Boyd K. Honeycutt, M.D., MBA**
Medicare Medical Director
CIGNA North Carolina
4135 Mendenhall Oaks Pkwy
Highpoint, NC 27265

**David W. Hood**
Secretary
Louisiana Department of Health and Hospitals
P.O. Box 629, Bin #2
Baton Rouge, LA 70821-0629
(504) 342-9500

**Feather O. Houstoun**
Secretary
Department of Public Welfare
Pennsylvania Health and Welfare Building
P.O. Box 2675
Harrisburg, PA 17120
(717) 787-2600

**Thomas Hoyer**
HCFA
Center for Beneficiary Choices, CMS
7500 Security Blvd.
Baltimore, MD 21244-1850

**Sarah F. Jagger**
Former Director of General Accounting Office (Health Financing and Policy Issues)

**Julie James**
Principal, Health Policy Alternatives, Inc.
400 North Capitol St. N.W., Suite 799
Washington, D.C. 20001
(202) 737-3390

**Chris Jennings**
President, Jennings Policy Strategies, Inc.

**Bobby Jindahl**
HHS (Assistant Secretary for Planning and Evaluation)
200 Independence Avenue, S.W.
Washington, D.C. 20201
(202) 619-0257

**William H. Johnson Jr.**
Secretary
New Mexico Human Services Department
P.O. Box 2348
Santa Fe, NM 87504-2348
(505) 827-7750

**T. Mark Jones**
Ven-A-Care
3426 Duck Ave.
Key West, FL 33040

**Robert R. Kamps, M.D.**
Medicare Medical Director
Nationwide
3400 Southpark Place, Suite F
Grove City, OH 43123-4846

**Terrence Kay**
HCFA (Division of Physician Services and Ambulatory Care)
7500 Security Boulevard
Baltimore, Maryland 21244

**Adrienne M. Kaylor-Long**
HCFA
7500 Security Boulevard, Room C5-16-04
Baltimore, MD 21244
(410) 786-5612

**Mary B. Kennedy**
Medicaid Director
Assistant Commissioner Health Care
Minnesota Department of Human Services
444 Lafayette Road
St. Paul, MN 55155-3852
(651) 282-9921

**Ruben J. King-Shaw, Jr.**
CMS
Former Director of Florida Agency for Health Care Administration
Chairman and CEO, Mansa Equity Partners, Inc.

**Kurt Knickrehm**
Director
Arkansas Department of Human Services
P.O. Box 1437, Slot 329
Little Rock, AR 72203-1437
(501) 682-8650

**Shannon Koss**
OMB/OIRA
Director, Health Information Technology Practice,
Avalere Health, Washington DC
1350 Connecticut Ave., N.W., Suite 900
Washington, D.C. 20036
(202) 207-1300

**Richard Kucerow**
HHS-OIG

**Kathryn Kuhmerker**
Deputy Commissioner
NYS Department of Health
Office of Medicaid Management
Empire State Plaza
Room 1466, Corning Tower Building
Albany, NY 12237
(518) 474-3018

**Karl Kurtz**
Director
Idaho Department of Health and Welfare
450 West State Street
Boise, ID 83720-0036
(208) 334-5500

**Bob Labbe**
Director
Division of Medical Assistance
Alaska Department of Health and Social Services
P.O. Box 110660
Juneau, AK 99811-0660
(907) 465-3355

**Richard Lauterbaugh**

**Elizabeth Lawton**
Commissioner
Bureau for Medical Services
West Virginia Department of Health and Human Resources
7012 MacCorkle Avenue, SE
Charleston, WV 25304
(304) 926-1703

**Joe Leean**
Secretary
Wisconsin Department of Health and Social Services
Room 650
One West Wilson Street
Madison, WI 53701
(608) 266-9622

**Erin Lemire**
HHS-OIG
Office of Evaluation and Inspections
330 Independence Ave., Room 5243
Washington, D.C.
(202) 205-3894

**Donald S. Leuenberger**
Former Director, Nebraska Department of Social Services
P.O. Box 95026
Lincoln, Nebraska 68509

**Daniel R. Levinson**
Inspector General, HHS
Office of Public Affairs, Department of Health and Human Services
Cohen Building, Room 5541
330 Independence Avenue, S.W.
Washington, D.C. 20201
(202) 619-1343

**Gonzalo Gonzalez LiBoy, M.D., FACP**
Medicare Medical Director
Triple-S Inc.
1441 Franklin D. Roosevelt Ave., 4th Flr
P.O. Box 363628
San Juan, PR 00936-3628

**Steven M. Lieberman**
Executive Associate Director, Congressional Budget
2nd & D Streets, SW
Ford House Office Building, 4th Floor
Washington, DC 20515

**John Lockwood**
Ven-A-Care
3426 Duck Ave.
Key West, FL 33040

**David M. Long**
Regional Inspector General for Audit Services, Region III
150 S. Independence Mall West
Public Ledger Building
Philadelphia, Pennsylvania 19106

**Robert Ludwig, M.D.**
Medicare Medical Director
Nationwide
3 Nationwide Plaza
P.O. Box 16788
Columbus, OH 43216

**Arthur N. Lurvey, M.D.**
Medicare Medical Director
National Heritage Insurance Company
1055 W. 7th Street, Fifth Floor
Los Angeles, CA 90017

**Ann Marie Lynch**
HHS Deputy Assistant Secretary for Planning and Evaluation
Executive Vice President, Payment and Health Care Delivery
AdvaMed
1200 G Street NW, Suite 400
Washington, D.C. 20005-3814
(202) 783-8700

**F. Debele Maner, M.D.**
Medicare Medical Director
Cahaba GBA of Georgia
P.O. Box 3018
12052 Middleground Road
Savannah, GA 31402-3018

**Michael F. Mangano**
Principal Deputy Inspector General
330 Independence Ave., SW
Room 5246
Washington, DC 20201

**William (Bill) J. Mangold, Jr., M.D., J.D.**
Medicare Medical Director
Noridian
5333 North 7th Street, Suite C-123
Phoenix, AZ 85014-2821

**Gail M. Margolis**
Deputy Director
California Medical Care Services
Department of Health Services
714 P Street, Room 1253
Sacramento, CA 95814
(916) 654-0391

**Ann Maxwell**
HHS-OIG
Assistant Regional Inspector General
233 North Michigan Ave., Room 1390
Chicago, IL 60601
(312) 353-9871

**Dr. Barton McCann**
HCFA and HHS
6325 Security Boulevard
Mailstop ME 1445
Baltimore, MD 21207

**Mark B. McClellan**
CMS
7500 Security Boulevard
Baltimore, Maryland 21244-1850
(410) 786-3000

**Lawrence L. McDonough**
HCFA
Region IX
75 Hawthorne Street,
San Francisco, CA 94105

**Garry McKee**
Director
Wyoming Department of Health
2300 Capital Avenue
Hathaway Building, Room 117
Cheyenne, WY 82002
(307) 777-7656

**Michael McMullan**
CMS
7500 Security Blvd., Room C5-18-27
Baltimore, MD 21244-1850
(410) 786-4280

**Martha McNeill**

**Jill Merrill**
HCFA
Byron G. Rogers Federal Office Building
1961 Stout Street, Mail Stop 8th Fl. D.
Denver, CO 80294
(303) 844-7058

**James R. Merryman**
Former HCFA Associate Regional Administrator, Division of Medicaid
Region VI Office
1200 Main Tower Building
Dallas, TX 75202

**Charles J. Milligan**
Director
Medical Assistance Division
New Mexico Human Services Department
P.O. Box 2348
Santa Fe, NM 87504-2348
(505) 827-3106

**Bryan B. Mitchell**
Former Principal Deputy Inspector General

**Salvatore M. Moffa, M.D.**
Medicare Medical Director
Empire BCBS
300 E. Park Drive 300 E. Park Drive
Harrisburg, PA 17111

**Nancy J. Molyneaux**
HHS-OIG
Office of Evaluation and Inspections
150 S. Independence Mall West,
Public Ledger Building
Philadelphia, PA 19106-9111
(215) 861-4546

**William C. Moran**
HHS-OIG
Regional Inspector General for Evaluation and Inspections, Chicago
233 N. Michigan Ave., Ste 1330
Chicago, IL 60601
(312) 353-9867

**Eileen M. Moynihan, M.D.**
Medicare Medical Director
Empire Medicare Services
1333 Brunswick Avenue
Lawrenceville, NJ 08096

**Margaret A. Murray**
Director
Division of Medical Assistance and Health Services
New Jersey Department of Human Services
P.O. Box 712
Trenton, NJ 08625-0712
(609) 588-2600

**Patsy Napier, R.Ph.**
Chief, Bureau of Vendor Drugs
Texas Health and Human Services Commission
4900 North Lamar
Austin, TX 78751

**Carmen R. Nazario**
Former Secretary, Delaware Health and Social Services

**Tina Nie**
HCFA

**Robert Niemann**
HCFA
(410) 786-4531

**Peter Neumann**
HCFA

**Antonio C. Novello, M.D., M.P.H.**
Commissioner
NYS Department of Health
ESP, Corning Tower Building
Albany, NY 12237
(518) 474-2011

**Donald G. Norris, M.D.**
Medicare Medical Director
CIGNA
P.O. Box 49
Boise, ID 83707

**Rep. Charles Norwood (R-GA)**
2452 Rayburn Building
Washington, D.C. 20515
(202) 225-4101

**John J. O'Hara**
HCFA Region IX

**Joan Ohl**
Secretary
West Virginia Department of Health and Human Resources
Building 3, State Capitol Complex
Room 206
Charleston, WV 25305
(304) 348-0627

**Michael O'Keefe**
Commissioner
Minnesota Department of Human Services
444 Lafayette Road North
St. Paul, MN 55155-3815
(651) 296-2701

**Carol Olson**
Executive Director
North Dakota Department of Human Services
600 East Boulevard Avenue
Bismarck, ND 58505-0250
(701) 328-2310

**Fred C. Olson, M.D., PhD**
Medicare Medical Director
BCBS Montana
P.O. Box 4310
Helena, MT 56604

**David Parella**
Deputy Commissioner
Department of Social Services
25 Sigourney Street
Hartford, CT 06106-5116
(860) 424-5116

**Bernard ("Bernie") Patashnik**
HCFA

**Debra Patterson, M.D.**
Medicare Medical Director
TrailBlazer Health Enterprises
8330 LBJ Freeway
Executive Center III
Dallas, TX 75243

**Ann Patla, Dr. HL**
Director
Illinois Department of Public Aid
201 South Grand Avenue, East, Third Floor
Springfield, IL 62763-0001
(2l7) 782-6717

**Karen Perdue**
Commissioner
Alaska Department of Health and Social Services
P.O. Box 110601
Juneau, AK 99811-0601
(907) 465-3030

**David E. Perez, M.D.**
Medicare Medical Director
TrailBlazer Health Enterprises
300 Arboretum Place, 4th Floor
P.O. Box 26463
Richmond, VA 23236

**Paul R. Perruzzi**
Director
Division of Medical Assistance
North Carolina Department of Health and Human Services
1985 Umstead Drive
P.O. Box 29529
Raleigh, NC 27626-0529
(919) 857-4011

**Matt Powers**
Administrator
Illinois Department of Public Aid
20l South Grand Avenue, East, Third Floor
Springfield, IL 62763-0001
(2l7) 782-2570

**Larry Pressler**
Former Senator (R-SD)
800 25th Street, NW
The Plaza, Suite 504
Washington, D.C. 20037

**Joseph G. Presto, M.D.**
Medicare Medical Director
Group Health Incorporated (NY)
25 Broadway
New York, NY 10004

**Patrick Price, M.D.**
Medicare Medical Director
BCBS Kansas
1133 Southwest Topeka Blvd.
P.O. Box 239
Topeka, KS 66629

**David H. Pryor**
Former Senator (D-ARK)

**Lyle Quasim**
Secretary
Washington Department of Social and Health Services
P.O. Box 45010
Olympia, WA 98504-5010
(360) 902-7800

**Linda M. Ragone**
HHS-OIG
Deputy Regional Inspector
150 S. Independence Mall West,
Public Ledger Building
Philadelphia, PA 19106-9111
(215) 861-4546

**Norbert Rainford, M.D.**
Medicare Medical Director
Empire Medicare Services
2651 Strang Boulevard
Yorktown Heights, NY 10598

**Rep. Jim Ramstad (R-MN)**
103 Cannon House Office Building
Washington, D.C. 20515
(202) 225-2871

**Jessie K. Rasmussen**
Director
Iowa Department of Human Services
Hoover State Office Building
Fifth Floor
Des Moines, IA 503l9-0114
(5l5) 28l-5452

**Sally K. Richardson**
HCFA - Director, Center for Medicaid and State Operations
Executive Director and Associate Vice President of Health Sciences,
West Virginia Institute for Health Policy Research
3110 MacCorkle Avenue, SE
Charleston, VW 25304-1299
(304) 347-1382

**Gary B. Redding**
Director
Georgia Department of Community Health
2 Peachtree Street, NW
Suite 4043
Atlanta, GA 30303-3159
(404) 656-4479

**George M. Reeb**
Assistant Inspector General, CMS
330 Independence Ave., S.W.
Washington, D.C.  20201

**Dr. David H. Regan**
ACCC President Elect
Medical oncologist,
Northwest Cancer Specialists,
Portland, OR

**Janet Rehnquist**
Former Inspector General
330 Independence Ave., SW
Room 5250
Washington, DC 20201

**Rep. Silvestre Reyes (D-TX)**
2433 Rayburn House Office Building
Washington, D.C. 20515
(202) 225-4831

**P. Michael Riisager, M.D.**
Medicare Medical Director
TrailBlazer Health Enterprises
Timonium II
1954 Greenspring Dr.
Timonium, MD 21093

**James T. Rizzuto**
Executive Director
Colorado Department of Human Services
l575 Sherman Street
Denver, CO 80203-1714
(303) 866-5096

**Fred Robertson, M.D.**
Medicare Medical Director
Blue Cross and Blue Shield of Alabama
P.O. Box 13384
450 Riverchase Parkway East
Birmingham, AL 35202

**Gerald Rogan, M.D.**
Medicare Medical Director
National Heritage Insurance Co.
402 Otterson Drive
Chico, CA 95928

**Peter Rodler**
HCFA
6325 Security Boulevard
Mailstop ME 1445
Baltimore, MD 21207

**John Rodriguez**
Deputy Director of California's Department of Health Services
714 P Street, Room 1253
Sacramento, CA 95814

**Jacqueline Romer-Sensky**
Director
Ohio Department of Human Services
30 East Broad Street, 32nd Floor
Columbus, OH 43266-0423
(614) 466-6282

**Fred Rosen**
Former CMS Region X official

**Niles Rosen, M.D.**
Medicare Medical Director
AdminaStar Federal
8115 Knue Road
Indianapolis, IN 46250

**Michael Rosenberg, M.D.**
Medicare Medical Director
Wisconsin Physicians Service
660 Plaza Drive , 15th Floor
P.O. Box 441040
Detroit, MI 48226

**Thomas D. Roslewicz**
Deputy Inspector General for Audit Services
330 Independence Ave., SW
Room 5700B
Washington, DC 20201

**Dr. Robert H. Roswell, M.D.**
Under Secretary for Health, Veterans Health Administration
810 Vermont Ave., NW
Washington, DC 20420

**Nancy Saltzman**
HCFA Region VI
Region VI Office
1200 Main Tower Building
Dallas, TX 75202

**Gordon L. Sato**
Regional Inspector General for Audit Services, Region VI
Earle Cabell Federal
1100 Commerce Street
Room 6B6
Dallas, Texas 75242

**S. Satya-Murti, M.D.**
Medicare Medical Director
BCBS Kansas
1133 Southwest Topeka Blvd.
Topeka, KS 66629

**William Scanlon**
Senior Policy Advisor
Health Policy R&D
901 New York Avenue, NW
Third Floor
Washington, DC 20001
(202) 624-7265

**Janet Schalansky**
Secretary
Kansas Department of Social and Rehabilitation Services
State Office Building
Topeka, KS 66612
(785) 296-3271

**James Schell, M.D.**
Medicare Medical Director
BCBS Arkansas - Missouri
12755 Olive Street Road
St. Louis, MO 63141

**Dr. Stephen Schondelmeyer, Pharm. D., Ph.D.**
Professor, University of Minnesota
Department of Pharmaceutical Care & Health Systems
Director, PRIME Institute
7-159 Weaver-Densford Hall
(612) 624-9931

**J.D. Sconce**
HCFA Regional Administrator

**Thomas A. Scully**
CMS
Senior Counsel, Alston & Bird, LLP
The Atlantic Building
950 F Street, NW
Washington, DC  20004-1404
(202) 756-3459

**John Seibel, M.D.**
Medicare Medical Director
Arkansas Blue Cross Blue Shield -- New Mexico
201 Cedar Street, SE
Albuquerque, NM 87106

**Bob Seiffert**
Administrator
Medicaid Division
Nebraska Department of HHS Finance and Support
P.O. Box 95026
Lincoln, NE 68509-5026
(402) 471-9506

**Sidney Sewell, M.D.**
Medicare Medical Director
First Coast Service Options
532 Riverside Avenue
P.O. Box 2078
Jacksonville, FL 32231

**Dr. Donna E. Shalala**
HHS
President, University of Miami
Coral Gables, Florida 33124
(305) 284-2211

**David P. Sheridan, M.D., M.S.**
Medicare Medical Director
Palmetto GBA
2300 Springdale Drive BUILDING ONE
P.O. Box 100190 Columbia, SC 29202
Columbia, SC 29203-0190

**Janet Shikles**
Former Director, General Accounting Office (Health Financing and Policy Issues)
3203 Farmington Dr.
Chevy Chase, MD 20815-4826
(301) 224-1887

**Donald L. Shumway**
Commissioner
New Hampshire Department of Health and Human Services
129 Pleasant Street
Concord, NH 03301-3857
(603) 271-4331

**Marc Shirley, R.Ph.**
Pharmacy Program Director
Office of Medicaid Policy and Planning
Indiana State Government Center S
402 W. Washington Street, Room W382
Indianapolis, Indiana 46204

**Joanne Sinsheimer**
CMS Division of Payment Policy
7500 Security Blvd., Mail Stop C4-25-02
Baltimore, MD 21244-1850
(410) 786-4620

**Robert M. Smedes**
Chief Executive Officer
Medical Services Administration
Michigan Department of Community Health
400 S. Pine Street
Lansing, MI 48909
(517) 335-5001

**Dennis G. Smith**
Director
Virginia Department of Medical Assistance Services
600 East Broad Street
Suite 1300
Richmond, VA 23219
(804) 786-7933

**Milton J. Socolar**
Former Comptroller General of the United States
3916 Rickover Road
Silver Spring, MD 20902-2329
(301) 949-4256

**Philip Soulé, Sr.**
Director
Medical Assistance Program
Delaware Department of Health and Social Services
P.O. Box 906, Lewis Building
1901 North DuPont Highway
New Castle, DE 19720
(302) 577-4901

**Charles Spalding**
HCFA

**Garth L. Splinter, M.D.**
Chief Executive Officer
Oklahoma Health Care Authority
4545 North Lincoln Boulevard
Suite 124
Oklahoma City, OK 73105
(405) 522-7439

**Daniel G. Stackis**
Administrator
Health Care Access and Resource Division
Wyoming Department of Health
Hathaway Building, Suite 154
2300 Capitol Avenue
Cheyenne, WY 82002
(307) 777-7531

**Gary J. Stangler**
Director
Missouri Department of Social Services
P.O. Box 1527
Jefferson City, MO 65102
(573) 751-4815

**Parker J. Staples, M.D.**
Medicare Medical Director
BCBS of Rhode Island
444 Westminister Street
Providence, RI 02903-3279

**Rep. Fortney Pete Stark (D-CA)**
239 Cannon House Office Building
Washington, D.C. 20515
(202) 225-5065

**Dr. Grant E. Steffen**
CMS
600 Grant Street, Suite 600
Denver, CO 80903-3527

**John Stone, M.D.**
Medicare Medical Director
Regence Blue Cross Blue Shield
P.O. Box 8110 M/S D-8C Portland, OR 97207-8110
1600 S.W. Fourth Street Fourth Floor
Portland, OR 97201

**Robert Streimer**
CMS official
(410) 750-6885

**James E. Strong, M.D.**
Medicare Medical Director
Cahaba GBA
775 Woodland Parkway
Ridgeland, MS 39157

**Peter Sybinsky**
Secretary
Indiana Family and Social Services Administration
Room 461, Mail Stop 25
P.O. Box 7083
402 W. Washington Street
Indianapolis, IN 46207-7083
(317) 233-4452

**Greg Sylvester**
Secretary
Delaware Department of Health and Social Services
1901 North DuPont Highway
New Castle, DE l9720
(302) 421-6705

**Robert F. Szczys, M.D.**
Medicare Medical Director
Noridian
4305 13th Avenue SW
Fargo, ND 58103-3373

**William "Billy" Tauzin**
Former Congressman (R-LA)
Current President and CEO, Pharmaceutical Research and Manufacturers of America (PhRMA)
950 F Street, NW
Washington, DC 20004
(202)-835-3400

**David Tawes**
HHS-OIG
Office of Evaluation and Inspections
150 S. Independence Mall West,
Public Ledger Building
Philadelphia, PA 19106-9111
(215) 861-4546

**Joseph M. Teefey**.
Director
Virginia Department of Medical Assistance Services
600 East Broad Street, Suite 1300
Richmond, VA 23219

**L. Timothy Terry**

**John Tighe**
Deputy Commissioner
Tennessee Department of Finance and Administration
729 Church Street
Nashville, TN 37247-6501
(615) 741-0213

**Penny Thompson**
HCFA

**Tommy G. Thompson**
HHS
Akin Gump Strauss Hauer & Feld, LLC
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
(202) 887-4080

**Rep. William M. Thomas (R-CA)**
2208 Rayburn House Office Building
Washington, D.C. 20515
(202) 225-2915

**Russ Toal**
Commissioner
Georgia Department of Community of Health
2 Peachtree Street, NW
Suite 4043
Atlanta, GA 30303-3159
(404) 656-4479

**William Toby, Jr.**
HCFA

**Dr. Phyllis Tyzenhouse**
Member of the Virginia Carrier's Advisory Committee
Lititz, PA

**R. Alexander ("Alec") Vachon, III, Ph.D.**
Member of the Senate Finance Committee staff
President, Hamilton, PPB
(202) 667-1193

**Gregory A. Vadner**
Division of Medical Services
Missouri Department of Social Services
615 Howerton Court
P.O. Box 6500
Jefferson City, MO 65102-6500
(573) 751-6922

**Bill Vaughn**
Former staff member for Rep. Pete Stark

**Robert A. Vito**
HHS-OIG
Regional Inspector General for Evaluation and Inspections, Philadelphia
150 S. Independence Mall West,
Public Ledger Building
Philadelphia, PA 19106-9111
(215) 861-4546

**Dr. Bruce C. Vladeck**
Former HCFA Administrator
Interim President, University of Medicine and Dentistry of New Jersey
65 Bergen Street
University Heights
Newark, New Jersey 07107-3001
(973) 972-4400

**John Volz**
Former U.S. Attorney (E.D. LA)

**George Waldmann, M.D.**
Medicare Medical Director
Noridian
9600 Southwest Oak Street, Suite 340
Portland, OR 97223-6586

**William Waldman**
Former Commissioner, New Jersey Department of Human Services

**Ivan C. A. Walks, MD**
Director
District of Columbia Department of Health
825 North Capitol St., NE
Fourth Floor
Washington, DC 20002
(202) 442-5999

**Paul Wallace-Brodeur**
Director
Office of Health Access
Vermont Department of Social Welfare
103 South Main Street
Waterbury, VT 05676
(802) 241-3985

**W. Dale Walley**
Acting Commissioner, Alabama Medicaid Agency
501 Dexter Avenue
P.O. Box 5624
Montgomery, AL 36103-5624
(334) 242-5010

**Carol Walton**
HCFA Director, Bureau of Program Operations

**Bonnie Washington**
Former HCFA and OMB Official
Vice President, Health Policy
Novartis Pharmaceuticals Corporation
701 Pennsylvania Avenue, NW, Suite 725,
Washington, DC 20004
(202) 662-4378

**Gary Weeks**
Director
Oregon Department of Human Resources
500 Summer Street, NE
Human Resources Building
Salem, OR 97310-1012
(503) 945-5944

**Stanley Weintraub**
HCFA
(410) 786-4498

**Charles Weissman**
Capitol District Hematology/ Oncology Associates,
Latham NY 12110

**Herbert H. Weldon, Jr.**
Deputy Director
Medical Assistance Administration
District of Columbia Department of Health
825 North Capitol St., NE
Fifth Floor
Washington, DC 20002
(202) 442-9090

**Linda K. Wertz**
State Medicaid Director
Texas Health and Human Services Commission
P.O. Box 13247
Austin, TX 78711
(512) 424-6549

**Helen Wetherbee**
Executive Director
Mississippi Division of Medicaid
Office of the Governor
Suite 801, Robert E. Lee Building
239 North Lamar Street
Jackson, MS 39201-1399
(601) 359-6050

**Alan White**
Division of Health Care Financing
Wisconsin Department of Health and Family Services
P.O. Box 309
Madison, Wisconsin 53701

**Dick Whitten, M.D.**
Medicare Medical Director
Noridian
6811 South 204th Street
Suite 300
Kent, WA 98032

**Mike Willden**
Administrator
Nevada State Welfare Division
2527 North Carson Street
Carson City, NV 89706
(775) 687-4128

**Gail R. Wilensky, Ph.D.**
HCFA
Senior Fellow, Project HOPE
601 Pennsylvania Ave NW,
Suite 900 South Building
Washington, DC 20004
(202) 220-3082
(301) 656-7401

**Patricia Wilson-Coker**
Commissioner
Connecticut Department of Social Services
25 Sigourney Street
Hartford, CT 06106-5033
(860) 424-5008

**William Winkenwerder, Jr., M.D., M.B.A.**
Assistant Secretary of Defense, Health Affairs
1200 Defense Pentagon
Washington, DC 20301-1200

**Eugene Winter, M.D.**
Medicare Medical Director
CIGNA
2 Vantage Way
Nashville, TN 37228

**Grace Witles**
HCFA Health Insurance Specialist,
Bureau of Policy Development

**Sen. Ron Wyden (D-Or.)**
230 Dirksen Senate Office Building
Washington, DC 20510-3703
(202) 224-5244

**Charlotte Yeh, M.D. M.E.**
Medicare Medical Director
National Heritage Insurance Company
75 William Terry Drive
Hingham, MA 02044

**Dr. Bob Young**
Former President, ASCO

**John Young, C.P.M.**
Associate Director
Division of Medical Services
Rhode Island Department of Human Services
600 New London Avenue
Cranston, RI 02920
(401) 462-3113

**David J. Zentner**
Director
Division of Medical Assistance
North Dakota Department of Human Services
600 East Boulevard Avenue
Bismarck, ND 58505-0261
(701) 328-3194

## EXHIBIT B

**Peter Baker**
contact information:
JONES DAY
77 West Wacker
Chicago, IL  60601-1692
(312) 782-3939

**Jerrie Cicerale**
contact information:
David Stetler
STETLER & DUFFY
11 S. LaSalle, Suite 1200
Chicago, IL 60603
(312) 338-2000

**Lynn Leone**
contact information:
JONES DAY
77 West Wacker
Chicago, IL  60601-1692
(312) 782-3939

**Michael Sellers**
contact information:
JONES DAY
77 West Wacker
Chicago, IL  60601-1692
(312) 782-3939