UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re. PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) ) | Hon. Patti Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc., and Hospira, Inc.* CIVIL ACTION NO. 06-11337-PBS ) ) ) ) | |

**STIPULATION FOR DISMISSAL OF ACTION AGAINST HOSPIRA, INC.**

Pursuant to Fed. R. Civ. P. 41 (a)(1)(ii), the United States, Relator Ven-a-Care of the Florida Keys, Inc. and the Defendant Hospira, Inc. hereby stipulate and give notice that the Defendant Hospira, Inc. is hereby voluntarily dismissed from this action without prejudice, each party to bear its own costs and attorney's fees.

Dated:  September 15, 2006

Respectfully submitted,

For the United States of America,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

George B. Henderson, II
Damian Wilmot
Assistant U.S. Attorneys
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
Phone: (617) 748-3398
Fax: (617) 748-3272

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

/s/ Mark A. Lavine
Mark A. Lavine
Ana Maria Martinez
Ann St.Peter-Griffith
Special Attorneys
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101
Email: Mark.Lavine@usdoj.gov

| | |
|---|---|
| PETER D. KEISLER<br>ASSISTANT ATTORNEY GENERAL | For the relator, VEN-A-CARE OF THE FLORIDA KEYS, INC. |

/s/ Gejaa T. Gobena                           /s/ James J. Breen
Michael F. Hertz                              James J. Breen
Joyce R. Branda                               The Breen Law Firm, P.A.
Renée Brooker                                 3350 S.W. 148th Avenue
Justin Draycott                               Suite 110
Gejaa T. Gobena                               Miramar, FL 33027
Civil Division                                Tel:  (954) 874-1635
Commercial Litigation Branch                  Fax: (954) 874-1705
P. O. Box 261                                 Email: jbreen@breenlaw.com
Ben Franklin Station
Washington, D.C.  20044
Phone:  (202) 307-1088
Fax: (202) 307-3852


For HOSPIRA, INC.                             For ABBOTT LABORATORIES, INC.


/s/ R. Christopher Cook                       /s/ R. Christopher Cook
James R. Daly, Esq.                           James R. Daly, Esq.
  Admitted *pro hac vice*                       Admitted *pro hac vice*
Daniel E. Reidy, Esq.                         Daniel E. Reidy, Esq.
  Admitted *pro hac vice*                       Admitted *pro hac vice*
R. Christopher Cook                           R. Christopher Cook
  Admitted *pro hac vice*                     Admitted *pro hac vice*
Brian J. Murray                               Brian J. Murray
  Admitted *pro hac vice*                       Admitted *pro hac vice*
JONES DAY                                     JONES DAY
77 West Wacker                                77 West Wacker
Chicago, IL  60601-1692                       Chicago, IL  60601-1692
Telephone:  (312) 782-3939                    Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585                    Facsimile:  (312) 782-8585
jrdaly@jonesday.com                           jrdaly@jonesday.com
dereidy@jonesday.com                          dereidy@jonesday.com