UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) | |

## NOTICE OF APPEARANCE

Undersigned counsel hereby files her Notice of Appearance for AstraZeneca Pharmaceuticals LP.

   /s/ Katherine B. Schmeckpeper
Katherine B. Schmeckpeper (BBO# 668200)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
tel: 617-832-1000
kschmeckpeper@foleyhoag.com

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was delivered on September __, 2006 via Federal Express to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

      /s/ Katherine B. Schmeckpeper
Katherine B. Schmeckpeper