UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| IN RE PHARMACEUTICAL INDUSTRY ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | CIVIL ACTION NO. 01-CV-12257-PBS |
| _____ ) | |
| ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES ) | |
| TO ALL ACTIONS ) | |
| _____ ) | |

**<u>NOTICE OF APPEARANCE</u>**

Undersigned counsel hereby files her Notice of Appearance for AstraZeneca Pharmaceuticals LP.

    /s/ Catherine Karuga
Catherine Karuga (BBO# 657445)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
tel: 617-832-1000
ckaruga@foleyhoag.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on September 19, 2006 to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

      /s/ Katherine B. Schmeckpeper
    Katherine B. Schmeckpeper