

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

FILED
CLERKS OFFICE
2006 SEP 18 A 8: 34

U.S. DISTRICT COURT
DISTRICT OF MASS

ELIOT SPITZER
Attorney General

Gregory.Silbert@oag.state.ny.us
(212) 416-6274

CAITLIN J. HALLIGAN
Solicitor General

September 15, 2006

**VIA OVERNIGHT MAIL**
The Honorable Patti B. Saris
United States Courthouse
1 Courthouse Way, Suite 6130
Boston, MA 02210

    Re: *In Re Pharmaceutical Ind. AWP Litigation*
      No. 01-12257-PBS (D. Ma.)

Dear Judge Saris:

  Further to the Court's request by letter dated June 30, 2006, enclosed please find a courtesy copy of the amicus brief submitted by the Office of the Attorney General of New York in the above-referenced matter.

  Please note that we are not able to use the Court's electronic filing protocol, and therefore must serve and file the brief by mail. We have been unable to procure a complete service list with the names and addresses of all defense counsel. We have served all counsel that we were able to identify, namely: Kirby McInerny & Squire LLP, for the City of New York and all captioned New York Counties except Nassau; Corporation Counsel of the City of New York, for the City of New York; Nassau County Attorney, for Nassau County; Milberg Weiss Berhsad & Shulman LLP, for Nassau County; and Hogan & Hartson LLP and Dwyer & Collora, LLP for Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp. We also have provided the Clerk's office with an unbound copy of the brief, which could be scanned and served electronically.

  If additional service is necessary, please advise us.

              Very truly yours,

              Gregory Silbert
              Assistant Solicitor General

120 Broadway, New York, NY 10271 • (212) 416-8020 • FAX (212) 416-8962