# EXHIBIT 3

ADR, CASREF, LEAD, MDL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:01-cv-12257-PBS

| | |
|---|---|
| Citizens for Consume, et al v. Abbott Laboratories,, et al | Date Filed: 12/19/2001 |
| Assigned to: Judge Patti B. Saris | Jury Demand: Both |
| Referred to: Magistrate Judge Marianne B. Bowler | Nature of Suit: 410 Anti-Trust |
| Demand: $0 | Jurisdiction: Federal Question |

Lead case: 1:01-cv-12257-PBS   (View Member Cases)
Related Cases: 1:02-cv-10850-PBS
　　　　　　　　 1:02-cv-10851-PBS
　　　　　　　　 1:02-cv-10852-PBS
　　　　　　　　 1:02-cv-10853-PBS
　　　　　　　　 1:02-cv-10854-PBS
　　　　　　　　 1:02-cv-10846-PBS
　　　　　　　　 1:02-cv-10847-PBS
　　　　　　　　 1:02-cv-10848-PBS
　　　　　　　　 1:02-cv-10855-PBS
　　　　　　　　 1:02-cv-10856-PBS
　　　　　　　　 1:02-cv-10857-PBS
　　　　　　　　 1:02-cv-10859-PBS
　　　　　　　　 1:02-cv-10860-PBS
　　　　　　　　 1:02-cv-10861-PBS
　　　　　　　　 1:02-cv-10862-PBS
　　　　　　　　 1:02-cv-11257-PBS
　　　　　　　　 1:02-cv-11258-PBS
　　　　　　　　 1:02-cv-11259-PBS
　　　　　　　　 1:02-cv-10849-PBS
　　　　　　　　 1:02-cv-11260-PBS
　　　　　　　　 1:01-cv-11747-MEL
　　　　　　　　 1:02-cv-11261-PBS
　　　　　　　　 1:02-cv-11744-PBS
　　　　　　　　 1:02-cv-11745-PBS
　　　　　　　　 1:02-cv-11746-PBS
　　　　　　　　 1:02-cv-11747-PBS
　　　　　　　　 1:02-cv-12085-PBS
　　　　　　　　 1:03-cv-10069-PBS
　　　　　　　　 1:03-cv-11227-PBS
　　　　　　　　 1:03-cv-11228-PBS
　　　　　　　　 1:03-cv-11285-PBS
　　　　　　　　 1:03-cv-11349-PBS
　　　　　　　　 1:03-cv-11157-PBS
　　　　　　　　 1:03-cv-11350-PBS

1:06-cv-10613-PBS
1:03-cv-11351-PBS
1:03-cv-11348-PBS
1:03-cv-11529-PBS
1:03-cv-11865-PBS

Cause: 15:1 Antitrust Litigation

| Date Filed | # | Docket Text |
|---|---|---|
| 09/14/2006 | 3096 | NOTICE by The City of New York and Captioned New York Counties *of Supplemental Authority in Further Opposition to Defendants' Motion to Dismiss* (Attachments: # 1 Exhibit A)(Cicala, Joanne) (Entered: 09/14/2006) |
| 09/14/2006 | 3097 | NOTICE of Appearance by Philip D. Robben on behalf of Mylan Pharmaceuticals, Inc., Mylan Laboratories, Inc. (Robben, Philip) (Entered: 09/14/2006) |
| 09/14/2006 | | ELECTRONIC NOTICE of Hearing on Motion. Hearing on 2786 MOTION for Sanctions, 2907 MOTION for Joinder in Pltf.'s Motion for Sanctions and 2948 Third MOTION to Compel set for 9/19/2006 at 10:00 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Duffy, Marc) (Entered: 09/14/2006) |
| 09/14/2006 | | ELECTRONIC NOTICE of Hearing on Motion. Hearing on 2465 First MOTION to Compel, 2899 Joint MOTION for Sanctions, 2603 MOTION for Protective Order, 2510 MOTION for Protective Order and 2745 MOTION for Protective Order set for 10/23/2006 at 10:00 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Duffy, Marc) (Entered: 09/14/2006) |
| 09/14/2006 | | Judge Marianne B. Bowler: Electronic ORDER entered finding as moot 2196 Motion to Expedite; granting 2232 Motion for Extension of Time, there being no opposition; granting 2298 Motion to Compel, in accordance with a ruling made in open court on May 9, 2006; granting 2302 Motion for Leave to File; granting 2328 Motion for Leave to File and granting 2330 Motion to Seal. (Bowler, Marianne) (Entered: 09/14/2006) |
| 09/14/2006 | | Judge Marianne B. Bowler: Electronic ORDER entered granting in part and denying in part 2331 Motion to Compel, as set forth in open court on May 9, 2006; granting 2374 Motion to Compel as set forth on the record in open court on May 9, 2006; granting 2517 Motion for Leave to File; granting 2538 Motion for Leave to File and granting 2754 Motion to Seal. (Bowler, Marianne) (Entered: 09/14/2006) |
| 09/14/2006 | | Judge Marianne B. Bowler: ORDER entered granting 2600 Motion for Leave to File; granting 2616 Motion for Leave to File; granting 2777 Motion for Leave to File; granting 2838 Motion to Seal; granting 2882 Motion for Leave to File; granting 2901 Motion to Seal Document and granting 2979 Motion for Leave to File. (Bowler, Marianne) (Entered: |

|            |   |                                                                                                                                                                       |
|------------|---|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |   | 09/14/2006)                                                                                                                                                           |
| 09/14/2006 |   | Judge Marianne B. Bowler: ORDER entered granting 2958 Motion to Seal and granting 2966 Motion for Protective Order, there being no opposition. (Bowler, Marianne) (Entered: 09/14/2006) |
| 09/14/2006 |   | Judge Marianne B. Bowler: ORDER entered granting 2535 Motion for Leave to File. (Bowler, Marianne) (Entered: 09/14/2006)                                              |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/15/2006 17:08:31 | | | |
| **PACER Login:** | ks1145 | **Client Code:** | 45547/0002 |
| **Description:** | Docket Report | **Search Criteria:** | 1:01-cv-12257-PBS Start date: 9/14/2006 End date: 9/14/2006 |
| **Billable Pages:** | 16 | **Cost:** | 1.28 |