**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| *State of Nevada v. American Home Products, et al.*, CA No. 02-CV-12086-PBS (Nevada II), and | Judge Patti B. Saris |
| *State of Montana v. Abbott Labs., Inc., et al.*, Cause No. CV-02-09-H-DWM (D. Mont.) | **[LEAVE TO FILE GRANTED ON SEPTEMBER 12, 2006]** |

**REPLY IN SUPPORT OF THE STATES' SECOND MOTION
TO AMEND CASE MANAGEMENT ORDER NO. 25**

Defendants' opposition to the State's Second Motion to Amend Case Management Order No. 25 fails to address one of the most significant reasons to postpone summary judgment briefing in the Montana and Nevada cases until January 2007, after the Class 2 trial. In the upcoming months, the Court will rule on the meaning of Average Wholesale Price ("AWP"). The issue has been briefed extensively in the Class case. The Court's ruling holds implications for all pending cases, including the State cases. It would be an improvident use of time and resources to compel the parties to brief summary judgment issues in the State cases now when the contours of the questions to be decided will be dictated by the Court's impending ruling on the meaning of AWP. Deferring summary judgment until after the expected ruling will prejudice no one and will promote the ultimate goal of case efficiency.

For this reason, and the reasons set forth more fully in the States' Second Motion to Amend CMO No. 25, the Montana and Nevada case schedules should remain synchronized ***and*** summary judgment briefing should be postponed until January 2007, after the Class 2 trial.

By   /s/ Steve W. Berman                                                               DATED:  September 6, 2006
    Steve W. Berman
    Sean R. Matt
    Jeniphr A.E. Breckinridge
    HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Fifth Avenue, Suite 2900
    Seattle, WA  98101
    Telephone: (206) 623-7292
    Facsimile: (206) 623-0594

    Thomas M. Sobol
    Edward Notargiacomo
    HAGENS BERMAN SOBOL SHAPIRO LLP
    One Main Street, 4th Floor
    Boston, MA  02142
    Telephone: (617) 482-3700
    Facsimile: (617) 482-3003

    COUNSEL FOR PLAINTIFFS
    STATE OF MONTANA AND
    STATE OF NEVADA

    George J. Chanos
    Attorney General of the State of Nevada
    L. Timothy Terry
    Deputy Attorney General
    100 N. Carson Street
    Carson City,  NV 89701-4714

    COUNSEL FOR PLAINTIFF
    STATE OF NEVADA

    Mike McGrath
    Attorney General of Montana
    Ali Bovingdon
    Assistant Attorney General
    Justice Building
    215 North Sanders
    P.O. Box 201401
    Helena, MT  56920-1402
    (406) 444-2026

    COUNSEL FOR PLAINTIFF
    STATE OF MONTANA

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **REPLY IN SUPPORT OF THE STATES' SECOND MOTION TO AMEND CASE MANAGEMENT ORDER NO. 25** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on September 6, 2006 a copy to LexisNexis File & Serve for Posting and notification to all parties.

      By      **/s/ Steve W. Berman**
      Steve W. Berman
      **HAGENS BERMAN SOBOL SHAPIRO LLP**
      1301 Fifth Avenue, Suite 2900
      Seattle, WA  98101
      (206) 623-7292