# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) |
| | MDL NO. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, No. 06-CV-11337-PBS | ) ) ) ) ) |
| | Chief Magistrate Judge Marianne B. Bowler |

## ABBOTT LABORATORIES, INC.'S NOTICE OF OPPOSITION TO UNITED STATES' AND RELATOR'S MOTION FOR A COMPREHENSIVE CASE MANAGEMENT ORDER AND UNOPPOSED REQUEST FOR EXTENSION OF TIME TO RESPOND

Pursuant to CMO No. 8, Defendant Abbott Laboratories, Inc. ("Abbott") hereby notifies the Court of its opposition to United States' And Relator's Motion For A Comprehensive Case Management Order (Docket No. 3107).

Abbott further notifies the Court of its intention to file a memorandum in opposition to Plaintiffs' Motion on or before October 6, 2006, pursuant to an agreement with Plaintiffs. Accordingly, Abbott hereby moves, with the consent of the Plaintiffs, for an extension of time until and including October 6, 2006 in which to file its opposition.

Dated:  September 22, 2006

Respectfully submitted,

/s/ Brian J. Murray
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

*Counsel for Defendant Abbott Laboratories, Inc.*

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for the Plaintiffs assent to this motion.

          /s/ Brian J. Murray
          Brian J. Murray

## CERTIFICATE OF SERVICE

I, Brian J. Murray, an attorney, hereby certify that I caused a true and correct copy of the foregoing ABBOTT LABORATORIES, INC.'S NOTICE OF OPPOSITION TO UNITED STATES' AND RELATOR'S MOTION FOR A COMPREHENSIVE CASE MANAGEMENT ORDER AND UNOPPOSED REQUEST FOR EXTENSION OF TIME TO RESPOND to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 22nd day of September, 2006.

          /s/ Brian J. Murray
          Brian J. Murray