# Exhibit 49

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT

 2               DISTRICT OF MASSACHUSETTS

 3

 4              NO. 01CV12257-PBS

 5   -------------------------------------X

 6   IN RE:  PHARMACEUTICAL INDUSTRY AVERAGE )

 7   WHOLESALE PRICE LITIGATION              )

 8   -------------------------------------X

 9   THIS DOCUMENT RELATES TO:               )

10   ALL ACTIONS                             )

11   -------------------------------------X

12

13   VIDEOTAPED DEPOSITION of MAUREEN CONEYS, called as a

14   witness by and on behalf of the Defendant, pursuant to

15   the Federal Rules of Civil Procedure, before Teresa E.

16   Costello, Registered Professional Reporter, Certified

17   Shorthand Reporter No. 1452S98, and Notary Public

18   within and for the Commonwealth of Massachusetts, at

19   the offices of Robins, Kaplan, Miller & Ciresi, 800

20   Boylston Street, Boston, Massachusetts, on Wednesday,

21   April 12, 2006, commencing at 9:38 a.m.

22
```

Page 6

1  MAUREEN CONEYS,
2  having been satisfactorily identified by the
3  production of her driver's license, and duly sworn
4  by the Notary Public, was examined and testified as
5  follows to direct interrogatories:
6
7  BY MR. MANGI:
8      Q.  Good morning, Miss Coneys.  My name is
9  Adeel Mangi as I just mentioned.  I'll be asking you
10 a few questions this morning.  Have you ever been
11 deposed before?
12     A.  Yes, I have.
13     Q.  How many times have you been deposed
14 before?
15     A.  Probably twice.
16     Q.  Do you recall when those depositions were?
17     A.  One was back in probably the early '80's,
18 and another one was also probably in the '80's.
19     Q.  What was the case in the early '80's
20 about?
21     A.  I don't remember.
22     Q.  How about the one later in the '80's?

Page 7

1      A.  It was related to a malpractice case
2  involving the Blue Cross health center.
3      Q.  Do you recall where you were employed at
4  the time of the first case in the early '80's?
5      A.  I was employed by Bay State Health Care.
6      Q.  Did the case relate to your employment at
7  Bay State Health Care, the case in the early '80's?
8      A.  I don't remember.
9      Q.  Do you know whether or not it was a case
10 that you were involved in personally, or was it a
11 case that had something to do with your job?
12     A.  It had something to do with my job.
13     Q.  The second case later in the '80's, was it
14 an allegation of malpractice against a physician
15 employed by Bay State?
16     A.  A physician employed by Blue Cross.
17     Q.  And how did you come to be involved in
18 that case?
19     A.  I was the executive director for the
20 health center where the physician practiced.
21     Q.  It's been a while since your last
22 deposition, so I'll just remind you to please answer

Page 8

1  all questions audibly so the reporter can take them
2  down, okay?
3      A.  Okay.
4      Q.  And I'd also ask you to wait until I
5  finish a question before giving an answer so the
6  record is clear, all right?
7      A.  Yes.
8      Q.  And if, at any time, you'd like to take a
9  break, just let me know and we'll do that, okay?
10     A.  Okay.
11     Q.  Now are you currently employed by Blue
12 Cross Blue Shield of Massachusetts?
13     A.  Yes, I am.
14     Q.  What is your title at present?
15     A.  Senior vice president for healthcare
16 quality and cost.
17     Q.  How long have you held that position?
18     A.  Since 2001.
19     Q.  Have you held that position continuously
20 from 2001 to the present?
21     A.  Yes.
22     Q.  I'd like to turn a bit further back in

Page 9

1  time and ask you about your educational background.
2  Can you describe for me, please, any qualifications
3  you obtained after high school?
4      A.  I have a diploma in nursing.
5      Q.  When did you receive that qualification?
6      A.  1975.
7      Q.  Did you receive that diploma directly
8  after completely high school, or did you work for a
9  while?
10     A.  Directly after completing high school.
11     Q.  After completing your diploma in nursing
12 have you taken any further courses as part of a
13 formal educational degree?
14     A.  No.
15     Q.  After completing your diploma what did you
16 do next?
17     A.  I worked at South Shore Hospital.
18     Q.  What capacity did you work at South Shore
19 Hospital?
20     A.  I was a staff nurse.
21     Q.  Did you have any particular area of
22 specialty?

Page 34

1  was the member had insurance from Blue Cross Blue
2  Shield, but also had other insurance.
3      Q.  By other insurance, are you referring to
4  more than one product from Blue Cross Blue Shield,
5  or a BCBS product plus a product from some other
6  health insurer?
7      A.  A product from another health insurer.
8      Q.  Can you provide an example of a situation
9  where that might occur?
10     A.  A husband and wife may both be employed
11 and may both have health insurance that covers one
12 another or covers the children.
13     Q.  How did you come to start consulting for
14 BCBS in 1988?
15     A.  The president of Bay State that I had
16 worked for had made some contact with the individual
17 who was in charge of the Blue Cross health centers
18 at that time, and he expressed an interest in hiring
19 someone to work on some HMO type functions with the
20 staff models, and that individual gave him my name.
21     Q.  Now who was the person in charge of the
22 BCBS health centers at that time?

Page 35

1      A.  Ron Davey.
2      Q.  Is that D-A-V-Y?
3      A.  D-A-V-E-Y, I believe.
4      Q.  Do you recall what Mr. Davey's title was
5  at that time?
6      A.  I don't.
7      Q.  When you refer to the health centers, are
8  you referring to the entire staff model HMO
9  organization, or are you referring to some part of
10 that organization?
11     A.  I'm referring to some part of the
12 organization.
13     Q.  By health centers are you referring to
14 hospitals, physician offices or both?
15     A.  I'm referring to physicians' offices.
16     Q.  Do you know how long Mr. Davey was in
17 charge of the staff model HMO physician offices?
18     A.  I don't remember exactly.
19     Q.  Is Mr. Davey still with the company?
20     A.  No.
21     Q.  Do you know when he left the company?
22     A.  It was in, I believe, 1990, early '90's,

Page 36

1  '91, '90 time frame.
2      Q.  Was Mr. Davey the one who was responsible
3  for bringing you on as a consultant?
4      A.  Yes.
5      Q.  In 1988 at the end of that seven-month
6  period when you were consulting, what did you do
7  next?
8      A.  I was hired by Blue Cross Blue Shield as
9  the executive director for the Medical East
10 Community health center site in Braintree.
11     Q.  Now when you refer to the community health
12 center, was that a hospital or a physician office?
13     A.  A physician office.
14     Q.  How many physicians were employed at the
15 community health center in Braintree?
16     A.  About 25.
17     Q.  Did those 25 doctors come from one area of
18 practice, or were they cross specialties?
19     A.  Cross specialties.
20     Q.  Did they include rheumatologists?
21     A.  Yes.
22     Q.  Oncologists?

Page 37

1      A.  No.
2      Q.  Hematologists?
3      A.  I don't remember hematologist.
4      Q.  Do you recall what areas of specialty were
5  represented?
6      A.  There were internal medicine physicians
7  with a variety of different sub specialties
8  including rheumatology, and I don't remember the
9  other sub specialties.  There were pediatricians.
10 There were surgeons and there were OB/GYN
11 physicians.  They were employed by the health
12 center, and then there were other physicians that
13 were brought into the health center under contract.
14     Q.  When you referred to 25 doctors earlier,
15 were you including the contracted physicians?
16     A.  No.
17     Q.  How many contracted physicians were there?
18     A.  I don't remember exactly, but somewhere
19 around probably six or seven.
20     Q.  What was the distinction between the
21 doctors who were employees versus contracted?
22     A.  The employed physicians were actually

Page 38

1 employees of Blue Cross Blue Shield of Massachusetts
2 and did not have practices outside of the health
3 center.
4        The physicians who were contracted
5 physicians were not employed by Blue Cross Blue
6 Shield and had practices outside of the health
7 center and then contracted with the health center to
8 come into the building and see patients who were
9 members of the staff model.
10    Q.  Was there any particular reason for using
11 both avenues to get physicians to treat members?
12    A.  Many of the physicians that were under
13 contract weren't needed on a full-time basis.
14    Q.  Did the contract physicians include any
15 oncologists?
16    A.  No.
17    Q.  You stated earlier that the community
18 health center you were responsible for was part of
19 Medical East, is that correct?
20    A.  That's correct.
21    Q.  What is Medical East?
22    A.  Medical East was Blue Cross Blue Shield

Page 39

1 part of its staff model organization.
2    Q.  There was also a medical West
3 organization, correct?
4    A.  That's correct.
5    Q.  Did Medical East deal with the eastern
6 part of the state and Medical West the western part
7 of the state?
8    A.  That's correct.
9    Q.  Did Medical East and Medical West form one
10 entity or were they separate groups?
11    A.  It was one entity that was actually called
12 Medical West.  Then there were the two divisions,
13 the East and the West.
14    Q.  So the staff model HMO was called Medical
15 West as a whole?
16    A.  Yes.
17    Q.  But Medical West actually had two parts,
18 one of which was Medical West, but the other was
19 Medical East?
20    A.  That's correct.
21    Q.  I wonder who thought of that.  When you
22 joined the BCBS of Massachusetts staff model HMO in

Page 40

1 1988, was it just getting started, or had it already
2 been in existence for some time?
3    A.  It had been in existence for some time.
4    Q.  Do you know when that organization was
5 created?
6    A.  I don't remember exactly.
7    Q.  Do you know whether it was in the late
8 '80's, early '80's, '70's?
9    A.  I don't remember.
10    Q.  How many health centers did the staff
11 model HMO consist of at the time you first joined it
12 in 1988?
13    A.  Medical East had a location in Braintree
14 at New England Deaconess, Norwood, Peabody and
15 Methuen, and then Medical West had three or four
16 locations, I don't remember exactly.
17    Q.  How long did you work for the staff model
18 HMO organization?
19    A.  Until 1991.
20    Q.  By 1981 had the number of facilities
21 increased, decreased or stayed the same?
22        MR. COCO:  You said '81.  Can you --

Page 41

1        MR. MANGI:  Sorry.
2    Q.  By 1991.
3    A.  The number had decreased.
4    Q.  To what extent had the number decreased by
5 1990?
6    A.  The location at New England Deaconess was
7 closed and, you know, I can't remember exactly.  The
8 Norwood location was also closed, but I don't
9 remember whether that was -- it was right around the
10 1991 time frame.  I can't remember whether it was
11 some time after '91 or still -- or before.
12    Q.  Are all of the facilities that you
13 described earlier, the five for Medical East and the
14 three or four for Medical West, were those all
15 physicians' offices?
16    A.  Yes.
17    Q.  Did Medical East or Medical West also own
18 any hospitals?
19    A.  No.
20    Q.  What happened when a patient who came for
21 treatment to one of these staff model HMO physician
22 office sites needed hospital treatment?

Page 42

1  A. They would be referred to a hospital that
2  the health center had a contract with.
3  Q. Did Medical East, Medical West own any
4  retail pharmacies?
5  A. No.
6  Q. So if a physician needed a self-
7  administered drug, it would be given a prescription
8  and would fill it at an outside retail pharmacy?
9  A. The health centers did have pharmacies,
10 but they were not the retail pharmacies. They were
11 used solely for the members of the health plan.
12 Q. Where were those pharmacies housed?
13 A. Within the health centers.
14 Q. So if a patient went to a health center,
15 got a prescription, he would then fill it at a
16 pharmacy within the same facility?
17 A. That's correct.
18 Q. If a doctor needed to administer a drug to
19 a patient in the course of an office visit, how
20 would the doctor get the drug?
21 A. It would be supplied by the pharmacy.
22 Q. By the pharmacy, you're referring to the

Page 43

1  same pharmacy within the facility owned by the staff
2  model HMO?
3  A. That's correct, unless it was a drug that
4  wasn't carried by that pharmacy and had to come from
5  an outside source.
6  Q. We spoke earlier about the number of
7  physicians employed at the Braintree site, around
8  about 25 plus six or seven contracted doctors. Were
9  all the health centers of approximately the same
10 size?
11 A. No, the health centers in the East were
12 smaller. Braintree was the largest health center in
13 the East.
14 Q. What was the smallest health center in the
15 East?
16 A. It was either Norwood or New England
17 Deaconess.
18 Q. Approximately how many physicians were
19 employed at those facilities?
20 A. Three or four.
21 Q. Now Braintree was the largest size for
22 Medical East, but was Braintree still smaller than

Page 44

1  all the sites at Medical West?
2  A. It was smaller than some of the sites in
3  the West.
4  Q. What was the largest site in the West?
5  A. I believe it was the Chicopee location.
6  Q. Do you know how many physicians were
7  employed at the Chicopee location?
8  A. I do not.
9  Q. Can you approximate the size of the
10 Chicopee's facility relative to Braintree? Was it
11 twice as big, three times as big?
12 A. It was at least twice as big.
13 Q. Your position as executive director for
14 the Braintree site, how long did you hold that
15 title?
16 A. Until 1991.
17 Q. Where did you move to in 1991?
18 A. I became, still within Blue Cross, the
19 regional executive director for HMO Blue.
20 Q. After 1991 did you work directly at any
21 sites owned by staff model HMO?
22 A. My office was not located in the staff

Page 45

1  model any longer.
2  Q. But, of course, as the regional executive
3  director for HMO you still dealt with the staff
4  model HMO?
5  A. That's correct.
6  Q. We'll get to that in a minute. Let me
7  state first with this '88 to '91 time period can you
8  describe for me, please, the structure of the
9  Braintree site?
10    I understand you were the executive
11 director, and I understand there were 25 employed
12 physicians, contract physicians. Who else worked at
13 that site?
14 A. There was a medical director who was a
15 physician who I worked closely with in terms of the
16 clinical aspects of the practice. There were also
17 administrative people in terms of finance, human
18 resources, health center operations, you know,
19 maintenance, those kinds of activities, and then
20 there were a variety of medical disciplines
21 including nurses, psychologists, social workers,
22 physical therapists and then people who did, you

Page 70

1  Q. If the membership was lower than forecast,
2  does that mean that fewer patients sought treatment
3  at the Braintree site that was anticipated?
4  A. That's correct.
5  Q. Wouldn't that lead to the site having
6  lower expenses versus higher expenses?
7  A. It had, you know, overhead that was the
8  space and staff and so forth that it wasn't covered
9  by the volume of members using the site.
10 Q. Well, how did the number of members that
11 used the site affect the budget of the site or the
12 amount of money that came to the site?
13 A. There were certain costs for the site that
14 were fixed, so those costs were those costs. There
15 were other costs that were determined based on a per
16 member, you know, per month or per member per year
17 basis, so it was a combination of both
18 methodologies.
19 Q. Now when you say certain -- when you refer
20 to the per member per month amounts, what are you
21 referring to there?
22 A. There would be an assumption that for

Page 71

1  every member there would be a certain amount of
2  hospital care utilized or, you know, office visit
3  care utilized, prescription drug utilized.
4      Those kinds of things were determined on a
5  per member, per month projection versus the cost of
6  the building which was fixed and known in terms of
7  the lease cost and operating costs of the building.
8  Q. Well, those were the two aspects that
9  built up into the forecast, right?
10     MR. COCO: Objection.
11 A. Those were two of the factors.
12 Q. So there was one amount that was forecast
13 in relation to the fixed expenses, and then there
14 was another amount that was forecast in relation to
15 the number of members who would receive treatment at
16 that site?
17 A. Right.
18     MR. COCO: Objection.
19 Q. Now if fewer than the anticipated number
20 of members sought treatment at the site, wouldn't
21 that result in a lower expenditure by the site?
22 A. Yes, it would, but it would also result in

Page 72

1  lower revenue being attributed to the site because
2  the revenue was determined based on the number of
3  patients and members who chose the site as their
4  site of care.
5  Q. That's the aspect of this I am trying to
6  understand. How was revenue, number one, determined
7  and then advanced and then calculated?
8      MR. COCO: Objection.
9  A. Revenue was determined based on the
10 premium that the health plan collected from the
11 members who selected the health center. There were
12 also some fee for service patients that were seen.
13 The health center did have a contract with the
14 Medicaid program, so it did see some Medicaid
15 members and received some revenue from Medicare as
16 well.
17 Q. Those premium payments would be made to
18 the central organization to BCBS of Massachusetts,
19 right?
20 A. Correct.
21 Q. Would that revenue then be somehow
22 transferred to the Braintree site or attributed to

Page 73

1  the Braintree site?
2  A. Attributed to the Braintree site.
3  Q. Now if the revenue that was attributed to
4  the Braintree site was less than had been
5  anticipated, in other words, if fewer patients chose
6  the Braintree site than had been anticipated, would
7  that affect the actuals number that was used in
8  assessing the profitability of the site?
9  A. Yes.
10 Q. How would it affect that actuals number?
11 A. If there were -- if there was less revenue
12 then there would be less, you know, revenue
13 contributed to the overhead. The overhead didn't
14 change, much of the overhead.
15 Q. So the actuals number was not comprised
16 just of expenses. It was the difference between
17 expenses and revenue attributed to the site, is that
18 correct?
19 A. Yes.
20     MR. COCO: I'll insert an objection.
21 Q. In 1991 you became the regional executive
22 director for HMO Blue, is that correct?

### Page 74

1  A. Yes.
2  Q. What were the circumstances in which you
3  moved from the Braintree site to the BCBS of
4  Massachusetts organization?
5  A. The company had made a decision that it
6  would take all of its existing HMO's, both staff
7  model and IPA group models, and combine them into
8  one HMO product and expand it to have a state-wide
9  presence, so I was asked to take a role within the
10 organization that was developing the HMO product.
11 Q. Was that product referred to as HMO Blue?
12 A. Yes.
13 Q. Can you describe in broad terms how HMO
14 Blue was different from what had existed prior and
15 how it functioned in the market?
16 A. Prior to HMO Blue, Blue Cross had a number
17 of HMO's that were sort of, you know, they were sold
18 as separate products and they were managed in
19 different ways within the organization. With the
20 development of HMO Blue the company had the desire
21 to combine all of its HMO entities into one entity
22 and one product and market it as one product and

### Page 75

1  make that product state-wide. The HMO's prior to
2  that did not provide state-wide coverage. There
3  were gaps in coverage across the state.
4  Q. So let me see if I understand this. Prior
5  to HMO Blue a member may sign up for a particular
6  product whereby he would receive his treatment at
7  the Medical East facilities, right?
8  A. Correct.
9  Q. Or he may sign up for another product and
10 then he would get his treatment at physician
11 practices outside of the staff model HMO?
12 A. Correct.
13 Q. After HMO Blue, how did things change from
14 the perspective of the individual patient who signed
15 onto that product?
16 A. The patient would sign onto HMO Blue and
17 then would have the choice of physicians, either any
18 physician who was part of HMO Blue which included
19 the physicians who practiced at the health centers.
20 Q. Now HMO Blue is just the name of the
21 product, correct?
22 A. Correct.

### Page 76

1  Q. Did Medical East, Medical West remain in
2  existence after the creation of HMO Blue?
3  A. They did for some time, but I don't
4  remember exactly when they stopped existing as
5  separate entities.
6  Q. Are you thinking of a time when a staff
7  model HMO ceased to be a part of BCBS of
8  Massachusetts, or are you thinking of a name change?
9  A. Both.
10 Q. Well, let's take them one by one. After
11 you left the Braintree site, what is your
12 understanding of the changes that took place in the
13 structure and organization of the staff model HMO?
14 A. The staff model HMO continued to operate
15 as -- I'm sorry -- discontinued to operate as a
16 staff model. Eventually the physician practices
17 that were owned by Blue Cross that were formally the
18 health center practices or staff model practices
19 were sold.
20 Q. Now when you refer to staff model stopped
21 operating and health centers being sold, are you
22 referring to one event one time period?

### Page 77

1  A. I believe they happened in separate time
2  periods.
3  Q. Well, what happened -- which came first?
4  A. The staff model stopped operating as a
5  staff model.
6  Q. What happened in the interim time period
7  between when it stopped operating as a staff model
8  and when the staff centers were sold?
9  A. The physicians and staff of those health
10 centers continued to be Blue Cross Blue Shield of
11 Massachusetts employees, but there was not a product
12 that was sold as a staff model HMO product, and the
13 health center stopped using the name, Medical West -
14 - I'm sorry, Medical East and Medical West, and the
15 physicians adopted practice names.
16    The Braintree health center became known
17 as the Braintree Medical Associates who were part of
18 HMO Blue.
19 Q. Now during that interim period the
20 physicians and other staff of the facilities were
21 still full-time salaried employees of BCBS of
22 Massachusetts, right?

Page 94

1   A. Strategies were developed to try to
2   negotiate with the providers that were needed.
3   Q. What were those strategies?
4   A. I don't remember them specifically, but it
5   was how the providers would be approached and who
6   would approach them and, you know, what the
7   alternatives were in the area if we couldn't get
8   particular providers to join the network.
9   Q. Was any consideration given to providing
10  additional amounts in reimbursement to incentivize
11  participation in the network?
12  A. I don't recall any discussion about
13  reimbursement.
14  Q. How long were you the executive director
15  for HMO Blue?
16  A. Until 1996, I believe.
17  Q. What position did you move to in 1996?
18  A. I became the deputy director of Blue Cross
19  Blue Shield of Massachusetts and New Hampshire, LLC.
20  Q. Let my pen catch up with that for a
21  second. There's a lot packed into that title. Can
22  you help me understand the various aspects of that?

Page 95

1   A. Yes. At that time Blue Cross of
2   Massachusetts and Blue Cross of New Hampshire had a
3   desire to work together to strengthen the regional
4   presence in the Blue Cross plans, and there was a
5   small group that was designated to work on what that
6   would look like, and I was one of those people.
7   Q. Was a particular entity created called
8   BCBS of Massachusetts and New Hampshire, LLC?
9   A. There was an LLC. The title was something
10  like what I described.
11  Q. What were the parameters under which the
12  two BCBS organizations wanted to work together?
13  A. Both plans would remain independent of one
14  another, but would collaborate on various activities
15  to improve our position in the marketplace or
16  improve our efficiency as organizations.
17  Q. Did any aspect of that collaboration
18  include the sharing of provider networks?
19  A. No.
20  Q. What sort of areas were encompassed by the
21  collaborative work?
22  A. Some of the health management programs,

Page 96

1   whether there were any opportunities to collaborate
2   on the administration of disease management and
3   other health management programs, you know,
4   purchasing kinds of discussions. I can't remember
5   any of the other things we looked at.
6   Q. What do you mean when you refer to
7   purchasing?
8   A. Supplies.
9   Q. Are you referring to gauzes, bandages,
10  things like that?
11  A. It would actually be more office supplies.
12  Q. Did that include drugs?
13  A. No.
14  Q. How many people were involved in that
15  collaborative effort?
16  A. Four.
17  Q. I take it one of them was the director?
18  A. Yes.
19  Q. And who were the two who worked below you?
20  A. There was another person who was at the
21  same level I was, Alan Rosenberg, and then there was
22  somebody who worked at the next level whose name was

Page 97

1   Sheila Buckley.
2   Q. Who was the person who was the director?
3   A. Sharon Smith.
4   Q. How long were you the deputy director of
5   that entity?
6   A. About a year and a half.
7   Q. Did the collaborative effort continue
8   beyond that?
9   A. No.
10  Q. So it lasted -- did it last in total for
11  that year-and-a-half time period?
12  A. Right.
13  Q. What was the conclusion of that
14  collaborative effort?
15  A. I don't know exactly what you mean.
16  Q. Were efforts at collaboration ended, or
17  were they made part of a different process?
18  A. They were made part of a different
19  process.
20  Q. And how was that change -- what was that
21  change structure?
22  A. I don't remember exactly how it was

Page 98

1  structured.
2  Q. Was Ms. Smith the director of that effort
3  throughout that time period?
4  A. For the year and a half, yes.
5  Q. In 1997, that ended in 1997, correct?
6  A. I believe it was 1997.
7  Q. Where did you -- what position did you
8  move to then?
9  A. Vice president for government programs.
10 Q. How long did you hold that position?
11 A. Until 2001.
12 Q. 2001?
13 A. Ah-hah.
14 Q. What were the government programs that you
15 were the vice president responsible for?
16 A. Responsible for the company's contract
17 with the Medicaid program and with federal
18 government for its Bluecare 65 product.
19 Q. Now what was the contract in relation to
20 Medicaid?
21 A. The Medicaid contracts with health plans
22 to enroll Medicaid recipients into their health

Page 99

1  plans. For some period of time Blue Cross was a
2  contracting health plan to Medicaid.
3  Q. Now in those situations what amount was
4  Medicaid paying to BCBS of Massachusetts in relation
5  to Medicaid patients who had enrolled in its
6  programs?
7  A. I don't remember the amount we were paid.
8  Q. How was it calculated?
9  A. It was calculated based on a formula that
10 the state, you know, used, and I don't remember the
11 details of the formula.
12 Q. Was it a capitated amount?
13 A. Yes.
14 Q. Were the Medicaid patients then enrolled
15 in a specific BCBS of Massachusetts product, or did
16 they have a choice of product?
17 A. They were enrolled in HMO Blue.
18 Q. Did the Medicaid patients have to pay
19 premiums to BCBS Massachusetts?
20 A. No.
21 Q. So their entire payment was made by the
22 Medicaid program to BCBS of Massachusetts?

Page 100

1  A. That's correct.
2  Q. Now the amounts that BCBS of Massachusetts
3  then reimbursed physicians who treated those
4  patients, were those the same amounts that were
5  reimbursed to physicians who were treating any other
6  HMO Blue patient?
7  A. I believe so.
8  Q. So BCBS Massachusetts did not reimburse
9  providers at the same rate as Medicaid would have
10 reimbursed them had the patient had direct Medicaid
11 coverage?
12 A. Correct.
13    MR. COCO: Objection.
14 Q. Do you know what methodologies of Medicaid
15 was used over time to reimburse providers in
16 Massachusetts treating Medicaid patients?
17 A. No.
18 Q. Do you have an understanding what
19 methodologies have been used at any time by Medicaid
20 in Massachusetts?
21 A. I believe they pay fee for service.
22 Q. Do you know how the amounts in the fee for

Page 101

1  service schedule are calculated?
2  A. No, I do not.
3  Q. Or derived?
4  A. No.
5  Q. How long did BCBS Massachusetts have the
6  Medicaid programs that we've been discussing?
7  A. For several years, but I don't remember
8  the exact time line.
9  Q. Did the program start when you became VP
10 for government programs, or did they already exist?
11 A. They already existed.
12 Q. Were the programs concluded, terminated
13 during your tenure as the VP for government
14 programs?
15 A. Yes.
16 Q. Some time in '97 to 2001?
17 A. Yes.
18 Q. Do you know when approximately?
19 A. I don't remember when.
20 Q. Now the BC65 product, that was a similar
21 product on the Medicare side, correct?
22 A. It was a --

26 (Pages 98 to 101)

# Exhibit 50

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF MASSACHUSETTS
 3
 4    ------------------------------------X
 5    MDL Docket No. 01CV12257-PBS        )
 6    ------------------------------------X
 7    IN RE:                              )
 8                                        )
 9    PHARMACEUTICAL INDUSTRY AVERAGE     )
10    WHOLESALE PRICE LITIGATION          )
11    ------------------------------------X
12
13        VIDEOTAPED DEPOSITION OF JAMES E. FANALE, M.D.
14                    Friday, June 9, 2006
15                   9:08 a.m. to 3:27 p.m.
16             Robins, Kaplan, Miller & Ciresi LLP
17                    800 Boylston Street
18                   Boston, Massachusetts
19
20          Reporter:  Lisa A. Moreira, RMR/CRR
21
22
```

Page 18

1 Shield," "BC/BS," I will be referring to the
2 Massachusetts entity.
3    A. Okay.
4    Q. Dr. Fanale, is there any reason you can't
5 testify truthfully and fully this morning?
6    A. No.
7    Q. Could you briefly describe for me your
8 educational background since graduating from high
9 school?
10    A. I attended college at the Pennsylvania
11 State University. I received a bachelor's degree
12 there. I went on to Chicago Medical School; received
13 my M.D. there. I came to Massachusetts and trained
14 in Worcester in an internal medicine residency
15 program and received -- became board eligible upon
16 completion of that training program and passed the
17 board certifying exam after that.
18        That's the educational history.
19    Q. And when did you graduate from Chicago
20 Medical School?
21    A. 1976.
22    Q. And what year was it you completed your

Page 19

1 residency and internship in --
2    A. 1979.
3    Q. Okay. Could you describe for me briefly
4 your professional background since -- well, you've
5 already done a bit, but since graduating from
6 medical school.
7    A. And remember, some of these years are not
8 going to be perfect.
9    Q. Fair enough. To the best of your
10 recollection.
11    A. To the best of my recollection, I, upon
12 completion of the residency program, chief residency
13 in Worcester Memorial Hospital -- and it's undergone
14 name changes over the years, but let's just leave it
15 at Memorial in Worcester -- I began practicing
16 internal medicine as an employed physician and had a
17 number of administrative functions including running
18 part of the training program for the residency
19 program there, developing a geriatrics academic,
20 clinical and research program for a number of years,
21 went on to become involved in administrative
22 leadership of the physician base group practice

Page 20

1 there for a number of years.
2        Then after some time there I moved on to
3 Blue Cross to become, at the beginning of my career
4 at Blue Cross, what was the title called senior vice
5 president, provider partnerships, then moved on to
6 the roll of chief medical officer.
7        I elected to leave there I think the end
8 of 2003/2004 to become the chief medical officer at
9 Mercy Hospital and subsequently become the chief
10 operating officer at Mercy Hospital in Springfield,
11 Mass.
12    Q. So after completing your residency and
13 internship at Memorial Hospital, you began working
14 there in roughly '79, I believe you said?
15    A. Uh-huh, yes.
16    Q. And how long did you work at that
17 hospital?
18    A. From 1979 to sometime I would say --
19 actually, probably 1999 when I went to Blue Cross.
20 There was a few months of doing both jobs, et
21 cetera, but essentially that's the time frame.
22    Q. So you began working at Blue Cross/Blue

Page 21

1 Shield of Massachusetts roughly in '99?
2    A. I think it was in June of '99.
3    Q. And what was your initial position there
4 again?
5    A. I was the senior vice president for
6 provider partnerships.
7    Q. And at some point in time you said you
8 became chief medical officer there?
9    A. Uh-huh, yes.
10    Q. What year was that?
11    A. I'd guess 2001, but that's my -- to the
12 best of my memory.
13    Q. And then in roughly 2000 -- end of
14 2003/2004 you said you left Blue Cross/Blue Shield
15 to go to Mercy Hospital?
16    A. Correct.
17    Q. And you're still there?
18    A. Yes.
19    Q. And initially you were the chief medical
20 officer there?
21    A. Yes, at the system level, which is a large
22 system with a behavioral health hospital, acute

Page 82

1  in this strategy, and the fact that really -- again,
2  to my recollection, the first -- and I referred to
3  the first category of drugs being the hemophilia
4  factor, there wasn't much -- there was some
5  discussion with some providers -- for instance, it
6  could have been one of the Boston-based providers
7  who had a hemophilia center -- in terms of ensuring
8  that we didn't get in the way of their provision of
9  care for these patients. And, in fact, to the best
10 of my memory, there was one discussion -- it was
11 either at Children's or the BI, and I really don't
12 know which -- that had a significant issue with us
13 doing this. If we couldn't work it out, we probably
14 wouldn't do it if it was going to interfere with the
15 care of the patients.
16      But we didn't get to the level of spending
17 a lot of time with physicians when I was there
18 because we didn't go into the -- we hadn't gotten to
19 the point of contacting those providers who used the
20 other drugs or the more commonly used drugs. So,
21 for instance, we hadn't gone to talk to the
22 oncologists yet, because that wasn't -- that wasn't

Page 83

1  on the list to go to at that point in time.
2      So really, it was a limited provider
3  discussion because we were only doing -- like I
4  said, the first round was hemophilia. And I'm sure
5  if we go through this there may have been another
6  one that will come up in my memory that we looked
7  at. But to the best of my knowledge, the first one
8  was like the hemophilia-clotting factor.
9      And also, probably we looked at -- but my
10 memory -- but we couldn't really exact much of a
11 savings, was on the enzyme deficiency drugs; you
12 know, for Gaucher's disease and those things.
13 Remember, you have two or three members who get
14 those drugs, and they're very highly specific, and
15 you don't have a lot of leverage in negotiating
16 price since there is only one drug. Okay?
17      So those are the kinds of levels of drugs
18 we looked at when I was there.
19   Q. And that drug you were just referring to
20 where you said you probably couldn't realize much of
21 a price savings or discount, is that because you
22 wouldn't be buying the types of volume you might be

Page 84

1  on some of the other drugs?
2   A. Yes, because it's a single-source drug,
3  meaning only one place makes it. It's a very small
4  number of patients, thankfully, that need it, and
5  they have to have it, so the utilization has to be
6  there.
7      The only way you'd extract a price
8  reduction on that is if you have a supplier that
9  sells all bunches of other stuff, and you decide to
10 buy a whole bunch of stuff from them, that you might
11 be able to exact a price decrease for that drug, but
12 that's why.
13   Q. Do you know -- well, let's take, for
14 example, oncologists and some of the chemotherapy
15 drugs that would be administered in their office.
16      Do you know when they purchase these drugs
17 directly and administer them in their offices, are
18 they making a profit off of the purchase and the
19 subsequent reimbursement of these drugs?
20   A. Let me sort of answer that with the amount
21 of information I have. It is -- you know, from my
22 experience, which I'll talk about, and also from the

Page 85

1  last couple of years when you've looked at
2  reimbursement for this, there's been, again, some
3  publications and some things in the press about
4  oncologists concerned about Medicare controlling the
5  costs of these drugs in their offices to the extent
6  they now have -- they've increased reimbursement for
7  the administration of those drugs by nurses in their
8  offices to try to offset any potential loss they may
9  have.
10     So in a roundabout way, it's fairly common
11 knowledge. I think they're out in the field that on
12 some drugs they're able to probably extract a profit
13 off of administrating the drugs -- administering the
14 drugs in their offices. It's common knowledge, I
15 think, through -- if you look at the AMA news and
16 other things, there's been a lot of discussion about
17 this. If Medicare wants to control the price of
18 oncologic drugs in the office, will physicians still
19 want to deliver them in their office? And they
20 can't continue to run their practices without that
21 profit center, if you will; therefore, Medicare
22 increased the payment for the administration of

Page 86

1  those types of drugs to help offset the costs
2  involved in delivering those drugs in offices.
3      So with that, and with some knowledge I
4  have from Blue Cross, it's pretty understood, there
5  must be some financial benefit, the extent of which
6  I can't say, to administering drugs in the office.
7      The other knowledge that I have about this
8  is that it's like most things. Some drugs you could
9  probably earn more of a profit off than others in
10 terms of oncologists. But exactly the level of that
11 gain, I'm sure we'll talk a little bit more about
12 it, but I -- the knowledge I have is focused and
13 limited.
14     Q. And as you said, it's not a controversial
15 proposition --
16     A. Right.
17     Q. -- that these doctors, you know, wouldn't
18 be administering these drugs if they weren't
19 realizing some type of profit, whatever level that
20 is, correct?
21     A. Or that the costs of delivering the
22 service were at least reimbursed. You know, you

Page 87

1  could look at it both ways. One is, I'm not going
2  to do it at a loss; I will do it as a profit. So
3  those are the arguments out there.
4      You know, the oncologist will say, "I
5  can't afford to give them if you don't allow me this
6  potential profit"; and Medicare's saying, "Okay.
7  Well, we'll increase the price of administering the
8  drug's costs -- reimburse you for administering the
9  drugs, and -- as we decide whether we're going to
10 limit the potential profit." So it's both sides of
11 that coin.
12     Q. So it's fair to say that in the past the
13 actual reimbursement that these physicians were
14 receiving for the administration of these drugs in
15 their offices was not sufficient to cover their
16 costs?
17     MR. HARRINGTON: Object to the form. Go
18 ahead.
19     A. Would you ask it again?
20     Q. Sure.
21     MR. DUFFY: Could you read the question
22 back.

Page 88

1      Q. Let me know if you don't understand it.
2  I'll rephrase it.
3      A. I just want to hear it again. That's all.
4          (Question read)
5      Q. Let me clarify that.
6      A. Yes.
7      Q. When I'm saying the reimbursement they're
8  receiving, I'm specifically talking specifically for
9  the administration -- not the overall reimbursement,
10 but specifically for the administration of the drug
11 in the office setting.
12     A. That's why I wanted it clarified.
13        That's what they say, okay? Based on
14 oncologic practice where, you know, you have to have
15 nurses, you have to have a pharmaceutical hood and
16 those kinds of materials to administer the -- I
17 don't have any reason to say they're wrong, but I
18 don't have anything that would say -- tell me,
19 here's what it really costs, here's what -- so it
20 makes sense to me, but I couldn't validate whether,
21 in fact, that statement's true or not.
22     Q. Okay. And the general understanding,

Page 89

1  then, is, if, you know, they are not being
2  reimbursed sufficient amounts specifically for the
3  administration of the drug to cover their
4  administration costs, that they're covering that on
5  the other side from the profit they're making from
6  the purchase for the drug itself?
7      A. That's the content --
8      MR. HARRINGTON: Object to form.
9      A. That's the contention.
10     Q. Do you have any reason to object to that
11 contention or disagree with it?
12     A. I don't have any reason to agree or
13 disagree. You know, I'd rather be able to look at
14 it and see, in fact, what I believe, and what I
15 don't believe. The question then becomes, is it a
16 balance, is it -- is it that they make more profit
17 than the cost, and how much is that profit? Again,
18 you know, it's in the eyes of the beholder. But
19 I've never looked at it, so I couldn't say.
20     Q. So that's an issue that you never looked
21 at when you were at Blue Cross/Blue Shield?
22     A. Never was -- never had the ability to look

Page 134

1 you get. The physicians in this marketplace
2 frequently complain that Medicare rates are too low,
3 and, you know, the commercial insurers usually pay
4 more than Medicare.
5     When I was at Blue Cross, early on in that
6 tenure we were at the Medicare fee schedule for
7 physician services. We were frequently criticized
8 for being too low. Historically there were some
9 Medicare rates in terms -- I'll take the
10 proceduralist versus the nonproceduralist argument.
11 You know, years ago Medicare used to pay a heck of a
12 lot more for cataract surgeries then than it does
13 now, so some of us that didn't do those kind of
14 things thought that Medicare overpaid for certain
15 services.
16     So in aggregate, I'd say the general feel
17 on the street is Medicare is probably a bit too low.
18 The commercials are -- commercial insurance
19 companies are thought to have to be higher to make
20 up for that. But it depends upon who you speak
21 with. If you speak with the physicians, it's too
22 low.

Page 135

1     The last time somebody asked you if your
2 rates were too high, did you say no? You don't have
3 to answer that.
4     That's like compensation. Do you get paid
5 enough? People always want to get paid more. But I
6 think the general understanding is they're probably
7 a bit on the low side, Medicare. And the commercial
8 insurance payments are different state to state,
9 plan to plan. So Blue Cross in Massachusetts rates
10 may be 10 percent higher than Medicare, whereas in
11 Tennessee they could be 20 percent higher. So it
12 depends upon the region you're in.
13     Q. How about your views on Blue Cross/Blue
14 Shield's reimbursement rates for physicians?
15     A. At the time I was there? Now?
16     Q. Yes, at the time you were there.
17     A. I thought that we needed to have a
18 strategy to increase the rates to demonstrate that
19 we listened and valued what our physicians were
20 saying. I thought that our rates needed to be
21 competitive with our marketplace, Medicare being one
22 of the players, but I wanted to make sure that we

Page 136

1 were at least at or a bit above our two principal
2 competitors at that time being Tufts and Harvard.
3     Now, fee schedules notwithstanding, it's
4 hard to compare one fee schedule to the next unless
5 you have the same reimbursement floor in terms of
6 all codes, if you will. So our strategy was that we
7 were -- when I was there it was, we were at
8 Medicare, and the strategy was moving that we would
9 be higher than Medicare, with the goal being at
10 least competitive with our two principal competitors
11 in the commercial market here or a bit above.
12     So at that time I thought we were a bit
13 low, and we needed to get there, and we did over
14 time.
15     Q. Do you know approximately how much higher
16 Blue Cross/Blue Shield's reimbursement rates were
17 than Medicare's?
18     MR. HARRINGTON: Physician services?
19     MR. DUFFY: Generally for physician
20 services.
21     THE WITNESS: Now, I have to ask the
22 question, is -- and I don't know the answer to this,

Page 137

1 so... Seeing that this is a corporate issue, and
2 it's corporate -- I mean, it's a corporate secret --
3 I mean, it's not publicly acknowledged, I don't know
4 what I can say at that time and what's legitimate
5 for me to say.
6     MR. HARRINGTON: I think you can give a
7 general general answer with the understanding that
8 the transcript's been deemed confidential.
9     THE WITNESS: Okay. All right. That's
10 fine.
11     MR. DUFFY: Just for your information,
12 there's a protective order in place.
13     THE WITNESS: Okay. I just -- that's what
14 -- I just wanted to make sure.
15     A. At the time when I was at Blue Cross, the
16 Medicare fee schedule and Blue Cross's were pretty
17 similar, but by the time I left there in '03 it was
18 probably a few percentage points above Medicare, so
19 maybe the factor was 1.03 or so. I couldn't tell
20 you exactly how we stacked up against our
21 competitors, but on some fees we were the same, some
22 we were lower, some we were higher. But on the

Page 182

1  A.  Yes. I don't want to say what I said
2  before. That is one of the stupidest questions I've
3  ever heard, but -- I don't want to insult you, but,
4  of course, everybody monitors.
5  Q.  Okay. And what efforts do they undertake
6  to monitor their competitive position?
7  A.  Well, certainly you monitor whatever
8  information you have available to you. You know
9  what your size is. You try to hear what your
10  brokers are out there selling and what they're
11  hearing. Whatever competitive intelligence you can
12  get legally. You know what I mean?
13       You can't -- you know, if -- with the
14  RBRVS system, if Blue Cross publishes its conversion
15  factor, and Harvard Pilgrim publishes a conversion
16  factor, and they stayed purely to the RBRVS system,
17  you can tell what Harvard Pilgrim's paying. The
18  problem is, do they have different conversion
19  factors per physician group? That's when it
20  changes.
21       But if generically you have one fee
22  schedule, use RBRVS, and you have a conversion

Page 183

1  factor, anybody -- any competitor of Blue Cross's
2  now can tell us what our fee schedule is, can tell
3  Blue -- can tell what Blue Cross's fee schedule is.
4  Just by knowing the conversion factor, you know what
5  the fees are, assuming there's one conversion
6  factor.
7       So competitive intelligence being what it
8  is, you can get some of that just by deduction.
9  Q.  So is it typically the case that these
10  different private health insurers publish their
11  conversion rates, or it's publicly available
12  information?
13  A.  Blue Cross's position was to publicly --
14  well, Blue Cross's position was to send a letter out
15  to its providers telling what his conversion factor
16  was, and the provider could read and figure out --
17  look at the codes, they could figure out what the
18  fee schedule was.
19       It wasn't that it wasn't -- they didn't
20  put in the newspaper, but it was readily obtainable.
21  It wasn't private.
22  Q.  But aside from that publicly available

Page 184

1  conversion factor, I understand from your testimony
2  there might have been more closely held different
3  conversion factors for different provider networks
4  or groups?
5  A.  For Blue Cross there was one conversion
6  factor and held firmly to one -- at that time one
7  fee schedule for all providers. There was some --
8  and when Harvard Pilgrim would publish their fee
9  schedule, there was a lot of consternation and
10  concern that they probably had more than one
11  conversion factor; that, in fact, it wasn't the same
12  as Blue Cross. So that's what our competitive
13  intelligence told us.
14  Q.  And in monitoring its competitive position
15  with respect to the other health insurers, is the
16  reimbursement rates that it provided to providers
17  something that Blue Cross/Blue Shield looked at?
18  A.  You couldn't really obtain that. I mean,
19  that's private information. I mean, you could have
20  some guesstimate from what someone told you, but
21  it's all hearsay. There's no way you could obtain
22  that documentation legally. In other words, no one

Page 185

1  -- we didn't know what every other hospital got paid
2  from another health plan.
3       Now, you may go negotiate with a hospital,
4  and they'd say, "Tufts is paying us $1,000 for this
5  procedure," and you'd sit there and go, "Okay, I
6  don't believe anything you're telling me because
7  you're saying that so I'll give you more."
8       So you really couldn't obtain pricing from
9  other health plans.
10  Q.  So that was typically not readily
11  available information?
12  A.  No, it's not. No, it's not.
13  Q.  Do you know, from your experience at Blue
14  Cross/Blue Shield, did it ever try to -- you or
15  others at Blue Cross/Blue Shield try to obtain
16  information about the acquisition costs of
17  physicians --
18  A.  Acquisition costs.
19  Q.  -- with respect to physician-administered
20  drugs?
21  A.  You know, did we -- no, I mean -- I'm
22  trying to remember what I can tell you about this.

47 (Pages 182 to 185)

Page 186

1  I mean, first off, there was no process, plan,
2  strategy, program to try to investigate exactly what
3  people were getting paid, what physicians were
4  getting paid for physician-administered drugs. It
5  was commonly understood that some of the -- some
6  drugs in physician's offices could be paid at X
7  percent below AWP, maybe 40 or 50 percent, where
8  some of the newer drugs they may be paying 100
9  percent of AWP, so --
10         THE COURT REPORTER: They may be paying
11 100 percent over what?
12         THE WITNESS: They may be paying 100
13 percent of AWP --
14         THE COURT REPORTER: Oh.
15         THE WITNESS: -- for their drugs.
16     A. They may be paying 40 percent for some
17 drugs. There was -- and this was not just for Blue
18 Cross, but if you got into some of the medical
19 literature and the AMA News and that stuff, you
20 could hear about the range of costs of drugs in
21 offices. We did not have a concerted effort to find
22 out what they were.

Page 187

1      I remember early on in my experience there
2  that we met with one oncology group that complained
3  about the 95 percent AWP, and I was pretty green
4  when I went down there and sort of made an effort to
5  say, "Gee, you guys are cutting my costs, and you
6  can't continue to do this."
7      I got back and -- then we had discussion
8  that -- you know, again, it was early on in my
9  career there, not really knowing what was going on,
10 but there was a range which was explained to me.
11 There was a range in costs of drugs in physicians
12 offices, but I didn't -- you know, as far as
13 specific costs for a specific practice, no.
14    Q. But it was fairly well known, like you
15 said generally, the range of costs that these
16 physicians were obtaining these drugs at with
17 respect to percentage discounts off of AWP?
18    A. See, the --
19         MR. HARRINGTON: Objection. Go ahead.
20    A. See, the problem with that is -- so if
21 they -- you know, the problem with really knowing
22 the truth about that is, so Dr. X could administer a

Page 188

1  protocol of three different drugs that maybe had a
2  range of costs of 60 percent to 95 percent to 105
3  percent, and then another patient it may be all at
4  100 percent.
5      So not knowing specifically what the
6  particular utilization of a percentage of drugs they
7  used, there's no way to know that. You know, what's
8  their mix of patients? What kinds of tumors are
9  they treating? What kinds of new drugs are they
10 using when they had to pay 100 percent versus 40
11 percent?
12     I expect they're doing okay, but I can't -
13 - I don't know specifically.
14    Q. So it's correct to say, though, that in
15 setting the reimbursement rates and fee schedules,
16 that the acquisition costs of the physicians for
17 these physician-administered drugs were not taken
18 into account?
19    A. No, it's -- you know, I can't -- you know,
20 I'm trying to figure out how to answer your question
21 as precisely as I can, but the 95 percent AWP
22 followed Medicare. As far as programs in the future

Page 189

1  to try, to modulate the cost of those, there would
2  be no information in hand to make that decision. So
3  I'm not saying they ignored it, but it hadn't gotten
4  to the next level of doing that.
5     Q. Dr. Fanale, I'd like to ask you some
6  questions about some e-mails that have been produced
7  by Blue Cross/Blue Shield that you are either sent
8  or received or were cc'd on.
9         MR. DUFFY: And I'm marking as Exhibit
10 Fanale 008 a copy of an e-mail chain that was
11 produced by Blue Cross/Blue Shield that's Bates-
12 stamped 0048 through 0051. I'm going to ask you a
13 series of questions about different portions of the
14 e-mail. If you want to take some time to take a
15 look at it, that's fine.
16         (Exhibit Fanale 008, BCBSMA-AWP-00048
17 through BCBSMA-AWP-00051, marked for identification)
18    Q. And these e-mails concern an issue that
19 came up with Dr. Kagan with MASCO, which is
20 Massachusetts Society of -- Oncologist Society; is
21 that correct?
22    A. I think it's the Massachusetts Society of