# Tab 1

209

1    A.    No.  This markup factor is the
2    differential between our wholesale and
3    non-wholesale list price.
4    Q.    In the same document on the last page
5    in item 18, that talks about reviewing AWPs for
6    reasonability and I believe that Mr. Matt asked
7    you about that on direct.
8          Do you recall that?
9    A.    Yes, I do.
10   Q.    What do you understand reasonability
11   to mean in that context?
12   A.    Again, reasonability, we publish an
13   internal price list which has the AWPs and we
14   reference who establishes those and because we
15   are manually, we are actually taking those and
16   keying them in, we need to make sure that we
17   actually have taken the correct price from the
18   documents provided from the data services.
19   Q.    Have you ever suggested any change in
20   an AWP to a publication to correct anything
21   other than typos?
22   A.    No.

Denise M. Kaszuba    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    August 18, 2005
New York, NY

210

```
 1      Q.    So when you are talking about
 2   reasonability here, are you basically talking
 3   about typos?
 4      A.    I am talking about typos, correct.
 5      Q.    Take a look once again at Exhibit Kaszuba 010.
 6      A.    Okay.
 7      Q.    Take a look at the last page of the
 8   document.
 9            Do you see there adjacent to "List of
10   Customers" there two question marks?
11      A.    Correct.
12      Q.    Does this suggest to you that this may
13   have been a draft?
14      A.    Correct.
15      Q.    Now, this document on the second page,
16   and I think this was the case with a number of
17   documents we reviewed today, refers to special
18   offer list prices.
19            Can you tell me which BMS products
20   were subject to special offer prices?
21      A.    The products affected by the special
22   offer list prices were for Apothecon and they
```