# Tab 2

whatever mark up factor they deemed appropriate. Beginning in August 2001, BMS began to send a single list price to the Publications, to which the Publications applied a mark up factor to arrive at an AWP.

3. In 1992, I was directed to send the attached document to the Publications. That document states, in substance, that the mark up factor for determining AWP on BMS oncology drugs should be changed from 20.5% to 25%. The Redbook made that change, but First Data Bank and Medispan did not make that change. To the best of my knowledge, that is the only time BMS has made such a request, and given my position in the company, I would have known about any such request if it was made.

4. In 2002, First Data Bank changed the mark up factor that it used to calculate the AWP for certain drugs to 25%. BMS did not ask First Data Bank to do that, and we received no advance communication from First Data Bank that it was going to make that change. BMS first learned that First Data Bank had made that change when a customer pointed it out, and I was asked to communicate with First Data Bank to determine what had happened. I had a telephone conversation with Kay Morgan of First Data Bank in which she informed me that First Data Bank had decided to change the mark up factor on its own. The Redbook did not change its mark up factor at that time.

*[signature]*
Denise M. Kaszuba

Sworn before me this 18th day
of February, 2004

*[signature]*
Notary Public

JANICE ARMENANTE
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 12-11-09

2

mNY - 58559/0059 - 826334 v1