# Tab 3

Author: Denise M Kaszuba at ~PGRSM34P
Date:   7/10/96  4:30 PM
Priority: Normal
Receipt Requested
CC: Steven C Sembler at ~PGRSM16P
TO: Timothy D Wert at ~PGRSM15P
TO: George A Kegler at ~PGRSM11P
CC: Frances E Hamer at ~PGRSM36P
CC: John C O'Leary at ~PGRSM14P
BCC: Barbara C Goetz at ~PGRSM33P
Subject: Re: AWP Calculations
------------------------------------------- Message Contents -------------------------------------------

Tim,

The AWPs' published by First Data Bank, Medispan and Redbook are
established by any of the 3 methods below:

    1.   Manufacturer supplies the Average
         Wholesale Price

    2.   Manufacturer supplies the Average
         Wholesale Factor

    3.   The Data Services through wholesale
         surveys calculates the AWP factor  by
         the weighted average of all average
         wholesale factors received from the surveyed wholesalers.
         The manufacturers responsibility is the supplying the
         current wholesale list price.

Bristol-Myers Squibb's general policy is Method 3  with one exception.
Mid 1992 BMSOI requested an  AWP factor  change of 25%.  First Data
Bank and Medispan chose to resurvey the wholesalers and declined the
request since our general policy is method 3.   Both MediSpan and
First Data Banks policy is not to mix and match methods within a
Manufacturer.   Redbook  accommodated our request upon receipt of
written notification.

In reviewing AWP factors for Bristol-Myers Squibb very little movement
has occurred within the past 10 years.

I am forwarding to you via intercompany mail the following items:

         Understanding AWP published by First Data Bank.
         Lotus Spreadsheet containing AWP factors established by the
         Data Services for BMSOI.

As a follow-up I will contact you Tuesday of next week.


Denise

_____ Reply Separator _____
Subject: AWP Calculations
Author: Timothy D Wert at ~PGRSM15P
Date:   6/24/96 5:36 PM


Denise, would you explain the process and formula whereby AWPs are
established by Red Book, Medispan and First Data Bank for drugs in
general.  The formula used by the pricing sources, how is that
derived, e.g.:  distributor surveys, overhead factors for drugs, etc.
What are the current manufacturer mark-up factor is for BMSO for the
different sources? How often are the revised or recalculated?  Thank
you for your help.  We are attempting to gain a full understanding of
this area.


Tim

Trade Secret/
FOIA Confidential

BMY0000771                          PLB/007

BMS - 0012628