Tab 5

Meredith Rosenthal, Ph.D. CONFIDENTIAL   February 23, 2006
Cambridge, MA

383

1   Q. I think another way you can verify that is
2   by looking at Page 19 of this document, which
3   Exhibit Rosenthal 015. You'll see that there is a
4   reference there to the wholesale list price --
5   A. I see that.
6   Q. -- and the wholesale list price for
7   Vepesid is $109.19?
8   A. I see that.
9   Q. And if you look at the AWP for Vepesid in
10  Exhibit Rosenthal 016 the AWP was $136.49, correct?
11  A. I see that.
12  Q. So $109.19 was the equivalent of the WAC
13  and $136.49 was the AWP, correct?
14  A. That's what it appears to be, yes.
15  Q. So the proposal in this document for a
16  premium list price for Etopophos of $125.57 would
17  relate to the WAC, not the AWP?
18  A. I see that. Yes.
19  Q. Can you tell from Dr. Hartman's Exhibit
20  Hartman 016 what list price was actually selected for
21  Etopophos?
22  A. Right. It would appear that the actual

Meredith Rosenthal, Ph.D. CONFIDENTIAL        February 23, 2006
Cambridge, MA

384

1  Etopophos price is lower than that suggested in
2  this document by $20 or $30, something like that.
3       Q. Right. If the AWP for Etopophos was
4  $124.14, then the list price -- I will tell you I
5  have done the math -- would have been $99.31?
6       A. It sounds very reasonable.
7       Q. The alternative strategy of establishing a
8  premium list price for Etopophos was not
9  implemented either, correct?
10      A. Not as described in this document, no.
11      Q. Now, do you have any understanding of the
12 extent to which BMS in fact discounted below the
13 list price for Etopophos?
14      A. I have reviewed all these ASPs.
15           I don't have all of them committed to
16 memory. I would be happy to look at it with you.
17      Q. Okay. Why don't we do that. I think if
18 you look at Attachment G.2.A of Exhibit Rosenthal 016.
19      A. Okay.
20      Q. You have Dr. Hartman's calculation of
21 those numbers.
22      A. I see that.