Tab 8

## Conclusions

- AWPs can confuse the understanding of pricing within the US pharmaceutical system
- AWPs are outside of the control of BMS but do effect the way that customers view the cost of our products
- We need to be wary of using AWPs because the name is misleading

Confidential Draft

Global P&R



Highly Confidential

BMS/AWP/00442097