# Tab 9

222

1     the publications calculated AWPs?
2     A.    No.
3     Q.    What would happen if BMS simply
4     refused to send anything to the publications?
5     A.    Those products would not be eligible
6     for prescribers.
7     Q.    Wouldn't be able to sell any product?
8     A.    They would not, they would not.
9           MR. EDWARDS:  No further questions.
10          MR. MATT:  No further questions.
11          Thank you.
12          (Time noted:  4:32 p.m.)
13
14          _____
15                    DENISE M. KASZUBA
16
17    Subscribed and sworn to before me
18    this ___ day of _____, 2005.
19
20    _____
21
22