# Tab 10

Tretter 4/6/06 Declaration
Exhibit 5

Dianne C. Ihling                                        August 12, 2005
                              New York, NY

                                                                    124

1    specific detail, so.  They look familiar.
2         Q    Let me point out a couple of
3    sentences on one of them.  Let's look at the one
4    that has the Bates number beginning 00337310.  It
5    looks like this.
6         A    That's the fourth document.
7         Q    And on the second-to-last page.
8         A    Can I have the number, please?
9         Q    The number at the bottom is
10   00337314.
11        A    Okay.
12        Q    Number 4 says Package Insert, and
13   I'll just read it.  It says, Redbook, FirstData
14   Bank and MediSpan require package inserts along
15   with prices to input in each national direct
16   database.  Pricing Support is responsible for
17   providing product and pricing information to the
18   three data services.  If product is not added, the
19   following occurs.
20             Bullet point.  It says, The AWP
21   (Average Wholesale Price) is not established.
22   And then in bold point, Reimbursement of drug

                                                              125
1    cost by insurance companies directly or through
2    third-party payers is denied without product
3    information and AWP.
4              In your experience would you agree
5    with that statement?
6         A    In my experience it's important for
7    the data services when a new product is launched
8    or a new package of a current formulation is
9    launched that they receive information about the
10   product, its packaging and the Wholesale List
11   Price so that they can put that into their system.
12   Without that the product would not, the data
13   services would not transmit the information to
14   their downline customers and they would not be
15   aware that the product is available.
16        Q    Okay.  And the next page, which is
17   the last page of this document, it's Bates
18   numbered 00337315.  It's the highlighted
19   paragraph.  It says -- that's kind of like one of
20   the last paragraphs, The purpose for this
21   exception.
22        A    Okay.