# Tab 11

Attachment G.2.b: Bristol-Myers Squibb Annual AWPs

| NDC | Drug | Description | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00015301020 | Blenoxane | BLENOXANE INJ 15 UNIT VL | 265.66 | 276.29 | (291.49) | (304.60) | 304.60 | 304.60 | 304.60 | 304.60 | 304.60 | 304.60 |
| 00015301026 | Blenoxane | BLENOXANE INJ 15 UNIT VHA | | | | 304.60 | 304.60 | 304.60 | 304.60 | 304.60 | 304.60 | 304.60 |
| 00015306301 | Blenoxane | BLENOXANE INJ 30 UNIT VL | | | | 609.20 | 609.20 | 609.20 | 609.20 | 609.20 | 609.20 | 609.20 |
| 00015306326 | Blenoxane | BLENOXANE INJ 30 UNIT VHA | | | | 609.20 | 609.20 | 609.20 | 609.20 | 609.20 | 609.20 | 609.20 |
| 00015050001 | Cytoxan | CYTOXAN FOR INJ 100 MG | | | | | | | | | | |
| 00015050041 | Cytoxan | CYTOXAN INJ 100MG | 4.91 | | 5.31 | 5.31 | | | | | | |
| 00015050141 | Cytoxan | CYTOXAN INJ 200MG | 9.34 | (9.73) | 10.11 | 10.11 | | | | | | |
| 00015052041 | Cytoxan | CYTOXAN INJ 1X500MG VIAL | 19.61 | (20.43) | 15.25 | 15.25 | 15.25 | 15.25 | 15.25 | 15.25 | 15.25 | 15.25 |
| 00015050241 | Cytoxan | CYTOXAN TABS 50MG | 265.34 | (275.95) | (291.13) | 304.23 | 317.91 | 342.18 | (389.68) | 431.66 | 431.66 | 431.66 |
| 00015050302 | Cytoxan | CYTOXAN TABLETS 50MG | 2,527.10 | 2,628.19 | 2,772.74 | 2,897.51 | 3,027.90 | 3,259.08 | 3,711.44 | (4,111.35) | 4,111.35 | 4,111.35 |
| 00015050303 | Cytoxan | CYTOXAN TABLETS 50 MG | 303.90 | 315.45 | | | | | | | | |
| 00015050348 | Cytoxan | CYTOXAN TABS 50MG | | | | | | | | | | |
| 00015050401 | Cytoxan | CYTOXAN TABS 25MG | 144.56 | (158.63) | (165.76) | (173.23) | (186.45) | (212.34) | 235.21 | 235.21 | 235.21 | |
| 00015050541 | Cytoxan | CYTOXAN PINJ 1X1G VIAL | 39.22 | (40.85) | 42.49 | 42.49 | 42.49 | 42.49 | 42.49 | 42.49 | 42.49 | |
| 00015050641 | Cytoxan | CYTOXAN INJ 1X2GM VIAL | 78.46 | (81.73) | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 | |
| 00015053910 | Cytoxan | CYTOXAN 100MG LYOPH W/CYT | 6.20 | 6.20 | 6.45 | 6.45 | 6.45 | 6.45 | 6.45 | 6.45 | 6.45 | |
| 00015053941 | Cytoxan | CYTOXAN LYOPHILIZED 100MG | 6.20 | 6.20 | | | | | | | | |
| 00015054610 | Cytoxan | CYTOXAN 200MG LYOPH W/CYT | 11.78 | 11.78 | (12.25) | 12.25 | 12.25 | 12.25 | 12.25 | 12.25 | 12.25 | |
| 00015054641 | Cytoxan | CYTOXAN LYOPHILIZED 200MG | 11.78 | 11.78 | | | | | | | | |
| 00015054710 | Cytoxan | CYTOXAN 500MG LYOPH W/CYT | 24.73 | 24.73 | | | | | | | | |
| 00015054712 | Cytoxan | CYTOXAN LYO 500MG VL VHA | | | | | | | | | | |
| 00015054741 | Cytoxan | CYTOXAN LYOPH 500MG | 24.73 | 24.73 | (25.71) | 25.71 | 25.71 | 25.71 | 25.71 | 25.71 | 25.71 | 25.71 |
| 00015054810 | Cytoxan | CYTOXAN 1GM LYOPH W/CYTOG | | | | | | | | | | |
| 00015054812 | Cytoxan | CYTOXAN 1G 6X50ML VHA+ | 49.45 | 44.95 | | | | | | | | |
| 00015054841 | Cytoxan | CYTOXAN LYOPHILIZED 1GM | 49.45 | 44.95 | (51.43) | 51.43 | 51.43 | 51.43 | 51.43 | 51.43 | 51.43 | 51.43 |
| 00015054910 | Cytoxan | CYTOXAN 2GM LYOPH W/CYTOG | 98.93 | 98.93 | | | | | | | | |
| 00015054912 | Cytoxan | CYTOXAN 2G 6X100ML VHA+ | 98.93 | 98.93 | | | | | | | | |
| 00015054941 | Cytoxan | CYTOXAN LYOPHILIZED 2GM | 98.93 | 98.93 | (102.89) | 102.89 | 102.89 | 102.89 | 102.89 | 102.89 | 102.89 | 102.89 |
| 00015340420 | Etopophos | ETOPOPHOS 100MG VIAL | | | | 124.14 | 124.14 | 124.14 | 124.14 | 124.14 | 124.14 | 124.14 |
| 00015321310 | Paraplatin | PARAPLATIN 50MG W/CYTO | 75.00 | (78.00) | | | | | | | | |
| 00015321329 | Paraplatin | PARAPLATIN 10X5ML VHA+ | | | | | | 100.11 | 100.11 | 109.31 | 116.96 | 116.96 |
| 00015321330 | Paraplatin | PARAPLATIN 50MG LYOPHILIZ | 75.00 | (78.00) | (81.13) | 84.78 | 88.59 | (96.26) | (104.11) | (109.31) | (120.48) | (143.13) |
| 00015321410 | Paraplatin | PARAPLATIN 150MG LYOPH CY | 224.96 | 233.96 | | | | | | | | |
| 00015321429 | Paraplatin | PARAPLATIN 10X15ML VHA+ | | | | | | 300.29 | 300.29 | 327.91 | 350.86 | |
| 00015321430 | Paraplatin | PARAPLATIN 1X150MG LYO VL | 224.96 | 233.96 | (243.33) | 254.28 | (265.71) | (288.74) | (312.30) | (327.91) | (361.39) | (429.33) |
| 00015321510 | Paraplatin | PARAPLATIN 450MG VL W/CYT | 674.90 | (701.90) | | | | | | | | |
| 00015321529 | Paraplatin | PARAPLATIN 10X45ML VHA+ | | | | | | 900.86 | 900.86 | 983.75 | 1,052.61 | |
| 00015321530 | Paraplatin | PARAPLATIN 1X450MG LYO VL | 674.90 | (701.90) | (729.98) | 762.83 | (797.15) | (866.21) | (936.91) | (983.75) | (1,084.19) | (1,288.01) |
| 00015335122 | Rubex | RUBEX 10MG LYOPHILIZED | | 43.81 | 43.81 | 43.81 | | | | | | |
| 00015335124 | Rubex | RUBEX 10MG IMMUNEX LABEL | | | | | | | | | | |
| 00015335222 | Rubex | RUBEX 50MG LYOPHILIZED | 189.26 | 189.26 | (197.15) | 197.15 | 197.15 | 197.15 | 197.15 | 197.15 | 197.15 | 197.15 |
| 00015335224 | Rubex | RUBEX 50MG IMMUNEX LABEL | | 189.26 | | | | | | | | |
| 00015335322 | Rubex | RUBEX 100 MG LYOPHILIZED | 378.52 | 378.52 | (394.29) | 394.29 | 394.29 | 394.29 | 394.29 | 394.29 | 394.29 | 394.29 |
| 00015335324 | Rubex | RUBEX 100MG IMMUNEX LABEL | | 378.52 | | | | | | | | |
| 00015345620 | Taxol | TAXOL 30MG CONC FOR INJ | 182.63 | 182.63 | 182.63 | | | | | | | |
| 00015347520 | Taxol | TAXOL 30MG/5ML VHA+ LABEL | | | | | | 182.63 | 182.63 | 182.63 | 182.63 | 182.63 |
| 00015347527 | Taxol | TAXOL 30MG SEM-SYN VIAL | | | | | | | | | | |
| 00015347530 | Taxol | TAXOL 30MG INJ MULTIDOSE | 182.63 | 182.63 | 182.63 | 182.63 | 182.63 | 182.63 | 182.63 | 182.63 | 182.63 | 182.63 |
| 00015347620 | Taxol | TAXOL 100MG/16.7ML VHA+ L | | | | | | 608.76 | 608.76 | 608.76 | 608.76 | 608.76 |

Exhibit A
From Edwards 3/15/06 Declaration
Hartman Declaration Attachment G.2.b

◯ = price increase

## Attachment G.2.b: Bristol-Myers Squibb Annual AWPs

| NDC | Drug | Description | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00015347627 | Taxol | TAXOL 100MG SEM-SYN VIAL | | | | 608.76 | 608.76 | 608.76 | 608.76 | 608.76 | 608.76 | 608.76 |
| 00015347630 | Taxol | TAXOL 100MG INJ MULTIDOSE | | | | 608.76 | 608.76 | 608.76 | 608.76 | 608.76 | 608.76 | 608.76 |
| 00015347911 | Taxol | TAXOL 300MG/50ML VIAL | | | | | 1,826.25 | 1,826.25 | 1,826.25 | 1,826.25 | 1,826.25 | 1,826.25 |
| 00015117880 | Tequin | TEQUIN 200MG/20ML 1X VIAL | | | | | | | | 18.08 | 18.08 | 18.08 |
| 00015117980 | Tequin | TEQUIN IV 10MG/ML 1X1MLVL | | | | | | | | 38.20 | 38.20 | 38.20 |
| 00015306120 | Vepesid | VEPESID 500MG | 665.38 | 665.38 | 665.38 | 665.38 | 665.38 | 665.38 | 665.38 | 665.38 | 665.38 | 665.38 |
| 00015306124 | Vepesid | VEPESID 500MG 25ML VL VHA | | | | | | 665.38 | 665.38 | 665.38 | 665.38 | |
| 00015306220 | Vepesid | VEPESID 1GM/50ML | 1,296.64 | 1,296.64 | 1,296.64 | 1,296.64 | 1,296.64 | 1,296.64 | 1,296.64 | 1,296.64 | 1,296.64 | 1,296.64 |
| 00015306224 | Vepesid | VEPESID 1 G 50ML VIAL VHA+ | | | | | | 1,296.64 | 1,296.64 | 1,296.64 | 1,296.64 | |
| 00015308420 | Vepesid | VEPESID INJ 150MG/7.5ML | 204.74 | 204.74 | 204.74 | 204.74 | 204.74 | 204.74 | 204.74 | 204.74 | 204.74 | 204.74 |
| 00015309145 | Vepesid | VEPESID 50MG CAPSULES | 674.68 | 674.68 | 694.91 | 719.24 | 751.60 | 808.99 | 921.28 | 1,020.54 | 1,103.71 | 1,192.01 |
| 00015309510 | Vepesid | VEPESID 100MG VIAL W/CYTO | 136.49 | 136.49 | | | | | | | | |
| 00015309520 | Vepesid | VEPESID INJ 100MG/5ML | 136.49 | 136.49 | 136.49 | 136.49 | 136.49 | 136.49 | 136.49 | 136.49 | 136.49 | 136.49 |
| 00015309530 | Vepesid | VEPESID 100MG VL W/O CYTO | 136.49 | 136.49 | 136.49 | 136.49 | 136.49 | 136.49 | 136.49 | 136.49 | 136.49 | |

Contains Confidential Information Subject to Protective Order