Tab 12


◯ = products with price increases

Exhibit E

Bell 3/15/06 Declaration
Exhibit E

## BMS/OTN Price Dispersion

### % of Net Revenue at Net Transaction Prices

**Blenoxane**

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | 0.0% |  |  | 0.0% | 0.9% | 3.2% | 6.3% | 34.7% | 72.9% | 72.7% | 7.6% | 0.0% | 19.1% |
| 50 - <75% of WLP | 2.4% | 3.7% | 3.7% | 8.1% | 62.4% | 79.4% | 76.5% | 56.5% | 20.8% | 21.7% | 27.3% | 4.4% | 62.0% |
| 75 - <90% of WLP | 0.0% |  |  | 13.6% | 20.2% | 8.1% | 3.1% | 1.1% | 0.7% | 0.0% | 4.9% | 3.2% | 7.5% |
| 90 - <95% of WLP | 0.9% | 0.0% | 2.6% | 13.9% | 2.0% | 0.2% |  |  |  |  | 2.7% | 4.2% | 0.5% |
| >95% of WLP | 96.7% | 96.3% | 93.7% | 64.4% | 14.5% | 9.2% | 14.1% | 7.7% | 5.7% | 5.5% | 57.4% | 88.2% | 10.9% |

**Cytoxan**

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | 19.6% | 50.4% | 53.7% | 66.8% | 81.9% | 86.7% | 93.3% | 79.9% | 93.0% | 72.5% | 61.6% |  | 61.6% |
| 50 - <75% of WLP | 15.0% | 10.8% | 5.6% | 2.6% | 1.4% | 0.9% | 0.8% | 0.1% | 0.1% | 0.0% | 5.5% |  | 5.5% |
| 75 - <90% of WLP | 1.1% | 0.6% | 0.7% | 0.1% | 0.0% | 0.0% | 0.0% |  |  |  | 0.4% |  | 0.4% |
| 90 - <95% of WLP | 0.3% | 0.0% | 0.0% | 0.0% | 0.0% |  | 0.0% |  |  |  | 0.1% |  | 0.1% |
| >95% of WLP | 64.0% | 38.0% | 40.0% | 30.5% | 16.6% | 12.4% | 5.8% | 20.0% | 6.9% | 27.5% | 32.4% |  | 32.4% |

**Cytoxan Tablets**

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |  | 0.2% | 0.9% | 0.8% | 1.3% | 0.2% | 0.1% | 1.0% |
| 50 - <75% of WLP | 2.9% | 3.4% | 3.6% | 3.5% | 3.5% | 3.6% | 2.8% | 4.1% | 5.9% | 27.8% | 4.9% | 3.4% | 15.1% |
| 75 - <90% of WLP | 0.0% | 0.0% | 0.1% | 0.1% |  | 0.1% | 0.2% | 0.0% |  | 0.1% | 0.1% | 0.1% | 0.0% |
| 90 - <95% of WLP | 0.0% | 0.0% | 2.1% | 0.0% | 0.0% | 0.1% | 26.0% | 8.8% |  | 0.0% | 4.3% | 4.9% | 0.0% |
| >95% of WLP | 97.1% | 96.5% | 94.2% | 96.4% | 96.4% | 96.3% | 70.9% | 86.2% | 93.3% | 70.8% | 90.5% | 91.6% | 83.9% |

**Etopophos**

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP |  |  |  |  |  | 0.0% |  |  |  |  | 0.0% | 0.0% |  |
| 50 - <75% of WLP |  |  |  | 0.2% | 0.0% | 0.0% | 0.7% | 0.5% | 0.3% | 0.8% | 0.3% | 0.3% |  |
| 75 - <90% of WLP |  |  |  | 0.1% | 0.5% | 0.2% | 0.3% | 0.3% | 1.3% | 0.2% | 0.4% | 0.4% |  |
| 90 - <95% of WLP |  |  |  |  |  |  |  |  |  |  |  |  |  |
| >95% of WLP |  |  |  | 99.7% | 99.5% | 99.8% | 99.1% | 99.3% | 98.4% | 98.9% | 99.3% | 99.3% |  |

**Paraplatin**

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | 0.0% | 0.0% | 0.0% |  | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% | 3.2% | 0.5% | 0.5% |  |
| 50 - <75% of WLP | 0.9% | 1.5% | 1.7% | 1.6% | 2.2% | 2.3% | 2.7% | 2.5% | 2.9% | 0.6% | 2.1% | 2.1% |  |
| 75 - <90% of WLP | 0.2% | 0.0% | 0.0% | 0.2% | 0.2% |  | 0.0% |  | 0.2% | 10.9% | 1.8% | 1.8% |  |
| 90 - <95% of WLP | 1.3% | 0.0% | 4.0% | 3.4% | 5.4% | 1.4% | 1.8% | 2.0% | 5.1% | 5.1% | 3.3% | 3.3% |  |
| >95% of WLP | 97.6% | 98.5% | 94.3% | 94.8% | 92.2% | 96.3% | 95.5% | 95.5% | 91.7% | 80.2% | 92.4% | 92.4% |  |

**Rubex**

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP |  | 55.8% | 73.6% | 61.0% | 59.2% | 92.8% | 53.1% | 84.7% | 39.8% | 89.4% | 64.0% |  | 64.0% |
| 50 - <75% of WLP |  | 0.9% | 0.5% |  |  | 0.3% | 0.2% | 0.2% | 0.0% | 10.6% | 0.6% |  | 0.6% |
| 75 - <90% of WLP |  |  |  |  | 0.1% |  |  |  | 2.4% |  | 0.2% |  | 0.2% |
| 90 - <95% of WLP |  |  |  |  |  |  |  |  |  |  |  |  |  |
| >95% of WLP |  | 43.3% | 25.9% | 39.0% | 40.7% | 6.8% | 46.7% | 15.2% | 57.7% | 0.0% | 35.2% |  | 35.2% |

Exhibit E

## BMS/OTN Price Dispersion

### % of Net Revenue at Net Transaction Prices

**Taxol**

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | 0.0% |  | 0.0% |  | 0.0% |  | 0.0% |  |  | 45.6% | 1.4% | 0.0% | 10.0% |
| 50 - <75% of WLP | 0.6% | 0.8% | 0.7% | 1.0% | 1.3% | 1.4% | 1.3% | 1.4% | 9.8% | 27.3% | 2.9% | 1.2% | 13.6% |
| 75 - <90% of WLP | 0.1% | 0.2% | 0.3% | 0.9% | 1.1% | 1.6% | 2.3% | 2.3% | 26.3% | 26.5% | 5.0% | 1.5% | 26.3% |
| 90 - <95% of WLP | 0.0% |  |  |  | 0.0% |  |  | 4.5% | 25.2% | 0.1% | 3.6% | 1.0% | 19.7% |
| >95% of WLP | 99.2% | 99.0% | 99.0% | 98.0% | 97.5% | 97.0% | 96.4% | 91.9% | 38.8% | 0.6% | 87.2% | 96.3% | 30.4% |

**VePesid**

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | 0.0% | 0.1% | 12.7% | 73.1% | 78.7% | 80.2% | 85.3% | 45.6% | 80.5% | 89.1% | 15.9% | 0.0% | 44.2% |
| 50 - <75% of WLP | 1.8% | 32.4% | 62.6% | 7.4% | 1.8% | 0.3% | 0.9% | 0.0% | 0.0% | 0.0% | 19.6% | 12.6% | 32.1% |
| 75 - <90% of WLP | 2.6% | 36.9% | 8.2% | 1.5% | 0.3% | 0.1% | 0.0% | 0.0% |  | 0.1% | 11.0% | 14.7% | 4.3% |
| 90 - <95% of WLP | 1.0% | 2.0% | 1.1% | 0.2% | 0.1% | 0.4% |  | 0.1% |  |  | 1.1% | 1.3% | 0.6% |
| >95% of WLP | 94.7% | 28.6% | 15.4% | 17.9% | 19.1% | 18.9% | 13.8% | 54.3% | 19.5% | 10.8% | 52.5% | 71.3% | 18.8% |

**VePesid Capsules**

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | 0.1% | 0.0% | 0.0% | 0.0% | 0.0% |  |  |  |  | 8.7% | 0.5% | 0.0% | 8.7% |
| 50 - <75% of WLP | 8.6% | 7.0% | 6.1% | 6.3% | 6.7% | 5.4% | 5.4% | 4.7% | 5.5% | 0.6% | 5.8% | 6.1% | 0.6% |
| 75 - <90% of WLP | 0.6% | 0.5% | 1.3% | 0.6% | 0.0% | 0.3% | 0.4% | 0.1% |  | 0.2% | 0.4% | 0.4% | 0.2% |
| 90 - <95% of WLP | 0.1% | 0.1% | 0.3% | 0.7% | 0.3% | 0.2% | 12.8% | 19.7% | 0.3% | 6.4% | 4.3% | 4.2% | 6.4% |
| >95% of WLP | 90.6% | 92.4% | 92.2% | 92.4% | 93.1% | 94.2% | 81.4% | 75.5% | 94.2% | 84.0% | 89.0% | 89.2% | 84.0% |

**All Products**

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | 0.8% | 1.1% | 2.3% | 3.9% | 1.9% | 1.3% | 1.1% | 1.1% | 1.6% | 14.2% | 2.5% | 0.2% | 20.5% |
| 50 - <75% of WLP | 2.1% | 7.4% | 8.0% | 2.0% | 3.4% | 3.2% | 3.1% | 2.5% | 6.4% | 7.0% | 4.2% | 2.1% | 19.8% |
| 75 - <90% of WLP | 1.0% | 6.8% | 1.1% | 1.3% | 1.3% | 1.2% | 1.5% | 1.4% | 12.6% | 13.6% | 3.9% | 2.0% | 18.0% |
| 90 - <95% of WLP | 0.7% | 0.4% | 1.3% | 1.5% | 1.7% | 0.4% | 1.2% | 3.8% | 14.3% | 3.8% | 3.3% | 2.1% | 12.7% |
| >95% of WLP | 95.4% | 84.3% | 87.4% | 91.3% | 91.7% | 93.9% | 93.1% | 91.2% | 65.1% | 61.3% | 86.1% | 93.6% | 29.0% |

Sources:

| | |
|---|---|
| BMS invoice data from SHARP: | DirectSales_IncludingPHS.txt |
| | Pre1997-Direct.txt |
| OTN invoice data: | OTN Blenoxane.txt     OTN Blenoxane_Pre1997.txt |
| | OTN Cytoxan.txt     OTN Cytoxan_Pre1997.txt |
| | OTN Etopophos.txt     OTN Etopophos_Pre1997.txt |
| | OTN Paraplatin.txt     OTN Paraplatin_Pre1997.txt |
| | OTN Rubex.txt     OTN Rubex_Pre1997.txt |
| | OTN Taxol.txt     OTN Taxol_Pre1997.txt |
| | OTN Vepesid.txt     OTN Vepesid_Pre1997.txt |
| BMS chargeback data: | Chargebacks_IncludingPHS.txt |
| | Pre1997-Indirect.txt |
| Wholesale List Price: | PricingRevised.xls |
| | buspar_rubex.xls |

Notes:
Post-generic shares are calculated from years in which a generic was available for the entire year
See Exhibit C for an explanation of the underlying price calculations and the shares shown above

FILED UNDER SEAL
HIGHLY CONFIDENTIAL