UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

**[PROPOSED] ORDER REGARDING PLAINTIFFS' EMERGENCY MOTION TO COMPEL SCHERING PLOUGH TO PRODUCE DOCUMENTS AND DATA UNDERLYING THE CRIMINAL PLEA AND SETTLEMENT AGREEMENT**

Saris, U.S.D.J.

After reviewing the submissions, I order as follows:

(1) The Plaintiffs' Emergency motion to Compel Schering-Plough to Produce Documents and Data Underlying The Criminal Plea And Settlement Agreement is GRANTED.

(2) Schering-Plough should produce the responsive documents in a format that is accessible and readable.

(3) Schering-Plough should also produce a Fed. R. Civ. P. 30(b)(6) witness or witness(es) in response to Plaintiffs' outstanding notice.

(4)	In the alternative, if Schering-Plough contends that all responsive documents have been previously produced in this matter, Schering-Plough may identify the location of all such documents.

IT IS SO ORDERED.


DATED: _____	_____
	Hon. Patti B. Saris
	United States District Court Judge

## CERTIFICATE OF SERVICE

   I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **[PROPOSED] ORDER REGARDING PLAINTIFFS' EMERGENCY MOTION TO COMPEL SCHERING PLOUGH TO PRODUCE DOCUMENTS AND DATA UNDERLYING THE CRIMINAL PLEA AND SETTLEMENT AGREEMENT** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on September 22, 2006, a copy to LexisNexis File and Serve for Posting and notification to all parties

                By      /s/ **Steve W. Berman**
                Steve W. Berman
                **HAGENS BERMAN SOBOL SHAPIRO LLP**
                1301 Fifth Avenue, Suite 2900
                Seattle, WA  98101
                (206) 623-7292