UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## JOINT MOTION TO MODIFY AMENDED PRETRIAL ORDER

Counsel for Plaintiffs and Defendants hereby submit this joint motion to amend the Pretrial Order with respect to pretrial disclosures.

The Amended Pretrial Order, dated August 21, 2006 set the following schedule:

| | |
|---|---|
| Plaintiffs' Pretrial Disclosures and Motions in Limine | October 2, 2006 |
| Defendants' Pretrial Disclosures and Motions in Limine | October 9, 2006 |
| Objections to Pretrial Disclosures, Oppositions to Motions in Limine, and any Counter-Designations of Testimony | October 16, 2006 |

Plaintiffs' pretrial disclosures fall on October 2, 2006, which is Yom Kippur.  Many of Plaintiffs' counsel will be observing this day as a holiday.  Therefore, the parties have conferred on the proposed amendment and agree on the proposed schedule:

| | |
|---|---|
| Plaintiffs' Pretrial Disclosures and Motions in Limine | October 3, 2006 |
| Defendants' Pretrial Disclosures and Motions in Limine | October 10, 2006 |

- 1 -

| | |
|---|---|
| Objections to Pretrial Disclosures, Oppositions to Motions in Limine, and any Counter-Designations of Testimony | October 17, 2006 |

All other dates remain the same.

DATED:  September 25, 2006         By    /s/ **Steve W. Berman**
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Robert F. Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

- 3 -

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer F. Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Donald E. Haviland, Jr.
The Haviland Law Firm
740 S. Third Street, 3rd Floor
Philadelphia, PA  19147
Facsimile:  (215) 392-4400
Telephone:  (215) 609-4661

**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 3 -

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **JOINT MOTION TO MODIFY AMENDED PRETRIAL ORDER** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on September 25, 2006, a copy to LexisNexis File & Serve for posting and notification to all parties.

      By **/s/ Steve W. Berman**
      Steve W. Berman
      **HAGENS BERMAN SOBOL SHAPIRO LLP**
      1301 Fifth Avenue, Suite 2900
      Seattle, WA  98101
      (206) 623-7292