**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456 |
| ) | Civil Action No. 01-12257-PBS |
| ) ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS ) ) ) | Chief Magistrate Judge Marianne B. Bowler |
| ) ) ) | **ORAL ARGUMENT REQUESTED** |

**TRACK 1 DEFENDANTS' EMERGENCY MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM SHEET METAL WORKERS NATIONAL HEALTH FUND**

The Track 1 Defendants respectfully move this Court to order the production of certain documents from plaintiff Sheet Metal Workers National Health Fund. The grounds for this motion are set forth in the accompanying memorandum.

WHEREFORE, Schering and Warrick respectfully request that the motion to strike certain subject drugs be GRANTED and that the Court order the production of the documents sought within 7 days.

## REQUEST FOR ORAL ARGUMENT

Pursuant to LR. 7.1, Schering and Warrick respectfully request that oral argument be heard on this motion.

Respectfully Submitted,

THE TRACK 1 DEFENDANTS

/s/ Eric P. Christofferson
John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Eric P. Christofferson (BBO#654087)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Schering-Plough Corporation and Warrick Pharmaceuticals Corporation*

Dated:  September 26, 2006

## CERTIFICATE OF COMPLIANCE WITH LR. 7.1

      I hereby certify that counsel for Schering attempted to confer with counsel for Plaintiffs in a good faith effort to resolve or narrow the issues set forth herein.  Although counsel for Plaintiffs said he would consider Schering's motion, he, as of this filing, has not responded to inquiries by counsel for Schering.

                                          /s/ Eric P. Christofferson_____
                                          Eric P. Christofferson

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                          /s/ Eric P. Christofferson_____
                                          Eric P. Christofferson